Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
bens@hbsslaw.com

*Attorneys for Plaintiff and the Proposed Classes in*
*Pure Sweat Basketball, Inc. v. Google LLC, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　　Plaintiff,<br>　v.<br>GOOGLE LLC, *et al.*,<br>　　　　　　Defendants. | No. 3:20-cv-05671-JD<br><br>**DECLARATION OF ROBERT F. LOPEZ IN SUPPORT OF PURE SWEAT BASKETBALL, INC.'S RESPONSE TO *SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

I, Robert F. Lopez, declare under penalty of perjury under the laws of the United States as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Washington, and my *pro hac vice* application was approved by this Court. I am a partner of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"). I submit this Declaration in Support of Pure Sweat Basketball, Inc.'s Response to *Sua Sponte* Judicial Referral for Purposes of Determining Relationship of Cases. I have full knowledge of the matters stated herein and could and would testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint for Injunctive Relief, filed in *Epic Games, Inc. v. Google LLC, et al.,* Case No. 3:20-cv-05671, Aug. 13, 2020, ECF No. 1.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Complaint for Violation of the Sherman Act and California Unfair Competition Law, filed in *Pure Sweat Basketball, Inc. v. Google LLC et al.,* No. 5:20-cv-05792, Aug. 17, 2020, ECF No. 1.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the response we have filed today in the *Cameron et al. v. Apple Inc.* matter in response to Judge Chen's *sua sponte* order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of September, 2020, at Seattle, Washington.

>　　　　　　　　　　　　*/s/ Robert F. Lopez*　　　　　　
>　　　　　　　　　　　　ROBERT F. LOPEZ

DECL OF ROBERT F. LOPEZ ISO PURE SWEAT BASKETBALL, INC.'S
RESPONSE TO SUA SPONTE JUDICIAL REFERRAL   - 1 -    Case No.: 3:20-cv-05671-JD
010803-11/1339277 V1