UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br> v. <br> GOOGLE LLC, *et al.*, <br><br> Defendants. | No. 3:20-cv-05671-JD <br><br> **[PROPOSED] ORDER DENYING RELATION OF CASES** |

1    This matter having come before the Court upon the Hon. Edward M. Chen's *Sua Sponte*
2    Judicial Referral for Purposes of Determining Relationship of Cases, ECF No. 25 herein, and the
3    Court having reviewed the response memorandum of the plaintiff, Pure Sweat Basketball, Inc., in
4    *Pure Sweat Basketball, Inc. v. Google LLC, et. al.*, N.D. Cal. No. 20-cv-05792-EMC, and any
5    response from the defendant or defendants therein, and having reviewed the pertinent court rule and
6    authorities, and otherwise being fully advised in the premises,
7    NOW, THEREFORE, the Court hereby finds, and IT IS HEREBY ORDERED, that *Pure*
8    *Sweat Basketball, Inc. v. Google LLC, et. al.*, N.D. Cal. No. 20-cv-05792-EMC, is not related to the
9    above-titled matter, *Epic Games, Inc. v. Google LLC, et al.*, N.D. Cal. No. 20-cv-05671-JD.
10   IT IS SO ORDERED.

Dated: _____

HON. JAMES DONATO
United States District Judge

[PROPOSED] ORDER DENYING RELATION OF CASES        - 1 -        Case No.: 3:20-cv-05671-JD
010803-11/1339284 V1