Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:20-CV-05671-JD<br><br>**PROOF OF SERVICE** |

| Attorney or Party without Attorney:<br>PAUL J. RIEHLE (#SBN 715199)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>FOUR EMBARCADERO CENTER 27TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-591-7500<br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Northern District of California |
|---|
| Plaintiff: EPIC GAMES, INC.<br>Defendant: GOOGLE LLC, et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:20-CV-05671-NC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Certification Of Interested Entities Or Persons; Civil Cover Sheet; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent Or Declination To Magistrate Judge Jurisdiction; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For All Judges Of The Northern District Of California; Ecf Registration Information; Waiver Of The Service Of Summons; Notice Of A Lawsuit And Request To Waive Service Of A Summons; Order Setting Initial Case Management Conference And Adr Deadlines; Decline Magistrate Judge Jurisdiction; Standing Order For Civil Cases Before Judge James Donato; Standing Order For Discovery In Civil Cases Before Judge Donato; Consenting To The Jurisdiction Of A Magistrate Judge

3. a. Party served: GOOGLE LLC
   b. Person served: NICOLE STAUSS, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT FOR SERVICE OF PROCESS , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE SUITE 150, SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Sep 04 2020 (2) at: 08:46 AM

6. **Person Who Served Papers:**
   a. Matthew Gray (S20190000028)
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111
   d. **The Fee** for Service was: $384.28

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

09/04/2020
(Date)

*M. Gray*
(Signature)



PROOF OF SERVICE

4847334
(7744378)