Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:20-CV-05671-JD<br><br>**PROOF OF SERVICE** |

I, Gavin Woods, hereby declare:

I am at least 18 years of age, not a party to this action, and a solicitor in Ireland.

The Summons and Complaint for Injunctive Relief for Google Commerce Limited were received by me on September 4, 2020.

As prescribed by the law of Ireland for service in an action in its courts of general jurisdiction (Companies Act 2014, Section 51(1)), I served the Summons and Complaint on Google Commerce Limited by leaving them at the company's registered office on September 4, 2020:

Google Commerce Limited
70 Sir John Rogerson's Quay
Dublin 2
Ireland

Included in the service were the following additional papers:

Civil Case Cover Sheet;
Consenting to the Jurisdiction of a Magistrate Judge;
ECF Registration Information;
Plaintiff Epic Games, Inc.'s Certification of Interested Entities or Persons Pursuant to F.R.C.P. 7.1 and L.R. 3-15;
Order Settling Initial Case Management Conference and ADR Deadlines;
Epic Games, Inc.'s Declination of Magistrate Judge Jurisdiction;
Notice of Assignment of Case to a United States Magistrate Judge for Trial;
Notice of a Lawsuit and Request to Waive Service of a Summons;
Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement;

Standing Order for Civil Cases Before Judge James Donato;

Standing Order for Discovery in Civil Cases Before Judge Donato;

Waiver of the Service of Summons

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*GavinWoods*

_____

Gavin Woods

Solicitor

Arthur Cox

Ten Earlsfort Terrace

Dublin 2

D02 T380

Ireland