Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
M. Brent Byars *(pro hac vice)*
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:20-CV-05671-JD<br><br>**PROOF OF SERVICE** |

1    I, Natasha Sailla Binte Isa, hereby declare:

2    I am at least 18 years of age, not a party to this action, and a Legal Support

3 Executive in Singapore.

4    The Summons and Complaint for Injunctive Relief for Google Asia Pacific Pte.

5 Ltd. were received by me on September 4, 2020.

6    As prescribed by the law of Singapore for service in an action in its courts of

7 general jurisdiction and as directed by a solicitor in Singapore, I served the Summons

8 and Complaint on Google Asia Pacific Pte. Ltd. by leaving them at the company's

9 registered office on September 4, 2020:

10

11    Google Asia Pacific Pte. Ltd.

12    8 Marina Blvd 05-02 Marina Bay Financial Centre

13    Singapore 018981

14

15    A true and correct copy of the acknowledgement of receipt is attached.  Included

16 in the service were the following additional papers:

17

18    Civil Case Cover Sheet;

19    Consenting to the Jurisdiction of a Magistrate Judge;

20    ECF Registration Information;

21    Plaintiff Epic Games, Inc.'s Certification of Interested Entities or Persons

22    Pursuant to F.R.C.P. 7.1 and L.R. 3-15;

23    Order Settling Initial Case Management Conference and ADR Deadlines;

24    Epic Games, Inc.'s Declination of Magistrate Judge Jurisdiction;

25    Notice of Assignment of Case to a United States Magistrate Judge for Trial;

26    Notice of a Lawsuit and Request to Waive Service of a Summons;

27    Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

28

1  Standing Order for All Judges of the Northern District of California; Contents of
2  Joint Case Management Statement;
3  Standing Order for Civil Cases Before Judge James Donato;
4  Standing Order for Discovery in Civil Cases Before Judge Donato;
5  and
6  Waiver of the Service of Summons.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Natasha Sailla Binte Isa

Legal Support Executive

Clifford Chance Asia

12 Marina Blvd.

25th Floor, Tower 3

Marina Bay Financial Centre

Singapore 018982

Case 5:20-cv-05671-NC   Document 15-4   Filed 08/14/20   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Northern District of California

Epic Games, Inc.

*Plaintiff(s)*

v.

GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.

*Defendant(s)*

Civil Action No. 5:20-cv-05671-NC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Google Asia Pacific Pte. Ltd.
8 MARINA BLVD 05-02 MARINA BAY FINANCIAL CENTRE
SINGAPORE 018981

**ACKNOWLEDGED**
Name: _____
Date: BOGADO PTE LTD
    MARINA BOULEVARD #05-02
Time: MARINA BAY FINANCIAL CENTRE 1
        SINGAPORE 018981
        TEL (65) 6338 1888 FAX (65) 6337 5100
N. Vijayal
Admin  4/9/20
Time: 15:06p

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul J. Riehle, FAEGRE DRINKER BIDDLE & REATH LLP, Four Embarcadero Center, San Francisco, California 94111

Christine A. Varney
CRAVATH, SWAINE & MOORE LLP, 825 Eighth Avenue, New York, New York 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date:    08/14/2020

*Susie F. Barrera*
Signature of Clerk or Deputy Clerk