George A. Zelcs (*pro hac vice*)
  gzelcs@koreintillery.com
Robert E. Litan (*pro hac vice*)
  rlitan@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
  rewing@koreintillery.com
Jonathon D. Byrer (*pro hac vice*)
  jbyrer@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Karma M. Giulianelli, CA Bar #184175
  karma.giulianelli@bartlitbeck.com
Glen E. Summers, CA Bar # 176402
  glen.summers@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Stephen M. Tillery (*pro hac vice*)
  stillery@koreintillery.com
Jamie Boyer (*pro hac vice*)
  jboyer@koreintillery.com
Michael E. Klenov, CA Bar #277028
  mklenov@koreintillery.com
Carol O'Keefe (*pro hac vice*)
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Ann Ravel
  aravel@mcmanisfaulkner.com
**MCMANIS FAULKNER**
Fairmont Plaza, 10th Floor, 50 West San
Fernando Street
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated;<br><br>    Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.;<br><br>    Defendants. | CASE NO. 5:20-cv-05761-BLF<br><br>**PLAINTIFF MARY CARR'S NOTICE OF FILING RESPONSE TO *SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD: PLEASE TAKE NOTICE** that on August 31, 2020, Judge Chen filed a *Sua Sponte* Judicial Referral For Purposes of Determining Relationship of Cases ("Judicial Referral") in *Cameron, et al., v. Apple, Inc.*, Case No. 4:19-cv-03074-YGR ("*Cameron*") at ECF No. 114, and *Epic v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("*Epic*") at ECF No. 25, to consider potential relation of *Pure Sweat Basketball, Inc. v. Google LLC et al.*, No. 20-cv05792-EMC.

On September 3 and 4, 2020, Defendant Google LLC ("Google") filed Responses to the Judicial Referral in *Cameron* and *Epic*, which referenced the above-captioned case as potentially related to those lawsuits. Also on September 4, 2020, Google filed a Notice of Filing in the above-captioned case, which included the *Cameron* and *Epic* Responses as exhibits. (ECF No. 26, Def. Google, LLC's Not. of Filing).

On September 8, 2020, Plaintiff Mary Carr, on behalf of herself and all others similarly situated, filed a Response to *Sua Sponte* Judicial Referral for Purposes of Determining Relationship of Cases. Pursuant to Local Rule 3-12, Plaintiff Carr's Response was filed in the *Epic* lawsuit and can be found at ECF No. 34. Additionally, a full and complete copy of Plaintiff Carr's Response, including exhibits, is attached hereto as Exhibit 1.

| | |
|---|---|
| Dated: September 9, 2020 | s/ Jamie L. Boyer |
| | George A. Zelcs *(pro hac vice)*<br>Robert E. Litan *(pro hac vice)*<br>Randall P. Ewing *(pro hac vice)*<br>Jonathon D. Byrer *(pro hac vice)*<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751 |
| | Stephen M. Tillery *(pro hac vice)*<br>Jamie L. Boyer *(pro hac vice)*<br>Michael E. Klenov, CA Bar #277028<br>Carol L. O'Keefe *(pro hac vice)*<br>KOREIN TILLERY LLC<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |
| | Karma M. Giulianelli, CA Bar #184175<br>Glen E. Summers, CA Bar # 176402<br>BARTLIT BECK LLP<br>1801 Wewetta St. Suite 1200,<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br>Facsimile: (303) 592-3140 |
| | Ann Ravel<br>MCMANIS FAULKNER<br>Fairmont Plaza, 10th Floor, 50 West San Fernando Street<br>San Jose, CA  95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2020, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's electronic filing and notification system.

/s/ Jamie L. Boyer