Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Richard S. Taffet, *pro hac vice pending*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Willard K. Tom, *pro hac vice pending*
willard.tom@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:20-cv-05671-JD<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Civ. L.R. 6-1(a) |

Plaintiff Epic Games, Inc. ("Plaintiff") and Defendants Google LLC; Google Ireland Limited; Google Commerce Limited; Google Asia Pacific Pte. Limited; and Google Payment Corp. ("Defendants") (collectively, the "Parties"), through their respective attorneys of record and without waiving any rights, claims, or defenses they have in this action, hereby stipulate pursuant to Civil Local Rule 6-1(a) to the following:

WHEREAS, Plaintiff filed its Complaint on August 13, 2020 (ECF No. 1);

WHEREAS, Plaintiff avers that it served all Defendants as of September 4, 2020, and, based on that date, all Defendants are scheduled to respond on or before September 25, 2020;

WHEREAS, Defendants have requested, and Plaintiff does not oppose, a single date for all Defendants to respond to the Complaint, up to and including October 9, 2020;

WHEREAS, in the interest of efficiency and judicial economy, Defendants intend to file a consolidated response to the Complaint, in lieu of separate responses;

WHEREAS, the stipulated extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, the Parties, through their counsel, stipulate as follows:

1. Defendants shall respond to the Complaint on or before October 9, 2020.

IT IS SO STIPULATED.

Dated: September 17, 2020    By    */s/ Brian C. Rocca*[1]
                                   Brian C. Rocca
                                   MORGAN, LEWIS & BOCKIUS LLP

                                   *Attorneys for Defendants*


Dated: September 17, 2020    By    */s/ Gary Bornstein*
                                   Gary A. Bornstein
                                   CRAVATH, SWAINE & MOORE LLP

                                   *Attorneys for Plaintiff*

---

[1] Brian Rocca, the filer of this document, attests that he received the consent of Gary Bornstein.