Bonny E. Sweeney (SBN 176174)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
bsweeney@hausfeld.com
sstein@hausfeld.com

*Counsel for Plaintiff Peekya Services, Inc.
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>           Defendants. | Case No. 3:20-cv-05671-JD<br><br>**DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFF'S MOTION TO RELATE** |

DECLARATION OF BONNY E. SWEENEY

I, BONNY E. SWEENEY, declare as follows:

1. I am a partner at the law firm of Hausfeld LLP. I am attorney of record for the named Plaintiff Peekya Services, Inc. I make this declaration in support of Plaintiff Peekya Services Inc.'s Administrative Motion to Consider Whether Cases Should Be Related, Pursuant to Civil L.R. 3-12 and 7-11. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of the complaint in *Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD (N.D. Cal, filed August 13, 2020) ("*Epic*").

3. Attached as Exhibit B is a true and correct copy of the complaint in *Pure Sweat Basketball Inc., v. Google LLC et al.,* Case No. 3:20-cv-05792-JD (N.D. Cal, filed August 17, 2020).

4. Attached as Exhibit C is a true and correct copy of the complaint in *Carr v. Google LLC et al.,* Case No. 5:20-cv-05761-JD, (N.D. Cal, filed August 16, 2020).

5. Attached as Exhibit D is a true and correct copy of the complaint filed by Peekya Services Inc., which Plaintiff asserts should be related to the first-filed related action, *Epic*.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of September, 2020, in San Francisco, California.

/s/ *Bonny E. Sweeney*
Bonny E. Sweeney

1
DECLARATION OF BONNY E. SWEENEY