David Azar (State Bar No. 218319)
dazar@milberg.com
**MILBERG PHILLIPS GROSSMAN LLP**
16755 Von Karman Avenue, Suite 200
Irvine, California 92606
Telephone:  212-594-5300
Facsimile:   212-868-1229

Peggy J. Wedgworth (*pro hac vice forthcoming*)
pwedgworth@milberg.com
Robert A. Wallner (*pro hac vice forthcoming*)
rwallner@milberg.com
Elizabeth McKenna (*pro hac vice forthcoming*)
emckenna@milberg.com
Blake Yagman (*pro hac vice forthcoming*)
byagman@milberg.com
Michael Acciavatti (*pro hac forthcoming*)*
macciavatti@milberg.com
*admitted only in Pennsylvania
**MILBERG PHILLIPS GROSSMAN LLP**
One Penn Plaza, Suite 1920
New York, New York 10119
Telephone: 212-594-5300
Facsimile: 212-868-1229

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>               Plaintiff,<br>     v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>               Defendants. | CASE NO. 3:20-cv-05671-JD<br><br>**DECLARATION OF PEGGY J. WEDGWORTH IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

DECLARATION OF PEGGY J. WEDGWORTH

I, PEGGY J. WEDGWORTH, ESQ., pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner at Milberg Phillips Grossman LLP, and I represent Plaintiffs Dianne Bentley, Jennifer Grace, Adam Moya, Coresa Trimble, and Robert Wing (collectively, "Plaintiffs"). I respectfully submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil L.R. 3-12.

2. I have personal knowledge of the matters set forth herein and could and would testify competently thereto if called upon to do so.

3. Attached hereto as Exhibit A is a true and correct copy of the complaint in *Epic Games, Inc. v. Google LLC et al.,* No. 3:20-cv-05671-JD (N.D. Cal., filed Aug. 13, 2020) ("*Epic*").

4. Attached hereto as Exhibit B is a true and correct copy of the complaint in *Pure Sweat Basketball Inc., v. Google LLC et al.*, No. 3:20-cv-05792-JD (N.D. Cal., filed Aug. 17, 2020).

5. Attached hereto as Exhibit C is a true and correct copy of the complaint in *Carr v. Google LLC et al.,* Case No. 5:20-cv-05761-JD (N.D. Cal., filed Aug. 16, 2020).

6. Attached hereto as Exhibit D is a true and correct copy of the complaint in *Peekya Services Inc. v. Google LLC et al.*, No. 3:20-cv-06772-JD (N.D. Cal., filed Sept. 29, 2020).

7. Attached hereto as Exhibit E is a true and correct copy of the complaint in *Bentley et al. v. Google LLC et al.*, No. 5:20-cv-07079 (N.D. Cal., filed Oct. 9, 2020), which Plaintiffs assert should be related to the first-filed related action, *Epic*.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Birmingham, Alabama, this 13th day of October, 2020.

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth