**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP., <br><br> Defendants. | CASE NO. 3:20-cv-05671-JD <br><br> **[PROPOSED] ORDER RELATING CASES AND GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

[PROPOSED] ORDER RELATING CASES AND GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Having considered Plaintiffs Dianne Bentley, Jennifer Grace, Adan Moya, Coresa Trimble, and Robert Wing's Administrative Motion to Consider Whether the Cases Should Be Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to relate its later-filed case, *Bentley et al. v. Google LLC et al.*, No. 5:20-cv-07079 (filed Oct. 9, 2020) to the first-filed action, captioned: *In re Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD (N.D. Cal., filed August 13, 2020):

**IT IS SO ORDERED.**

Dated:                , 2020

UNITED STATES DISTRICT JUDGE
THE HONORABLE JAMES DONATO

---

1

[PROPOSED] ORDER RELATING CASES AND GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED