**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (*pro hac vice* to be sought)
Hae Sung Nam (*pro hac vice* to be sought)
Frederic S. Fox (*pro hac vice* to be sought)
Donald R. Hall (*pro hac vice* to be sought)
Aaron L. Schwartz (*pro hac vice* to be sought)
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715
*rkaplan@kaplanfox.com*
*hnam@kaplanfox.com*
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*aschwartz@kaplanfox.com*
Counsel for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br>                    Plaintiff, <br><br> v. <br><br> GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP., <br><br>                    Defendants. | Case No. 3:20-cv-05671-JD <br><br> **DECLARATION OF MARIO M. CHOI IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** <br><br> <u>Related Case</u>: <br><br> *Herrera v. Google LLC*, <br>     Case No. 20-cv-07365-JCS |

I, Mario M. Choi, declare as follows:

1. I am an attorney at Kaplan Fox & Kilsheimer LLP, counsel for Plaintiff Kondomar Herrera ("Plaintiff") in the matter entitled *Herrera v. Google LLC*, Case No. 20-cv-07365-JCS. I submit this Declaration in Support of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11. I have personal knowledge of the facts stated in this Declaration and, if called a witness, I could and would testify competently to them.

2. *Epic Games, Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671-JD (the "*Epic* Action"), was filed on August 13, 2020, and is currently pending before this Court. *Herrera v. Google LLC*, No. 20-cv-07365 (the "*Herrera* Action"), was filed in this District on October 20, 2020 and is pending before the Honorable Joseph C. Spero.

3. The *Herrera* Action involves the same Defendants and substantially the same transactions and events as the *Epic* Action. *See* Civ. L.R. 3-12(a)(1). Specifically, Plaintiffs in all of the cases are allege that Defendants unlawfully monopolize the relevant market and engages in unlawful exclusionary conduct in violation of federal and state antitrust and unfair competition laws. Furthermore, all of the cases are putative class actions seeking to represent substantially similar, if not identical, putative classes, and seek damages and other relief. As such, each action will require adjudication of substantially the same questions of law and fact.

4. Concurrently with the filing of this Administrative Motion, Defendants and Plaintiffs in the related actions will be served with copies of this motion and all supporting documents filed with it.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 21st day of October, 2020, in Berkeley, California.

/s/ *Mario M. Choi*
Mario M. Choi

- 1 -   Case No. 3:20-cv-05671-JD
CHOI DECL. ISO ADMINISTRATIVE MOT. TO RELATE CASES