1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP., <br><br> Defendants. | Case No. 3:20-cv-05671-JD <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL L.R. 3-12** <br><br> <u>Related Case:</u> <br><br> *Herrera v. Google LLC*, <br>        Case No. 20-cv-07365-JCS |

1  This Court, having considered the administrative motion by Plaintiff Kondomar Herrera to
2  consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11,
3      IT IS HEREBY ORDERED THAT the actions entitled *Herrera v. Google LLC*, No. 20-
4  cv-07365-JCS (the "*Herrera* Action"), filed in this District on October 20, 2020 and pending
5  before the Honorable Joseph C. Spero, is hereby related to *Epic Games, Inc. v. Google LLC, et*
6  *al.,* Case No. 3:20-cv-05671-JD, and
7      IT IS FURTHER ORDERED THAT the *Herrera* Action be reassigned to this Court for
8  all further proceedings.
9      **IT IS SO ORDERED.**

11  DATED:_____    _____
12                                              Hon. James Donato
                                          United States District Judge