Elizabeth T. Castillo (#280502)
ecastillo@cpmlegal.com
Mark C. Molumphy (#168009)
mmolumphy@cpmlegal.com
Tamarah P. Prevost (#313422)
tprevost@cpmlegal.com
Noorjahan Rahman (#330572)
nrahman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff Brian McNamara
in McNamara. v. Google LLC et al.,*
No. 3:20-cv-07361-JCS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **EPIC GAMES.**, <br><br> Plaintiff, <br><br> v. <br><br> **GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.**, <br><br> Defendants. | Case No. 3:20-cv-05671-JD <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PERSUANT TO CIVIL L.R. 3-12** |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED PERSUANT TO CIVIL L.R. 3-12

Pursuant to Civil Local Rule 3-12, Plaintiff Brian McNamara respectfully moves this Court to consider whether his recently filed case, *McNamara. v. Google LLC et al.*, No. 3:20-cv-07361-JCS (filed Oct. 20, 2020) ("*McNamara*"), should be related to *Epic Games, Inc. v. Google LLC et al.*, No. 3:20-cv-05671-JD ("*Epic*"), the lowest-numbered, related case. See also Related Case Orders, ECF Nos. 42 and 46.

## I. RELEVANT BACKGROUND

On August 13, 2020, app distributor, Epic Games, Inc., filed an antitrust action against Google, alleging that Google's unlawful monopolization of and exclusionary conduct in the market in which Android apps are distributed enables Google to impose a supra-competitive 30% tax on apps purchased from the Google Play Store. Additional class actions on behalf of app developers and consumers were filed according to the following table:

| Case Name | Date filed | Class |
|---|---|---|
| *Carr v. Google LLC et al.*, No. 3:20-cv-05761-JD ("*Carr*") | Aug. 16, 2020 | Consumer |
| *Pure Sweat Basketball, Inc. v. Google LLC et al.*, No. 3:20-cv-05792-JD ("*Pure Sweat Basketball*") | Aug. 17, 2020 | App |
| *Peekya Services Inc., v. Google LLC et al.*, No. 3:20-cv-06772-JD ("*Peekya Services*") | Sept. 29, 2020 | App |
| *Bentley et al. v. Google LLC et al.*, No. 4:20-cv-07079-DMR ("*Bentley*") | Oct. 9, 2020 | Consumer |
| *McNamara. v. Google LLC et al.*, No. 3:20-cv-07361-JCS ("*McNamara*") | Oct. 20, 2020 | Consumer |

This Court ordered the *Carr*, *Pure Sweat Basketball*, and *Peekya Services* class actions related to the *Epic* case on on September 9, September 10, and October 9, 2020, respectively. *See* Related Case Orders ECF No. 42 (Sept. 9, 2020) ECF No. 46 (Sept. 10, 2020), and ECF No. 67 (Oct. 9, 2020).

At an Initial Case Management Conference held on October 8, 2020, this Court noted that "[c]onsolidation for all pre-trial and trial purposes is limited to *Carr*, 20-5761, and *Pure Sweat*, 20-5792, as well as *Peekya Services*, 20- 6772, which is related without opposition. Plaintiffs in those cases will file a consolidated amended complaint by October 21, 2020." See Civil Minutes of Initial Case Management Proceedings, ECF No. 66 (Oct. 9, 2020). Plaintiffs in these actions, as well as plaintiff in *Bentley*, subsequently filed a joint statement reporting their intent to file separate, consolidated amended complaints in the app developer and consumer cases. *See* Joint Proposed Plan for Discovery Coordination and Case Scheduling, ECF 54 (October 16, 2020).

## II. LEGAL STANDARD FOR RELATING CASES

"Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b). Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

## III. THE ACTIONS SHOULD BE RELATED

The *McNamara* action involves substantially the same subject matter as, and overlapping defendants in, the *Epic*, *Carr*, *Pure Sweat Basketball*, *Peekya Services*, and *Bentley* cases. Each complaint names as defendant Google LLC.; challenges Google's conduct with regard to the Google Play Store; and alleges that Google

engaged in unlawful monopolization and restraints of trade, in violation of federal antitrust law.

Plaintiffs in the consumer cases (*Carr* and *Bentley*) likely will seek the same or similar discovery from the Google entities and non-parties, and Google likely will proffer common factual and legal defenses and expert witnesses in each of the cases, thus rendering separate actions before different courts unduly duplicative, burdensome, and likely to result in conflicting results.

## IV.  CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Court order the *McNamara* case related to *Epic Games, Inc. v. Google LLC et al.*, No. 3:20-cv-05671-JD, the lowest-numbered case.

Dated: October 21, 2020

                           Respectfully Submitted,

                           COTCHETT, PITRE & McCARTHY LLP

                           */s/ Noorjahan Rahman*
                            Noorjahan Rahman
                            nrahman@cmplegal.org
                            San Francisco Airport Office Center
                            840 Malcolm Road, Suite 200
                            Burlingame, CA 94010
                            Telephone: (650) 697-6000
                            Facsimile: (650) 697-0577

                           *Attorneys for Plaintiff Brian McNamara*
                           *in McNamara. v. Google LLC et al.*,
                           No. 3:20-cv-07361-JCS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, I caused to be filed electronically a true and accurate copy of this Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 with the Clerk of the Court using the CM/ECF system maintained by the United States District Court for the Northern District of California, which will send notification of such filing to the email addresses denoted on the Court's Electronic Mail Notice List.

I further certify that I caused to be electronically filed the foregoing document to the parties listed in the related case *McNamara v. Google LLC,* No. 3:20-cv-07361-JCS, which will send notification of such filing to the email addresses denoted on the Court's Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                 */s/ Noorjahan Rahman*
                                                 Noorjahan Rahman