UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP., <br><br> Defendants. | Case No. 3:20-cv-05671-JD <br><br> **[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PERSUANT TO CIVIL L.R. 3-12 AND RELATING CASES** |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
AND RELATING CASES

Having considered Plaintiff Brian McNamara's Administrative Motion to Consider Whether the Cases Should be Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to relate its later-filed case, *McNamara, v. Google LLC et al.*, No. 3:20-cv-07631-JCS (filed Oct. 20, 2020) to the first-filed action, captioned: *In re Epic Games, Inc. v. Google LLC et al.,* No. 3:20-cv-05671-JD (N.D. Cal., filed August 13, 3030).

**IT IS SO ORDERED**

Dated:

UNITED STATES DISTRICT JUDGE
THE HONORABLE JAMES DONATO