Elizabeth C. Pritzker (CA SBN: 146267)
Jonathan K. Levine (CA SBN: 220289)
Bethany Caracuzzo (CA SBN: 190687)
Caroline C. Corbitt (CA SBN: 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
E-mail: ecp@pritzkerlevine.com; jkl@pritzkerlevine.com
         bc@pritzkerlevine.com; ccc@pritzkerlevine.com

Heidi M. Silton (*pro hac vice* forthcoming)
Justin R. Erickson (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: hmsilton@locklaw.com; jrerickson@locklaw.com

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP., <br><br> Defendants. | Case No. 3:20-cv-05671-JD <br><br> **DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12 AND 7-11]** <br><br> <u>Case to be Related:</u> <br> *Carroll, et al. v. Google LLC, et al.*, Case No. 3:20-cv-07379-SK; filed October 21, 2020 |

I, Elizabeth C. Pritzker, hereby declare as follows:

1. I am a partner and owner of Pritzker Levine LLP, counsel for Plaintiffs Daniel Carroll, Daniel Egerter and Brenda Keegan in the action *Carroll v. Google LLC, et al.*, Case No. 3:20-cv-07279-SK. I submit this declaration in support Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rules 3-12(b) and 7-11(a). I have personal knowledge of the facts set forth herein and, if called as a witness, could testify competently thereto.

2. The *Carroll* complaint was filed on October 21, 2020. It has been assigned to Magistrate Judge Kim. A true and correct copy of the *Carroll* complaint and civil case cover sheet is attached as Exhibit A hereto.

3. *Epic Games, Inc. v. Google, LLC et al.*, Case No. 3:20-cv-05671 ("*Epic Games*") was filed on August 13, 2020 and is currently pending before this Court, *i.e.* Judge Donato.

4. *Carroll* and *Epic Games* concern the same subject matter (restrictions Google imposes on Android compatible hardware manufacturers and application ("app") developers), the same factual and expert inquiry (whether such restrictions result in anticompetitive harm in a relevant antitrust market), the same resulting claims (federal and state antitrust laws), and against the same defendants. All of the cases currently related before Judge Donato are putative class actions seeking to represent substantially similar proposed classes. *See* Civ. L.R. 3-12(a)(1). As such, each action will require adjudication of substantially the same.

I declare under penalty of perjury the foregoing is true and correct under the laws of the United States and the State of California.

Executed this 22nd day of October, 2020, in Oakland, California.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker