UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-05671-JD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO RELATE CASE PURSUANT TO CIVIL L.R. 3-12**<br><br><u>Related Case:</u><br><br>*Carroll, et al. v. Google LLC, et al.*, Case No. 3:20-cv-07379-SK |

-1-

1  This Court, having considered the administrative motion by Plaintiffs Daniel Carroll, Daniel
2  Egerter, and Brenda Keegan (the "*Carroll* Plaintiffs") to consider whether cases should be related
3  pursuant to Civil Local Rules 3-12 and 7-11,
4  IT IS HEREBY ORDERED THAT the actions entitled *Carroll, et al. v. Google LLC, et al.*,
5  Case No. 3:20-cv-07379-SK, filed in this District on October 21, 2020 and pending before the
6  Honorable Sallie Kim, is hereby related to *Epic Games, Inc. v. Google LLC, et al.*, Case No. 3:20-cv-
7  05671-JD.
8  IT IS FURTHER ORDERED THAT the *Carroll Action* be reassigned to this Court for all
9  further proceedings.
10 **IT IS SO ORDERED.**

12 DATED: _____

_____
Hon. James Donato
United States District Judge
Northern District of California

[PROPOSED] ORDER GRANTING MOTION TO RELATE CASE
Case No.: 3:20-cv-05671-JD