| | | |
|---|---|---|
| 1 | GEORGE A. ZELCS (*pro hac vice*)<br>gzelcs@koreintillery.com | PEGGY J. WEDGWORTH (*pro hac vice*)<br>pwedgworth@milberg.com |
| 2 | **KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950 | **MILBERG PHILLIPS GROSSMAN LLP**<br>One Penn Plaza, Suite 1920 |
| 3 | Chicago, IL 60601<br>Telephone: (312) 641-9750 | New York, New York 10119<br>Telephone: 212-594-5300 |
| 4 | Facsimile: (312) 641-9751 | Facsimile: 212-868-1229 |
| 5 | KARMA M. GIULIANELLI (SBN 184175)<br>karma.giulianelli@bartlitbeck.com | *Counsel for Plaintiffs and the Proposed Class in Bentley v. Google LLC, et al.* |
| 6 | GLEN E. SUMMERS (SBN 176402)<br>glen.summers@bartlitbeck.com | |
| 7 | JAMESON R. JONES (*pro hac vice pending*)<br>Jameson.jones@bartlitbeck.com | PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com |
| 8 | **BARTLIT BECK LLP**<br>1801 Wewetta St. Suite 1200, | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 9 | Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111 |
| 10 | Facsimile: (303) 592-3140 | Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 |
| 11 | *Counsel for Plaintiffs and the Proposed Class in Carr v. Google LLC, et al.* | CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com |
| 12 | | |
| 13 | STEVE W. BERMAN (*pro hac vice*)<br>steve@hbsslaw.com | **CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue |
| 14 | **HAGENS BERMAN SOBOL SHAPIRO LLP** | New York, New York 10019<br>Telephone: (212) 474-1000 |
| 15 | 1301 Second Ave., Suite 2000<br>Seattle, WA 98101 | Facsimile: (212) 474-3700 |
| 16 | Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC, et al.* |
| 17 | *Counsel for Plaintiffs and the Proposed Class in Pure Sweat Basketball, Inc. v. Google LLC, et al.* | |
| 18 | | BRIAN C. ROCCA (221576)<br>brian.rocca@morganlewis.com |
| 19 | BONNY E. SWEENEY (SBN 176174)<br>bsweeney@hausfeld.com | **MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower |
| 20 | **HAUSFELD LLP** | San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| 21 | 600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104 | Facsimile: (415) 442-1001 |
| 22 | Telephone: (415) 633-1908<br>Facsimile: (415) 358-4980 | *Counsel for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd. and Google Payment Corp.* |
| 23 | *Counsel for Plaintiffs and the Proposed Class in Peekya App Services, Inc. v. Google LLC, et al.* | |
| 24 | | |
| 25 | | |
| 26 | [Additional counsel appear on signature page] | |
| 27 | | |
| 28 | | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>    *Plaintiff,*<br><br>        v.<br><br>GOOGLE LLC et al.,<br>    *Defendants.* | Case No. 3:20-cv-05671-JD |
| BENTLEY, et al.,<br>    *Plaintiffs,*<br><br>        v.<br><br>GOOGLE LLC et al.,<br>    *Defendants.* | Case No. 4:20-cv-07079-DMR |
| MARY CARR, et al.,<br>    *Plaintiffs,*<br><br>        v.<br><br>GOOGLE LLC et al.,<br>    *Defendants.* | Case No. 3:20-cv-05761-JD |
| PURE SWEAT BASKETBALL, INC., et. al,<br>    *Plaintiffs,*<br><br>        v.<br><br>GOOGLE LLC et al.,<br>    *Defendants.* | Case No. 3:20-cv-05792-JD |
| PEEKYA APP SERVICES, INC., et. al,<br>    *Plaintiffs,*<br><br>        v.<br><br>GOOGLE LLC et al.,<br>    *Defendants.* | Case No. 3:20-cv-06772-JD<br><br>**JOINT NOTICE REGARDING STATUS OF PROTECTIVE ORDER**<br><br>Judge: Hon. James Donato |

