Elizabeth T. Castillo (#280502)
ecastillo@cpmlegal.com
Mark C. Molumphy (#168009)
mmolumphy@cpmlegal.com
Tamarah P. Prevost (#313422)
tprevost@cpmlegal.com
Noorjahan Rahman (#330572)
nrahman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff Brian McNamara
in McNamara. v. Google LLC et al.,
No. 3:20-cv-07361-JCS*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EPIC GAMES.,<br><br>                     Plaintiff,<br><br>v.<br><br>**GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,**<br><br>                     Defendants. | Case No. 3:20-cv-05671-JD<br><br>**PLAINTIFF BRIAN McNAMARA'S NOTICE OF FILING AND REQUEST FOR STATUS CONFERENCE** |

**PLAINTIFF BRIAN McNAMARA'S NOTICE OF FILING AND REQUEST FOR STATUS CONFERENCE**

Due to recent developments in related actions before this Court, Plaintiff Brian McNamara files this Notice to advise this Court of the pendency of his related action, *McNamara. v. Google LLC et al.*, No. 3:20-cv-07361-JCS, filed on October 20, 2020 ("*McNamara*"), and to request that the Court set a status conference within 30 days so that all parties and their counsel have the opportunity to appear to address relevant issues.

Plaintiff McNamara recently filed an administrative motion to have his case be deemed related to *Epic Games, Inc. v. Google LLC et al.*, No. 3:20-cv-05671-JD ("*Epic*"), the lowest-numbered, related case. However, that motion has not yet been granted, and in the meantime, plaintiffs in related "Consumer" cases have filed (1) a consolidated complaint and (2) a motion for lead counsel. Since Plaintiff McNamara also intends to seek a leadership position, and understands that other related cases have also been filed in this district but not yet assigned to this Court, he respectfully requests the Court to set a status conference allowing plaintiffs in all related actions to appear and participate and, to set a uniform schedule to consider any leadership motion at the same time.

Dated: October 29, 2020

    Respectfully Submitted,

    COTCHETT, PITRE & McCARTHY LLP

    /s/ *Elizabeth T. Castillo*
    Elizabeth T. Castillo
    San Francisco Airport Office Center
    840 Malcolm Road, Suite 200
    Burlingame, CA 94010
    Telephone: (650) 697-6000
    Facsimile: (650) 697-0577

    *Attorneys for Plaintiff Brian McNamara*
    *in McNamara. v. Google LLC et al.,*
    No. 3:20-cv-07361-JCS

**PLAINTIFF BRIAN McNAMARA'S NOTICE OF FILING AND REQUEST FOR STATUS CONFERENCE**    1

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, I caused to be filed electronically a true and accurate copy of this Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 with the Clerk of the Court using the CM/ECF system maintained by the United States District Court for the Northern District of California, which will send notification of such filing to the email addresses denoted on the Court's Electronic Mail Notice List.

I further certify that I caused to be electronically filed the foregoing document to the parties listed in the related case *McNamara v. Google LLC,* No. 3:20-cv-07361-JCS, which will send notification of such filing to the email addresses denoted on the Court's Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                              */s/ Elizabeth Castillo*
                              Elizabeth Castillo