# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: October 29, 2020      Judge: Hon. James Donato

Time: 32 Minutes

Case     **C-20-05671-JD Epic Games, Inc. v. Google LLC et al**
            **C-20-05761-JD Carr v. Google LLC et al**
            **C-20-05792-JD Pure Sweat Basketball, Inc. v. Google LLC et al**
            **C-20-06772-JD Peekya Services, Inc. v. Google LLC et al**

Attorney(s) for Plaintiff(s):    Elizabeth C. Pritzker/Steve Berman/Yonatan Even/Bonny Sweeney/Jamie Boyer
Attorney(s) for Defendant(s):    Brian Rocca/Sujal Shah

Deputy Clerk: Lisa R. Clark      Court Reporter: JoAnn Bryce

## PROCEEDINGS

Status Conference -- Held (via Zoom webinar)

## NOTES AND ORDERS

Counsel for all of the pending and incoming consumer class action cases are directed to propose a plan for consolidation into a single action. The motions to appoint interim class counsel in the consumer cases are terminated without prejudice pending further order, and defendants do not need to respond to any of the consumer class complaints until the Court directs.

All parties are directed to file by November 6, 2020, a revised and unified scheduling order. The scheduling order should also contain the parties' proposed page limits for motion briefs.

Pending further order, the parties should continue to file each docket entry in every case. This will likely change after consolidation is resolved for the consumer cases.

A further status conference is set for December 3, 2020, at 10:00 a.m.