UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc., )
) Case No: 3:20-cv-05671
         Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
GOOGLE LLC et al., ) (CIVIL LOCAL RULE 11-3)
)
         Defendant(s). )

    I, Richard S. Taffet, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Google LLC and Google Payment Corp. in the above-entitled action. My local co-counsel in this case is Brian C. Rocca, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 101 Park Avenue<br>New York, NY 10178-0060 | One Market Street, Spear Street Tower<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 309-6000 | (415) 442-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| richard.taffet@morganlewis.com | brian.rocca@morganlewis.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1721182.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/09/20

/s/ Richard S. Taffet
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Richard S. Taffet is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/17/2020

UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                           *October 2012*