Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Alexander J. Bukac (SBN 305491)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
ajb@classlawgroup.com

*Attorneys for Plaintiffs Zacharia Gamble and Nicholas Hess in Gamble et al., v. Google LLC et al., No. 3:20-cv-07984*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **EPIC GAMES, INC.**, <br><br>Plaintiff, <br><br>v. <br><br>**GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; AND GOOGLE PAYMENT CORP.**, <br><br>Defendants. | Case No. 3:20-cv-05671-JD <br><br>**RESPONSE IN SUPPORT OF SUA SPONTE JUDICIAL REFERRAL TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

On November 12, 2020, Plaintiffs Zacharia Gamble and Nicholas Hess filed *Gamble et al. v. Google LLC et al.*, Case No. 3:20-cv-07984. A copy of the Complaint is attached hereto as **Exhibit A**. The case was assigned to Magistrate Judge Cousins who, on November 13, 2020, made a Sua Sponte Judicial Referral for purposes of determining relationship with *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD ("*Epic Games*"). *See* ECF No. 90. Pursuant to Judge Cousins' Sua Sponte Referral and Civil Local Rule 3-12 and 7-11, Plaintiffs Zacharia Gamble and Nicholas Hess respectfully submit this Response in support of relating *Gamble* with *Epic Games*. *See also* Related Case Orders ECF Nos. 42, 46, 67, 79, 83, 85.

## I. Background

On August 13, 2020, app distributor, Epic Games, Inc., filed an antitrust action against Google, alleging that Google's unlawful monopolization in the Android mobile app market enables Google to charge a supra-competitive 30% fee on apps and in-app content purchased from the Google Play Store. Additional class actions have since been filed and ordered related to *Epic*:

| Case Name | Date Filed | Class | Related Case Order |
|---|---|---|---|
| *Carr v. Google LLC et al.*, No. 3:20-cv-05761-JD ("*Carr*") | Aug. 16, 2020 | Consumer | Sept. 10, 2020 (ECF No. 46) |
| *Pure Sweat Basketball, Inc. v. Google LLC et al.*, No. 3:20-cv-05792 ("*Pure Sweat Basketball*") | Aug. 17, 2020 | App Developer | Sept. 9, 2020 (ECF No. 42) |
| *Peekya Services Inc. v. Google LLC et al.*, No. 3:20-cv-06772-JD | Sept. 29, 2020 | App Developer | Oct. 9, 2020 (ECF No. 67) |
| *Bentley et al. v. Google LLC et al.*, No. 4:20-cv-07079-DMR | Oct. 9, 2020 | Consumer | Oct. 26, 2020 (ECF No. 79) |
| *McNamara v. Google LLC et al.*, No. 3:20-cv-07361-JCS | Oct. 20, 2020 | Consumer | Oct. 30, 2020 (ECF No. 85) |
| *Herrera v. Google LLC*, 3:20-cv-07365-JD | Oct. 20, 2020 | Consumer | Oct. 30, 2020 (ECF No. 85) |
| *Carroll v. Google LLC et al.*, No. 3:20-cv-07379 | Oct. 21, 2020 | Consumer | Oct. 29, 2020 (ECF No. 83) |

At the October 8, 2020 Initial Case Management Conference, this Court noted that "[c]onsolidation for all pre-trial and trial purposes is limited to *Carr*, 20-5761, and *Pure Sweat*, 20-5792, as well as *Peekya Services*, 20-6772, which is related without opposition. Plaintiffs in those cases will file a consolidated amended complaint by October 21, 2020." Civil Minutes of Initial Case Management Proceedings, ECF No. 82 (Oct. 9, 2020). Counsel for these parties, and *Bentley*, subsequently filed several proposed stipulations concerning, among other things, proposed methods of consolidating the discovery process. *See* ECF Nos. 70, 74-75. At the October 29, 2020 Status Conference, this Court directed Counsel for all of the pending and incoming consumer class action cases to propose a plan for consolidation into a single action. *See* Civil Minutes of Status Conference, ECF No. 82 (Oct. 29, 2020).

## II. Legal Standard

Actions are considered related when they: (1) concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. *See* Civil L.R. 3-12(a). Accordingly, "[w]henever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District . . . , the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11. Civil L.R. 3-12(b). Where a Judge makes a sua sponte referral to consider relation to another case, the parties may file a response in opposition to or support of relating the cases. *See* Civil L.R. 3-12(c).

## III. The Actions Should Be Related

The *Gamble* action involves substantially the same subject matter as, and shares common defendants with, the *Epic Games, Carr, Pure Sweat Basketball, Peekya, Bentley, McNamara, Herrera* and *Carroll* actions. Each action names Google LLC as defendant,

2

RESPONSE IN SUPPORT OF RELATING CASES
Case No. 3:20-cv-05671-JD

challenges Google's conduct with respect to the Google Play Store, and alleges that Google's actions amount to unlawful monopolization and restraints of trade in violation of the antitrust laws.

Plaintiffs will likely seek the same or similar discovery to substantiate their claims, and Google is likely to offer common factual and legal defenses and expert witnesses in each of the cases. Maintenance of separate actions is therefore likely to result in duplication of labor and expense, and raises the prospect of conflicting results. Accordingly, Plaintiffs support relating *Gamble* with *Epic Games*.

November 17, 2020

Respectfully submitted,

By: /s/ *Eric H. Gibbs*

Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Alexander J. Bukac (SBN 305491)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
ajb@classlawgroup.com

*Attorneys for Plaintiffs Zacharia Gamble and Nicholas Hess in Gamble et al., v. Google LLC et al., No. 3:20-cv-07984*