Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Alexander J. Bukac (SBN 305491)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
ajb@classlawgroup.com

*Counsel for Plaintiffs Zacharia Gamble and Nicholas Hess in Gamble et al. v. Google LLC et al., No. 3:20-cv-07984*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **EPIC GAMES, INC.**, | Case No. 3:20-cv-05671-JD |
| Plaintiff, | **[PROPOSED] ORDER RELATING CASES** |
| v. | |
| **GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; AND GOOGLE PAYMENT CORP.**, | |
| Defendants. | |

Having considered Judge Cousins' Sua Sponte Judicial Referral and Plaintiffs' Response in Support of Relating Cases, as well as the pleadings on file, the Court hereby ORDERS the Clerk to relate the later-filed case, *Gamble et al. v. Google LLC et al.*, No. 3:20-cv-07984 (N.D. Cal., filed November 12, 2020) to the first-filed action, now captioned: *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671 (N.D. Cal., filed Aug. 13, 2020).

**IT IS SO ORDERED.**

Dated: November ___, 2020

_____
UNITED STATES DISTRICT JUDGE
THE HONORABLE JAMES DONATO