1   R. Alexander Saveri (SBN 173102)
    Geoffrey C. Rushing (SBN 126910)
2   Cadio Zirpoli (SBN 179108)
    Sarah Van Culin (SBN 293181)
3   SAVERI & SAVERI, INC.
    706 Sansome Street
4   San Francisco, CA  94111
    Telephone: (415) 217-6810
5   Facsimile: (415) 217-6813
6   Email: rick@saveri.com; geoff@saveri.com;
     cadio@saveri.com; sarah@saveri.com
7
    Randy Renick (SBN 179652)
8   HADSELL STORMER & RENICK LLP
    The Marine Building
9   128 N. Fair Oaks Ave.
    Pasadena, California 91103
10  Telephone (626) 585-9600
    Facsimile (626) 577-7079
11  Email: rrr@hadsellstormer.com

12  *Counsel for Plaintiff*

13              **UNITED STATES DISTRICT COURT**

14      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

15

16  EPIC GAMES.,                          CASE NO.: 3:20-cv-05671-JD
                        Plaintiff,
17                                         **ADMINISTRATIVE MOTION TO
                        v.                 CONSIDER WHETHER CASES
18                                         SHOULD BE RELATED PURSUANT
    GOOGLE LLC; GOOGLE IRELAND             TO CIVIL LOCAL RULE 3-12(b)**
19  LIMITED; GOOGLE COMMERCE
    LIMITED; GOOGLE ASIA PACIFIC PTE.
20  LIMITED; and GOOGLE PAYMENT
    CORP.,
21                      Defendants.

22  ────────────────────────────

23  SMITH ROBERTS, Individually and on     CASE NO.: 4:20-cv-07824-DMR
    Behalf of All Others Similarly Situated,
24
                        Plaintiffs,
25
                        vs.
26
    GOOGLE LLC and ALPHABET, INC.,
27  Defendants.

28
    ────────────────────────────────────────────────
        ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
           PURSUANT TO CIVIL L.R. 3-12(B) – 3:20-cv-05671-JD

Pursuant to Civil Local Rule 3-12(b), Plaintiff Smith Roberts moves the Court for an order relating his case, *Roberts v. Google LLC*, Case No. 4:20-cv-07824-DMR, to the lowest-numbered related case *Epic Games v. Google LLC*, Case No. 3:20-cv-05671-JD.

Civil Local Rule 3-12(b) directs parties to file an Administrative Motion to Consider Whether Cases Should Be Related in the lowest-numbered action when the party believes that an action may be related to another action that is pending in the Northern District. Civil Local Rule 3-12(a) provides that an action is related when "[t]he actions concern substantially the same parties, property, transaction or event" and "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Both the *Roberts* Action and the *Epic Games* Action assert claims against Google LLC for monopolization and unlawful restraint of trade for its conduct related to Google Play. Given the overlapping claims and Defendants, it is likely that there would be duplication of labor and expense if these cases were conducted before different Judges including similar, duplicative discovery, motion practice on overlapping defenses, and reliance on common witnesses.

A number of cases alleging similar claims against Google and related entities have already been related before this Court:

| Case | Date Filed | Class Type | Order Relating Case |
|------|-----------|-----------|--------------------|
| *Carr v. Google LLC et al* (3:20-cv-05761-JD | August 16, 2020 | Consumer Class | ECF 46 |
| *Pure Sweat Basketball, Inc. v. Google LLC et al* (3:20-cv-05792-JD | August 17, 2020 | App Developer Class | ECF 42 |
| *Peekya Services, Inc. v. Google LLC et al* (3:20-cv-06772-JD) | Sept. 29, 2020 | App Developer Class | ECF 67 |
| *Bentley et al v. Google LLC et al* (3:20-cv-07079-JD) | October 9, 2020 | Consumer Class | ECF 79 |
| *McNamara v. Google LLC et al* (3:20-cv-07361-JD) | October 20, 2020 | Consumer Class | ECF 85 |
| *Herrera v. Google LLC* (3:20-cv-07365-JD) | October 20, 2020 | Consumer Class | ECF 85 |

| *Carroll v. Google LLC et al.* (3:20-cv-07379-JD) | October 21, 2020 | Consumer Class | ECF 83 |
|---|---|---|---|

Another action, *Gamble et al. v. Google LLC et al.*, Case No. 3:20-cv-07984, was referred *sua sponte* by Magistrate Judge Cousins for the purposes of determining relationship. Sua Sponte Judicial Referral for Purpose of Determining Relationship (Nov. 13, 2020) (ECF 90).

The *Roberts* Action is brought on behalf of a similar consumer class to the *Carr*, *Bentley*, *McNamara*, *Herrera*, and *Carroll* Actions. At the hearing on October 29, 2020, the Court directed counsel for all pending and incoming consumer class actions to "propose a plan for consolidation into a single action." Civil Minutes (Oct. 29, 2020) (ECF 82). Relating the *Roberts* Action would further support the Court's stated plan for case management of the consumer class actions.

In light of the foregoing, Plaintiff Roberts respectfully requests that the Court relate his action to the *Epic Games* Action.

Dated: November 18, 2020

/s/ R. Alexander Saveri

R. Alexander Saveri (SBN 173102)
Geoffrey C. Rushing (SBN 126910)
Cadio Zirpoli (SBN 179108)
Sarah Van Culin (SBN 293181)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimil: (415) 217-6813
Email: rick@saveri.com;
geoff@saveri.com; cadio@saveri.com;
sarah@saveri.com

Randy Renick (SBN 179652)
HADSELL STORMER & RENICK LLP
The Marine Building
128 N. Fair Oaks Ave.
Pasadena, California 91103
Telephone (626) 585-9600
Facsimile (626) 577-7079
Email: rrr@hadsellstormer.com

*Attorneys for Plaintiff*