R. Alexander Saveri (SBN 173102)
Geoffrey C. Rushing (SBN 126910)
Cadio Zirpoli (SBN 179108)
Sarah Van Culin (SBN 293181)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
Email: rick@saveri.com; geoff@saveri.com;
 cadio@saveri.com; sarah@saveri.com

Randy Renick (SBN 179652)
HADSELL STORMER & RENICK LLP
The Marine Building
128 N. Fair Oaks Ave.
Pasadena, California 91103
Telephone (626) 585-9600
Facsimile (626) 577-7079
Email: rrr@hadsellstormer.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES.,<br>　　　　Plaintiff,<br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br>　　　　Defendants. | CASE NO.: 3:20-cv-05671-JD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12(b)** |
| SMITH ROBERTS, Individually and on Behalf of All Others Similarly Situated,<br>　　　　Plaintiffs,<br>vs.<br>GOOGLE LLC and ALPHABET, INC.,<br>　　　　Defendants. | CASE NO.: 4:20-cv-07824-DMR |

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED– 3:20-cv-05671-JD

1  The Court, having considered all of the papers and pleadings on file, and good cause
2  appearing, HEREBY GRANTS the Administrative Motion to Consider Whether Cases Should
3  Be Related.
4  IT IS ORDERED that *Roberts v. Google LLC et al*, Case No. 4:20-cv-07824-DMR, is
5  related to the case *Epic Games v. Google LLC et al*, Case No. 3:20-cv-05671-JD.
6  The *Roberts* Action concerns substantially the same parties, property, transaction or
7  events as the *Epic Games* Action and it appears likely that there will be an unduly burdensome
8  duplication of labor or expense or conflicting results if the cases are conducted before different
9  judges.
10  The *Roberts* Action shall be assigned to the undersigned Judge pursuant to Civil Local
11  Rule 3-12(f).

**IT IS SO ORDERED.**

Dated: _____                          _____
                                          JAMES DONATO
                                          United States District Judge

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12(B) – 3:20-cv-05671-JD- 1