1  George A. Zelcs (*pro hac vice*)
   gzelcs@koreintillery.com
2  **KOREIN TILLERY, LLC**
   205 North Michigan, Suite 1950
3  Chicago, IL 60601
   Telephone: (312) 641-9750
4  Facsimile: (312) 641-9751

5  Karma M. Giulianelli (SBN 184175)
6  karma.giulianelli@bartlitbeck.com
   **BARTLIT BECK LLP**
7  1801 Wewetta St. Suite 1200,
   Denver, Colorado 80202
8  Telephone:  (303) 592-3100
   Facsimile:  (303) 592-3140
9
   *Counsel for Plaintiffs and the Proposed Class in*
10 *Carr v. Google LLC, et al.*

11 Steve W. Berman (*pro hac vice*)
12 steve@hbsslaw.com
   **HAGENS BERMAN SOBOL SHAPIRO LLP**
13 1301 Second Ave., Suite 2000
   Seattle, WA 98101
14 Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
15
   *Counsel for Plaintiffs and the Proposed Class in*
16 *Pure Sweat Basketball, Inc. v. Google LLC, et al.*

17 Bonny E. Sweeney (SBN 176174)
18 bsweeney@hausfeld.com
   **HAUSFELD LLP**
19 600 Montgomery Street, Suite 3200
   San Francisco, CA 94104
20 Telephone: (415) 633-1908
   Facsimile: (415) 358-4980
21
   *Counsel for Plaintiffs and the Proposed Class in*
22 *Peekya App Services, Inc. v. Google LLC, et al.*

23 Hae Sung Nam (*pro hac vice*)
24 hnam@kaplanfox.com
   **KAPLAN FOX & KILSHEIMER LLP**
25 850 Third Avenue
   New York, NY 10022
26 Tel.: (212) 687-1980

27 *Counsel for Plaintiffs and the Proposed Class in*
   *Herrera. v. Google LLC et. al*
28 [Additional counsel appear on signature page]

Peggy J. Wedgworth  (*pro hac vice*)
pwedgworth@milberg.com
**MILBERG PHILLIPS GROSSMAN LLP**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: 212-594-5300
Facsimile: 212-868-1229

*Counsel for Plaintiffs and the Proposed Class*
*in Bentley v. Google LLC, et al.*

Adam J. Zapala (SBN 245748)
azapala@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000

*Counsel for Plaintiffs and the Proposed Class*
*in McNamara. v. Google LLC et. al*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH**
**LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc. in Epic*
*Games, Inc. v. Google LLC,*
*et al.*

Brian C. Rocca (221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Counsel for Defendants Google LLC, et al.*

1

# UNITED STATES DISTRICT COURT

2

# NORTHERN DISTRICT OF CALIFORNIA

3

# SAN FRANCISCO DIVISION

4

5

6 | IN RE GOOGLE PLAY CONSUMER | Case No. 3:20-cv-05761-JD
ANTITRUST LITIGATION

7

8 | IN RE GOOGLE PLAY DEVELOPER | Case No. 3:20-cv-05792-JD
ANTITRUST LITIGATION

9

10 | EPIC GAMES, INC., | Case No. 3:20-cv-05671-JD

11 | *Plaintiff*, | **JOINT CASE MANAGEMENT STATEMENT**

12 | v.

13 | GOOGLE LLC et al., | Date:  December 3, 2020
Time:  10:00 a.m.

14 | *Defendants*. | Courtroom:  11, 19th Floor (via Zoom)
Judge:  Hon. James Donato

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to this Court's minute entry Orders dated October 29, 2020, setting a further status conference for December 3, 2020 (*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("*Epic Action*"), ECF No. 82; *In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD ("*Consumer Action*")[1], ECF No. 65; *In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD ("*Developer Action*")[2], ECF No. 66) (collectively, the "Minute Orders"), the Parties in the above-captioned related actions (the "Related Actions"), by and through their undersigned counsel, submit this Joint Case Management Statement.

## I.   CASE STATUS SUMMARY

**Scheduling Order**.  The Parties submitted to the Court an agreed proposed scheduling order on November 6, 2020.  (*Epic Action*, ECF No. 87; *Consumer Action*, ECF No. 71; *Developer Action*, ECF No. 68.)

