# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  December 3, 2020            Judge:  Hon. James Donato

Time: 16 Minutes

Case No.    **C-20-05671-JD Epic Games, Inc. v. Google LLC  et al**
              **C-20-05761-JD In re Google Play Consumer Antitrust Litigation**
              **C-20-05792-JD In re Google Play Developer Antitrust Litigation**

Attorney(s) for Plaintiff(s):    Jamie Boyer/Alison Chase/Hae Sung Nam/Andre M. Mura/
                                    Steve W. Berman/Bonny Sweeney/Peggy Wedgworth/
                                    Elizabeth C. Pritzker/Yonatan Even/Adam J. Zapala
Attorney(s) for Defendant(s):  Brian Rocca/Sujal Shah

Deputy Clerk:  Lisa R. Clark                      Court Reporter: JoAnn Bryce

## PROCEEDINGS

Status Conference -- Held (via Zoom webinar)

## NOTES AND ORDERS

Plaintiffs in the consumer action and Google will file a joint proposal on the scope and timing of a motion to dismiss within 14 days of the filing of the amended complaint on December 28, 2020.

The parties will file a joint statement on the status of the disputed protective order item by December 7, 2020.

A status conference is set for January 14, 2021, at 10 a.m. via Zoom webinar.