Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc. )
                Plaintiff(s), )   Case No: 3:20-cv-05671

v. )   **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Google LLC et al. )   (CIVIL LOCAL RULE 11-3)

                Defendant(s). )

I, Justin C. Clarke, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Epic Games, Inc. in the above-entitled action. My local co-counsel in this case is Paul J. Riehle, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, New York 10019 | Faegre Drinker Biddle & Reath LLP<br>Four Embarcadero Center<br>San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 474-1184 | (415) 591-7500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jcclarke@cravath.com | paul.riehle@faegredrinker.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5076096.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/19/21                                   Justin C. Clarke
                                                                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Justin C. Clarke is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/20/2021

                                                          UNITED STATES DISTRICT JUDGE  *October 2012*

PRO HAC VICE APPLICATION & ORDER