1

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

2

3

4

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

5

6

7

8

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

9

10

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

11

12

13

14

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

15

16

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

17

18

19

20

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

21

22

[Additional counsel appear on signature page]

23

24

25

26

27

28

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Courtroom:  11, 19th Floor (via Zoom)<br>Judge:  Hon. James Donato |

1    Pursuant to this Court's Order dated February 18, 2021, the parties in the above-captioned

2    MDL action (the "Parties"), by and through their undersigned counsel, submit this Joint Statement.

3    **I.    Status of Consolidated Consumer Complaint**

4    The Court directed the Parties to advise "on whether any of the consolidated complaints

5    will be amended now that additional cases have been transferred to this district."  ECF No. 5.

6    Interim Co-Lead Counsel for the Consumer Plaintiffs communicated with counsel for the six new

7    consumer class actions transferred to this Court and confirms that these six new consumer class

8    actions should be deemed consolidated with and into *In re Google Play Consumer Antitrust*

9    *Litigation*, Case No. 3:20-cv-05761-JD, and that, at this time, Consumer Plaintiffs will not file an

10   amended complaint or add named Plaintiffs to the operative consolidated complaint.  As such, the

11   pending Consolidated Consumer Class Action Complaint (ECF No. 132, Case No. 3:20-cv-05761-

12   JD) will be the operative consumer complaint for purposes of Defendants' pleadings challenge and

13   for further consolidated proceedings in *In re Google Play Consumer Antitrust Litigation*, Case No.

14   3:20-cv-05761-JD, with respect to all Consumer Plaintiffs, including those named in the

15   Consolidated Consumer Class Action Complaint and those named in the six newly centralized

16   consumer class actions.

17   As reflected in the proposal below (*see* Section II), the Parties agree that Defendants'

18   pending Rule 12(b)(6) motion to dismiss as to Epic Games, Inc. (ECF No. 91, Case No. 3:20-cv-

19   05671-JD) and as to Developer Plaintiffs (ECF No. 71, Case No. 3:20-cv-05792-JD) ("the motion

20   to dismiss"), shall be deemed Defendants' timely response to the Consolidated Consumer Class

21   Action Complaint (including each of the newly centralized consumer class actions).  Accordingly,

22   as set forth below, the arguments in support of, and in opposition to, the motion to dismiss shall

23   be deemed to apply to the Consolidated Consumer Class Action Complaint.

24   **II.    Proposal for Motion Practice**

25   With respect to the Court's instruction that the Parties should "streamline motion

26   proceedings through the use of consolidated briefs to the fullest extent possible" in connection

27   with Defendants' pending Rule 12(b)(6) motion to dismiss, and "meet and confer on a proposal to

28

1   achieve those efficiencies," the Parties make the following joint proposal, subject to the Court's

2   approval:

3     <u>First</u>, all Consumer Plaintiffs shall join in and be subject to the joint omnibus briefing

4   already on file with the Court, specifically:

5     • The following motion will be deemed to apply to, and seek dismissal of, the claims

6   alleged in the Consolidated Consumer Class Action Complaint:  Defendants' Notice Of Motion

7   And Motion To Dismiss Epic Games, Inc.'s Complaint And Developers' First Consolidated Class

8   Action Complaint; Supporting Memorandum Of Points And Authorities On Common Issues (ECF

9   No. 91, Case No. 3:20-cv-05671-JD; ECF No. 71, Case No. 3:20-cv-05792-JD).

10     • All Consumer Plaintiffs will be deemed to have joined the following:  Joint

11   Opposition By Plaintiff Epic Games, Inc. And Developer Class Plaintiffs To Defendants' Motion

12   To Dismiss (ECF No. 111, Case No. 3:20-cv-05671-JD; ECF No. 80, Case No. 3:20-cv-05792-

13   JD).

14     • The following reply will be deemed to respond to the above-referenced opposition

15   (which, under this proposal, said opposition will be deemed joined by Consumer Plaintiffs):

16   Defendants' Reply To Opposition To Defendants' Motion To Dismiss Epic Games, Inc.'s

17   Complaint And Developers' First Consolidated Class Action Complaint (ECF No. 117, Case No.

18   3:20-cv-05671-JD; ECF No. 95, Case No. 3:20-cv-05792-JD).

19     • The Parties will file each of the above briefs on the docket in *In re Google Play*

20   *Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD.

21     <u>Second</u>, Defendants' separate, five-page Motion to Dismiss Developer Plaintiffs' Claim

22   for Damages will be deemed fully briefed (ECF No. 71-1, ECF No. 81, ECF No. 95-1, Case No.

23   3:20-cv-05792-JD).

24     <u>Third</u>, the Parties will not submit any further or supplemental "short briefs on fact issues."

25   Thus, no further briefing will be submitted by the parties in connection with the motion to dismiss.

26

27

28

JOINT CASE MANAGEMENT STATEMENT
Case No. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

1    Subject to the Court's availability, the Parties propose either of the following hearing dates

2  on the Court's regular Civil Law & Motion calendar:  April 8, 2021 at 10:00 a.m. or April 15, 2021

3  at 10:00 a.m.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
Case No. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

| | |
|---|---|
| Dated:  February 26, 2021 | CRAVATH, SWAINE & MOORE LLP |

Dated:  February 26, 2021

CRAVATH, SWAINE & MOORE LLP
   Christine Varney (*pro hac vice*)
   Katherine B. Forrest (*pro hac vice*)
   Gary A. Bornstein (*pro hac vice*)
   Yonatan Even (*pro hac vice*)
   Lauren A. Moskowitz (*pro hac vice*)
   M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   /s/ *Yonatan Even*
      Yonatan Even

      *Counsel for Plaintiff Epic Games, Inc.*

Dated:  February 26, 2021

BARTLIT BECK LLP
   Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
   Hae Sung Nam

Respectfully submitted,

By:   /s/ *Karma M. Giulianelli*
      Karma M. Giulianelli

      *Co-Lead Counsel  for the Proposed Class in*
      *In re Google Play Consumer Antitrust*
      *Litigation*

1

Dated:  February 26, 2021

PRITZKER LEVINE LLP
    Elizabeth C. Pritzker

2

3

Respectfully submitted,

4

By:    /s/   *Elizabeth C. Pritzker*_____
        Elizabeth C. Pritzker

5

6

*Liaison Counsel  for the Proposed Class in
In re Google Play Consumer Antitrust
Litigation*

7

8

Dated:  February 26, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP
    Steve W. Berman
    Robert F. Lopez
    Benjamin J. Siegel

9

10

11

SPERLING & SLATER PC
    Joseph M. Vanek
    Eamon P. Kelly
    Alberto Rodriguez

12

13

14

Respectfully submitted,

15

By:    /s/   *Steve W. Berman*
        Steve W. Berman

16

17

*Co-Lead Interim Class Counsel for the
Developer Class and Attorneys for Plaintiff
Pure Sweat Basketball*

18

19

20

21

22

23

24

25

26

27

28

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  February 26, 2021

HAUSFELD LLP
    Bonny E. Sweeney
    Melinda R. Coolidge
    Katie R. Beran
    Scott A. Martin
    Irving Scher

Respectfully submitted,

By:   /s/  *Bonny E. Sweeney*
       Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated:  February 26, 2021

MORGAN, LEWIS & BOCKIUS LLP
    Brian C. Rocca
    Sujal J. Shah
    Minna L. Naranjo
    Rishi P. Satia
    Michelle Park Chiu

Respectfully submitted,

By:   /s/  *Brian C. Rocca*
      Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/  Brian C. Rocca*
Brian C. Rocca