UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Games, Inc.<br><br>Plaintiff(s),<br><br>v.<br><br>Google LLC et al.<br><br>Defendant(s). | Case No: 3:20-cv-05671<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, /s/ Darin P. McAtee, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Epic Games, Inc. in the above-entitled action. My local co-counsel in this case is Paul J. Riehle, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Cravath Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, New York 10019 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Faegre Drinker Biddle & Reath LLP<br>Four Embarcadero Center<br>San Francisco, California 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 474-1480 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 591-7500 |
| MY EMAIL ADDRESS OF RECORD:<br>dmcatee@cravath.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>paul.riehle@faegredrinker.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2564755.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:  3/22/2021

/s/ Darin P. McAtee
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Darin P. McAtee is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE