| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. # 97802) |
| | dpetrocelli@omm.com |
| 2 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 8th Floor |
| 3 | Los Angeles, CA 90067 |
| | Telephone:    (310) 553-6700 |
| 4 | Facsimile:    (310) 246-6779 |
| 5 | *Attorney for Defendants.* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation, | Case No.  3:20-cv-05671-JD |
| Plaintiff, | **NOTICE OF APPEARANCE OF DANIEL M. PETROCELLI** |
| v. | The Honorable James Donato |
| GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP., | |
| Defendants. | |

NOTICE OF APPEARANCE
3:20-CV-05671

1    PLEASE TAKE NOTICE that attorney Daniel M. Petrocelli of the law firm of
2  O'Melveny & Myers LLP, located at 1999 Avenue of the Stars, 8th Floor, Los Angeles, CA
3  90067, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google
4  Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment
5  Corp. in the above-captioned action, and requests that all court documents in connection with this
6  action be served upon him at the e-mail address listed above.

7    Dated: March 23, 2021                    DANIEL M. PETROCELLI
8                                             O'MELVENY & MYERS LLP

10                                            By: */s/ Daniel M. Petrocelli*
                                              Daniel M. Petrocelli
11                                            O'MELVENY & MYERS LLP
                                              1999 Avenue of the Stars, 8th Floor
12                                            Los Angeles, CA 90067
                                              Telephone: (310) 553-6700
13
                                              *Attorney for Defendants*

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on March 23, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system which will send notification to all attorneys of record registered for electronic filing.

/s/ Daniel M. Petrocelli
Daniel M. Petrocelli

NOTICE OF APPEARANCE
3:20-CV-05671