1  BENJAMIN G. BRADSHAW (S.B. # 189925)
   bbradshaw@omm.com
2  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
3  Washington, DC 20006
   Telephone:    (202) 383-5300
4  Facsimile:    (202) 383-5414

5  *Attorney for Defendants.*

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO

| EPIC GAMES, INC., a Maryland Corporation, | Case No. 3:20-cv-05671-JD |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF BENJAMIN G. BRADSHAW** |
| v. | The Honorable James Donato |
| GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP., | |
| Defendants. | |

NOTICE OF APPEARANCE
3:20-CV-05671

1   PLEASE TAKE NOTICE that attorney Benjamin G. Bradshaw of the law firm of
2   O'Melveny & Myers LLP, located at 1625 Eye Street, NW, Washington, DC 20006, hereby
3   appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited,
4   Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the
5   above-captioned action, and requests that all court documents in connection with this action be
6   served upon him at the e-mail address listed above.

Dated: March 23, 2021

BENJAMIN G. BRADSHAW
O'MELVENY & MYERS LLP


By: */s/ Benjamin G. Bradshaw*
    Benjamin G. Bradshaw
    O'MELVENY & MYERS LLP
    1625 Eye Street, NW
    Washington, DC 20006
    Telephone: (202) 383-5300

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system which will send notification to all attorneys of record registered for electronic filing.

*/s/ Benjamin G. Bradshaw*
Benjamin G. Bradshaw

NOTICE OF APPEARANCE
3:20-CV-05671