| | |
|---|---|
| 1 | STEPHEN MCINTYRE (S.B. # 274481) |
| 2 | smcintyre@omm.com<br>O'MELVENY & MYERS LLP |
| 3 | 400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899 |
| 4 | Telephone:    (213) 430-6000<br>Facsimile:     (213) 430-6407 |
| 5 | *Attorney for Defendants.* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>    Defendants. | Case No.  3:20-cv-05671-JD<br><br>**NOTICE OF APPEARANCE OF STEPHEN MCINTYRE**<br><br>The Honorable James Donato |

NOTICE OF APPEARANCE
3:20-CV-05671

1  PLEASE TAKE NOTICE that attorney Stephen McIntyre of the law firm of O'Melveny
2  & Myers LLP, located at 400 South Hope Street, 18th Floor, Los Angeles, CA 90071-2899,
3  hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland
4  Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in
5  the above-captioned action, and requests that all court documents in connection with this action
6  be served upon him at the e-mail address listed above.

Dated: March 23, 2021

STEPHEN MCINTYRE
O'MELVENY & MYERS LLP

By: */s/ Stephen McIntyre*
Stephen McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system which will send notification to all attorneys of record registered for electronic filing.

*/s/ Stephen McIntyre*
Stephen McIntyre

NOTICE OF APPEARANCE
3:20-CV-05671