| | |
|---|---|
| 1 | CLAY MARQUEZ (S.B. # 268424) |
|   | cmarquez@omm.com |
| 2 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center |
| 3 | 28th Floor |
|   | San Francisco, CA 94111-3823 |
| 4 | Telephone:   (415) 984-8700 |
|   | Facsimile:   (415) 984-8701 |
| 5 | |
|   | *Attorney for Defendants.* |
| 6 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation, | Case No.  3:20-cv-05671-JD |
| Plaintiff, | **NOTICE OF APPEARANCE OF CLAY MARQUEZ** |
| v. | The Honorable James Donato |
| GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP., | |
| Defendants. | |

NOTICE OF APPEARANCE
3:20-CV-05671

1     PLEASE TAKE NOTICE that attorney Clay Marquez of the law firm of O'Melveny &
2 Myers LLP, located at Two Embarcadero Center, 28th Floor, San Francisco, CA 94111, hereby
3 appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited,
4 Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the
5 above-captioned action, and requests that all court documents in connection with this action be
6 served upon him at the e-mail address listed above.

7 Dated: March 23, 2021      CLAY MARQUEZ
    O'MELVENY & MYERS LLP

By: */s/ Clay Marquez*
    Clay Marquez
    O'MELVENY & MYERS LLP
    Two Embarcadero Center
    28th Floor
    San Francisco, CA 94111
    Telephone: (415) 984-8700

*Attorney for Defendants*

NOTICE OF APPEARANCE
3:20-CV-05671

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system which will send notification to all attorneys of record registered for electronic filing.

*/s/ Clay Marquez*
Clay Marquez