| | |
|---|---|
| 1 | Paul J. Riehle (SBN 115199) |
| 2 | paul.riehle@faegredrinker.com |
|   | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 3 | Four Embarcadero Center |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 591-7500 |
|   | Facsimile: (415) 591-7510 |
| 5 | Christine A. Varney (*pro hac vice*) |
| 6 | cvarney@cravath.com |
|   | Katherine B. Forrest (*pro hac vice*) |
| 7 | kforrest@cravath.com |
|   | Gary A. Bornstein (*pro hac vice*) |
| 8 | gbornstein@cravath.com |
|   | Timothy G. Cameron (*pro hac vice*) |
| 9 | tcameron@cravath.com |
|   | Yonatan Even (*pro hac vice*) |
| 10 | yeven@cravath.com |
|    | Lauren A. Moskowitz (*pro hac vice*) |
| 11 | lmoskowitz@cravath.com |
|    | Justin C. Clarke (*pro hac vice*) |
| 12 | jcclarke@cravath.com |
|    | M. Brent Byars (*pro hac vice*) |
| 13 | mbyars@cravath.com |
|    | **CRAVATH, SWAINE & MOORE LLP** |
| 14 | 825 Eighth Avenue |
|    | New York, New York 10019 |
| 15 | Telephone: (212) 474-1000 |
|    | Facsimile: (212) 474-3700 |
| 16 | *Attorneys for Plaintiff Epic Games, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| EPIC GAMES, INC., | | Case No. 3:20-CV-05671-JD |
| | Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | | |
| GOOGLE LLC et al., | | |
| | Defendants. | |

1    I declare that I am a Senior Attorney with the law firm of Cravath, Swaine & Moore LLP, located at Worldwide Plaza, 825 Eighth Avenue, New York, New York. I am Counsel of Record for Epic Games, Inc ("Epic").

   I declare that on July 21, 2021, I caused to be served via electronic transmission Epic's Administrative Motion to Seal Portions of its First Amended Complaint and the Declaration of M. Brent Byars submitted therewith to Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google").

   I hereby certify that I am a member of the State Bar of New York, admitted *pro hac vice* to practice before the United States District Court for the Northern District of California for this case. I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

   DATED: July 21, 2021

   /s/ M. Brent Byars
   M. Brent Byars