1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

13
14

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

15
16
17

THIS DOCUMENT RELATES TO:

*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD

18
19

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

20
21

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD

22

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

23
24
25
26
27
28

Case No. 3:21-md-02981-JD

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME**

Judge James Donato

Case Nos. 3:21-md-02981-JD;
3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD

[PROPOSED] ORDER GRANTING EXTENSION OF TIME

The Court, having considered the "Joint Statement Re: Case Schedule and Joint Request for Extension of Time", filed by the parties in the above-captioned MDL action (the "Parties"), hereby ORDERS that the request is GRANTED, and that the Parties are directed to jointly file by August 27, 2021, a new proposed case schedule.

IT IS SO ORDERED.

Dated: _____, 2021

                                                Honorable James Donato
                                                United States District Judge
                                                Northern District of California

1

Case Nos. 3:21-md-02981-JD;
3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD

[PROPOSED] ORDER GRANTING EXTENSION OF TIME