1  Karma M. Giulianelli (SBN 184175)
   karma.giulianelli@bartlitbeck.com
2  **BARTLIT BECK LLP**
   1801 Wewatta St., Suite 1200
3  Denver, Colorado 80202
   Telephone: (303) 592-3100
4
   Hae Sung Nam (*pro hac vice*)
5  hnam@kaplanfox.com
   **KAPLAN FOX & KILSHEIMER LLP**
6  850 Third Avenue
   New York, NY 10022
7  Tel.: (212) 687-1980

8  *Co-Lead Counsel for the Proposed Class in In re*
9  *Google Play Consumer Antitrust Litigation*

10 Steve W. Berman (*pro hac vice*)
   steve@hbsslaw.com
11 **HAGENS BERMAN SOBOL SHAPIRO LLP**
   1301 Second Ave., Suite 2000
12 Seattle, WA 98101
   Telephone: (206) 623-7292
13
   Eamon P. Kelly (*pro hac vice*)
14 ekelly@sperling-law.com
   **SPERLING & SLATER P.C.**
15 55 W. Monroe, Suite 3200
   Chicago, IL 60603
16 Telephone: 312-641-3200

17 *Co-Lead Counsel for the Proposed Class in In re*
18 *Google Play Developer Antitrust Litigation and*
   *Attorneys for Pure Sweat Basketball, Inc.*
19
   Bonny E. Sweeney (SBN 176174)
20 bsweeney@hausfeld.com
   **HAUSFELD LLP**
21 600 Montgomery Street, Suite 3200
   San Francisco, CA 94104
22 Telephone: (415) 633-1908

23 *Co-Lead Counsel for the Proposed Class in In re*
24 *Google Play Developer Antitrust Litigation and*
   *Attorneys for Peekya App Services, Inc.*
25
26 [Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

David N. Sonnenreich (*pro hac vice*)
dsonnenreich@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: 801-366-0260

*Counsel for Utah*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY**<br><br>Date: September 9, 2021<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:  Hon. James Donato |

1

JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

|   |   |
|---|---|
| 1 | The parties in the above-captioned matters (the "Parties") respectfully request that the upcoming September 9, 2021 Case Management Conference in this MDL case be conducted remotely for the reasons stated below.  While the general Scheduling Notes available online state that, effective July 12, 2021, all Parties are to assume that all proceedings will be held in person, the Parties are cognizant that the Court previously indicated that the monthly conferences for this MDL case would likely continue to be held remotely even after other matters return to being held in person.  (Tr. (12/3/2020) 7:9-8:9.)  In light of the current environment and the rise in COVID cases, combined with the travel required for counsel for many of the Parties to attend in person, as well as to allow the Parties and non-participating counsel to view the proceedings, the Parties respectfully request that the upcoming September 9, 2021 Case Management Conference be held remotely by Zoom webinar. |

| | | |
|---|---|---|
| Dated: September 3, 2021 | | CRAVATH, SWAINE & MOORE LLP |

           Christine Varney *(pro hac vice)*
           Katherine B. Forrest *(pro hac vice)*
           Darin P. McAtee *(pro hac vice)*
           Gary A. Bornstein *(pro hac vice)*
           Timothy G. Cameron *(pro hac vice)*
           Yonatan Even *(pro hac vice)*
           Lauren A. Moskowitz *(pro hac vice)*
           Omid H. Nasab *(pro hac vice)*
           Justin C. Clarke *(pro hac vice)*
           M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
    Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:  */s/ Yonatan Even*
       Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*

Dated: September 3, 2021         BARTLIT BECK LLP
    Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
    Hae Sung Nam

Respectfully submitted,

By:  */s/ Karma M. Giulianelli*
       Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

| | | |
|---|---|---|
| Dated:  September 3, 2021 | | PRITZKER LEVINE LLP<br>    Elizabeth C. Pritzker |

Respectfully submitted,

By:   /s/ Elizabeth C. Pritzker
        Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated:  September 3, 2021                    HAGENS BERMAN SOBOL SHAPIRO LLP
    Steve W. Berman
    Robert F. Lopez
    Benjamin J. Siegel

SPERLING & SLATER PC
    Joseph M. Vanek
    Eamon P. Kelly
    Alberto Rodriguez

Respectfully submitted,

By:   /s/ Steve W. Berman
        Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

| | |
|---|---|
| Dated: September 3, 2021 | HAUSFELD LLP<br>    Bonny E. Sweeney<br>    Melinda R. Coolidge<br>    Katie R. Beran<br>    Scott A. Martin<br>    Irving Scher<br><br>Respectfully submitted,<br><br>By:   */s/ Bonny E. Sweeney*<br>       Bonny E. Sweeney<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.* |
| Dated: September 3, 2021 | OFFICE OF THE UTAH ATTORNEY GENERAL<br>    David N. Sonnenreich<br><br>Respectfully submitted,<br><br>By:   */s/ David N. Sonnenreich*<br>       David N. Sonnenreich<br><br>*Counsel for Utah* |
| Dated: September 3, 2021 | MORGAN, LEWIS & BOCKIUS LLP<br>    Brian C. Rocca<br>    Sujal J. Shah<br>    Michelle Park Chiu<br>    Minna L. Naranjo<br>    Rishi P. Satia<br><br>Respectfully submitted,<br><br>By:   */s/ Brian C. Rocca*<br>       Brian C. Rocca<br><br>*Counsel for Defendants Google LLC et al.* |

Dated: September 3, 2021

O'MELVENY & MYERS LLP
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
E. Clay Marquez
Stephen J. McIntyre

Respectfully submitted,

By: */s/ Daniel M. Petrocelli*
Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*