Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

David N. Sonnenreich (*pro hac vice*)
Brian Christensen (*pro hac vice*)
dsonnenreich@agutah.gov
bchristensen1@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: 801-366-0260

*Counsel for Utah*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS**<br><br>Judge:  Hon. James Donato |

1

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE
TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

WHEREAS, Defendants have elected to file responsive pleadings to the four complaints in this multi-district litigation ("MDL") in lieu of filing motions to dismiss;

WHEREAS, for the avoidance of doubt, Defendants reserve any and all defenses to the claims asserted in the four complaints;

WHEREAS, Defendants propose, and Plaintiffs agree, that Defendants may file their responsive pleadings to the four complaints on or before October 11, 2021;

WHEREAS, the Parties agree that the Court may vacate all deadlines related to Defendants' motions to dismiss, including the hearing date, which was previously set for November 18, 2021;

WHEREAS, the Parties agree that this Stipulation does not alter any other deadlines already fixed by Court order;

WHEREAS Defendants agree that they will not use this Stipulation or the extension of Google's time to file a responsive pleading to support any request or argument that the Court order any particular case schedule, including the case schedule that Defendants proposed in the September 2, 2021 Joint Case Management Statement; and

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Defendants' responsive pleadings to the four operative complaints in this MDL shall be filed on or before October 11, 2021.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  September 8, 2021 | MORGAN, LEWIS & BOCKIUS LLP<br>Brian C. Rocca[1]<br>Sujal J. Shah<br>Michelle Park Chiu<br>Minna L. Naranjo<br>Rishi P. Satia<br><br>By:  */s/ Brian Rocca*<br>        Brian C. Rocca<br><br>*Counsel for Defendants Google LLC et al.* |
| Dated:  September 8, 2021 | O'MELVENY & MYERS LLP<br>Daniel M. Petrocelli<br>Ian Simmons<br>Benjamin G. Bradshaw<br>E. Clay Marquez<br>Stephen J. McIntyre<br><br>By:  */s/ Daniel Petrocelli*<br>        Daniel M. Petrocelli<br><br>*Counsel for Defendants Google LLC et al.* |

---

[1] I, Brian Rocca, hereby attest that the signatories identified herein have concurred in this filing.

3

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE
TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | |
|---|---|
| Dated:  September 8, 2021 | CRAVATH, SWAINE & MOORE LLP<br>   Christine Varney *(pro hac vice)*<br>   Katherine B. Forrest *(pro hac vice)*<br>   Darin P. McAtee *(pro hac vice)*<br>   Gary A. Bornstein *(pro hac vice)*<br>   Timothy G. Cameron *(pro hac vice)*<br>   Yonatan Even *(pro hac vice)*<br>   Lauren A. Moskowitz *(pro hac vice)*<br>   Omid H. Nasab *(pro hac vice)*<br>   Justin C. Clarke *(pro hac vice)*<br>   M. Brent Byars *(pro hac vice)*<br><br>FAEGRE DRINKER BIDDLE & REATH LLP<br>   Paul J. Riehle (SBN 115199)<br><br>By:   */s/ Yonatan Even*<br>       Yonatan Even<br><br>*Counsel for Plaintiff Epic Games, Inc.* |
| Dated:  September 8, 2021 | BARTLIT BECK LLP<br>   Karma M. Giulianelli<br><br>KAPLAN FOX & KILSHEIMER LLP<br>   Hae Sung Nam<br><br>By:   */s/ Karma Giulianelli*<br>       Karma M. Giulianelli<br><br>*Co-Lead Counsel for the Proposed Class in*<br>*In re Google Play Consumer Antitrust*<br>*Litigation* |

4

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE
TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | |
|---|---|
| Dated: September 8, 2021 | PRITZKER LEVINE LLP<br>Elizabeth C. Pritzker<br><br>By:  /s/ Elizabeth Pritzker<br>       Elizabeth C. Pritzker<br><br>*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| Dated: September 8, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>   Steve W. Berman<br>   Robert F. Lopez<br>   Benjamin J. Siegel<br><br>SPERLING & SLATER PC<br>   Joseph M. Vanek<br>   Eamon P. Kelly<br>   Alberto Rodriguez<br><br>By:  /s/ Steve Berman<br>       Steve W. Berman<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball* |

5

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE
TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINTS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | | |
|---|---|---|
| Dated: September 8, 2021 | | HAUSFELD LLP |
| | |    Bonny E. Sweeney |
| | |    Melinda R. Coolidge |
| | |    Katie R. Beran |
| | |    Scott A. Martin |
| | |    Irving Scher |

By:   */s/ Bonny Sweeney*
       Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated: September 8, 2021    OFFICE OF THE UTAH ATTORNEY GENERAL
   Brian Christensen

By:   */s/ Brian Christensen*
       Brian Christensen

*Counsel for Utah*

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Dated: _____

                                                   The Honorable James Donato
                                                   United States District Judge