| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980 | Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* |
| Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone:  801-366-0260 |
| Eamon P. Kelly (*pro hac vice*)<br>ekelly@sperling-law.com<br>**SPERLING & SLATER P.C.**<br>55 W. Monroe, Suite 3200<br>Chicago, IL 60603<br>Telephone: 312-641-3200 | *Counsel for Utah and the Plaintiff States* |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.* | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| Bonny E. Sweeney (SBN 176174)<br>bsweeney@hausfeld.com<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908 | Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone:  (310) 553-6700 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.* | *Counsel for Defendants Google LLC et al.* |
| [Additional counsel appear on signature page] | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT STATEMENT RE: CASE SCHEDULE**<br><br>Judge: Hon. James Donato |

Pursuant to this Court's Order dated September 9, 2021 (*In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal. 2021) ("MDL") ECF No. 103), the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit this Joint Statement regarding the Parties' proposed case schedule. As directed by the Court, the Parties' negotiations were guided by the schedule in the *Capacitors Antitrust Litigation* and also the trial date of September 6, 2022.

| ACTIVITY | DATE |
| --- | --- |
| Google's Responsive Pleadings | October 11, 2021 |
| Class Cert Motion with Plaintiffs' expert reports | January 28, 2022 |
| Class Cert Opposition with expert report; *Daubert* Motion (if any)[1] | February 25, 2022 |
| Class Cert Reply with reply expert report (if any)[2]; *Daubert* Opposition (if any) | March 21, 2022 |
| Class Cert *Daubert* Reply (if any) | March 28, 2022 |
| Deadline for completion of fact discovery | April 4, 2022 |
| Plaintiffs' Merits Expert Reports | April 11, 2022[3] |

---

[1] Class Plaintiffs have the right to file a Daubert motions after receiving Google's class certification expert report. Google and Class Plaintiffs will confer regarding an appropriate schedule for briefing such a motion in advance of the class certification hearing should any Class Plaintiffs elect to file such a motion(s).

[2] Google reserves all objections regarding any class certification reply report. If Class Plaintiffs file such a reply report, and Google determines it needs to seek relief to address it, Google shall file any such request by March 28, 2022, and any response thereto by a Class Plaintiff shall be filed by April 4, 2022.

[3] Plaintiff States agree to the date of April 11, 2022, for service of their merits expert reports on condition that they receive all previously produced MDL Google documents and Google transactional data by October 15, 2021, and reserve all rights to request a separate expert schedule in the event that Google has not produced those documents and data by October 15. Google and the Plaintiff States are currently working together to reach agreement on a modified protective order and expect to do so prior to October 15. Google reserves all rights to oppose Plaintiff States' request to modify the schedule, including in the event that a protective order is not in place sufficiently in advance of October 15 or the States have not otherwise agreed to maintain the confidentiality of any reproduction of previously produced documents or data pending entry of a protective order.

| | |
|---|---|
| Class Certification Hearing and Expert Hot Tub | April 14, 2022 |
| Google's Merits Expert Reports | May 9, 2022 |
| Plaintiffs' Merits Reply Expert Reports | June 6, 2022 |
| Expert Discovery Cut Off | June 24, 2022 |
| Dispositive Motions/*Daubert* | June 30, 2022 |
| Dispositive Motions/*Daubert* Oppositions | July 22, 2022 |
| Dispositive Motions/*Daubert* Replies | August 4, 2022 |
| Dispositive Motion Hearing and Expert Hot Tub | August 11, 2022 |
| Pretrial Conference | August 18, 2022 |
| Trial | September 6, 2022 |

Respectfully submitted,

Dated: September 23, 2021

CRAVATH, SWAINE & MOORE LLP
   Christine Varney *(pro hac vice)*
   Katherine B. Forrest *(pro hac vice)*
   Darin P. McAtee *(pro hac vice)*
   Gary A. Bornstein *(pro hac vice)*
   Timothy G. Cameron *(pro hac vice)*
   Yonatan Even *(pro hac vice)*
   Lauren A. Moskowitz *(pro hac vice)*
   Omid H. Nasab *(pro hac vice)*
   Justin C. Clarke *(pro hac vice)*
   M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   */s/ Yonatan Even*
      Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*

Dated: September 23, 2021

BARTLIT BECK LLP
   Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
   Hae Sung Nam

Respectfully submitted,

By:   */s/ Karma M. Giulianelli*
      Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

| | |
|---|---|
| Dated: September 23, 2021 | PRITZKER LEVINE LLP<br>   Elizabeth C. Pritzker<br><br>Respectfully submitted,<br><br>By:   /s/ Elizabeth C. Pritzker<br>      Elizabeth C. Pritzker<br><br>*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| Dated: September 23, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>   Steve W. Berman<br>   Robert F. Lopez<br>   Benjamin J. Siegel<br><br>SPERLING & SLATER PC<br>   Joseph M. Vanek<br>   Eamon P. Kelly<br>   Alberto Rodriguez<br><br>Respectfully submitted,<br><br>By:   /s/ Steve W. Berman<br>      Steve W. Berman<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball* |

Dated: September 23, 2021

HAUSFELD LLP
  Bonny E. Sweeney
  Melinda R. Coolidge
  Katie R. Beran
  Scott A. Martin
  Irving Scher

Respectfully submitted,

By: */s/ Bonny E. Sweeney*
  Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated: September 23, 2021

OFFICE OF THE UTAH ATTORNEY GENERAL
  Brendan P. Glackin

Respectfully submitted,

By: */s/ Brendan Glackin*
  Brendan P. Glackin

*Counsel for Utah and the Plaintiff States*

Dated: September 23, 2021

MORGAN, LEWIS & BOCKIUS LLP
  Brian C. Rocca
  Sujal J. Shah
  Michelle Park Chiu
  Minna L. Naranjo
  Rishi P. Satia

Respectfully submitted,

By: */s/ Brian C. Rocca*
  Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: September 23, 2021

O'MELVENY & MYERS LLP
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
Stephen J. McIntyre

Respectfully submitted,

By: */s/ Daniel M. Petrocelli*
    Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brian C. Rocca*
Brian C. Rocca
