1  MARIANNA MAO (State Bar No. 318070)
   Marianna.Mao@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, California 94105-2907
4  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
5
   Attorney for Defendants
6

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12 | EPIC GAMES, INC., a Maryland Corporation, | Case No. 3:20-cv-05671-JD
13 |                   Plaintiff,              | **NOTICE OF APPEARANCE OF MARIANNA MAO**
14 |         vs.                               |
15 | GOOGLE LLC, et al.,                       | The Honorable James Donato
16 |                   Defendants.             |

17

18        PLEASE TAKE NOTICE that attorney Marianna Mao of the law firm of Munger,

19 Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA

20 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google

21 Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment

22 Corp. in the above-captioned action, and requests that all court documents in connection with this

23 action be served upon her at the email address listed above.

24

25

26

27

28

1 | DATED: September 24, 2021       MUNGER, TOLLES & OLSON LLP

2

3
By:   */s/ Marianna Mao*
4          MARIANNA MAO
           MUNGER, TOLLES & OLSON LLP
5          560 Mission Street
           Twenty-Seventh Floor
6          San Francisco, CA 94105
           Telephone:  (415) 512-4000
7
       Attorney for Defendants
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28