UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY**<br><br>Judge: Hon. James Donato |

| | |
|---|---|
| 1 | The Court, having considered the "Joint Request to Conduct Case Management |
| 2 | Conference Remotely", filed by the parties in the above-captioned actions (the "Parties"), hereby |
| 3 | ORDERS that the request is GRANTED.  The upcoming October 21, 2021 Case Management |
| 4 | Conference will be held remotely by Zoom webinar. |
| 5 | |
| 6 | Dated:  October ___, 2021                                              BY THE COURT: |
| 7 | |
| 8 | _____ |
|   | UNITED STATES DISTRICT JUDGE |