| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>Katherine B. Forrest (*pro hac vice*)<br>kforrest@cravath.com<br>Darin P. McAtee (*pro hac vice*)<br>dmcatee@cravath.com<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Timothy G. Cameron (*pro hac vice*)<br>tcmaeron@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*)<br>lmoskowitz@cravath.com<br>Omid H. Nasab (*pro hac vice*)<br>onasab@cravath.com<br>Justin C. Clarke (*pro hac vice*)<br>jclarke@cravath.com<br>M. Brent Byars (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff/Counter-defendant Epic Games, Inc.*<br><br>Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, S.B. #282090<br>kyle.mach@mto.com<br>Justin P. Raphael, S.B. #292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, S.B. #293065<br>emily.curran-huberty@mto.com<br>Marianna Y. Mao, S.B. #318070<br>marianna.mao@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis (*pro hac vice*)<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Ave. NW, Suite 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100<br><br>Ian Simmons (*pro hac vice*)<br>isimmons@omm.com<br>Benjamin G. Bradshaw, S.B. #189925<br>bbradshaw@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br><br>Daniel M. Petrocelli, S.B. #97802<br>dpetrocelli@omm.com<br>Stephen J. McIntyre, S.B. #274481<br>smcintyre@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: (310) 553-6700<br><br>Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>*Counsel for Defendants/Counter-plaintiffs Google LLC et al.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff/Counter-Defendant,<br><br>　　v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; and GOOGLE ASIA PACIFIC PTE. LTD.;<br><br>　　　　　Defendants/Counterclaimants.<br><br>GOOGLE PAYMENT CORP.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-05671-JD<br><br>**STIPULATION REGARDING GOOGLE'S PRAYER FOR PUNITIVE DAMAGES** |

Plaintiff/Counter-defendant Epic Games, Inc. ("Epic") and Defendants/Counterclaimants Google LLC; Google Ireland Limited; Google Commerce Limited; and Google Asia Pacific Pte. Ltd. (collectively, "Google Counterclaimants") (together with Epic, the "Stipulating Parties"), through their respective attorneys of record and without waiving any rights, claims, or defenses except as expressly provided below, hereby stipulate to the following:

WHEREAS, the Google Counterclaimants filed their Answers, Defenses, and Counterclaims on October 11, 2021 (ECF No. 182) (the "Counterclaims");

WHEREAS, the Google Counterclaimants assert that California substantive law governs the Counterclaims;

WHEREAS, Epic does not contest that California substantive law, rather than the law of any other jurisdiction, governs the Counterclaims;

WHEREAS, Epic's agreement not to contest the applicability of California substantive law is made solely for the purposes of this action, and without waiver in this action or in any

other action of any claim, defense, or argument based on federal law or the law of another nation (such other claims, defenses, or arguments being expressly preserved);

WHEREAS, based on Epic's agreement not to contest the applicability of California substantive law, the Google Counterclaimants have agreed to withdraw their prayer for punitive damages from the Counterclaims;

WHEREAS, the Google Counterclaimants' agreement to withdraw their prayer for punitive damages is made without prejudice and without waiver of any right to amend or seek to amend their Counterclaims; and

WHEREAS, except as expressly provided in this Stipulation, the Stipulating Parties expressly reserve and do not waive any other right, claim, defense, or prayer for relief;

NOW, THEREFORE, the Stipulating Parties, through their counsel, stipulate as follows:

The Google Counterclaimants' prayer for punitive damages is stricken from the Counterclaims.

IT IS SO STIPULATED.

Dated: November 1, 2021     By */s/ Ian Simmons*
Ian Simmons
O'MELVENY & MYERS LLP

*Attorneys for Defendants/Counter-plaintiffs Google LLC et al.*

Dated: November 1, 2021     By */s/ Gary A. Bornstein*
Gary A. Bornstein
CRAVATH, SWAINE & MOORE LLP

*Attorneys for Plaintiff/Counter-defendant Epic Games, Inc.*

**E-FILING ATTESTATION**

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Gary A. Bornstein*

Gary A. Bornstein