UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC et al., <br><br> Defendants. | Case No. 3:20-CV-05671-JD <br><br> **[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered Epic Games, Inc.'s ("Epic") Administrative Motion to Consider Whether Another Party's Material Should be Sealed, the Declaration in Support of the Administrative Motion, any declaration by Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google") and Epic's response in opposition thereto, and any third party declaration submitted in response, pursuant to Local Rules 7-11 and 79-5;

IT IS HEREBY ORDERED:

| Portion Containing Confidential Information | Designating Party | Ruling |
|---|---|---|
| ¶ 29 | Google | |

IT IS SO ORDERED.

Dated:

By: _____

THE HONORABLE JAMES DONATO

United States District Judge

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
Case No.: 3:20-CV-05671-JD