| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 | Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>Katherine B. Forrest (*pro hac vice*)<br>kforrest@cravath.com<br>Darin P. McAtee (*pro hac vice*)<br>dmcatee@cravath.com<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>      Defendants.| Case No. 3:20-cv-05671-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge: Hon. James Donato |
| GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.,<br><br>      Counterclaimants,<br><br>  v.<br><br>EPIC GAMES, INC., a Maryland Corporation,<br><br>      Counter-defendant. | |
| THIS DOCUMENT RELATES TO:<br>*In re Google Play Store Antitrust Litigation*,<br>Case No. 3:21-md-02981-JD | |

TO THE CLERK AND ALL PARTIES OF RECORD: Please take notice that the undersigned requests that John I. Karin be withdrawn as counsel of record for Epic Games, Inc. ("Epic") in the above-captioned action. Epic will continue to be represented by the other counsel of record in this action.

| | | |
|---|---|---|
| 1 | Dated: February 14, 2022 | Respectfully submitted, |
| 2 | | By */s/ M. Brent Byars* |
| 3 | | M. Brent Byars |
| 4 | | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 5 | | Paul J. Riehle |
| 6 | | paul.riehle@faegredrinker.com |
| 7 | | Four Embarcadero Center |
| | | San Francisco, California 94111 |
| 8 | | Telephone:  (415) 591-7500 |
| | | Facsimile:  (415) 591-7510 |
| 9 | | |
| 10 | | **CRAVATH, SWAINE & MOORE LLP** |
| 11 | | Christine A. Varney (*pro hac vice*) |
| | | cvarney@cravath.com |
| 12 | | Katherine B. Forrest (*pro hac vice*) |
| | | kforrest@cravath.com |
| 13 | | Darin P. McAtee (*pro hac vice*) |
| | | dmcatee@cravath.com |
| 14 | | Gary A. Bornstein (*pro hac vice*) |
| | | gbornstein@cravath.com |
| 15 | | Timothy G. Cameron (*pro hac vice*) |
| 16 | | tcameron@cravath.com |
| | | J. Wesley Earnhardt (*pro hac vice*) |
| 17 | | wearnhardt@cravath.com |
| | | Yonatan Even (*pro hac vice*) |
| 18 | | yeven@cravath.com |
| | | Lauren A. Moskowitz (*pro hac vice*) |
| 19 | | lmoskowitz@cravath.com |
| 20 | | Omid H. Nasab (*pro hac vice*) |
| | | onasab@cravath.com |
| 21 | | Margaret T. Segall (*pro hac vice*) |
| | | msegall@cravath.com |
| 22 | | Justin C. Clarke (*pro hac vice*) |
| 23 | | jcclarke@cravath.com |
| | | M. Brent Byars (*pro hac vice*) |
| 24 | | mbyars@cravath.com |
| 25 | | 825 Eighth Avenue |
| 26 | | New York, New York 10019 |
| | | Telephone:  (212) 474-1000 |
| 27 | | Facsimile:  (212) 474-3700 |
| 28 | | **Attorneys for Plaintiff and Counter-defendant EPIC GAMES, INC.** |

| | | |
|---|---|---|
| NOTICE OF WITHDRAWAL OF APPEARANCE | 2 | Case No. 3:20-cv-05671-JD |