UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:20-cv-05671-JD<br>Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF EPIC GAMES, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:  June 2, 2022 at 10:00 a.m.<br>Courtroom:  11, 19th Floor<br>Judge:  Hon. James Donato |

On June 2, 2022, this Court heard Plaintiff Epic Games, Inc.'s motion for a preliminary injunction against Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. ("Google").  Having considered the parties' briefs, the record in this matter, and the arguments of counsel and finding good cause therefore, IT IS HEREBY ORDERED that a preliminary injunction shall issue as follows:

Google, its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with Google, are:  Restrained from removing, de-listing, refusing to list or otherwise making unavailable the app Bandcamp, including rejecting or refusing to distribute any update of such app, from the Google Play Store on the basis that Bandcamp offers in-app payments through means other than Google Play Billing or on any pretextual basis.

This preliminary injunction shall take effect immediately and shall remain in effect until entry of judgment in this action or further order of this Court.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Hon. James Donato
United States District Judge