| | |
|---|---|
| 1 | |
| 2 | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com |
| 3 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center |
| 4 | San Francisco, California 94111<br>Telephone: (415) 591-7500 |
| 5 | Facsimile: (415) 591-7510 |
| 6 | Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com |
| 7 | Katherine B. Forrest (*pro hac vice*)<br>kforrest@cravath.com |
| 8 | Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com |
| 9 | Timothy G. Cameron (*pro hac vice*)<br>tcameron@cravath.com |
| 10 | Yonatan Even (*pro hac vice*)<br>yeven@cravath.com |
| 11 | Lauren A. Moskowitz (*pro hac vice*)<br>lmoskowitz@cravath.com |
| 12 | Vanessa A. Lavely (*pro hac vice* forthcoming)<br>vlavely@cravath.com |
| 13 | M. Brent Byars (*pro hac vice*)<br>mbyars@cravath.com |
| 14 | **CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue |
| 15 | New York, New York 10019<br>Telephone: (212) 474-1000 |
| 16 | Facsimile: (212) 474-3700 |

*Attorneys for Plaintiff Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:20-cv-05671-JD<br>Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF STEVEN ALLISON IN SUPPORT OF PLAINTIFF EPIC GAMES, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: June 2, 2022 at 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

I, Steven Allison, declare as follows:

1. I am the Vice President and General Manager of the Epic Games Store ("EGS") organization within Epic Games, Inc. ("Epic"). I submit this declaration in support of Epic's Motion for a Preliminary Injunction. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

2. I joined Epic in 2018 after over 20 years working in the gaming industry, including roles at Telltale Games, TNA Entertainment, Midway Games, Atari, and Accolade.

**Epic**

3. Epic develops and distributes entertainment and utility applications for personal computers, gaming consoles, and smart mobile devices. Epic also operates a store for the distribution of personal computer apps, and develops and licenses Unreal Engine, a powerful software suite available to third-party developers that allows them to create three-dimensional and immersive digital content for apps (including Android apps), movies, and other three-dimensional environments. Epic develops multiple applications, including *Fortnite*, *Fall Guys*, *Rocket League*, the Bandcamp app, and apps that support Epic's Unreal Engine, such as Live Link Face, which enables users to capture facial animation with their mobile phones.

4. I was hired by Epic to lead the development and launch of its online digital storefront, EGS, with the mission of distributing high quality Epic and third-party games. EGS charges a 12% commission from the developers that choose to use Epic's payment solution, allowing developers to keep 88% of revenues from game development.

5. Providing fair compensation to creators is critical to Epic's mission. Since our launch, EGS has continued to grow the number of users, developers, and games on the platform. Some of our biggest titles include *League of Legends*, *Genshin Impact*, *Grand Theft Auto* and *Tiny Tina's Wonderlands*. Several of those games are offered on EGS for free. EGS has over 194 million registered users and 62 million monthly average users, and it has provided over 765 million free games to users.

**Bandcamp**

6. In my role overseeing EGS, I have responsibilities related to the evaluation and integration of new acquisitions. I was the lead on the deal team at Epic that oversaw its recent acquisition of Bandcamp.

7. Bandcamp's Android app is an important piece of the Bandcamp business, as I understand that consumers increasingly engage with the internet solely through mobile applications rather than web browsers.

**Epic's Acquisition of Bandcamp**

8. On March 2, 2022, Epic publicly announced the acquisition of Bandcamp. A true and correct copy of Epic's announcement is attached as Exhibit A.[1] The deal closed on March 17, 2022. At that point, Bandcamp's employees became Epic employees. Today, Bandcamp is part of Epic and the Senior Director of Bandcamp, Ethan Diamond, reports to me.

9. There are several reasons why Epic acquired Bandcamp.

10. First, Bandcamp developed and runs a creators-first business that aligns with Epic's own creator-focused approach. In particular, since its launch in 2008, Bandcamp has prioritized an "artists-first" revenue share model on purchases of digital and physical goods. For digital goods, Bandcamp receives only a 10% revenue share after the artist reaches $5,000 in sales, and 15% before that. The company also allows artists to enable Bandcamp's Name-Your-Price feature, which allows fans to pay above the minimum selling price for an item, passing even more money directly to artists.

11. Second, Epic intends to help Bandcamp grow and expand. Bandcamp's Android app in particular is a key piece of Epic's growth strategy for Bandcamp. Native mobile applications, rather than web browsers, are extremely important because users predominantly interact with the internet exclusively through apps. Simply put, I believe mobile applications are the future of the internet.

---

[1] https://www.epicgames.com/site/en-US/news/bandcamp-joining-epic-games-to-support-fair-open-platforms-for-artists-and-fans

DECLARATION OF STEVEN ALLISON     3     CASE NO. 3:20-CV-05671-JD
CASE NO. 3:21-MD-02981-JD

12. Specifically, in the near term, Epic plans to grow the Bandcamp app into a global platform that more users and artists can access, including in emerging markets around the world where consumers are particularly reliant on mobile devices to access content online. Currently, the Bandcamp app is only available in three languages. Epic plans to expand to ten languages within the next year, and it is actively working on this expansion.

13. Based on Epic's plans to grow Bandcamp, Epic expects that within the next year, it can substantially grow platform-wide monthly active users ("MAUs"), currently around 15 million, thereby growing Bandcamp's ecosystem of engaged creators, fans, and high-quality content.

14. Third, and most importantly, Bandcamp is a critical component of Epic's vision to build out a creator marketplace ecosystem for content, technology, games, art, music and more. Specifically, Epic's creator marketplace will provide content creators across industries access to everything that they need to create experiences and sell content online. Bandcamp in particular will allow musicians to connect with content creators in search of high-quality music content for their projects across all media.

15. Epic is working rapidly to expand and attract creators and users from other areas of content creation to build its creator marketplace. Music is essential to this offering, as it is critical to content creation.

16. Bandcamp—with its massive pool of independent artists—is an integral part of Epic's vision for a creator-to-creator marketplace. Epic is working to grow the Bandcamp community in order to connect musicians and creators.

17. Epic intends to have a large audience of artists and fans across platforms, deep user engagement and high quality content, because that will help create the right incentives to encourage more artists, fans, and content creators to make use of Epic's services. Music services—and Bandcamp, in particular—are essential to that vision.

**Google's New Payments Policy Will Seriously Harm Epic**

18. Beginning June 1, 2022, Google will require Bandcamp, and other apps like it, to exclusively use Google Play Billing for payments for digital goods and services, and pay a revenue share to Google.

19. This leaves Epic with the choice to (i) try to integrate Google Play Billing and pay Google a revenue share, (ii) remove the in-app option to purchase digital goods, or (iii) be kicked off of the Google Play Store.

*<u>Integrating Google Play Billing and Paying Google Revenue Share Will Seriously Harm Epic</u>*

20. If forced to pay Google a revenue share, Epic would have to either pass those fees on to consumers, making the app less attractive; pass those fees on to artists, threatening our ability to continue to expand Bandcamp's artists-first model around the world and execute our growth plans; or run Bandcamp's Android business at a long-term loss.

21. Putting aside the issue of revenue share, integrating Google Play Billing would cause a number of issues for the Bandcamp Android app. I understand that Ethan Diamond, Bandcamp's Senior Director, and Shawn Grunberger, Bandcamp's Director of Technology, are submitting declarations that provide more detail on these issues. Given these issues, it is possible that not all existing and prospective users will want to use the Bandcamp app, which could impact our ability to substantially grow Bandcamp's MAUs within the next year and maintain its creators-first vision.

DocuSign Envelope ID: A81028E0-6D65-473A-9AA2-87BD1DD8E875
Case 3:20-cv-05671-JD   Document 225   Filed 04/28/22   Page 6 of 7

### *Removing Digital Sales Within the Bandcamp App Will Seriously Harm Epic*

22. Likewise, if Epic is forced to remove the in-app option to purchase digital goods, Bandcamp users will have no way to purchase digital music within the app. Instead, Bandcamp app users will need to leave the app to make a purchase on a web browser. Due to this increased friction, I expect that not all users will want to engage with this process, causing churn such that some users may stop using the Bandcamp app altogether. In addition, if Bandcamp fans are unable to purchase digital music in the app, I expect that some artists may stop engaging with Bandcamp, or may leave the service altogether.

23. This will hinder Epic's ability to grow Bandcamp's Android app into a global platform with more fans and artists, which is essential to build the audience base and momentum necessary to connect musicians more broadly with creators in search of high-quality music. Without an engaged ecosystem of fans, artists and high-quality content—which is essential to Epic's vision and the primary reason that Epic acquired Bandcamp—Epic will be behind its competition and it will be difficult to recover.

24. Compliance with Google's new payments policy—whether by integration of Google Play Billing and paying Google's revenue share or removing digital sales within the Bandcamp app—would result in a negative impact on Bandcamp's lifeblood—the artists. If Epic's pool of music creators is diminished, Epic's ability to attract other content creators will also suffer. Those ripple effects would have immediate and long-term consequences for our ability to grow the Bandcamp community and connect musicians more broadly to content creators across platforms and industries.

DECLARATION OF STEVEN ALLISON    6    CASE NO. 3:20-CV-05671-JD
CASE NO. 3:21-MD-02981-JD

25. Epic's reputation as a champion of content creators is also at stake. I understand that several artists and fans expressed their anxiety about Epic's acquisition of Bandcamp and what it would mean for Bandcamp's "artists-first" model. Epic is working hard to grow the Bandcamp business and does not intend to sacrifice any of Bandcamp's "artists-first" principles. In fact, Epic acquired Bandcamp in part because of the companies' shared vision of building the most open, artist-friendly ecosystem in the world. However, if Google forces Epic to comply with its new payments policy, materially changing the Bandcamp app for the worse within only three months of the acquisition, fans and artists will blame Epic for the harm to their favorite music app.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 28, 2022, in Cary, North Carolina.

Steven Allison