# Exhibit A

# Bandcamp Joining Epic Games to Support Fair, Open Platforms for Artists and Fans

March 2, 2022

Bandcamp Joining Epic Games to Support Fair, Open Platforms for Artists and Fans - Epic Games



Today, we are thrilled to announce that Bandcamp will become part of Epic Games. Bandcamp is an online music store and community where fans can discover, connect with, and directly support the independent musicians they love.

Fair and open platforms are critical to the future of the creator economy. Epic and Bandcamp share a mission of building the most artist friendly platform that enables creators to keep the majority of their hard-earned money. Bandcamp will play an important role in Epic's vision to build out a creator marketplace ecosystem for content, technology, games, art, music and more.

Check out this post on Bandcamp's blog for more details.

"Bandcamp's mission is to help spread the healing power of music by building a community where artists thrive through the direct support of their fans," said Ethan Diamond, CEO and co-founder of Bandcamp. "In Epic, we've found a partner who believes as deeply as we do that the future of music, and art itself, depends on the creation of equitable and inclusive communities like the one our fans and artists have helped to build. We're excited to work alongside the Epic team to accelerate the realization of our mission and pursue our shared goal of empowering more creators in a fair and open way."

"We couldn't be more excited to welcome the Bandcamp team to Epic Games," said Steve Allison, Vice President and General Manager, Store at Epic Games. "Bandcamp has built an incredible community and business where up and coming artists can succeed thanks to the direct support of their fans, with one of the best revenue models and terms in music. This aligns closely with Epic's approach to supporting creators across all media and enabling them to connect directly with their fans."



NEWS    April 11

Sony and KIRKBI Invest in Epic Games to Build the Future of Digital Entertainment



NEWS    April 7

The LEGO Group and Epic Games Team Up to Build a Place for Kids to Play in the Metaverse

