Exhibit E

The Wayback Machine - https://web.archive.org/web/20200929075133/https://support.google.com/g...

# Payments

**Changes are coming to this policy!**

See updated payments policy here. Any existing app that is currently using an alternative billing system will need to remove it to comply with this update. For those apps, we are offering an extended grace period until September 30, 2021 to make any required changes. New apps submitted after January 20, 2021 will need to be in compliance.

Apps that employ in-store or in-app purchases must comply with the following guidelines:

**In-store purchases:** Developers charging for apps and downloads from Google Play must use Google Play's payment system.

**In-app purchases:**

- Developers offering products within a game downloaded on Google Play or providing access to game content must use Google Play In-app Billing as the method of payment.
- Developers offering products within another category of app downloaded on Google Play must use Google Play In-app Billing as the method of payment, except for the following cases:
  - Payment is solely for physical products
  - Payment is for digital content that may be consumed outside of the app itself (e.g. songs that can be played on other music players).
- In-app virtual currencies must only be used within the app or game title for which they were purchased.
- Developers must not mislead users about the apps they are selling nor about any in-app services, goods, content, or functionality offered for purchase. If your product description on Google Play refers to in-app features that may require a specific or additional charge, your description must clearly notify users that payment is required to access those features.
- Apps offering mechanisms to receive randomized virtual items from a purchase (i.e. "loot boxes") must clearly disclose the odds of receiving those items in advance of purchase.

---

**Here are some examples of products supported by Google Play In-app Billing:**

- **Virtual game products**, including coins, gems, extra lives or turns, special items or equipment, characters or avatars, additional levels or playtime.
- **App functionality or content**, such as an ad-free version of an app or new features not available in the free version.
- **Subscription services**, such as streaming music, video, book, or other media services; digital publications, including when bundled with a physical edition; and social networking services.
- **Cloud software products**, including data storage services, business productivity software, and financial management software.

Here are some examples of products not currently supported by Google Play In-app Billing:

- **Retail merchandise**, such as groceries, clothing, housewares, and electronics.
- **Service fees**, including taxi and transportation services, cleaning services, food delivery, airfare, and event tickets.
- **One-time membership fees or recurring dues**, including gym memberships, loyalty programs, or clubs offering accessories, clothing, or other physical products.
- **One time-payments**, including peer-to-peer payments, online auctions, and donations.
- **Electronic bill payment**, including credit card bills, utilities, and cable or telecommunications services.

Note that we offer the Google Pay API for apps selling physical products and services. For more information, please visit our Google Pay developer page.

Was this helpful?

Yes     No

Need more help?

Sign in for additional support options to quickly solve your issue

Sign in