# Exhibit A



# How much are payment processor fees for digital sales?

In addition to the revenue share that Bandcamp collects, payment processor fees apply to all transactions processed on your account. Here's how it works for digital sales:

For transactions greater than or equal to $8.07, the transaction fee is 1.9% + $0.30 when your fan uses PayPal, 2.9% + $0.30 when paying with a gift card, and 2.2% + $0.30 when your fan uses a credit card. For smaller transactions (under $8.07) we minimize the fee by automatically switching to the payment processor's alternate rate of 5% + $0.05. When we send you a bulk payout, PayPal's fee is 1% of the total payout amount. Fees may vary depending on geographic location or payment method.