# Exhibit B

Help Center    Search the Help Center     Back to Bandcamp

Hey there! We're experiencing a high volume of emails at this time and our response times are slower than usual. In the meantime, we've put together a list of common questions to help. We appreciate your patience.

# Getting paid

[Bandcamp Help Center](#) > [Artists & Labels](#) > [Getting paid](#)

Articles in this section ⌄

## How do I get paid on Bandcamp, and how often?

You'll receive payouts from us in your PayPal account. If you haven't set one up yet, head over here.

The majority of accounts on Bandcamp use our **Standard Payments** system. Under Standard Payments, payments for digital and physical items are processed separately.

**Payments for digital items** are processed first by Bandcamp and paid out to your PayPal account 24-48 hours later. (Higher-value purchases, like a track that sells for $500, are manually reviewed and may take up to 14 days.) We collect our 10-15% revenue share at the time of sale along with payment processor fees.

**Payments for physical merchandise** are paid directly from the fan to your PayPal account without being processed through Bandcamp. Since we aren't able to collect our 10% revenue share at the time of the transaction, we instead keep a running tab of the amount owed, which we call your "revenue share balance." That balance is automatically paid off with proceeds collected from future sales (e.g. a percentage of your digital sales or an entire physical sale less than the owed balance).

### Enhanced Payments

A smaller number of accounts on Bandcamp use **Enhanced Payments** (if you have it, you'll see a "You have Enhanced Payments" indicator on your Profile page under Payment Details, and on your Tools, Payment Summary, and Merch Orders pages).

In addition to checking out via PayPal, Enhanced Payments allows fans to pay for music and merch using a credit or debit card or a Bandcamp gift card. Bandcamp also collects and remits the necessary marketplace taxes on physical orders for sellers using Enhanced Payments.

For accounts using Enhanced Payments, all payments for digital items and physical merchandise are processed first by Bandcamp and paid out to your PayPal account 24-48 hours later (or on the first of the month for labels with that option). We collect our 10-15% revenue share, plus payment processor fees, at the time of sale. Because Enhanced Payments requires sellers to retrieve shipping information from their Merch Orders page rather than PayPal, it is not compatible with PayPal's shipping label tools at this time.

Whether or not you use Enhanced Payments, payments for **live streams** can be made using a credit or debit card, and are paid out to your PayPal account 24-48 hours after the live stream has ended.

### How do I qualify for Enhanced Payments?

Currently, we're only offering Enhanced Payments to a small group of artists and labels. We'll be making this available to more sellers in the not-too-distant future – stay tuned!