# Exhibit B

| | |
|---|---|
| **From:** | Josh Kim <josh@bandcamp.com> |
| **Sent:** | Fri, 23 Jul 2021 05:24:16 +0000 (UTC) |
| **To:** | Alyssa Ablao <aablao@google.com> |
| **Cc:** | Purnima Kochikar <kochikar@google.com> |
| **Subject:** | Re: Introduction |

Thanks Alyssa - August 4 at 1:30 works great, looking forward to it!

On Thu, Jul 22, 2021 at 5:20 PM Alyssa Ablao <aablao@google.com> wrote:

> Hi Josh,
> I hope you've been well. Thank you again for your patience waiting for Purnima's response. This month has been especially crazy and I am still trying to get Purnima back up to speed!
>
> That said, would you be available for a video chat with Purnima in the next week or two? If so, Purnima is available:
>
> - Wednesday, August 4: 1:30 - 4:30 pm (PT)
> - Thursday, August 5: 12:00 pm (PT)
> - Friday, August 6: 12:00 - 4:00 pm (PT)
>
> Best,
> Alyssa
>
> On Thu, Jul 15, 2021 at 10:48 AM Alyssa Ablao <aablao@google.com> wrote:
>
>> Hi Josh,
>> Thanks for bumping this. On behalf of Purnima we really appreciate your patience while you wait to hear back. Our team is still transitioning back from the holiday break and will respond as soon as we can.
>
> Best,
> Alyssa
>
> On Thu, Jul 15, 2021 at 10:04 AM Josh Kim <josh@bandcamp.com> wrote:
>
>> Hi all, following up here again, I know things are busy but we're really eager to get some feedback on this so we can start planning communication to our artists or take other appropriate action, thanks in advance for prioritizing.
>> Best,
>
> Josh
>
> On Wed, Jul 7, 2021 at 12:20 PM Josh Kim <josh@bandcamp.com> wrote:
>
>> Hi all, hope you're well - following up here again, please let me know of any updates, thanks!
>
> On Thu, Jul 1, 2021 at 12:15 PM Josh Kim <josh@bandcamp.com> wrote:
>
>> Hi all, hope you're doing alright - following up again here, again, this is becoming urgent for us as we need to plan accordingly as any change in policy has a potentially huge impact on our millions of artists, feedback/guidance will be greatly appreciated.
>
> On Mon, Jun 28, 2021 at 8:47 AM Josh Kim <josh@bandcamp.com> wrote:
>
>> Great, thanks for the update Alyssa. I'll stay tuned for a follow up today, hope you both had good weekends.
>> Best,

On Fri, Jun 25, 2021 at 12:05 PM Alyssa Ablao <aablao@google.com> wrote:

> Hi Josh,
> Thanks so much for your patience and follow up on this. Purnima had been pulled into several time sensitive topics this week, but we still have it down that she needs to get back to you soon. She will do her best to get back to you on Monday. So sorry for the delay!

Have a good weekend,
Alyssa

On Thu, Jun 24, 2021 at 8:21 AM Josh Kim <josh@bandcamp.com> wrote:

> Hi Purnima and Alyssa, hope you're both well and having a good week - just checking in here on any updates, and as I mentioned, please let me know if any further info we can provide, thanks again!
> Best,

Josh

On Mon, Jun 21, 2021 at 6:28 PM Josh Kim <josh@bandcamp.com> wrote:

> Hi Purnima, great to hear from you, and totally understand, appreciate your getting back! Will stay tuned for feedback by end of this week, please let me know if any questions in the meantime (and nice to e-meet you Alyssa!)
> Best,

Josh

On Mon, Jun 21, 2021 at 5:05 PM Purnima Kochikar <kochikar@google.com> wrote:

> Josh - my sincere apologies.  Covid and work got in the way.  I promise to get back to you by the end of the week.
> Mark Hall also reached out to Sameer Samat, VP Product for Play and Android.  Would you please let Mark know that we have connected.

So very sorry.

+Alyssa Ablao to keep me honest.

P


On Mon, Jun 21, 2021 at 3:28 PM Josh Kim <josh@bandcamp.com> wrote:

> Hi Purnima, hope you're doing well - following up here with some urgency, and adding some additional context, as we are now officially in a time frame where this is becoming an urgent matter to resolve. Thanks in advance for your help here!
> Any changes to how Bandcamp's digital music sales are treated would have a huge impact on the millions of artists who use Bandcamp, and we want to begin planning for and communicating with them as soon as possible if there is any impact to their income on Bandcamp (which they are increasingly depending on as a solid revenue channel).
> Of course, our hope is that Bandcamp's treatment in the Play store with regard to digital music sales will not change as Google's prior communications about this confirmed that it would not be a substantive update to the policies, but rather a clarification to the policies as they had already existed, and the existing policies had

explicitly excluded music sales (generally, and on bandcamp) from the 30% platform fees.

If this ends up not being the case, as I mentioned earlier, we need to know as soon as possible so we can begin our work internally as well as begin notifying the millions of artists who use Bandcamp of the changes to their business on Bandcamp.

Thanks again, and looking forward to hearing back from you. Happy to talk through any of this live with you or the appropriate person on your team.

Best,

Josh


On Tue, Jun 1, 2021 at 10:24 AM Josh Kim <josh@bandcamp.com> wrote:

> Hi Purnima, hope the weekend treated you well! Following up here, and of course please feel free to let me know if this is not something that you can help with, totally understand and we can attempt other channels, appreciate your time either way, thanks!

On Mon, May 24, 2021 at 1:26 PM Josh Kim <josh@bandcamp.com> wrote:

> Hi Purnima, hope you're having a good Monday - friendly follow up here, let me know if there's anyone else I should connect, appreciate it.
> Best,

Josh

On Mon, May 17, 2021 at 1:14 PM Josh Kim <josh@bandcamp.com> wrote:

> Hi Purnima, hope you're doing well - just checking in here, appreciate your help, let me know if you need anything more from our end.
> Best,

Josh


On Thu, May 6, 2021 at 12:28 PM Josh Kim <josh@bandcamp.com> wrote:

> Thanks for the update Purnima, no problem, please let me know when you have the right contact, appreciate it!
> Best,

Josh

On Sun, May 2, 2021 at 4:06 PM Purnima Kochikar <kochikar@google.com> wrote:

> HI Josh - I somehow missed this email earlier. Apologies. A couple of relevant folks are OoO, so let me find you the right contact and get back to you asap. Thanks for your patience.
> P

On Wed, Apr 21, 2021 at 7:45 PM Josh Kim <josh@bandcamp.com> wrote:

> Hi Purnima, great to e-meet you and hope you're doing well. Thanks for offering to help - as a brief summary: Bandcamp is an online record store and music community where artists sell music and merchandise directly to fans, built around the mission of supporting artists.

> We had some questions around the recent Play-store billing policy clarifications, specifically regarding digital music sales/downloads (which were previously explicitly excluded from in-app purchase requirements).
> Let me know if best for me to share more details/context directly with you or you prefer I connect with someone else on your team.

Thanks again, really appreciate your help here.

Best,

Josh


On Wed, Apr 21, 2021 at 6:34 PM Purnima Kochikar <kochikar@google.com> wrote:

> Thanks Randy.  Moving you to bcc,
> Josh, nice to meet you.  Please let me know how I can help.

P

On Wed, Apr 21, 2021 at 5:30 PM Randy Gelber <randy.gelber@epicgames.com> wrote:

> Josh - Purnima is a senior executive at Google who looks after Google Play.
> Purnima - Josh is the COO at Bandcamp. As discussed, Josh has a few questions that you may be able to help with or send him in the right direction.

I let you both connect directly at your convenience. Obviously, you can drop me from the thread.

Best, Randy

> **Randy S. Gelber**
> C: +1-919-971-7777



--
Purnima Kochikar
Google Play, Apps & Games
kochikar@google.com
+17813548147


--

--

Josh Kim
COO
Bandcamp, Inc.


--
Purnima Kochikar
Google Play, Apps & Games
kochikar@google.com
+17813548147