# Exhibit C

 developers

## Android Developers Blog

The latest Android and Google Play news for app and game developers.

## Allowing developers to apply for more time to comply with Play Payments Policy

16 July 2021

*Posted by Purnima Kochikar, VP Play Partnerships*

Every day we work with developers to help make Google Play a safe, secure and seamless experience for everyone, and to ensure that developers can build sustainable businesses. Last September, we clarified our Payments Policy to be more explicit about when developers should use Google Play's billing system. While most developers already complied with this policy, we understood that some existing apps currently using an alternative billing system may need to make changes to their apps, and we gave one year for them to make these updates.

Many of our partners have been making steady progress toward the September 30 deadline. However, we continue to hear from developers all over the world that the past year has been particularly difficult, especially for those with engineering teams in regions that continue to be hard hit by the effects of the global pandemic, making it tougher than usual for them to make the technical updates related to this policy.

After carefully considering feedback from both large and small developers, we are giving developers an option to request a 6-month extension, which will give them until March 31, 2022 to comply with our Payments policy. Starting on July 22nd, developers can appeal for an extension through the Help Center and we will review each request and get back to requests as soon as possible.

Check out the Help Center and the Policy Center for details, timelines, and frequently asked questions. You can also check out Play Academy or watch the PolicyBytes video for additional information.

