# EXHIBIT 46

# EXHIBIT FILED UNDER SEAL