# EXHIBIT 47

EXHIBIT FILED UNDER SEAL