# EXHIBIT 48

# EXHIBIT FILED UNDER SEAL