EXHIBIT 49

EXHIBIT FILED UNDER SEAL