# EXHIBIT 50

# EXHIBIT FILED UNDER SEAL