# EXHIBIT 51

# EXHIBIT FILED UNDER SEAL