# EXHIBIT 52

EXHIBIT FILED UNDER SEAL