# EXHIBIT 53

# EXHIBIT FILED UNDER SEAL