# EXHIBIT 54

# EXHIBIT FILED UNDER SEAL