EXHIBIT 55

EXHIBIT FILED UNDER SEAL