# EXHIBIT 56

# EXHIBIT FILED UNDER SEAL