# EXHIBIT 57

EXHIBIT FILED UNDER SEAL