# EXHIBIT 58

EXHIBIT FILED UNDER SEAL