# EXHIBIT 59

# EXHIBIT FILED UNDER SEAL