# EXHIBIT 60

# EXHIBIT FILED UNDER SEAL