# EXHIBIT 61

# EXHIBIT FILED UNDER SEAL