# EXHIBIT 62

# EXHIBIT FILED UNDER SEAL