# EXHIBIT 63

# EXHIBIT FILED UNDER SEAL