EXHIBIT 64

EXHIBIT FILED UNDER SEAL