# EXHIBIT 65

# EXHIBIT FILED UNDER SEAL