# EXHIBIT 67

# EXHIBIT FILED UNDER SEAL