# EXHIBIT 69

# EXHIBIT FILED UNDER SEAL