# EXHIBIT 70

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br>             Plaintiff, Counter-defendant, <br>                        v. <br> APPLE INC., <br><br>             Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **EPIC GAMES, INC,'S FOUR-HOUR DEPOSITION DESIGNATION** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |



## Epic Games, Inc. v. Apple Inc., No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

### Deposition Designation of Adrian Ong
### (February 24, 2021)

### Time

| Epic Games, Inc.'s Designations (Blue Highlight) | Apple Inc.'s Designations (Yellow Highlight) |
|---|---|
| 1 hour 2 minutes 19 seconds | 1 minute 17 seconds |

## Ong, Adrian (Vol. 01) - February 24, 2021

**1 CLIP  (RUNNING 01:03:32.737)**

**79 SEGMENTS  (RUNNING 01:03:32.737)**

**1. PAGE 9:10 TO 9:12  (RUNNING 00:00:04.121)**

```
10       Q.      Can you please state your full name for
11   the record?
12       A.      Yes.  Adrian Ong.
```

**2. PAGE 9:15 TO 9:18  (RUNNING 00:00:05.141)**

```
15       Q.      Are you currently employed?
16       A.      I am.
17       Q.      By whom?
18       A.      Match Group.
```

**3. PAGE 9:22 TO 10:12  (RUNNING 00:00:49.908)**

```
22       Q.      What position do you hold at Match
23   Group?
24       A.      I am the senior vice president of
25   operations for Match Group.
00010:01     Q.      What are your responsibilities as senior
02   vice president of operations at Match Group?
03       A.      So I provide oversight to our portfolio
04   brands on various operational areas, whether or not
05   it's payments, customer service, fraud or various
06   initiatives that they're working on.
07               I'm also in charge of negotiating a
08   lot of our partnerships across the brands.
09   Especially those which are common across multiple
10   brands or across some of our largest brands, and
11   that has included in the past, you know, our Apple
12   and Google relationship.
```

**4. PAGE 12:09 TO 13:25  (RUNNING 00:02:36.396)**

```
09       Q.      Just stepping back, what is Match Group?
10       A.      Match Group is a portfolio company that
11   owns, you know, most of the largest dating brands,
12   online dating brands.
13       Q.      What were some examples of Match Group's
14   current products?
15       A.      Tinder, Hinge, match.com, OkCupid.
16       Q.      Again, what types of products are those;
17   what do they do?
18       A.      They're introducing singles to each
19   other.  So, essentially, an online dating platform.
20       Q.      How can consumers access those products?
21       A.      They can access them through apps.  So
22   iOS app, Android app, and then through the web.  So
23   mobile web or the desktop.
24       Q.      Are any of Match Group's dating service
25   products available on gaming consoles, such as the
00013:01 Nintendo Switch, the Xbox or the PlayStation?
02       A.      Not that I'm aware of.
03       Q.      Okay.  Why is that?
04       A.      It's -- I just don't see it being a good
05   fit.  Number one, it's about audience.  You know,
06   I'm sure there's lots of singles who are gamers,
07   but -- you know, I would -- I wouldn't say every --
08   you know, there's a large -- I wouldn't say all
```

```
09   single folks are gamers.
10              And so -- and we just find that, you
11   know, majority of the audience and distribution is
12   on the mobile device.  And so, you know, most people
13   have their mobile devices with them all the time,
14   which means they're able to find matches anytime
15   they want.  You've got push notifications.  And so
16   they're receiving alerts and messages that, you
17   know, they've got new matches or they've received
18   new messages from people.
19              Also, our apps are designed to be
20   location-based.  And so they're not really -- it's
21   not really convenient to carry your gaming console
22   around with you.  And so while people are on the
23   move, whether or not it's traveling from home to
24   work or wherever they are, they're able to find new
25   singles in their area.
```

**5. PAGE 17:03 TO 17:15 (RUNNING 00:00:43.317)**

```
03       Q.   Well, just in general, how does Match
04   Group make money from its products?
05       A.   Gotcha.  Gotcha.
06              Yeah.  We sell subscriptions, and
07   what we call our consumables or our products.
08       Q.   Do you also offer in-app purchases?
09       A.   Yes.
10       Q.   Can you describe for me first, what are
11   subscriptions?
12       A.   Yes.  Subscriptions are essentially
13   renewable, paid memberships that allow you to access
14   additional premium features, and they can be
15   single-month or multi-month in length.
```

**6. PAGE 17:22 TO 18:25 (RUNNING 00:01:34.618)**

```
22   more details, but just in general, what are in-app
23   purchases from a Match Group perspective?
24       A.   In-app purchases can be either
25   subscriptions or consumables that are purchased via
00018:01 the -- within the app.
02       Q.   So what are some examples of Match
03   Group's, what you're calling consumables, in-app
04   purchases?
05       A.   Things such as a Super Like that you can
06   purchase on Tinder.  Or a Boost.  You know,
07   essentially, a Boost will expose you to and give you
08   more exposure to additional people for a fixed
09   period of time.
10       Q.   What is a Super Like?
11       A.   Super Like is essentially letting
12   someone else know that you're interested in them,
13   but it's -- it provides more emphasis on it so that
14   you can be differentiated.
15       Q.   If a Tinder user would like to purchase
16   a Super Like or a Boost, like, how does that work in
17   the app?
18       A.   Essentially, they can -- when they --
19   they can go into the app, decide that they want to
20   boost themselves for a period of time, click on the
21   button, you know, essentially, they will be
22   presented with the option for the Boost.
23              You can purchase, the in-app window
24   will pop up, and then touch your thumbprint, touch
25   ID, and you can go through with it.
```

**19. PAGE 33:18 TO 34:07 (RUNNING 00:01:15.461)**

```
       18        A.     Apple doesn't give you a choice.  You
       19   have to use the App Store.
       20        Q.     If it were permitted, would Match Group
       21   consider distributing its apps to iOS users in some
       22   other way?
       23        A.     Yes, we -- we would explore that.
       24        Q.     What benefits to Match would there be of
       25   distributing Match Group's apps to consumers
00034:01   directly, and not through the App Store?
       02        A.     We wouldn't have to use in-app payments,
       03   or IAP, and I think that part is key.  Obviously,
       04   that would -- you know, that depends what the
       05   alternative would be, but that would result in, you
       06   know, better margins.  It would allow us to price
       07   our products cheaper, like we do on the web.
```

**20. PAGE 34:14 TO 37:07 (RUNNING 00:03:47.190)**

```
       14               Does the requirement that Match
       15   Group sell its apps through the App Store permit
       16   Match Group to transact directly with the end users?
       17        A.     We are not able to transact -- users are
       18   not able to transact directly with us.
       19        Q.     Would there be benefits to Match Group
       20   from being able to transact directly with the end
       21   users of your products?
       22        A.     Yes.
       23        Q.     What would some of those benefits be?
       24        A.     Again, we would not pay the margins of
       25   the 30 percent to Apple, which in turn would result
00035:01   in lower prices for customers.  Roughly, it costs
       02   less than 5 percent, you know, to manage payments,
       03   refunds, all of that.
       04               If you look at PayPal, it's under
       05   2 percent to use PayPal.  And the App Store, in-app
       06   payments, PayPal is an option there, so I'm not sure
       07   why we're paying 30 percent when it costs us less
       08   than 2 percent to use exactly the same payment
       09   method.
       10               It's important also from a customer
       11   relationship standpoint.  You know, customers are
       12   used to approaching a brand directly for any of
       13   their concerns.
       14               So I would say, paying customers are
       15   our priority.  So it's extremely strange and
       16   abnormal for customers to have to reach out to the
       17   main company for all general customer inquiries, and
       18   then have to reach out to another company as it
       19   pertains to the -- their paid experience.
       20               So, you know, for example, we -- if
       21   we -- if a user is contacting us and they're having
       22   a poor experience, we're not able to issue them a
       23   refund.  We have to point them to Apple.  If they
       24   can't get a refund from Apple and they complain to
       25   us, there's nothing we can do about it.
00036:01               And we've seen, you know -- we've
       02   seen one-star ratings in the App Store because they
       03   had a poor refund experience with Apple, which kind
       04   of seems to be unfair because, you know, not only do
       05   you have a poor customer experience, but, you know,
       06   typically, what that means is if you have a poor
       07   customer experience, you associate it directly with
       08   that product, right.
       09               So even if the product is working
       10   100 percent and working great, if I have a poor
       11   customer experience, I'm just going to think that
```

9

```
          12  brand as a whole -- I'm just going to have negative
          13  connotations with that brand.
          14            In that case, it seems to be unfair
          15  because we didn't manage that customer experience,
          16  right.  When it came to the payment, we have no
          17  choice.
          18            So as a result -- and then we get a
          19  negative one-star rating -- you know, we get a
          20  run-star rating on the Apple App Store for something
          21  which we have no control.  So I think, you know,
          22  managing that customer relationship is going to be
          23  important.
          24            And then one other thing that we do,
          25  when we manage the payment, we also use that
00037:01  information to provide additional checks which are
       02  relevant in our category.  So we will run, for
       03  example, a registered sex offender check for using
       04  some of that billing information, and because when
       05  we process users through IAP, we don't receive that
       06  information, so we don't run registered sex offender
       07  checks for iOS users.
```

**21. PAGE 37:25 TO 38:11 (RUNNING 00:00:37.861)**

```
          25        Q.    Just to local sense, so does Match Group
00038:01  process customer purchases of either subscriptions
       02  or in-app purchases for its iOS apps?
       03        A.    Not directly, no.
       04        Q.    So who does that?
       05        A.    Apple does that.
       06        Q.    Who else?
       07        A.    No one else.
       08        Q.    Why is that?
       09        A.    So for products such as ours, we are
       10  forced to use Apple's in-app payment system.
       11        Q.    Forced how?
```

**22. PAGE 38:13 TO 39:02 (RUNNING 00:00:45.619)**

```
       13        A.    If we -- if we don't do it, you know,
       14  our app will not get approved.  If we are not using
       15  in-app payments, our app will not get approved.
       16        Q.    When you say "not get approved," you
       17  mean not get approved by Apple; correct?
       18        A.    Correct.
       19        Q.    Does Match Group pay a fee to Apple in
       20  connection with this in-app payment processing?
       21        A.    Yes.
       22        Q.    How much?
       23        A.    It's 30 percent for subscribers under a
       24  year, and it's 15 percent after a year, but
       25  essentially, it equates to 30 percent because most
00039:01  daters are not subscribed to the app for longer than
       02  that.
```

**23. PAGE 39:16 TO 39:24 (RUNNING 00:00:32.729)**

```
       16        Q.    Assume that Apple imposed no
       17  restrictions; what would Match do with respect to
       18  payment processing within iOS?
       19        A.    We would offer our own payment system.
       20  We would run registered sex offender checks.  We
       21  would reduce pricing, if users paid that through
       22  that method.  And essentially, we would direct
       23  customers, if they had refunds, directly to our
       24  customer service.
```

```
            22        A.      The majority of people do not -- you
            23   know, if their main device is an iOS device, they're
            24   not using an Android device as well.
```

**50. PAGE 67:15 TO 67:19 (RUNNING 00:00:14.774)**

```
            15        Q.      Just to get it -- again, I don't expect
            16   you to know the exact percentage necessarily, but as
            17   an order of magnitude, more or less than 5 percent
            18   of users who are on Tinder iOS and then log on to
            19   Tinder on Android?
```

**51. PAGE 67:22 TO 67:22 (RUNNING 00:00:02.562)**

```
            22        A.      I don't know the answer to that.
```

**52. PAGE 67:23 TO 68:05 (RUNNING 00:00:22.710)**

```
            23        Q.      Have you reached any conclusion about
            24   whether Android is a substitute for iOS for
            25   Match Group's products?
   00068:01        A.      It is not a substitute.
         02        Q.      Have you reached any conclusions about
         03   whether web browsers are a substitute for iOS's --
         04   for iOS for Match Group's products?
         05        A.      It's not a substitute.
```

**53. PAGE 69:17 TO 69:21 (RUNNING 00:00:22.470)**

```
            17        Q.      So in 2020, what percentage of total
            18   Tinder revenue was attributable to iOS?
            19        A.      ■ percent.
            20        Q.      Could Match Group simply abandon iOS and
            21   develop its products solely for other platforms?
```

**54. PAGE 69:23 TO 70:09 (RUNNING 00:00:41.245)**

```
            23        A.      No.
            24        Q.      Why not?
            25        A.      As you can see, it's got the majority of
   00070:01   the distribution, and for a dating platform, that
         02   would be -- that would be extremely destructive,
         03   because essentially, it would be a negative
         04   experience in terms of you wouldn't have those
         05   users -- for the Android users to find as well.
         06        Q.      Well, couldn't users just switch back
         07   and forth between Android apps and iOS apps so they
         08   could reach the total dating pool; couldn't users do
         09   that?
```

**55. PAGE 70:11 TO 70:15 (RUNNING 00:00:13.697)**

```
            11        A.      Well, they don't switch between Android
            12   and the -- the majority do not switch between the
            13   Android and iOS.  There's nuances to each platform,
            14   and I think once people become comfortable, they
            15   stick to the one.
```

**56. PAGE 72:07 TO 72:10 (RUNNING 00:00:08.841)**

```
            07        Q.      Does the majority of Match Group's
            08   revenues come from its iOS apps as opposed to
            09   Android apps or websites?
            10        A.      Yes.
```

**57. PAGE 73:01 TO 73:04 (RUNNING 00:00:12.493)**

```
   00073:01        Q.      Is there a brand operated by Match Group
         02   that has same subscription price between mobile apps
         03   and a website?
         04        A.      I'm not -- I'm not sure.
```

18