# EXHIBIT 71

# EXHIBIT FILED UNDER SEAL