# EXHIBIT 73

# EXHIBIT FILED UNDER SEAL