# EXHIBIT 78

# EXHIBIT FILED UNDER SEAL