# EXHIBIT 82

# EXHIBIT FILED UNDER SEAL