# EXHIBIT 83

# EXHIBIT FILED UNDER SEAL