# EXHIBIT 84

# EXHIBIT FILED UNDER SEAL