# EXHIBIT 86

# EXHIBIT FILED UNDER SEAL