# EXHIBIT 87

EXHIBIT FILED UNDER SEAL