# EXHIBIT 89

# EXHIBIT FILED UNDER SEAL