EXHIBIT 90

EXHIBIT FILED UNDER SEAL