EXHIBIT 91

EXHIBIT FILED UNDER SEAL