# EXHIBIT 92

EXHIBIT FILED UNDER SEAL