EXHIBIT 93

EXHIBIT FILED UNDER SEAL