# EXHIBIT 94

# Updates to Google Play Policies

## Upcoming Policy Changes

| Effective Date | Changes Announced | Policy Preview |
| --- | --- | --- |
| Various (see below) | April 6, 2022 | LINK |

**Summary of Changes**

**Upcoming new policies**

Effective May 11, 2022:

We're updating our Families policy to explain that if an app contains content that is not globally appropriate, we may make the app available only to users in regions where content within that app is deemed appropriate.

Effective July 11, 2022:

We're introducing the Request Install Packages Permission policy to explain which permitted functionalities and actions are allowed for the permission.

We're introducing a limited-time pilot for Online Crane Games to be distributed on the Google Play store to users in Japan only. Learn more.

Effective November 1, 2022:

To provide users with a safe and secure experience, we are expanding on Google Play's target API level requirements to include existing apps that aren't updated. Apps that don't target an API level within two years of the latest major Android version release will not be available on Google Play to new users whose devices run the latest versions of Android. Developers can request a six-month extension if more time for migration is needed. Learn more.

**Policy updates**

Effective May 11, 2022:

We're introducing additional requirements for developers offering personal loans in the Philippines. Eligible developers must complete a declaration form, submit necessary documentation, and meet additional disclosure requirements. We're also updating the declaration requirements for India and Indonesia to clarify that developers should submit additional documentation if their developer name does not match the name on the submitted license. Developers offering personal loans in India as facilitators must also prominently disclose the names of all partnered NBFCs and banks in the app's description.

We're updating the Hate Speech policy to prohibit caste- and immigration-related hate speech.

We're updating our Deceptive Behavior - Misleading Claims policy to allow certain apps that use embedded dedicated oximeter sensors (subject to further conditions) and require details about Oximeter readers and target devices in app descriptions. We continue to prohibit apps that claim to have oximeter functionality but do not have wearable, hardware or smartphone oximeter sensor support.

We're updating our Families Certified Ad SDK Program policy to explain that providing sufficient information for Google Play to review an SDK may include submitting new versions and any other information needed to comply with certification requirements. We're also updating the policies to clarify that SDKs are responsible for self-certifying that each SDK version release is compliant with the latest Play Developer Program Policies.

We're updating our Accessibility policy to explain that the Accessibility API is not designed for and cannot be requested for remote call audio recording.

Effective August 11, 2022:

We're expanding the scope of the News policy to include apps that are listed under the "News & Magazine" category on Google Play, and that describe themselves as a news app in the app metadata. We're also updating the News policy to allow one method of listed contact information instead of two for news apps, and to allow original publishers to omit listing authors for every article.

Effective October 11, 2022:

We're updating our User Generated Content policy with updated guidance on incidental sexual content and moderation requirements.

**New examples and clarifications**

Additionally, we've added new examples and clarifications to some of our policies. Please note that these aren't new policies and we aren't changing our enforcement standards and practices as a result of these updates.

We're clarifying existing language in the Android Emoji policy about which apps are already compliant and which apps will need to come into compliance.

We're clarifying in our Enabling Dishonest Behavior policy that we prohibit apps that generate fake bank accounts.

We're clarifying existing language in the Families policy to make it clear that apps that solely target children may not request location permission, or collect, use, and transmit precise location.

## Currently Effective Policies

| Effective Date | Changes Announced | Summary of Changes | Full Policy View |
| --- | --- | --- | --- |
| January 17, 2022 | December 15, 2021 | LINK | LINK |

## Policy Archive

December 18, 2021

December 1, 2021

September 1, 2021

May 5, 2021

March 1, 2021

January 20, 2021

| Effective Date | Changes Announced | Full Policy View |
|---|---|---|
| January 20, 2021 | September 28, 2020 | PDF |

Summary of Changes

We're updating our Payments policy to clarify when Google Play's billing system should be used for in-app purchases. This clarification is important to increase user protections across Play-distributed apps and makes the policy easier to understand.

Any existing app that is currently using an alternative billing system will need to remove it to comply with this update. For those apps, we are offering an extended grace period until September 30, 2021 to make any required changes. New apps submitted after January 20, 2021 will need to be in compliance. To view additional information about this update, please visit our Help Center.

December 16, 2020

October 21, 2020

October 1, 2020

August 12, 2020

April 2020

November 2019

August 2019

May 2019

January 2019

October 2018

July 2018

April 2018

November 2017

October 2017

August 2017

June 2017

May 2017

April 2017

October 2016

July 2016

May 2016

March 2016