EXHIBIT 98

# Create a subscription

> Review our updated Subscriptions Policy in the Developer Policy Center to ensure your app is compliant with the latest changes.

Using Google Play's billing system, you can offer in-app products that charge users for content or services on a recurring basis, known as subscriptions. Subscriptions can include items like a collection of apps, games, or other content for a recurring fee within your app on Google Play.

You can offer multiple subscriptions within the same app. Subscriptions must be priced within the accepted price range. Subscriptions can't be unpublished.

You can also create an in-app product, which charges users on a one-time basis.

Important: Google Play Developer Program Policies and service fees apply to in-app products and subscriptions.

## Availability

If you're in a supported location for merchant registration, you can use Google Play's billing system.

If you're in a supported location and want to start using Google Play's billing system features in your apps, set up a payments profile and review the Google Play billing system API documentation.

After you create a subscription, it's available for users running the latest version of the Google Play Store.

## Subscription and free trial time periods

Weekly
1 month
3 months
6 months
Annual

> Note: Weekly subscriptions can now be charged using Direct Carrier Billing (DCB). For more information, review the accepted payment methods on Google Play.

## Add a subscription to your app

Adding a subscription is similar to adding an in-app product, except the price is set for a period of time.

Before creating a subscription, make sure to plan your product IDs carefully. Product IDs need to be unique for your app, and they can't be changed or reused after they've been created.

Product IDs need to start with a lowercase letter or a number and must be composed of only lowercase letters (a-z), numbers (0-9), underscores (_), and periods (.)

Note: The product ID `android.test` is unavailable for use, along with all product IDs that start with `android.test`.

Before adding a subscription, review our Subscriptions Policy.

To add a subscription:

1. Open Play Console and go to Subscriptions page (Monetize > Products > Subscriptions).
2. Click Create subscription.
3. Enter your subscription details.

Name: A short name of the item (up to 55 characters, but we recommend limiting titles to 25 characters to display properly in all contexts) such as "Sleeping potion."

Description: A long description of the item (up to 80 characters) such as "Instantly puts creatures to sleep."

Benefits: Provide up to 4 benefits, which each describes a feature of the subscription (up to 40 characters each)

Benefits should highlight the features to give users a better idea of what your subscription offers, like "Full catalog of TV shows and movies."

Since not all users will be eligible for a promotional price or free trial, the benefit should not mention free trial or price, for example "Try 7 days free" is not allowed.

4. Enter pricing details in the "Price" section:

Billing period: Choose the time interval between billing statements.

Default price: Enter a default price or import from an existing pricing template; this is used to generate local prices in other countries. Local prices use today's exchange rate and country-specific pricing patterns. Countries without local currency support use your default price.

5. Choose and define additional options in the "Subscription settings" section:

Free trial: You can let users try your subscription before they pay. If you select Enabled, choose how many days you want to make it available for free. Learn more below.

Introductory price: You can offer new subscribers a discounted price for a specific duration. If you do, this must be within the accepted price range and cost less per day than the original price. Learn more below.

Grace period: You can give users time to resolve payment issues while keeping their subscription active. Grace periods can be 3 days, 7 days, or 14 days. Learn more below.

Resubscribe: Enabling resubscribe allows users to resubscribe from the Play Store after cancellation. Learn more below.

Important: Resubscribe is only available for apps that use Billing Library 2.0 in all active APKs.

6. Click Save.
7. Click Activate to make the subscription you created active.

To be available for purchase, a product needs to be active, and its app needs to be published.

If you're using a test account, active items are available in unpublished apps. To learn more, go to our Android developers site.

# Subscription pricing options

---

Subscription prices

---

Introductory prices

---

Free trials

---

Featured subscriptions

---

# Manage changes to subscriptions

---

Price changes

---

Upgrades or downgrades

---

Grace periods

Account holds for declined payments

Pauses

Cancellations