# EXHIBIT 102

EXHIBIT FILED UNDER SEAL