# EXHIBIT 103

# EXHIBIT FILED UNDER SEAL