# EXHIBIT 104

EXHIBIT FILED UNDER SEAL