# EXHIBIT 105

developers Platform Android Studio Google Play Jetpack Kotlin Docs Games Search Language Sign in

GOOGLE PLAY

Overview Play Console Play Billing Play Policies Resources

# Google Play

With the ability to publish rapidly to over 2 billion active Android devices, Google Play helps you grow a global audience for your apps and games and earn revenue.

FEATURED

## Google Play Console

Publish your apps and games and grow your business on Google Play.

Sign in

FEATURED

## Grow your business

Learn about Play Console features, tips, and case studies to optimize your launch and growth.

Learn more

## Find success on Google

FEATURED

### How Play Works

Reach audiences in more than 190 countries and territories around the world. Google Play helps you get discovered, earn revenue, and build a global business.

FEATURED

### Quality guidelines

Test your Android apps against these quality guidelines to ensure you provide an excellent user experience and gain additional exposure available for Wear, TV, and Auto apps.

Play

Get insights, tips, and best practices to help you build and grow your business.

FEATURED

### Google Play Academy

Get free trainings and best practices to help you build a successful app or game business.

FEATURED

### Play Policies

Stay up to date with upcoming Android and Google Play Deadlines.

FEATURED

### Reach new audiences

Expand to new users and increase engagement on Android devices of all shapes and sizes.

FEATURED

### Play Integrity API

Protect your apps and games from potentially risky and fraudulent interactions, and reduce attacks and abuse.

# Resources

Marketing tools and resources

View all resources

### Brand guidelines

Guidelines and downloads for the Android and Google Play brands.

Review guidelines

### Linking to Google Play

Build links that take users to your published apps in Google Play from browse or search.

Get started

### Device art generator

Drag and drop screenshots of your app into device artwork, for better looking promotional images and improved visual context.

Get started

### Google Play badges

Build badges for your app in just a few clicks, and download hi-res badge assets localized for a variety of languages.

Get started

## Latest news

View all news

BLOG

## Things to know from the 2022 Android App Excellence Summit

Updated April 12, 2022

Creating a consistent and intuitive user experience is more important than ever to grow your audience and scale your business. To help you, Google Play, Android, and Firebase shared the latest insights and best...

BLOG

## Expanding Play's Target Level API Requirements to Strengthen User Security

Updated April 6, 2022

Google Play helps our developer community distribute the world's most innovative and trusted apps to billions of people. This is an ongoing process and we're always working on ways to improve app safety across the...

BLOG

## Access Android vitals data through the new Play Developer Reporting API

Updated March 15, 2022

Quality is foundational to your game or app's success on Google Play, and Android vitals in Google Play Console is a great way to track how your app is performing. In fact, over 80% of the top one thousand...

















