EXHIBIT 106

EXHIBIT FILED UNDER SEAL