# EXHIBIT 108

# EXHIBIT FILED UNDER SEAL