# EXHIBIT 109

EXHIBIT FILED UNDER SEAL