# EXHIBIT 110

# EXHIBIT FILED UNDER SEAL