Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Timothy G. Cameron (*pro hac vice*)
tcameron@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Vanessa A. Lavely (*pro hac vice* forthcoming)
vlavely@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:20-cv-05671-JD<br>Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF YONATAN EVEN IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

I, Yonatan Even, declare as follows:

1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this declaration are based on my personal knowledge.

3. Epic's Notice of Motion and Motion for a Preliminary Injunction ("Epic's Motion"), the Declaration of Steven Tadelis ("Tadelis Declaration"), and the Declaration of Lauren A. Moskowitz ("Moskowtiz Declaration") along with its accompanying exhibits ("Exhibits"), contain portions that are sourced from documents that Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google"), and non-parties Activision Blizzard, Inc., Amazon.com, Inc., and Samsung Electronics America, Inc. have designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY", pursuant to the operative Protective Orders entered by the Court, Case No. 3:21-md-02981-JD, ECF Nos. 123, 154 and 170. The following table shows the portions of Epic's Motion, the Tadelis Declaration, the Moskowitz Declaration, and the Exhibits that contain information designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY".

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Plaintiff Epic Games, Inc.'s Notice of Motion & Motion for a Preliminary Injunction ("Epic's Motion") | Page 4, Lines 6-7 | Google |
| Epic's Motion | Page 7, Lines 7-9 | Google |
| Epic's Motion | Page 7, Lines 17-20 | Google |
| Epic's Motion | Page 7, Lines 24-26 | Google |
| Epic's Motion | Page 7, Lines 26-28 | Google |
| Epic's Motion | Page 8, Lines 1-3 | Google |
| Epic's Motion | Page 8, Lines 6-12 | Google |
| Epic's Motion | Page 8, Lines 16-23 | Google |
| Epic's Motion | Page 8, Line 26 | Google |
| Epic's Motion | Page 8, Line 27 - Page 9, Line 5 | Google |
| Epic's Motion | Page 9, Lines 6-8 | Google |
| Epic's Motion | Page 9, Lines 6-8 | Amazon.com, Inc. |
| Epic's Motion | Page 9, Line 24 | Google |
| Epic's Motion | Page 9, Line 25 - Page 10, Line 4 | Google |
| Epic's Motion | Page 10, Line 5 | Google |
| Epic's Motion | Page 10, Lines 6-9 | Google |
| Epic's Motion | Page 10, Line 11 | Google |
| Epic's Motion | Page 10, Lines 11-12 | Google |
| Epic's Motion | Page 10, Line 13 | Google |
| Epic's Motion | Page 10, Lines 13-15 | Activision Blizzard, Inc. |
| Epic's Motion | Page 10, Lines 15-17 | Google |
| Epic's Motion | Page 10, Lines 17-18 | Activision Blizzard, Inc. |
| Epic's Motion | Page 10, Lines 19-21 | Google |
| Epic's Motion | Page 10, n.4 | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Epic's Motion | Page 11, Line 2 | Google |
| Epic's Motion | Page 11, Lines 2-5 | Google |
| Epic's Motion | Page 11, Line 8 | Google |
| Epic's Motion | Page 11, Lines 8-11 | Google |
| Epic's Motion | Page 11, Lines 12-13 | Google |
| Epic's Motion | Page 11, Line 17 | Google |
| Epic's Motion | Page 11, Line 22 - Page 12, Line 2 | Google |
| Epic's Motion | Page 13, Line 16 | Google |
| Epic's Motion | Page 13, Lines 21-23 | Google |
| Epic's Motion | Page 13, Lines 24-25 | Google |
| Epic's Motion | Page 13, n.6 | Google |
| Epic's Motion | Page 14, Lines 2-5 | Google |
| Epic's Motion | Page 14, Lines 5-6 | Google |
| Epic's Motion | Page 14, Line 7 | Google |
| Epic's Motion | Page 14, Lines 13-15 | Google |
| Epic's Motion | Page 14, Lines 15-16 | Google |
| Epic's Motion | Page 14, Lines 17-20 | Google |
| Epic's Motion | Page 14, Line 20 | Google |
| Epic's Motion | Page 14, Lines 22-23 | Google |
| Epic's Motion | Page 14, n.7 | Google |
| Epic's Motion | Page 15, Lines 5-7 | Google |
| Epic's Motion | Page 15, Lines 7-9 | Google |
| Epic's Motion | Page 15, Lines 10-12 | Google |
| Declaration of Steven Tadelis in Support of Epic Games, Inc.'s Motion for a Preliminary Injunction ("Tadelis Declaration") | ¶ 18 | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Tadelis Declaration | Page 7, n.14 | Google |
| Tadelis Declaration | ¶ 32 | Google |
| Tadelis Declaration | ¶ 33 | Google |
| Tadelis Declaration | Page 13, n.37 | Google |
| Tadelis Declaration | Page 13, n.39 | Google |
| Tadelis Declaration | Page 13, n.40 | Google |
| Tadelis Declaration | Page 13, n.42 | Google |
| Tadelis Declaration | Page 14, n.43 | Google |
| Tadelis Declaration | Page 15, n.46 | Google |
| Tadelis Declaration | Pages 15-16, n.48 | Google |
| Tadelis Declaration | ¶ 39 | Google |
| Tadelis Declaration | Page 17, n.55 | Google |
| Tadelis Declaration | ¶ 46 | Google |
| Tadelis Declaration | ¶ 47 | Google |
| Tadelis Declaration | Page 20, n.63 | Google |
| Tadelis Declaration | ¶ 49 | Google |
| Tadelis Declaration | ¶ 50 | Google |
| Tadelis Declaration | Page 21, n.69 | Google |
| Tadelis Declaration | Page 21, n.70 | Google |
| Tadelis Declaration | Page 21, n.71 | Google |
| Tadelis Declaration | ¶ 51 | Google |
| Tadelis Declaration | ¶ 52 | Google |
| Tadelis Declaration | Page 22, n.72 | Google |
| Tadelis Declaration | Page 22, n.74 | Google |
| Tadelis Declaration | ¶ 53 | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Tadelis Declaration | ¶ 54 | Amazon.com, Inc. |
| Tadelis Declaration | Page 23, n.76 | Google |
| Tadelis Declaration | Page 23, n.77 | Google |
| Tadelis Declaration | ¶ 55 | Google |
| Tadelis Declaration | ¶ 56 | Google |
| Tadelis Declaration | ¶ 57 | Google |
| Tadelis Declaration | Page 24, n.83 | Google |
| Tadelis Declaration | ¶ 58 | Google |
| Tadelis Declaration | Page 25, n.84 | Google |
| Tadelis Declaration | Page 25, n.85 | Google |
| Tadelis Declaration | ¶ 67 | Google |
| Tadelis Declaration | ¶ 68 | Google |
| Tadelis Declaration | ¶ 69 | Google |
| Tadelis Declaration | Page 28, n.104 | Google |
| Tadelis Declaration | ¶ 70 | Google |
| Tadelis Declaration | ¶ 72 | Google |
| Tadelis Declaration | Page 30, n.117 | Google |
| Tadelis Declaration | Page 30, n.119 | Google |
| Tadelis Declaration | Page 30, n.120 | Google |
| Tadelis Declaration | ¶ 78 | Google |
| Tadelis Declaration | Page 32, n.124 | Google |
| Tadelis Declaration | Page 32, n.125 | Google |
| Tadelis Declaration | Page 32, n.126 | Google |
| Tadelis Declaration | Page 33, n.129 | Google |
| Tadelis Declaration | ¶ 89 | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Tadelis Declaration | ¶ 94 | Google |
| Tadelis Declaration | ¶ 96 | Google |
| Tadelis Declaration | ¶ 97 | Google |
| Tadelis Declaration | ¶ 98 | Google |
| Tadelis Declaration | ¶ 99 | Google |
| Tadelis Declaration | ¶ 100 | Google |
| Tadelis Declaration | Page 41, n.175 | Google |
| Tadelis Declaration | ¶ 105 | Google |
| Tadelis Declaration | Page 43, n.179 | Google |
| Tadelis Declaration | ¶ 109 | Google |
| Tadelis Declaration | Page 45, n.186 | Google |
| Tadelis Declaration | ¶ 112 | Google |
| Tadelis Declaration | ¶ 113 | Google |
| Tadelis Declaration | Page 46, n.188 | Google |
| Tadelis Declaration | Page 47, n.192 | Activision Blizzard, Inc. |
| Tadelis Declaration | Page 47, n.193 | Google |
| Tadelis Declaration | ¶ 115, Lines 4-5, 6-11 | Google |
| Tadelis Declaration | ¶ 115, Line 6 | Amazon.com, Inc. |
| Tadelis Declaration | ¶ 116 | Google |
| Tadelis Declaration | ¶ 117 | Google |
| Tadelis Declaration | Page A-1, n.197 | Google |
| Tadelis Declaration | Page A-1, n.200 | Google |
| Tadelis Declaration | Page A-1, n.201 (First four words of second line of footnote) | Amazon.com, Inc. |
| Tadelis Declaration | Page A-1, n.201 (All remaining highlighted words in n.201) | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Tadelis Declaration | Page A-1, n.202 (First four words of second line) | Amazon.com, Inc. |
| Tadelis Declaration | Page A-1, n.202 (All remaining highlighted words in n.202) | Google |
| Tadelis Declaration | Page B-2 | Google |
| Declaration of Lauren A. Moskowitz in Support of Epic Games, Inc.'s Motion for a Preliminary Injunction ("Moskowitz Declaration") | ¶ 4 | Google |
| Moskowitz Declaration | ¶ 5 | Google |
| Moskowitz Declaration | ¶ 6 | Google |
| Moskowitz Declaration | ¶ 7 | Google |
| Moskowitz Declaration | ¶ 8 | Google |
| Moskowitz Declaration | ¶ 10 | Google |
| Moskowitz Declaration | ¶ 11 | Google |
| Moskowitz Declaration | ¶ 12 | Google |
| Moskowitz Declaration | ¶ 13 | Google |
| Moskowitz Declaration | ¶ 14 | Google |
| Moskowitz Declaration | ¶ 15 | Google |
| Moskowitz Declaration | ¶ 16 | Google |
| Moskowitz Declaration | ¶ 17 | Google |
| Moskowitz Declaration | ¶ 18 | Google |
| Moskowitz Declaration | ¶ 19 | Google |
| Moskowitz Declaration | ¶ 20 | Google |
| Moskowitz Declaration | ¶ 21 | Google |
| Moskowitz Declaration | ¶ 22 | Google |
| Moskowitz Declaration | ¶ 23 | Google |
| Moskowitz Declaration | ¶ 24 | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Moskowitz Declaration | ¶ 25 | Google |
| Moskowitz Declaration | ¶ 26 | Google |
| Moskowitz Declaration | ¶ 27 | Google |
| Moskowitz Declaration | ¶ 28 | Google |
| Moskowitz Declaration | ¶ 29 | Google |
| Moskowitz Declaration | ¶ 30 | Google |
| Moskowitz Declaration | ¶ 31 | Google |
| Moskowitz Declaration | ¶ 32 | Google |
| Moskowitz Declaration | ¶ 33 | Google |
| Moskowitz Declaration | ¶ 34 | Google |
| Moskowitz Declaration | ¶ 35 | Google |
| Moskowitz Declaration | ¶ 36 | Google |
| Moskowitz Declaration | ¶ 37 | Google |
| Moskowitz Declaration | ¶ 38 | Google |
| Moskowitz Declaration | ¶ 39 | Google |
| Moskowitz Declaration | ¶ 40 | Google |
| Moskowitz Declaration | ¶ 41 | Google |
| Moskowitz Declaration | ¶ 42 | Google |
| Moskowitz Declaration | ¶ 43 | Google |
| Moskowitz Declaration | ¶ 44 | Google |
| Moskowitz Declaration | ¶ 45 | Google |
| Moskowitz Declaration | ¶ 46 | Google |
| Moskowitz Declaration | ¶ 47 | Google |
| Moskowitz Declaration | ¶ 48 | Google |
| Moskowitz Declaration | ¶ 49 | Google |

DECL. OF YONATAN EVEN IN SUPPORT OF EPIC'S ADMINISTRATIVE MOTION

9

CASE NO. 3:20-CV-05671-JD
CASE NO. 3:21-MD-02981-JD

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Moskowitz Declaration | ¶ 50 | Google |
| Moskowitz Declaration | ¶ 51 | Google |
| Moskowitz Declaration | ¶ 52 | Google |
| Moskowitz Declaration | ¶ 53 | Google |
| Moskowitz Declaration | ¶ 54 | Google |
| Moskowitz Declaration | ¶ 55 | Google |
| Moskowitz Declaration | ¶ 56 | Google |
| Moskowitz Declaration | ¶ 57 | Google |
| Moskowitz Declaration | ¶ 58 | Google |
| Moskowitz Declaration | ¶ 59 | Google |
| Moskowitz Declaration | ¶ 60 | Google |
| Moskowitz Declaration | ¶ 61 | Google |
| Moskowitz Declaration | ¶ 62 | Google |
| Moskowitz Declaration | ¶ 63 | Google |
| Moskowitz Declaration | ¶ 64 | Google |
| Moskowitz Declaration | ¶ 65 | Google |
| Moskowitz Declaration | ¶ 66 | Google |
| Moskowitz Declaration | ¶ 67 | Google |
| Moskowitz Declaration | ¶ 69 | Google |
| Moskowitz Declaration | ¶ 71 | Google |
| Moskowitz Declaration | ¶ 73 | Google |
| Moskowitz Declaration | ¶ 75 | Google |
| Moskowitz Declaration | ¶ 80 | Google |
| Moskowitz Declaration | ¶ 82 | Google |
| Moskowitz Declaration | ¶ 84 | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Moskowitz Declaration | ¶ 85 | Google |
| Moskowitz Declaration | ¶ 86 | Google |
| Moskowitz Declaration | ¶ 88 | Google |
| Moskowitz Declaration | ¶ 89 | Google |
| Moskowitz Declaration | ¶ 91 | Google |
| Moskowitz Declaration | ¶ 92 | Google |
| Moskowitz Declaration | ¶ 93 | Google |
| Moskowitz Declaration | ¶ 94 | Google |
| Moskowitz Declaration | ¶ 95 | Google |
| Moskowitz Declaration | ¶ 104 | Google |
| Moskowitz Declaration | ¶ 105 | Google |
| Moskowitz Declaration | ¶ 106 | Google |
| Moskowitz Declaration | ¶ 108 | Activision Blizzard, Inc. |
| Moskowitz Declaration | ¶ 109 | Activision Blizzard, Inc. |
| Moskowitz Declaration | ¶ 110 | Amazon.com, Inc. |
| Moskowitz Declaration | ¶ 111 | Amazon.com, Inc. |
| Moskowitz Declaration | ¶ 112 | Samsung Electronics America, Inc. |
| Exhibit 2 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 3 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 4 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 5 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 6 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 8 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 9 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 10 to Moskowitz Declaration | Document in its entirety | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit 11 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 12 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 13 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 14 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 15 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 16 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 17 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 18 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 19 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 20 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 21 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 22 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 23 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 24 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 25 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 26 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 27 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 28 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 29 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 30 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 31 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 32 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 33 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 34 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 35 to Moskowitz Declaration | Document in its entirety | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit 36 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 37 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 38 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 39 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 40 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 41 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 42 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 43 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 44 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 45 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 46 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 47 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 48 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 49 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 50 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 51 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 52 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 53 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 54 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 55 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 56 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 57 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 58 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 59 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 60 to Moskowitz Declaration | Document in its entirety | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit 61 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 62 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 63 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 64 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 65 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 67 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 69 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 71 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 73 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 78 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 80 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 82 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 83 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 84 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 86 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 87 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 89 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 90 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 91 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 92 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 93 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 102 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 103 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 104 to Moskowitz Declaration | Document in its entirety | Google |
| Exhibit 106 to Moskowitz Declaration | Document in its entirety | Activision Blizzard, Inc. |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit 107 to Moskowitz Declaration | Document in its entirety | Activision Blizzard, Inc. |
| Exhibit 108 to Moskowitz Declaration | Document in its entirety | Amazon.com, Inc. |
| Exhibit 109 to Moskowitz Declaration | Document in its entirety | Amazon.com, Inc. |
| Exhibit 110 to Moskowitz Declaration | Document in its entirety | Samsung Electronics America, Inc. |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 28, 2022 in New York, New York.

*/s/ Yonatan Even*

Yonatan Even