Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli (SBN 97802)
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

Case No. 3:21-md-02981-JD

**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER**

Judge: Hon. James Donato

WHEREAS, on February 2, 2022, the Court entered an Amended MDL Scheduling Order in the above-captioned cases that set forth May 13, 2022 as the cut-off for Class expert discovery (*see* MDL Dkt. No. 206);

WHEREAS, the Amended MDL Scheduling Order stated that "Counsel may not modify these dates by stipulation without leave of court";

WHEREAS, the Parties have worked collaboratively to schedule expert depositions within the confines of the Court's Amended MDL Scheduling Order but due to scheduling conflicts, the earliest mutually agreeable date among the Parties for the expert depositions of Michelle M. Burtis, Douglas C. Schmidt, and Douglas Skinner was May 16-17, 2022, May 17, 2022, and May 18, 2022, respectively;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED that the May 13, 2022 cut-off for Class expert discovery, as set forth in the Amended MDL Scheduling Order, is further amended to permit Drs. Burtis, Schmidt, and Skinner to be deposed on May 16-17, 2022, May 17, 2022, and May 18, 2022, respectively. All other dates as set by the Court are regarded as firm.

Dated: May 3, 2022

**BARTLIT BECK LLP**
 Karma M. Giulianelli

**KAPLAN FOX & KILSHEIMER LLP**
 Hae Sung Nam

 Respectfully submitted,

By:   /s/ *Karma M. Giulianelli*
 Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

1

2
Dated: May 3, 2022

3

4

5

6

7

8
Dated: May 3, 2022

9

10

11

12

13

14

15

16

17

18

19
Dated: May 3, 2022

20

21

22

23

24

25

26

27

28

PRITZKER LEVINE LLP
  Elizabeth C. Pritzker

          Respectfully submitted,

By:     /s/ Elizabeth C. Pritzker
        Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re
Google Play Consumer Antitrust Litigation*

HAGENS BERMAN SOBOL SHAPIRO LLP
  Steve W. Berman
  Robert F. Lopez
  Benjamin J. Siegel

SPERLING & SLATER PC
  Joseph M. Vanek
  Eamon P. Kelly
  Alberto Rodriguez

          Respectfully submitted,

By:     /s/ Steve W. Berman
        Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer
Class and Attorneys for Plaintiff Pure Sweat
Basketball*

HAUSFELD LLP
  Bonny E. Sweeney
  Melinda R. Coolidge
  Katie R. Beran
  Scott A. Martin
  Irving Scher

          Respectfully submitted,

By:     /s/ Bonny E. Sweeney
        Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer
Class and Attorneys for Plaintiff Peekya App
Services, Inc.*

Dated: May 3, 2022                     MORGAN, LEWIS & BOCKIUS LLP
                                         Brian C. Rocca
                                         Sujal J. Shah
                                         Michelle Park Chiu
                                         Minna L. Naranjo
                                         Rishi P. Satia

                                         Respectfully submitted,

                                       By:     /s/ *Brian C. Rocca*
                                               Brian C. Rocca

                                       *Counsel for Defendants Google LLC et al.*

Dated: May 3, 2022                     O'MELVENY & MYERS LLP
                                         Daniel M. Petrocelli
                                         Ian Simmons
                                         Benjamin G. Bradshaw
                                         Stephen J. McIntyre

                                         Respectfully submitted,

                                       By:     /s/ *Daniel M. Petrocelli*
                                               Daniel M. Petrocelli

                                       *Counsel for Defendants Google LLC et al.*

Dated: May 3, 2022                     MUNGER, TOLLES & OLSON LLP
                                         Glenn D. Pomerantz
                                         Kuruvilla Olasa
                                         Emily C. Curran-Huberty
                                         Jonathan I. Kravis
                                         Justin P. Raphael
                                         Kyle W. Mach

                                         Respectfully submitted,

                                       By:     /s/ *Glenn D. Pomerantz*
                                               Glenn D. Pomerantz

                                       *Counsel for Defendants Google LLC et al.*

STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

## **ORDER**

Pursuant to the stipulation, it is so Ordered.

DATED: __5/9/2022_____

_____
HON. JAMES DONATO
United States District Court Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **E-FILING ATTESTATION**

I, Hae Sung Nam, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Hae Sung Nam*
_____
Hae Sung Nam

STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD