| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone.: (212) 687-1980 | *Counsel for Utah and the States*<br><br>John C. Hueston (SBN 164921)<br>jhueston@hueston.com **HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | *Counsel for Plaintiffs Match Group, LLC, et al.* |
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | |
| Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone:  (310) 553-6700<br><br>*Counsel for Defendants Google LLC et al.* |

STIPULATED [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO PLAINTIFFS' MOTION FOR SANCTIONS
Case No. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:22-cv-02746-JD

1  Eamon P. Kelly (pro hac vice)
   ekelly@sperling-law.com
2  **SPERLING & SLATER P.C.**
   55 W. Monroe, Suite 3200
3  Chicago, IL 60603
   Telephone: 312-641-3200
4

5  *Co-Lead Counsel for the Proposed Class in In re*
   *Google Play Developer Antitrust Litigation and*
6  *Attorneys for Pure Sweat Basketball, Inc.*

7  Bonny E. Sweeney (SBN 176174)
   bsweeney@hausfeld.com
8  **HAUSFELD LLP**
   600 Montgomery Street, Suite 3200
9  San Francisco, CA 94104
   Telephone: (415) 633-1908
10

11 *Co-Lead Counsel for the Proposed Class in In re*
   *Google Play Developer Antitrust Litigation and*
12 *Attorneys for Peekya App Services, Inc.*

13 [Additional counsel appear on signature page]

14

15

16

17

18

19

20

21

22

23

24

25

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Courtroom:  11, 19th Floor (via Zoom)<br>Judge:  Hon. James Donato |

WHEREAS, Epic Games, Inc., the Consumer Plaintiffs, the Developer Plaintiffs, the State Plaintiffs, the Match Group Plaintiffs and the Google Defendants (collectively the "Parties") respectfully move this Court for a modification to the sealing procedures applicable to the joint statement to be filed on May 27, 2022 in accordance with the Court's May 12, 2022 Notes and Order (Dkt. # 230) on the grounds set forth herein.

WHEREAS, in accordance with the Notes and Order, the Parties will file a joint statement setting forth the Parties' proposal for a "method of resolution" of their dispute concerning document preservation by the Google Defendants, which will include "a proffer from Plaintiffs" and supporting exhibits; and

WHEREAS, the Google Defendants may take the position that the joint statement and supporting exhibits may contain material that should be filed under seal consistent with the operative Protective Order and Local Rule 79-5;

WHEREAS, Plaintiffs disagree that any of the material cited in the joint statement or the supporting exhibits meets the standard for filing under seal but agree to permit the Google Defendants additional time to review whether a sealing motion is necessary; and

WHEREAS, the Parties wish to conserve the resources of the Court and the Parties and to avoid the need to brief multiple sealing motions with respect to the joint statement and Plaintiffs' forthcoming motion for sanctions, and further believe it will be most efficient to handle all sealing issues, if any, in omnibus sealing motions to be filed shortly following the briefing on Plaintiffs' motion for sanctions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- The Parties may file redacted versions of the Parties' May 27, 2022 joint statement, Plaintiffs' motion for sanctions, the Google Defendants' opposition to the motion,

1  Plaintiffs' reply brief, and any associated supporting documents, as separate entries on
2  the ECF docket;
3  ● If any material is filed in redacted form, the Parties shall also contemporaneously file
4  unredacted copies of all documents on the ECF docket provisionally under seal, along
5  with a 1-page interim sealing motion which may indicate that the reasons for sealing
6  will be discussed in a forthcoming omnibus sealing motion; and
7  ● The Parties and any affected third parties shall jointly file omnibus sealing motions
8  within 14 days after the filing of the Plaintiffs' reply brief in support of the motion for
9  sanctions.

Dated:  May 26, 2022

BARTLIT BECK LLP
   Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
   Hae Sung Nam

Respectfully submitted,

By:   /s/  *Karma M. Giulianelli*
         Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in*
*In re Google Play Consumer Antitrust*
*Litigation*

Dated:  May 26, 2022

PRITZKER LEVINE LLP
   Elizabeth C. Pritzker

Respectfully submitted,

By:   /s/  *Elizabeth C. Pritzker*
         Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in*
*In re Google Play Consumer Antitrust*
*Litigation*

| | |
|---|---|
| Dated:  May 26, 2022 | FAEGRE DRINKER BIDDLE & REATH LLP<br>    Paul J. Riehle<br><br>CRAVATH, SWAIN & MOORE LLP<br>    Christine A. Varney<br><br>Respectfully submitted,<br><br>By:   /s/  *Paul J. Riehle*<br>       Paul J. Riehle<br><br>*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* |
| Dated:  May 26, 2022 | OFFICE OF THE UTAH ATTORNEY GENERAL<br>    Brendan P. Glackin<br><br>Respectfully submitted,<br><br>By:   /s/  *Brendan P. Glackin*<br>       Brendan P. Glackin<br><br>*Counsel for Utah and the States* |
| Dated:  May 26, 2022 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>    Steve W. Berman<br>    Robert F. Lopez<br>    Benjamin J. Siegel<br><br>SPERLING & SLATER PC<br>    Joseph M. Vanek<br>    Eamon P. Kelly<br>    Alberto Rodriguez<br><br>Respectfully submitted,<br><br>By:   /s/  *Steve W. Berman*<br>       Steve W. Berman<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball* |

3

| | |
|---|---|
| Dated:  May 26, 2022 | HAUSFELD LLP<br>  Bonny E. Sweeney<br>  Melinda R. Coolidge<br>  Katie R. Beran<br>  Scott A. Martin<br>  Irving Scher<br><br>Respectfully submitted,<br><br>By:   /s/ *Bonny E. Sweeney*<br>  Bonny E. Sweeney<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.* |
| Dated:  May 26, 2022 | HUESTON HENNIGAN LLP<br>  John C. Hueston<br>  Douglas J. Dixon<br>  Joseph A. Reiter<br>  Michael K. Acquah<br>  William M. Larsen<br>  Julia L. Haines<br><br>Respectfully submitted,<br><br>By:   /s/ *Douglas J. Dixon*<br>  Douglas J. Dixon<br><br>*Counsel for Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC, People Media, Inc. ("Match Group Plaintiffs")* |
| Dated:  May 26, 2022 | MORGAN, LEWIS & BOCKIUS LLP<br>  Brian C. Rocca<br>  Sujal J. Shah<br>  Minna L. Naranjo<br>  Rishi P. Satia<br>  Michelle Park Chiu<br><br>Respectfully submitted,<br><br>By:   /s/ *Brian C. Rocca*<br>  Brian C. Rocca<br><br>*Counsel for Defendants Google LLC et al.* |

4

| | |
|---|---|
| Dated: May 26, 2022 | O'MELVENY & MYERS LLP<br>   Daniel M. Petrocelli<br>   Ian Simmons<br>   Benjamin G. Bradshaw<br>   Stephen J. McIntyre<br><br>Respectfully submitted,<br><br>By:  */s/ Stephen J. McIntyre*<br>       Stephen J. McIntyre<br><br>*Counsel for Defendants Google LLC et al.* |
| Dated: May 26, 2022 | MUNGER, TOLLES & OLSON LLP<br>   Glenn D. Pomerantz<br>   Kyle W. Mach<br>   Kuruvilla Olasa<br>   Justin P. Raphael<br>   Emily C. Curran-Huberty<br>   Jonathan I. Kravis<br><br>Respectfully submitted,<br><br>By:  */s/ Glenn D. Pomerantz*<br>       Glenn D. Pomerantz<br><br>*Counsel for Defendants Google LLC et al. in In re Google Play Consumer Antitrust Litigation; In re Google Play Developer Antitrust Litigation; Epic Games, Inc. in Epic Games, Inc. v. Google LLC; State of Utah et al. v. Google LLC et al.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                HON. JAMES DONATO
                                United States District Judge

**E-FILING ATTESTATION**

I, Stephen J. McIntyre, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


             /s/   Stephen J. McIntyre