Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In
re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH
LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic
Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for Utah and the States*

John C. Hueston (SBN 164921)
jhueston@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et
al.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700

*Counsel for Defendants Google LLC et al.*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD

1    Steve W. Berman (*pro hac vice*)
2    steve@hbsslaw.com
     **HAGENS BERMAN SOBOL SHAPIRO**
3    **LLP**
     1301 Second Ave., Suite 2000
4    Seattle, WA 98101
5    Telephone: (206) 623-7292

6    Eamon P. Kelly (pro hac vice)
     ekelly@sperling-law.com
7    **SPERLING & SLATER P.C.**
8    55 W. Monroe, Suite 3200
     Chicago, IL 60603
9    Telephone: 312-641-3200

10
     *Co-Lead Counsel for the Proposed Class in In*
11   *re Google Play Developer Antitrust Litigation*
     *and Attorneys for Pure Sweat Basketball, Inc.*
12   *and LittleHoots, LLC*
13
     Bonny E. Sweeney (SBN 176174)
14   bsweeney@hausfeld.com
     **HAUSFELD LLP**
15   600 Montgomery Street, Suite 3200
16   San Francisco, CA 94104
     Telephone: (415) 633-1908
17
18   *Co-Lead Counsel for the Proposed Class in In*
     *re Google Play Developer Antitrust Litigation*
19   *and Attorneys for Peekya App Services, Inc.*
     *and Scalisco LLC d/b/a Rescue Pets*
20
21   [Additional counsel appear on signature page]

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**

RELATED ACTIONS:

*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD

No. 3:20-CV-05761-JD

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5**

Judge:  Hon. James Donato

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this administrative motion

2  to file under seal the Parties' Joint Statement Regarding Google's Preservation of Instant

3  Messages ("Joint Statement"), as well as certain Exhibits filed in support of the Joint Statement.

4  Pursuant to the Stipulated Order Modifying Sealing Procedures Relating to Plaintiffs' Motion for

5  Sanctions, Dkt. 256, the reasons for sealing will be discussed in a forthcoming omnibus sealing

6  motion, to be filed 14 days after the filing of Plaintiffs' reply brief in support of the motion for

7  sanctions. Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant

8  to Civil Local Rule 79-5(e).

9

10  Dated: May 27, 2022                     **BARTLIT BECK LLP**
                                            Karma M. Giulianelli
11

12                                          **KAPLAN FOX & KILSHEIMER LLP**
                                            Hae Sung Nam
13

14                                          Respectfully submitted,

15                                          By:    /s/ Karma M. Giulianelli

16                                          *Co-Lead Counsel for the Proposed Class in In re*
                                            *Google Play Consumer Antitrust Litigation*
17

18  Dated: May 27, 2022                     **PRITZKER LEVINE LLP**
                                            Elizabeth C. Pritzker
19

20                                          Respectfully submitted,

21                                          By:    /s/ Elizabeth C. Pritzker
                                            Elizabeth C. Pritzker
22

23                                          *Liaison Counsel for the Proposed Class in In re*
                                            *Google Play Consumer Antitrust Litigation*

24

25

26

27

28
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
4

| | |
|---|---|
| 1 | Dated: May 27, 2022 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Dated: May 27, 2022

**CRAVATH, SWAINE & MOORE LLP**
Christine Varney (pro hac vice)
Katherine B. Forrest (pro hac vice)
Gary A. Bornstein (pro hac vice)
Timothy G. Cameron (pro hac vice)
Yonatan Even (pro hac vice)
Lauren A. Moskowitz (pro hac vice)
Justin C. Clarke (pro hac vice)
M. Brent Byars (pro hac vice)

**FAEGRE DRINKER BIDDLE & REATH LLP**
Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:    /s/ Yonatan Even
       Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*

Dated: May 27, 2022

**OFFICE OF THE UTAH ATTORNEY GENERAL**
Brendan P. Glackin
Lauren M. Weinstein

Respectfully submitted,

By:    /s/ Brendan P. Glackin
       Brendan P. Glackin

*Counsel for Utah*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
5

1    Dated: May 27, 2022                    **HUESTON HENNIGAN LLP**
2                                               John C. Hueston
                                                Douglas J. Dixon
3                                               Joseph A. Reiter
                                                Michael K. Acquah
4                                               William M. Larsen
                                                Julia L. Haines
5
6                                                   Respectfully submitted,

7                                           By:    /s/ Douglas J. Dixon
                                                   Douglas J. Dixon
8
9                                           *Counsel for Plaintiffs Match Group, LLC, et al.*

10   Dated: May 27, 2022                    **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                                Steve W. Berman
11                                              Robert F. Lopez
                                                Benjamin J. Siegel
12
13                                          **SPERLING & SLATER PC**
                                                Joseph M. Vanek
14                                              Eamon P. Kelly
                                                Alberto Rodriguez
15
                                                    Respectfully submitted,
16
17                                          By:    /s/ Steve W. Berman
                                                   Steve W. Berman
18
19                                          *Co-Lead Interim Class Counsel for the Developer*
                                            *Class and Attorneys for Plaintiff Pure Sweat*
20                                          *Basketball and LittleHoots, LLC*

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
6

1  Dated: May 27, 2022

**HAUSFELD LLP**
Bonny E. Sweeney
Melinda R. Coolidge
Katie R. Beran
Scott A. Martin
Irving Scher

Respectfully submitted,

By:    /s/ Bonny E. Sweeney
Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer
Class and Attorneys for Plaintiff Peekya App
Services, Inc. and Scalisco LLC d/b/a Rescue Pets*

Dated: May 27, 2022

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Minna L. Naranjo
Rishi P. Satia

Respectfully submitted,

By:    /s/ Brian C. Rocca
Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: May 27, 2022

**O'MELVENY & MYERS LLP**
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
Stephen J. McIntyre

Respectfully submitted,

By:    /s/ Daniel M. Petrocelli
Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
7

1

2    Dated: May 27, 2022                          **MUNGER, TOLLES & OLSON LLP**

3                                                 Glenn D. Pomerantz
                                                  Kuruvilla Olasa
4                                                 Emily C. Curran-Huberty
                                                  Jonathan I. Kravis
5                                                 Justin P. Raphael
                                                  Kyle W. Mach
6

7                                                      Respectfully submitted,

8                                                 By:    /s/ Glenn D. Pomerantz
                                                         Glenn D. Pomerantz
9

10                                                *Counsel for Defendants Google LLC et al.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
8

1

## CERTIFICATE OF SERVICE

2

The undersigned certifies that a true and correct copy of the foregoing was served

3

on May 27, 2022, upon all counsel of record via the Court's electronic notification system.

4

5

*/s/ Yonatan Even*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
9