# EXHIBIT 26

## About spaces and group conversations

You can use spaces or group conversations in Google Chat to communicate with one or more people.

- **Spaces:** A central place where people can share files, assign tasks, and stay connected.
- **Group conversations:** Chat directly with a group. For example, use group conversations to have a quick discussion after a meeting.

Tips:

- You must use a Google Workspace account to create a threaded space.
- Group conversations are unthreaded.

## Should I use a space or group message?

|  | Spaces | Group conversations |
|---|---|---|
| **Purpose** | Collaborate on long-term projects with teams or specific groups. | Direct message with 2 or more people. |
| **Message history** | **Threaded spaces:** History is always on and is kept based on your organization's policy.<br><br>**Unthreaded spaces:** History can be turned on or off:<br><br>- **Off:** Messages are removed after 24 hours.<br>- **On:** Messages follow your organization's data retention policy. If you use a personal account, messages are kept indefinitely.<br><br>**Tip:** If no one joins a space and the creator leaves, a space created by a personal account is deleted after 5 days. | If you use a Google Workspace account, history depends on your organization's settings. History can be:<br><br>- **Off:** Messages are removed after 24 hours.<br>- **On:** Messages follow your organization's data retention policy.<br><br>**Tip:** If participants leave a group conversation created by a personal account, the conversation is deleted after 5 days. |
| **Name** | The space creator chooses a space name.<br><br>Tips:<br><br>- If you use a Google Workspace account and someone in your organization created the space, you can change a space name.<br>- If the space was created by a personal account, any space member can change the space name. | Member names are listed. |
| **Description** | The room creator chooses a room | Group conversations don't have |

| | description. | descriptions. |
|---|---|---|
| Default Notifications | Members are notified for conversations they're in or when @mentioned.<br><br>These are default settings and can be changed. [Turn Google Chat notifications on or off](). | Members are notified for every message.<br><br>These are default settings and can be changed. [Turn Google Chat notifications on or off](). |
| Membership | Members can leave and rejoin. | Members can leave and rejoin.<br><br>**Tip:** For group conversations created before December 2020, members may not be able to leave. |
| Multiple chat spaces with the same people | Can have 2 or more spaces with the same group. | Can have 2 or more conversations with the same group. |
| Create and assign tasks | Can create and assign tasks to other space members. | Unnamed group conversations don't have task features. |
| Shared files | Can share files and view a list of files shared with the space. | Can share files with the group, but can't view a list of the files. |