UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust* Litigation, Case No. 3:20-cv-05761-JD<br><br>*Utah v. Google LLC*, Case No. 3:21-cv-05227-JD | CASE NO. 3:21-MD-02981-JD<br><br>**[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, the Declaration in Support of the Administrative Motion, any declaration by Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google"), and non-party Activision Blizzard, Inc. ("Activision"), Plaintiffs' response thereto, and any third-party declaration submitted in response, pursuant to Local Rules 7-11 and 79-5;

IT IS HEREBY ORDERED:

| **Portion Containing Confidential Information** | **Designating Party** | **Ruling** |
|---|---|---|
| Page 4, first paragraph, third sentence. From after "personal knowledge regarding" to end of sentence. | Google | |
| Page 4, first paragraph, fourth sentence. From after "Mr. Zerza's testimony about" to "and other topics". | Google | |

| | | |
|---|---|---|
| Page 4, fourth paragraph, second sentence. From after "other anticompetitive conduct" to end of sentence. | Google | |
| Page 4, fourth paragraph, fifth sentence. From after "has revealed that" to second comma in sentence. | Google | |
| Page 4, fourth paragraph, fourth sentence. From second comma in sentence to end of sentence. | Activision | |
| Page 4, fourth paragraph, final sentence in paragraph. | Google | |
| Page 4, fifth paragraph, first sentence. From beginning of sentence to first comma. | Activision | |
| Page 4, fifth paragraph, second sentence. From after "was interested in" to end of sentence. | Activision | |
| Page 4, fifth paragraph, third through fifth sentence. | Google | |
| Page 5, first paragraph, first through third sentence. | Activision | |
| Page 5, first paragraph, fifth sentence | Activision | |
| Page 5, first paragraph, seventh sentence. | Activision | |
| Page 5, second paragraph, first and second sentences. | Google | |
| Page 5, second paragraph, third sentence. | Activision | |
| Page 5, fifth paragraph, third sentence. | Google | |
| Page 5, fifth paragraph, fourth sentence. From beginning of sentence to second comma. | Google | |

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-5227-JD

2

| | | |
|---|---|---|
| Page 5, final paragraph, fourth sentence. From second comma to end of sentence. | Activision | |
| Page 6, first paragraph, second sentence. From after "personal knowledge of" to end of sentence. | Google | |
| Page 6, first paragraph, third sentence. From after "was present for" to end of sentence. | Google | |
| Page 6, first paragraph, fourth sentence. From beginning of sentence to first comma. | Google | |
| Page 6, first paragraph, fourth sentence. From "Zerza's testimony on" to end of sentence. | Google | |
| Page 6, second paragraph, second sentence. From after semicolon to end of sentence. | Google | |
| Page 6, second paragraph, third sentence. From after "not even present" to end of sentence. | Google | |
| Page 6, second paragraph, third sentence. From after "not participate in" to end of sentence. | Activision | |
| Page 7, first paragraph, third sentence. From after "several documents describing" to end of sentence. | Activision | |
| Page 7, first paragraph, fifth sentence. From after "to further probe" to end of sentence. | Activision | |
| Page 7, second paragraph, fifth sentence. From after "As for" to first comma. | Activision | |
| Page 7, second paragraph, sixth sentence. From after "relevant details regarding" to end of sentence. | Activision | |

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-5227-JD

3

| | | |
|---|---|---|
| Page 8, fourth full paragraph, first sentence. From after "time to include" to end of sentence. | Activision | |
| Page 9, first full paragraph, eighth sentence. From after "'need' to probe" to second comma. | Activision | |

IT IS SO ORDERED.

Dated:

                                                By: _____

THE HONORABLE JAMES DONATO

United States District Judge

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-5227-JD

4