AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Epic Games, Inc. )
*Plaintiff* )
v. ) Case No. 3:20-cv-05671
Google LLC, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Epic Games, Inc.

Date: 06/28/2022

/s/ David Kumagai
*Attorney's signature*

David Kumagai (SBN 327143)
*Printed name and bar number*

825 Eighth Avenue
New York, NY 10019
*Address*

dkumagai@cravath.com
*E-mail address*

212-474-1137
*Telephone number*

212-474-3700
*FAX number*