# Exhibit 1

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:20-cv-05671-JD<br><br>**EPIC GAMES, INC.'S RESPONSES AND OBJECTIONS TO GOOGLE'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO EPIC GAMES, INC.** |

other Requests, including Request No. 24.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 26:** All Documents Relating to Your inability to or decision not to Distribute each of Your Apps and In-App Products through any Other App Store because of any act by Google, including, but not limited to, as a result of any provision of the Developer Distribution Agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**  Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case.  Epic further objects to the extent the Request seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 27:** All Documents Relating to Your inability to or decision not to Distribute each or any of Your Apps and In-App Products through any App Store because of any act by a Person other than Google.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**  Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case.  Epic further objects to the Request as vague and ambiguous, including the phrase "because of any act by a Person other than Google".  Epic further objects to the extent the Request purports to require Epic to draw subjective or legal conclusions, or is predicated on subjective or legal conclusions or arguments.  Epic further objects to the extent the Request seeks documents protected by the attorney-client privilege, the work product doctrine

and/or any other applicable privilege or protection.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

and/or any other applicable privilege or protection.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 28:** All Documents Relating to the compatibility or incompatibility of Your App Products across OSs, including, but not limited to, whether the personal information, account details, settings, or data a User shares, inputs, or selects on Your Apps on an Android Device is available and accessible to the User on an Apple Device or other Platform, and vice versa.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the extent the Request is duplicative of other Requests, including Request No. 29.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 29:** All Documents Relating to the compatibility or incompatibility of Your In-App Products across OSs, including, but not limited to, whether the In-App Products a User purchases on Your Apps on an Android Device are available and accessible to the User on an Apple Device or other Platform, and vice versa.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the extent the Request is duplicative of other Requests, including Request No. 28.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce

responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 30:** All Documents Relating to the ability or inability of Unreal Engine to reduce multiplatform development costs.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 31:** All Documents Relating to the differences, if any, between the Apps You Developed or are Developing for Android OS and Apple iOS, including, but not limited to, differences in design, functionality, performance, features, price, development costs, monetization strategy, or display of in-app advertising.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 32:** All Documents Relating to prices, Fees, services, and terms of use of the Epic Payment Tool in connection with Your Distribution of Apps and In-App Products on Epic Games Store.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case.  Epic further objects to the extent the Request seeks

proportional to the needs of the case. Epic further objects to the extent the Request seeks documents already in Google's possession.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 42:** All Documents Relating to Your decision not to Distribute Your App or In-App Products through a Distribution Channel or App Store other than Google Play because of (a) Google's purported restrictions on Downloading competing App Stores through Google Play, or (b) any other reason.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 42:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the extent the Request seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection. Epic further objects to the Request to the extent it assumes facts that are not accurate or the occurrence of events that did not take place.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 43:** All Documents Relating to any actions by Google that restricted or limited Your ability to access, Distribute, or sell Your Apps or In-App Products through a Distribution Channel other than Google Play.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 43:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the extent the Request is duplicative of other Requests, including Request No. 20.

Subject to and without waiving the foregoing General and Specific Objections, Epic

grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the extent the Request purports to require Epic to draw subjective conclusions, or is predicated on subjective conclusions or arguments. Epic further objects to the extent the Request seeks information that is publicly available. Epic further objects to the extent the Request seeks documents that are not in Epic's possession, custody or control. Epic further objects to the extent the Request seeks documents already in Google's possession.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 49:** All Documents Relating to Your strategy, plans, or efforts to market, publicize, advertise, or monetize Your Apps and In-App Products on different App Stores or Platforms, including, but not limited to, strategies, plans, or efforts to increase the number of users on Your Apps, the volume of Downloads of Your Apps, and the number of In-App purchases.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 49:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the extent the Request seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection. Epic further objects to the extent the Request seeks information that is publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 50:** All Documents Relating to Your plans to develop and Distribute Apps and In-App Products, including, but not limited to, the particular

Platform and App Store through which You are, or are planning to, Distribute Your Apps and In-App Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 50:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the extent the Request seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 51:** All Documents Relating to Your decision not to develop or launch an App Store on Android.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 51:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the extent the Request seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 52:** All Documents Relating to the number of Android Device users that have installed Your Apps via Sideloading.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 52:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the extent the Request is duplicative of other Requests, including Request Nos. 11 and 23.

that search.

**REQUEST FOR PRODUCTION NO. 64:** All Documents Relating to Your analysis of the advantages and disadvantages of Distributing Your Apps through Other App Stores, including, but not limited to, Pricing Models, target users, Distribution, competition, revenue, sales, profits, or market share.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 64:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the extent the Request seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 65:** All Documents Relating to Your analysis of the advantages and disadvantages of Distributing Your Apps via Sideloading, including, but not limited to, Pricing Models, target users, Distribution, competition, revenue, sales, profits, or market share.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 65:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the extent the Request seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection.

Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 66:** Documents sufficient to show how You

1  Requests, including Request Nos. 20, 35, 41, 42, 43, 51, 54, and 55.

2        Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 75:** All Documents, including analyses, Relating to Users' access to Your App or In-App Products through multiple Platforms, App Stores, or Distribution Channels.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 75:** Epic objects on the grounds that the Request is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case. Epic further objects to the Request as vague and ambiguous, including the phrase "Relating to Users' access to Your App or In-App Products through multiple Platforms, App Stores, or Distribution Channels". Epic further objects to the extent the Request seeks documents that are not in Epic's possession, custody or control.

      Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

**REQUEST FOR PRODUCTION NO. 76:** All Documents Relating to the barriers and switching costs, as those terms are used in Your Complaint, to Distributing Your Apps or In-App products through a new or different Platform, App Store, or Distribution Channel.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 76:** Epic objects on the grounds that the Request is overly broad and unduly burdensome. Epic further objects to the extent the Request is duplicative of other Requests, including Request Nos. 87 and 88.

      Subject to and without waiving the foregoing General and Specific Objections, Epic will perform a reasonable search for documents pursuant to the Search Protocol and will produce responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through that search.

1   proportional to the needs of the case.  Epic further objects to the extent the Request seeks

2   documents protected by the attorney-client privilege, the work product doctrine and/or any other

3   applicable privilege or protection.  Epic further objects to the extent the Request is duplicative of

4   other Requests, including Request Nos. 13 and 64.

5           Subject to and without waiving the foregoing General and Specific Objections, Epic

6   will perform a reasonable search for documents pursuant to the Search Protocol and will produce

7   responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through

8   that search.

9           **REQUEST FOR PRODUCTION NO. 86:** All Documents Relating to Your

10  decisions not to Distribute Your Apps and In-App Products through Amazon Appstore, Aptoide,

11  LG Electronics App Store, and each other App Store that You have decided not to use as a

12  Distribution Channel for Your Apps and In-App Products.

13          **RESPONSE TO REQUEST FOR PRODUCTION NO. 86:**  Epic objects on the

14  grounds that the Request is overly broad and unduly burdensome and seeks documents that are not

15  proportional to the needs of the case.  Epic further objects to the extent the Request seeks

16  documents protected by the attorney-client privilege, the work product doctrine and/or any other

17  applicable privilege or protection.  Epic further objects to the extent the Request is duplicative of

18  other Requests, including Request Nos. 13 and 85.

19          Subject to and without waiving the foregoing General and Specific Objections, Epic

20  will perform a reasonable search for documents pursuant to the Search Protocol and will produce

21  responsive, non-privileged documents, if any, from the Relevant Time Period that it locates through

22  that search.

23          **REQUEST FOR PRODUCTION NO. 87:** All Documents Relating to the costs to

24  or impact on users of Your App from switching from an Android Device to an Apple Device or

25  vice-versa.

26          **RESPONSE TO REQUEST FOR PRODUCTION NO. 87:**  Epic objects on the

27  grounds that the Request is overly broad and unduly burdensome and seeks documents that are not

28  proportional to the needs of the case.  Epic further objects to the Request as vague and ambiguous,