Willard K. Tom, *pro hac vice*
willard.tom@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge:  Hon. James Donato |

**TO THE CLERK AND ALL PARTIES OF RECORD:** Please take notice that Willard K. Tom withdraws his appearance on behalf of Defendants in the above-captioned cases.

Defendants will continue to be represented by other counsel of record in this action.

Dated:  July 28, 2022                                             Respectfully submitted,

By:    */s/ Willard K. Tom*
           Willard K. Tom
           MORGAN, LEWIS & BOCKIUS LLP

           *Attorney for Defendants*
           *Google LLC, Google Ireland Ltd.,*
           *Google Commerce Ltd., Google Asia*
           *Pacific Pte. Ltd., and Google Payment*
           *Corp.*