# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  August 4, 2022                                    Judge:  Hon. James Donato

Time:  1 hour & 9 minutes

Case Nos.     **3:21-md-02981-JD In re Google Play Store Antitrust Litigation**
              **3:20-cv-05761-JD In re Google Play Consumer Antitrust Litigation**

Attorney(s) for Plaintiff(s):     Haesung Nam/Lauren Weinstein/Sarah Boyce/
                                  Brendan Glackin/Paula Bizzard/Joseph Reiter/
                                  Lauren Moskowitz/Eamon Kelly/Melinda Coolidge/
                                  Elizabeth Pritzker/Nanci Nishimura/James Dallal/
                                  Karma Giulianelli/Lee Mason
Attorney(s) for Defendant(s):     Brian Rocca/Sujal Shah/Minna Naranjo/Justin Raphael/
                                  Glen Pomerantz

Deputy Clerk:  Lisa R. Clark                           Court Reporter:  Marla Knox

### PROCEEDINGS

Motion Hearing -- Held

### NOTES AND ORDERS

In the consumer plaintiffs' case, No. 20-5761, the Court hears argument on plaintiffs' motion for class certification, MDL Dkt. No. 251, and defendants' motion to exclude the testimony of Dr. Hal J. Singer, MDL Dkt. No. 252, and takes the motions under submission.

The Court discusses the case scheduling requests with all parties in the MDL.  The Court is inclined to grant a 45-day extension of all dates.  The parties are directed to meet and confer, and submit a new proposed schedule.  Any further extensions are highly unlikely to be granted.

For the Match plaintiffs' motion to dismiss the Google defendants' counterclaims in the *Match Group* case, No. 22-2746 (Dkt. No. 58), further briefing on the motion is stayed pending further order.

In the *Epic Games* case, No. 20-5671, the parties represent that they are close to a negotiated resolution of the discovery issue relating to Steam Deck raised by Google in Dkt. No. 285.