MUNGER, TOLLES & OLSON LLP
560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

August 22, 2022

Writer's Direct Contact
(415) 512-4044
(415) 644-6944 FAX
kyle.mach@mto.com

**VIA CM/ECF**

Honorable James Donato
U.S. District Judge
U.S. District Court (N.D. Cal.)
San Francisco Courthouse
450 Golden Gate Ave
San Francisco, CA 94102

Re: *Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD
*In re: Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD

To the Honorable James Donato:

Plaintiff Epic Games, Inc. and Defendants ("Google") have further met and conferred regarding Google's July 1, 2022 letter brief seeking an order compelling production of documents relating to Steam Deck, a mobile gaming device. The parties have reached a compromise, and in reliance on that compromise Google hereby withdraws its July 1, 2022 letter, and no longer seeks the relief requested therein.

Respectfully Submitted,

s/ *Kyle W. Mach*

Kyle W. Mach