Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

1

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **THE PARTIES' JOINT PROPOSED SCHEDULE** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge:  Hon. James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |
| *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | |

Pursuant to the Court's Minute Entry for the August 4, 2022 Proceedings (MDL Dkt. No. 317)  (the "August 4 Proceedings Minute Entry"), Plaintiff Epic Games, Inc., Consumer Plaintiffs, State Attorneys General Plaintiffs ("Plaintiff States"), Plaintiff Match Group, and Defendant Google (collectively, the "Parties"), by and through their undersigned counsel, submit this Joint Proposed Schedule.

2

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

At the August 4, 2022 Proceedings, the Court discussed case scheduling requests filed by Consumer Plaintiffs, Plaintiff States, and Plaintiff Match Group.  In the August 4 Proceedings Minute Entry, the Court stated that it was "inclined to grant a 45-day extension of all dates" and directed the Parties "to meet and confer, and submit a new proposed schedule".  The Parties have met and conferred and agreed to jointly request the changes to the Scheduling Order set forth below.  To the extent the Court cannot enter the below schedule without ordering a trial date later than June 5, 2023, Plaintiffs request that the Court allow the Parties to meet and confer and propose a revised schedule with a trial date prior to June 5, 2023.  Defendant Google takes no position on Plaintiffs' request, but agrees to meet and confer with Plaintiffs on any such revised schedule.

| Event | Current Deadline (MDL Dkt. No. 191) | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | August 8, 2022 | September 22, 2022 |
| Plaintiffs' merits expert reports | August 15, 2022 | October 3, 2022 |
| Google's merits expert reports | September 19, 2022 | November 18, 2022 |
| Plaintiffs' merits expert rebuttal reports | October 17, 2022 | December 23, 2022 |
| Merits experts discovery cut-off | November 7, 2022 | January 13, 2023 |
| Last day to file dispositive and *Daubert* motions if any[1] | November 10, 2022 | January 17, 2023 |
| Dispositive and *Daubert* motion responses | December 8, 2022 | February 13, 2023 |
| Dispositive and *Daubert* motion replies | December 29, 2022 | February 27, 2023 |
| Joint submission for merits experts' concurrent expert proceeding | December 30, 2022 | February 28, 2023 |
| Concurrent expert proceeding for merits experts | January 5, 2023 at 2:00 p.m. | March 7, 2023 at 2:00 p.m. |
| Dispositive motion hearing | January 19, 2023 at 10:00 a.m. | March 23, 2023 at 10:00 a.m. |
| Final pretrial conference | March 16, 2023 at 1:30 p.m. | May 18, 2023 at 1:30 p.m. |
| Jury Trial | April 3, 2023 at 9:00 a.m. | June 5, 2023 at 9:00 a.m. |

---

[1] With respect to dispositive and *Daubert* motions, the Parties propose that they file redacted versions of these briefs and supporting documents on January 17, February 13, and February 27, without accompanying motions to seal. Parties and non-parties shall then jointly file Omnibus Sealing Motions on March 13, 2023 (i.e., two weeks after the completion of briefing), or any date that the Court chooses following the completion of briefing.

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

Dated: August 30, 2022

CRAVATH, SWAINE & MOORE LLP
Christine Varney *(pro hac vice)*
Katherine B. Forrest *(pro hac vice)*
Gary A. Bornstein *(pro hac vice)*
Timothy G. Cameron *(pro hac vice)*
Yonatan Even *(pro hac vice)*
Lauren A. Moskowitz *(pro hac vice)*
Justin C. Clarke *(pro hac vice)*
M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Lauren A. Moskowitz*
Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*

Dated:  August 30, 2022

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Nam

Respectfully submitted,

By: */s/ Karma M. Giulianelli*
Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In
re Google Play Consumer Antitrust Litigation*

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

1

Dated:  August 30, 2022

PRITZKER LEVINE LLP
Elizabeth C. Pritzker

2

3

Respectfully submitted,

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker

4

5

*Liaison Counsel for the Proposed Class in In re
Google Play Consumer Antitrust Litigation*

6

7

8

Dated:  August 30, 2022

OFFICE OF THE UTAH ATTORNEY GENERAL
Brendan P. Glackin
Lauren Weinstein

9

10

Respectfully submitted,

11

By: */s/ Brendan P. Glackin*
Brendan P. Glackin

12

13

*Counsel for the Plaintiff States*

14

15

Dated:  August 30, 2022

HUESTON HENNIGAN LLP
Douglas J. Dixon
Christine Woodin
Joseph A. Reiter

16

17

18

Respectfully submitted,

19

By: */s/ Douglas J. Dixon*
Douglas J. Dixon

20

21

*Counsel for Plaintiff Match Group, LLC*

22

23

24

25

26

27

28

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

Dated:  August 30, 2022          MORGAN, LEWIS & BOCKIUS LLP
1                                    Brian C. Rocca
2                                    Sujal J. Shah
                                     Michelle Park Chiu
3                                    Minna L. Naranjo
                                     Rishi P. Satia
4
5                                 Respectfully submitted,

6                                 By: */s/ Brian C. Rocca*
                                     Brian C. Rocca
7
                                  *Counsel for Defendants Google LLC et al.*
8
9
Dated:  August 30, 2022          O'MELVENY & MYERS LLP
10                                   Daniel M. Petrocelli
                                     Ian Simmons
11                                   Benjamin G. Bradshaw
                                     Stephen J. McIntyre
12
13                                Respectfully submitted,

14                                By: */s/ Daniel M. Petrocelli*
                                     Daniel M. Petrocelli
15
16                                *Counsel for Defendants Google LLC et al.*

17
Dated:  August 30, 2022          MUNGER, TOLLES & OLSON LLP
18                                   Glenn D. Pomerantz
19                                   Kyle W. Mach
                                     Kuruvilla Olasa
20                                   Justin P. Raphael
                                     Emily C. Curran-Huberty
21                                   Jonathan I. Kravis
                                     Marianna Y. Mao
22
23                                Respectfully submitted,

24                                By: */s/ Glenn D. Pomerantz*
                                     Glenn D. Pomerantz
25
26                                *Counsel for Defendants Google LLC et al.*

27
28

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **E-FILING ATTESTATION**

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD