United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc.                    ,

Plaintiff(s),

v.

Google LLC et al.                   ,

Defendant(s).

Case No. 3:20-cv-05671

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Malikah I. Williams_____, an active member in good standing of the bar of
New York_____, hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: Epic Games, Inc._____ in the
above-entitled action. My local co-counsel in this case is Paul J. Riehle_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is: SBN 115199_____.

825 Eighth Avenue, New York, NY 10019

MY ADDRESS OF RECORD

(212) 474-1783

MY TELEPHONE # OF RECORD

miwilliams@cravath.com

MY EMAIL ADDRESS OF RECORD

Four Embarcadero Center, San Francisco, CA 94111

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 591-7500

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

paul.riehle@faegredrinker.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 5872783_____.

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months
preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3 Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4 Dated: 9/28/2022                                    Malikah I. Williams

5                                                      APPLICANT

6

7

8                          ORDER GRANTING APPLICATION

9                     FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Malikah I. Williams            is

12 granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13 must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14 counsel designated in the application will constitute notice to the party.

15 Dated: _____

16

17    _____

18                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California