Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

[Additional counsel appear on signature page]

1

PLAINTIFFS' NOTICE REGARDING OPEN ISSUES
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**PLAINTIFFS' NOTICE REGARDING OPEN ISSUES**<br><br>Judge:  Hon. James Donato |

Plaintiff Epic Games, Inc., Consumer Plaintiffs, State Attorneys General Plaintiffs ("Plaintiff States") and Plaintiffs Match Group LLC et al., ("Plaintiffs" and together with Google, the "Parties") wish to update the Court on the status of open issues currently pending before the Court, including the Parties' Joint Proposed Schedule (MDL Dkt. No. 329), the Joint Statement Regarding Google's Preservation of Instant Messages (MDL Dkt. No. 258) and Epic's Pending Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (MDL Dkt. No. 220).  Plaintiffs respectfully request the Court's rulings on these open issues as soon as practicable.

**1. Joint Proposed Schedule**

At the August 4, 2022 proceedings, the Court discussed case scheduling requests filed by Consumer Plaintiffs, Plaintiff States, and Plaintiffs Match Group LLC et al.  In the August 4 Proceedings Minute Entry, the Court stated that it was "inclined to grant a 45-day extension of

2

PLAINTIFFS' NOTICE REGARDING OPEN ISSUES
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

all dates" and directed the Parties "to meet and confer, and submit a new proposed schedule." The Parties met and conferred and jointly proposed a new proposed schedule on August 30, 2022. (MDL Dkt. No. 329.) Because there are several upcoming deadlines in that schedule, including a fact discovery deadline and expert report disclosure deadlines, the Parties will continue to work towards the dates in the proposed schedule while the Court considers the Parties' proposal.

### 2. Joint Statement Regarding Google's Preservation of Instant Messages

In the Minute Entry following the May 12, 2022 Conference, the Court asked the Parties to file a statement regarding Defendants' alleged destruction of instant messages and to "jointly propose a method of resolution, including a possible evidentiary hearing" and also to include "a proffer from plaintiffs supporting their assertion that Google has engaged in the improper destruction of instant messages". (MDL Dkt. No. 230.) The Parties filed a Joint Statement Regarding Google's Preservation of Instant Messages on May 27, 2022, which includes a proposed method of resolution and proffers from Plaintiffs and Defendants. (MDL Dkt. No. 258.)

### 3. Epic's Pending Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed

On April 28, 2022, Epic filed a Notice of Motion and Motion for Preliminary Injunction (MDL Dkt. No. 213) and accompanying Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (MDL Dkt. No. 220) (the "Sealing Motion"). On May 24, 2022, Epic and Google jointly emailed the Court requesting guidance as to how to proceed with respect to Epic's pending Sealing Motion and conveying the parties' positions.

3

PLAINTIFFS' NOTICE REGARDING OPEN ISSUES
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

Dated: September 29, 2022

        CRAVATH, SWAINE & MOORE LLP
           Christine Varney *(pro hac vice)*
           Katherine B. Forrest *(pro hac vice)*
           Gary A. Bornstein *(pro hac vice)*
           Timothy G. Cameron *(pro hac vice)*
           Yonatan Even *(pro hac vice)*
           Lauren A. Moskowitz *(pro hac vice)*
           Justin C. Clarke *(pro hac vice)*
           M. Brent Byars *(pro hac vice)*

        FAEGRE DRINKER BIDDLE & REATH LLP
           Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Lauren A. Moskowitz*
     Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*


BARTLIT BECK LLP
    Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
    Hae Sung Nam

Respectfully submitted,

By: */s/ Karma M. Giulianelli*
     Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

4

PLAINTIFFS' NOTICE REGARDING OPEN ISSUES
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

PRITZKER LEVINE LLP
    Elizabeth C. Pritzker

Respectfully submitted,

By: */s/ Elizabeth C. Pritzker*
    Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*


OFFICE OF THE UTAH ATTORNEY GENERAL
    Brendan P. Glackin
    Lauren Weinstein

Respectfully submitted,

By: */s/ Brendan P. Glackin*
    Brendan P. Glackin

*Counsel for the Plaintiff States*


HUESTON HENNIGAN LLP
    Douglas J. Dixon
    Christine Woodin
    Joseph A. Reiter

Respectfully submitted,

By: */s/ Douglas J. Dixon*
    Douglas J. Dixon

*Counsel for Plaintiffs Match Group LLC et al.*

5

PLAINTIFFS' NOTICE REGARDING OPEN ISSUES
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

**E-FILING ATTESTATION**

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz

6

PLAINTIFFS' NOTICE REGARDING OPEN ISSUES
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD