# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING EPIC'S AND MATCH'S MOTION TO AMEND COMPLAINTS** |

Pending before the Court is Plaintiff Epic Games, Inc.'s ("Epic") and Plaintiffs Match Group LLC et al.'s ("Match") Motion to Amend Complaints and the Declaration of Michael J. Zaken in support thereof. Having considered Epic's and Match's Motion to Amend Complaints, the Declaration of Michael J. Zaken in support thereof, any papers filed in opposition, any oral argument of counsel, and the existing record in this case, IT IS HEREBY ORDERED THAT the Second Amended MDL Scheduling Order is amended and Epic's and Match's Motion to Amend Complaints is GRANTED.

IT IS SO ORDERED.

Dated:

By: _____
THE HONORABLE JAMES DONATO
United States District Judge