1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge: Hon. James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |

1    Before the Court is the Motion for Sanctions filed by the Plaintiffs.  The Court, having

2    reviewed the Motion and accompanying memoranda, declarations and exhibits in support, any

3    opposition thereto, the reply, the arguments of counsel, and good cause appearing, hereby

4    **ORDERS** that the Motion is **GRANTED**.  The Court finds that the sanction of an adverse inference

5    jury instruction under Federal Rule of Civil Procedure Rule 37(e)(2) is appropriate to remedy

6    Google's continuing intentional destruction of Google Chats. The Court will therefore instruct the

7    jury that (1) Google had a discovery obligation to maintain Google Chats no later than August 13,

8    2020; (2) Google had a mechanism to do so; (3) Google failed to implement that mechanism; (4)

9    Google automatically deleted relevant Google Chats for each custodian in this case; (5) this

10   destruction prevented Plaintiffs and the jury from learning the contents of those Google Chats; and

11   (6) the jury should assume that the information Google had destroyed would have supported

12   Plaintiffs' claims against Google.

13         **IT IS SO ORDERED**.

14

15   DATED:  _____       _____

16                                        HONORABLE JAMES DONATO
                                          UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD