# EXHIBITS 1-21

# FILED UNDER SEAL