1  DANE P. SHIKMAN (State Bar No. 313656)
   Dane.Shikman@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, California 94105-2907
4  Telephone:   (415) 512-4000
   Facsimile:    (415) 512-4077
5
   Attorney for Defendants
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO

11

12 | **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD
13 | | **NOTICE OF APPEARANCE OF DANE P. SHIKMAN**
14 | THIS DOCUMENT RELATES TO: |
15 | *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD |
16 | *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD |
17 | |
18 | *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD |
19 | *Utah v. Google LLC*, Case No. 3:21-cv-05227-JD |
20 | |
21 | *Match Group, LLC v. Google LLC*, Case No. 3:22-cv-02746-JD |

22

23          PLEASE TAKE NOTICE that attorney Dane P. Shikman of the law firm of

24 Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San

25 Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google

26 LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google

27

28

                                                                Case No. 3:21-md-02981-JD
                       NOTICE OF APPEARANCE OF DANE P. SHIKMAN

Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the email address listed above.

DATED: October 21, 2022   MUNGER, TOLLES & OLSON LLP

By:    /s/ *Dane P. Shikman*
DANE P. SHIKMAN
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000

Attorney for Defendants