# EXHIBIT A
## TO POMERANTZ DECLARATION FILED UNDER SEAL