# EXHIBIT B
# TO POMERANTZ DECLARATION

10/21/22, 7:57 AM  Tim Sweeney on Twitter: "Then there's Google's secret "Project Hug" to pay off publishers to not compete with Google Play by re…

Case 3:20-cv-05671-JD Document 329-3 Filed 10/21/22 Page 2 of 5



← **Thread**

 **Tim Sweeney** @TimSweeneyEpic · Aug 19, 2021

It appears, sadly, that Google was indeed contemplating a coordinated, multinational hostile takeover attempt of Epic in response to Fortnite launching outside of Google Play.



protocol.com
**Google discussed teaming up with Tencent to take over Epic Games**
Unredacted court documents reveal more details about Google's strategies for protecting the Google Play store.

💬 138   🔁 427   ♡ 2,377   ⬆️

 **Tim Sweeney** @TimSweeneyEpic · Aug 19, 2021

Google calculated a potential revenue loss of $6 billion resulting from Epic competing with Google Play and showing other companies the way. Rather than competing by giving developers a better deal than 30%, they wanted to collude to crush Epic instead.

💬 24   🔁 70   ♡ 900   ⬆️

 **Tim Sweeney**
@TimSweeneyEpic

Then there's Google's secret "Project Hug" to pay off publishers to not compete with Google Play by rebating 5% of store fees - but financially characterizing the transactions as YouTube deals, cloud service discounts, etc. Shady stuff.

> **Leah AntiTrustButVer1fy Nylen** ✓  @leah_nylen · Aug 19, 2021
> Judge Donato our in California ordered the Google App Store antitrust suits to be filed in unredacted form. You can now read Epic's here:
> storage.courtlistener.com/recap/gov.usco…
> Show this thread

12:22 PM · Aug 19, 2021 · Twitter Web App

**35** Retweets   **4** Quote Tweets   **481** Likes

💬   🔁   ♡   ⬆️

Tweet your reply                                    Reply

 **Mohamad Hamid** @mohamadhamid9 · Aug 20, 2021
Replying to @TimSweeneyEpic
Don't let apple/google/ your competitors win in developing and emerging markets, today emerging countries are tomorrow big one look at the youth demographics the population & the statistics..It's about the future vision today startups are tomorrow unicorns & attract good peeps

**Relevant people**

 **Tim Sweeney**
@TimSweeneyEpic
CEO of Epic Games and technology that movies, architectur cool stuff.

 **Leah AntiTrustBut**
@leah_nylen
I cover antitrust. No Formerly Politico, M lnylen2 at bloomber "Follow" me on Blo all the scoops

**What's happening**

Music · LIVE
**Taylor Swift's new album Midnights is finally here** 🎵
Trending with Swiftie, #MidnightsTaylorSwift

**#BlackAdam** ⚡
Get Tickets Now!
⚡ Promoted by Black Adam Mov

🅁 Rolling Stone ✓ · 56 minute
Balenciaga Officially Cuts T With Kanye West
Trending with Balenciaga

🅘 The Independent ✓ · 3 hou
Taylor Swift review, Midnig Her darkest and most cryp album yet

🆉 The Zoe Report ✓ · Yesterd
All Of Hailey Bieber's Lates Carpet Looks Have Somethi Common

Show more

 **B**
@B71324448

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

B
@B71324448

1

**Mohamad Hamid** @mohamadhamid9 · Aug 20, 2021
Replying to @TimSweeneyEpic
The new battle field is emerging markets and developing ones, make sure to make Google lose

**Mohamad Hamid** @mohamadhamid9 · Aug 20, 2021
Replying to @TimSweeneyEpic
Get Epic into emerging markets this is way to crush Google and innovate new things get to attract great people with great minds

**Mohamad Hamid** @mohamadhamid9 · Aug 20, 2021
Replying to @TimSweeneyEpic
Get Epic into never markets this is way to crush Google and innovate new things get to attract great people with great minds
2

**Mohamad Hamid** @mohamadhamid9 · Aug 22, 2021
Replying to @mohamadhamid9 and @TimSweeneyEpic
@GeOforceBE I mean here "Get Epic into 'newer' markets this is way to crush Google and innovate new things get to attract great people with great minds" I made a typing mistake previously just to correct (newer) not (never)

**Bloodprince** @Bloodprinceza · Aug 20, 2021
Replying to @TimSweeneyEpic
don't you pay studios to keep them exclusive to your platform? so its only bad when other people do it?
2 6

**Tim Sweeney** @TimSweeneyEpic · Aug 21, 2021
Replying to @Bloodprinceza
The Epic Games Store pays for PC store exclusive games. It has 15% market share and its #1 competitor has 80%+ market share. We put out press releases announcing these exclusives. We and our partners account for them as payments for exclusives.
4 3

Show replies

**Athena Graves** @BitAthena · Aug 20, 2021
Replying to @TimSweeneyEpic
Everybody know that Tecent is an evil company. They help gov to control & spy Chinese people and monopoly Chinese game market. I don't underestand why google want to team up tencent. Do evil? Do monopoly?
1

**Bloodprince** @Bloodprinceza · Aug 20, 2021
Replying to @BitAthena and @TimSweeneyEpic
so why aren't you complaining about timmy letting tencent buy 40% of his company's shares?

**Jon Kefaloukos** 🇬🇷 @Falloutt · Aug 20, 2021
Replying to @TimSweeneyEpic
This makes a lot more sense now given this development, and recent ABK cultural developments over the past few weeks. Wow

cloud.google.com/press-releases...
1

Search Twitter
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Rodrigo** @thatguyfromUY · Aug 19, 2021
Replying to @TimSweeneyEpic
would've been hilarious not gonna lie

**Turnaround** @90one80 · Aug 19, 2021
Replying to @TimSweeneyEpic
Wow at least Apple is more honest about what they're doing.

**OF24com** @OF24com · Aug 19, 2021
Replying to @TimSweeneyEpic
As someone that worked with that company 20 years ago (affiliate and beta tester), one of my College teachers was colleague of the founders, I can say my respect for Google kept decreasing over the years.

**howardoark** @howardoark · Aug 19, 2021
Replying to @TimSweeneyEpic and @JTSEO9
Is that evil? Asking for a friend.
1

**B**
@B71324448




10/21/22, 7:57 AM

Tim Sweeney on Twitter: "Then there's Google's secret Project Hug to payoff publishers to not compete with Google Play by re…

Case 3:20-cv-05671-JD Document 329-3 Filed 10/21/22 Page 5 of 5





@B71324448