# EXHIBIT C
## TO POMERANTZ DECLARATION
## PUBLIC REDACTED VERSION

HIGHLY CONFIDENTIAL

Page 359

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   ---------------------------------------------x
 5   IN RE GOOGLE PLAY STORE         Case No.
     ANTITRUST LITIGATION            3:21-md-02981-JD
 6
 7   THIS DOCUMENT RELATES TO:
 8   Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
 9
     In re Google Play Consumer
10   Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
11
     In re Google Play Developer
12   Litigation,
     Case No: 3:20-cv-05792-JD
13
14   State of Utah, et al.,
     v. Google LLC, et al.,
15   Case No: 3:21-cv-05227-JD
16   ---------------------------------------------x
17     *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
18
19     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
20                    MICHAEL MARCHAK
21              Thursday, January 13, 2022
22                Volume 2 (Pages 359-528)
23
24   Reported By: Lynne Ledanois, CSR 6811
25
```

Page 382

1    A     Or a propensity or something
2    like that.  But I look at it all
3    developers have the capability to go
4    it alone on Android.
5    Q     But these were, as you say,
6    some propensity to actually go through
7    with it?
8              MS. CHIU:  Object to form.
9              THE WITNESS:  Something like
10        that where they've invested
11        already or had some
12        characteristics that aligned with
13        that.
14   BY MR. EVEN:
15   Q     Do you recall that some of
16   these developers in fact suggested
17   that they would go it alone and open
18   their own distribution channel?
19   A     I recall that one of the
20   developers on that -- that was on the
21   left highlighted had considered that.
22   Q     And which developer is that?
23   A     I believe it was -- my
24   recollection ■   ■■■   ■■■■■
25   Q     Do you remember that

Page 383

1  ███████  ███████  ██████████  ████  █
2  █████ ████ ███ ████ ████ █ ████████
3  ███ ██ ██████
4      A    I don't recall the details
5  on that.  I recall more details ██
6  ██████
7      Q    We'll get there.
8           By the way, do you recall
9  who this presentation was presented
10 to?
11     A    I don't.
12     Q    Do you understand this
13 presentation was intended to include a
14 proposal about the contents of GVP 2.0
15 that would go to the business counsel?
16          MS. CHIU:  Object to form.
17          THE WITNESS:  I don't.  I'm
18    not sure.  I haven't gotten to the
19    slides on any of the V2 stuff, so
20    I don't recall.
21 BY MR. EVEN:
22     Q    Was GVP 2.0 presented to the
23 business counsel?
24     A    Yes.
25     Q    Was GVP 2.0 approved by the

Page 384

1  business counsel?
2       A    Yes.
3       Q    Would you go to the page
4  ending in 6701?
5       A    Okay.
6       Q    And do you see there on the
7  left-hand side, a blue rubric saying
8  "Pre-GVP:  Considered own distribution
9  and/or payment platforms"?
10      A    I do.
11      Q    And do you see that based on
12 this slide, not only ███ ███ ███
13 ██████ ███ ██████████ ██████████ ███
14 ████████ considered their own
15 distribution and/or payment platforms?
16           MS. CHIU:  Object to form.
17           THE WITNESS:  That seems to
18    be what the slide indicates.
19 BY MR. EVEN:
20      Q    Do you have any reason to
21 doubt that Mr. -- what Mr. Gambhir is
22 presenting here?
23      A    I don't.
24      Q    If you go to 6705.
25           Do you see that here the