# EXHIBIT D
## TO POMERANTZ DECLARATION FILED UNDER SEAL