UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER ON GOOGLE'S ADMINISTRATIVE MOTIONS TO SEAL [ECF NOS. 356, 357]** |

Having considered Defendants' ("Google's") Administrative Motion to File Under Seal (ECF No. 356), and the Declaration of Christian Cramer (ECF No. 356-1), and Google's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 357), which seek to seal portions of Google's Opposition to Epic's and Match's Motion to Amend Complaints (ECF No. 355) ("Google Opp'n") and exhibits to the Declaration of Glenn D. Pomerantz (ECF Nos. 355-2, 355-4, 355-5); and having considered Epic Games, Inc.'s Opposition to Google's Administrative Motion to File Under Seal, and Google's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed;

IT IS HEREBY ORDERED:

Google's Administrative Motion to File Under Seal (ECF No. 356) is denied with respect to the following portions of documents:

| Document | Information Ordered Unsealed | Designating Party |
|---|---|---|
| Google Opp'n (ECF No. 355) | Page 3, lines 25 (between "developer" and "as 'illustrative'") | Google |
| Google Opp'n (ECF No. 355) | Page 5, lines 4-7 (between "They allege that, through 'Project Hug,' Google" and end of sentence) | Google |
| Google Opp'n (ECF No. 355) | Page 5, lines 13-14 (between "reached with" and "Id.'") | Google |

| | | |
|---|---|---|
| Google Opp'n (ECF No. 355) | Page 6, line 27 (between "developers identified in the motions—" and " —were produced") | Google |
| Google Opp'n (ECF No. 355) | Page 7, lines 4-5 (between "focused questioning," and ", at his deposition nine months ago.") | Google |
| Google Opp'n (ECF No. 355) | Page 7, line 8 (between "developers,' including" and "'to stop them from'") | Google |
| Google Opp'n (ECF No. 355) | Page 7, lines 20-22 (between start of sentence and "and Google employee"; between "testified that Google and" and "never entered"; between "an agreement that" and "would not open"; and between "Ex. D" and "Dep.") | Google |
| Google Opp'n (ECF No. 355) | Page 10, line 24 (between "amendments mention," and ", but they also") | Google |
| Ex. C to Pomerantz Decl. (ECF No. 355-4) | Page 382:24 (between "recollection" and end of line) | Google |
| Ex. C to Pomerantz Decl. (ECF No. 355-4) | Page 383:1-6 (between start of page and "I don't"; and between "more details" and "We'll get") | Google |
| Ex. C to Pomerantz Decl. (ECF No. 355-4) | Page 384:12-14 (between "not only" and "considered their own") | Google |

IT IS FURTHER ORDERED:

Google's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 357) is denied with respect to the following portions of documents:

| Document | Information Ordered Unsealed | Designating Party |
|---|---|---|
| Google Opp'n (ECF No. 355) | Page 7, lines 20-23 (between start of sentence and "and Google employee"; between "testified that Google and" and "never entered"; between "an agreement that" and "would not open"; between "Ex. D (" and "Dep.") | Activision Blizzard, Inc. |
| Ex. D to Pomerantz Decl. (ECF No. 355-5) | Entire document except Page 209:2-8 | Activision Blizzard, Inc. |

IT IS SO ORDERED.

Dated:

By: _____

THE HONORABLE JAMES DONATO
United States District Judge