# EXHIBITS 22-26

# FILED UNDER SEAL