# EXHIBIT I

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4    ---------------------------------------------x
 5    IN RE GOOGLE PLAY STORE          Case No.
      ANTITRUST LITIGATION             3:21-md-02981-JD
 6
      THIS DOCUMENT RELATES TO:        MDL No. 2891
 7
      Epic Games Inc. v. Google LLC,
 8    et al.,
      Case No. 3:20-cv-05671-JD
 9
      In re Google Play Consumer
10    Antitrust Litigation,
      Case No. 3:20-cv-05761-JD
11
      In re Google Play Developer
12    Antitrust Litigation,
      Case No. 3:20-cv-05792-JD
13
      State of Utah, et al.,
14    v. Google LLC, et al.,
      Case No. 3:21-cv-05227-JD
15
      Match Group LLC, et al.,
16    v. Google LLC, et al.,
      Case No. 3:22-cv-02746-JD
17
      ---------------------------------------------x
18
19      *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
20
21     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
22                  PURNIMA KOCHIKAR
23               Wednesday, August 31, 2022
24
25    Reported By: Lynne Ledanois, CSR 6811
```

HIGHLY CONFIDENTIAL

Page 19

1    Q    If you could turn -- I'm going to point to

2    you a few of the topics in here.  If you can turn to

3    Page 15, there is a Topic 16.  Let me know when

4    you're there.

5         A    Yes, I'm there.

6         Q    I'm not going to read the whole thing, but

7    in a nutshell this is asking for testimony about

8    negotiations with Activision Blizzard relating to

9    Google Play and related topics.

10             Do you see that?

11        A    Yes, I do.

12        Q    And you're aware that Google designated

13   you as Google's corporate representative to testify

14   as to Topic 16?

15        A    Yes.

16        Q    And are you prepared to testify as

17   Google's corporate representative on this Topic?

18        A    Yes, I am.

19        Q    Please turn to Page 17, Topic 25.  Take a

20   look at that topic, please.

21        A    Yes.

22        Q    This is asking, again without quoting, for

23   Google's testimony about a number of project names

24   and other sort of dealings with developers relating

25   to Google Play.

HIGHLY CONFIDENTIAL

Page 20

1          Do you see that?

2     A    I do.

3     Q    And are you aware that Google designated

4  you to testify on behalf of Google as to this topic?

5     A    Yes.

6     Q    And are you prepared to testify as

7  Google's corporate representative on Topic 25?

8     A    I am.

9     Q    Thank you.  And finally, Page 20, you

10  should see Topic 34, please.

11     A    Yes.

12     Q    And Topic 34 seeks testimony from Google

13  about the benefits to Google from offering a diverse

14  set of developers and apps on Google Play and

15  related topics.

16          Do you see that?

17     A    Yes.

18     Q    And you're aware that Google designated

19  you to testify on behalf of Google on this topic?

20     A    Yes.

21     Q    And are you prepared to testify as

22  Google's corporate representative on Topic 34?

23     A    Yes, I am.

24     Q    Just a quick question on this one.  What

25  did you do specifically to prepare on Topic 34?

Page 139

1       A     Yes.

2       Q     And he said that the deal is only worth it

3   if it saves Play.

4             Do you see that?

5       A     Yes, when you -- yes.  No individual title

6   saves anything, right.  I do think he's pointing out

7   if the risk to Play is lowered.

8       Q     Well, the concern that was discussed at

9   the time was that if ABK launched an alternative

10  Android app store, that could lead to other

11  developers either launching their own app store or

12  launching their titles through ABK's alternative app

13  store; correct?

14      A     It was discussed.

15      Q     And stopping Activision from launching its

16  own alternative app store would stop that potential

17  contagion risk that was just identified?

18      A     Getting Activision to commit to Play, they

19  could still continue to invest in the app store.  None

20  of our conversations was contingent upon them stopping

21  anything.  We just wanted them to understand the value

22  Play can bring and, more importantly, the value Google

23  can bring.

24      Q     But your expectation was that if you could

25  secure their launch on Play, that Activision

1    Blizzard King would not spend their time and money

2    investing on an alternative Android app store;

3    correct?

4        A    That they would see the value of building

5    games versus -- yes.

6        Q    If you look to the first page of this

7    email.

8        A    Yes.

9        Q    The top email is from you after various

10   back and forth where it starts, "If we don't do a

11   deal."

12            Do you see that?

13       A    Yes.

14       Q    You say, "If we don't do a deal, ABK will

15   continue to try different ways to get revenues off

16   of Play."

17            Do you see that?

18       A    Yes.

19       Q    You go on to say, "Building a stronger

20   relationship," et cetera, "will preclude investments

21   in alternative ways of monetizing off Play."

22            Do you see that?

23       A    Yes.

24       Q    You also refer to the alternative Android

25   app store as one of the options that they were

Page 145

1    didn't do any other investigation on that topic.

2         Q    One of the other Hug targeted developers

3    was Riot Games, as you mentioned earlier; right?

4         A    Yes.

5         Q    Google, in fact, did sign a Project Hug

6    deal with Riot?

7         A    Yes.

8         Q    And one of the risks that Riot presented

9    was that Riot would launch its game outside of

10   Google Play?

11        A    Yes.

12        Q    Let's do another document.  Give it one

13   chance to load here.

14             MS. MOSKOWITZ:  It will be, when it's

15   loaded, GOOGLE-PLAY-007424789 through 4790.  This

16   will be PX1523.

17             (Exhibit 1523 was marked for identification

18   by the court reporter.)

19             THE WITNESS:  Not loaded yet.

20   BY MS. MOSKOWITZ:

21        Q    No problem, I was late in asking for it.

22        A    Yes, I have it.

23        Q    This is a document titled "Riot GVP Deal."

24             Do you see that?

25        A    Yes.

HIGHLY CONFIDENTIAL

Page 148

1     Q     And it says, "A year ago, we pulled all

2     stops."

3     A     Yes.

4     Q     Paren, "promised them $10 million

5     co-marketing for before they signed" Hug, for

6     example.

7           Do you see that?

8     A     Yes.

9     Q     It says that you pulled all those stops to

10    "get Riot to stop their in-house 'app store'

11    efforts."

12          Do you see that?

13    A     Yes.

14    Q     So that $10 million in co-marketing was

15    before there was even a Project Hug deal on the

16    table?

17    A     Oh, before they signed the deal.  I think

18    Hug -- I think the Games Velocity Program was at least

19    being discussed.  This was before they signed the GVP

20    deal.

21    Q     It was also before the Business Council

22    approved it; correct?  Before the Business Council

23    approved Project Hug; correct?

24    A     Probably.  I can't think about the dates,

25    however, it's worth noting that we often do

HIGHLY CONFIDENTIAL

Page 149

1    co-marketing things which are outside of GVP.  The

2    Games Velocity Program is a very specific thing.  We

3    do tons of different co-marketing and other

4    partnership co-investments.

5         Q    So at the time this co-marketing was used

6    to stop the in-house app store efforts that Riot was

7    doing, Riot had told you that it was in the process

8    of developing its own app store; correct?

9         A    Riot had told us and we were working very

10   hard -- as you can see, we're always trying very hard

11   to make sure that we can win businesses.  The

12   competition is tough.  And we told Riot that we can

13   really invest in growing.

14           Riot was also coming from a very

15   console/PC world where they had a certain kind of

16   business model where people would say, this is the

17   marketing commitment we do.  This is how we would

18   promote you, et cetera.

19           So we had to figure out a common language

20   before we could even understand what mobile does and

21   how mobile works.

22           So that was our work with them.  We

23   literally had multiple workshops for them to

24   understand even how mobile works.

25        Q    And if you wanted them to come to mobile

HIGHLY CONFIDENTIAL

Page 150

1   through Google Play Store rather than through their

2   own alternative Android app store?

3       A    We wanted them to consider Play Store.  They

4   could still continue to work on their app store.

5       Q    The way you wrote this is that you pulled

6   out all the stops to get Riot to stop their in-house

7   app store efforts.  Isn't that what you wrote?

8       A    That is what's our perhaps, you know, lofty

9   ambition.  But there was no conversation about them

10  stopping anything.

11      Q    But they did?

12      A    It was much more about value that we can

13  bring.

14      Q    But they did stop; right?

15      A    Well, they did not succeed on mobile.

16      Q    But they didn't launch an app store either

17  on Android; correct?

18      A    They didn't, but neither did their apps do

19  well.

20      Q    So separate from how their games

21  performed, Riot did not launch an Android app store

22  on Android; correct?

23      A    Yes.

24      Q    They also did not launch any of their apps

25  outside of Google Play; correct?