EXHIBIT J

Page 1

1
2
3    UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF CALIFORNIA
4    SAN FRANCISCO DIVISION
     Case No. 3:21-md-02981-JD
5    -----------------------------------x
     IN RE GOOGLE PLAY STORE
6    ANTITRUST LITIGATION
7    THIS DOCUMENT RELATES TO:
     Epic Games Inc. v. Google LLC, et al.,
8    Case No: 3:20-cv-05671-JD
9    In re Google Play Consumer
     Antitrust Litigation,
10   Case No: 3:20-cv-05761-JD
11   In re Google Play Developer
     Litigation,
12   Case No: 3:20-cv-05792-JD
13   State of Utah, et al.,
     v. Google LLC, et al.,
14   Case No: 3:21-cv-05227-JD
15   Match Group, LLC, et al.,
     v. Google LLC, et al.,
16   Case No. 3:22-cv-02746-JD
     -----------------------------------x
17                  September 22, 2022
                    9:07 a.m.
18
19     ** H I G H L Y   C O N F I D E N T I A L **
20        Videotaped Deposition of ARMIN ZERZA,
21   taken by Plaintiffs, pursuant to Notice,
22   held via Zoom videoconference, before Todd
23   DeSimone, a Registered Professional
24   Reporter and Notary Public.
25

```
 1          ZERZA - HIGHLY CONFIDENTIAL
 2     The payment system is an integral part of
 3     the store, like you go to a physical store,
 4     you need a place to pay, whether that is
 5     through a cashier or through a
 6     self-checkout, in the same ecosystem, in a
 7     digital ecosystem, the payment system is
 8     part of the store.
 9          Q.     And had you had your own mobile
10     app store, you then could have explored
11     having your own payment system, correct?
12          A.     I'm not following the logic.
13     We would not launch a store with our own
14     payment system.  It doesn't make any sense.
15          Q.     You would not launch a store
16     without your own payment system, is that
17     what you said?
18          A.     Without a payment system in
19     general, yeah.  It doesn't make any sense.
20     What store has no payment system?  You see,
21     that's why I'm not following your logic.
22     If we launched a store we would also
23     include a payment system, whether that is
24     our own or a third-party system.
25          Q.     Currently you have -- you don't
```

```
 1           ZERZA - HIGHLY CONFIDENTIAL
 2    have your own payment system, correct, on
 3    mobile, on Android?
 4         A.      So we do have -- we do have our
 5    own distribution system on PC, as you know,
 6    with Battle.net.  We do not have our own
 7    distribution or payment system on mobile.
 8         Q.      And what do you use on Android?
 9         A.      Today we use Google Play as our
10    store in many, many different countries.
11    We use a store called ONE Store in Korea.
12    In China, there is a variety of stores that
13    we are using.  So I don't recall all the
14    names.
15         Q.      And when you use Google Play,
16    you use Google's payment system, right?
17         A.      When we use Google Play, yeah,
18    of course.
19         Q.      Okay.  So you had this e-mail
20    exchange with Mr. Sweeney from May 9th,
21    2019 to June 27th, 2019, correct?
22         A.      One second.  I'm just checking
23    the dates here.  Yeah, that's correct.
24         Q.      And you made an effort to be
25    accurate and honest in your communications
```

```
 1            ZERZA - HIGHLY CONFIDENTIAL
 2    its own mobile game store have accelerated
 3    revenue and operating income for the
 4    company?
 5         A.    In fact, we didn't pursue it,
 6    because we didn't -- it did not lead to,
 7    you know, any conclusion that we would be
 8    able to do that.
 9         Q.    I understand.  How would
10    Activision having its own mobile game store
11    have accelerated revenue and operating
12    income from the company should it have been
13    pursued?
14              MR. KWUN:  Objection, form.
15         A.    I just gave you the answer.  We
16    didn't pursue it.
17         Q.    I understand you did not pursue
18    it.  My question is how would it have done
19    that had it been pursued?
20              MR. AMATO:  Objection.
21              MR. KWUN:  Objection, form.
22         A.    I cannot give you a different
23    answer than I just gave you.
24         Q.    Okay.  When you said earlier
25    that your understanding of more favorable
```

1          ZERZA - HIGHLY CONFIDENTIAL

2    economics was that one of the reasons for

3    considering a mobile game store is that it

4    would help the company earn more revenue

5    and operating income, how did you envision

6    it would have done that?

7          A.      We look at many different

8    projects across, you know, over time with

9    the intent to, you know, drive shareholder

10   value.  One of these projects, there were

11   many others, was this one, and ultimately

12   we decided not to pursue it because it

13   didn't -- it did not deliver the return

14   that we would expect on this type of

15   project.  So that's what I can say.  I

16   can't tell you how it would have done it,

17   because it didn't do it.

18          Q.      When you were considering doing

19   it, how did you -- what was your hypothesis

20   as to how it would lead to more favorable

21   economic terms?

22          A.      I don't recall.

23          Q.      Was one way the economic terms

24   would have been more favorable is you would

25   have avoided paying the fee to Google for

1           ZERZA - HIGHLY CONFIDENTIAL

2    the revenue share from the Google Play

3    Store?

4         A.     First of all, I don't recall

5    that specifically.  What I do recall is

6    that we looked at distribution, you know,

7    across mobile ecosystems, including

8    creating our own one, and the irony of the

9    whole ecosystem is that, you know,

10   depending on the size and scale of the

11   respective outcome, you know, obviously the

12   fixed costs invested in the ecosystem can

13   drive higher costs or lower costs.

14              So, you know, obviously our

15   expectation, you know, would have been at

16   the beginning of the project that we would

17   get better economics, but it didn't turn

18   out to be.

19        Q.     And is one of the ways that you

20   would have gotten better economics at least

21   hopefully at the beginning of the project

22   was, you know, reducing or eliminating the

23   rev share that you paid to Google for

24   in-app purchases?

25              THE WITNESS:  Was that an

1            ZERZA - HIGHLY CONFIDENTIAL

2     objection?  I didn't hear that.

3                MR. KWUN:  Sorry, I was just

4     clearing my throat.

5                THE WITNESS:  Okay, I thought

6     somebody said something.

7        A.     So I can't give you that answer

8     because it depends on what our operating

9     costs for the ecosystem is, and our

10    operating costs for the ecosystem could be

11    higher or lower, right?

12               So, you know, the hypothesis,

13    when you start a project like this, is that

14    there may be an opportunity to accelerate

15    revenue and operating income for the

16    company in a meaningful way, which didn't

17    turn out to be the case in this case.

18        Q.     Do you see on this document it

19    says "Currently, we see two potential paths

20    to improve mobile distribution economics

21    and both are being pursued in parallel"?

22        A.     I do see that, yes.

23        Q.     And that was true for Project

24    Boston as of December 12th, 2019?

25        A.     We were working on -- so as I

```
 1          ZERZA - HIGHLY CONFIDENTIAL
 2    mentioned before, we were in discussions
 3    with Google at that time and beyond that
 4    time, and we were looking at Project Boston
 5    at that time and beyond that time.  We
 6    continue to look at Project Boston today.
 7          Q.     And the first path being
 8    pursued were enterprise negotiations with
 9    Google first.  Do you see that?
10          A.     I do see that, yeah.
11          Q.     And that's what you just
12    referred to in your discussions with
13    Google?
14          A.     What I did say is that, you
15    know, we evaluated and we continue to
16    evaluate many different options to
17    accelerate revenue and income growth.  At
18    the time we were talking to Google about an
19    enterprise-wide deal, which we obviously
20    signed with Google in early 2020.  At the
21    time we were also looking at our own mobile
22    distribution ecosystem, among many other
23    projects.
24          Q.     And according to this document,
25    the enterprise negotiations with Google
```

```
 1          ZERZA - HIGHLY CONFIDENTIAL
 2     were one path to securing more favorable
 3     mobile game economics, correct?
 4          A.     Let me see.  I'm looking at
 5     this here.  That's what the document says.
 6     I don't know what the author implies here.
 7     So, again, I haven't authored this document
 8     so I can't speak to what the author
 9     implies.
10          Q.     But that is also consistent
11     with your general understanding that one of
12     the things you were doing in December 2019
13     was attempting to secure better mobile
14     economics for Activision through enterprise
15     negotiations with Google, correct?
16          A.     That's not what I said.  What I
17     said is that we were working on an
18     enterprise deal with Google which -- the
19     objective of which was to create more value
20     for both parties in a material way,
21     otherwise, you know, we are all
22     multi-billion-dollar companies, we wouldn't
23     work on any of those projects.
24               The enterprise deal was, again,
25     you know, across all the areas that we
```

```
 1          ZERZA - HIGHLY CONFIDENTIAL
 2     discussed before, you know, and ultimately
 3     that was important for us.  But, you know,
 4     we had significant value creation on both
 5     sides and that's why we did the deal.
 6          Q.     And part of the value creation
 7     that Activision was pursuing in its
 8     enterprise negotiations with Google were
 9     more favorable mobile economics, correct?
10          A.     I'm thinking about this,
11     because the primary intent of the deal was
12     to ensure that we create significant value
13     for both sides.  That's a win-win
14     partnership.  In fact, the deal that we
15     signed, you know, there is no change in
16     royalties.  It has many components that
17     create value.
18               So I don't know how to answer
19     your question, because the primary
20     objective for us is over value creation,
21     you know, and each individual component,
22     you know, has changed over time as the
23     discussion -- as the discussions evolved.
24          Q.     I think my question is pretty
25     simple.  It is as follows:  Part of the
```

```
 1          ZERZA - HIGHLY CONFIDENTIAL
 2    value creation that Activision was pursuing
 3    in connection with its enterprise
 4    negotiations with Google was improved
 5    mobile economics, correct?
 6          A.    I do not recall that specific
 7    objective.  Our specific objective was to
 8    create value for both companies overall in
 9    a way that accelerates value creation for
10    both companies.  That's the value
11    objective.  That's the way the deal was
12    constructed.
13          Q.    And you see, referring back to
14    the document, that the second path to
15    achieve improved mobile distribution
16    economics was the development of a direct
17    to consumer mobile distribution platform
18    that bypasses existing storefronts?  Do you
19    see that?
20          A.    I do see that, yes.
21          Q.    And then there are two options
22    underneath that, an ABK storefront only and
23    an ABK storefront with other external
24    publishers and developers.  Do you see
25    that?
```