# EXHIBIT A

# Morgan Lewis

**Brian C. Rocca**
Partner
+1.415.442.1432
brian.rocca@morganlewis.com

September 23, 2022          **Non-Party Highly Confidential - Outside Counsel Eyes Only**

**VIA E-MAIL**

Yonatan Even
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Re:  *In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal.);
     *In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-05761-JD (N.D. Cal.);
     *Epic Games, Inc. v. Google LLC et al.*, No. 3:20-cv-05671-JD (N.D. Cal.);
     *State of Utah, et al. v. Google LLC et al.*, No. 3:21-cv-05227-JD (N.D. Cal.);
     *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD

Dear Yonatan:

We are writing as follow-up to our August 30 meet and confer regarding Google's Responses and Objections to Epic's Fourth Set of Interrogatories, and the parties' correspondence on the same.

As stated in our meet and confer and in our September 16 email to Plaintiffs, Google agrees to provide a list of developers who have entered into GVP or AVP agreements as of July 2022. The table below identifies the developers who have entered into GVP or AVP agreements with Google.

| Program | Developer |
|---|---|
| GVP/Hug | Activision Blizzard |
| GVP/Hug | Aniplex Inc. |
| GVP/Hug | Bandai Namco Entertainment Inc. |
| GVP/Hug | Com2Us |
| GVP/Hug | Electronic Arts Inc |
| GVP/Hug | Garena (Garena Online Private Limited) |
| GVP/Hug | King |
| GVP/Hug | Lilith Games (Lilith Network HK Limited) |

Morgan, Lewis & Bockius LLP

One Market
Spear Street Tower
San Francisco, CA  94105-1596          T +1.415.442.1000
United States          F +1.415.442.1001

Yonatan Even  **Non-Party Highly Confidential - Outside Counsel Eyes Only**
September 23, 2022
Page 2

| | |
|---|---|
| GVP/Hug | mixi, Inc. |
| GVP/Hug | NCSoft |
| GVP/Hug | NetEase Games (Hong Kong NetEase Interactive Entertainment) |
| GVP/Hug | Netmarble |
| GVP/Hug | Nexon Company |
| GVP/Hug | Niantic, Inc. |
| GVP/Hug | Nintendo Co., Ltd. |
| GVP/Hug | Pearl Abyss |
| GVP/Hug | Playrix (PLR Worldwide) |
| GVP/Hug | Riot Games, Inc |
| GVP/Hug | Square Enix Co. Ltd. |
| GVP/Hug | Tencent Games (Proxima) |
| GVP/Hug | Ubisoft Entertainment |
| AVP | Calm |
| AVP | Age of Learning |
| AVP | Smule |

Sincerely,

*/s/ Brian C. Rocca*

Brian C. Rocca

cc:   Lauren Moskowitz (lmoskowitz@cravath.com)
      Justin C. Clarke (jcclarke@cravath.com)
      Eric Zepp (ezepp@cravath.com)
      Zachary Jarrett (zjarrett@cravath.com)
      Daniel Ottaunick (dottaunick@cravath.com)
      Bonny E. Sweeney (bsweeney@hausfeld.com)
      Melinda R. Coolidge (mcoolidge@hausfeld.com)
      Katie R. Beran (kberan@hausfeld.com)
      Alberto Rodriguez (arodriguez@sperling-law.com)
      Steve W. Berman (steve@hbsslaw.com)
      Rob F. Lopez (robl@hbsslaw.com)

Yonatan Even  **Non-Party Highly Confidential - Outside Counsel Eyes Only**
September 23, 2022
Page 3

    Ben J. Siegel (bens@hbsslaw.com)
    Karma M. Giulianelli (karma.giulianelli@bartlitbeck.com)
    Hae Sung Nam (hnam@kaplanfox.com)
    Aaron Schwartz (ASchwartz@kaplanfox.com)
    Brendan Glackin (bglackin@agutah.gov)
    Sarah Boyce (sboyce@ncdoj.gov)