1  Paul J. Riehle (SBN 115199)                Douglas J. Dixon (SBN 275389)
   paul.riehle@faegredrinker.com              ddixon@hueston.com
2  **FAEGRE DRINKER BIDDLE &**                **HUESTON HENNIGAN LLP**
   **REATH LLP**                              620 Newport Center Drive, Suite 1300
3  Four Embarcadero Center, 27th Floor        Newport Beach, CA 92660
4  San Francisco, CA 94111                    Telephone: (949) 229-8640
   Telephone: (415) 591-7500
5
                                              *Counsel for Plaintiffs Match Group, LLC, et al.*
6  Christine A. Varney (*pro hac vice*)
   cvarney@cravath.com
7  **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
8  New York, New York 10019
   Telephone: (212) 474-1000
9

10 *Counsel for Plaintiff Epic Games, Inc.*

11 [Additional Counsel Appear on Reply
   Signature Page]
12

13

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

16

| 17 | IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
|---|---|---|
| 18 | THIS DOCUMENT RELATES TO: | **DECLARATION OF TATE HARSHBARGER IN SUPPORT OF EPIC GAMES INC.'S AND MATCH GROUP, LLC ET AL.'S REPLY IN SUPPORT OF MOTION TO MOTION TO AMEND** |
| 19 | *Epic Games, Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671-JD | |
| 20 | | |
| 21 | *Match Group, LLC, et al., v. Google LLC , et al.*, Case No. 3:22-cv-02746-JD | Date: Nov. 17, 2022 at 10:00 am<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |
| 22 | | |

23
24
25
26
27
28

## **DECLARATION OF TATE HARSHBARGER**

I, Tate Harshbarger, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Hueston Hennigan LLP, counsel of record for Plaintiffs Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC, and People Media, Inc. (collectively, "Match") in the cases captioned *In re Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981-JD (N.D. Cal.) and *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD (N.D. Cal.). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Match filed its complaint in the case captioned *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD (N.D. Cal.) on May 9, 2022. Google did not provide Match with its produced material in the above-captioned matters until on or around June 22, 2022. Given the volume of Google's productions, which included over 3 million documents, it took several weeks until mid-July to process and load the productions for review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of October, 2022, at Los Angeles, California.

                                               */s/ Tate Harshbarger*
                                                   Tate Harshbarger

**E-FILING ATTESTATION**

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                 */s/ Lauren A. Moskowitz*
                                   Lauren A. Moskowitz

DECLARATION OF TATE HARSHBARGER IN SUPPORT OF EPIC'S AND MATCH'S REPLY
U.S.D.C. Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:22-cv-02746-JD

3