| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872 Telephone: 801-366-0260 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue New<br>York, NY 10022 Tel.:<br>(212) 687-1980 | *Counsel for Utah and the Plaintiff States* |
| | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower San Francisco CA 94105-1596 Telephone: (415) 442-1000 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | |
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor San Francisco, CA 94111<br>Telephone: (415) 591-7500 | Glenn D. Pomerantz (SBN 97802)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor Los Angeles, California 90071-3426 Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 | *Counsel for Defendants Google LLC et al.* |
| | Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300 Newport Beach, CA 92660<br>Telephone: (949) 229-8640 |
| *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | *Counsel for Plaintiffs Match Group, LLC et al.* |

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT SEALING MOTION FOR MATERIALS FILED IN CONNECTION WITH PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Courtroom: 11, 19th Floor<br>Judge:     Hon. James Donato |

WHEREAS, the parties' briefing on Plaintiffs' motion for sanctions is now complete, MDL ECF Nos. 258, 349, 367, 373;

WHEREAS, this Court ordered, pursuant to stipulation, that the parties and any affected third parties "jointly file omnibus sealing motions within 14 days after the filing of the Plaintiffs' reply brief in support of the motion for sanctions," MDL ECF No. 256;

WHEREAS, the deadline for the parties to file such joint omnibus sealing motions is November 25, 2022;

WHEREAS, the parties have been meeting and conferring in good faith on which materials are appropriate for sealing;

WHEREAS, in light of the Thanksgiving holiday and associated absences, the parties request additional time to comply with the sealing procedure this Court ordered, such that the new deadline to file such joint omnibus sealing motion will be Thursday, December 1, 2022.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

The deadline for the parties to jointly file their omnibus sealing motion is extended to December 1, 2022.

| | |
|---|---|
| Dated: November 22, 2022 | CRAVATH, SWAINE & MOORE LLP<br>  Christine Varney *(pro hac vice)*<br>  Katherine B. Forrest *(pro hac vice)*<br>  Gary A. Bornstein *(pro hac vice)*<br>  Timothy G. Cameron *(pro hac vice)*<br>  Yonatan Even *(pro hac vice)*<br>  Lauren A. Moskowitz *(pro hac vice)*<br>  Justin C. Clarke *(pro hac vice)*<br>  M. Brent Byars *(pro hac vice)*<br>  Michael J. Zaken *(pro hac vice)*<br><br>FAEGRE DRINKER BIDDLE & REATH LLP<br>  Paul J. Riehle (SBN 115199)<br><br>Respectfully submitted,<br><br>By:  */s/ Yonatan Even*<br>       Yonatan Even<br><br>      *Counsel for Plaintiff Epic Games, Inc.* |
| Dated: November 22, 2022 | BARTLIT BECK LLP<br>  Karma M. Giulianelli<br><br>KAPLAN FOX & KILSHEIMER LLP<br>  Hae Sung Nam<br><br>Respectfully submitted,<br><br>By:  */s/ Karma M. Giulianelli*<br>       Karma M. Giulianelli<br><br>      *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |

| | | |
|---|---|---|
| 1 | Dated: November 22, 2022 | PRITZKER LEVINE LLP |
| 2 | |     Elizabeth C. Pritzker |
| 3 | | Respectfully submitted, |

                                              By:   */s/ Elizabeth C. Pritzker*
                                                      Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: November 22, 2022        OFFICE OF THE UTAH ATTORNEY GENERAL
                                                  Brendan P. Glackin

Respectfully submitted,

By:   */s/ Brendan P. Glackin*
       Brendan P. Glackin

*Counsel for Utah*

Dated: November 22, 2022        HUESTON HENNIGAN LLP
                                                  Douglas J. Dixon
                                                  Christine Woodin
                                                  Joseph A. Reiter

Respectfully submitted,

By:   */s/ Douglas J. Dixon*
       Douglas J. Dixon

*Counsel for Plaintiffs Match Group, LLC et al.*

Dated: November 22, 2022        MORGAN, LEWIS & BOCKIUS LLP
                                                  Brian C. Rocca
                                                  Sujal J. Shah
                                                  Michelle Park Chiu
                                                  Minna L. Naranjo
                                                  Rishi P. Satia

Respectfully submitted,

By:   */s/ Brian C. Rocca*
       Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

| | |
|---|---|
| Dated:  November 22, 2022 | MUNGER, TOLLES & OLSON LLP<br>Glenn D. Pomerantz<br>Kyle W. Mach<br>Kuruvilla Olasa<br>Justin P. Raphael<br>Emily C. Curran-Huberty<br>Jonathan I. Kravis<br>Dane P. Shikman<br>Nicholas R. Sidney<br><br>Respectfully submitted,<br><br>By:   */s/ Glenn D. Pomerantz*<br>         Glenn D. Pomerantz<br><br>*Counsel for Defendants Google LLC et al.* |

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: _____                    _____
                                                                            The Honorable James Donato
                                                                            United States District Judge

**E-FILING ATTESTATION**

I, Dane P. Shikman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                    */s/ Dane P. Shikman*
                                                    Dane P. Shikman