| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone.: (212) 687-1980<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*<br><br>Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*<br><br>[Additional counsel appear on signature page] | Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260<br><br>*Counsel for the Plaintiff States*<br><br>Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>*Counsel for Plaintiffs Match Group, LLC, et al.*<br><br>Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>*Counsel for Defendants Google LLC et al.* |

1

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**THE PARTIES' JOINT PROPOSED SCHEDULE**<br><br>Judge: Hon. James Donato |

Pursuant to the Court's November 15, 2022 Order directing the parties to file a joint proposed amended scheduling order (MDL Dkt. No. 374), Plaintiff Epic Games, Inc. ("Epic"), Plaintiffs Match Group LLC, et al. ("Match"), Consumer Plaintiffs, State Attorneys General Plaintiffs, and Defendants Google LLC et al. ("Google," and collectively, the "Parties"), by and through their undersigned counsel, submit this Joint Proposed Schedule. To the extent the Court cannot enter the below schedule without ordering a trial date later than July 31, 2023, the Parties request that the Court schedule a Case Management Conference to allow the Parties to propose a revised schedule with a trial date prior to July 31, 2023.

2

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

| Event | Current Deadline (MDL Dkt. No. 338) | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | Closed | Closed |
| Plaintiffs' merits expert reports | Closed | Closed |
| Google's merits expert reports | November 18, 2022 | Closed |
| Plaintiffs' merits expert rebuttal reports | December 23, 2022 | December 23, 2022 |
| Epic and Match to respond to Google's contention interrogatories relating to Epic's and Match's amended complaints | N/A | January 6, 2023 |
| Last day for Google to serve supplemental expert report relating to Epic's and Match's amended complaints | N/A | January 20, 2023 |
| Epic and Match to respond to Google's supplemental expert report relating to Epic's and Match's amended complaints | N/A | February 10, 2023 |
| Deadline for completion of third-party depositions relating to Epic's and Match's amended complaints[1] | N/A | March 3, 2023 |
| Merits experts discovery cut-off | January 13, 2023 | March 3, 2023 |
| Last day to file dispositive and *Daubert* motions if any[2] | January 17, 2023 | March 7, 2023 |
| Dispositive and *Daubert* motion responses | February 13, 2023 | April 3, 2023 |
| Dispositive and *Daubert* motion replies | February 27, 2023 | April 17, 2023 |
| Joint submission for merits experts' concurrent expert proceeding | February 28, 2023 | April 25, 2023 |
| Concurrent expert proceeding for merits experts | March 7, 2023 at 2:00 p.m. | May 2, 2023 at 2:00 p.m. |
| Dispositive motion hearing | March 23, 2023 at 10:00 a.m. | May 18, 2023 at 10:00 a.m. |
| Final pretrial conference | May 18, 2023 at 1:30 p.m. | July 13, 2023 at 1:30 p.m. |
| Jury Trial | June 5, 2023 at 9:00 a.m. | July 31, 2023 at 9:00 a.m. |

---

[1] In the event that certain depositions cannot occur before this deadline for logistical or scheduling reasons, and the parties agree that such deposition(s) may proceed on a later date, the parties request that the Court allow the parties to schedule such deposition(s) without the need to seek Court relief from the scheduling order.

[2] With respect to dispositive and *Daubert* motions, the Parties will submit a stipulation for approval that states that they will file redacted versions of these briefs and supporting documents on March 7, April 3, and April 17, without accompanying motions to seal. Parties and non-parties shall then jointly file Omnibus Sealing Motions on May 1, 2023 (i.e., two weeks after the completion of briefing), or any date that the Court chooses following the completion of briefing.

3

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

| | |
|---|---|
| Dated: December 13, 2022 | CRAVATH, SWAINE & MOORE LLP |
| |    Christine Varney *(pro hac vice)* |
| |    Katherine B. Forrest *(pro hac vice)* |
| |    Gary A. Bornstein *(pro hac vice)* |
| |    Timothy G. Cameron *(pro hac vice)* |
| |    Yonatan Even *(pro hac vice)* |
| |    Lauren A. Moskowitz *(pro hac vice)* |
| |    Justin C. Clarke *(pro hac vice)* |
| |    Michael J. Zaken *(pro hac vice)* |
| |    M. Brent Byars *(pro hac vice)* |
| | |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| |    Paul J. Riehle (SBN 115199) |
| | |
| | Respectfully submitted, |
| | |
| | By: */s/ Lauren A. Moskowitz* |
| |    Lauren A. Moskowitz |
| | |
| | *Counsel for Plaintiff Epic Games, Inc.* |
| | |
| Dated:  December 13 2022 | BARTLIT BECK LLP |
| |    Karma M. Giulianelli |
| | |
| | KAPLAN FOX & KILSHEIMER LLP |
| |    Hae Sung Nam |
| | |
| | Respectfully submitted, |
| | |
| | By: */s/ Karma M. Giulianelli* |
| |    Karma M. Giulianelli |
| | |
| | *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |

4

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

Dated:  December 13, 2022       PRITZKER LEVINE LLP
                                    Elizabeth C. Pritzker

                                Respectfully submitted,

                                By: */s/ Elizabeth C. Pritzker*
                                    Elizabeth C. Pritzker

                                *Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*


Dated:  December 13, 2022       OFFICE OF THE UTAH ATTORNEY GENERAL
                                    Brendan P. Glackin
                                    Lauren Weinstein

                                Respectfully submitted,

                                By: */s/ Brendan P. Glackin*
                                    Brendan P. Glackin

                                *Counsel for the Plaintiff States*


Dated:  December 13, 2022       HUESTON HENNIGAN LLP
                                    Douglas J. Dixon
                                    Christine Woodin
                                    Joseph A. Reiter

                                Respectfully submitted,

                                By: */s/ Douglas J. Dixon*
                                    Douglas J. Dixon

                                *Counsel for Plaintiffs Match Group, LLC et al.*

5

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

| | | |
|---|---|---|
| 1 | Dated: December 13, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | Brian C. Rocca |
| | | Sujal J. Shah |
| 3 | | Michelle Park Chiu |
| | | Minna L. Naranjo |
| 4 | | Rishi P. Satia |

Respectfully submitted,

By: /s/ Brian C. Rocca
　　Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: December 13, 2022　　MUNGER, TOLLES & OLSON LLP
　　　　Glenn D. Pomerantz
　　　　Kyle W. Mach
　　　　Kuruvilla Olasa
　　　　Justin P. Raphael
　　　　Emily C. Curran-Huberty
　　　　Jonathan I. Kravis
　　　　Marianna Y. Mao

Respectfully submitted,

By: /s/ Glenn D. Pomerantz
　　Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

6

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

**E-FILING ATTESTATION**

I, Dane P. Shikman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Dane P. Shikman*
Dane P. Shikman

7

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD