# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT PROPOSED SCHEDULE**<br><br>Judge: Hon. James Donato |

After considering The Parties' Joint Proposed Schedule, MDL Dkt. No. 392, the Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.

1

[PROPOSED] ORDER GRANTING JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

| Event | Deadline |
| --- | --- |
| Fact discovery cut-off | Closed |
| Plaintiffs' merits expert reports | Closed |
| Google's merits expert reports | Closed |
| Plaintiffs' merits expert rebuttal reports | December 23, 2022 |
| Epic and Match to respond to Google's contention interrogatories relating to Epic's and Match's amended complaints | January 6, 2023 |
| Last day for Google to serve supplemental expert report relating to Epic's and Match's amended complaints | January 20, 2023 |
| Epic and Match to respond to Google's supplemental expert report relating to Epic's and Match's amended complaints | February 10, 2023 |
| Deadline for completion of third-party depositions relating to Epic's and Match's amended complaints | March 3, 2023 |
| Merits experts discovery cut-off | March 3, 2023 |
| Last day to file dispositive and *Daubert* motions if any | March 7, 2023 |
| Dispositive and *Daubert* motion responses | April 3, 2023 |
| Dispositive and *Daubert* motion replies | April 17, 2023 |
| Joint submission for merits experts' concurrent expert proceeding | April 25, 2023 |
| Concurrent expert proceeding for merits experts | May 2, 2023 at 2:00 p.m. |
| Dispositive motion hearing | May 18, 2023 at 10:00 a.m. |
| Final pretrial conference | July 13, 2023 at 1:30 p.m. |
| Jury Trial | July 31, 2023 at 9:00 a.m. |

2

[PROPOSED] ORDER GRANTING JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

IT IS SO ORDERED.

Dated:

By: _____
THE HONORABLE JAMES DONATO
United States District Judge

3

[PROPOSED] ORDER GRANTING JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD