# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER REGARDING URGENT JOINT STIPULATION REGARDING THE PARTIES' JOINT PROPOSED SCHEDULE**<br><br>Judge:  Hon. James Donato |

After considering the Parties' Urgent Joint Stipulation Regarding the Parties' Joint Proposed Schedule, MDL Dkt. No. 400, the Court extends the deadlines for merits expert discovery and dispositive and *Daubert* motions on an interim basis as follows until the full scheduling order can be resolved at the January 12, 2023 status conference.

| Event | Current Deadline (MDL Dkt. No. 338) | Interim Deadline |
|---|---|---|
| Merits experts discovery cut-off | January 13, 2023 | February 3, 2023 |
| Last day to file dispositive and *Daubert* motions if any | January 17, 2023 | February 7, 2023 |

[PROPOSED] ORDER RE: URGENT JOINT STIPULATION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

1

**IT IS SO ORDERED.**

2

Dated:

3

4

5

By: _____

6

THE HONORABLE JAMES DONATO
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: URGENT JOINT STIPULATION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD