# EXHIBIT C
## TO POMERANTZ DECLARATION

Page 359

1           UNITED STATES DISTRICT COURT
2       FOR THE NORTHERN DISTRICT OF CALIFORNIA
3              SAN FRANCISCO DIVISION
4   ------------------------------------------------x
5   IN RE GOOGLE PLAY STORE          Case No.
    ANTITRUST LITIGATION             3:21-md-02981-JD
6
7   THIS DOCUMENT RELATES TO:
8   Epic Games Inc. v. Google LLC, et al.,
    Case No: 3:20-cv-05671-JD
9
    In re Google Play Consumer
10  Antitrust Litigation,
    Case No: 3:20-cv-05761-JD
11
    In re Google Play Developer
12  Litigation,
    Case No: 3:20-cv-05792-JD
13
14  State of Utah, et al.,
    v. Google LLC, et al.,
15  Case No: 3:21-cv-05227-JD
16  ------------------------------------------------x
17     *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
18
19     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
20                   MICHAEL MARCHAK
21              Thursday, January 13, 2022
22               Volume 2 (Pages 359-528)
23
24  Reported By: Lynne Ledanois, CSR 6811
25

HIGHLY CONFIDENTIAL

Page 382

1    A    Or a propensity or something
2    like that.  But I look at it all
3    developers have the capability to go
4    it alone on Android.
5    Q    But these were, as you say,
6    some propensity to actually go through
7    with it?
8         MS. CHIU:  Object to form.
9         THE WITNESS:  Something like
10        that where they've invested
11        already or had some
12        characteristics that aligned with
13        that.
14   BY MR. EVEN:
15   Q    Do you recall that some of
16   these developers in fact suggested
17   that they would go it alone and open
18   their own distribution channel?
19   A    I recall that one of the
20   developers on that -- that was on the
21   left highlighted had considered that.
22   Q    And which developer is that?
23   A    I believe it was -- my
24   recollection is Riot Games.
25   Q    Do you remember that

HIGHLY CONFIDENTIAL

Page 383

1    Activision Blizzard suggested that it
2    may open its own store to distribute
3    its own games?
4         A    I don't recall the details
5    on that.  I recall more details on
6    Riot.
7         Q    We'll get there.
8              By the way, do you recall
9    who this presentation was presented
10   to?
11        A    I don't.
12        Q    Do you understand this
13   presentation was intended to include a
14   proposal about the contents of GVP 2.0
15   that would go to the business counsel?
16             MS. CHIU:  Object to form.
17             THE WITNESS:  I don't.  I'm
18        not sure.  I haven't gotten to the
19        slides on any of the V2 stuff, so
20        I don't recall.
21   BY MR. EVEN:
22        Q    Was GVP 2.0 presented to the
23   business counsel?
24        A    Yes.
25        Q    Was GVP 2.0 approved by the

Page 384

1   business counsel?
2       A     Yes.
3       Q     Would you go to the page
4   ending in 6701?
5       A     Okay.
6       Q     And do you see there on the
7   left-hand side, a blue rubric saying
8   "Pre-GVP: Considered own distribution
9   and/or payment platforms"?
10      A     I do.
11      Q     And do you see that based on
12  this slide, not only Riot but also
13  Tencent and Activision Blizzard King
14  pre-GVP considered their own
15  distribution and/or payment platforms?
16            MS. CHIU: Object to form.
17            THE WITNESS: That seems to
18      be what the slide indicates.
19  BY MR. EVEN:
20      Q     Do you have any reason to
21  doubt that Mr. -- what Mr. Gambhir is
22  presenting here?
23      A     I don't.
24      Q     If you go to 6705.
25            Do you see that here the