| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872 Telephone: 801-366-0260 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980 | *Counsel for Utah and the Plaintiff States* |
| | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower San Francisco, CA 94105-1596 Telephone: (415) 442-1000 |
| *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* | |
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor San Francisco, CA 94111<br>Telephone: (415) 591-7500 | Glenn D. Pomerantz (SBN 97802)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor Los Angeles, California 90071-3426 Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 | *Counsel for Defendants Google LLC et al.* |
| | Douglas J. Dixon (SBN 275389) ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300 Newport Beach, CA 92660<br>Telephone: (949) 229-8640 |
| *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | |
| | *Counsel for Plaintiffs Match Group, LLC et al* |

[**Additional counsel on signature page**]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT PROPOSED WITNESS LIST FOR EVIDENTIARY HEARING ON CHAT PRESERVATION**<br><br>Judge: Hon. James Donato |

Pursuant to the Court's order, *see* MDL Dkt. 375, 384, Plaintiffs and the Google Defendants ("Google") respectfully submit this joint proposed witness list for the evidentiary hearing on chat preservation scheduled for January 12, 2023.

**Live Testimony**

| | Witness Name | Calling Party | Testimony Topics |
|---|---|---|---|
| 1. | Genaro Lopez | Google | Use and operation of the electronic chat system, communication tools available to Google employees, applicable and potential alternative retention policies, and guidelines for chat content |
| 2. | Jamie Rosenberg* | Google & Plaintiffs | <u>Google</u>: Use of chats and other communications methods <br> <u>Plaintiffs</u>: Use of Google Chats and the extent to which efforts were taken to preserve Google Chats |
| 3. | Lawrence Koh* | Google & Plaintiffs | <u>Google</u>: Use of chats and other communications methods <br> <u>Plaintiffs</u>: Use of Google Chats and the extent to which efforts were taken to preserve Google Chats |
| 4. | Tian Lim* | Google & Plaintiffs | <u>Google</u>: Use of chats and other communications methods <br> <u>Plaintiffs</u>: Use of Google Chats and the extent to which efforts were taken to preserve Google Chats |
| 5. | Andrew Rope | Google | Document preservation and legal hold implementation details, and details of collection/production in this case |
| 6. | Ronald Schnell | Plaintiffs | Mr. Schnell is an expert who will testify about the evolution of instant messaging applications, including Google Chat, for business enterprises; the features and functionalities of Google Chat; and the ways in which Google could have easily preserved Google Chats for all litigation hold custodians |

*The parties have agreed that only two of the three witnesses designated with a (*) will testify in person at the hearing. In particular, Plaintiffs have requested that Google make Mr. Lim available for the hearing, but his status remains uncertain and so the parties are continuing to confer.

1

JOINT PROPOSED WITNESS LIST FOR EVIDENTIARY HEARING ON CHAT PRESERVATION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

Respectfully submitted,

Dated: January 5, 2023

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  Katherine B. Forrest *(pro hac vice)*
  Gary A. Bornstein *(pro hac vice)*
  Timothy G. Cameron *(pro hac vice)*
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*
  Michael J. Zaken *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:  /s/ Lauren A. Moskowitz
     Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*

Dated: January 5, 2023

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

Respectfully submitted,

By:  /s/ Karma M. Giulianelli
     Karma M. Giulianelli

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Dated: January 5, 2023

PRITZKER LEVINE LLP
    Elizabeth C. Pritzker

Respectfully submitted,

By   */s/ Elizabeth C. PritzkerXX*
      Elizabeth C. Pritzker

*Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Dated: January 5, 2023

OFFICE OF THE UTAH ATTORNEY GENERAL
    Brendan P. Glackin
    Lauren M. Weinstein

Respectfully submitted,

By:   */s/ Brendan P. Glackin*
      Brendan P. Glackin

*Counsel for Utah*

Dated: January 5, 2023

HUESTON HENNIGAN LLP
    Douglas J. Dixon
    Christine Woodin
    Joseph A. Reiter

Respectfully submitted,

By:   */s/ Douglas J. Dixon*
      Douglas J. Dixon

*Counsel for Plaintiffs Match Group, LLC et al.*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  January 5, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| | | Brian C. Rocca |
| 3 | | Sujal J. Shah |
| | | Michelle Park Chiu |
| 4 | | Minna L. Naranjo |
| | | Rishi P. Satia |
| 5 | | |
| | | Respectfully submitted, |
| 6 | | |
| 7 | | By:  /s/ Brian C. Rocca |
| | | Brian C. Rocca |
| 8 | | |
| | | *Counsel for Defendants Google LLC et al.* |
| 9 | | |
| 10 | Dated:  January 5, 2023 | MUNGER, TOLLES & OLSON LLP |
| | | Glenn D. Pomerantz |
| 11 | | Kyle W. Mach |
| | | Kuruvilla Olasa |
| 12 | | Justin P. Raphael |
| | | Emily C. Curran-Huberty |
| 13 | | Jonathan I. Kravis |
| | | Dane P. Shikman |
| 14 | | Nicholas R. Sidney |
| 15 | | |
| | | Respectfully submitted, |
| 16 | | |
| 17 | | By:  /s/ Glenn D. Pomerantz |
| | | Glenn D. Pomerantz |
| 18 | | |
| | | *Counsel for Defendants Google LLC et al.* |

**E-FILING ATTESTATION**

I, Dane P. Shikman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Dane P. Shikman
Dane P. Shikman