| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br><br>*Counsel for the Proposed Consumer Class*<br><br>Paul J. Riehle (SBN 115199)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br><br>*Counsel for Epic Games, Inc.*<br><br>[Additional counsel appear on signature page] | Brendan P. Glackin (SBN 199643)<br>**OFFICE OF THE UT ATTY. GENERAL**<br>160 E 300 S, 5th Floor, PO Box 140872<br>Salt Lake City, UT 84114-0872<br><br>*Counsel for the States*<br><br>Douglas J. Dixon (SBN 275389)<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br><br>*Counsel for Match Group, LLC, et al.*<br><br>Glenn D. Pomerantz (SBN 112503)<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br><br>*Counsel for Google LLC et al.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT STIPULATION REGARDING REMOTE TESTIMONY AT JANUARY 12, 2023 EVIDENTIARY HEARING**<br><br>Judge: Hon. James Donato |

Plaintiff Epic Games, Inc., Plaintiffs Match Group LLC, et al., Consumer Plaintiffs, State Attorneys General Plaintiffs, and Defendants Google LLC et al. ("Google"), by and through their undersigned counsel, jointly submit this stipulation to permit Mr. Tian Lim, former Vice President of Engineering, Product and UX for Google Play, to testify remotely at the upcoming January 12, 2023 evidentiary hearing.

***

WHEREAS, on November 29, 2022, the Court entered an order setting an evidentiary hearing for January 12, 2023 at 1:30 p.m. regarding Google's chat data (the "Hearing"). The Court directed the parties to file a joint proposed witness list with testimony topics by January 5, 2023. (MDL Dkt. No. 384.)

WHEREAS, on December 13, 2022, the parties exchanged initial witness lists. Plaintiffs disclosed to Google that they intended to call Mr. Tian Lim to testify regarding the use of Google Chat and preservation of Google Chats.

WHEREAS, as of January 10, 2023, Mr. Lim is no longer employed by Google.

WHEREAS, Mr. Lim has been traveling since January 6 before beginning his next job, but is willing to testify live at the Hearing via remote connection.

WHEREAS, Plaintiffs contend that Mr. Lim's presence at the Hearing would materially aid the Court in resolving the issues to be presented at the Hearing, including "the use and operation of the electronic chat system, including storage and deletion policies, guidelines for chat content, and examples of typical chat communications" (MDL Dkt. No. 375).

WHEREAS, Federal Rule of Civil Procedure 43(a) states that "[f]or good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location." Fed. R. Civ. P. 43(a).

WHEREAS, the parties would ensure appropriate safeguards are in place in compliance with Federal Rule of Civil Procedure 43(a) should Mr. Lim be permitted to testify remotely.

THEREFORE, the parties hereby stipulate and agree that Mr. Lim should be permitted to testify at the Hearing remotely.

Dated: January 10, 2023

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  Gary A. Bornstein *(pro hac vice)*
  Timothy G. Cameron *(pro hac vice)*
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  Michael J. Zaken *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: /s/ Lauren A. Moskowitz
  Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*

Dated:  January 10, 2023

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

3

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | By: */s/ Karma M. Giulianelli* |
|   |      Karma M. Giulianelli |
|   | *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| Dated:  January 10, 2023 | PRITZKER LEVINE LLP |
|   |      Elizabeth C. Pritzker |
|   | Respectfully submitted, |
|   | By: */s/ Elizabeth C. Pritzker* |
|   |      Elizabeth C. Pritzker |
|   | *Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| Dated:  January 10, 2023 | OFFICE OF THE UTAH ATTORNEY GENERAL |
|   |      Brendan P. Glackin |
|   |      Lauren Weinstein |
|   | Respectfully submitted, |
|   | By: */s/ Brendan P. Glackin* |
|   |      Brendan P. Glackin |
|   | *Counsel for the Plaintiff States* |

| | | |
|---|---|---|
| 1 | Dated:  January 10, 2023 | HUESTON HENNIGAN LLP |
| 2 | | Douglas J. Dixon |
| | | Christine Woodin |
| 3 | | Joseph A. Reiter |
| 4 | | Respectfully submitted, |
| 5 | | By: /s/ Douglas J. Dixon |
| | | Douglas J. Dixon |
| 6 | | *Counsel for Plaintiffs Match Group, LLC et al.* |

Dated:  January 10, 2023     MORGAN, LEWIS & BOCKIUS LLP
                             Brian C. Rocca
                             Sujal J. Shah
                             Michelle Park Chiu
                             Minna L. Naranjo
                             Rishi P. Satia

                             Respectfully submitted,

                             By: /s/ Brian C. Rocca
                                 Brian C. Rocca

                             *Counsel for Defendants Google LLC et al.*

Dated:  January 10, 2023     MUNGER, TOLLES & OLSON LLP
                             Glenn D. Pomerantz
                             Kyle W. Mach
                             Kuruvilla Olasa
                             Justin P. Raphael
                             Emily C. Curran-Huberty
                             Jonathan I. Kravis
                             Marianna Y. Mao

                             Respectfully submitted,

                             By: /s/ Glenn D. Pomerantz
                                 Glenn D. Pomerantz

                             *Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz