UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION REGARDING REMOTE TESTIMONY AT JANUARY 12, 2023 EVIDENTIARILY HEARING**<br><br>Judge: Hon. James Donato |

After considering the Parties' Joint Stipulation Regarding Remote Testimony at January 12, 2023 Evidentiary Hearing, MDL Dkt. No. 405, and good cause appearing, the Court permits Mr. Tian Lim to appear remotely to testify at the January 12, 2023 evidentiary hearing regarding Google's chat data.

**IT IS SO ORDERED.**

Dated:

By: _____
THE HONORABLE JAMES DONATO
United States District Judge

1

[PROPOSED] ORDER RE: REMOTE TESTIMONY
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD