UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | CASE No. 3:21-md-02981-JD<br><br>**DECLARATION OF AARON L. SCHWARTZ IN SUPPORT OF PLAINTIFFS' NOTICE OF OBJECTION RELATED TO RULE 37 SANCTIONS HEARING**<br><br>Judge:  Hon. James Donato |

I, Aaron L. Schwartz, declare as follows:

1. I am an attorney duly admitted to practice in the State of New York and before this Court *pro hac vice*. I am an associate at Kaplan Fox & Kilsheimer LLP and represent the proposed consumer class in this action. I submit this declaration in support of the Plaintiffs' Notice of Objection Related to Rule 37 Sanctions Hearing. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein. The facts set forth herein are within my personal knowledge and if called as a witness, I could and would competently testify to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of the letter dated January 9, 2023 from Brian Rocca to Plaintiffs.

3. Attached hereto as **Exhibit B** of the letter dated November 19, 2022 from Karma Giulianelli to Glenn Pomerantz.

4. Attached hereto as **Exhibit C** of the letter dated November 30, 2022 from Glenn Pomerantz to Karma Giulianelli.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 11th day of January, 2023 at San Francisco, California.

*/s/ Aaron L. Schwartz*

SCHWARTZ DECLARATION IN SUPPORT OF PLAINTIFFS' NOTICE OF OBJECTION RELATED TO RULE 37 SANCTIONS HEARING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

2

**E-FILING ATTESTATION**

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                        */s/ Lauren A. Moskowitz*
                                        Lauren A. Moskowitz

SCHWARTZ DECLARATION IN SUPPORT OF PLAINTIFFS' NOTICE OF OBJECTION RELATED TO RULE 37 SANCTIONS HEARING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

3