# EXHIBIT A

# Morgan Lewis

**Brian C. Rocca**
Partner
+1.415.442.1432
brian.rocca@morganlewis.com

January 9, 2023

**Via E-Mail**

<u>Epic</u>
Yonatan Even
Cravath, Swaine & Moore LLP
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019-7475
yeven@cravath.com

<u>Match</u>
Douglas J. Dixon
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
ddixon@hueston.com

<u>Consumer Plaintiffs</u>
Hae Sung Nam
850 Third Avenue
14th Floor
New York, NY 10022
hnam@kaplanfox.com

<u>States</u>
Brendan Glackin
Office of the Utah Attorney General
160 East 300 South, 5th Floor
PO Box 140874
Salt Lake City, UT 84114-0874
bglackin@agutah.gov

Re:   <u>In re Google Play Store Antitrust Litigation</u>, No. 3:21-md-02981-JD (N.D. Cal.) ("MDL");
<u>Epic Games, Inc. v. Google LLC et al.</u>, No. 3:20-cv-05671-JD (N.D. Cal.);
<u>In re Google Play Consumer Antitrust Litigation</u>, No. 3:20-cv-05761-JD (N.D. Cal.);
<u>State of Utah, et al. v. Google LLC et al.</u>, No. 3:21-cv-05227-JD (N.D. Cal.);
<u>Match Group, LLC et al. v. Google LLC et al.</u>, No. 3:22-cv-02746-JD

Counsel:

Pursuant to the Court's order (MDL Dkt. No. 399), on January 6, 2023, Google provided a written summary of Mr. Lopez's anticipated testimony. Plaintiffs subsequently requested additional information. Although we disagree with Plaintiffs' characterization of the Court's order and Google's compliance with it, we are willing to provide additional information to assist Plaintiffs' preparation for the hearing. Google therefore provides the following supplemental written summary of Mr. Lopez's anticipated testimony at the evidentiary hearing.

Mr. Lopez will summarize his educational background, including his degrees from the University of California, Berkeley and Lewis & Clark Law School. He will also summarize his recent professional background, including prior work at Nike. Mr. Lopez will describe his current role at Google as

Morgan, Lewis & Bockius LLP

One Market
Spear Street Tower
San Francisco, CA  94105-1596   +1.415.442.1000
United States                   +1.415.442.1001

Yonatan Even
Hae Sung Nam
Brendan Glackin
Douglas J. Dixon
January 9, 2023
Page 2

Information Governance Lead.  This testimony will include a description of his basic job responsibilities, including the goal of helping Google appropriately manage the information that it creates and uses for business operations.  Mr. Lopez will also share his general approach to developing processes to manage information in a complex organization and specifically at Google.  Mr. Lopez will describe certain aspects of and reasons for information management policies, such as the retention of information that needs to be kept for business or other purposes, and the responsible disposition of information that no longer needs to be retained for business or other purposes.

Mr. Lopez will summarize the tools available to Google employees to create documents and communicate, including Google Workspace (e.g., Google Docs, Drive, Gmail, Chat).  He will describe the use of those tools within Google, Google's retention policies for those tools, and the reasons for those policies.  For example, Mr. Lopez will explain that employees save and retrieve information (e.g., Docs, Sheets, Slides or other file types such as PDFs) using their Google Drive accounts, and there is no retention policy that limits how long such information may be stored to Google Drive.  He will describe Gmail as the primary tool for email at Google.  Mr. Lopez will summarize the standard retention periods for emails in an employee's Gmail account (e.g., 18 months for "read" emails).

Mr. Lopez will describe Google Chat, including the different categories of Chat products, such as 1:1 chats, group chats, and Rooms/Spaces.  He will describe the differences between the categories of Chat products, including how they appear to the user, their core functionality and retention capabilities (e.g., how to turn "history on" and "forward to inbox").  Mr. Lopez will describe the retention policies applicable to each category of Chat, including the default product history settings for "history on" and how retention is impacted when a user turns "history on."  Mr. Lopez will also explain Google's general approach and standard practice regarding retention of Chat messages subject to a legal hold.  He will address the practical and technical challenges associated with alternative approaches to Chat retention, such as changing the "history on" default for a Workspace organizational unit.

Sincerely,

Brian C. Rocca