**PX-11**

Message

From:     Ornella Indonie [ornella@google.com]
Sent:     2/8/2016 9:21:36 PM
To:       Ashish Pimplapure [pimplapure@google.com]

- **Ornella Indonie**, 2016-02-08 13:21:36

Hu Ashish We are being asked to send briefing doc for samsung asap. Is it ready

- **Ashish Pimplapure**, 2016-02-08 13:30:58

Hi Ornella, am working on it. (synced up with Beth this morning). will share soon. waiting for a couple upates

- **Ornella Indonie**, 2016-02-08 13:32:20

Thanks Ashish. Are those updates critical to brief

- **Ashish Pimplapure**, 2016-02-08 13:32:38

one is for Pay :)

- **Ashish Pimplapure**, 2016-02-08 13:32:45

other from Zahavah

- **Ornella Indonie**, 2016-02-08 13:33:08

Ok. Can you please ping me current versiob to start reviewing

- **Ashish Pimplapure**, 2016-02-08 13:35:40

Here is the draft based on Dec briefing.

- **Ashish Pimplapure**, 2016-02-08 13:35:41

<a href="https://docs.google.com/document/d/1gZ9SWCDqrEeKxDSkiJ-RIBNItqijCgIorIpnkxuto-c/edit">https://docs.google.com/document/d/1gZ9SWCDqrEeKxDSkiJ-RIBNItqijCgIorIpnkxuto-c/edit</a>

- **Ornella Indonie**, 2016-02-08 13:43:49

Regarding list of attendees, Beth told me last week JK was attending. Is this confirmed. If so please adjust briefing. Also first I see Injong on the list. Is this confirmed

- **Ornella Indonie**, 2016-02-08 13:44:33

also is Larry confirmed for this? (Note: I will be joining as well)

- **Ashish Pimplapure**, 2016-02-08 13:46:14

thanks. I asked Beth to confirm attendees. on Jan 24, she had mentioned that Larry was attending

- **Ornella Indonie**, 2016-02-08 13:46:56

ok, let&#39;s confirm so that brief has latest. Seems Sundar wants a call tonight to prep so need to send briefs a few hours ahead

- **Ornella Indonie**, 2016-02-08 13:47:26

Also the briefing doc links to a doc which I don&#39;t think has been updated for awhile. Should we link to this one instead? <a href="https://docs.google.com/spreadsheets/d/1nl4Hpapo7gc7LKkXC07yhNkwJXFeFJr_rouzPCtfLoM/edit#gid=675415062">https://docs.google.com/spreadsheets/d/1nl4Hpapo7gc7LKkXC07yhNkwJXFeFJr_rouzPCtfLoM/edit#gid=675415062</a>

- **Ashish Pimplapure**, 2016-02-08 14:02:48

I was talking to Jim about this...will update it

CONFIDENTIAL                                                                                     GOOG-PLAY-007943814

- **Ornella Indonie**, 2016-02-08 16:52:55

Can you please give me a quick status?

- **Ashish Pimplapure**, 2016-02-08 16:53:48

Almost there. I am culling a lot of the updates to simplify it. (given the high level nature of discussion)

- **Ashish Pimplapure**, 2016-02-08 16:54:12

From Samsung, we will have JY, JK, David Eun

- **Ashish Pimplapure**, 2016-02-08 16:54:15

No DJ

- **Ornella Indonie**, 2016-02-08 16:54:33

Wow

- **Ashish Pimplapure**, 2016-02-08 16:55:05

looks like JK still supercedes DJ

- **Ashish Pimplapure**, 2016-02-08 16:55:11

and David is now a President

- **Ornella Indonie**, 2016-02-08 16:55:50

I knew JK was coming vut not having DJ id odd

- **Ornella Indonie**, 2016-02-08 16:56:03

Is larrry attending

- **Ashish Pimplapure**, 2016-02-08 16:56:14

yes

- **Ashish Pimplapure**, 2016-02-08 16:56:23

Google attendees: Larry, Sundar, Hiroshi and you

- **Ashish Pimplapure**, 2016-02-08 16:56:34

confirmed by Beth

- **Ornella Indonie**, 2016-02-08 16:56:47

Ok, thanks

- **Ashish Pimplapure**, 2016-02-08 16:56:51

(I used to work with Beth back in the days when she was working with Nikesh)

- **Ornella Indonie**, 2016-02-08 16:57:24

Please send brief soon cause sundar needs to rrview before our meeting tonight

- **Ashish Pimplapure**, 2016-02-08 16:57:30

will do.

- **Ornella Indonie**, 2016-02-08 16:57:52

Tks

- **Ashish Pimplapure**, 2016-02-08 16:57:57

np

- **Ornella Indonie**, 2016-02-08 18:03:43

Please ping me when doc is ready. Want to do one last scan and send. If we send thos doc too late, it may look perfect but will not be of any use as nobody will have the time to read it. :-)

- **Ashish Pimplapure**, 2016-02-08 18:06:28

understood. Jim is adding his thoughts. I will give him 10 more mins

- **Ashish Pimplapure**, 2016-02-08 18:26:43

Hi Ornella

- **Ashish Pimplapure**, 2016-02-08 18:26:49

please take a look when you have a few

- **Ashish Pimplapure**, 2016-02-08 18:27:12

&lt;a href="https://docs.google.com/document/d/1gZ9SWCDqrEeKxDSkiJ-RIBNItqijCgIorIpnkxuto-c/edit"&gt;https://docs.google.com/document/d/1gZ9SWCDqrEeKxDSkiJ-RIBNItqijCgIorIpnkxuto-c/edit&lt;/a&gt;

- **Ornella Indonie**, 2016-02-08 18:27:21

Great tks

- **Ashish Pimplapure**, 2016-02-08 18:28:18

np. I am available through the rest of the evening, so please let me know if there are any questions, etc.

- **Ornella Indonie**, 2016-02-08 18:31:37

Really appreciate it. Tks

- **Ashish Pimplapure**, 2016-02-08 18:31:41

np

- **Ornella Indonie**, 2016-02-08 19:40:31

Ashish - sorry for late ping.

- **Ashish Pimplapure**, 2016-02-08 19:40:39

np

- **Ornella Indonie**, 2016-02-08 19:41:00

If sundar asks what will close the deal tomorrow (Something we are comftarble with) do we have that answer

- **Ashish Pimplapure**, 2016-02-08 19:43:39

Jim&#39;s note dated Feb 3 captures, it, but it is far from what Samsung wants.... they are anchored on $1B / year

- **Ornella Indonie**, 2016-02-08 19:43:58

can you forward again?

- **Ashish Pimplapure**, 2016-02-08 19:44:03

ok

- **Ornella Indonie**, 2016-02-08 19:44:07

I think brief is lacking that

- **Ornella Indonie**, 2016-02-08 19:44:36

I can put on email if we don&#39;t want in brief

- **Ashish Pimplapure**, 2016-02-08 19:47:08

well, all our proposals thus far have been clustered together, but Samsung is anchored on $1B / year... the big question is whether Sundar wants to offer a revshare similar to apple

CONFIDENTIAL

GOOG-PLAY-007943816

- **Ashish Pimplapure,** 2016-02-08 19:50:18

&quot;closing&quot; tomorrow is tough unless i) Samsung agrees to sign MADA as is (or with very few changes), we, and ii) comes down to ~ $500M / year

- **Ornella Indonie,** 2016-02-08 19:51:06

what was the % on Jim&#39;s note

- **Ashish Pimplapure,** 2016-02-08 19:51:16

let me send it

- **Ornella Indonie,** 2016-02-08 19:51:29

also did we run $$$ on that

- **Ashish Pimplapure,** 2016-02-08 19:51:42

we did a sensitivity analysis

- **Ornella Indonie,** 2016-02-08 19:52:38

we need to send the sensitivity analysis to sundar. hard to make any decisions without

- **Ashish Pimplapure,** 2016-02-08 19:52:55

ok

- **Ornella Indonie,** 2016-02-08 20:00:35

Got the note. This was more of a proposed counter from us. Not sure it would get deal closed. Do you have the sensisitivity?

- **Ashish Pimplapure,** 2016-02-08 20:01:23

btw, our brief from Dec has the payments modeled for various percentages

- **Ashish Pimplapure,** 2016-02-08 20:01:24

&lt;a href="https://docs.google.com/document/d/1YqECzEwzu35BMiJNb3wIR0VJas_5eYHLBFD_qjQMBw0/edit"&gt;https://docs.google.com/document/d/1YqECzEwzu35BMiJNb3wIR0VJas_5eYHLBFD_qjQMBw0/edit&lt;/a&gt;

- **Ashish Pimplapure,** 2016-02-08 20:01:35

(scroll to the last page)

- **Ornella Indonie,** 2016-02-08 20:05:51

should we include that modeling in brief to avoid multiple docs

- **Ashish Pimplapure,** 2016-02-08 20:07:08

done

- **Ashish Pimplapure,** 2016-02-08 20:07:18

(on last page in the main briefing doc now)

- **Ornella Indonie,** 2016-02-08 20:11:08

should we highlight our last offer rahter then BC approval?

- **Ornella Indonie,** 2016-02-08 20:12:44

just checking and numbers are not matching the trix, we will have to remove

- **Ashish Pimplapure,** 2016-02-08 20:26:54

would you happen to know if Sundar is going into tomorrow&#39;s meeting with the intention of closing revshare, or if he prefers tackling MADA first before we close revshare?

CONFIDENTIAL

GOOG-PLAY-007943817

- **Ornella Indonie,** `2016-02-08 20:47:56`

I will find out more tonight but would expect no. Ilbut i know he wants to understand gap

- **Ashish Pimplapure,** `2016-02-08 20:48:52`

ok

- **Ashish Pimplapure,** `2016-02-08 20:51:01`

1. search only $$ gap is about $1.5B (they want $3B, our estimate is about $1.5B).

- **Ashish Pimplapure,** `2016-02-08 20:51:31`

2. product gap is large as they want their own apps

- **Ornella Indonie,** `2016-02-08 20:51:34`

only ☺

- **Ashish Pimplapure,** `2016-02-08 20:52:11`

sorry, I meant &quot;search only&quot; , not considering product obligations

- **Ornella Indonie,** `2016-02-08 20:52:21`

ahah

- **Ashish Pimplapure,** `2016-02-08 21:46:31`

Jim wanted me to summarize the +2 situation.

- **Ornella Indonie,** `2016-02-08 21:46:55`

for pay - yes thanks

- **Ashish Pimplapure,** `2016-02-08 21:50:19`

sending you a note

- **Ornella Indonie,** `2016-02-08 21:50:22`

the assumption on the elasticity doc &lt;a href="https://docs.google.com/document/d/1YqECzEwzu35BMiJNb3wIR0VJas_5eYHLBFD_qjQMBw0/edit"&gt;https://docs.google.com/document/d/1YqECzEwzu35BMiJNb3wIR0VJas_5eYHLBFD_qjQMBw0/edit&lt;/a&gt;

- **Ornella Indonie,** `2016-02-08 21:50:33`

assumes 50% compliance on Samsung IDs?

- **Ashish Pimplapure,** `2016-02-08 21:51:05`

carrier IDs

- **Ornella Indonie,** `2016-02-08 21:51:16`

no samsung IDs

- **Ornella Indonie,** `2016-02-08 21:51:21`

the second table

- **Ashish Pimplapure,** `2016-02-08 21:57:00`

just sent a summary of Samsung Pay placement. re: second table, did you mean the table for &quot;Samsung IDs - New devices&quot;

- **Ornella Indonie,** `2016-02-08 21:57:44`

yes

CONFIDENTIAL