**PX-16**

Message

**From:**      Jamie Rosenberg (jamierosenberg@google.com) [jamierosenberg@google.com]
**Sent:**      3/17/2017 12:36:52 AM
**To:**        Ashish Pimplapure [pimplapure@google.com]

- **Jamie Rosenberg (jamierosenberg@google.com)**, 2017-03-16 17:36:52

i&#39;m going to try to reach Peter now... any update from ES on getting final devices with final software?

- **Ashish Pimplapure**, 2017-03-16 17:39:30

I spoke with Jay. He is looking into giving us access to final hardware ID. (We may need to visit Samsung office as they won&#39;t release it outside). For build software, they are saying that current build software is final. However, the apps will update closer to launch as the apps are not finalized (including Bixby)

- **Jamie Rosenberg (jamierosenberg@google.com)**, 2017-03-16 17:43:08

That sounds a bit evasive.  How are they planning to get the &quot;updated&quot; apps on the device?  I can&#39;t see how they&#39;d deliver Bixby over the air if they don&#39;t have voice input wired up now and it&#39;s a key part of the device proposition.

- **Jamie Rosenberg (jamierosenberg@google.com)**, 2017-03-16 17:43:23

Also, can we get sample builds for all the configurations contemplated in our waiver so we can validate placement?

- **Ashish Pimplapure**, 2017-03-16 17:44:00

For placement, yes. That is an approval condition.

- **Ashish Pimplapure**, 2017-03-16 17:44:17

(on a per sku basis)

- **Jamie Rosenberg (jamierosenberg@google.com)**, 2017-03-16 17:44:39

Right... but they need to deliver us devices for our &quot;TA&quot;, where it&#39;s actually feasible for them to address issues if we find them

- **Ashish Pimplapure**, 2017-03-16 17:47:26

for the build approval, our TAMs will just reflash an existing device (lunchbox version of GS8) with the build to review and approve it.

- **Ashish Pimplapure**, 2017-03-16 17:47:54

so for h/w, we have lunchbox only

- **Ashish Pimplapure**, 2017-03-16 17:48:21

but for s/w, we get all build variations...

- **Jamie Rosenberg (jamierosenberg@google.com)**, 2017-03-16 17:48:37

that&#39;s an OK approach for things like placement

- **Ashish Pimplapure**, 2017-03-16 17:54:59

So CTS / GTS: automated tests, placement, other contractual requirements: manual review of build on flagship lunchbox. But no final form hardware disclosure from Samsung as it is not covered under any requirement, and they guard it till unpacked.

- **Ashish Pimplapure**, 2017-03-16 18:18:19

Hi Jamie, I just sent you and others a note re: final h/w &amp; s/w, including ES&#39; response.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007216709

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 18:19:40`

what do you think we should do about the long press issue?

- **Ashish Pimplapure**, `2017-03-16 18:20:12`

two things:

- **Ashish Pimplapure**, `2017-03-16 18:20:28`

1. checking if there is a bug ... the issue that Hiroshi identified

- **Ashish Pimplapure**, `2017-03-16 18:21:27`

2. since both long and short press map to the assistant, require that they should have the same time delay. (500ms).

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 18:30:30`

Can you please send an email to Jay + Peter with exactly what we want, so there is no confusion? Btw, on my call with Peter he said he considers is done with MADA. I said let's start the signing process...and he agreed...so pls follow up on that.

- **Ashish Pimplapure**, `2017-03-16 18:31:11`

Thanks. That is great news. Will do.

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 18:35:02`

Btw, I don't know if that means they fully reviewed the last draft you sent over, but let's be presumptive and start the signing process anyway.

- **Ashish Pimplapure**, `2017-03-16 18:35:54`

understood. We typically do one final review with redlines of final draft against original (in this case 2014 MADA), which we get started

- **Ashish Pimplapure**, `2017-03-16 18:36:12`

(just want to make sure that nothing was slipped inadvertently )

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 19:52:46`

yt?

- **Ashish Pimplapure**, `2017-03-16 19:57:55`

Hello

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 19:59:30`

hi.  hiroshi and I are talking to Injong and Peter at 10 p.m. about the home button issue.  can I call you to make sure I have background on anything else that's open?

- **Ashish Pimplapure**, `2017-03-16 20:00:23`

Happy to chat. We shared the draft earlier today, but have not seen their response yet.

- **Ashish Pimplapure**, `2017-03-16 20:00:59`

for non business issues, we need their email confirmation on things like supporting Hotword and Duo reset by MR, etc.

- **Ashish Pimplapure**, `2017-03-16 20:01:07`

let me prepare a list and send it to you

- **Ashish Pimplapure**, `2017-03-16 20:01:18`

and then we can chat on phone.

- **Ashish Pimplapure**, `2017-03-16 20:03:27`

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007216710

actually

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 20:03:32`

It&#39;s less about MADA and what we need for device approval.  They are going to push us on the call to articulate where the finish line is.

- **Ashish Pimplapure**, `2017-03-16 20:03:32`

let me update the S8 blocker doc

- **Ashish Pimplapure**, `2017-03-16 20:03:37`

got it

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 20:03:59`

And is there a distinction between CTS approval and device approval?

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 20:04:29`

Finally, what asks do we have of them for dogfood devices and additional build configurations?  i.e., do we need to see all app placement configurations before we can approve... and have we communicated that to them?

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 20:04:53`

And have we confirmed that no carriers are getting final HW devices for their TA, or are they treating us differently?

- **Ashish Pimplapure**, `2017-03-16 20:05:12`

they are treating us differently

- **Ashish Pimplapure**, `2017-03-16 20:05:20`

they are only providing what is contractually required

- **Ashish Pimplapure**, `2017-03-16 20:05:35`

so they send us lunchbox devices + all builds

- **Ashish Pimplapure**, `2017-03-16 20:05:48`

(this is for flagships)

- **Ashish Pimplapure**, `2017-03-16 20:06:24`

will update the doc now

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 20:12:50`

are you suggesting that we hold up approval until all blockers are resolved?  CTS approval?  Full device approval?  And has this been communicated to them?

- **Ashish Pimplapure**, `2017-03-16 20:13:04`

CTS is clean

- **Ashish Pimplapure**, `2017-03-16 20:13:23`

GTS has one issue (flexible apps in user partition) which goes away after MADA is confirmed

- **Ashish Pimplapure**, `2017-03-16 20:13:36`

so it is really about the open issues in the doc that I am listing

- **Ashish Pimplapure**, `2017-03-16 20:13:42`

we have communicated these to them

- **Ashish Pimplapure**, `2017-03-16 20:13:53`

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007216711

<a
href="https://docs.google.com/document/d/1tspCxiHeUXn0sSxXwEtsWNhvOqS0XAcBc4IEvrdQr_4/edit">htt
ps://docs.google.com/document/d/1tspCxiHeUXn0sSxXwEtsWNhvOqS0XAcBc4IEvrdQr_4/edit</a>

- **Ashish Pimplapure,** `2017-03-16 20:14:17`

Our TAM (Andrew Baek) communicates these right after each build review

- **Ashish Pimplapure,** `2017-03-16 20:14:32`

so their tech team has known these for a while

- **Jamie Rosenberg (jamierosenberg@google.com),** `2017-03-16 20:15:34`

Has their business team known about them?

- **Ashish Pimplapure,** `2017-03-16 20:15:42`

Jay has

- **Ashish Pimplapure,** `2017-03-16 20:16:08`

although it appears that they just bundle everything as &quot;CTS approval&quot;

- **Jamie Rosenberg (jamierosenberg@google.com),** `2017-03-16 20:17:44`

the doc does&#39;t seem up to date.  All issues you list seem closed... though a few need verification.  So
where is the finish line for them?

- **Ashish Pimplapure,** `2017-03-16 20:22:34`

it is the items in bulleted list: a few verifications + resolution of long touch / press.

- **Ashish Pimplapure,** `2017-03-16 20:22:45`

and I am re-checking with TAM team on any other open items.

- **Jamie Rosenberg (jamierosenberg@google.com),** `2017-03-16 20:29:45`

Ok

- **Ashish Pimplapure,** `2017-03-16 20:38:39`

btw, Samsung just pinged me and asked about the list. would be helpful to share it in advance with them so both
parties are on the same page.

- **Jamie Rosenberg (jamierosenberg@google.com),** `2017-03-16 20:43:44`

yes, please do.

- **Ashish Pimplapure,** `2017-03-16 20:44:20`

thanks

- **Jamie Rosenberg (jamierosenberg@google.com),** `2017-03-16 20:49:25`

also, pls try to get a better answer on hotword... I don&#39;t understand why it&#39;s taking that long,
particularly since all the code seems to be done

- **Ashish Pimplapure,** `2017-03-16 20:50:16`

they are dragging their feet. Really disappointed that in spite of all our efforts with both SoCs (Qualcomm
&amp; SLSI), Samsung is taking so long

- **Jamie Rosenberg (jamierosenberg@google.com),** `2017-03-16 20:55:06`

so we should ask Samsung to commit to first MR for this, right?  Also, have they committed to Daydream for
first MR?

- **Ashish Pimplapure,** `2017-03-16 20:56:03`

Hotword: they did commit to first MR at MWC.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY                    GOOG-PLAY-007216712

- **Ashish Pimplapure**, 2017-03-16 20:56:19

so we should just hold them to that date

- **Ashish Pimplapure**, 2017-03-16 20:56:27

Same for Daydream

- **Ashish Pimplapure**, 2017-03-16 20:56:39

there is really no excuse for them to slip either of these

- **Ashish Pimplapure**, 2017-03-16 20:57:14

(we have not brought up Daydream in our MADA review process)

- **Jamie Rosenberg (jamierosenberg@google.com)**, 2017-03-16 21:02:05

Reading through the doc, it seems that we should be able to verify most things with the build we have (and should do that ASAP, no later than tomorrow).  Pls split the doc into 1) things we can (and should) verify with the build we have.  2) Asks of Samsung for additional verification (seems like Gmail, plus additional configurations of app placement [i.e., open market, non-US carrier, etc.];  and 3) Commitments for first MR.  I should only be talking about #2 and #3 on the call.

- **Ashish Pimplapure**, 2017-03-16 21:02:30

ok

- **Jamie Rosenberg (jamierosenberg@google.com)**, 2017-03-16 21:16:08

when you have that ready, pls send in that format to Samsung as well, so we can all be working off the same list.  And lmk when it&#39;s ready so I can send to Hiroshi.

- **Ashish Pimplapure**, 2017-03-16 21:16:40

ok

- **Ashish Pimplapure**, 2017-03-16 21:24:05

resolved all comments

- **Ashish Pimplapure**, 2017-03-16 21:24:16

no other inputs from APEs

- **Ashish Pimplapure**, 2017-03-16 21:24:22

so it is ready for your review

- **Jamie Rosenberg (jamierosenberg@google.com)**, 2017-03-16 21:27:55

i added one more question

- **Ashish Pimplapure**, 2017-03-16 21:28:39

we approve builds on a SKU basis

- **Ashish Pimplapure**, 2017-03-16 21:28:54

GS8 launch is staggered over a few months

- **Ashish Pimplapure**, 2017-03-16 21:28:59

so we won&#39;t get all builds in one go

- **Jamie Rosenberg (jamierosenberg@google.com)**, 2017-03-16 21:29:05

ok

- **Ashish Pimplapure**, 2017-03-16 21:29:19

we are getting the big ones: VZ, AT&amp;T, etc.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

- **Ashish Pimplapure**, `2017-03-16 21:29:42`

other builds (smaller countries) may come later

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 21:33:01`

ok.  you can resolve the comment and then pls send to Samsung

- **Ashish Pimplapure**, `2017-03-16 21:33:25`

Done. Sent to Jay.

- **Ashish Pimplapure**, `2017-03-16 21:34:56`

got the message that they are reviewing it now

- **Ashish Pimplapure**, `2017-03-16 21:39:51`

just one minor tweak, this is for us to verify.... Gmail will be in the folder for carrier version. (I also clarified with Samsung)

- **Ashish Pimplapure**, `2017-03-16 21:41:38`

Also, please let me know if I should join the call. Happy to listen in.

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 21:42:19`

who is attending from their side?

- **Ashish Pimplapure**, `2017-03-16 21:42:40`

checking...

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 21:43:05`

I told them Hiroshi and I were joining and am expecting Injong and Peter

- **Ashish Pimplapure**, `2017-03-16 21:43:15`

ok

- **Ashish Pimplapure**, `2017-03-16 21:49:31`

they responded with four: Injong / Peter / Jay / Seung. If a small group is preferred, I can ask them to have just Injong &amp; Peter.

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 21:51:42`

if they are bringing four then you should join.  i will add you to the invite

- **Ashish Pimplapure**, `2017-03-16 21:51:59`

sounds good. thanks

- **Ashish Pimplapure**, `2017-03-16 22:01:09`

btw, feedback from Samsung:

- **Ashish Pimplapure**, `2017-03-16 22:01:48`

On 500ms: they want to find out the right value.

- **Ashish Pimplapure**, `2017-03-16 22:02:12`

Hotwords: they say that both teams agreed to finish dev / QA by 6/15 and then do next MR

- **Ashish Pimplapure**, `2017-03-16 22:02:24`

Email: they want to fix it via an app update

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 22:02:24`

which teams?

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007216714

- **Ashish Pimplapure,** 2017-03-16 22:02:49

samsung / soc / google. QA is from samsung, and that is the long pole

- **Jamie Rosenberg (jamierosenberg@google.com),** 2017-03-16 22:03:28

i don&#39;t feel very well informed on the hotword issue.  is the development work done or not?

- **Jamie Rosenberg (jamierosenberg@google.com),** 2017-03-16 22:03:50

and on 500ms, have we shared any data or research from our side on the right value?

- **Ashish Pimplapure,** 2017-03-16 22:05:37

500ms:

- **Ashish Pimplapure,** 2017-03-16 22:05:38

we have not shared any data

- **Ashish Pimplapure,** 2017-03-16 22:05:59

Assistant team&#39;s first priority was that they both have the same value (touch / press)

- **Ashish Pimplapure,** 2017-03-16 22:06:04

and preference is 500ms

- **Ashish Pimplapure,** 2017-03-16 22:06:18

but worst case time would be scott&#39;s decision

- **Jamie Rosenberg (jamierosenberg@google.com),** 2017-03-16 22:06:18

would be good to know (maybe from Glen/ Pixel team) what research we did on the right value for Pixel

- **Ashish Pimplapure,** 2017-03-16 22:07:41

Pixel is 500 ms

- **Jamie Rosenberg (jamierosenberg@google.com),** 2017-03-16 22:07:47

we&#39;ve had long press on home on Android much longer than Assistant has existed

- **Ashish Pimplapure,** 2017-03-16 22:12:24

We will send them a report

- **Ashish Pimplapure,** 2017-03-16 22:24:31

Either they truly don&#39;t know what their team has implemented, or they don&#39;t want to share future plans.

- **Jamie Rosenberg (jamierosenberg@google.com),** 2017-03-16 22:44:27

ji soo is in mtv?

- **Ashish Pimplapure,** 2017-03-16 22:44:52

We met him yesterday.

- **Ashish Pimplapure,** 2017-03-16 22:47:36

Licensed content

- **Ashish Pimplapure,** 2017-03-16 22:48:41

Injong is asking for content that our team is not syndicating.

- **Ashish Pimplapure,** 2017-03-16 23:04:27

Hotword is really a resourcing issue

- **Ashish Pimplapure,** 2017-03-16 23:05:08

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

They just need to dedicate resources and commit.

- **Ashish Pimplapure**, `2017-03-16 23:18:50`

I am drafting up a response to Hiroshi&#39;s question: &quot;what percent of domains can we not provide?&quot;

- **Ashish Pimplapure**, `2017-03-16 23:19:21`

short answer: it is complicated. For example,

- **Ashish Pimplapure**, `2017-03-16 23:19:26`

we cannot provide answer to :

- **Ashish Pimplapure**, `2017-03-16 23:19:32`

[michael jackson thriller]

- **Ashish Pimplapure**, `2017-03-16 23:19:33`

but

- **Ashish Pimplapure**, `2017-03-16 23:19:37`

we can answer

- **Ashish Pimplapure**, `2017-03-16 23:19:42`

[composer of thriller]

- **Ashish Pimplapure**, `2017-03-16 23:19:57`

or

- **Ashish Pimplapure**, `2017-03-16 23:20:18`

Images: we cannot provide an image if it comes from Google+

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 23:21:14`

I understand there are limitations.  At the same time, there is probably more we can do on domains if we push the Assistant team to put some effort in.  We need to get their P0 domain list ASAP and sit down with the Assistant team to find out what&#39;s possible with a hard push.

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 23:22:11`

Also, to the point the Assistant team made about being able to provide some incremental TTS support by 3/31, can you float that by Ji Soo and see if the additional support we can provide there would make a difference?

- **Ashish Pimplapure**, `2017-03-16 23:23:46`

I will check with Ji Soo, but he tends to defer to Injong. So we should also bring this up with Injong again (maybe a call on Monday)

- **Jamie Rosenberg (jamierosenberg@google.com)**, `2017-03-16 23:24:46`

we should have a call when we have a full update on domains as well... so we just need to know how soon we&#39;d be ready for that

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY                    GOOG-PLAY-007216716