**PX-25**

Message

| | |
|---|---|
| From: | Bob Borchers [bborchers@google.com] |
| Sent: | 7/20/2018 12:04:15 AM |
| To: | Jamie Rosenberg [jamiero@google.com] |

- **Bob Borchers**, 2018-07-19 17:04:15

Have everything you need for epic?

- **Jamie Rosenberg**, 2018-07-19 17:08:06

yes, I think so... we got BC approval today for the $$.  I just scanned through Albert's slides.... I don't know if tomorrow will be a "slides" type discussion... but there are a couple that are very cool visuals, so I'll have them at the ready

- **Jamie Rosenberg**, 2018-07-19 17:08:46

Also, I want to make sure pick the things that would look good compared to whatever Samsung offered them

- **Jamie Rosenberg**, 2018-07-19 17:09:02

The OOH mockup is awesome, but I'm a bit worried that Samsung might have courted them with lots of ATL associated with Note 9

- **Jamie Rosenberg**, 2018-07-19 17:09:10

The gift card thing is something Samsung can't do

- **Bob Borchers**, 2018-07-19 17:09:48

The wild card for me are the cause related pieces. Might appeal to his current mindset even if they don't drive dowlads

- **Bob Borchers**, 2018-07-19 17:09:57

Downloads that is

- **Jamie Rosenberg**, 2018-07-19 17:10:40

yes... and part of our financial offer is to co-fund philanthropic and developer-focused initiatives together

- **Jamie Rosenberg**, 2018-07-19 17:12:57

I think that stuff will resonate conceptually... but they have some philanthropic/ community initiatives of their own, so we'll have to get a feel for how much would be about introducing fortnite to our initiatives or Google making contributions to their stuff.