**PX-37**

Message
_____

| | |
|---|---|
| **From:** | Jim Kolotouros [jimk@google.com] |
| **Sent:** | 6/8/2019 5:29:51 PM |
| **To:** | Jamie Rosenberg [jamiero@google.com] |
| **CC:** | Donald Harrison [harrison@google.com]; Sameer Samat [ssamat@google.com]; Christopher Li [lichristopher@google.com]; Kate Lee [katelee@google.com]; jinyoungbaik [jinyoungbaik@google.com] |
| **Subject:** | Re: Notes from Samsung / Play / IAP conversation |

** attorney client privileged **

They would align on IAP as well...

On Sat, Jun 8, 2019 at 10:28 AM Jamie Rosenberg <jamiero@google.com> wrote:
   Privileged

   Thanks, Jim.

   You mentioned in our IM chat yesterday that Samsung broached the topic of asking for rev share on the Play
   Store.  Did they offer what they would give in return for that?


   On Sat, Jun 8, 2019 at 10:22 AM Jim Kolotouros <jimk@google.com> wrote:
   ** attorney client privileged **

   Don/Sameer/Jamie:

   Last night Chris, Jinyoung and I had a call with Samsung (Jay Kim & Seung) to discuss our Play Store
   proposal.  The notes are here.

   Long story short: They are committed to developing a financial relationship with developers to enhance the
   fundamental economics of their mobile hardware business.  They think that gaming in particular is a vertical
   that would yield good economics.

   I think our trip next week will be productive, if for no other reason than we can have honest discussions about
   how to align moving forward while also achieving Hiroshi's goal of bringing them closer to us.

   Some very important points:

   - Chris has pre-flighted with Samsung that we want the MADA renewal to be free of friction.  He noted that
   we're looking to do an "as is" extension with a short amendment to cover a limited number of items (e.g., pre-
   load policy, GMS expiration on old letter versions, hardware affordance).  Chris will publish more detailed
   notes of their initial reactions before we jump on a plane.

   - In fact, we DO have a short-term AFA in place that was executed concurrent to the Becker deals.  So the
   risk that I had thought was there is in fact not present.  So we have that going for us.  We will still push hard
   on getting the ACC in place and digging deep on the non-supported form factor exceptions they'd like.

   - We have not brought up search revenue share (RSA) at all.  I think it will and should come up in our
   meetings on Tuesday as part of a broader plan for alignment.  And I'd like us to align on the potential message
   of "alot of the things that we valued and included in revenue share 2 years ago are things that we do not
   believe are as important within the context of a revenue share deal... we don't think you made any changes to

GOOG-PLAY-001974461

letter/search update cadence/frequency at all, so why include it in RSA (since it doesn't alter behavior)?  Daydream?  search exclusivity (especially in Europe where so much revenue flows and in a choice screen world?), etc.,")

Happy to discuss before jumping on a plane on Sunday night.

thanks.

CONFIDENTIAL

GOOG-PLAY-001974462