**PX-106**

**Message**

| | |
|---|---|
| From: | Karan Gambhir [kgkaran@google.com] |
| Sent: | 3/3/2021 11:13:47 PM |
| To: | Mike Marchak [marchak@google.com] |

- **Karan Gambhir**, 2021-03-03 15:13:47

do you know how/when the Rakuten proposal will go to BC? I remember hearing in a meeting that Sameer had will help fast track a BC review - not sure what that means

- **Karan Gambhir**, 2021-03-03 15:14:33

I ask as I got added to a &quot;pre BC review&quot; with Shafiq later today - set up by Marketing finance

- **Mike Marchak**, 2021-03-03 15:16:26

I don&#39;t know.  In a meeting yesterday, Purnima was pushing for very quick turnarounds and Christian was pushing back to some degree

- **Karan Gambhir**, 2021-03-03 15:17:55

I believe Evan and team want to share an offer with Rakuten today - if it is not BC approved, I believe there will be lots of concerns raised... Marketing finance has already raised a flag

- **Mike Marchak**, 2021-03-03 15:18:37

I don&#39;t have all the context on why the timeline is so rushed

- **Mike Marchak**, 2021-03-03 15:18:53

I agree w/ finance from what I know

- **Karan Gambhir**, 2021-03-03 15:21:10

I agree too, but I have some context - Sameer has asked Purnima to do what it takes to ensure Rakuten does not go to the govt to complain against Play (given policy)... and Rakuten had been pushing to close a deal by end of Feb

- **Karan Gambhir**, 2021-03-03 15:21:32

(I have been to ~5% of Rakuten meetings - I believe there are many more happening with multiple different teams)

- **Mike Marchak**, 2021-03-03 15:22:31

I think we&#39;re both in the same boat

- **Karan Gambhir**, 2021-03-03 16:23:35

ok, so Olivia and Felix will tag team on Rakuten (Felix will lead and Olivia will support as Yoshi has asked for MTV support). have asked Felix to kick off BC approvals so that the process gets going

- **Karan Gambhir**, 2021-03-03 16:23:54

have asked her to sync up with Felix and divide AIs as needed

- **Mike Marchak**, 2021-03-03 16:48:43

ok

- **Mike Marchak**, 2021-03-03 16:49:32

It would be really helpful if we thought of a few key questions for all bespoke deals

- **Mike Marchak**, 2021-03-03 16:50:24

Is contagion an issue?

- **Mike Marchak**, 2021-03-03 16:50:42

CONFIDENTIAL                                                                                                                            GOOG-PLAY-003894444

Are payments encumbered or unencumbered?

CONFIDENTIAL

GOOG-PLAY-003894445