# DXCH-105

# Example of "Group Chat"

