UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cases:
3:21-md-02981-JD In re Google Play Store Antitrust Litigation
3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
3:20-cv-05761-JD In re Google Play Consumer Antitrust Litigation
3:21-cv-05227-JD State of Utah et al v. Google LLC et al
3:22-cv-02746-JD Match Group, LLC et al v. Google LLC et al

**EXHIBIT and WITNESS LIST**

| **JUDGE:** Hon. James Donato | **PLAINTIFFS' ATTORNEYS:** Karma Giulianelli/John Byars/ Gary Bornstein/Hae Sung Nam/ Lauren Moskowitz/Elizabeth C Pritzker/Nancy Nishimura/ Aaron Schwartz/Lauren Weinstein/Paul Riehle/Brendan Glackin/Doug Dixon/Glen Summers | **DEFENDANTS' ATTORNEYS:** Glen Pomerantz/ Brian Rocca/Michelle Park Chiu/ Jonathan Kravis |
|---|---|---|
| **EVIDENTIARY HEARING DATE:** 1/12/2023 | **REPORTER(S):** Ana Dub | **CLERK:** Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:13 pm | | | Defendants call Genaro Lopez – direct examination. | |
| | 104 | | 1/12/23 | 1/12/23 | Screenshot of Chat | LRC |
| | 105 | | 1/12/23 | 1/12/23 | Screenshot of Group Chat | LRC |
| | DXCH 106 | | 1/12/23 | 1/12/23 | Threaded Room Chat | LRC |
| | DXCH 1 | | 1/12/23 | 1/12/23 | Google Chat Retention Policy | LRC |
| | DXCH 107 | | 1/12/23 | 1/12/23 | | LRC |
| | DXCH 108 | | 1/12/23 | 1/12/23 | Screenshot on How to Forward Messages | LRC |
| | DXCH 2 | | 1/12/23 | 1/12/23 | Chat Retention FAQs | LRC |
| | | 1:56 pm | | | Plaintiffs' cross-examination of Genaro Lopez | |
| | | | | | Witness shown DXCH 2 | |
| PX68 | | | 1/12/23 | 1/12/23 | Chat | LRC |
| PX11 | | | 1/12/23 | 1/12/23 | Chat | LRC |
| PX106 | | | 1/12/23 | 1/12/23 | Chat | LRC |
| PX9 | | | 1/12/23 | 1/12/23 | | LRC |
| PX31 | | | 1/12/23 | 1/12/23 | Roundtable Breakfast with Don | LRC |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PX103 | | | 1/12/13 | 1/12/23 | 2/9/21 Chat | LRC |
| | | 2:22 pm | | | Re-direct by defendants' counsel. Witness shown exhibits 106, 104 | |
| | | 2:25 pm | | | Defendants call Jamie Rosenberg – direct examination. | |
| | DXCH8 | | 1/12/23 | 1/12/23 | Chat between Rosenberg & Admin. Assistant | LRC |
| | PX67 | | 1/12/23 | 1/12/23 | Group chat with AT&T | LRC |
| | PX92 | | 1/12/23 | | Chat | |
| | PX96 | | 1/12/23 | | Email to Rosenberg | |
| | | 2:37 pm | | | Cross-examination of Jamie Rosenberg | |
| PX037 | | | 1/12/23 | 1/12/23 | Email date 6/8/2019 depo exhibit 786 | LRC |
| PX16 | | | 1/12/23 | 1/12/23 | Chat dated 3/17/2017 | LRC |
| PX25 | | | 1/12/23 | 1/12/23 | Chat dated 7/20/2018 | LRC |
| PX120 | | | 1/12/23 | 1/12/23 | | LRC |
| | | 2:55 pm | | | Re-direct of Jamie Rosenberg. Witness shown exhibits 37, 16, 25. | |
| | | 3:00 pm | | | Court in recess. | |
| | | 3:05 pm | | | Court back in session. | |
| | | 3:06 pm | | | Defendants call Andrew Rope – direct examination. | |
| | | 3:15 pm | | | Cross-examination of Andrew Rope | |
| PX163 | | | 1/12/23 | | Declaration of Andrew Rope | |
| PX140 | | | 1/12/23 | | Google's Interrogatory Responses | |
| | | 3:45 pm | | | Court in recess. | |