Message

| | |
|---|---|
| **From**: | Tom Turvey [turvey@google.com] |
| **Sent**: | 8/29/2013 12:37:54 PM |
| **To**: | Jamie Rosenberg [jamiero@google.com] |
| **Subject**: | AMZN review |
| **Attachments**: | AMZN Review - Devices and Content.pptx |

just seeing that BizOps deck I mentioned yesterday...attached...for my stuff, their numbers seem generally right...their conclusions seem okay, nothing earth-shattering...

btw, the 2M ebook number for AMZN has a ton of vanity press crap in it (self-published) where they make no money, and also counts PD...our 1.3M is paid-for content only from actual publishers (as opposed to my mom, who thinks she's a poet)...if we counted PD, we'd be at over 4M


--
Tom Turvey
Director, Strategic Partnerships
Google
turvey@google.com
212.565.8614
212.898.0372 (fax)
973.818.8449 (mobile)
973.762.4578 (NJ office)

mailing address:
76 9th Avenue
New York, NY  10011

CONFIDENTIAL                                                                                         GOOG-PLAY-001161126