

Example of "Group Chat"