# Turning History "On" in a Google Chat

