1  Paul J. Riehle (SBN 115199)
   paul.riehle@faegredrinker.com
2  **FAEGRE DRINKER BIDDLE & REATH**
   **LLP**
3  Four Embarcadero Center, 27th Floor
4  San Francisco, California 94111
   Telephone:  (415) 591-7500
5

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:20-cv-05671-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge:  Hon. James Donato |
| GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>Counterclaimants,<br><br>v.<br><br>EPIC GAMES, INC., a Maryland Corporation,<br><br>Counter-defendant.<br><br>THIS DOCUMENT RELATES TO:<br>*In re Google Play Store Antitrust Litigation*,<br>Case No. 3:21-md-02981-JD | |

1          TO THE CLERK AND ALL PARTIES OF RECORD:  Please take notice that the

2 undersigned requests that Katherine B. Forrest be withdrawn as counsel of record for Epic Games, Inc.

3 ("Epic") in the above-captioned action.  Epic will continue to be represented by other counsel of record

4 in this action.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF         1         Case No. 3:20-cv-05671-JD
APPEARANCE

1    Dated:  January 20, 2023

2                                                Respectfully submitted,

3                                                By */s/ M. Brent Byars*
                                                      M. Brent Byars

4

5                                                **FAEGRE DRINKER BIDDLE & REATH LLP**

6                                                Paul J. Riehle
                                                 paul.riehle@faegredrinker.com

7
                                                 Four Embarcadero Center
8                                                San Francisco, California 94111
                                                 Telephone:  (415) 591-7500
9                                                Facsimile:  (415) 591-7510

10                                               **CRAVATH, SWAINE & MOORE LLP**

11
                                                 Christine A. Varney (*pro hac vice*)
12                                               cvarney@cravath.com
                                                 Gary A. Bornstein (*pro hac vice*)
13                                               gbornstein@cravath.com
                                                 Timothy G. Cameron (*pro hac vice*)
14                                               tcameron@cravath.com
                                                 Yonatan Even (*pro hac vice*)
15                                               yeven@cravath.com
                                                 Lauren A. Moskowitz (*pro hac vice*)
16                                               lmoskowitz@cravath.com
                                                 Justin C. Clarke (*pro hac vice*)
17                                               jcclarke@cravath.com
                                                 Michael J. Zaken (*pro hac vice*)
18                                               mzaken@cravath.com
                                                 M. Brent Byars (*pro hac vice*)
19                                               mbyars@cravath.com
20
                                                 825 Eighth Avenue
21                                               New York, New York 10019
                                                 Telephone: (212) 474-1000
22                                               Facsimile: (212) 474-3700

23
                                                 *Attorneys for Plaintiff and Counter-defendant*
24                                               *Epic Games, Inc.*

25

26

27

28

NOTICE OF WITHDRAWAL OF            2          Case No. 3:20-cv-05671-JD
APPEARANCE