# EXHIBITS 4-13

# FILED UNDER SEAL