# EXHIBITS 17-18

# FILED UNDER SEAL