# EXHIBIT 21

**Krystle Wagner**

| | |
|---|---|
| **From:** | Karma Giulianelli |
| **Sent:** | Friday, May 6, 2022 3:45 PM |
| **To:** | Chiu, Michelle Park; Mike Acciavatti; Pfeiffer, Nicholas; Shah, Sujal J.; Naranjo, Minna Lo; Satia, Rishi P.; Dutta, Nina; Brown, Kurt C.; bbradshaw@omm.com; isimmons@omm.com; Olasa, Kuruvilla; Curran-Huberty, Emily |
| **Cc:** | Yelena W. Dewald; Xternal User - Hae Sung Nam; Kyle Bates; Allison Tilden; Rocca, Brian C.; Glen Summers; Jameson Jones; Xternal User - Peggy Wedgeworth; Xternal User - Elizabeth Pritzker; Jonathan Levine; Xternal User - L King; Xternal User - Elizabeth McKenna; Xternal User - Mario Choi; Y Even; Xternal User - Nanci Nishimura; mmolumphy@cpmlegal.com; Xternal User - Adam Zapala; Xternal User - Aaron Schwartz; paul.riehle@faegredrinker.com; Melinda R. Coolidge; Christine Varney; JC Clarke; E Zepp; B Diessel; R Hoff; N Denning; steve@hbsslaw.com; Rob Lopez; Ben Siegel; Bonny Sweeney; Katie R. Beran; DevelopersvGoogle@hausfeld.com; Xternal User - Joe Vanek; Eamon Kelly; Alberto Rodriguez; Alexander E. Barnett; epic-mobileapps@cravath.com; lmoskowitz@cravath.com; Xternal User - J Boyer; stillery@koreintillery.com; nrahman@cpmlegal.com; ehg@classlawgroup.com; amm@classlawgroup.com; StatesGooglePlayLeads@agutah.gov; Boyce, Sarah; Xternal User - Brendan Benedict; bglackin@agutah.gov; lweinstein@agutah.gov; Lee Mason |
| **Subject:** | M&C re: Motion on Google Chats |

Counsel,

We would like to meet and confer pursuant to Civil Local Rule 37-4 early next week about a motion Plaintiffs plan to file in connection with Google's destruction of Google instant messages.   Please let us know your availability for Monday or Tuesday.

Thank you much and have a nice weekend,

_____

**BartlitBeck** LLP

Karma M. Giulianelli | p: 303.592-3165 | c: 303.641-6599 | Karma.Giulianelli@BartlitBeck.com | 1801 Wewatta St. Suite 1200, Denver, Colorado 80202

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Chiu, Michelle Park <michelle.chiu@morganlewis.com>
**Sent:** Thursday, May 5, 2022 11:22 AM
**To:** Mike Acciavatti <MAcciavatti@milberg.com>; Pfeiffer, Nicholas <cole.pfeiffer@morganlewis.com>; Shah, Sujal J. <sujal.shah@morganlewis.com>; Naranjo, Minna Lo <minna.naranjo@morganlewis.com>; Satia, Rishi P. <rishi.satia@morganlewis.com>; Dutta, Nina <nina.dutta@morganlewis.com>; Brown, Kurt C. <kbrown@omm.com>; bbradshaw@omm.com; isimmons@omm.com; Olasa, Kuruvilla <kuruvilla.olasa@mto.com>; Curran-Huberty, Emily <Emily.Curran-Huberty@mto.com>
**Cc:** Yelena W. Dewald <ydewald@hausfeld.com>; External User - Hae Sung Nam <HNam@kaplanfox.com>; Karma Giulianelli <karma.giulianelli@bartlitbeck.com>; Kyle Bates <kbates@hausfeld.com>; Allison Tilden <atilden@cravath.com>; Rocca, Brian C. <brian.rocca@morganlewis.com>; Glen Summers <glen.summers@bartlitbeck.com>; Jameson Jones <jameson.jones@bartlitbeck.com>; External User - Peggy Wedgeworth <pwedgworth@milberg.com>; External User - Elizabeth Pritzker <ecp@pritzkerlevine.com>; Jonathan Levine <jkl@pritzkerlevine.com>; External User - L King <lking@kaplanfox.com>; External User - Elizabeth McKenna <emckenna@milberg.com>; External User - Mario Choi <mchoi@kaplanfox.com>; Y Even <YEven@cravath.com>;

External Contact - Nanci Nishimura <NNishimura@cpmlegal.com>; mmolumphy@cpmlegal.com; External User - Adam Zapala <AZapala@cpmlegal.com>; External User - Aaron Schwartz <aschwartz@kaplanfox.com>; paul.riehle@faegredrinker.com; Melinda R. Coolidge <mcoolidge@hausfeld.com>; Christine Varney <cvarney@cravath.com>; JC Clarke <jcclarke@cravath.com>; E Zepp <ezepp@cravath.com>; B Diessel <BDiessel@wiggin.com>; R Hoff <RHoff@wiggin.com>; N Denning <NDenning@wiggin.com>; steve@hbsslaw.com; Rob Lopez <robl@hbsslaw.com>; Ben Siegel <bens@hbsslaw.com>; Bonny Sweeney <bsweeney@hausfeld.com>; Katie R. Beran <kberan@hausfeld.com>; DevelopersvGoogle@hausfeld.com; External User - Joe Vanek <jvanek@sperling-law.com>; Eamon Kelly <ekelly@sperling-law.com>; Alberto Rodriguez <arodriguez@sperling-law.com>; Alexander E. Barnett <ABarnett@cpmlegal.com>; epic-mobileapps@cravath.com; lmoskowitz@cravath.com; External User - J Boyer <jboyer@koreintillery.com>; stillery@koreintillery.com; nrahman@cpmlegal.com; ehg@classlawgroup.com; amm@classlawgroup.com; StatesGooglePlayLeads@agutah.gov; Boyce, Sarah <sboyce@ncdoj.gov>; Brendan Benedict <bbenedict@agutah.gov>; bglackin@agutah.gov; lweinstein@agutah.gov; Lee Mason <lee.mason@bartlitbeck.com>
**Subject:** RE: In re: Google Play Store Antitrust Litigation: Letter re Privilege Log

**Caution:** External Message
Counsel,

We do not believe it is necessary to have a meet and confer today.  Google is on track to produce the documents that were deprivileged in full or in part in *U.S., et al. v. Google LLC*, 1:20-cv-0310-APM (D.D.C. 2020) and produce amended logs by May 10, as noted below.  Moreover, to the extent such productions impact the documents identified on Exhibit A of Plaintiffs' December 28 letter, it would be more efficient to assess next steps after May 10, when the parties will be able to assess what documents identified on that exhibit remain on Google's logs.  We can set a time to meet and confer next week after May 10 to discuss.

Thanks,
Michelle

**Michelle Park Chiu**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1184 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
michelle.chiu@morganlewis.com | www.morganlewis.com
Assistant: Dolores M. Rivera | +1.415.442.1224 | dolores.rivera@morganlewis.com

---

**From:** Mike Acciavatti <MAcciavatti@milberg.com>
**Sent:** Tuesday, May 3, 2022 9:11 AM
**To:** Chiu, Michelle Park <michelle.chiu@morganlewis.com>; Pfeiffer, Nicholas <cole.pfeiffer@morganlewis.com>; Shah, Sujal J. <sujal.shah@morganlewis.com>; Naranjo, Minna Lo <minna.naranjo@morganlewis.com>; Satia, Rishi P. <rishi.satia@morganlewis.com>; Dutta, Nina <nina.dutta@morganlewis.com>; Brown, Kurt C. <kbrown@omm.com>; bbradshaw@omm.com; isimmons@omm.com; Olasa, Kuruvilla <kuruvilla.olasa@mto.com>; Curran-Huberty, Emily <Emily.Curran-Huberty@mto.com>
**Cc:** Yelena W. Dewald <ydewald@hausfeld.com>; hnam@kaplanfox.com; karma.giulianelli@bartlitbeck.com; Kyle Bates <kbates@hausfeld.com>; Allison Tilden <atilden@cravath.com>; Rocca, Brian C. <brian.rocca@morganlewis.com>; glen.summers@bartlitbeck.com; Jameson.jones@bartlitbeck.com; Peggy Wedgworth <PWedgworth@milberg.com>; Elizabeth Pritzker <ecp@pritzkerlevine.com>; Jonathan Levine <jkl@pritzkerlevine.com>; lking@kaplanfox.com; Liz McKenna <emckenna@milberg.com>; Mario Choi <mchoi@kaplanfox.com>; Y Even <YEven@cravath.com>; nnishimura-cpmlegal.com <nnishimura@cpmlegal.com>; mmolumphy@cpmlegal.com; azapala@cpmlegal.com; aschwartz@kaplanfox.com; paul.riehle@faegredrinker.com; Melinda R. Coolidge <mcoolidge@hausfeld.com>; Christine Varney <cvarney@cravath.com>; JC Clarke <jcclarke@cravath.com>; E Zepp <ezepp@cravath.com>; B Diessel <BDiessel@wiggin.com>; R Hoff <RHoff@wiggin.com>; N Denning <NDenning@wiggin.com>; steve@hbsslaw.com; Rob Lopez <robl@hbsslaw.com>; Ben Siegel <bens@hbsslaw.com>; Bonny Sweeney <bsweeney@hausfeld.com>; Katie R.