1  Brian C. Rocca, S.B. #221576
   brian.rocca@morganlewis.com
2  Sujal J. Shah, S.B. #215230
   sujal.shah@morganlewis.com
3  Michelle Park Chiu, S.B. #248421
   michelle.chiu@morganlewis.com
4  Minna Lo Naranjo, S.B. #259005
   minna.naranjo@morganlewis.com
5  Rishi P. Satia, S.B. #301958
   rishi.satia@morganlewis.com
6  **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
7  San Francisco, CA 94105
   Telephone: (415) 442-1000
8
   Richard S. Taffet, *pro hac vice*
9  richard.taffet@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS LLP**
10 101 Park Avenue
   New York, NY 10178
11 Telephone: (212) 309-6000

12 *Counsel for Defendants Google LLC et al*

   Glenn D. Pomerantz, S.B. #112503
   glenn.pomerantz@mto.com
   Kuruvilla Olasa, S.B. #281509
   kuruvilla.olasa@mto.com
   Nicholas R. Sidney, S.B. #308080
   nick.sidney@mto.com
   **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071
   Telephone: (213) 683-9100

   Kyle W. Mach, S.B. #282090
   kyle.mach@mto.com
   Justin P. Raphael, S.B. #292380
   justin.raphael@mto.com
   Emily C. Curran-Huberty, S.B. #293065
   emily.curran-huberty@mto.com
   Dane P. Shikman, S.B. #313656
   **MUNGER, TOLLES & OLSON LLP**
   560 Mission Street, Twenty Seventh Floor
   San Francisco, California 94105
   Telephone: (415) 512-4000

   Jonathan I. Kravis, *pro hac vice*
   jonathan.kravis@mto.com
   **MUNGER, TOLLES & OLSON LLP**
   601 Massachusetts Ave. NW, Suite 500E
   Washington, D.C. 20001
   Telephone: (202) 220-1100

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*Epic Games, Inc. v. Google LLC et al., Case No. 3:20-cv-05671-JD*<br><br>*In re Google Play Consumer Antitrust Litigation, Case No. 3:20-cv-05761-JD*<br><br>*State of Utah et al. v. Google LLC et al., Case No. 3:21-cv-05227-JD*<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF DUY HO IN SUPPORT OF DEFENDANTS' BRIEF IN RESPONSE TO THE COURT'S QUESTIONS REGARDING PRESERVATION OF CHAT MESSAGES**<br><br>Judge:   Hon. James Donato |

## DECLARATION OF DUY HO

I, Duy Ho, declare as follows:

1. I am a Project Manager on the Legal Discovery team at Google. I make this declaration based on personal knowledge. If called as a witness, I could testify competently to the facts stated herein.

2. My job-specific responsibilities include managing the technical aspects of discovery in connection with litigation matters. In connection with this matter, I have managed vendor operation of the document review database, overseen processes for producing large datasets, and assisted with analysis of review and production metrics. As a member of the Legal Discovery team supporting this case, I have reviewed the list of custodians whose documents the parties have agreed will be searched in this case ("agreed-upon custodians"), including the date ranges that the parties have agreed will be applied to those searches.

### Collection of Preserved Chats for Each Legal Hold Notice Recipient

3. In connection with this declaration, my team collected all preserved chat messages for all employees on legal hold for this matter, from the date of the initial legal hold notice, September 11, 2020, to the present. I have been asked to analyze those chats and, working with members of my team, I have prepared a chart identifying the number of Google chats that were preserved for each employee on legal hold, and to the extent possible, to identify the chat as (1) from a threaded room, with history always on (a feature of the product) and is thus automatically preserved in connection with a legal hold; or (2) a chat that requires an individual user to personally elect to enable "history on" to preserve the conversation. Counsel further requested that I include the approximate date of the first and last preserved Google chat, for both threaded chats and one-on-one or group chats, for each person.

4. Attached as **Exhibit A** is a table showing this information. Specifically, for each employee on legal hold for this matter, the table shows in Columns A and D the number of "One-to-One or Group" chats and "Threaded" chats, respectively, that Google has preserved, and in the remaining columns the approximate dates of the first and last preserved chats for each category. The table is also divided into three groups of employees on legal hold: (1) those who

were agreed-upon custodians with an agreed-upon date range for searching custodial documents that *post*-dated the filing of the initial lawsuit in this case (August 13, 2020) ("post-complaint custodians"); (2) those who were agreed-upon custodians with an agreed-upon date range for searching custodial documents that *pre-dated* the lawsuit's filing; and (3) all other employees on legal hold for this matter (i.e., non-custodians). Having reviewed some of the collected chats and our external-facing materials describing how chats are stored, I understand that each "chat" collected and shown in this table represents a snapshot of a chat conversation (either bound by time or by a number of individual messages sent close in time to each other).

**Produced Documents for Post-Complaint Custodians**

5. I have also prepared a separate table, attached as **Exhibit B**, showing the total number of documents that Google has produced for each of the post-complaint custodians (i.e., the agreed-upon custodians with an agreed-upon date range for searching custodial documents that *post*-dated the filing of the initial lawsuit in this case). This table shows the number of documents—including emails, slide decks, and other documents—dated after the filing of the initial lawsuit in this case. The numbers in this table accurately show what I am able to see in our document management database. Based on our document database, Google has produced 93,199 unique custodial documents—or 1,263,688 pages—for these post-complaint custodians in particular.

**Produced Documents on New Developments After Filing of Complaint**

6. Finally, I have also analyzed our production to determine the number of documents that Google has produced, at Plaintiffs' request, relating to new developments arising after the filing of the initial lawsuit on August 13, 2020. For this analysis, Google's counsel provided to me a list of new developments that prompted a production request by Plaintiffs, and the agreed-upon search terms for those developments. I then used those search terms and applied them to the universe of post-complaint custodians' documents dated after the filing of the initial complaint, to determine the number of produced documents that relate to those new developments.

7. After running this analysis, I found that Google produced, for example: 28,322 documents relating to its extension of the compliance deadline for the Play payments policy;

17,183 documents relating to Google's announcement of its user choice billing pilot program; 8,942 documents relating to Google's announcement and consideration of service fee reductions; 2,744 documents relating to a specific action Google took in connection with a Korean app developer in Korea; and 2,500 documents relating to Google's release of a new version of Android.[1]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 24th day of January, 2023, in California.

DocuSigned by:

Duy Ho

_____
Duy Ho

---

[1] The specific descriptions of these developments were simply provided to me by counsel. My role was to analyze our production data based on the agreed-upon search terms that were associated with these developments.

# EXHIBIT A

**Exhibit A** – Declaration of Duy Ho

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| Post-Complaint Custodian | One-to-One or Group # | First Chat (month) | Last Chat (month) | Threaded # | First Chat (month) | Last Chat (month) |
| 1 | 102 | 9-2020 | 2-2021 | 406 | 9-2020 | 10-2021 |
| 2 | 348 | 9-2020 | 1-2023 | 6 | 10-2020 | 8-2021 |
| 3 | 469 | 9-2020 | 1-2023 | 320 | 9-2020 | 1-2023 |
| 4 | 451 | 9-2020 | 1-2023 | 3,866 | 10-2020 | 7-2022 |
| 5 | 267 | 9-2020 | 1-2023 | 2,205 | 9-2020 | 1-2023 |
| 6 | 739 | 9-2020 | 1-2023 | 2,314 | 9-2020 | 1-2023 |
| 7 | 181 | 9-2020 | 1-2023 | 1,023 | 9-2020 | 1-2023 |
| 8 | 74 | 9-2020 | 1-2023 | 1,825 | 9-2020 | 1-2023 |
| 9 | 27 | 9-2020 | 12-2022 | 166 | 9-2020 | 1-2023 |
| 10 | 627 | 9-2020 | 1-2023 | 904 | 9-2020 | 1-2023 |
| 11 | 274 | 9-2020 | 1-2023 | 984 | 9-2020 | 1-2023 |
| 12 | 465 | 9-2020 | 1-2023 | 346 | 9-2020 | 12-2021 |
| 13 | 85 | 10-2020 | 12-2022 | 10 | 10-2020 | 11-2021 |
| 14 | 175 | 9-2020 | 1-2023 | 1,595 | 9-2020 | 1-2023 |
| 15 | 10 | 11-2020 | 1-2023 | 162 | 10-2020 | 12-2022 |
| 16 | 474 | 9-2020 | 1-2023 | 90 | 9-2020 | 1-2023 |
| 17 | 512 | 9-2020 | 1-2023 | 287 | 9-2020 | 1-2023 |
| 18 | 644 | 9-2020 | 1-2023 | 10,017 | 9-2020 | 1-2023 |
| 19 | 509 | 9-2020 | 1-2023 | 1,364 | 9-2020 | 1-2023 |
| 20 | 453 | 11-2021 | 1-2023 | 15 | 9-2022 | 1-2023 |
| 21 | 642 | 9-2020 | 1-2023 | 2,014 | 9-2020 | 1-2023 |
| Other Custodians | One-to-One or Group # | First Chat (month) | Last Chat (month) | Threaded # | First Chat (month) | Last Chat (month) |
| 22 | 583 | 9-2020 | 1-2023 | 621 | 9-2020 | 11-2022 |
| 23 | 1,975 | 9-2020 | 12-2022 | 174 | 10-2020 | 12-2021 |
| 24 | 1,367 | 9-2020 | 1-2023 | 25,145 | 9-2020 | 1-2023 |
| 25 | 288 | 9-2020 | 1-2023 | 1,108 | 9-2020 | 1-2023 |
| 26 | 105 | 10-2020 | 12-2022 | 1,600 | 9-2020 | 1-2023 |
| 27 | 444 | 9-2020 | 1-2023 | 1,949 | 9-2020 | 1-2023 |
| 28 | 814 | 9-2020 | 1-2023 | 333 | 9-2020 | 1-2023 |
| 29 | 184 | 9-2020 | 1-2023 | 4,791 | 9-2020 | 1-2023 |
| 30 | 725 | 9-2020 | 1-2023 | 3,272 | 9-2020 | 1-2023 |
| 31 | 591 | 12-2020 | 1-2023 | 15,813 | 9-2020 | 1-2023 |
| 32 | 26 | 9-2020 | 11-2020 | 181 | 9-2020 | 5-2021 |
| 33 | 140 | 9-2020 | 12-2022 | 81 | 3-2021 | 12-2022 |
| 34 | 403 | 9-2020 | 1-2023 | 203 | 9-2020 | 1-2023 |
| 35 | 496 | 9-2020 | 1-2023 | 44,079 | 9-2020 | 1-2023 |

**Exhibit A** – Declaration of Duy Ho

| Others on Legal Hold | One-to-One or Group # | First Chat (month) | Last Chat (month) | Threaded # | First Chat (month) | Last Chat (month) |
|---|---|---|---|---|---|---|
| 36 | 7 | 7-2022 | 1-2023 | 0 | N/A | N/A |
| 37 | 515 | 9-2020 | 1-2023 | 548 | 10-2020 | 1-2023 |
| 38 | 1,008 | 9-2020 | 1-2023 | 8,754 | 9-2020 | 1-2023 |
| 39 | 0 | N/A | N/A | 0 | N/A | N/A |
| 40 | 265 | 11-2020 | 1-2023 | 2,441 | 9-2020 | 1-2023 |
| 41 | 0 | N/A | N/A | 0 | N/A | N/A |
| 42 | 335 | 9-2020 | 1-2023 | 150 | 10-2020 | 1-2023 |
| 43 | 1,767 | 9-2020 | 1-2023 | 974 | 9-2020 | 1-2023 |
| 44 | 522 | 9-2020 | 1-2023 | 3,124 | 9-2020 | 1-2023 |
| Others on Legal Hold | One-to-One or Group # | First Chat (month) | Last Chat (month) | Threaded # | First Chat (month) | Last Chat (month) |
| 45 | 944 | 9-2020 | 1-2023 | 4,104 | 9-2020 | 1-2023 |
| 46 | 315 | 9-2020 | 1-2023 | 503 | 12-2020 | 1-2023 |
| 47 | 920 | 9-2020 | 1-2023 | 13,928 | 9-2020 | 1-2023 |
| 48 | 731 | 9-2020 | 1-2023 | 1,912 | 9-2020 | 1-2023 |
| 49 | 358 | 9-2020 | 1-2023 | 8 | 12-2020 | 5-2021 |
| 50 | 3,177 | 9-2020 | 1-2023 | 4,200 | 9-2020 | 1-2023 |
| 51 | 0 | N/A | N/A | 0 | N/A | N/A |
| 52 | 928 | 9-2020 | 1-2023 | 2,123 | 9-2020 | 1-2023 |
| 53 | 0 | N/A | N/A | 0 | N/A | N/A |
| 54 | 548 | 9-2020 | 1-2023 | 500 | 9-2020 | 1-2023 |
| 55 | 306 | 9-2020 | 1-2023 | 5,032 | 9-2020 | 1-2023 |
| 56 | 527 | 10-2020 | 1-2023 | 1,036 | 9-2020 | 1-2023 |
| 57 | 1,550 | 9-2020 | 1-2023 | 1,414 | 9-2020 | 1-2023 |
| 58 | 239 | 11-2020 | 1-2023 | 2,725 | 9-2020 | 1-2023 |
| 59 | 2,282 | 9-2020 | 1-2023 | 7,840 | 9-2020 | 1-2023 |
| 60 | 289 | 5-2022 | 1-2023 | 3,611 | 11-2020 | 1-2023 |
| 61 | 1,565 | 9-2020 | 10-2022 | 50 | 1-2021 | 11-2022 |
| 62 | 268 | 9-2020 | 1-2023 | 7 | 1-2021 | 9-2021 |
| 63 | 532 | 9-2020 | 1-2023 | 1,720 | 9-2020 | 1-2023 |
| 64 | 1,198 | 9-2020 | 1-2023 | 1,176 | 9-2020 | 1-2023 |
| 65 | 0 | N/A | N/A | 0 | N/A | N/A |
| 66 | 0 | N/A | N/A | 0 | N/A | N/A |
| 67 | 960 | 9-2020 | 1-2023 | 7,946 | 9-2020 | 1-2023 |
| 68 | 2,397 | 9-2020 | 1-2023 | 2,533 | 9-2020 | 1-2023 |
| 69 | 603 | 9-2020 | 1-2023 | 1,611 | 9-2020 | 1-2023 |
| 70 | 392 | 10-2020 | 1-2023 | 2,731 | 9-2020 | 1-2023 |
| 71 | 183 | 9-2020 | 1-2023 | 64 | 9-2020 | 12-2022 |
| 72 | 1,164 | 9-2020 | 1-2023 | 955 | 9-2020 | 1-2023 |
| 73 | 510 | 9-2020 | 1-2023 | 1,360 | 9-2020 | 1-2023 |
| 74 | 434 | 9-2020 | 8-2021 | 197 | 3-2021 | 11-2022 |
| 75 | 1,054 | 9-2020 | 10-2022 | 3,543 | 9-2020 | 1-2023 |

**Exhibit A** – Declaration of Duy Ho

| | | | | | | |
|---|---|---|---|---|---|---|
| 76 | 2,126 | 9-2020 | 1-2023 | 531 | 10-2020 | 1-2023 |
| 77 | 657 | 9-2020 | 1-2023 | 1,308 | 9-2020 | 1-2023 |
| 78 | 34 | 12-2020 | 6-2021 | 1 | 7-2021 | 7-2021 |
| 79 | 519 | 4-2021 | 1-2023 | 22 | 9-2020 | 4-2022 |
| 80 | 1,171 | 9-2020 | 1-2023 | 6,209 | 9-2020 | 1-2023 |
| 81 | 1,028 | 9-2020 | 1-2023 | 2,929 | 9-2020 | 1-2023 |
| 82 | 2,469 | 9-2020 | 1-2023 | 3,126 | 9-2020 | 1-2023 |
| 83 | 578 | 9-2020 | 1-2023 | 14 | 7-2021 | 11-2021 |
| 84 | 509 | 9-2020 | 12-2022 | 11,519 | 9-2020 | 1-2023 |
| 85 | 2,902 | 9-2020 | 1-2023 | 1,095 | 9-2020 | 1-2023 |
| 86 | 1,003 | 9-2020 | 1-2023 | 1,768 | 9-2020 | 1-2023 |
| 87 | 1,435 | 9-2020 | 1-2023 | 7,202 | 9-2020 | 1-2023 |
| 88 | 285 | 12-2020 | 1-2023 | 5,504 | 9-2020 | 1-2023 |
| 89 | 702 | 9-2020 | 1-2023 | 377 | 9-2020 | 1-2023 |
| 90 | 221 | 9-2020 | 1-2022 | 1,175 | 9-2020 | 1-2023 |
| 91 | 353 | 9-2020 | 1-2023 | 47 | 11-2020 | 11-2021 |
| 92 | 229 | 9-2020 | 1-2023 | 104 | 11-2020 | 1-2023 |
| 93 | 1,114 | 9-2020 | 1-2023 | 354 | 1-2020 | 1-2023 |
| 94 | 611 | 9-2020 | 1-2023 | 13 | 9-2020 | 12-2020 |
| 95 | 345 | 9-2020 | 1-2023 | 1,851 | 9-2020 | 1-2023 |
| 96 | 1,285 | 9-2020 | 1-2023 | 11,134 | 9-2020 | 1-2023 |
| 97 | 848 | 9-2020 | 1-2023 | 1,090 | 9-2020 | 1-2023 |
| 98 | 931 | 9-2020 | 1-2023 | 4,360 | 9-2020 | 1-2023 |
| 99 | 93 | 12-2020 | 1-2022 | 67 | 9-2020 | 6-2022 |
| 100 | 815 | 9-2020 | 9-2022 | 2,111 | 9-2020 | 1-2023 |
| 101 | 934 | 9-2020 | 1-2023 | 10,068 | 9-2020 | 1-2023 |
| 102 | 361 | 11-2020 | 1-2023 | 1,761 | 9-2020 | 1-2023 |
| 103 | 1,078 | 9-2020 | 1-2023 | 1,312 | 9-2020 | 1-2023 |
| 104 | 1,161 | 9-2020 | 1-2023 | 11,741 | 9-2020 | 1-2023 |
| 105 | 556 | 9-2020 | 1-2023 | 27,144 | 9-2020 | 1-2023 |
| 106 | 705 | 11-2020 | 1-2023 | 2,973 | 9-2020 | 1-2023 |
| 107 | 0 | N/A | N/A | 0 | N/A | N/A |
| 108 | 162 | 9-2020 | 12-2022 | 129 | 9-2020 | 9-2022 |
| 109 | 219 | 9-2020 | 1-2023 | 1,420 | 10-2020 | 1-2023 |
| 110 | 489 | 9-2020 | 1-2022 | 13 | 9-2020 | 7-2021 |
| 111 | 0 | N/A | N/A | 0 | N/A | N/A |
| 112 | 1,309 | 12-2020 | 1-2023 | 7,022 | 9-2020 | 1-2023 |
| 113 | 0 | N/A | N/A | 0 | N/A | N/A |
| 114 | 1,931 | 9-2020 | 1-2023 | 3,425 | 9-2020 | 1-2023 |
| 115 | 1,578 | 9-2020 | 1-2023 | 762 | 9-2020 | 1-2023 |
| 116 | 320 | 9-2020 | 1-2023 | 246 | 9-2021 | 1-2023 |
| 117 | 1,086 | 9-2020 | 1-2023 | 77 | 9-2020 | 12-2022 |
| 118 | 20 | 9-2020 | 10-2020 | 6 | 9-2020 | 12-2020 |

3

**Exhibit A** – Declaration of Duy Ho

| | | | | | | |
|---|---|---|---|---|---|---|
| 119 | 1,654 | 9-2020 | 1-2023 | 150 | 10-2020 | 1-2023 |
| 120 | 480 | 9-2020 | 1-2023 | 8,377 | 9-2020 | 1-2023 |
| 121 | 1,210 | 9-2020 | 1-2023 | 23,532 | 9-2020 | 1-2023 |
| 122 | 144 | 11-2020 | 1-2023 | 48 | 9-2020 | 12-2022 |
| 123 | 1,477 | 9-2020 | 1-2023 | 900 | 9-2020 | 1-2023 |
| 124 | 677 | 9-2020 | 1-2023 | 3,725 | 9-2020 | 1-2023 |
| 125 | 260 | 9-2020 | 10-2021 | 177 | 9-2020 | 9-2021 |
| 126 | 1,019 | 9-2020 | 1-2023 | 1,617 | 9-2020 | 1-2023 |
| 127 | 709 | 11-2020 | 1-2023 | 58 | 9-2020 | 1-2023 |
| 128 | 582 | 2-2021 | 1-2023 | 1,040 | 9-2020 | 1-2023 |
| 129 | 337 | 9-2020 | 1-2023 | 98 | 10-2020 | 12-2022 |
| 130 | 644 | 9-2020 | 1-2023 | 535 | 9-2020 | 1-2023 |
| 131 | 142 | 9-2020 | 1-2023 | 3,044 | 9-2020 | 1-2023 |
| 132 | 81 | 9-2020 | 1-2023 | 57 | 3-2021 | 1-2023 |
| 133 | 9 | 9-2020 | 3-2021 | 123 | 9-2020 | 11-2022 |
| 134 | 82 | 8-2022 | 1-2023 | 56 | 8-2022 | 1-2023 |
| 135 | 413 | 9-2020 | 1-2023 | 4,164 | 9-2020 | 1-2023 |
| 136 | 1,454 | 9-2020 | 1-2023 | 1,844 | 9-2020 | 1-2023 |
| 137 | 0 | N/A | N/A | 0 | N/A | N/A |
| 138 | 0 | N/A | N/A | 0 | N/A | N/A |
| 139 | 937 | 9-2020 | 1-2023 | 4,832 | 9-2020 | 1-2023 |
| 140 | 537 | 9-2020 | 1-2023 | 1,677 | 9-2020 | 1-2023 |
| 141 | 1,797 | 9-2020 | 1-2023 | 2,227 | 10-2020 | 1-2023 |
| 142 | 293 | 2-2021 | 1-2023 | 80 | 9-2020 | 1-2023 |
| 143 | 406 | 11-2020 | 1-2023 | 5,975 | 9-2020 | 1-2023 |
| 144 | 829 | 12-2020 | 1-2023 | 1,456 | 9-2020 | 1-2023 |
| 145 | 179 | 9-2020 | 12-2022 | 165 | 9-2020 | 1-2023 |
| 146 | 1,234 | 9-2020 | 1-2023 | 7,838 | 9-2020 | 1-2023 |
| 147 | 549 | 9-2020 | 1-2023 | 4,717 | 9-2020 | 1-2023 |
| 148 | 606 | 9-2020 | 1-2023 | 1,386 | 9-2020 | 1-2023 |
| 149 | 148 | 9-2021 | 1-2023 | 449 | 9-2020 | 12-2022 |
| 150 | 624 | 9-2020 | 1-2023 | 701 | 9-2020 | 1-2023 |
| 151 | 1,054 | 9-2020 | 1-2023 | 1,670 | 9-2020 | 1-2023 |
| 152 | 874 | 9-2020 | 1-2023 | 401 | 9-2020 | 12-2022 |
| 153 | 635 | 9-2020 | 1-2023 | 768 | 9-2020 | 1-2023 |
| 154 | 1,143 | 9-2020 | 1-2023 | 793 | 9-2020 | 1-2023 |
| 155 | 525 | 9-2020 | 1-2023 | 539 | 9-2020 | 3-2022 |
| 156 | 4,666 | 9-2020 | 1-2023 | 2,635 | 9-2020 | 1-2023 |
| 157 | 0 | N/A | N/A | 0 | N/A | N/A |
| 158 | 703 | 9-2020 | 1-2023 | 11,098 | 9-2020 | 1-2023 |
| 159 | 1,498 | 9-2020 | 1-2023 | 0 | N/A | N/A |
| 160 | 754 | 10-2020 | 1-2023 | 354 | 10-2020 | 1-2023 |
| 161 | 71 | 11-2020 | 10-2021 | 5,766 | 9-2020 | 1-2023 |

**Exhibit A** – Declaration of Duy Ho

| | | | | | | |
|---|---|---|---|---|---|---|
| 162 | 575 | 9-2020 | 1-2023 | 270 | 11-2020 | 1-2023 |
| 163 | 289 | 9-2020 | 12-2020 | 134 | 9-2020 | 7-2022 |
| 164 | 241 | 9-2020 | 1-2023 | 201 | 11-2020 | 1-2023 |
| 165 | 0 | N/A | N/A | 5 | 9-2020 | 11-2020 |
| 166 | 1,100 | 9-2020 | 1-2023 | 1,924 | 9-2020 | 1-2023 |
| 167 | 848 | 9-2020 | 1-2023 | 417 | 9-2020 | 1-2023 |
| 168 | 1,609 | 9-2020 | 1-2023 | 71 | 9-2020 | 12-2021 |
| 169 | 3,167 | 9-2020 | 1-2023 | 1,154 | 9-2020 | 1-2023 |
| 170 | 679 | 9-2020 | 1-2023 | 1,150 | 9-2020 | 1-2023 |
| 171 | 104 | 11-2020 | 1-2023 | 365 | 9-2020 | 1-2023 |
| 172 | 633 | 12-2020 | 1-2023 | 6 | 3-2021 | 11-2021 |
| 173 | 983 | 9-2020 | 1-2023 | 399 | 9-2020 | 1-2023 |
| 174 | 0 | N/A | N/A | 0 | N/A | N/A |
| 175 | 198 | 12-2020 | 11-2022 | 808 | 9-2020 | 7-2022 |
| 176 | 872 | 9-2020 | 1-2023 | 4,587 | 9-2020 | 1-2023 |
| 177 | 273 | 9-2020 | 2-2021 | 211 | 9-2020 | 1-2023 |
| 178 | 623 | 9-2020 | 1-2023 | 623 | 9-2020 | 1-2023 |
| 179 | 0 | N/A | N/A | 0 | N/A | N/A |
| 180 | 2,173 | 9-2020 | 1-2023 | 2,051 | 9-2020 | 1-2023 |
| 181 | 664 | 9-2020 | 1-2023 | 12,324 | 9-2020 | 1-2023 |
| 182 | 257 | 9-2020 | 1-2023 | 59 | 9-2020 | 12-2022 |
| 183 | 1,118 | 9-2020 | 1-2023 | 4,793 | 9-2020 | 1-2023 |
| 184 | 180 | 10-2020 | 11-2022 | 28 | 10-2020 | 1-2023 |
| 185 | 215 | 12-2020 | 1-2023 | 280 | 9-2020 | 1-2023 |
| 186 | 1,399 | 9-2020 | 1-2023 | 157 | 9-2020 | 11-2022 |
| 187 | 164 | 9-2020 | 1-2023 | 1,809 | 9-2020 | 1-2023 |
| 188 | 968 | 9-2020 | 1-2023 | 3,676 | 9-2020 | 1-2023 |
| 189 | 332 | 9-2020 | 12-2022 | 282 | 9-2020 | 1-2023 |
| 190 | 1,277 | 9-2020 | 7-2022 | 1,322 | 9-2020 | 1-2023 |
| 191 | 1,037 | 9-2020 | 1-2023 | 916 | 9-2020 | 1-2023 |
| 192 | 414 | 9-2020 | 1-2023 | 1,219 | 9-2020 | 1-2023 |
| 193 | 40 | 9-2020 | 12-2022 | 3 | 12-2020 | 3-2022 |
| 194 | 633 | 9-2020 | 1-2023 | 82 | 9-2020 | 9-2021 |
| 195 | 406 | 11-2020 | 1-2023 | 650 | 9-2020 | 1-2023 |
| 196 | 1,054 | 9-2020 | 1-2023 | 851 | 9-2020 | 1-2023 |
| 197 | 1,538 | 9-2020 | 1-2023 | 2,756 | 9-2020 | 1-2023 |
| 198 | 203 | 3-2022 | 1-2023 | 0 | N/A | N/A |
| 199 | 0 | N/A | N/A | 0 | N/A | N/A |
| 200 | 696 | 9-2020 | 1-2023 | 6,520 | 9-2020 | 1-2023 |
| 201 | 456 | 9-2020 | 1-2023 | 427 | 9-2020 | 1-2023 |
| 202 | 1,417 | 9-2020 | 1-2023 | 6,420 | 9-2020 | 1-2023 |
| 203 | 1,620 | 9-2020 | 1-2023 | 336 | 9-2020 | 1-2023 |
| 204 | 218 | 8-2021 | 12-2022 | 27 | 9-2020 | 4-2022 |

**Exhibit A** – Declaration of Duy Ho

| | | | | | | |
|---|---|---|---|---|---|---|
| 205 | 577 | 9-2020 | 1-2023 | 22 | 9-2020 | 3-2022 |
| 206 | 1,372 | 9-2020 | 1-2023 | 480 | 9-2020 | 1-2023 |
| 207 | 660 | 9-2020 | 1-2023 | 680 | 9-2020 | 1-2023 |
| 208 | 1,497 | 9-2020 | 1-2023 | 2,190 | 9-2020 | 1-2023 |
| 209 | 227 | 9-2020 | 1-2023 | 263 | 9-2020 | 1-2023 |
| 210 | 509 | 9-2021 | 1-2023 | 169 | 2-2021 | 1-2023 |
| 211 | 517 | 11-2020 | 1-2023 | 938 | 9-2020 | 1-2023 |
| 212 | 483 | 9-2020 | 1-2023 | 285 | 9-2020 | 1-2023 |
| 213 | 263 | 10-2020 | 5-2022 | 168 | 9-2020 | 8-2022 |
| 214 | 220 | 9-2020 | 1-2023 | 348 | 9-2020 | 1-2023 |
| 215 | 1,803 | 9-2020 | 1-2023 | 477 | 9-2020 | 1-2023 |
| 216 | 382 | 9-2020 | 1-2023 | 2,378 | 9-2020 | 1-2023 |
| 217 | 398 | 12-2020 | 1-2023 | 123 | 9-2020 | 6-2022 |
| 218 | 460 | 9-2020 | 1-2023 | 333 | 9-2020 | 1-2023 |
| 219 | 1,019 | 11-2020 | 1-2023 | 407 | 9-2020 | 1-2023 |
| 220 | 0 | N/A | N/A | 0 | N/A | N/A |
| 221 | 902 | 9-2020 | 10-2022 | 1,025 | 9-2020 | 1-2023 |
| 222 | 1,545 | 9-2020 | 1-2023 | 689 | 9-2020 | 1-2023 |
| 223 | 884 | 9-2020 | 1-2023 | 1,957 | 9-2020 | 1-2023 |
| 224 | 285 | 9-2020 | 1-2023 | 145 | 9-2020 | 12-2022 |
| 225 | 1,551 | 9-2020 | 1-2023 | 1,770 | 9-2020 | 1-2023 |
| 226 | 791 | 9-2020 | 1-2023 | 4,501 | 9-2020 | 1-2023 |
| 227 | 58 | 10-2020 | 6-2021 | 14 | 1-2021 | 3-2022 |
| 228 | 881 | 9-2020 | 1-2023 | 249 | 9-2020 | 1-2023 |
| 229 | 84 | 9-2020 | 4-2021 | 1,986 | 9-2020 | 1-2023 |
| 230 | 989 | 9-2020 | 1-2023 | 733 | 9-2020 | 1-2023 |
| 231 | 148 | 6-2021 | 1-2023 | 1,016 | 9-2020 | 1-2023 |
| 232 | 501 | 9-2020 | 12-2022 | 73 | 9-2020 | 3-2022 |
| 233 | 1,051 | 9-2020 | 1-2023 | 326 | 3-2021 | 1-2023 |
| 234 | 716 | 12-2020 | 1-2023 | 1,759 | 9-2020 | 1-2023 |
| 235 | 626 | 9-2020 | 1-2023 | 2,021 | 9-2020 | 1-2023 |
| 236 | 745 | 7-2021 | 1-2023 | 2,176 | 9-2020 | 1-2023 |
| 237 | 1,961 | 10-2020 | 1-2023 | 256 | 3-2021 | 1-2023 |
| 238 | 744 | 9-2020 | 1-2023 | 3,259 | 9-2020 | 1-2023 |
| 239 | 286 | 9-2020 | 1-2023 | 11 | 1-2021 | 11-2021 |
| 240 | 176 | 9-2020 | 1-2023 | 4,487 | 9-2020 | 1-2023 |
| 241 | 245 | 9-2020 | 1-2023 | 873 | 9-2020 | 1-2023 |
| 242 | 638 | 9-2020 | 1-2023 | 240 | 2-2021 | 1-2023 |
| 243 | 415 | 3-2021 | 1-2023 | 43 | 9-2020 | 1-2023 |
| 244 | 149 | 9-2021 | 1-2023 | 471 | 9-2020 | 8-2022 |
| 245 | 254 | 11-2020 | 1-2023 | 439 | 9-2020 | 1-2023 |
| 246 | 111 | 9-2020 | 1-2023 | 977 | 9-2020 | 1-2023 |
| 247 | 0 | N/A | N/A | 0 | N/A | N/A |

**Exhibit A** – Declaration of Duy Ho

| | | | | | | |
|---|---|---|---|---|---|---|
| 248 | 213 | 9-2020 | 1-2023 | 609 | 9-2020 | 1-2023 |
| 249 | 567 | 9-2020 | 1-2023 | 3,358 | 9-2020 | 1-2023 |
| 250 | 577 | 10-2020 | 1-2023 | 521 | 9-2020 | 1-2023 |
| 251 | 959 | 9-2020 | 1-2023 | 73 | 9-2020 | 5-2022 |
| 252 | 0 | N/A | N/A | 0 | N/A | N/A |
| 253 | 692 | 9-2020 | 1-2023 | 8,095 | 9-2020 | 1-2023 |
| 254 | 787 | 10-2020 | 1-2023 | 3,892 | 9-2020 | 1-2023 |
| 255 | 14 | 11-2020 | 12-2022 | 0 | N/A | N/A |
| 256 | 0 | N/A | N/A | 0 | N/A | N/A |
| 257 | 232 | 9-2020 | 1-2023 | 65 | 9-2020 | 5-2022 |
| 258 | 151 | 9-2020 | 1-2023 | 30 | 11-2022 | 12-2022 |
| 259 | 686 | 9-2020 | 1-2023 | 243 | 9-2020 | 12-2022 |
| 260 | 17 | 12-2020 | 3-2021 | 2 | 12-2020 | 9-2021 |
| 261 | 1,403 | 9-2020 | 1-2023 | 1,556 | 9-2020 | 1-2023 |
| 262 | 286 | 9-2020 | 1-2023 | 5 | 1-2021 | 3-2022 |
| 263 | 14 | 9-2020 | 7-2021 | 39 | 10-2020 | 10-2021 |
| 264 | 1,276 | 9-2020 | 1-2023 | 408 | 9-2020 | 1-2023 |
| 265 | 958 | 9-2020 | 1-2023 | 497 | 10-2020 | 1-2023 |
| 266 | 204 | 9-2020 | 3-2021 | 1,696 | 9-2020 | 1-2023 |
| 267 | 479 | 9-2020 | 1-2023 | 1,513 | 9-2020 | 1-2023 |
| 268 | 1,251 | 9-2020 | 1-2023 | 5,473 | 9-2020 | 1-2023 |
| 269 | 92 | 9-2020 | 7-2022 | 5,617 | 9-2020 | 1-2023 |
| 270 | 428 | 9-2020 | 1-2023 | 1,310 | 9-2020 | 1-2023 |
| 271 | 522 | 9-2020 | 1-2023 | 3,198 | 9-2020 | 1-2023 |
| 272 | 702 | 9-2020 | 1-2023 | 695 | 9-2020 | 12-2022 |
| 273 | 879 | 9-2020 | 1-2023 | 3,252 | 9-2020 | 1-2023 |
| 274 | 818 | 9-2020 | 1-2023 | 1,319 | 9-2020 | 1-2023 |
| 275 | 0 | N/A | N/A | 0 | N/A | N/A |
| 276 | 41 | 9-2020 | 1-2023 | 2,117 | 9-2020 | 1-2023 |
| 277 | 0 | N/A | N/A | 0 | N/A | N/A |
| 278 | 0 | N/A | N/A | 0 | N/A | N/A |
| 279 | 665 | 9-2020 | 1-2023 | 1,422 | 9-2020 | 1-2023 |
| 280 | 931 | 11-2020 | 1-2023 | 4,427 | 9-2020 | 1-2023 |
| 281 | 620 | 12-2020 | 1-2023 | 600 | 10-2020 | 1-2023 |
| 282 | 2,380 | 9-2020 | 1-2023 | 5 | 3-2021 | 11-2021 |
| 283 | 2,162 | 9-2020 | 1-2023 | 612 | 10-2020 | 1-2023 |
| 284 | 480 | 9-2020 | 1-2023 | 1,856 | 9-2020 | 1-2023 |
| 285 | 786 | 9-2020 | 1-2023 | 2,349 | 9-2020 | 1-2023 |
| 286 | 1,039 | 9-2020 | 1-2023 | 294 | 9-2020 | 1-2023 |
| 287 | 757 | 9-2020 | 1-2023 | 10 | 10-2020 | 8-2022 |
| 288 | 666 | 9-2020 | 1-2023 | 14,854 | 9-2020 | 1-2023 |
| 289 | 743 | 11-2020 | 1-2023 | 594 | 3-2021 | 1-2023 |
| 290 | 498 | 9-2020 | 1-2023 | 388 | 10-2020 | 1-2023 |

**Exhibit A** – Declaration of Duy Ho

| | | | | | | |
|---|---|---|---|---|---|---|
| 291 | 747 | 9-2020 | 1-2023 | 452 | 9-2020 | 1-2023 |
| 292 | 138 | 9-2020 | 2-2021 | 0 | N/A | N/A |
| 293 | 1,260 | 9-2020 | 1-2023 | 5,718 | 9-2020 | 1-2023 |
| 294 | 5 | 9-2020 | 9-2020 | 1,711 | 9-2020 | 1-2023 |
| 295 | 630 | 9-2020 | 1-2023 | 700 | 9-2020 | 1-2023 |
| 296 | 1,238 | 9-2020 | 1-2023 | 1,885 | 9-2020 | 1-2023 |
| 297 | 711 | 9-2020 | 1-2023 | 450 | 9-2020 | 1-2023 |
| 298 | 524 | 9-2020 | 1-2023 | 1,688 | 9-2020 | 1-2023 |
| 299 | 1,154 | 9-2020 | 1-2023 | 1,565 | 9-2020 | 1-2023 |
| 300 | 193 | 10-2020 | 1-2023 | 3,892 | 9-2020 | 1-2023 |
| 301 | 228 | 9-2020 | 1-2023 | 71 | 9-2020 | 5-2022 |
| 302 | 3 | N/A | N/A | 0 | N/A | N/A |
| 303 | 1,242 | 9-2020 | 1-2023 | 1,031 | 9-2020 | 1-2023 |
| 304 | 131 | 10-2020 | 1-2023 | 64 | 9-2020 | 5-2022 |
| 305 | 458 | 9-2020 | 1-2023 | 80 | 1-2021 | 12-2022 |
| 306 | 1,364 | 9-2020 | 1-2023 | 23,690 | 9-2020 | 1-2023 |
| 307 | 81 | 12-2020 | 3-2021 | 48 | 9-2020 | 7-2021 |
| 308 | 845 | 9-2020 | 11-2022 | 374 | 9-2020 | 1-2023 |
| 309 | 1,825 | 9-2020 | 1-2023 | 10,705 | 9-2020 | 1-2023 |
| 310 | 48 | 9-2020 | 1-2023 | 246 | 10-2020 | 1-2023 |
| 311 | 331 | 9-2020 | 1-2023 | 2,345 | 9-2020 | 1-2023 |
| 312 | 2,749 | 9-2020 | 1-2023 | 6,360 | 9-2020 | 1-2023 |
| 313 | 432 | 9-2020 | 7-2022 | 4,450 | 10-2020 | 1-2023 |
| 314 | 699 | 10-2020 | 1-2023 | 2,900 | 9-2020 | 1-2023 |
| 315 | 559 | 9-2020 | 1-2023 | 186 | 9-2020 | 12-2022 |
| 316 | 122 | 9-2020 | 12-2022 | 133 | 9-2020 | 6-2022 |
| 317 | 154 | 9-2020 | 1-2023 | 133 | 9-2020 | 12-2022 |
| 318 | 2,417 | 9-2020 | 1-2023 | 21,500 | 9-2020 | 1-2023 |
| 319 | 200 | 9-2020 | 2-2021 | 63 | 9-2020 | 10-2021 |
| 320 | 103 | 3-2021 | 6-2022 | 2,204 | 9-2020 | 1-2023 |
| 321 | 2,112 | 9-2020 | 1-2023 | 3,586 | 9-2020 | 1-2023 |
| 322 | 85 | 12-2020 | 12-2022 | 87 | 9-2020 | 9-2022 |
| 323 | 519 | 9-2020 | 1-2021 | 47 | 9-2020 | 2-2021 |
| 324 | 0 | N/A | N/A | 0 | N/A | N/A |
| 325 | 138 | 9-2020 | 1-2023 | 8,452 | 10-2020 | 1-2023 |
| 326 | 845 | 9-2020 | 1-2023 | 104 | 11-2020 | 12-2022 |
| 327 | 379 | 9-2020 | 12-2022 | 35 | 9-2020 | 12-2022 |
| 328 | 298 | 9-2020 | 1-2023 | 1,188 | 9-2020 | 1-2023 |
| 329 | 847 | 9-2020 | 1-2023 | 216 | 9-2020 | 12-2022 |
| 330 | 355 | 10-2020 | 1-2023 | 11,755 | 9-2020 | 1-2023 |
| 331 | 3,132 | 9-2020 | 1-2023 | 631 | 9-2020 | 1-2023 |
| 332 | 1,231 | 9-2020 | 1-2023 | 2,783 | 9-2020 | 1-2023 |
| 333 | 1,950 | 9-2020 | 1-2023 | 44 | 9-2020 | 4-2021 |

**Exhibit A** – Declaration of Duy Ho

| | | | | | | |
|---|---|---|---|---|---|---|
| 334 | 0 | N/A | N/A | 0 | N/A | N/A |
| 335 | 179 | 9-2020 | 10-2021 | 6 | 10-2020 | 1-2021 |
| 336 | 93 | 9-2020 | 7-2021 | 3,686 | 9-2020 | 1-2023 |
| 337 | 407 | 9-2020 | 9-2021 | 92 | 9-2020 | 6-2021 |
| 338 | 139 | 9-2020 | 1-2023 | 285 | 9-2020 | 12-2022 |
| 339 | 166 | 2-2022 | 1-2023 | 13 | 10-2020 | 11-2021 |
| 340 | 1,551 | 9-2020 | 1-2023 | 896 | 9-2020 | 1-2023 |
| 341 | 0 | N/A | N/A | 0 | N/A | N/A |
| 342 | 174 | 9-2020 | 1-2023 | 358 | 9-2020 | 1-2023 |
| 343 | 733 | 1-2021 | 1-2023 | 1,165 | 9-2020 | 1-2023 |
| 344 | 145 | 9-2020 | 1-2023 | 533 | 2-2021 | 1-2023 |
| 345 | 824 | 11-2020 | 1-2023 | 370 | 9-2020 | 1-2023 |
| 346 | 1,222 | 9-2020 | 1-2023 | 1,606 | 9-2020 | 1-2023 |
| 347 | 1,026 | 9-2020 | 1-2023 | 2,094 | 9-2020 | 1-2023 |
| 348 | 101 | 10-2020 | 1-2023 | 7,938 | 9-2020 | 1-2023 |
| 349 | 529 | 9-2020 | 1-2023 | 525 | 9-2020 | 1-2023 |
| 350 | 542 | 10-2020 | 1-2023 | 5,581 | 9-2020 | 1-2023 |
| 351 | 1,519 | 9-2020 | 1-2023 | 35,016 | 9-2020 | 1-2023 |
| 352 | 2,758 | 9-2020 | 1-2023 | 1,463 | 9-2020 | 1-2023 |
| 353 | 0 | N/A | N/A | 0 | N/A | N/A |
| 354 | 856 | 9-2020 | 1-2023 | 233 | 9-2020 | 11-2022 |
| 355 | 525 | 9-2020 | 1-2023 | 2,006 | 9-2020 | 1-2023 |
| 356 | 131 | 9-2020 | 1-2023 | 1,374 | 9-2020 | 1-2023 |
| 357 | 1,190 | 9-2020 | 1-2023 | 1,905 | 9-2020 | 1-2023 |
| 358 | 1,794 | 9-2020 | 1-2023 | 538 | 9-2020 | 1-2023 |
| 359 | 3,154 | 9-2020 | 1-2023 | 6,419 | 9-2020 | 1-2023 |
| 360 | 371 | 9-2020 | 1-2023 | 2,335 | 9-2020 | 1-2023 |
| 361 | 889 | 9-2020 | 1-2023 | 6,875 | 9-2020 | 1-2023 |
| 362 | 164 | 9-2020 | 1-2023 | 155 | 9-2020 | 1-2023 |
| 363 | 1,427 | 9-2020 | 1-2023 | 8,619 | 9-2020 | 1-2023 |
| 364 | 109 | 10-2020 | 1-2023 | 3,740 | 10-2020 | 1-2023 |
| 365 | 3 | N/A | N/A | 0 | N/A | N/A |
| 366 | 1,460 | 9-2020 | 1-2023 | 7,759 | 9-2020 | 1-2023 |
| 367 | 1,943 | 9-2020 | 1-2023 | 2,309 | 9-2020 | 1-2023 |
| 368 | 0 | N/A | N/A | 0 | N/A | N/A |
| 369 | 384 | 9-2020 | 1-2023 | 7,592 | 9-2020 | 1-2023 |
| 370 | 1,626 | 9-2020 | 1-2023 | 3,878 | 9-2020 | 1-2023 |
| 371 | 611 | 9-2020 | 1-2023 | 130 | 9-2020 | 1-2023 |
| 372 | 510 | 9-2020 | 1-2023 | 26,206 | 9-2020 | 1-2023 |
| 373 | 1,781 | 9-2020 | 1-2023 | 641 | 10-2020 | 1-2023 |
| 374 | 687 | 9-2020 | 1-2023 | 3,332 | 9-2020 | 1-2023 |
| 375 | 1,174 | 9-2020 | 1-2023 | 2,932 | 9-2020 | 1-2023 |
| 376 | 1,084 | 9-2020 | 1-2023 | 1,046 | 9-2020 | 1-2023 |

**Exhibit A** – Declaration of Duy Ho

| 377 | 148 | 3-2021 | 1-2023 | 4,853 | 9-2020 | 1-2023 |
|---|---|---|---|---|---|---|
| 378 | 822 | 9-2020 | 1-2023 | 190 | 9-2020 | 12-2022 |
| 379 | 497 | 9-2020 | 1-2023 | 1,097 | 12-2020 | 1-2023 |
| 380 | 231 | 9-2020 | 1-2023 | 181 | 9-2020 | 6-2022 |
| 381 | 0 | N/A | N/A | 0 | N/A | N/A |
| 382 | 500 | 9-2020 | 1-2023 | 411 | 9-2020 | 8-2022 |
| 383 | 814 | 9-2020 | 1-2023 | 643 | 9-2020 | 1-2023 |

# EXHIBIT B

**Exhibit B** – Declaration of Duy Ho

| Post-Complaint Custodian | Produced Documents Dated After 8-13-2020 |
|---|---|
| 1 | 7,676 |
| 2 | 3,731 |
| 3 | 8,941 |
| 4 | 3,478 |
| 5 | 2,581 |
| 6 | 8,305 |
| 7 | 14,431 |
| 8 | 13,687 |
| 9 | 6,135 |
| 10 | 23,465 |
| 11 | 2,742 |
| 12 | 1,358 |
| 13 | 7,137 |
| 14 | 15,207 |
| 15 | 377 |
| 16 | 3,538 |
| 17 | 2,140 |
| 18 | 3,856 |
| 19 | 8,757 |
| 20 | 564 |
| 21 | 439 |