UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:  Hon. James Donato |

Upon consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the Clerk shall seal the unredacted version of the Declaration of Karma M. Giulianelli filed in support of Plaintiffs' Responses to the Minute Order Questions, and Exhibits 4-13, 15, 17, 18, and 20 thereto in their entirety until the resolution of any declaration submitted pursuant to Civil Local Rule 79-5(f) and any response thereto. The portions of the Declaration of Karma M. Giulianelli that shall temporarily remain under seal are listed below:

| Section of Declaration | Corresponding Page and Line Number(s) |
|---|---|
| Giulianelli Declaration ¶ 15 | 5:21-22, excluding "000475242 (instant message in which a Google employee" |
| Giulianelli Declaration ¶ 34 | 10:2-3, excluding "Ex. 20 at 11, 14, Ex." <br> 10:4-5, excluding "C. Google also responded that it" and "Ex. 20 at 16." |
| Giulianelli Declaration ¶ 36 | 10:10, excluding "James Kolotouros testified that" <br> 10:11, excluding "MDL Dkt. 258-8. On February 10, 2022, Jamie Rosenberg testified" <br> 10:12 in its entirety <br> 10:13, excluding "MDL Dkt. 258-6. On March 23, 2022, Ashish Pimplapure testified" <br> 10:14, excluding "MDL Dkt. 258- 9." |

Pursuant to Civil Local Rule 79-5(f)(3), no later than January 31, 2023, Defendant Google, the Designating Party, shall submit a declaration in compliance with Rule 79-5 establishing that the exhibits remain under seal.

**IT IS SO ORDERED.**

DATED: _____          _____
                                         HON. JAMES DONATO
                                         United States District Judge

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

2