# Exhibit 4

Message

| | |
|---|---|
| **From:** | David Riphagen [davidriphagen@google.com] |
| **Sent:** | 11/27/2018 5:03:00 PM |
| **To:** | Patrick Davis [patdav@google.com]; Jeremy Frank [jeremyfrank@google.com]; Winston Mok [wmok@google.com]; Larry Yang [lryang@google.com]; Darshini Thiagarajan [darshinit@google.com]; Angela Ying [angelaying@google.com]; Paul Feng [pfeng@google.com]; Manish Bhargava [mbhargava@google.com]; Mrinalini Loew [mloew@google.com]; Meghdutt Brahmachari [meghdutt@google.com]; Austin Shoemaker [awshoemaker@google.com]; Vivek Gandhi [vivekgandhi@google.com]; Amber Barlament [abarlament@google.com]; Calvin Ling [cling@google.com] |
| **Subject:** | ??PF-Team? |

- **David Riphagen**, 2018-11-27 09:03:00

<a href="https://www.google.com/url?q=https://stratechery.com/2018/antitrust-the-app-store-and-apple/&amp;sa=D&amp;source=hangouts&amp;ust=1543424580782000&amp;usg=AFQjCNHmMAsrwBsbtJyHZgS8VBfeDhpNwg">https://stratechery.com/2018/antitrust-the-app-store-and-apple/</a>

- **David Riphagen**, 2018-11-27 09:03:04

https://chat.google.com/api/get_hangouts_attachment_url?url_type=FIFE_URL&attachment_token=AOe91x326ZkfmhGdVs_NvNn2kO6iEIGFyNHU6KvqxFxQ6PDB6Zz02nmTXDv-zmM8KE3oi-f9ZCXPVzEQxy_yqgJ_6avsLW7wWfjBtAZED2mGq6FU_0_TM3Gi4LtJqYaDZc3KW3sqkXpX2ruk1_VWOzu7ZxIA5oIumr1uuUh4LKq29ogFv7fdX870lUJJN0YOrZ89TLerokSitGoJGXUabioQezmMoTEtx_G_vtuhf2SIvFe4VmbcYUlcE4NVn3-5Eak

- **David Riphagen**, 2018-11-27 09:03:22

Ben Thompson is writing about the Apple case. Haven&#39;t read it yet, send me Tldr if you have

- **Larry Yang**, 2018-11-27 09:15:08

Reminder: do not speculate on legal matters over email or (saved) chat

CONFIDENTIAL

GOOG-PLAY-010028199