| | |
|---|---|
| Karma M. Giulianelli (SBN 184175) <br> karma.giulianelli@bartlitbeck.com <br> **BARTLIT BECK LLP** <br> 1801 Wewatta St., Suite 1200 <br> Denver, Colorado 80202 <br> Telephone: (303) 592-3100 <br><br> Hae Sung Nam (*pro hac vice*) <br> hnam@kaplanfox.com <br> **KAPLAN FOX & KILSHEIMER LLP** <br> 850 Third Avenue <br> New York, NY 10022 <br> Telephone: (212) 687-1980 <br><br> *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* <br><br> Paul J. Riehle (SBN 115199) <br> paul.riehle@faegredrinker.com <br> **FAEGRE DRINKER BIDDLE & REATH LLP** <br> Four Embarcadero Center, 27th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-7500 <br><br> Christine A. Varney (*pro hac vice*) <br> cvarney@cravath.com <br> **CRAVATH, SWAINE & MOORE LLP** <br> 825 Eighth Avenue <br> New York, New York 10019 <br> Telephone: (212) 474-1000 <br><br> *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | Brendan P. Glackin (SBN 199643) <br> bglackin@agutah.gov <br> **OFFICE OF THE UTAH ATTORNEY GENERAL** <br> 160 E 300 S, 5th Floor <br> PO Box 140872 <br> Salt Lake City, UT 84114-0872 <br> Telephone: (801) 366-0260 <br><br> *Counsel for the Plaintiff States* <br><br> Douglas J. Dixon (SBN 275389) <br> ddixon@hueston.com <br> **HUESTON HENNIGAN LLP** <br> 620 Newport Center Drive, Suite 1300 <br> Newport Beach, CA 92660 <br> Telephone: (949) 229-8640 <br><br> *Counsel for Plaintiffs Match Group, LLC, et al.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Date: January 31, 2023 at 1:30 p.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

1   I, Lauren A. Moskowitz, declare as follows:

2   1.   I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic")
3   in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

4   2.   I have personal, first-hand knowledge of the facts set forth in this Declaration. If called
5   as a witness, I could and would competently testify to these facts under oath.

6   3.   Plaintiffs' Response to Google's Brief in Response to the Court's Minute Order
7   Questions Regarding Preservation of Chat Messages ("Plaintiffs' Response") and exhibits to the
8   Declaration of Michael J. Zaken ("Zaken Declaration") contain portions that are sourced from
9   materials that Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google
10  Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google"), have designated as
11  "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to
12  the operative Protective Orders entered by the Court, Case No. 3:21-md-02981-JD, ECF Nos. 247,
13  248, and 249. The following table shows the portions of Plaintiffs' Response and the exhibits to the
14  Zaken Declaration that contain information designated as "CONFIDENTIAL" and "HIGHLY
15  CONFIDENTIAL – ATTORNEYS' EYES ONLY".

| Document | Corresponding Page and Line Number(s) | Designating Party |
|---|---|---|
| Plaintiffs' Response | Page 9, lines 17-19, between "among other things," and "(GOOG-PLAY3-000012530.)" | Google |
| Plaintiffs' Response | Page 9, footnote 7, between "Jim Kolotouros testified that" and "(Zaken Decl." | Google |
| Plaintiffs' Response | Page 12, line 7, between "whether" and "was going" | Google |
| Plaintiffs' Response | Page 12, lines 8-9, between "long made efforts to" and "(Zaken Decl." | Google |
| Plaintiffs' Response | Page 12, line 9, between "likely that these" and "discussions contained" | Google |
| Plaintiffs' Response | Page 12, line 10, between "competitors like" and "Ms. Kochikar" | Google |
| Plaintiffs' Response | Page 12, lines 11-13, between "on, emailed" and "(Zaken Decl." | Google |

| Document | Corresponding Page and Line Number(s) | Designating Party |
|---|---|---|
| Plaintiffs' Response | Page 12, line 14-15, between "As another example" and "(Zaken Decl." | Google |
| Zaken Decl. Ex. 6 | Document in its entirety. | Google |
| Zaken Decl. Ex. 7 | Document in its entirety. | Google |
| Zaken Decl. Ex. 8 | Document in its entirety. | Google |
| Zaken Decl. Ex. 9 | Document in its entirety. | Google |
| Zaken Decl. Ex. 10 | Document in its entirety. | Google |
| Zaken Decl. Ex. 11 | Document in its entirety. | Google |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on January 27, 2023 in Short Hills, NJ.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz