| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980<br><br>*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*<br><br>Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* | Brendan P. Glackin (SBN 199643)<br>Lauren M. Weinstein (*pro hac vice*)<br>bglackin@agutah.gov<br>lweinstein@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260<br><br>*Counsel for the Plaintiff States*<br><br>Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>*Counsel for Plaintiffs Match Group, LLC, et al.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF LODGING**<br><br>Judge: Hon. James Donato |

Pursuant to the Court's February 1, 2023 Minute Order (MDL Dkt. 440), Plaintiff Epic Games, Inc., Plaintiffs Match Group, LLC, et al., Consumer Plaintiffs and the State Attorneys General Plaintiffs (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby file the following documents that were lodged in chambers:

| Exhibit | Description |
| --- | --- |
| - | Highlighted transcript of the January 12, 2023 deposition of Tian Lim |
| PX-170 | Document containing Tian Lim's notes |

As instructed by the Court, each of the parties has highlighted relevant portions of Mr. Lim's deposition transcript for the Court's consideration. Plaintiffs will deliver a video containing the highlighted excerpts to the Court's chambers.

Dated: February 9, 2023

CRAVATH, SWAINE & MOORE LLP
Christine Varney *(pro hac vice)*
Gary A. Bornstein *(pro hac vice)*
Timothy G. Cameron *(pro hac vice)*
Yonatan Even *(pro hac vice)*
Lauren A. Moskowitz *(pro hac vice)*
Justin C. Clarke *(pro hac vice)*
Michael J. Zaken *(pro hac vice)*
M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Lauren A. Moskowitz*
    Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*

| | |
|---|---|
| Dated: February 9, 2023 | BARTLIT BECK LLP<br>  Karma M. Giulianelli<br><br>KAPLAN FOX & KILSHEIMER LLP<br>  Hae Sung Nam<br><br>Respectfully submitted,<br><br>By: */s/ Karma M. Giulianelli*<br>  Karma M. Giulianelli<br><br>*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* |
| Dated: February 9, 2023 | PRITZKER LEVINE LLP<br>  Elizabeth C. Pritzker<br><br>Respectfully submitted,<br><br>By: */s/ Elizabeth C. Pritzker*<br>  Elizabeth C. Pritzker<br><br>*Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation* |
| Dated: February 9, 2023 | OFFICE OF THE UTAH ATTORNEY GENERAL<br>  Brendan P. Glackin<br>  Lauren Weinstein<br><br>Respectfully submitted,<br><br>By: */s/ Brendan P. Glackin*<br>  Brendan P. Glackin<br><br>*Counsel for the Plaintiff States* |

Dated: February 9, 2023

HUESTON HENNIGAN LLP
Douglas J. Dixon
Christine Woodin
Joseph A. Reiter

Respectfully submitted,

By: /s/ Douglas J. Dixon
Douglas J. Dixon

*Counsel for Plaintiffs Match Group, LLC et al.*

**E-FILING ATTESTATION**

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz