UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:  Hon. James Donato |

Upon consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the Clerk shall seal the following materials filed in connection with Plaintiffs' Notice of Lodging until the resolution of any declaration submitted pursuant to Civil Local Rule 79-5(f) and any response thereto:

| Document | Corresponding Page Numbers |
|---|---|
| PX-170 | Portions of words appearing on Pages 2-54, 57-60, 62, and 64-71 |

Pursuant to Civil Local Rule 79-5(f)(3), no later than February 16, 2023, Defendant Google, the Designating Party, shall submit a declaration in compliance with Rule 79-5 establishing that the exhibits should remain under seal.

**IT IS SO ORDERED.**

DATED: _____

HON. JAMES DONATO
United States District Judge