Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

*Counsel for Defendants Google LLC et al*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF DUY HO IN SUPPORT OF GOOGLE'S SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S FEBRUARY 27, 2023 MINUTE ORDER**<br><br>Judge:   Hon. James Donato |

## DECLARATION OF DUY HO

I, Duy Ho, declare as follows:

1. I am a Project Manager on the Legal Discovery team at Google. I make this declaration based on personal knowledge. If called as a witness, I could testify competently to the facts stated herein.

2. My job-specific responsibilities include managing the technical aspects of discovery in connection with litigation matters. In connection with this matter, I have managed vendor operation of the document review database, overseen processes for producing large datasets, and assisted with analysis of review and production metrics.

### Total Number of Chats Produced

3. In connection with this declaration and with assistance from others at Google, I analyzed Google's collection and production of chats that post-date the filing of Epic's complaint on August 13, 2020 ("post-Complaint chats"). This analysis includes post-Complaint chats produced by Google in the normal course of discovery (the "discovery production") and in connection with Google's supplemental production of chats in February 2023 (the "supplemental production").

4. As part of my job duties, I am familiar with how Google Chat messages are produced by Google in litigation. In particular, I am aware that Google uses the term "chat" to refer to a document containing multiple chat messages in a thread linked by temporal parameters, such that one "chat" produced by Google can contain numerous individual messages that span many pages over a period of time. The numbers in this declaration refer to the total number of "chat" documents produced by Google rather than the number of individual messages within each chat in the production.

5. In the discovery production, Google produced 502 post-Complaint chats from 21 post-Complaint custodians. Google also produced 260 attachments to these chats, resulting in a total production of 762 documents.

6. For the supplemental production, Google collected 749,318 chats and 394,869

attachments from all 383 legal hold recipients, totaling 1,144,187 documents. Google then produced 52,271 chats and 161,709 attachments, totaling 213,980 documents.

7. I have analyzed how many documents within the supplemental production hit on the search strings negotiated by the parties related to substantive issues in the litigation. Based on that analysis, I conclude that 47,513 chats and 10,690 attachments hit on at least one of these search strings.

## Chats and Documents Produced on Six Issues

8. I have also analyzed Google's production to determine the number of chats and other documents that Google has produced related to six particular issues. For this analysis, I ran search terms provided by Google's counsel against documents in Google's discovery production and supplemental production.

9. I have prepared a separate table, attached as **Exhibit A**, showing the total number of documents produced that hit on certain search terms for each of the six issues (Column 1). Column 2 of **Exhibit A** shows the number of post-Complaint supplemental production chats or chat attachments that hit on searches for each issue, as well as all six searches combined (all before pulling in families). Column 3 of **Exhibit A** shows the number of post-Complaint discovery production chats that hit on the search string for each identified issue, as well as for all six issues combined (all before pulling in families) for the 21 post-Complaint custodians. Column 4 of **Exhibit A** shows the total number of post-Complaint discovery production documents (including chats and attachments, as well as other documents like emails and slide decks) that hit on the search string for each identified issue, as well as for all six issues combined (all before pulling in families). Column 5 of **Exhibit A** shows the total number of discovery production documents (both pre- and post-Complaint, including chats and attachments, as well as other documents like emails and slide decks) that hit on the search string for each identified issue, as well as on all six issues combined (all before pulling in families).

10. I also prepared a separate table, attached as **Exhibit B**, that lists the search terms used for each issue.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2 true and correct.
3  Executed on this 14th day of March, 2023, in California.

*DocuSigned by:*

*Duy Ho*

6E9ED0910AF2455...

Duy Ho

# EXHIBIT A

**Exhibit A – Declaration of Duy Ho**

| Issue | Supplemental Production | Discovery Production | | |
|---|---|---|---|---|
| | Number of chats or attachments from the 383 legal hold recipients that hit on issue search terms (not including families) | Number of chats or attachments from the 21 post-Complaint custodians previously produced that hit on issue search terms (not including families) | Number of post-Complaint documents previously produced that hit on issue search terms (not including families) | Number of total documents previously produced that hit on issue search terms (not including families) |
| **Hug** | 1,710 | 130 | 7,130 | 37,417 |
| **RSA 3.0** | 504 | 0 | 1,196 | 52,992 |
| **Magical Bridge** | 10 | 10 | 328 | 1,475 |
| **Basecamp** | 30 | 3 | 663 | 2,763 |
| **Runway** | 393 | 32 | 4,886 | 11,015 |
| **Everest** | 1,086 | 14 | 4,518 | 10,156 |
| **All 6 issues** | 3,469 | 176 | 16,132 | 110,904 |

# EXHIBIT B

**Exhibit B** – Declaration of Duy Ho

| Issue | Search term |
|---|---|
| **Hug** | Hug OR AVP OR GVP OR "games velocity" OR "apps velocity" |
| **RSA 3.0** | ("premier tier" OR "RSA 3.0" OR "RSA3" OR agreement*) w/30 (OEM* OR "Original Equipment Manufacturer" OR "Original Equipment Manufacturers" OR OnePlus OR "ZTE" OR "LG" OR Nokia OR HTC OR Huawei OR Sony OR Samsung OR Galaxy OR Lenovo OR Acer OR Oppo OR Vivo OR Xiaomi OR Asus OR Microsoft OR Motorola OR installer OR carrier* OR "AT&T" OR Verizon OR "T-Mobile" OR Sprint OR Telefonica) |
| **Magical Bridge** | "Magical Bridge" OR "Project MB" |
| **Runway** | Runway |
| **Basecamp** | Basecamp |
| **Everest** | (((Korea* OR "KR") w/5 (law OR legis*)) AND "Play" AND (("alternative" w/5 "billing") OR "service fee")) OR ("Everest") OR (("Media" w/3 experience) w/10 (low* OR decreas* OR chang* OR drop* OR reduc* OR simplify OR simple)) OR ("Media Experience Program" OR "MEP") OR ("UCB" OR "user choice billing") OR (("Spotify" OR "pilot") AND (("alternative" OR "choice") w/5 "billing")) |