# EXHIBIT 2

**Exhibit 2** – Declaration of Jonathan Kravis

| Project Title | Related Programs & Alternative Project Names |
|---|---|
| **Everest** | Halla, Mont Blanc, UCB ("user-choice billing"), DOB ("developer only billing"), subscription service fee reduction to 15% |
| **Hug** | GVP ("Games Velocity Program"), AVP ("Apps Velocity Program") |
| **RSA 3.0** | GDAF ("Google Distribution on Android Framework"), "Google Forward" |
| **Magical Bridge** | n/a |
| **Basecamp** | n/a |
| **Runway** | n/a |