# EXHIBIT 3

**Exhibit 3** – Declaration of Jonathan Kravis

|  | Hug | RSA 3.0 | Magical Bridge | Basecamp | Runway | Everest |
|---|---|---|---|---|---|---|
| *Expert Report Citations* | > 250 | > 275 | > 50 | > 50 | > 15 | > 15 |
| *Unique Docs. Cited by Experts* | > 115 | > 80 | > 20 | > 10 | > 5 | > 10 |
| *Deponents Questioned* | 23 | 14 | 13 | 5 | 7 | 15 |
| *Deposition Pages* | >1000 | > 500 | > 240 | > 60 | > 110 | > 450 |