# EXHIBIT 4
## TO KRAVIS DECLARATION
## PUBLIC-REDACTED VERSION

**Boosting Top Game Developer Support**

**&**

**Securing Play Distribution on Samsung Devices**

April 9, 2019

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL // REFLECTS LEGAL ADVICE

CONTENTS

**Executive Summary**

**Context & Mobile Gaming Trends**

**Risks**

**Program Proposals**

   1.  Top Game Developers

   2.  Samsung

**Financial Summary**

AC PRIVILEGED // REFLECTS LEGAL ADVICE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332819.R



*Both programs are needed*
*Need to invest in top devs now to ensure imminent launches happen on Play and reduce noise*
*Samsung is aggressively pursuing gaming, and indicated they're open to partnering with us (but a deal will take time to negotiate and implement)*

*Note: We're also beginning to explore ways to reduce 'app store tax' sentiment across the developer ecosystem, via new business model concepts*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Play's business is concentrated among top developers, and on Samsung devices

The loss of top developers, either to competitors or by
'going-it-alone' on Android, would significantly impact Play's business

*Tencent investment

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- HVUs:    of buyers spend    of app & game spend
- Samsung concentration of    reflect 2018 actuals. Concentration is even higher in few key Play markets, eg, KR

          GOOG-PLAY-003332822.R



## Recent ecosystem trends

**Competitors Aggressively Pursuing Gaming**

Galaxy Store
- Homescreen icon on S10
- **20% rev share**
- Pursuing top tiles (exclusives and co-list)

EPIC GAMES*
- Launching app store in 2019/20
- **12% rev share (on PC)**
- New **$100M developer fund** (no strings)
- Pursuing **exclusive content & winning** on PC

ONE
- **20% rev share**
- Allows 3P billing **(5% rev share)**
- Partnered w/ Samsung in KR

amazon apps
- Funding in-app purchase **discounts (up to 20%)** to attract users

**"App Store Tax" Meme Emerging**

**Apple and Google Face Growing Revolt Over App Store 'Tax'**

Opinion: Google's 30% cut of Play Store app sales is nothing short of highway robbery

APPLE IMPOSES A DISCRIMINATORY 30% TAX

**Apple taxes competitors to advantage their own services**

**Tencent investment*

AC PRIVILEGED // REFLECTS LEGAL ADVICE



Major developers are increasingly considering distribution off Play. They also express discontent over Play rev share, and lack of unified Google offers / support

| | 2019 Play Spend* | Activity In Past 8 Months | |
|---|---|---|---|
| EPIC GAMES | $0 | Launched hit title 'Fortnite' off Play (August 2018) | |
| | | Imminently deciding whether to launch new mega title off Play | AAA PC / Console devs with capabilities to bypass Play |
| | | Actively evaluating whether to launch new mega title off Play | |
| | | Planning to co-list top grossing title on Samsung Store. Asked for revenue share cut | |
| | | Asked for revenue share cut "across the board" | 'Mobile Major' allies changing their tune |
| | | Seeking commercial synergy across Google (Play + Ads) | |

*Projected. spend projection is for 2020

AC PRIVILEGED // REFLECTS LEGAL ADVICE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Proposal: Unify and boost Google's value proposition to target developers, via expanded offers and service level



AC PRIVILEGED // REFLECTS LEGAL ADVICE



Improve sentiment about (1) Play revenue share, (2) building high-fi games for Android, and (3) Google's gaming value proposition
Android: reduced app distro fragmentation

Cross-Google Service Pack Offering (Program Details & Asks)

| Offer to Developer | Primary PA Success Metric |
|---|---|

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



[Dev List](#)

GOOG-PLAY-003332830.R

Service Pack Deployment: Match developers with 'Service Packs' based on
developer's top business objectives and lifecycle stage

| Concentrated Mobile Majors | **AAA PC / Console** | Strategic Mobile Majors |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

More developers

-Piloting Build & Test & Launch packs with          → good early traction

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332831.R

Value to Dev by Service Pack (2020 view)

| Value to Developer | Google P&L Cost | HC |
| --- | --- | --- |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332832.R

3-year Value to Developer exceeds P&L cost*

Confidential + Proprietary

**Note that**
**P&L cost starts exceeding Cost to deliver value in 2020 & 2021 as**
**increases**





Context
Samsung pursuing gaming on Galaxy Store
Samsung's Goals
Grow services business
Differentiate hardware
Appeal to younger users
Possibly "Apple Envy", BU incentives, Google dependency reduction
Galaxy Store on DHS
#1 grossing game on Play co-listing in Galaxy Store
NCSOFT
Exclusive Titles / Content
FORTNITE
Rumor: paid $40M for exclusive Niantic content
NIANTIC
Represents large oppty for Samsung
(and larger risk to Google)
~$30M to $60M
~$240M
Current annual est operating profit of Galaxy Store
Likely 2022 operating profit of Galaxy Store if Samsung doubles down
AC PRIVILEGED // REFLECTS LEGAL ADVICE

## Jamie / Jim

Proposal: strategic collaboration that advances Samsung goals, promotes Play on Samsung devices, and improves Android gaming experience

| Financial Gives | • Ads rev share from syndicated Google Ad products<br>• Co-marketing opportunities for Samsung-exclusive content and deals<br>• Up to $10M in 'Play Points' discounts for 1 year for Samsung phone buyers<br>• Up to $60M annual payment for 4 years |
|---|---|
| Google Gets | • Play hosts Galaxy Store games/apps, and provides billing, security, and updates<br>• Play and Galaxy Store are only app stores on Default Home Screen<br>• Samsung adheres to Android Gaming Standards |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- We want to collaborate with Samsung and bring multiple levers (not just cash) to the table. Some levers are win-win (

- Upfront cash payment is needed to address their Galaxy store P&L. We are anchoring on the range of net profit that we estimate Galaxy store makes
- Potential upside from ads syndication would be lucrative for both Samsung and Google (size depends on how much Samsung is willing to partner wrt surfaces & ads targeting parameters). Samsung does not need to build its own large sales team and court devs. Can participate in the upside as several large publishers do today.

- Marketing opportunities:

- Playpoints:

GOOG-PLAY-003332836.R



GOOG-PLAY-003332837.R

Ask to BC: Initial Approval of Top Dev Service Packs (including                    ),
and 4 year Samsung deal

Confidential + Proprietary



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



 GOOG-PLAY-003332840.R





Marketing line includes                    and also accounts for incrementality from
marketing spend

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-003332842.R



Net Value: Mitigation - Investment



Play Revenue = Apps & Games + Ads on Play
2019 Assumptions:
Epic Store to launch Q4 2019
Risk from Samsung and Amazon store already underway with existing stores and
already known co-listing of top developers (
                )
A couple of partial exclusives off-play expected to occur in 2019
Play would still retain at least ~50% of the top developers in 2019 with most likely
defection of top developers ramping up to 100% in 2020


https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYINZ-M-
6wptQwT8Alxyf4Ns/edit?ts=5c807718#gid=1323652187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Hypothetical Hug and Samsung, Hug wound down after year 2

Margin Impact (2019 - 2022)

Samsung deal investment does not include any additional TVC/OpEx/HC costs for product offerings

Privileged and Confidential

Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYlNZ-M-
6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   GOOG-PLAY-003332845.R



Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYlNZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Hug only (no Samsung deal)

Margin Impact (2019 - 2022)

Privileged and Confidential

Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYlNZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

P&L economics of program to mitigate against          of margin over 2019-2022

Confidential + Proprietary

Marketing line includes                    and also accounts for incrementality from
marketing spend

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Developer Value View

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Developer List

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Developer Eligibility Criteria and Obligations

| Developer
Eligibility |

| Developer
Obligations |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332852.R

Ads SVAs for Hug Devs:          and     FTE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY-003332853.R

for Hug devs:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332854.R

What about Unknown Sources?

- **Developers have choice on Android (key distinction from Apple). Changes to 'Unknown Sources' create legal / regulatory challenges**

- **We want developers to actively choose Google, and we want happy customers**

- **Risk still remains even with changes to Unknown Sources**

  ○ Worse developer sentiment; "app store tax" meme acceleration

  ○ Alternative stores can still be preloaded

  ○ Sideloading remains

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY-003332855.R

Epic / Fortnite

**Fortnite is active on ~6M Android devices**

**We estimate Fortnite would have been substantially more successful had they launched on Play**

**However, other developers might follow Epic's path for various reasons:**

- Every developer that follows Epic's path & launches on the Epic store will have less friction & a larger addressable user base than title before it.
- Developers can afford to take a ~20% performance hit on Epic store (due to 88% rev share) and still break-even. Or a ~30% hit in performance if they decide to go-it-alone.
- Developers place value on owning the entire customer relationship beyond what we assessed in our short-term analysis of Fortnite performance.
- PC / Console developers that have long term relationships with their customers already have a good knowledge of which users drive spend. They can directly convert those players over to the mobile version.
- Tencent ownership of influential developers might bias their choices.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332856.R

Play Concentration

2019 Projected Play Spend =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332857.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

To achieve our "gets" and help Samsung's goals, we recommend a set of Product and Financial "gives" based on guiding principles

**Product**

- - - - - - - - - - - - - - - - - - - - - - - - - - -

**Financial**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

PRODUCT OFFERS — Play as backend to Galaxy Store frontend

## Play backend to Galaxy Store frontend - how it would work

| | |
|---|---|
| **Overview** | • **Surface area:** All Samsung-owned surface areas that facilitate download of Android mobile apps, including Galaxy Store and Game Launcher<br>• **Catalog:** Apps with unique functionality or offers for Samsung users<br>• **Store layout:** Samsung continues to curate content and do top-level promotion |
| **Risks and Mitigations** | **Lost Play Ads revenue due to shift of Play users to Galaxy Store**<br>*Mitigation:*<br><br>**Play brand dilution**<br>*Mitigation:*<br>**Samsung reverts to 1P backend** and promotes Galaxy Store after deal expires<br>*Mitigation:*<br>•<br><br>• |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FINANCIAL OFFERS — Lumpsum Payment
**Likely 2019 net profit of Galaxy Store**: -$30M to $60M profits
*Based on extrapolating public estimates of Samsung's Korean app business*

**Assumptions**

**Samsung revenue share is 20-30%**
- $24-35M Samsung net revenue in KR

**250 HC OPEX to run the store**
- Roughly 15% size of Play team

**Ads revenue: ~$10M**
- Based on impressions and CTR data shared by Samsung at GDC

| Global estimate, $M | Low | High |
|---|---|---|
| Galaxy Store Consumer Spend | $360 | $545 |
| **Galaxy store revenue** *(20-30% of spend)* | $70 | $165 |
| Payment processing cost *(~3% of spend)* | -$10 | -$15 |
| Operating cost *(~250 HC)* | -$100 | -$100 |
| **Net profit (IAPs only)** | -$40 | $50 |
| Ads revenue | $10 | $10 |
| **Total net profit (incl Ads)** | -$30 | $60 |

*Link to overall proposal*

Source: Korean industry articles; Samsung Galaxy Apps partner program, Play Finance Galaxy Store profit model

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FINANCIAL OFFERS — Play Points
Integrate Samsung with                    to help drive Samsung device sales and
user engagement

**Proposal**                    **Details**                    **Considerations**

AC PRIVILEGED // REFLECTS LEGAL ADVICE