# EXHIBIT 9

| | |
|---|---|
| Sent: | Mon 8/29/2022 4:57:06 PM (UTC) |
| From: | ethanyoung@google.com |
| To: | burcherdupont@google.com, ethanyoung@google.com |
| Subject: | _5Tkd4AAAAE-MBI-FLAT:2022-08-28T21:57:05.807199 |

**ethanyoung@google.com** 2022-08-29T16:57:05.807Z

Hi Tyler - as we are talking about RSA, due to myself being on multiple legal holds I have to turn on chat history fyi.

**burcherdupont@google.com** 2022-08-29T16:57:12.506Z

ah ok sorry

**burcherdupont@google.com** 2022-08-29T16:57:20.135Z

I didn't realize! My bad. If you can't discuss, no worries

**ethanyoung@google.com** 2022-08-29T16:57:44.790Z

Yes the moment RSA/MADA is discussed most of us are legally obligated to do this

**ethanyoung@google.com** 2022-08-29T16:57:51.689Z

Happy to discuss - just need to save 😊

**burcherdupont@google.com** 2022-08-29T16:57:52.897Z

no worreis!

**ethanyoung@google.com** 2022-08-29T16:58:15.408Z

So we can track by device if they have preloaded a certain app.

**ethanyoung@google.com** 2022-08-29T16:58:26.420Z

And we do build reviews for RSA

**ethanyoung@google.com** 2022-08-29T16:58:41.603Z

so we will definitely know if they are compliant or not

**burcherdupont@google.com** 2022-08-29T16:58:41.726Z

ah got it. So is that a live dashboard? Or do we just do data pulls every X-months ?

**ethanyoung@google.com** 2022-08-29T16:59:00.581Z

both - ape team maintains dashboard for all G APKs

**burcherdupont@google.com** 2022-08-29T16:59:10.009Z

got it, makes sense

**ethanyoung@google.com** 2022-08-29T16:59:12.605Z

and we can also data pull every day week month, ur pick

**burcherdupont@google.com** 2022-08-29T16:59:50.691Z

and one more question: so it makes sense that we can track pre-installs, but do we have an easy way to project how many

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          GOOG-PLAY5-000286391

phones a specific app will be on in the next 12 months?

Context: Ornella was asking "How many phones will be in-market with GHA pre-installed by next June?"

**ethanyoung@google.com** 2022-08-29T17:00:07.479Z

sure - same question she asked 3yrs ago 😊

**burcherdupont@google.com** 2022-08-29T17:00:08.384Z

That feels like a question that we could project, but it would be an extremely uncertain estimate

**ethanyoung@google.com** 2022-08-29T17:00:35.854Z

projection you would need to ask by partner how many devices they are planning to ship that are RSA compliant by tier

**ethanyoung@google.com** 2022-08-29T17:00:52.503Z

the sensitivity here would be Ornella is 1P so we cannot share that with her

**burcherdupont@google.com** 2022-08-29T17:01:04.181Z

understood, makes sense

**burcherdupont@google.com** 2022-08-29T17:01:19.747Z

ok, this is super helpful context, thanks so much!

**ethanyoung@google.com** 2022-08-29T17:01:24.843Z

So for things like this, I suggest you work with Ben who is bizops for mobile

**ethanyoung@google.com** 2022-08-29T17:01:42.569Z

and his team normally helps aggregate and decide which info is shared how with 1P team

**burcherdupont@google.com** 2022-08-29T17:03:52.196Z

Got it, thank you!

**burcherdupont@google.com** 2022-08-29T17:03:54.593Z

Ben's last name?

**ethanyoung@google.com** 2022-08-29T17:04:10.163Z

benbyrne@

**burcherdupont@google.com** 2022-08-29T17:04:29.632Z

thanks!

**burcherdupont@google.com** 2022-08-29T17:05:27.489Z

really appreciate the info! learn something new every day

**ethanyoung@google.com** 2022-08-29T17:05:31.593Z

np

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY5-000286392

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000286393