# EXHIBIT 12

| Sent: | Thur 1/28/2021 5:38:58 PM (UTC) |
| From: | Carol Soler <carolsoler@google.com> |
| To: | Bryan Woodward <bryanw@google.com>, Howard Shen <howardshen@google.com>, Zhou Zhou <zhouzh@google.com>, Lena Katib <lenakatib@google.com> |

Case 3:20-cv-05671-JD   Document 395-14   Filed 03/14/23   Page 2 of 2

**Carol Soler**, 2021-01-28 09:38:57

Thanks for the heads up,Bryan.

**Carol Soler**, 2021-01-28 09:39:24

Do you know when/if we will fix it?

**Bryan Woodward**, 2021-01-28 09:39:31

I can&#39;t hold privileged conversations when chat is being saved.

**Carol Soler**, 2021-01-28 09:39:43

(I have no idea why my chat keep turning history on. sorry)

**Bryan Woodward**, 2021-01-28 09:39:55

lol, I was like sheesh

**Carol Soler**, 2021-01-28 09:40:20

Its not me. There is something with the computer, when I open a chat window, it turns history on.

**Carol Soler**, 2021-01-28 09:40:59

(see? Sorry!!!!)

**Carol Soler**, 2021-01-28 09:41:28

can someone turn it off?

**Bryan Woodward**, 2021-01-28 09:42:00

I did but everytime you respond it turns it back on like a bot.

**Carol Soler**, 2021-01-28 09:42:20

F*$%!!!!!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY