UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PALY STORE ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge James Donato |

Having considered Google's Administrative Motion to File Under Seal certain limited portions of Google's March 14, 2023 submission (MDL Dkt. 463-2), ¶¶ 425-459 and ¶¶ 500-501 of the August 19, 2022 Declaration of Christian Cramer (MDL Dkt. 324-5), and any materials submitted in support or in opposition thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED**:

The following portions of Exhibit 4 and Exhibit 5 to the Kravis Declaration supporting Google's March 14, 2023 submission (MDL Dkt. 463-2) may be filed under seal:

| Exhibit | Portion Containing Designated Information | Designating Party | Rulings |
|---|---|---|---|
| Exhibit 4<br>(Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -819 (entire boxes labeled "Impact" and "Ask"). | Google (Cramer Declaration ¶ 425)<br>Samsung (Exhibit B38, MDL Dkt 324-4, Lee Declaration) | |

| Exhibit | Portion Containing Designated Information | Designating Party | Rulings |
|---|---|---|---|
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -820 (entire boxes labeled "Cross-Google Service Packs + Partner Pods," "Samsung + Google Gaming Collaboration," and "Accrue value back to Google"). | Google (Cramer Declaration ¶ 426) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -822 (between "HVUS:" and "of buyers"; between "spend" and "of app"; between "concentration of" and "reflect 2018"; entire top box). | Google (Cramer Declaration ¶ 427) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -824 (icons in column 1 and figures in column 2 in rows 2-6; text in row 2 from the start of the sentence until "whether to launch"; text in footnote between "Projected" to "spend projection"). | Google (Cramer Declaration ¶ 428) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -825 (between "margin loss (" and "revenue"; between "revenue /" and "margin at risk"; text in first row from "Play Revenue/Margin Risk" to the end of the sentence; the entire right hand box in row 1). | Google (Cramer Declaration ¶ 429) Samsung (Exhibit B38, MDL Dkt 324-4, Lee Declaration) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -827 (entire box under the slide title and icons). | Google (Cramer Declaration ¶ 430) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -828 (entire box under "1) Prioritize Play"; entire box under the icons under "2) Boost x-PA Product Adoption"). | Google (Cramer Declaration ¶ 431) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -829 (entirety of the four rows in the chart). | Google (Cramer Declaration ¶ 432) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -830 (the three boxes on the left side under "Target Developers"). | Google (Cramer Declaration ¶ 433) | |
| Exhibit 4 | Exhibit 4, page -831 (the entire box under slide title and three headings; between "packs with" and "-->"). | Google (Cramer Declaration ¶ 434) | |

| Exhibit | Portion Containing Designated Information | Designating Party | Rulings |
|---|---|---|---|
| (Previously Exhibit A22 to the Cramer Decl.) | | | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -832 (entire box under slide title and three headings). | Google (Cramer Declaration ¶ 435) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -833 (entire box under slide title; between "2021 as" and "increases"). | Google (Cramer Declaration ¶ 436) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -835 (box in the bottom right corner at the end of the arrow beneath "Niantic"). | Google (Cramer Declaration ¶ 437) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -836 (entire first row until the slide title; text from "are win- win" through the end of that sentence; entire 3 bullet points under "Marketing opportunities"; entire 2 bullet points under "Playpoints"). | Google (Cramer Declaration ¶ 438) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -838 (between "including" and "and 4 year"; entire chart under the slide title). | Google (Cramer Declaration ¶ 439) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -839 (entire right hand column under "Mitigation"; entire 3 bullet points beneath the chart). | Google (Cramer Declaration ¶ 440) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -842 (entirety of the box; between "includes" and "and also accounts"). | Google (Cramer Declaration ¶ 441) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -843 (entirety of the box under the slide title). | Google (Cramer Declaration ¶ 442) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -844 (entirety of the box under the slide title; between "of top developers" and "A couple of partial"). | Google (Cramer Declaration ¶ 443) | |

| Exhibit | Portion Containing Designated Information | Designating Party | Rulings |
|---|---|---|---|
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -845 (entirety of box under "Margin Impact (2019 - 2022)"). | Google (Cramer Declaration ¶ 444) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -846 (entirety of box under "Margin Impact (2019 - 2022)"). | Google (Cramer Declaration ¶ 445) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -847 (entirety of box under "Margin Impact (2019 - 2022)"). | Google (Cramer Declaration ¶ 446) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -848 (text in title between "against" and "of margin"; entirety of box under slide title; text below box between "includes" and "and also"). | Google (Cramer Declaration ¶ 447) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -850 (entire box under slide title "Developer Value View"). | Google (Cramer Declaration ¶ 448) Nintendo (Exhibit B50, MDL Dkt 324-4, Singh Declaration) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -851 (entire box under slide title "Developer list"). | Google (Cramer Declaration ¶ 449) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -852 (entire box next to "Developer Eligibility"; entire box next to "Developer Obligations"). | Google (Cramer Declaration ¶ 450) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -853 (title text between "Hug Devs:" and "and"; between "and" and "FTE"; and entire box below the title). | Google (Cramer Declaration ¶ 451) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -854 (title text from the beginning of the title until "for Hug devs"; from "for Hug devs" until the end of the title; and entire box below the title). | Google (Cramer Declaration ¶ 452) | |

| Exhibit | Portion Containing Designated Information | Designating Party | Rulings |
|---|---|---|---|
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -857 (subtitle text from "Project Play Spend =" until the end of that sentence; entirety of box under the subtitle). | Google (Cramer Declaration ¶ 453) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -859 (all rows and footnotes beneath the first row entitled "Payment & duration"; entire speaker notes at the bottom of the slide). | Google (Cramer Declaration ¶ 454) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, Pages -859 through -860 (entire pages filed under seal). | Samsung (Exhibit B38, MDL Dkt 324-4, Lee Declaration) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -860 (entire first row under the slide title; first bullet point under "Must haves" in the second row; the very last bullet point under "Additional asks..." in the second row). | Google (Cramer Declaration ¶ 455) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -861 (both bullet points in the first row to the right of the row title "Product"; both bullet points in the second row to the right of the row title "Financial"). | Google (Cramer Declaration ¶ 456) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -862 (all 3 bullet points in the second row under "Mitigation"; the text under "Play band dilution" and to the right of "Mitigation"; and both bullet points under "Mitigation"). | Google (Cramer Declaration ¶ 457) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -863 (under "Assumptions" the first bullet and its header; the third bullet and its header; and the fourth bullet and its header). | Google (Cramer Declaration ¶ 458) | |
| Exhibit 4 (Previously Exhibit A22 to the Cramer Decl.) | Exhibit 4, page -864 (text in the subtitle between "Integrate Samsung with" and "to help drive"; the entire chart including footnotes under "Proposal / Details / Considerations"). | Google (Cramer Declaration ¶ 459) | |
| Exhibit 5 (Previously Exhibit A30 to the Cramer Decl.) | Exhibit 5, page -690 ((three bullets under "GVP 1.0 Impact Assessment"); page -694 (images and logos on the left; between "GVP targeted" and "major | Google (Cramer Declaration ¶ 500) Aniplex (Exhibit B9, | |

| Exhibit | Portion Containing Designated Information | Designating Party | Rulings |
|---|---|---|---|
| | game"; between "(e.g.," and "of total Play"); page -695 (between "eg" and "xPA"); page -697 (text before "target devs signed"); all dollar and percentage figures; between "100% of titles" and "on Play"; between "on Play" and titles)"; fourth bullet under "1) Prioritize Play"' first bullet under "3) Improve Sentiment" between "to date (" and "devs asked pre"); page -698 (percentage figure in title; text before "target) devs" in title; images of logos on the right; text before "is signing up"; graphic below title "2019 Play A&G Spend"); pages -699 and -700 (all percentage and dollar figures on slide and text; all text in bullets under "Cloud Deals:"; all text before "new customer," "and new title," and "Expected to 40x spending"); page - 701 (all images of logos); page -702 (between "Outside of" and "who is singularly"; all entries in first column on the left); page -703 (text after "Strategic partnership with"; all entries in first column on the left); page -705 (all dollar figure and percentage figures on slide); page - 706 (entire bar graph); page -707 (all dollar figure and percentage figures on slide; entire chart); page -710 (title between "An" and "for game developers"; entire graphic beneath "New to Play PC/Console Devs" and "On Play "enterprise" Developers"; all text underneath slide except "Both" and "meet the criteria"); page -711 (all text underneath column titled "Comments"); page - 712 (bullet points underneath "Google Gives" and "Google Gets (contractual)"); page -713 (all dollar figure and percentage figures on slide; entire chart; text before "GVP 2.0 developers offer" in fourth bullet point; partner names identified in Footnote 1; between "already | MDL Dkt 324-4, Toyoma Declaration) Anonymous Non-Party* Anonymous Non-Party* Bandai Namco (Exhibit B14, MDL Dkt 324-4, Datum Declaration) Century Games (Exhibit B16, MDL Dkt 324-4, Jin Declaration) MLB* Niantic (Exhibit B31, , MDL Dkt 324-4, Shouger Declaration) Nintendo (Exhibit B50, , MDL Dkt 324-4, Singh Declaration) | |

| Exhibit | Portion Containing Designated Information | Designating Party | Rulings |
|---|---|---|---|
| | getting" and "of Play" in Footnote 2); page - 715 (two graphics on the right and left in the center of the slide; figure between "offered at" and "& met the following"; figure between "Google footprint;" and "incremental Google"; figure after "against investment of"); page -717 (text beneath "Google Gives" and "Google Gets"); page -718 (text in boxes below "Runway", "GVP", and "GVP (in conjunction w/ Runway"); page -719 (all text in boxes under "Option 1", "Option 2", and "Option 3 (R)"); page -722 (all dollar figure and percentage figures on slide; figures in the row titled "# of developers") text in "Google Gets" row; text in "Term" row; ); page -725 (all dollar figure and percentage figures on slide); page -726 (first three values in the boxes on the right); page -728 (title between "with" and "offers"; all dollar figures; logos and images under "Top Games Bundle Offer"); page -728 (images and logos; text under slide between "world of" and "interact with"); page -730 (all dollar figures, percentages, and numerical values in graphic on slide; all text underneath slide); page -731 (all text underneath title); page -732 (all dollar figure and percentage figures on slide; entire chart; first bullet point: text before "developers expected" and between "sign a deal with" and "developers"); page -733 (all dollar figure and percentage figures under "Actual"); page -734 (all dollar figure and percentage figures on slide; first bullet point underneath Key Highlights, text before "receviing UAC credits" and between "part of Hug with" and "in credits received"); page -735 (all dollar figure and percentage figures on | | |

| Exhibit | Portion Containing Designated Information | Designating Party | Rulings |
|---|---|---|---|
| | slide; entire chart; non-party identities underneath slide); page -736 (all dollar figure and percentage figures on slide; entire chart); page -737 (all dollar figure and percentage figures on slide; entire chart; non-party identities underneath slide); page -738 (entire chart); page -739 (all images of logos); page -740 and -741 (all non-party names and identities); page -741 (all text in the four boxes); page -743 (all text in the "Google Gets" and "Google Gives" rows); page -744 (text underneath "DevRel Consultations," "YT Influencers," "UAC credits," "YT channel growth"); page -745 (text in rows for "eligibility criteria" and "Play % reinvested"; all text in the "Google Gives" and "Google Gets" rows); page -746 (all dollar figure and percentage figures on slide; entire chart; non-party identities); page -749 (between "we have signed up" and "target devs;"); page -753 (text below "Deal structure option 1", "Deal structure option 2", "Deal structure option 3 (R)"); page -754 (text below "Deal structure option 1", "Deal structure option 2", "Deal structure option 3 (R)"); page -757 (all dollar figure and percentage figures on slide)). | | |
| Exhibit 5 (Previously Exhibit A30 to the Cramer Decl.) | Exhibit 5, pages -757.R (email username in the fourth row of the table, between "@" and "@google.com"). | Google (Cramer Declaration ¶ 501) | |

Dated: _____, 2023

_____
Honorable James Donato
United States District Judge
Northern District of California