| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

1    Upon consideration of Plaintiffs' Administrative Motion to Consider Whether
2  Another Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the Clerk shall seal
3  the following materials filed in connection with Plaintiffs' Supplemental Brief on Google's Chat
4  Production ("Plaintiffs' Brief"), and the Declaration of John D. Byars ("Byars Declaration"),
5  until the resolution of any declaration submitted pursuant to Civil Local Rule 79-5(f) and any
6  response thereto:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 1, lines 17-18, between "immediately wrote: """ and "","I" |
| Plaintiffs' Brief | Page 1, lines 18-19, between "Mr. Pichai" and ". (Byars" |
| Plaintiffs' Brief | Page 1, lines 20-21, between "under oath" and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 2, line 20, between "GOOG-PLAY5-000436389 ("" and "") And it" |
| Plaintiffs' Brief | Page 3, lines 3-4, between "Development Manager about" and ". Despite" |
| Plaintiffs' Brief | Page 3, line 4, between "acknowledging the """ and ", she" |
| Plaintiffs' Brief | Page 3, line 5, between "boasted: """ and """ When" |
| Plaintiffs' Brief | Page 3, line 6, between "her colleague" and ", she" |
| Plaintiffs' Brief | Page 3, lines 6-7, between "stated: """ and """ She" |
| Plaintiffs' Brief | Page 3, lines 7-9, between "then wrote: """ and """ Then the on-the-record" |
| Plaintiffs' Brief | Page 3, line 18, between "in one Chat," and ". One" |
| Plaintiffs' Brief | Page 3, lines 19-20, between "requested: """ and """ The other" |
| Plaintiffs' Brief | Page 3, line 20, between "responded """ and """—referring" |
| Plaintiffs' Brief | Page 3, line 22, between "know what """ and """ was discussed" |
| Plaintiffs' Brief | Page 3, footnote 2, between "GOOG-PLAY5-000163578 ("" and ""); *id.* Ex." |
| Plaintiffs' Brief | Page 3, footnote 2, between "GOOG-PLAY5-000374365 ("" and "".).)" |
| Plaintiffs' Brief | Page 4, line 7, between "whether they were """ and """ to talk" |
| Plaintiffs' Brief | Page 4, lines 7-9, between "about" and ". A Google employee" |
| Plaintiffs' Brief | Page 4, lines 9-10, between "that because """ and """ Google employees" |
| Plaintiffs' Brief | Page 4, line 10, between "should """ and """ warning" |
| Plaintiffs' Brief | Page 4, lines 11-12, between "that """ and """ (*Id.* Ex." |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

2

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 4, line 15, between "Programs started a """ and """ Chat to" |
| Plaintiffs' Brief | Page 4, line 15, between "discuss" and ".  Almost immediately" |
| Plaintiffs' Brief | Page 4, lines 16-18, between "she wrote: """ and """ Google's Director" |
| Plaintiffs' Brief | Page 4, line 20, between "why Google had" and """  The on-the-record" |
| Plaintiffs' Brief | Page 4, lines 24-25, between "warned the group: """ and """ When others continued" |
| Plaintiffs' Brief | Page 4, lines 26-27, between "warned again: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 4, line 28, to page 5, line 3, between "Google employees discussed" and ".  A Sales Strategy Manager" |
| Plaintiffs' Brief | Page 5, lines 5-6, between "wrote: """ and """  She" |
| Plaintiffs' Brief | Page 5, line 7, between "then wrote: """ and """  The other" |
| Plaintiffs' Brief | Page 5, line 8, between "employee" and ".  While the Sales" |
| Plaintiffs' Brief | Page 5, line 9, between "prepared to discuss" and "in this Chat" |
| Plaintiffs' Brief | Page 5, line 11, between "an employee" and ", and the" |
| Plaintiffs' Brief | Page 5, line 13, between "YouTube, stating: """ and """  A Software Engineer" |
| Plaintiffs' Brief | Page 5, line 14, between "who apparently" and ", responded: """ |
| Plaintiffs' Brief | Page 5, lines 14-15, between ", responded: """ and """  A Product Manager" |
| Plaintiffs' Brief | Page 5, line 15, between "then referenced """ and """ and the on-the-record" |
| Plaintiffs' Brief | Page 5, footnote 3, between "off-the-record Chat regarding" and "); *id.* Ex." |
| Plaintiffs' Brief | Page 5, footnote 3, between "off-the-record Chat regarding" and ", evidence that helps" |
| Plaintiffs' Brief | Page 5, footnote 3, between "preservation; for example," and "(*id.* Ex." |
| Plaintiffs' Brief | Page 5, footnote 3, between "GOOG-PLAY5-000389043)), or to" and "(*id.* Ex." |
| Plaintiffs' Brief | Page 5, footnote 3, between "GOOG-PLAY5-000168593, because """ and """))." |
| Plaintiffs' Brief | Page 6, line 21, between "restraints that Plaintiffs challenge: " and ".  Before the conversation" |
| Plaintiffs' Brief | Page 6, line 22, between "Program Manager wrote: """ and """ A Senior Software Engineer" |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

3

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 6, line 23, between "Team Lead clarified: """ and """ The on-the-record portion" |
| Plaintiffs' Brief | Page 6, line 25, between "Chat by asking: """ and """ one of the Android" |
| Plaintiffs' Brief | Page 6, line 26-27, between "Product Manager asked: """ and """ A Group Product Manager" |
| Plaintiffs' Brief | Page 6, lines 27-28, between "volunteered: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 7, line 1, between "employees created a """ and "Chat with history" |
| Plaintiffs' Brief | Page 7, line 2, between "warned the group: """ and """ The Lead" |
| Plaintiffs' Brief | Page 7, line 2, between "Google Photos asked: """ and """ The on-the-record" |
| Plaintiffs' Brief | Page 7, line 4, between "pasted a link about" and "and wrote: """ |
| Plaintiffs' Brief | Page 7, lines 4-5, between "and wrote: """ and """ This comment" |
| Plaintiffs' Brief | Page 7, line 5, between "discussion about" and ". A Software Engineer" |
| Plaintiffs' Brief | Page 7, lines 5-6, between "Engineer wrote: """ and """ The Senior Software" |
| Plaintiffs' Brief | Page 7, line 6, between "Engineer agreed: """ and """ Another Software" |
| Plaintiffs' Brief | Page 7, lines 6-7, between "Engineer agreed: """ and """ And a Program" |
| Plaintiffs' Brief | Page 7, lines 7-9, between "Manager wrote: """ and """ The Chat" |
| Plaintiffs' Brief | Page 7, lines 10-13, between "threaded room Chat: """ and """ He then asked" |
| Plaintiffs' Brief | Page 7, line 13, between "the group: """ and """ A YouTube Gaming" |
| Plaintiffs' Brief | Page 7, line 14, between "employee wrote: """ and """ A Software Engineer" |
| Plaintiffs' Brief | Page 7, line 15, between "Engineer reacted: """ and """ Another employee" |
| Plaintiffs' Brief | Page 7, line 15, between "employee wrote: """ and """ The Chat abruptly" |
| Plaintiffs' Brief | Page 7, lines 17-18, between "OS, sent others """ and """ A Manager" |
| Plaintiffs' Brief | Page 7, lines 18-19, between "asked for the """ and """ She then" |
| Plaintiffs' Brief | Page 7, lines 19-20, between "then asked: """ and """ The first" |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

4

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiffs' Brief | Page 7, line 20, between "employee wrote: """ and """ Another" |
| Plaintiffs' Brief | Page 7, lines 20-21, between "confirmed: """ and """ The employee" |
| Plaintiffs' Brief | Page 7, lines 21-22, between "warned that """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 7, line 25, between "decision by writing: """ and """ The Strategy" |
| Plaintiffs' Brief | Page 7, line 25, between "Manager responded """ and """ at which point" |
| Plaintiffs' Brief | Page 7, lines 27-28, between "and asked about """ and ". A Product Manager" |
| Plaintiffs' Brief | Page 7, line 28, between "quickly responded: """ and """ An Android engineer" |
| Plaintiffs' Brief | Page 7, line 28, between "engineer responded """ and """ A Senior Product" |
| Plaintiffs' Brief | Page 7, line 28, to page 8, line 1, between "Manager wrote: """ and """ Everyone then left" |
| Plaintiffs' Brief | Page 8, lines 2-3, between "Chat by stating: """ and """ and asked for" |
| Plaintiffs' Brief | Page 8, line 4, between "engineer responded: """ and """ Another" |
| Plaintiffs' Brief | Page 8, lines 4-5, between "wrote: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 8, lines 6-7, between "created a Chat """ and """ Another employee" |
| Plaintiffs' Brief | Page 8, lines 7-8, between "employee wrote: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 8, lines 9-10, between "began a Chat: """ and """ A Design" |
| Plaintiffs' Brief | Page 8, line 10, between "Android replied: """ and """ The conversation" |
| Plaintiffs' Brief | Page 8, lines 12-13, between "wrote immediately: """ and """ A Software Engineer" |
| Plaintiffs' Brief | Page 8, line 13, between """ A Software Engineer" and """ Another Software" |
| Plaintiffs' Brief | Page 8, line 14, between "Engineer wrote: """ and """ The Chat" |
| Plaintiffs' Brief | Page 8, line 16, between "Google employee wrote: """ and """ In the second" |
| Plaintiffs' Brief | Page 8, line 17, between "Safety, confirmed: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 8, lines 18-19, between "Chat by asking: """ and """ A Director" |
| Plaintiffs' Brief | Page 8, lines 19-20, between "Management, responded: """ |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

5

| Document | Corresponding Page and Line Number(s) |
|---|---|
|  | and "" A Group Product" |
| Plaintiffs' Brief | Page 8, line 20, between "Manager replied: """ and """ The Group Product" |
| Plaintiffs' Brief | Page 8, line 21, between "Manager concluded: """ and """ A Director" |
| Plaintiffs' Brief | Page 8, line 21, between "Management, agreed: """ and """ The Group" |
| Plaintiffs' Brief | Page 8, lines 22-23, between "then decided: """ and """ He then" |
| Plaintiffs' Brief | Page 8, line 23, between "pasted a link """ and """ and the on-the-record" |
| Plaintiffs' Brief | Page 8, lines 24-25, between "Engineer quickly asked: """ and """ Another Software" |
| Plaintiffs' Brief | Page 8, line 25, between "Engineer wrote: """ and """ and then pasted" |
| Plaintiffs' Brief | Page 8, line 25, between "stating it was """ and """ that he could" |
| Plaintiffs' Brief | Page 8, lines 27-28, between "Projects then suggested: """ and """ The on-the-record" |
| Plaintiffs' Brief | Page 9, line 1, between "an article about" and ". A Staff Privacy" |
| Plaintiffs' Brief | Page 9, line 1, between "quickly warned: """ and """ The Senior Director" |
| Plaintiffs' Brief | Page 9, line 2, between "Security, wrote: """ and """ An employee" |
| Plaintiffs' Brief | Page 9, line 2, between "employee asked """ and """ to which" |
| Plaintiffs' Brief | Page 9, lines 3-4, between "another replied: """ and """ Another wrote" |
| Plaintiffs' Brief | Page 9, lines 4-5, between "Another wrote: """ and """ (*Id.* Ex." |
| Plaintiffs' Brief | Page 9, lines 20, between "Google employees who" and ".[5]" |
| Plaintiffs' Brief | Page 9, footnote 5, between "Mr. Lim: """ and """); *id.* Ex." |
| Plaintiffs' Brief | Page 9, footnote 5, between "Mr. Lim: """ and """)." |
| Byars Decl. Ex. 1 | Document in its entirety. |
| Byars Decl. Ex. 2 | Document in its entirety. |
| Byars Decl. Ex. 3 | Document in its entirety. |
| Byars Decl. Ex. 4 | Document in its entirety. |
| Byars Decl. Ex. 5 | Document in its entirety. |
| Byars Decl. Ex. 6 | Document in its entirety. |
| Byars Decl. Ex. 7 | Document in its entirety. |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

6

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Byars Decl. Ex. 8 | Document in its entirety. |
| Byars Decl. Ex. 9 | Document in its entirety. |
| Byars Decl. Ex. 10 | Document in its entirety. |
| Byars Decl. Ex. 11 | Document in its entirety. |
| Byars Decl. Ex. 12 | Document in its entirety. |
| Byars Decl. Ex. 13 | Document in its entirety. |
| Byars Decl. Ex. 14 | Document in its entirety. |
| Byars Decl. Ex. 15 | Document in its entirety. |
| Byars Decl. Ex. 16 | Document in its entirety. |
| Byars Decl. Ex. 17 | Document in its entirety. |
| Byars Decl. Ex. 18 | Document in its entirety. |
| Byars Decl. Ex. 19 | Document in its entirety. |
| Byars Decl. Ex. 20 | Document in its entirety. |
| Byars Decl. Ex. 21 | Document in its entirety. |
| Byars Decl. Ex. 22 | Document in its entirety. |
| Byars Decl. Ex. 23 | Document in its entirety. |
| Byars Decl. Ex. 24 | Document in its entirety. |
| Byars Decl. Ex. 25 | Document in its entirety. |
| Byars Decl. Ex. 26 | Document in its entirety. |
| Byars Decl. Ex. 27 | Document in its entirety. |
| Byars Decl. Ex. 28 | Document in its entirety. |
| Byars Decl. Ex. 29 | Document in its entirety. |
| Byars Decl. Ex. 30 | Document in its entirety. |
| Byars Decl. Ex. 31 | Document in its entirety. |
| Byars Decl. Ex. 32 | Document in its entirety. |
| Byars Decl. Ex. 33 | Document in its entirety. |
| Byars Decl. Ex. 34 | Document in its entirety. |
| Byars Decl. Ex. 35 | Document in its entirety. |

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

7

Pursuant to Civil Local Rule 79-5(f)(3), no later than March 21, 2023, Defendant Google, the Designating Party, shall submit a declaration in compliance with Rule 79-5 establishing that the exhibits should remain under seal.

**IT IS SO ORDERED.**

DATED: _____    _____
HON. JAMES DONATO
United States District Judge

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

8