# Exhibit 4

Sent:      Thur 3/17/2022 3:26:31 PM (UTC)
From:      ethanyoung@google.com
To:        ethanyoung@google.com, margaretlam@google.com
Subject:   AAAA4RKG7pM-MBI-FLAT:2022-03-16T20:26:30.092879

Case 3:20-cv-05671-JD   Document 400-5   Filed 03/27/23   Page 2 of 3

**ethanyoung@google.com** 2022-03-17T15:26:30.092Z

As we are talking about RSA, I have turned on history as per policy.

**margaretlam@google.com** 2022-03-17T15:33:15.718Z

Hi Ethan, can you let me know what the policy you're referring to?

**margaretlam@google.com** 2022-03-17T15:33:23.807Z

I'd prefer to have history off

**ethanyoung@google.com** 2022-03-17T15:33:45.555Z

legal/comp can confirm but anything convo regarding RSA i have to have history on

**margaretlam@google.com** 2022-03-17T15:33:45.830Z

I talk about RSA related things all day and I don't have history on for all my chats :)

**ethanyoung@google.com** 2022-03-17T15:33:58.371Z

we cannot delete it. I am also on multiple legal hold

**margaretlam@google.com** 2022-03-17T15:34:02.578Z

Ok maybe I take you off this convo 😜

**margaretlam@google.com** 2022-03-17T15:34:08.567Z

As am I...

**ethanyoung@google.com** 2022-03-17T15:35:12.807Z

sry why do you prefer to have history off? i think we should have record of our convo so there are no miscomm/understanding no?

**margaretlam@google.com** 2022-03-17T15:35:26.447Z

I can ping Marie and Michael separately. Included you for visibility

**margaretlam@google.com** 2022-03-17T15:35:41.445Z

Yes I do prefer history off

**ethanyoung@google.com** 2022-03-17T15:37:01.904Z

pls keep BD team (me) included on any convo regarding Nothing RSA planning

**ethanyoung@google.com** 2022-03-17T15:37:32.226Z

i can send an official email to confirm regarding history but that was the training i had received

**margaretlam@google.com** 2022-03-17T15:39:11.475Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Of course I'll keep you included. But sounds like we have to keep history on in this convo specifically. But not in our 1:1 chats about RSAs or my 1:1 chats with Marie/Michael about RSAs

**margaretlam@google.com** 2022-03-17T15:39:18.856Z

So that's why I'd prefer to move away from this group chat

**margaretlam@google.com** 2022-03-17T15:39:42.832Z

It's just causing more touchpoints on my end but I respect you following your training

**ethanyoung@google.com** 2022-03-17T15:40:36.082Z

ty :) if you feel uncomfortable with history being on here, i understand.

**ethanyoung@google.com** 2022-03-17T15:41:01.592Z

but even if history is off here, these are all saved on servers anyway

**margaretlam@google.com** 2022-03-17T15:44:15.150Z

Thanks Ethan!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY