# Exhibit 7

**Sent:**   Tue 2/16/2021 11:07:18 PM (UTC)
**From:**   Margaret Lam <margaretlam@google.com>
**To:**   Matt Jayson <mattworks@google.com>, Parag Ladhawala <emailparag@google.com>

**Margaret Lam**, 2021-02-16 15:07:15

thanks parag!

**Margaret Lam**, 2021-02-16 15:07:22

would it be too much to ask you to turn history off?

**Margaret Lam**, 2021-02-16 15:07:36

lots of sensitivity with legal these days :)

**Parag Ladhawala**, 2021-02-16 15:07:47

ah okay.

**Margaret Lam**, 2021-02-16 15:07:57

thanks so much!!

**Parag Ladhawala**, 2021-02-16 15:08:01

wanted to keep the MADA info for reference

**Parag Ladhawala**, 2021-02-16 15:08:11

can do

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY