# Exhibit 8

**Sent:** Wed 3/10/2021 5:02:34 PM (UTC)
**From:** roberthopkins@google.com
**To:** roberthopkins@google.com, shannonlow@google.com
**Subject:** AAAAv4yEioY-MBI-THREADED:rNjYr550gDI%%%2021-03-09T22:02:33.942815

**roberthopkins@google.com** 2021-03-10T17:02:33.942Z

@Shannon Low are we allowed to talk about Runway here?

**Deleted on**2022-09-01T17:02:33.942Z

@Shannon Low are we allowed to talk about Runway here?

**shannonlow@google.com** 2021-03-10T17:09:23.687Z

that's a good question. i would say, if you talk about it, communicate with care - assume anything you say here will be subject to discovery if there are any regulatory or legal proceedings at some point in the future. group chats (like this one) aren't transient and you can't turn off history (unlike 1:1 chat threads where you can turn off history and they disappear in 24 hours).

**Deleted on**2022-09-01T17:09:23.687Z

that's a good question. i would say, if you talk about it, communicate with care - assume anything you say here will be subject to discovery if there are any regulatory or legal proceedings at some point in the future. group chats (like this one) aren't transient and you can't turn off history (unlike 1:1 chat threads where you can turn off history and they disappear in 24 hours).

**roberthopkins@google.com** 2021-03-10T17:10:46.180Z

Cool, thanks for the clarification!

**Deleted on**2022-09-01T17:10:46.180Z

Cool, thanks for the clarification!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                 GOOG-PLAY5-000482224