# Exhibit 11

| | |
|---|---|
| Sent: | Thur 9/10/2020 5:22:54 PM (UTC) |
| From: | Anastasia McVicker <amcvicker@google.com> |
| To: | Brian Brazinski <brazinski@google.com> |

**Anastasia McVicker**, 2020-09-10 10:22:53

Hi Brian! I was wondering if you had guidance on how much $ uplift we may see from policy enforcement?

**Anastasia McVicker**, 2020-09-10 10:23:03

i know it&#39;s a sensitive number that we shouldn&#39;t put anywhere

**Anastasia McVicker**, 2020-09-10 10:23:36

actually the chat history is on

**Anastasia McVicker**, 2020-09-10 10:24:04

i&#39;ll bring this up in the team meeting this afternoon

**Brian Brazinski**, 2020-09-10 12:29:24

Saw this earlier, but yes, probably best to discuss in the team meeting then

**Brian Brazinski**, 2020-09-10 12:32:21

Looks like meeting was cancelled

**Brian Brazinski**, 2020-09-10 12:32:29

You want to sync really quickly to discuss Policy implications?

**Anastasia McVicker**, 2020-09-10 12:32:55

yes please - bb-am meeting code?

**Brian Brazinski**, 2020-09-10 12:33:01

sure

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000477797