# Exhibit 15



3:06 100%

Greg Hartrell

Away

Do we have early conversation numbers?

Greg Hartrell 56 mins

from mobile to PC, there's a gap.

there's a big drop off once someone hits that microsite and shares the link with themselves

the team has a funnel planned (hopefully launching in Dec) that does a pop-up, you choose your PC, and we prompt you on Chrome next time you're at your PC

The current funnel has a 1.2% conversion into an install, but that Dec feature could get us 10X that.

that said, yesterday, we had double the DAU without anything happening in the store

all our pipelines are 24-48 hours lagged, so we'll look after the weekend

Lei Zhang 42 mins

The drop off from mobile to email to pc is totally understood. Chrome notification is super stoked!

Can other Google's pc surfaces help remind users "you have initiated to install GPP, complete it now"? YouTube?

Can't wait to see the Dec ramp up!

Jump to bottom

Greg Hartrell 32 mins

History is off