# Exhibit 24

| | |
|---|---|
| **Sent:** | Thur 12/8/2022 5:52:34 PM (UTC) |
| **From:** | ottojan@google.com |
| **To:** | divyachandra@google.com, ottojan@google.com |
| **Subject:** | ITAObEAAAAE-MBI-FLAT:2022-12-07T22:52:33.612671 |

**ottojan@google.com** 2022-12-08T17:52:33.612Z

Sounds good!

**ottojan@google.com** 2022-12-08T17:52:36.138Z

I'll keep Jan in mind

**divyachandra@google.com** 2022-12-08T17:52:49.955Z

I am on legal hold

**ottojan@google.com** 2022-12-08T17:52:56.632Z

(making a note via turning on history)

**divyachandra@google.com** 2022-12-08T17:52:56.898Z

Prefer to keep chat history off

**ottojan@google.com** 2022-12-08T17:53:01.560Z

i'll turn off

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                      GOOG-PLAY5-000364253