# Exhibit 27

**Sent:** Tue 10/27/2020 4:44:36 PM (UTC)
**From:** jsinouye@google.com
**To:** jsinouye@google.com, ashrafh@google.com, cdimon@google.com, linsherry@google.com, slundberg@google.com, camillestewart@google.com, rahmanj@google.com
**Subject:** AAAAVOpuz7Y-MBI-THREADED:gJC3wyRxr_4%%%2020-10-26T21:44:35.831391

**jsinouye@google.com** 2020-10-27T16:44:35.831Z

Hi, please use this chat for ops/policy/BD/escalations issues that need faster response. Please note: I would like to keep history off. Members are Shie, Camille, Dan, Court, Sherry, Jintae, Ash, Jami, me.

**Deleted on**2022-04-20T16:44:35.831Z

Hi, please use this chat for ops/policy/BD/escalations issues that need faster response. Please note: I would like to keep history off. Members are Shie, Camille, Dan, Court, Sherry, Jintae, Ash, Jami, me.

**ashrafh@google.com** 2020-10-27T16:46:04.533Z

Amazing! Thanks for creating, John!!

**Deleted on**2022-04-20T16:46:04.533Z

Amazing! Thanks for creating, John!!

**cdimon@google.com** 2020-10-27T17:20:40.817Z

Thanks John.

Also, please do not share sensitive information here where possible. Rather, you can flag documents, email threads, etc. for attention.

**Deleted on**2022-04-20T17:20:40.817Z

Thanks John.

Also, please do not share sensitive information here where possible. Rather, you can flag documents, email threads, etc. for attention.

**cdimon@google.com** 2020-10-27T17:21:24.853Z

Until we fix the room architecture, content here is searchable/discoverable within the corp. But this is a great venue to raise an issue for visibility, get input, etc.

**Deleted on**2022-04-20T17:21:24.853Z

Until we fix the room architecture, content here is searchable/discoverable within the corp. But this is a great venue to raise an issue for visibility, get input, etc.

**jsinouye@google.com** 2020-10-27T17:25:09.206Z

The IDAC issue that folks know about is progressing well. We've collected all required information for execs. The next step is get Policy's feedback on the Prominent Disclosure statements in two critical apps (doing so with Camille at 11:15). Then after, Sherry will convene a meeting with exes to discuss findings and get a decision on how to communicate those findings with the right external folks.

**Deleted on**2022-04-20T17:25:09.206Z

The IDAC issue that folks know about is progressing well. We've collected all required information for execs. The next step is get Policy's feedback on the Prominent Disclosure statements in two critical apps (doing so with Camille at 11:15).

Then after, Sherry will convene a meeting with exes to discuss findings and get a decision on how to communicate those findings with the right external folks.

**jsinouye@google.com** 2020-10-27T18:08:11.162Z

From Camille: Got the Kristie approval as well so this comes down to 1) a clear BD & comms response plan and 2) finalizing the Ops plan. Am I missing anything?

**Deleted on**2022-04-20T18:08:11.162Z

From Camille: Got the Kristie approval as well so this comes down to 1) a clear BD & comms response plan and 2) finalizing the Ops plan. Am I missing anything?

**jsinouye@google.com** 2020-10-27T18:08:53.379Z

@Camille Stewart. Yes, I think that's it. @Ash Hassan. Could you help prep delay language for BD and BDOps?

**Deleted on**2022-04-20T18:08:53.379Z

@Camille Stewart. Yes, I think that's it. @Ash Hassan. Could you help prep delay language for BD and BDOps?

**jsinouye@google.com** 2020-10-27T18:09:27.601Z

@Jintae Kim and @Sherry Lin. Please let folks know how we can help finalize the prioritization for app review.

**Deleted on**2022-04-20T18:09:27.601Z

@Jintae Kim and @Sherry Lin. Please let folks know how we can help finalize the prioritization for app review.

**linsherry@google.com** 2020-10-28T14:23:36.454Z

Hi team, good morning. Some small quick updates re the IDAC escalation. PR has confirmed from the Vice reporter that because the report findings on the Biden app weren't correct, Vice is choosing not to cover pending more information. IDAC hasn't published independently yet. Engagement with Trump campaign on findings still likely to occur today, but BD/GAPP confirming that timeline.

**Deleted on**2022-04-21T14:23:36.454Z

Hi team, good morning. Some small quick updates re the IDAC escalation. PR has confirmed from the Vice reporter that because the report findings on the Biden app weren't correct, Vice is choosing not to cover pending more information. IDAC hasn't published independently yet. Engagement with Trump campaign on findings still likely to occur today, but BD/GAPP confirming that timeline.

**jsinouye@google.com** 2020-10-28T14:27:29.344Z

Thanks, Sherry. Very clear. I think we need explicit confirmation that we should communicate issues to the Trump folks even if the IDAC report does not drop. They still could stand to fix some issues.

**Deleted on**2022-04-21T14:27:29.344Z

Thanks, Sherry. Very clear. I think we need explicit confirmation that we should communicate issues to the Trump folks even if the IDAC report does not drop. They still could stand to fix some issues.

**linsherry@google.com** 2020-10-28T14:28:25.022Z

Sounds good, John. @Ash Hassan is confirming that timeline for comms now.

**Deleted on**2022-04-21T14:28:25.022Z

Sounds good, John. @Ash Hassan is confirming that timeline for comms now.

**ashrafh@google.com** 2020-10-28T14:28:47.552Z

yup confirming with Andrew now

**Deleted on**2022-04-21T14:28:47.552Z

yup confirming with Andrew now

**slundberg@google.com** 2020-10-28T16:52:04.064Z

hi all

**Deleted on**2022-04-21T16:52:04.064Z

hi all

**camillestewart@google.com** 2020-10-28T16:52:15.479Z

Hello!

**Deleted on**2022-04-21T16:52:15.479Z

Hello!

**slundberg@google.com** 2020-10-28T16:52:20.874Z

totally different topic but heard that there is a movie called Trump Card

**Deleted on**2022-04-21T16:52:20.874Z

totally different topic but heard that there is a movie called Trump Card

**slundberg@google.com** 2020-10-28T16:52:27.023Z

trending to #1 in Play movie

**Deleted on**2022-04-21T16:52:27.023Z

trending to #1 in Play movie

**slundberg@google.com** 2020-10-28T16:52:28.762Z

play.google.com/store/movies

http://play.google.com/store/movies
**Deleted on**2022-04-21T16:52:28.762Z

play.google.com/store/movies

http://play.google.com/store/movies
**slundberg@google.com** 2020-10-28T16:52:43.354Z

https://play.google.com/store/movies/details/Trump_Card?id=El8eKmfpLzA.P

https://play.google.com/store/movies/details/Trump_Card?id=El8eKmfpLzA.P
**Deleted on**2022-04-21T16:52:43.354Z

https://play.google.com/store/movies/details/Trump_Card?id=El8eKmfpLzA.P

https://play.google.com/store/movies/details/Trump_Card?id=El8eKmfeLzA.P

**slundberg@google.com** 2020-10-28T16:53:01.938Z

I believe the movie team passed it via review, and they are worried that it's trending up

**Deleted on**2022-04-21T16:53:01.938Z

I believe the movie team passed it via review, and they are worried that it's trending up

**slundberg@google.com** 2020-10-28T16:53:10.606Z

I directed them to S&D and Merch team

**Deleted on**2022-04-21T16:53:10.606Z

I directed them to S&D and Merch team

**slundberg@google.com** 2020-10-28T16:53:22.588Z

Just wanted to put this on your radar

**Deleted on**2022-04-21T16:53:22.588Z

Just wanted to put this on your radar

**camillestewart@google.com** 2020-10-28T16:53:34.561Z

Yes, trying to get background so we can support merch & GoogleTV on making a decision

**Deleted on**2022-04-21T16:53:34.561Z

Yes, trying to get background so we can support merch & GoogleTV on making a decision

**camillestewart@google.com** 2020-10-28T16:53:41.669Z

Thank you for flagging!

**Deleted on**2022-04-21T16:53:41.669Z

Thank you for flagging!

**slundberg@google.com** 2020-10-28T16:53:54.323Z

btw - Heard IDAC report is not going to be published I heard now that Biden app is compliant

**Deleted on**2022-04-21T16:53:54.323Z

btw - Heard IDAC report is not going to be published I heard now that Biden app is compliant

**slundberg@google.com** 2020-10-28T16:54:13.473Z

Not sure when Ash (or GAPP?) is talking to Trump app POC, but fyi

**Deleted on**2022-04-21T16:54:13.473Z

Not sure when Ash (or GAPP?) is talking to Trump app POC, but fyi

**camillestewart@google.com** 2020-10-28T16:54:35.887Z

They confirmed it won't be released at all?

**Deleted on**2022-04-21T16:54:35.887Z

They confirmed it won't be released at all?

**slundberg@google.com** 2020-10-28T16:55:03.747Z

SF confirmed

**Deleted on**2022-04-21T16:55:03.747Z

SF confirmed

**camillestewart@google.com** 2020-10-28T16:55:15.141Z

oh great

**Deleted on**2022-04-21T16:55:15.141Z

oh great

**slundberg@google.com** 2020-10-28T16:55:19.477Z

yep

**Deleted on**2022-04-21T16:55:19.477Z

yep

**camillestewart@google.com** 2020-10-28T16:55:33.998Z

Hoping @Ash Hassan and Andrew can confirm comms timeline soon

**Deleted on**2022-04-21T16:55:33.998Z

Hoping @Ash Hassan and Andrew can confirm comms timeline soon

**ashrafh@google.com** 2020-10-28T17:03:09.939Z

Comms timeline pending Andrew's discussion with his VP post the hearing. WIll keep all updated as soon as I hear back. Thanks!

**Deleted on**2022-04-21T17:03:09.939Z

Comms timeline pending Andrew's discussion with his VP post the hearing. WIll keep all updated as soon as I hear back. Thanks!

**jsinouye@google.com** 2020-10-28T17:05:05.528Z

Also, there were 18 other apps identified in the IDAC report. Jintae's team has done content review; one has an enforceable violation, but no action has been taken on the violation. I've sent email this morning to Saurav B. and Yen Ming for security review in the same line as was done for Biden and Trump apps. We've asked them to prioritize by number of installs because time is short. Hopefully this will come to nothing, but want to get ahead of any future IDAC reporting. If Vice didn't pick it up, folks think they can amend and shop the story around again.

**Deleted on**2022-04-21T17:05:05.528Z

Also, there were 18 other apps identified in the IDAC report. Jintae's team has done content review; one has an enforceable violation, but no action has been taken on the violation. I've sent email this morning to Saurav B. and Yen Ming for security review in the same line as was done for Biden and Trump apps. We've asked them to prioritize by number of

installs because time is short. Hopefully this will come to nothing, but want to get ahead of any future IDAC reporting. If Vice didn't pick it up, folks think they can amend and shop the story around again.

**slundberg@google.com** 2020-10-28T17:29:41.310Z

kk

**Deleted on**2022-04-21T17:29:41.310Z

kk

**slundberg@google.com** 2020-10-28T17:29:47.913Z

thanks

**Deleted on**2022-04-21T17:29:47.913Z

thanks

**jsinouye@google.com** 2020-10-28T17:55:32.459Z

Andrew Ladner from GAPP just reported in the Situation Room that he'll start engaging Ash to talk about timeline and comms to Trump campaign. Nothing for anyone to do here...just for awareness.

**Deleted on**2022-04-21T17:55:32.459Z

Andrew Ladner from GAPP just reported in the Situation Room that he'll start engaging Ash to talk about timeline and comms to Trump campaign. Nothing for anyone to do here...just for awareness.

**ashrafh@google.com** 2020-10-28T18:02:54.584Z

Thanks, John! Can we address the unresolved comments in the comms doc so we can be ready to go?

**Deleted on**2022-04-21T18:02:54.584Z

Thanks, John! Can we address the unresolved comments in the comms doc so we can be ready to go?

**jsinouye@google.com** 2020-10-28T18:05:18.553Z

I'm waiting for a reply on Android ID v. Ads ID from Saurav, as that is a critical update. I am going to include you in a Chat that I have with Sherry and Gaurav. Will just be a second.

**Deleted on**2022-04-21T18:05:18.553Z

I'm waiting for a reply on Android ID v. Ads ID from Saurav, as that is a critical update. I am going to include you in a Chat that I have with Sherry and Gaurav. Will just be a second.

**ashrafh@google.com** 2020-10-28T18:07:47.427Z

SG. Thanks!

**Deleted on**2022-04-21T18:07:47.427Z

SG. Thanks!

**linsherry@google.com** 2020-10-28T21:24:37.518Z

Folks, Andrew from GAPP just confirmed he has connected with the campaign and said he will followup with specifics via email. The campaign is pushing a new build Friday and will try to get any updates to the PD by then and answer the open Qs about identifiers.

**Deleted on**2022-04-21T21:24:37.518Z

Folks, Andrew from GAPP just confirmed he has connected with the campaign and said he will followup with specifics via email. The campaign is pushing a new build Friday and will try to get any updates to the PD by then and answer the open Qs about identifiers.

**camillestewart@google.com** 2020-10-28T21:25:03.928Z

Great!

**Deleted on**2022-04-21T21:25:03.928Z

Great!

**jsinouye@google.com** 2020-10-28T21:27:28.879Z

I've pushed Saurav to confirm rewrites about identifiers. He's been responsive today. Pushed him in the comms doc and in Chat. Niko has chimed in, too. He asked for potential rewrites, which I gave.

**Updated on**2020-10-28T21:28:01.425Z

I've pushed Saurav to confirm rewrites about identifiers. He's been responsive today. Pushed him in the comms doc and in Chat. Niko has chimed in, too. He asked for statements, which oyhers have provided.

**Deleted on**2022-04-21T21:27:28.879Z

I've pushed Saurav to confirm rewrites about identifiers. He's been responsive today. Pushed him in the comms doc and in Chat. Niko has chimed in, too. He asked for statements, which oyhers have provided.

**camillestewart@google.com** 2020-10-28T21:33:36.351Z

I think Saurav answered the open question about which identifiers are present. We just need consistent language which i proposed should be the policy language. Is there a technical confirmation I'm missing?

**Deleted on**2022-04-21T21:33:36.351Z

I think Saurav answered the open question about which identifiers are present. We just need consistent language which i proposed should be the policy language. Is there a technical confirmation I'm missing?

**jsinouye@google.com** 2020-10-28T21:35:09.240Z

I think I'm just being gun shy. Yes, I think that Saurav answered the questions. Yes, I'm for language consistent with policy and across the email.

**Deleted on**2022-04-21T21:35:09.240Z

I think I'm just being gun shy. Yes, I think that Saurav answered the questions. Yes, I'm for language consistent with policy and across the email.

**jsinouye@google.com** 2020-10-28T21:35:21.593Z

As far as technical confirm, I think we're OK.

**Deleted on**2022-04-21T21:35:21.593Z

As far as technical confirm, I think we're OK.

**camillestewart@google.com** 2020-10-28T21:36:11.883Z

Ok good. I know once bitten twice shy lol

**Deleted on**2022-04-21T21:36:11.883Z

Ok good. I know once bitten twice shy lol

**camillestewart@google.com** 2020-10-28T21:36:18.664Z

i don't blame you

**Deleted on**2022-04-21T21:36:18.664Z

i don't blame you

**ashrafh@google.com** 2020-10-28T21:36:50.744Z

thanks for confiming, John! Camille can you have a last review at these comments and resolve if you think is ok?

**Deleted on**2022-04-21T21:36:50.744Z

thanks for confiming, John! Camille can you have a last review at these comments and resolve if you think is ok?

**jsinouye@google.com** 2020-10-28T21:37:19.549Z

Niko says that mentioning separate payloads not necessary.

**Deleted on**2022-04-21T21:37:19.549Z

Niko says that mentioning separate payloads not necessary.

**camillestewart@google.com** 2020-10-28T21:37:43.838Z

Sure. I need Niko to put eyes on the final

**Deleted on**2022-04-21T21:37:43.838Z

Sure. I need Niko to put eyes on the final

**jsinouye@google.com** 2020-10-28T21:38:02.967Z

Niko says that our concern is whether the APP is connecting Ad ID with device ID, not whether Phunware is. The app is our area of concern

**Deleted on**2022-04-21T21:38:02.967Z

Niko says that our concern is whether the APP is connecting Ad ID with device ID, not whether Phunware is. The app is our area of concern

**jsinouye@google.com** 2020-10-28T21:38:16.350Z

Wow! All clean!

**Deleted on**2022-04-21T21:38:16.350Z

Wow! All clean!

**ashrafh@google.com** 2020-10-28T21:38:28.983Z

lol

**Deleted on**2022-04-21T21:38:28.983Z

lol



**ashrafh@google.com** 2020-10-28T21:38:32.870Z

LOVE THIS!

**Deleted on**2022-04-21T21:38:32.870Z

LOVE THIS!

**ashrafh@google.com** 2020-10-28T21:38:51.000Z

Andrew will be sending the email and cc me

**Deleted on**2022-04-21T21:38:51.000Z

Andrew will be sending the email and cc me

**linsherry@google.com** 2020-10-28T21:39:50.508Z

@Ash Hassan - are you looking for explicit lgtm at the botto mof doc?

**Deleted on**2022-04-21T21:39:50.508Z

@Ash Hassan - are you looking for explicit lgtm at the botto mof doc?

**jsinouye@google.com** 2020-10-28T21:41:21.780Z

Yes, I think that we should get firm LGTMs

**Deleted on**2022-04-21T21:41:21.780Z

Yes, I think that we should get firm LGTMs

**ashrafh@google.com** 2020-10-28T21:41:33.753Z

preferably but i dont want to slow down the process if all key stakeholders are ok

**Deleted on**2022-04-21T21:41:33.753Z

preferably but i dont want to slow down the process if all key stakeholders are ok

**jsinouye@google.com** 2020-10-28T21:42:23.730Z

If Andrew said tomorrow with email, though, I'd prefer to be cautious. The campaign has a solid heads up.

**Deleted on**2022-04-21T21:42:23.730Z

If Andrew said tomorrow with email, though, I'd prefer to be cautious. The campaign has a solid heads up.

**ashrafh@google.com** 2020-10-28T21:42:34.082Z

as of now, we need Nicho, Suzanne and Shie's final LGTM

**Deleted on**2022-04-21T21:42:34.082Z

as of now, we need Nicho, Suzanne and Shie's final LGTM

**jsinouye@google.com** 2020-10-28T21:48:05.463Z

This is for exec 5 PM newsletter. Andrew provided the statement. It's not 100% correct, though, in that GAPP communicated only generally by phone. The campaign is waiting for the specific details in email.

Trump and Biden Apps Flagged for ID Bridging: PR has confirmed with VICE that they will no longer cover this story, which was originally scheduled to be released today, and the International Digital Accountability Council has not published the story elsewhere. GAPP communicated to the Trump campaign concerns with the campaign official app's insufficient disclosure around certain data collection practices that is in violation of our policy. The campaign is working to push a build on Friday to address the issue within our seven day window.

**Deleted on**2022-04-21T21:48:05.463Z

This is for exec 5 PM newsletter. Andrew provided the statement. It's not 100% correct, though, in that GAPP communicated only generally by phone. The campaign is waiting for the specific details in email.

Trump and Biden Apps Flagged for ID Bridging: PR has confirmed with VICE that they will no longer cover this story, which was originally scheduled to be released today, and the International Digital Accountability Council has not published the story elsewhere. GAPP communicated to the Trump campaign concerns with the campaign official app's insufficient disclosure around certain data collection practices that is in violation of our policy. The campaign is working to push a build on Friday to address the issue within our seven day window.

**rahmanj@google.com** 2020-10-29T19:23:06.344Z

re: the AdAge/Pixelate report on iFunny, which is alleged to target swing states, since the allegation is it's using consumer data I think this should receive an immediate MUwS review as well as the Team Danger review requested

**Deleted on**2022-04-22T19:23:06.344Z

re: the AdAge/Pixelate report on iFunny, which is alleged to target swing states, since the allegation is it's using consumer data I think this should receive an immediate MUwS review as well as the Team Danger review requested

**rahmanj@google.com** 2020-10-29T19:23:30.340Z

bug is: https://buganizer.corp.google.com/issues/171988465

https://buganizer.corp.google.com/issues/171988465
**Deleted on**2022-04-22T19:23:30.340Z

bug is: https://buganizer.corp.google.com/issues/171988465

https://buganizer.corp.google.com/issues/171988465
**camillestewart@google.com** 2020-10-29T19:36:15.165Z

yes agreed

**Deleted on**2022-04-22T19:36:15.165Z

yes agreed