# Exhibit 28

**Sent:** Tue 9/6/2022 10:18:47 PM (UTC)
**From:** margaretlam@google.com
**To:** margaretlam@google.com, shadia@google.com
**Subject:** j-dJEIAAAAE-MBI-FLAT:2022-09-06T03:18:46.128895

**margaretlam@google.com** 2022-09-06T22:18:46.128Z

heeeey

**margaretlam@google.com** 2022-09-06T22:18:59.558Z

also just realized our history is 🙈

**Updated on** 2022-09-06T22:19:18.776Z

also just realized our history is on 🙈

**margaretlam@google.com** 2022-09-06T22:19:09.378Z

can we turn it off? haha

**shadia@google.com** 2022-09-06T22:29:47.756Z

yes let's turn it off 🙂

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY