# Exhibit 29

**Sent:** Fri 10/2/2020 5:37:36 PM (UTC)
**From:** mfolaron@google.com
**To:** mfolaron@google.com, lnbl@google.com, mikehoyle@google.com, jaslack@google.com, jakecohen@google.com, lknguyen@google.com, enzhen@google.com, thanhle@google.com, fanzhou@google.com, yanbai@google.com, ejz@google.com, joewalsh@google.com
**Subject:** AAAAfFJKevE-MBI-FLAT:2020-10-01T22:46:40.401103

PXL_20201002_210923841.jpg
PXL_20201002_210923841.jpg

**mfolaron@google.com** 2020-10-02T17:37:35.244Z

Updated room membership.

**Deleted on**2022-03-26T17:37:35.244Z

Updated room membership.

**mfolaron@google.com** 2020-10-02T17:38:52.506Z

Updated room membership.

**Deleted on**2022-03-26T17:38:52.506Z

Updated room membership.

**lnbl@google.com** 2020-10-02T17:42:58.689Z

Updated room membership.

**Deleted on**2022-03-26T17:42:58.689Z

Updated room membership.

**lnbl@google.com** 2020-10-02T17:43:39.207Z

Updated room membership.

**Deleted on**2022-03-26T17:43:39.207Z

Updated room membership.

**mikehoyle@google.com** 2020-10-02T17:45:53.764Z

Updated room membership.

**Deleted on**2022-03-26T17:45:53.764Z

Updated room membership.

**jaslack@google.com** 2020-10-02T17:46:40.401Z

lol

**Deleted on**2022-03-26T17:46:40.401Z

lol

**mfolaron@google.com** 2020-10-02T17:47:11.530Z

We can't turn history on due to potential sensitive information being shared

Deleted on2022-03-26T17:47:11.530Z

We can't turn history on due to potential sensitive information being shared

**jakecohen@google.com** 2020-10-02T17:47:13.462Z

Chrome plugin for enabling history?

Deleted on2022-03-26T17:47:13.462Z

Chrome plugin for enabling history?

**jaslack@google.com** 2020-10-02T17:47:25.525Z

yeah, I remember this bug

Deleted on2022-03-26T17:47:25.525Z

yeah, I remember this bug

**lknguyen@google.com** 2020-10-02T17:48:03.579Z

Maybe ping ejaz

Deleted on2022-03-26T17:48:03.579Z

Maybe ping ejaz

**enzhen@google.com** 2020-10-02T17:51:41.161Z

Updated room membership.

Deleted on2022-03-26T17:51:41.161Z

Updated room membership.

**lnbl@google.com** 2020-10-02T17:53:45.426Z

I pinged

Deleted on2022-03-26T17:53:45.426Z

I pinged

**thanhle@google.com** 2020-10-02T17:58:52.040Z

Updated room membership.

Deleted on2022-03-26T17:58:52.040Z

Updated room membership.

**fanzhou@google.com** 2020-10-02T21:14:22.027Z

Hey, I just received Noogler's PA-specific swag.

PXL_20201002_210923841.jpg
Deleted on2022-03-26T21:14:22.027Z

Hey, I just received Noogler's PA-specific swag.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                       GOOG-PLAY5-000394431

**yanbai@google.com** 2020-10-02T21:17:32.451Z

Nice! But I think that's not noogler specific swag. Everyone in play got them 😃

**Deleted on**2022-03-26T21:17:32.451Z

Nice! But I think that's not noogler specific swag. Everyone in play got them 😃

**yanbai@google.com** 2020-10-02T21:20:46.293Z

😂😂😂

**Deleted on**2022-03-26T21:20:46.293Z

😂😂😂

**ejz@google.com** 2020-10-02T21:23:04.828Z

Uhh, I removed the extension. Its still getting turned on.

**Deleted on**2022-03-26T21:23:04.828Z

Uhh, I removed the extension. Its still getting turned on.

**joewalsh@google.com** 2020-10-02T22:25:47.020Z

Updated room membership.

**Deleted on**2022-03-26T22:25:47.020Z

Updated room membership.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            GOOG-PLAY5-000394432