# Exhibit 32

**Sent:** Fri 11/13/2020 9:50:44 AM (UTC)
**From:** lenaptr@google.com
**To:** lenaptr@google.com, brambonne@google.com, jeffv@google.com, jsharkey@google.com, somogyi@google.com, wfrichar@google.com, alanstokes@google.com, eslouis@google.com
**Subject:** AAAAo8V_rtM-MBI-THREADED:iQze3JwnRfI%%%2020-11-12T14:50:43.076303

**lenaptr@google.com** 2020-11-13T09:50:43.076Z

@Jeffrey Vander Stoep this one

**Deleted on**2022-05-07T09:50:43.076Z

@Jeffrey Vander Stoep this one

**brambonne@google.com** 2020-11-13T10:23:25.682Z

This one had too few pants

**Deleted on**2022-05-07T10:23:25.682Z

This one had too few pants

**brambonne@google.com** 2020-11-13T10:23:27.507Z

Fixed that now

**Deleted on**2022-05-07T10:23:27.507Z

Fixed that now

**jeffv@google.com** 2020-11-13T10:23:51.654Z

Nice. Now that the pants and names have been fixed, perhaps I won't give the 24 hours.

**Deleted on**2022-05-07T10:23:51.654Z

Nice. Now that the pants and names have been fixed, perhaps I won't give the 24 hours.

**jeffv@google.com** 2020-11-13T10:24:07.094Z

I will however go through the two lists and make sure that I move everyone over.

**Deleted on**2022-05-07T10:24:07.094Z

I will however go through the two lists and make sure that I move everyone over.

**jeffv@google.com** 2020-11-13T10:24:17.992Z

since this has 35 people and the other has 53.

**Deleted on**2022-05-07T10:24:17.992Z

since this has 35 people and the other has 53.

**brambonne@google.com** 2020-11-13T14:06:57.886Z

Does this one allow to turn history off though?

**Deleted on**2022-05-07T14:06:57.886Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                          GOOG-PLAY5-000375854

Does this one allow to turn history off though?

**jeffv@google.com** 2020-11-13T14:13:17.656Z

Hmm..I don't see that option

**Deleted on**2022-05-07T14:13:17.656Z

Hmm..I don't see that option

**jeffv@google.com** 2020-11-13T14:14:29.686Z

This shows how to do it, but I don't see that option

**Deleted on**2022-05-07T14:14:29.686Z

This shows how to do it, but I don't see that option

**jeffv@google.com** 2020-11-13T14:14:31.157Z

https://screenshot.googleplex.com/jtHKo9zEoqqkKa3

https://screenshot.googleplex.com/jtHKo9zEoqqkKa3
**Deleted on**2022-05-07T14:14:31.157Z

https://screenshot.googleplex.com/jtHKo9zEoqqkKa3

https://screenshot.googleplex.com/jtHKo9zEoqqkKa3
**jeffv@google.com** 2020-11-13T14:14:49.845Z

Perhaps @Chad Brubaker sees that option since he created the chat room?

**Deleted on**2022-05-07T14:14:49.845Z

Perhaps @Chad Brubaker sees that option since he created the chat room?

**jeffv@google.com** 2020-11-13T14:24:34.514Z

Hmm...probably not https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention

https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention
**Deleted on**2022-05-07T14:24:34.514Z

Hmm...probably not https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention

https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention
**jeffv@google.com** 2020-11-13T14:24:45.174Z

That's irritating.

**Deleted on**2022-05-07T14:24:45.174Z

That's irritating.

**jsharkey@google.com** 2020-11-13T14:39:47.442Z

oblig

https://www.youtube.com/watch?v=CKHLwkf3vSY
**Deleted on**2022-05-07T14:39:47.442Z

https://www.youtube.com/watch?v=CKHLwkf3vSY

**somogyi@google.com** 2020-11-13T15:50:44.690Z

If Chad can't make the change I'm pretty sure that if we create a new room from scratch we can disable history. We should find a way to do that rather than continuing in perma-history mode,

**Deleted on**2022-05-07T15:50:44.690Z

If Chad can't make the change I'm pretty sure that if we create a new room from scratch we can disable history. We should find a way to do that rather than continuing in perma-history mode,

**wfrichar@google.com** 2020-11-13T15:51:06.447Z

Agreed

**Deleted on**2022-05-07T15:51:06.447Z

Agreed

**wfrichar@google.com** 2020-11-13T15:51:15.453Z

https://images.app.goo.gl/tAtLJVJTUkWfgBaj9

https://images.app.goo.gl/tAtLJVJTUkWfgBaj9
**Deleted on**2022-05-07T15:51:15.453Z

https://images.app.goo.gl/tAtLJVJTUkWfgBaj9

https://images.app.goo.gl/tAtLJVJTUkWfgBaj9
**alanstokes@google.com** 2020-11-13T15:59:28.666Z

I don't think turning off history is possible at all for Rooms, only chats with individuals.

**Deleted on**2022-05-07T15:59:28.666Z

I don't think turning off history is possible at all for Rooms, only chats with individuals.

**eslouis@google.com** 2020-11-13T18:38:30.469Z

Another approach would be to have 2 rooms: a threaded work-oriented room with the standard 18 month retention and the existing, non-threaded chat with history off. It doesn't look like there will be an option to have a threaded room with history off, https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention

https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention
**Deleted on**2022-05-07T18:38:30.469Z

Another approach would be to have 2 rooms: a threaded work-oriented room with the standard 18 month retention and the existing, non-threaded chat with history off. It doesn't look like there will be an option to have a threaded room with history off, https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention

https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention
**wfrichar@google.com** 2020-11-13T18:40:27.800Z

The existing no-history room will probably stop working before long.

**Deleted on**2022-05-07T18:40:27.800Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                           GOOG-PLAY5-000375856

The existing no-history room will probably stop working before long.

**wfrichar@google.com** 2020-11-13T18:41:29.957Z

And we debated the meaning of that policy chart a few weeks ago. The top and bottom boxes seem to be contradictory.

**Deleted on**2022-05-07T18:41:29.957Z

And we debated the meaning of that policy chart a few weeks ago. The top and bottom boxes seem to be contradictory.

**eslouis@google.com** 2020-11-13T18:45:16.351Z

Ah, must have missed that debate due to history off 🙂 When I tried to create a new threaded room with history off, I didn't see the option to adjust history at all

**Deleted on**2022-05-07T18:45:16.351Z

Ah, must have missed that debate due to history off 🙂 When I tried to create a new threaded room with history off, I didn't see the option to adjust history at all

**wfrichar@google.com** 2020-11-13T18:45:55.228Z

We'll probably have to experiment to see what the rules actually are.

**Deleted on**2022-05-07T18:45:55.228Z

We'll probably have to experiment to see what the rules actually are.

**wfrichar@google.com** 2020-11-13T18:46:17.852Z

and I'm sure the controls are different between phone and web

**Deleted on**2022-05-07T18:46:17.852Z

and I'm sure the controls are different between phone and web

**wfrichar@google.com** 2020-11-13T18:46:26.924Z

because of course they are.

**Deleted on**2022-05-07T18:46:26.924Z

because of course they are.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                        GOOG-PLAY5-000375857