# Exhibit 34

**Sent:** Wed 8/19/2020 6:41:14 PM (UTC)
**From:** Tian Lim <tianlim@google.com>
**To:** Krish Vitaldevara <vitaldevara@google.com>

**Tian Lim**, `2020-08-19 11:41:13`

btw not sure why history is on for our chat, but can you turn it off?i can&#39;t seem to.

**Krish Vitaldevara**, `2020-08-19 11:48:58`

hmm let me check

**Krish Vitaldevara**, `2020-08-19 11:49:51`

I can&#39;t turn it off either. Maybe switching between hangouts and chat did it. Let me try turning off from the other app

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY