# Exhibit 35

| | |
|---|---|
| Sent: | Wed 2/17/2021 8:10:13 PM (UTC) |
| From: | Tian Lim <tianlim@google.com> |
| To: | Howard Shen <howardshen@google.com> |

**Tian Lim**, 2021-02-17 12:10:12

hey history is on in this chat, needs to be off

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      GOOG-PLAY5-000495760