Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Gary A. Bornstein (pro hac vice)
gbornstein@cravath.com
Timothy G. Cameron (pro hac vice)
tcmaeron@cravath.com
Yonatan Even (pro hac vice)
yeven@cravath.com
Lauren A. Moskowitz (pro hac vice)
lmoskowitz@cravath.com
Justin C. Clarke (pro hac vice)
jclarke@cravath.com
Michael Zaken (pro hac vice)
mzaken@cravath.com
M. Brent Byars (pro hac vice)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Richard S. Taffet (pro hac vice)
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Marianna Y. Mao, S.B. #318070
marianna.mao@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis (pro hac vice)
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

*Counsel for Defendants/Counter-plaintiffs Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; and GOOGLE ASIA PACIFIC PTE. LTD.; <br><br> Defendants/Counterclaimants. <br><br> GOOGLE PAYMENT CORP., <br><br> Defendant. | Case No. 3:20-cv-05671-JD <br><br> **STIPULATION REGARDING GOOGLE'S PRAYER FOR PUNITIVE DAMAGES** <br><br> Judge:  Hon. James Donato |

Plaintiff/Counter-defendant Epic Games, Inc. ("Epic") and Defendants/Counterclaimants Google LLC; Google Ireland Limited; Google Commerce Limited; and Google Asia Pacific Pte. Ltd. (collectively, "Google Counterclaimants") (together with Epic, the "Stipulating Parties"), through their respective attorneys of record and without waiving any rights, claims, or defenses except as expressly provided below, hereby stipulate to the following:

WHEREAS, the Google Counterclaimants filed their Answers, Defenses, and Counterclaims on December 1, 2022 (ECF No. 345) (the "Counterclaims");

WHEREAS, the Google Counterclaimants assert that California substantive law governs the Counterclaims;

WHEREAS, Epic does not contest that California substantive law, rather than the law of any other jurisdiction, governs the Counterclaims;

WHEREAS, Epic's agreement not to contest the applicability of California substantive aw is made solely for the purposes of this action, and without waiver in this action or in any other

action of any claim, defense, or argument based on federal law or the law of another nation (such other claims, defenses, or arguments being expressly preserved);

WHEREAS, based on Epic's agreement not to contest the applicability of California substantive law, the Google Counterclaimants have agreed to withdraw their prayer for punitive damages from the Counterclaims;

WHEREAS, the Google Counterclaimants' agreement to withdraw their prayer for punitive damages is made without prejudice and without waiver of any right to amend or seek to amend their Counterclaims; and

WHEREAS, except as expressly provided in this Stipulation, the Stipulating Parties expressly reserve and do not waive any other right, claim, defense, or prayer for relief;

NOW, THEREFORE, the Stipulating Parties, through their counsel, stipulate as follows: The Google Counterclaimants' prayer for punitive damages is stricken from the Counterclaims.

IT IS SO STIPULATED.

Dated:  April 13, 2023

By *Glenn D. Pomerantz*
Glenn D. Pomerantz
MUNGER, TOLLES & OLSON LLP

*Attorneys for Defendants/Counter-plaintiffs Google LLC et al.*

Dated:  April 6, 2023

By *Gary A. Bornstein*
Gary A. Bornstein
CRAVATH, SWAINE & MOORE LLP

*Attorneys for Plaintiff/Counter-defendant Epic Games, Inc.*

## E-FILING ATTESTATION

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Gary A. Bornstein*
Gary A. Bornstein
