Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660  Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC et al.*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower San Francisco CA 94105-1596 Telephone: (415) 442-1000

Glenn D. Pomerantz (SBN 97802)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor Los Angeles, California 90071-3426 Telephone: (213) 683-9100

*Counsel for Defendants Google LLC et al.*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION REGARDING CLAIMS OF EPIC GAMES, INC. AND MATCH GROUP, LLC** |

1    WHEREAS, Epic Games, Inc. ("Epic") filed a Second Amended Complaint ("SAC")
2 asserting, in Count 4, a *per se* unreasonable restraint of trade under § 1 of the Sherman Act;
3    WHEREAS, Match Group, LLC, et al. ("Match") filed a First Amended Complaint ("FAC")
4 asserting, in Count 6, a *per se* unreasonable restraint of trade under § 1 of the Sherman Act;
5    WHEREAS, the parties in this action are submitting a joint proposed amending scheduling
6 order on December 13, 2022, pursuant to this Court's order on November 15, 2022, MDL Dkt.
7 No. 374.
8    THEREFORE, Epic, Match, and Google stipulate to the following:
9    1. With respect to Count 4 of Epic's Second Amended Complaint and Count 6 of
10       Match's First Amended Complaint, Epic's and Match's *per se* claims are limited to
11       Google's agreements with the following developers: Activision Blizzard, Inc., Riot
12       Games, Inc. and Supercell.
13   2. Neither Epic's nor Match's counsel will argue or assert or seek to elicit testimony
14       suggesting that any Games Velocity Program or Apps Velocity Program
15       agreements other than those entered into with Activision, Riot and Supercell were
16       horizontal agreements not to compete that were intended to, and did in fact, prevent
17       the launch of an app store on Android by the counterparty to such agreement and
18       that are per-se illegal under Section 1 of the Sherman Act. For the avoidance of
19       doubt, nothing herein shall prevent Epic or Match from arguing to the jury that any
20       or all GVP and AVP agreements are vertical agreements in restraint of trade that
21       violate Section 1 and/or Section 2 of the Sherman Act (or any antitrust or unfair
22       competition state statute).

Dated: December 13, 2022

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  Katherine B. Forrest *(pro hac vice)*
  Gary A. Bornstein *(pro hac vice)*
  Timothy G. Cameron *(pro hac vice)*
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

By: */s/  Yonatan Even*
    Yonatan Even

   *Counsel for Plaintiff Epic Games, Inc.*

HUESTON HENNIGAN LLP
  Douglas J. Dixon
  Christine Woodin
  Joseph A. Reiter

By: */s/  Douglas J. Dixon*
    Douglas J. Dixon

   *Counsel for Plaintiffs Match Group, LLC, et al.*

Dated: December 13, 2022

MORGAN, LEWIS & BOCKIUS LLP
  Brian C. Rocca
  Sujal J. Shah
  Michelle Park Chiu
  Minna L. Naranjo
  Rishi P. Satia

By: */s/  Brian C. Rocca*
    Brian C. Rocca

   *Counsel for Defendants Google LLC et al.*

| | | |
|---|---|---|
| Dated: December 13, 2022 | | MUNGER, TOLLES & OLSON LLP<br>Glenn D. Pomerantz<br>Kyle W. Mach<br>Kuruvilla Olasa<br>Justin P. Raphael<br>Emily C. Curran-Huberty<br>Jonathan I. Kravis<br>Dane P. Shikman<br>Nicholas R. Sidney |
| | By: | */s/   Glenn D. Pomerantz*<br>Glenn D. Pomerantz |
| | | *Counsel for Defendants Google LLC et al.* |

**E-FILING ATTESTATION**

I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/   Glenn D. Pomerantz
Glenn D. Pomerantz