# EXHIBIT 19

Page 1

```
 1   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 2   SAN FRANCISCO DIVISION
 3   ---------------------------------------X
     IN RE GOOGLE PLAY STORE
 4   ANTITRUST LITIGATION
 5   Case No.  3:21-md-02981-JD
 6
     THIS DOCUMENT RELATES TO:
 7   Epic Games Inc. v. Google LLC, et al.,
     Case No. 3:20-cv-05671-JD
 8
     In Re Google Play Consumer
 9   Antitrust Litigation
     Case No. 3:20-cv-05671-JD
10
     In Re Google Play Developer
11   Antitrust Litigation,
     Case No: 3:20-cv-05792-JD
12
     State of Utah, et al., v.
13   Google LLC, et al.,
     Case No: 3:21-cv-05227-JD
14   ---------------------------------------X
15
16           VIDEOTAPE DEPOSITION
17             HAL SINGER, PH.D.
18          Thursday, May 12, 2022
19              9:07 a.m. (EST)
20
21
22
23
24   Reported by:
25   Ryan K. Black, RPR, CLR, Notary Public
```

```
 1
 2
 3
 4            Thursday, May 12, 2022
 5
 6      Video Deposition of HAL SINGER, PH.D.,
 7   taken at the Law Offices of Munger, Tolles &
 8   Olson, LLP, 601 Massachusetts Avenue NW
 9   Washington, DC, beginning at 9:07 a.m.,
10   before Ryan K. Black, a Registered
11   Professional Reporter, Certified Livenote
12   Reporter and Notary Public and for the
13   District of Columbia.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   A P P E A R A N C E S:
 2    CRAVATH, SWAINE & MOORE, LLP
      BY:  ERIC J. ZEPP, ESQ. - Via Zoom
 3    825 8th Ave
      New York, New York  10019
 4    212.474.1000
      ezepp@cravath.com
 5    Representing - Epic Games, Inc. In Re:
                     Epic Games, Inc. V. Google
 6                   LLC, et al.
 7
      BARTLIT BECK LLP
 8    BY:  KARMA M. GIULIANELLI, ESQ.
      1801 Wewatta Street
 9    Suite 1200
      Denver, Colorado  80202
10    303.592.3100
      karma.giulianelli@bartlitbeck.com
11    Representing - Consumer Class Plaintiffs
12
      HAUSFELD LLP
13    BY:  AMY ERNST, ESQ. - Via Zoom
      325 Chestnut Street
14    Unit 900
      Philadelphia, Pennsylvania  19106
15    215.985.3270
      aernst@hausfeld.com
16    Representing - Plaintiff Developers
17
      MUNGER, TOLLES & OLSON LLP
18    BY:  JUSTIN R. RAPHAEL, ESQ.
      560 Mission Street
19    27th Floor
      San Francisco, California  94105
20    415.512.4000
      justin.raphael@mto.com
21    Representing - Defendants
22
23   ALSO PRESENT:
24    Emmanuel Pezoa - Legal Videographer
      Yajing Jiang, Ph.D - Charles River Associates
25    Kevin Caves, Ph.D - Econ One
```

```
 1                    I N D E X
 2   TESTIMONY OF:  HAL SINGER, PH.D              PAGE
 3   By Mr. Raphael............................6, 391
 4   By Mr. Giulianelli...........................389
 5                   E X H I B I T S
 6   EXHIBIT          DESCRIPTION                 PAGE
 7   Exhibit 333    Hal Singer Ph.D's Opening Expert
 8                  Report............................28
 9   Exhibit 334    Hal Singer Ph.D's Reply Report...28
10   Exhibit 335    an article titled Digital Economics
11                  by Avi Goldfarb and
12                  Catherine Tucker..................96
13   Exhibit 336    a document titled Economics Letters
14                  - Using Cost Pass-through To
15                  Calibrate Demand, by Miller, Remer
16                  and Sheu.........................117
17   Exhibit 337    an article titled The Antitrust
18                  Logit Model For Predicting
19                  Unilateral Competitive Effects,
20                  by Gregory J. Werden and
21                  Luke M. Froeb....................156
22   Exhibit 338    a document titled Expert Report of
23                  Michelle M. Burtis, Ph.D.........364
24
25
```

Page 5

1             THE VIDEOGRAPHER:  Good morning.  We are
2    on the record at 9:07 a.m. on May 12, 2022.  This
3    is the video-recorded deposition of Hal Singer
4    taken in the matter of In re:  Google Play Store
5    Antitrust Litigation, filed in the United States
6    District Court, Northern District of California,
7    San Francisco Division, Case No.
8    3:21-MD-02981-JD.
9             My name is Emmanuel Pezoa, from the firm
10   Veritext Legal Solutions.  The court reporter is
11   Ryan Black, from the firm Veritext Legal
12   Solutions.
13            Will the court re -- court reporter
14   please swear in the witness?
15                  *     *     *
16   Whereupon --
17            HAL JASON SINGER, PH.D.,
18   called to testify, having been first duly sworn
19   or affirmed, was examined and testified as
20   follows:
21                  *     *     *
22            THE REPORTER:  And, Counsel, if you want
23   to state your appearances for the record, that
24   would be great.
25            MR. RAPHAEL:  Sure.

Page 6

1           Justin Raphael, Munger Tolles & Olson,
2    for the defendants.
3           MS. GIULIANELLI:  Karma Giulianelli,
4    from Bartlit Beck, for the consumer class.
5           MS. JIANG:  Yajing Jiang from Charles
6    River Associates.
7           MR. RAPHAEL:  Is there anyone on the
8    line who wants to introduce themselves?
9           MS. ERNST:  This is Amy Ernst.  I'm here
10   with Hausfeld for the plaintiff developers.
11          THE VIDEOGRAPHER:  Thank you.  You may
12   proceed.
13          MR. ZEPP:  Eric Zepp here, from Cravath
14   Swaine & Moore, on behalf of Epic Games.
15          MR. CAVES:  I'm Kevin Caves, with Econ
16   One on behalf of the Commercial developers.
17                    EXAMINATION
18   BY MR. RAPHAEL:
19      Q.   All right.  Dr. Singer, will you just
20   state your name for the record?
21      A.   Hal Jason Singer.
22      Q.   And, Dr. Singer, you've been deposed
23   many times; is that right?
24      A.   Yes.
25      Q.   How many times would you say you've been

Page 46

```
 1   BY MR. RAPHAEL:
 2       Q.   And developers are the sellers of the
 3   apps and the subscriptions and the in-app
 4   purchases.
 5            MS. GIULIANELLI:  Objection.
 6            THE WITNESS:  I think it's fair to say
 7   the developers are the sellers of those -- those
 8   three items, yes.
 9   BY MR. RAPHAEL:
10       Q.   And users are the buyers of those three
11   items?
12       A.   Correct.
13       Q.   And developers and users are buying a
14   matching service from Google when they're using
15   Google Play.
16            MS. GIULIANELLI:  Objection.
17            THE WITNESS:  Certainly in the -- what I
18   would call "the Android app distribution market"
19   that -- that Google is contributing valuable
20   matchmaking services in that -- in that initial
21   market -- mark -- in -- in a service for which
22   Google should be compensated.
23   BY MR. RAPHAEL:
24       Q.   Now -- and Google's prices for the Play
25   Store, whether they're positive or negative,
```