UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUEST FOR JUDICIAL NOTICE**<br><br>Date:        TBD<br>Time:       TBD<br>Judge:      Hon. James Donato<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

Defendants' Motion for Partial Summary Judgment and Request for Judicial Notice came for hearing before this Court on the above-captioned matter.  Having fully considered the papers, the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendants' Motion for Partial Summary Judgment is GRANTED in full.

IT IS HEREBY FURTHER ORDERED that Defendant's Request for Judicial Notice is granted.  The Court takes notice of Exhibit 18 for purposes of this Motion.

**SO ORDERED**

DATED:

                                               HON. JAMES DONATO
                                               United States District Judge