UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: April 20, 2023                                                                       Judge: Hon. James Donato

Time: 20 Minutes

**Cases:**   **3:21-md-02981-JD In re Google Play Store Antitrust Litigation**
**3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al**
**3:20-cv-05761-JD In re Google Play Consumer Antitrust Litigation**
**3:21-cv-05227-JD State of Utah et al v. Google LLC et al**
**3:22-cv-02746-JD Match Group, LLC et al v. Google LLC et al**

Attorney(s) for Plaintiff(s):   Hae Sung Nam/Lauren Weinstein/Tim Smith/Carla Baumel/
Brian Wang/Hamilton Millwee/Sarah Boyce/Cari Jefferies/
Melissa Holioke/Lee Istrail/Jayme Weber/Brendan Glackin/
Elinor Hoffman/Brooke Lovrovich/Karma Giulianelli/
Gary Bornstein/Nanci Nishimura/Adam Zapala/Joseph Reiter

Attorney(s) for Defendant(s):   Glenn Pomerantz/Justin Raphael/Minna Naranjo/
Kuruvilla Olasa/Brian Rocca/Kyle Mach

Court Reporter: Ana Dub

Deputy Clerk: Lisa Clark

PROCEEDINGS

Motion Hearing -- Held

NOTES AND ORDERS

With the agreement of all parties, the Court orders that lead trial counsel for all member cases will meet in person by May 5, 2023, to hold a "trial summit" (except that in the *Match* case, No. 22-2746, attorney Reiter may attend in place of attorney Dixon).

Counsel will discuss and come up with a plan for the sequencing of the member cases for trial, consistent with the Court's previous guidance. *See* MDL Dkt. No. 67 at 2.

The Court reiterates that the organizing principle is that all issues common to the legal and equitable claims in the MDL will first be tried to a jury, and then the Court will take up equitable claims after the jury verdict.

They will file a joint trial proposal by May 12, 2023.  The jury trial date of November 6, 2023, remains set.

Google's motion to stay or defer trial, Dkt. No. 467, is terminated.