# EXHIBIT 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1               UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   -----------------------------------------------x
 5   IN RE GOOGLE PLAY STORE              Case No.
     ANTITRUST LITIGATION                 3:21-md-02981-JD
 6
 7   THIS DOCUMENT RELATES TO:

 8   Epic Games Inc. v. Google LLC,
     et al.,
     Case No. 3:20-cv-05671-JD
 9
10   -----------------------------------------------x
11
12      *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
13
14     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
15                   DOUGLAS BERNHEIM
16                 Thursday, April 6, 2023
17
18
19
20
21
22
23
24   Reported By: Lynne Ledanois, CSR 6811
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 12

```
 1                     Thursday, April 6, 2023
 2                           9:05 a.m.
 3     -------------------------------------------------------
 4             THE VIDEOGRAPHER:  Good morning.  We're
 5     going on the record at 9:05 a.m.  And audio and
 6     video recording will continue to take place unless
 7     all parties agree to go off the record.
 8             This is Media Unit 1 of the video-recorded
 9     deposition of Douglas Bernheim taken by counsel for
10     the defendant in the matter of In Re Google Play
11     Store Antitrust Litigation filed in the United
12     States District Court for the Northern District of
13     California, San Francisco Division.  Case number is
14     3:21-md-02981-JD.
15             My name is Jeffree Anderson representing
16     Veritext and I'm the videographer.  The court
17     reporter is Lynne Ledanois from the firm Veritext.
18             All parties are recorded on the record and
19     you may swear in the witness.  Thank you.
20
21                   DOUGLAS BERNHEIM, Ph.D.,
22         having been duly sworn, testified as follows:
23                         EXAMINATION
24     BY MR. MACH:
25         Q    Good morning, Dr. Bernheim.
```

```
                                                  Page 23
  1    advance of the deposition starting today, one

  2    labeled Exhibit 1117 and one labeled 1118.

  3              (Whereupon, Exhibits 1117 and 1118 were

  4    marked for identification.)

  5    BY MR. MACH:

  6        Q    Do you see that, sir?

  7        A    I don't.  Hang on a minute.

  8              So I'm looking at exclamation,

  9    exclamation, marked exhibits.  It's in bold here.

 10              Over on the right-hand side, I've got that

 11    showing and then it says folder is empty.

 12        Q    If you click on the marked exhibits link

 13    again where it has the two exclamation points and

 14    we'll see if it refreshes.

 15        A    It shows that in two different place, but it

 16    doesn't refresh regardless of which one I click.

 17              MR. MACH:  Let's go off the record,

 18    please.

 19              THE VIDEOGRAPHER:  Going off the record.

 20    The time is 9:22 a.m.

 21              (Recess taken.)

 22              THE VIDEOGRAPHER:  We're back on the

 23    record.  The time is 9:24 a.m.

 24    BY MR. MACH:

 25        Q    Welcome back, Dr. Bernheim.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 24

1            Are you seeing now in the marked exhibits

2     folder what's been marked as Exhibit 1117 and

3     Exhibit 1118?

4          A    I am, yes.

5          Q    If you would please click on Exhibit 1117.

6     I should probably refer to it as DX1117.

7            Do you recognize this document as the

8     opening expert report you prepared in connection

9     with this litigation?

10         A    Well, that's certainly the title page.  I

11    don't know whether you want me to flip through it to

12    verify.  But it certainly looks like my opening

13    report.

14         Q    Well, we will naturally be referring to

15    this on a number of occasions today.  If at any time

16    there's anything in this document that appears off

17    to you, I hope you'll let me know.

18            But I will represent to you that we made

19    our best efforts to upload the report as it was

20    served to us with the addition of the exhibit

21    sticker.

22         A    Sure.

23         Q    Would you please turn with me to

24    Exhibit -- Exhibit DX1118?

25         A    Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 25

1      Q    And do you recognize this as the reply

2   expert report that you prepared in connection with

3   this case?

4      A    Yes, with the same qualification, it looks

5   like my report.

6      Q    Okay.  And are these the same documents,

7   as far as you can tell, that you have in paper copy

8   with you today?

9      A    They are.

10      Q    Okay.  And just for your own convenience,

11   if you prefer to refer to the paper copy, will you

12   understand those paper copies to be matches with the

13   electronic versions of the documents that we have in

14   front of us today?  I'm just trying to make this as

15   easy as possible for you.

16      A    Yes, I assume based on how these procedures

17   work that it's the same document.  If it turns out

18   that for some reason we have a mismatch, we'll sort it

19   out and I'll look at the document that you have.

20      Q    That makes sense.  Thank you very much,

21   Dr. Bernheim.

22          If you would turn with me, please, to

23   Paragraph 10 of your opening report, which is

24   Exhibit DX1117.

25      A    Hold on one second, it takes a few seconds

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 310

1          I, LYNNE M. LEDANOIS, a Certified

2     Shorthand Reporter of the State of California, do

3     hereby certify:

4          That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that a record of the proceedings was made by me

7     using machine shorthand which was thereafter

8     transcribed under my direction; that the foregoing

9     transcript is a true record of the testimony given.

10          Further, that if the foregoing pertains to

11     the original transcript of a deposition in a Federal

12     Case, before completion of the proceedings, review

13     of the transcript [] was [x] wasn't requested.

14          I further certify I am neither financially

15     interested in the action nor a relative or employee

16     of any attorney or party to this action.

17          IN WITNESS WHEREOF, I have this date

18     subscribed my name.

19     Dated: April 7, 2023

20

21

22

23

24     _____

          LYNNE MARIE LEDANOIS

25          CSR No. 6811