# EXHIBIT 46

Message

| | |
|---|---|
| **From**: | Lawrence Koh [lawrencekoh@google.com] |
| **Sent**: | 12/12/2019 8:36:55 PM |
| **To**: | Mike Marchak [marchak@google.com] |
| **Subject**: | Fwd: ABK update (Dec 11 call with Armin) |

FYI

---------- Forwarded message ---------
From: **Karen Aviram Beatty** <kaviram@google.com>
Date: Wed, Dec 11, 2019 at 4:08 PM
Subject: ABK update (Dec 11 call with Armin)
To: Purnima Kochikar <kochikar@google.com>, Lawrence Koh <lawrencekoh@google.com>, Ryan Wyatt <rwyatt@google.com>, Sunil Rayan <sunilrayan@google.com>, Simon Donovan <simondo@google.com>, David Ooley <davidooley@google.com>, Marc Theermann <theermann@google.com>, Ron Zember <zember@google.com>, Andrey Donov <adonov@google.com>, Shanna Prevé <shanna@google.com>, Tamar Fruchtman <tamarf@google.com>
Cc: Donald Harrison <harrison@google.com>


ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL


TLDR:  Based on the latest feedback from Armin, below is what I think would get the ABK xPA deal done. Knowing that BC approval is ultimately needed, are Play, Cloud, YT, and Ads (and finance!) comfortable with these asks?  Please provide feedback here.


Detail:

Just spoke to Armin.   I "soft floated" the current proposal by him, which has been coming together for BC review.  He did not react well.  He did not like our new 5 year Cloud commit ask in order to fund the exclusive eSports license.  He strongly prefers a 3 year construct across the board.

He also stressed that we can "recoup" $15M/yr from advertising sponsorships that they will guarantee us on YT.

Here is what will most likely get a deal done:

|  | Year 1 | Year 2 | Year 3 | Total | Funded by: |
|---|---|---|---|---|---|
| GCP Credits | 20 | 20 | 20 | 60 | Play |
| UAC Credits | 35 | **35** | 35 | 105 | Play |
| Co-Marketing | 20 | **20** | 20 | 60 | Play |
|  |  |  |  |  | **$15M YT**<br>**$85M Cloud** |
| eSports Licensing | **40** | **45** | **50** | 135 |  |
| Total | 115 | 120 | 125 | 360 |  |

Items in **red** require BC approval.  Total **funding** (and P&L allocation) for eSports needs to be determined.   And of course, this group needs to be on board.

Google conditions for these terms include:
- Standard Hug developer obligations (sim-ship, title parity, quality)
- GCP Credits calculated as 2% of Play consumer spend (uncapped)
- UAC Credits calculated as $1 credit for every $3 ABK spends in UAC (capped at $35M/year)
- Cloud commit of [$150-200M] over 3 years **(Cloud team to confirm - what 3 yr commit is needed in order for Cloud to still fund eSports?)**
- Exclusive eSports distribution (broadcasting) license for YouTube
- DVIP commit of $115M (ABK is OK extending this for each year but seems as if Google can only do 1 year DVIPs)

Other comments from Armin:
- ABK (Armin at least) refuses to engage on Stadia until the rest of these terms are agreed upon.
- He continues to be consistent that without a $100M/year credits/cash payment, there is no deal ($100M = 10% rev share off $1B/year Play consumer spend base)
- That being said, Armin is specifically pushing for $130M in credits/cash for each of 3 years - claiming that the total is actually $100M/year because we "recoup" $15M in YT adv sponsorships and YT can monetize the eSports content for another $15M/year. (YT teams do not agree with this assessment!).  Because ABK is willing to "guarantee" the $15M in YT adv sponsorships, perhaps we'd consider $115M total - which is the proposal above.
- ABK is getting a ton of pressure from Amazon/Twitch to agree to a deal with them ASAP.   (Note: TK and Bobby have a meeting scheduled for 12/19.  BC review also scheduled for 12/19.)
- Another option we have is to remove the eSports Licensing all together.  In this case, ABK would commit to a much smaller Cloud deal (eg $20-40M commit) and still require $100M in credits.  If this deal falls through, he claims that they will launch their own mobile distribution platform (partnering with another "major mobile company" - presume Epic), double down with Amazon/Twitch (or MSFT) for Cloud/eSports, and pull away from Stadia.
- All this being said, I do think they really want to do this deal with Google (vs competition) and vastly expand the partnership btw our companies (inc press around Cloud partnership, etc).

I have copied this email **HERE** into this doc.  To avoid email swirl, please add comments/questions in this doc, so we can adjust the proposal and address questions more easily!

Thanks,
Karen

| Karen Aviram Beatty | Managing Director, Global Partnerships | kaviram@google.com | Direct: 212-565-5961 Mobile: 917-284-8411

--
Lawrence Koh
Google Play Games

CONFIDENTIAL

GOOG-PLAY-007280919

lawrencekoh@google.com
cell: 650-906-1283

CONFIDENTIAL

GOOG-PLAY-007280920