1  Karma M. Giulianelli (SBN 184175)
   karma.giulianelli@bartlitbeck.com
2  **BARTLIT BECK LLP**
   1801 Wewetta St., Suite 1200
3  Denver, Colorado 80202
   Telephone: (303) 592-3100
4
   Hae Sung Nam (*pro hac vice*)
5  hnam@kaplanfox.com
   **KAPLAN FOX & KILSHEIMER LLP**
6  800 Third Avenue, 38th Floor
   New York, NY 10022
7  Telephone: (212) 687-1980

8  *Co-Lead Counsel for the Class in In re Google
   Play Consumer Antitrust Litigation*
9
   Paul J. Riehle (SBN 115199)
10 paul.riehle@faegredrinker.com
   **FAEGRE DRINKER BIDDLE & REATH
11 LLP**
   Four Embarcadero Center, 27th Floor
12 San Francisco, CA 94111
   Telephone: (415) 591-7500
13
   Christine A. Varney (*pro hac vice*)
14 cvarney@cravath.com
   **CRAVATH, SWAINE & MOORE LLP**
15 825 Eighth Avenue
   New York, New York 10019
16 Telephone: (212) 474-1000

17 *Counsel for Plaintiff Epic Games, Inc. in Epic
   Games, Inc. v. Google LLC et al.*
18

Brendan P. Glackin (SBN 199643)
Lauren M. Weinstein (*pro hac vice*)
bglackin@agutah.gov
lweinstein@agutah.gov
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:  Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this administrative motion to file under seal, or to consider whether another party's material should be sealed, the unredacted version of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment, and Exhibits 1-8, 10-17, 20-24, 26-27, 29-31, 33-36, 39-41, 43-45, 48, 49, 52, 53 to the Declaration of Michael J. Zaken filed in support in their entirety. Pursuant to this Court's order, Dkt. 496, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion. Plaintiffs also hereby provide notice of lodging to all parties and their counsel.

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  Gary A. Bornstein *(pro hac vice)*
  Timothy G. Cameron *(pro hac vice)*
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*
  Michael J. Zaken *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Michael J. Zaken*
  Michael J. Zaken

*Counsel for Plaintiff Epic Games, Inc.*

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

Respectfully submitted,

By: */s/ Karma M. Giulianelli*
  Karma M. Giulianelli

  *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

OFFICE OF THE UTAH ATTORNEY GENERAL
  Brendan P. Glackin
  Lauren M. Weinstein

OFFICE OF THE ARIZONA ATTORNEY GENERAL
  Jayme L. Weber

Respectfully submitted,

By: */s/ Lauren M. Weinstein*
  Lauren M. Weinstein

  *Counsel for the Plaintiff States*

HUESTON HENNIGAN LLP
  Douglas J. Dixon
  Christine Woodin
  Joseph A. Reiter

Respectfully submitted,

By: */s/ Douglas J. Dixon*
  Douglas J. Dixon

  *Counsel for Plaintiffs Match Group, LLC et al.*

# E-FILING ATTESTATION

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Gary A. Bornstein
Gary A. Bornstein