Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Class in In re Google
Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH
LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic
Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et
al.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE
ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games, Inc. v. Google LLC et al.*, Case
No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust
Litigation*, Case No. 3:20-cv-05761-JD

*State of Utah et al. v. Google LLC et al.*,
Case No. 3:21-cv-05227-JD

*Match Group, LLC et al. v. Google LLC et
al.*,
Case No. 3:22-cv-02746-JD

Case No. 3:21-md-02981-JD

**NOTICE OF SERVICE**

Judge:  Hon. James Donato

1

2    I declare that I am a Partner at Cravath, Swaine & Moore LLP, located at

3    Worldwide Plaza, 825 Eighth Avenue, New York, New York.  I am Counsel of Record for Epic

     Games, Inc. ("Epic").

4    I declare that on May 18, 2023, I caused to be served via electronic transmission

5    Plaintiffs' Interim Administrative Motion To Consider Whether Another Party's Material Should

6    Be Sealed and the Declaration of Michael J. Zaken submitted therewith to Defendants Google

7    LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited,

8    and Google Payment Corp. (collectively, "Google") and non-parties Activision Blizzard, Inc.,

9    Amazon, Inc., AT&T, Inc., Christopher Dury, George Christopoulos, Meta Platforms, Inc.,

10   Spotify AB, and T-Mobile, Inc..

11   I hereby certify that I am a member of the State Bar of New York, admitted *pro*

12   *hac vice* to practice before the United States District Court for the Northern District of California

13   for this case.  I certify under penalty of perjury under the laws of the United States of America

14   that the foregoing information contained in the Certificate of Service is true and correct.

15

16   DATED:  May 19, 2022

                                                      */s/ Michael J. Zaken*

17                                                    Michael J. Zaken

18

19

20

21

22

23

24

25

26

27

28