# Exhibit B7
# Public Redacted Version

# EXHIBIT 16
## FILED UNDER SEAL



PRIVILEGED AND
CONFIDENTIAL

# Overview

- AVP was approved for delivery in 2021-2023; required Devs to be GPB compliant by EOY 2020
- Given the delay in policy announcement, we've pushed the AVP compliance deadline to EOQ1 2021
  - Any exceptions to be approved at Play BD deal forum; only allows extension until EOQ2 2021 else deal offer expires
- **AVP deal & incentives will kick in post GPB compliance**; developers will have **up to 6 months to post deal start date to complete product integrations** stipulated in AVP contracts
  - Any exceptions to be approved at Play BD deal forum; only allows extension by 3 months else deal terminates

| Developer Obligations | Deadline | What if Developers miss this deadline? |
|---|---|---|
| GPB Compliance | End of Q1 | Extend upto 1 month post deal forum approval. If extended deadline not met, the deal is terminated |
| Product Integrations | Once a Developer is compliant both their deal becomes active and they will have 6 months to complete product integrations | Extend upto 3 months post deal forum approval. If extended deadline not met, the deal is terminated |

Google Play

GOOG-PLAY-004684228

| Id | Date | Text |
|----|------|------|
| 1 | 11/09/2020 19:55:02 | If you're looking for ways to edit the slide down, you could delete these two bullets and start third one at "We're asking developers to be..." |
| 1 | 11/11/2020 06:44:02 | +1 - will suggest we align as a working group first. Agree on need to shorten and combine as a next step |
| 2 | 11/11/2020 06:44:47 | If this ends up going to exec audience, suggested alternative presentation for whole slide:  Timeline like on next slide but requirements on top and benefits on bottom ?  Or perhaps combining with next slide? |
| 2 | 11/11/2020 06:44:47 | @dmartinak@google.com @osalva@google.com |
| 3 | 11/11/2020 06:46:47 | @dmartinak@google.com Should this not just be "6 months post deal start date"? That implies the developer is compliant. @osalva@google.com _Assigned to Danielle Martinak_ |
| 1 | 11/11/2020 16:28:54 | How are we messaging this as a "hard deadline"? will they not get access to AVP if they miss it? |
| 1 | 11/11/2020 16:28:54 | Correct, we've said we have budget approved for this time period and will otherwise have to consider other Developers etc |

PRIVILEGED AND CONFIDENTIAL

Google Play

GOOG-PLAY-004684229



excruciating



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004684231

| Id | Date | Text |
|---|---|---|
| | | PRIVILEGED AND CONFIDENTIAL |
| 4 | 11/06/2020 16:54:38 | Is this needed in the context of this discussion (timelines/teeth/sticky) |
| 2 | 11/06/2020 16:54:38 | I think it's helpful to see how flexible we're being with Developers. I know Sarah wanted some comparisons for Match. |
| 2 | 11/06/2020 22:36:56 | Added ▮▮▮▮ to this list |
| 3 | 11/11/2020 16:32:54 | This is % reinvested right? Let's be super clear - right now it sounds like this is the effective service fee. |
| 3 | 11/11/2020 16:32:54 | Agree this has been confusing in meetings, "effective deal %" is representative of deal size... how much the deal is of consumer spend but we should align on terminology |

Google Play

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004684232



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-PLAY-004684233

| Id | Date | Text | PRIVILEGED AND |
|---|---|---|---|
| 5 | 11/11/2020 07:02:18 | Why? | CONFIDENTIAL |

Google Play

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



ADAP certification stage: █████████
ADAP pitch stage: 6 KR partners ██████████████████████████████████████

██████████████████████████████████████████████████████

KR: currently aligning and staying low profile at the moment due to KR national
assembly's Play related bill. Planning to pitch LRAP/ADAP from Q1 2021.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIVILEGED AND
CONFIDENTIAL

## AVP & Accelerator Comparison

| | AVP | Accelerator (LRAP, ADAP) |
|---|---|---|
| Description | Deals offered to partners with sizable Google business to deepen partnership and improve sentiment around Play value proposition | Deals offered to verticals that are margin constrained due to content acquisition costs based on principle that all verticals should be able to succeed on Play |
| Background | New program (2020) | Old programs (2015) |
| Google commitments | Cloud credits, Ad credits, Promos and Points, DMF | Service fee reduction |
| Developer obligations | GPB, product integrations, parity | GPB, product integrations, parity |
| When Google commitments start | GPB compliance (EOQ1) without product integrations (done within 6 months) | Date when GPB compliance and product integrations are completed |

Commercial exchange for AVP & Accelerators begin based on different deadlines, linked to value exchange:

- AVP offers early commercial incentives as devs co-invest in xPA simultaneously

- Accelerator incentives begin post integrations as that is when Google begins to accrue (and hence share) value

Google Play

GOOG-PLAY-004684237



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004684238



PRIVILEGED AND CONFIDENTIAL

## Overview

| | Description | Programs |
|---|---|---|
| **Enterprise Deals** | Deals offered to partners with sizable Google business to deepen partnership and improve sentiment around Play value proposition | • Games Velocity Program<br>• Apps Velocity Program |
| **Accelerator Deals** | Deals offered to verticals that are margin constrained due to content acquisition costs based on principle that all verticals should be able to succeed on Play | • LRAP for video streaming<br>• ADAP for premium audio<br>• SwG for newspapers publishers<br>• DBAP for books (in progress) |

Google Play

go/dealprograms

# Exhibit B8
# Public Redacted Version

# EXHIBIT 17
## FILED UNDER SEAL

**PRIVILEGED & CONFIDENTIAL**

| Match | Group | ██████████████ | Meeting<br>June 2021 |

PRIVILEGED & CONFIDENTIAL: Internal Briefing Document
daniellestein@ covering for bbarras@

---

### WHO YOU'RE MEETING WITH

Gary Swidler. Serves as COO and CFO of Match Group, where he oversees finance, accounting, tax, treasury, strategy, corporate development, investor relations as well as corporate communications, ad sales, user privacy, safety and data security. Gary joined Match Group in 2015 as CFO, just prior to the completion of the Company's IPO in November of 2015.

You last met in October 2020 (briefing) to reiterate to Gary that ███████████████████████████ ████████████████████████████████████████ ████████████████████████

### OBJECTIVES
- Reiterate spirit & ██████████
- Draw hard lines on demands Match has identified as deal ████████████████████ ████
- Aim to understand Match's next steps: ████████████████████████████
- Listen to Gary's feedback/concerns – identify areas that we may need to address further.

### DESIRED OUTCOME
While either of the following outcomes are acceptable, our bias is the former:
- ████████████████████████████
- ████████████████ continue to work cooperatively towards completing a smooth GPB integration across all their properties by policy deadline (9/30)

### EXECUTIVE SUMMARY



1

GOOG-PLAY-011456496



CONFIDENTIAL

**PRIVILEGED & CONFIDENTIAL**



DETAILED TALKING POINTS

- [Match may be feeling emboldened by recent events in the regulatory or legislative environment. They may also sense a change in tone from Spotify in Coalition meetings] **Are you still really planning on enforcing this policy change on 9/30? Even with everything going on?**
  - We are. We remain invested in our business model and defending it. Our priority now is ensure consistency in the ecosystem. It's a top priority. So, yes, we're taking 9/30 seriously and intent to enforce our policy then.
  - [Optional]: No matter the deal outcome, we're committed to helping you get ready for 9/30 smoothly, so let us know what we can do to help you be ready in time.

- **This policy change results in significant financial impact to our P&L. This change will not go away in 3**



3

GOOG-PLAY-011456498

**PRIVILEGED & CONFIDENTIAL**



As this is your first conversation since the Senate Hearing, here are additional/related FAQs should these questions come up

- **You know we're still going to continue our outreach to Senators and regulators? Does that affect the deal?**
  - ○ No, those activities do not affect our deal.  Match, like any developer, has the right to provide feedback to us and engage with the political process.  We are still focused on crafting a win-win ▇▇▇▇▇▇▇▇
    ▇▇▇▇▇▇▇
- **Do you think Google/Play's ----- practice/policy is fair (or competitive)?**
  - ○ Yes, we think so. Our practices/policies are focused on delivering the best possible service for the largest number of developers and consumers.
- **Don't you think this is anti-competitive or unfair?**
  - ○ We value Match's feedback but respectfully disagree with your characterization of Google Play's policies.
- **Are you pressuring us on this unreasonable clause because of our comment at the Senate hearing?**
  - ○ We are negotiating in good faith, based on what is best for our business.

4

GOOG-PLAY-011456499

# Exhibit B9
# Public Redacted Version

# EXHIBIT 18
## FILED UNDER SEAL





Mutually agree



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007759247







| Id | Date | Text |
|----|------|------|
| 1 | 06/02/2021 16:30:38 | @dmartinak@google.com could you have a think with Olivia on gameplanning what will happen if we offer a grace period to the ecosystem (announced pre-June 30th) ███████████<br><br>_Reassigned to Danielle Martinak_ |
| 1 | 06/02/2021 16:30:38 | +1 |

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007759250





NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007759252

| Id | Date | Text |
|---|---|---|
| 2 | 06/02/2021 17:04:22 | @divyachandra@google.com to confirm. |
| 4 | 06/02/2021 17:18:09 | @dmartinak@google.com @kgkaran@google.com @osalva@google.com |
| 1 | 06/02/2021 17:18:09 | +1 assuming they won't go consumption only ( ) |
| 2 | 06/02/2021 20:34:33 | @dmartinak@google.com<br><br>I think the x-Google team (Marcus/Aaron) could provide a perspective too - happy to engage them |
| 3 | 06/02/2021 20:34:33 | @aenewman@google.com |
| 7 | 06/02/2021 20:35:07 | Helpful insight. @dmartinak@google.com FYI. Aaron agrees with your assessment |
| 2 | 06/02/2021 21:07:38 | |
| 6 | 06/02/2021 21:34:51 | |
| 5 | 06/02/2021 22:30:32 | |
| 3 | 06/02/2021 22:30:32 | It's already contracted so they are committed no matter what |
| 1 | 06/03/2021 00:01:50 | |
| 4 | 06/03/2021 00:01:50 | Thanks both! |



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007759254

| Id | Date | Text |
|----|------|------|
| 5 | 06/02/2021 17:16:18 | |
| 8 | 06/02/2021 18:02:29 | |
| 4 | 06/02/2021 18:12:56 | Agreed. Are you making a recommendation towards one of the 3 options here (I see A1 and A2 as separate options and B as one option)? |
| 3 | 06/02/2021 18:31:51 | |
| 9 | 06/02/2021 18:31:51 | I recommend Option B but I'm eager for your team's thoughts. I recommend we convene today or tomorrow to ensure we're converged on one recommendation across your team and me before we "enter the room" with Purnima. WDYT? |

GOOG-PLAY-007759255





NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007759257

PRIVILEGED & CONFIDENTIAL

## Would our other product ideas appeal? Would they qualify?

- UCB
- In-app comms EAP
- Multi-platform

Google



PRIVILEGED & CONFIDENTIAL

## Agenda

*Pre-read redline recommendations (slides 4-7)*

- *Especially: Billing Timelines and Deal Structure recommendations*

1. Review any concerns with our responses to key terms (5-10 min)
2. Game-planning what happens next (20 min)
   a. Sharing redline with Match
   b. Internal exec briefings before respond to Match

Google

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY





NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY





Diana notes: OKC is a bit of a mystery; We don't know for sure who depends on Match. LATAM apps for sure depend on Match. Affinity apps depend on Match. W

RTDN is a back-end team so it could be donor in parallel. We're just checking that they receive the information, not how they use it.
BL is super minimal effort
Tinder already has Fraud & Abuse, stay up to date on the library. Already has RTDN.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

| Id | Date | Text |
|----|------|------|
| 10 | 05/13/2021 17:48:33 | Diana and Danielle S to come back to this date and think about whether earlier is reasonable |

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007759265

Redline Details: Google Gives



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY





NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

| Id | Date | Text |
|---|---|---|
| 11 | 05/12/2021 20:14:17 | @mloew@google.com You comfortable with this slide? |
| 1 | 05/12/2021 20:14:17 | LGTM. I think once we get BR going, that can at least show commitment to the overall model. You can share that we're working with Payments to figure out a roadmap. |

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007759270