# Exhibit B10
# Public Redacted Version

# EXHIBIT 20
# FILED UNDER SEAL

*- Privileged & Confidential -*
*Internal only - Google confidential*

# Match Group Integration Status

*Executive summary*

Date: 1/10/2022
Authors: Richard Baldassari Diana García Ríos Gohar Galyan

## Purpose

Summarize the status of the Google Play Commerce technical engagement with Match Group to
- Provide a summary of the technical relationship thus far
- Outline which Match requirements have been addressed by Google (Approve, Build or Denied)
- Describe Match requirements that are outstanding towards the 3/31/2022 integration target
- Offer a technical strategy recommendation that will meet the 3/31/2022 integration target

## Summary of the engagement

In July 2021 Match Group suspended all technical conversations with Google. Prior to July, Google had extensive discussions with the Match Group at the group and individual brand level to understand their product requirements in order for them to consider GPB compliance technically feasible. Additional details can be found in the Timeline sections of the appendix.

All product requests made by Match have been addressed aside from Multiline, which had been resolved with an ENG solution via an EAP to make integration possible by September 2021. However, because Match stopped communicating, the EAP has become stale. The EAP is currently considered nonviable. Multiline would require ENG resourcing and tradeoffs with other major priorities, but we have several options that could work for them. We have delved into the technical requirements status in the following section, including expanding on the different multiline options we could offer.

Finally, at this time, we believe our product solution meets Match's previously shared needs (with exception of multiline not being ready for Production on the originally offered legacy SKUs implementation). We also think that all key Match apps should have been able to complete enough of the integration work to come into compliance by the March deadline; remaining smaller apps can go consumption only, should they lack resources for integration. Read the technical strategy recommendation for more details on our recommended roadmap for Match.

## Match Group technical requirements status

As of today, except for multiline subscriptions, we have a solution for all original requests. We did build a solution for multiline subscriptions which we delivered in July 2021, but given Match's non-

**Commented [1]:** What do they need this for? What is the use case?

**Commented [2]:** @dianagr@google.com @rbaldassari@google.com to advise

**Commented [3]:** They need it for implementing renewable add on subscriptions. They offer a set of base plans a user can subscribe to, and once they subscribe, they can add other SKUs on top that offer additional functionality. Use case is now described in the outstanding requirements section. Only Match.com flagged this feature as critical, and only Meetic flagged it as a nice to have at launch.

**Commented [4]:** Diana, have they flagged following feature in Multiline as critical?
- Restore multiline
- Update subscription on pending deferred subscription
- Multiplatform for multiline
- Turndown a lineitem

**Commented [5]:** Still waiting for Match to talk about these features with us, we will see them next week, so hopefully they will be able to provide more details.

**Commented [6]:** Diana, given the potential urgency, maybe good to have one engineer representative to listen in for the Match's talk. I'm happy to be there if it doesn't conflict with perf.

responsiveness, and other pressing priorities, we had to deprioritize maintenance and evolution of the feature in September 2021. Multiline only affects one of the apps, Match.com. We think that Match.com could come into compliance without initially offering Multiline functionality (see technical strategy section for more details about this statement); at this time, it will be challenging to make multiline available for Production prior to the March deadline.



For more specific details on the features requested by Match and the resolution for each of them, see the Technical Requirements section in the appendix.

## Outstanding requirements: multiline subscriptions

**Multiline Specifics**

The Google Play Commerce Engineering team completed the planned work to enable Multiline EAP for subscriptions on legacy SKUs by August 2021, as agreed to with Match. We weren't able to verify the EAP met their needs because recurring meetings stopped on July 28, and they didn't reengage on technical conversations around this feature. The partnership negotiations escalated at this point and the teams that were discussing development stopped having contact.

Maintenance of this feature had to be deprioritized in September 2021 on 

[REDACTED]

We'd prefer Match to wait for **multiline on the new subscriptions platform** (AKA subs variants, tracking bug b/203016369), which would have additional benefits for the partner, including simpler ways to implement use cases which would require workarounds on the legacy stack.

### Use case: renewable add-on subscriptions
From Match GPB integration plan [2021]
Requirements - support selling add on subscription on top of the base plans they offer. Renewal has to sync with the base plan. The offering includes the products listed below in the **US, Canada, Japan, Australia, and New Zealand**.

| Product | Availability | SKUs (subscriptions) |
|---|---|---|
| Reply for Free | Available post purchase | reply_free (needs multiline support) |
| Private Mode | Available post purchase | private_mode (needs multiline support) |
| MatchPhone | Available for purchase in subscription flow & post purchase | match_phone (needs multiline support) |
| Message Read Receipts | Available for purchase in subscription flow for standard only | message_read (needs multiline support) |

Match.com flagged this feature as critical at launch, and Meetic as something they would be interested in but they can wait for.

## Technical strategy recommendation for the partner

- Recommend all 13 tracked apps integrate with the available functionality on the platform by March 31, which ought to be feasible given the current solution set.
- The non-tracked apps in the initial 30+ list haven't reported any complex needs, so they should be able to integrate or go consumption only independently by the publicly announced date (3/31).
- Re-engage technical teams at **Meetic** and **Match.com** to discuss new features (*Note: Google BD has teed up this meeting with Match BD and Match has agreed to having the conversation*):
  - [REDACTED]

**Comments:**

**Commented [7]:** @awshoemaker@google.com do we know what the ETA for this is?

**Commented [8]:** As per b/203016369, ready for EAP in Q2, 2022. We would communicate externally H2, 2022 at this point, AFAIU.

**Commented [9]:** ETA for Multiline on Predefined is H2 2022, however there is currently no Policy commitment to deliver multiline (without per-transaction) to any developer since Match went silent. Q2 is not accurate—I've asked the team to correct the tracking bug.

**Commented [10]:** @raghareesh@google.com @mloew@google.com @prsinghal@google.com @zhouji@google.com @lyingju@google.com FYI

- Multiline subscriptions purchases or renewable add ons: we would like them to consider migrating to the new subscriptions platform and adopting multiline in the new stack once it is available (b/203016369). This would require Match to take on migration work, which Google would support. There are additional benefits for Match.com and Meetic with the new platform, such as unblocking prepaid plans and simplifying several of their use cases.

# Recommended integration plan

As of Jan 11, 2022

### Summary

No substantial changes in the recommendations from July 2021 for most of the Match Group apps; we'd just like to make them aware of the new subscriptions platform improvements in case they would like to leverage them.

Match.com+LATAM brands and Meetic should adopt new subscriptions platforms and leverage the new features for some of the use cases we discussed. This would simplify their integration and unblock prepaid plans for Meetic and future multiline adoption for Match.com. Virtual installments need to be discussed with the partner (Meetic, LATAM) to confirm that it would satisfy the partner's needs.

### Details

- **Group 1: Tinder, OK Cupid, Hinge and Pairs.**
    - **Ability to integrate by 3/31 - High:** Most have partial or complete Google Play Billing implementations already, though some also offer alternative payment methods (ie. non-compliant). We recommend they adopt PBL 4 before 3/31/2022 and remove alternative payment methods. We would offer them migration to the new subscriptions platform support if they are interested in any of the new features.
    - **Impact - High.** Most of the paid users are in this group of apps and there is a simple path to compliance for all of them.
- **Group 2: Plenty of Fish, Meetic, Match.com, LATAM properties**
    - **Ability to integrate by 3/31 - High**: These apps were already working on their respective integration plans in July 2021. Caveat that multiline subscriptions, virtual installments and prepaid plans need to be discussed with individual apps.[Internal only] Match group AVP integration roadmap for reference).
    - **Impact: medium** (key brands, but revenue/paid users at risk is moderate).
- **Group 3 (not tracked by Play, so lower priority):**
    - **Ability to be compliant on 3/31 - Unknown**: We estimate these apps can go consumption only without excessive impact if they don't have capacity to meet the deadline for a basic integration (no special requirements were specified by their leadership during previous conversations).
    - **Impact: low.**

-fin-

CONFIDENTIAL
GOOG-PLAY-011456566

# Appendix

## Timeline of Play <> Match engagement

- **Before Q2 2021**
  - BDM efforts to engage the Match group in Compliance conversations
  - Pitched GPB and demonstrated platform functionality
- **Q2 2021**
  - Several technical engagements with the group's leadership and the brands' technical teams to understand Match Group's technical requirements to provide feature parity on GPB compared to their own billing implementation. We analyzed the status of 30+ of the Match Group apps, but the Policy compliance effort will track only 13, including the top brands: Tinder, Plenty of Fish, Hinge, BLK, Chispa.
  - April 12th
    - Outlined Multiline feature request for legacy SKUs (built on the existing system). Google committed to build this feature only for Match on the legacy platform, so they could integrate by September.
  - June
    - Finalized Match Group's requirements for GPB compliance week of June 8th - We agreed on the features Google would deliver by September 2021 (later moved to March 2022) for the Match Group properties to be able to build the features they wanted for compliance.
    - Google delivered multiline EAP documentation by the agreed on date (end of June) with the agreed upon functionality. Next steps required the partner to review the documentation and confirm the feature covered their needs. **Commented [11]:** This is the master doc PDF copies shared with Match linked from it.
    - Google enabled server side API access for Match to the endpoints that include multiline functionality.



- **Q3 2021**
  - Scoped 2,4,8 Month Subscription Packages and delivered the exception to Match. Match acknowledged that they were added to the allow list that would enable the feature.



  - July - Match Group suspended all technical conversations, and the Google team lost integration status updates (last integration status in this section). At that point in time, we had an integration roadmap proposal that we never got to discuss with the partner.
  - August - The Google Play Commerce Engineering team completed the planned work to enable Multiline subscriptions on legacy SKUs as an EAP.

- Google attempted to restart conversations with Match regularly. Exact details regarding this outreach are unavailable until Danielle Stein is back in the office.
- Q4 2021
  - September 8th - XFN Decision: Match requests deprioritized, team will revisit if Match comes back, but we may not be able to deliver the requested features as initially discussed - mainly Multiline for legacy SKUs subscriptions.



## Detailed Technical Requirements

Feature list collected in a series of requirements collection sessions held in Q1-Q2, 2021. These are the must haves they identified (in red in the original list).
Original list of requests (shared with Match group): [Externally Shared Doc] Match Group | Google Integrations <Privileged & Confidential>

| GPB Feature/Match group app | Meetic | Plenty of Fish | Match.com | LATAM brands | Pairs |
|---|---|---|---|---|---|
| Installment payments | x | | | x | |
| Additional FOPs | x | | | x | |
| Large value SKUs | | x | | | |
| One day subscriptions | x | | | | |
| 2, 4, 6 month subscription period | | x | | | |
| Auto top-ups for IAPs | x | | | | |
| Multiline subscriptions (renewable add-ons) | | | x | | |
| Hybrid subscriptions (physical and non | | | | | x |

| physical services) | | | | | |
|---|---|---|---|---|---|
| Other supported requests | x | x | x | x | |

**Available Solutions**



2. **Additional FOPs**: Google ran an audit with the Payment teams and determined that the majority of the requested FOPs were built, in the roadmap or we had better alternatives already in place, so we decided no unplanned work was needed. Match agreed to this approach.
3. **Large value SKUs**: Google internally discussed and approved granting an exception to the SKU price limit for POF to a maximum value of $5k USD (excluding KR). They requested slightly more, but this is the limit recommended by the Google XFN working group for a variety of reasons (legal, policy, etc.). This information has not been shared with Match yet.
4. **One day subscriptions:** Google denied this request due to user trust agreement violation concerns. Match agreed. Google offered one day prepaid plans as a substitution to that feature and Match agreed it would be sufficient, but the partner went silent before we got to discuss implementation.
5. **2, 4, 8 month subscription period**: Google granted the request (already available in their Play Console).
6. **Auto top-ups for IAPs**: Google denied this request due to user trust agreement violation concerns. Match agreed. Google offered one day prepaid plans as a substitution to that feature and Match agreed it would be sufficient, but the partner went silent before we got to discuss implementation.
7. **Other supported requests:** See a more complete table here, including non-P0 requests that got resolved or deprioritized by the partner (eg. PSD2, Tokenization, Billing error tracking / optimization, CSR function to extend expiry date Partial refunds).

**Outstanding**
1. Multiline subscriptions
   a. Google agreed to build this functionality on legacy SKUs to make possible integration by September 2021. Match agreed to work on an EAP basis with Google to integrate and test the feature. After Google delivered the developer documentation, the partner became unresponsive, in July 2021. The Google Play Commerce Engineering team completed the planned work to enable Multiline EAP for subscriptions on legacy SKUs by August 2021 and opened access to the APIs for Match.com. We were never able to verify the EAP met their needs because recurring meetings stopped on July 28, and they didn't reengage on technical conversations around this feature.



**Ian Purves** <Ian.Purves@match.com>
to Peter, Brandon, me, Doug, Richard

Mon, Jul 19, 2021, 1:04 PM

Hello Brandon and Team,

Let's please remove the recurring meeting for match -- we will setup new sessions for them as needed.

Thanks,
Ian

+ Peter

    b. This feature was deprioritized in September 2021 due to lack of updates from Match. We have since built the new subscriptions platform and two more ways of implementing multiline purchases, so if this feature were to be reprioritized, it would be preferably only built for the new stack, and therefore Match would need to migrate before adopting multiline at this point.

| Multiline implementation alternatives | Current status | Estimated effort on Google's side | Recommendation |
|---|---|---|---|
| Multiline on legacy SKUs | Needs "dusting off" | High for Eng, possibly high cost tradeoffs, minimal for DevRel (already did part of the support in the past) | Deprecate (this is legacy and it has future tech debt associated to it) |
| Multiline + per transaction pricing | Ready for Production | Minimal for Eng, DevRel support needed | Avoid if possible (overly complex solution for their needs) |
| Multiline + predefined plans on new subs platform | On the roadmap for H2 2022 | Moderate for Eng, but on the roadmap already. Moderate to high for DevRel, partner will need support for the migration, but we have resources | Recommended solution |

2. **Hybrid subscriptions**: this is a Policy conversation that was led by Brandon Barras Taro Sotome. We shared the externally shareable language around this type of subscription.
   a. Match's feedback: "*I think the definitions are helpful, and we feel comfortable in our assessment of the business. That said, if there is a way to present the feature pre-app submission to get confirmation, that would eliminate any uncertainty that your assessment wouldn't match ours. Is this possible?*"
   b. We never got to determine whether we could review Pairs' subscriptions before publishing the app to determine whether they are mostly physical or mostly digital. The conversations stalled soon after. For reference, this is the last clarification shared:

My app sells a subscription that includes both physical and digital services. How should I determine

> **whether Google Play's billing system should be used?**
>
> We understand that some apps sell both digital and physical goods or services combined together as a bundle. In those circumstances, the developer should evaluate these "hybrid" bundles by first assessing each individual part to determine if that component is a digital or physical offering. Physical offerings include:
>
> - purchasing/renting physical goods (e.g., groceries).
> - purchasing/renting physical services (e.g., transportation).
> - one-on-one realtime personal experiences (e.g., live, real person matchmaker; one-on-one tutoring; private fitness training).
> - digital subscriptions that are sufficiently hardware-dependent (meaning, the subscription is only available to owners of a specific device and that subscription primarily unlocks content that can only be consumed on the hardware device).
>
> Once each component has been assessed, the developer should then evaluate the hybrid bundle as a whole to determine whether the bundle is a primarily physical or digital offering. Things to consider include (1) what type of app the bundle is being sold in (i.e., is the core business of the app to facilitate digital or physical services), (2) how the bundle is advertised to users (i.e., are the digital features highlighted or used as a selling point), and (3) whether the majority of the individual components are physical or digital. If the balance of these factors suggests your "hybrid" bundle is primarily digital in nature, subscriptions for that bundle should use Google Play's billing system.

## Initial Google integration proposal

None of the Match Group teams has engaged in substantive technical discussions since July 2021. Google provided integration plans for all apps dependent on non-publicly available features at the time, but we haven't been able to confirm the Match properties followed said plans due to lack of engagement from the partner. For more detail, read the [Internal only] Match group ▇ integration roadmap proposal where there is a breakdown of the work needed for each of the top brands.

CONFIDENTIAL
GOOG-PLAY-011456571