**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761-JD<br><br>*States et al. v. Google LLC et al.*, Case No. 3:21-CV-05227 | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE MERITS OPINIONS OF DR. HAL SINGER**<br><br>Judge:   Hon. James Donato<br>Courtroom:   11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

Defendants' Motion, Pursuant to Local Rule 7-11, For Leave to File Supplemental Brief in Support of Defendants' Motion to Exclude Merits Opinions of Dr. Hal Singer, came for hearing before this Court on the above-captioned matter.  Having fully considered the papers, the arguments of counsel, and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Supplemental Brief in Support of Defendants' Motion to Exclude Merits Opinions of Dr. Hal Singer is GRANTED in full.  Defendants shall promptly file the Supplemental Brief in Support of Defendants' Motion to Exclude Merits Opinions of Dr. Hal Singer.

**SO ORDERED.**

DATED: _____

HON. JAMES DONATO
United States District Judge