| | | |
|---|---|---|
| 1 | John C. Hueston (SBN 164921)<br>jhueston@hueston.com | Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com |
| 2 | Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com | **BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200 |
| 3 | **HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300 | Denver, Colorado 80202<br>Telephone: (303) 592-3100 |
| 4 | Newport Beach, CA 92660<br>Telephone:     (949) 229-8640 | |
| 5 | | Hae Sung Nam (*pro hac vice*) |
| 6 | Joseph A. Reiter (SBN 294976)<br>jreiter@hueston.com | hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP** |
| 7 | Christine Woodin, SBN 295023)<br>cwoodin@hueston.com | 850 Third Avenue<br>New York, NY 10022 |
| 8 | **HUESTON HENNIGAN LLP**<br>523 West 6th Street, Suite 400 | Telephone.: (212) 687-1980 |
| 9 | Los Angeles, CA 90014<br>Telephone:     (213) 788-4340 | *Co-Lead Counsel Consumer Plaintiffs* |
| 10 | *Counsel for Plaintiffs Match Group, LLC;* | |
| 11 | *Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.* | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com |
| 12 | Brendan P. Glackin (SBN 199643) | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 13 | bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY** | Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111 |
| 14 | **GENERAL**<br>160 E 300 S, 5th Floor | Telephone: (415) 591-7500 |
| 15 | PO Box 140872 | |
| 16 | Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260 | Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com |
| 17 | *Counsel for the Plaintiff States* | **CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue |
| 18 | | New York, New York 10019<br>Telephone: (212) 474-1000 |
| 19 | | |
| 20 | | *Counsel for Plaintiff Epic Games, Inc.* |
| 25 | *Caption continued on next page.* | |

GIULIANELLI DECLARATION ISO MOTION TO BIFURCATE COUNTERCLAIMS AGAINST EPIC AND MATCH
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al, v. Google LLC, et al,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF PLAINTIFFS' MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS AGAINST EPIC AND MATCH**<br><br>Judge:   Hon. James Donato<br><br>Date:       August 31, 2023<br>Time:      10:00 a.m.<br>Courtroom: 11 |

# DECLARATION OF KARMA M. GIULIANELLI

I, Karma M. Giulianelli, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am an attorney with the law firm of Bartlit Beck LLP, counsel of record for Consumer Plaintiffs in the above-captioned case.

2. I submit this declaration in support of Plaintiffs' Motion to Bifurcate Defendants' Counterclaims Against Epic and Match. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the transcript of the deposition of ▓▓▓▓▓▓▓, taken in this action on December 9, 2021.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Google in this action, bearing Bates numbers GOOG-PLAY-000404105–106, which was marked as deposition exhibit DX0017.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Google in this action, bearing Bates numbers GOOG-PLAY-000512371–372, which was marked as deposition exhibit DX0018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of July 2023, at San Francisco, California.

*/s/ Karma M. Giulianelli*
Karma M. Giulianelli

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                          */s/ Yonatan Even*
                                                          Yonatan Even