1  John C. Hueston (SBN 164921)
   jhueston@hueston.com
2  Douglas J. Dixon (SBN 275389)
   ddixon@hueston.com
3  **HUESTON HENNIGAN LLP**
   620 Newport Center Drive, Suite 1300
4  Newport Beach, CA 92660
   Telephone:     (949) 229-8640
5
   Joseph A. Reiter (SBN 294976)
6  jreiter@hueston.com
   Christine Woodin, SBN 295023)
7  cwoodin@hueston.com
   **HUESTON HENNIGAN LLP**
8  523 West 6th Street, Suite 400
   Los Angeles, CA 90014
9  Telephone:     (213) 788-4340

10 *Counsel for Plaintiffs Match Group, LLC;*
   *Humor Rainbow, Inc.; PlentyofFish Media*
11 *ULC; and People Media, Inc.*

12 Brendan P. Glackin (SBN 199643)
   bglackin@agutah.gov
13 **OFFICE OF THE UTAH ATTORNEY**
   **GENERAL**
14 160 E 300 S, 5th Floor
15 PO Box 140872
   Salt Lake City, UT 84114-0872
16 Telephone: (801) 366-0260

17 *Counsel for the Plaintiff States*

   Karma M. Giulianelli (SBN 184175)
   karma.giulianelli@bartlitbeck.com
   **BARTLIT BECK LLP**
   1801 Wewatta St., Suite 1200
   Denver, Colorado 80202
   Telephone: (303) 592-3100

   Hae Sung Nam (*pro hac vice*)
   hnam@kaplanfox.com
   **KAPLAN FOX & KILSHEIMER LLP**
   850 Third Avenue
   New York, NY 10022
   Telephone.: (212) 687-1980

   *Co-Lead Counsel for Consumer Plaintiffs*

   Paul J. Riehle (SBN 115199)
   paul.riehle@faegredrinker.com
   **FAEGRE DRINKER BIDDLE & REATH**
   **LLP**
   Four Embarcadero Center, 27th Floor
   San Francisco, CA 94111
   Telephone: (415) 591-7500

   Christine A. Varney (*pro hac vice*)
   cvarney@cravath.com
   **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
   New York, New York 10019
   Telephone: (212) 474-1000

   *Counsel for Plaintiff Epic Games, Inc.*

**Caption continued on next page.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al, v. Google LLC, et al,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO BIFURCATE DEFENDANTS' COUNTERCLAIMS AGAINST EPIC AND MATCH**<br><br>Judge:   Hon. James Donato |

Before the Court is Plaintiffs' Motion to Bifurcate Defendants' Counterclaims against Epic Games, Inc. ("Epic") and Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc. ("Match"). The Court, having reviewed the Motion and accompanying memoranda, declarations and exhibits in support, opposition thereto, the reply, the arguments of counsel, and good cause appearing, hereby ORDERS that the Motion is GRANTED. Defendants' Counterclaims against Epic and Match are bifurcated from the trial on common antitrust issues and, should Defendants' counterclaims remain viable after the verdict on the antitrust claims, they will be tried to the same jury in a second phase against Epic and Match only.

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Bifurcate is **GRANTED** in its entirety.

Dated: _____, 2023

_____
Honorable James Donato
United States District Court
Northern District of California