1   John C. Hueston (SBN 164921)
    jhueston@hueston.com
2   Douglas J. Dixon (SBN 275389)
    ddixon@hueston.com
3   **HUESTON HENNIGAN LLP**
    620 Newport Center Drive, Suite 1300
4   Newport Beach, CA 92660
    Telephone:     (949) 229-8640
5
    Joseph A. Reiter (SBN 294976)
6   jreiter@hueston.com
    Christine Woodin, SBN 295023)
7   cwoodin@hueston.com
    **HUESTON HENNIGAN LLP**
8   523 West 6th Street, Suite 400
    Los Angeles, CA 90014
9   Telephone:     (213) 788-4340

10  *Counsel for Plaintiffs Match Group, LLC;*
    *Humor Rainbow, Inc.; PlentyofFish Media*
11  *ULC; and People Media, Inc.*

12  Brendan P. Glackin (SBN 199643)
    bglackin@agutah.gov
13  **OFFICE OF THE UTAH ATTORNEY**
    **GENERAL**
14  160 E 300 S, 5th Floor
15  PO Box 140872
    Salt Lake City, UT 84114-0872
16  Telephone: (801) 366-0260

17
    *Counsel for the Plaintiff States*
18

19

20

21

22

23

24  **Caption continued on next page.**

25

26

27

28

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for Consumer Plaintiffs*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH**
**LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

12  IN RE GOOGLE PLAY STORE ANTITRUST        Case No. 3:21-md-02981-JD
    LITIGATION

13                                            **PLAINTIFFS' INTERIM**
    THIS DOCUMENT RELATES TO:                 **ADMINISTRATIVE MOTION TO**
14                                            **CONSIDER WHETHER ANOTHER**
                                              **PARTY'S MATERIAL SHOULD BE**
15  *Epic Games Inc. v. Google LLC et al.*,   **SEALED UNDER LOCAL RULE 79-5(f)**
    Case No. 3:20-cv-05671-JD
16
    *In re Google Play Consumer Antitrust*    Judge:   Hon. James Donato
17  *Litigation*, Case No. 3:20-cv-05761-JD

18  *State of Utah et al. v. Google LLC et al.*,
    Case No. 3:21-cv-05227-JD
19
    *Match Group, LLC, et al, v. Google LLC, et al,*
20  *Case No. 3:22-cv-02746-JD*

21
22
23
24
25
26
27
28

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs respectfully submit this interim

2    administrative motion to consider whether another party's material should be sealed with respect to

3    their Motion to Bifurcate Defendants' Counterclaims Against Epic Games, Inc. ("Epic") and Match

4    Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC, and People Media, Inc. ("Match")

5    ("Motion to Bifurcate") and the Declaration of Karma M. Giulianelli ("Giulianelli Decl.") and

6    exhibits 1–3 thereto. The excerpts and documents at issue are sourced from documents designated

7    by Google as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES

8    ONLY" pursuant to the applicable protective order (MDL Dkt. 249). A public redacted version of

9    the Motion to Bifurcate and accompanying documents have been filed in accordance with this

10   Court's Local Rules. The documents and portions of documents Plaintiffs seek to temporarily file

11   under seal are listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Motion to Bifurcate | Page 4, lines 22-24, between "Epic" and end of sentence |
| Motion to Bifurcate | Page 4, line 24, between "(" and "Tr." |
| Motion to Bifurcate | Page 4, lines 24-25, between "Google" and end of sentence |
| Motion to Bifurcate | Page 5, lines 1-2, between "say it" and end of sentence |
| Motion to Bifurcate | Page 5, lines 2-3, between "But" and end of sentence |
| Motion to Bifurcate | Page 5, lines 4-5, between "Epic" and end of sentence |
| Motion to Bifurcate | Page 5, lines 5-6, between "Epic" and end of sentence |
| Motion to Bifurcate | Page 5, line 6, between ";" and "Tr." |
| Motion to Bifurcate | Page 5, lines 7-8, between "that" and end of sentence |
| Motion to Bifurcate | Page 12, lines 5-7, between "it" and end of sentence |
| Giulianelli Decl. | Page 1, line 11, between "deposition of" and "taken in" |
| Giulianelli Decl. Ex. 1 | Document in its entirety. |
| Giulianelli Decl. Ex. 2 | Document in its entirety. |
| Giulianelli Decl. Ex. 3 | Document in its entirety. |

1

2  DATED:  July 27, 2023                    OFFICE OF THE UTAH ATTORNEY GENERAL

3

4
                                           By:  /s/ Brendan P. Glackin
5                                              Brendan P. Glackin
6                                              Lauren M. Weinstein
                                               *Attorneys for Plaintiff States*
7

8
   DATED:  July 27, 2023                    BARTLIT BECK LLP
9

10

11                                          By:  /s/ Karma M. Giulianelli
                                               Karma M. Giulianelli
12                                             *Co-Lead Counsel for Consumer Plaintiffs*

13

14
   DATED:  July 27, 2023                    KAPLAN FOX & KILSHEIMER LLP
15

16

17                                          By:  /s/ Hae Sung Nam
                                               Hae Sung Nam
18                                             *Co-Lead Counsel for Consumer Plaintiffs*

19
   DATED:  July 27, 2023                    FAEGRE DRINKER BIDDLE & REATH LLP
20

21

22                                          By:  /s/ Paul J. Riehle
                                               Paul J. Riehle
23                                             *Counsel for Plaintiff Epic Games, Inc.*

24

25

26

27

28

- 2 -
PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

1  DATED:  July 27, 2023                    CRAVATH, SWAINE & MOORE LLP

2

3                                           By:  /s/ Yonatan Even

4                                                Yonatan Even (*pro hac vice*)
                                                 *Counsel for Plaintiff Epic Games, Inc.*
5

6

7  DATED:  July 27, 2023                    HUESTON HENNIGAN LLP

8

9                                           By:  /s/ Douglas J. Dixon

10                                               Douglas J. Dixon
                                                 *Attorney for Plaintiffs Match Group, LLC, Humor*
11                                               *Rainbow, Inc., PlentyofFish Media ULC, and*
                                                 *People Media, Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

1

**E-FILING ATTESTATION**

2      I, Yonatan Even, am the ECF User whose ID and password are being used to file this

3 document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the

4 signatories identified above has concurred in this filing.

5

6

7                                          */s/ Yonatan Even*

                                          Yonatan Even
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28