# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: August 1, 2023      Judge: Hon. James Donato

Time: 1 hour and 51 minutes

**Cases:**     3:21-md-02981-JD In re Google Play Store Antitrust Litigation
3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
3:20-cv-05761-JD In re Google Play Consumer Antitrust Litigation
3:21-cv-05227-JD State of Utah et al v. Google LLC et al
3:22-cv-02746-JD Match Group, LLC et al v. Google LLC et al

Attorney(s) for Plaintiff(s):    Brendan Glackin/Lauren Weinstein/Brendan Benedict/
Karma Giulianelli/Lee Mason/Hae Sung Nam/
Gregory Arenson

Attorney(s) for Defendant(s):    Glenn Pomerantz/Justin Raphael/Sujal Shah/Leigha Beckman

Court Reporter: Jennifer Coulthard

Deputy Clerk: Ada Means

## PROCEEDINGS

Concurrent Expert Proceeding -- Held

## NOTES AND ORDERS

In connection with defendants' *Daubert* motions, MDL Dkt. Nos. 484, 487, the Court holds a concurrent expert proceeding with plaintiffs' experts Dr. Marc Rysman and Dr. Hal Singer, and defendants' expert Dr. Gregory K. Leonard.