1  REBECCA L. SCIARRINO (State Bar No. 336729)
   Rebecca.Sciarrino@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
3  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
4  Facsimile:    (415) 512-4077

5  Attorneys for Defendants

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC v. Google LLC*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF REBECCA L. SCIARRINO** |

PLEASE TAKE NOTICE that attorney Rebecca L. Sciarrino of the law firm of Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court

documents in connection with this action be served upon him at the email address listed above.

DATED: August 2, 2023        MUNGER, TOLLES & OLSON LLP


By:     /s/ *Rebecca L. Sciarrino*
        REBECCA L. SCIARRINO
        MUNGER, TOLLES & OLSON LLP
        560 Mission Street
        Twenty-Seventh Floor
        San Francisco, CA 94105
        Telephone: (415) 512-4000

        Attorneys for Defendants