Application for Admission of Attorney Pro Hac Vice
(Continuation)

Represented Defendants include:

Google Asia Pacific PTE Limited
Google Commerce Limited
Google Ireland Limited
Google LLC
Google Payment Corp.