| | |
|---|---|
| Paul J. Riehle (SBN 115199) <br> paul.riehle@faegredrinker.com <br> **FAEGRE DRINKER BIDDLE & REATH LLP** <br> Four Embarcadero Center, 27th Floor <br> San Francisco, California 94111 <br> Telephone: (415) 591-7500 | Christine A. Varney (*pro hac vice*) <br> cvarney@cravath.com <br> **CRAVATH, SWAINE & MOORE LLP** <br> 825 Eighth Avenue <br> New York, New York 10019 <br> Telephone: (212) 474-1000 <br> <br> *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* <br> <br> [Additional counsel appear on signature page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation, <br>     Plaintiff, <br> v. <br> GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP., <br>     Defendants. <br><br> GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP., <br>     Counterclaimants, <br> v. <br> EPIC GAMES, INC., a Maryland Corporation, <br>     Counter-defendant. <br><br> THIS DOCUMENT RELATES TO: <br> *In re Google Play Store Antitrust Litigation*, <br> Case No. 3:21-md-02981-JD | Case No. 3:20-cv-05671-JD <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** <br><br> Judge: Hon. James Donato |

1   TO THE CLERK AND ALL PARTIES OF RECORD:  Please take notice that the
2   undersigned requests that Colin Herd be withdrawn as counsel of record for Epic Games, Inc. ("Epic")
3   in the above-captioned action.  Epic will continue to be represented by other counsel of record in this
4   action.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF APPEARANCE   1   Case No. 3:20-cv-05671-JD

| | |
|---|---|
| Dated:  August 29, 2023 | Respectfully submitted,<br><br>By */s/ M. Brent Byars*<br>     M. Brent Byars<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>Paul J. Riehle<br>paul.riehle@faegredrinker.com<br><br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone:  (415) 591-7500<br>Facsimile:  (415) 591-7510<br><br>**CRAVATH, SWAINE & MOORE LLP**<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Timothy G. Cameron (*pro hac vice*)<br>tcameron@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*)<br>lmoskowitz@cravath.com<br>Justin C. Clarke (*pro hac vice*)<br>jcclarke@cravath.com<br>Michael J. Zaken (*pro hac vice*)<br>mzaken@cravath.com<br>M. Brent Byars (*pro hac vice*)<br>mbyars@cravath.com<br><br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |