# EXHIBIT 29

```
                                        Volume 1

                                        Pages 1 - 144

              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE                        )
ANTITRUST LITIGATION                           )   NO. 21-md-02981-JD
_____)
                                               )
THIS DOCUMENT RELATES TO:                      )
                                               )
Epic Games, Inc. vs. Google LLC, et al.,       )
Case No. 3:20-cv-05671-JD                      )
                                               )
In Re Google Play Consumer Antitrust           )
Litigation, Case No. 3:20-cv-05671-JD          )
                                               )
State of Utah, et al. v. Google LLC,           )
et al., Case No. 3:21-cv-05227-JD              )
                                               )
Match Group, LLC, et al. vs. Google LLC,       )
et al., Case No. 3:22-cv-02746-JD              )
_____)

                         San Francisco, California
                         Thursday, January 12, 2023
```

**TRANSCRIPT OF PROCEEDINGS**

**IN RE EVIDENTIARY HEARING ON CHAT PRESERVATION**

**APPEARANCES**:

For Plaintiff Epic Games in C 20-05671 JD:
              CRAVATH SWAINE AND MOORE LLP
              825 Eighth Avenue
              New York, New York 10019
       **BY:  LAUREN ANN MOSKOWITZ, ATTORNEY AT LAW**
            **GARY A. BORNSTEIN, ATTORNEY AT LAW**

       **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
            CSR No. 7445, Official United States Reporter

1   you know of ever do any kind of an analysis or study to figure
2   out how expensive it would be or how burdensome it would be to
3   preserve chats just for this case?
4       **THE WITNESS:** I don't know.
5       **THE COURT:** You didn't do that?
6       **THE WITNESS:** I didn't.
7       **THE COURT:** And you don't know anybody else who did?
8       **THE WITNESS:** No.
9       **THE COURT:** Okay.
10      Okay. Thanks. Careful on the way down. It's a steep,
11  steep step.
12      **THE WITNESS:** Okay. Thank you.
13              (Witness excused.)
14      **THE COURT:** Okay. Who's next?
15      **MR. KRAVIS:** Jonathan Kravis, Your Honor.
16      Google calls Mr. Jamie Rosenberg.
17   (Witness enters the courtroom and steps forward to be sworn.)
18      **THE WITNESS:** Okay.
19      **THE CLERK:** Please raise your right hand.
20              **JAMIE ROSENBERG**,
21  called as a witness for the Defendants, having been duly sworn,
22  testified as follows:
23      **THE WITNESS:** I do.
24      **THE CLERK:** Please be seated.
25      Please --

1    **THE COURT:** We're going to have to move it along a bit --
2    okay? -- because we're getting short on time.
3    **MR. KRAVIS:** Yes, Your Honor.
4    **THE COURT:** Go ahead.
5    I'm sorry, Ms. Clark.
6    **MR. KRAVIS:** Good afternoon, sir.
7    **THE CLERK:** One second.
8    Please state your full name for the Court and spell your
9    last name.
10   **THE WITNESS:** My name is Jamie Rosenberg,
11   R-o-s-e-n-b-e-r-g.
12   **THE CLERK:** Thank you.
13                      **DIRECT EXAMINATION**
14   **BY MR. KRAVIS:**
15   **Q.** Good afternoon, sir.
16   **A.** Good afternoon.
17   **Q.** What is your name?
18   **A.** My name is Jamie Rosenberg.
19   **Q.** Where are you employed?
20   **A.** Well, I'm currently a part-time advisor at Google.
21   **Q.** And how long have you worked at Google?
22   **A.** I was in a full-time capacity for 12 years up until
23   September of 2022 and then, after a short break, moved into
24   this part-time role in November.
25   **Q.** What was the last full-time position that you held at

1  **Q.**  So you're referencing in an e-mail the fact that you had a
2  Google Chat conversation with Mr. Kolotouros about negotiations
3  with Samsung; correct?
4  **A.**  Yes.
5  **Q.**  And those chats no longer exist; right?
6  **A.**  I assume they don't.
7  **Q.**  And they no longer exist because when you had those
8  conversations, your chat history was turned off and so was
9  Mr. Kolotouros's; correct?
10 **A.**  I can't speak for his, but mine was turned off.
11 **Q.**  You also understood that he kept his off too?
12 **A.**  I -- I didn't -- didn't know that.
13 **Q.**  Okay.  All right.  Well, we have his testimony.
14      So the only reason we ever knew that these chats even
15 existed is the mention of them in an instant message -- I'm
16 sorry -- of an instant message in this e-mail; right?
17 **A.**  I assume so.
18 **Q.**  Okay.  Can I get your agreement that the IM chat
19 referenced in this e-mail was not the only conversation you had
20 with Mr. Kolotouros about the status of negotiations with
21 Samsung and other OEMs?
22 **A.**  Not the only conversation --
23 **Q.**  This wasn't the only chat you ever had with him; right?
24 **A.**  I don't -- I don't know if it was.
25 **Q.**  Do you think it was even possible that that was the single

1  certain issues in those trainings?
2  **A.**  I don't recall.
3  **Q.**  Do you ever recall getting trained on moving conversations
4  over to Chat in connection with those trainings?
5  **A.**  I don't recall.
6  **Q.**  Okay.  Well, we'll reserve that for closing.  I'll move
7  on.
8      During your time at Google, you kept your chat history off
9  the entire time; correct?
10 **A.**  Correct.  I didn't change the default.
11 **Q.**  And when you were deposed on February 10th of 2022, your
12 chat history was still turned off; correct?
13 **A.**  Correct.
14 **Q.**  You have done nothing to preserve chats for purposes of
15 this litigation; correct?
16 **A.**  I have not done anything to preserve chats for this
17 litigation.
18     **MS. MOSKOWITZ:**  I pass the witness, Your Honor.
19     **THE COURT:**  Did you get one of those litigation hold
20 notices for this case?
21     **THE WITNESS:**  I did.
22     **THE COURT:**  Okay.
23     Okay.  Is that it?
24     **MR. KRAVIS:**  Your Honor, may I just very briefly inquire
25 about these exhibits?