# EXHIBIT 33

 **Android Developers Blog** 

16 March 2021

# Boosting developer success on Google Play



*Posted by Sameer Samat, VP, Product Management*

Helping developers build sustainable businesses is a core part of Google Play's mission. We work with partners every day to understand the challenges they face and help them bring their innovative ideas to life. Getting a new app off the ground and into orbit is not easy! To aid their quest for growth we provide a broad range of support, from powerful <u>marketing tools</u> and <u>actionable data in the Play Console</u>, education via <u>Play Academy, best practices</u> and <u>thought leadership</u> resources, programs such as the <u>Indie Games Festival</u>, <u>Indie Corner</u>, and <u>accelerator programs</u> around the world. We're always looking for new ways to give them an added boost.

Starting on July 1, 2021 we are reducing the service fee Google Play receives when a developer sells digital goods or services to 15% for the first $1M (USD) of revenue

  **Android Developers Blog** 

more engineers, adding to their marketing staff, increasing server capacity, and more.

While these investments are most critical when developers are in the earlier stages of growth, scaling an app doesn't stop once a partner has reached $1M in revenue — we've heard from our partners making $2M, $5M and even $10M a year that their services are still on a path to self-sustaining orbit. This is why we are making this reduced fee on the first $1M of total revenue earned each year available to every Play developer, regardless of size. We believe this is a fair approach that aligns with Google's broader mission to help all developers succeed. We look forward to sharing full details in the coming months.

As a platform we do not succeed unless our partners succeed. Android and Google Play have always listened to our developer partners from around the world and we continue to take their input into account as we build and run the ecosystem. We look forward to seeing more businesses scale to new heights on Android, and to further discussions with our developer community to find new ways to support them technically and economically as they build their businesses.

Apps      developer success      developers      Featured      Google Play

latest      service fees

Newer post                                                              Older post

  **Android Developers Blog** 

Google Developers Blog

## CONNECT

 Android Developers

   

 Google Play

  

## SUBSCRIBE

Feed

Newsletter

Privacy | License | Brand guidelines

Get news and tips by email