UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In Re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761-JD.<br><br>*State of Utah, et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD;<br><br>*Match Group, LLC et al. v. Google LLC et al.*, No. 3:22-cv-02746-JD (N.D. Cal.)<br><br>*Epic Games, Inc. v. Google LLC et al.*, No. 3:20-cv-05671-JD | Case No.: 3:21-md-02981-JD |

## DECLARATION OF Li Jin

I, Li Jin, declare as follows:

1. I am General Counsel at Century Games. I am an individual over 18 years of age. I have personal knowledge of the facts and if called and sworn as a witness to testify, I would competently testify thereto.

2. I submit this declaration in support of Century Games' request to keep certain information under seal.

3. The following page numbers, line numbers, and/or entirety of certain exhibits include Century Games' confidential and business strategy information that is highly confidential and would give competitors an unfair competitive advantage if disclosed. Thus, Disclosure of these information could result in significant injury to Century Games. *See Intel Corp. v. VIA Techs., Inc.*, 198 F.R.D. 525, 531 (N.D. Cal. 2000) ("Even a seemingly insignificant risk of disclosure cannot be ignored due to the threat of significant potential injury.")

- Exhibit 15 to Plaintiffs' Proposed Remedy Re Google's Destruction of Chat Evidence (MDL ECF 609-16) - GOOG-PLAY-004146713.R

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 27, 2023.

/s/ Li Jin

Li Jin