Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for Consumer Plaintiffs in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

[Additional counsel appear on signature page]

DECLARATION OF LAUREN A. MOSKOWITZ ISO STIPULATED [PROPOSED] ORDER SHORTENING TIME TO BE HEARD
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

i

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF STIPULATED [PROPOSED] ORDER SHORTENING TIME TO BE HEARD FOR MOTION PURSUANT TO RULE 37(c)(1) TO EXCLUDE TRIAL TESTIMONY BY CARSON OLIVER**<br><br>Judge: Hon. James Donato |

I, Lauren A. Moskowitz, declare as follows:

1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions.

2. I am admitted to appear before this Court *pro hac vice*.  I submit this Declaration in support of the parties' Stipulated [Proposed] Order Shortening Time to Be Heard for Motion Pursuant to Rule 37(c)(1) to Exclude Trial Testimony by Carson Oliver.

3. I have personal, first-hand knowledge of the facts set forth in this Declaration.  If called as a witness, I could and would competently testify to these facts under oath.

4. The parties seek an order shortening time on Plaintiffs' Motion Pursuant to Rule 37(c)(1) to Exclude Trial Testimony by Carson Oliver (the "Motion").  The parties seek a shortening of time from 35 to 15 days so that the matter may be heard on October 12, 2023 at 10:00 a.m., when the Court has scheduled a pre-trial status conference.  (*See* MDL Dkt. 603.)

5. Following the disclosure of Mr. Oliver on Google's pretrial witness list on September 12, 2023, the parties met and conferred several times regarding Plaintiffs' intent to file the Motion and an appropriate briefing schedule for it.  The Parties have stipulated and agreed that briefs in support of and in opposition to the Motion shall be limited to five pages, that Google's opposition to the Motion shall be filed on October 4, 2023, and that Plaintiffs shall not be permitted to submit a reply in support of the Motion absent further order from this Court.

6. Hearing the Motion on October 12 will enable the Court to consider and decide upon the Motion sufficiently in advance of trial, which is set to begin on November 6, 2023, so that the parties can adjust their pre-trial preparations in accordance with the Court's decision on the Motion.

7. The parties have negotiated and the Court has ordered several modifications to the operative Rule 16 Scheduling Order in this case.  Plaintiffs have not previously submitted the Motion, however, so there have been no modifications with respect to this Motion.

8. The requested shortening of time would not affect any other deadline in the case or the November 6, 2023 trial date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of September, 2023, in New York, New York.


                                       */s/ Lauren A. Moskowitz*
                                       Lauren A. Moskowitz