|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 4 | | Case No. 3:21-md-02981-JD |
| 5 | **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | |
| 6 | | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION PURSUANT TO RULE 37(c)(1) TO EXCLUDE TESTIMONY BY CARSON OLIVER** |
| 7 | THIS DOCUMENT RELATES TO: | |
| 8 | *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| 9 | *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Judge: Hon. James Donato |
| 10 | | |
| 11 | *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |
| 12 | *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | |
| 13 | | |

1  Before the Court is Plaintiffs' Motion Pursuant to Rule 37(c)(1) to Exclude Trial Testimony by
2  Carson Oliver (the "Motion").  The Court, having reviewed the Motion and accompanying memoranda
3  and declaration in support, any opposition thereto, the arguments of counsel, and good cause appearing,
4  hereby **ORDERS** that the Motion is **GRANTED**.  Mr. Oliver's testimony shall be excluded at the trial
5  in this matter pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure and Paragraph 24 of this
6  Court's Standing Order for Civil Cases.

**IT IS SO ORDERED**

Dated: _____      _____
                                                                             HON. JAMES DONATO
                                                                             United States District Judge