# Exhibit A6
# Public Redacted Version

# EXHIBIT 8



**Samsung Revenue Share Renewal**

Exec / BC Review
May 26th, 2020

PRIVILEGED AND CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004538758.R



Attorney Client Privileged & Confidential // EUOC

## We have kicked off a broad initiative to drive Android share; Our commercial framework with Samsung will play a pivotal role

Android partners either lack resources (OEMs) or motivation (carriers) to invest in driving share at levels comparable with Apple

Google paid [redacted] in Search and Play revenue share in 2019 to secure distribution, but with limited ability to influence share

Target our ecosystem investments toward product quality and share relative to Apple in addition to distribution

+

Become an active participant in GTM activities with our largest partners

Our revenue share deals represent the largest potential funding source for the initiative

PRIVILEGED & CONFIDENTIAL

Play DCB revshare = [redacted]
Search revshare = [redacted]



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004538760.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Search & Assistant deal: Similar to current RSA, with added platform protections for Browser and Assistant

Monetizing Services: Standalone deal to distribute/promote Play, Discover, Messages, Pay

Shareforce Investment: Custom program focused on driving share against iOS by (i) improving key aspects of user experience and (ii) deeper collaboration on GTM activities

We have received a Samsung term sheet. More on that later

Have not engaged at all with them on terms

Installed base reduction

We are removing all the commitments that justified the ▆▆ TAC in the current deal; Daydream, letter/security updates, exclusivity.

We justified raising the installed base revenue share in the prior renewal because commitments were added to installed base devices. We are now REMOVING those commitments, and then some (namely exclusivity; Daydream and letter/security updates are going away for the installed base).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Search & Assistant deal: Similar to current RSA, with added platform protections for Browser and Assistant

Monetizing Services:  Standalone deal to distribute/promote Play, Discover, Messages, Pay

Shareforce Investment: Custom program focused on driving share against iOS by (i) improving key aspects of user experience and (ii) deeper collaboration on  GTM activities

We have received a Samsung term sheet.  More on that later

Have not engaged at all with them on terms


Installed base reduction

We are removing all the commitments that justified the ▮▮▮▮ TAC in the current deal; Daydream, letter/security updates, exclusivity.

We justified raising the installed base revenue share in the prior renewal because commitments were added to installed base devices.  We are now REMOVING those commitments, and then some (namely exclusivity; Daydream and letter/security updates are going away for the installed base).



We are making parts of the deal platform-wide (where possible)
Elsewhere, we are maintaining device by device.

We are deconstructing the current search revenue share deal and building it back up
to be surgically architected to get key protections on the maximum number of devices
possible given the constraints as they exist.  This is the first building block of the
overall strategy.

This was a monolithic deal…. If a device has certain characteristics (with a Samsung
client ID), you get paid this generic percentage on all access points.





Building block #2… all Samsung devices. All client ID's.

Note: Play revenue share will be masked by the TAC adjustment so Samsung will not know how much is there.

Fixed monthly payments instead of cranking up TAC on Chrome for hotseat.

An important point to make in the voice over for this slide is that this also makes Samsung a partner with us on a broader range of services (via the ongoing rev share)... which has the optics of making them feel like they are achieving their goals for "services businesses" and ideally aligns them with us in driving growth in these areas. This is also a key part of the messaging to Samsung when presenting this tier.

On Pay: "It will be difficult to assess in the near term. They have no monetization model and while they are running experiments soon in some markets (like India) they won't be able to build out a LTV for some time."



In total, these 2 deals add up to ▮▮▮▮ over 4 years and create broad product & services alignment.



 (distribution search): =  (Widget) +  (Voice) +  (S-browser)
 grey =   Play +  from Chrome
Then rest is uplift or savings:   risk protections for Play,   savings from
standalone deal bounties and then   uplift in value from Discover and Messages.
We didnt include uplift from Pay to be conservative

If we apply traditional methods of analysis and an assessment of incrementality to the
first two deals, they are each exclusively incremental at the "payment/marginal" level.

We are not looking for headroom to negotiate deal 1 and 2.
We can put this money toward driving share/outcomes in deal 3.



If Samsung commits to the first two deals… we can then also offer them our vision for full partnership and collaboration via the 3rd deal.

Note this deal is only for their mass premium and premium devices, the iPhone fighters, in key markets like US, Japan and Europe. There is a specific reason we need to zero in on these devices. Jamie alluded to it earlier on what is happening to Android share in these categories and to Samsung in particular.



Let's directly translate Android's projected share loss into economic impact to Google.

Of the $XXB margin loss in 2024, $XB comes from Search, $0.XB comes from Play and $0.XB comes from Youtube and other services

If we lose share, we lose Play revenue, and our search TAC goes up to whatever the Apple rate is.  We still get search revenue; it's just more expensive.  As more and more traffic flows through Apple, it "just" means we have less control a la Windows over the integrity of the search business on an alternate platform.



Let's now begin the diagnosis of what is causing the share loss so we can then take steps to prevent it

Another point we could emphasize here is that Apple has gradually added additional user value to the concept of being an iPhone owner -- AppleTV+ subscription, AppleCard benefits, etc. Deal 3 and its funding creates an opportunity for us to build up some similar value offers for Samsung device end users, creating both pull and stickiness. Maybe this is something that could replace the third bullet you have here, and what you have there now can be voice over.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004538772.R





Attorney Client Privileged & Confidential // EUOC

## We will be introducing baseline quality requirements for any Samsung devices that would qualify for the investment fund

**Today**

*Samsung never changes...full of* ***sold-to highest bidder crapware*** ***...2 of everything*** ***..only 2 years of updates****..delivered as slowly as possible...a* ***pretty bad deal.***

ars TECHNICA

Galaxy S20 Ultra Review—Overhyped and outrageously priced

**Requirements for Qualifying Devices**

Distribution deals commitments, plus:

[redacted]

PRIVILEGED & CONFIDENTIAL

Attorney Client Privileged & Confidential // EUDC

# Propose elevating *Google* to drive ecosystem growth

Google funds used to market a 1P apps & services based "Google experience"
Samsung funds used to fund conventional campaigns, services & product bundles

| | What? | Success Metric | Measurement & Governance |
|---|---|---|---|
| **Google marketing** (of all RSA funds) | Explain what Google brings uniquely to a premium Android device, and support devices that meet new product quality standards<br><br>Google-led campaigns that highlight "Google experience", tagging specific Samsung devices (similar to Chromebook ATL) | Pre-post consumer preference for Google apps and services. Samsung brand preference | Success metrics to be tracked against predefined targets<br><br>Deviation in trends from targets and low efficacy will result in pivoting spend to more effective uses |
| **OEM-led co-marketing** (of Samsung RSA funds, agreed to w/ Google) | Create demand for premium Android devices that fulfill the promise made by Google software and services curated experience offerings<br><br>OEM-led campaigns and Google promos featuring OEM hardware powering select Google apps and service offerings | OEM shipped units / market share | |
| **Carrier co-marketing** (of Carrier RSA funds, agreed to w/ Google) | Fulfill demand for specific premium Android devices<br><br>Carrier-led campaigns that complement OEM and Google-led marketing + increased ranging of premium Android devices | Android retention<br><br>% iOS-Android subscriber shift | |

*Potentially requires HC of 20-30 people (        over 4 yrs) included in the funding ask*

PRIVILEGED & CONFIDENTIAL





**Overall Deal Summary**

PROPRIETARY AND CONFIDENTIAL // CONTAINS BUSINESS SECRETS





Attorney Client Privileged & Confidential // EUOC

# Quality & GTM deal designed to drive incremental value through increases in monetization and iOS switchers

**Quality & GTM Investment pays [redacted] to unlock [redacted] incremental net deal margin**

**Total Samsung deal is ROI positive when combined with Services Distribution incremental deal margin**

**Incremental Value Unlocked:**

- Distribution deal margin
- Margin from net increase in iOS switchers to Samsung compared to "Current Trajectory" scenarios
- Conservative incremental [redacted] uplift in monetization driven by cleaner UI for devices in Quality & GTM fund

**Governance to ensure optimal application of spend:**

- Finance and StratOps will work with BD (+Samsung) and Marketing to review the efficacy of spend across Samsung and Google's campaigns quarterly, including A/B tests across countries and carriers

*Note: Median device life assumes to be 3.5 years based on $400+ Android analysis for US/JP/EEA. LTV is based on a theoretical construct and the output is not a precise value. These numbers are not a complete representation of value and/or profitability, in that they do not include the complete set of resources / investments required to build and maintain the products. They are also built to guide specific decisions and are not appropriate for guiding investments outside of those specific scenarios (e.g. Google level investments, decisions for another product area).*

PRIVILEGED & CONFIDENTIAL

## Appendix

1. Market context
2. Deal financial information
3. Deal details
4. Samsung current commercial agreements coverage

PRIVILEGED AND CONFIDENTIAL



GOOG-PLAY-004538780.R



Attorney Client Privileged & Confidential // EUOC

## Android share relative to Apple is continuing to decline in in $400+ tier in US/EEA and JP

**Continued trends result in losing ~10-15M premium users across top markets to iOS annually**

Low case source: 2015-2019 IDC historical sales trends in US/JP; 2015-2017 IDC in EEA trends to exclude the impact of Huawei
High case source: 4Q19-present internal 28DA trends

PRIVILEGED & CONFIDENTIAL



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Low Case: Android 4Q19-present actives trends suggest Google may forego up to ▮▮▮▮ in margin by 2024 in US/JP/EEA

Est. Financial Impact from continued share loss of $400+ phones

(US/JP/EEA only)
*Includes the effect of COVID on LTV, pre-covid at risk GM of ▮

| $ in billions | | 2019E | 2020F | 2021F | 2022F | 2023F | 2024F | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Actives** | Samsung (M) | 124 | 110 | 97 | 84 | 71 | 58 | -66 |
| ($400+) | Android (other) (M) | 79 | 72 | 65 | 58 | 52 | 45 | -34 |
| | iOS (M) | 371 | 392 | 412 | 431 | 451 | 471 | 100 |
| **Search** | Revenue | | | | | | | |
| | Margin impact | | | | | | | |
| **Play** | Revenue | | | | | | | |
| | Margin impact | | | | | | | |
| **YouTube &** | Revenue | | | | | | | |
| **Display** | Margin impact | | | | | | | |
| **Total Margin Impact** | | | | | | | | |

**Total Installed base**

65%

35%

2019 US/EEA/JP
$400+ tier share

2024 US/EEA/JP
$400+ tier share



Attorney Client Privileged & Confidential // EUOC

## The impact of this share decline indicates Google stands to lose [redacted] in margin by 2024

**LTV impact of [redacted] from Android share lost to iOS*
**Includes the effect of COVID-19, pre-covid at risk GM of [redacted]*

| Low impact: GM loss of [redacted] (source: IDC 2015-2017 sales trends) | High impact: GM loss of [redacted] (source: 4Q19-present 28DA trends) |
| --- | --- |

**Low impact**

Share trend assumptions:

- **US/JP share trends from 2015-2019 IDC shipment data; EEA share trend from 2015-2017 shipment data to exclude impact of Huawei**
- $400+ tier devices (574M devices)
- Includes US, EEA, and JP only
- No growth / no population change over time

Implications (by 2024):

- 10p.p decline in total device share from 35% to 25%; primarily driven by share decline in the US and EEA
- Loss of ~62M actives to iOS
- GM loss of ~[redacted] from 2020-2024

**High impact**

Share trend assumptions:

- **US/EEA trends from Sept 2019-May 2020 internal actives data; JP share trend forecasted flat through 2024 in line with current trends**
- $400+ tier devices (574M devices)
- Includes US, EEA, and JP only
- No growth / no population change over time

Implications (by 2024):

- 17p.p decline in total device share from 35% to [redacted]; primarily driven by share decline in the US
- Loss of ~100M actives to iOS
- GM loss of [redacted] from 2020-2024

Note: Low impact case excludes the impact of Huawei in EEA. Huawei included at risk GM of ~[redacted] LTV is based on a theoretical construct and the output is not a precise value. These numbers are not a complete representation of value and/or profitability, in that they do not include the complete set of resources / investments required to build and maintain the products. They are also built to guide specific decisions and are not appropriate for guiding investments outside of those specific scenarios (e.g. Google level investments, decisions for another product area)

PRIVILEGED & CONFIDENTIAL

*Actual impact should lie between the scenarios as both high and low cases are unlikely due to volatility in the market and consumer behavior over an extended period of time*

*Just in EEA we excluded the impact of Huawei -*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004538786.R





Attorney Client Privileged & Confidential // EUOC

# Majority of users walk into stores already knowing what they want, and Apple has substantially higher user pull than Android

**Most users are not influenced by the channel as much anymore**

In Q4 '19 **Verizon visitors considered**

**1.1 phones**

on average before (and after) store visit

Source: Kantar (7/18 - 6/19)
Note: Holiday investment represents iPhone share of x-product campaign

**Android viewed as less desirable on all attributes but price**

| | Android | Apple |
|---|---|---|
| Great value | 63% | 56% |
| High tech | 37% | 49% |
| Style | 31% | 36% |
| Belonging | 21% | 30% |
| Status | 22% | 31% |
| Being different | 21% | 26% |

PRIVILEGED & CONFIDENTIAL



# Gen Z in top geos is dramatically swinging towards the iPhone



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004538790.R



| Revenue Forecast Assumptions | | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Deal Term 20Q3-24Q2 |
|---|---|---|---|---|---|---|---|---|
| Search Revenue | Dist. Search Revenue on Android (pre-Covid revteam) | | | | | | | |
| | .. % yoy | | | | | | | |
| | Covid adj. Dist. Search Revenue (Android team) | | | | | | | |
| | .. % yoy, Covid adjustment | | | | | | | |
| | .. % Samsung Device, (owned client id) | | | | | | | |
| | .. % Samsung Device, (carrier client id) | | | | | | | |
| | Covid adj. Dist. Search Rev. on Samsung Devices | | | | | | | |
| | Organic Search Rev. on Samsung Devices | | | | | | | |
| Play Revenue | Play Apps & Games Revenue (Covid adj. Play team) | | | | | | | |
| | .. % yoy | | | | | | | |
| | .. % Samsung Device, (all client id) | | | | | | | |
| | Covid adj. Play Apps & Games Revenue on Samsung | | | | | | | |
| | Play Ads Revenue on Android (Covid adj. Play team) | | | | | | | |
| | .. % yoy | | | | | | | |
| | .. % Samsung Device, (all client id) | | | | | | | |
| | Covid adj. Play Ads Revenue on Samsung Devices | | | | | | | |
| Display Revenue | YT & Display Rev on Android (0% growth from 2019A) | | | | | | | |
| | .. % yoy | | | | | | | |
| | .. % Samsung Device, (all client id) | | | | | | | |
| | Covid adj. YT & Display Rev on Samsung Devices | | | | | | | |
| TOTAL Search, Play, and Display Revenue on All Samsung Devices | | | | | | | | |

NOTES: 1) Covid adj. Figures assume a 50% downwards adj. to future revenue growth vs. Revteam's '2020V3' forecast

PRIVILEGED & CONFIDENTIAL





## Over the 4YR deal term, [redacted] of distribution search revenue expected to flow through Samsung's RSA devices *(owned client id, Q3 '20 - Q2 '24)*

*Covid Note: Figures assume a 50% downwards adj. to future revenue growth vs. Revteam's '2020V3' forecast; 4 year period includes Q3 2020 - Q2 2024*

PRIVILEGED & CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004538793.R







Attorney Client Privileged & Confidential // EUOC

# Quality & GTM Investment: drive quality and shipments

| Payment to Samsung for Deal Term (4 years) | | | | | |
|---|---|---|---|---|---|
| | | Annual Shipment Volume | | | |
| ($ in billions) | | 30M | 40M | 50M | 60M |
| % IOS Switcher | 10% | [redacted] | | | |
| | 15% | | | | |
| | 20% | | | | |
| | 25% | | | | |

| Google Marketing Spend for Deal Term (4 years) | | |
|---|---|---|
| | | Annual Shipment Volume |
| ($ in billions) | | [redacted] |
| % IOS Switcher | 10% | |
| | 15% | |
| | 20% | |
| | 25% | |

| Total Google Spend for Deal Term (4 years) | | |
|---|---|---|
| | | Annual Shipment Volume |
| ($ in billions) | | [redacted] |
| % IOS Switcher | 10% | |
| | 15% | |
| | 20% | |
| | 25% | |

**ROI positive payments are setup to drive share with shipment of cleaner, better devices**

**Payment to Samsung:**

- 2020: Signing bonus [redacted] (Samsung)
- 2021-2024
  - Base: [redacted] per device *(based on LTV and [redacted] revenue uplift to Google from cleaner devices)*
  - Bonus: [redacted] additional per device for share switch from iOS *(based on [redacted] iPhone switcher to $400+ Android LTV)*

**Google Marketing Spend:**

- 2021: [redacted] initial Google GTM / HC
- 2021-2024:
  - Base: [redacted] per device
  - Bonus: [redacted] additional per device for share switch from iOS

Current State

High Probability Scenarios

Low Probability Scenarios

Note: Median device life assumes to be [illegible] years based on $400+ Android analysis for US/JP/EEA. LTV is based on a theoretical construct and the output is not a precise value. These numbers are not a complete representation of value and/or profitability, in that they do not include the complete set of resources / investments required to build and maintain the products. They are also built to guide specific decisions and are not appropriate for guiding investments outside of those specific scenarios (e.g. Google level investments, decisions for another product area)

PRIVILEGED & CONFIDENTIAL

Attorney Client Privileged & Confidential // EUOC

# Monetizing services deal to mitigate [redacted] of Play risk from 3P app stores

- BC (Apr'19): [redacted] margin at risk
  - Across 4 counterparties, w/ Samsung largest contributor
- Add'l [redacted] unmitigated risk today
  - 20-30% Plan increase 2021-'24
  - Contagion spreads over time
- Hug est. to reduced risk by [redacted]
  - 17 devs signed, 3 redlining, 2 holdouts (Tencent/Supercell)
- Samsung est. to reduce risk [redacted]
  - Deal terms increase value of Play store on Samsung devices
- Remaining risk of [redacted]
  - 90% 3P store risk mitigation

PRIVILEGED & CONFIDENTIAL

Attorney Client Privileged & Confidential // EUOC

# Quality & GTM fund likely to add positive deal value

| Total Google Spend for Deal Term (4 years) | | | | | |
|---|---|---|---|---|---|
| | | Annual Shipment Volume | | | |
| ($ in billions) | | 30M | 40M | 50M | 60M |
| % iOS Switcher | 10% | [redacted] | | | |
| | 15% | | | | |
| | 20% | | | | |
| | 25% | | | | |

| Incrt'l Value Unlocked for Deal Term (4 years) | | | | | |
|---|---|---|---|---|---|
| | | Annual Shipment Volume | | | |
| ($ in billions) | | 30M | 40M | 50M | 60M |
| % iOS Switcher | 10% | [redacted] | | | |
| | 15% | | | | |
| | 20% | | | | |
| | 25% | | | | |

| Net Deal Margin to Google for Deal Term (4 years) | | | | | |
|---|---|---|---|---|---|
| | | Annual Shipment Volume | | | |
| ($ in billions) | | 30M | 40M | 50M | 60M |
| % iOS Switcher | 10% | [redacted] | | | |
| | 15% | | | | |
| | 20% | | | | |
| | 25% | | | | |

## Higher probability scenarios are likely to be positive ROI

**Total Google Spend:**
- Payments on all shipment of devices in $400+ tier to improve device quality and increased Android share

**Incremental Value Unlocked:**
- Margin increase from net increase in iOS switchers to Samsung compared to "Current Trajectory" scenarios
- Conservative incremental [redacted] uplift in monetization driven by cleaner UI for devices in this tier

**Governance to ensure optimal application of spend:**
- Finance and StratOps will work with BD (+Samsung) and Marketing to review the efficacy of spend across Samsung and Google's campaigns quarterly, including A/B tests across countr and carriers

High Probability Scenarios

Low Probability Scenarios

PRIVILEGED & CONFIDENTIAL





Attorney Client Privileged & Confidential // EUOC

# Per device deal value build-up across devices in the deal

PRIVILEGED & CONFIDENTIAL

Case 3:20-cv-05671-JD   Document 449-8   Filed 09/28/23   Page 45 of 115



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004538799.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



In the new deal we are aiming to secure more services and achieve better control over device and market outcomes than today

GOOG-PLAY-004538802.R







Attorney Client Privileged & Confidential // EUOC

Services Distribution

Search & Assistant

## New Search & Assistant terms shift incentives to S-browser + exclusivity outside EEA/RU on new devices

**Current RSA ([redacted] if extended): Device by device, paying [redacted] TAC on all access points in all regions, incl. installed base**

Preserving all protections, but splitting deal in 2 components: platform + device by device

**Platform tier: Browser ([redacted] from IB + [redacted] from browser)**

Global deal

- [redacted]

**Exclusivity bonus. Device by device: [redacted]**

Only available outside EEA & RU

- [redacted]

** Conditional on product changes, separating general search vertical within Assistant*

*Covid Note: Figures assume a 50% downwards adj. to future revenue growth vs. Revteam's "2020V3" forecast; 4 year period includes Q3 2020 - Q2 2024*

PRIVILEGED & CONFIDENTIAL

Attorney Client Privileged & Confidential // EUOC

## Messaging and Creative Realizations

Upper funnel

**Google-led marketing** ([redacted] of RSA funds)

**OEM-led co-marketing** ([redacted] of Samsung RSA funds, agreed to w/ Google)

**Carrier co-marketing** ([redacted] of Carrier RSA funds, agreed to w/ Google; 1:1 match by carriers)

Lower funnel

- Market ecosystem benefits via key Google features (e.g., Privacy, security, Assistant, Google TV)
- Hero Google features that "just work better" on Android vs. IOS

Tag hero features from Google-led marketing to lend Google brand halo

- Focus on OEM hardware features. Eg. camera, specs.

- Focus on device-specific price, promos, Google bundles + carrier plans

PRIVILEGED & CONFIDENTIAL

Attorney Client Privileged & Confidential // EUOC
Operational details of Marketing funds
Primary purpose
Unspecified, for flexibility
Explicitly prohibited
Google 1P Apps and Service bundles
OEM/Carrier
ATL
BTL
Bundle funding
Price promos
Incentives
Governance
Google-led marketing
[redacted] of all RSA funds)
- Quarterly internal reviews with Google exec leadership to ensure progress against ATL objectives
- Quarterly reviews with participating OEMs to coordinate and verify campaign tagging/attribution
OEM-led co-marketing
[redacted] of Samsung RSA funds, agreed to w/ Google)
For specific devices featuring our apps and services bundles
Carrier co-marketing
[redacted] of Carrier RSA funds, agreed to w/ Google; 1:1 match by carriers)
- Semi-annual exec-level steerco between Google and partner to quantify success metrics. Participation from Marketing, Product, and GTM functions.
- Quarterly joint operational reviews to approve new campaigns and report impact of past campaigns
PRIVILEGED & CONFIDENTIAL



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Samsung Current
Commercial Agreements Summary**

**Appendix 3**

PRIVILEGED AND CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004538807.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Assistant:**
What are we getting / not getting now in **MADA & RSA**

What we get now

Current gaps

(** On devices not enrolled in RSA)

- HW affordance parity for 3P not in MADA
- 2 SUW screens not part of MADA
- Quick Settings not protected
- Lock Screen / Ambient mode not secured
- Assistant / Google would not be pre-favorited in Controls drop-down since Google Home is unlikely to be preinstalled

**Preview of how new deals will address gaps: we are pivoting from device-by-device to a platform deal; Some of the potential areas not addressed in Samsung's MADA are secured in the RSA**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Default Category**

| | |
|---|---|
| **Control Number:** | GOOG-PLAY-004538757 |
| **Group Identifier:** | |
| **Filename:** | Copy of -X-team consumption- Samsung Exec rev_1zfxcZUpfdEZhwaV9B2ptgjnbedz6gcQb7xn3lwxD7HU.pptx |
| **Production Vol.:** | PROD018 |
| **ProdBegAtt:** | |
| **ProdEndAtt:** | |
| **ProdBegBates:** | |
| **ProdEndBates:** | |
| **Custodian:** | Kolotouros, Jim |
| **AllCustodians:** | Kolotouros, Jim |
| **DocExt:** | pptx |
| **RecordType:** | E-Document |
| **Filesize:** | 11266866 |
| **SortDate:** | 11/12/2020 |
| **Subject:** | |
| **Author:** | lichristopher@google.com |
| **Application:** | |
| **DateCreated:** | 10/11/2020 |
| **DateLastModified:** | 11/12/2020 |

# Exhibit A7
# Public Redacted Version

# EXHIBIT 10

| Message |
| --- |

| **From:** | Eugene Liderman [eliderman@google.com] |
| **Sent:** | 9/29/2020 3:01:42 PM |
| **To:** | Dave Kleidermacher [dkleidermacher@google.com] |

- **Eugene Liderman**, `2020-09-29 08:01:42`

<a href="https://www.google.com/url?q=https://techcrunch.com/2020/09/28/google-play-to-better-enforce-in-app-purchase-policies-ease-use-of-third-party-android-app-stores/&amp;sa=D&amp;source=hangouts&amp;ust=1601478102813000&amp;usg=AFQjCNEiq3qDMZWghic_p2iGGAxZhkSB5Q">https://techcrunch.com/2020/09/28/google-play-to-better-enforce-in-app-purchase-policies-ease-use-of-third-party-android-app-stores/</a>

- **Eugene Liderman**, `2020-09-29 08:01:46`

Did you see this yesterday

- **Dave Kleidermacher**, `2020-09-29 08:02:11`

yeah this was a huge launch many months in the making

- **Eugene Liderman**, `2020-09-29 08:02:35`

The choice of stores thing came out of left field though?

- **Dave Kleidermacher**, `2020-09-29 08:03:45`

it&#39;s all PR crap. Sameer wanted to indicate we&#39;re being flexible. In practice, what&#39;s been considered ██████████████████████████████
███████████

- **Eugene Liderman**, `2020-09-29 08:04:23`

Should we be thinking about this with regards to TR and keep side loaded on the charts?

- **Dave Kleidermacher**, `2020-09-29 08:04:52`

not sure I understand your link there

- **Eugene Liderman**, `2020-09-29 08:08:07`

███████████████████████████████████████████████████ should we continue including off-play in our TR to show the risk

- **Eugene Liderman**, `2020-09-29 08:08:34`

even though off-play risk has ████████████████████████████
███

- **Dave Kleidermacher**, `2020-09-29 08:09:35`

If we had good quality data, we&#39;d probably want to include it, but we don&#39;t. It&#39;s worse to show misleading data

- **Eugene Liderman**, `2020-09-29 08:15:43`

Speaking of quality data for the TR. Now that I showed you that for Android Enterprise, devices with an MTD represent only ████ of all AE devices are you cool with us publishing the Device Hygiene chart where it&#39;s Consumer Play Only vs. Enterprise Play Only

- **Dave Kleidermacher**, `2020-09-29 08:17:38`

I still don&#39;t like it. Maybe I can be convinced. Other than making AE team happy, what purpose does it have? And how will we make it very clear what it means in terms of P0 vs. DO? I think this shows how important curation/allowlisting is for safety, that&#39;s my main takeaway, but not sure this is something that belongs in a transparency report

- **Eugene Liderman**, 2020-09-29 08:21:11

I think the benefits are:<br>1) As you mention its a great talking point for AE and allows us to consider having more Enterprise specific stats in the future - The AE team uses our TR more than anyone. I also think this helps with our analyst work with Gartner, Forrester, etc... because they all publish about MTDs so for us to prove that malware rates ████████████████████ could help sway their thinking about recommendations on Android<br>2) It allows us to still show a comparison in chart one so it makes deprecating the off-play stat a little easier<br><br>With regards to making it clear about PO/DO, we would add an FAQ item and link to it from that chart so viewers understand what this entails

- **Dave Kleidermacher**, 2020-09-29 08:25:38

the goal of transparency is to provide useful information to the public and raise confidence in what we&#39;re doing. What is the message we&#39;re trying to send here? Is it simply that enterprise devices are safer? Again, how does that not play right into the hands of the MTDs? Are we going to say that ████████████████ ████████████████████████████████████████████

- **Eugene Liderman**, 2020-09-29 08:30:06

I dont think we would put that in the TR but the AE team does want to do a blog post around GPP capabilities as a refresher. We could certainly add the MTD stat there - <a href="https://www.google.com/url?q=https://docs.google.com/document/d/18LqiSTJpUa-470r0PsgpA7-Mh8jsH3ZAfm-5arNiduQ/edit&amp;sa=D&amp;source=hangouts&amp;ust=1601479806649000&amp;usg=AFQjCNFlpWfOs yUcGcE8vmuJBA4rPZtlpQ">https://docs.google.com/document/d/18LqiSTJpUa-470r0PsgpA7-Mh8jsH3ZAfm-5arNiduQ/edit</a>

- **Dave Kleidermacher**, 2020-09-29 08:30:52

happy to talk more about the TR idea but it&#39;s not a slam dunk

- **Eugene Liderman**, 2020-09-29 08:31:06

ok let me book some time

- **Eugene Liderman**, 2020-09-29 08:31:30

Any feedback on the ioXt App Profile trix I shared with you?

- **Dave Kleidermacher**, 2020-09-29 08:31:40

still hadn&#39;t had time to review

- **Eugene Liderman**, 2020-09-29 08:33:55

I basically did a fine grained mapping of ioXt Pledge to VPN pledge to OWAS MASVS

- **Eugene Liderman**, 2020-09-29 08:34:20

A message was edited in Google Chat; view the updated message on (<a href="https://chat.google.com/dm/ipSjpAAAAAE">https://chat.google.com/dm/ipSjpAAAAAE</a>).

- **Dave Kleidermacher**, 2020-09-29 08:39:08

can you ping me the enterprise vs. consumer graph again? I want to use the stat today in a talk - is it 10x safer on an enterprise device?

- **Eugene Liderman**, 2020-09-29 08:39:35

<a href="https://www.google.com/url?q=https://dashboards.corp.google.com/google::_b5e0e744_d47b_491a_8c8d _c8365c1a4021&amp;sa=D&amp;source=hangouts&amp;ust=1601480375690000&amp;usg=AFQjCNEF35_ Xql_4Yqm-hNT20Vkuy_dpuw">https://dashboards.corp.google.com/google::_b5e0e744_d47b_491a_8c8d_c8365c1a4021 </a>

GOOG-PLAY-005601968

- **Eugene Liderman**, `2020-09-29 08:39:41`

do you have access to this?

- **Eugene Liderman**, `2020-09-29 08:39:47`

if not I can email you a screenshot

- **Dave Kleidermacher**, `2020-09-29 08:40:39`

I can access, thanks

- **Eugene Liderman**, `2020-09-29 08:40:45`

its all the way at the bottom

- **Eugene Liderman**, `2020-09-29 08:40:50`

&quot;Experimental&quot;

- **Dave Kleidermacher**, `2020-09-29 08:41:16`

looks roughly 10x

- **Eugene Liderman**, `2020-09-29 08:44:58`

Consumer: 0.1126% Enterprise: 0.0039%

- **Eugene Liderman**, `2020-09-29 08:45:14`

thats looking at the last day, and using the 12month rolling rate

- **Eugene Liderman**, `2020-09-29 08:46:25`

Comes out to 27X right?

- **Dave Kleidermacher**, `2020-09-29 08:47:12`

I was eyeballing, saw some .01 and .11s a lot. But that number is better, thanks

- **Eugene Liderman**, `2020-09-29 08:49:01`

On the right hand side if you gray out the non-SMA values it will be easier to see - <a href="https://www.google.com/url?q=https://screenshot.googleplex.com/7b6LXFriqocxh6C.png&amp;sa=D&amp;source=hangouts&amp;ust=1601480941663000&amp;usg=AFQjCNGzCXfW1ZLDPMcdAV8GyfiyRTHUQg">https://screenshot.googleplex.com/7b6LXFriqocxh6C.png</a>

- **Dave Kleidermacher**, `2020-09-29 08:58:39`

what is SMA?

- **Eugene Liderman**, `2020-09-29 09:18:54`

Simple Moving Average = 12 month rolling rate

- **Eugene Liderman**, `2020-09-29 09:19:29`

We use a rolling rate to smooth out the numbers and mitigate against data volitility

- **Eugene Liderman**, `2020-09-29 09:46:25`

Let me know if you have any other questions

- **Eugene Liderman**, `2020-09-29 09:46:33`

Do you want the MTD data as well?

- **Dave Kleidermacher**, `2020-09-29 10:05:49`

sure, maybe bring that to our meeting...

- **Dave Kleidermacher**, `2020-09-29 10:06:03`

GOOG-PLAY-005601969

(I don&#39;t need it now)

CONFIDENTIAL

GOOG-PLAY-005601970

# Exhibit A8

# Public Redacted Version

# EXHIBIT 11

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL
ADVICE

**THIS PRESENTATION HAS BEEN REVIEWED BY BC AND IS NOW LOCKED FOR CHANGES**

# Games Velocity Program

Review of the program approved in April 2019
2 proposals for program extension

June 2021

1



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-010849896

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Executive Summary

**Games Velocity Program (GVP) worked & It is meeting its objectives**

GVP was approved in 2019 for 21 strategic developers

GVP met its objectives:

- [redacted]
- Partnership sentiment shifted from service fees to joint value creation
- Created xGoogle value; GCP signed several incremental commits w/ Gaming clients

Net GVP program investment o[redacted] was [redacted] *less than what BC approved*

**Why are we here? 2 proposals for BC approval**

**ASK 1:** [redacted] 2 [redacted] in additional investments for GVP 2019 developers

**ASK 2:** Extend GVP to 9 new developers [redacted] in xPA investments

1 Includes [redacted] in additional investments proposed as part of ASK 1



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Reminder: Games Velocity Program (GVP) was approved to deepen top game developer partnerships with Play & Google by unlocking xGoogle value

Changes in mobile gaming created potential for game developers to de-prioritize Play users, and an opportunity for xGoogle collaboration for 21 top gaming partners, to provide to best content for Play users



Google's expanded value proposition to developers via xPA offers and services

Four new cross-Google "service packs", across the developer lifecycle

| Build & Test | Launch & Grow | User Acquisition | Community Development |
|---|---|---|---|
| Enable high-fidelity games on Android; reduce costs | Enable bigger launches & extended growth | Boost volume and efficacy of new user acquisition | Build gaming communities to engage users |

| Goals | Developers Prioritize Play Users | Improve Developer Sentiment | Boost x-PA Value |
|---|---|---|---|

4



ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

Reminder: GVP 2019 developers drove ■ of Alphabet's revenues in 2020, presented strong xPA growth opportunities

**Alphabet revenues from GVP 2019 developers**

over GVP 2019 tenure

2018  2019  2020  2021F  2022F  2023F

Cloud  Ads  Play

**xPA opportunity driven by GVP devs**

● **Play** - ■ of annual revenue, marquee content, market/product expansion e.g: multi-platform gaming)

● **Cloud** - new revenue opportunity in gaming vertical

● **YouTube** - content with fast growing viewership

● **Brand** - excellent IP for comarketing, DEI efforts

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## [redacted] devs signed, [redacted] & sentiment improved. All incentives were [redacted], enabling GCP to expand its presence in gaming

### Goal 1: Developers Prioritize Play Users

- [redacted] target devs[1,2] [redacted] of Play spend) signed GVP 2019
- [redacted] on Play (247 titles)
- Unlocked x-platform gaming partnership & revenues

### Goal 2: Improve Developer Sentiment

- [redacted] asked about service fees pre signing; [redacted]
- Developers leaning into Play & Google partnership beyond GVP 2019
- [redacted] developers are in the App Coalition

### Goal 3: Boost x-PA Value[3]

- [redacted] in incremental GCP commits; including [redacted] new accounts[4] (not incl. ABK). GVP cohort growing [redacted] faster than GCP overall ([redacted] vs. [redacted]).
- [redacted] revenue uplift for Ads, in line with expectations, but can improve -ve ROI[5]
- [redacted] uplift in developer content uploads on YouTube

1 Supercell declined due to low perceived xGoogle value. Exploring new emerging markets opportunities to bring them to the table.
2 GVP 2019 target list of [redacted] counts ABK as 3 Play developers - Activision, Blizzard and King
3 ABK included in assessing impact of Goals 1 and 2, but not 3. ABK investment went beyond GVP and was approved separately by BC
4 [redacted] new accounts include - [redacted]
5 GVP 2021 will address Ads ROI by [redacted]

6

product commits? Better than expected?
Link to source



ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## Ask 1: Invest [redacted] over two years in select developers to retain improved dev sentiment, incent growth, align incentives to deal term[1]

| | |
|---|---|
| Guiding Principle for renewals: **Lean into growth** | Invest in developers who continue to drive growth and/or enable strategic priorities (e.g. [redacted]) [redacted]<br>No changes/renewals to existing multi year deals |
| Investment Principle: **Leverage BAU programs, funds** | Improve value creation e.g. [redacted]<br>Prioritize using BAU funds, e.g. [redacted]<br>Apply incentive programs designed for strategic priorities broadly |

**RENEW selectively**[2] [redacted]

**NO RENEWALS for devs** [redacted]

[redacted]

Declining | Underperforming | Multi-year GVP deals

[redacted] **GVP 2019 devs proposed for Ads credits beyond 2020**

**Part of standard incentive programs for strategic priorities, eg** [redacted]

1. GVP 2019 deal term [redacted]. Only [redacted]. All other incentives [redacted]
2. Play Marketing makes several BAU investments with GVP 2019 developers which return +ve ROI for Google

7

Charts: https://docs.google.com/spreadsheets/d/1y0ws4LIaJXbN1-0iKgD3fF-uHAOGsHD95w7hB4n5lNk/edit#gid=0

[redacted]



ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## GVP 2019 projected to consume only [redacted] in net investment vs. [redacted] expected at BC

| Service Pack Economics<br>Before Accounting Adjustments | BC case | Latest outlook | Variance (under) / over BC case |
|---|---|---|---|
| **(A) Incremental Google Cont. Margin** *(Gross of GVP incentives)* | [redacted] | | |
| Cloud | | | |
| Ads | | | |
| Play | | | |
| **(B) GVP Incentives by service pack** | | | |
| Cloud | | | |
| Ads | | | |
| Play | | | |
| **(C) Incremental Google Cont. Margin** *(Net of GVP incentives) (A+B)* | | | |
| Cloud | | | |
| Ads | | | |
| Play | | | |
| **Play Spend from 1.0 Devs** | | | |
| *Gross inv as a % of Spend* | | | |
| *Net inv as a % of Spend* | | | |
| **Play Rev from 1.0 Devs** | | | |
| *Gross inv as a % of Play Revenue* | | | |
| *Net inv as a % of Play Revenue* | | | |

**Outperformance due to:**

- **Cloud:** Commits unlocked [redacted]d incremental revenue
- **Ads:** long negotiations delayed deal signing resulting in [redacted]
- **Play:** [redacted] but also achieved [redacted] than expected on marketing

**Figures include** [redacted] **in refreshed Marketing, Ads, YouTube investments** ([redacted] net investment incl. Value recouped)

**NOTE:** ***contribution margin" reflects the effects of many components of GVP 2019 but excludes some, such as value from stronger developer relationships and strategic product integrations. Overall contribution margin from GVP partners was*** [redacted] ***for each of Play, Cloud, and Ads.***

*Section B quantifies Cloud and Ad credits at their cost to serve.*
*Refer to the speaker notes for key assumptions and basis of presentation*

1 All GVP 2019 investments [redacted]'d like to selectively extend refreshed investments, with mostly BAU funds to sustain improved developer sentiment
2 Some developers beyond [redacted] being proposed for refreshes may get investments, but only against adoption of Google strategic priorities eg [redacted]
3 GVP 2019 did not originally include [redacted] This is a new program addition to secure Play's strategic priorities with developers

8

Taking out ABK because the deal with them was subsequently morphed beyond the scope of GVP
Context and goals of program...
Investment of credits and marketing was partly offset by incremental revenue in Cloud, Ads, and Play.

----

Net investment - key assumptions:
Excludes Strategic Value from improved Dev Sentiment | [redacted] | prod integration
Excludes xPA transfer implications
Excludes HC costs
[redacted] program duration ([redacted]). Deal start date varies by Dev. Assuming GVP 1.0 ends after [redacted]
Cloud value recouped Includes spend uplift attributable by Cloud to GVP 1 year past the program duration (customer acquisition value). This benefit is not expected to be repeated if GVP is extended.





ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## Developers making >$500M in lifetime spend on Play has [redacted] since 2019. New developer mix poses challenges and presents opportunities.

### Lifetime spend growth among top partners since 2019

### Challenges and opportunities presented by new developer mix

New large & influential developers:

- Offer potential for xGoogle opportunities
- Innovating on monetization strategies

xGoogle partnerships with these developers will help:

- GCP compete with MS, AMZN [1] in gaming
- Play compete with App Store by incentivizing devs to not de-prioritize Play users[2]

**Redacted - Privilege**

1 Google Cloud competes with larger competitors like Amazon, Microsoft who regularly bundle their products

2 As part of GVP, we ask [redacted]

10

Charts: https://docs.google.com/spreadsheets/d/1y0ws4LIaJXbN1-0iKgD3fF-uHAOGsHD95w7hB4n5lNk/edit#gid=0



GVP 2021 strengthens xGoogle partnership with ▉ of Play's large & growing developers ▉ of Play spend)

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

| Devs building the best mobile games for Play users & represent largest opportunity for GCP | | Growing-▉ |
|---|---|---|
| **Devs growing on Play** | Lifetime Spend of >$500M + 100% growth YoY | Growing ▉ |
| | Lifetime Spend of >$1B + 20% growth YoY | Growing ▉ |
| **AAA / PC / Console Devs³** | AAA developers with IPs having lifetime sales of >$1B | AAA devs w/ $B IPs |

**Redacted - Privilege**

None of these developers qualified² for GVP in 2019 as they lacked

**Redacted - Privilege**

2  GVP 2019 eligibility criteria: ▉ in spend from ▉ spend on Play OR ▉ spend on Play ▉ ) AND ▉
months)

SAM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-010849906



We learnt that accounting guidelines mandate ▮                                                                    In GVP
2021, we propose setting up a governance committee to ensure signed deals remain within the approval guardrails, and to
review them appropriately if not

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                            GOOG-PLAY-010849907



## GVP 2021 is contribution margin positive for Cloud, Ads, and Google Overall

| | Base | Low | High |
|---|---|---|---|
| $m | Total '21-'25 | Total '21-'25 | Total '21-'25 |
| **Incremental Revenue** | [redacted] | | |
| Play | | | |
| Play Revenue Allocation | | | |
| **Play Post-Acct. Rev** | | | |
| Cloud (Revenue net of discount | | | |
| Cloud Revenue Allocation | | | |
| **Cloud Post-Acct. Rev** | | | |
| Ads (excl. Play + YT) | | | |
| YT (Ads) | | | |
| **Total Incremental Revenue** | | | |
| **Direct Deal Related Cost** incl. G | | | |
| Play | | | |
| Cloud | | | |
| Ads (excl. Play + YT) | | | |
| YT (Ads) | | | |
| **Total Cost** | | | |
| **Deal Contribution Margin** | | | |
| Play | | | |
| Cloud | | | |
| Ads (excl. Play + YT) | | | |
| YT (Ads) | | | |
| **Total Contribution Margin** | | | |

Incremental Revenue includes Revenue net of discounts for Cloud, Play uplift from GPP / Marketing, Ads uplift

- **Cloud:** [redacted] (down from [redacted]) of Play spend as Cloud credits; Service pack designed to incentivize new commits and spending.
- **Ads:** UAC credits [redacted] (down from [redacted]) of Ad spend.
- **Play:** [redacted] Marketing, [redacted] in [redacted] and [redacted] in [redacted] in the base case
  Scales up with performance for [redacted]
- Direct deal related costs include [redacted] in GVP incentives
  (Cloud [redacted] | Ads [redacted] | Play marketing, esports, GPP - [redacted]
- GVP incentives as a % of Play spend: [redacted] (down from [redacted])
- **NOTE: *contribution margin" reflects the projected effects of many components of GVP 2021 but excludes some, such as value from stronger developer relationships and strategic product integrations. Overall contribution margin from GVP partners is expected to remain strongly positive for each of Play, Cloud, and Ads.***

13

Basis of presentation and key assumptions
Excludes Strategic Value from improved Dev Sentiment | [redacted] | strategic product integrations
Excludes xPA transfer implications
Excludes HC costs
[redacted] program duration (mostly [redacted]). No extension
Base: [redacted] GCP TAM @ [redacted] utilization | [redacted] Ad uplift | [redacted] base
Low: [redacted] GCP TAM @ [redacted] utilization | [redacted] Ad uplift | [redacted] base
High: [redacted] GCP TAM @ [redacted] utilization | [redacted] Ad uplift | [redacted] stretch



Appendix

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849909

## SAN | Slides & Appendix Navigator

SAN

### Main Slides

2 Executive Summary
4 Background for GVP
5 GVP 2019 Developers & Alphabet
6 GVP 2019 Objectives & Results
7 GVP 2019 Proposed Refreshes
8 GVP 2019 Economics
10 State of Play's Ecosystem
11 GVP 2021 Developers
12 GVP Learnings
13 GVP 2021 Economics

### Appendices

16 Appendix A: GVP 2019 dev-wise margins
17 Appendix B: GVP 2021 economics (alternate)
18 Appendix C: GVP 2019 P&L Detailed View
19 Appendix D: Public Support of Partnership
20 Appendix E: Potential deal structure
21 Appendix F: Social Casino
22 Appendix G: GVP 2021 success metrics
23 Appendix H: GVP 2021 service pack details
24 Appendix I: GVP 2019 vs GVP 2021
25 Appendix J: GVP 2019 sign-up status

26 Appendix K: GVP 2019 sentiment pre-GVP
27 Appendix L: GVP 2019 devs xPA footprint
28 Appendix M: GVP 2019 success metrics
29 Appendix O: Dynasty & NCSoft
30 Appendix P: Runway & GVP developers
31 Appendix Q: Ads recap
35 Appendix R: GCP recap
40 Appendix S: YouTube recap

15

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Appendix A: Value offered to GVP 2019 Devs (excl. ABK) within ▉ range approved by BC



- Most deals signed in the BC approved ▉ value range

- Value realized by devs who signed GCP commits was higher than in the BC case due to incremental discounts from commits

  - ○  Includes ▉ who is currently negotiating a commit

- ▉ and ▉ underperformed on Play compared to expectations, thus increasing net % value invested. We are not renewing deals with both devs

- **NOTE: Contribution margin listed here reflects net effect of GVP 2019; overall contribution margin from GVP partners was positive for each of Cloud, Ads, and Play.**

*Note: Value offered defined as Incentives at Face Value / 2020-22 Spend.*
*✓  Represents GVP deals with Cloud commit*

16

GOOG-PLAY-010849911



To be confirmed, but currently we expect Accounting transfers will be ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓, but the overall deal will still be ▓▓▓▓▓▓▓▓▓▓▓▓.

Regarding GVP 2019 richness: Cloud credits were at ▓ of Play spend except for ▓▓▓ at ▓. Ads credits were at ▓ of ads spend except for ▓▓▓▓▓▓▓▓▓▓▓▓▓

---

High case: ▓▓▓▓ contribution margin driven by:
Cloud: Unlock higher GCP opportunity (▓▓ of TAM) and ▓▓ utilization of GCP credits
Ads: ▓▓ revenue uplift from UAC credits
Play: $XXM Incremental Play spend from Garena hitting "stretch" targets

---

Net investment - key assumptions:
Excludes Strategic Value from improved Dev Sentiment | ▓▓▓▓▓▓▓▓▓ | strategic product integrations
Excludes xPA transfer implications
Excludes HC costs
▓▓▓ program duration (mostly ▓▓▓▓). No extension
Base: ▓ GCP TAM @ ▓ utilization | ▓ Ad uplift | ▓▓ base
Low: ▓ GCP TAM @ ▓ utilization | ▓ Ad uplift | ▓▓ base
High: ▓ GCP TAM @ ▓ utilization | ▓ Ad uplift | ▓▓ stretch

GOOG-PLAY-010849912



## GVP 2019 + Refreshes: [redacted] Google Contribution Margin with Cloud upside partially offsetting Play | Ads | YT investments

Proprietary + Confidential

| GVP 2019 | Pre-refresh GVP 1.0 excl. ABK | Refresh GVP 1.0 | Total GVP 1.0 incl. Refresh |
|---|---|---|---|
| $m | Total '19-'24 | Total '21-'23 | Total '19-'24 |
| **Incremental Revenue** | [redacted] | | |
| Play | | | |
| Play Revenue Allocation | | | |
| **Play Post-Acct. Rev** | | | |
| Cloud | | | |
| Cloud Revenue Allocation | | | |
| **Cloud Post-Acct. Rev** | | | |
| Ads (excl. Play + YT) | | | |
| YT (Ads) | | | |
| **Total Incremental Revenue** | | | |
| **Direct Deal Related Cost** | | | |
| Play | | | |
| Cloud | | | |
| Ads (excl. Play + YT) | | | |
| YT (Ads) | | | |
| **Total Cost** | | | |
| **Deal Contribution Margin** | | | |
| Play | | | |
| Cloud | | | |
| Ads (excl. Play + YT) | | | |
| YT (Ads) | | | |
| **Total Contribution Margin** | | | |

Note: the [redacted] play revenue allocation is an estimate

- Latest Google contribution margin outlook - [redacted]. [redacted] for Play | [redacted] for Cloud | [redacted] for Ads| [redacted] for YT
- Figures include [redacted] in refreshed Marketing, Ads, YouTube investments [redacted] net investment incl. Value recouped)
  - Marketing: [redacted] (Gross) [redacted] (Net)
  - YT presence grants/ esports: [redacted] (Gross)
  - Loyalty [redacted] devs): [redacted] (Gross) | [redacted] (Net)
  - Ads ([redacted] devs): [redacted] (Gross) | [redacted] (Net)
- **x-PA implications:** Revenue re-allocation from Play to Cloud expected to be [redacted]

**NOTE:** ***contribution margin" reflects the effects of many components of GVP 2019 but excludes some, such as value from stronger developer relationships and strategic product integrations. Overall contribution margin from GVP partners was*** [redacted] ***for each of Play, Cloud, and Ads.***

Google

Methodology + Key assumptions + Input providers
Methodology for Play Revenue Allocation:
Q3'19 - Q1'21 Actuals (excl. ABK) + Play Deferrals Forecast (excl. Commit deals and Cash reimb) + Deferral Forecast for Commit Devs (excl. ABK)
Input providers: Latest Cloud model on incremental revenue attributable to GVP from JasonN, Actuals from ocrisafulli@, Deferral Forecast for Commit devs from caitlinburke@, and Play Deferrals from karanmmxix@

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Appendix D: We would like to encourage developers to publicly highlight success of their businesses and their partnerships with Play

| Leverage developer's social media, O&O channels | | Partner with Play on joint PR |
| --- | --- | --- |
| Platform availability | Highlight benefits from Play partnership | Joint PR & case studies |
| • Invest in title specific messaging for Play:<br>  ○ "Title X now available on Google Play"<br>  ○ "Just updated on Google Play"<br>  ○ "New skins available on Google Play"<br>  ○ etc | • Highlight key partnership aspects with Play<br>  ○ Successful game titles<br>  ○ Great product outcomes<br>  ○ New platform adoptions<br>  ○ ...<br>  ○ ... | • Joint PR on select strategic partnerships, eg xGoogle deals (similar to ABK)<br>• Create press-ready stories packaging partner testimonials and tie in with our broader ecosystem support narratives |

19



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849915

# **Redacted - Privilege**

21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849916



ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## Appendix G: Cross Google service packs | Success Metrics

| Service Pack | Service Pack Components | Success Metrics |
|---|---|---|
| Build & Test | • **GCP credits:** [redacted] of developer's Play spend reinvested as GCP credits, issued every [redacted] months | • **Total/incremental GCP commits**<br>• **GCP credits consumption** |
| Launch & Grow | • **Co-marketing:** Promote key title moments via [redacted]<br>• [redacted] | • **Increased participation [redacted] from top partners** |
| User Acquisition | • **Ads credits:** Shift UAC credits from [redacted] of developer spend to [redacted] | • **ROI from UAC credits** |
| Community Development | • [redacted] | • Mobile game watchtime growth<br>• **O&O channel watchtime / upload growth** |

**Blue items are new**

AC PRIVILEGED // REFLECTS LEGAL ADVICE





## Appendix H: Evolved GVP 2021 to continue unlocking strategic partnerships, and enable Play users to get the best content at launch

### Google Gives via Cross-Google Service Packs

| Build & Test | Launch & Grow | User Acquisition | Community Development |
|---|---|---|---|
| [redacted] | [redacted] | • Ads credits [redacted] | [redacted] |

xPA Partner Pod, **with simplified operations**

### Desired Developer Behavior (Google Gets)

**Prioritize Play Users**

- [redacted]
- [redacted]

**xGoogle Value Creation**

- Link more xGoogle investments to **joint growth**
- **Invest in Google's strategic priorities (eg, [redacted])**

**Maintain / Improve Partner Sentiment**

- Deepen xGoogle partnerships
- Public support for Google partnership

**Blue items are new**

AC PRIVILEGED // REFLECTS LEGAL ADVICE 23

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Appendix I: Comparing programs

| | GVP 2019 | GVP 2021 |
|---|---|---|
| Program Objective | Mitigate Play distribution risk | Deepen xGoogle strategic partnerships |
| Eligibility criteria | **PC/Console Devs**<br>[redacted]<br>**Play Devs:**<br>[redacted] | **PC/Console Devs**<br>[redacted]<br>**Play Devs**<br>[redacted]<br>Redacted - Privilege |
| # of developers | [redacted] | [redacted] |
| % of Play Spend covered | [redacted] | [redacted] |
| Google Gives | **Commercial:**<br>Ads credits: [redacted] of eligible UAC spend, [redacted]<br>GCP credits - [redacted] of Play Consumer Spend, [redacted]<br>Comarketing - [redacted]n<br>YouTube Presence Grants - [redacted]<br>eSports rights / sponsorships - [redacted]<br><br>**Consultative**<br>[redacted] | **Commercial:**<br>Ads credits [redacted] of UAC spend [redacted]<br>GCP credits [redacted] of Play Spend; [redacted] retirable against commits<br>Comarketing - [redacted]<br>YouTube Presence Grants - [redacted]<br>eSports rights / sponsorships - [redacted]<br><br>**Consultative**<br>[redacted] |
| Google Gets | [redacted] | [redacted]<br>Public support for Play Partnership<br>[redacted] only) |
| % investment (value to dev) | [redacted] of respective Play Consumer spend | [redacted] of respective Play Consumer spend (except [redacted] |
| Term | [redacted] for GCP credits, [redacted] for all else | [redacted] for all incentives except [redacted] (renewed post ROI eval) |
| Google Gross investment | [redacted] to extend [redacted] for select devs | [redacted] |
| Google Net investment | [redacted] | [redacted] |

24

Appendix J: [redacted] target) devs representing [redacted] of Play spend signed GVP; are prioritizing Play users via [redacted] on Play; negotiations underway with Supercell



**2020 Play A&G Spend**

[redacted] of titles [redacted]
(247 titles)

SIGNED UP TO GVP

Other devs (15K+)

■ Devs
**Signed GVP**

HOLDING OUT

[redacted] is signing up to GVP obligations on a title by title basis due to their publisher led business model

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

25

Appendix K: Reminder: pre-GVP, several GVP devs expressed concern towards their partnership with Play & Google



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849921

Case 3:20-cv-05671-JD   Document 449-8   Filed 09/28/23   Page 92 of 115

ADVICEATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

Appendix L: Beyond GVP - Quantitative assessment of partnership health* by xPA Finance teams



* xPA Finance assessment of developer investment with Google; not entirely attributable to GVP, but supported by GVP

27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849922



Appendix M: Developers realized value across PAs & beat BC estimates for GVP 1.0

| | BC Success Metrics | | Other Metrics | |
|---|---|---|---|---|
| | @ BC | Actual | | |
| **ARR acceleration** | (by 2024) | (by 2024) | **3-4 Yr** Incremental **Spend Commits** | |
| **Win-Rate acceleration** | | | | |
| **Marquee titles on GCP** | N/A | 9 | | |
| | @ BC | Actual | **Share of Wallet** | |
| **UAC yoy growth rate acceleration** | | Incremental | **ROI** | |
| **SVA / Best Practice adoption** | N/A | Low Adoption | | |
| | @ BC | Actual | | |
| **Mobile game watchtime, as % of total gaming watchtime** | (by 2022) | (2020) | | |
| **Mobile game creator/upload uplift** | N/A | | | |

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE    28



Cloud Deals:
-ABK: ▊▊▊▊▊▊▊ - Titles: CONFIDENTIAL - COD,
▊▊▊▊▊▊ Titles: 3
▊▊▊▊▊▊ Titles:
- Not closed ▊▊▊▊▊▊

TOTAL: ▊▊ Incremental: ▊▊

Cloud KPI Definitions:
-ARR acceleration: Defined as average YoY growth between BC 5-year total: ▊▊▊ , HUG BC 5-year total: ▊▊▊ and HUG new projected 5-year total: ▊▊
-Win-rate acceleration: Defined as conversion percentage increase from BC %.  BC conversion was ▊▊ w/o HUG and ▊▊ with HUG ▊▊▊ = ▊▊ . Already signed ▊ out of ▊ developers so ▊▊ conversion. Estimating conservatively at ▊▊ through program duration. ▊▊▊ = ▊▊ .
-Marquee titles on GCP: Defined as number of marquee titles on GCP from signed developers. 9 titles include"
>>Netmarble: Lineage 2 Revolution, BTS world migrating from AWS
>>Mixi: Monster Strike - Expected to 13x spending
>>Pearl Abyss - Black Desert Mobile - new customer
>>Com2US - Monster Warlord, Dragon Blaze,  TALION and new title
>>Aniplex - Fate Grand Order - Expected to 40x spending



ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Appendix O: [redacted]

2018 - 2019

November 2019

2021

**Expressed strong desire for deeper Google partnership**

Exec conversations in April 2019 seeded idea of GVP

Initial discussions on x-platform gaming & [redacted]

**Signed GVP & launched [redacted] titles**

GVP helped boost dev sentiment

[redacted] enabled Play + Windows launch for [redacted] (Play's first x-platform title)

**[redacted] up-leveled Play - [redacted] partnership; stirred ecosystem interest in xplatform gaming with Play**

Strengthened [redacted] partnership

Enabled extended product collaborations & EAPs; eg [redacted] first in KR to adopt [redacted], successful pilot on Multi-quantity checkout

Regular cadence w/ [redacted] leadership to discuss future partnerships

Key results from [redacted]:

- [redacted] in [redacted] Spend till date: [redacted] from [redacted]
- Created incremental paying users, and increased spend from existing users
- [redacted] titles launched in 3 regions, more in the pipeline

Garnered significant interest from other top KR devs



er

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## Appendix Q: Ads Impact Analysis - GVP 2019 Summary

| BC Metrics | Projected | Actual |
|---|---|---|
| *UAC YoY Growth* | N/A | [redacted] Incrementality |
| *Ads Best Practice Adoption* | N/A | Low SVA Adoption |
| SOW | N/A | [redacted] |

### Key Highlights

- [redacted] developers receiving UAC credits as part of Hug with [redacted] **million** in credits received in 2019/20 (budget of [redacted] - [redacted] of total GVP 1.0 credits related to Activision Blizzard
- Incrementality analysis infers an aggregate **revenue uplift of** [redacted], increase in SoW with an average [redacted] across most clients post-Hug (note: SOW no longer tracked post Q2'20)
- UAC credits delivered [redacted] with the implied incremental revenue uplift being [redacted] the original BC expectations

### Key Learnings & Solutions in GVP 2.0

- Developers are increasing SOW & UAC spend, but overall [redacted] driven by high payout % → 2021: Adopt [redacted] model design & lower payouts to better tie credit payouts to incr. ad growth
- Guardrail of 3 qualifying use cases necessitates manual scrutiny and review to determine eligibility for credits → 2021: Simplify qualifying spend & credit release structure
- [redacted] → 2021: Build new payments tool to automate credit distribution via coupons (Project Rosie)

31

BC assumption of uplift was equivalent to [redacted] of released credits - BC assumption = [redacted] uplift [redacted] of [redacted]) vs actual implied uplift of [redacted]
Latest incrementality study performed by the Economics team (as of Oct-20) - Source



ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## Learnings from User Acquisition

| | GVP 1.0 | GVP 2.0 |
|---|---|---|
| **AC credits were expensive** | **Ads ROI is [redacted] while overall program ROI remains [redacted]**<br>● Though incrementality surpassing BC expectations, [redacted] Ads ROI is unsustainable for renewal or scaling purposes<br>● X deals unintentionally double dipping in both GVP & DVIP, resulting in $xx credits paid out without incrementality | Lower % back from [redacted] to [redacted]<br><br>Limit customers to sign either GVP, [redacted] |
| **Credit utilization was low** | **Only [redacted] of Ad credits was unlocked, leaving [redacted] on the table**<br>● Avg deal negotiation duration [redacted] leaving devs [redacted] to fulfil contract terms, which are slated to end [redacted].<br>● High credit caps for low ad spenders (eg. [redacted]), resulting in [redacted] redemption<br>● [redacted] of credits were redeemed by [redacted] rest of partners range from [redacted] redemption. | Secure budget through end of 2022 to allow for longer negotiation time<br><br>Re-work budget allocation based on Ad spend ability |
| **Operationally very taxing** | **Highly manual to operationalize customized deals**<br>● Credits delivered via credit memos, which are highly manual in calculation & application<br>● X out of 18 deals have customized terms, requiring customized setup from Accounting & Legal, hindering the ability to automate..<br>● Ads rev database lacks signals to differentiate gaming vs non gaming rev | Issue credit via Coupons (already secured Eng/PM commitment via Project Rosie)<br><br>Standard [redacted] deal mechanism |

Credit redemption



Preliminary Confidential

# BC approval contingencies for ads involvement

1. **Stronger Ads Sales Team Involvement**: Co-develop a process to ensure GVP deals do not negatively disrupt Ads ecosystem. Sales teams should participate in deal design prior to partner engagement.

2. ███████████████: Strong desire to avoid ████████████████████ given intensive operations across 7 XFN ads teams; in the case of ████████████ ads finance / product / GPL VP approvals required.

3. ██████████████ Ads committing to ████████████ to start, while securing budget for ████ at BC. Evaluation of ████████████ to require Sales Director & Finance sign off and pursuant to Ads deal ROI evaluation.

Google 34

Path to long-term handover: Should ads continue ████████████, commitment to realign on long-term infrastructure & operational coverage

AI:

Define parameters about customization: AI -

APAC GBO x Play meeting: Karan to kick off thread with Karl about setting up a meeting with Scott & Purnima to walk through APAC concerns

████████ Ads to support ████████████, with BC approval via email for ████████████ Please let us know





ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## Appendix R: GCP Impact Analysis - Summary

| | Projected | Actual |
|---|---|---|
| 3 year Spend commits | N/A | [redacted] Incremental |
| *ARR acceleration* | [redacted] | [redacted] (by 2024) |
| *Marquee titles on GCP* | XX | 9 |

***BC Metrics***

### Key Highlights

- [redacted] **developers** receiving GCP credits via Hug
- Hug helped sign deals with [redacted] **of the** [redacted] **developers** collectively expected to spend [redacted] on IT in 2021
- Helping devs expand x-platform GCP footprint in Gaming
- Deals expected to deliver **higher longer term upside** to Google

### Key Learnings

- Allowing commits & Hug credits to coexist was crucial to close large deals
- Need to spend time thinking about nuances of Cloud ecosystem, e.g. resellers, local taxes
- Highly operational & resource intensive; need to invest in standardizing approvals and operations

35

[redacted]





PRIVILEGED & CONFIDENTIAL

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# HUG 1.0 Developer Status - [redacted] contracts signed

**Signed**

**H1'20 Signers**

[redacted]

**H2'20 Signers**

1. Activision Blizzard King (US)
2. Riot Games (US)

[redacted]

**Holdouts / Significant Roadblocks**

1. Supercell** (FI)

**Ineligible for GCP credits**

1. [redacted] (titles developed and published by 3P developers)

Those in green denote those under commit
Those in blue actively scoping a larger commit
** denotes those where the blocker is primarily Developer related vs. GCP or Play driven

AC PRIVILEGED // REFLECTS LEGAL ADVICE

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# GCP spend commit deals, including incremental attributable to Hug

- **ABK: $230M, 4-yr (+$221M incremental)**  *Not counted in GVP economics, but GVP credits were crucial to closing commit with ABK*
- &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; incremental)
- &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; incremental)
- **Riot: $20M, 3-yr (+$20M incremental)**
- &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; incremental)
- &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; incremental commit)
- [Negotiating]

**TOTAL:** &#9608;&#9608;&#9608; . **Incremental:** &#9608;&#9608;&#9608;

37



PRIVILEGED & CONFIDENTIAL

## HUG 1.0 credits have accelerated GCP consumption and helped sign commits

Strong xPA synergies in Gaming, large customer IT TAM, digitally native industry and Play's willingness to invest in HUG have successfully boosted xPA adoption for Cloud

### 1 GCP Commits

**Signed [redacted] incremental GCP commits [redacted] customers)**

*Highlights:*

- Play investing [redacted] **in credits** ([redacted] Y1 consumption) over lifetime of program
- **ABK ($230M) and** [redacted] are 2 of Cloud's largest deals
- [redacted] **increased commit twice** in first year, [redacted] negotiating early renewals

### 2 Gaming Customer Growth

**HUG 1.0 customers gross rev. accelerated [redacted] (4 qtrs.)**

*Highlights:*

- Forecasting [redacted] **incremental Cloud net revenue** post-deferrals over 4 years
- [redacted] **target customers signed** HUG in Y1, **net revenue upside coming** in Y2 and Y3
- Favorable economics: Play revenue deferrals [redacted]

### 3 Regional Expansion

**APAC / JP customers contributed [redacted] of region's GCP net rev. (2020)**

*Highlights:*

- Largest customers [redacted]) in NorthAm and account for [redacted]
- [redacted] of HUG 1.0 customers were **in APAC/JP**
- [redacted] **customers in EMEA;** [redacted] spent [redacted] revenue in 2020, Supercell didn't sign (Note: King of ABK is in EMEA)

| *Insights:* | | | |
|---|---|---|---|
| | Gaming customers open to signing commits. GBP and Sales should leverage HUG credits to maximize TCV of deals | [redacted] of customers signed commits[1]. Secure workloads by pushing remaining to [redacted] | xPA programs are a potential lever to expand share in new markets when there is overlap between PA customers |

1 Initially in H1'2020, GCP commits were only allowed on an exception basis. Play unblocked commit deals in H2'2020 and [redacted].

AC PRIVILEGED // REFLECTS LEGAL ADVICE

PRIVILEGED & CONFIDENTIAL

## HUG 2.0 expands customers by ▮ and expected to drive ▮ incr. revenue

Program expansion prioritizes Cloud commits for all customers, incentivized by Play credits

### Highlights:



- ▮ **customers in-scope** based on publicly-defensible Play criteria. **Several GCP priority customers included**[1]

- ▮ are 2 of Cloud's largest projected deals ▮ , ▮ , ▮ have strong potential

- ▮ **of the customers are based in APAC/ JP** similar to HUG 1.0. **2 qualifying EMEA customers** ▮

**Early Insights:**

Second tier of Gaming customers (primarily mobile) so opportunity not as large as HUG 1.0 due to less IT spend compared to AAA (console) developers. Still very favorable uplift for Cloud

---

**Next Steps:** Cloud Leadership Approvals[2] (this meeting), BC week of May 10

1 ▮ legal concerns
2 Cloud Finance / Sales leads are aware it's coming, plan to send a note ahead of time, BFR next Wed.

AC PRIVILEGED // REFLECTS LEGAL ADVICE    39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849934



# Appendix S: YouTube Impact Analysis - Summary

|  | Projected | Actual |
|---|---|---|
| **Mobile Game Watchtime** | by 2022 | **in 2020** *(incrementality TBD)* |
| *Creator / Upload Uplift* |  |  |
| **Revenue** (UGC mobile exclusive) |  |  |

*BC Metrics*

| Key Highlights | Key Learnings |
|---|---|
| ● Presence grants enabled positive engagement with developers on content strategy & planning<br><br>● Most developers increased their YouTube content uploads / creator engagements / YouTube presence<br><br>● Funds being used across a variety of initiatives - live events, creator academies, community days | ● Longer than expected lead times, however useful foundational work and testing done with most devs<br><br>● Title popularity impacts effectiveness of funds; Riot and ABK saw decline in content creation / audience due to title popularity / age |

40

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# YouTube Presence Funds Impact by Developer in Hug 1.0



| Existing Partners with YT deals | 2019 Watchtime | 2020 Watchtime | YoY WT | YoY Rev |
|---|---|---|---|---|
| Activision Publishing, Inc. | | | | |
| | | | | |
| Riot Games, Inc | | | | |
| | | | | |
| | | | | |
| | | | | |
| Blizzard Entertainment, Inc. | | | | |
| | | | | |
| King | | | | |
| | | | | |
| **Total** | | | | |

ATTORNEY CLIENT PRIVILEGED



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849937

# Exhibit A9
# Public Redacted Version

# EXHIBIT 12

# FILED UNDER SEAL

# EXHIBIT A9
# to
# C. Cramer Declaration

# Exhibit A10
# Public Redacted Version

# EXHIBIT 13

| Sent: | Fri 1/8/2021 5:00:01 PM (UTC) |
| From: | Michael Bachman <bachman@google.com> |
| To: | Liesl Schumacher <lieslschu@google.com> |

**Michael Bachman**, <span style="font-size:smaller">2021-01-08 09:00:00</span>

FYI, we might want to check-in with legal on the <a href="https://www.google.com/url?q=http://goto.google.com/dailydave&amp;sa=D&amp;source=hangouts&amp;ust=1610211600887000&amp;usg=AFQjCNEQwBtuyWQ5LNBnmQK1Jhmxl55g1g">go/dailydave</a> doc and see if we want annual resets/deletion of the doc to reduce open history there as it might be discoverable given how we engage with legal (or not engage) on it?

**Liesl Schumacher**, <span style="font-size:smaller">2021-01-08 09:00:26</span>

good call, I&#39;ll check with them

**Michael Bachman**, <span style="font-size:smaller">2021-01-08 09:01:25</span>

Yeah, just was going through in case we were going to share it with Patricia given her role

**Michael Bachman**, <span style="font-size:smaller">2021-01-08 09:01:40</span>

and I wanted to make sure I didn&#39;t have anything like &quot;determining if Patricia is the leader&quot;etc comments in there

**Michael Bachman**, <span style="font-size:smaller">2021-01-08 09:01:47</span>

and then figured, yeah, there is a lot of everything in there

**Michael Bachman**, <span style="font-size:smaller">2021-01-08 09:01:50</span>

we might not want around

**Liesl Schumacher**, <span style="font-size:smaller">2021-01-08 09:52:59</span>

FYI chatted with t███ about the doc

**Liesl Schumacher**, <span style="font-size:smaller">2021-01-08 09:53:12</span>

he&#39;s ok with us keeping it with a reminder to folks to keep it non-legal-analysis like

**Liesl Schumacher**, <span style="font-size:smaller">2021-01-08 09:53:24</span>

and reminding people to communicate with care

**Michael Bachman**, <span style="font-size:smaller">2021-01-08 09:55:15</span>

Ok, sg

**Michael Bachman**, <span style="font-size:smaller">2021-01-08 09:55:23</span>

some of it is sensitive, like, what do we want to do with MSFT, etc

**Michael Bachman**, <span style="font-size:smaller">2021-01-08 09:55:25</span>

in there

**Liesl Schumacher**, <span style="font-size:smaller">2021-01-08 09:55:26</span>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Michael Bachman**, 2021-01-08 09:55:30

Ok

**Liesl Schumacher**, 2021-01-08 09:55:35

i

**Michael Bachman**, 2021-01-08 09:55:36

either way, just wanted to flag

**Liesl Schumacher**, 2021-01-08 09:55:40

i&#39;ll go delete some senstivie stuff

**Michael Bachman**, 2021-01-08 09:56:25

yeah, was just my spidey sense, lol

**Liesl Schumacher**, 2021-01-08 09:56:57

hah yeah

**Liesl Schumacher**, 2021-01-08 09:56:59

it&#39;s good to have

**Liesl Schumacher**, 2021-01-08 09:57:07

t█████ didn&#39;t seem very concerned at all

**Liesl Schumacher**, 2021-01-08 09:57:16

but still good to remind people, etc.

**Michael Bachman**, 2021-01-08 09:57:31

cool. yeah, I don&#39;t like being on lit hold ;)

**Liesl Schumacher**, 2021-01-08 09:57:33

(also i&#39;m glad he didn&#39;t fire me for the question haha)

**Michael Bachman**, 2021-01-08 09:57:44

hahaha

**Michael Bachman**, 2021-01-08 09:57:45

☺

**Liesl Schumacher**, 2021-01-08 09:57:46

oh i think being on lit hold is the most fun part of the job!

**Liesl Schumacher**, 2021-01-08 09:57:47

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

jk

**Michael Bachman**, 2021-01-08 09:58:01

hahahaha

**Michael Bachman**, 2021-01-08 10:55:21

think I can add Patricia to the daily dave doc officially?

**Michael Bachman**, 2021-01-08 10:55:25

and that mailing list?

**Michael Bachman**, 2021-01-08 10:55:36

I want to get her in the habit of communicating up to him as well

**Liesl Schumacher**, 2021-01-08 10:55:40

yeah sure

**Liesl Schumacher**, 2021-01-08 10:55:44

i can add her to the email alias

**Michael Bachman**, 2021-01-08 10:55:47

awesome!

**Liesl Schumacher**, 2021-01-08 10:58:32

also reminded me to add erik to it

**Liesl Schumacher**, 2021-01-08 10:58:41

so thank you!

**Michael Bachman**, 2021-01-08 10:58:51

perfect!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY