1  Brian C. Rocca, S.B. #221576
   brian.rocca@morganlewis.com
2  Sujal J. Shah, S.B. #215230
   sujal.shah@morganlewis.com
3  Michelle Park Chiu, S.B. #248421
   michelle.chiu@morganlewis.com
4  Minna Lo Naranjo, S.B. #259005
   minna.naranjo@morganlewis.com
5  Rishi P. Satia, S.B. #301958
   rishi.satia@morganlewis.com
6  **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
7  San Francisco, CA 94105
   Telephone: (415) 442-1000
8
   Richard S. Taffet, *pro hac vice*
9  richard.taffet@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS LLP**
10 101 Park Avenue
   New York, NY 10178
11 Telephone: (212) 309-6000
12 *Counsel for Defendants Google LLC, et al.*
13

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
Rebecca L. Sciarrino, S.B. # 336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

14 Jonathan I. Kravis, *pro hac vice*
   jonathan.kravis@mto.com
15 Lauren Bell, *pro hac vice*
   lauren.bell@mto.com
16 **MUNGER, TOLLES & OLSON LLP**
   601 Massachusetts Avenue NW, Suite 500E
17 Washington, D.C. 20001
   Telephone: (202) 220-1100
18
   Neal Kumar Katyal, *pro hac vice*
19 neal.katyal@hoganlovells.com
   Jessica L. Ellsworth, *pro hac vice*
20 jessica.ellsworth@hoganlovells.com
   **HOGAN LOVELLS US LLP**
21 555 Thirteenth Street, NW
   Washington, D.C. 20004
22 Telephone: (202) 637-5600
23
24
25
26
27
28

---

SHIKMAN DECLARATION ISO ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
Case Nos. 3:21-md-02981-JD, 3:20-cv-05761-JD, 3:20-cv-05671-JD, 3:21-cv-05227-JD, 3:22-cv-01746-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**

This Document Relates To:

*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD

*State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD

*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD

Case No. 3:21-md-02981-JD

**DECLARATION OF DANE P. SHIKMAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RELATING TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION PURSUANT TO RULE 37(c)(1) TO EXCLUDE TRIAL TESTIMONY BY CARSON OLIVER**

Judge:      Hon. James Donato

1

## <u>DECLARATION OF DANE P. SHIKMAN</u>

2

I, Dane P. Shikman, hereby declare:

3      1.      I am admitted to practice before all of the courts of the State of California and this

4  Court.  I am an attorney at the law firm of Munger, Tolles & Olson LLP and counsel of record for

5  Defendants in the above-captioned matter.  I have personal knowledge of the facts set forth in this

6  declaration, and, if called as a witness, I could and would testify competently to the matters set

7  forth herein.

8      2.      I submit this declaration pursuant to Civil Local Rule 79-5.  The contents of, and

9  supporting papers for, Defendants' Opposition to Plaintiffs' Motion Pursuant to Rule 37(c)(1) to

10  Exclude Trial Testimony by Carson Oliver, are sourced from documents that are designated as

11  "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to

12  the Protective Order entered by the Court, ECF No. 248.

13      3.      Google identifies the following material filed in connection with these papers in the

14  table below.

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Brief | Page 5; Lines 8-10. | Apple, Inc. |
| Declaration of Dane P. Shikman ("Shikman Decl.") | Page 3; Lines 15-16, 20-21, 24-25, 26, 28. Page 4; Lines 1-2, 5-7, 10-11. | Apple, Inc. |
| Exhibit 1 to Shikman Decl. | Entire Document | Apple, Inc. |
| Exhibit 2 to Shikman Decl. | Entire Document | Apple, Inc. |
| Exhibit 3 to Shikman Decl. | Entire Document | Apple, Inc. |
| Exhibit 4 to Shikman Decl. | Entire Document | Apple, Inc. |
| Exhibit 5 to Shikman Decl. | Entire Document | Apple, Inc. |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Brief | Page 5; Lines 8-10. | Apple, Inc. |
| Declaration of Dane P. Shikman ("Shikman Decl.") | Page 3; Lines 15-16, 20-21, 24-25, 26, 28. Page 4; Lines 1-2, 5-7, 10-11. | Apple, Inc. |
| Exhibit 6 to Shikman Decl. | Entire Document | Apple, Inc. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of October, 2023, at San Francisco, California.

*s/ Dane P. Shikman*
Dane P. Shikman