# Exhibit 3
# Public Redacted Version

Page 1

1

2    UNITED STATES DISTRICT COURT

3    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4    SAN FRANCISCO DIVISION

5    -------------------------------------------X

     IN RE GOOGLE PLAY STORE      Case No.

6    ANTITRUST LITIGATION          3:21-md-02981-JD

7

     THIS DOCUMENT RELATES TO:

8    Epic Games Inc. v. Google LLC, et al.,

     Case No: 3:20-cv-05671-JD

9

     In re Google Play Consumer

10   Antitrust Litigation,

     Case No: 3:20-cv-05761-JD

11

     In re Google Play Developer

12   Antitrust Litigation,

     Case No: 3:20-cv-05792-JD

13

14   State of Utah, et al., v.

     Google LLC, et al.,

15   Case No: 3:21-cv-05227-JD

16   -------------------------------------------X

17

18   *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*

19

20   REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

21                JAMES KOLOTOUROS

22                February 2, 2022

23                9:01 a.m. Eastern Standard Time

24

25   Reported by:  Fran Insley

1       KOLOTOUROS - HIGHLY CONFIDENTIAL

2    the Witness herein, having first been duly

3    sworn by the Notary Public, was examined and

4    testified as follows:

5    EXAMINATION BY MS. MOSKOWITZ:

6         Q.    Good morning, Mr. Kolotouros.

7         A.    Good morning.

8         Q.    I've just said your name, but if you

9    wouldn't mind, please, stating your name, full

10   name for the record.

11        A.    Jim Kolotouros.

12        Q.    And can you provide your address?

13        A.    My home address or my current

14   address for the -- where I'm seated?

15        Q.    I was going to ask where you were

16   currently sitting second, but if you could give

17   your work or home address as you prefer.

18        A.    I am currently in the law offices of

19   Morgan Lewis on 1400 Page Mill Road in Palo

20   Alto, and my work address is 1600 Amphitheater

21   Parkway, Mountain View, California, 94043.

22        Q.    Is there anyone in the room with you

23   now?

24        A.    No, there is not.

25        Q.    If someone does enter the room, do

```
 1            KOLOTOUROS - HIGHLY CONFIDENTIAL
 2       A.    I would include the development NDA
 3   as an agreement of substance.
 4       Q.    That's a Confidentiality Agreement?
 5       A.    That's correct, yes.
 6       Q.    So, in addition to the NDA or
 7   Confidentiality Agreement, we have the MADA,
 8   the RSA, and the -- either the AFA or ACC?
 9       A.    It's the ACC and the MADA and the
10   RSAs are only entered into with a small
11   percentage of OEMs in the ecosystem.
12       Q.    Small percentage by number or by
13   revenue or what metric do you say -- say that?
14       A.    Traditionally, the RSAs are only
15   entered into with partners who are delivering
16   significant device volume and have the prospect
17   of successfully competing with Apple and
18   iPhone.
19       Q.    And just in case it's not clear, I
20   would like it to be clear, I am now questioning
21   you in your capacity as Google's corporate
22   representative on topics that we just
23   discussed.  Is that understood?
24       A.    I understand.
25       Q.    Thank you.  And just going back to
```

```
 1            KOLOTOUROS - HIGHLY CONFIDENTIAL
 2    what he is saying here?
 3               MR. POMERANTZ:  Object to the form.
 4         A.    I believe that's what he might be
 5    saying.
 6         Q.    In fact, one of the terms in the
 7    RSAs, at least in some of the tiers is, in
 8    fact, to prevent OEMs from preinstalling
 9    competing app stores to Google Play?
10         A.    In which timeframe?
11         Q.    Currently.
12         A.    There is a device by device election
13    that OEMs can opt into with respect to revenue
14    share, but this e-mail was five years in
15    advance of -- the timing is a little bit off in
16    terms of what Tanuj is saying.
17         Q.    When did Google first impose any
18    provision in any RSA that entitled an OEM to a
19    certain revenue share if it agreed not to
20    preinstall a competing app store to Google
21    Play?
22         A.    I think there were some Play revenue
23    share deals in advance of my arrival in Android
24    that contemplated those kinds of provisions and
25    I think that in late 2019, early 2020, the
```

1          KOLOTOUROS - HIGHLY CONFIDENTIAL

2     notion of Play revenue share began to be

3     introduced into a subset of OEM deals.

4          Q.    So separate from the type of revenue

5     share that OEM might get, right, whether it's

6     Search or Play, set that aside for a moment.

7     I'm asking whether -- when Google imposed the

8     restriction in any RSA tier or agreement that

9     restricted the OEM from installing a competing

10    app store to Google Play?

11         A.    I think in the early 2020 timeframe.

12         Q.    So before early 2020, Google did not

13    have a restriction in any RSA, in any tier of

14    any RSA that prevented an OEM from

15    preinstalling a competitive app store?

16         A.    I, with the exception of two deals

17    that predated my arrival there, are materials

18    I'm not familiar with, so I don't want to

19    presume there are restrictions or language in

20    those agreements, the device by device tiering

21    in connection with package install permissions

22    was introduced in early 2020 I believe.

23         Q.    The last paragraph here from

24    Mr. Raja suggests that there be "an overall

25    strategic discussion on how to bring OEMs

1          KOLOTOUROS - HIGHLY CONFIDENTIAL

2    thinking was when I wrote this note.

3          Q.    Without disclosing any legal advice,

4    generally do you have a recollection of what

5    you were referring to here even if not

6    specifically?

7          A.    I do not.

8          Q.    With respect to the RSAs, you're

9    familiar with the term RSA3.0, right?

10         A.    I am, yes.

11         Q.    You were part of a team that worked

12   on the new RSA3.0 template for OEMs, other than

13   ███████    correct?

14         A.    That is correct.

15         Q.    And ███████   wasn't part of that

16   process because it was on a separate track,

17   separate project, right?

18         A.    It was a different cadence, yes.

19         Q.    And a separate project, right?

20         A.    They had a different timeline and a

21   different deal than the other OEMs; that is

22   correct.

23         Q.    So, the RSA3.0 template was intended

24   to be used for all OEMs that were going to be

25   getting an RSA other than ███████   right?

```
 1           KOLOTOUROS - HIGHLY CONFIDENTIAL
 2      A.    I don't think so, but I have not
 3 seen the precise analysis for each OEM for the
 4 tiers that were associated with the deals.
 5      Q.    Sitting here today, you're not aware
 6 of any instance of that?
 7      A.    Aside from the potential  ██████████
 8 example?
 9      Q.    Right.  So other than the potential
10 ████████  example, sitting here today you were
11 not aware of any instance where a device being
12 added to an RSA did not make Google money?
13      A.    Correct.
14      Q.    You presented RSA3.0 to the business
15 council at Google; is that right?
16      A.    I don't know if it was me that
17 presented it.
18      Q.    You worked on a presentation that
19 was presented to the business council on
20 RSA3.0?
21      A.    I think the presentation was worked
22 on by Anna and delivered by Anna, but I'm not a
23 hundred percent sure.
24      Q.    Separate from who was the speaker,
25 you were familiar with and contributed to the
```

```
 1            KOLOTOUROS - HIGHLY CONFIDENTIAL
 2    actual physical or digital presentation that
 3    was prepared in connection with that meeting;
 4    is that right?
 5         A.    Yes, I was.
 6         Q.    If you could go to your Exhibit
 7    Share to Exhibit 624.
 8              (Whereupon document was marked
 9         Exhibit 624 for identification as of this
10         date.)
11         Q.    And while you're pulling that up,
12    this is Google-Play 004488106.R through --
13         A.    Okay.
14         Q.    One moment.  Loading.  I'm looking
15    for the last Bates number.  Through 4488164.R.
16    Do you have it open?
17         A.    This is Exhibit 624?
18         Q.    Correct.  Yes, I do.
19         Q.    This is the presentation that we
20    just discussed that you were involved in
21    preparing that was ultimately presented to the
22    business council about RSA3.0?
23         A.    Yes.
24         Q.    And this document was created and
25    maintained in the ordinary course of business
```

1           KOLOTOUROS - HIGHLY CONFIDENTIAL

2    at Google?

3           A.    Yes.

4           Q.    The title is "Google Distribution On

5    The Android Framework."  Do you see that?

6           A.    I do.

7           Q.    That's another name for RSA3.0; is

8    that fair?

9           A.    I think that's fair, yes.

10          Q.    It mentions here that it was also

11   presented to PEX.  Can you explain what P-E-X

12   is?

13          A.    I believe it stands for platforms in

14   ecosystems cross functional team or it's a

15   group that also reviews deals that are smaller

16   in school than what BC reviews.

17          Q.    Did it serve in this instance as a

18   prereview before RSA3.0 went to business

19   council?

20          A.    I don't know.  I don't recall if it

21   went to PEX first.

22          Q.    So I take it you don't recall the

23   PEX presentation or whether you attended or

24   not?

25          A.    That is correct.

```
 1           KOLOTOUROS - HIGHLY CONFIDENTIAL
 2      A.     That is correct, yes.
 3      Q.     And because of their rapid growth,
 4  Google viewed those OEMs as strategically
 5  important to try to include them in RSA
 6  agreements that would provide the benefits to
 7  Google that we discussed earlier?
 8      A.     We wanted to more closely align with
 9  them because they were not only successful in
10  growing, but they were also developing devices
11  that had a high probability of competing
12  successfully or more successfully versus
13  iPhone.
14      Q.     They also had experience with their
15  own app store, correct?
16      A.     Yes, by virtue of having to create
17  app stores and operate app stores in the
18  Chinese market.
19      Q.     So all of those OEMs had the
20  potential to have app stores that competed with
21  Google Play in markets outside of China?
22      A.     Yes.
23      Q.     If you go to the next slide ending
24  8109.  Are you there?
25      A.     Sorry.
```

KOLOTOUROS - HIGHLY CONFIDENTIAL

1

2       Q.      Then with respect to the final tier,

3   it's called Google Forward.  That's also

4   referred to as the premier tier elsewhere; is

5   that right?

6       A.      The premier tier, yes, that is

7   correct.

8       Q.      And the idea of the premier tier was

9   that it would be used on high end Android

10  devices?

11      A.      I think it could be used on any

12  devices that the OEM elected to enroll the

13  devices -- enroll in the tier.

14      Q.      Again, like the optimized tier, the

15  premier tier would be entered into on a device

16  by device level, right?

17      A.      That is correct, yes.

18      Q.      But in order to be in the premier

19  tier, you also have to have that same device in

20  the optimized tier?

21      A.      Correct.

22      Q.      But some of the requirements are

23  listed here in terms of what would be required

24  on the OEM's part for that device to qualify

25  for the premier tier; is that right?

1          KOLOTOUROS - HIGHLY CONFIDENTIAL

2    Chinese OEMs that had alternative app stores

3    were being contemplated to receive double or

4    more than double Google Play rev share than the

5    OEMs that did not have those alternative app

6    stores, correct?

7          A.    The economic compensation for Play

8    Store was reflected differently in different

9    deals.  So I'm not drawing the correlation

10   between the prior slide and the reps of their

11   stores as much as I am their ability to compete

12   with iPhone and our desire for them to create

13   devices that could compete successfully versus

14   iPhone.

15         Q.    Well, part of participation in the

16   Google premier tier was exclusive preinstall of

17   Google Play to the exclusion of any alternative

18   app stores, correct?

19         A.    As part of the out of box

20   experience, correct.

21         Q.    Which is why I said preinstall.  So

22   part of the ability to get into the premier

23   tier, the OEM had to agree not to preinstall

24   any other app store other than Google Play,

25   correct?

1           KOLOTOUROS - HIGHLY CONFIDENTIAL
2        A.     I believe that's the case, yes.
3        Q.     And that means for the Chinese OEMs
4   like Xiaomi, Oppo, Vivo, et cetera, that they
5   would have to forego their alternative app
6   stores that they already had and preinstall
7   only Google Play for their device launches,
8   correct?
9        A.     If they elected to enroll devices in
10  this tier, correct.
11       Q.     Right and to make it worth their
12  while, Google had to offer a higher Play rev
13  share to incentivize those OEMs to forego
14  preinstalling their own app store, right?
15       A.     I wouldn't necessarily draw that
16  conclusion.
17       Q.     You don't draw that conclusion in
18  any way, shape or form?
19       A.     I think that our desire was to align
20  particularly closely with those OEMs who were
21  competing particularly well in our minds
22  relative to Apple.
23       Q.     What did making them install Google
24  Play to the exclusion of their own app stores
25  do for that goal?

```
 1              KOLOTOUROS - HIGHLY CONFIDENTIAL
 2         A.    They would make it much more
 3    equivalent to the app store experience or the
 4    app download experience that is offered on
 5    iPhones versus going to a new Android phone and
 6    seeing multiple app stores which could create
 7    confusion and cause a user to question whether
 8    or not this is the kind of device or ecosystem
 9    they want to be in.
10         Q.    So you think that a consumer faced
11    with more than one store option on their
12    Android devices is a negative user experience?
13         A.    As part of the out of box
14    experience, it is my belief that the competing
15    with Apple iphone requires the most efficient
16    experience possible to be successful.
17         Q.    One way for an OEM to be successful,
18    however, would be to pay Google no money in
19    connection with apps downloaded onto its
20    devices through alternative app stores, right?
21         A.    I'm sorry, can you repeat the
22    question?
23         Q.    An OEM that has its own app store
24    where users can download apps outside of Google
25    Play through those alternative app stores we
```

1          KOLOTOUROS - HIGHLY CONFIDENTIAL
2    discussed earlier, those OEMs pay Google
3    0-dollars in connection with those downloads or
4    the in-app purchases that are made on the apps,
5    correct?
6          A.    Yes.
7          Q.    So in order to use Google Play, an
8    app -- the OEM gives up all of that money,
9    correct?
10         A.    Oh, if they elect to not preload
11   their store; that is correct.
12         Q.    So in order for an OEM to decide
13   instead of downloading my own app store where I
14   make money and go to Google Play where I make
15   no money, Google has to give those OEMs actual
16   money to incentivize them to make that trade,
17   right?
18              MR. POMERANTZ:  Objection to the
19         form.
20         A.    It was a matter of giving them a
21   choice and recognizing potential opportunity
22   cost of that choice.
23         Q.    Right and the opportunity cost to
24   OEMs that had actual alternative competing app
25   stores was higher than for OEMs that did not

1          KOLOTOUROS - HIGHLY CONFIDENTIAL
2    yet have an alternative app store that could
3    compete with Google Play, right?
4          A.    I think that -- I can't precisely
5    say exactly why these particular OEMs and if it
6    was correlated to their own stores.  I don't
7    recall hearing that.
8          Q.    I'm asking a separate question.  The
9    opportunity costs to OEMs that already had
10   competing app stores was higher than for OEMs
11   that do not yet have an alternative app store
12   that could compete with Google Play, correct?
13               MR. POMERANTZ:  Object to the form.
14         A.    Well, I think it depends on how the
15   device -- how the OEMs have decided to get to
16   the device with respect to other stores that
17   might include third party stores as well.
18         Q.    So you're not willing to acknowledge
19   that an OEM that had the ability to launch a
20   competing alternative app store and have rev
21   share in connection with those stores had
22   higher opportunity costs for dropping those
23   alternative stores as preinstalls than for OEMs
24   that did not have their own alternative app
25   store?