# Exhibit 5
# Public Redacted Version

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| | Judge: Hon. James Donato |

# EXPERT REPORT OF MATTHEW GENTZKOW
# NOVEMBER 18, 2022

**NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY**

# Exhibit 33
## Share of Active GMS Devices and Fortnite Compatible Active GMS Devices by RSA Type
*November 16, 2021*

**Share of Active GMS Devices by RSA Type**
*November 16, 2021*

**Share of Fortnite Compatible Active GMS Devices by RSA Type**
*November 16, 2021*



**Notes:**
[1] A "Premier Tier" device is identified when the variable "is_premier" takes on value "TRUE" in the data, which captures Premier Tier provisions related to Google Play.
[2] GMS devices worldwide (excluding China) that checked in with Google's servers in the 28 days prior to November 16, 2021 are considered active and are included in the data.
[3] "Fortnite Compatible Active GMS Devices" are identified using data produced by Epic and relied upon by Dr. Bernheim, as well as information on Epic's website which Epic indicated was reliable.
[4] Observations with inconsistent values are cleaned to produce conservative results. Active devices with an "RSA_scope" of "RSA Carrier + RSA3 OEM Premier" but "is_premier" equals "FALSE" are treated as Premier Tier for this analysis. Active devices with (i) no RSA but "is_premier" equals "TRUE," and (ii) "rsa_type" equals "RSA2 OEM" and "is_premier" equals "TRUE" are retained in the data as reported. Active devices with missing "RSA_scope" and "is_premier" equals "FALSE" are excluded from this analysis.
[5] Google devices are considered non-Premier Tier in the data. If they are removed from the data, the share of active devices affected by Premier Tier terms of an RSA 3.0 is ■ percent worldwide. If Google devices are considered Premier Tier, the share is ■ percent worldwide. The equivalent percentages for actives that are Fortnite compatible are ■ percent and ■ percent.

**Sources:** "RSA Actives Data, Worldwide Excluding China," GOOG-PLAY-010801562; GOOG-PLAY-010801563.R; GOOG-PLAY-010801564; GOOG-PLAY-010801565; GOOG-PLAY-010801566; "List of Devices Compatible With Fortnite," EPIC_GOOGLE_05285377; "What Platforms or Devices Are Compatible With Fortnite?," Epic Games, https://www.epicgames.com/help/en-US/fortnite-c75/technical-support-c118/what-platforms-or-devices-are-compatible-with-fortnite-a6693, accessed December 10, 2021.

**NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY**