# EXHIBIT 7

HIGHLY CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    ------------------------------------------------x
 5    IN RE GOOGLE PLAY STORE          Case No.
      ANTITRUST LITIGATION             3:21-md-02981-JD
 6
 7    THIS DOCUMENT RELATES TO:
 8    Epic Games Inc. v. Google LLC, et al.,
      Case No: 3:20-cv-05671-JD
 9
      In re Google Play Consumer
10    Antitrust Litigation,
      Case No: 3:20-cv-05761-JD
11
      In re Google Play Developer
12    Litigation,
      Case No: 3:20-cv-05792-JD
13
14    State of Utah, et al.,
      v. Google LLC, et al.,
15    Case No: 3:21-cv-05227-JD
16    ------------------------------------------------x
17      *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*
18
19     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
20                     MICHAEL MARCHAK
21              Wednesday, January 12, 2022
22                 Volume 1 (Pages 1-358)
23
24    Reported By: Lynne Ledanois, CSR 6811
25
```

HIGHLY CONFIDENTIAL

Page 15

1       MS. CHIU:  Good morning.
2    This is Michelle Park Chiu from
3    Morgan Lewis & Bockius on behalf
4    of defendants Google.  Also with
5    me is Nina Dutta and Alex Zbrozek.
6       VIDEOGRAPHER:  Thank you.
7    Would the court reporter please
8    swear in the witness.
9
10          MICHAEL MARCHAK,
11  having been duly sworn, testified as follow
12              EXAMINATION
13  BY MS. SWEENEY:
14      Q     Good morning, Mr. Marchak.
15      A     Good morning.
16      Q     As you heard, I am an
17  attorney for the developer class
18  plaintiffs.  And the way we're doing
19  these depositions is one attorney for
20  one plaintiff group will take the
21  first set of questions and then I will
22  I'll pass you off to my co-counsel.
23          Is that okay?
24      A     Yes.
25      Q     Okay.  And are you

HIGHLY CONFIDENTIAL

Page 16

1   represented by counsel today?
2        A     Yes.
3        Q     Okay.  And that's Ms. Chiu?
4        A     Yes, I believe so.
5        Q     Okay.  And have you ever
6   been deposed before?
7        A     No.
8        Q     Okay.  I know that you've
9   probably gone over this with your
10  counsel.  But just as a reminder, you
11  understand that everything you say
12  today is under penalty of perjury, so
13  you have to tell the truth?
14       A     I do.
15       Q     Is there any reason why you
16  cannot give complete and truthful
17  testimony today?
18       A     No.
19       Q     And as you can tell, the
20  whole proceeding is being recorded and
21  the court reporter is taking down
22  every word that I say and every word
23  that you say.
24             So in order to make her life
25  easier, it's important that we not

1   one of the things of building
2   ecosystem, I think when we've gotten
3   users and developers to invest, they
4   will be able to make money.
5        Q    Below these bullet points on
6   the same page of this slide deck it
7   says, "Goal is to identify short-term
8   commercial programs that can mitigate
9   these risks."
10            Do you see that?
11       A    I do.
12       Q    And was it around this time
13  that Google developed Project Hug?
14            MS. CHIU:  Object to form.
15            THE WITNESS:  Project Hug,
16       which we now refer to as Games
17       Velocity Program.
18            I think it started in 2019.
19       But it may be around this time
20       generally.
21  BY MS. SWEENEY:
22       Q    Was that one of the
23  commercial programs that Google
24  engaged in in order to address the
25  risks posed that are reflected in this

HIGHLY CONFIDENTIAL

Page 71

```
 1    bullet point -- in these bullet
 2    points?
 3              MS. CHIU:  Object to form.
 4              THE WITNESS:  I don't know.
 5        I don't really recall this deck.
 6   BY MS. SWEENEY:
 7        Q    Well, aside from the deck,
 8    are you familiar with Project Hug?
 9        A    I am.
10        Q    Okay.  And do you know --
11    I'm sorry, I think you answered that
12    you thought it started some time
13    around 2019?
14        A    I believe so, that's my
15    recollection.
16        Q    Was Project Hug a commercial
17    program in response to risks of
18    certain developers launching off Play?
19              MS. CHIU:  Object to form.
20              THE WITNESS:  Project Hug
21        was a commercial program with the
22        goals of ensuring users had access
23        to the best games content and our
24        game developers are getting the
25        most value from Google Play or
```

1         from Google.
2    BY MS. SWEENEY:
3         Q    And you can't have the most
4    games and content if developers of
5    those great games and content launch
6    off Play; right?
7         A    It would be users would have
8    access to that content, so, yes,
9    that's correct.
10        Q    So is your answer yes, that
11   Hug was in part a response to the risk
12   that developers would launch their
13   products off Play?
14             MS. CHIU:  Object to form.
15             THE WITNESS:  Again, I think
16        the way I always viewed it and
17        continue to view it is it's about
18        making sure users have access to
19        content and ensuring that
20        developers are getting the most
21        value from their relationship with
22        Google and Google Play.
23   BY MS. SWEENEY:
24        Q    Well, aside from how you
25   view it, can you just answer my