# EXHIBIT 13

Page 1

1    UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF CALIFORNIA
2    SAN FRANCISCO DIVISION
     Case No. 3:21-md-02981-JD
3    -------------------------------------x
     IN RE GOOGLE PLAY STORE
4    ANTITRUST LITIGATION
5    THIS DOCUMENT RELATES TO:
6    Epic Games Inc. v. Google LLC, et al.,
     Case No: 3:20-cv-05671-JD
7
     In re Google Play Consumer
8    Antitrust Litigation,
     Case No: 3:20-cv-05761-JD
9
     In re Google Play Developer
10   Antitrust Litigation,
     Case No: 3:20-cv-05792-JD
11
     State of Utah, et al., v.
12   Google LLC, et al.,
     Case No: 3:21-cv-05227-JD
13
     Match Group, LLC, et al.,
14   v. Google LLC, et al.,
     Case No. 3:22-cv-02746-JD
15   -------------------------------------x
                     Tuesday, August 23, 2022
16                   9:16 a.m. PDT
17
             **HIGHLY CONFIDENTIAL
18           UNDER PROTECTIVE ORDER**
19               - Volume I -
20       Remote Videotaped Deposition by
21   Virtual Zoom of DONALD HARRISON, a
22   Witness on behalf of Google, taken before
23   Dawn Matera, a Certified Shorthand
24   Reporter and Notary Public of the State
25   of New York.

```
                                                   Page 5
 1    DONALD  HARRISON - HIGHLY CONFIDENTIAL
 2         and I am the videographer.  The court
 3         reporter is Dawn Matera from the firm
 4         of Veritext Legal Solutions.
 5              I am not authorized to
 6         administer an oath.  I am not related
 7         to any party in this action nor am I
 8         financially interested in the outcome.
 9              Please note that all appearances
10         and affiliations will be noted on the
11         stenographic record and will the court
12         reporter please swear in the witness
13         remotely.
14    D O N A L D   H A R R I S O N, the
15    Witness herein, having first been duly
16    sworn by the Notary Public, was examined
17    and testified as follows:
18    EXAMINATION BY
19    MR. SCHWARTZ:
20         Q.   Good morning, Mr. Harrison.  My
21    name is Aaron Schwartz and I will be
22    asking you questions today on behalf of
23    the consumer class.
24              Can you please state your full
25    name for the record, please.
```

1    DONALD  HARRISON - HIGHLY CONFIDENTIAL

2    on global partnerships, there is a period

3    of time where another executive named

4    Daniel Alegre managed the relationship

5    with Apple, together with Joan Braddi.  I

6    wanted to say that lasted for a bit

7    longer than a year and then I took over

8    top partners and at that point started

9    managing Apple.

10       Q.    Okay.  In terms of the

11   financial impact on Google, the money

12   flowing one way or the other, is Apple

13   considered Google's largest partner?

14       A.    In terms of the flow of funds,

15   in terms of the value of the commercial

16   relationship between the parties, Apple

17   is our largest partner.

18       Q.    And how long has Google

19   considered Apple a partner?

20       A.    I am sure we considered Apple a

21   partner since whenever we did the first

22   distribution deals that saw Search appear

23   on Apple surfaces, which probably goes

24   all the way back to 2006/2005.  Possibly

25   earlier.  I am not aware.