UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS SUBMITTED IN CONNECTION WITH DEFENDANTS' OPPOSITION TO PLAINTIFFS' PROPOSED SANCTION RE CHATS**<br><br>Judge:  Hon. James Donato |

1  Having considered Google's Administrative Motion to File Under Seal Materials
2  Submitted in Connection With Defendants' Opposition to Plaintiffs' Proposed Sanction re Chats
3  and any materials submitted in support thereto, pursuant to Local Rules 7-11 and 79-5;
4  **IT IS HEREBY ORDERED:**
5  The following portions of *Defendants' Opposition to Plaintiffs' Proposed Sanction re*
6  *Chats* and supporting documents may be filed under seal:

| Document | Document or Portion of Document Sought to be Sealed | Designating Party | Ruling |
|---|---|---|---|
| Exhibit 3 | Page 222, Line 13 (word before "correct"), Line 15 (between "And" and "wasn't), and Line 25 (between "other than" and "right?"). | Google (Cramer Declaration ¶9) | |
| Exhibit 3 | Page 234, Line 7 (last word of line), and Line 10 (first word of line). | Google (Cramer Declaration ¶10) | |
| Exhibit 5 | Page 225 (entire graph). | Google (Cramer Declaration ¶11) | |
| Exhibit 5 | Page 225, Footnote 5 (between "RSA 3.0 is" and "percent", between "the share is" and "percent", between "compatible are" and "percent", and between "and" and "percent"). | Google (Cramer Declaration ¶12) | |
| Exhibit 8 | Page 14, Lines 13-14 (entire lines). | Google (Cramer Declaration ¶13) | |
| Exhibit 8 | Page 106, Lines 12-18 (from "there would be" until end of line). | Google (Cramer Declaration ¶14) | |
| Exhibit 8 | Page 128, Line 19 (the word before "is one"). | Google (Cramer Declaration ¶15) | |
| Exhibit 8 | Page 128, Lines 20-22 (entire lines) | Google (Cramer Declaration ¶16) | |
| Exhibit 8 | Page 128, Line 25 (first word of | Google (Cramer | |

1

[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS
SUBMITTED IN CONNECTION WITH DEFENDANTS' OPPOSITION TO PLAINTIFFS' PROPOSED
SANCTION RE CHATS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD, 3:22-cv-02746-JD

|  |  |  |  |
|---|---|---|---|
|  | question). | Declaration ¶17) |  |
| Exhibit 8 | Page 129, Line 1 (first word of sentence), Line 5 (between "conversation" and "decision"), Line 11 (between "with" and "we needed"), Line 19 (first word), Line 21 (entire line), and Line 22 (between "other than" and "there are"). | Google (Cramer Declaration ¶18) |  |
| Exhibit 8 | Page 129, Line 7 (between "else for" and "and they"). | Google (Cramer Declaration ¶19) |  |

Dated: _____, 2023

Honorable James Donato
United States District Judge
Northern District of California