Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001


*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
Rebecca L. Sciarrino, S.B. # 336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, pro hac vice
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | |
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED RELATING TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' PROPOSED REMEDY RE CHATS** |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Judge: Hon. James Donato |
| *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | |

1    Pursuant to Civil Local Rules 7-11 and 79-5(c-f), Defendants Google LLC, Google

2    Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment

3    Corp. (collectively, "Google") respectfully submit this Administrative Motion to Consider

4    Whether Another Party's Material Should Be Sealed Relating to Defendants' Opposition to

5    Plaintiffs' Proposed Remedy Re Chats ("Motion to Seal").  The excerpts at issue in this Motion to

6    Seal are sourced from documents that are designated as "CONFIDENTIAL", "HIGHLY

7    CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-PARTY HIGHLY

8    CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to the Protective Order

9    entered by the Court, ECF No. 248.

10    Subsection (f) of Civil Local Rule 79-5 sets forth procedures that apply when a party

11    seeks to file information designated as confidential by another party. Under subsection (e), the

12    "motion must identify each document or portions thereof for which sealing is sought" and "serve

13    the motion on the Designating Party the same day the motion is filed." Pursuant to subsection

14    (f)(1), the Designating Party has seven days to "file a statement and/or declaration" to establish

15    why such designated material should be kept under seal pursuant to subsection (c)(1) of Civil

16    Local Rule 79-5.

17    Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a

18    party establishes that the documents are privileged, protectable as a trade secret, or otherwise

19    entitled to protection under the law.

20    Google identifies the following portions of its Opposition to Plaintiffs' Proposed Sanction

21    re Chats and supporting papers as containing information designated as confidential by another

22    party:

23

24

25

26

27

28

DEFENDANTS' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS
SHOULD BE SEALED RELATING TO DEFENDANTS' OPP. TO PLAINTIFFS' PROPOSED REMEDY RE CHATS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Exhibit 8 to Kravis Decl. | Page 128, Line 19 (the word before "is one"). | Non-Party[1] |
| Exhibit 8 to Kravis Decl. | Page 128, Lines 20-22 (entire lines) | Non-Party |
| Exhibit 8 to Kravis Decl. | Page 128, Line 25 (first word of question). | Non-Party |
| Exhibit 8 to Kravis Decl. | Page 129, Line 1 (first word of sentence), Line 5 (between "conversation" and "decision"), Line 11 (between "with" and "we needed"), Line 19 (first word), Line 21 (entire line), and Line 22 (between "other than" and "there are"). | Non-Party |
| Exhibit 8 to Kravis Decl. | Page 129, Line 7 (between "else for" and "and they"). | Non-Party |
| Exhibit 10 to Kravis Decl. | Entire document. | Activision Blizzard King |

---

[1] Identifying the designating parties, in the case of non-parties, would itself reveal the specific confidential information the non-party may seek to seal pursuant to Local Rule 79-5(f), so the identities of certain designating non-parties has not been included in this filing.

1    Dated: October 5, 2023

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Jonathan I. Kravis*
    Jonathan I. Kravis

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
Rebecca L. Sciarrino, S.B. # 336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue

3

New York, NY 10178
Telephone: (212) 309-6000

*Counsel for Defendants*

DEFENDANTS' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS
SHOULD BE SEALED RELATING TO DEFENDANTS' OPP. TO PLAINTIFFS' PROPOSED REMEDY RE CHATS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD