1   Brian C. Rocca, S.B. #221576
    brian.rocca@morganlewis.com
2   Sujal J. Shah, S.B. #215230
    sujal.shah@morganlewis.com
3   Michelle Park Chiu, S.B. #248421
    michelle.chiu@morganlewis.com
4   Minna Lo Naranjo, S.B. #259005
    minna.naranjo@morganlewis.com
5   Rishi P. Satia, S.B. #301958
    rishi.satia@morganlewis.com
6   **MORGAN, LEWIS & BOCKIUS LLP**
    One Market, Spear Street Tower
7   San Francisco, CA 94105
    Telephone: (415) 442-1000
8
    Richard S. Taffet, *pro hac vice*
9   richard.taffet@morganlewis.com
    **MORGAN, LEWIS & BOCKIUS LLP**
10  101 Park Avenue
    New York, NY 10178
11  Telephone: (212) 309-6000
12
13  *Counsel for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
Rebecca L. Sciarrino, S.B. #336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

14
15
16
17

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
Lauren Bell, *pro hac vice*
Lauren.Bell@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF JUSTIN P. RAPHAEL IN SUPPORT OF DEFENDANTS' OMNIBUS NOTICE OF
MOTIONS AND MOTIONS *IN LIMINE* NOS. 1-7
Case Nos. 3:21-md-02981-JD, 3:20-cv-05761-JD, 3:20-cv-05671-JD, 3:21-cv-05227-JD, 3:22-cv-01746-JD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF JUSTIN P. RAPHAEL IN SUPPORT OF DEFENDANTS' OMNIBUS NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* NOS. 1-7** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| I*n re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Judge:    Hon. James Donato |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Date:         October 19, 2023<br>Time:         1:30 p.m.<br>Courtroom:    11 |
| *Match Group, LLC, et al., v. Google LLC, et al.*, Case No. 3:22-cv-01746-JD | |

## <u>DECLARATION OF JUSTIN P. RAPHAEL</u>

I, Justin P. Raphael, declare as follows:

1.     I am an attorney duly admitted to practice law in the State of California and before this Court.  I am a Partner at Munger, Tolles & Olson LLP, and represent the Defendants in this action.  I submit this Declaration in support of Defendants' Omnibus Motions *In Limine*.  The contents of this declaration are based on my personal knowledge.  If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.     **Exhibit 1** is an excerpt from a true and correct copy of the Majority Staff Report of the House Subcommittee on Antitrust, Commercial and Administrative Law, dated July 2022.

3.     **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of Steven Schwartz, Ph.D., dated March 28, 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Executed on this 21st day of September, 2023, in San Francisco, California.

_/s/ Justin P. Raphael_____
Justin P. Raphael