# EXHIBIT 7
# PUBLIC REDACTED VERSION

# Google

P&E 2021 Annual Plan
## Play Sandbox

PRIVILEGED AND CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      GOOG-PLAY-000338400.R

### Great year; Investment needed to address mounting risks, and realize major upsides to momentum plan

- Play has had five years of outperforming expectations and is on track to deliver ▇ in revenue* ▇ and approximately ▇ of Alphabet H1'2020 operating profit, and is a major player in the fast growing $2T+ mobile apps market

- Growth and underinvestment (<7% HC 2Y CAGR in 2019/2020) has brought complexities which require immediate attention. Trust & Safety, regulatory issues, and need to scale operations (particularly in APAC) are all significant risks to the momentum revenue forecast ▇ by 2025) if not addressed

- Play has additional opportunities to diversify the business away from the 30% model and grow beyond momentum to ▇ by 2025.  3 key areas of opportunity:
    - ▇
    - ▇
    - ▇

\* Revenue includes Play Ads and reflects v6 forecast for booked revenue

PRIVILEGED AND CONFIDENTIAL

---

Great year; Investment needed to address mounting risks, and realize major upsides to momentum plan

There are 3 big things on our minds.

The business has taken on tremendous operational debt.  T&S, regulatory issues, contracts, lawsuits, and beyond.   I will show you what my team feels -- which is we are honestly barely holding a number of things together in our cross functional team. We desperately need to shore this up.
The elephant in the room is the pressures on the business model.
A big part of our answer to the business model question is to build on the opportunities we see: Expand our value for developers and users so that we stop having justification discussions about the 30% while also building new promotional business models (ads) that diversify our revenue away from purely IAP.

We will walk through this, but the challenge to the team was to identify a path to grow ▇ above the momentum forecast 5 years out.