| | |
|---|---|
| Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>*Counsel for Plaintiffs Match Group, LLC;*<br>*Humor Rainbow, Inc.; PlentyofFish Media*<br>*ULC; and People Media, Inc.*<br><br>Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY**<br>**GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260<br><br>*Counsel for the Plaintiff States*<br><br>Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br><br>Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>*Counsel for Defendants Google LLC et al.* | Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980<br><br>*Co-Lead Counsel for Consumer Plaintiffs in In*<br>*re Google Play Consumer Antitrust Litigation*<br><br>Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH**<br>**LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al., v. Google LLC, et al., Case No. 3:22-cv-02746-JD* | Case No. 3:21-md-02981-JD<br><br>**JOINT WITNESS LIST**<br><br>Judge:   Honorable James Donato<br><br>Date:         October 19, 2023<br>Time:         1:30 p.m.<br>Courtroom:   17 |

In accordance with Paragraph 14 of this Court's Standing Order for Civil Jury Trials, the Parties hereby submit this Joint Witness List.

Attached hereto as **Exhibit 1** is the Parties' tentative trial witness list, based on the assumption that only Epic and the Match Plaintiffs proceed to trial on November 6.

Attached hereto as **Exhibit 2** is the Parties' tentative trial witness list, based on the assumption that all four Plaintiffs (States, Consumers, Epic and the Match Plaintiffs) proceed to trial on November 6.

DATED: October 5, 2023                    HUESTON HENNIGAN LLP

                                          By: /s/ Douglas J. Dixon
                                          Douglas J. Dixon
                                          Attorneys for Plaintiffs
                                          Match Group, LLC, Humor Rainbow, Inc.,
                                          PlentyofFish Media ULC, and People Media, Inc.

DATED: October 5, 2023                    OFFICE OF THE UTAH ATTORNEY GENERAL

                                          By: /s/ Brendan P. Glackin
                                          Brendan P. Glackin
                                          *Attorneys for Plaintiff States*

DATED: October 5, 2023                    BARTLIT BECK LLP

                                          By: /s/ Karma M. Giulianelli
                                          Karma M. Giulianelli
                                          *Co-Lead Counsel for Consumer Plaintiffs*

| | |
|---|---|
| DATED:  October 5, 2023 | KAPLAN FOX & KILSHEIMER LLP |
| | By: /s/ Hae Sung Nam |
| | Hae Sung Nam |
| | *Co-Lead Counsel for Consumer Plaintiffs* |
| DATED:  October 5, 2023 | CRAVATH, SWAINE & MOORE LLP |
| | By: /s/ Gary A. Bornstein |
| | Gary A. Bornstein (*pro hac vice*) |
| | *Counsel for Plaintiff Epic Games, Inc.* |
| DATED:  October 5, 2023 | MUNGER, TOLLES & OLSON LLP |
| | By: /s/ Glenn D. Pomerantz |
| | Glenn D. Pomerantz |
| | *Attorneys for Defendants Google LLC et al.* |
| DATED:  October 5, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: /s/ Brian C. Rocca |
| | Brian C. Rocca |
| | *Attorneys for Defendants Google LLC et al.* |

**E-FILING ATTESTATION**

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Gary A. Bornstein*
Gary A. Bornstein