| | | |
|---|---|---|
| 1 | Douglas J. Dixon (SBN 275389) | Karma M. Giulianelli (SBN 184175) |
| 2 | ddixon@hueston.com | karma.giulianelli@bartlitbeck.com |
| | **HUESTON HENNIGAN LLP** | **BARTLIT BECK LLP** |
| 3 | 620 Newport Center Drive, Suite 1300 | 1801 Wewetta St., Suite 1200 |
| | Newport Beach, CA 92660 | Denver, CO 80202 |
| 4 | Telephone: (949) 229-8640 | Telephone: (303) 592-3100 |
| 5 | *Counsel for Plaintiffs Match Group, LLC;* | Hae Sung Nam (*pro hac vice*) |
| 6 | *Humor Rainbow, Inc.; PlentyofFish Media* | hnam@kaplanfox.com |
| | *ULC; and People Media, Inc.* | **KAPLAN FOX & KILSHEIMER LLP** |
| 7 | | 850 Third Avenue |
| 8 | Brendan P. Glackin (SBN 199643) | New York, NY 10022 |
| | bglackin@agutah.gov | Telephone: (212) 687-1980 |
| 9 | **OFFICE OF THE UTAH ATTORNEY** | |
| | **GENERAL** | *Co-Lead Counsel for Consumer Plaintiffs in In* |
| 10 | 160 E 300 S, 5th Floor | *re Google Play Consumer Antitrust Litigation* |
| | PO Box 140872 | |
| 11 | Salt Lake City, UT 84114-0872 | Paul J. Riehle (SBN 115199) |
| 12 | Telephone: (801) 366-0260 | paul.riehle@faegredrinker.com |
| | | **FAEGRE DRINKER BIDDLE & REATH** |
| 13 | *Counsel for the Plaintiff States* | **LLP** |
| | | Four Embarcadero Center, 27th Floor |
| 14 | Glenn D. Pomerantz (SBN 112503) | San Francisco, CA 94111 |
| 15 | glenn.pomerantz@mto.com | Telephone: (415) 591-7500 |
| | **MUNGER, TOLLES & OLSON LLP** | |
| 16 | 350 South Grand Avenue, Fiftieth Floor | Christine A. Varney (*pro hac vice*) |
| | Los Angeles, CA 90071 | cvarney@cravath.com |
| 17 | Telephone: (213) 683-9100 | **CRAVATH, SWAINE & MOORE LLP** |
| 18 | Brian C. Rocca (SBN 221576) | 825 Eighth Avenue |
| | brian.rocca@morganlewis.com | New York, NY 10019 |
| 19 | **MORGAN, LEWIS & BOCKIUS LLP** | Telephone: (212) 474-1000 |
| 20 | One Market, Spear Street Tower | *Counsel for Plaintiff Epic Games, Inc.* |
| | San Francisco, CA 94105-1596 | |
| 21 | Telephone: (415) 442-1000 | |
| 22 | *Counsel for Defendants Google LLC et al.* | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT TRIAL EXHIBIT LISTS
Case Nos. 3:21-md-02981-JD, 3:22-cv-02746-JD, 3:20-cv-05671-JD, 3:20-cv-05761-JD & 3:21-cv-05227-JD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al., v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT TRIAL EXHIBIT LISTS**<br><br>Judge:   Honorable James Donato<br><br>Date:         October 19, 2023<br>Time:         1:30 p.m.<br>Courtroom: 17 |

1  Pursuant to the Court's Standing Order for Civil Jury Trials and stipulations set out in the
2  Joint Pretrial Statement concurrently filed herewith, the parties respectfully submit the following
3  Joint Trial Exhibit Lists, attached hereto as Exhibit A and Exhibit B.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: | HUESTON HENNIGAN LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Douglas J. Dixon* |
| 5 | | Douglas J. Dixon<br>Counsel for Plaintiffs |
| 6 | | Match Group, LLC, Humor Rainbow, Inc.,<br>PlentyofFish Media ULC, and People Media, Inc. |
| 7 | | |
| 8 | DATED: | OFFICE OF THE UTAH ATTORNEY GENERAL |
| 9 | | |
| 10 | | |
| 11 | | By: */s/ Lauren M. Weinstein* |
| 12 | | Brendan P. Glackin<br>Lauren M. Weinstein |
| 13 | | *Counsel for Plaintiff States* |
| 14 | | |
| 15 | DATED: | BARTLIT BECK LLP |
| 16 | | |
| 17 | | By: */s/ Karma M. Giulianelli* |
| 18 | | Karma M. Giulianelli<br>*Co-Lead Counsel for Consumer Plaintiffs* |
| 19 | | |
| 20 | | |
| 21 | DATED: | KAPLAN FOX & KILSHEIMER LLP |
| 22 | | |
| 23 | | By: */s/ Hae Sung Nam* |
| 24 | | Hae Sung Nam<br>*Co-Lead Counsel for Consumer Plaintiffs* |

| | | |
|---|---|---|
| 1 | DATED: | CRAVATH, SWAINE & MOORE LLP |
| 2 | | |
| 3 | | By: */s/ Gary A. Bornstein* |
| 4 | | Gary A. Bornstein (*pro hac vice*) |
| 5 | | *Counsel for Plaintiff Epic Games, Inc.* |
| 6 | | |
| 7 | DATED: | MUNGER, TOLLES & OLSON LLP |
| 8 | | |
| 9 | | By: */s/ Glenn D. Pomerantz* |
| 10 | | Glenn D. Pomerantz |
| 11 | | *Attorneys for Defendants Google LLC et al.* |
| 12 | | |
| 13 | DATED: | MORGAN, LEWIS & BOCKIUS LLP |
| 14 | | |
| 15 | | By: */s/ Brian C. Rocca* |
| 16 | | Brian C. Rocca |
| 17 | | *Attorneys for Defendants Google LLC et al.* |

**E-FILING ATTESTATION**

I, M. Brent Byars, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

　　　　　　　　　　　　　　　　　　　　/s/ M. Brent Byars
　　　　　　　　　　　　　　　　　　　　M. Brent Byars