Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF M. BRENT BYARS IN SUPPORT OF PARTIES' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

I, M. Brent Byars, declare as follows:

1. I am a Senior Attorney at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3. Portions of the Parties' Joint List of Disputed Exhibits ("Disputed Exhibit List") are extracted from materials that Activision Blizzard, Inc.; Amazon.com, Inc.; Apple Inc.; AT&T Inc.; Block, Inc.; Bright Market, LLC; Bumble, Inc.; Cyanogen Inc.; LG Corp.; LittleHoots, LLC; Meta Platforms, Inc.; Motorola Mobility LLC; Netflix, Inc.; NVIDIA Corporation; OCV, LLC; Paddle.com Inc.; PayPal, Inc.; Qualcomm Inc.; Roblox Corporation; Samsung Electronics America, Inc.; SlideME LLC; SoundCloud Global Limited & Co. KG; Spotify USA Inc.; T-Mobile; Tilting Point Media LLC; Unity Software Inc.; and Yoga Buddhi Co. have designated as "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to the Stipulated Second Amended Supplemental Protective Order Governing Production of Protected Non-Party Materials. Case No. 21-md-02981-JD, ECF No. 248. The following table shows the portions of the Disputed Exhibit List that contain information designated as "NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY".

| Document | Corresponding Exhibit Numbers | Designating Party |
| --- | --- | --- |
| Disputed Exhibit List | TEMP2804-TEMP2806 | Activision Blizzard, Inc. |
| Disputed Exhibit List | TEMP2807-TEMP2837 | Amazon.com, Inc. |
| Disputed Exhibit List | TEMP2838-TEMP2868 | Apple Inc. |
| Disputed Exhibit List | TEMP2869-TEMP2878 | AT&T Inc. |
| Disputed Exhibit List | TEMP2977-TEMP2980 | Block, Inc. |
| Disputed Exhibit List | TEMP2893 | Bright Market, LLC, dba FastSpring |
| Disputed Exhibit List | TEMP2879-TEMP2883 | Bumble, Inc. |
| Disputed Exhibit List | TEMP2884 | Cyanogen Inc. |
| Disputed Exhibit List | TEMP2900-TEMP2901 | LG Corp. |
| Disputed Exhibit List | TEMP2902 | LittleHoots, LLC |
| Disputed Exhibit List | TEMP2903-TEMP2931 | Meta Platforms, Inc. |
| Disputed Exhibit List | TEMP2932-TEMP2940 | Motorola Mobility LLC |

| Document | Corresponding Exhibit Numbers | Designating Party |
|---|---|---|
| Disputed Exhibit List | TEMP2941-TEMP2944 | Netflix, Inc. |
| Disputed Exhibit List | TEMP2945 | NVIDIA Corporation |
| Disputed Exhibit List | TEMP2946-TEMP2949 | OCV, LLC |
| Disputed Exhibit List | TEMP2951-TEMP2956 | Paddle.com Inc. |
| Disputed Exhibit List | TEMP2957-TEMP2958 | PayPal, Inc. |
| Disputed Exhibit List | TEMP2959 | Qualcomm Inc. |
| Disputed Exhibit List | TEMP2960 | Roblox Corporation |
| Disputed Exhibit List | TEMP2961-TEMP2962 | Samsung Electronics America, Inc. |
| Disputed Exhibit List | TEMP2963-TEMP2964 | SlideME LLC |
| Disputed Exhibit List | TEMP2965-TEMP2970 | SoundCloud Global Limited & Co. KG |
| Disputed Exhibit List | TEMP2971-TEMP2974 | Spotify USA Inc. |
| Disputed Exhibit List | TEMP2894-TEMP2898 | T-Mobile |
| Disputed Exhibit List | TEMP2981 | Tilting Point Media LLC |
| Disputed Exhibit List | TEMP2983 | Unity Software Inc. |
| Disputed Exhibit List | TEMP2885-TEMP2892 | Yoga Buddhi Co. |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on October 5, 2023 in New York, NY.

*/s/ M. Brent Byars*
M. Brent Byars

**E-FILING ATTESTATION**

I, M. Brent Byars, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ M. Brent Byars*
M. Brent Byars
