Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:20-cv-05671-JD<br>Case No. 3:21-md-02981-JD<br><br>**CERTIFICATE OF SERVICE** |

I declare that I am a Senior Attorney at Cravath, Swaine & Moore LLP, located at Worldwide Plaza, 825 Eighth Avenue, New York, New York. I am Counsel of Record for Epic Games, Inc. ("Epic").

I declare that on October 5, 2023, I caused to be served via electronic transmission the Parties' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed on the following:

| Designating Party | Contact Served |
| --- | --- |
| Activision Blizzard, Inc. | sarguello@winston.com<br>nagin@winston.com<br>nvyas@winston.com |
| Amazon.com, Inc. | mike@walterkipling.com<br>bmundel@sidley.com<br>marjorie@walterkipling.com |
| Apple Inc. | jsrinivasan@gibsondunn.com<br>tbedel@gibsondunn.com<br>hphillips2@gibsondunn.com<br>chigney@gibsondunn.com<br>elazarus@gibsondunn.com |
| AT&T Inc. | rkeeling@sidley.com<br>kimberly.leaman@sidley.com<br>cshenk@sidley.com |
| Block, Inc. | belinda.lee@lw.com<br>kwu@lw.com<br>kevin.wu@lw.com |
| Bright Market, LLC, dba FastSpring | bdayanim@orrick.com |
| Bumble, Inc. | brandon@kressinlg.com |
| Cyanogen Inc. | tmcevoy@srf.law |
| LG Corp. | changguk.yang@lge.com<br>ronald.wasinger@lge.com |
| LittleHoots, LLC | benh@hbsslaw.com |
| Meta Platforms, Inc. | jzugay@cov.com |
| Motorola Mobility LLC | koconnor@mwe.com<br>hcui@mwe.com |
| Netflix, Inc. | mlobo@wsgr.com<br>matthew.macdonald@wsgr.com |

| Designating Party | Contact Served |
|---|---|
| NVIDIA Corporation | mdpeters@turnerboyd.com |
| OCV, LLC | jeremy.pope@popelawllc.com |
| Paddle.com Inc. | maryam.ziarati.mcloughlin@paddle.com |
| PayPal, Inc. | steve.dollar@nortonrosefulbright.com<br>eva.yang@nortonrosefulbright.com |
| Qualcomm Inc. | annette.devereux@nortonrosefulbright.com<br>daniel.prati@nortonrosefulbright.com |
| Roblox Corporation | patrick.hammon@pillsburylaw.com |
| Samsung Electronics America, Inc. | kylebatter@quennemanuel.com |
| SlideME LLC | george@slideme.biz |
| SoundCloud Global Limited & Co. KG | t.tan@mofo.com |
| Spotify USA Inc. | palmersh@sullcrom.com |
| T-Mobile | marjorie@walterkipling.com<br>mike@walterkipling.com<br>kklismet@hilgersgraben.com<br>bob.scheffler@t-mobile.com |
| Tilting Point Media LLC | coateslear@sgslitigation.com |
| Unity Software Inc. | blau@mofo.com<br>jbarcott@mofo.com |
| Yoga Buddhi Co. | jack@downdogapp.com |

I hereby certify that I am a member of the State Bar of New York, admitted *pro hac vice* to practice before the United States District Court for the Northern District of California for this case. I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED: October 5, 2023

/s/ M. Brent Byars
M. Brent Byars