| | | |
|---|---|---|
| 1 | Paul J. Riehle (SBN 115199) | Brendan P. Glackin (SBN 199643) |
| | paul.riehle@faegredrinker.com | bglackin@agutah.gov |
| 2 | **FAEGRE DRINKER BIDDLE & REATH LLP** | **OFFICE OF THE UTAH ATTORNEY GENERAL** |
| 3 | Four Embarcadero Center, 27th Floor | 160 E 300 S, 5th Floor |
| | San Francisco, CA 94111 | PO Box 140872 |
| 4 | Telephone: (415) 591-7500 | Salt Lake City, UT 84114-0872 |
| | | Telephone: (801) 366-0260 |
| 5 | Christine A. Varney (*pro hac vice*) | |
| | cvarney@cravath.com | *Counsel for the Plaintiff States* |
| 6 | **CRAVATH, SWAINE & MOORE LLP** | |
| | 825 Eighth Avenue | Douglas J. Dixon (SBN 275389) |
| 7 | New York, NY 10019 | ddixon@hueston.com |
| | Telephone: (212) 474-1000 | **HUESTON HENNIGAN LLP** |
| 8 | | 620 Newport Center Drive, Suite 1300 |
| | *Counsel for Plaintiff Epic Games, Inc.* | Newport Beach, CA 92660 |
| 9 | | Telephone: (949) 229-8640 |
| | Karma M. Giulianelli (SBN 184175) | |
| 10 | karma.giulianelli@bartlitbeck.com | *Counsel for Plaintiffs Match Group, LLC, et al.* |
| | **BARTLIT BECK LLP** | |
| 11 | 1801 Wewatta St., Suite 1200 | |
| | Denver, CO 80202 | |
| 12 | Telephone: (303) 592-3100 | |
| 13 | Hae Sung Nam (*pro hac vice*) | |
| | hnam@kaplanfox.com | |
| 14 | **KAPLAN FOX & KILSHEIMER LLP** | |
| | 850 Third Avenue | |
| 15 | New York, NY 10022 | |
| | Telephone: (212) 687-1980 | |
| 16 | | |
| | *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*,<br>Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*,<br>Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF MICHAEL J. ZAKEN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PROPOSED REMEDY RE GOOGLE'S DESTRUCTION OF CHAT EVIDENCE**<br><br>Judge:  Hon. James Donato |

I, Michael J. Zaken, declare as follows:

1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced by Google in this litigation beginning with the Bates number GOOG-PLAY-007335795.

4. Attached hereto as **Exhibit 2** is an excerpt of a true and correct copy of the deposition transcript of Donald Harrison, taken in this litigation on August 23, 2022.

5. Attached hereto as **Exhibit 3** is an excerpt of a true and correct copy of the deposition transcript of Lawrence Koh, taken in this litigation on December 9, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 12th day of October, 2023 at New York, New York.

                                    */s/ Michael J. Zaken*
                                      Michael J. Zaken

**E-FILING ATTESTATION**

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                         */s/ Lauren A. Moskowitz*
                                         Lauren A. Moskowitz