1    Paul J. Riehle (SBN 115199)                  Brendan P. Glackin (SBN 199643)
     paul.riehle@faegredrinker.com                bglackin@agutah.gov
2    **FAEGRE DRINKER BIDDLE & REATH**            **OFFICE OF THE UTAH ATTORNEY**
     **LLP**                                      **GENERAL**
3    Four Embarcadero Center, 27th Floor          160 E 300 S, 5th Floor
     San Francisco, CA 94111                      PO Box 140872
4    Telephone: (415) 591-7500                    Salt Lake City, UT 84114-0872
                                                  Telephone: (801) 366-0260
5    Christine A. Varney (*pro hac vice*)
     cvarney@cravath.com                          *Counsel for the Plaintiff States*
6    **CRAVATH, SWAINE & MOORE LLP**
     825 Eighth Avenue                            Douglas J. Dixon (SBN 275389)
7    New York, NY 10019                           ddixon@hueston.com
     Telephone: (212) 474-1000                    **HUESTON HENNIGAN LLP**
8                                                 620 Newport Center Drive, Suite 1300
     *Counsel for Plaintiff Epic Games, Inc.*     Newport Beach, CA 92660
9                                                 Telephone: (949) 229-8640
     Karma M. Giulianelli (SBN 184175)
10   karma.giulianelli@bartlitbeck.com            *Counsel for Plaintiffs Match Group, LLC, et al.*
     **BARTLIT BECK LLP**
11   1801 Wewatta St., Suite 1200
     Denver, CO 80202
12   Telephone: (303) 592-3100

13   Hae Sung Nam (*pro hac vice*)
     hnam@kaplanfox.com
14   **KAPLAN FOX & KILSHEIMER LLP**
     850 Third Avenue
15   New York, NY 10022
     Telephone: (212) 687-1980

16
     *Co-Lead Counsel for the Class in In re Google*
17   *Play Consumer Antitrust Litigation*

18

19

20

21

22

23

24

25

26

27

28   [Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*,<br>Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*,<br>Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*,<br>Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:  Hon. James Donato |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs submit this administrative motion to

2    consider whether another party's material should be sealed with respect to their Reply in Support of

3    Proposed Remedy re Google's Destruction of Chat Evidence ("Plaintiffs' Reply"), and Exhibits 2 and

4    3 to the Declaration of Michael J. Zaken ("Zaken Declaration").  The documents and portions of

5    documents Plaintiffs seek to temporarily file under seal are listed below:

| Document | Corresponding Page and Line Number(s) | Designating Party |
|---|---|---|
| Plaintiffs' Reply | Page  9, line 22, between "the other two agreements" and "(Pls. Proposal at 10)." | Google |
| Plaintiffs' Reply | Page  10, lines 27-28, between "that is highly misleading." and "(Zaken Decl., Ex. 1)" | Google |
| Plaintiffs' Reply | Pages 10-11, lines 28-1, between "(Zaken Decl., Ex. 1)" and "(Zaken Decl., Ex. 2)" | Google |
| Zaken Decl. Ex. 1 | Document in its entirety. | Google |
| Zaken Decl. Ex. 2 | Document in its entirety. | Google |

15    Plaintiffs oppose the sealing of any portions of these documents but seek leave to provisionally

16    file the documents under seal because they discuss materials that Google has designated confidential or

17    highly confidential under the protective order in this case. *See* Local Rule 79-5(f).  Plaintiffs reserve

18    the right to oppose, under Rule 79-5(f)(4), any submission Google makes to support sealing under Rule

19    79-5(f)(3).

20    Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to Civil

21    Local Rule 79-5(f).

1

Dated:  October 12, 2023

CRAVATH, SWAINE & MOORE LLP
    Christine Varney *(pro hac vice)*

2

    Gary A. Bornstein *(pro hac vice)*
    Timothy G. Cameron *(pro hac vice)*

3

    Yonatan Even *(pro hac vice)*
    Lauren A. Moskowitz *(pro hac vice)*

4

    Justin C. Clarke *(pro hac vice)*
    Michael J. Zaken *(pro hac vice)*

5

    M. Brent Byars *(pro hac vice)*

6

FAEGRE DRINKER BIDDLE & REATH LLP
    Paul J. Riehle (SBN 115199)

7

Respectfully submitted,

8

By: */s/ Lauren A. Moskowitz*

9

    Lauren A. Moskowitz

10

*Counsel for Plaintiff Epic Games, Inc.*

11

Dated:  October 12, 2023

HUESTON HENNIGAN LLP
    Douglas J. Dixon

12

    Christine Woodin
    Joseph A. Reiter

13

Respectfully submitted,

14

By: */s/ Douglas J. Dixon*

15

    Douglas J. Dixon

16

*Counsel for Plaintiffs Match Group, LLC et al.*

17

18

Dated:  October 12, 2023

BARTLIT BECK LLP
    Karma M. Giulianelli

19

20

KAPLAN FOX & KILSHEIMER LLP
    Hae Sung Nam

21

Respectfully submitted,

22

By: */s/ Karma M. Giulianelli*
    Karma M. Giulianelli

23

24

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

25

26

27

28

1

Dated:  October 12, 2023

2

PRITZKER LEVINE LLP
Elizabeth C. Pritzker

3

Respectfully submitted,

4

By: _/s/ Elizabeth C. Pritzker_____
Elizabeth C. Pritzker

5

6

*Liaison Counsel for the Class in In re Google Play
Consumer Antitrust Litigation*

7

8

Dated:  October 12, 2023

OFFICE OF THE UTAH ATTORNEY GENERAL
Brendan P. Glackin
Lauren M. Weinstein

9

10

Respectfully submitted,

11

By: _/s/ Lauren M. Weinstein_____
Lauren M. Weinstein

12

*Counsel for the Plaintiff States*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**E-FILING ATTESTATION**

2      I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this

3   document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

4   identified above has concurred in this filing.

5

6                                          /s/ Lauren A. Moskowitz
                                          Lauren A. Moskowitz

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28