UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: October 12, 2023　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 43 Minutes

Cases:　　3:21-md-02981-JD  In re Google Play Store Antitrust Litigation
　　　　　　3:20-cv-05671-JD  Epic Games, Inc. v. Google LLC  et al
　　　　　　3:20-cv-05761-JD  In re Google Play Consumer Antitrust Litigation
　　　　　　3:21-cv-05227-JD  State of Utah et al v. Google LLC et al
　　　　　　3:22-cv-02746-JD  Match Group, LLC et al v. Google LLC  et al

Attorney(s) for Plaintiff(s):　Gary Bornstein/Karma Giulianelli/Doug Dixion/Brendan Glackin/Paula Blizzard

Attorney(s) for Defendant(s):　Brian Rocca/Michelle Chiu/Glen Pomerantz/Jonathan Kravis/Kuruvilla Olasa/Dane Shikman

Third-Party Counsel: Jay Srinivasan

Court Reporter: Rhonda Aquilina

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Status Conference and Motion Hearing -- Held

## NOTES AND ORDERS

The States, Consumers, and Google represent that a final settlement agreement has been reached and is in the process of being executed. The States will lodge a term sheet with chambers. The States anticipate filing a motion for approval by November 27, 2023, but the Court is amenable to Google's request that the filing be deferred until the jury trial has concluded. The States are directed to file a notice once the settlement agreement has been executed in full, and the Court will set a date for the approval motion.

For Apple witness Carson Oliver, the Court orders that Oliver will give no more than 45 minutes of trial testimony, and his deposition will be limited to 4 hours. Dkt. Nos. 613, 654.

For trial witness Rich Miner, plaintiffs may take a 7-hour deposition of Miner. Dkt. No. 655.

Jury selection in the *Epic* and *Match* cases, Nos. 20-5761 & 22-2746, is set for November 2, 2023, at 9:00 a.m. Trial will begin on November 6, 2023, at 9:00 a.m.

A remote conference is set for October 31, 2023, at 11:00 a.m. to review jury questionnaire responses and conduct a pre-screening for hardships.

Other trial details will be discussed at the pretrial conference on October 19, 2023.