Brian C. Rocca, State Bar No. 221576
brian.rocca@morganlewis.com
Michelle Park Chiu, State Bar No. 248421
michelle.chiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Glenn D. Pomerantz, State Bar No. 112503
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

*Counsel for Defendants Google LLC, et al.*

Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC; Humor Rainbow, Inc.; PlentyofFish Media ULC; and People Media, Inc.*

Paul J. Riehle, State Bar No. 115199
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*Match Group, LLC, et al., v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEPOSITION AND DISCOVERY DESIGNATIONS**<br><br>Judge: Hon. James Donato |

Defendants Google LLC et al., ("Google"), Plaintiff Epic Games, Inc. ("Epic"), and Plaintiff Match Group, LLC, et al. ("Match Group") (collectively, "the Parties"), by and through their undersigned counsel of record and subject to the Court's approval, enter into this stipulation with reference to the following circumstances:

WHEREAS, pursuant to Paragraph 32 of the Court's Standing Order for Civil Jury Trials, the Parties are to jointly file all excerpts of affirmative and counter-designations of deposition testimony and other discovery responses that will be offered by any party at trial for any reason other than impeachment or rebuttal on November 1, 2023 ("Deposition and Discovery Designations");

WHEREAS, in the interests of efficiency and minimizing burden on the Court, parties, and non-parties, the parties have conferred and agreed to electronically lodge with the Court (rather than file) all Deposition and Discovery Designations;

WHEREAS, the Parties have conferred and agreed that once Deposition and Discovery Designations are used in front of the jury during trial, those designations will be submitted into the trial record and filed on the docket pursuant to the Civil Local Rules or as otherwise ordered by the Court;

WHEREAS, the Parties have further conferred and agreed to a modified deposition designation exchange schedule for the deposition of non-party Riot Games, Inc. ("Riot"), which was conducted on October 27, 2023, to permit sufficient time for the parties to exchange their designations and any objections prior to their submission to the Court;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:**

1. The Parties will electronically lodge Deposition and Discovery Designations with the Court on November 1, 2023.

2. Once Deposition and Discovery Designations are used in front of the jury during trial, those designations will be submitted into the trial record and filed on the docket pursuant to the Civil Local Rules or as otherwise ordered by the Court.

3. The Parties agree to the following deposition designation exchange schedule for the Riot deposition:

   a. The Parties agree to exchange initial deposition designations for the Riot

deposition on November 1, 2023;

    b.    The Parties agree to exchange counter designations and objections to initial designations for the Riot deposition on November 3, 2023; and

    c.    The Parties agree to lodge their affirmative and counter-designations and any objections to the Riot deposition with the Court on November 6, 2023.

Dated:  October 30, 2023              MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Michelle Park Chiu
     Michelle Park Chiu

*Counsel for Google*

Dated:  October 30, 2023              HUESTON HENNIGAN LLP

By: /s/ Douglas J. Dixon
     Douglas J. Dixon

*Plaintiffs Match Group, LLC, Humor Rainbow, Inc., PlentyofFish Media ULC, and People Media, Inc.*

Dated:  October 30, 2023              CRAVATH, SWAINE & MOORE LLP

By: /s/ Gary A. Bornstein
     Gary A. Bornstein

*Counsel for Plaintiff Epic Games, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____      _____
                                                            Honorable James Donato
                                                            United States District Judge
                                                            Northern District of California

**E-FILING ATTESTATION**

I, Michelle Park Chiu, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Michelle Park Chiu*
Michelle Park Chiu