# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  October 31, 2023                                                                     Judge:  Hon. James Donato

Time:  1 Hour 3 Minutes

Cases and nos.:           3:21-md-02981-JD  In re Google Play Store Antitrust Litigation
                          3:20-cv-05671-JD  Epic Games, Inc. v. Google LLC  et al
                          3:22-cv-02746-JD  Match Group, LLC et al v. Google LLC, et al

Attorney(s) for Plaintiff(s):      Douglas Dixon, Gary Bornstein

Attorney(s) for Defendant(s):      Lauren Bell, Glenn Pomerantz

## PROCEEDINGS

Pretrial Conference re Jury Questionnaire Responses -- Held (by remote conference)

## NOTES AND ORDERS

The Court reviews the jury questionnaire responses with the parties and identifies the jurors who should be excused for hardship.

For the November 6, 2023 trial, there will be a 30-minute lunch break each trial day; the daily end time will remain 3:30 p.m.

The parties will endeavor to close their evidence presentations by December 1, 2023.

The Court may consider holding trial on Friday, November 17, 2023.

The parties are directed to make their exhibits available to the public as required under the Local Rules.

The Court is not inclined to seal the courtroom, and will not do so for any extended period.  Any requests to seal the courtroom must be filed on the docket by 5 p.m. California time, one court day in advance of the requested sealing.  The filing may not exceed 3 pages.