UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | MDL Case No. 21-md-02981-JD <br><br> Member Case No. 20-cv-05671-JD <br><br> **PROPOSED VOIR DIRE** |

The Court will ask these in-court voir dire questions at the November 2, 2023 jury selection, in addition to individual follow-up questions based on the written juror questionnaire responses. The in-court questions are based on the parties' submissions and the Court's practice.

The parties are directed to bring with them on November 2, 2023, an updated, joint list of witnesses to be used for Question 3. Any objections or concerns to the proposed voir dire will be taken up the morning of November 2, 2023, before the prospective jurors are brought into the courtroom.

**IT IS SO ORDERED.**

Dated: October 31, 2023

JAMES DONATO
United States District Judge

**VOIR DIRE QUESTIONS**

1. Counsel for the plaintiff will introduce themselves and their client.
   a. Do you know any of the attorneys?
   b. Are you personally acquainted with an officer, director, or employee of Epic Games, Inc.?
   c. Have you or anyone close to you had any financial dealings with Epic Games, including stock ownership?
2. Counsel for the defendants will introduce themselves and their clients.
   a. Do you know any of the attorneys?
   b. Are you personally acquainted with an officer, director, or employee of any of those Google companies?
   c. Have you or anyone close to you had any financial dealings with any of those Google companies, including stock ownership?
3. Here is a list of potential witness who may testify at trial. Do you know any of these people?
4. Have you or anyone close to you ever worked for a tech or mobile phone company?
5. Have you or anyone close to you ever worked for an app company?
6. Do you or anyone close to you have any education, training, or experience in developing or distributing apps?
7. Have you or anyone close to you ever created or developed an app?
8. Have you read or heard anything about this case other than what you've heard here today?
9. Do you have any difficulty understanding English, or reading documents in English?
10. Is there anything I have not asked you about that you believe could affect your ability to serve as a fair and impartial juror for this trial?