1  LAUREN N. BECK (State Bar No. 343375)
   Lauren.Beck@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
4  Facsimile:     (213) 687-3702

5  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF LAUREN N. BECK** |
| *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | |

PLEASE TAKE NOTICE that attorney Lauren N. Beck of the law firm of Munger, Tolles & Olson, LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court documents in connection with this action be served at the email address listed above.

DATED: November 4, 2023

MUNGER, TOLLES & OLSON LLP

By: /s/ *Lauren N. Beck*
Lauren N. Beck
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Attorneys for Defendants