1  NICHOLAS R. SIDNEY (State Bar No. 308080)
   Nick.Sidney@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
3  Fiftieth Floor
   Los Angeles, CA 90071-3426
4  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
5
   *Attorney for Defendants*
6

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                SAN FRANCISCO

11

| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
|---|---|
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF NICHOLAS R. SIDNEY** |
| *Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | |

    PLEASE TAKE NOTICE that attorney Nicholas R. Sidney of the law firm of Munger, Tolles & Olson, LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the email address listed above.

DATED: November 4, 2023

MUNGER, TOLLES & OLSON LLP

By:     /s/ *Nicholas R. Sidney*
     NICHOLAS R. SIDNEY
     MUNGER, TOLLES & OLSON LLP
     350 South Grand Avenue
     Fiftieth Floor
     Los Angeles, CA 90071
     Telephone: (213) 683-9100

Attorney for Defendants