UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE'S MOTION FOR PROTECTIVE ORDER**<br><br>Judge:    Hon. James Donato<br>Courtroom:    11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

IT IS HEREBY ORDERED that Defendant Google's Motion for Protective Order is **GRANTED** in full. The parties shall preliminarily redact all telephone numbers and email addresses on all evidence presented in the courtroom during trial or eventually filed with the Court pursuant to the Local Rules. Where redacting an email address would also redact the identity of the sender or recipient of a particular communication, the parties are to annotate the communication with the first and last name of the sender or recipient wherever such a redaction has been applied.

**SO ORDERED**

DATED: _____

_____
HON. JAMES DONATO
United States District Judge