1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE NON-PARTY ACTIVISION BLIZZARD, INC.'S OBJECTION TO DISCLOSURE OF TESTIMONY AND DOCUMENTS AND REQUEST TO SEAL THE COURTROOM**<br><br>The Honorable James Donato |

[PROPOSED] ORDER RE NON-PARTY ACTIVISION BLIZZARD, INC.'S OBJECTION TO DISCLOSURE OF TESTIMONY AND DOCUMENTS AND REQUEST TO SEAL THE COURTROOM
CASE NOS. 3:21-md-02981-JD, 3:20-cv-05671-JD

Having considered non-party Activision Blizzard, Inc.'s ("Activision Blizzard") Objection to Disclosure of Testimony and Documents and Request to Seal the Courtroom,

**IT IS HEREBY ORDERED:**

The following documents or portions thereof may be filed with Activision Blizzard's confidential information sealed and only shown in a sealed courtroom: Exhibits 142, 143, 148, 149, 150, 360, 384, and 1980.

Further, the deposition of Activision Blizzard's witness, Armin Zerza, and the following documents related thereto may be filed under seal and only shown or introduced in a sealed courtroom: AB-GOOG-000492, AB-GOOG-000516, and AB-GOOG-000432.

Dated: _____          _____
                                 The Honorable James Donato
                                 United States District Court Judge
                                 Northern District of California

1

[PROPOSED] ORDER RE NON-PARTY ACTIVISION BLIZZARD, INC.'S OBJECTION TO DISCLOSURE OF
TESTIMONY AND DOCUMENTS AND REQUEST TO SEAL THE COURTROOM
CASE NOS. 3:21-md-02981-JD, 3:20-cv-05671-JD