1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10          SAN FRANCISCO DIVISION
11

| 12 | **IN RE GOOGLE PLUE STORE ANTITRUST LITIGATION** | MDL No. 3:21-md-02981-JD |
|---|---|---|
| 13 | | **[PROPOSED] ORDER REGARDING NON-PARTY NINTENDO OF AMERICA INC.'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS 384 AND 8011** |
| 14 | THIS DOCUMENT RELATES TO: | |
| 15 | *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |

16
17
18
19
20
21
22
23
24
25
26
27
28

On November 6, 2023, Non-Party Nintendo of America Inc. ("NOA") filed a Motion to Seal Portions of Trial Exhibits 384 and 8011. NOA's Motion refers to portions of pages GOOG-PLAY-004146698.R, GOOG-PLAY-004146699.R, GOOG-PLAY-004146701.R, GOOG-PLAY-004146703.R, GOOG-PLAY-004146707.R, GOOG-PLAY-004146730.R, GOOG-PLAY-004146731.R, and GOOG-PLAY-004146739.R of Exhibit 384 and pages GOOG-PLAY-000851374.R and GOOG-PLAY-000851384.R of Exhibit 8011 that relate or refer to Nintendo ("Nintendo Confidential Information"). NOA moves to seal the courtroom when Nintendo Confidential Information is discussed at trial. NOA also requests that Nintendo Confidential Information be reacted from any versions of Exhibit 384 and Exhibit 8011 that are made available in the public record.

Having considered NOA's Motion and supporting declaration,

**IT IS HEREBY ORDERED:**

The document portions described below may only be shown in a sealed courtroom and will be redacted from any versions of Exhibits 384 and 8011 that appear in the public record:

| Deposition Exhibit Number (Bates Number) | Document Description | Portion Sought to Be Sealed | Reason(s) for Sealing Request | Ruling |
|---|---|---|---|---|
| Exhibit 384 (GOOG-PLAY-004146698.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146698.R | References whether Nintendo has executed contracts with Google that include certain substantive provisions | |
| Exhibit 384 (GOOG-PLAY-004146699.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146699.R | Discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, including financial and term information, all of which is subject to contractual confidentiality protections | |

| Deposition Exhibit Number (Bates Number) | Document Description | Portion Sought to Be Sealed | Reason(s) for Sealing Request | Ruling |
|---|---|---|---|---|
| Exhibit 384 (GOOG-PLAY-004146701.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146701.R | References whether Nintendo has executed contracts with Google that include certain substantive provisions; describes Nintendo's relationship and negotiation strategy with Google | |
| Exhibit 384 (GOOG-PLAY-004146703.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146703.R | References whether Nintendo has executed contracts with Google that include certain substantive provisions; describes confidential financial details reflecting terms and performance of the business relationship between Nintendo and Google | |
| Exhibit 384 (GOOG-PLAY-004146707.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146707.R | Describes Nintendo's relationship and negotiation strategy with Google; discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, including financial and term information, all of which is subject to contractual confidentiality protections | |
| Exhibit 384 (GOOG-PLAY-004146730.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146730.R | Discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, including financial and term information, all of which is subject to contractual confidentiality protections | |

| Deposition Exhibit Number (Bates Number) | Document Description | Portion Sought to Be Sealed | Reason(s) for Sealing Request | Ruling |
|---|---|---|---|---|
| Exhibit 384 (GOOG-PLAY-004146731.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146731.R | Discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, including financial and term information, all of which is subject to contractual confidentiality protections | |
| Exhibit 384 (GOOG-PLAY-004146739.R) | Games Velocity Program V1 Business Impact Assessment | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-004146739.R | References whether Nintendo has executed contracts with Google that include certain substantive provisions, contracts which are subject to contractual confidentiality protections | |
| Exhibit 8011 (GOOG-PLAY-000851374.R) | Hug program status | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-000851374.R | Discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, as part of an underlying contract subject to contractual confidentiality protections; describes Nintendo's relationship and negotiation strategy with Google | |
| Exhibit 8011 (GOOG-PLAY-000851384.R) | Hug program status | Excerpts referencing confidential Nintendo information on the page labeled GOOG-PLAY-000851384.R | Discloses competitively sensitive information about Nintendo's contracts and business relationship with Google, as part of an underlying contract subject to contractual confidentiality protections; describes Nintendo's relationship and negotiation strategy with Google | |

1
2  Dated: _____, 2023
3
                                          _____
4                                         Honorable James Donato
                                          United States District Judge
5                                         Northern District of California
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC.'S MOTION TO SEAL
164402704.1