1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO

11  | **IN RE GOOGLE PLAY STORE** | Case No. 3:21-md-02981-JD
12  | **ANTITRUST LITIGATION** | **[PROPOSED] ORDER RE: NON-PARTY AMAZON.COM LLC'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION**
13  | THIS DOCUMENT RELATES TO:
14  | *Epic Games, Inc. v. Google LLC et al.,* | Honorable James Donato
    | Case No. 3:20-cv-05671-JD
15

Having considered non-party Amazon.com LLC ("Amazon") Motion to Seal Highly Confidential Information, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The following documents or portions thereof may be filed under seal and only shown in a sealed courtroom:

| Deposition Exhibit Number (Bates Number) | Document description | Portion sought to be sealed | Reason(s) for sealing request | Ruling |
|---|---|---|---|---|
| Exhibit 1362 (AMZ-GP_00001492) | Amazon App Developer Key Terms Chart | Seal entirety | Discloses contractual terms between Amazon and 30 largest app developers; if developers had this information, they could use it to harm Amazon in negotiations with Amazon; if competitors had this information, they could use it to disadvantage Amazon. | |
| Exhibit 1369 (AMZ-GP_00002484) | 2020 Q2 QPR Appstore and Cross Screen Tech | Seal entirety | Detailed business planning document that contains forward looking sales projections, strategic plans for future initiatives, and future target business partners. If Amazon's competitors or the target business partners listed in the document had access to this information, they could use it to obtain a business advantage in negotiations or in their competing businesses. | |
| Exhibit 1364 (AMZ-GP_00005729) | Appstore data pulled for purposes of litigation | Seal entirety | Detailed financial information that on Summary_3 shows Amazon's contractual revenue share with developers. This information could be used by developers to harm Amazon in negotiations and by competitors. Summary_4 similarly shows effective developer revenue broken down by | |

1

[PROPOSED] ORDER RE: NON-PARTY AMAZON.COM LLC'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION
3:21-md-02981-JD, 3:20-cv-05671-JD

| Deposition Exhibit Number (Bates Number) | Document description | Portion sought to be sealed | Reason(s) for sealing request | Ruling |
|---|---|---|---|---|
| | | | category and could be used against Amazon in negotiations. | |
| Exhibit 1406 (AMZ-GP_00001672) | 2021 Appstore Experience Final Review | Redact all portions marked "Response" | Contains Amazon's confidential analysis of its app store and other app stores. If disclosed, Amazon's competitors could use this information to disadvantage Amazon in contract negotiations, in their own business strategy, or in advertising or marketing about Amazon. | |
| Exhibit 1366 (AMZ-GP_00003257) | Spelljammer | Redact portion | Redact only pages 13 & 14, which contain forward looking financial projections; if a competitor had access to these financial projections, it could cause competitive harm to Amazon. | |

The following portions of the deposition of Amazon's witness may also be filed under seal and only shown in a sealed courtroom:

| Line Number | Document Description | Reason(s) for sealing request | Ruling |
|---|---|---|---|
| 71:11 – 71:16<br>73:20 – 73:24<br>74:3 – 74:5<br>74:12 – 74:15 | Custom Appstore terms | Discloses contractual terms between Amazon and app developers; if developers had this information, they could use it to harm Amazon in negotiations with Amazon; if competitors had this information, they could use it to disadvantage Amazon on their own negotiations with developers. | |
| 87:15 – 87:20<br>87:24 – 87:25 | Average Appstore commissions rates | Discloses an average of Appstore commission rate across Amazon's contracts with developers; disclosure of this information to developers would harm Amazon in its negotiations | |

| Line Number | Document Description | Reason(s) for sealing request | Ruling |
|---|---|---|---|
| | | with developers; disclosing it to competitors would allow competitors to disadvantage Amazon in their negotiations with developers. | |
| 95:1-19 | Appstore transactions and revenue information | Contains Amazon's confidential financial information about the number of transactions by device type; information is not available outside of Amazon; if disclosed it could be used to harm Amazon's competitive position. | |
| 100:5 – 100:8<br>100:11 – 100:12<br>101:20 - 102:3 | Expense and profitability information | Contains Amazon's confidential financial information about its expenses and profitability; if disclosed to competitors or business partners, it could be used to harm Amazon's competitive position. | |

Dated: _____, 2023

By: _____
Honorable James Donato
United States District Judge
Northern District of California