1  VENABLE LLP
   Philip T. Sheng (SBN 278422)
2  David E. Fink (SBN 169212)
   101 California Street, Suite 3800
3  San Francisco, CA 94111
   Telephone: 415-653-3750
4  Facsimile: 415-653-3755
   Email: ptsheng@venable.com
5         defink@venable.com

6

7  *Attorneys for Non-Party*
   *Warner Brothers Discovery, Inc.*
8

9             **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

| 12 | **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
|---|---|---|
| 13 | THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF PHILIP T. SHENG** |
| 14 | *Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Honorable James Donato |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

I, PHILIP T. SHENG, of Venable LLP, hereby enter my appearance as counsel for Non-party Warner Brothers Discovery, Inc. in this matter.  I am a member of the State Bar of California and have been admitted to the bar of the Northern District of California.  My contact information is as follows:

VENABLE LLP
Philip T. Sheng (SBN 278422)
101 California Street, Suite 3800
San Francisco, CA 94111
Email: PTSheng@venable.com
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

Please serve said counsel with all necessary pleadings, papers, correspondence, and notices in this action.

Dated:  November 7, 2023

VENABLE LLP

By: */s/ Philip T. Sheng*
Philip T. Sheng (SBN 278422)

*Attorneys for Non-Party*
*Warner Brothers Discovery, Inc.*

1

Case No. 3:21-md-02981-JD,
Case No. 3:20-cv-05671-JD

NOTICE OF APPEARANCE OF PHILIP T. SHENG