| | |
|---|---|
| 1 | Russell P. Cohen (SBN 213105) |
| 2 | russ.cohen@dechert.com<br>DECHERT LLP |
| 3 | One Bush Street, Ste.1600<br>San Francisco, CA 94104-4446 |
| 4 | Telephone: (415) 262-4500<br>Fax: (415) 262-4555 |
| 5 | |
| 6 | *Attorneys for Non-Parties TikTok Inc.<br>and Paddle.com Market Limited* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No.: 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF RUSSELL P. COHEN**<br><br>Honorable James Donato |

NOTICE OF APPEARANCE – RUSSELL COHEN

CASE NO.: 3:21-md-02981-JD

1  **TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that Russell P. Cohen of Dechert LLP hereby appears as counsel

3  of record for Non-Parties TikTok Inc. and Paddle.com Market Limited in the above captioned

4  action, and hereby requests that all notices given or required to be given, and all papers filed or

5  served or required to be served in this matter, be provided and served on:

6  
7  
8  
9  
Russell P. Cohen
DECHERT LLP
One Bush Street, Ste.1600
San Francisco, CA 94104-4446
Telephone: (415) 262-4500
russ.cohen@dechert.com

10  Dated:  November 7, 2023                             Respectfully submitted,

11  
12  
13  
*By: /s/ Russell P. Cohen*
Russell P. Cohen
Attorney for Non-Parties TikTok Inc. and
Paddle.com Market Limited