**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL MINUTE ORDER**

Case Nos.  3:20-cv-05671-JD & 3:21-md-02981-JD

Case Names: *Epic Games, Inc. v. Google LLC et al*; *In re Google Play Store Antitrust Litigation*

Date:  November 6, 2023                                 Time:  5 Hours & 30 Minutes

**Judge:  Hon. James Donato**

**Clerk**: LISA R. CLARK                      **Court Reporter:**  Kelly Shainline

**COUNSEL FOR PLTF**:  Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars

**COUNSEL FOR DEFT**:  Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Jonathan Wiktor, Glenn Pomerantz

Trial Began:  November 6, 2023                    Further Trial:  November 7, 2023

**TRIAL MOTIONS HEARD**:                        **DISPOSITION:**

1.

2.

3.

**OTHER:**

See Trial Log Attached

**VERDICT:**

**DISPOSITION OF EXHIBITS:**