UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cases:  3:20-cv-05671-JD Epic Games, Inc. v. Google LLC  et al
        3:21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Jonathan Wiktor, Glenn Pomerantz |
|---|---|---|
| JURY TRIAL DATE: 11/6/2023 | REPORTER(S): Kelly Shainline | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:05 am | | | In camera hearing with lead counsel re juror issue; out of the presence of the jury.  Juror excused.<br><br>Google's motion for a protective order, Dkt. No. 736, is granted in principle.  Individuals' email addresses and telephone numbers will be redacted from trial exhibits unless the email address or telephone number is itself an item of evidence.  The parties will work together to implement this ruling. | |
| | | 9:17 am | | | Court in recess. | |
| | | 9:26 am | | | Court in session; all parties present out of the presence of the jury. | |
| | | 9:29 am | | | Court in session; all parties and jury present. | |
| | | | | | Court preliminarily instructs the jury. | |
| | | 9:57 am | | | Plaintiff's opening statement. | |
| | | 10:44 am | | | Stretch break | |
| | | 10:46 am | | | Defendant's opening statement. | |
| | | 11:31 am | | | Court in recess. | |
| | | 11:51 am | | | Court in session; all parties and jury present. | |
| | | | | | Plaintiff calls Steven Allison -- direct examination | |
| 5519 | | | X | X | Email from P. Meegan to T. Sweeney et al re Fwd: Congratulations on Fortnite & Epic Games Launcher (2018.03.24) | LRC |
| | | 12:30 pm | | | Court in recess. | |
| | | 1:11 pm | | | Continued direct examination of Steven Allison | |
| | | 1:18 pm | | | Cross-examination of Steven Allison | |
| | | | | | Witness shown depo testimony | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 9001 |  | X | X | 8/11/2020 chats between T. Randall and S. Allison | LRC |
|  |  | 2:06 pm |  |  | Re-direct of Steven Allison |  |
|  |  | 2:13 pm |  |  | Court in recess. |  |
|  |  | 2:33 pm |  |  | Court in session; all parties and jury present. Plaintiff calls Ben Simon -- direct examination. |  |
|  |  |  |  |  | Witness shown demonstrative. |  |
| 8028 |  |  | X | X | Screenshot titled "Only 14 days left on your free trial" | LRC |
| 8022 |  |  | X | X | Webpage titled "Developer Program Policy" (effective August 31, 2023) | LRC |
|  |  | 2:58 pm |  |  | Cross-examination of Ben Simon |  |
|  | 5462 |  | X |  | Document dated 9/28/2020 titled "Listening to Developer Feedback to Improve Google Play" |  |
|  | 6376 |  | X |  | Undated document titled "Understanding Google Play's Payments policy" |  |
|  |  | 3:11 pm |  |  | Jury in recess. |  |
|  |  | 3:16 pm |  |  | Court in recess. |  |
|  |  |  |  |  | Plaintiff has 2322 minutes left. |  |
|  |  |  |  |  | Defendant has 2339 minutes left |  |