Renata B. Hesse (SBN 148425)
(hesser@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California  94301
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

Shane M. Palmer (SBN 308033)
(palmersh@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Attorneys for Non-Party Spotify USA Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc.* v. *Google LLC*, No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF SVERKER K. HOGBERG**<br><br>Judge:  Hon. James Donato |

To the Clerk of the Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Non-Party Spotify USA Inc.

Dated:  November 8, 2023                    Respectfully submitted,

/s/ Sverker K. Hogberg
Sverker K. Hogberg
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California  94301
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700
Email:    hogbergs@sullcrom.com

*Attorney for Non-Party Spotify USA Inc.*

## **ATTESTATION**

I, Shane M. Palmer, am the ECF User whose ID and password are being used to file this document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories concur with this filing.

Dated:  November 8, 2023                    /s/ Shane M. Palmer
                                            Shane M. Palmer