1  Tiffany L. Lee (Bar No. 303007)
   tiffanylee@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA 98101
   Telephone: (206) 359-3304
4  Facsimile: (206) 359-4404

5  *Attorney for Non-Party*
   *Nintendo of America, Inc.*
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | MDL No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF NON-PARTY NINTENDO OF AMERICA INC.'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS 384 AND 8011** |
|---|---|

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | |
| 3 | PLEASE TAKE NOTICE that Non-Party Nintendo of America Inc. ("NOA") hereby |
| 4 | withdraws its Motion to Seal Portions of Trial Exhibits 384 and 8011 in *Epic Games Inc. v.* |
| 5 | *Google LLC et al., No. 3:20-cv-05671-JD*, Dkt. 507 and *In re Google Play Store Antitrust* |
| 6 | *Litigation, No. 3:21-md-02981-JD*, Dkt. 739.  NOA withdraws its motion with the understanding |
| 7 | that Epic will not refer in open court to most of the document portions that NOA originally |
| 8 | identified for sealing.  NOA reserves the right to seek to seal portions of Exhibits 384 and 8011 |
| 9 | under the local rules once the exhibits are admitted into evidence. |

DATED:  November 8, 2023

/s/Tiffany L. Lee
Tiffany L. Lee (CA Bar No. 303007)
tiffanylee@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-3304
Facsimile: (206) 359-4404

*Attorney for Non-Party*
*Nintendo of America Inc.*

## CERTIFICATE OF SERVICE

☒  I hereby certify that on November 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

*/s/ Tiffany L. Lee*
Attorney