Tiffany L. Lee (Bar No. 303007)
tiffanylee@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-3304
Facsimile: (206) 359-4404

*Attorney for Non-Party
Nintendo of America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | MDL No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF NON-PARTY NINTENDO OF AMERICA INC.'S MOTION TO SEAL PORTIONS OF TRIAL EXHIBIT 1524** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Non-Party Nintendo of America Inc. ("NOA") hereby withdraws its Motion to Seal Portions of Trial Exhibit 1524 in *Epic Games Inc. v. Google LLC et al.*, No. 3:20-cv-05671-JD, Dkt. 511 and *In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD, Dkt. 744.  NOA withdraws its motion with the understanding that Epic will not refer in open court to the document portions that NOA originally identified for sealing.  NOA reserves the right to seek to seal portions of Exhibit 1524 under the local rules once the exhibit is admitted into evidence.

DATED:  November 8, 2023          */s/Tiffany L. Lee*
                                                          Tiffany L. Lee (CA Bar No. 303007)
                                                          tiffanylee@perkinscoie.com
                                                          Perkins Coie LLP
                                                          1201 Third Avenue, Suite 4900
                                                          Seattle, WA 98101
                                                          Telephone: (206) 359-3304
                                                          Facsimile: (206) 359-4404

                                                          *Attorney for Non-Party*
                                                          *Nintendo of America Inc.*

**CERTIFICATE OF SERVICE**

☒　　I hereby certify that on November 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

*/s/ Tiffany L. Lee*
Attorney