Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
Dane P. Shikman, Bar No. 313656
dane.shikman@mto.com
Rebecca L. Sciarrino, Bar No. 336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD

Case No. 3:21-md-02981-JD

**GOOGLE'S REQUEST FOR A JURY INSTRUCTION THAT IT HAS NO DUTY TO DEAL**

Judge: Hon. James Donato

1    Because Google has no duty to distribute app stores through the Google Play store, this

2   Court granted Google's motion for summary judgment on "plaintiffs' claim that Google

3   unlawfully prohibits the distribution of other app stores on Google Play."  MDL ECF No. 700 at 1.

4   The Court further held that Epic "may not *argue or suggest* that § 4.5" of Google's Developer

5   Distribution Agreement—the policy that prohibits developers from distributing app stores through

6   the Google Play store—"is unlawful either on its own or in combination with other alleged

7   practices."  *Id.* (emphasis added).

8    Despite that instruction, during trial on November 8, Epic's counsel *twice* asked a Google

9   witness whether Google "*refuses* to distribute third party app stores on Google play."  Trial

10   Transcript, 743:16-22 (Nov. 8, 2023) (emphasis added).  When the witness explained that the

11   policy was motivated by Google's desire to keep users safe, Epic's counsel responded that he

12   would get to this "*so-called* safety reason," and continued: "In fact, it's one of the requirements

13   that a developer cannot distribute an alternative app store through Google Play, correct?" *Id.*

14   744:1-3 (emphasis added).  The questioning was argumentative and suggested to the jury that

15   Google's refusal to deal was unlawful.

16    But the law is clear.  Google has no duty to deal.  *Verizon Communications v. Trinko*, 540

17   U.S. 398 (2004); *FTC v. Qualcomm Inc.*, 969 F.3d 974, 993 (9th Cir. 2020).  Because Epic has

18   now suggested to the jury that Google has a duty to distribute rival app stores, a jury instruction is

19   necessary.  Accordingly, Google requests that the Court instruct the jury as follows:

20    **Duty to Deal**

21    You have heard evidence that Google's Developer Distribution
     Agreement prohibits the distribution of other app stores through the
22    Google Play store.  I instruct you that it is not unlawful for Google to
     prohibit the distribution of other app stores through the Google Play
23    store, and you should not infer or conclude that doing so is unlawful
     in any way.

24

25

26

27

28

GOOGLE'S REQUEST FOR A JURY INSTRUCTION THAT IT HAS NO DUTY TO DEAL

1   DATED:  November 9, 2023      Respectfully submitted,

2

By:     */s/ Glenn D. Pomerantz*

3                                   Glenn D. Pomerantz

4                             **MUNGER TOLLES & OLSON LLP**

5                                 Glenn D. Pomerantz
                                Kuruvilla Olasa

6                                 Emily C. Curran-Huberty
                                Jonathan I. Kravis

7                                 Justin P. Raphael
                                Kyle W. Mach

8                                 Dane Shikman
                                Rebecca L. Sciarrino

9                                 Jamie B. Luguri

10                               Lauren N. Beck

11                           **MORGAN, LEWIS & BOCKIUS LLP**

12                                 Minna Lo Naranjo
                                Brian C. Rocca

13                                 Sujal J. Shah
                                Michelle Park Chiu

14                                 Rishi P. Satia

15                                 *Counsel for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE'S STATEMENT ON A NON-JURY TRIAL ON EPIC'S CLAIMS AND DEFENSES