1  Brian C. Rocca, Bar No. 221576
   brian.rocca@morganlewis.com
2  Sujal J. Shah, Bar No. 215230
   sujal.shah@morganlewis.com
3  Michelle Park Chiu, Bar No. 248421
   michelle.chiu@morganlewis.com
4  Minna Lo Naranjo, Bar No. 259005
   minna.naranjo@morganlewis.com
5  Rishi P. Satia, Bar No. 301958
   rishi.satia@morganlewis.com
6  **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
7  San Francisco, CA 94105-1596
   Telephone: (415) 442-1000
8
   Richard S. Taffet, *pro hac vice*
9  richard.taffet@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS LLP**
10 101 Park Avenue
   New York, NY 10178-0060
11 Telephone: (212) 309-6000
12 *Counsel for Defendants*

   Glenn D. Pomerantz, Bar No. 112503
   glenn.pomerantz@mto.com
   Kuruvilla Olasa, Bar No. 281509
   kuruvilla.olasa@mto.com
   **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071
   Telephone: (213) 683-9100

   Kyle W. Mach, Bar No. 282090
   kyle.mach@mto.com
   Justin P. Raphael, Bar No. 292380
   justin.raphael@mto.com
   Emily C. Curran-Huberty, Bar No. 293065
   emily.curran-huberty@mto.com
   Dane P. Shikman, Bar No. 313656
   dane.shikman@mto.com
   Rebecca L. Sciarrino, Bar No. 336729
   rebecca.sciarrino@mto.com
   **MUNGER, TOLLES & OLSON LLP**
   560 Mission Street, Twenty Seventh Fl.
   San Francisco, California 94105
   Telephone: (415) 512-4000

   Jonathan I. Kravis, *pro hac vice*
   jonathan.kravis@mto.com
   Lauren Bell, *pro hac vice*
   lauren.bell@mto.com
   **MUNGER, TOLLES & OLSON LLP**
   601 Massachusetts Ave. NW, Ste 500E
   Washington, D.C. 20001
   Telephone: (202) 220-1100

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**REQUEST AND ~~[PROPOSED]~~ ORDER RE COURTROOM EQUIPMENT TRIAL**<br><br>Judge: Hon. James Donato |

Defendants, by and through their undersigned counsel of record, respectfully request permission to bring a podium into the courthouse on Tuesday, November 14, 2023, and to possess and use that podium in Courtroom 11 on that date.

Dated:  November 8, 2023

MUNGER TOLLES & OLSON LLP

By:  /s/ Glenn D. Pomerantz
     Glenn D. Pomerantz

*Counsel for Defendants*

Dated:  November 8, 2023

MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Brian C. Rocca
     Brian C. Rocca

*Counsel for Defendants*

**SO ORDERED**

Dated: _11/9/2023_

_____
Honorable James Donato
United States District Judge
Northern District of California

-1-

REQUEST AND [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR TRIAL
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD

**E-FILING ATTESTATION**

I, Dane P. Shikman, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Dane P. Shikman*
Dane P. Shikman