Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Timothy G. Cameron (*pro hac vice*)
tcameron@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:20-cv-05671-JD<br>Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF MICHAEL J. ZAKEN IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

1  I, Michael J. Zaken, declare as follows:

2  1. I am a partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc.

3 ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

4  2. I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this

5 declaration are based on my personal knowledge.

6  3. Epic's Opposition to Google's and Spotify's Administrative Motions to Seal Trial

7 Exhibits and Portions of Deposition of Sandra Alzetta ("Epic's Opposition") contains portions

8 that are sourced from materials that Defendants Google LLC, Google Ireland Limited, Google

9 Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively,

10 "Google"), and non-party Spotify USA Inc., have designated as "CONFIDENTIAL", "HIGHLY

11 CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-PARTY HIGHLY

12 CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY", pursuant to the operative Protective

13 Order entered by the Court, Case No. 3:21-md-02981-JD, MDL Dkt. Nos. 238 and 249. The

14 following table shows the portions of Epic's Opposition that contain information designated as

15 "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON-

16 PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY".

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Epic's Opposition to Google's and Spotify's Administrative Motions to Seal Trial Exhibits and Portions of Deposition of Sandra Alzetta ("Epic's Opposition") | Page 1, Lines 10-12 ( from after the sentence ending "is very different" to "to Google") | Google and Spotify USA, Inc. |
| Epic's Opposition | Page 1, Lines 13-14 (from after "Spotify pays" to "when") | Google and Spotify USA, Inc |
| Epic's Opposition | Page 1, Line 15 (to "of Google Play Billing") | Google and Spotify USA, Inc |

1   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
2   and correct and that I executed this declaration on November 10, 2023 in New York, New York.

*Michael J. Zaken*
Michael J. Zaken