UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:20-cv-05671-JD<br>Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER ON EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

    Having considered Epic Games, Inc.'s ("Epic") Administrative Motion To Consider Whether Another Party's Material Should Be Sealed, the Declaration of Michael J. Zaken in Support of the Administrative Motion, any declaration by Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific PTE. Limited and Google Payment Corp. (collectively "Google'), any non-party declaration submitted in response and Epic's response thereto, and pursuant to Local Rules 7-11 and 79-5;

    IT IS HEREBY ORDERED:

| Document | Portion Containing Designated Information | Designating Party | Ruling |
|---|---|---|---|
| Epic's Opposition to Google's and Spotify's Administrative Motions to Seal Trial Exhibits and Portions of Deposition of Sandra Alzetta ("Epic's Opposition") | Page 1, Lines 10-12 ( from after the sentence ending "is very different" to "to Google") | Google and Spotify USA, Inc. | |
| Epic's Opposition | Page 1, Lines 13-14 (from after "Spotify pays" to "when") | Google and Spotify USA, Inc | |
| Epic's Opposition | Page 1, Line 15 (to "of Google Play Billing") | Google and Spotify USA, Inc | |

IT IS SO ORDERED.

Dated:

By: _____

THE HONORABLE JAMES DONATO
United States District Judge