UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER REGARDING NON-PARTY WARNER BROS. DISCOVERY, INC.'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION**<br><br>Honorable James Donato |

1       Having considered non-party Warner Brothers Discovery, Inc.'s ("WBD") Motion to Seal Highly Confidential Information, pursuant to Local Rules 7-11 and 79-5.

**IT IS HEREBY ORDERED:**

The following documents may be filed under seal and only shown or discussed in a sealed courtroom:

| Exhibit (Bates Number) | Portion sought to be sealed | Reasons for sealing request | Ruling |
|---|---|---|---|
| Exhibit 5674-016 (GOOG-PLAY-000437834.R) | Seal entirety | Includes confidential subscriber information belonging to WBD regarding the Google Play store on the Android platform; this information is not available outside of WBD; if disclosed it could be used to harm WBD's competitive position and provide competitors an unfair advantage in the marketplace. | |

DATED:_____, 2023

_____
The Honorable James Donato
United States District Judge
Northern District of California

---

1

Case Nos. 3:21-md-02981-JD,
3:20-cv-05671-JD

[PROPOSED] ORDER REGARDING REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION