UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cases:  3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
21-md-2981 In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>Hon. James Donato | PLAINTIFF'S ATTORNEY:<br>Lauren Moskowitz,<br>Yonatan Even, Gary Bornstein,<br>Brent Byars, Andrew Wiktor | DEFENSE ATTORNEY:<br>Lauren Bell, Jonathan Kravis,<br>Michelle Chiu, Brian Rocca,<br>Kuru Olasa, Kyle Mach,<br>Justin Raphael, Glenn Pomerantz |
|---|---|---|
| JURY TRIAL HEARING DATE:<br>11/7/2023 | REPORTER(S):<br>Kelly Shainline | CLERK:<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:10 am | | | Court in session; out of the presence of the jury. | |
| | | 9:27 am | | | Court in recess. | |
| | | 9:43 am | | | Court in session; all parties and jury present. | |
| | | 9:44 am | | | Plaintiff calls Genaro Lopez direct examination | |
| 6056 | | | X | X | Document titled, "You Said What?! 10 Things to Ensure You Are Communicating with Care" | LRC |
| 1 | | | X | X | Web page titled, "Google Chat Retention Policy" (2/26/2021), https://support.google.com/info-gov/answer/9366391?hl=en&ref_topic=10252791 | LRC |
| 10104 | | | X | X | Example of "1:1" Chat | LRC |
| | | | | | Witness shown exhibit 6056 | |
| 6461 | | | X | X | Google Chat conversation (12/08/2022) | LRC |
| 10002 | | | X | X | Website titled "Google Chat Retention FAQs" (last modified Oct. 1, 2021) | LRC |
| | | 10:33 am | | | Cross-examination of Genaro Lopez | |
| | | | | | Witness shown exhibits 6056, 1, 10002 | |
| | | 10:48 am | | | Redirect of Genaro Lopez | |
| | | 10:52 am | | | Court in recess. | |
| | | 11:12 am | | | Court in session; out of the presence of the jury regarding exhibit 148. | |
| | | 11:15 am | | | Court in session; all parties and jury present. | |
| | | 11:16 am | | | Plaintiff calls Lawrence Koh -- direct examination | |
| 136 | | | X | X | Slide deck titled "Boosting Top Game Developer Support and Securing Play Distribution on Samsung Devices (03/28/2019)" | LRC |
| 148 | | | X | X | Email from K. Aviram Beatty to R. Wyatt and L. Koh re ABK Update - Armin Mtg (11/27/2019) | LRC |
| | | 12:08 pm | | | Court in recess. | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 12:50 pm |  |  | Court in session; all parties and jury present. Cont'd direct of Lawrence Koh. |  |
| 150 |  |  | X | X | Email from L.Koh to M.Marchak re ABK Update (12/12/2019) | LRC |
| 151 |  |  | X | X | Document titled "Google Strategic Partnership with Activision Blizzard King" (11/18/2020) | LRC |
| 153 |  |  | X | X | Document Titled "Google Play Games Velocity Program" | LRC |
| 154 |  |  | X | X | Addendum to the Google Play Developer Distribution Agreement | LRC |
| 155 |  |  | X | X | Agreement (01/25/2020) | LRC |
| 156 |  |  | X | X | Email from G. Yousling to L. Koh re Riot & GVP (02/18/2020) | LRC |
| 162 |  |  | X | X | Document dated 3/9/2020 titled "Games Velocity Program Addendum to the Google Play Developer Distribution Agreement" | LRC |
| 163 |  |  | X | X | Document titled "Google Ads Credits Addendum" (06/16/2021) | LRC |
|  |  | 1:29 pm |  |  | Cross-examination of Lawrence Koh |  |
|  |  |  |  |  | Witness shown exhibits 136, 154, 155, 156, 162, 163, 148, 150. |  |
|  | 142 |  | X | X | 4/11/2019 email from L. Koh to P. Kochikar | LRC |
|  |  |  |  |  | Witness shown exhibit 153 |  |
|  |  | 2:09 pm |  |  | Court in recess. |  |
|  |  | 2:26 pm |  |  | Court in session; all parties and jury present. Cont'd cross-examination of Lawrence Koh |  |
|  | 10018 |  | X | X | 4/11/2020 email from E. Zobrist to L. Koh | LRC |
|  | 10020 |  | X | X | 4/21/2020 email from D. Song to L. Koh | LRC |
|  |  | 2:40 pm |  |  | Re-direct of Lawrence Koh |  |
|  |  |  |  |  | Witness shown exhibit 154. |  |
| 149 |  |  | X | X | Email from L. Koh to M. Marchak re ABK Update - Armin Mtg 11/26 (12/04/2019) | LRC |
|  |  |  |  |  | Witness shown exhibits 142, 136. |  |
| 5921 |  |  | X | X | Email from P. Kochikar to D. Harrison and L. Koh re Fortnite on Google Play (12/10/2019) | LRC |
|  |  | 3:04 pm |  |  | Plaintiff calls Michael Marchak -- direct examination |  |
| 360 |  |  | X | X | Presentation dated 8/8/2019 titled "Play Value Model: Play BD StratOps" | LRC |
| 355 |  |  | X | X | Email from R. Sharif to F. Hu et al re FOP value (04/23/2019) | LRC |
|  |  | 3:30 pm |  |  | Jury at recess for the day. |  |
|  |  | 3:38 pm |  |  | Court at recess for the day. |  |
|  |  |  |  |  | Plaintiff has 2128 minutes left. |  |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|--------------|----|----|-------------|----|
|         |         |              |    |    | Defendant has 2270 minutes left. |    |