UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case Nos.  3:20-cv-05671-JD & 3:21-md-02981-JD

Case Names: *Epic Games, Inc. v. Google LLC et al*; *In re Google Play Store Antitrust Litigation*

Date:  November 8, 2023                Time:  5 Hours & 11 Minutes

**Judge:  Hon. James Donato**

**Clerk**:  LISA R. CLARK            **Court Reporter:**  Rhonda Aquilina

**COUNSEL FOR PLTF**:  Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor

**COUNSEL FOR DEFT**:  Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz

Trial Began:  November 6, 2023            Further Trial:  November 9, 2023

**TRIAL MOTIONS HEARD**:            **DISPOSITION:**

1.

2.

3.

**OTHER:**

See Trial Log Attached

**VERDICT:**

**DISPOSITION OF EXHIBITS:**