UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case:   3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
        21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>Hon. James Donato | PLAINTIFF'S ATTORNEY:<br>Lauren Moskowitz,<br>Yonatan Even, Gary Bornstein,<br>Brent Byars, Andrew Wiktor,<br>John Hueston | DEFENSE ATTORNEY:<br>Lauren Bell, Jonathan Kravis,<br>Michelle Chiu, Brian Rocca,<br>Kuru Olasa, Kyle Mach,<br>Justin Raphael, Glenn Pomerantz,<br>Brian Smith |
|---|---|---|
| **JURY TRIAL HEARING DATE:**<br>11/9/2023 | **REPORTER(S):**<br>Rhonda Aquilina | **CLERK:**<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:05 am | | | Court in session; out of the presence of the jury. | |
| | | 9:13 am | | | Cont'd direct examination of Purnima Kochikar | |
| 1522 | | | X | X | Email from P. Kochikar to M. Theermann re risk (12/13/2019) | LRC |
| 1478 | | | X | X | Document titled, "Riot GVP Deal (2/15/2020)" | LRC |
| 1410 | | | X | X | Presentation dated 4/1/2016 titled "Project Wichita Update and Discussion Guide" | LRC |
| 1549 | | | X | X | Email from P. Kochikar to S. Lee re Next Steps + A Question (06/10/2020) | LRC |
| 1546 | | | X | X | Document titled, "Internal Briefing Document" (03/02/2020) | LRC |
| 1545 | | | X | X | Email from M. McCurdy to C. Li et al re FB Pre-Installer Impacted by Android BD Outreach (03/02/2020) | LRC |
| 8025 | | | X | X | Play Payments Policy | LRC |
| | | 9:48 am | | | Cross-examination of Purnima Kochikar | |
| | | | | | Witness shown exhibits 1478, 1522 | |
| | 5696 | | X | X | 12/6/2019 email from M. Theermann to M. Marchak | LRC |
| | 6390 | | X | X | Presentation dated 8/24/2022 titled "Google Enterprise Deal Extension" | LRC |
| | 5714 | | X | X | Presentation dated 6/19/2019 titled "Project Hug Update @ PPS" | LRC |
| | | | | | Witness shown exhibits 1520, 5714 | |
| | 1524 | | X | X | Slide deck titled, "Games Velocity Program" (06/01/2021) | LRC |
| | | 10:25 am | | | Court in recess. | |
| | | 10:41 am | | | Court in session; out of the presence of the jury. | |
| | | 10:48 am | | | Court in session; all parties and jury present. Cont'd cross-examination of Purnima Kochikar. | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Witness shown exhibit 805 | |
| | 5653 | | X | X | Presentation dated June 2018 titled "Lion Force Strategy: Pitch Document - WIP" | LRC |
| | 5816 | | X | X | Undated document titled "How Google Play Works: 2019 Google Play Public Policy Report" | LRC |
| | 10928 | | X | X | 6/19/2018 email from A. Ong to P. Kochikar, B. Barras | LRC |
| | 10883 | | X | X | Document dated 11/17/2020 titled "Google Play Developer Distribution Agreement" | LRC |
| | 5911 | | X | X | Undated presentation titled "App Quality Gap 1. Initial thoughts & learning plan" | LRC |
| | 6044 | | X | X | Presentation dated 2020 Q3 titled "Summaries of Individual Apps" | LRC |
| | 5941 | | X | X | Presentation dated 2020 titled "The Gen Z Effect: Tech, trends, and truths for a new(er) generation" -- cover, pp. 10 & 11 only. | LRC |
| | | 11:38 pm | | | Re-direct of Purnima Kochikar | |
| 8520 | | | X | X | No description provided | LRC |
| | | | | | Witness shown exhibits 5653, 6044, 6390 | |
| 8523 | | | X | X | No description provided | LRC |
| 1530 | | | X | X | Document titled, "BC: Spotify Ltd. (BC22-006)" (02/17/2022) | LRC |
| | | | | | Witness shown exhibit 1520 | |
| | | 12:00 pm | | | Jury at recess. | |
| | | 12:05 pm | | | Court in recess. | |
| | | 12:42 pm | | | Court in session; out of the presence of the jury. | |
| | | 12:49 pm | | | Court in session; all parties and jury present. Cont'd re-direct of Purnima Kochikar. | |
| | | | | | Witness shown exhibits 5653, 2698, Kochikar demonstrative #11, 1530 | |
| 8526 | | | X | X | No description provided | LRC |
| | | | | | Witness shown exhibit 5714 | |
| 8522 | | | X | X | No description provided | LRC |
| 8519 | | | X | X | No description provided | LRC |
| | | 1:14 pm | | | Re-cross of Purnima Kochikar | |
| | | 1:15 pm | | | Plaintiff calls Emily Garber -- direct examination. | |
| 6487 | | | X | X | Chat between E. Garber and T. Ostrowski (01/26/2021) | LRC |
| 6488 | | | X | X | Chat between E. Garber and T. Ostrowski (03/17/2022) | LRC |
| | | 1:38 pm | | | Cross-examination of Emily Garber | |
| | | 1:39 pm | | | Re-direct of Emily Garber | |
| | | 1:40 pm | | | Plaintiff calls Margaret Lam -- direct examination. | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Witness shown exhibits 10104, 6056 |  |
| 8024 |  |  | X | X | Chats between S. Lu and M. Lam (1/13/2021) | LRC |
| 6464 |  |  | X | X | Google Chat conversation (02/16/2021) | LRC |
|  |  | 2:03 pm |  |  | Jury at recess. |  |
|  |  | 2:12 pm |  |  | Court in recess. |  |
|  |  | 2:27 pm |  |  | Court in session; all parties and jury present. Cont'd direct examination of Margaret Lam. |  |
| 8020 |  |  | X | X | Messages from M. Lam to M. Mackey et al. | LRC |
| 6462 |  |  | X | X | Google Chat conversation (03/17/2022) | LRC |
| 8021 |  |  | X | X | Messages from E. Young to M. Lam | LRC |
| 6465 |  |  | X | X | Google Chat conversation (03/21/2022) | LRC |
| 6479 |  |  | X | X | Google Chat conversation (09/06/2022) | LRC |
| 6454 |  |  | X | X | Google Chat conversation (11/09/2022) | LRC |
|  |  | 2:52 pm |  |  | Cross-examination of Margaret Lam |  |
|  |  |  |  |  | Witness shown exhibit 8021 |  |
|  |  | 2:54 pm |  |  | Re-direct of Margaret Lam |  |
|  |  | 2:56 pm |  |  | Video deposition of Paul Perryman |  |
| 713 |  |  | X | X | Android Developers Blog, "Listening to Developer Feedback to Improve Google Play" (09/28/2020) | LRC |
| 2050 |  |  | X | X | Document | LRC |
| 2051 |  |  | X | X | Document | LRC |
| 2052 |  |  | X | X | Slide deck | LRC |
| 2054 |  |  | X | X | Spreadsheet | LRC |
|  |  | 3:35 pm |  |  | Court in recess. |  |
|  |  |  |  |  | Plaintiff has 1699 minutes left. |  |
|  |  |  |  |  | Defendant had 2137 minutes left. |  |