1  Renata B. Hesse (SBN 148425)
   (hesser@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   550 Hamilton Avenue
3  Palo Alto, California  94301
   Telephone:     (650) 461-5600
4  Facsimile:      (650) 461-5700

5  Shane M. Palmer (SBN 308033)
   (palmersh@sullcrom.com)
6  SULLIVAN & CROMWELL LLP
   125 Broad Street
7  New York, New York  10004
   Telephone:     (212) 558-4000
8  Facsimile:      (212) 558-3588

9  *Attorneys for Non-Party Spotify USA Inc.*

10
                    **UNITED STATES DISTRICT COURT**
11
                    **NORTHERN DISTRICT OF CALIFORNIA**
12

13  **IN RE GOOGLE PLAY STORE**           )   Case No. 3:21-md-02981-JD
    **ANTITRUST LITIGATION**              )
14                                        )   **[PROPOSED] ORDER RE NON-PARTY**
    THIS DOCUMENT RELATES TO:             )   **SPOTIFY'S ADMINISTRATIVE**
15                                        )   **MOTION TO SEAL PORTIONS OF**
    *Epic Games, Inc.* v. *Google LLC*, No. 3:20-cv-  )   **EXHIBIT 1496**
16  05671-JD                              )
                                          )   Judge:  Hon. James Donato
17                                        )

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

1  On November 13, 2023, Non-Party Spotify USA Inc. ("Spotify") filed an
2  Administrative Motion to Seal Portions of Exhibit 1496 (the "Motion"). The Motion is supported
3  by the accompanying Declaration of Shane M. Palmer, and the Declaration of Sandra Alzetta filed
4  on November 7, 2023 in support of Spotify's Administrative Motion to Seal Portions of the
5  Deposition of Sandra Alzetta and Exhibits Thereto (MDL Dkt. No. 749-1).

Having considered Spotify's Motion and supporting declarations,

**IT IS HEREBY ORDERED:**

Compelling reasons exist to seal the information requested by Spotify for the reasons set forth in the Declaration of Sandra Alzetta (MDL Dkt. No. 749-1). The following portions of Exhibit 1496 may be filed under seal and may only be shown in a sealed courtroom:

| Exhibit Number (Bates Number) | Portion Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|
| Exhibit 1496 (GOOG-PLAY-004692994.R) | Page -004: all text below "Google's May Proposal" and "Spotify's July Counter" | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |
| | Page -008: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |
| | Page -018: figure in chart under column titled "Processing Cost" and in row titled "Spotify Proposal" | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |
| | Page -020: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |
| | Page -021: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |
| | Page -023: entire page | MDL Dkt. No. 749-1, Alzetta Decl. ¶¶ 6–9 | |

The portions of Exhibit 1496 that are sealable, as indicated in the chart above, shall be redacted from any version that is made available in the public record during or after trial.

-2-

1    **IT IS SO ORDERED.**

2    Dated: _____, 2023

     _____
     Honorable James Donato
     United States District Judge
     Northern District of California