1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10                                 SAN FRANCISCO DIVISION
11

| 12 | **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | MDL No. 3:21-md-02981-JD |
|---|---|---|
| 13 | | **[PROPOSED] ORDER REGARDING NON-PARTY NINTENDO OF AMERICA INC.'S MOTION TO SEAL TRIAL EXHIBIT 5286** |
| 14 | THIS DOCUMENT RELATES TO: | |
| 15 | *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1    On November 13, 2023, Non-Party Nintendo of America Inc. ("NOA") filed a Motion to
2  Seal Trial Exhibit 5268. NOA requests that Exhibit 5268 be sealed when it is filed with the Court
3  after the completion of trial.

4    Having considered NOA's Motion and supporting declaration,

5    **IT IS HEREBY ORDERED:**

6    The document described below will be sealed when filed with the Court after trial:

| Exhibit Number | Document Description | Portion Sought to Be Sealed | Reason(s) for Sealing Request |
|---|---|---|---|
| Exhibit 5286 | Games Velocity Program Addendum to the Google Play Developer Distribution Agreement | The entire document | The document is a confidential contract between Nintendo and Google and includes non-public details about the business relationship between Nintendo and Google. |

Dated: _____, 2023

                                              Honorable James Donato
                                              United States District Judge
                                              Northern District of California