| | |
|---|---|
| 1 | Renata B. Hesse (SBN 148425) |
| | (hesser@sullcrom.com) |
| 2 | Sverker K. Hogberg (SBN 244640) |
| | (hogbergs@sullcrom.com) |
| 3 | SULLIVAN & CROMWELL LLP |
| | 550 Hamilton Avenue |
| 4 | Palo Alto, California 94301 |
| | Telephone:    (650) 461-5600 |
| 5 | Facsimile:    (650) 461-5700 |
| 6 | Shane M. Palmer (SBN 308033) |
| | (palmersh@sullcrom.com) |
| 7 | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| 8 | New York, New York 10004 |
| | Telephone:    (212) 558-4000 |
| 9 | Facsimile:    (212) 558-3588 |
| 10 | *Attorneys for Non-Party Spotify USA Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **CORRECTED NOTICE OF APPEARANCE OF SVERKER K. HOGBERG** |
| *Epic Games, Inc.* v. *Google LLC*, No. 3:20-cv-05671-JD | Judge: Hon. James Donato |

To the Clerk of the Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Non-Party Spotify USA Inc.

Dated:  November 13, 2023                Respectfully submitted,

　　　　　　　　　　　　　　　　　　 */s/* Sverker K. Hogberg
　　　　　　　　　　　　　　　　　　Sverker K. Hogberg
　　　　　　　　　　　　　　　　　　SULLIVAN & CROMWELL LLP
　　　　　　　　　　　　　　　　　　550 Hamilton Avenue
　　　　　　　　　　　　　　　　　　Palo Alto, California  94301
　　　　　　　　　　　　　　　　　　Telephone:   (650) 461-5600
　　　　　　　　　　　　　　　　　　Facsimile:    (650) 461-5700
　　　　　　　　　　　　　　　　　　Email:    hogbergs@sullcrom.com

　　　　　　　　　　　　　　　　　　*Attorney for Non-Party Spotify USA Inc.*