# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case Nos.  3:20-cv-05671-JD & 3:21-md-02981-JD

Case Names:  *Epic Games, Inc. v. Google LLC  et al*; *In re Google Play Store Antitrust Litigation*

Date:  November 13, 2023                                   Time:  5 Hours & 2 Minutes

**Judge:  Hon. James Donato**

**Clerk**: LISA R. CLARK                          **Court Reporter:**  Kelly Shainline

**COUNSEL FOR PLTF**:  Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor

**COUNSEL FOR DEFT**:  Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach,

Justin Raphael, Glenn Pomerantz, Nick Sidney

Trial Began:  November 6, 2023                      Further Trial:  November 14, 2023

**TRIAL MOTIONS HEARD**:                      **DISPOSITION:**

1.  _____          _____

2.  _____          _____

3.  _____          _____

**OTHER:**

See Trial Log Attached

**VERDICT:**

_____

_____

**DISPOSITION OF EXHIBITS:**

_____

_____