UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case:  3:20-cv-05671-JD Epic Games, Inc. v. Google LLC  et al
       21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz, Nick Sidney |
|---|---|---|
| JURY TRIAL DATE: 11/13/2023 | REPORTER(S): Kelly Shainline | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:06 am |  |  | Court in session; out of the presence of the jury. Google's motion to seal trial exhibits, Dkt. No. 769, denied. |  |
|  |  | 9:15 am |  |  | Court in recess. |  |
|  |  | 9:16 am |  |  | Court in session; all parties and jury present. |  |
|  |  | 9:18 am |  |  | Plaintiff calls James Kolotouros -- direct examination. |  |
| 647 |  |  | X | X | Presentation dated 5/2019 titled "Android 101" | LRC |
| 617 |  |  | X | X | Presentation dated 8/2019 titled "MADA & RSA: Android Commercial Agreements" | LRC |
| 5255 |  |  | X | X | Mobile Application Distribution Agreement (Android) (03/30/2017) | LRC |
|  |  |  |  |  | Witness shown exhibit 617 |  |
| 623 |  |  | X | X | Email from J. Kolotouros to D. Thevenon re rev share agreement with OEMs (07/08/2014) | LRC |
| 624 |  |  | X | X | Slide deck titled, "Google Distribution on Android Framework" (06/01/2019) | LRC |
| 627 |  |  | X | X | Premier Tier Requirements (05/12/2020) | LRC |
| 626 |  |  | X | X | Google Mobile Revenue Share Agreement (02/01/2020) | LRC |
| 629 |  |  | X |  | Android Premium Working Group (03/13/2020) |  |
|  |  |  |  |  | Witness shown exhibit 8523 |  |
| 652 |  |  | X | X | Document titled, "Store Agreement Term Sheet" (06/20/2019) | LRC |
| 1065 |  |  | X | X | Document dated 11/4/2020 titled "Samsung 2020 Mobile Incentive Agreement(s)" | LRC |
| 6446 |  |  | X | X | Jim Kolotouros "Notes for Don" (05/08/2019) | LRC |
|  |  | 10:32 am |  |  | Stretch break |  |
|  |  | 10:33 am |  |  | Cross-examination of James Kolotouros |  |
|  |  |  |  |  | Witness shown exhibit 627 |  |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 5187 |  | X | X | Android Compatibility Commitment (01/30/2012) | LRC |
|  | 5399 |  | X | X | "Mobile Application Distribution Agreement (MADA)" (01/01/2018) | LRC |
|  |  |  |  |  | Witness shown demonstrative 1, 2, 3 |  |
|  |  | 10:55 am |  |  | Court in recess. |  |
|  |  | 11:19 am |  |  | Court in session; all parties present. The Court will hold a witness hearing on the chats issue, out of the presence of the jury, on November 16, 2023, at 3 p.m. |  |
|  |  |  |  |  | All parties and jury present; cont'd cross-examination of James Kolotouros. |  |
|  |  |  |  |  | Witness shown demonstrative 4 |  |
|  |  |  |  |  | Witness shown exhibits 626, 623, 624, 1 |  |
|  | 6066 |  | X | X | 7/12/2019 email from J. Rosenberg to T. Lim, P. Bankhead, P. Gennai, J. Kolotouros, C. Li, S. Samat, S. Krishnamachari, W. Logan, A. Kumar, P. Kochikar, M. Hochberg | LRC |
|  | 628 |  | X | X | Document dated 3/27/2020 titled "Partner Info Doc- Oneplus 8 Fortnite partnership" | LRC |
|  |  | 11:44 am |  |  | Re-direct of James Kolotouros |  |
|  |  |  |  |  | Witness shown exhibits 627, 624 |  |
|  |  | 11:58am |  |  | Court asks witness juror question numbers 2, 3, 4 |  |
|  |  | 12:00 pm |  |  | Court in recess. |  |
|  |  | 12:40 pm |  |  | Court in session; all parties and jury present. Plaintiff calls Jamie Rosenberg -- direct examination. |  |
| 8029 |  |  | X | X | No description provided | LRC |
| 801 |  |  | X | X | Email from J. Rosenberg to P. Kochikar re PLEASE READ: WSJ details (08/27/2013) | LRC |
| 800 |  |  | X | X | Email from J. Rosenberg to S. Kassardjian re DirecTV Status (05/26/2016) | LRC |
| 799 |  |  | X | X | Email from J. Lagerling to J. Rosenberg re Wallet and DCB (10/08/2013) | LRC |
| 5963 |  |  | X | X | May 2016 Google presentation titled "GMS apps on Low RAM - leadership update" | LRC |
| 682 |  |  | X | X | Amazon competitor deep dive slide deck (4/2017) | LRC |
|  |  |  |  |  | Witness shown exhibit 805. |  |
| 806 |  |  | X | X | 8/8/2018 email from J. Rosenberg to C. Smith | LRC |
| 761 |  |  | X | X | Email from E. Cunningham to S. Samat re FN Update (08/15/2018) | LRC |
| 8564 |  |  | X | X | No description provided | LRC |
| 8568 |  |  | X | X | No description provided | LRC |
|  |  |  |  |  | Witness shown exhibit 136 |  |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 783 | | | X | X | Email from J. Kolotouros to H. Lockheimer re Samsung Store Proposal (05/30/2019) | LRC |
| 785 | | | X | X | Email from J. Kolotouros to S. Samat re Samsung Next Steps (06/06/2019) | LRC |
| 787 | | | X | X | Email from E. Crosby to J. Kolotouros re Banyan (06/19/2019) | LRC |
| | | 2:00 pm | | | Court in recess. | |
| | | 2:17 pm | | | Court in session; out of the presence of the jury. | |
| | | 2:18 pm | | | Court in session; all parties and jury present. | |
| 708 | | | X | X | Document titled, "Ruminations on Play's Business model" (08/07/2019) | LRC |
| | | 2:24 pm | | | Cross-examination of Jamie Rosenberg | |
| | 6133 | | X | X | 2/7/2019 email from S. Samat to E. Crosby | LRC |
| | | | | | Witness shown exhibits 136, 652, 6066, 805, 761, 8564, 682, 8029 | |
| | 5956 | | X | X | 3/24/2015 email from J. Rosenberg to H. Lockheimer | LRC |
| | 5996 | | X | X | 5/28/2016 email from J. Rosenberg to S. Samat, P. Gennai, M. Petrillo, L. Fontaine, V. Buch, S. Newberry, K. Oh | LRC |
| | 5580 | | X | X | 6/8/2016 email from S. Samat to J. Rosenberg | LRC |
| | 5674 | | X | X | Presentation dated 7/31/2017 titled "Subscriptions V2 Follow-Up" | LRC |
| | | | | | Witness shown exhibit 708 | |
| | | 3:20 pm | | | Re-direct of Jamie Rosenberg | |
| | | | | | Witness shown exhibits 805, 136, 5996, 5674 | |
| | | 3:29 pm | | | Court in recess. | |
| | | | | | Plaintiff has 1504 minutes left. | |
| | | | | | Defendant has 2033 minutes left. | |