UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case Nos.  3:20-cv-05671-JD & 3:21-md-02981-JD

Case Names: *Epic Games, Inc. v. Google LLC  et al*; *In re Google Play Store Antitrust Litigation*

Date:  November 14, 2023          Time:   5 Hours & 6 Minutes

**Judge:  Hon. James Donato**

**Clerk**:  LISA R. CLARK          **Court Reporter**:  Rhonda Aquilina

**COUNSEL FOR PLTF**:  Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor, Joseph Reiter

**COUNSEL FOR DEFT**:  Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz, Brian Smith

Trial Began:  November 6, 2023          Further Trial:  November 15, 2023

**TRIAL MOTIONS HEARD**:          **DISPOSITION:**

1.

2.

3.

**OTHER:**

See Trial Log Attached

**VERDICT:**

**DISPOSITION OF EXHIBITS:**