UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cases:  3:20-cv-05671-JD Epic Games, Inc. v. Google LLC  et al
        21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor, Joseph Reiter | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz |
|---|---|---|
| JURY TRIAL DATE: 11/14/2023 | REPORTER(S): Kelly Shainline | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:25 am |  |  | Court in session; out of the presence of the jury. |  |
|  |  | 9:40 am |  |  | Court in session; all parties and jury present. |  |
|  |  | 9:41 am |  |  | Plaintiff calls Sundar Pichai -- direct examination. |  |
| 8030 |  |  | X | X | No description provided | LRC |
| 2731 |  |  | X | X | Google Chat conversation (10/12/2021) | LRC |
| 2726 |  |  | X | X | Email from R. PC Gibson to android-leadership@google.com (04/17/2013) | LRC |
| 2720 |  |  | X | X | Video of 2011 Chrome Keynote presentation | LRC |
| 2724 |  |  | X | X | Email from A. Bishop to R. Roy-Chowdhury re [webstore-leads] re: Sync up on Polycraft Chrome App (10/28/2013) | LRC |
|  |  | 10:41 am |  |  | Jury at recess. Discussion with the parties outside the presence of the jury. |  |
|  |  | 10:59 am |  |  | Cont'd direct examination of Sundar Pichai |  |
| 2728 |  |  | X | X | Presentation dated 7/15/2020 titled "Google Play Alphabet Board Update" | LRC |
|  |  | 11:09 am |  |  | Cross-examination of Sundar Pichai |  |
|  |  |  |  |  | Witness shown exhibits 8030, 2731, 2724. |  |
|  |  | 11:43 am |  |  | Re-direct of Sundar Pichai |  |
|  |  | 12:04 pm |  |  | Jury at recess |  |
|  |  | 12:05 pm |  |  | Court questions witness outside the presence of the jury. |  |
|  |  | 12:09 pm |  |  | Court in recess |  |
|  |  | 12:50 pm |  |  | Court in session; out of the presence of the jury. |  |
|  |  | 12:57 pm |  |  | Plaintiff calls Eric Chu - Depo video |  |
| 298 |  |  | X | X | Email from A. Rubin to E. Chu re Draft blog post and FAQ for Android Market – Updated version with Erin's feedback (08/27/2008) | LRC |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 299 | | | X | X | Email from Google Documents [on behalf of E. Chu] to E. Chu re Android's User-Driven Content... (10/22/2008) | |
| 300 | | | X | X | 2/4/2009 email from N. Shanbhag to theoc@google.com, E. Schmidt, L. Page, J. Rosenberg, D. Drummond, B. Coughran, J. Huber, K. Walker, J. Braddi, B. Ling, E. Chu, Y. Shacham, P. Shore, N. Shanbhag | LRC |
| 303 | | | X | X | Email from E. Chu to M. Womack re Transaction Fee for Android Market priced apps in Japan (06/30/2009) | LRC |
| 304 | | | X | X | Email from J. Mattson to D. Morrill re Change in default revenue share (12/17/2009) | LRC |
| 305 | | | X | X | Android Market - Now available for users - Android Developers Blog (10/22/2008) | LRC |
| 308 | | | X | X | Email from M. Stepka to E. Chu re FW Android Marketplace Payments – UPDATE (04/24/2009) | LRC |
| 312 | | | X | X | Email from J. Lagerling to E. Chu re FW Meeting notes from meeting with Eric Chu (08/23/2011) | LRC |
| 316 | | | X | X | Message from E. Chu to E. Kim (06/07/2020) | LRC |
| 319 | | | X | X | Email from E. Chu to G. Prachi re Draft Email to Prep John (07/31/2020) | LRC |
| 320 | | | X | X | Email from E. Chu to P. Gupta re Scott Email for Play-YT Work Estimation (07/11/2020) | LRC |
| 322 | | | X | X | Email from E. Chu to P. Gupta re Boy-Flow/Policy 3-Team Sync (Monday) (06/07/2020) | LRC |
| 332 | | | X | X | Chat between E. Chu and P. Gupta (5/28/2020) | LRC |
| 949 | | | X | X | Email from E. Chu to A. Rubin Re [Fwd: Re: 70-30 worldwide?] (06/07/2009) | LRC |
| | | 1:49 pm | | | Stretch break | |
| | | 1:50 pm | | | Plaintiff calls Hiroshi Lockheimer -- direct examination | |
| | | | | | Witness shown exhibit 647 | |
| 1376 | | | X | X | Email from T. Sullivan to H. Lockheimer re GMS Update Mechanism (05/18/2011) | LRC |
| 1390 | | | X | X | Slide deck titled, "2021 Annual Planning, Platforms & Ecosystems" (11/05/2020) | LRC |
| 433 | | | X | X | Presentation dated 11/6/2020 titled "2021 Annual Plan-Finance Fact Pack Platforms & Ecosystems" | LRC |
| 5641 | | | X | X | Undated presentation titled "P&E Annual Plan Play Sandbox" | LRC |
| 1378 | | | X | X | Email from J. Lagerling to H. Lockheimer re Clarification (01/28/2014) | LRC |
| 1380 | | | X | X | Email from H. Yoon to H. Lockheimer re FW Samsung Launches Samsung GALAXY Apps (07/11/2014) | LRC |
| | | 2:19 pm | | | Court in recess | |
| | | 2:37 pm | | | Court in session; all parties and jury present. Cont'd direct examination of Hiroshi Lockheimer. | |
| 1385 | | | X | X | Email from M. Murphy to P. Schindler re [BC Approval Required] URGENT: Epic Games (07/21/2018) | LRC |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 1386 | | | X | X | Email from S. Newberry to J. Rosenberg re ATTORNEY CLIENT PRIVILEGED Fortnight Task Force (08/25/2018) | LRC |
| 1391 | | | X | X | Instant Messages from S. Wojcicki to H. Lockheimer (06/23/2020) | LRC |
| | | 3:00 pm | | | Cross-examination of Hiroshi Lockheimer | |
| | 5932 | | X | X | Undated presentation titled "P&E Better Together First Draft" | LRC |
| | 5622 | | X | | Undated presentation titled "Closing the Gen Z App Gap" | |
| | 5666 | | X | X | 9/23/2015 email from A. Pimplapure to A. Ludwig | LRC |
| | 9026 | | X | | | |
| | 6695 | | X | X | Video dated 4/22/2018 titled "Apple Makes Fun of Android #3" Available at: https://www.youtube.com/watch?v=z1APG3HjO4Q | LRC |
| | | | | | Witness shown exhibit 5956 | |
| | 706 | | X | X | 10/18/2017 email from S. Samat to H. Lockheimer | LRC |
| | | 3:34 pm | | | Re-direct of Hiroshi Lockheimer | |
| | | | | | Witness shown exhibits 706, 5932, 1386 | |
| | | 3:47 pm | | | Re-cross of Hiroshi Lockheimer | |
| | | | | | Witness shown exhibit 706 | |
| | | 3:49 pm | | | Jury at recess.  Discussion with parties outside the presence of the jury. | |
| | | 3:56 pm | | | Court in recess. | |
| | | | | | Plaintiff has 1323 minutes left. | |
| | | | | | Defendant has 1921 minutes left. | |