# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br><br> *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD <br><br> **[PROPOSED] ORDER RE: GOOGLE'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRIAL EXHIBITS** <br><br> Judge:  Hon. James Donato |

Having considered Google's Amended Administrative Motion to File Under Seal Trial Exhibits and any materials submitted in support thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The highlighted portions of the following Proposed Trial Exhibits ("Exhibits") may be filed under seal:

| Document | Document or Portion of Document Sought to be Sealed | Ruling |
|---|---|---|
| Exhibit 1489 | Highlighted Excerpts | |
| Exhibit 1492 | Highlighted Excerpts | |

Dated: _____, 2023

_____
Honorable James Donato
United States District Judge
Northern District of California