UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case:   3:20-cv-05671-JD Epic Games, Inc. v. Google LLC  et al,
        21-md-2981 In re: Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: James Donato | PLAINTIFFS ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz, Nick Sidney |
|---|---|---|
| **JURY TRIAL HEARING DATE:** 11/15/2023 | **REPORTER(S):** Kelly Shainline | **CLERK:** Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:21 am | | | Court in session out of the presence of the jury. | |
| | | 9:35 am | | | Court in session all parties and jury present. | |
| | | 9:37 am | | | Plaintiff's call Kirsten Rasanen direct examination. | |
| 1436 | | | X | X | Undated Play Console help page titled "Payments" | LRC |
| | | | | | Witness shown Demonstrative 1 | |
| 1442 | | | X | X | Email from K. Rasanen to P. Feng re Prep Doc for Spotify Meeting (11/27/2017) | LRC |
| | | | | | Witness shown exhibit 704 | |
| 8582 | | | X | | No description provided | |
| | | | | | Witness shown exhibit 704 | |
| 8574 | | | X | X | No description provided | LRC |
| 5820 | | | X | X | Email re Play Payment Policy -- Carrier Plan. | LRC |
| 8539 | | | X | X | No description provided | LRC |
| 1440 | | | X | X | Email from K. Rasanen to J. Rosenberg et al re GPB Grandfathering Discussions Update (02/07/2018) | LRC |
| 1417 | | | X | X | 10/17/2017 email from K. Rasanen to S. Samat | LRC |
| 8554 | | | X | X | No description provided | LRC |
| | | | | | Witness shown exhibit 8555 | |
| 8555 | | | X | X | No description provided | LRC |
| 8573 | | | X | X | No description provided | LRC |
| 436 | | | X | X | Presentation titled, "Compute - Playform & Ecosystem - Devices & Services - Board of Directors Update" | LRC |
| 290 | | | X | X | Pixel Switching Study Presentation (01/18/2017) | LRC |
| | | | | | Witness shown exhibit 436 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1766 | | | X | X | Slide deck titled, "Android Consideration: Likely Purchasers and Recent Purchasers" | LRC |
| 1768 | | | X | X | Slide deck titled, "Android Brand Health" (09/08/2020) | LRC |
| 1764 | | | X | X | "Excel workbook titled, ""30(b)(6)"" (          2/12/2020)" | LRC |
| | | 10:45 am | | | Jury in recess. | |
| | | 10:52 am | | | Court in recess | |
| | | 11:06 am | | | Court in session all parties and jury present. Cont'd direct examination of Kirsten Rasanen. | |
| | | | | | Witness show exhibit 1764, 1766, | |
| 11409 | | | X | X | Charts Used by Plaintiff re: Kirsten Rasanen | LRC |
| | | 11:11 am | | | Cross-examination of Kristen Rasanen | |
| | | | | | Witness shown exhibit 8573, 1436, 704 | |
| 5973 | | | X | X | 6/20/2018 Email from S. Karam to P. Kochikar | LRC |
| | | | | | Witness shown exhibit 1766, 1768, 1764, | |
| | | 11:58 am | | | Re-direct of Kirsten Rasanen. | |
| | | | | | Witness shown 1766, 1768, | |
| 1438 | | | X | X | Email from K. Rasanen to J. Rosenberg re (For Your Preview) Policy Update Open Questions (09/18/2017) | LRC |
| | | | | | Witness shown exhibit 5973 | |
| 8033 | | | X | X | No description provided | LRC |
| | | | | | Witness shown exhibit 8573 | |
| | | 12:19 pm | | | Re-cross by defendant | |
| | | 12:20 pm | | | Court in recess | |
| | | 1:01 pm | | | Plaintiff's call David Kleidermacher direct examination. | |
| | | | | | Witness shown Demonstrative #10 | |
| 768 | | | X | X | Messages between E.Liderman to D.Kleidermacher (09/25/2020) | LRC |
| 8591 | | | X | X | No description provided | LRC |
| 1172 | | | X | X | Email from J.Woloz to B.Bilodeau et al. re Request for Fortnite Signing keys (08/11/2018) | LRC |
| | | | | | Witness shown exhibit 761, | |
| 122 | | | X | X | Fortnite Task Force (08/06/2018) | LRC |
| 762 | | | X | X | 8/15/2018 email from D. Kleidermacher to W. Luh | LRC |
| 8576 | | | X | X | No description provided | LRC |
| | | | | | Witness shown exhibit 122 | |
| | | 2:15 pm | | | Court a in recess | |
| | | 2:35 pm | | | Court in session all parties and jury present. Cont'd direct examination of David Kleidermacher. | |
| | | 2:37 pm | | | Cross-examination of David Kleidermacher | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Witness shown exhibit 122, |  |
|  | 5945 |  | X | X | Undated presentation titled "Android Feature Audit" pg 46 only | LRC |
| 9051 |  |  | X | X | Video | LRC |
| 9052 |  |  | X | X | Video |  |
| 9053 |  |  | X | X | Video |  |
|  |  | 3:15 pm |  |  | Re-direct of David Kleidermacher. |  |
|  |  |  |  |  | Witness shown demonstrative and exhibit's 905, 5945, 8576 |  |
| 8009 |  |  | X | X | Article titled "Man-in-the-Disk: A New Attack Surface for Android Apps," from https://blog.checkpoint.com/security/man-in-the-disk-a-new-attack-surface-for-android-apps/ | LRC |
|  |  | 3:28 pm |  |  | Jury at recess. |  |
|  |  | 3:33 pm |  |  | Court in recess |  |
|  |  |  |  |  | Plaintiff has 1140 minutes left. |  |
|  |  |  |  |  | Defendant has 1836 minutes left. |  |
|  |  |  |  |  |  |  |