UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cases:  3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
        21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>Hon. James Donato | PLAINTIFF'S ATTORNEY:<br>Lauren Moskowitz,<br>Yonatan Even, Gary Bornstein,<br>Brent Byars, Andrew Wiktor | DEFENSE ATTORNEY:<br>Lauren Bell, Jonathan Kravis,<br>Michelle Chiu, Brian Rocca,<br>Kuru Olasa, Kyle Mach,<br>Justin Raphael, Glenn Pomerantz |
|---|---|---|
| JURY TRIAL DATE:<br>11/16/2023 | REPORTER(S):<br>Kelly Shainline | CLERK:<br>Tracy Geiger |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:15 AM | | | Jury excused for the day – Juror #5 stuck in traffic due to protest on the Bay Bridge.  Jury to return on Monday, November 20, 2023, at 9:00 a.m. | |
| | | 1:57 PM | | | Court in session; out of the presence of the jury. Counsel will work out new schedule for witness Don Harrison. | |
| | | 2:11 PM | | | Witness: John Kent Walker – Chief Legal Officer for Google | Pltf |
| 8030 | | | | | Previously admitted | |
| 1 | | | | | Previously admitted | |
| | | 3:09 PM | | | Cross-examination of John Kent Walker | Deft |
| | | | | | Exhibit 8030 shown to witness | |
| | | | | | Exhibit 10002 (previously admitted) shown to witness | |
| | | 3:24 PM | | | Witness excused. | |
| | | 3:30 PM | | | Court in recess. | |