UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case Nos.  3:20-cv-05671-JD & 3:21-md-02981-JD

Case Names: *Epic Games, Inc. v. Google LLC et al*; *In re Google Play Store Antitrust Litigation*

Date:  November 21, 2023                Time:  4 Hours & 47 Minutes

**Judge:**  Hon. James Donato

**Clerk**:  LISA R. CLARK                **Court Reporter:**  Kelly Shainline

**COUNSEL FOR PLTF** Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor, Justin Clarke

**COUNSEL FOR DEFT**:  Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz, Nick Sidney

Trial Began:  November 6, 2023            Further Trial:  November 27, 2023

**TRIAL MOTIONS HEARD**:            **DISPOSITION:**

1.

2.

3.

**OTHER:**

See Trial Log Attached

**VERDICT:**

**DISPOSITION OF EXHIBITS:**