UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cases:   3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
         21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor, Justin Clarke | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz, Nick Sidney |
|---|---|---|
| JURY TRIAL DATE: 11/21/2023 | REPORTER(S): Kelly Shainline | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:09 am | | | Court in session; all parties and jury present. | |
| | | | | | Court advises parties and jury that trial will be held on Friday, December 1, 2023, and the week of December 4th will be dark. | |
| | | 9:12 am | | | Continued deposition of Donn Morrill | |
| | | 9:53 am | | | Deposition of Sandra Alzetta | |
| 1532 | | | X | X | Google Play Better Together Program Partnership ("Program") Addendum to the Google Play Developer Distribution Agreement (06/14/2022) | LRC |
| 2062 | | | X | X | Document | LRC |
| | | 10:29 am | | | Court in recess. | |
| | | 10:49 am | | | Plaintiff calls James Mickens, Ph.D. -- direct examination | |
| | | | | | Witness accepted as an expert on mobile device security | |
| | | 11:59 am | | | Court in recess. | |
| | | 12:48 om | | | Cross-examination of James Mickens, Ph.D. | |
| | 21 | | | | Demonstrative | |
| | 11105 | | X | | No description provided. | |
| | 6595 | | X | | Blog post dated 12/19/2022, titled "Privacy and Mobile Device Apps," available at: https://www.cisa.gov/news-events/news/privacy-and-mobile-device-apps | |
| | 2 | | X | | Demonstrative | |
| | 6 | | X | | Demonstrative | |
| | 16 | | X | | Demonstrative | |
| | 19 | | X | | Demonstrative | |
| | | 1:32 pm | | | Re-direct of James Mickens, Ph.D. | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:35 pm | | | Question from jury -- note #6 | |
| | | 1:43 pm | | | Defendants call Zhiyun Qian, Ph.D. -- direct examination. | |
| | | | | | Witness accepted as an expert on mobile device security. | |
| | | | | | Demonstrative | |
| | | 2:00 pm | | | Court in recess. | |
| | | 2:18 pm | | | Continued direct examination of Zhiyun Qian, Ph.D. | |
| | | 2:48 pm | | | Cross examination of Zhiyun Qian, Ph.D. | |
| 7196 | | | X | | Percentage of Devices With at Least One App That Has Permission to Download from Unknown Sources (November 2021) Worldwide (excl. China) | |
| 8607 | | | X | | No description provided. | |
| 8007 | | | X | | Google blog post titled, "Enhanced Google Play Protect real-time scanning for app installs", https://security.googleblog.com/2023/10/enhanced-google-play-protect-real-time.html | |
| 8577 | | | X | | No description provided. | |
| | | 3:23 pm | | | Court in recess. | |
| | | 3:25 pm | | | Court has discussion with parties regarding remaining witnesses and trial schedule. | |
| | | 3:31 pm | | | Court in recess. | |
| | | | | | Plaintiff has 833 minutes left. | |
| | | | | | Defendants have 1591 minutes left. | |