UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cases:  3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
        21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz |
|---|---|---|
| JURY TRIAL DATE: 11/27/2023 | REPORTER(S): Kelly Shainline | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:04 am | | | Court in session; out of the presence of the jury. | |
| | | 9:09 am | | | Court in session; all parties and jury present. | |
| | | 9:10 am | | | Parties call Christian Cramer -- video deposition | |
| 428 | | | X | X | Undated spreadsheet with Google revenue data | LRC |
| | | | | | Witness shown exhibit 433 | |
| 434 | | | X | X | Presentation dated 9/20/2018 titled, "Play Update @ CFO Council" | LRC |
| 440 | | | X | X | Undated spreadsheet with Android investment data | LRC |
| | | 9:29 am | | | Plaintiff calls Ned Barnes, CPA -- direct examination | |
| 6956 | | | X | X | Document titled, "Samsung Galaxy Store Revenue Compared to Google Play Revenue, United States" | LRC |
| | | | | | Witness accepted as an expert in forensic accounting | |
| | | | | | Witness shown a demonstrative by plaintiff | |
| | | | | | Witness shown exhibit 434 | |
| | | 9:51 am | | | Cross-examination of Ned Barnes | |
| | | | | | Witness shown demonstrative by defendants, exhibit 6956 | |
| | | 10:10 am | | | Re-direct of Ned Barnes | |
| | | 10:11 am | | | Defendants call Douglas Skinner -- direct examination | |
| | | | | | Witness accepted as an expert in accounting | |
| | | | | | Witness shown demonstrative | |
| | | 10:35 am | | | Cross-examination of Douglas Skinner by plaintiff | |
| | | 10:45 am | | | Court in recess. | |
| | | 11:04 am | | | Court in session; all parties and jury present. Cont'd cross-examination of Douglas Skinner. | |
| | | | | | Witness shown exhibit 434 | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:17 am | | | Re-direct of Douglas Skinner by defendants | |
| | | 11:18 am | | | Plaintiff calls Douglas Bernheim, PhD -- direct examination | |
| | | | | | Witness accepted as an expert in economics | |
| | | | | | Witness shown demonstrative | |
| 6903 | | | X | X | Document titled, "Operating System Shares Based on Smartphone Sales by Region" | LRC |
| 6924 | | | X | X | Document titled, "Operating System Shares Based on Smartphone Sales by Region" | LRC |
| 6931 | | | X | X | Document titled, "Native App and Web App Share of Total Minutes Among 14 App Categories With Most Total App Minutes on US Android Smartphones, May 2022" | LRC |
| 6932 | | | X | X | Document titled, "Third-Party Smartphone Operating System Unit Shares, Based on Number of Smartphone Unit Sales" | LRC |
| 6940 | | | X | X | Document titled, "Shares of App Entitlements on Google Android Devices, Worldwide (Excluding China)" | LRC |
| 6941 | | | X | X | Document titled, "Third-Party App Store Shares of App Entitlements on Google Android Devices, Worldwide (Excluding China)" | LRC |
| 6950 | | | X | X | Document titled, "Google Play Revenue and Profit by Year, Worldwide, 2011-2021" | LRC |
| 6952 | | | X | X | Document titled, "Difference Between Average Android and iOS Smartphone Price, 2009-2021, Worldwide (Excluding China)" | LRC |
| | | 12:12 pm | | | Court in recess. | |
| | | 12:52 pm | | | Cont'd direct examination of Douglas Bernheim, PhD | |
| | | 2:07 pm | | | Court in recess. | |
| | | 2:28 pm | | | Court in session; all parties and jury present. Cross-examination of Douglas Bernheim, PhD. | |
| | 9100 | | X | | No description provided | |
| | | | | | Witness shown exhibits 11405, 5956, 6903 | |
| | | | | | Witness shown demonstrative slides 46, 45, 48 | |
| | | | | | Witness shown demonstrative 5, 6, 58, 59, 8, 22, 26, 9 | |
| | | 3:34 pm | | | Re-direct of Douglas Bernheim | |
| | | | | | Witness shown exhibits 6903, 11405 | |
| | | 3:42 am | | | Witness excused. | |
| | | 3:45 pm | | | Court in recess. | |
| | | | | | Plaintiff has 639 minutes left. | |
| | | | | | Defendants have 1462 minutes left. | |