Russell P. Cohen (SBN 213105)
russ.cohen@dechert.com
DECHERT LLP
One Bush Street, Ste.1600
San Francisco, CA 94104-4446
Telephone: (415) 262-4500
Fax: (415) 262-4555

*Attorney for Non-Party Microsoft Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No.: 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF RUSSELL P. COHEN**<br><br>Honorable James Donato |

1  **TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that Russell P. Cohen of Dechert LLP hereby appears as counsel
3  of record for Non-Party Microsoft Corp. in the above captioned action, and hereby requests that all
4  notices given or required to be given, and all papers filed or served or required to be served in this
5  matter, be provided and served on:

Russell P. Cohen
DECHERT LLP
One Bush Street, Ste.1600
San Francisco, CA 94104-4446
Telephone: (415) 262-4500
russ.cohen@dechert.com

Dated:  November 30, 2023                         Respectfully submitted,

*By: /s/ Russell P. Cohen*
Russell P. Cohen
Attorney for Non-Party Microsoft Corp.