1  RUSSELL P. COHEN (SBN 213105)
   Russ.Cohen@dechert.com
2  Dechert LLP
   1 Bush Street, Suite 1600
3  San Francisco, CA 94104
   Telephone:   +1 415 262 4500
4
   *Attorney for Non-Party Microsoft Corp.*
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
|---|---|
| THIS DOCUMENT RELATES TO: | **DECLARATION OF FRANCISCO RIUS ISO NON-PARTY MICROSOFT CORP'S REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION** |
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Honorable James Donato |

I, Francisco Rius, declare as follows:

1. I am the Head of Data Science and Data Engineering for Minecraft at Microsoft Corp. ("Microsoft"). My responsibilities include managing data governance and analytics for the Minecraft studio, and reconciling and reporting performance indicators for Minecraft, including monthly active users ("MAUs"). I am familiar with Microsoft's strategy and business practices regarding what Minecraft information Microsoft considers confidential and does not disclose to the public. As part of my responsibilities, I pulled the underlying data and created the document, MSFT_GOPLAY_00009666, that is the source for the demonstrative that Epic Games, LLC ("Epic") intends to display in open court tomorrow. I have personal knowledge of the facts set forth herein.

2. On November 30, 2023, I understand that counsel for Epic advised counsel for Microsoft that it intends to present in Court tomorrow, December 1, 2023, confidential Microsoft information related to Minecraft usage on various platforms. The confidential information comes from a Microsoft document, MSFT_GOPLAY_00009666, which I created from Microsoft data reporting Minecraft usage in the U.S. by platform. The document was labeled by our counsel "Non-Party Highly Confidential – Outside Counsel Eyes Only" and designated as "Confidential – Attorneys' Eyes Only" pursuant to the terms of the Stipulated Protective Order. I understand that the Microsoft confidential information is intended to be included in an Epic demonstrative that discloses Minecraft MAUs by platform.

3. Microsoft respectfully requests that the demonstrative, which is based on "Confidential – Attorneys' Eyes Only" information, and any testimony describing it, either be sealed or otherwise not shown to the public and described in detail in open court because the demonstrative contains competitively sensitive information that would harm Microsoft and its platform partners if publicly disclosed.

4. Specifically, the demonstrative discloses the average number of monthly Minecraft MAUs by platform through October 2021. This includes Microsoft platforms, like Xbox, and also third-party platforms such as Nintendo and PlayStation. With the limited exception of aggregated

-2-   5:22-CV-04325-EJD

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF FRANCISCO RIUS ISO MICROSOFT CORP'S MOTION TO SEAL
3:21-md-02981-JD, 3:20-cv-05671-JD

information relating only to the Xbox platform, Microsoft has not publicly disclosed this information. Disclosure of this information would harm Microsoft as well as its platform partners in at least the following ways. First, usage information by platform is competitively sensitive for Microsoft. Microsoft does not disclose this information. If platform-specific data were disclosed publicly by Epic or its witness, it would impact Microsoft in negotiations with the various platform owners who would gain leverage over Microsoft and harm Microsoft's ability to gain users on other Minecraft platforms. Second, disclosure of platform-specific usage data would competitively impact Microsoft's partners, who would be very concerned with the disclosure of MAU data for their platform to their competitors. Finally, disclosure of the platform-specific usage data, without necessary context for the geographies and SKUs that are included or excluded, could create marketplace confusion based on discrepancies between the data and publicly reported global aggregate numbers. I believe that the public has little, if any, interest in this non-party information and the competitive harm that disclosure would create for Microsoft and its partners outweighs any slight public interest that may exist. As such, there exists good cause and compelling reasons for sealing this information.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on: November 30, 2023

*Francisco Rius*

- 3 -

5:22-CV-04325-LI

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF FRANCISCO RIUS ISO MICROSOFT CORP'S MOTION TO SEAL
3:21-md-02981-JD, 3:20-cv-05671-JD