1  RUSSELL P. COHEN (SBN 213105)
   Russ.Cohen@dechert.com
2  DECHERT LLP
   1 Bush Street, Suite 1600
3  San Francisco, CA 94104
   Telephone:     +1 415 262 4500
4
5  *Attorney for Non-Party Microsoft Corp.*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO**

11

12 **IN RE GOOGLE PLAY STORE**           Case No. 3:21-md-02981-JD
   **ANTITRUST LITIGATION**
13                                         **NOTICE OF WITHDRAWAL OF NON-**
   THIS DOCUMENT RELATES TO:            **PARTY MICROSOFT CORP'S MOTION**
14                                         **TO SEAL HIGHLY CONFIDENTIAL**
   *Epic Games, Inc. v. Google LLC et al.,*  **INFORMATION**
15 Case No. 3:20-cv-05671-JD
                                         Honorable James Donato
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2

3        PLEASE TAKE NOTICE that Non-Party Microsoft Corp. ("Microsoft") hereby withdraws

4    its Motion to Seal Highly Confidential Information in *Epic Games Inc. v. Google LLC et al., No.*

5    *3:20-cv-05671-JD*, Dkt. 563 and *In re Google Play Store Antitrust Litigation, No. 3:21-md-02981-*

6    *JD*, Dkt. 822.  Microsoft withdraws its motion based on a representation from Epic Games Inc.'s

7    counsel that neither the demonstrative nor the underlying confidential information that was the

8    subject of Microsoft's motion (Dkt. 563) will be used at trial.

9

10

11   Dated: December 1, 2023                    Respectfully submitted,

12                                              */s/ Russell Cohen*
                                               _____
13                                             Russell P. Cohen (SBN 213105)
                                               DECHERT LLP
14                                             1 Bush Street, Suite 1600
                                               San Francisco, CA 94104
15                                             Telephone:    +1 415 262 4500
                                               Russ.Cohen@dechert.com
16
                                               *Attorneys for Non-Party Microsoft Corp.*
17

18

19

20

21

22

23

24

25

26

27

28

1

### CERTIFICATE OF SERVICE

2       I hereby certify that on December 1, 2023, I electronically transmitted the attached

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4  Electronic Filing to the CM/ECF registrants in this case.

5

6                       Respectfully submitted,

7                       */s/ Russell Cohen*

Russell P. Cohen (SBN 213105)

8                       DECHERT LLP

1 Bush Street, Suite 1600

9                       San Francisco, CA 94104

Telephone:    +1 415 262 4500

10                     Russ.Cohen@dechert.com

11                     *Attorneys for Non-Party Microsoft Corp.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL OF NON-PARTY MICROSOFT CORP'S MOTION TO SEAL