UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cases:  3:20-cv-05671-JD Epic Games, Inc. v. Google LLC  et al
        21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| **JUDGE:** Hon. James Donato | **PLAINTIFF'S ATTORNEY:** Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor | **DEFENSE ATTORNEY:** Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz |
|---|---|---|
| **JURY TRIAL DATE:** 11/28/2023 | **REPORTER(S):** Kelly Shainline | **CLERK:** Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:06 am | | | Court in session; all parties and jury present. | |
| | | 9:07 am | | | Plaintiff calls Steve Tadelis, PhD | |
| | | | | | Witness shown his slide deck | |
| | | | | | Witness accepted as an expert in economics. | |
| | | 10:12 am | | | Stretch break. | |
| | | 10:14 am | | | Cross-examination of Steve Tadelis, PhD | |
| | | | | | Witness shown a demonstrative by defense counsel. | |
| | | 10:33 am | | | Court in recess. | |
| | | 10:53 am | | | Cont'd cross-examination of Steve Tadelis, PhD | |
| | | 11:17 am | | | Re-direct of Steve Tadelis, PhD | |
| | | 11:25 am | | | Defendants call Matthew Gentzkow, PhD -- direct examination. | |
| | | | | | Witness accepted as an expert in economics | |
| | 6989 | | X | X | Active RSA 3.0 Premier or MIA Devices and Active Android Devices That Are Not RSA 3.0 Premier or MIA Devices United States (2) | LRC |
| | 6991 | | X | X | Active RSA 3.0 Premier or MIA Devices and Active Android Devices That Are Not RSA 3.0 Premier or MIA Devices Worldwide (excl. China) (2) | LRC |
| | 6993 | | X | X | Android Devices with a Preinstalled Alternative App Store (United States) | LRC |
| | 6994 | | X | X | Android Devices with a Preinstalled Alternative App Store Worldwide, excl. China | LRC |
| | 7011 | | X | X | Exhibit 1. "Worldwide Smartphone and Feature Phones Sales by Operating System (U.S. Dollars)" from Gentzkow Expert Report | LRC |
| | 7020 | | X | X | Exhibit 18. "Gross Revenue and Active Users from Fortnite on iOS and Android - Weekly Gross Revenue from Fortnite" from Gentzkow Expert Report | LRC |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 7028 |  | X | X | Exhibit 2. "Worldwide Android Smartphone Sales" from Gentzkow Expert Report | LRC |
|  | 7031 |  | X | X | Exhibit 2. "Worldwise App Developer Revenue" from Gentzkow Expert Report | LRC |
|  | 7073 |  | X | X | Exhibit 33. "Share of Active GMS Devices and Fortnite Compatible Active GMS Devices by RSA Type" from Gentzkow Expert Report | LRC |
|  | 7079 |  | X | X | No description provided. | LRC |
|  | 7089 |  | X | X | Exhibit 35. "Share of Active Devices That Are Premier Tier of MIA Devices, Worldwide (Excluding China)" from Gentzkow Expert Report | LRC |
|  | 7090 |  | X | X | Exhibit 36. "Share of Active Devices That Are Premier Tier of MIA Devices, United States" from Gentzkow Expert Report | LRC |
|  | 7095 |  | X | X | Exhibit 4. "Share of New Apps That Pay Service Fees" from Gentzkow Expert Report | LRC |
|  | 7102 |  | X | X | Exhibit 8. "Share of App Developer Revenue (User Spend) In Google Play by Monetization Type" from Gentzkow Expert Report | LRC |
|  | 7114 |  | X | X | Exhibit C16. "Share of U.S. Active GMS Devices by RSA Type" from Gentzkow Expert Report | LRC |
|  | 7115 |  | X | X | Exhibit C17. "Premier Tier Share of GMS Device Activations, United States" from Gentzkow Expert Report | LRC |
|  | 7178 |  | X | X | Number of App Installations from Alternative Sources (United States) | LRC |
|  | 7179 |  | X | X | Number of App Installations from Alternative Sources Worldwide (excl. China) | LRC |
|  | 9708 |  | X | X | No description provided. | LRC |
|  |  | 11:59 am |  |  | Court in recess. |  |
|  |  | 12:36 pm |  |  | Court in session; all parties and jury present. Cont'd direct examination of Matthew Gentzkow, PhD by defense counsel. |  |
|  |  |  |  |  | Stretch break |  |
|  |  | 1:38 pm |  |  | Cross-examination of Matthew Gentzkow, PhD by plaintiff's counsel |  |
|  |  |  |  |  | Witness shown exhibit 682 |  |
|  |  | 1:58 pm |  |  | Court in recess |  |
|  |  | 2:20 pm |  |  | Court in session; all parties and jury present. Cont'd cross-examination of Matthew Gentzkow, PhD. |  |
|  |  | 2:36 pm |  |  | Re-direct of Matthew Gentzkow, PhD. |  |
|  |  | 2:37 pm |  |  | Witness excused |  |
|  |  | 2:40 pm |  |  | Defendants call Catherine Tucker, PhD -- direct examination. |  |
|  |  |  |  |  | Witness accepted as an expert in economics |  |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 7002 |  | X | X | Epic Revenue From All Fortnite Players By Device Type United States | LRC |
|  | 7006 |  | X | X | Epic Revenue From Android Fortnite Players By Device Type United States | LRC |
|  | 7008 |  | X | X | Epic Revenue From Android Fortnite Players By Device Type Worldwide (excl. China) | LRC |
|  |  | 3:38 pm |  |  | Jury at recess for the day. |  |
|  |  |  |  |  | Court has discussion with parties regarding the remainder of the case. |  |
|  |  | 3:51 pm |  |  | Court in recess. |  |
|  |  |  |  |  | Plaintiff has 530 minutes left. |  |
|  |  |  |  |  | Defendants have 1265 minutes left. |  |
|  |  |  |  |  |  |  |