UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case:   3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al
        21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| **JUDGE:** Hon. James Donato | **PLAINTIFF'S ATTORNEY:** Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor | **DEFENSE ATTORNEY:** Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz |
|---|---|---|
| **JURY TRIAL HEARING DATE:** 11/29/2023 | **REPORTER(S):** Kelly Shainline | **CLERK:** Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:05 am | | | Court in session; out of the presence of the jury. | |
| | | 9:21 am | | | Court in session; all parties and jury present. Cross-examination of Catherine Tucker, PhD. | |
| | | 9:55 am | | | Re-direct of Catherine Tucker, PhD | |
| | | 10:01 am | | | Defendants play video deposition of Armin Zerza | |
| | 1977 | | X | X | Email from A. Zerza to T. Sweeney | LRC |
| | 1978 | | X | X | Slide deck | LRC |
| | 1979 | | X | X | Slide deck | LRC |
| | 1980 | | X | X | Document titled, "Terms for Strategic Partnership" (06/16/2021) | LRC |
| | 10811 | | X | X | 6/29/2019 email from T. Sweeney to A. Zerza | LRC |
| | | 10:30 am | | | Court in recess | |
| | | 10:49 am | | | Cont'd video deposition of Armin Zerza | |
| | | 11:19 am | | | Defendants play video depo of Mark Sottosanti | |
| | 11221 | | X | X | Presentation dated 12/2018 titled "Mobile Distribution" | LRC |
| | 11222 | | X | X | Undated document titled "Self-Publishing Games-Circumventing Google Play" | LRC |
| | 11226 | | X | X | Document dated 1/30/2019 titled "Nicolo: Jarred Agenda" | LRC |
| | 11227 | | X | X | Presentation dated 2/4/2020 titled "Google Velocity Deal" | LRC |
| | 11229 | | X | X | 3/9/2020 email from S. O'Donnell to N. Laurent | LRC |
| | | 11:55 am | | | Court in recess. | |
| | | 12:43 pm | | | Court in session; all parties present outside the presence of the jury. | |
| | | 12:50 pm | | | Cont'd video deposition of Mark Sottosanti. | |
| | | 1:30 pm | | | Defendants call Richard Miner -- direct examination. | |
| | | | | | Witness shown two Android phones. | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 1:52 pm |  |  | Cross-examination of Richard Miner |  |
| 8054 |  |  | X | X | No description provided. |  |
|  |  | 2:03 pm |  |  | Re-direct of Richard Miner |  |
|  |  | 2:08 pm |  |  | Court in recess |  |
|  |  | 2:28 pm |  |  | Defendants play video depo of Erick Christensen |  |
|  | 1231 |  | X | X | Email from E. Christensen to S. Buniac | LRC |
|  | 1232 |  | X | X | Document | LRC |
|  |  | 3:14 pm |  |  | Jury excused for the day. |  |
|  |  |  |  |  | Continued discussion with parties regarding proposed jury instructions. |  |
|  |  | 3:25 pm |  |  | Court in recess. |  |
|  |  |  |  |  | Plaintiff has 415 minutes left. |  |
|  |  |  |  |  | Defendants have 1146 minutes left. |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |