Volume 2

Pages 117 - 322

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION, | ) ) ) **NO. 21-md-02981-JD** ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| EPIC GAMES, INC., | ) ) |
| Plaintiff, | ) ) |
| VS. | ) **NO. 3:20-cv-05671-JD** ) |
| GOOGLE, LLC., et al., | ) ) |
| Defendants. | ) ) |

San Francisco, California
Monday, November 6, 2023


**TRANSCRIPT OF PROCEEDINGS**


**(Pages 120-129 placed under seal by Order of the Court and redacted.)**


STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

**<u>APPEARANCES</u>**:

For Plaintiff:

                CRAVATH, SWAINE & MOORE LLP
                825 Eighth Avenue
                New York, New York  10019
      BY: **GARY BORNSTEIN, ATTORNEY AT LAW**
              **YONATAN EVEN, ATTORNEY AT LAW**
              **LAUREN MOSKOWITZ, ATTORNEY AT LAW**
              **MICHAEL ZAKEN, ATTORNEY AT LAW**
              **MICHAEL BYARS, ATTORNEY AT LAW**
              **ANDREW WIKTOR, ATTORNEY AT LAW**

For Defendants:

                MUNGER, TOLLES & OLSON LLP
                350 South Grand Avenue - 50th Floor
                Los Angeles, California  90071
      BY: **GLENN POMERANTZ, ATTORNEY AT LAW**
              **LAUREN BECK, ATTORNEY AT LAW**

                MUNGER, TOLLES & OLSON LLP
                601 Massachusetts Avenue NW
                Suite 500 East
                Washington, DC  20001
      BY: **JONATHAN KRAVIS, ATTORNEY AT LAW**
              **LAUREN BELL, ATTORNEY AT LAW**

                MORGAN, LEWIS & BOCKIUS LLP
                One Market - Spear Street Tower
                San Francisco, California  94105
      BY: **MICHELLE PARK CHIU, ATTORNEY AT LAW**

                MUNGER, TOLLES & OLSON LLP
                560 Mission Street - 27th Floor
                San Francisco, California  94105
      BY: **KYLE MACH, ATTORNEY AT LAW**

# **I N D E X**

Monday, November 6, 2023 - Volume 2

|  | **PAGE** | **VOL.** |
|---|---|---|
| Preliminary Jury Instructions | 132 | 2 |
| Opening Statement by Mr. Bornstein | 149 | 2 |
| Opening Statement by Mr. Pomerantz | 178 | 2 |

| **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **ALLISON, STEVEN MATTHEW** | | |
| (SWORN) | 206 | 2 |
| Direct Examination by Mr. Even | 207 | 2 |
| Cross-Examination by Mr. Mach | 240 | 2 |
| Redirect Examination by Mr. Even | 281 | 2 |
| **SIMON, BENJAMIN** | | |
| (SWORN) | 287 | 2 |
| Direct Examination by Mr. Bornstein | 287 | 2 |
| Cross-Examination by Mr. Kravis | 307 | 2 |

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 5519 | | 211 | 2 |
| 8022 | | 301 | 2 |
| 8028 | | 295 | 2 |
| 9001 | | 255 | 2 |

```
1   Monday - November 6, 2023                        9:04 a.m.

2                        P R O C E E D I N G S

3                             ---000---

4        (Proceedings were heard out of the presence of the jury:)

5        (Pages 120 through 129 were placed under seal by Order of

6   the Court.)

7             XXXXXXXXXX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10       XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11       XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12            XXXXXXXXXXXXXX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXXXXXXXXXXXXXXX

14            XXXXXXXXXXXXXX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16            XXXXXXXXXX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21   XXX

22       XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23            XXXXXXXXXX  XXXX

24            XXXXXXXXXX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

PROCEEDINGS UNDER SEAL

1   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4   XXXXXXXXXXXX

5        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12       XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16       XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19       XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20  XXXXXXXXXXXXXXX

21            **XXXXXXXXXXXXX**  XXXXXXXXXXXXXXXXX

22            **XXXXXXXXXX**  XXXXXXXXXXXXXXX

23            **XXXXXXXXXXXXX**  XXXXXXXXXXXXXXXX

24            **XXXXXXXXXX**  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

PROCEEDINGS UNDER SEAL

1     **XXXXXXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2    XXXXXXXXXXXXXXXXXXXXXXXXXXXX

3     **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5     **XXXXXXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7     **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9     **XXXXXXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10    XXXXXXXXXXXXXX

11     **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12    XXXXXXXXXXXXXXXXX

13     **XXXXXXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15     **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16    XXXXXXXXXXXXXX

17     **XXXXXXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18    XXXXXXXXXXXXXXXXXXXXXX

19     **XXXXXXXXXX**   XXXXXXXX

20     **XXXXXXXXXXXXXX**   XXXXX

21     **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22     **XXXXXXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXX

23     **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25     **XXXXXXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**PROCEEDINGS UNDER SEAL**

1       **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2    XXXXXXXXXXXXXXXXXXXXXXXXXX

3          **XXXXXXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4          **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5          **XXXXXXXXXXXXXX**   XXXXXXXXXX

6          **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12         **XXXXXXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14         **XXXXXXXXXX**   XXXXXXXXXXX

15         **XXXXXXXXXXXXXX**    XXXX

16         **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21         **XXXXXXXXXX**   XXXXXXXXX

22      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23         **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24       XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2         XXXXXXXXXXXXXXXXXXXX

3         **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7         XXXXXXXXXXXXXXXXXXXXXXXXXXXX

8         **XXXXXXXXXX**   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11   XXXXXXX

12        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**PROCEEDINGS UNDER SEAL**

```
 1   XXXXXXXXXXXXXXXXX

 2           XXXXXXXXXXXXXXXXXXXXX

 3           XXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 4   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 5   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 6   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 7   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 8   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 9   XXXXXXX

10           XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15           XXXXXXXXXXXXXXXXXXXXXXXXXX

16           XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17           XXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25           XXXXXXXXXXXXXXXXXXXXXXXXXX
```

**PROCEEDINGS UNDER SEAL**

```
 1        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 2        XXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 3   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 4   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 5   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 6      XXXXXXXXXXXXXXXXXXXXXXXXXX
 7        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 8        XXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 9   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
11   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12      XXXXXXXXXXXXXXXXXXXXXXXXXX
13      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
15        XXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
17        XXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
20   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
22        XXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
23   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
24        XXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
25   XXXXXXXXXXXXXXXXX
```

PROCEEDINGS UNDER SEAL

1   XXXXXXXXXXXXXX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7       XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14      XXXXXXXXXXXXXX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18  XXXXXXXXXXX

19      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21  XXXXXXXXXXXXXXXXXXXXXXXXXXXX

22      XXXXXXXXXX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24      XXXXXXXXXXXXXX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**PROCEEDINGS UNDER SEAL**

```
 1   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 2        XXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 3        XXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 4   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 5   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 6   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 7   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 8        XXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 9   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11        XXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16        XXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XXXXXXXXX

20        XXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24        XXXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

1  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3       **XXXXXXXXXX**  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10 XXXXXXXXXXXXXXXXXX

11       **XXXXXXXXXXXXXXX**  XXXXX

12       **XXXXXXXXXX**  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16       **XXXXXXXXXXXXXX**  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18 XXXX

19       **XXXXXXXXXX**  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22 XXXXXXXXXXXX

23       **XXXXXXXXXXXXXX**  XXXXXXXXXXXXXXXXXXXXXXXXXXXX

24       **XXXXXXXXXX**  XXXXXXXXXXXXXXXXXXXXXXXXXX

25       **XXXXXXXXXX**  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1    (End of sealed portion.)

2    (Recess taken at 9:16 a.m.)

3    (Proceedings resumed at 9:26 a.m.)

4    (Proceedings were heard out of the presence of the jury:)

5    **THE CLERK:**  Calling Civil 20-5671, Epic Games, Inc.

6    vs. Google LLC, and Multidistrict Litigation 21-2981, In re

7    Google Play Store Antitrust Litigation.

8    Counsel?

9    **MR. BORNSTEIN:**  Good morning, Your Honor.  Gary

10   Bornstein for Epic Games.  I'm joined at counsel table by

11   Michael Zaken, Andrew Wiktor, Lauren Moskowitz, and Yonatan

12   Even.

13   **MR. POMERANTZ:**  Good morning, Your Honor.  Glenn

14   Pomerantz on behalf of Google, and with me at counsel table are

15   Michelle Park Chiu, Lauren Bell, Kate Smith, Jonathan Kravis,

16   and Kyle Mach.

17   **THE COURT:**  Okay.  Now, the jury binders have been set

18   up and you removed those preliminary instructions?

19   **MR. BORNSTEIN:**  Yes, Your Honor.

20   **THE COURT:**  Okay.  So I'm going to distribute that

21   set.  I'm assuming there are no objections to the preliminary

22   injunction.

23   No objections, Epic?

24   **MR. BORNSTEIN:**  Correct.

25   **THE COURT:**  Google?

1          **MR. POMERANTZ:**  No objection.

2          **THE COURT:**  All right.  Let's bring the jury in.  I

3   will instruct them, and then we're going to open.

4       (Proceedings were heard in the presence of the jury:)

5          **THE CLERK:**  Please be seated.

6          **THE COURT:**  We can skip calling the case.

7          **THE CLERK:**  Okay.

8          **THE COURT:**  Okay.  Ladies and gentlemen, we're ready

9   to begin.  You have your binder, which has notepaper.

10      And I'm going to give you the preliminary instructions.

11  It's kind of a roadmap on what you're going to see and hear

12  during trial.  It's not the legal part.  You're going to get

13  that at the end, but these are the preliminary ones.  You'll

14  have a space in there to put these instructions.  I'm going to

15  tell you more about that in a moment.

16      Now, also, when every witness comes up, you're going to

17  get a headshot, color headshot, with the witness' name that you

18  can put in your binder as well so that it helps you keep track

19  of who you've seen and, you know, you can make any notes you

20  want behind it or on lined paper, but you'll at least have a

21  visual reference on every witness that you're going to see in

22  court.

23      So I'm going to give you these instructions first, and

24  then we're going to hear opening statements from the parties if

25  they choose to do that, and then we'll start with our

**PRELIMINARY JURY INSTRUCTIONS**

1    testimony.  There will be a half-hour lunch today.

2        Now before I leave -- before we leave today, I'll make

3    sure I understand what's happening for your lunches going

4    forward because we are going to provide them, but I'll let you

5    know by the end of the day today.  Okay?

6        All right.  Ms. Clark, these are ready to go.

7        All right.  Members of the jury, now the instructions at

8    the beginning of the case here and at the end of the case are

9    vitally important.  It's the last set you get at the end of the

10   case that's going to control your deliberations.  This is a

11   roadmap so I want you just to clear your minds.  You can listen

12   to me, you can read along; but whatever you do, I want to make

13   sure you're absorbing these instructions because they're going

14   to help you understand how the case is going to run.

15       So let's start with number one.  You are now the jury in

16   this case.  I'm going to take a few minutes to tell you about

17   your duties as jurors and to give you some preliminary

18   instructions before the testimony starts.

19       Now, at the end of the trial, as I said, I'll give you the

20   detailed written instructions that will control your

21   deliberations.  These are the introductory instructions to help

22   you understand the principles that apply to civil trials and to

23   help you understand the evidence as you listen to it.

24       You will be allowed to keep these instructions to refer to

25   throughout the trial, and the instructions are not to be taken

1    home.  They must remain in the jury room when you leave.  In

2    fact, all of your binders will just stay in the jury room.  You

3    can't take those home.

4         At the end of trial, I will collect these instructions and

5    give you the final set of instructions, and it is the final set

6    that will control your deliberations.

7         Now, it is your duty as jurors to find from the facts --

8    to find the facts from all of the evidence in this case and to

9    those facts you will apply the law as I give it to you.  You

10   must follow the law as I give it to you whether or not you

11   agree with it.

12        You must not be influenced by any personal likes or

13   dislikes, opinions, prejudices, or sympathy.  You should also

14   not be influenced by any person's race, color, religion,

15   national ancestry, or gender.

16        Would you lock that door, Lisa?

17        All of this means that you must decide the case solely on

18   the evidence before you.  Please keep in mind that you took an

19   oath to do so.

20        Now, do not read into these instructions or anything I may

21   say or do that I have an opinion about the evidence or what the

22   verdict should be.  That is for you to decide.

23        Now, to help you follow the evidence, I'm going to give

24   you a brief summary of the positions of the parties.  Now, the

25   plaintiff, as I said, they sit closest to the jury.  They're at

1    the table right in front of you.  Plaintiff is Epic Games,

2    Inc., and it's going to be called Epic or Epic Games during the

3    trial.  The defendants are Google LLC and some of its

4    affiliates, and they're going to be all referred to as Google.

5        Now, Epic says that plaintiff has violated federal and

6    state antitrust laws through a variety of means that foreclose

7    competition in an alleged market for Android app distribution

8    and in an alleged market for in-app billing services on Android

9    devices.  Epic has the burden of proving these claims.

10       Epic alleges that Google's conduct harmed mobile app

11   developers and consumers by increasing prices and reducing

12   quality and innovation.

13       Google denies Epic's claims.  Google says that the

14   relevant market is not limited to Android; that also includes

15   Apple's IOS and other platforms where users and developers can

16   engage in transactions for digital conduct.

17       Google further contends that its conduct has not

18   foreclosed competition but, rather, has promoted competition by

19   enabling Android to compete with the IOS and other platforms.

20   Google says that its conduct benefited users and developers.

21       Google also has counterclaims against Epic.  Google

22   alleges that Epic willfully violated Google's payment policy;

23   and that by doing so, Epic violated its contractual obligations

24   to Google.  Google alleges that Epic was unjustly enriched at

25   Google's expense.  And Google has the burden of proving these

**PRELIMINARY JURY INSTRUCTIONS**

1  counterclaims.

2      Epic denies Google's counterclaims.  Epic contends that

3  Google's payment policy is illegal and a violation of antitrust

4  laws and Google, therefore, cannot enforce that policy.

5      Now, when a party has the burden of proving a claim or

6  affirmative defense by a preponderance of the evidence, it

7  means you must be persuaded that the evidence -- must be

8  persuaded by the evidence that the claim or affirmative defense

9  is more probably true than not true.  You should base your

10  decision on all of the evidence regardless of which party

11  presented it.

12      Now, the parties in this case are corporations.  All

13  parties are equal before the law and a corporation is entitled

14  to the same fair and conscientious consideration by you as any

15  party.

16      Under the law, a corporation is considered to be a person.

17  It can only act through its employees, agents, directors, or

18  officers.  Therefore, a corporation is responsible for the acts

19  of its employees, agents, directors, and officers performed

20  within the scope of authority.

21      An act is within the scope of a person's authority if it

22  is within a range of reasonable and foreseeable activities that

23  an employee, agent, director, or officer engages in while

24  carrying out that person's business.

25      Now, the evidence you are to consider in deciding what the

1    facts are consists of the sworn testimony of any witness, the

2    exhibits that are admitted into evidence, any facts to which

3    the lawyers have agreed, and any facts that I may instruct you

4    to accept as proved.

5        Now, in reaching your verdict, you may consider only the

6    testimony and exhibits received into evidence.  Certain things

7    are not evidence, and you may not consider them in deciding

8    what the facts are.  I'm going to tell you what is not

9    evidence.

10       This is the first and foremost one.  Arguments and

11   statements by lawyers are not evidence.  The lawyers are not

12   witnesses.  What they may say in their opening statements,

13   closing arguments, and at other times is intended to help you

14   interpret the evidence but it is not evidence.  If the facts as

15   you remember them differ from the way the lawyers have stated

16   them, your memory controls.

17       Number two, questions and objections by lawyers are not

18   evidence.  Attorneys have a duty to their clients to object

19   when they believe a question is improper under the rules of

20   evidence.  You should not be influenced by the objection or by

21   my ruling on it.

22       Number three, testimony that is excluded or stricken or

23   that you are instructed to disregard is not evidence and you

24   must not consider it.

25       In addition, some evidence may be received only for a

1   limited purpose.  When I instruct you to consider certain

2   evidence only for a limited purpose, you must do so and you may

3   not consider that evidence for any other purpose.

4        And, number four, anything you see or hear when court is

5   not in session is not evidence.  You are to decide the case

6   solely on the evidence received at trial.

7        Now, evidence may be direct or circumstantial.  Direct

8   evidence is direct proof of a fact, such as testimony by a

9   witness about what that witness personally saw or heard or did.

10  Circumstantial evidence is proof of one or more facts from

11  which you could find another fact.  You should consider both

12  kinds of evidence.  The law makes no distinction between the

13  weight to be given to either direct or circumstantial evidence.

14  It is for you to decide how much weight to give any evidence.

15       Now, the parties have agreed to certain facts that I will

16  now read to you.  Now, these are agreements between the

17  parties.  They're carved in stone.  They're rock solid.  You

18  can bank on them.  They're not going to -- these are facts now

19  that you will treat as true.

20       Number 1 -- and, by the way, some of these will make more

21  sense as the case develops, but you'll always have this page to

22  remember.  These are carved in stone.

23       Number 1, Google LLC is a wholly owned subsidiary of

24  Alphabet, Inc.

25       Number 2, Google offers various products and services,

1  including Android OS, Chrome, Gmail, Drive, Maps, Play, Search,

2  YouTube, Google Cloud, and Search Ads 360.

3      3, a mobile operating system, known as OS, provides

4  multipurpose computing functionality to a mobile device, such

5  as a smartphone or a tablet.

6      Number 4, to be useful to consumers, a mobile OS must be

7  able to run software application or apps.

8      Number 5, a mobile OS facilitates the use of apps through

9  code, such as application programming interfaces, APIs, which

10  app developers use to create apps that are compatible with the

11  OS.

12      6, an app is software separate from the mobile OS that

13  runs on a mobile device and adds specific functionalities to a

14  mobile device.

15      7, consumers use apps to perform a variety of tasks on

16  their mobile devices.

17      8, entities that manufacture mobile devices, such as

18  Samsung or Motorola, are referred to as original equipment

19  manufacturers or OEMs.

20      9, OEMs preinstall an OS on the mobile devices that they

21  manufacture and sell.

22      10, instead of developing their own OS, almost all OEMs

23  today license a third party's OS for their devices.

24      11, Apple does not license IOS to other OEMs.

25      12, the Google Store is an app store owned by Google that

distributes apps on devices running the Android OS.

13, to distribute an app on the Google Store, app developers must first enter into Google's Developer Distribution Agreement, which will be known as the DDA.

14, the predecessor to the Play Store was called Android Market.

15, Google acquired the Android mobile operating system in 2005.

16, Google launched Android Market on October 2008.

17, Google launched its in-app billing service in 2011.

18, Google's Android Market app store was rebranded as Google Play Store in March 2012.

19, Timothy Sweeney is Epic Games' controlling shareholder, CEO, and board chairman.

20, in April 2020, Epic made the decision to make Fortnite available for download through the Play Store.

21, Epic signed Google's DDA.

And, 22, on August 13, 2020, Epic filed its complaint against Google.  The complaint is the document that starts this case.

Now, there are rules of evidence that control what can and cannot be received in evidence.  When a lawyer asks a question or offers an exhibit in evidence and a lawyer on the other side thinks that it is not permitted by the rules of evidence, that lawyer may object.  If I overrule the objection, the question

 1   will be answered and the exhibit received.

 2       If I sustain the objection, the question will not be

 3   answered and the exhibit will not be received.  Whenever I

 4   sustain an objection to a question, you must ignore the

 5   question and must not guess what the answer might have been.

 6       Sometimes I may order that evidence be stricken from the

 7   record or that you disregard or ignore the evidence.  That

 8   means when you are deciding the case, you must not consider the

 9   evidence that I told you to disregard.

10       Now, in deciding the facts of this case, you may have to

11   decide which testimony to believe and which testimony not to

12   believe.  You may believe everything a witness says or part of

13   it or none of it.

14       In considering the testimony of any witness, you may take

15   into account the opportunity and ability of the witness to see

16   or hear or know the things testified to; the witness' memory;

17   the witness' manner while testifying; the witness' interest in

18   the outcome of the case, if any; the witness' bias or

19   prejudice, if any; whether other evidence contradicted the

20   witness' testimony; the reasonableness of the witness'

21   testimony in light of all the evidence; and any other factors

22   that bear on believability.

23       Now, sometimes a witness may say something that is not

24   consistent with something else he or she said.  Sometimes

25   different witnesses will give different versions of what

1    happened.  People often forget things or make mistakes in what

2    they remember.  Also, two people may see the same event but

3    remember it differently.

4          You may consider these differences but do not decide that

5    testimony is untrue just because it differs from other

6    testimony.  However, if you decide that a witness has

7    deliberately testified untruthfully about something important,

8    you may choose not to believe anything the witness said.  On

9    the other hand, if you think the witness testified untruthfully

10   about some things but told the truth about others, you may

11   accept the part you think is true and ignore the rest.

12         The weight of the evidence as to a fact does not

13   necessarily depend on the number of witnesses who testify about

14   it.  What is important is how believable the witnesses were and

15   how much weight you think their testimony deserves.

16         Now, times during the trial you may hear testimony by a

17   witness in the form of a previously recorded deposition rather

18   than live here in court.  It will usually be on a video.  So

19   you'll see a video of somebody testifying.

20         A deposition is the sworn testimony of a witness taken

21   before trial.  The witness was placed under oath to tell the

22   truth, and lawyers for each side ask questions.  The questions

23   were answered and recorded.

24         Insofar as possible, you should consider deposition

25   testimony presented to you in court in lieu of live testimony

1   in the same way as if the witness had been present to testify.

2       Now, you're also going to hear testimony from individuals

3   known as expert witness who testify to their opinions and the

4   reasons for their opinions.  This opinion testimony is allowed

5   because of the education or experience of the witness.  Such

6   testimony should be judged like any other testimony.  You may

7   accept it, you may reject it, and you can give it as much

8   weight as you think it deserves considering the witness'

9   education and experience, the reasons for the opinion, and all

10  the other evidence in the case.

11      Now, at times you're going to see some charts and

12  summaries that will be shown to you to help explain the

13  contents of books and records and documents or other evidence.

14  Some of those charts or summaries may be admitted into

15  evidence, some may not.  Charts and summaries are only as good

16  as the underlying evidence that supports them.  You should,

17  therefore, give them only such weight as you think the

18  underlying evidence deserves.

19      Now, you're going to need to pay close attention.  That's

20  why you got notepaper and we're going to be taking frequent

21  breaks and you're going to be hydrated and nourished all so

22  that you can maintain your focus.  That is because you will not

23  get a transcript of the trial testimony during deliberations.

24  Okay?  You will not get that.  You're not get a big book of

25  what everybody said, so it's vitally important you pay close

1   attention to the testimony as it's given.

2        Now, as I mentioned, if you like you may take notes to

3   help you remember the evidence.  Your binder has notepaper in

4   it for that.  If you do take notes, keep them to yourself until

5   you go to the jury room to decide the case.  That's at the very

6   end, so don't share notes at the end of the day or anything

7   like that.  Don't let note taking distract you.

8        And when you leave, your notes should be left in the jury

9   room.  No one's going to read them.  That's a sacred space

10  nobody goes into except to do a little cleaning.

11       Whether or not you take notes, you should rely on your own

12  memory of the evidence.  Notes are only to assist your memory.

13  You should not be overly influenced by your notes or those of

14  other jurors.

15       Now, when the question -- when the attorneys have finished

16  examining a witness, you may propose a question to the witness

17  to help clarify the testimony.  Now, a question may not be used

18  to express an opinion about the testimony or argue with a

19  witness.  Okay?  So let me just go over the top here for a

20  moment.

21       Don't give me a question that says "Why are you lying?"

22  Okay.  This is -- here's a good question:  Could you repeat the

23  date on which that event happened again?  Or:  You said that

24  there was black at the beginning of the testimony, but I

25  thought I heard you say it was red at the end.  Can you

1  clarify?  No arguing.  No expressing opinions.  If you propose

2  a question, remember that your role is that of a neutral fact

3  finder, not an advocate.

4      Before I excuse each witness, I will offer the opportunity

5  to write out a question in the form that has been put on

6  your -- in your binders.  You should have a question form in

7  there.  Do not sign the question.  Don't put your name on it.

8  Okay?

9      Now, there are some proposed questions that I will not

10 permit or I will rephrase them from the way they were written.

11 This might happen either due to the rules of evidence or other

12 legal reasons or because the question is expected to be

13 answered later in the case.  If I don't ask your question or if

14 I rephrase it, don't try to guess or speculate about why.

15     Don't give undue weight to questions you or other jurors

16 propose, and you should evaluate the answer to any questions in

17 the same manner you evaluate all the other evidence.

18     Now, I'm giving you the opportunity to ask questions.  I'm

19 not suggesting or requesting that you do so.  It will often be

20 the case that a lawyer has not asked a question because it is

21 legally objectionable or because a later witness may be

22 addressing that subject.

23     Now, this is a particularly vital instruction.  They're

24 all equally important, but I want you to pay particular

25 attention to this one.

**PRELIMINARY JURY INSTRUCTIONS**

1    Let's talk about how you're going to conduct yourself as

2 jurors.  Now, it is vitally important that you keep an open

3 mind throughout the trial.  The testimony and the evidence is

4 going to unfold over several weeks, and you should not reach

5 any conclusions before you have heard everything that will be

6 presented.

7    In addition, do not decide what the verdict should be

8 until you and your fellow jurors have completed your

9 deliberations at the end of the case.

10    Now, when it comes time for you to decide the verdict,

11 your decision must be based on the evidence received in the

12 case and on my instructions about the law that applies.  You

13 must not be exposed to any other information about the case or

14 to the issues it involves during the course of your jury duty.

15    So for these reasons do not communicate with anyone in any

16 way and do not let anyone else try to communicate with you in

17 any way about the merits of the case or anything to do with it.

18 This covers every possible form of communication:  In person,

19 in writing, by phone, tablet, computer, any electronic means

20 via e-mail, text messaging, chat rooms, blogs, websites, any

21 social media applications including, but not limited to,

22 Facebook, YouTube, Twitter, X, Instagram, LinkedIn, Snapchat,

23 TikTok.  I try to stay current.  I don't use social media.  You

24 get the idea.  No social media hooks.

25    The prohibition on communication applies to everyone,

1    including your family members, your employer, and the media or

2    the press, and anybody involved in the trial.  It also applies

3    to communicating with your fellow jurors until I give you the

4    case for deliberation.

5        Now, you're certainly free to tell your family and your

6    employer that you have been seated as a juror in the case and

7    how long you expect the trial to last, but that is it.  You

8    can't go any farther than that.  You cannot share with them or

9    anyone else any other information about your jury service or

10   about the case.  If anyone asks you or -- and tries to get any

11   information out of you, you must say that I have instructed you

12   not to discuss the matter and you must tell Ms. Clark right

13   away.  That would be a breach that I need to follow-up on, so

14   you must tell Ms. Clark.

15       In addition, you must not for any reason do any research

16   or investigation on your own.  You will get all the evidence

17   and legal instruction you may properly consider for the verdict

18   right here in court.

19       Do not look up anything on the Internet or in a book.

20   Don't do any sleuthing or investigating of any sort.  Do not

21   visit or view any place or location that might be described in

22   the case.  Do not do any research about the law or the people

23   involved, including the parties, the witnesses, the lawyers, or

24   me.

25       Also, there's going to be media coverage of this case.

1   There may be a substantial amount of it.  It is very important

2   that you do not read, watch, or listen to any news or media

3   accounts or commentary about this case or anything to do with

4   it.  If you see it, don't read it.  If you hear it, turn it

5   off.  If you happen to read or see anything touching on this

6   case in the media, turn away and you should let Ms. Clark know

7   so I can make sure that we're all set and there's not a

8   problem.

9       Now, I understand this is a long list of things not to do,

10  but it is vitally important that you follow these rules.  They

11  protect each party's right to have this case decided only on

12  the evidence that is presented here in court.

13      Witnesses in court take an oath to tell the truth and the

14  accuracy of their testimony is tested during the trial process.

15  If you do any research on investigation outside the courtroom

16  or gain any information through improper communications, then

17  your verdict may be influenced by inaccurate, incomplete, or

18  misleading information that has not been tested by the trial

19  process.

20      Each of the parties here is entitled to a fair trial by an

21  impartial jury; and if you decide the case based on information

22  not presented in the court, you will have denied a party's

23  right to a fair trial.

24      Remember that you have taken an oath to follow this rule,

25  and it is crucial that you follow this rule and all the other

1    ones I've outlined today.

2         Now, a juror who violates these restrictions jeopardizes

3    the fairness of these proceedings and a mistrial could result

4    that would require the entire trial process to start over.

5         Now, if any juror is exposed to any outside information

6    and it comes to your attention, please let Ms. Clark know right

7    away.

8         All right.  We're just about ready to start the trial.

9    We're going to get to opening statements.  Each side may make

10   an opening statement.  Now, as I said before, these are the

11   lawyers talking, and an opening statement is not evidence.  It

12   is an outline to help you understand what the party expects the

13   evidence will show.

14        A party is not required to make an opening statement; and

15   if a party chooses not to, you should not hold it against that

16   party for any reason.

17        Now, Epic -- once the opening statements are done, Epic

18   will then present evidence and counsel for Google may

19   cross-examine.  Then Google will present its evidence, and

20   counsel for Epic may cross-examine.  And after all the evidence

21   has been presented, I will instruct you on the law that applies

22   to the case and the attorneys will make their closing

23   arguments; and after that, you will go to the jury room to

24   deliberate on your verdict.

25        So that is the end of these instructions, and let's have

1   our opening statement.

2      Epic?

3         **MR. BORNSTEIN:**  Your Honor, may I proceed?

4         **THE COURT:**  Please.

5         **MR. BORNSTEIN:**  Thank you.

6                      **OPENING STATEMENT**

7         **MR. BORNSTEIN:**  Hi.  Good morning, everybody.  My

8   name's Gary Bornstein, and together with the folks at this

9   table here I represent Epic Games, the plaintiff in the case.

10     And as the Court said, this opening statement is an

11  opportunity for me to give you an outline of what the evidence

12  will be and to do my best to tell you what we believe the

13  evidence will prove, and so I'll start just with what the case

14  is about.

15     The case is about Google and it's in particular about a

16  store that Google has on Android phones called the Google Play

17  Store.  That's the icon there.  And it's about how Google has

18  gone about systematically, deliberately, and unlawfully

19  preventing all competition against the Google Play Store and

20  how as a result, it has caused harm.  It has harmed consumers,

21  who have less choice and pay more.  It has harmed app

22  developers like Epic Games but like thousands and thousands of

23  others, and it has harmed people who would like to have stores

24  of their own on Android devices but can't.

25     So let me tell you what I mean.  I'll clear the phone off

1    here.

2        The phone all by itself, it doesn't do very much; right?

3    What brings the phone to life are the apps that we put on it;

4    right?  We get to personalize the phone.

5        You have on there what you might need for work or for

6    school, things you find fun, things to communicate with your

7    friends and family, but how do those apps get there; right?

8    This is where we have the problem that I'm going to talk about

9    today.

10       On Android smartphones, which are used by billions and

11   billions of people around the world, the primary place that

12   people go to get their apps is the Google Play Store, the icon

13   I showed before.

14       This chart shows you the extent to which the Google Play

15   Store dominates Android phones.  So the green bars over the

16   course of the year are the number of installs of apps from the

17   Google Play Store; and the little gray part on top, less than

18   10 percent, 5 percent, that's all other stores besides the

19   Google Play Store.

20       Now, the Google witnesses will tell you during this trial

21   that there are alternatives.  They will tell you that over

22   60 percent of all Android phones have another store sitting

23   right next to it.  They're talking about Samsung.  Let me show

24   you what they're talking about.  That little orange sliver,

25   that is all that Samsung, the largest Android OEM by far, has

OPENING STATEMENT / BORNSTEIN

 1    been able to achieve.

 2        So why does it matter; right?  Why does it matter that

 3    there's only one store?  You may think:  That's what phones are

 4    like.  I go to the app store.  I go to the Google Play Store

 5    when I need to get an app on my phone.  But why?  Why is there

 6    just one place to shop?

 7        Think about a regular computer -- right? -- if you have a

 8    laptop or a desktop.  You can go anywhere to get your software.

 9    You can go to a website and get it directly from the developer.

10    You can get the Chrome browser from Google just by going to a

11    Google website and put it on your computer.  You can go to lots

12    of different stores that are on your computer.

13        So why is this computer different?  Right?  Why is this

14    one built some other way?  And make no mistake about it.  This

15    is a computer.  Right?  This is probably the most important

16    computer in your lives, more so than anything else.  So why is

17    it different?

18        The answer to that question is power.  Google has such

19    extraordinary power over Android phones that it can use two

20    strategies, two strategies you'll hear about a lot, to prevent

21    all other competition and maintain those big, big green bars.

22        Here's what those strategies are:  Bribe or block.  Bribe:

23    What I mean is, and you will see this again and again, Google

24    pays potential and actual competitors not to compete, literally

25    gives them money and other things of value.  It's like if this

1    were a race, if competition were a road race or a foot race,

2    it's like Google saying "Here's $360 million" -- and that's an

3    actual number you'll hear about -- "Here's $360 million, why

4    don't you sit this one out?  Let me run.  Let me win."  That's

5    bribe.

6         Block:  Here's the alternative.  What Google does is it

7    blocks competitors from even being able to compete no matter

8    how good their products are.

9         So, for example, as the evidence will show, if you would

10   like to get another store on your phone besides the Google Play

11   Store if it's not already there, you have to go through kind of

12   tapping screen after screen after screen, you have to go

13   through warnings that say that your phone may be damaged by the

14   software you installed.  Google makes it hard.  Google makes it

15   a challenge to put a competitor on the phone.

16        Again, if competition were like a race, it's like Google

17   gets to run on a nice, smooth track and everyone else is forced

18   to run in quicksand.

19        So we'll give you specific examples of bribe and block,

20   paying people off and preventing them from competing.  These

21   are the ways that Google maintains those big green bars, and

22   that is why we're here.

23        So why does it matter?  One reason that this matters is

24   that, as you'll hear as the trial goes on and get the

25   instructions from the judge, it violates the law.  As you will

1    learn, when a company has the kind of power that Google has, it

2    is not allowed to use that power to prevent other companies

3    from having a fair chance to succeed.  Right?

4        Big companies, of course they're allowed to compete.  If

5    they can do the best and they can win that way, like, great.

6    Good for them.  But they are not allowed to use their power to

7    stop everybody else from trying.  The law draws a line between

8    fair competition and unfair competition between what you're

9    allowed to do and what violates the antitrust laws, and Google

10   has crossed that line again and again.

11       And there is a practical side to it too.  This is not just

12   an abstract legal exercise.  When there's no competition, bad

13   things happen; and I'm going to illustrate the point with

14   something that is fundamental to many peoples lives as their

15   phones.  Ice cream.

16       So here's a happy little town where there are lots of

17   different places to shop for ice cream.  These stores need to

18   compete against one another to win your business.  Right?  To

19   get you to go to Lizzie's rather than Clark's, they've got to

20   have tastier ice cream.  They've got to have more flavors.

21   They've got to have better service.  They've got to have lower

22   prices.  Something to bring you in the door.  That's how

23   competition works because if not, you'd go somewhere else.  So

24   as a result, prices go down, that's good; quality goes up, also

25   good.

1          Now, let's go back to my happy little town and let's make

2    it sad.  There's only one place to get ice cream now.  So what

3    does this one ice cream store have to do to compete?  Very

4    little.  There's not really any other place to go unless you

5    want to get in your car and go a long, long distance away.

6          So as a result, because there is no threat that you will

7    take your business elsewhere, they don't have to make better

8    ice cream, they don't have to have better service, and they

9    don't have to have lower prices.  So prices go up, quality goes

10   down.  And that is exactly what has happened on Android phones.

11         Let me talk about prices first.  It would help if I hit

12   the right button.  There we go.

13         Let me talk about prices first.  So prices are high.  If

14   you want to buy some cool stuff on your phone, this is what

15   happens on an Android device from the Google Play Store.  You

16   push the purchase button and the money then goes to the

17   developer, but along the way Google takes a 30 percent cut.  In

18   some instances up to 30 percent of the money goes to Google.

19   And it's not just when you make that first purchase or when you

20   make that first download.  It's forever.  Again and again

21   repeatedly Google takes 30 percent every time you make a

22   purchase of digital goods on your phone.

23         Google knows 30 percent is too high.  This is a Google

24   document.  People internally at Google, senior executives

25   acknowledge that the value they're giving to developers is not

1   aligned with what developers pay.  They call the 30 percent

2   arbitrary.

3        And it's not just the developer who suffers.  Right?

4   Consumers suffer too.  Think about like when the price of gas

5   goes up; the price of airline tickets goes up; the price of

6   avocados go up means the price of guacamole goes up; right?  If

7   the costs go up, the prices goes up to all of us.

8        Later today you will hear from a developer who will come

9   in and tell you how the costs that he faced on Google Play

10  caused his prices to go up to consumers.

11       In addition, the quality on Google play is lower than it

12  would be than if there was competition.  And as the trial goes

13  on, including today, you will hear developers explain that to

14  you too and tell you about their experience.

15       So the result of what Google is doing is higher prices,

16  lower quality, and less choice for everyone all while Google

17  makes billions and billions in profits, more than it would make

18  in a competitive market.

19       And I want to be very, very clear about this.  I do not --

20  we do not, Epic does not fault Google for making money.  We

21  fault Google for the actions that it has taken.  We fault

22  Google for again and again repeatedly when it sees competition

23  not trying to make its store better but turning to the bribe or

24  block strategy.

25       So let me explain this in a little bit more detail.  I

**OPENING STATEMENT / BORNSTEIN**

1  want to go back to my phone, and I want you to pretend that you

2  are the company that makes the phone, Samsung, Motorola, Sony,

3  whoever it may be.  You manufacture this, and it's just a piece

4  of hardware.  It's glass.  It's metal, chips, and a battery.

5        To make it work, you need some software called an

6  operating system.  This is the first layer of software that

7  goes between the phone and the apps that you put on it and

8  allows the apps to run.  You have to have the operating system.

9        So where does the operating system come from?  There's one

10  major phone maker that makes their own.  That's Apple makes

11  IOS.  And every other major phone maker in this country and

12  most countries around the world uses Android.

13        So this slide, it shows you over time starting from 2007

14  when there were lots of choices, the gray stuff, when

15  smartphones were just beginning, over time all the way to close

16  to today, because that's as far as the data I have goes, you

17  will see by the end it's just Apple in blue and Android in

18  green.

19        And Android, the green one, has the vast majority of

20  phones in the world.  There were other ones in the past.  Now

21  if your name is not Apple and you're a phone maker, Android is

22  your only choice.

23        To be clear, others have tried, very large companies --

24  Microsoft, Amazon -- have tried to develop competing operating

25  systems for phones, and they have failed.

1          So, again, pretend that you need to get an operating

2     system for that phone that I showed you.  If your name's not

3     Apple, you have to go to Google.  If you want that little green

4     guy, the trademark there, if you want Google maps, if you want

5     Gmail, if you want YouTube all to be on the phone that you make

6     when you have your consumers take it out of the box, Google is

7     your unavoidable trading partner.  And just like the ice cream

8     stores, when there's no competition, the seller gets to extract

9     a price.  The seller has power to do that.

10         Now, here the price that Google extracts is not money.  It

11    extracts promises from the phone makers; promises to advantage

12    other parts of Google's business, including Google Play.

13         So, first, Google requires the phone makers who take

14    Android to put Google Play on the phone in a prominent

15    position; right?  It has to be on the default home screen --

16    that's the home screen that opens up when you open your phone

17    for the first time -- and it's got to be right there.

18         Now, Google has long promised that Android is what it

19    calls an open platform.  So there should be lots of other

20    choices even if Google Play is right there on the home screen,

21    but that is a promise that Android and Google have not kept.

22         I will show you how Google has gone through and closed off

23    each and every other loose end, each and every other option to

24    get around Google Play for app distribution on Android.

25         So alternative number one, something called direct

1    distribution.  This is a way that in theory you can get an app

2    on your phone.  It means you go to a website that a developer

3    has, whether it's Epic Games or anybody else, and you try to

4    download the app onto your Android phone.  Well, Google has

5    blocked this option.  Remember bribe or block?  The way it

6    blocks it is not a complete and total it's completely

7    impossible you can't do it, it just makes it really, really,

8    really hard.

9        So, for example, when Fortnite, Epic's game, launched on

10   Google Play -- excuse me -- launched on Android in 2018, this

11   is what people had to go through to get Fortnite onto their

12   phone from the Epic Games' website.  They had to go through 16

13   screens; push and push and push and push and push and push.  On

14   Google Play, it was super easy; a push or two.  And it wasn't

15   just how many screens people had to go through.  Look at what

16   some of these screens actually did.

17       Here's one.  Google required a warning that said your

18   phone is not allowed to install unknown apps, and you had to go

19   through settings to change that.

20       Here's another one.  Your phone and personal data are

21   vulnerable to attack by unknown apps, and you had to approve

22   that too.

23       So lots of people gave up.  They did not go through the

24   process of direct distribution; and as you can see, this was

25   not an option.

1       And I want to be clear.  You saw the words "unknown apps."

2  At that time 2018, Fortnite was the biggest game in the world.

3  It was not an unknown app.  Google knew exactly who Epic was,

4  but it labeled Epic, it labeled Amazon, it labeled Netflix,

5  Facebook, Microsoft, anybody who you downloaded an app from

6  outside the Google Play Store, Google called it unknown so it

7  could put up warnings just like those.

8       So here's another alternative.  In theory, there could be

9  other stores.  Google blocks those too in much the same way.

10 If you want to get another store on your phone and it's not

11 there when you open it up, you have to go through that whole

12 process of tap, tap, tap all the way past the warnings and kind

13 of persist and persevere to get the alternative store on your

14 phone.  Google knows that is very hard to do.

15      Here's another Google document I'll show you.  Amazon,

16 which was trying to start an app store -- right? -- not like

17 where you go buy shoes and books and stuff, like an app store

18 that competes with Google Play, they tried.  They were giving a

19 15 percent discount; and as you can see, right underneath the

20 15 percent discount it says:  Switching hurdle is too high for

21 most users because it took 14 steps.  People just didn't make

22 it even though they could have saved 15 percent.

23      It's sort of like if you have two stores, here's

24 Google Play, here's Amazon, and Google throws up when the guy

25 comes by a danger sign in front of the Amazon store because

1  it's supposedly unknown.  Which place are most people going to

2  go shopping?  They don't go past the danger sign.  So this,

3  too, not a realistic option.

4      Last choice, in theory, preinstallation.  That means the

5  alternative store is already on your device when you get it

6  from the manufacturer.  This, too, is not a real path.  Here

7  it's bribe, not block, although there is a bit of block too in

8  a way I'll explain.

9      What do I mean by the bribe?  Google literally pays most

10  phone makers in the world not to preinstall competing app

11  stores.  I'll say it again.  They pay people not to allow

12  competition.  They pay people not to compete on their own.

13  These agreements, they're called RSA 3.0.  You'll hear a lot

14  about them during the course of the trial.

15      It's a bribe.  It's also a block in the sense that it's a

16  bribe to the phone maker so they don't have their own app

17  stores on there, but it's a block because it prevents other

18  competing stores from being on those phones.

19      The only phone maker, the only major phone maker of any

20  size that anyone's ever heard of that doesn't have one of these

21  agreements today is Samsung, but Google had a plan for that

22  too, which I will explain in just a little bit.

23      So this, too -- oh, this is just to show you how much

24  money was paid for these exclusive RSA 3.0 agreements.

25      It starts out with tens of millions of dollars, makes it

1  way up to hundreds of millions of dollars.  And this is just

2  for a portion of what they ultimately provided to get

3  exclusivity, as you can see underlined, for Google Play.  So

4  this, too, not a realistic option.

5      So what does Google do now that it has enshrined Google

6  Play Store on Android phones?  Well, it takes billions and

7  billions of dollars in profit, and I'll explain how.

8      So Google has something that it calls Google Play Billing.

9  It's a separate product that it offers.  It's a payment

10  solution.  This is like if you're an app developer and you want

11  to sell things in your app, you need a way to handle the

12  financial side of things.  You need a payment solution that

13  helps the credit cards talk to the banks and make sure you

14  have -- that the user has the money to buy whatever the user is

15  buying and then authorize it.  There are lots of companies that

16  do this.  You may know PayPal or Square and there are a bunch

17  of others.  Some companies even do it on their own.

18      There should be choice.  Developers should get to decide:

19  I want to do business with this one, but not do business with

20  that one.  This one's a better price.  This one's a better

21  service.  Up to the developer or so it should be; and in some

22  instances even on an Android phone it is.

23      So Google draws a distinction between apps that sell

24  physical goods in the real world, like you want to get your

25  coffee from Starbucks or get a ride from Uber.  Those app

1    developers, they can choose their payment solution.  It's up to
2    them.

3        But the app developers on the right that sell digital
4    goods, things in a game like Candy Crush, things on dating
5    sites where you can boost your profile and get seen more, or
6    things like news subscriptions at the *Chronicle*, these are
7    digital goods you use on your phone and these app developers,
8    they have no choice.

9        Let me show you what I mean.  So here are a variety of
10   options that app developers might have if they had free rein of
11   payment solutions that they could choose from, different
12   prices, different service.

13       For the digital good sellers, Google takes all of these
14   options away.  The only choice is to deal with a separate
15   Google-owned payment company.  This is Google Play Billing.
16   It's actually owned by Google Payment LLC separate from the
17   Google Play Store.  And because there is no competition, what
18   happens, just like the ice cream shop, the prices are insane;
19   15 percent or 30 percent depending on what the app developer is
20   selling.

21       And as we saw earlier, those prices are arbitrary.  That's
22   Google's world.  They don't match the value of what they are
23   delivering because there is no competition.

24       The impact of these extraordinary fees is extraordinary
25   profit.  This is what Google has as operating profits and its

1   profit margin on the Google Play Store.  You can see that in

2   the latest year there it is over $12 billion with a profit

3   margin of over 70 percent.  These are extraordinary numbers.

4   They're particularly extraordinary in light of what Google said

5   when it started the app store.  It said this publicly.  This is

6   from a blog:

7       Google does not take a percentage.  We went from "We don't

8   take a percentage" to over $12 billion.  And inside Google when

9   they started doing this years and years ago, they recognized

10  what was going on.

11      Here's Google -- someone internally at Google

12  acknowledging what happened:  We are now lying.  Right?  We

13  have previously said we don't make money from Market.  And as

14  you saw in those agreed facts that the judge read to you,

15  "Market" is an old name for the Google Play Store.  We are now

16  lying to developers.  They even say:  Let me repeat.  We are

17  now lying.  When they got the power to do this, they used it,

18  they raised prices, and they brought quality down.

19      Now, along comes Epic.  Epic is a software developer.

20  Fortnite being the most well known game.  It also developed

21  something called the Unreal Engine, which is a software tool

22  that people can use to make their own games.  It's used in

23  movies.  It's used in TV.  NASA even uses it for things.  It's

24  a graphics tool.

25      Epic also has something called the Epic Game Store, which

 1   is a store that's available on PCs and Macs on your computer.

 2   It's not on Android because of all the conduct that I've

 3   described.

 4        Epic has a history of challenging policies that it

 5   disagrees with.  You will hear about this later in the trial

 6   from Mr. Tim Sweeney, who is the CEO and founder of Epic, who

 7   is here with us in the courtroom.  Mr. Sweeney founded Epic

 8   when he was a college student living at his parents' house

 9   mowing lawns.  It's gotten a little bit bigger since then.

10        Fortnite in 2018 was, as I said earlier, the biggest game

11   in the world.  If there were any game, if there were any app

12   that had the attention, the fan base, the ability to get around

13   all of the restrictions that I have described to be able to

14   distribute on Android outside of the Google Play Store, it was

15   Fortnite.

16        No one else had really tried to do it, but Epic believed

17   what Google was selling about Android being an open platform.

18   Remember I mentioned that before.  Epic believed that they

19   could do it, could distribute Fortnite on Android devices to

20   users outside the Google Play Store.

21        They also saw it as the beginning of their ambitions to

22   get the Epic Game Store onto Android devices as well.  And

23   later today you'll hear from a guy named Steve Allison.

24   Mr. Allison is the head of the Epic Game Store, and he'll talk

25   to you about the plans to get on Android and why they didn't go

1  the way Epic had hoped.

2      Now, when Epic started down this road of launching

3  Fortnite on Android outside the Google Play Store, it did not

4  tell Google.  It affirmatively kept it a secret.  In fact, here

5  are Mr. Sweeney's instructions to his colleagues at Epic:  Say

6  nothing till it ships.  Very clear.  Very clear.  Because Epic

7  was going to compete with Google and you don't tell your

8  competitors your plans.

9      And you will see from the evidence that Epic was actually

10 concerned that if Google found out what was going on, Google

11 would try to squash it, and that turned out to be a very

12 well-justified fear.  Because when Epic did ultimately tell

13 Google, and Epic did, Google turned to the bribe-or-block

14 strategy.  It offered Epic benefits worth $208 million just to

15 keep Fortnite or to put Fortnite on the Google Play Store.

16 Epic was not interested in being bribed.  It was not interested

17 in a special deal.  It said, "No, thank you."

18     Now, what Epic did not know at the time is that behind the

19 scenes at Google, when Epic made this decision to launch

20 Fortnite outside the Google Play Store, it was an "Oh, my gosh"

21 moment within Google.  People saw this threat to the Google

22 Play Store, and they kicked into action to prevent it.

23     And what really got them, by the way, was not just that

24 Epic might go outside the Google Play Store, it was that other

25 people might do it too, and they called it contagion.  Again

 1   and again contagion.  Like competition is some kind of virus

 2   that Google was afraid of.

 3        This issue, it went all the way to the Business Council at

 4   Google.  It's a group of very senior executives who have to

 5   approve certain decisions.  They went to the Business Council

 6   to get approval for that $208 million payment.

 7        And Google also established what it called a Fortnite Task

 8   Force.  This was a group of engineers and lawyers and press

 9   people and senior executives at Google who were responsible for

10   monitoring the launch of Fortnite outside the Google Play Store

11   and taking action regarding that launch.

12        But Epic was just the beginning.  Just the possibility of

13   Epic going outside the Google Play Store, it led to a flurry of

14   action within Google, including a series of strategies to bribe

15   or block.

16        So, first, one of the bribes.  Epic -- excuse me -- Google

17   went out and identified a whole number of potential competitors

18   and paid them, paid them to keep their apps on the Google Play

19   Store; paid some of them not to launch a competing store at

20   all.  This was called Project Hug, which I will get to in a

21   moment.

22        First, I just want to make clear, they considered at

23   Google the possibility of competing the regular way, competing

24   on price.  And this is what they said:  Ah, that's prone to be

25   a race to the bottom.  I'm not going to do it.  Instead they

1   turned to Project Hug.

2       Project Hug, it's a cute name kind of because they grabbed

3   all of these potential competitors:  Keep your friends close.

4   Keep your competitors closer.  And they went back to the

5   Business Council, they got approval for hundreds and hundreds

6   of millions of dollars that ultimately became about a billion

7   to pay these developers.  This whole set, 22 of them,

8   ultimately took these Hug deals.

9       Some of them, these three (indicating), they actually told

10  Google they were planning to start a competing store.  They

11  were going to compete against the Google Play Store.  They told

12  Google what they were going to do, and Google paid them not to

13  do so.

14      Now, Google's too smart, it's too careful, it's too well

15  lawyered to have an express written agreement that says "We

16  won't compete."  That would be plainly illegal.  But it is very

17  plain what happened.

18      Here, just one example, is what Google said internally.

19  Their focus was getting Riot, one of those developers, to shift

20  away from launching the op distribution platform, and Riot

21  agreed to put aside off-play distribution.  Riot agreed not to

22  compete in return for tens of millions of dollars.

23      Even as to some of these other companies that had not

24  expressly told Google that they wanted to launch their own

25  store, this was still anticompetitive in a different way.

1   These agreements required these developers not to launch any

2   app or even any content within a specific app anywhere outside

3   Google Play unless they also launched it on Google Play at the

4   same time.

5        So what that did is it made it impossible for other

6   stores, new stores that wanted to start, to have cool, new

7   exclusive content because anything they had was going to be

8   already on Google Play.

9        So if you're a new store and you want to bring people in,

10   you want to have an attraction, you want to have something

11   people can't get anywhere else.  But because new stores

12   couldn't have all of these, the biggest developers out there to

13   get their games, the best a new store could do was a marketing

14   strategy like this, which is not very successful:  We sell the

15   same things you can buy everywhere else.  And that's what

16   Google did, is it forced competing stores to be in a position

17   where they could not have exciting, exclusive, different

18   attractive content.  Google did all of this to prevent what it

19   called contagion and what the rest of us call competition.

20        There was a companion strategy to Hug, another bribe.

21   This one called Project Banyan.  Remember I told you that

22   Samsung was the only major developer that didn't have one of

23   these RSA 3.0 agreements that prevented competing stores from

24   being preinstalled on the phone?  Well, this was an effort to

25   deal with that.

1        Google offered to pay Samsung again hundreds of millions

2   of dollars to effectively shut down its store.  The deal was

3   complicated, but Samsung knew exactly what was going on.  This

4   is what Samsung had to say about it:  The goal was to prevent

5   unnecessary competition on the store.  That's pretty clear.

6        Now, this deal was not signed in this form, but they found

7   another way.  There was a separate deal not long after between

8   Google and Samsung where Samsung gets billions of dollars to

9   have the Google Play Store installed on the default home screen

10  of every Samsung phone; and if Samsung does not comply with

11  that obligation, it loses all that money.

12       The Samsung Galaxy Store is still technically allowed, but

13  Project Banyan shows you what the parties were intending and

14  you saw the result of it.  Remember that little orange sliver

15  that -- on the top of that huge green bar; right?  That's all

16  that Samsung has been able to achieve, and this is part of the

17  reason why.

18       So let me go back to Epic.  Because of the restrictions

19  that I described, Epic really didn't have the success that it

20  wanted to on Android outside of the Google Play Store and

21  Google knew that.  Google knew that Fortnite would have been

22  substantially more successful if it were on Play.  So Epic did

23  finally launch Fortnite on the Google Play Store, it did, on

24  Google's regular terms; no special terms, no bribe.

25       But we are all here because Epic did not just give up.

1   Epic did not stop trying to compete with Google.  It decided to

2   stand up to Google because that's what you do to a bully.  Epic

3   started something called Project Liberty.  Freedom.  Freedom

4   from Google's restrictions.

5       Project Liberty was a plan to challenge Google and Apple

6   too, two of the biggest companies in the world, to bring

7   attention to what they were doing to consumers and developers.

8   Epic knew this was going to be a long and hard fight.  Epic

9   knew its business might very well suffer, but Epic believed

10  this was the right thing to do.

11      So as part of Project Liberty, Epic decided to compete

12  with Google even though Google's rules did not allow it.  To

13  bring competition to Android, Epic decided to break the rules

14  that prohibited it.

15      So Epic launched a version of Fortnite that had a choice.

16  It had a choice of how you could pay.  So a consumer who got

17  this choice could pay using Epic's payment solution for 7.99

18  for this product or the Google Play Store for 9.99.  Epic said:

19  Here's choice.  You choose us, you get a lower price.

20      Epic didn't tell Google about this in advance, once again.

21  To the contrary, Epic wrote the app in a way that it could

22  launch on the Google Play Store and then later activate this

23  choice using something called a Hotfix.

24      Google witnesses are going to make this sound very scary.

25  They are going to suggest that there was secret code embedded

1    in the app.  You will not hear any evidence that anyone was

2    harmed by this or even could have been harmed by this.  The

3    only harm was to Google's pride.  The only harm to Google was

4    that Epic showed the world the choice was possible.  It even

5    put out a press release announcing that it was doing this.

6         Epic chose the splashy route.  Epic chose the drama.  Epic

7    believed this was the only way to bring attention to the world

8    to Google's practices, and Epic was completely right about that

9    but Epic has paid the price.

10        Like Google always does when Google faces competition, it

11   turned to bribe or block.  Now, Epic had already said no to the

12   bribe.  So instead we got the block.  Fortnite got taken down

13   from the app -- from the Google Play Store immediately, and

14   it's been down in the three and a half years since this

15   happened.

16        And more than being blocked, Epic is being punished.

17   Google has countersued Epic.  You heard there's a counterclaim

18   here in this case.  Well, the evidence will show that that

19   counterclaim is just more of the same.  It's Google doing what

20   it always does:  Trying to enforce unlawful agreements, flexing

21   its muscles, wielding its power right here in the courtroom.

22        Now, the evidence is also going to show you why Google has

23   gotten away with this for so long.  In part it's because Google

24   has been covering its tracks.

25        This is from a Google training document that employees are

1  required to complete at their computers kind of clicking

2  through.  Here's what it says (as read):

3          "Google knows that it is constantly in the public eye

4      and in the courthouse."

5      And what Google did is it deleted documents.  It destroyed

6  evidence that it was legally obligated to preserve.  It did it

7  on purpose and it did it in order to prevent you, the jury,

8  from seeing those documents.

9      When this case started, Google had a legal obligation to

10  preserve these documents to be considered by you and the Court

11  as evidence.  Google violated that obligation.  Google deleted

12  the documents on purpose.

13      I'll show you what they did.  There's something at Google

14  called Google Chat.  It's a way that Google employees and

15  executives communicate with one another.  They use it all the

16  time.  They use it every day to talk about important and

17  sensitive business substantive communications.  You will hear

18  they actually used Google Chat because they knew that it was

19  going to be destroyed.

20      So the Chat feature has something called "History."  When

21  history is on, the Chats are preserved.  When history is off,

22  the Chats are destroyed after 24 hours.  And this is not an

23  obscure feature that people at Google didn't know about.  You

24  will see, they talk about it all the time.  You will see they

25  actually comment on turning history off so that documents won't

1   be discovered.

2        These are actual Chats at Google (as read):

3            "I talk about RSA-related things all day" -- remember

4        the RSA 3.0, the contract, the exclusive I talked

5        about? -- "and I don't have history on for all my Chats."

6        They actually say (as read):

7            "Will you turn it off?  There's lots of sensitivity

8        with legal."

9        And look at the one on the bottom (as read):

10           "Would you turn history off?  Would not like to have

11       a trail."

12       And to make matters worse, they laughed about it.  This

13   was how they treated their preservation obligations.  It would

14   have been the easiest thing in the world, by the way, for them

15   to turn it off.  I mean, they're Google.  Not only are they a

16   sophisticated company, they designed the Chat program.  You

17   will hear from the witness, either today or tomorrow, that they

18   knew exactly how to turn it off and they could have done so.

19       But even after the case started, they continued to destroy

20   documents.  Now, not all of the documents have been destroyed.

21   We have some.  You've seen some in this presentation.

22       We are going to bring the witnesses in here and make them

23   answer questions about those documents.  We will bring them in

24   in our case.  We're going to have a number of Google witnesses

25   who we will bring in to question; and as you will see, the

1   documents tell the real story even when the witnesses don't.

2       Now, we'll never know what was in the Chats that were

3   destroyed by the witnesses who you will meet.  All we know is

4   that back in that training document and elsewhere, people at

5   Google were told to put their sensitive communications in Chat.

6       So we can't know what's in the documents.  All we know is

7   that whatever is in them, as bad as the documents you will see

8   are, whatever is in the destroyed Chats, it's worse or at least

9   it was worse before they were destroyed.

10      So what is Google going to say?  What will the Google

11  witnesses testify to you to defend its conduct?  I'm going to

12  run through just a few things quickly.

13      One thing that the Google witnesses will say is that

14  Android is, in fact, open; that there's this 68 percent of

15  phones that ship with another store on them.

16      You already saw this slide.  Clearly it's not so.  Most,

17  vast majority of the app installs come from the Google Play

18  Store.  So that's just not true.

19      Second, Google witnesses will testify that these

20  restrictions are actually good, that they were affirmatively

21  needed to prevent what they call fragmentation -- again, what

22  the rest of us call competition -- because having too many

23  stores would have been bad for Android, and they needed to do

24  all of this to get Android off the ground.

25      Well, the timing shows that to be wrong.  Remember this

1    slide?  Way over on the right, Google's already huge; right?

2    They don't need to do anything to get Google off the ground.

3    It is the biggest operating system in the world by far.

4        This is when they engaged in a lot of the conduct I'm

5    talking about.  Project Hug, Project Banyan, the RSA 3.0.

6    2019, they didn't need to get Android off the ground in 2019.

7    Android was already flying.  So this, too, not the reason.

8        Another thing they will say, Apple is the competition;

9    they do this to compete against Apple.  You're going to hear

10   that a lot; but, again, the documents tell the real story when

11   the witnesses don't.

12       Here (as read):

13           "Google executives acknowledge that the bear hug

14       effort" -- remember Project Hug -- "is to address

15       fragmentation" -- competition -- "within the Android

16       ecosystem."

17       Not Android versus IOS.  This is about affecting

18   addressing competition within Android.

19       Here's another example, same point (as read):

20           "The existential question they were facing on

21       Project Banyan" -- you see that over on the left.  "The

22       existential question is how to keep Play as the preeminent

23       distribution platform for Android."

24       And it doesn't make any sense either.  I mean, on the left

25   you've got an iPhone.  You can't get the Google Play Store on

1    an iPhone.  On the right, you have an Android phone.  You

2    can't get the app store on an Android phone.  They do not

3    compete in this way.  So this, too, not the reason.

4        You will hear them say security is the goal.  You will

5    hear witnesses come in and explain to you they need to protect

6    users from malicious apps and things like that.  The evidence

7    will show that there are a lot of other ways to do that.

8        The computer science is a little heavy for a Monday

9    morning, but I will show you one example.  Remember this?

10   Google says they have to use their payment system in order to

11   protect people from malicious payment systems and fraud; and,

12   yet, there are tons of apps already on Google Play Store that

13   don't have to use the payment system.  They know that these

14   other options are not security risks.  So that's not it.

15       Last one.  You may hear Google say that things have

16   changed; that we don't charge 30 percent on everything anymore;

17   that we give people more choice.  I want you to remember this

18   date:  August 2020.  That is when Epic launched Project Liberty

19   and the Hotfix.  That is when Epic brought this lawsuit.

20       And so I want you to pay very careful attention as you

21   hear evidence about changes Google has made and whether they

22   were the result of competition or whether changes after

23   August 2020 were the result of something else like this

24   lawsuit.

25       Google witnesses are also going to say to you perhaps --

 1   so this is just not an answer.

 2       Google witnesses are also going to say to you perhaps that

 3   30 percent is typical; it's standard.  If it's competitive, if

 4   it's really a fair price, just let them compete.  Why block

 5   everybody else?

 6           **THE COURT:**  Counsel, we're at 45.

 7           **MR. BORNSTEIN:**  Oh.  May I just do a quick wrap up,

 8   Your Honor?

 9           **THE COURT:**  Yes, please, but we're at 45.

10           **MR. BORNSTEIN:**  Thank you.

11       Just to go back to basics, what Google does is it uses its

12   power -- remember, bribe or block -- it harms developers, and

13   at the conclusion of this case you'll see it harms consumers,

14   and we will ask you to find that Google violates the law.  We

15   won't ask you to award any money to Epic.  We won't.  We just

16   want things to be better for the future.

17       So I want to just thank you very much for listening, for

18   the sacrifice that you're making to be here to consider this

19   case, and for the attention you're going to give the evidence

20   for the next few weeks.  So thank you.

21           **THE COURT:**  Okay.  Let's just stretch for a minute

22   before we get to the next one, and we'll take our break at

23   about 11:30.  Okay?  Probably do one witness, and then do lunch

24   maybe around 12:15 or something like that.  Okay?

25       All right.  Everybody okay with that?

1      Okay.  Good.  Let's just stand up and...

2                      (Pause in proceedings.)

3          **THE COURT:**  Okay.

4      Counsel?

5          **MR. POMERANTZ:**  Thank you, Your Honor.

6                      **OPENING STATEMENT**

7          **MR. POMERANTZ:**  Let me reintroduce myself.  I'm Glenn

8  Pomerantz, I met you last Thursday, and I'll be representing

9  Google during this trial.

10     During this trial, we're going to prove three things, and

11 when we were together -- the first is that Google cannot be a

12 monopolist because Google competes.

13     When we were together last Thursday, I showed you these

14 two phones.  This is an iPhone made by Apple (indicating).

15 This is an Android phone (indicating).  It's the Galaxy phone

16 made by Samsung.

17     Now, in his opening statement Epic's lawyer spent almost

18 his entire opening talking about what happens on this phone,

19 the Android phone.

20     What the evidence is going to show is that the people

21 inside of Google think a lot about what happens on this phone,

22 the iPhone, and that's because Google competes with Apple.

23 And that competition is not just about how good is the camera

24 or how big is the screen, but it's also about the apps that we

25 put on our phones and how they get there.

1          Apps allow us to do all sorts of things that we now expect

2     our phones to do.  So imagine that you went and you bought an

3     Android phone, brought it home, took it out of the box, and

4     turned it on and you couldn't find the apps that you wanted or

5     you could find the apps that you wanted but they didn't work

6     very well or they had viruses; or every time that a new app

7     came out, your friends with an iPhone had it six months

8     before you had it.  What would happen?  Well, I'll tell you

9     what would happen.  If that happened, you'd probably buy an

10    iPhone the next time around.

11         And because apps are so important to the quality of our

12    phones today, the competition between this phone and this phone

13    is also competition between the app stores where we get our

14    apps, between the Google Play Store and the Apple App Store.

15    And that competition between Google Play and the Apple App

16    Store, it's not just for consumers; it's also for the app

17    developers.

18         You're going to hear testimony from Google employees who

19    try to convince app developers to launch their apps first on

20    Android or at the very least to make their apps available in

21    the Google Play Store at the same time they make available at

22    the Apple App Store.  That's competition between Google Play

23    and the Apple App Store.

24         Now, during this trial Epic is going to try to convince

25    you that maybe the phones compete but the app stores don't, but

1   the evidence is going to show that Epic's wrong about this.  In

2   this day and age, you cannot separate the quality of the phone

3   from the quality of the app store and the apps in those stores,

4   and that means that the Google Play Store and the Apple App

5   Store compete against each other.

6        Now, the second thing that we'll prove in this case is

7   that consumers and app developers have choices, and that

8   includes Epic.  Let's take Fortnite, for example.

9        You'll see that Epic has lots of choices on where it can

10  distribute Fortnite:  Game consoles like the PlayStation, Xbox,

11  Nintendo Switch, PCs, game streaming services like Nvidia's

12  GeForce, and Amazon Luna, and the Apple App Store.

13       And with Android, Epic has even more choices.  Fortnite

14  can be downloaded directly onto an Android phone from Epic's

15  website.  And if Epic wants to use an Android app store, well,

16  the Play Store is available and so is the Samsung Galaxy Store.

17       Every single Samsung phone comes with two app stores right

18  on the home screen and they're side by side:  The Galaxy Store

19  and the Play Store.  And you'll see that developers can choose.

20  They can put their app just in the Galaxy Store or just in the

21  Play Store or both.  Epic chose to put their Fortnite game just

22  in the Galaxy Store for a while.  And the Samsung user, if you

23  own a Samsung phone, you can choose either store with just a

24  touch.

25       And so when they show these charts that show all of these

1   downloads from Play and not from the Samsung Galaxy Store,

2   that's because that's what the Samsung phone users are

3   choosing.  They're touching Play.  Nothing stops them from

4   touching the Samsung Galaxy Store.  It's just that Play works

5   for them.

6       So all these choices that Epic has for distributing

7   Fortnite -- the gaming consoles, the PCs, the streaming

8   services, the Apple App Store, the Play Store, the

9   Galaxy Store, direct downloading -- those are all important

10  choices, and they show that -- and they show why Epic can't be

11  right in this case.  Because when app developers, like Epic and

12  consumers, have these kind of choices, that means there's

13  competition, not monopoly.

14      The third thing that we're going to prove in this case is

15  that Epic doesn't want to pay for the benefits it receives from

16  Android and from Google Play.

17      Now, as we just saw, Epic has lots of choices and there's

18  lots of competition among those choices.  What Epic really

19  wants in this case is they want to take all of the benefits of

20  Android and all the benefits of Play but not pay for them.

21      Now, in his opening and also last Thursday Epic's lawyer

22  talked about helping smaller developers and lowering the prices

23  for consumers, but the evidence is going to show you that

24  that's not what's going on here.

25      Most small developers don't pay any service fee

1  whatsoever; and those that do pay a service fee, pay a service

2  fee that's much lower than what Epic pays.  It's only the

3  largest and the most financially successful developers that pay

4  the full 30 percent fee.

5      And this isn't about lowering prices to consumers like you

6  and me for apps.  Almost all the apps at the store are entirely

7  free to all of us.

8      And what you're going to see is that Epic's actions

9  actually speak much louder than the words.  The evidence is

10 going to show that before this lawsuit was filed, Epic devised

11 a secret plan.  They said they kept it secret.  It was secret.

12 It was secret.  They hid code so Google wouldn't find it, and

13 they hid that code so they could avoid paying a service fee.

14 That's not straight-up behavior.  That secret plan -- and I'm

15 going to talk about it in a few minutes a little more -- that

16 shows Epic's true colors.

17     I'd like to now briefly walk you through what the evidence

18 is going to show and how it's going to prove these three

19 things.

20     Let's begin with how Android got started.  So let me take

21 you back to the early 2000s.  Looking at you, most of you

22 probably don't remember it; but if you had a cell phone, it

23 looked sort of something like this (indicating).  You could

24 make phone calls, you could text, and that's about all you

25 could do.

**OPENING STATEMENT / POMERANTZ**

1    But there were four people at that time who had an idea,

2    and you're going to hear from a few of them during this trial.

3    One of them is Rich Miner.  I put his picture up on your

4    screen.  And they saw that phones were going to become

5    computers that would fit in your pocket and that you could play

6    games, you could listen to music, and you could access the

7    Internet.

8    Now, today, of course, we take it for granted that our

9    phones can do all of these amazing things; but these people saw

10    it back then, and so they started a company, these four people,

11    and they called their company Android.  And Google believed in

12    their vision and so Google acquired their company in 2005, and

13    Google and Android's cofounders then spent the next three years

14    to make -- to turn Android into a reality.

15    Now, while Google was building Android, Apple launched

16    the iPhone in 2007; and with the iPhone Apple decided that

17    it was going to do everything itself.  Apple makes IOS, which

18    is the operating system that runs the iPhone.  It designs and

19    builds every iPhone from top to bottom.  It decides what apps

20    are on the iPhone when you take it out of the box.  And Apple

21    says that only its app store is where you have to go to if you

22    want to download some additional apps on your phone.

23    You'll see Google chose a different model for Android.

24    Instead of doing everything itself, Google used a model for

25    Android that was based on partnership and choice.  It allowed

 1  phone manufacturers and developers and consumers to make

 2  choices that Apple doesn't allow them to make on the iPhone.

 3        Now I'm going to spend a few minutes now on the

 4  fundamental building blocks that the cofounders in Google used

 5  to create Android.  Some of these building blocks are what Epic

 6  says have impeded competition, but you're going to see that

 7  these building blocks don't impede competition.  They help

 8  competition because it was the way that Android was able to

 9  compete with the iPhone.

10        The first building block is the Android operating system

11  itself.  As I told you last Thursday, Google made this

12  operating system an open-source operating system, and what that

13  means is that it's available for free on the Internet so that a

14  phone manufacturer can use it to make a phone.  And that helped

15  bring Samsung and Motorola and 200 other phone manufacturers to

16  the table and become Android partners.

17        Now, Google's decision to partner rather than doing it all

18  itself is why you have so many choices in the Android section

19  of the store compared to the Apple section.  Numerous

20  manufacturers make Android phones all with different kinds of

21  features; and because the operating system was free to all of

22  these phone manufacturers, the phone manufacturers could charge

23  a wide range of prices, lower prices.  And so that meant that

24  people around the world, including those with very modest

25  means, they had access to a smartphone.  And the app

 1   developers, they were able to get their apps into the hands of
 2   more people.
 3        But creating Android and offering the operating system
 4   wasn't enough.  There were other building blocks that were
 5   required to make sure that Android could serve app developers
 6   and consumers.
 7        So the next building block is what we call compatibility.
 8   What is compatibility?  Well, if you have -- if you --
 9   compatibility means that two phones are compatible if an app
10   that's written for one will run on the other.
11        So Google knew that developers, app developers, were not
12   going to build apps for Android if developers had to make a
13   different version of their app for each phone manufacturer.
14   And, remember, that there were 200 phone manufacturers using
15   Android.
16        And so what -- Android enabled the app developers to build
17   just one version for all of the Android phones out there, and
18   the way they did that was through what's called the
19   antifragmentation agreement or AFA.  And all the AFA did was
20   set up some basic standards so that Android phones would have
21   things in common so that the app developer could make just one
22   version of the app, saving time and a lot of money, and it
23   would run on Samsung phone or a Motorola phone or a Nokia phone
24   or an LG phone or any other Android phone.
25        Now, another challenge was to make sure that the Android

1    phone provided a consistent high-quality experience as soon as

2    the consumer took it out of the box and brought it home.

3         Think about the iPhone.  I'm sure some of you on the

4    jury have iPhones.  So when you took it out of the box and

5    you turned it on, you found these apps already installed on the

6    phone:  An app store, a browser, e-mail, maps, and so on.

7    These apps provide the core functions to a smartphone.  The

8    phone can automatically do these things as soon as we turn it

9    on, and that's what we have come to expect.  And Apple makes

10   sure that all of these apps are really, really good because

11   they're trying to protect the reputation of the Apple brand.

12        Now, it's a bit trickier for Android to do the same thing

13   because each phone manufacturer controls what apps are

14   preloaded on its phones.  So with all these phone companies out

15   there making their own versions of Android, how do you ensure

16   that Android also stands for a consistent high-quality brand?

17        And Google addressed this with another building block

18   right from the outset.  The cofounders and Google came up at

19   the outset, they addressed this with something called the

20   Mobile Application Distribution Agreement or MADA.  We need to

21   be clear about what Google did and didn't do with the MADA.

22   The MADA did give Android phone manufacturers the opportunity,

23   if they chose it, to put a set of Google's core apps on its

24   phones.

25        And here are the Google core apps.  You can see that they

**OPENING STATEMENT / POMERANTZ**

1  basically provide the same core functions that you find on the

2  iPhone when you take it out of the box.  You have an app

3  store, you have a browser, you have e-mail, you have maps, and

4  so on.

5      Most of the Android manufacturers wanted to sign the MADA

6  because they wanted their phones to have these great apps right

7  out of the box.

8      But it's important also to remember what Google didn't do

9  with the MADA.  It didn't require any manufacturer to sign a

10  MADA.  If you wanted to use the Android operating system for

11  free and not sign a MADA, you were entirely free to do that.

12      And the MADA doesn't require the Play Store to be the only

13  app store on the phone.  As you saw, Samsung signed a MADA and

14  Samsung put its own app store on every single one of its phones

15  right next to Play.

16      The next building block is a great app store.  A great app

17  store helps both consumers and developers.  It helps consumers

18  by offering a secure and reliable way to put all the apps they

19  want on their phone, and it helps developers providing a way to

20  showcase their apps to billions of Android phone users around

21  the world.  And that's why since the very beginning of Android

22  back in 2008, the MADA has always provided access to the store;

23  first Android Market and then the Play Store.

24      And the last building block that helped Android succeed

25  against the iPhone was security.  Security is a big part of

1    the competition between Android phones and the iPhones.  It

2    was back in 2009, and it remains so today.  In fact, many of

3    you have probably seen Apple's advertising campaign based on

4    security.  It's going out there telling consumers that the

5    iPhone is safer than Android phones; and so to compete with

6    the iPhone, Android phones have to be safe and they have to

7    be secure.

8         And, again, it's a little bit trickier for Android because

9    of the way it works.  Android offers users and app developers

10   more choices than Apple.  So if you look at the screen, you can

11   see that you can download apps from the Google Play Store but

12   you can also download apps from other app stores or directly

13   from the Internet without using any app store, and that's

14   called sideloading.

15        From the start, Android gave users choices that Apple

16   doesn't.  Apple doesn't allow any other app store on the

17   iPhone.  Apple doesn't allow you to directly download an app

18   from a website, but Android gives you those choices.

19        But sideloading does have some risks because sideloading

20   apps from a website can bring in malware.  It's not just the

21   Epic website or the Amazon website that we're talking about.

22   We're talking about the millions of websites that are out there

23   that have an app that you can sideload onto an Android phone.

24        Now, Google and Android could have taken that choice away

25   from the consumer like Apple has, but that's not how Android is

1   structured.  Android allows for choice.  So instead of taking

2   away the choice of sideloading, Google left the choice to the

3   user but wanted to make sure that it was a knowing choice by

4   providing information.

5       And so Google required phone manufacturers who wanted to

6   use the Android brand to notify users about the risks of

7   sideloading, and there's nothing wrong with that.  In fact,

8   you're going to see that companies that allow sideloading also

9   have messages just like Android and Google have, and that's

10  because security is really important to competition.  We need

11  to protect users because it's a critical element of competition

12  between Apple and Android and it's a critical element of

13  competition between the Apple App Store and the Google Play

14  Store, and the sideloading messages that you see here are part

15  of that competition.

16      Now, Epic's lawyer told you today that it just takes too

17  many steps to sideload and so nobody does it.  Well, you will

18  see in the evidence that that's an exaggeration, and you're

19  going to see the numbers.  More than a billion Android users

20  have enabled sideloading on their devices.  More than a

21  billion.  A billion people have done it after getting notice of

22  the potential risks, and that's because Android users have a

23  real choice.

24      So these are the building blocks that Google gave Android

25  phone manufacturers so they could build phones that could

 1   compete with the iPhone:  A free operating system,

 2   compatibility, great apps right out of the box, a great

 3   Play Store, a great app store, and security protections.

 4       Now, Epic says that many of these building blocks are

 5   anticompetitive, but these building blocks are pro competitive

 6   because it's how Android competes against the iPhone.

 7       Now, the story of competition between Google and Apple,

 8   between their phones, operating systems, and their app stores

 9   doesn't end there.  That's just the beginning.

10       You're going to hear about how that competition has

11   continued over the years from several Google witnesses.  One of

12   them is Paul Gennai.  You see his picture here on the screen.

13   Paul's from Australia.  He left his job in Australia and moved

14   to the United States because he wanted to work for Google.  And

15   he rose quickly through the company so that by 2010 he was one

16   of the people leading the strategy for Android and Play.

17       And Paul's going to tell you that during the 10 years that

18   he worked on Android and Play, there wasn't a single day when

19   he didn't wake up in the morning and think:  How am I going to

20   outdo Apple?

21       And while Paul was working on Android and Play, the vision

22   that the Android cofounders had for Android was working.  Lots

23   of different manufacturers were making phones and lots of app

24   developers, big companies, small companies, and even

25   individuals were developing apps for people who were buying

 1   Android phones.  Our phones were becoming more and more about

 2   the apps.

 3        And Apple knew that too.  Some of you probably remember

 4   this advertisement by Apple.  It was from several years ago.

 5   This is Apple's way of telling consumers the iPhone is a

 6   great product because it comes with a great app store where you

 7   can find the apps that you want.

 8        And Paul Gennai is going to tell you that during the

 9   10 years that he worked on Android and Play from 2010 to 2020,

10   he and his team worked tirelessly to improve Google's app store

11   so it was competitive with the Apple App Store, and that

12   competition hasn't stopped because app developers don't stop.

13   They are constantly coming out with new apps and new updates to

14   existing apps.  So the Play Store has to work hard to get these

15   new apps and these app updates right away because that's what

16   Android phone users want.

17        Now, one of the Google employees who does this work is

18   Purnima Kochikar, and you're going to meet Purnima during this

19   trial.  A big part of Purnima's job is to work with app

20   developers, and Purnima works hard to persuade app developers

21   to persuade Android and to support Play because developers have

22   choices.

23        And Purnima is going to tell you that her job is not easy

24   because while most of the apps that are in the Apple App Store

25   are also in the Play Store, many consumers want the hottest new

1   apps.  That's what they want.  And some developers choose to

2   launch their new app in the Apple App Store before the

3   Play Store.

4        That's what happened with Instagram.  That's what happened

5   with Clubhouse.  This past year that's what happened with

6   ChatGPT and others.  They all launched in the Apple App Store

7   first.

8        And Android users, they had to wait months before those

9   apps were available to them.  And other new apps were never

10  made available in the Play Store or on Android.  They were only

11  available on the iPhone in the Apple App Store.

12       Now, Purnima is going to tell you that's not good for

13  Android and that's not good for Play because when the newest

14  apps are only available on the iPhone where they come out

15  there first, Android phone users are disappointed.  Their

16  friends who have iPhones can play the new game or use the new

17  app and they can't, and that's a good reason for them to choose

18  an iPhone the next time around.

19       And so Purnima is going to tell you that she spends a lot

20  of time and a lot of effort competing with the Apple App Store

21  for the support of app developers.

22       Now, Epic is going to ask you to believe that the Apple

23  App Store and the Play Store don't compete.  They're going to

24  try to break the phone apart as if the hardware and the

25  operating system and the app store don't relate to each other.

1    They're going to tell you, as they did today, that, well,

2    because you can't go to the Apple App Store and get an Android

3    app and you can't go to the Play Store and get an IOS app,

4    well, therefore, they don't compete; but you're going to see

5    that that view doesn't come close to explaining what really

6    happens in this market.

7    In fact, you're going to see a lot of evidence showing the

8    direct competition between Google Play and the Apple App Store,

9    and you're going to see it in Google's own internal documents.

10   Here's an example that I put up on the screen.  It shows

11   that the quality of apps matters when consumers choose between

12   the iPhone and Android phones.  The concern here is whether

13   the quality of Instagram and Snapchat are the same on an

14   Android phone as an iPhone.  That's Google Play's

15   responsibility.  That's Apple App Store's responsibility.

16   And what the internal Google document says is we've heard

17   from Gen Zers third-party apps make or break their smartphone

18   experience.  And here's another example of an internal Google

19   document that says the same thing.

20   And it's not just Google that sees Google Play and the

21   Apple App Store as direct competitors.  So does Apple.  You're

22   going to hear directly from the person who manages the Apple

23   App Store, and he's going to tell you that the Apple App Store

24   views Google Play as one of its primary competitors.

25   And think about what competition looks like.  If someone's

1   your competitor, you watch what they're doing; and if they do

2   something to improve the quality of their product or their

3   service, well, you have to decide whether you need to do

4   something to improve the quality of your product or service.

5   And if instead what they do is they lower their price for their

6   product or service, well, you have to decide whether you need

7   to lower the price for your product or service.

8       And that's exactly what you're going to see when you see

9   the evidence of what Google Play and the Apple App Store do.

10  When one of them innovates and puts in a new product or a new

11  service, the other one watches and responds, and you're going

12  to see that evidence in this trial.

13      And the same thing happens with prices.  Google Play and

14  the Apple App Store watch the service fee that each other

15  charges to app developers, and that's because they're competing

16  with each other for the support of those app developers.  And

17  when one of them makes a change in their service fee, the other

18  one decides whether and how to respond.

19      And this is what happened in 2016.  This document here is

20  from 2016.  Epic's lawyer told you that price reductions only

21  occurred after they filed the lawsuit.  This is four years

22  earlier.

23      This e-mail shows that Google learned that the Apple App

24  Store was considering reducing its service fee for

25  subscriptions to 15 percent, and Google decided "We have to

 1   plan accordingly."

 2        So what happened after this e-mail?  Well, shortly after

 3   this e-mail, Apple did reduce its service fee for subscriptions

 4   to 15 percent after the first year, the 85/15 that you see

 5   there; and Google Play then followed and lowered its service

 6   fee as well.

 7        Why is this happening?  Why are they watching each other's

 8   prices and responding?  It's only because they're competitors,

 9   and this competition has led to enormous benefits to app

10   developers and users.

11        During this trial you're going to hear from several Google

12   employees who work on the Play Store.  One of them is Mrinalini

13   Loew.  Mrinalini and others are going to tell you about the

14   many benefits that both consumers and app developers get from

15   the Play Store and why Google Play charges a service fee.

16        And you're going to see that Google Play has built many

17   things for the benefit of app developers and consumers.  It

18   built security protections.  It built efficient ways for users

19   to find the apps that they're looking for and to discover new

20   apps.  It built parental controls and it built budgeting tools.

21   It built a developer console to assist app developers.  And,

22   most importantly, it built a distribution system that provides

23   access to app developers to 2.5 billion consumers around the

24   world.

25        Now, all of these services cost Google money and the

1   service fee helps to pay for all of these benefits, for all the

2   benefits of Play and for all of the benefits of Android.  And

3   these -- and these benefits aren't available to developers like

4   Epic just at the moment that someone downloads their app.

5   They're available for as long as that developer remains in the

6   Play Store.

7         Now I want to be clear.  Google does not charge a service

8   fee to all app developers.  In fact, it doesn't charge a

9   service fee to most app developers.  Instead, the way it works

10  is Google charges a service fee only when the app developer

11  makes a sale inside of its app.  Like when a user uses a dating

12  app, it downloads it for free, and then later decides to

13  upgrade with a subscription; or when a user downloads a game

14  for free, and then later decides to buy some premium digital

15  good, like a special weapon.  The idea here is very simple.

16  Google makes money only when the developer makes money.

17        Now, this way of doing business, giving the app away for

18  free and then offering the user an opportunity to buy some

19  premium upgrades, that's known as the freemium model, and it's

20  become very, very popular with app developers and with

21  consumers.  This slide on the screen here shows just a few of

22  the apps that use the freemium model today.  Social media apps,

23  dating apps, games, so on.

24        And it's not just the big apps and the big app developers

25  that benefit from Google's business model.  It's also great for

1   the app developers who are just trying to start a business

2   because they only pay Google if they succeed in getting a

3   consumer to buy something in their app.  They only have to pay

4   if they have the money to pay.

5       And, in fact, pretty much every app store out there uses

6   this freemium model.  Apple uses it in the Apple App Store.

7   PlayStation uses it, Nintendo, Xbox, Steam, they all use it in

8   their app stores.

9       And one of the many developers who has benefited the most

10  from this freemium model is Epic itself.  You see, Epic gives

11  its game away for free, Fortnite is free, but then Epic makes

12  literally billions of dollars selling special outfits for

13  characters, special digital weapons in its games.  That's how

14  Epic makes the money.  The game is free.  You can try it out

15  and then if you want to, you can buy something in the game.

16      And this slide shows you all of Epic's choices.  As I

17  mentioned earlier, they can offer their game through the game

18  consoles -- PlayStation, Xbox, Nintendo -- through PCs, through

19  streaming services, and through the Apple App Store.  And on

20  Android there are additional choices:  Play, Samsung Galaxy,

21  sideloading, and they can also preload the game onto a

22  manufacturer's device with a deal there.

23      Now, Epic told you on Thursday and they told you again

24  here today that they're not seeking damages.  What they really

25  want is more choices, but Epic already has lots of choices when

 1   it comes to distributing Fortnite.  You can see it right here

 2   on this slide.

 3        And Epic also told you that they're here to help out other

 4   app developers, the small app developers, but the evidence is

 5   going to show that that's also not true.  In fact, under

 6   Google Play's service fee model -- you okay?

 7        The vast majority of app developers, you can see it on the

 8   left, about 97 percent of app developers don't pay any service

 9   fee whatsoever ever.  They don't pay at all.  And for those few

10   developers who do pay a service fee -- so now we're over on the

11   right, which is just a 3 percent -- the vast majority of them

12   pay a much lower service fee than the 30 percent that applies

13   to huge game developers like Epic.

14        The service fee that applies to Epic is higher because

15   Epic is making billions of dollars selling stuff in its game.

16        And let's talk about the 90 percent of the apps that pay

17   no service fee at all, like banking apps, government agency

18   apps, news apps, weather apps, library apps.  There's many,

19   many, many apps out there that are entirely free.  Google Play

20   and the Apple App Store don't make any money from them.

21        So why do they offer them in the store if they make no

22   money?  It's because consumers want them.  Consumers don't just

23   want apps where you can buy something inside the app.  They

24   want the free apps too, and that's why Google needs a business

25   model that works for all developers, not just the big game

 1  developers like Epic.

 2       Now, the evidence is not going to support Epic's claim

 3  that it is pursuing this lawsuit to help out the small

 4  developers.  The small developers are already not paying

 5  anything or they're paying a much smaller service fee.  Epic is

 6  here just trying to help Epic.

 7       And here's something else that Epic didn't tell you about

 8  the service fee.  The 30 percent service fee that you see here

 9  and that it applies to Epic in the Google Play Store, it's

10  exactly the same fee that Epic currently pays in the Nintendo

11  store, the PlayStation store, and the Microsoft Xbox store, and

12  the Steam store; and this is also the fee that Epic paid Apple

13  in the Apple App Store.  All these stores charge a mega

14  developer like Epic the same 30 percent fee.  It's a market

15  fee.  It's not a monopoly fee.

16       Now, remember when Epic shows -- Epic's lawyer showed you

17  a slide and showed you those lower percentages for PayPal and

18  Stripe and others, like 6 percent or 8 percent?  Well, think

19  about that comparison.  None of those -- PayPal and Stripe,

20  they don't have an app store.  They don't scan all of the apps

21  for malware.  They didn't build and offer things like parental

22  controls and budgetary tools.  They didn't build a developer

23  council.  They didn't build a distribution system that allows

24  you to get apps at 2.5 billion people.  Play service fee is for

25  much, much more than the payment processing services that you

1    get from a PayPal or Stripe.

2        By contrast, the companies that you see on the screen

3    there, they do have app stores and they do provide similar

4    services that Play provides, and they all charge 30 percent to

5    big game developers like Epic.  That's the fair comparison, not

6    PayPal or Stripe.

7        Now, the Apple App Store may be Play's strongest

8    competitor but it's not Play's only competitor.  This is the

9    home screen of the Samsung Galaxy Store; and as I mentioned

10   earlier, Samsung puts another app store, their app store, the

11   Galaxy Store, on every single one of their phones right next to

12   the Play Store.

13       Unlike the iPhone, Android enables phone manufacturers

14   to put more than one app store on the phone, and that's what

15   Samsung does on every one of its phones; and that means that

16   Play and Galaxy are stores that compete for consumers and that

17   compete for the app developers.  Epic chose Samsung Galaxy

18   rather than Play back in 2018.

19       I now want to respond to a few of the accusations that --

20   specific accusations that you heard from Epic's lawyer.  I

21   would encourage you not to make up your mind based upon a

22   little snippet that Epic's lawyer puts up on a screen out of a

23   document nor should you do that for me either.  That's why we

24   have a trial.

25       You're going to get to see the entire documents by the end

1    of the case, and you're going to be able to hear from lots of

2    witnesses -- Google employees, Epic employees, and others --

3    and they're all going to give you more than just a highlighted

4    phrase out of an e-mail.

5         So before you make up your mind, I want you to listen to

6    what the witnesses say and look at all of the documents because

7    I think you're going to see things and hear things that are

8    very different than what Epic's lawyer just told you this

9    morning.

10        I do want to address briefly a few of the specific

11   examples that he mentioned.  The first one is the games

12   velocity program or Project Hug, and this program involved

13   agreements between Google Play and game developers like

14   Activision and Riot.

15        Now, Epic told you that what these deal involved were

16   bribes, that we paid game developers like Activision and Riot

17   so they wouldn't open up a competing app store.  "Bribe" is a

18   pretty strong word.

19        These agreements had nothing to do with bribes.  They were

20   part of Google's efforts to get the support of app developers.

21   Remember how I told you that app developers can choose where to

22   launch their new game or their new app?  They can choose the

23   Apple App Store or the Play Store?

24        Well, what this program was about was Google's effort to

25   try to make sure that the Play Store was able to get the new

1  games or the new apps at the same time as the Apple App Store

2  and other stores.  They didn't ask for exclusivity.  You can

3  give it to anybody you want.  All they wanted was to get them

4  at the same time so that Android users and play customers

5  weren't disappointed.  That's what this program was about, the

6  competition for the support of app developers.

7      You're going to hear from Purnima Kochikar and others that

8  there was no deal to -- to -- that they wouldn't open up a

9  competing app store.  These are sophisticated companies.  They

10  wrote a really long agreement and they signed it.  Nothing in

11  that agreement says anything that prohibits Activision or Riot

12  or anyone else from opening up a competing app store.

13      And it's not just Google who's going to tell you that; so

14  is Activision and Riot.  They're going to testify in this case,

15  and they're going to tell you they never agreed to anything

16  that would prohibit them from opening up a competing app store

17  if that's what they wanted to do.

18      Plaintiff's lawyer also mentioned something called

19  Project Banyan.  Remember him mentioning that?  And he made

20  Project -- it involved Samsung, and he made Project Banyan

21  sound really bad for competition.  But here's the key:  That

22  deal never happened.  He's asking you to hold Google

23  responsible for something it did not do.

24      When Samsung sent Google a term sheet and talked about

25  unnecessary competition -- he showed you that -- Google

1    abandoned the deal within weeks.  And, in fact, what the

2    evidence is going to show is that Google has competed directly

3    with the Samsung Galaxy Store before, during, and after

4    Project Banyan.

5         Let's talk for a few minutes about Epic's accusation about

6    Google Chats.  You're going to see a mountain of evidence in

7    this case and you're going to hear from a lot of witnesses, and

8    you're going to have to decide whether any missing Chats could

9    possibly affect what you will know from the evidence that you

10   see and hear.  You'll have to decide:  Is Epic using the Chats

11   to distract me from all that evidence that I do see?

12        The first thing you should know is we made a lot of

13   evidence available to them, a lot of documents:  E-mails,

14   presentations, spreadsheets, memos, and these are some of the

15   most sensitive documents in the company, presentations to the

16   boards of directors, e-mails in communication with the most

17   senior executives in the company.  And Google gave its

18   employees instructions about what to do with Google Chats.  It

19   told employees don't use Chats to talk about topics related to

20   this case; but if you do, then turn history on so that you can

21   save the chat.

22        Now, some of the employees didn't follow that instruction,

23   and you're going to hear a couple of them in this case.  Others

24   did follow that instruction.

25        And it's true that Google could have automatically saved

1  all Chats for all of the relevant employees, but just because

2  Google didn't save some Chats, doesn't mean it violated the

3  antitrust laws.  This is a case about competition and there's

4  plenty of evidence of competition.  Chats or no Chats, the

5  iPhone and Android phones compete.  Chats or no Chats,

6  Google Play and the Apple App Store compete.  And Chats or no

7  Chats, Google competes with the Samsung Galaxy Store and

8  others.

9      So if Epic claims won't be supported by the evidence, then

10  why are we here?  Well, what you're going to hear is that in

11  April 2020, Tim Sweeney came to Google and he said, "I want to

12  put Fortnite in the Play Store."  And he knew the deal.  He

13  would get all of the benefits of Android and Play and he would

14  pay a 30 percent service fee for in-app purchases.

15      Epic said he wanted to get Fortnite in the store right

16  away.  So Google took a team of engineers and flew them to

17  North Carolina where Epic is headquartered, and they worked

18  hard and got Fortnite into the store in two weeks.

19      But unfortunately this was all a trick.  It was all part

20  of a secret scheme that was devised by Mr. Sweeney himself, and

21  he called this scheme Project Liberty; but as you'll see, this

22  has nothing to do with liberty.

23      What he did was that they submitted a particular version

24  of Fortnite that had secret code hidden deep inside of it where

25  Google wouldn't find it; and then after it had Play -- after

1   Fortnite had been on Play for a few weeks or a couple of

2   months, they then activated the secret code using a Hotfix.

3   And when the Hotfix activated the code, it enabled Epic to

4   avoid paying the service fee.

5        Now, if you think that's wrong, you're not alone.  What

6   you see on the screen here are statements, internal e-mails

7   from Epic employees.  They knew this was wrong.  Employee after

8   employee knew this was wrong:  We're just planting the

9   nefarious seed now.  How do we not look like the bad guys?  And

10  others that you can see on the screen.

11       Members of the jury, as this trial gets started, I'd ask

12  you to keep one thing in mind.  Keep your eyes out for evidence

13  of competition:  Evidence that the Google Play Store and the

14  Apple App Store view one another as competitors; evidence that

15  the Google Play Store and the Apple App Store compete against

16  each other by making improvements, by lower service fees, and

17  by offering deals to try to win over the app developers; and

18  evidence that competition between Play and the Apple App Store

19  is a critical part of the competition between Android phone and

20  the iPhone.

21       Don't let Epic distract you from these clear facts.

22  Because Google faces strong competition from Apple and others,

23  it cannot be and it is not a monopolist.

24       Thank you very much for your time.

25            **THE COURT:**  Okay.  We're going to take a 15-minute

**PROCEEDINGS**

1   break, and then we'll have lunch at about 12:30.  Okay?

2            **THE CLERK:**  All rise.

3                      (Recess taken at 11:32 a.m)

4                      (Proceedings resumed at 11:51 a.m)

5         (Proceedings were heard in the presence of the jury:)

6            **THE COURT:**  Okay.  Who do we have first?

7            **MR. EVEN:**  Yonatan Even for Epic Games.

8         And Epic calls Mr. Steven Allison.

9            **THE COURT:**  All right.  Do you have the photograph?

10           **MR. EVEN:**  Yes, Your Honor, we have the photographs

11   and witness binder.

12           **THE COURT:**  Okay.  Go ahead.

13        Oh, wait.  You need to swear the witness in first.

14           **THE CLERK:**  Please stand and raise your right hand.

15           **THE WITNESS:**  Stand?

16           **THE CLERK:**  Yes.

17                     <u>**STEVEN MATTHEW ALLISON**</u>,

18   called as a witness for the Plaintiff, having been duly sworn,

19   testified as follows:

20           **THE WITNESS:**  I do.

21           **THE CLERK:**  Thank you.

22        Please state your full name for the Court and spell your

23   last name.

24           **THE WITNESS:**  Steven Matthew Allison.  My last name is

25   spelled A-L-L-I-S-O-N.

1          **THE CLERK:**  Thank you.

2                        <u>**DIRECT EXAMINATION**</u>

3    **BY MR. EVEN:**

4    **Q.**   Good morning, Mr. Allison.

5    **A.**   Good morning.

6    **Q.**   Where do you work, Mr. Allison?

7    **A.**   I work for Epic Games.

8    **Q.**   And what does Epic Games do?

9    **A.**   Epic Games is a game developer that makes games like

10   Fortnite, Rocket League, and Fall Guys, and we're a provider of

11   3-D engines -- or a 3-D engine called the Unreal Engine that is

12   used in game development and many other industries; and we're

13   also a creator of an ecosystem of marketplaces where the Epic

14   Game Store resides.

15   **Q.**   And what is your role at Epic?

16   **A.**   I am the vice president and general manager of the Epic

17   Game Store.

18   **Q.**   When did you join Epic?

19   **A.**   In may of 2018.

20   **Q.**   How long have you been working in the video game industry

21   overall?

22   **A.**   Close to 30 years.

23   **Q.**   Can you please walk us briefly through your career prior

24   to joining Epic?

25   **A.**   Sure.  Okay.  I started in 1994 at a company called Atari.

1    We -- that was right out of college, and I stayed at Atari for

2    about 10 years in a variety of roles.  I left in 2003 as the

3    vice president of business development in marketing, which is

4    the role I held for the majority of my time.

5        I left Atari in 2003 and joined Midway Games as the chief

6    marketing officer and senior vice president.  I stayed until

7    2008.

8        In 2010 I joined a company called Telltale Games, an

9    independent developer of narrative video games, and as the

10   senior vice president of publishing where I was in charge of

11   all revenue, all partnerships, and all distribution.

12   **Q.**   In May 2018 when you joined Epic, did you join Epic for

13   any specific purpose?

14   **A.**   To start the Epic Game Store.

15   **Q.**   And when was the Epic Game Store launched?

16   **A.**   In December of 2018.

17   **Q.**   What platforms was the store launched on?

18   **A.**   For PC and Mac.

19   **Q.**   And does Epic want to launch its store on Android?

20   **A.**   We do.

21   **Q.**   What is it about Android that makes it appealing for a

22   store like the Epic Game Store?

23   **A.**   It's got a massive user base of billions, and so there's

24   just an addressable market opportunity there that's interesting

25   for us.

**ALLISON - DIRECT / EVEN**

1  Q.   Let's talk a little bit about the history of the Epic Game

2  Store.

3       When did you first become aware that Epic was considering

4  opening its own game store on PCs?

5  A.   In 2016 I was engaged in a conversation with the

6  leadership at Epic to join the company potentially as the head

7  of publishing; but while I was on that visit, we also talked

8  about what is today the Epic Game Store, which is the idea that

9  Epic wanted to provide an alternative to other marketplaces

10 that was focused on maximizing developers' financial success.

11 Q.   At the time how was Epic distributing its own games on

12 PCs?

13 A.   Direct to players.

14 Q.   And was Epic using something called a launcher?

15 A.   Yes.

16 Q.   What is the Epic Games launcher?

17 A.   A launcher is an application that you download from the

18 web.  When you sell -- when you direct distribute a PC game,

19 you generally need some sort of application in which to run it

20 to make it available to players; to update it; if you have any

21 financial transactions to make within that game, you need to be

22 wired up for that; and in some cases it provides friends and

23 social functions as well.

24 Q.   What was your view back in 2016 about whether Epic was

25 ready to open its own store?

1  A.   I loved the conversation and I thought the idea was super

2  fascinating, but I didn't think Epic was ready to pursue it at

3  the time.

4  Q.   And why was Epic not ready, in your view, back in 2016?

5  A.   I had personally held a belief that to start a store in

6  gaming that would compete with some of the other stores that

7  had entrenched positions, that you needed to have what I was

8  calling at the time an anchor, a very strong piece of content

9  that would -- the ecosystem would build itself around.  And

10  Epic had not launched Fortnite yet.  It was actually running a

11  game called Paragon that was doing well but wasn't well enough

12  to do a store ecosystem around.

13  Q.   And you told us already that you joined in 2018 to open a

14  store.  So what changed between 2016 and 2018 that changed your

15  view about Epic's preparedness to open its own store?

16  A.   Fortnite came out in 2017.

17  Q.   Did you tell anyone at Epic that your views changed after

18  Fortnite came out?

19  A.   I did.

20  Q.   So if you turn, please, in your binder, you should have

21  something marked Exhibit 5519.

22       And do you recognize this document?

23  A.   I recognize the original e-mail at the bottom, yes.

24  Q.   And what is that e-mail?

25  A.   That's an e-mail that I sent in -- on March 23rd of 2018

1    to Paul Meghan, who was at the time the president of

2    Epic Games.

3            **MR. EVEN:**  Your Honor, at this time Epic would like to

4    move into evidence Exhibit 5519.

5            **THE COURT:**  Any objection?

6            **MR. MACH:**  No, Your Honor.

7            **THE COURT:**  All right.  It's admitted.

8        (Trial Exhibit 5519 received in evidence.)

9            **MR. EVEN:**  Okay.  Let's please publish it to the jury.

10    Thank you.

11   **BY MR. EVEN:**

12   **Q.**   I'd like to start on the very first paragraph, and you can

13   follow me on paper or on the screen, whichever is more

14   convenient for you, Mr. Allison.

15   **A.**   Yep.

16   **Q.**   Towards the end of the first sentence you wrote to

17   Mr. Meghan about how Fortnite is blowing up pop culture.  What

18   did you mean by that?

19   **A.**   So I've been in the games business for not 30 years at

20   this point but about 25 and had seen a lot over time, and I had

21   never seen a game impact -- some people call it the zeitgeist

22   or the excitement around the game was at a level that was

23   bigger than anything, movies, television, any game I'd ever

24   seen, like nothing that our industry had ever seen.  So I was

25   really excited by Epic's success.  I've known Epic for a long

ALLISON - DIRECT / EVEN

1   time across my journey and was super happy to see Fortnite

2   really change the game.

3   **Q.**   Let's go to the third paragraph where you're saying in the

4   first sentence, if you can highlight that (as read):

5              "I'm dropping you this note completely out of the

6        blue on the topic of your plans for the Epic Games

7        launcher."

8        Do you see that?

9   **A.**   I do.

10  **Q.**   And what plans were the Epic Games launcher are you

11  referring to here?

12  **A.**   My intent in saying that was to call back to the

13  conversation we had when I visited a couple years earlier about

14  wanting to create a third-party game store focused on

15  developers' success.

16  **Q.**   And what's the relationship between the launcher and a

17  store?

18  **A.**   If you built a store, the store would live in the

19  launcher.

20  **Q.**   If you go to the third sentence in the same paragraph, you

21  see that it says (as read):

22             "Fortnite blowing up definitely has created that

23        potential Valve Counter-Strike moment at a scale that is

24        much bigger than when that gave birth to what is now

25        Steam."

1            Do you see that sentence?

2     **A.**    I do.

3     **Q.**    So it's a complicated sentence, so I'd like to unpack it a

4     little bit if we may.

5     **A.**    It is.

6     **Q.**    First of all, what is Steam?

7     **A.**    Steam is a third-party store for PC and Mac gaming that is

8     right now the dominant store that we compete with on PC and

9     Mac.

10    **Q.**    And so it's like an app store for games but on PC?

11    **A.**    Correct.

12    **Q.**    And when was Steam launched?

13    **A.**    Around 2003.

14    **Q.**    And what is the Valve Counter-Strike moment that led to

15    the birth of Steam in 2003 that you're talking about?

16    **A.**    Okay, I'll try to do this simply.

17            So when I talked about Epic -- a feeling that Epic wasn't

18    ready, we had this specific conversation I'm going to take you

19    through.

20            Counter-Strike in 2003 was a game -- so Valve is a

21    developer of video games, and Valve created a game called

22    Counter-Strike among several others.  And in 2000 -- basically

23    from 2002 on, Counter-Strike impacted our industry much in the

24    way that Fortnite did but maybe a little bit of a smaller

25    scale.  It was one of the biggest games on the market.  People

1    were super stoked about it.  It was changing gaming, and they

2    were publishing it direct to players because they were starting

3    to discover that they needed to do so in order to run what was

4    becoming one of the first live service games.

5        So they built a launcher to house it and created the

6    launcher in order to update the game on a regular basis in

7    order to have an account system where people could have friends

8    so that they could talk to their friends and figure out how to

9    play each other, kind of schedule those things, among other

10   things.  It was really redefining what multiplayer social

11   gaming was all about and was something that we hadn't seen

12   maybe ever at that point.

13   Q.   And how does that success of Valve distributing

14   Counter-Strike lead to the birth of Steam?

15   A.   It started a lot like how Fortnite -- where Fortnite was

16   at this point in time.  It was just Counter-Strike.  At the

17   same time during this period in our industry we were

18   experiencing what some people were calling the death of PC

19   gaming, and I'll explain that.

20       So PC gaming prior to some other gaming companies like

21   Valve doing this direct-to-player digital distribution were

22   primarily distributed in stores.  Like Walmart was one of the

23   biggest places you could in America.  There were stores, if you

24   remember, like Egghead Software or Electronics Boutique and

25   there was a huge business selling PC games in big boxes and

1   discs and not a big business in doing downloads at this point

2   in time yet.

3        Physical retail was starting to pull out of that business

4   in the early 2000s, and there was a lot of narrative and lots

5   of companies, including my own, were pulling out of doing PC

6   gaming at all.

7        So this was creating a situation where a lot of developers

8   were becoming very desperate to find solutions.  They didn't

9   think PC gaming was dead.  They were building games for

10  players.  They were finding it hard to find funding from

11  publishers, finding it hard to get distribution in physical

12  retail, and could point to examples like:  Well,

13  Counter-Strike's huge.  Like, how come -- like, how do we --

14  how do we solve this problem?

15       Valve decided in about the middle of 2004 to lean into

16  what was happening and offer other developers the opportunity

17  to join their launcher in what would ultimately become a big PC

18  market, but it was started very conservatively with, like,

19  three or four games in the first year.

20  **Q.**   And what was the name of that PC market that Valve opened?

21  **A.**   It was called Steam.  The launcher was called Steam in

22  2003 when they -- when they launched it just for

23  Counter-Strike, so it was:  Basically come join us on Steam,

24  and we'll help you get distribution because we have millions of

25  Players.

1   Q.   All right.   Let's try and come full circle on that.

2        What did you mean when you said that Fortnite blowing out

3   created the Valve Counter-Strike moment?

4   A.   So Fortnite was bigger than anything I'd ever seen and

5   Paragon was not Counter-Strike or Fortnite.   So when we were

6   talking about doing the Epic Game Store, we talked about all

7   the stuff, the specific example.

8        Fortnite being what it was, I didn't have all the numbers

9   but I could observe it from just being in the industry for a

10  long time, I firmly believed it was bigger than anything I'd

11  ever seen and so I felt like it was a good opportunity to reach

12  out to Paul and say "If you guys are still thinking about this

13  stuff, boy, do you really have, you know, that seed, that

14  anchor for a future store that Counter-Strike ended up being

15  for Steam."

16  Q.   Let's go to the next sentence in the same paragraph, and

17  you see that you talk about "Let's take it slow."

18       So it's, first of all, it says (as read):

19            "Valve is taking 30 percent."

20       Do you see that?

21  A.   Yes.

22  Q.   What is the 30 percent you're referring to here?

23  A.   That's me referencing their rev share.

24  Q.   And what do you mean by "rev share"?

25  A.   Rev share on Steam at the time was what we call -- I mean,

1  it's a 70/30 split, so 70 percent to the seller and 30 percent

2  to Valve or Steam.

3  **Q.**   So let's say if Steam sold a game for $10 for some

4  developer, how much did Steam get to keep?

5  **A.**   $3.

6  **Q.**   When did Steam first introduce this 30 percent fee?

7  **A.**   When they started back in 2004 when they invited the first

8  developers to join Steam, it was under the 70/30 split

9  structure.

10  **Q.**   Do you understand where that 70/30 split structure came

11  from?

12  **A.**   I do.

13  **Q.**   Where from?

14  **A.**   Having worked pretty extensively with Valve and my time at

15  Telltale and talking about these things, they were basically at

16  a high level mimicking what is the relationship between a

17  seller and a publisher at physical retail, but the structure

18  is -- it's a bit complicated to explain.

19       But basically the way physical retail worked was under a

20  wholesaler/reseller model.  So developers, publishers, would

21  offer a game at physical retail for a wholesale price and then

22  the retailer would take the game and mark it up 30 percent.

23       So when you would do -- do all -- put all that together,

24  the seller of the first part was getting 70 percent and then

25  the retailer was seeking to mark the game up by 30 percent and

1   sell it to players.

2   **Q.**   I see.

3       So Steam was keeping the same sort of rev share that

4   Walmart was keeping when it sold a disc, in other words?

5   **A.**   As a high-level idea, yes, but the cost structure

6   underneath the whole process of physical distribution is much,

7   much different than digital.

8   **Q.**   Got it.

9       At the time when you were writing this e-mail to Epic,

10  what was your view of the 30 percent fee that Steam was

11  collecting?

12  **A.**   That it was quite high.

13  **Q.**   And why did you believe that Steam's 30 percent share was

14  quite high if it simply replicated what a Walmart or a GameStop

15  would charge in retail?

16  **A.**   So we talked about my job before Epic was at a company

17  called Telltale Games.  We were a pretty successful developer

18  of games, and we published games and distributed games on all

19  platforms:  Console, mobile, and PC.  We also had our own

20  storefront.  So we built a storefront to sell direct to

21  players.  We didn't use a launcher in the same way that Epic

22  did, but we built a store where we could direct to players and

23  take payments and do all the things you need to do to run a

24  storefront.

25      We made -- besides the money we made on PC from Valve, we

1    made the most money from our storefront, and we were basically

2    taking about 95 percent of every dollar by building the store

3    ourselves and facilitating the payments and all the things you

4    need to do to sell direct to players.

5    **Q.**   Let's go back to your e-mail.

6         You then say (as read):

7              "Valve is taking 30 percent of 85 to 95 percent of

8         the paid games PC market."

9         What is the 85 to 95 percent you're alluding to here?

10   **A.**   So there's a -- you can look at the PC market through a

11   couple different lenses.  So that's, to me, like smashing it

12   all together and -- because I tend to write this way.  I'm

13   sorry.

14        But if you looked at the whole PC market, which is games

15   sold direct to players or games sold on third-party stores,

16   Valve had 80 to 85 percent of that market.  If you look at the

17   distribution of PC games and third-party stores only, so you

18   take out companies like Epic who were selling direct to players

19   or Riot games who were selling their games direct to players,

20   they actually owned about 90 to 95 percent of the PC market.

21   **Q.**   You mentioned that there were some developers -- there was

22   some delta there -- so some developers went outside of Steam it

23   sounds like.  Can you mention a few of the developers that did

24   that over time?

25   **A.**   Sure.  Well, Epic Games was one of them.  There's a

1  company named Mojang that makes Minecraft.  They never offered

2  their game for sale on Steam and have always done their PC

3  sales direct.  There's a company called Riot Games that makes

4  League of Legends and currently a game called Valorant that's

5  incredibly successful and sells direct to players very much in

6  a launcher structure like Epic Games.

7      There's -- there's -- that's -- those are top three good

8  examples, but there's many, many others as well.

9  **Q.**  And how could these top three developers, like Riot that

10  you mentioned or Mojang, how could they open up their own store

11  and forego the millions of users who came to the store, to

12  Steam?

13  **A.**  Anyone could do it, but to have the success that they had,

14  they also had games of significant scale and size and big

15  communities, and so they were able to address those communities

16  very effectively.  They had excitement for their products, and

17  they could just direct them to their own storefront or launcher

18  solution.

19  **Q.**  So let's go back to the last bit of that sentence.

20      You say Steam is doing -- they do a great job and fairly

21  effortlessly are bringing in four-plus billion dollars a year.

22      What did you mean by that?

23  **A.**  At that time in 2018 that was approximately the revenue

24  that they were bringing in from Steam.  And "fairly

25  effortlessly" is my reference to how we felt about it, at least

 1  at Telltale from our leadership team and from many other

 2  developers that we worked with and spoke to often.

 3      Basically Valve at that point was very big.  They had

 4  hundreds of thousands of titles.  They had a very automated

 5  system.  Getting any interaction with them was incredibly

 6  difficult.  So we all -- those of us who felt that way -- I

 7  can't say all -- felt that very passively without much

 8  interaction with us as developers were taking 30 percent of our

 9  business without really helping us out beyond the fact that

10  they offered -- they did offer a great storefront and they

11  continue to do that, but the interaction and the effort to do

12  so was, in our opinion, very passive.

13  **Q.**  Let's take a look at the fifth paragraph at the bottom of

14  the page, and you start by saying (as read):

15          "Steam is pretty ripe for disruption."

16      What did you mean by that?

17  **A.**  Basically what I just talked about and the feelings that

18  some leadership teams and developers had in the market, we

19  were -- we were excited by any viable alternative to Steam even

20  if it just expanded our footprint and gave us the opportunity

21  to have a different revenue mix.

22  **Q.**  And if you go to the last sentence in that paragraph,

23  which starts at the very bottom of this page, it says (as

24  read):

25          "With the launcher in as many hands as it is now, it

1          can quickly evolve into a real challenger in the PC

2          market."

3          Do you see that?

4     A.   I do.

5     Q.   And what did you mean that you can quickly launch into a

6     real challenger?

7     A.   I had some knowledge that the PC accounts that Epic had

8     were close to 100 million and that the monthly active users who

9     played the game every month was quite high.  If those numbers

10    were correct, it was higher than Counter-Strike ever was when

11    Valve started Steam, and I felt like this would be -- like, an

12    incredible anchor to build a storefront around.

13    Q.   And then if we go to the next sentence, you say (as read):

14          "A model that was 80/20 for all games and maybe 90/10

15          or 95/5 for Unreal Engine-based games, paired with the

16          scale you've just hit would immediately disrupt the entire

17          industry."

18          What did you mean by a model "that was 80/20 for all

19    games"?

20    A.   A big part of the conversation we had when I was at Epic

21    in that 2016 visit was about if we did a store, it would be all

22    about, like, providing a scaled environment where developers

23    could make more on every dollar sold; and so we just talked

24    about different rev share ideas, and there were a bunch of

25    them.  People had lots of thoughts.  And this was just calling

1    back to that conversation.

2    **Q.**   What happened after you sent this e-mail to Epic?

3    **A.**   I had a -- I had a call with Paul, who is the person I

4    wrote the e-mail to, about a week later and flew out to Epic

5    maybe two-ish weeks later; and over the next four weeks, we

6    worked out an offer, and I joined the company in May.

7    **Q.**   Did Epic offer an 80/20 split to all gamers -- to all

8    developers?

9    **A.**   When we launched the store or --

10   **Q.**   Yes.

11   **A.**   No.  We -- we offered a different rev share in the end.

12   **Q.**   What commission structure did Epic eventually decide on

13   for its store?

14   **A.**   88 percent to the developer and Epic takes 12 percent.

15   **Q.**   How did Epic decide on 12 percent?

16   **A.**   We had a lot of conversation over a number of months

17   starting with something very similar to that sentence we just

18   looked at.

19        Basically when it came down to it, in the end, what we

20   were looking to try to do was help all developers have the

21   opportunity to make as close as possible to those economics

22   that a publisher like Epic or Riot or Mojang made selling their

23   games direct to players in their solutions, which is, to just

24   sort of recap, close to 95 percent and then 5 percent of

25   marginal costs.  It's a little bit different depending on how

1   you set yourself up, but generally that's the range.  So we

2   were trying to provide self-publishing economics to everyone on

3   this storefront.

4   **Q.**   Now, the Epic Game Store has now been open nearly

5   five years; right?

6   **A.**   That's correct.

7   **Q.**   And in your view, is the 12 percent revenue share that

8   Epic landed on sustainable?

9   **A.**   Yes.

10  **Q.**   And is the Epic Game Store still in sowing mode or is it

11  now reaping already?

12  **A.**   We're still sowing.  We're in investment mode for growth,

13  yeah.

14  **Q.**   Are you still not profitable?

15  **A.**   We are not profitable.  We're investing in scaling the

16  store and continuing to do so because it's been very effective

17  so far.

18  **Q.**   You say you invest in growth.  How has the store grown

19  since its launch?

20  **A.**   When the store opened in December of 2018, I think

21  Fortnite's monthly active users, so the number of users that

22  came to the launcher every month, was around 16 million.  Today

23  our monthly active users average around 65 million.  So about

24  five times where we were in 2018.

25  **Q.**   And how many games does the Epic Game Store now offer?

1   **A.**    Close to 3,000.

2   **Q.**    How many games did the Epic store have when you started?

3   **A.**    Fortnite plus three -- four.

4   **Q.**    Does the store impact the success of Epic's own games in

5   any way?

6   **A.**    We believe so, yes.

7   **Q.**    How so?

8   **A.**    So an ecosystem of products in a store environment

9   creates, I don't know, like "a rising tides lifts all boats"

10  kind of dynamic.  So think about Fortnite as a game that is

11  just in a launcher by itself.  So that launcher, there's one

12  game, that's the application you use to access the game; but in

13  life, anyone who plays games, plays other games.  They don't

14  just play Fortnite.  They'll -- other games come out, other

15  things happen in life, like school or whatever.

16        And so when a player stops playing a live service game,

17  Fortnite, Riot's games, any game, frankly, we call it churn.

18  So when a player churns, they leave that application, and

19  getting that player to come back to an application for just one

20  product is a lot harder than if you're in an ecosystem of a

21  store that has thousands of titles that if you're churning out

22  of Fortnite but you see something interesting that you might

23  want to buy in that ecosystem, you're still in the ecosystem.

24        And when you see the storefront and the marketing for new

25  game releases or updates to Fortnite, there's an ethical way to

1  keep those players close; and if that marketing or that

2  merchandising captures their excitement and gets them back into

3  the game, it's a much better, healthier way to keep, you know,

4  churn down.

5  **Q.**   So I want to move to a slightly different topic and talk

6  to you a little bit about payments.

7  **A.**   Sure.

8  **Q.**   So what technology does Epic use to handle the payments on

9  the Epic Game Store itself?

10  **A.**   We built a payment solution that we call internally Epic

11  Direct Pay.

12  **Q.**   And you say "we built."  Was it built together with the

13  store?

14  **A.**   It was built before the store.

15  **Q.**   And why was it built before the store?  For what?

16  **A.**   I believe it was built to help Paragon in the launcher,

17  but I'm not sure.  It was definitely there when Paragon was

18  live.

19  **Q.**   And within Paragon, what was the Epic Direct Pay

20  technology used for?

21  **A.**   In-app purchases.

22  **Q.**   And what are in-app purchases?

23  **A.**   It depends from game to game, but a lot of games today

24  offer in-app purchases, which are additive content that can be

25  cosmetics, like in Fortnite, the skins.  They can be special

1  promotions or events like a season pass.  They could be things

2  we call consumables, which might enhance your gameplay, and it

3  could be for add-on content.  It could be for anything that you

4  would transact from within that game application.

5  **Q.**  Do other games or other developers that sell games through

6  the Epic Game Store also offer in-app purchases?

7  **A.**  Yes.

8  **Q.**  And what payment solution may these third-party developers

9  use to handle in-app purchases within their own games?

10  **A.**  They have the option to use our payment solution, Epic

11  Direct Pay, or they can bring their own if they've set their

12  game up to do so.

13  **Q.**  And what is -- what does Epic charge developers in

14  connection with handling in-app purchases?

15  **A.**  Is that through Epic Direct Pay or --

16  **Q.**  Well, let's start with through Epic Direct Pay.  What does

17  Epic charge?

18  **A.**  12 percent.

19  **Q.**  And what does Epic charge if the developer chose another

20  payment solution?

21  **A.**  Zero.

22  **Q.**  Which payment solution do developers on the Epic Game

23  Store typically choose to use?

24  **A.**  Typically it's Epic Direct Pay.

25  **Q.**  And does the Epic Game Store distribute any games that are

1    free to download -- freemium, what the jury has heard about

2    this morning -- and then offer in-app purchases?

3    A.    We do.

4    Q.    And how does Epic Game Store monetize freemium games if

5    the developer chooses to use another payment system other than

6    Epic Direct Pay?

7    A.    We don't.

8    Q.    Do you think it's unfair to Epic when a developer chooses

9    to make its application or game free on the Epic Game Store yet

10   Epic does not receive any payment?

11   A.    No.

12   Q.    Why not?

13   A.    Well, the revenue is one thing, but we are running by

14   design a low-margin business on the third-party side.  What is

15   really beneficial to everybody in the ecosystem, including

16   Epic, is traffic.  So games of scale who come and bring their

17   own payment solution are bringing pretty substantial monthly

18   active users and traffic that helps every developer in our

19   ecosystem, including Epic.

20   Q.    Now, you mentioned that developers have a choice.  Has

21   Epic always allowed developers this choice between using Epic

22   Direct Pay or another payment platform for their in-app

23   purchases?

24   A.    Not at first, we did not.

25   Q.    And why did Epic decide to change its policy on this?

A.   We ran really fast and hard at launching the store, first
of all, and we didn't really think about -- we knew we had --
like we said, we had four games that launched.  The three other
games were paid games.  We just -- it just wasn't something we
focused on.

     But as we got out of launch and into January of 2019, we
had struck a partnership with a company called Ubisoft, who's a
major publisher who was in the process of leaving Steam at the
same time that we launched, and we struck an exclusive
long-term relationship with them.

     They have a number of games that are built around in-app
purchase, and they have already -- they have their own
storefront, and they are already built to -- they're wired up
to that payment solution.

     Ubisoft was asking us to consider letting them use their
payment solution versus the engineering re-architecture that
that would take, which can be substantial.  It depends on your
game.  They were asking.

     We had another exclusive partner in Wizards of the Coast
who made a game called Magic the Gathering Arena, who was in
beta prior to doing a strategic partnership with us, and they
already built their payment solution, so they were asking us to
consider that as well.

     I was personally focused on getting some big potential
tenants that weren't on Steam, like Riot Games, and so we were

1    talking to Riot Games pretty much all throughout the year and

2    they were super excited with what we were doing and the success

3    of Epic; but their assertion was, "You know, we'll never come

4    to a storefront if we have to wire into their payments; but if

5    you would let us use our own payments, we'd be happy to join

6    you guys."

7        And so these three conversations started.  They ran over a

8    number of months for sure, but they started really in January

9    with Ubisoft and led us through probably the first seven, eight

10   months of the year.

11   Q.   And so is it the case today that only Ubisoft and Riot are

12   allowed to use their own payment solution?

13   A.   No.  We -- just as a matter of how I like to lead but also

14   how Epic's principles are, if we make a decision for a pretty

15   important policy, we're going to make that policy apply to

16   everybody.

17   Q.   You talked about the better revenue, the 88/12 that you

18   offered developers.  Did Epic use any other strategies to grow

19   the store?

20   A.   We did, yeah.

21   Q.   Can you mention which strategies are those?

22   A.   Sure.  Okay.  This will be an explanation.

23       So there are -- there are really -- like, building the

24   store, as I've learned over these years, has got a bit of yin

25   and yang.  So on one side you have players, and you have to --

1  there is no store without players, and we had a ton of players

2  that start with Fortnite because we had 15 million active users

3  but they were Fortnite players.

4        **THE COURT:**  Okay.  You need to slow down because --

5        **THE WITNESS:**  Sorry.

6        **THE COURT:**  -- we have a court reporter.

7    Also can you --

8        **THE WITNESS:**  I'm a fast talker.

9        **THE COURT:**  You're also going on a bit.  Can you just

10 keep it -- just --

11       **THE WITNESS:**  Yeah.

12       **THE COURT:**  Yeah, okay.

13       **THE WITNESS:**  So we had two programs.  We had one

14 called Free Games program that was designed to add players

15 quickly, and we were mimicking programs that were very

16 successfully used in consoles for PlayStation, Xbox for a

17 decade prior to us doing it, and no one had ever done it on PC.

18 The program proved to be very successful.  It helped us scale

19 up players very quickly.

20   The other side of that coin was if you have a ton of

21 player growth, you need to have content for them to buy that

22 matters; and so it was really important for us to get important

23 games and strategic partnerships that players would be excited

24 about exclusively for a timed exclusive period.

25 **Q.**  So let's talk about the free games program first.

1    How often does Epic Game Store offer free games to users?

2    **A.**   Currently we do it every week.

3    **Q.**   And how many games have you offered over the years?

4    **A.**   Over 300 for sure.

5    **Q.**   And you consider that program to be a success?

6    **A.**   I consider it to be a home run success, yes.

7    **Q.**   Turning to the exclusive partnerships that you talked

8    about with developers, you said that Epic was very -- Epic Game

9    Store was very small, Steam was very big.

10    How does an Epic Game Store convince a major developer to

11    bring its game exclusively to the store and forego distribution

12    on Steam?

13    **A.**   We had a good confluence of events.  The launch of

14    Fortnite was fascinating to almost everybody in the industry,

15    so we had that on our side, and that had an interesting player

16    base for sure.

17    We had this sentiment among some developers that Steam was

18    very passively taking 30 percent of their business, and they

19    wished for some other alternative, either to add to their mix

20    or as a real alternative that would charge a different rate and

21    give them more interaction in their business.

22    And so that was easy to address, and we had -- when we

23    pitched the Epic Game Store to people, we had really great

24    responses.  And we tested that out early in the summer and

25    pretty much had 100 percent response like "We want to join you

1    guys."

2        We believed -- I certainly believed that in order to build

3    the business and get our players spending money, we needed to

4    have some content you couldn't get anywhere else just like you

5    couldn't get Fortnite anywhere else.

6        And so like the free game program, consoles have used

7    timed exclusives as a business strategy to grow their platforms

8    as well for decades, and we had never seen that in PC.  So we

9    also decided to pursue a very similar strategy.

10   **Q.**   And what is it that you promised developers in exchange

11   for bringing their games exclusively to Epic?

12   **A.**   We structured the deals very similarly to how the console

13   deals would work, which was to guarantee that during the

14   exclusive period of time, if you left Steam and you came to the

15   Epic Game Store, we would guarantee you that you would make the

16   revenue that you were expected to make on Steam if you chose to

17   bring your game exclusively to the store for a timed exclusive.

18   **Q.**   How many exclusive deals with the minimum guarantee has

19   the Epic Game Store entered over time?

20   **A.**   About 180 in our five years.

21   **Q.**   And how many of those did you enter into the first year?

22   **A.**   120 or so.

23   **Q.**   How many exclusive minimum guarantee deals do you expect

24   to have this year?

25   **A.**   Two.

1  **Q.**   And why has the number declined so rapidly?

2  **A.**   The audience size has grown from 15 million to 65 million.

3  Our partners have started bringing games at scale.  We've also

4  launched the ability for publishers to self-publish their

5  games, and we're seeing a ton of great adoption and people are

6  publishing hundreds of games every month.

7       We really considered that a first- or second-year business

8  strategy and that we would start to reduce the volume of those

9  deals to really just primarily focus on strategic partnerships.

10  We still do them and we still will do them, but we don't need

11  to do them at the scale that we needed to in our first couple

12  of years.

13  **Q.**   Setting aside the minimum guarantee deals, has Epic -- now

14  that it does less of them, has Epic introduced any other

15  program for exclusivity?

16  **A.**   We have.

17  **Q.**   What is that?

18  **A.**   We have a program called Epic First Run.  It is an opt-in

19  exclusive program.  So a developer can decide to be exclusive

20  to the Epic Game Store, and the timed exclusive period is six

21  months; and if a developer chooses to do that, they get

22  100 percent of the revenue for the first six months of the

23  title basically while the title is exclusive on Epic Game

24  Store.

25            **THE COURT:**  Okay.  We'll take our lunch break and

1   we'll resume at 1:00 o'clock.

2           **THE CLERK:**  All rise.

3               (Luncheon recess was taken at 12:30 p.m.)

4   **AFTERNOON SESSION**                                    **1:09 p.m.**

5       (Proceedings were heard out of the presence of the jury:)

6           **THE COURT:**  Okay.  Bring in the jury, please.

7       (Proceedings were heard in the presence of the jury:)

8           **THE CLERK:**  We're back on the record in Civil 25- 671,

9   Epic Games, Inc. vs. Google LLC, and Multidistrict Litigation

10  21-2981, In re Google Play Store Antitrust Litigation.

11          **THE COURT:**  Okay.  Go ahead.

12          **MR. EVEN:**  Thank you, Your Honor.

13  **BY MR. EVEN:**

14  **Q.**   Mr. Allison, we were talking about exclusivity deals.  Are

15  you ready to continue?

16  **A.**   Yes.

17  **Q.**   Would the exclusivity agreements you entered or enter into

18  prevent a developer from launching their game on any platform

19  other than PCs and Mac computers?

20  **A.**   No.

21  **Q.**   And has Epic been public about the fact that it entered

22  into exclusivity deals with developers?

23  **A.**   Yes.

24  **Q.**   Do you consider Epic's exclusive content program to be a

25  success?

1    **A.**    I do.

2    **Q.**    In what way?

3    **A.**    It's helped us get the content that we needed from third

4    parties that players were going to pay for and be excited

5    about.

6    **Q.**    If Steam had agreements in place with developers that

7    prevented them from entering into exclusivity agreements with

8    the Epic Game Store, how do you think that would have affected

9    your ability to grow?

10   **A.**    Depending on the titles that those deals were for, we may

11   not have gotten some of the key titles that were really

12   important for our first couple of years.

13   **Q.**    So I want to talk a little bit about what happened in the

14   PC market after the Epic Game Store launched.

15          So you mentioned that the biggest store was Steam.  Has

16   Steam reacted in any way to the launch of the Epic Game Store?

17   **A.**    They have.

18   **Q.**    How so?

19   **A.**    About a week or week and a half before we launched the

20   store in December of 2018, Valve announced a rev share change

21   from the 70/30 that they had run from all the years prior to a

22   tiered structure that had three tiers starting at 30 percent

23   and ending at 20 percent depending on the sales level of your

24   games.

25   **Q.**    Did you see any reaction from any of the other stores on

**ALLISON - DIRECT / EVEN**

1  PC?

2  **A.**   We did.

3  **Q.**   Which ones?

4  **A.**   There's a company called Discord that makes a fairly

5  substantial communication app that had launched a PC store in

6  October of 2018, and that store had a 70/30 split when it

7  launched.  About two weeks after we launched the Epic Game

8  Store, they changed the rev share from 70/30 to 90/10.

9  **Q.**   Any other stores?

10  **A.**   The Microsoft -- the Windows store in about March of 2019

11  changed their rev share from a 70/30 standard to 85/15 and then

12  again revised their rev share around April of 2021 to match the

13  Epic Game Store's 88/12.

14  **Q.**   So in the PC space is 70/30 still the standard?

15  **A.**   No.

16  **Q.**   You mentioned that the Epic Game Store is obviously

17  available on PCs.  As a general matter, how does a user obtain

18  the Epic Game Store on their PC?

19  **A.**   You go to Epic Games' website and you download the

20  launcher.

21  **Q.**   And what about Steam?  How does the user get Steam?

22  **A.**   You go to Steam's website and download their launcher.

23  **Q.**   Before a PC user downloads the Epic Game Store or Steam,

24  what changes, if any, do they need to make to their settings on

25  their computer?

 1   **A.**   None.

 2   **Q.**   Before a user obtains downloads from the Steam store or

 3   the Epic Game Store, what kind of warnings do they see?

 4   **A.**   They don't typically get any.

 5   **Q.**   You said earlier that Epic wants to be on Android.  Has

 6   Epic ever looked into the possibility of opening the Epic Game

 7   Store on Android?

 8   **A.**   We have.

 9   **Q.**   So why has the store never launched on Android?

10   **A.**   We launched Fortnite in 2018 through direct download on

11   the Android platforms, and the numbers were disappointing

12   overall.  We -- an assessment of why they were disappointing

13   relative to other platforms, it was based on interaction with

14   the community and a lot of discussion with leadership

15   internally that all the warnings that come from the Android

16   platform when you do a direct download were off putting and

17   creating friction for user.

18       **MR. MACH:**  I'm sorry.  Objection, Your Honor.  It's

19   hearsay.  He's speaking to conversations with others outside of

20   his company.

21       **THE COURT:**  Overruled.

22       You can go ahead.

23       **MR. MACH:**  Thank you, Your Honor.

24   **BY MR. EVEN:**

25   **Q.**   And in that context was -- you mentioned that on PC

1  Fortnite launched or was downloaded through a launcher.  Do you

2  remember that?

3  **A.**   Yes.

4  **Q.**   Was Fortnite on Android through what Google refers to as

5  sideloading, was that involving the download of a launcher?

6  **A.**   A form of a launcher, yes.

7  **Q.**   And why do you think that Epic's lack of success with

8  getting the launcher download for Fortnite suggests that Epic

9  could not successfully launch the Epic Game Store for -- on

10  Android?

11  **A.**   For me personally, the anchor game, the anchor experience

12  that we needed like we have on PC and Fortnite wasn't scaled

13  enough in the numbers we were getting.

14  **Q.**   Instead of trying to get the store or the launcher through

15  another -- through sideloading, could the Epic Game Store

16  simply launch on Google Play?

17  **A.**   Not today.

18  **Q.**   Why not?

19  **A.**   Their policies.

20  **Q.**   What are their policies?  How do their policies prevent

21  that?

22  **A.**   My understanding is you can't launch a store with

23  applications on the Google Play Store.

24  **Q.**   If Epic were to launch on Android, how would its

25  policies -- if the Epic Game Store launched on Android, how

1  would its policies on Android compare to its policies on PCs?

2  **A.**   I would expect that they would largely stay the same.

3  **Q.**   What do you expect would be the rev share that the

4  Epic Game Store offered on Android?

5  **A.**   88/12.

6  **Q.**   And would you expect Epic to allow developers to choose

7  whatever payment platform they wish?

8  **A.**   I do.

9  **Q.**   Would you expect to try to distribute some free games to

10  users on Android?

11  **A.**   I do.

12  **Q.**   Would you expect to try to obtain any exclusive content on

13  Android?

14  **A.**   As a strategic approach, yes, I do.

15          **MR. EVEN:**  I have no further questions for the

16  witness.

17          **THE COURT:**  Okay.  Pass the witness.

18          **MR. MACH:**  May I proceed, Your Honor?

19          **THE COURT:**  Yes, please.

20                    <u>**CROSS-EXAMINATION**</u>

21  BY MR. MACH:

22  **Q.**   Good afternoon, Mr. Allison.  It's nice to see you in

23  person, sir.

24  **A.**   Same here.  Good afternoon.

25  **Q.**   So I want to start with some questions about how Epic runs

1   its own store to help the jury understand what's typical and

2   what's not typical for an app store.  Okay?

3       So you've mentioned that the Epic Game Store distributes

4   third-party games; right, sir?

5   **A.**   Yes.

6   **Q.**   And when Epic does this, Epic insists on maintaining

7   absolute control over every aspect of its platform, doesn't it,

8   sir?

9   **A.**   I don't understand the question.

10  **Q.**   Well, Epic reserves the right to take any game off its

11  store at any time for any reason, doesn't it, sir?

12  **A.**   We do.

13  **Q.**   And, for example, Mr. Sweeney has told you that Epic

14  reserves the right to remove anybody from its platform if they

15  engage in payment practices that Epic doesn't like; right, sir?

16  **A.**   I don't think that's the exact words, but I don't recall.

17      **MR. MACH:**  Let's provide Mr. Allison with deposition

18  transcript number three, please.

19      Your Honor, with your permission --

20      **THE COURT:**  I need to look at it first.

21      Thank you.

22                    (Pause in proceedings.)

23      **THE COURT:**  All right.  What page?

24      **MR. MACH:**  Page 158, Your Honor, lines 6 through 9,

25  are the heart of it.

```
 1              THE COURT:  6 through 9?

 2              MR. MACH:  That's right, Your Honor.

 3          Your Honor, I apologize.  157:20.

 4              THE COURT:  Okay.  I was going to say no to that one.

 5          Okay.  157, line what?

 6              MR. MACH:  157:20.

 7              THE COURT:  20.

 8                     (Pause in proceedings.)

 9              THE COURT:  That's okay.  Go ahead.

10    BY MR. MACH:

11    Q.    Mr. Allison, do you recall that you testified under oath a

12    number of times in connection with the events we're talking

13    about here; right, sir?

14    A.    Yes.

15    Q.    And one of those was in January of '22 -- January of 2022;

16    correct, sir?

17    A.    I don't remember.

18              MR. MACH:  Your Honor, with your permission, we'll

19    provide a copy of the transcript.

20              THE COURT:  Sure.

21              THE WITNESS:  157?

22    BY MR. MACH:

23    Q.    Yes, that's right.

24              THE COURT:  What was the question?

25              MR. MACH:  The question was --
```

```
 1              THE COURT:  Do you remember your depo?  Do you

 2     remember it, Mr. Allison, the deposition?

 3              THE WITNESS:  I do.  I remember the deposition.

 4              THE COURT:  Okay.  Go ahead.

 5     BY MR. MACH:

 6     Q.   And if you would turn, please, with me to page 157

 7     starting on line 20.  Let me know when you're there, sir.

 8     A.   I'm here.

 9     Q.   Okay.  And you were asked, quote (as read):

10          "QUESTION:  And here with regard to payments in

11          particular, Mr. Sweeney is saying Epic is reserving the

12          right to remove anybody from its platform if they engage

13          in payment practices that Epic does not like; correct?"

14          Do you see that, sir?

15     A.   I see the question.

16     Q.   And your answer was (as read):

17          "ANSWER:  That is -- yeah, that's what he's saying."

18          Do you see that, sir?

19     A.   I see the answer.

20     Q.   And that was the testimony that you gave under oath at

21     that time; right, sir?

22     A.   At that time.

23     Q.   And you do this in part because you need to be able to

24     protect your platform for the benefit of all of its users and

25     not just think about what one particular developer might want;
```

1    isn't that right, sir?

2    **A.**   That's not how I think of it.  Can you expand?

3         **MR. MACH:**  Your Honor, may I refer to what I've

4    described as transcript three?

5         **THE COURT:**  What page number is it?

6         **MR. MACH:**  158, Your Honor.

7         **THE COURT:**  158.  Okay.  Lines?

8         **MR. MACH:**  158 it looks like 12 to 16.

9              (Pause in proceedings.)

10        **THE COURT:**  Okay.  It's fine.

11   **BY MR. MACH:**

12   **Q.**   Mr. Allison, do you have your testimony on page 158 in

13   front of you, sir?

14   **A.**   I do.

15   **Q.**   And you recognize that you were asked with regard to our

16   prior conversation (as read):

17        **"QUESTION:**  That is in part because you need to be able to

18        protect your platform for the benefit of all users and not

19        just think about one particular -- what one particular

20        developer might want?"

21        Do you see that, sir?

22   **A.**   I see the question.

23   **Q.**   And your answer was (as read):

24        **"ANSWER:**  Yeah.  Yes."

25        Correct, sir?

ALLISON - CROSS / MACH

1   **A.**   I see the answer with an objection, and I followed up with

2   more explanation following that answer, yes.

3   **Q.**   Now, in order for your platform to succeed, you need to be

4   able to appeal to two different customers at the same time;

5   right?  Consumers and developers; correct, sir?

6   **A.**   Yes.

7   **Q.**   You can't succeed with your platform unless developers

8   want to be on your platform; right?

9   **A.**   Yes.

10  **Q.**   And you discuss with Mr. Even minimum guarantees; right?

11  **A.**   Yes.

12  **Q.**   And that's an amount of money that developers on your

13  platform are guaranteed to receive regardless of the

14  performance of their game on your platform; right?

15  **A.**   A small amount of strategic developers, yes.

16  **Q.**   And you do that because you need to encourage developers

17  to leave a competitor like Steam and instead list on the

18  Epic Game Store; right?

19  **A.**   As a strategic partnership, yes.

20  **Q.**   And that's because you're competing with Steam for the

21  attention not just of customers but developers that might

22  otherwise do business with Steam; right?

23  **A.**   We're happy for them to do business with both of us; but,

24  yes, in one context.

25  **Q.**   When you issue those minimum guarantees, that is not what

1  you would characterize as a bribe; right, sir?

2  **A.**    No.

3  **Q.**    You do it because good content drives developers to your

4  store and customers to your store?

5  **A.**    Good content drives customers to our store.

6  **Q.**    You also have policies that are intended to keep your

7  store safe for users; right, sir?

8  **A.**    Yes.

9  **Q.**    And we would agree that safety and security are important

10 on a platform; right, sir?

11 **A.**    Yes.

12 **Q.**    It's also important to have trust on your platform; right,

13 sir?

14 **A.**    Yes.

15 **Q.**    And are you aware, sir, that Epic's lawyers take the

16 position that it was wrong for Google to warn customers of the

17 dangers of unknown sources of software?

18 **A.**    I'm not aware of those specifics, no.

19 **Q.**    Well, Epic itself has warned users that not all sources of

20 its software are safe; right?

21 **A.**    I don't know what you're referring to.

22 **Q.**    Well, Epic maintains what it calls an FAQ on its website;

23 right?

24 **A.**    We maintain several FAQs on our website on different

25 topics.

1    **Q.**   One of the topics is the Epic Game Store; right, sir?

2    **A.**   Yes.

3    **Q.**   And you were asked about the content of the FAQ back in

4    2021.  Do you recall that, sir?

5    **A.**   I don't recall it.

6    **Q.**   Let me try a more specific question and see if you do

7    recall it.  Okay?

8         At the time in 2021 the Epic Game Store FAQ on Epic's

9    website told consumers that Epic's website was the only place

10   to safely download the installer for Epic's game store and that

11   users shouldn't trust other sources because they are likely

12   unsafe.  That's what it said then; right, sir?

13   **A.**   I don't know.  I'd have to see it.

14   **Q.**   I can help.

15        **MR. MACH:**  If we may turn back to deposition

16   transcript three, Your Honor.

17        **THE COURT:**  Just give me the page number, okay?

18        **MR. MACH:**  Yes.  246.

19        **THE COURT:**  246.  All right.  And which line?

20        **MR. MACH:**  Starting line 17 proceeding to line 5 on

21   the next page, Your Honor.

22                      (Pause in proceedings.)

23        **THE COURT:**  Okay.  Go ahead.

24        **MR. EVEN:**  Objection.  It seems like he said he

25   doesn't recall, so I don't know what we're impeaching.

 1          THE COURT:  I can't hear you.

 2          MR. EVEN:  I'm sorry, Your Honor.  Let me step up

 3 here.

 4      Can you hear me now?

 5          THE COURT:  Yeah.

 6          MR. EVEN:  I'm saying --

 7          THE COURT:  There should be one on the table too so

 8 you don't have to go all the way back.

 9      Okay.  Go ahead.  What's your objection?

10          MR. EVEN:  The objection is that I believe the witness

11 just testified he doesn't remember, and so I'm not sure this is

12 a proper impeachment, Your Honor.

13          THE COURT:  Well, he doesn't call it impeachment.

14 He's just showing him the deposition.

15      Okay.  Go ahead.

16 BY MR. MACH:

17 Q.   Mr. Allison, if you would, please, turn with me to

18 page 246 of the testimony that you gave under oath in what

19 we've called transcript three.  Are you there, sir?

20 A.   I'm on 246.

21 Q.   246, yes.  Thank you, sir.

22      And you were asked on line 18 about the FAQ.  Do you see

23 that?

24 A.   I'm reading it.  Sorry.

25      (Witness examines document.)  I see the answer and I see

 1   the question.

 2   **Q.**   The question you were asked about the FAQ was (as read):

 3        **"QUESTION:**  And then it says 'Visit the Epic Games' page

 4        at epicgames.com, go to the right-hand corner and click

 5        'get Epic Games.'  This is the only place to safely

 6        download the installer for the Epic Game Stores.  Do not

 7        trust other stores as they are likely unsafe.'"

 8        Do you see that?  That was the question; right, sir?

 9   **A.**   I see it.

10   **Q.**   And you said, "Yes"; right, sir?

11   **A.**   I said, "That's what the FAQ said, yes."

12   **Q.**   Right.  You were further asked "That's what the FAQ said

13   in May 2021"; correct, sir?

14   **A.**   Yes.

15   **Q.**   And you said, "Yes"; correct, sir?

16   **A.**   Yes.

17   **Q.**   And does that refresh your recollection, sir, that the FAQ

18   contained that warning in 2021 when you testified?

19   **A.**   I'm refreshed now.  I don't remember this exchange with

20   you guys.

21   **Q.**   Okay.  You're refreshed now, though; correct, sir?

22   **A.**   I'm refreshed of this content, yes.

23   **Q.**   And the warning that was made in that FAQ, that's as true

24   today as it was then; right?

25   **A.**   I don't know.

**ALLISON - CROSS / MACH**

1  **Q.**  You are the general manager of the Epic Game Store; right,

2  sir?

3  **A.**  I am.  But if you're asking me if the content on the FAQ

4  has changed, I don't know.

5  **Q.**  I'm just asking whether the substance of the warning is as

6  true today as it was in 2021?

7  **A.**  In -- yes.

8  **Q.**  Shifting gears a little, Mr. Allison, part of the services

9  that Epic offers to third-party game developers is payment

10  processing.  You testified about that earlier; right?

11  **A.**  Yes, on the Epic Game Store as an option.

12  **Q.**  And if a developer offers a game that the user pays to

13  download through the Epic Game Store, in that circumstance Epic

14  requires that they use Epic's payment processing service,

15  doesn't it, sir?

16  **A.**  Can you say the question one more time?

17  **Q.**  Of course.

18      If a developer offers a game that the user pays to

19  download through the Epic Game Store, Epic requires them to use

20  Epic's payment processing service; correct, sir?

21  **A.**  That's because it's a transaction in our application, yes.

22  **Q.**  The answer is yes; right, sir?

23  **A.**  Yes.

24  **Q.**  Okay.  Thank you.

25      And Epic has maintained that policy in part because it

1   wants to maintain the revenue from that as part of the business

2   model it chose when it designed its platform; correct?

3   **A.**   That's not the fundamental reason why.

4   **Q.**   Is it part of the reason why, sir?

5   **A.**   That's certainly part of the reason why, but there's more

6   complexity to that.

7   **Q.**   Now, as you talked about earlier, until very recently Epic

8   also required developers to use Epic's payment processing

9   services for in-app purchases in games distributed on the Epic

10  Game Store; right, sir?

11  **A.**   We changed that four years ago; but until four years ago,

12  yes.

13  **Q.**   Sir, did Epic make that change in its policy in 2019 so

14  that its policy wouldn't look similar to Google's when it

15  launched Project Liberty?

16  **A.**   That's not the reason I was pushing the change in our

17  policy.

18  **Q.**   You're familiar with Project Liberty; right, Mr. Allison?

19  **A.**   I am.

20  **Q.**   And you're aware that Project Liberty involved the Hotfix

21  that we talked about earlier today; right, sir?

22  **A.**   I'm not aware of the details of how Project Liberty was

23  executed.

24  **Q.**   Well, that's not quite my question, sir.

25       My question is whether you're aware that Project Liberty

1  involved a Hotfix that changed Epic's app so that users could

2  choose whether to use Google Play Billing or to use Epic's

3  billing system for in-app purchases on Android.  You're aware

4  of that; right?

5  **A.**   I am aware of that.

6  **Q.**   Okay.  And that is the crux of why we're sitting here

7  today in this antitrust litigation; right, sir?

8  **A.**   I'm not the person to ask that question of.

9          **MR. MACH:**  Your Honor, if I may, page 161, line 7.

10                    (Pause in proceedings.)

11         **THE COURT:**  That's fine.

12 **BY MR. MACH:**

13 **Q.**   Mr. Allison, do you have your testimony under oath in your

14 deposition, page 161, in front of you, sir?

15 **A.**   I see it.

16 **Q.**   And you were asked (as read):

17         "**QUESTION:**  So Project Liberty involved a Hotfix that was

18         implemented in 2020?"

19         Correct, sir?

20 **A.**   Yes.

21 **Q.**   And you said, "Right"; correct?

22 **A.**   Yes.

23 **Q.**   You were then asked (as read):

24         "**QUESTION:**  To Fortnite's Google Play Store; correct?"

25         And you answered (as read):

1    "**ANSWER:**  Right.  It's the crux of the reason we're

2        sitting here today in the antitrust litigation."

3        Correct, sir?

4    **A.**   That's what I said then it looks like.

5    **Q.**   That's the testimony you gave under oath at that time;

6    right, sir?

7    **A.**   Yes.

8    **Q.**   Now, when Epic changed its policy to allow developers to

9    use alternative billing services for in-app purchases, Epic's

10   CEO was in fact laying the tracks for Project Liberty, wasn't

11   it, sir?

12   **A.**   I don't know that for certain.

13   **Q.**   Do you have that belief, sir?

14   **A.**   I have wondered about that, but I don't know for certain.

15   **Q.**   Well, you have told your colleagues inside of Epic, right,

16   sir, that that change in Epic's billing policy was an act by

17   Mr. Sweeney laying the tracks for Project Liberty, haven't you?

18   **A.**   I don't think that's what I said specifically.

19            **MR. MACH:**  Your Honor, if I may, it's Exhibit 9001.

20            **THE COURT:**  I don't have an exhibit --

21            **MR. MACH:**  It's behind -- I'm sorry, Your Honor.

22            **THE COURT:**  Remember, you're supposed to give me a

23   little binder at the beginning of each exam.

24                        (Pause in proceedings.)

25            **THE COURT:**  And two copies, please.  And the witness

1    needs one too.

2            MS. BECVK:  I believe this is impeachment, Your Honor.

3    I have the binder separately.

4            THE COURT:  It's okay for now.

5       Does the witness have a copy?

6            THE WITNESS:  Not yet.

7            THE COURT:  We need one for the witness, please.

8            MR. MACH:  And, Your Honor, if it's helpful --

9            THE COURT:  Just one second.

10           MR. MACH:  -- in the middle of the page ending 0003.

11           THE COURT:  Just a moment.

12           MR. MACH:  I apologize, Your Honor.

13           THE COURT:  All right.

14                       (Pause in proceedings.)

15           THE COURT:  Okay.  Any objection to 9001, Plaintiffs?

16           MR. EVEN:  Your Honor, I don't believe it's being

17   offered as evidence.

18           THE COURT:  Are you going to offer it?

19           MR. MACH:  Your Honor, I intended to use it for

20   impeachment purposes and then perhaps offer it.

21           THE COURT:  Why don't you offer it first and let's

22   just get it done with.

23           MR. MACH:  Okay.

24           THE COURT:  Any objection?

25           MR. EVEN:  Your Honor, this wasn't disclosed to us,

**ALLISON - CROSS / MACH**

1    but let me look at it for a sec.

2                        (Pause in proceedings.)

3            **MR. EVEN:**  No objection, Your Honor.

4            **THE COURT:**  Okay.  9001 is admitted.

5        (Trial Exhibit 9001 received in evidence.)

6            **THE COURT:**  Go ahead.

7    **BY MR. MACH:**

8    **Q.**   Mr. Allison, do you have what is Trial Exhibit 9001, sir?

9    **A.**   I do.

10   **Q.**   And this is a record of a Slack thread between you and

11   someone named Tera Randall in August of 2020; correct, sir?

12   **A.**   Yes.

13           **THE COURT:**  You can put this on the screen.  Yeah,

14   okay.  Good.

15       Jury members, are your video things on?

16           **A JUROR:**  Yes.

17           **THE COURT:**  Okay.  Good.

18       Go ahead.

19   **BY MR. MACH:**

20   **Q.**   Do you need the question back, sir?

21   **A.**   I'm good.  I see it.

22   **Q.**   Okay.  Just so the record is clear, my question was:  This

23   is a record of a Slack thread between you and someone named

24   Tera Randall on August 11, 2020; correct, sir?

25   **A.**   Yes.

1    **Q.**   And Ms. Randall is another Epic executive, the vice

2    president of corporate communications at Epic; right, sir?

3    **A.**   Yes.

4    **Q.**   And this is a thread discussing Project Liberty.  It says

5    there at the top (as read):

6          "Hey there, are you read in on Project Liberty?"

7    Do you see that, sir?

8    **A.**   Yes.

9    **Q.**   And if you would turn with me to page 2 of the document,

10   at the bottom there is a discussion of the policy change that

11   you were just testifying about; right, sir?

12   **A.**   I brought it up in response to her dialogue with me.

13   **Q.**   And turn with me, please, to page 3 of the document.

14   I can help.  The second comment -- the second message from

15   the top from you, you say (as read):

16         "On EGS we allow anyone to use their own payments or

17       use ours.  We took that decision last Q4.  So that context

18       is important for all execs to understand."

19       Do you see that, sir?

20   **A.**   I do.

21   **Q.**   And that was a reference to the change in the billing

22   policy that we just talked about; right, sir?

23   **A.**   Which billing policy?  The EGS, IAP, or the Hotfix?

24   **Q.**   The change in the billing policy where Epic started

25   allowing developers to use their own payment processer for

**ALLISON - CROSS / MACH**

1  in-app purchases.

2  **A.**   So that we could get Riot and Ubisoft using their own

3  payments for IAP, yes.

4  **Q.**   Focus with me, please, for a minute, sir.

5  **A.**   Yep.

6  **Q.**   This conversation here, this comment was a reference to a

7  change in that policy; correct, sir?

8  **A.**   It is.

9  **Q.**   And if you look two comments down, you told your colleague

10  at Epic Games, quote (as read):

11          "That was purposeful by Tim laying the tracks for

12      this moment."

13      Do you see that, sir?

14  **A.**   Followed by "Pretty sure," but, yes.  "Pretty sure" means

15  I'm not sure just so you understand.

16  **Q.**   And this was almost to the day -- this was almost to the

17  day the date that the Hotfix was released; right, sir?

18  **A.**   I don't know the date of the Hotfix.

19  **Q.**   If you'll --

20          **MR. MACH:**  Your Honor, if I may, transcript three,

21  166.

22          **THE COURT:**  Do you have it?

23      Why don't you just tell him the date and see if that

24  refreshes his recollection.

25  \\\

BY MR. MACH:

Q.   Does it refresh your recollection, sir, that the Hotfix was released on August 13, 2020?

A.   The Hotfix?

Q.   The Hotfix.

A.   It doesn't.  I may have known it.  I don't have that date memorized.  It's not something I focus on at work.

Q.   Well, let me try to make this a little simpler.

     When you say "laying the tracks for this moment," you were referring to the Hotfix in that Slack message; right, sir?

A.   I was referring to Project Liberty as I was being read in and I wasn't sure, but I was referring to what I was being told, yes.

Q.   Now, you've talked about the fact that the Epic Game Store charges a 12 percent commission for a third-party app transaction; right, sir?

A.   Yes.

Q.   Now, outside of PC, the 70/30 revenue split is really what the industry uses; right, sir?

A.   On many platforms, yes.

Q.   In most other places the 70/30 revenue split is what the industry uses right now; right, sir?

A.   Yes.

Q.   Nintendo charges 30 percent; right, sir?

A.   Yes.

1    Q.   And Sony charges 30 percent; right, sir?

2    A.   Yes.

3    Q.   And Microsoft charges 30 percent on its console; right,

4    sir?

5    A.   On its console.

6    Q.   Now I want to pause for a moment on Sony's 30 percent

7    commission.

8         Sony faces competition; right, sir?

9    A.   We all face competition but, sure, yes.

10   Q.   Microsoft's Xbox and Sony, they are a very one-to-one,

11   they very much compete for the same customer; right, sir?

12   A.   Some cases, yes, not all.

13   Q.   And Nintendo, they compete against Sony and Microsoft too;

14   right, sir?

15   A.   In some cases.

16   Q.   Now, Epic charges much less than those others we know;

17   right?  And for in-app purchases you explained that actually

18   Epic doesn't charge anything for the games distributed on its

19   platform for in-app purchases; right?

20   A.   Only if a developer chooses its own payment solution.

21   Q.   And you also talked about how the exclusive deals that the

22   Epic Game Store was entering were working very well.  Do you

23   recall that testimony?

24   A.   They did work very well, yes.

25   Q.   But at the 12 percent commission, sir, the Epic Game Store

1   is losing a substantial amount of money, isn't it?

2   **A.**   We're investing in the platform's growth.  The minimum

3   guarantee deals are part of that investment, and we understood

4   that they wouldn't recoup 100 percent.

5   **Q.**   I appreciate that, sir.

6        But the answer is, yes, at the 12 percent commission, the

7   Epic Game Store is losing a very significant amount of money?

8   **A.**   The 12 percent commission is not why the Epic Game Store

9   is losing money.

10  **Q.**   Well, the Epic Game Store is not profitable; right, sir?

11  **A.**   It is not profitable because we're investing in its

12  growth.

13  **Q.**   In fact, profitability in third-party publishing is not

14  even a goal for the Game Store today; right?

15  **A.**   Third-party games on the Epic Game Store are a low-margin

16  business.  It's not our number one focus right now.

17  **Q.**   Now, Epic forecasts that someday it will be profitable

18  with the Epic Game Store; right?

19  **A.**   We do.

20  **Q.**   And is the current plan that the Epic Game Store will be

21  profitable by 2024?

22  **A.**   No.

23  **Q.**   When does the -- when do you currently anticipate the

24  Epic Game Store will be profitable?

25  **A.**   It's going to depend on the trajectory of our growth and

1  based on a number of investments that we make in free games and

2  our strategic partnerships.  It could be as early as '25 or

3  '26, but it may be later if we see the growth of the platform

4  continue to go at the trajectory it's on today.

5  **Q.**   It could be 2025 or 2026; right, sir?

6  **A.**   If we decided to discontinue our investments.

7  **Q.**   But a prior plan estimated that you would be profitable by

8  2024, didn't it?

9  **A.**   There have been versions of many plans.  I'm sure one of

10  them did.

11  **Q.**   And, actually, you also previously believed that that app

12  store would be profitable by 2023, didn't you, sir?

13  **A.**   There was a version we were profitable in 2023, but we've

14  seen better results in our investments and have continued to

15  invest.

16  **Q.**   But you previously thought that the Epic Game Store was on

17  the road to profitability by 2023, didn't you?

18  **A.**   At one time, yes.

19  **Q.**   And you've also previously thought that you'd have a

20  sustainable platform that hit profitability on the third-party

21  side by 2022; right?

22  **A.**   There was a version of that that could have happened too,

23  but we would have pulled out of the free games program and done

24  less partnerships.

25  **Q.**   Do you have a sense today of how much money the Epic Game

ALLISON - CROSS / MACH

1   Store has lost?

2   **A.**   I do.

3   **Q.**   And what is that, sir?

4   **A.**   We've invested about 500 million in its growth over the

5   first five years.

6   **Q.**   You use the word "invested."  I understand what you mean.

7   I just want the record to be clear.

8       Epic has lost about $500 million so far in the Epic Game

9   Store; right, sir?

10  **A.**   We spent 500 million on our investments on the Epic Game

11  Store.

12  **Q.**   You've spent $500 million more than you've earned on the

13  Epic Game Store; correct, sir?

14  **A.**   Correct.

15  **Q.**   Okay.  But as I think you testified, the Epic Game Store

16  brings other benefits to Epic even if the portion funded by the

17  rev share is not profitable; correct?

18  **A.**   It's not the portion funded by the rev share that's not

19  profitable.  We're spending money on growth programs.

20  **Q.**   Well, let me focus a little bit.

21      One of the reasons that you started the Epic Game Store is

22  to cross-pollinate different -- with different businesses in

23  Epic; right?

24  **A.**   Can you explain that a little bit?

25  **Q.**   Sure.

ALLISON - CROSS / MACH

1      So one of the benefits of the store is that players who

2  come to the store might start playing Fortnite; right?

3  **A.**   Absolutely.

4  **Q.**   Right.  And then they might make purchases within

5  Fortnite; right?

6  **A.**   It's possible.

7  **Q.**   And that's a benefit to Epic standing alone from other

8  revenue from the Game Store; right?

9  **A.**   No.  That's a benefit for everybody in the Game Store.  It

10 applies equally to every game in the Epic Game Store.  We all

11 benefit from each other's traffic.

12 **Q.**   Well, do other developers earn revenue when a customer

13 makes a purchase in Fortnite, sir?

14 **A.**   Of course not.

15 **Q.**   Now, in addition to the businesses that we've been talking

16 about, Epic also runs a third-party publishing business called

17 Epic Games Publishing; right, sir?

18 **A.**   We do.

19 **Q.**   And Epic Games Publishing is part of the Epic Game Store

20 and it reports to you; right?

21 **A.**   It's not part of the Epic Game Store, but it is part of my

22 organization.

23 **Q.**   And in that program Epic pays development costs for

24 developers; right, sir?

25 **A.**   We fund projects fully, yes.

ALLISON - CROSS / MACH

1  Q.   But Epic doesn't take 12 percent of revenue for those

2  projects; right?

3  A.   That's because a publishing-funded project is not a

4  distribution on a store.

5  Q.   One second, sir.

6       The answer is, no, right, it doesn't take 12 percent of --

7  A.   It does not take 12 percent.

8  Q.   Through Epic Games Publishing, Epic takes 100 percent of

9  the developer's revenue until Epic recoups its cost and then it

10 takes 50 percent -- a 50 percent share from then on; right?

11 A.   That's how publishing projects work, and that's the best

12 deal in the video game industry.

13 Q.   Just so we're clear, the answer is yes; correct, sir?

14 A.   Yes.

15 Q.   Okay.  Thank you.

16      And Epic takes that revenue share from the developer even

17 if the game is sold outside of the Epic Game Store like on a

18 console; right?

19 A.   You're mixing distribution and funded projects.  I'm -- I

20 can't give you an answer.  That doesn't make sense.

21 Q.   We'll get to the validity of the comparison at some point

22 I just want to understand the details here for a moment.

23      Epic take a 50 percent revenue share even if the game is

24 sold outside of the Epic Game Store like on a console; right?

25 A.   We fully fund a project, we recoup the project, and then

1  we split the revenues with our partner.  It's not distribution.

2          **MR. MACH:**  Your Honor, if I may, page 38.

3          **THE COURT:**  38.  Which line?

4          **MR. MACH:**  Line 4 to line 9.

5          **THE COURT:**  Okay.  That's fine.

6  **BY MR. MACH:**

7  **Q.**   Mr. Allison, could you turn to your deposition, please?

8  **A.**   This one (indicating)?

9  **Q.**   That's number three.  It should be number three.

10         **THE COURT:**  Yeah, just page 38.

11         **THE WITNESS:**  Page 38?

12         **THE COURT:**  Yeah.

13         **THE WITNESS:**  Okay.  Sorry.

14  **BY MR. MACH:**

15  **Q.**   Now, sir, in your deposition under oath on page 38, you

16  were asked (as read):

17      **"QUESTION:**  If the product is sold for play on a console,

18      for example, then Epic would take 50 percent of that sale;

19      correct?"

20      Do you see that, sir?

21  **A.**   I see what -- I see the question.

22  **Q.**   Right.

23      And your answer was (as read):

24      **"ANSWER:**  Of the net -- of the net revenues, yes."

25  **A.**   That's correct.

1   **Q.**   Is that correct, sir?

2   **A.**   That is correct.

3   **Q.**   That is the question you were asked and that was the

4   answer you gave under oath at the time; correct, sir?

5   **A.**   That is correct.

6   **Q.**   Okay.  And Epic takes that 50 percent revenue share from

7   that developer forever as long as you have the rights to sell

8   the game; right?

9   **A.**   That is because we are the publisher of that game.

10  **Q.**   Sir, I want you to focus on my question for a moment.

11          My question is:  Epic takes that 50 percent revenue share

12  from the developer forever as long as you have the rights to

13  sell the game; right?

14  **A.**   As publisher, yes.

15  **Q.**   Now, it sounds like you're saying that I'm not making a

16  fair comparison; is that right, sir?

17  **A.**   They are not the same thing in any stretch.

18  **Q.**   Now, do you know that Epic's expert witnesses say that

19  it's fair to compare Google's app store commissions to the

20  commissions that a company like PayPal charges for payment

21  processing?  Do you know that, sir?

22          **THE COURT:**  Let's try a different question.

23          **MR. MACH:**  Sure.  No problem, Your Honor.

24  **Q.**   Now, focusing on your 12 percent commission, it wouldn't

25  be accurate to characterize Epic's 12 percent commission as

1   just a payment processing fee, would it, sir?

2   **A.**   No.   There are other costs in there.

3   **Q.**   The commission on your platform is a payment for access to

4   your audience; right, sir?

5   **A.**   I don't believe that's the case.   I may have said it, but

6   I don't actually -- that's not the truth.

7   **Q.**   You said it under -- do you recall saying that under oath,

8   sir?

9   **A.**   I do.   That one I remember, but it's not how I feel.   I

10   feel like I got twisted into that answer.

11   **Q.**   To save time, I'll just ask.

12   **A.**   Yeah.

13   **Q.**   You've testified under oath, right, that --

14   **A.**   Let's look at it, please.

15   **Q.**   I'm happy to, sir.

16       Let's take the transcripts -- the transcript labeled

17   number two, which we'll have to distribute.

18       **THE COURT:**   Let's just do the page -- please, just the

19   page numbers.   We've got them all here.   No twos, threes.   Only

20   you know that.   Just help the judge out.   Just give me a page

21   number.

22       **MR. MACH:**   I apologize, Your Honor.   It's a different

23   transcript, so we'll have to distribute it.

24       **THE WITNESS:**   Okay.

25       **THE COURT:**   I have 363 pages.   There's more?

1          **THE WITNESS:**  There is.  There's lots of pages.

2          **MR. MACH:**  Apologies, Your Honor.

3          **THE COURT:**  All right.  Great.

4      Okay.  It's handy to use this thing if you can.

5      At least they're consecutive.  Okay.  Which page?

6          **MR. MACH:**  1271 please, Your Honor.

7          **THE COURT:**  1271.  Okay.

8                         (Pause in proceedings.)

9          **THE COURT:**  All right.  Which line?

10         **MR. MACH:**  I need a moment myself, Your Honor.  I

11     believe it's line 21.

12         **THE COURT:**  All right.

13                        (Pause in proceedings.)

14         **THE COURT:**  All right.  Well, I'm a little confused

15     about what's happening, so just use it as a table-setting

16     device.  All right?

17         **MR. MACH:**  No problem, Your Honor.

18     **BY MR. MACH:**

19     **Q.**   So the question, sir, as a table-setting device is:  Epic

20     doesn't view Epic Game Store commission as a process payment

21     fee but, rather, a payment for access to your audience?  That's

22     right, isn't it, sir?

23     **A.**   I said it's a way to say it, but I also feel twisted into

24     that answer.

25     **Q.**   That is the answer that you gave under oath, though, sir;

1    right?  You said, "Yes.  It's a way to say it, yes"?

2    **A.**   I did say that, yes.

3    **Q.**   We would agree, in any case, that comparing Epic's

4    commission to a payment processing fee charged by something

5    like a credit card would be apples to oranges because, among

6    other things, a developer cannot present a game to 60 million

7    users with a payment processer; right?

8    **A.**   That is correct.

9    **Q.**   Right.  Now, 60 million users, that is your audience;

10   right, sir?

11   **A.**   It's larger now, but close.

12   **Q.**   Now, you've talked about one of your competitors called

13   Steam; right?

14   **A.**   I have.

15        Are you talking about testimony?  Yes.

16   **Q.**   Yeah.  Yeah.  I'm sorry.  Today, sir.

17        And the revenue share that Steam takes is higher than the

18   revenue share that Epic Game Store takes.  You testified to

19   that; right?

20   **A.**   Yes.

21   **Q.**   Okay.  Because Steam sometimes takes 30 percent; right?

22   **A.**   Sometimes.

23   **Q.**   But Steam can also give developers a much bigger audience

24   than the Epic Game Store; right?

25   **A.**   Their audience is larger than our audience.

1    **Q.**    It's about twice the size of your audience; right, sir?

2    **A.**    Approximately.

3    **Q.**    And Steam also has a vastly larger catalog than the

4    Epic Game Store has; right?

5    **A.**    They do.

6    **Q.**    You testified, I think, you have about 3,000 titles;

7    right, sir?

8    **A.**    Yes.

9    **Q.**    And Steam has 40- or 50,000 titles; right?

10   **A.**    They have about 130,000 titles now actually.

11   **Q.**    Oh, bigger than I thought.  130,000 titles?

12   **A.**    Yeah.

13   **Q.**    Now, Google Play's revenue share on the Play Store is also

14   higher than what Epic charges on the Epic Game Store; right?

15   **A.**    Yes.

16   **Q.**    But when a developer lists their product on the Google

17   Play Store, they also get access to a much larger audience than

18   the audience available through the Epic Game Store; correct?

19   **A.**    Yes.

20   **Q.**    And Google Play has millions of apps; right?  Many more

21   than are available on the Epic Game Store?

22   **A.**    I don't know.  I know you have millions of apps and I know

23   we have 3,000, so I guess the answer is yes.

24   **Q.**    And you would agree, right, sir, that it is not fair to

25   characterize charges on Google Play as just for payment

1    processing?  Right?

2    **A.**   I feel you're twisting a bunch of things into something

3    that they aren't.

4            **MR. MACH:**  Your Honor, if I may, page 262 of the first

5    transcript we handed you.

6            **THE COURT:**  Okay.  Line number?  Which line?

7            **MR. MACH:**  Starting on line 14, Your Honor.

8            **THE COURT:**  Okay.

9    **BY MR. MACH:**

10   **Q.**   Mr. Allison, are you on page 262 of the sworn testimony

11   that you gave in January of 2022, sir?

12   **A.**   I'm on the page.

13   **Q.**   And you were asked starting on line 7 (as read):

14         **"QUESTION:**  One difference between a simple payment

15         processer and a platform that can offer more value is the

16         fact that that platform might be able to reach a large

17         number of users; right?"

18         And you answered "Yes."

19         Do you see that, sir?

20   **A.**   Yeah, sure.  Yes.

21   **Q.**   And then you were asked (as read):

22         **"QUESTION:**  Given that, it's not fair to characterize

23         Google's charges on Google Play as just payment processing

24         either, is it, sir?"

25         Do you see that?

**ALLISON - CROSS / MACH**

1  **A.**   I see the question.

2  **Q.**   And your answer under oath was "No."  Do you see that?

3  **A.**   I see the answer "No," yes.

4  **Q.**   You actually said (as read):

5  **"ANSWER:**  No.  I've never thought of it that way myself."

6  Right, sir?

7  **A.**   I see the answer.  I'm trying to read the whole thing for

8  full context to where this conversation is going.

9  Can you ask your question again?

10  **Q.**   Yes, sir.

11  When you were deposed in January of 2020, you were asked

12  (as read):

13  **"QUESTION:**  It's not fair to characterize Google's charges

14  on Google Play as just payment processing either, is it,

15  sir?"

16  And your answer was (as read):

17  **"ANSWER:**  I said, no, I've never thought of it that way

18  myself."

19  Correct?

20  **A.**   Yeah.  I don't think of it as just payment processing.

21  There's a number of other marginal costs that we have when we

22  take our rev share.

23  **Q.**   But we're talking --

24  **A.**   That's how I think of it.

25  **Q.**   We're talking here about Google Play, sir, not your store;

1  right?

2  **A.**   Well, we all have similar marginal cost structure.

3  **Q.**   Right.  When a customer purchases -- when a developer uses

4  Google Play, they engage with a whole bunch of services

5  provided by Google Play that have a cost for Google besides

6  payment processing is what you're saying; right, sir?

7  **A.**   That are unique to Google or just other things that are

8  required to complete a transaction?

9  **Q.**   All sorts of other things; right, sir?

10  **A.**   There are other things to complete a transaction besides

11  processing a payment, yes.

12  **Q.**   And that's part of what the developer gets when they pay

13  for payment processing with Google; right, sir?

14  **A.**   That's what they get when they process a payment with

15  anyone on a storefront.

16  **Q.**   Including Google Play?

17  **A.**   Yes.

18  **Q.**   Now, you talked about the fact that Epic would like to

19  compete on Android with its own Play Store.  Do you remember

20  that, sir?

21  **A.**   Yes.

22  **Q.**   Now, Epic has an Android app right now; right?

23  **A.**   Yes.

24  **Q.**   And Android users can download it by going to

25  epicgames.com; correct, sir?

**ALLISON - CROSS / MACH**

1   **A.**   Yes.

2   **Q.**   But you don't consider the Google Play Store a competitor

3   with the Epic Game Store now, do you, sir?

4   **A.**   We're not on Android with the Epic Game Store so, no.

5   **Q.**   Now, when you were brought on to build up the Game Store

6   at Epic, the key business goal was to disrupt the revenue

7   shares on PC, not on mobile; right?

8   **A.**   It was starting on PC, and we did talk about Android

9   often.

10  **Q.**   Sir, it wasn't a goal of the Epic Game Store to reduce

11  commissions on any platform other than PC, was it, sir?

12  **A.**   It was never my -- my goal as the leader of the Epic Game

13  Store was to create an environment where developers could

14  maximize the success from their games with a great rev share.

15  **Q.**   Right, sir.

16        And it was not a goal of the Epic Game Store to put

17  pressure on other platforms to reduce their respective

18  commissions except on PC; right?

19  **A.**   We launched on PC first.  I'm not putting pressure on

20  anyone with the Epic Game Store.  If you react, you react.

21  **Q.**   Right.  Your intention is not to put pressure on pricing

22  on other platforms; right?  That's not what you're trying to

23  do?

24  **A.**   We're trying to disrupt the norms for sales of the games

25  digitally by offering an alternative to the 70/30.

1   **Q.**   Now, if Epic -- if the Epic Game Store was successful in

2   driving down commissions on mobile, that would help Epic

3   financially; right?

4   **A.**   We're already not on Google Play.  So I don't think it

5   changes much for Epic.

6   **Q.**   Well, if Epic had the opportunity to distribute on

7   Google Play with a lower commission, then that would benefit

8   Epic financially; right?

9   **A.**   If we were on Google Play.

10   **Q.**   Because Epic itself would then pay lower commissions when

11   it sold its games; right?

12   **A.**   Our in-app purchases, yes.

13   **Q.**   Now, you testified earlier today that you didn't think it

14   was possible to distribute the Epic -- an Epic Game Store for

15   mobile because sideloading was too difficult; right?

16   **A.**   Not difficult.  Fraught with consumer friction.

17   **Q.**   Let me ask that a little differently.

18      The consumer friction issue goes to whether or not you can

19   successfully distribute your Game Store on mobile by a

20   sideloading; right, sir?

21   **A.**   No.

22   **Q.**   Well, you don't have an understanding of how successfully

23   an app can be distributed on the Android ecosystem by a

24   sideloading, do you?

25   **A.**   I know our numbers on Fortnite are disappointing.

ALLISON - CROSS / MACH

1          MR. MACH:  Your Honor, if I may, 173 in the first

2     transcript.

3          THE COURT:  Line number, please.

4          MR. MACH:  Line 12, Your Honor.

5          THE WITNESS:  Which page?

6          MR. MACH:  173, sir.

7          THE COURT:  Okay.

8     BY MR. MACH:

9     Q.   So, sir, just to reorient, sideloading is one way that an

10    app can be distributed to Android users without the use of

11    Google Play; right?

12    A.   Yes.

13    Q.   But you do not have an understanding of how successfully

14    an app can be distributed on the Android ecosystem via

15    sideloading, do you, sir?

16    A.   Because I've never seen one successfully distributed, yes,

17    so I do not understand how to be successful in it.

18    Q.   Sir, are you with me on page 173 of the deposition

19    transcript?

20    A.   I am.

21    Q.   Do you see on line 12 you were asked the question (as

22    read):

23         "QUESTION:  And do you have an understanding of how

24         successfully an app can be distributed on the Android

25         ecosystem via sideloading?"

ALLISON - CROSS / MACH

1          That was a question you were asked; right, sir?

2     A.   Yes.

3     Q.   And your answer was (as read):

4          "ANSWER:  Not my area so, no."

5          Right, sir?

6     A.   That's the answer I gave, yes.

7     Q.   That's the testimony you gave under oath at that time;

8     right?

9     A.   That is.

10    Q.   And by that time, Epic had already attempted to launch

11    Fortnite on Android without Google Play; right?

12    A.   Yes.

13    Q.   Now, some developers publish games on the Epic Game Store

14    and Steam at the same time; correct?

15    A.   Yes, many.

16    Q.   You're familiar with the term "SIM shipping" for that;

17    right, sir?

18    A.   Yes.

19    Q.   And we talked about the fact that Steam charges more than

20    you; right, sir?

21    A.   In rev share?

22    Q.   Mm-hmm, yes.

23    A.   Yes.

24    Q.   But when the games are actually sold to consumers, the

25    vast majority of those games are sold for the same price on the

1    Epic Game Store as they are on Steam; correct?

2    A.    Correct.

3    Q.    Now, if I -- as a consumer, I want to play Fortnite, I

4    have lots of different ways to do it; right?

5    A.    By platform choice, yes.

6    Q.    I could do it on a PC; right?

7    A.    Yes.

8    Q.    Or a Mac; right?

9    A.    Yes.

10   Q.    I could do it on a Nintendo; right?

11   A.    Yes.

12   Q.    Or a PlayStation; correct?

13   A.    Yes.

14   Q.    I could do it on an Xbox; right?

15   A.    Yes.

16   Q.    I could do it using a streaming service like Nvidia

17   GeForce Now; right, sir?

18   A.    Yes.

19   Q.    And I could do it on an Android device by downloading the

20   game from www.epicgames.com; right?

21   A.    Yes.

22   Q.    Now, over your career you've seen lots of disruptive

23   changes in how games are distributed; right?

24   A.    Yes.

25   Q.    And you know we're sort of entering a potential new phase

ALLISON - CROSS / MACH

1   of rapid transformation in how that happens; right, sir?

2   **A.**   We have in some areas, yes.

3   **Q.**   Well, streaming, for example, that's a new emerging space;

4   right?

5   **A.**   It's not anymore.  It's been a pretty disappointing space

6   overall.  I don't know what you're referring to in answer from

7   what time period.

8   **Q.**   Well --

9   **A.**   We've seen lots of disappointment in streaming including

10  with Stadia.

11  **Q.**   I didn't mean to speak over you, sir.  I apologize.

12       A lot of companies are trying to figure out streaming now;

13  right, sir?

14  **A.**   Some companies are trying to figure out.  Many have left.

15  **Q.**   Now, you don't just work for Epic, but you're also a

16  player of Fortnite; right?

17  **A.**   I am a very light player of Fortnite.

18  **Q.**   Well, in the past you've played Fortnite on mobile

19  devices; right?

20  **A.**   I have.

21  **Q.**   You also owned both Android devices and IOS devices;

22  right, sir?

23  **A.**   Yes.

24  **Q.**   And you've actually seen debates in your own household

25  about the benefits of the iPhone versus Android; right?

1    **A.**   I have.

2    **Q.**   Now, you don't play Fortnite on mobile anymore; right?

3    **A.**   No.

4    **Q.**   You still -- you do still play it, though; right, sir?

5    **A.**   Rarely.

6    **Q.**   You play it on a console and a PC; right?

7    **A.**   That's correct.

8    **Q.**   Any inability to play Fortnite on mobile didn't impact

9    your ability to play Fortnite; right, sir?

10   **A.**   Well, I can't play it on the road anymore.  It impacts my

11   ability to play Fortnite.

12          **MR. MACH:**  Sir, Your Honor, if I may, one last time

13   let's go to page 286 of his deposition transcript.

14          **THE COURT:**  286.  Okay.  Line number?

15          **MR. MACH:**  11, Your Honor.

16          **THE WITNESS:**  286.

17          **THE COURT:**  That's fine.

18   **BY MR. MACH:**

19   **Q.**   Do you have page 286 in front of you, sir?

20   **A.**   I do.

21   **Q.**   And on page 286 when you were under oath in January of

22   2022, you were asked (as read):

23          **"QUESTION:**  The loss of the ability to play it on mobile

24          didn't impact your ability to play Fortnite then; right?"

25          Do you see that, sir?

1  **A.**   I said -- my answer was "Not mine" because I wasn't

2  playing it on mobile at the time.

3  **Q.**   Sir, your answer was "Not mine," period; correct?

4  **A.**   Correct.

5  **Q.**   You didn't give the rest of the answer that you just gave

6  today when you testified --

7  **A.**   I apologize.

8  **Q.**   -- in 2022; right, sir?

9  **A.**   I apologize.

10 **Q.**   Okay.  Just so we're clear, that was the question that you

11 were asked and the answer that you gave was "Not mine";

12 correct?

13 **A.**   Yes.

14      **MR. MACH:**  Thank you, sir.  No further questions at

15 this time.

16      **THE COURT:**  Okay.  Is there any brief redirect?

17      **MR. EVEN:**  Yes, please, Your Honor.  I'll try and be

18 brief.

19                **REDIRECT EXAMINATION**

20 BY MR. EVEN:

21 **Q.**   Mr. Allison, you were asked about some FAQs on the

22 Epic Game Store.  Do you remember that?

23 **A.**   Yes.

24 **Q.**   And those were FAQs about where to download Epic's own

25 launcher; correct?

**ALLISON - REDIRECT / EVEN**

1   **A.**   Yes.

2   **Q.**   Do you have anything about in your FAQs or anywhere

3   suggesting to people that it's unsafe to download other

4   people's software from certain sources?

5   **A.**   No.

6   **Q.**   You had a discussion about publishing, and you said it's a

7   bad comparison.  Why is publishing a poor comparison to

8   distribution?

9   **A.**   Distribution is the end result of a funded project coming

10  to market and a choice to where you sell your game.

11      Publishing is when a company like our publishing team will

12  fully fund a project that is an idea in someone's head.  So

13  it's access to capital for funding a project that in a case in

14  some of our games can be as high as $50 million.

15      Money for funding projects is really hard to come by these

16  days.  It's either from VCs or from a very small select group

17  of publishers like Electronic Arts or Activision, people like

18  that.

19      The terms of those funded projects are not the same kind

20  of terms that you get when you have a fully completed project

21  coming to a store for distribution.  Every business

22  relationship has rev share, but rev share and distribution is

23  not an apples to apples with a funded piece of entertainment.

24  **Q.**   Thank you.

25      You were also talking about comparisons between payment

1    platforms and what Google charges.  So I'd like for a second to

2    talk about what Epic charges, the 12 percent.

3         You said in your case that Epic has severed any kind of

4    relationship between whether a developer distributes on

5    Epic Game Store and whether the developer then has to take Epic

6    Direct Pay for in-app purchases; correct?

7    **A.**   We allow it.  We have a policy that allows you to make a

8    choice.

9    **Q.**   And once you can make a choice, if the developer considers

10   whether or not to use Epic Direct Pay for in-app purchases,

11   what alternatives does that developer consider?

12   **A.**   There's a few.  So there's -- there's -- Epic Direct Pay

13   is available and pretty -- you know, it's there, it's easy for

14   people to set up.

15        If you decide to go for an alternative, you have to

16   consider how you run your business.  A developer that wants to

17   process its own payments needs to bring on an expanded finance

18   team, fraud monitoring.  They need to select a vendor.  Those

19   vendors have costs.  They will generally be cheaper.  That

20   payment process tends to run between 4 and 6 percent.  But they

21   have a lot of other considerations to make.

22        Many developers don't want to run their business with

23   those kinds of things to think about in their day-to-day.

24   **Q.**   Understood.

25        So would PayPal, for instance, be an alternative to Epic

ALLISON - REDIRECT / EVEN

1  Direct Pay?

2  **A.**   I don't know that they offer it for in-app purchase,

3  but -- that, I don't know.  I know they are an option like a

4  credit card.  I don't know that they offer payment processing.

5  **Q.**   Do you know some names of companies that are offering

6  in-app purchase platforms?

7  **A.**   Yeah.  The big players in our space are a company called

8  Xsolla.  There's a company called Ayden.  There's a company

9  called Digital River that we used at Telltale for our store.

10  There's quite a few.  There's probably more than 10 or 12 that

11  are competing with each other there.

12  **Q.**   And when you say your space, you mean in the PC games?

13  **A.**   Just in gaming in general, but largely their customers are

14  on a PC.

15  **Q.**   Okay.  Are those alternatives payment platforms or

16  distribution platforms?

17  **A.**   Just payment.

18  **Q.**   And in the same vein, if the same -- if Epic were to raise

19  its price from 12 percent to 20 percent on Epic Direct Pay for

20  in-app purchases, how would that affect the choice made by

21  developers whether to take Epic Direct Pay or another option?

22         **MR. MACH:**  Objection, Your Honor.  Calls for

23  speculation.

24         **THE COURT:**  Well, in your experience, how would that

25  affect a developer?

ALLISON - REDIRECT / EVEN

1          THE WITNESS:  I think they would have something new to

2    consider.  They would have increased costs.  So if you didn't

3    want to consider how you would staff up and manage that, you

4    would make that trade-off; like is it worth it.

5          It may end up in less people taking us up on -- or

6    going -- it may drive more people to take an alternative

7    payment solution, but there are all these other considerations

8    to make in terms of how you build your company and how you run

9    it.

10   BY MR. EVEN:

11   Q.   Understood.

12        You said that you're on PC and, therefore, you do not

13   compete with the Google Play Store currently; right?

14   A.   Not directly, no.

15   Q.   And if Epic Games store were to launch on Android, would

16   it then become a competitor of Google Play?

17          MR. MACH:  Your Honor, it's leading.

18          THE COURT:  Oh, that's overruled.

19        I do want to our -- how much longer do you have?  I want

20   to take our afternoon break.

21          MR. EVEN:  This is my last question.

22          THE COURT:  Okay.  Good.

23        Go ahead.  Overruled.  Go ahead.  Take it from the top so

24   we know what you're talking about.

25   \\\

1   **BY MR. EVEN:**

2   **Q.**   My question was simply if Epic Games Store were to launch

3   on Android, would you then think it would compete against

4   Google Play?

5   **A.**   In the same way we compete against Steam, I think we'd be

6   competing in some form with the Google Play Store.

7            **MR. EVEN:**  Thank you, Mr. Allison.

8            **THE COURT:**  Okay.  Any questions for the witness?

9                        (No response.)

10           **THE COURT:**  Okay.  Careful on your way down.

11                       (Witness excused.)

12           **THE COURT:**  We'll take our 15-minute break and see you

13   back at 2:30.  And remember we're going to wrap up at

14   3:30 today.

15           **THE CLERK:**  All rise.

16                     (Recess taken at 2:13 p.m.)

17                  (Proceedings resumed at 2:32 p.m.)

18      (Proceedings were heard in the presence of the jury:)

19           **THE CLERK:**  We're back on the record in Civil 20-5671,

20   Epic Games, Inc. vs. Google LLC, and Multidistrict Litigation

21   21-2981, In re Google Antitrust Store Litigation.

22           **THE COURT:**  Okay.  Who's next?

23           **MR. BORNSTEIN:**  Your Honor, Epic calls Ben Simon to

24   the stand.

25           **THE COURT:**  All right.

SIMON - DIRECT / BORNSTEIN

```
 1              THE CLERK:  If you'll please stand and raise your
 2    right hand.
 3                          BENJAMIN SIMON,
 4    called as a witness for the Plaintiff, having been duly sworn,
 5    testified as follows:
 6              THE WITNESS:  I do.
 7              THE CLERK:  Thank you.
 8         Please state your full name for the Court and spell your
 9    last name.
10              THE WITNESS:  Benjamin Simon.  My last name is spelled
11    S-I-M-O-N.
12              THE CLERK:  Thank you.
13                        DIRECT EXAMINATION
14    BY MR. BORNSTEIN:
15    Q.   Mr. Simon, good afternoon.
16    A.   Good afternoon.
17    Q.   Will you please tell the jury where it is you work?
18    A.   The official company is Yoga BootyCo.
19    Q.   And is there another name that it usually goes by?
20    A.   Usually publicly we use the name Down Dog.
21    Q.   And what kind of company is Down Dog?
22    A.   We make a suite of consumer mobile and web apps for
23    at-home fitness.
24    Q.   Where does the name Down Dog come from?
25    A.   Down Dog is an important yoga pose.  We also wanted to
```

1  make my dog the logo for the app, so that sort of made sense.

2  **Q.**   And what's your job at Down Dog?

3  **A.**   I'm one of the two founders and the CEO and president.

4  **Q.**   When did you found the company?

5  **A.**   Early 2015.

6  **Q.**   And what did you do before you founded Down Dog?

7  **A.**   I was a software engineer at Google.

8  **Q.**   Why did you leave Google?

9  **A.**   Me and my cofounder came up with the idea for Down Dog and

10 wanted to pursue it.

11 **Q.**   Did you leave on good terms?

12 **A.**   Absolutely.  In fact, my backup plan if Down Dog didn't

13 work was always to return to Google.

14 **Q.**   What kind of products does Down Dog have?

15 **A.**   We have six apps.  Our first and most poplar app is our

16 yoga app, but we also have high-intensity interval training;

17 meditation; a running app; bar, which is a ballet-inspired

18 workout; and I'm forgetting -- oh, a prenatal yoga app.

19 **Q.**   And approximately how many people every day do fitness

20 practice sessions on one of your apps?

21 **A.**   It's roughly 100,000 people a day.

22 **Q.**   And on what platforms can your users actually access those

23 classes?

24 **A.**   We're available as native apps on both Android and IOS,

25 and then we also have a fully functioning web app that you can

**SIMON - DIRECT / BORNSTEIN**

1    access within browsers, such as Chrome or Safari, on any

2    operating system like Mac OS, Windows, or Linux.

3    **Q.**   How does Down Dog make money?

4    **A.**   We have a subscription model.  So when a user downloads or

5    visits our website, if they create an account, all they have to

6    do is give us their e-mail address and they get two weeks free

7    to try out the app.  And then if they want to continue using

8    it, they have to subscribe to either a monthly or an annual

9    subscription plan, which gives them access to all of the

10   content in all of the apps on all of the platforms.

11   **Q.**   On which platforms can a user sign up to one of these --

12   sign up to one of these subscriptions?  Excuse me.

13   **A.**   On any of the three:  Android, IOS, or the web.

14   **Q.**   And how much does Down Dog charge for subscriptions?

15   **A.**   Our typical standard pricing is -- in the app the pricing

16   is $9.99 per month or $59.99 per year; or if they purchase on

17   our website, the typical prices is 7.99 per month or 39.99 per

18   year.

19           **MR. BORNSTEIN:**  So I'm going do ask Ms. McGuire to put

20   up on the screen a demonstrative to show what you just said in

21   graphic form.  Can we do that?

22           **TECH PERSONNEL:**  Ms. Clark, would you mind switching

23   over to our side, please?  Thank you.

24           **MR. BORNSTEIN:**  Great.

25   \\\

1    BY MR. BORNSTEIN:

2    Q.    So, Mr. Simon, does this picture on the screen here

3    accurately depict Down Dog pricing as you just described it?

4    A.    Yes, it does.

5    Q.    And is that your dog, by the way, in the middle there?

6    A.    That is.

7    Q.    Can you explain, how long have you had this pricing

8    structure?

9    A.    I believe this is the pricing we've had in place for

10   roughly four years.

11   Q.    So why is it that Down Dog charges its users more when

12   they subscribe on Google Play versus when they subscribe on a

13   website?

14   A.    Primarily that's to reflect the increased fees that we pay

15   when processing through Google Play, and so it's supposed to

16   reflect really the revenue that comes to us in the end.

17   Q.    Let me just dig into the math on that just a little bit.

18         So when people sign up on the website, what choices do

19   they have to make a payment?

20   A.    They can either pay with PayPal or they can enter credit

21   card information directly, in which case we process it with

22   Stripe.

23   Q.    Okay.  And if they use PayPal, how do you process that

24   transaction?

25   A.    So the way that works is they would log into their PayPal

1  account to authorize the payment, and then PayPal essentially

2  sends us a message telling us that they've done so, so that we

3  can credit them.

4  **Q.**   And when your users sign up on the web using PayPal or

5  their credit card, approximately how much does Down Dog pay to

6  process those transactions?

7  **A.**   It varies because it's structured, I believe, as like

8  30 cents plus a tiny percentage; but all in all, it ends up

9  being roughly 3 percent.

10  **Q.**   And then for your Android app distributed through

11  Google Play, do you also offer PayPal and credit card processes

12  through Stripe?

13  **A.**   No.  Google does not allow us to have those options within

14  the Android app.

15  **Q.**   So what are you permitted to have on Android?

16  **A.**   Only Google Play's billing.

17  **Q.**   And what fee are you charged for Google Play Billing in

18  your Android app?

19  **A.**   So I believe now we're charged 15 percent because it's a

20  subscription; but at the time that we set this pricing, that

21  was 30 percent.

22  **Q.**   And given the discrepancy in price that you just

23  described, why does Down Dog use the Google Play Billing

24  product?

25  **A.**   Google requires us to as the only payment solution we're

**SIMON - DIRECT / BORNSTEIN**

1  allowed to use within the Android app.

2  **Q.**  You mentioned a reduction in price at one point from

3  30 percent to 15 percent.  Do you recall the date when that

4  happened?

5  **A.**  I believe they announced that change in the fall of 2021,

6  and it actually went into effect in January of 2022.

7  **Q.**  January 2022 you said?

8  **A.**  I think that's correct.

9  **Q.**  And at that point in time, did Down Dog change the fee

10  structure that we see here?

11  **A.**  We did not.

12  **Q.**  Can you explain why not?

13  **A.**  There's a number of reasons.  There's always sort of a

14  tension between what would be the ideal pricing and then

15  keeping things reasonably simple for our users.

16  So we don't want to change the prices too often.  We'd

17  also like to avoid having a third price point between IOS and

18  Android.

19  And there's also been a lot of changes in the past few

20  years perhaps as a result of this litigation.  So we're not

21  confident this is sort of the final price point, and so we

22  don't want to keep changing that price on our users over and

23  over again.

24  **Q.**  Does Down Dog ever offer discounts or sales on

25  subscriptions?

1   **A.**   We do.  Typically it's been two to four times a year we'll

2   do a big sale.  The biggest is around New Year's when people

3   get excited about fitness.

4   **Q.**   What do you mean by "big sale"?  Like, how much do you

5   offer the subscriptions for?

6   **A.**   Typically the price during the sales is $19.99 per year.

7   **Q.**   And do you offer that sale price on both the website and

8   on the Android app downloaded through Google Play?

9   **A.**   No.  Typically the sale prices are only offered on our

10  website.

11  **Q.**   Why is that?

12  **A.**   At the time of a sale we're sort of trying to set the

13  price as cheap as we possibly can and communicate a single

14  price.  So we actually don't even do a monthly discount for the

15  sales.  We just do the single 19.99 per year price point.  And,

16  again, we're trying to set that as low as we can so we can't

17  afford to also hand over a significant percentage to Google or

18  Apple.

19  **Q.**   So if a user signs up on the website, lower price there on

20  the right for 7.99, what platforms do they get to use to

21  actually take the yoga classes and other things you offer?

22  **A.**   They can use any of the platforms.  Just log in with the

23  same e-mail address that they use to purchase, but they can use

24  that on Android, IOS, or on the web.

25  **Q.**   And what about somebody who signs up on the Android app?

1  Where can they take yoga classes and the like for the amount

2  that they pay?

3  **A.**  Same thing, within the Android app, within the IOS app, or

4  on the web.

5  **Q.**  So is there a difference between the content that someone

6  gets, like different classes or something, the lower price

7  versus the higher price?

8  **A.**  No.

9  **Q.**  So why does anybody ever sign up for the higher price on

10  Android?

11  **A.**  We're now no longer even allowed to communicate the option

12  of the website price within the Android app.  So presumably

13  many of the Android users don't even know that the website

14  discount is available.

15  **Q.**  What do you mean you're not able to communicate the lower

16  price within the Android app?

17  **A.**  I believe in the fall of 2020 Google clarified their

18  payments policy and said that in addition to having the in-app

19  billing -- the Google Play in-app billing option, we were

20  prohibited from directing or mentioning any other payment

21  options to our users from within the Android app.  We are still

22  able to e-mail them, which is presumably how the users who do

23  subscribe on the website but download the Android app find out.

24  **Q.**  So before this new thing in the Google's payment policy,

25  did Down Dog actually tell its users in the Android app that

1  they were able to go to the web and sign up there?

2  **A.**   Yes.   Until fairly recently on the purchase page they

3  would see this in-app pricing and then there would also be a

4  big button that said they could get 33 percent off if they

5  purchased on our website, and clicking that button would take

6  them to the purchase page on our website.

7  **Q.**   You should have a binder in front of you there with some

8  documents in it.  Can you turn to the document that's labeled

9  Exhibit 8028?

10  **A.**   Okay.

11  **Q.**   Can you describe what that document is, please?

12  **A.**   Yeah.  This is the purchase page inside our Android app

13  before we were forced to remove the link to our website.

14      **MR. BORNSTEIN:**  Your Honor, I'd move Exhibit 8028 into

15  evidence.

16      **MR. KRAVIS:**  No objection.

17      **THE COURT:**  It's admitted.

18      (Trial Exhibit 8028 received in evidence.)

19      **MR. BORNSTEIN:**  Great.  Can we publish that, please?

20  Thank you.

21  **Q.**   All right.  You were describing what we see here.  Now

22  that the jury can see it again, can you just explain one more

23  time what we're looking at, please?

24  **A.**   Yeah.  So this is the purchase page within the Android app

25  where we're showing the yearly and monthly options if they

1   choose to use Google Play in-app billing, which is the large

2   blue button you can see that says "Pay with Google."  And then

3   if they were to click the white button below that says

4   "33 percent off pay on our website," that would open the

5   browser on their phone and they would see the website pricing

6   where they'd have the option for PayPal or credit card.

7   **Q.**   So during the time that your Android app looked like this

8   where that link was available to go to the website, how many of

9   your users actually clicked the 33 percent off pay-on-the-

10  website button versus pay with Google?

11  **A.**   So when we had both of the options clearly listed in the

12  app, only 10 percent of Android users chose to use Google Play

13  in-app billing.

14  **Q.**   And so 90 percent went for the cheaper choice on the

15  website?

16  **A.**   That's correct.

17  **Q.**   Now, you referenced that at some point there was a change

18  in Google's policy that required you to remove that link;

19  correct?

20  **A.**   That's correct.

21  **Q.**   Did Google give a reason to you for why you had to take

22  that link down?

23  **A.**   I'm not totally sure.  At the time I feel like they

24  clarified the policy trying -- sort of saying this was always

25  the policy; but it hadn't been clear to us, or apparently

1   others, that this was actually the policy and they had never

2   taken any enforcement against us before that.

3   **Q.**   Did you complain about this to Google?

4   **A.**   We did.  We had an investor at the time who knew the VP of

5   Google Play, and so we asked him to reach out to her and find

6   out if this was really the plan.

7   **Q.**   And why did you complain?

8   **A.**   I was honestly very surprised that Google was going to go

9   down this path.  Their supposed mission is to organize the

10  world's information and make it universally accessible and

11  useful.  And as far as I could tell, this was the first and

12  only instance across any of their products where they were

13  prohibiting the spread of information that was clearly true and

14  relevant and not inappropriate or illegal in any way.  So that

15  was shocking to me as a former Google employee who started my

16  career there.

17      And so I thought there was a real chance that not everyone

18  at Google really knew this is what was going on and that maybe

19  this was like a small app review team that was making a

20  mistake.

21  **Q.**   Did you have any information about how this might affect

22  your users and your subscribers going forward?

23  **A.**   When they announced this policy change, we decided to run

24  an experiment to find out sort of exactly what was the impact

25  going to be when we removed this link.

1  **Q.**   Would you explain what kind of experiment you're talking

2  about?

3  **A.**   Yeah.  So typically in the industry this is called an AB

4  test where new users when they came to the app were randomly

5  assigned to one of two treatment groups.  So in this case

6  90 percent of users saw this normal -- what was the normal

7  treatment at the time, which was to see the website purchase

8  link, and then a random 10 percent of users during that time

9  were not shown the website purchasing link so that we could

10  compare the behavior of the two sets of users.

11  **Q.**   What were the results of the experiments?

12  **A.**   So we saw that, as I said already, when they see the link,

13  90 percent of Android users choose to purchase on the website.

14  So that's what happened with the control group.  And then in

15  the testing group we saw that that dropped to just a little

16  over 50 percent subscribed on our website.  But, more

17  importantly, we saw that there was a 28 percent reduction in

18  the number of users who subscribed at all.

19  **Q.**   And to what do you attribute that?

20         **MR. KRAVIS:**  Objection.  Calls for speculation.

21         **THE COURT:**  Overruled.

22     Go ahead.

23         **THE WITNESS:**  Presumably --

24         **THE COURT:**  I'm sorry.  28 percent reduction in what?

25         **THE WITNESS:**  So in the number of users who

1   subscribed.  So for every download -- or sorry.  For every

2   person who created an account, if they weren't shown this page,

3   there were 28 percent fewer actually chose to pay us.

4          **THE COURT:**  I'm sorry.  Go ahead.

5   **BY MR. BORNSTEIN:**

6   **Q.**   So the question had been:  To what do you attribute the

7   28 percent reduction that you just described to the Court?

8   **A.**   Presumably some users were to only be willing to subscribe

9   on the website I would guess because of the lower price,

10  although it could also be that some users don't want to use

11  Google in-app play billing.

12  **Q.**   So when Google enforced this policy against Down Dog, what

13  did you have to do to comply?

14  **A.**   At first all we had to do was remove the 33 percent off

15  button that we're looking at.

16  **Q.**   And was there anything else that you subsequently had to

17  do to comply?

18  **A.**   Yes.  They later made us remove some links that were on

19  the FAQ page of our website because from within the Android

20  app, we have a link to get to the FAQ page, which opens in the

21  user's browser; and then from the FAQ page, there were links to

22  our -- the purchase page on our website.  And so they

23  eventually made us remove some of those links as well.

24  **Q.**   So you changed the app and then you also had to change

25  your website itself on the computer?

**SIMON - DIRECT / BORNSTEIN**

1  **A.**   That's correct.

2  **Q.**   And what was the actual impact on Down Dog from these

3  changes?

4  **A.**   So it's sort of impossible to know for sure.  Like, our

5  subscription rate has gone down, but that could be for a number

6  of factors.  That's why we did the experiment.  To us that's

7  the best way to do that analysis.

8       What I can say is that since this change when we no longer

9  have the app, the link in our app, the proportion of Android

10  users who subscribe on the website has fallen to that same a

11  little over 50 percent from the original 90 percent.

12  **Q.**   What's your view on Google's restrictions against

13  informing users of the cheaper purchase option within the app?

14  **A.**   I think it's intentionally misleading users, and they're

15  sort of making us complicit in that misdirection.

16  **Q.**   So why did you agree to it?

17  **A.**   We feel like we have to be on Android to reach roughly

18  half of consumers.

19  **Q.**   Can you turn -- Mr. Simon, there's another document in

20  your binder.  It's Exhibit 8022.

21  **A.**   Okay.

22  **Q.**   Do you recognize what this document is that we're looking

23  at here?

24  **A.**   Yeah.  This is the developer program policy for, I

25  believe, to be listed in the Google Play Store.

1          **MR. BORNSTEIN:**  I would move Exhibit 8022 into

2     evidence, Your Honor.

3          **MR. KRAVIS:**  No objection.

4          **THE COURT:**  8022 is admitted.

5          (Trial Exhibit 8022 received in evidence.)

6     **BY MR. BORNSTEIN:**

7     **Q.**   All right.  So is this the policy that Down Dog needs to

8     comply with in order to be on the Google Play Store?

9     **A.**   I believe that's correct.

10    **Q.**   All right.  Let me ask you to turn, Mr. Simon, to the page

11    that ends with numbers 039.

12    **A.**   Okay.

13    **Q.**   If you look on this page about half way down, there's --

14    actually a little further down -- Item Number 4.

15    **A.**   Okay.

16    **Q.**   It says (as read):

17              "Other than the conditions described in Section 3 and

18         Section 8, apps may not lead users to a payment method

19         other than the Google Play's billing system."

20         Do you see that there?

21    **A.**   I do.

22    **Q.**   And is -- to your understanding, is this the policy of

23    Google's that required you to take down that link and make

24    those changes to your website?

25    **A.**   Yes, it is, although I don't really think this policy by

**SIMON - DIRECT / BORNSTEIN**

1  itself should have necessitated having to change our website.

2  **Q.**   But it did?

3  **A.**   Yes.

4  **Q.**   I want to switch to a different subject, Mr. Simon.

5       You said earlier that people who sign up on your website

6  can use their credit card; correct?

7  **A.**   That's correct.

8  **Q.**   Does your users' credit card information ever reach

9  Down Dog itself?

10  **A.**   No.  So the way that Stripe, our payment processer, works

11  is they collect the credit card number.  It goes directly from

12  the user's browser to Stripe's servers.  We never see the

13  number at all.  And then Stripe sends us a message basically

14  telling us this user has paid this amount so that we can credit

15  their account.

16  **Q.**   Do you like that arrangement?

17  **A.**   Definitely.

18  **Q.**   How come?

19  **A.**   It takes away a bunch of risks on our side of accidentally

20  misusing credit cards or an employee making a mistake.  There's

21  also legal requirements, I believe, once you're storing

22  information such as credit cards, and so basically Stripe takes

23  care of all of that for us.

24  **Q.**   Have you ever had any kind of security issue arise from

25  users who subscribed on the web rather than Android?

1    **A.**    No.

2    **Q.**    And in your view, taking everything into account from your

3    perspective, which service provides a better payment solution

4    for Down Dog?  Stripe or Google Play Billing?

5    **A.**    Stripe.

6    **Q.**    And what about PayPal or Google Play Billing?

7    **A.**    PayPal.

8    **Q.**    And so if you had the ability at Down Dog to use PayPal or

9    Stripe on your Android app, would you do so?

10   **A.**    Yes.

11   **Q.**    Have you at Down Dog ever considered just abandoning the

12   Google Play Store?

13   **A.**    Not seriously, no.

14   **Q.**    Why not?

15   **A.**    You know, every -- roughly -- almost every consumer has an

16   Android phone or an IOS phone.  Almost no one has both.  There

17   is -- there does seem to be a small number of consumers who

18   have an Android phone and an iPad.  But to reach -- to reach

19   all of our consumers, we feel like we have to reach Android

20   users and, for better or for worse, they seem to be trained to

21   look in the Google Play Store as the place where they get and

22   download apps.

23   **Q.**    Did you ever distribute the Down Dog apps on Android in

24   some other store?

25   **A.**    Yes.  Very early on we also listed ourselves in the Amazon

SIMON - DIRECT / BORNSTEIN

1  Android app store.

2  **Q.**  And do you still list them there or no?

3  **A.**  No.  We haven't for several years.

4  **Q.**  Why did you stop listing your apps in the Amazon app store

5  on Android?

6  **A.**  It got essentially no downloads, and we would forget to

7  even post the latest update there so we eventually decided it

8  just wasn't worth it.

9  **Q.**  Can Android users go directly to the Down Dog website and

10  download your app onto their Android devices?

11  **A.**  They cannot.

12  **Q.**  And why do you not offer your users that option?

13  **A.**  Technically that would be very easy for us to implement,

14  but it's not something that a user has ever asked for.  I

15  think -- again, I think, for better or worse, they've been

16  trained that the Play Store is where they should download and

17  install apps from.

18  **Q.**  Are there any obstacles that you're aware of that users

19  face when they try to download an app from a website on

20  Android?

21  **A.**  Yeah.  I'm not sure about the latest behavior, but I

22  believe there's always been a series of dialogues to approve

23  installing an untrusted piece of software.

24  **Q.**  Are you familiar with something called a web app?

25  **A.**  Sure.

1  Q.  Can you just at a very high, nontechnical level, I know

2  you're an engineer, but at a very high level, what is a web

3  app?

4  A.  Usually that just refers to a website that has a

5  sufficient level of functionality beyond just displaying a

6  static page.

7  Q.  And could Down Dog use web apps as a substitute for

8  distributing its app on the Google Play Store on Android?

9  A.  So we do have a fully functioning web app; however,

10  particularly on mobile devices there are some technical

11  restrictions, which early on actually prevented us from the

12  Down Dog app working at all on mobile devices.  But even today,

13  there are performance issues.  We also can't do push

14  notifications.

15      And another one that's kind of important to us is that we

16  have the ability for users to download practices so they can

17  use them when they're offline.  So, for example, if someone

18  wants to do yoga in the middle of the woods while they're

19  camping and there's no download or offline functionality that

20  we can implement as a web app.

21  Q.  Completely different subject, Mr. Simon.  Does Down Dog

22  have a Twitter account or maybe I should say an X account?

23  A.  We do.

24  Q.  Okay.  And do you post on that account yourself?

25  A.  I have.

**SIMON - DIRECT / BORNSTEIN**

1  **Q.**   Have you ever posted anything about Epic Games on your

2  account?

3  **A.**   Yes.   I believe when they started this litigation, we

4  retweeted something of theirs and said something along the

5  lines of "Go, Epic.   Tim Sweeney's our hero."

6  **Q.**   And Tim Sweeney is who?

7  **A.**   He's the CEO of Epic.

8  **Q.**   Why did you call him your hero?

9  **A.**   At the time this was especially an issue that it seemed

10  like anyone who wasn't a developer sort of didn't even know

11  about.   When we would talk to our users, they would be very

12  surprised to find out that Apple and Google both took these

13  large percentages and forbid us having other options.   So I was

14  very happy to see this be made more public, and it also seemed

15  like Epic was willing to spend a lot of money litigating this

16  on behalf of all developers and consumers.

17  **Q.**   Do you know Mr. Sweeney personally?

18  **A.**   I do not.

19  **Q.**   Have you ever spoken to Mr. Sweeney?

20  **A.**   I have not.

21  **Q.**   Have you been offered anything by Mr. Sweeney or Epic

22  generally to come to testify today?

23  **A.**   I have not.

24  **Q.**   So why are you here?

25  **A.**   I think these policies are bad for us and our users and me

1    personally as a consumer.  I honestly think they're bad for

2    Google in the long run, so I'm happy to do whatever I can to

3    help change them.

4            **MR. BORNSTEIN:**  I have no further questions.

5            **THE COURT:**  Okay.  Pass the witness.

6                        **CROSS-EXAMINATION**

7    BY MR. KRAVIS:

8    **Q.**  Mr. Simon, you testified on direct examination about the

9    service fee that the Google Play Store charges for purchases of

10   subscriptions inside your apps.  Remember that?

11   **A.**  I do.

12   **Q.**  Mr. Simon, as of about two months ago, you did not even

13   know the amount of the service fee that the Google Play Store

14   charges your company, did you?

15   **A.**  There have been many changes and there are lots of

16   numbers, so it is correct that at my deposition I forgot that

17   the subscription fee had been lowered from 30 to 15 percent

18   across the board.

19   **Q.**  In fact, at your deposition you told me four times that

20   Google charges you a service fee of 30 percent on your

21   subscriptions in the first year; correct?

22   **A.**  That sounds correct.

23   **Q.**  In fact, the Google Play Store charges you a service fee

24   of 15 percent, half that, every year of the subscription;

25   right?

**SIMON - CROSS / KRAVIS**

1    **A.**   Since they changed their policy a year ago, yes, that's

2    true.

3    **Q.**   And that is a lower service fee than the Apple App Store

4    charges you for the first year; right?

5    **A.**   For the first year, I believe that's correct.

6    **Q.**   So let's just flesh that out a little bit.

7          The Down Dog apps are -- you said there's six of them;

8    right?

9    **A.**   Correct.

10   **Q.**   And those apps are available in the Google Play Store;

11   right?

12   **A.**   Correct.

13   **Q.**   So an Android user can go to the Google Play Store and

14   download one of the six Down Dog apps; right?

15   **A.**   That's correct.

16   **Q.**   And then that Android user having downloaded the app can

17   open up the app and buy a subscription inside the app; right?

18   **A.**   That's correct.

19   **Q.**   And on that transaction you pay a service fee to the

20   Google Play Store; correct?

21   **A.**   That's correct.

22   **Q.**   Now, the Down Dog apps are also available in the Apple App

23   Store; correct?

24   **A.**   That is correct.

25   **Q.**   And that means that an iPhone user can go to the Apple

1  App Store and download one of those six Down Dog apps; right?

2  **A.**   Correct.

3  **Q.**   And then the iPhone user can open up the app that they

4  downloaded from the Apple App Store and they can purchase a

5  subscription inside that app; right?

6  **A.**   That is correct.

7  **Q.**   And just like the Google Play Store, the Apple App Store

8  charges a service fee on those purchases of subscriptions

9  inside the app; right?

10  **A.**   That is correct.

11  **Q.**   Apple collects a service fee of 30 percent on the

12  subscription in the first year; right?

13  **A.**   I believe that's correct.

14  **Q.**   And then after that, in subsequent years, it goes down to

15  15 percent; correct?

16  **A.**   I believe that is correct.

17  **Q.**   The Google Play Store collects a service fee of 15 percent

18  in every year; right?

19  **A.**   I believe that is correct.

20  **Q.**   And, by the way, even though the Google Play Store charges

21  you a lower service fee, you charge the same subscription price

22  in the Google Play Store and the Apple App Store; correct?

23  **A.**   Again, we set this pricing when Google was charging

24  30 percent.

25  **Q.**   Since the time that the Google Play Store has lowered the

**SIMON - CROSS / KRAVIS**

1  service fee from 30 percent to 15 percent, you have not changed

2  the price of the subscription in the Android version of the

3  app; correct?

4  **A.**   Correct.  Again, we don't want to change the prices on our

5  users too often.

6  **Q.**   While we're on the subject of Apple, Down Dog made its

7  apps available on IOS -- sorry.

8       You know what IOS is; right?

9  **A.**   I do.

10 **Q.**   IOS is the operating system for the iPhone; right?

11 **A.**   That's correct.

12 **Q.**   Down Dog made its apps available on IOS before Down Dog

13 made its apps available on Android; right?

14 **A.**   I believe about six months passed between the launch of

15 our IOS app and the launch of the Android app.

16 **Q.**   And when you were starting out, it was just a two-person

17 team; right?

18 **A.**   That's correct.

19 **Q.**   And you had to start somewhere; right?

20 **A.**   That's correct.

21 **Q.**   And you chose to start with IOS; right?

22 **A.**   We did.

23 **Q.**   The Android versions of Down Dog's apps are free to

24 download from the Google Play Store; right?

25 **A.**   That's correct.

1  **Q.**   In other words, that Android user I was talking about a

2  moment ago who opens up the Play Store and finds one of the

3  apps, the user does not have to pay any money to download one

4  of your apps from the Play Store; right?

5  **A.**   That's correct.

6  **Q.**   And it is Down Dog's decision not to charge Android users

7  an upfront fee to download the apps; correct?

8  **A.**   Sorry can you repeat the question?

9  **Q.**   Yeah.

10      It is your decision -- it is Down Dog's decision not to

11  charge an Android user an upfront fee to download one of the

12  Down Dog apps; correct?

13  **A.**   Yes, that's correct.

14  **Q.**   And part of the reason that Down Dog chooses not to charge

15  users to download its apps is because you want users to be able

16  to try out the app before they have to pay any money; right?

17  **A.**   That's correct.

18  **Q.**   Now, as we were talking about a moment ago -- well, let me

19  start here.

20      Down Dog began distributing Android versions of its apps

21  around spring of 2016.  Does that sound about right?

22  **A.**   It does.

23  **Q.**   And as we were talking about a moment ago, in late 2021,

24  early 2022, Google lowered its service fee on subscriptions to

25  15 percent; right?

**SIMON - CROSS / KRAVIS**

1   **A.**   That sounds correct.

2   **Q.**   And when Google lowered its service fee for subscriptions

3   to 15 percent, Down Dog did not lower the price it charges for

4   subscriptions in apps downloaded from the Google Play Store;

5   right?

6   **A.**   No.  Again, there's a tension between simplicity and ideal

7   pricing, and we don't have confidence this is the final price

8   point.

9   **Q.**   In other words, what happened here was Google lowered its

10   service fee, and you did not lower your price; correct?

11   **A.**   Not yet.  No, we have not.

12   **Q.**   Now we've been talking about the apps.  You also sell

13   subscriptions on your website; right?

14   **A.**   Correct.

15   **Q.**   And a user who buys a subscription on your website can use

16   that subscription in the Android version of the app; right?

17   **A.**   That is correct.

18   **Q.**   They can also use it in the IOS version of the app; right?

19   **A.**   That is correct.

20   **Q.**   So, in other words, the Android user we were talking about

21   who goes to the Google Play Store and downloads one of your

22   apps, they can then open the app and use a subscription that

23   they bought on your website inside the app; right?

24   **A.**   Correct.

25   **Q.**   And when the customer chooses -- when the customer behaves

1   that way, when they buy the subscription on your website and

2   then they use the subscription in the Android version of the

3   app, Down Dog does not pay a service fee to the Google Play

4   Store; correct?

5   **A.**   Down Dog does not pay anything directly related to that

6   payment, that's correct.

7   **Q.**   Now, Down Dog receives a benefit from having its apps in

8   the Google Play Store; right?

9   **A.**   Yes, primarily that would show up in search traffic.

10  **Q.**   So the Google Play Store provides Down Dog with a platform

11  to distribute its apps to Android users; right?

12  **A.**   It does.

13  **Q.**   In fact, the Play Store allows Down Dog to reach millions

14  of Android users with its apps; right?

15  **A.**   Yes, much the same way that Google web search allows users

16  to find our web app.

17  **Q.**   Right, exactly.

18      And when a user purchases a subscription on your website

19  and then uses that subscription in an app of yours that they

20  found in the Play Store, you are getting the benefit of having

21  your apps in the Play Store without paying Google any service

22  fee; correct?

23  **A.**   I wouldn't agree with that characterization because we've

24  paid for it to run ads on the Google Play Store so we've paid

25  that way; and also other competitors run ads against searches

1    for Down Dog, so Google gets paid for that as well.

2    **Q.**   Right.  I'm not asking you about the ad revenue.  I'm

3    asking you about the service fee.

4         When a user buys a subscription on the website and

5    downloads your app from the Play Store and uses the

6    subscription in the app, you do not have to pay Google a

7    service fee; correct?

8    **A.**   We do not pay Google directly for that payment, no.

9    **Q.**   And, in fact, about 50 percent of your revenue comes from

10   subscriptions sold through your website; right?

11   **A.**   That sounds roughly correct.

12   **Q.**   In fact, about 10 to 20 percent of your revenue comes from

13   subscriptions sold in Android apps; right?

14   **A.**   I'm not sure the numbers are correct since we removed the

15   link, but they sound roughly -- roughly in line.

16   **Q.**   Now, you testified on direct examination about being

17   unable to tell your customers about lower prices inside the

18   app.  Do you remember that?

19   **A.**   I do.

20   **Q.**   But you are allowed to tell your customers about those

21   lower prices outside the app; right?

22   **A.**   That was our understanding, though they have made us

23   remove some of the links at least.  I guess they didn't make us

24   remove the mention of the website purchase option.

25   **Q.**   Yeah, well, let's be clear about this.

**SIMON - CROSS / KRAVIS**

1      You can e-mail your customers; right?

2   **A.**   That's correct.

3   **Q.**   I think you testified a moment ago that when a customer

4   creates an account, they type in their e-mail address; right?

5   **A.**   That's correct.

6   **Q.**   So you have your customers' e-mails; right?

7   **A.**   That's correct.

8   **Q.**   And you are allowed to e-mail them to advertise the lower

9   price on your website; correct?

10  **A.**   That's correct.

11  **Q.**   In fact, the Google Play Store has like a whole policy

12  about how you're allowed to contact your customers to tell them

13  about the lower prices on your website, don't they?

14  **A.**   I'm not sure I would characterize that as a whole policy,

15  but I do think that's expressly allowed.

16  **Q.**   Okay.  I just want to ask you a couple of questions.

17       Open up one of the binders.  It's the second one there.

18  Okay?  Yep.

19       I want you to open the tab that is 5462.  Exhibit 5462.

20  Are you with me?

21  **A.**   I am.

22  **Q.**   I'm not asking to publish at this point.  I just want to

23  ask:  Mr. Simon, have you seen this web page before?

24  **A.**   (Witness examines document.)  I'm not totally sure.  I

25  believe I have.

**SIMON - CROSS / KRAVIS**

1   Q.   So you have seen this before?

2   A.   I think so, but it could have been a different Apple

3   developer, a blog post.

4   Q.   Well, let me direct your attention to a specific portion

5   of it since you've seen it before.  Can you turn to page 2,

6   please?  It's on the backside.

7   A.   (Witness examines document.)  Okay.

8   Q.   Do you see the subheading there that says "Communicating

9   With Customers"?

10  A.   I do.

11  Q.   How about that part?  Have you seen that part before?

12  A.   I don't remember if I've seen this exact paragraph but,

13  sure.

14  Q.   Well, I'd just like a -- if you haven't seen it, it's

15  okay.  I'm just asking yes or no.  Have you seen it before or

16  no?

17  A.   I don't recall.

18  Q.   Okay.  That's fine.

19       Take a look at the next one, Exhibit 6376.  It should be

20  the next tab in the binder.

21  A.   Okay.

22  Q.   Same question here.  Have you seen this website before?

23  A.   Again, I've definitely been on this Play Console Help

24  Center.  I'm not sure if I read this exact article.

25  Q.   Let me direct you to a specific portion again.  Again, all

1    I want to know is whether you've seen this or not.

2         If you can turn to page 2 of the exhibit, please.  Do you

3    see the heading that says "Frequently Asked Questions"?

4    **A.**   I do.

5    **Q.**   And do you see the third question down says "Can I

6    communicate with my users alternative ways to pay?"  Do you see

7    that?

8    **A.**   I do.

9    **Q.**   Have you seen this question and answer before?  Have you

10   looked at this?

11   **A.**   I've at least seen something that's substantively the

12   same.

13   **Q.**   So you have seen this portion of the website before?

14   **A.**   Again, I'm not sure I read these exact four paragraphs or

15   if I read something similar on a different page of the website

16   or in many e-mails that we've gotten from Google related to

17   these topics.

18   **Q.**   That's fine.  We'll come back to it.  You can set it

19   aside.

20        Just to make sure I'm clear on what I've heard from you,

21   Google Play -- the Google Play Store charges you a service fee

22   of 15 percent?  It's not 30 percent, 15 percent; right?

23   **A.**   As of 2022, that's correct.

24   **Q.**   And that service fee is lower than the service fee the

25   Apple App Store charges you; right?

1    **A.**   Only for the first year but, yes, that's correct.

2    **Q.**   And when Google lowered its service fee in October 2021,

3    January 2022, you did not lower the price of subscriptions in

4    your Android apps; right?

5    **A.**   We have made no alterations to our pricing in that period,

6    no.

7    **Q.**   Thank you, Mr. Simon.

8         **MR. KRAVIS:**  I have no further questions.

9         **THE COURT:**  Brief redirect?

10        **MR. BORNSTEIN:**  No, Your Honor.

11        **THE COURT:**  Okay.  Any questions for this witness?

12    Yes, if you would pass that to Ms. Clark, please.

13                    (Pause in proceedings.)

14        **THE COURT:**  All right.  I will ask this question.

15    The question is:  How is pricing presented in IOS?

16        **THE WITNESS:**  So on IOS we've never been allowed to

17    include the link.  So it's basically the same page that we were

18    looking at but without that final white button saying that they

19    have the website purchase option.

20        **THE COURT:**  Okay.  So this is part two of the

21    question.  You may have just answered, but let me ask:  Is the

22    web option shown in app in IOS?

23        **THE WITNESS:**  No.  So Apple has never allowed that.

24        **THE COURT:**  Okay.  Thank you.

25    All right.  Careful on the way down.

**PROCEEDINGS**

1          THE WITNESS:  Thank you.

2                    (Witness excused.)

3          THE COURT:  Well, let's see, who's next?

4          MR. BORNSTEIN:  Your Honor, given the timing, we were

5  thinking about playing a deposition next.  The deposition

6  clip --

7          THE COURT:  Is it 15 minutes?

8          MR. BORNSTEIN:  The full clip is 50, five zero,

9  Your Honor.

10          THE COURT:  All right.

11          MR. BORNSTEIN:  We can either play part or not subject

12  to your preference.

13          THE COURT:  I'll tell you what.  It's day one, we're

14  just adjusting so why don't we end today right now.  Okay?

15      We'll see you tomorrow morning at 9:00 a.m., and we'll get

16  together then.

17      Now, before you go, this is what we're going to talk about

18  every day.  We already started last week.  I'm going to remind

19  you every day.

20      Once you walk through this door into the jury area, put

21  all of this out of your mind.  Don't think about it.  Don't

22  reflect on it.  Don't make any decisions.  Don't do any

23  research.  Don't look at anything.  There is media coverage.

24  You must be careful you do not read it or hear it or see it.

25      So I'll see you tomorrow morning with a clean slate, and

**PROCEEDINGS**

 1    I'll see you at 9:00 o'clock.

 2         **MR. POMERANTZ:**  Your Honor?  Your Honor, I'm sorry, I

 3    don't mean to interrupt and stop the jurors from leaving, but I

 4    think one of the jurors asked about Election Day, which is

 5    tomorrow.

 6         **THE COURT:**  Oh, that's tomorrow.

 7      Okay.  Well, who's voting in person?  Anybody?  Anybody

 8    planning on going to a polling place in person?

 9                         (No response.)

10         **THE COURT:**  Oh, we're good.

11         **MR. POMERANTZ:**  There you go.

12         **THE CLERK:**  All rise.

13         **THE COURT:**  Leave your binders.  Don't leave them

14    here, but put it on the table and don't take them home.

15      (Proceedings were heard out of the presence of the jury:)

16         **THE COURT:**  Okay.  At the end of each day, there will

17    be a stack for you.  This is what I'm returning.  Okay?  It

18    won't be everything, but it will be a lot of things.

19         **THE CLERK:**  You may be seated.

20         **THE COURT:**  Well, I'll see you in the morning unless

21    there's anything you want to take up.  Is there anything to

22    take up?

23         **MR. BORNSTEIN:**  Your Honor, I have one very quick

24    request if I could.

25         **THE COURT:**  Sure.

1         **MR. BORNSTEIN:**  Which is I understand there were a

2    couple of awkward encounters in the hallway with jurors and

3    members of the team where people were being very careful not to

4    speak to the jurors, and I wonder if it would be helpful if

5    Your Honor could let the jurors know that neither side is not

6    being rude to them by not interacting with them in the hallway,

7    but that we're not allowed to.

8         **THE COURT:**  We'll take care of it.

9         **MR. BORNSTEIN:**  Okay.  Very good.

10        **THE COURT:**  It's a standard thing.  I'm sure nobody

11   took any offense.

12        **MR. BORNSTEIN:**  Thank you, Your Honor.

13        **MR. POMERANTZ:**  Your Honor, one other thing just by

14   way of explanation.

15      Sometimes you're seeing multiple transcripts because some

16   of them come from the Apple litigation.  We're not mentioning

17   that.

18        **THE COURT:**  Well, I didn't know you were doing that

19   until I saw the cover sheet.

20        **MR. POMERANTZ:**  Right.  We're not mentioning that, but

21   we're just -- I think by agreement of the parties we're simply

22   saying it's another transcript.

23        **THE COURT:**  That's fine.  Insider code about Volume 3;

24   and if you say it's in the second document, just say that.

25        **MR. POMERANTZ:**  Okay.  Thank you, Your Honor.

**PROCEEDINGS**

1          THE COURT:  Okay.  I'll see you in the morning.

2          MR. BORNSTEIN:  Thank you, Your Honor.

3          THE CLERK:  Court's in recess.

4               (Proceedings adjourned at 3:16 p.m.)

5                    ---oOo---

6

7

8               CERTIFICATE OF REPORTER

9          I certify that the foregoing is a correct transcript

10   from the record of proceedings in the above-entitled matter.

11

12   DATE:   Monday, November 6, 2023

13

14

15

16   _____

17         Kelly Shainline, CSR No. 13476, RPR, CRR
                    U.S. Court Reporter

18

19

20

21

22

23

24

25