***ERRATA SHEET***
*Epic Games, Inc. v. Google, LLC et al.*, Case No. 3:20-cv-05671-JD
*In re: Google Play Store Antitrust Litigation,* Case No. 3:21-md-02981-JD
Genaro Lopez
11/7/2023 (Volume 3)

| Page | Line(s) | Original | Correction |
|---|---|---|---|
| 345 | 16-17 | "communicate with a carrier" | "communicate with care" |

Lawrence Koh
11/7/2023 (Volume 3)

| Page | Line(s) | Original | Correction |
|---|---|---|---|
| 422 | 20 | "page 128" | "page 28" |
| 442 | 7 | "might know" | "might not know" |
| 552 | 12 | "April 1st" | "April 21st" |

Michael Marchak
11/7/2023 (Volume 3)

| Page | Line(s) | Original | Correction |
|---|---|---|---|
| 558 | 12-15 | "And in this slide you describe (as read): 'The Play value model as measuring the quantifiable value provided to developers for the games apps that they have on Play.'" | "And in this slide you describe the Play Value Model as measuring (as read): the Quantifiable Value provided to developers for the games/apps they have on Play.'" |
| 558 | 19-23 | "And as this slide shows (as read): 'The Play value model set out to quantify the value provided to developers converted into dollar value and then compare it to what developers were paying Google as fees.'" | "And as this slide shows, the Play Value Model set out to quantify the value provided to developers, convert it into dollar value, and then compare it to what developers were paying Google as fees." |