***ERRATA SHEET***
*Epic Games, Inc. v. Google, LLC et al.*, Case No. 3:20-cv-05671-JD
*In re: Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981-JD

### Michael Marchak
11/8/2023 (Volume 4)

| Page | Line(s) | Original | Correction |
|---|---|---|---|
| 597 | 12-13 | "titled Project Base functionality 4/14 Discussion" | "titled Project Basecamp – Optionality, 4/14 discussion" |
| 598 | 16 | "ends in 942553.ARK?" | "ends in 942553.R." |
| 598 | 20 | "ending 942553.ARK?" | "ending 942553.R." |
| 630 | 7 | "Riat" | "Riot" |
| 630 | 11 | "Riat" | "Riot" |
| 630 | 12 | "Riat" | "Riot" |
| 630 | 20 | "Gambier" | "Gambhir" |
| 646 | 1 | "Gumbier" | "Mr. Gambhir" |
| 646 | 1 | "Mr. Gumbier" | "Mr. Gambhir" |

### Purnima Kochikar
11/8/2023 (Volume 4)

| Page | Line(s) | Original | Correction |
|---|---|---|---|
| 710 | 19 | "to repay" | "through paid" |