Plaintiffs in the above-captioned actions (the "Related Actions"), consisting of Plaintiffs in *Mary Carr, et al. v. Google LLC, et al.*, Case No. 3:20-cv-05761-JD ("Carr Plaintiffs"), *Bentley et al. v. Google LLC et al.*, No. 4:20-cv-07079-DMR ("Bentley Plaintiffs" and, together with Carr Plaintiffs, Consumer Plaintiffs), *Pure Sweat Basketball, Inc., et al. v. Google LLC, et al.*, Case No. 3:20-cv-05792-JD ("PSB Plaintiffs"), *Peekya App Services., Inc. v. Google LLC et al.*, Case No. 3:20-cv-06772-JD  ("Peekya Plaintiffs" and, together with PSB Plaintiffs, Developer Plaintiffs) and *Epic Games Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671-JD ("Epic" and, together with Consumer Plaintiffs and Developer Plaintiffs, the "Plaintiffs"), and the Google Defendants in the Related Actions, Google LLC; Google Ireland Limited; Google Commerce Ltd.; Google Asia Pacific Pte. Ltd.; and Google Payment Corp. (collectively "Google"; each of the Consumer Plaintiffs, the Developer Plaintiffs, Epic and Google will be referred to as a "Party" and, all four groups collectively shall be referred to as the "Parties"), by and through their respective counsel wish to provide notice to the Court regarding the Parties' negotiations over a stipulated Protective Order in the Related Actions.

The Parties have been working diligently to negotiate a stipulated Protective Order for the Related Actions and are making progress on a final agreement. However, there are a few remaining issues and the Parties wish to continue to meet and confer on October 23, 2020 in an effort to resolve any remaining differences. Once their meet and confer is completed, the Parties will file a stipulated Protective Order or present any remaining disputed issues to the Court on October 23, 2020.

Dated: October 22, 2020

CRAVATH, SWAINE & MOORE LLP
    Christine Varney
    Katherine B. Forrest
    Gary A. Bornstein
    Yonatan Even
    Laurent A. Moskowitz
    M. Brent Byars

Respectfully submitted,

By:  /s/ *Yonatan Even*
    Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*

Dated: October 22, 2020

KOREIN TILLERY, LLC
    George A. Zelcs
    Robert E. Litan
    Randall P. Ewing, Jr.
    Jonathan D. Byrer
    Stephen M. Tillery
    Michael E. Klenov
    Carol L. O'Keefe

BARTLIT BECK LLP
    Karma M. Giulianelli
    Glen E. Summers
    Jameson R. Jones

Respectfully submitted,

By:  /s/ *Jamie L. Boyer*
    Jamie L. Boyer

*Counsel for Plaintiffs and the Proposed Class in Carr v. Google LLC et al.*

| | | |
|---|---|---|
| 1 | Dated: October 22, 2020 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | |    Robert F. Lopez |
| 2 | |    Benjamin J. Siegel |

Respectfully submitted,

By:  /s/  *Steve W. Berman*
     Steve W. Berman

*Counsel for Plaintiffs and the Proposed Class in Pure Sweat Basketball v. Google LLC et al.*

Dated: October 22, 2020   MILBERG PHILLIPS GROSSMAN LLP
   Peggy J. Wedgworth
   Robert A. Wallner
   Elizabeth McKenna
   Blake Yagman
   Michael Acciavatti

Respectfully submitted,

By:  /s/  *Peggy J. Wedgworth*
     Peggy J. Wedgworth

*Counsel for Plaintiffs and the Proposed Class in Bentley, et al. v. Google LLC et al.*

Dated: October 22, 2020   HAUSFELD LLP
   Bonny E. Sweeney
   Melinda R. Coolidge
   Katie R. Beran
   Samantha J. Stein
   Scott A. Martin
   Irving Scher

Respectfully submitted,

By:  /s/  *Bonny E. Sweeney*
     Bonny E. Sweeney

*Counsel for Plaintiffs and the Proposed Class in Peekya App Services, Inc. v. Google LLC et. al*

| | |
|---|---|
| Dated: October 22, 2020 | MORGAN, LEWIS & BOCKIUS LLP<br>Sujal J. Shah<br>Michelle Park Chiu<br>Minna Lo Naranjo<br>Rishi P. Satia |
| | Respectfully submitted, |
| | By:   /s/  *Brian C. Rocca*<br>         Brian C. Rocca |
| | *Counsel for Defendant Google LLC et. al* |

### E-FILING ATTESTATION

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                        /s/   *Yonatan Even*
                                              Yonatan Even