**Google's Motion to Dismiss**.  Google filed its opening brief in support of its motion to dismiss the *Epic Action* and the *Developer Action* on November 13, 2020.  Opposition is due December 21, 2020, and Google's reply is due January 20, 2021.

---

[1] On November 20, 2020, the Court ordered the consolidation of *Carr v. Google LLC et al.*, Case No. 3:20-cv-05761-JD; *Bentley v. Google LLC et al.*, Case No. 3:20-cv-07079-JD; *McNamara v. Google LLC et al.*, Case No. 3:20-cv-07361-JD; *Herrera v. Google LLC et al.*, Case No. 3:20-cv-07365-JD; *Carroll v. Google LLC et al.*, Case No. 3:20-cv-07379-JD; and *Gamble v. Google LLC et al.*,  Case No. 3:20-cv-07984-JD, renaming the consolidated case "*In re Google Play Consumer Antitrust Litigation*".  (*Consumer Action*, ECF No. 78.)  Another consumer case, *Stark v. Google, LLC,* Case No. 5:20-cv-8309 ("*Stark* "), was filed November 24, 2020, and a motion to relate *Stark* to *In re Google Play Consumer Antitrust Litigation* was filed the same day.  (*Consumer Action*, ECF No. 86.)

[2] On November 20, 2020, the Court ordered the consolidation of *Pure Sweat Basketball, Inc. v. Google LLC et al*, Case No. 3:20-cv-05792-JD and *Peekya Services Inc. v. Google LLC et al.*, Case No. 3:20-cv-06772-JD, renaming the consolidated case "*In re Google Play Developer Antitrust Litigation*".  (*Developer Action*, ECF No. 72.)

**Discovery Coordination**.  The following discovery-related developments have occurred:

- *Coordination of Discovery Order*.  The Court entered an order regarding coordination of discovery on November 10, 2020.  (*Epic Action*, ECF No. 89; *Consumer Action*, ECF No. 73; *Developer Action*, ECF No. 70.)

- *Discovery of Electronically Stored Information ("ESI") Order*.  The Court entered an order regarding the discovery of ESI on November 10, 2020.  (*Epic Action*, ECF No. 88; *Consumer Action*, ECF No. 72; *Developer Action*, ECF No. 69.)

- *Statement Regarding Protective Order*.  On October 23, 2020, counsel for the parties in the *Epic, Carr, Bentley, Pure Sweat Basketball* and *Peekya App Services* actions filed a joint statement regarding protective order, submitting for this Court's consideration two competing versions of a proposed protective order that are identical in all respects except for one section (Section 7.4).  The Parties put forth their positions in the joint statement.  (*Epic Action*, ECF No. 77; *Consumer Action*, ECF No. 59; *Developer Action*, ECF No. 62.)

- *Discovery Served to Date*.  On November 9, 2020, initial disclosures were served for the *Epic, Carr, Bentley, Pure Sweat Basketball* and *Peekya App Services* actions, and Plaintiffs in those lawsuits served their joint First Set of Requests for Production to Google on the same day.  On November 11, 2020, initial disclosures for the *Carroll* action were served.

- Counsel for the recently-related consumer class actions *Herrera, McNamara,* and *Gamble* did not participate in these joint filings because their cases were either not yet filed or not yet related to the *Epic* action.  They have since participated in joint meet and confer sessions with all counsel, support coordinated discovery, and join in the First Set of Requests for Production to Google and the Statement Regarding Protective Order.

Counsel for *Carroll* supports these efforts and will join the First Set of Requests for Production and the Statement Regarding Protective Order.  Counsel for the consumer actions held a conference call on November 25, 2020 to discuss common issues.

**Motion for Transfer and Consolidation.**    On October 30, 2020, Plaintiff J. Jackson Paige filed *Paige v. Google LLC*, Case No. 1:20-cv-03158 (D.D.C.) ("*Paige Action*"), which is a putative consumer class action that mirrors the *Consumer Action*.  On November 5, 2020, Plaintiff Paige moved pursuant to 28 U.S.C. § 1407 to consolidate the Related Actions with *In re Google Digital Advertising Antitrust Litigation*, Case No. 5:20-cv-03556 (N.D. Cal.) and the *Paige Action*, and to transfer the consolidated actions to the United States District Court for the District of Columbia for pretrial proceedings.  The next day, the Judicial Panel on Multidistrict Litigation ordered the parties to respond to that motion no later than November 27, 2020, with the reply to be filed on or before December 4, 2020.  On November 24, 2020, Google moved to transfer the *Paige Action* to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a).

**Motion to Appoint Interim Class Counsel in the *Developer Action*.**  On October 21, 2020, Plaintiffs in *Pure Sweat Basketball, Inc. v. Google LLC, et al.*, Case No. 3:20-cv05792-JD, and *Peekya App Services, Inc. v. Google LLC et al.*, Case No. 3:20-cv-06772-JD, moved pursuant to Federal Rule of Civil Procedure 23(g)(3) to appoint co-lead interim class counsel for the *Developer Action* (the "Interim Class Counsel Motion").  (*Developer Action*, ECF No. 55.)  On November 20, 2020, the Court issued an Order Regarding Consolidation in the *Developer Action* indicating it would address the Interim Class Counsel Motion in a future order. (*Developer Action*, ECF No. 72.)

**Motion to Appoint Interim Class Counsel in the *Consumer Action*.**  On November 17, 2020, Plaintiffs in the *Consumer Action* sought leave to file a motion to appoint interim lead counsel pursuant to Federal Rule of Civil Procedure 23(g)(3).  (*Consumer Action*,

1   ECF No. 77.)  This Court granted that request on November 20, 2020.  (*Consumer Action*, ECF

2   No. 78.)  Subsequently, on November 23, 2020, Plaintiffs in *Carr. v. Google LLC et al.*, Case

3   No. 3:20-cv-05761-JD, *Bentley v. Google LLC et al.*, Case No. 3:20-cv-07079-JD and *Carroll v.*

4   *Google LLC et al.*, Case No. 3:20-cv-07379-JD, moved to appoint co-lead interim class counsel

5   for the *Consumer Action*.  (*Consumer Action*, ECF No. 81.)  That motion is set for hearing on

6   December 31, 2020.  (*Id.*)  On November 25, 2020, Plaintiffs in *Herrera v. Google LLC et al.,*

7   Case No. 5:20-cv-07365 and *McNamara v. Google LLC et al.*, 3:20-cv-05671 moved to appoint

8   Kaplan Fox & Kilsheimer LLP and Cotchett, Pitre & McCarthy, LLP as co-lead interim class

9   counsel and appointment of a steering committee.  (*Consumer Action*, ECF No. 87.)  That

10   motion is set for hearing on December 31, 2020.  (*Id.*) Counsel for the consumer plaintiffs are

11   continuing discussions to see if there can be private ordering, subject to court approval, to

12   resolve these motions.

13   　　　　　**Consolidation of Consumer Complaints.**  On November 23, 2020, the Court

14   ordered counsel for all pending consumer class actions to file a consolidated complaint no later

15   than December 28, 2020.  (*Consumer Action* ECF No. 80).  Consumer Plaintiffs' counsel are

16   coordinating those efforts.

Dated:  November 25, 2020          CRAVATH, SWAINE & MOORE LLP
                                    Christine Varney
                                    Katherine B. Forrest
                                    Gary A. Bornstein
                                    Yonatan Even
                                    Lauren A. Moskowitz
                                    M. Brent Byars


                                    Respectfully submitted,

                                    By:   /s/  *Yonatan Even*
                                           Yonatan Even

                                    *Counsel for Plaintiff Epic Games, Inc.*

Dated:  November 25, 2020          KOREIN TILLERY, LLC
                                    George A. Zelcs
                                    Robert E. Litan
                                    Randall P. Ewing, Jr.
                                    Michael E. Klenov
                                    Jamie L. Boyer
                                    Carol L. O'Keefe

                                    BARTLIT BECK LLP
                                    Karma M. Giulianelli
                                    Glen E. Summers
                                    Jameson R. Jones

                                    Respectfully submitted,


                                    By:   /s/  *Jamie L. Boyer*
                                           Jamie L. Boyer

                                    *Counsel for Plaintiffs and the Proposed*
                                    *Class in Carr v. Google LLC et al.*

JOINT CASE MANAGEMENT STATEMENT –
3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

Dated:  November 25, 2020

MILBERG PHILLIPS GROSSMAN LLP
Peggy J. Wedgworth
Robert A. Wallner
Elizabeth McKenna
Blake Yagman
Michael Acciavatti

Respectfully submitted,

By:   /s/ Peggy J. Wedgworth
Peggy J. Wedgworth

*Counsel for Plaintiffs and the Proposed
Class in Bentley v. Google LLC et al.*

Dated:  November 25, 2020

PRITZER LEVIN LLP
Elizabeth C. Pritzker
Jonathan K. Levine
Bethany Caracuzzo
Caroline C. Corbitt

LOCKRIDGE GRINDAL NAUEN PLLP
Heidi M. Silton
Justin R. Erickson

Respectfully submitted,

By: /s/  Elizabeth C. Pritzker
Elizabeth C. Pritzker

*Counsel for Plaintiffs and the Proposed Class
in Carroll. v. Google LLC et. al*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  November 25, 2020

HAGENS BERMAN SOBOL SHAPIRO LLP
    Steve W. Berman
    Robert F. Lopez
    Benjamin J. Siegel

    SPERLING & SLATER PC
    Joseph M. Vanek
    Eamon P. Kelly

Respectfully submitted,

By:   /s/   *Steve W. Berman*
    Steve W. Berman

*Counsel for Plaintiffs and the Proposed*
*Class in Pure Sweat Basketball v. Google*
*LLC et al.*

Dated:  November 25, 2020

HAUSFELD LLP
    Bonny E. Sweeney
    Melinda R. Coolidge
    Katie R. Beran
    Samantha J. Stein
    Scott A. Martin
    Irving Scher

Respectfully submitted,

By:   /s/   *Bonny E. Sweeney*
    Bonny E. Sweeney

*Counsel for Plaintiffs and the Proposed*
*Class in Peekya App Services, Inc. v.*
*Google LLC et. al*

JOINT CASE MANAGEMENT STATEMENT –
3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  November 25, 2020                KAPLAN FOX & KILSHEIMER LLP
                                         Mario M. Choi
                                         Donald R. Hall Jr.
                                         Hae Sung Nam
                                         Laurence D. King


                                         Respectfully submitted,


                                         By:   /s/   *Hae Sung Nam*
                                               Hae Sung Nam

                                               *Counsel for Plaintiffs and the Proposed*
                                               *Class in Herrera. v. Google LLC et. al*


Dated:  November 25, 2020                COTCHETT PITRE & MCCARTY
                                         Nanci E. Nishimura
                                         Adam J. Zapala
                                         Elizabeth T. Castillo
                                         Noorjahan Rahman
                                         Mark C. Molumphy
                                         Tamarah P. Prevost


                                         Respectfully submitted,

                                         By:   /s/  *Adam Zapala*
                                               Adam Zapala

                                               *Counsel for Plaintiffs and the Proposed*
                                               *Class in McNamara. v. Google LLC et. al*

JOINT CASE MANAGEMENT STATEMENT –
3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

Dated:  November 25, 2020         GIBBS LAW GROUP LLP
Eric H. Gibbs
Alexander James Bukac
Amanda M. Karl
Andre M. Mura


Respectfully submitted,


By:    /s/  *Andre M. Mura*
         Andre M. Mura

*Counsel for Plaintiffs and the Proposed Class in Gamble. v. Google LLC et. al*

Dated:  November 25, 2020         MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca
Sujal J. Shah
Minna L. Naranjo
Rishi P. Satia
Michelle Park Chiu


Respectfully submitted,


By:    /s/  *Brian C. Rocca*
         Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

JOINT CASE MANAGEMENT STATEMENT –
3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/  *Yonatan Even*

Yonatan Even

11

JOINT CASE MANAGEMENT STATEMENT –
3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD