**Volume 7**

**Pages 1303 - 1539**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

| | |
|---|---|
| IN RE GOOGLE PLAY STORE<br>ANTITRUST LITIGATION, | )<br>)<br>)   **NO. 21-md-02981-JD**<br>) |
| THIS DOCUMENT RELATES TO: | )<br>) |
| EPIC GAMES, INC., | )<br>) |
| Plaintiff, | )<br>) |
| VS. | )   **NO. 3:20-cv-05671-JD** |
| | ) |
| GOOGLE, LLC., et al., | )<br>) |
| Defendants. | )<br>) |

San Francisco, California
Tuesday, November 14, 2023

**TRANSCRIPT OF PROCEEDINGS**

STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

**APPEARANCES**:

For Plaintiff:

        CRAVATH, SWAINE & MOORE LLP
        825 Eighth Avenue
        New York, New York  10019
BY:  **GARY BORNSTEIN, ATTORNEY AT LAW**
      **YONATAN EVEN, ATTORNEY AT LAW**
      LAUREN MOSKOWITZ, ATTORNEY AT LAW
      MICHAEL ZAKEN, ATTORNEY AT LAW
      ANDREW WIKTOR, ATTORNEY AT LAW

        HUESTON HENNIGAN LLP
        620 Newport Center Drive, Suite 1300
        Newport Beach, California 92660
BY:  **DOUGLAS J. DIXON, ATTORNEY AT LAW**


For Defendants:

        MUNGER, TOLLES & OLSON LLP
        350 South Grand Avenue - 50th Floor
        Los Angeles, California  90071
BY:  **GLENN POMERANTZ, ATTORNEY AT LAW**
      **JAMIE LUGURI, ATTORNEY AT LAW**

        MUNGER, TOLLES & OLSON LLP
        601 Massachusetts Avenue NW
        Suite 500 East
        Washington, DC  20001
BY:  **JONATHAN KRAVIS, ATTORNEY AT LAW**
      **LAUREN BELL, ATTORNEY AT LAW**

        MORGAN, LEWIS & BOCKIUS LLP
        One Market - Spear Street Tower
        San Francisco, California  94105
BY:  **MICHELLE PARK CHIU, ATTORNEY AT LAW**

        MUNGER, TOLLES & OLSON LLP
        560 Mission Street - 27th Floor
        San Francisco, California  94105
BY:  **DANE P. SHIKMAN, ATTORNEY AT LAW**

### I N D E X

Tuesday, November 14, 2023 - Volume 7

| **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| | | |
| **PICHAI, SUNDAR** | | |
| (SWORN) | 1319 | 7 |
| Direct Examination by Ms. Moskowitz | 1320 | 7 |
| Cross-Examination by Mr. Pomerantz | 1389 | 7 |
| Redirect Examination by Ms. Moskowitz | 1415 | 7 |
| | | |
| **CHU, ERIC** | | |
| By Video Deposition | 1442 | 7 |
| | | |
| **LOCKHEIMER, HIROSHI** | | |
| (SWORN) | 1442 | 7 |
| Direct Examination by Mr. Bornstein | 1443 | 7 |
| Cross-Examination by Mr. Pomerantz | 1493 | 7 |
| Redirect Examination by Mr. Bornstein | 1523 | 7 |
| Recross-Examination by Mr. Pomerantz | 1536 | 7 |

### E X H I B I T S

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 298 | | 1441 | 7 |
| 299 | | 1441 | 7 |
| 300 | | 1441 | 7 |
| 303 | | 1441 | 7 |
| 304 | | 1441 | 7 |
| 305 | | 1441 | 7 |
| 308 | | 1441 | 7 |
| 312 | | 1441 | 7 |
| 316 | | 1441 | 7 |
| 319 | | 1441 | 7 |
| 320 | | 1441 | 7 |

## **I N D E X**

### **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 322 | | 1441 | 7 |
| 332 | | 1441 | 7 |
| 433 | | 1458 | 7 |
| 706 | | 1521 | 7 |
| 949 | | 1441 | 7 |
| 1376 | | 1452 | 7 |
| 1378 | | 1460 | 7 |
| 1380 | | 1464 | 7 |
| 1385 | | 1472 | 7 |
| 1386 | | 1481 | 7 |
| 1390 | | 1457 | 7 |
| 1391 | | 1488 | 7 |
| 2720 | | 1371 | 7 |
| 2724 | | 1373 | 7 |
| 2726 | | 1344 | 7 |
| 2728 | | 1386 | 7 |
| 2731 | | 1336 | 7 |
| 5641 | | 1459 | 7 |
| 5666 | | 1510 | 7 |
| 5932 | | 1498 | 7 |
| 8030 | | 1327 | 7 |

1   **<u>Tuesday - November 14, 2023</u>**                              **<u>9:26 a.m.</u>**

2                         **P R O C E E D I N G S**

3                              **---oOo---**

4        (Proceedings were heard out of the presence of the jury:)

5            **THE COURT:**  This is a special treat.  I'm going to

6   call the case.

7        It's the MDL number; right?

8        Calling 21-md-02981.

9        Okay.  Just the one appearances.

10       You-all wanted to chat about something before the witness

11  comes out.  One appearance per side, yeah.

12           **MR. BORNSTEIN:**  Yes, Your Honor.  Gary Bornstein for

13  Epic Games.

14           **THE COURT:**  Okay.  Defendant?

15           **MR. POMERANTZ:**  Glen Pomerantz on behalf of Google,

16  Your Honor.

17           **THE COURT:**  All right.  What's the issue?

18           **MR. BORNSTEIN:**  Your Honor, we have just a couple

19  things.  One is -- two of them relate to the very first witness

20  this morning and one relates to a witness this afternoon.  I'm

21  going to let Ms. Moskowitz handle the issues for the first

22  witness.

23           **THE COURT:**  All right.

24           **MS. MOSKOWITZ:**  Good morning, Your Honor.

25       With respect to Mr. Pichai, who's our first witness this

PROCEEDINGS

 1   morning, we have one document issue and one sealing issue over

 2   actually just two numbers.  No documents.  I've already agreed

 3   I don't need to use a document.  I just need to use two

 4   numbers.  But the document there's an objection to.  I can hand

 5   it up and explain what our issues are.

 6        **THE COURT:**  Wait.  Wait.  There is an issue or not an

 7   issue with this number?

 8        **MS. MOSKOWITZ:**  The number is in a separate issue.

 9   The document that I would like to get in has no sealing issue.

10   It's a public blog post that Google -- that Mr. Pichai wrote

11   and posted on behalf of Google that Google objects to.

12        **THE COURT:**  All right.  Hand that to Ms. Clark,

13   please.

14        **MS. MOSKOWITZ:**  Yes.

15        **THE COURT:**  Okay.  So what is this?  Public policy

16   blog.

17        **MR. POMERANTZ:**  Your Honor, I guess since we're the

18   one moving to not have this used at trial, we're objecting both

19   on relevance grounds, 402; and also on confusion grounds, 403.

20        So this was written in 2009.

21        **MS. MOSKOWITZ:**  Your Honor, maybe if I can explain

22   what I'm trying to do with it.

23        **THE COURT:**  Hold on.  Let Mr. Pomerantz finish.

24        Go ahead.

25        **MR. POMERANTZ:**  This was written in 2009, and it

1  concerns the European Commission's investigation of Microsoft

2  in connection with its business practices relating to Windows

3  and Internet Explorer.  We went over this at length in the

4  deposition.

5      And the battle here is we don't think there's anything

6  comparable between the two situations, and they do, and they

7  do.  And so what we're going to be fighting with in front of

8  the jury is:  Is this Microsoft situation from 14 years ago

9  comparable to what we're facing here or not?  And we think it's

10  going to be a total distraction to the jury.  It's irrelevant

11  whether Microsoft -- what Microsoft did.

12      And what Mr. Pichai was addressing was very specifically

13  what was going on with Windows and Internet Explorer, which he

14  believes is very different than what we're facing today with

15  mobile phones.  And he explained that in his deposition, and so

16  we know what the battle is going to be; and we think it's both

17  irrelevant whether this is comparable to Microsoft or not --

18      **THE COURT:**  I'm guessing -- I'm just guessing -- that

19  there's something in here to the effect that preinstallation

20  and default status is exclusionary or something like that.

21      **MS. MOSKOWITZ:**  Yes.  He's complaining about Microsoft

22  Windows tying the Internet Explorer, requiring preinstall,

23  requiring defaults, and how that harms competition, innovation,

24  stifles consumer choice.  All of the things that we are

25  alleging here he has exactly said out of his own mouth when

1   they were the new entrant in a market.

2          THE COURT:  And which specific sections do you want to

3   use?

4          MS. MOSKOWITZ:  So really it's just the two pages, not

5   any of these comments that people are listing after it.  The --

6   specifically the "Here's Why" and he gives multiple reasons why

7   they are joining the fight against Microsoft conduct and how it

8   hurts competition.  So really --

9          THE COURT:  What sentence do you want to use?

10         MS. MOSKOWITZ:  A few.  He says browsers are critical

11  to the Internet and how they enable them to -- users to surf

12  the web, et cetera, and they are so central to the experience

13  that they're crucial to innovation online.  Same things are

14  true about apps and app stores today.

15         THE COURT:  Well, okay.  That one -- all right.

16  What's the next one?

17         MS. MOSKOWITZ:  That the uncompetitive market holds

18  back innovation and that Explorer is tied to a dominant

19  computer operating system that gives them an unfair advantage,

20  which is exactly what's happening here.

21      He compares it to the mobile market as it existed back

22  then where you couldn't actually take advantage of a dominant

23  operating system, Microsoft couldn't, and then they had lower

24  usage, which shows that when you don't have to get forced to

25  use the dominant --

**PROCEEDINGS**

1        **THE COURT:**  I don't need the explanations.

2    Okay.  So the next section is -- okay.

3        **MS. MOSKOWITZ:**  And it continues "even greater

4    competition will drive more innovation."

5        **THE COURT:**  "This is because IE is tied to dominant

6    computer system giving it..."

7    Okay.  What's the third one?

8        **MS. MOSKOWITZ:**  That paragraph continues "Greater

9    competition will drive more innovation."  And then he says that

10   at the end "We're confident that more competition will mean

11   greater innovation on the web and a better user experience."

12       **THE COURT:**  Okay.  I'll tell you what.  Here's what

13   you can do.  You can ask -- and don't introduce this in the

14   first instance.  You can ask him questions:  Isn't it true that

15   you think preinstalling an app when you're a dominant player

16   is, you know, not good for users?  Or something like that.  And

17   then depending on his answers, you can impeach him.

18       The first one, though, you know, browsers and apps are

19   sufficiently different that you can say -- if you set the

20   question up the right way, it might be impeachment; but -- you

21   can use it for impeachment -- okay? -- but you cannot use it as

22   a direct exam exhibit.  Okay?

23       **MS. MOSKOWITZ:**  Am I allowed to ask about comparisons

24   between Windows back from 2009 and today?

25       **THE COURT:**  I will listen carefully and if I think no,

PROCEEDINGS

1    I'll just say "sustained."

2         MS. MOSKOWITZ:  Okay.

3         THE COURT:  That takes care of that.  What's the next

4    one?

5         MS. MOSKOWITZ:  There's two issues with respect to

6    numbers that -- about Apple, and Google has said that they

7    object to us saying two things.  One is the revenue share

8    percentage that Apple is paid by Google for Search on IOS

9    devices and the total billions of dollars that that translates

10   to each year.

11       The percentage --

12        THE COURT:  For what?  For --

13        MS. MOSKOWITZ:  For Search rev share on IOS devices,

14   which goes to show Apple and Google are not exactly competing

15   in the way that Google is leading the jury to believe.

16        THE COURT:  Oh.  That's seems fine.

17        MR. POMERANTZ:  Your Honor, may I be heard on that?

18   Also, Apple's counsel's here.

19       So the agreement between Google and Apple relating to

20   Search -- it has nothing to do with Android or Play -- is

21   central to the case in Washington, D.C., the Search case.

22   That's at the center of that case.

23       It is very tangential to this case.  What we have said to

24   Epic's counsel is if they want to ask Mr. Pichai or another

25   witness:  Do you have an agreement with Apple relating to

**PROCEEDINGS**

search?  Yes.  Do you have -- do you share revenue?  Yes.  How
much do you pay Apple?  Billions of dollars.  We're okay with
that because that's not disclosing the confidential terms of
the agreement.

The judge in D.C. has already ruled that --

**THE COURT:**  Okay.  That's not me.  All right?  So --

**MR. POMERANTZ:**  No, I understand that.

**THE COURT:**  -- I'm not interested in that part --

**MR. POMERANTZ:**  Okay.  I hear you, Your Honor.

**THE COURT:**  -- because this is my case and my rules.
All right?  These are different cases, different courts,
different rules, different judges, different circuits.  So
don't go into that.

But let me ask you:  You just want to put a number in
front of the billion?

**MS. MOSKOWITZ:**  I want to put a number in front of a
billion, and I --

**THE COURT:**  Don't put the number up with your fingers.

**MS. MOSKOWITZ:**  Not that number.  Trust me, it's not
that number.  I want to put the number --

**THE COURT:**  You're making me nervous.  You said, "Yes,
I'm going to put this number up."

**MS. MOSKOWITZ:**  I promise that was not the number.

I would like to put the number in front of the billions
and the percentage revenue share, which actually was just

1   published yesterday in the DOJ trial.

2       **THE COURT:**  That's fine.  You can do that and here's

3   why:  You-all have made competition with Apple the centerpiece

4   of your case, so it's perfectly fair for Google -- for Epic to

5   say:  How much of a competitor can you be when you're getting

6   this amount of money from each other?

7       **MR. POMERANTZ:**  And, again, we're not disputing them

8   putting that in front.  We actually don't think it's

9   particularly relevant, but I understand Your Honor's ruling.

10  But there's really nothing particularly relevant to the jury

11  between hearing billions of dollars, any specific number.

12      **THE COURT:**  I don't agree with that.  An exact number

13  gives a much greater weight and feel to the volume and

14  significance of the transaction.

15      **MR. POMERANTZ:**  And what about the percentage revenue

16  share, Your Honor?  That's also a very confidential number.

17  Ms. Moskowitz is correct, that an expert inadvertently just

18  said a number yesterday, which is being moved to be sealed

19  yesterday; but we --

20      **THE COURT:**  If the number is out, the number is out.

21      **MR. POMERANTZ:**  It's not -- Your Honor, it's not out

22  in any way that Google has authorized, and it is right now

23  under consideration in D.C.  So it's not really out.  And I

24  would also say that I don't know that it's necessarily the

25  correct number.

1      **THE COURT:**  Let me ask you this:  The revenue share

2  part doesn't seem all that relevant.  I mean, the absolute

3  dollar value, okay, I can see that.

4      **MS. MOSKOWITZ:**  Can I explain why?

5      **THE COURT:**  Why the details about how that's

6  calculated?

7      **MS. MOSKOWITZ:**  Very few details, Your Honor, just one

8  number.  And it is relevant because the jury has heard a lot

9  about what -- the revenue share percentages with the OEMs

10 within the Android system itself, and this compares to that in

11 a meaningful way.

12     And so the fact that they are --

13     **THE COURT:**  But Apple is not OEM -- Apple is not an

14 Android OEM.

15     **MS. MOSKOWITZ:**  Exactly.  Their biggest competitor,

16 according to them, is getting X percent and their own OEMs that

17 they're supposedly investing in and doing all of this work to

18 try to compete against Apple are getting Y percentage.

19     **THE COURT:**  Is there a significant difference?

20     **MS. MOSKOWITZ:**  Yes, Your Honor.  Meaningful.

21     **MR. POMERANTZ:**  Your Honor --

22     **THE COURT:**  It's relevant.

23     **MR. POMERANTZ:**  -- what they're talking about is

24 Search revenue.  It has nothing to do with Play.  Nothing to do

25 with Android.

PROCEEDINGS

1      **THE COURT:**  Yes, at a granular level search and apps

2  are different, but we're talking about the relationship level

3  and the point that these professed fight-to-the-death enemies

4  may have a lot more in common.

5      **MR. POMERANTZ:**  Her argument is they want to compare

6  the revenue percentage in the Apple agreement to the revenue

7  percentages in the OEM -- in the Android OEM agreements when

8  they're measuring two different things.  They're two different

9  pots.

10      **THE COURT:**  You're going to bring that out in cross.

11  You know, you're not prevented in any way from saying anything

12  you want in response to that.

13      Okay.  You can do both.  All right?  But don't --

14      **MS. MOSKOWITZ:**  Your Honor, one more issue, if you

15  don't mind, for another today witness.

16      **THE COURT:**  Yes.

17      **MR. POMERANTZ:**  Your Honor, if I can just say, Apple's

18  lawyer is here, and I think they do want to at least be heard

19  on that if Your Honor would take their argument.

20      **THE COURT:**  I've already ruled.

21      **MR. POMERANTZ:**  They have filed a motion.

22      **THE COURT:**  All right.  When did I get that?

23      Yes?

24      **MR. LOEW:**  Good morning, Your Honor.  Jason Loew from

25  Gibson, Dunn & Crutcher on behalf of Apple.

1    We don't have a dog in the fight in terms of relevance or

2    in terms of prejudice.  However, all we're asking is that

3    particularly on the revenue share, the number appears on the

4    face of the document, and so we're just asking that if it can

5    be shown to the jury and shown to the witness without

6    broadcasting the number to the public.

7        **THE COURT:**  I know you're asking that, but you

8    can't -- you can't just ask that.  This is a courtroom of the

9    people of the United States.  I cannot keep saying this because

10   it doesn't seem to be sinking in.  This is a courtroom of the

11   people of the United States.  We do business in bright light

12   and open windows and doors.  Okay?  There's no secrets unless,

13   unless there is a compelling reason supported by a specific

14   showing of facts.  And just coming in and saying "We're kind of

15   sensitive about this" isn't going to fly.

16       **MR. LOEW:**  I understand, Your Honor.  And what we put

17   in our declaration last night was that, in fact, Apple has

18   similar type agreements with other companies, including

19   Google's competitors, and so the concern is these -- all of

20   these contracts come up for negotiation from time to time and

21   the terms are hard fought; and so having this out in the open

22   so that Google's competitors know what the rates are that

23   Google and Apple have negotiated puts Apple at an artificial

24   disadvantage.

25       **THE COURT:**  Google's competitors for what?  For

**PROCEEDINGS**

1    search?  For browsers?

2          **MR. LOEW:**  Correct.

3          **THE COURT:**  Okay.  Well, I mean, who is that?

4          **MR. LOEW:**  It would be, for example, companies like

5    Yahoo!

6          **THE COURT:**  Okay.  Well, you know, the answer is no.

7    You can use it.

8          Okay.  Let's get the jury up.

9          What about this deposition thing?

10          **MS. MOSKOWITZ:**  Amazon?

11          **THE COURT:**  That's not -- that's for later today?

12    Donn Morrill?

13          **MR. BORNSTEIN:**  Yes, Your Honor.  I'm sorry.  I didn't

14    hear your question, however.

15          **THE COURT:**  This is for later today?

16          **MR. BORNSTEIN:**  We can -- if we have time later today,

17    we may play that if there is time permitting, yes.

18          **THE COURT:**  All right.  But after lunch?

19          **MR. BORNSTEIN:**  Certainly after lunch.

20          **THE COURT:**  All right.  Good.

21          **MR. BORNSTEIN:**  And that's the 30(b)(6) witness from

22    Amazon.

23          **THE COURT:**  Yes.

24          **MR. BORNSTEIN:**  Thank you.

25          (Proceedings were heard in the presence of the jury:)

**PROCEEDINGS**

1    **THE CLERK:**  Calling Civil 20-5671, Epic Games, Inc.

2    vs. Google LLC, and Multidistrict Litigation 21-2981, In re

3    Google Play Store Antitrust Litigation.

4        Counsel.

5        **MR. BORNSTEIN:**  Good morning, Your Honor.  Gary

6    Bornstein for Epic Games.  With me today is Michael Zaken,

7    Andrew Wiktor, Lauren Moskowitz, and Yonatan Even.

8        **MR. POMERANTZ:**  Good morning, Your Honor.

9    Glenn Pomerantz on behalf of Google, and with me today is

10   Michelle Park Chiu, Jonathan Kravis, Steve Sparling, Lauren

11   Bell, and Dane Shikman, and Jamie Luguri.

12       **THE COURT:**  Okay.  Come on up.

13       Ladies and gentlemen of the jury, this witness needs to

14   stand for just physical purposes so he'll be right there.

15       Yeah, come up.

16       **MS. MOSKOWITZ:**  Your Honor, Epic calls Sundar Pichai.

17       **THE CLERK:**  Please raise your right hand.

18                        <u>**SUNDAR PICHAI**</u>,

19   called as a witness for the Plaintiff, having been duly sworn,

20   testified as follows:

21       **THE WITNESS:**  Yes, I do.

22       **THE CLERK:**  Thank you.

23       **THE COURT:**  Please.

24       **THE CLERK:**  Can you please state your full name for

25   the Court and spell your last name?

1    **THE WITNESS:**  Sundar Pichai, P-I-C-H-A-I.

2    **THE CLERK:**  Thank you.

3    **MS. MOSKOWITZ:**  Thank you, Your Honor.

4                    <u>**DIRECT EXAMINATION**</u>

5    **BY MS. MOSKOWITZ:**

6    **Q.**   Good morning, Mr. Pichai.

7    **A.**   Good morning.

8    **Q.**   You are currently the CEO of Google?

9    **A.**   That's correct.

10   **Q.**   And you are also CEO of Google's parent company Alphabet?

11   **A.**   Yes.

12   **Q.**   You became CEO of Google in October of 2015; is that

13   correct?

14   **A.**   Correct.

15   **Q.**   And as CEO, you are directly or indirectly responsible for

16   all business decisions at Google; right?

17   **A.**   That's correct.

18   **Q.**   And that would include decisions involving Android and

19   Google Play that we're talking about in this trial?

20   **A.**   Yes.

21   **Q.**   Before becoming CEO, you were head of Android and

22   Google Play; right?

23   **A.**   That's correct.

24   **Q.**   And you became head of Android and Google Play in around

25   March 2013?

**PICHAI - DIRECT / MOSKOWITZ**

1    **A.**    That's right.  Just before CEO, I was the head of all of

2    our products and services.  Before that, I was the head of

3    Android and Chrome and Apps.

4    **Q.**    And when you took over Android and Google Play, you became

5    responsible for those businesses; right?

6    **A.**    That's correct.

7    **Q.**    So fair to say for the past 10 years or so you have had

8    responsibility over Android and Google Play?

9    **A.**    Yes, indirectly through -- I have other executives

10   overseeing the area; but as you said, I'm responsible for them.

11   **Q.**    All right.  I'd like to start by asking you about your

12   practices when it comes to making business records and

13   retaining those records.

14        You are familiar with the concept of attorney-client

15   privilege; yes?

16   **A.**    Yes.

17   **Q.**    And there have been occasions where you have marked

18   e-mails privileged, not because you were seeking legal advice

19   but just to indicate that they were confidential; correct?

20   **A.**    Occasionally, yes.

21   **Q.**    And so you have marked documents attorney-client privilege

22   even when you're not seeking legal advice to indicate that the

23   document should remain confidential internally?

24   **A.**    That's correct.

25   **Q.**    Has anyone ever sat you down and told you that's wrong?

PICHAI - DIRECT / MOSKOWITZ

1   **A.**   What I was instructed --

2   **Q.**   Sir, I just want to know if you were told that that was

3   wrong.

4   **A.**   I -- I was only instructed to copy my attorney and ask for

5   advice if I needed legal advice, which I did.   Sometimes I

6   would just use the word "privilege" just to keep it

7   confidential so the e-mails wouldn't get forwarded beyond --

8   **Q.**   Right.   So just to understand, sometimes you actually are

9   seeking legal advice?

10  **A.**   That's correct.

11  **Q.**   And you use the same words, "privileged" and

12  "confidential" even when you're not seeking legal advice

13  sometimes?   Yes or no.

14  **A.**   I use different words typically, but...

15  **Q.**   You use the word "privileged" even when you're not

16  actually asking for legal advice; correct?

17  **A.**   Yeah, but I wouldn't ask --

18  **Q.**   Sir, yes, you've done that?

19          **CERTIFIED STENOGRAPHIC REPORTER:**   One at a time,

20  please.

21          **MS. MOSKOWITZ:**   Yes.

22  **BY MS. MOSKOWITZ:**

23  **Q.**   I will ask you for answers and your attorney will have a

24  chance to ask you for longer answers.

25  **A.**   I'm just trying to give context, that's all.

**PICHAI - DIRECT / MOSKOWITZ**

1  **Q.**   I don't need the context.  I just need the answer.  I'm

2  sure people don't interrupt you much in your day-to-day life,

3  but I'm going to do that here and your counsel will have a

4  chance.  Okay?

5      So you have used the words "confidential" and "privileged"

6  in an e-mail even when you are not seeking legal advice; yes?

7  **A.**   Sometimes, yes.

8  **Q.**   Yes.  And has anyone told you that that is not correct,

9  that that is wrong?  Yes or no.

10  **A.**   Not that I recall.

11  **Q.**   Do you understand today, not sitting here but standing

12  here today, that you should not actually be doing that, do you?

13  **A.**   Yes.

14  **Q.**   All right.  So do you understand that you should only be

15  marking documents attorney-client privilege when you are

16  actually, in fact, seeking legal advice?

17  **A.**   Yes.

18  **Q.**   Google Chat is an instant message app used by Google

19  employees; right?

20  **A.**   That's correct.

21  **Q.**   You, yourself, have used Google Chat for business

22  purposes?

23  **A.**   Yes.

24  **Q.**   And you have used Google Chat to discuss business issues

25  since this case was filed in August of 2020; right?

PICHAI - DIRECT / MOSKOWITZ

1    **A.**    That's correct.

2    **Q.**    You are familiar with the history settings in Google Chat;

3    right?

4    **A.**    Yes.

5    **Q.**    And when history is on, chats are saved?

6    **A.**    That's correct.

7    **Q.**    And when history is off, chats are permanently deleted

8    after 24 hours; right?

9    **A.**    That's correct.

10   **Q.**    You have received multiple litigation hold notices over

11   the course of your time at Google; right?

12   **A.**    That's correct.

13   **Q.**    And you received a litigation hold notice in connection

14   with this case; right?

15   **A.**    Yes.

16   **Q.**    And a litigation hold notice is a notice from your

17   employer instructing you to preserve documents that may be

18   relevant to a lawsuit; right?

19   **A.**    That's correct.

20   **Q.**    And you knew that when you received a litigation hold

21   notice or a legal hold notice, you were required to preserve

22   documents that might be relevant to that lawsuit?

23   **A.**    That's correct.

24   **Q.**    And you knew that you were required to preserve instant

25   messages that may be relevant to the lawsuit?

PICHAI - DIRECT / MOSKOWITZ

1   **A.**   That's correct.

2   **Q.**   Now, you personally -- for your legal hold in this case,

3   you personally did not do anything to change your default

4   setting to history on for your one-on-one in group chats;

5   correct?

6   **A.**   No, because I didn't use Google Chats sub- --

7   **Q.**   Sir, you did not do anything to change your default

8   setting to history on for your one-on-one in group chats;

9   correct?  Yes or no.

10  **A.**   With respect to this case?  I'm sorry.  I'm trying to

11  understand the question.

12  **Q.**   With respect to this case, fine.

13       With respect to this case, you personally did not do

14  anything to change your default setting to history on for your

15  one-on-one in group chats?

16  **A.**   No.

17  **Q.**   And you are aware, are you not, that during the entire two

18  and a half years that discovery was going on in this case and

19  Google was producing documents, including yours, that history

20  remained off by default; right?

21  **A.**   That's correct.

22  **Q.**   So that means by default your one-on-one chats were

23  deleted automatically every 24 hours; right?

24  **A.**   That's my understanding, yes.

25  **Q.**   Kent Walker is Google's chief officer; correct?

PICHAI - DIRECT / MOSKOWITZ

1   **A.**   That's correct.

2   **Q.**   And when you as CEO are actually seeking legal advice, you

3   would typically ask Mr. Walker for that advice; right?

4   **A.**   Typically, yes.

5   **Q.**   And you rely on Mr. Walker to make sure that Google is

6   complying with its obligation to preserve documents in

7   connection with litigation; right?

8   **A.**   That's correct.

9   **Q.**   So in your view, with respect to how Google complies with

10   its legal obligations, is it fair to say that the buck stops

11   with Mr. Walker?

12   **A.**   That's correct.

13   **Q.**   All right.  Please turn -- do you have a binder in front

14   of you, sir?

15   **A.**   Yes.

16   **Q.**   Can you please turn to Exhibit 8030?  And let me know when

17   you're there, please.

18   **A.**   Can you say the exhibit number again, please?

19   **Q.**   8030, please.

20   **A.**   (Witness examines document.)

21   **Q.**   Do you have that open in front of you, sir?

22   **A.**   Yes.

23   **Q.**   This is an e-mail chain that begins in the middle of the

24   first page.  It's sent September 16th, 2008.  Do you see that?

25   **A.**   Yes.

**PICHAI - DIRECT / MOSKOWITZ**

1  **Q.**  And the signature for this e-mail at the second page at

2  the top includes Kent Walker.  Do you see that?

3  **A.**  (Witness examines document.)  Yes, I do.

4         **MS. MOSKOWITZ:**  Your Honor, I move Exhibit 8030 into

5  evidence.

6         **MR. POMERANTZ:**  No objection, Your Honor.

7         **THE COURT:**  It is admitted.

8      (Trial Exhibit 8030 received in evidence.)

9         **MS. MOSKOWITZ:**  All right.  Let's put that on the

10  screen.

11  **BY MS. MOSKOWITZ:**

12  **Q.**  So we just talked about Kent Walker.  There's another

13  individual who signed this.  Is it Bill Cochran?

14  **A.**  Bill Coughran.

15  **Q.**  Coughran, yeah.  I knew I was going to get that wrong.

16      Bill Coughran, he was a senior leader in engineering at

17  the time of this e-mail?

18  **A.**  That's correct.

19  **Q.**  All right.  So let's go to the beginning of this e-mail.

20      This was addressed to Googlers.  Do you see that?

21  **A.**  That's correct.

22  **Q.**  This e-mail went out to all Google employees in 2008;

23  right?

24  **A.**  That's correct.

25  **Q.**  That included you?

1    A.    Yes.

2    Q.    All right.  The e-mail begins (as read):

3          "As you know, Google continues to be in the midst of

4    several significant legal and regulatory matters," and it

5    continues.

6    Do you see that?

7    A.    Yes.

8    Q.    And the last sentence of that first paragraph says (as

9    read):

10         "So we've got two requests and one change."

11   Do you see that?  It's also on the screen, sir, if that's

12   helpful to you.

13   A.    Oh, yes.

14   Q.    Okay.  That's great.

15   So do you see where I am?

16   A.    Yes.

17   Q.    It says (as read):

18         "We've got two requests for you, all you Googlers,

19   and one change to announce."

20   Right?

21   A.    Yes.

22   Q.    So the first request starts at the next paragraph, and

23   we'll put that up on the screen.

24   It says (as read):

25         "First, please write carefully and thoughtfully.

1       We're an e-mail and instant messaging culture.  We conduct

2       much of our work online."

3       Do you see that?

4   A.  Yes.

5   Q.  So even back then instant messages were an important

6   business communication tool used by Googlers to conduct their

7   day-to-day business; right?

8   A.  That's correct.

9   Q.  Now, the e-mail then warns Googlers (as read):

10      "Anything you write can become subject to review in

11      legal discovery."

12      Do you see that?

13  A.  Yes.

14  Q.  Now, jumping ahead three sentences later, it says (as

15  read):

16      "So please do think twice before you write about hot

17      topics."

18      Do you see that?

19  A.  That's correct.

20  Q.  The second request to Googlers starts at the next

21  paragraph.  It starts "Second."  Do you see where I am?

22  A.  Yes.

23  Q.  And it says (as read):

24      "Remember that these same rules apply not just to

25      Gmail but also to Google Talk and all other forms of

PICHAI - DIRECT / MOSKOWITZ

1    electronic communications."

2       Do you see that?

3  A.   Yes.

4  Q.   And Google Talk was the name of the instant messaging or

5  chat application at the time of this e-mail?

6  A.   That's correct.

7  Q.   Now we get to the change.

8       The following paragraph announces the change that the

9  e-mail referenced; right?  Do you see where I am?

10  A.   Yes.

11  Q.   The paragraph says (as read):

12          "To help avoid inadvertent retention of instant

13       messages, we have decided to make off the record the

14       Google corporate default setting for Google Talk."

15       Do you see that?

16  A.   That's correct.

17  Q.   So Google was announcing here to all of the entire company

18  that it was switching the default history setting in the Chat

19  messaging application to off for all of its employees; right?

20  A.   That's correct.

21  Q.   And it was saying it was doing that specifically to avoid

22  retaining those documents; right?

23  A.   There were a few other reasons given in the document.  I'm

24  happy to go back and mention it.

25  Q.   Well, let's look at what that said right here (as read):

1          "To help avoid inadvertent retention of instant

2      messages, we're changing the setting."

3      That's what it says right here; right?

4   **A.**   It said more in the previous --

5   **Q.**   Sir, yes?

6   **A.**   It says more in the previous paragraph.

7   **Q.**   Sir, the reason it gives for --

8   **A.**   The previous paragraph --

9   **Q.**   Sir --

10  **A.**   -- has more details so I'm just trying to give that --

11          **THE COURT:**   Okay.   One at a time.   Let's let the

12  witness finish his answer, and then you can follow-up.   Go

13  ahead.

14  **BY MS. MOSKOWITZ:**

15  **Q.**   Sir, what I'm reading --

16          **THE COURT:**   Let the witness finish his answer.

17      Go ahead.

18          **THE WITNESS:**   Originally in the paragraph it stated a

19  reason.   In addition to legal discovery, you know, we have

20  employees in over 1 million groups, they could be misconstrued

21  or misunderstood.   Google had an open-communication culture in

22  which people who didn't work on the involved teams could

23  communicate on products.   So this was educating them of their

24  responsibility, so it had additional context as well.

25  \\\

1   BY MS. MOSKOWITZ:

2   Q.   Yeah.  And the original context here is that Google ends

3   up in court quite a bit and has to produce documents in those

4   cases; right?

5   A.   That was one of the contexts, yes.

6   Q.   Right.  And what it says here "is to help avoid retention

7   of instant messages"; right?

8   A.   Yes.

9   Q.   Right.  So it's deciding to make off the record the Chat

10  default setting to avoid or to help -- to help avoid

11  inadvertent retention of those documents; yes?

12  A.   That's correct.

13  Q.   The e-mail continues on to let employees know that they

14  can still preserve their Chat messages.  It says (as read):

15          "You will still be able to save talk conversations

16      that are useful to you."

17      Do you see that?

18  A.   Yes.

19  Q.   But it warns Google employees again (as read):

20          "Please remember that on-the-record conversations

21      become part of your more or less permanent record and are

22      added to Google's long-term documents storehouse."

23      Right?

24  A.   That's correct.

25  Q.   So meaning on-the-record chats would become discoverable

**PICHAI - DIRECT / MOSKOWITZ**

1   in litigation down the road; right?

2   **A.**   That's correct.

3   **Q.**   Now, Google recognized its expected discovery obligations,

4   and its response was to automatically delete chats after

5   24 hours; right?

6   **A.**   I wasn't an employee receiving at that time, so, you know,

7   I can't give full context on the thought process but the e-mail

8   lays it out, yes.

9   **Q.**   That is what this decision was at this time -- as you read

10  this e-mail, the decision at this time was that Google

11  recognized its expected discovery obligations, and its response

12  was to automatically delete Chats after 24 hours; right?

13  **A.**   That's correct.

14  **Q.**   Those Chats may otherwise have been collected and produced

15  in litigation and regulatory matters; right?

16  **A.**   Yes.

17  **Q.**   Google maintained this policy that we're looking at here

18  even after you became CEO; right?

19  **A.**   That's correct.

20  **Q.**   And you maintained this policy while this case was going

21  through discovery; right?

22  **A.**   That's correct.

23  **Q.**   And as CEO, you knew that all Google employees, even those

24  under a legal hold, had the default setting on their Chats to

25  delete after 24 hours?

PICHAI - DIRECT / MOSKOWITZ

1  **A.**   Yes.  I rely on our legal and compliance teams to advise

2  me on our obligations here, so -- and I --

3  **Q.**   But you were aware of it, though?

4  **A.**   That's right, yeah.

5  **Q.**   Okay.  So as CEO --

6       **THE COURT:**  I'm sorry, if I may.

7       Who specifically on the legal and compliance teams would

8  you typically rely on for that advice?

9       **THE WITNESS:**  It would be typically Mr. Kent Walker,

10 our chief legal officer, Your Honor.

11      **THE COURT:**  Okay.  Good.  Thank you.

12      Please, go ahead.

13 **BY MS. MOSKOWITZ:**

14 **Q.**   So as CEO, you knew that all Google employees, even when

15 under a legal hold, had the default setting on their Chats to

16 delete after 24 hours?

17 **A.**   That's correct.

18 **Q.**   And as CEO, you never took -- personally took any steps to

19 change the policy in order to ensure that Google was meeting

20 its obligations to preserve documents for discovery?

21 **A.**   There wasn't any recommendation for my consideration,

22 so...

23 **Q.**   So no one recommended the change and you didn't recommend

24 any change yourself?

25 **A.**   And I was aware that in case of litigation hold, our team

**PICHAI - DIRECT / MOSKOWITZ**

1   would follow-up and instruct employees to preserve all

2   documents, including e-mail documents and chats, related to

3   litigation holds.

4   **Q.**   So as far as you knew, Google was preserving all of its

5   e-mail and instant message communications?

6   **A.**   We would instruct employees to do so, and I would expect

7   our employees to uphold those instructions.

8   **Q.**   Okay.  But you didn't take any steps or worry about the

9   fact that the Chat setting was set to automatically delete

10  after 24 hours?

11  **A.**   I supported all recommendations from our legal and

12  compliance teams.

13  **Q.**   Now, there have been instances when you asked people that

14  you were chatting with to turn history off so that the chats

15  are deleted; right?

16  **A.**   I've rarely done so.  I can recall one occasion.

17  **Q.**   Right.  You have seen at least one occasion; right?

18  **A.**   That's correct.

19  **Q.**   Now, let's look at that.  Please turn to your binder

20  Exhibit 2731, please.

21  **A.**   (Witness examines document.)

22  **Q.**   Are you there, sir?

23  **A.**   Yes.

24  **Q.**   Exhibit 2731 is a Google Chat conversation you

25  participated in on October 12, 2021; right?

1    **A.**   That's correct.

2           **MS. MOSKOWITZ:**  Your Honor, I move Exhibit 2731 into

3    evidence.

4           **MR. POMERANTZ:**  No objection, Your Honor.

5           **THE COURT:**  It is admitted.

6           (Trial Exhibit 2731 received in evidence.)

7           **MS. MOSKOWITZ:**  All right.  Let's put that on the

8    screen here.

9    **BY MS. MOSKOWITZ:**

10   **Q.**   The first line, just to orient ourselves, is a chat from

11   you, and you ask for a link for your leader circle tomorrow.

12   Do you see that?

13   **A.**   That's correct.

14   **Q.**   You were asking your team for a link to a document that

15   the team was working on?

16   **A.**   This was an external event.  I was preparing to speak --

17   **Q.**   Sir, sir, I understand what you're going to say and you'll

18   have a chance.

19         Listen to my question, please.  My question was:  You were

20   asking your team for a link to a document that your team was

21   working on; right?

22   **A.**   Yes.  For an external event, yes.

23   **Q.**   I just want to try to get through this together.  It's a

24   pretty simple question.  I'm not asking what it was about yet.

25   I'll get there.

PICHAI - DIRECT / MOSKOWITZ

1    But for now my question was just:  You were asking your

2    team for a link to a document that the team was working on;

3    yes?

4    **A.**    Yes, that's correct.

5    **Q.**    Now, this chat -- I heard you just say it, I'm not

6    disputing -- this isn't about Google Play or Android; right?

7    We can agree?

8    **A.**    Yes.  This had nothing to do with it.

9    **Q.**    All right.  I will stipulate that to you.  Okay?

10    But this is a business communication.  You were working on

11    something with your team for Google; right?

12    **A.**    That's correct.

13    **Q.**    Okay.  Now, immediately asking the team for the business

14    document that you were working on, you wrote, quote (as read):

15        "Also, can we change the setting of this group to

16        history off?"

17    Do you see that?

18    **A.**    Yes.

19    **Q.**    And you understood that by asking your team to change the

20    setting of the group chat to history off, you were asking them

21    to ensure that the chat would be deleted in 24 hours; right?

22    **A.**    For this chat, yes.

23    **Q.**    Now, based on the timestamps, do you see the one that we

24    just highlighted as 4:53 and 28 seconds?  Do you see that?

25    **A.**    Yes.

PICHAI - DIRECT / MOSKOWITZ

1    Q.    And 9 seconds later, 4:53:37, after you told the team to

2    change the setting to history off, there's a notification that

3    says "Deleted on" and a timestamp.  Do you see that?

4    A.    Yes.

5    Q.    And right after that "Deleted on," it repeats exactly your

6    prior message; right?

7    A.    That's correct.

8    Q.    And take a moment to look.  This is the only Chat message

9    that says "Deleted on."  Do you see that?

10   A.    That's right.

11   Q.    Now, it says "deleted" and it gives you the time it was

12   deleted because you clicked a button to delete that one message

13   instructing your team to turn history off; right?

14   A.    Not that I recall.  This seems to be some glitch because

15   it repeats my original statement right after that.  I don't

16   recall clicking a "delete" button.

17   Q.    Right.  You don't recall and you're speculating that this

18   is some sort of glitch in the system?

19   A.    Because it repeats the same question from before too, so I

20   quite don't know what happened right there.

21   Q.    Yeah.  You just have no idea what happened there?

22   A.    No.

23   Q.    So you don't have any idea about whether if someone does,

24   in fact, click a button to delete, that that's precisely how it

25   shows up on the back end?

PICHAI - DIRECT / MOSKOWITZ

1   **A.**   It may, but, you know, I don't recall deleting it.  I was

2   just talking about a --

3   **Q.**   Sir, I understand.  You can explain what you were talking

4   about and why you wanted it to be deleted or why you wanted it

5   to be turned off.  I'm just asking you a question.

6        Do you have any knowledge that when a user, like yourself,

7   clicks a button to delete it, that that's precisely how it

8   shows up on the back end when it gets produced?

9   **A.**   But it won't reproduce the next line after that.

10  **Q.**   Do you know that, sir, or are you guessing that?

11  **A.**   Yeah, that's how the product works.  I understand how the

12  product works.

13  **Q.**   Do you?

14  **A.**   Yes.

15  **Q.**   Okay.  Well, what about if it said "Updated on"?  If it

16  said "Updated on," wouldn't it repeat exactly what you wrote

17  before with whatever you edited?

18  **A.**   I haven't seen that particular behavior, no.

19  **Q.**   You haven't seen that?

20  **A.**   No.

21  **Q.**   No.  So if we've seen that here and a witness has said

22  that that is precisely what it would look like when it got

23  produced to us when someone pressed the button to delete, you

24  would have no basis to actually dispute that, would you?

25  **A.**   No.

PICHAI - DIRECT / MOSKOWITZ

1  **Q.**   You can put that away.

2      Back to 2013 when you began leading the Android and

3  Google Play business.  Android was the most popular mobile

4  operating system in the world at that time?

5  **A.**   Yes.

6  **Q.**   And by 2013 Android had already captured a majority of the

7  global smartphone market; right?

8  **A.**   I think it was the most popular operating system by then,

9  yes.

10 **Q.**   And by the same time Google Play was also the most widely

11 used app store on Android?

12 **A.**   That's my understanding, yes.

13 **Q.**   You're familiar with the term "OEM"?

14 **A.**   Yes.

15 **Q.**   And by now we don't actually have to define that anymore.

16 I think everyone's heard that enough.

17     But just as a refresher, an OEM is a company that

18 manufactures a piece of hardware that runs an operating system;

19 is that fair?

20 **A.**   That's correct.

21 **Q.**   And, for example, there are OEMs that make and sell

22 personal computers that run the Windows operating system;

23 right?

24 **A.**   That's correct.

25 **Q.**   And there are various OEMs that manufacture smartphones

PICHAI - DIRECT / MOSKOWITZ

1   that run the Android operating system?

2   **A.**   Correct.

3   **Q.**   OEMs can preinstall apps on their smartphones that they

4   make; right?

5   **A.**   Are you talking for Windows or for Android or for in

6   general?

7   **Q.**   Well, sure, we can start in general.

8   **A.**   Yes.

9   **Q.**   OEMs can preinstall applications on their device that they

10  intend to sell.

11      Okay.  And OEMs for smartphones can preinstall apps on the

12  smartphones they manufacture?

13  **A.**   Yes, that's correct.

14  **Q.**   And OEMs of personal computers can install apps on their

15  computers that they intend to sell?

16  **A.**   That's correct.

17  **Q.**   Now, for the apps that are preinstalled by OEMs -- and

18  I'll talk about phones for now -- there's nothing a user needs

19  to do to download that app; it's just there when the phone is

20  opened up for the first time; right?

21  **A.**   That's correct, yeah.

22  **Q.**   Having an app preinstalled is a good thing for a

23  developer; right?

24  **A.**   Yes.

25  **Q.**   And having an app store preinstalled is a good thing for a

PICHAI - DIRECT / MOSKOWITZ

1   store to reach users?

2   **A.**   Yes.

3   **Q.**   The default home screen on a phone is the screen that a

4   user sees when the phone is booted up; right?

5   **A.**   That's correct.

6   **Q.**   And in general, OEMs of smartphones can choose to

7   preinstall apps on the default home screen of the phones they

8   make?

9   **A.**   Yes.

10  **Q.**   In the early days of Android, Google created an ecosystem

11  on Android that was built around Google's own apps and

12  services; right?

13  **A.**   Amongst many things, yes.

14  **Q.**   And when you took over Android, there were some large

15  firms like Samsung, Amazon, Facebook that had the potential to

16  create alternative ecosystems within Android; right?

17  **A.**   Yes.

18  **Q.**   And their apps competed with Google Play; right?

19  **A.**   Are you talking about their app stores or just their apps

20  in general?

21  **Q.**   Their potential to create alternative ecosystems competed

22  with Google Play; right?

23  **A.**   "Ecosystem" is a very broad word.  I'm just trying to

24  understand your question.  By "ecosystem," can you clarify what

25  you mean?

PICHAI - DIRECT / MOSKOWITZ

1  Q.   Sure.  Well, each of them had the potential to have an app

2  store; right?

3  A.   That's correct, yeah.

4  Q.   And those app stores would compete with Google Play?

5  A.   Yes.

6  Q.   Okay.  Now, you met regularly with Android and Google Play

7  leadership teams at the time you became the head of the

8  business and thereafter?

9  A.   Yes, that's correct.

10 Q.   And it was common practice for a member of the meeting to

11 summarize and circulate notes after the meeting took place;

12 right?

13 A.   Yes.  Yes.

14 Q.   If you could turn to Exhibit 2726, please, in your binder.

15 A.   (Witness examines document.)

16 Q.   Are you there?

17 A.   Yes.

18 Q.   All right.  This is an e-mail from April 17th, 2013, on

19 behalf of Ryan Gibson.  Do you see that?

20 A.   Yes.

21 Q.   And this is summarizing notes of an Android leadership

22 meeting that took place on April 16th, 2013?

23 A.   Yes.  It looks like it, yes.

24         MS. MOSKOWITZ:  Your Honor, I move 2726 into evidence.

25         MR. POMERANTZ:  No objection, Your Honor.

1          **THE COURT:**  It is admitted.

2          (Trial Exhibit 2726 received in evidence.)

3    **BY MS. MOSKOWITZ:**

4    **Q.**   All right.  Let's take a look here.

5          You see notes April 16th, 2013, at the top there?

6    **A.**   Yes.

7    **Q.**   And he's sending it to the Android leadership listserv

8    that you were part of?

9    **A.**   That's correct.

10   **Q.**   All right.  Let's look at the first paragraph, and it says

11   "Sundar."  Do you see that?

12   **A.**   Yes.

13   **Q.**   And so here he starts summarizing a set of things that you

14   had communicated at the meeting?

15   **A.**   His -- his take on what happened in the meeting, that's

16   correct.

17   **Q.**   Well, right here it's his take on what you said at the

18   meeting; right?

19   **A.**   He's paraphrasing me.  Not exactly what I said but, yes.

20   **Q.**   Understood.  But he's summarizing the part of the meeting

21   where you were speaking?

22   **A.**   That's correct.  That's correct.

23   **Q.**   Okay.  And in the fourth paragraph down on the bottom you

24   say this is where he starts summarizing what Mr. Lockheimer,

25   Hiroshi Lockheimer, started saying?

PICHAI - DIRECT / MOSKOWITZ

1  A.   The meetings are back and forth, so it doesn't exactly

2  flow this way.  So he's using his judgment and paraphrasing and

3  summarizing; but with that, yes.

4  Q.   So let's go back up to the second paragraph -- well,

5  withdrawn.

6       Let me just -- Mr. Gibson in good faith was attempting to

7  capture the meeting as he was hearing it and understanding it;

8  right?

9  A.   Capture the discussion, a lively discussion, yes.

10  Q.   He was taking notes and trying to summarize in good faith

11  what had occurred at that meeting?

12  A.   That's correct.

13  Q.   All right.  Let's go to that second paragraph here.  He

14  summarizes you as saying (as read):

15          "Android did a great thing from an open-source origin

16      getting 70 percent phone share."

17      Do you see that?

18  A.   That's correct.

19  Q.   And he says there was a discussion about partner

20  competitor positioning within the Android's ecosystem.  Do you

21  see that?

22  A.   Yes.

23  Q.   And he refers to Samsung, Amazon, and Facebook as the

24  partner competitors?

25  A.   That's correct.

PICHAI - DIRECT / MOSKOWITZ

1  Q.   And to be clear, this is discussing competitors'

2  positioning within the Android ecosystem; right?

3  A.   Not necessarily.  I mean, we compete with them across

4  multiple, multiple areas.

5  Q.   Okay.  But right here it's talking about their positioning

6  within the Android ecosystem; right?

7  A.   I don't see the word "within."  It says "with."  And this

8  is him paraphrasing.  I thought of these people as competing

9  across the scale and scope of Google overall.

10 Q.   Well, we just discussed that these three companies were

11 threatening to have competing app stores to Google Play; right?

12 A.   Not that I was aware of, like I said.

13 Q.   You weren't aware of that?

14 A.   Not -- not from Facebook, as an example.

15 Q.   Okay.  So you had no idea that Facebook was threatening to

16 be an app distribution mechanism?

17 A.   We -- we realized Facebook had the potential to drive

18 discovery of apps, but at least I wasn't aware of any specific

19 work from them to become an app store.  At least not that I

20 recall.

21 Q.   All right.  So you just don't distinguish in your mind

22 becoming an actual store as opposed to a distribution platform

23 and discovery platform for apps?

24 A.   That's right.

25 Q.   Okay.  But so if we're talking about alternative app

1   distribution, including but not limited to storage, you

2   understood Facebook was a potential competitor?

3   A.   That's right, yeah.

4   Q.   Okay.  And they were a potential competitor to do that app

5   distribution within Android; right?

6   A.   Facebook drives app installs both on Android and IOS, so

7   it's across everything they do, that's correct.

8   Q.   Right.  But with respect to what you, Google, were

9   thinking about -- well, withdrawn.

10       Does Samsung distribute apps on IOS?

11  A.   No, they don't.

12  Q.   Okay.  So does Amazon distribute apps on IOS?

13  A.   I don't think IOS allows other app stores.  Android does,

14  so probably Amazon was only thinking about -- Amazon promotes

15  apps and drives app installs to IOS.  They don't have a store.

16  Q.   Sir, I just asked -- I'm asking about distribution of

17  apps, not advertisements or not pointing people.  I'm just

18  talking --

19  A.   I'm just trying to understand your question and answer

20  back.

21  Q.   Yes.

22  A.   There are nuances in these questions.

23  Q.   You will have a chance.  I'm asking --

24  A.   This is my chance.  I'm trying to answer your question.

25  Q.   I want to ask it again because I don't think you are.

PICHAI - DIRECT / MOSKOWITZ

1  A.   Please.

2  Q.   Amazon, as an app distribution mechanism, cannot do that

3  on IOS?  Yes or no.

4  A.   I think they can.

5  Q.   You think that Amazon can deliver apps to IOS devices?

6  A.   Not deliver.  In terms of discovery, yes, they can.

7  Q.   Okay.

8  A.   That's why I'm just trying to understand your question.

9  Q.   You cannot go to the Amazon App Store --

10      THE COURT:  Let's let the witness finish.

11  Go ahead.

12      MS. MOSKOWITZ:  Sure.

13  BY MS. MOSKOWITZ:

14  Q.   You cannot go to the Amazon --

15      THE COURT:  Let's let the witness finish.

16      MS. MOSKOWITZ:  Oh, I thought he did.

17      THE COURT:  Go ahead.

18  BY MS. MOSKOWITZ:

19  Q.   You said you think they can?

20  A.   Amazon --

21  Q.   You said you think they can; right?

22      THE COURT:  Ms. Moskowitz, just let -- you can be

23  quiet for a moment and the witness will talk.

24  Go ahead.  All right.

25      THE WITNESS:  Amazon can promote an application to an

**PICHAI - DIRECT / MOSKOWITZ**

1    IOS user and, hence, drive discovery.  So, you know,

2    distribution could be discovery, it could be subsequent

3    fulfillment.  So it encompasses all of those things.  So can

4    Amazon drive discovery to IOS users?  Yes, they can.

5    **BY MS. MOSKOWITZ:**

6    **Q.**    Okay.  But Amazon cannot actually offer an app store on

7    IOS?

8    **A.**    That's right, not an app store.

9    **Q.**    Right.  So it can put an advertisement on their website

10   and drive people to an install; is that what you're talking

11   about?

12   **A.**    That's right, and that's the context in which Facebook

13   does it here too.

14   **Q.**    Okay.

15   **A.**    So it depends on what you're talking about.

16   **Q.**    Is Samsung doing that?

17   **A.**    No.

18   **Q.**    Okay.  So Samsung --

19   **A.**    The three players here are doing different things, so I'm

20   trying to answer it in a nuanced way.

21   **Q.**    Samsung is referenced here in the context of within the

22   Android's ecosystem; right?

23   **A.**    That's correct.

24   **Q.**    Okay.  And Amazon, you're aware, was trying to get an

25   Amazon App Store onto Android devices; right?

**PICHAI - DIRECT / MOSKOWITZ**

1  **A.**   I think at the time they had an app store, yes.

2  **Q.**   And Facebook was trying to get an Android distribution

3  platform on Android; right?

4  **A.**   They were an app discovery platform at that time.  That's

5  what I was aware of.

6  **Q.**   So you have no information whatsoever about whether

7  Facebook ever was investigating and trying to launch an app

8  distribution platform on Android?

9  **A.**   Not something I was concerned about, yeah.

10  **Q.**   Not that you were concerned.  Were you aware, sir?

11  **A.**   I can't recall for sure.

12  **Q.**   Now, you understood that OEMs were in discussion --

13  Android OEMs were in discussion with Amazon, Samsung, and

14  Facebook to preinstall Samsung, Amazon, and Facebook apps onto

15  their devices; right?

16  **A.**   Their applications, yes.  Yeah.

17  **Q.**   And that included their stores; right?

18  **A.**   I wasn't aware of any conversations around OEMs discussing

19  with Facebook about Facebook's app store, but I was aware of

20  Amazon and Samsung, yes.

21  **Q.**   So you understood that there was a potential for Samsung

22  and Amazon -- we'll set aside Facebook -- to be reaching

23  agreements with OEMs to preinstall app stores onto their

24  Android devices?

25  **A.**   That's correct.

**PICHAI - DIRECT / MOSKOWITZ**

1    **Q.**   Now, after this, the third paragraph says (as read):

2              "Should we revisit the rules now that we aren't an

3         upstart open-source operating system?"

4         Do you see that?

5    **A.**   Yes, that's correct.

6    **Q.**   And at the end of that paragraph it says that (as read):

7              "The nightmare scenario is we lose control of

8         Android.  Can't take what we have here for granted."

9         Right?

10   **A.**   (No audible response.)

11   **Q.**   All right.  So let's look at some of those rules Google's

12   put in place.

13        Google -- and you can take that down.

14        Google enters into an agreement with Android OEMs called

15   the Mobile Application Distribution Agreement or the MADA;

16   right?

17   **A.**   That's correct.

18   **Q.**   And pursuant to the MADA's that OEMs entered into with

19   Google, the OEMs must place Google Play on the default home

20   screen of their Android devices; right?

21   **A.**   That's correct.

22   **Q.**   And virtually all OEMs that manufacture Android

23   smartphones have entered into a MADA?

24   **A.**   Yes, that's correct.

25   **Q.**   And as a result, Google Play is preinstalled on the

PICHAI - DIRECT / MOSKOWITZ

1    default home screen of nearly all Android smartphones?

2    **A.**   Yes.   Typically not on an exclusive basis but, yes, it's

3    preload -- they're preloaded.

4    **Q.**   As a result of the MADA -- please listen to my question.

5        As a result of the MADA, Google Play is preinstalled on

6    the default home screen of nearly all Android smartphones;

7    correct?

8    **A.**   That's correct.

9    **Q.**   Placement on a default home screen of a phone as opposed

10   to being on another screen tends to lead to more usage of those

11   apps; right?

12   **A.**   Typically, yes.   Yeah.

13   **Q.**   And some Android OEMs have created their own app stores;

14   right?

15   **A.**   That's correct.

16   **Q.**   Samsung, for example, operates the Galaxy Store?

17   **A.**   That's correct, and it's typically preinstalled on their

18   phones right next to Google Play.

19   **Q.**   Sir, I just need you to answer my questions one by one.

20   Okay?

21       All I asked you was:   Samsung, for example, operates the

22   Galaxy Store; correct?

23   **A.**   Correct.

24   **Q.**   Okay.   And the MADA requires Samsung to put Google Play on

25   the default home screen even if the Galaxy Store is also on the

1    home screen?

2    **A.**    That's correct.

3    **Q.**    And it would not surprise you if some OEMs would prefer to

4    use only their own app store instead of also having to offer

5    Google Play; right?

6    **A.**    Yeah, it wouldn't surprise me.

7    **Q.**    It wouldn't surprise you if that some OEMs had a

8    preference to just install their own app store, not also

9    Google Play; right?

10   **A.**    There are times.  We are trying to run an Android

11   ecosystem for all users and OEMs have their own preferences, so

12   sometimes there could be disagreements, yes.

13   **Q.**    And the disagreement that could sometime happen is that an

14   OEM wants their own store to be the only store on the phone?

15   **A.**    This hasn't been a topic that they raised with me; right?

16   But, yes, it wouldn't surprise me they had concerns along those

17   directions.

18   **Q.**    Okay.  If Google did not require those OEMs to place

19   Google Play on the default home screen, some OEMs would place

20   it somewhere else even if they put it on at all; right?

21   **A.**    They might.  I think it would impact their sales competing

22   with Apple, and so I don't think practically they would.

23         **MS. MOSKOWITZ:**  Your Honor, page 42 in the first

24   transcript in your binder, please, lines 13 to 17.  Page 42.

25         **THE COURT:**  15 to 17?

1          MS. MOSKOWITZ:  13 to 17, Your Honor.

2          THE COURT:  13.

3                    (Pause in proceedings.)

4          THE COURT:  That's fine.

5          MS. MOSKOWITZ:  Let's put that on the screen, please.

6   BY MS. MOSKOWITZ:

7   Q.    Do you recall taking a deposition in this case?

8   A.    Yes.

9   Q.    And you were under oath?

10  A.    Yes.

11  Q.    And you told the truth?

12  A.    Yes.

13  Q.    Do you see here that you were asked the following question

14  and gave the following answer?  (as read):

15        "QUESTION:  And so in that event if Google did not require

16        those OEMs to place Google Play on the default home

17        screen, some OEMs would place it somewhere other than the

18        home screen; correct?

19        "ANSWER:  I would assume so, yes."

20        Did I read that correctly?

21  A.    That's correct.

22  Q.    Now, because of the MADA, any OEM who wants to promote its

23  own app store by placing it on the default home screen must

24  also place Google Play on that same default home screen; right?

25  A.    That's correct.

1    Q.    If an OEM stopped preinstalling Google Play on the default

2    home screen, that OEM would not have any access to preinstall

3    any of the Google GMS apps; right?

4    A.    Today, that's right, because this is part of the MADA

5    requirement.  That's right.

6    Q.    I just didn't hear that first word.

7          That's right.  Okay.  I saw it.  Thank you.

8          All right.  So if an OEM stopped placing Google Play on

9    the home screen, the default home screen, it would lose --

10   under the MADA, it would lose access to offering the GMS apps

11   and the core Android APIs; right?

12   A.    That's correct.  These are the placement requirements for

13   the MADA.

14   Q.    Right.  And so if they violate those placement

15   requirements, they lose the ability to preinstall any of those

16   Google apps and they lose access to the core APIs that Google

17   makes available?

18   A.    That's correct.

19   Q.    And those core Android APIs are a set of APIs on which a

20   lot of Android applications depend; right?

21   A.    That's correct, and it provides a lot of value to OEMs as

22   well.

23   Q.    A lot of Android applications that are made and offered

24   today depend -- they don't work without those APIs; right?

25   A.    That's correct.

1    **Q.**   So if an OEM decides not to preinstall Google Play on the

2    default home screen, a lot of Android applications will just

3    not work on that smartphone; right?

4    **A.**   That's correct.  The OEM can take open-source Android and

5    not license MADA and still pursue their own smartphone.  It's

6    up to them there.

7    **Q.**   Right.  But not a single OEM has ever gone that route;

8    right?

9    **A.**   Because they find tremendous value --

10   **Q.**   Sir --

11   **A.**   -- and they can compete better with iPhones by using

12   this, yes.

13   **Q.**   Sir, I'm sure you have lots of reasons why they make that

14   choice.  I'm just saying, not a single OEM has made that choice

15   to set aside the MADA; right?  They all have entered into it;

16   right?

17   **A.**   That's not correct.  There are OEMs who have set aside

18   MADA and have shipped phones before.

19   **Q.**   Currently today there's not a single OEM that is selling

20   an Android smartphone that has not signed a MADA; right?

21   **A.**   Not today.

22   **Q.**   Okay.  So people have tried and failed before?

23   **A.**   Because the market values, the consumers value what we

24   provide through the MADA application.

25   **Q.**   OEMs can sometimes set certain apps or services to be the

1  default for certain functions on their smartphones; right?

2  **A.**    That's correct.

3  **Q.**    For example, OEMs can set a default app store for the

4  smartphones they sell?

5  **A.**    That's correct.

6  **Q.**    And similar to preinstallation, having an app set as a

7  default is a way to drive usage?

8  **A.**    That's correct.

9  **Q.**    And when an app is set as a default, users are more likely

10  to see and to try that app?

11  **A.**    That's correct.  To some extent, yes.

12  **Q.**    It's correct that when an app is set as a default, users

13  are more likely to see and to try that application; right?

14  **A.**    Not always.

15  **Q.**    Okay.

16        **MS. MOSKOWITZ:**  Your Honor, page 25, please, lines 14

17  to 19.

18                          (Pause in proceedings.)

19        **THE COURT:**  That's fine.

20  **BY MS. MOSKOWITZ:**

21  **Q.**    You were asked the following question and gave the

22  following answer at your deposition (as read):

23        ▪**QUESTION:**  When an app is set as a default, users are

24        more likely to see and to try that application; right?

25        ▪**ANSWER:**  Yes, that's one of the values that an app

1          developer sees in the process.  Yes, that's correct."

2          Did I read that correctly?

3   **A.**    Yeah.  That's how the developer sees it, but --

4   **Q.**    Sir, did I read it correctly?

5   **A.**    Yes.

6   **Q.**    The value of defaults can be worth billions of dollars

7   depending on the app or service; right?

8   **A.**    In some cases, yes.

9   **Q.**    And, in fact, Google pays Apple to the tune of billions of

10  dollars to have Google Search to be the default search on IOS

11  services?

12  **A.**    That's correct.

13  **Q.**    That's billions of dollars every year; right?

14  **A.**    That's correct.

15  **Q.**    How much -- how many billions was it last year?

16  **A.**    I don't recall the specific amount, but it was well over

17  $10 billion is what I recall.  And we generate a lot of revenue

18  back, but that's what I recall.

19  **Q.**    It was well over 10, did you say?

20  **A.**    That's correct.

21  **Q.**    Isn't it closer to 20, sir?

22  **A.**    I don't recall the exact number.

23  **Q.**    Okay.  But if you heard something like at least 18, that

24  wouldn't shock your conscience?

25  **A.**    It wouldn't surprise me.

**PICHAI - DIRECT / MOSKOWITZ**

1  Q.    Okay.  And Google pays billions of dollars to Apple every

2  year because being set as the default is valuable?

3  A.    That's correct.

4  Q.    And Google also pays Google Search revenue share to

5  Android OEMs to make Google Search the default on their

6  devices?

7  A.    That's correct.

8  Q.    And you have an understanding as to the revenue share

9  percentages that Google pays Apple and Android?

10 A.    In some cases, yes, and some cases at a very high level.

11 I don't know the specifics in some cases.

12 Q.    Okay.  You're aware that with respect to the revenue share

13 that Apple pays -- excuse me -- Google pays to Apple is

14 36 percent?

15 A.    That's correct.

16 Q.    And are you aware that Google pays 16 percent to Samsung?

17 A.    I'm not exactly sure of the specific number there.  In the

18 case of Samsung, sometimes we also pay the carrier and the OEM;

19 whereas, in the case of Apple, we just pay Apple because they

20 get both shares there.

21 Q.    In terms of what your Samsung partner gets directly,

22 separate from any other parties, Samsung gets less than half of

23 what Apple gets in terms of revenue share percentage; right?

24 A.    Yes.  We provide Android to Samsung as well, so...

25 Q.    Sir, I'm just going to ask it again.

1       In terms of the revenue share on Search that the largest

2   OEM partner that Android has, Samsung, gets is less than half

3   of what Google pays Apple for Search revenue?

4   **A.**   I'm not aware of the specific rev share number for

5   Samsung, so I'm not able to exactly answer it.   But it is

6   apples and oranges so that's why --

7   **Q.**   Sir, okay, you will have a chance.   I'm just asking for

8   numbers.

9       If Samsung's share is under -- is around 16 percent and

10  the revenue share to Apple is 36 percent, you would agree that

11  that's less than half to Samsung?

12  **A.**   If those are the numbers, yes.

13  **Q.**   Okay.   But you just don't know?

14  **A.**   I don't know the Samsung.

15  **Q.**   Okay.   You know the Apple one?

16  **A.**   That's correct.

17  **Q.**   I got it right?

18  **A.**   That's correct.

19  **Q.**   All right.   You agree with the notion that the more steps

20  you add to a user flow, users become less likely to complete

21  that flow; right?

22  **A.**   Typically, yes.

23  **Q.**   And the term that is used to describe more work by the

24  user is "friction"; right?

25  **A.**   Yes.

1  **Q.**   And adding steps to a user flow is an example of friction;

2  right?

3  **A.**   That's correct.

4  **Q.**   The more steps a user needs to take, the more friction

5  there is; right?

6  **A.**   Yes.   Friction can have benefits but, yes.

7  **Q.**   Well, separate from why you might think friction is a good

8  idea, the more steps a user needs to take, the more friction

9  there is; right?

10  **A.**   That's correct, yeah.

11  **Q.**   And the more friction there is, the less likely the user

12  completes that flow?

13  **A.**   Typically, yes.   Yeah.

14  **Q.**   Now, the process of changing a default app or a default

15  service is an example of friction?

16  **A.**   Can you repeat that question?

17  **Q.**   Sure.

18      The act or the process of changing a default, like a

19  default app or a default service, that is an example of

20  friction?

21  **A.**   Yes.

22  **Q.**   One of the default settings on Android is that Google

23  disables direct downloading by default.   You're aware of that?

24  **A.**   That's correct.

25  **Q.**   So someone has to change the default settings to even

PICHAI - DIRECT / MOSKOWITZ

1    initiate a direct downloading flow; right?

2    **A.**    If you mean outside the Play Store, yes.

3    **Q.**    Yes, I do.

4    **A.**    Yeah.  Yes.

5    **Q.**    Okay.  So you understand that one way to get apps is

6    through the Google Play Store; right?

7    **A.**    That's correct.

8    **Q.**    And another way to get an app is directly from a website?

9    **A.**    That's correct.

10   **Q.**    Okay.  So that's a direct downloading flow?

11   **A.**    Yes.

12   **Q.**    Okay.  Now, when someone wants to do that, before they can

13   even start, they have to go and change a default setting in

14   their phone?

15   **A.**    That's correct.

16   **Q.**    And that's the unknown sources setting?

17   **A.**    That's correct.

18   **Q.**    And you personally have tested the process of directly

19   downloading from a website onto an Android phone?

20   **A.**    That's correct.

21   **Q.**    So you would agree that the steps and the screens that

22   Google imposes that a user has to go through are an example of

23   friction; right?

24   **A.**    Yes.

25   **Q.**    And because of the frictions in that direct downloading

PICHAI - DIRECT / MOSKOWITZ

1   process, it's easier for Android users to download apps from

2   Google Play than directly from developers?

3   **A.**   Sorry.  Can you repeat the question.

4   **Q.**   Sure.

5        So because of the frictions in that direct downloading

6   flow or process, it is easier for an Android user to download

7   an app from Google Play than it is from downloading directly

8   from a developer website; right?

9   **A.**   Well, the initial time; but subsequent, once you're given

10  the permission, the flow is the same.

11  **Q.**   Okay.  Well, that's a new change, isn't it, sir?

12  **A.**   Actually, I'm not aware of that.

13  **Q.**   Right.  So you don't know that up until quite recently,

14  the direct downloading flow required someone to do that every

15  time they wanted to update the app?

16  **A.**   I'm not sure of the specifics of the change, so I don't

17  know that.

18  **Q.**   Okay.  We should talk to some other engineers and other

19  folks about that?

20  **A.**   There are executives, there are senior vice presidents who

21  run Android, Mr. Hiroshi Lockheimer and Mr. Sameer Samat.

22  **Q.**   Okay.  They'll know better.

23       But you know that once a user disables the unknown sources

24  setting, the user has to click through a series of warnings and

25  screens that Google imposes; right?

**PICHAI - DIRECT / MOSKOWITZ**

1    **A.**   As part of the initial setup, yes.

2    **Q.**   And I just want to make sure.  When you say initial step,

3    you mean when they want to open the app after that, they don't

4    have to go through it again?

5    **A.**   No.  I'm saying when you -- for the first time you're

6    doing this, yes, you have to turn on unknown sources settings

7    and go through the set of steps there, yes.

8    **Q.**   Okay.  And then what do you mean when you say they don't

9    have to do that again?

10   **A.**   If you install an alternate app store and you've gone

11   through this process, after the first application, you can

12   continue doing that without these additional steps.

13   **Q.**   Okay.  And do you have any understanding as to whether

14   that's always been the case?

15   **A.**   I'm not fully sure.

16   **Q.**   Okay.  Now, Google claims that these warning screens are

17   intended to protect users from downloading malicious apps;

18   fair?

19   **A.**   That's correct.

20   **Q.**   But you understand and agree that some websites, such as

21   those from reputable developers, actually present very low

22   security risks; right?

23   **A.**   Yes, but --

24   **Q.**   Sir --

25   **A.**   -- those websites can be spoofed with that criteria.

**PICHAI - DIRECT / MOSKOWITZ**

1  Users have no way of knowing that it's the correct website.

2  **Q.**   Some websites, such as those from reputable developers,

3  actually present very low security risks; true?

4  **A.**   That's correct.

5  **Q.**   And Google's unknown sources flow does not distinguish

6  between those trusted developers and every other website;

7  right?

8  **A.**   That's correct.

9  **Q.**   So a user going to amazonappstore.com is treated exactly

10 the same as illstealyourinfo.com?

11 **A.**   That's right.  We don't distinguish between the URLs.

12 **Q.**   Okay.  I made those websites up.

13       Okay.  Let's move to a different topic.

14       The Chrome Web Store, you're familiar with that?

15 **A.**   Yes.

16 **Q.**   The Chrome Web Store is a store within the Chrome browser

17 on PCs?

18 **A.**   That's correct.

19 **Q.**   And it distributes browser extensions and web apps?

20 **A.**   The store is no longer available.  It was at one point.

21 If that's what you're asking, yes.

22 **Q.**   Sure.  So when it was available --

23 **A.**   That's right.

24 **Q.**   -- it distributed web extensions -- browser extensions --

25 excuse me -- and web apps?

PICHAI - DIRECT / MOSKOWITZ

1   **A.**   That's correct.

2   **Q.**   Okay.  I'm probably going to get this wrong, but a browser

3   extension is a piece of software that a user can install to,

4   like, customize its browser experience; is that fair?

5   **A.**   Pretty close.  It can add functionality to a website.

6   **Q.**   Okay.  And a web app is an app that runs on web pages that

7   are accessed through the Internet browser?

8   **A.**   That's correct.

9   **Q.**   Okay.  You ran the Chrome business before you became CEO?

10  **A.**   That's correct.

11  **Q.**   And you oversaw the launch of that Chrome Web Store during

12  the time you ran the Chrome business; right?

13  **A.**   That's correct.

14  **Q.**   For a developer who had developed an extension or a web

15  app, they could choose to offer that through the Chrome Web

16  Store or they could go through a PC app store or directly to

17  users; right?

18  **A.**   It can just -- it's normally typically a direct website.

19  That's what they would do.

20  **Q.**   But they could also use a PC app store?

21  **A.**   Yes.  I'm not sure there were PC app stores at the time

22  the Chrome Web Store existed.  So I think all it is, is either

23  you could just go to netflix.com or it could be an extension in

24  the Chrome Web Store.

25          **MS. MOSKOWITZ:**  Page 19, Your Honor, line 25, to

PICHAI - DIRECT / MOSKOWITZ

1  page 20, line 6, please.

2                    (Pause in proceedings.)

3          **THE COURT:**  That's fine.

4  **BY MS. MOSKOWITZ:**

5  **Q.**   You were asked the following question and gave the

6  following answer at your deposition (as read):

7          **"QUESTION:**  So for a developer who has developed an

8          extension or an app to offer to consumers or users of --

9          off the web, they could choose to offer that through the

10         Chrome Web Store or they could offer that -- choose to

11         offer that through a PC app store?

12         **"ANSWER:**  That's right."

13         Did I read that correctly?

14  **A.**   That's correct.

15  **Q.**   So in that respect, in that instance, PC app stores would

16  be considered by Google to be a competitor of the Chrome Web

17  Store; right?

18  **A.**   That's correct.  Now I recall there were no PC app stores

19  at that time.  That's why I'm clarifying.

20  **Q.**   But I read it correctly?

21  **A.**   That's right, yeah.

22  **Q.**   All right.  And so for PC app stores, in that respect,

23  they would be considered by Google to be a competitor of the

24  Chrome Web Store; right?

25  **A.**   Yes.  Though they didn't exist at that time, yes.

1  **Q.**   If they had existed, then they would have been a

2  competitor?

3  **A.**   If they had existed, yes, but that's not our thinking at

4  that time because there was no PC app store, yeah.

5  **Q.**   So you just forgot about that at your deposition?

6  **A.**   There were two parts to the question.  I didn't realize

7  there were no PC app stores.

8  **Q.**   Okay.  Well, let's look at another clip.

9         **MS. MOSKOWITZ:**  Then 19, Your Honor, lines 14 to 18.

10        **THE COURT:**  Yes.

11 **BY MS. MOSKOWITZ:**

12 **Q.**   You were asked the following question and gave the

13 following answer at your deposition (as read):

14        **"QUESTION:**  And during that time, when both PC app stores

15        were in existence and the Chrome Web Store, would the PC

16        app stores be considered by Google to be a competitor of

17        the Chrome Web Store?

18        **"ANSWER:**  In certain cases, yes."

19        Did I read that correctly?

20 **A.**   Yes.  And I agree with it, yes.

21 **Q.**   I read it correctly?

22 **A.**   Yes.

23 **Q.**   Thank you.

24        That same developer, we just established, could also

25 choose to offer its app or extension to be directly downloaded

1   from that developer's website; right?

2   **A.**   There was no downloading of a web application.  You would

3   just go do the site and just use it.

4   **Q.**   Okay.  So they could get it from the website?

5   **A.**   Yeah.  The website is the application, yeah.

6   **Q.**   All right.  But you disagree that it was directly

7   downloaded from the website?

8   **A.**   You wouldn't go to netflix.com and download Netflix.  You

9   would just use it; right?  So I'm trying to clarify.  This is

10  apples and oranges; right?  These are --

11          **MS. MOSKOWITZ:**  Your Honor, lines -- page 20 --

12          **THE COURT:**  Go ahead.  Finish your answer.

13          **MS. MOSKOWITZ:**  Okay.

14          **THE COURT:**  Then you can ask your question.

15          **THE WITNESS:**  I'm just trying to give context that at

16  that time, this was back in, you know, well over a decade ago,

17  you could go to a website or in the Chrome Web Store we were

18  trying to bundle a website and some additional functionality to

19  offer as a web application, but a user wouldn't go to a website

20  and download an application.  You just went to the website and

21  used it.  That's all I'm trying to clarify.

22          **MS. MOSKOWITZ:**  Page 20, Your Honor, lines 7 to 10.

23                  (Pause in proceedings.)

24          **THE COURT:**  Okay.

25  \\\

1  BY MS. MOSKOWITZ:

2  **Q.**   You were asked the following question and gave the

3  following answer at your deposition (as read):

4       **"QUESTION:**  And that same developer could also choose to

5       offer it directly to be directly downloaded from that

6       developers website, for example?

7       **"ANSWER:**  That's correct."

8       Did I read that correctly?

9  **A.**   That's right.

10  **Q.**   The Chrome Web Store enabled developers to sell digital

11  goods within their Chrome web apps at some point; right?

12  **A.**   Yes.

13  **Q.**   And in 2011, in fact, you made an announcement at Google's

14  IO Conference that the Chrome Web Store would begin offering

15  in-app payments; right?

16  **A.**   That's correct.

17  **Q.**   And you announced that Google would be charging a

18  5 percent fee for using in-app payments through the Chrome Web

19  Store; right?

20  **A.**   That's correct.

21  **Q.**   All right.  We're going to put up a video on your monitor.

22  It might be familiar to you.  And I've marked it as

23  Exhibit 2720, which is the video where you and other Google

24  employees presented at that IO Conference in 2011.

25       **MS. MOSKOWITZ:**  And before I publish it, Your Honor,

PICHAI - DIRECT / MOSKOWITZ

1    I'll move it into evidence.

2              MR. POMERANTZ:  No objection, Your Honor.

3              THE COURT:  It's admitted.

4         (Trial Exhibit 2720 received in evidence.)

5              MS. MOSKOWITZ:  Thank you.

6    BY MS. MOSKOWITZ:

7    Q.   So I'm going to play for you two separate clips, and I'll

8    ask you a few questions in between.

9         So the first clip I'm going to play from the minute marked

10   23:21 to 24:21.

11                 (Video was played but not reported.)

12   BY MS. MOSKOWITZ:

13   Q.   All right.  So that was the first clip.  And that was one

14   of your colleagues announcing this at the 2011 conference?

15   A.   That's correct.

16   Q.   Now, this employee was reporting to the crowd that online

17   applications and social games were starting to pay to the tune

18   of 30 percent for payment fees; right?

19   A.   That's correct.

20   Q.   And Google Play at this time was charging 30 percent?

21   A.   That's correct.

22   Q.   And he was saying that 5 percent compared to 30 percent

23   was a great thing for developers; right?

24   A.   That's right.  That's what he was saying, yes.

25   Q.   And the crowd was pretty enthusiastic about that?

1   **A.**   Yeah.   They always are, yeah.

2   **Q.**   Okay.   So let's play the second clip, and that's where you

3   come in.   That's from 24:21 to 24:49.

4                 (Video was played but not reported.)

5   **BY MS. MOSKOWITZ:**

6   **Q.**   That was you, sir?

7   **A.**   Yes.

8   **Q.**   Okay.   And you told the audience that you were excited

9   about the functionality that was being added to the Chrome Web

10   Store?

11   **A.**   The payments functionality, yes.

12   **Q.**   And specifically with respect to the payments

13   functionality, you said (as read):

14         "The ability to have purchases made and processed

15         within the app instead of forcing users to leave the app

16         to make a payment was a game changer."

17   **A.**   That's right.   For the web, yes.

18   **Q.**   Well, in general, having to leave an app to make a

19   purchase breaks the experience for the user; right?

20   **A.**   Typically, yes.

21   **Q.**   And that's an example of friction that we've discussed?

22   **A.**   That's correct.

23   **Q.**   And you were also agreeing here that the 5 percent fee for

24   those in-app purchases would be good for developers; right?

25   **A.**   That's correct.

**PICHAI - DIRECT / MOSKOWITZ**

1  **Q.**  Now, there was some discussion within Google at the time

2  with respect to the 5 percent fee as to how that compared to

3  the Google Play 30 percent fee and whether that was a concern.

4  Do you remember that?

5  **A.**  At a very high level.  That was a long time ago.

6  **Q.**  Okay.  Let's look at Exhibit 2724 in your binder please.

7      2724, sir.  Do you have it?

8  **A.**  I can't find it.  Sorry.  Hold on.

9  **Q.**  Out of order I guess.

10 **A.**  (Witness examines document.)  Yes, I found it.  Thank you.

11 **Q.**  Okay.  That's an e-mail chain dated October 28, 2013.  Do

12 you see that?

13 **A.**  Yes.

14      **MS. MOSKOWITZ:**  Your Honor, I move Exhibit 2724 into

15 evidence.

16      **MR. POMERANTZ:**  No objection, Your Honor.

17      **THE COURT:**  It is admitted.

18      (Trial Exhibit 2724 received in evidence.)

19 **BY MS. MOSKOWITZ:**

20 **Q.**  All right.  This e-mail chain is about Chrome, and it's

21 sent to, among others, Chrome Web Store leads.  Do you see

22 that?  That's a listserv?

23 **A.**  Yes.

24 **Q.**  Okay.  And halfway down the first page there's an e-mail

25 from Joe Marini at 6:05 a.m.  Do you see that?  And it's also

1  on the screen if that helps.

2  **A.**   Yes.

3  **Q.**   Do you see where I am?

4  **A.**   Yes.

5  **Q.**   Okay.  Mr. Marini was the head of developer relations for

6  the Chrome Web Store at this time?

7  **A.**   I don't recall, but I'm fine with it.

8  **Q.**   Okay.  You just don't know one way or the other?

9  **A.**   That's right, yeah.

10  **Q.**   Okay.  In the third paragraph of his e-mail he wrote (as

11  read):

12          "Awareness of the Chrome Web Store" --

13      That's CWS, Chrome Web Store?

14  **A.**   That's correct.

15  **Q.**   (as read):

16          "Awareness of the Chrome Web Store continues to be

17      relatively low."

18      Do you see that?

19  **A.**   Yes.

20  **Q.**   And so he wrote, he continued, that (as read):

21          "Unlike other app platforms, such as IOS and Android,

22      where their respective stores are the 'only game in town'

23      to get content for those platforms, it's entirely possible

24      to live a happy life as a Chrome user without ever having

25      to visit the Chrome Web Store."

1        Right?

2   A.   That's correct, yeah.

3   Q.   So he wrote (as read):

4            "As a result" -- "As a result of the Chrome Web Store

5        not being the only game in town, we" -- the Chrome Web

6        Store -- "have to work harder to draw users in."

7        Do you see that?

8   A.   That's right.

9   Q.   So what he's communicating here is that when a store isn't

10  the only option for users to get what they need, the store has

11  to do work to attract customers; right?

12  A.   That's right.  I saw it differently; but, yes, that's what

13  he's communicating.

14  Q.   Well, let's take it out of this.  Let's just talk in

15  general.

16       If a store is the only place to get what you need, those

17  users have no choice but to go to that store; is that fair?

18  A.   That's correct, yeah.

19  Q.   Now, when there are lots of stores, lots of options,

20  stores have to work to attract customers to their store?

21  A.   That's correct.

22  Q.   All right.  And that's true for app stores as much as it

23  is in the real world, isn't it?

24  A.   That's correct.

25  Q.   App stores need to attract users and they also need to

PICHAI - DIRECT / MOSKOWITZ

1    attract developers?

2    **A.**   That's correct.

3    **Q.**   One way an app store can try to attract users and

4    developers is to offer competitive prices; right?

5    **A.**   Yes.

6    **Q.**   And another way an app store could try to attract users

7    and developers is to come up with some innovative features to

8    bring users in; right?

9    **A.**   Yes.

10   **Q.**   And another way an app store could try to attract users

11   and developers is to try to get exclusive content onto the

12   store such that they are the only place that that user can go

13   to get that content?

14   **A.**   Yes.

15   **Q.**   I do want to go even further back in time, back to 2009 in

16   fact.

17        So back in early 2009, Google's Chrome browser was still

18   in the early days; right?

19   **A.**   Very early days, yes.

20   **Q.**   Right.  It had launched sort of at the end of 2008?

21   **A.**   That's correct.

22   **Q.**   And Chrome was trying to compete with Microsoft's

23   Internet Explorer, which was the dominant browser at that time;

24   right?

25   **A.**   That's correct.

1   **Q.**   Now I want to spend a little bit of time with you

2   exploring the situation back then and how it compares to the

3   current situation with Android and Google Play today.

4       You recall that Google vocally opposed Microsoft's conduct

5   with respect to Internet browsers -- Internet Explorer; right?

6           **MR. POMERANTZ:**   Objection, Your Honor.   402 and 403.

7           **THE COURT:**   This is what we talked about earlier?

8           **MS. MOSKOWITZ:**   Yes.

9           **THE COURT:**   Okay.   Well, I'll tell you what.   It's

10  been a rocking 75 minutes, let's take our morning break and

11  I'll see you back at -- let's stay on track so five to 11:00.

12  Okay?

13      All right.

14          **THE CLERK:**   All rise.

15      (Proceedings were heard out of the presence of the jury:)

16          **THE CLERK:**   Please be seated.

17          **THE COURT:**   Okay.   Mr. Pichai, you can step out.

18          **THE WITNESS:**   Thank you.

19          **THE COURT:**   All right.   So we already talked about

20  this.   I've overruled the objection.

21          **MR. POMERANTZ:**   Well, Your Honor --

22          **THE COURT:**   Is there something new?

23          **MR. POMERANTZ:**   No, no, Your Honor.   I think you had

24  said that she could ask a question to see if she could impeach

25  him, but I think -- I mean, she has given us 17 different

1  demonstratives that she intends to use to try to walk through

2  the different -- you know, the similarities or differences

3  between Microsoft and what happened in 2009 and Android and IOS

4  today.

5          THE COURT:  Well, this is new.  You didn't mention

6  that earlier.

7          MR. POMERANTZ:  Well, I just got -- they didn't have

8  to give us their demonstratives until this morning, but there's

9  literally 17 different slides that she intends to walk through

10  with Mr. Pichai.

11          THE COURT:  Where are the demonstratives?

12          MS. MOSKOWITZ:  I can hand them up to you, Your Honor.

13  It's one demonstrative that builds --

14          THE COURT:  I thought we were exchanging

15  demonstratives the day before.

16          MR. POMERANTZ:  I think the agreement we had was if

17  it's a friendly witness -- I'm sorry.

18      We asked -- Mr. Kravis -- we asked if we could exchange

19  all demonstratives.  They were only willing to do it to

20  friendly witnesses.  So since Mr. Pichai is with Google, they

21  did not exchange.

22          MS. MOSKOWITZ:  Yes, our agreement is we need not.

23          THE COURT:  All right.  Okay.  This is a lot more than

24  you indicated earlier, Ms. Moskowitz.

25          MS. MOSKOWITZ:  That's independent of the blog post,

 1  though, Your Honor.  It's just comparing the situation that was

 2  back then and the situation today.

 3          THE COURT:  Well, this is a little far afield.  I

 4  don't mind if you have some general questions about the power

 5  of being preinstalled and the default and maybe one or two

 6  references to other entities or companies that have done that.

 7  This is way too much.  Okay?

 8          MS. MOSKOWITZ:  Okay.

 9          THE COURT:  So don't do this.

10          MS. MOSKOWITZ:  Okay.

11          THE COURT:  All right.

12          MS. MOSKOWITZ:  Thank you, Your Honor.

13          THE COURT:  Let's just stick with what we talked about

14  this morning.  Okay?  All right.

15          MS. MOSKOWITZ:  Thank you, Your Honor.

16          THE CLERK:  Court's in recess.

17                  (Recess taken at 10:44 a.m)

18                  (Proceedings resumed at 10:59 a.m)

19      (Proceedings were heard in the presence of the jury:)

20          MS. MOSKOWITZ:  May I proceed, Your Honor?

21          THE COURT:  Yes.

22          MS. MOSKOWITZ:  Thank you.

23  BY MS. MOSKOWITZ:

24  Q.   Mr. Pichai, before the break, we were talking about 2009.

25  Do you remember that?

PICHAI - DIRECT / MOSKOWITZ

1    **A.**    That's correct.

2    **Q.**    And Microsoft required Windows OEMs to preinstall

3    Internet Explorer on Windows devices at that time?

4    **A.**    That's right.  Or they either shipped to build, but I

5    don't know the mechanics; but that's my understanding, yes.

6    **Q.**    So your understanding was that OEMs were required to

7    preinstall Internet Explorer on Windows devices?  It couldn't

8    be uninstalled?  It was the default; right?

9    **A.**    That's correct.

10   **Q.**    Okay.  And we talked earlier today about how Google

11   requires OEMs to preinstall the Play Store on the default home

12   screen; right?

13   **A.**    That's correct.

14   **Q.**    And OEMs cannot uninstall the Play Store; right?

15   **A.**    If they have signed MADA, that's correct.

16   **Q.**    And every OEM has signed a MADA for Android; right?

17   **A.**    There are OEMs in the past who haven't signed MADA.  Today

18   most manufacturers shipping the phones sign the MADA.

19   **Q.**    Right.  So today every OEM has signed a MADA?

20   **A.**    I'm not sure whether it's every OEM, but most OEMs I

21   think.

22   **Q.**    Okay.  So all of those OEMs cannot uninstall the

23   Play Store?

24   **A.**    That's correct.

25   **Q.**    Right?

1  **A.**   That's correct.

2  **Q.**   And a user cannot uninstall the Play Store either?

3  **A.**   That's correct.

4  **Q.**   Now, as a result of the preinstallation setting as a

5  default of the Internet Explorer at that time,

6  Internet Explorer was the most widely used browser in the whole

7  world at that time?

8  **A.**   In 2009, yes, that's correct.

9  **Q.**   And today Google Play is the most widely used app store;

10 right?

11 **A.**   In Android, yes.

12 **Q.**   Yes.  And, in fact, in the world?

13 **A.**   I would think so, but I'm not aware of the numbers, yes.

14 **Q.**   You thought it was unfair that Microsoft was basically

15 demanding that Internet Explorer be the browser of choice by

16 all Windows users; right?

17 **A.**   We definitely had concerns at that time, yes.

18 **Q.**   And Google requires OEMs to place the Play Store on the

19 default home screen; right?

20 **A.**   That's correct.

21 **Q.**   And you're also aware that there is an agreement called

22 the RSA 3.0 that prohibits an OEM who signed up for that

23 program from preinstalling competing app stores?

24 **A.**   That's not my under -- I understand RSAs at a high level.

25 I wasn't directly involved in recent years.  My understanding

1  is that there are different tiers; and in some cases, you know,

2  there are exclusivity arrangements.

3  **Q.**   So you understand that at the premier tier of the RSA

4  agreements, for every device an OEM enrolls in that premier

5  tier, that OEM is prohibited from installing a competing app

6  store to Google Play; right?

7  **A.**   At a high level, yes.  Yeah.

8  **Q.**   Okay.  You agree that when users have choice, they may not

9  pick the dominant operating system's product; right?

10 **A.**   When users have -- sorry.  Could you repeat the question?

11 **Q.**   Sure.

12     When users have choice, they may not pick the dominant

13 operating system's product; right?

14 **A.**   That's correct.

15 **Q.**   And on Android, we talked about this earlier, you would

16 agree that some OEMs, Android OEMs, would prefer to use their

17 own app store instead of having to offer Google Play; right?

18 **A.**   That's correct.

19 **Q.**   But they don't get that choice, right, if they sign the

20 MADA?

21 **A.**   If they sign the MADA, I mean, they can load it side by

22 side, but that's right.

23 **Q.**   And if they've signed the RSA and enrolled in the premier

24 tier, side by side it's not an option; right?

25 **A.**   I'm not aware of the differences between the tiers, but at

**PICHAI - DIRECT / MOSKOWITZ**

1  a high level yes, I think that's correct.

2  **Q.**   At some point the practices that you thought were unfair

3  with Microsoft changed; is that fair?

4  **A.**   I'm not fully aware of all the specifics of what changed,

5  yeah.

6  **Q.**   But at some point other web browsers, including Chrome,

7  had a chance to compete?

8  **A.**   That's correct.

9  **Q.**   And Chrome and other web browsers innovated and started

10  taking market share away from Microsoft; right?

11  **A.**   That's correct.

12  **Q.**   And today the most popular web browser on Windows is not

13  Internet Explorer but Google Chrome?

14  **A.**   That's correct.

15  **Q.**   And part of what you think helped Chrome win is a better

16  product; right?

17  **A.**   It's a significantly better product, yes.

18  **Q.**   But being a better product is not the only reason

19  Internet Explorer lost to Chrome; right?

20  **A.**   I think that's the primary reason why Google Chrome, you

21  know, won the hearts and minds of users.

22  **Q.**   Okay.  Well, Google was eventually able to enter into

23  distribution deals with OEMs.  That contributed to Chrome's

24  growth as well; right?

25  **A.**   That's correct.  We could do so in 2009 as well, but

1   that's correct.

2   **Q.**   Well, Google was able to enter into deals to pay desktop

3   manufacturers, OEMs, and software companies to actually

4   preinstall Chrome on Windows computers?

5   **A.**   That's correct.

6   **Q.**   And Google also made deals not just for it to be

7   preinstalled but to make it a default?

8   **A.**   That's correct.

9   **Q.**   And you would agree that being preinstalled and being set

10  as the default in these deals helped Chrome gain market share

11  on Windows computers against Internet Explorer?

12  **A.**   Yes.

13  **Q.**   So Google was able to enter these deals and innovate its

14  product and beat its competitors on the merits; right?

15  **A.**   That's correct.

16  **Q.**   Google maintains profit and loss statements for individual

17  product areas; right?

18  **A.**   Not always but, you know, in some cases the teams do have

19  a view, and we support them in that view.

20  **Q.**   All right.  Well, we'll dig into that.

21       Profit and loss is sometimes referred to as P&L?

22  **A.**   That's correct.

23  **Q.**   All right.  So if I use "P&L," we are on the same page?

24  **A.**   Yes.

25  **Q.**   Okay.  Now, Google maintains P&L statements for

1  Google Play itself; right?

2  **A.**   When you say -- the Google Play team can take a P&L view

3  of its team and, you know, we support that view, but that's not

4  how at a Google level or how in our financial statements we

5  look at that, so...

6  **Q.**   Google maintains P&L statements that include P&L for

7  Google Play; right?

8  **A.**   When you say "maintains," not in our financial statement

9  but within the company we have views which do that.

10 **Q.**   In the ordinary course of business, Google does keep P&L

11 for Google Play; right?

12 **A.**   That's my understanding.  I've seen it off and on, but

13 that's correct.

14 **Q.**   And the P&L statements that Google does keep are

15 maintained in the ordinary course of business?

16 **A.**   That's correct.

17 **Q.**   And Google does rely on those P&L statements to evaluate

18 the performance of that product area in the ordinary course of

19 business?

20 **A.**   That's correct.

21 **Q.**   And the financial information that Google does put in

22 those Google Play P&L statements is sometimes presented to the

23 Alphabet board of directors; right?

24 **A.**   That's correct.

25 **Q.**   Let's turn your binder, please, to Exhibit 2728.

PICHAI - DIRECT / MOSKOWITZ

1   **A.**   272?

2   **Q.**   28.  Sorry.  2728.

3   **A.**   Thank you.

4   **Q.**   Are you with me, sir?

5   **A.**   Yes.

6   **Q.**   This is a board deck for the Alphabet board of directors

7   dated July 15, 2020; right?

8   **A.**   That's correct.

9   **Q.**   All right.

10          **MS. MOSKOWITZ:**  Your Honor, I move Exhibit 2728 into

11  evidence.

12          **MR. POMERANTZ:**  No objection, Your Honor.

13          **THE COURT:**  It is admitted.

14      (Trial Exhibit 2728 received in evidence.)

15          **MS. MOSKOWITZ:**  All right.  Let's put that on the

16  screen here.

17  **BY MS. MOSKOWITZ:**

18  **Q.**   You presented, at least in part, at this board meeting?

19  **A.**   The Google Play team was.  I was part of the Alphabet

20  board receiving the presentation, but I also added comments to

21  it, yes.

22  **Q.**   Right.  So you presented in part at this meeting?

23  **A.**   That's correct.

24  **Q.**   And this slide deck was presented by Sameer Samat and

25  Hiroshi Lockheimer, who are senior leaders of Google Play and

1   Android?

2   **A.**   That's correct.

3   **Q.**   All right.  Let's turn to page 2, please.  And we'll keep

4   this whole thing on the screen if you can see it okay.  If we

5   need to zoom in, we can.

6       Just looking here, the rightmost box on the slide reports

7   that in the first half of 2020 Google Play's operating profit

8   was $4.4 billion.  Do you see that?

9   **A.**   Yes, I do.

10  **Q.**   And right underneath that figure it reports a 65 percent

11  margin; right?

12  **A.**   That's correct.

13  **Q.**   Operating margin, generally speaking -- again, correct

14  me -- is a ratio that shows the amount of profit that's left

15  over after a company deducts its operating expenses from its

16  revenues?

17  **A.**   That's -- that's correct.  That's not exactly what

18  happened here, but that's correct.

19  **Q.**   That's what it means generally?

20  **A.**   In generally, yes.

21  **Q.**   A 65 percent operating margin means that for every hundred

22  dollars a company earns in revenue, it spends 35 in operating

23  expenses and the 65 percent is operating profit that's left

24  over?

25  **A.**   That's correct.

1    **Q.**   So in the speaker notes down on the bottom it refers to

2    Google Play as one of the most -- well, the world -- the

3    world's largest commerce platforms.  Do you see that?

4    **A.**   That's correct.

5    **Q.**   And it refers to Google Play as one of the most profitable

6    businesses at a greater than 60 percent margin.  Do you see

7    that?

8    **A.**   I see what's there, yes.

9    **Q.**   And this metric was presented to the Alphabet board of

10   directors; right?

11   **A.**   That's right.

12   **Q.**   And according to this metric presented to the board of

13   directors, Google Play has maintained profit margins in that

14   greater than 60 percent range for many years; right?

15   **A.**   That's correct.  The board has context on how we view P&L

16   for this whole area, including Android; but, yes, that's what

17   this is.

18   **Q.**   This is what was presented to the Alphabet board of

19   directors?

20   **A.**   By the Play team, that's correct.

21   **Q.**   All right.

22          **MS. MOSKOWITZ:**  Pass the witness.

23          **THE COURT:**  Okay.

24   \\\

25   \\\

1                        <u>CROSS-EXAMINATION</u>

2   BY MR. POMERANTZ:

3   Q.    Good morning, Mr. Pichai.

4   A.    Good morning.

5            THE COURT:  Is there a binder for me?

6            MR. POMERANTZ:  I'm sorry?

7            THE COURT:  Is there a binder for me?

8            MR. POMERANTZ:  No, Your Honor.

9            THE COURT:  Okay.  Go ahead.

10           MR. POMERANTZ:  I thought that would make you happy.

11  BY MR. POMERANTZ:

12  Q.    So I just want to start with some questions about Google

13  as a company.

14      What was Google's mission statement when you started at

15  the company?

16  A.    To organize information and make it universally accessible

17  and useful.

18  Q.    And has that mission changed in the past 20 years?

19  A.    No.  In fact, you know, I speak about it every year at our

20  annual conference.  If anything, it is more relevant today

21  given the scale of information users are dealing with.

22  Q.    And how does Android fit into that mission?

23  A.    In a very fundamental way.  One of the reasons we designed

24  Android to be open and free for OEMs to use is so that people

25  can really innovate across the world.  We partner with

1  thousands of OEMs, which enable smartphones as affordable as

2  $30, and it's really helped bring information and computing

3  accessible to hundreds of millions of people for the first

4  time, and so I think it directly helps to serve our mission.

5  **Q.**   And what about Google Play?  How does that fit into

6  Google's mission?

7  **A.**   Google Play is an integral part of how we take the reach

8  of Android and all the work we do, and we help developers.  We

9  make it easier for developers to develop apps on Google Play.

10  We give them what we call APIs, and they can reach all these

11  users.  We give the distribution -- discovery and distribution

12  through Google Play.

13       And we have additional functionality, including security

14  and safety of the platform, including features like Family Link

15  which offers parental controls so that people can keep their

16  children safe and so on; and we enable for fulfillment and

17  transactions in the product.  So it really helps developers be

18  successful with their business.

19  **Q.**   Have you heard of an initiative called Android Go?

20  **A.**   Yes.

21  **Q.**   What is Android Go?

22  **A.**   We constantly think about how we can make Android push the

23  boundaries of what it is, an affordable smartphone.  We want to

24  lower the barriers so that more people can use a smartphone;

25  and to do that, we have to make Android even lighter weight so

1  that it could fit on phones with lower memory.  And that's what

2  the Android Go initiative was.  So I was directly involved in

3  it to try and lower the cost for OEMs to use Android.

4  **Q.**   Have you personally been involved in trying to bring

5  Android and Play to places around the world to people who

6  cannot afford an iPhone?

7  **A.**   All the time.  I've traveled around the world meeting with

8  partners and developers and carriers to make sure we can make

9  Android more accessible and affordable.

10  **Q.**   All right.  Let's spend a little time about your -- on

11  your personal background.

12      Where did you grow up?

13  **A.**   I grew up in Chennai in the south of India.

14  **Q.**   And when you were growing up in India, what was your

15  exposure to phones and phone technology?

16  **A.**   There was definitely no mobile phones at that time.  There

17  were rotary dial phones.  You know, we waited five years to get

18  access to one, and getting access to that rotary phone changed

19  our lives.  People would come to our house to call their loved

20  ones.

21      I distinctly recall not -- you know, it would save me

22  four hours so that I didn't need to go to the hospital to get

23  the blood test results for my mother.  So the phone call saved

24  that time, so it left a distinct impression on how technology

25  can improve people's lives.

1  **Q.**   And did your interest in technology influence your

2  educational career?

3  **A.**   Very much so.  You know, I really wanted to be a part of

4  the work to do to make technology accessible to as many people

5  as I could.

6  **Q.**   And where did you go to college?

7  **A.**   In India.  I went to the Indian Institute of Technology to

8  pursue a degree in material science and metallurgical

9  engineering.

10 **Q.**   And then what brought you to America?

11 **A.**   You know, I really wanted to -- my interest was in

12 semiconductors, which is the underlying technology which powers

13 computing, so I wanted to do research and advance it further.

14 So I had the opportunity to come to Stanford to do my Ph.D. in

15 material science.

16 **Q.**   And could you remind the jury when you joined Google?

17 **A.**   I joined Google in 2004, April of 2004.

18 **Q.**   And what was your first job at Google?

19 **A.**   I was a product manager for Google Toolbar.

20 **Q.**   And what is Google Toolbar?

21 **A.**   You know, at that time there were no search boxes in the

22 browser.  So, you know, you had a product called

23 Google Toolbar.  We gave Google Toolbar so that people could

24 install it and very conveniently search Google from the

25 browser.

PICHAI - CROSS / POMERANTZ

1    Q.    And then after you worked on the toolbar product, what was

2    the next product that you worked on at Google?

3    A.    You know, we realized it was important -- we saw how

4    Toolbar made it more convenient for people to search Google and

5    use the web.  So consistent with our mission, we were thinking

6    about how can we expand access even more, and we thought by

7    building a browser.  The state of the browsers at the time

8    wasn't that great, so we had a vision to build a much faster

9    browser, a browser that was almost 20 times faster, much more

10   secular, and so I led the development of a product called

11   Google Chrome.

12   Q.    And then around 2013 did you take over leadership of

13   Android?

14   A.    That's correct.

15   Q.    And then when you took over leadership of Android, were

16   you also -- did you also have responsibility for Play?

17   A.    That's correct.

18   Q.    And then you became CEO in 2015; correct?

19   A.    That's correct.

20   Q.    Now, at the end of counsel's questioning, they -- she

21   showed you some information about the financial performance of

22   Google Play.  Do you recall that?

23   A.    Yes.

24   Q.    Let's just take this upfront.  Would you say that Play has

25   been successful for Google?

1   **A.**   Yes.

2   **Q.**   And what does the success of Play tell you about the

3   success of developers who use Play?

4   **A.**   The way we design Google Play is that we do well only when

5   developers do well.  97 percent of developers on Google Play

6   don't pay any money to Google, and they can -- they can make

7   their apps free.  They can show ads.  And so that's how

8   97 percent of Google Play developers work.

9        Of the remaining 3 percent, we only make money when the

10  developers make money.  So of the remaining 3 percent,

11  99 percent pay 15 percent or less, and they always pay less

12  than 15 -- 15 percent for the first million dollars they make

13  with Google Play.

14       So we've really designed the platform to help support

15  developers reach as many users as possible and scale their

16  businesses.  And we do well only when developers do well, and

17  it helps us support our investments in Android.  We invest tens

18  of thousands of engineers to build Android, which we provide

19  for free of charge to OEMs around the world, and I think the

20  model works well to serve our mission.

21  **Q.**   Let's talk about the cost of Android.

22       How much money at a high level does Google spend every

23  year to maintain and improve Android?

24  **A.**   We invest billions of dollars in research costs, in

25  engineering and development costs, and go-to-market costs; and

1  we do this not just for phones but phones, tablets, watches,

2  TV, Android in your cars, and so it's a significant and

3  substantial investment.

4  **Q.**   Do those investments in Android help Play succeed?

5  **A.**   Yes.  Play wouldn't be possible without those investments

6  in Android.  So that's the foundation.  The operating system is

7  the foundation on top of which we can help developers through

8  Google Play to make them successful.

9  **Q.**   And do the investments to improve Android help Play to

10  compete against Apple in the Apple App Store?

11  **A.**   Yes.  Without it, it wouldn't be possible for Google Play

12  to compete with iPhone and IOS.

13  **Q.**   And so if you think about the kinds of improvements that

14  Google has made to Android over the years, can you give

15  examples of how Android has helped Play to compete against

16  Apple and the Apple App Store?

17  **A.**   We have made Android a much more robust platform and a

18  safe and secure platform, and we made it rich for developers,

19  the right applications.  And that's what enables Google Play to

20  attract developers compared to Apple's iPhone and IOS.  So

21  the fundamental investments.

22       Android was the first to design larger phones.  It's the

23  first now to design foldable phones.  All these innovations

24  really help attract -- Google Play attract developers to it.

25  **Q.**   Now, Epic's counsel showed you a board presentation

1    relating to the profitability of Play.  Do you recall that?

2    **A.**    Yes.

3    **Q.**    And I think it had a number of $4.4 billion and a

4    65 percent margin.  Do you recall that?

5    **A.**    Yes.

6    **Q.**    Are the costs of the investments in Android reflected in

7    those numbers?

8    **A.**    No.

9    **Q.**    So do the board of directors, the people who are listening

10   to this presentation, do they understand that the costs of

11   Android are not reflected in the numbers that are being

12   presented by the Play team?

13   **A.**    Oh, very --

14        **MS. MOSKOWITZ:**  Objection.  We are getting into

15   leading soon.

16        **THE COURT:**  Well, a little leading, but go ahead.

17        **THE WITNESS:**  Very much so.  The board has full

18   context because, you know, our CFO presents our financial view

19   of the businesses and so the board has full context.  And they

20   understand that this is the view from a Google Play team

21   standpoint, and the reason they view it that way is because

22   that's the only cost the Google Play team can directly control.

23   And so this is a view from the Google Play team on how they see

24   their area.

25   \\\

1    BY MR. POMERANTZ:

2    **Q.**   Why does Google ask a business unit like the Play team to

3    create a P&L that only reflects the costs and revenue that it

4    controls?

5    **A.**   That way they can have a trend line.  You know, they can

6    see how they are performing, and we can talk to them about it.

7    So it gives them a sense of the progress they are making, and

8    we find it valuable that way.

9    **Q.**   All right.  Let's switch now to Apple and the agreement

10   that counsel asked you about between Apple and Google relating

11   to revenue share.  Remember that?

12   **A.**   Yes.

13   **Q.**   Does -- what business does that relate to?

14   **A.**   It relates to the placement of Google Search as a default

15   in the Safari browser on IOS.

16   **Q.**   And does that agreement have anything to do with Android?

17   **A.**   None whatsoever.

18   **Q.**   Does that agreement have anything to do with Play?

19   **A.**   No.

20   **Q.**   Does that agreement affect in any way Android's and Play's

21   ability and desire to compete against Apple in the Apple App

22   Store?

23   **A.**   No.  We compete fiercely with Apple, both the operating

24   system at a smartphone level and at an app store level, and I

25   think the competition has been very good both for consumers and

1    developers.

2    **Q.**   Now, counsel asked you to compare the revenue share

3    percentage in the Apple agreement to the revenue share

4    percentage in the agreement that Google has with Samsung.  Do

5    you recall that question?

6    **A.**   Yes.

7    **Q.**   And you said that that was like apples and oranges.  Do

8    you recall that?

9    **A.**   Yes.

10   **Q.**   Why is it apples to oranges?

11   **A.**   In the case of Apple, you know, we are competing for the

12   placement of default.  That is the product and service we are

13   negotiating with.

14       In the case of Android, we are enabling our partners like

15   Samsung.  Samsung makes phones entirely on Android operating

16   system.  We give it to them free of charge, and Samsung gets to

17   go sell -- Samsung Mobile gets to go sell these phones and they

18   get to keep the profit from the phones.  Right?  So we're

19   providing Android for free of charge.

20       And in addition to Samsung, we give revenue share not just

21   to Samsung but we also give revenue share to the telecom

22   carriers in certain cases who take the products to market,

23   which is not true in Apple's case.  So there are many, many

24   such differences.

25   **Q.**   All right.  Let's now go to competition between Google and

1  Apple, and let's start with phones themselves.

2      Do Android phones compete against the iPhone?

3  **A.**   Yes, fiercely so.

4  **Q.**   As CEO, what do you personally do to help Android compete

5  against the iPhone?

6  **A.**   I'm constantly pushing the teams to innovate more, design

7  a better operating system, and, you know, compete for

8  functionality, try to do things first.  Like I gave examples of

9  larger phones or foldable phones.  So we are constantly pushing

10  the boundary of what's possible in the underlying operating

11  system trying to get to market first.

12      And then with the Google Play Store, we are trying to make

13  our platform attractive to developers, particularly globally,

14  and so that's one way.

15      And the third important way I think we compete with Apple

16  is we enable more affordable smartphones.  Right?  I think an

17  important way, and I think it's consistent with our mission, we

18  work hard to make smartphones as affordable as possible,

19  starting as low as $30, which is very different from what Apple

20  does, and that way we add competition to the market.

21  **Q.**   You mentioned the Play Store in that answer.  Can Android

22  compete against Apple if it doesn't offer a compelling app

23  store?

24  **A.**   Not at all.  You know, people -- users are going to buy

25  phones and the essential part of how they view phones is the

 1  functionality and applications they can use on their phones.

 2  So it's often a point of comparison by consumers.  It's

 3  typically a point of comparison by product reviewers, by the

 4  press who review our phones.

 5       In fact, I remember once when we launched an Android

 6  tablet and Google Play didn't have all the compelling apps

 7  which Apple's iPad had, and it was highlighted as a

 8  shortcoming and it affected our success in the market.

 9  **Q.**   All right.  Let's turn to another topic.

10       Counsel asked you a bunch of questions right at the

11  outside about privilege and about Chats, and I want to

12  follow-up on those questions.

13       You said that you on occasion write the word "privilege"

14  on something when you intend it to be confidential but not

15  necessarily subject to the attorney-client privilege; correct?

16  **A.**   That's correct.

17  **Q.**   When you write "privilege" and mean confidential, do you

18  intend it not to be provided in a lawsuit if it's relevant?

19            **MS. MOSKOWITZ:**  Objection.

20            **THE COURT:**  Overruled.

21            **THE WITNESS:**  Not at all.

22  **BY MR. POMERANTZ:**

23  **Q.**   And have you ever tried to keep a document that you either

24  wrote or received hidden from a lawsuit?

25  **A.**   No.

PICHAI - CROSS / POMERANTZ

1   **Q.**   All right.  Could we pull up the 2008 e-mail from

2   Mr. Walker?  It's Exhibit 8030, and I just want to direct your

3   attention to a portion of that.

4        If you can bring up the paragraph near the bottom.  Here,

5   I'll tell you in a second.

6        The paragraph that begins "To help avoid."  Yes.  And if

7   you could highlight the sentence beginning with "If you've

8   received notice" about halfway down.  And if you could go ahead

9   and highlight that.

10       This is a sentence in that e-mail that I don't think

11  counsel asked you about.  Could you read that sentence out loud

12  to the jury?

13  **A.**   (as read):

14           "If you have received notice that you are subject to

15           a litigation hold and you must chat regarding matters

16           covered by that hold, please make sure that those chats

17           are on the record."

18  **Q.**   All right.  And did you understand at the time that you

19  received this e-mail that you were supposed to make sure that

20  the chat was on the record if it was relevant to a litigation

21  hold?

22  **A.**   Yes, I did.

23  **Q.**   And to your knowledge, has that always been the

24  instruction at Google since 2008?

25  **A.**   Yes.

PICHAI - CROSS / POMERANTZ

1  Q.   Now, when this lawsuit was filed in 2020, did you receive

2  instructions about what you should do to preserve relevant

3  Chats?

4  A.   Yes, I did.

5  Q.   And were you instructed not to use Chats on the issues

6  related to this lawsuit?

7  A.   I was instructed to preserve documents be it e-mail, my

8  documents on my computer, or physical documents, and not to use

9  Chat regarding the litigation matter; and if I use Chat, to

10  turn history on.

11  Q.   And did you follow those instructions?

12  A.   Yes, I did.

13  Q.   Have you asked for history to be turned off for the

14  purpose of withholding a chat from some lawsuit?

15  A.   No.

16  Q.   Now, Epic's lawyer showed you a particular chat relating

17  to something called a leader circle.  Do you recall that?

18  A.   Yes.

19  Q.   Could we pull up Exhibit 2731?

20       All right.  And you can see up at the very top, the very

21  first chat in the chain says (as read):

22            "Need the link for my leader circle tomorrow."

23       Do you see that?

24  A.   Yes.

25  Q.   And then the link was sent to you; correct?

PICHAI - CROSS / POMERANTZ

1   **A.**   That's correct.

2   **Q.**   And if we turn to the third page of this, do you see -- is

3   this the document that was then sent to you by link?

4   **A.**   Yes.

5   **Q.**   What is the leader circle?

6   **A.**   The leader circle is a gathering of our customers for the

7   Google Cloud platform, which is a different area, and these are

8   chief technology officers from Fortune Thousand companies for

9   whom we were holding a conference, and the top chief technology

10  officers and chief information officers is who we refer to as

11  leader circle, they are our most important partners.

12  **Q.**   And so was this entire chat about a panel discussion you

13  were going to have with your Cloud customers?

14  **A.**   Yeah.  It was an external fireside chat that I was doing

15  for cloud customers, that's correct.

16  **Q.**   Did this chat have anything to do with Android?

17  **A.**   No.

18  **Q.**   Did it have anything to do with Play?

19  **A.**   No.

20  **Q.**   Was it related in any way to any topic in this lawsuit?

21  **A.**   Not at all.

22  **Q.**   Now, why would you want history to be turned off when you

23  were discussing this speaking engagement?

24  **A.**   I've rarely done this, so I don't recall the specifics;

25  but normally I would only do something like this if I were

1  about to comment on something of a personal nature about

2  someone in specific.  And so I can only speculate because I

3  don't recall the specifics.

4  **Q.**   All right.  Let's -- you can take this down, and let's

5  change topics.

6       Counsel asked you about the service fee that Play or

7  others charge.  Do you recall that?

8  **A.**   Yes.

9  **Q.**   And so the fee is called a service fee.  Can you provide

10  the jury with some examples of the kinds of services that Play

11  provides in exchange for the service fee?

12  **A.**   We built Google Play and we invest in it to make sure it's

13  reaching billions of consumers, and it provides a discovery

14  platform for consumers to find applications.

15       Then we provide APIs.  We make it easier for application

16  developers to build their applications for Android.

17       We provide security and trust so that consumers have the

18  confidence and they interact to buy these application.

19       We support -- we give family controls so parents can help

20  their children be safe.

21       We help consumers so that when you transact and if you

22  later want to cancel, if you want to make changes, if you want

23  a refund, we support them through that.

24       So those are some of the examples.  And we help developers

25  keep their applications updated on a continual basis.

PICHAI - CROSS / POMERANTZ

1  Q.   Now, Epic's counsel asked you some questions about how app

2  stores could compete against each other.  Do you recall that?

3  A.   Yes.

4  Q.   And you said that one way they could compete is by

5  innovating on certain features; correct?

6  A.   That's correct.

7  Q.   So when you look at the way that Play Store competes

8  against the Apple App Store, are some of the things you just

9  mentioned and other's innovations by Play in its effort to

10  compete with the Apple App Store?

11  A.   Absolutely.

12  Q.   And could you just give examples of things that you recall

13  Play doing first in a way to try to innovate and compete

14  against the Apple App Store?

15  A.   I mean, we have -- we've innovated on Family Link

16  controls, so the parental controls, to the extent we have

17  deeply invested in that.

18      We have allowed for -- we have done something called

19  Google Play Protect, which automatically scans and ensures that

20  there's no malware or anything in the applications that are

21  there in the Play Store so that users can have the confidence

22  when they download these apps.

23      These are some examples of the kind of innovations we have

24  done.

25  Q.   Do you understand that there are literally millions of

1  apps offered in the Play Store that are available to users for

2  free?

3  **A.**   Yes.

4  **Q.**   And do most of those free apps pay any service fee?

5  **A.**   Not at all.

6  **Q.**   Why does Google offer all of these free apps in the store

7  without charging them any service fee at all?

8  **A.**   A few reasons.  First of all, you know, we need to make

9  sure users are buying an Android smartphone, and they want it

10  to work out of the box.  Right?  And they expect critical

11  functionality to be there.

12      This is part of the reason we do the mobile application

13  distribution arrangement, to make sure there's essential

14  out-of-the-box functionality, and people expect certain Google

15  apps to be there.

16      In addition -- sorry.  Your question was in Play?

17  **Q.**   Yes, in Play.  In the millions of apps that are available

18  for free where the developer does not pay a service charge, why

19  does Google do that?

20  **A.**   In these critical apps, if they are not there in the

21  Google Play Store, you know, they will be available on the

22  Apple App Store and people will just buy an iPhone instead.

23      So we're competing fiercely with Apple's iPhone and IOS.

24  So that's one -- one part of the reason.  We want to make sure

25  things work for users.

1      There are some apps which are free apps.  The developer is

2   providing it for free, and we think it's important we make them

3   available to our users as well.

4   **Q.**   Well, let's -- I just want to make sure we're clear.

5      Does Apple offer free apps in the Apple App Store?

6   **A.**   Yes.

7   **Q.**   And does Apple charge a service fee to most of those app

8   developers?

9   **A.**   No.

10  **Q.**   So what would happen if Play charged a service fee to

11  those app developers and Apple did not?

12  **A.**   They would just focus on writing their applications only

13  for Apple's app store.

14  **Q.**   All right.  Let's now talk for a few minutes about the

15  Chrome Web Store.

16     You recall getting some questions about the Chrome Web

17  Store?

18  **A.**   Yes.

19  **Q.**   Approximately when did Google launch the Chrome Web Store?

20  **A.**   I think -- my recollection is it was 2011.

21  **Q.**   And you were involved in that launch?

22  **A.**   That's correct.

23  **Q.**   What was the Chrome Web Store back when it launched in

24  2011?

25  **A.**   All it did was at that time it took websites and allowed

1    developers to package some additional functionality, mostly

2    around payments maybe, and then put it in the Chrome Web Store.

3    The value proposition wasn't fully clear and the store didn't

4    succeed, but that's what it was trying to do.

5    **Q.**   And you say the store didn't succeed?  It's no longer

6    offering web apps?

7    **A.**   Today -- all the web store does today is offer extensions,

8    but it no longer offers web apps.

9    **Q.**   Okay.  Now, you testified -- in fact, we saw a video where

10   you were talking about -- that was you in the video, by the

11   way?

12   **A.**   A much younger version of me, yes.

13   **Q.**   Okay.  You testified that the Chrome Web Store charged a

14   5 percent fee; correct?

15   **A.**   That's correct.  That's correct.

16   **Q.**   Why did the Chrome Web Store charge developers less than

17   what the Play Store charges?

18   **A.**   I mean, it offers very limited value proposition compared

19   to all the things we do in Google Play and all -- at the time

20   it wasn't clear.  People could just directly -- to give the

21   example of Netflix, you know, you could directly go to Netflix

22   on your browser and watch Netflix.  Why would you go to the

23   Chrome Web Store and try to get Netflix?  Because you can just

24   type in the URL on your browser and just use it.  Right?

25        So the value given by the Chrome Web Store was much more

 1   limited.  It only made sense for certain kinds of use cases,

 2   and I think we had to -- you know, we were designing a fee

 3   proportional to the value we provided.

 4   **Q.**   So that's what -- the limited value of the Chrome Web

 5   Store.

 6        What is the value that the Play Store provides that the

 7   Chrome Web Store didn't provide?

 8   **A.**   I mean, it is -- it is -- the people in mobile phones rely

 9   on app stores to discover applications.  So it's a primary

10   source of discovery.  It has underlying API so that developers

11   can actually build applications.  It provides the safety and

12   security for users so that they would trust those applications

13   and they would transact.  It gives a consistent and a seamless

14   payment experience so that it allows for free flow of commerce

15   and in-app transactions in the app.  Right?  And so in this way

16   it offers substantially more value.

17   **Q.**   All right.  Can we look at one document that you were

18   shown about the Chrome Web Store?  Exhibit 2724.

19        Could you put that on the screen?  And could you pull up

20   the paragraph under number one below that begins with the word

21   "awareness"?  Just the one paragraph with "awareness."

22        All right.  So you were asked about the sentence in the

23   middle there that says (as read):

24             "... unlike other app platforms, such as IOS and

25        Android, where their respective stores are the only game

1        in town to get content for those platforms."

2        Do you see that?

3    A.    Yes.

4    Q.    And those weren't your words; right?  That was written by

5    somebody else; correct?

6    A.    That's correct.

7    Q.    And you said in your answer that you saw it differently.

8    Do you recall that?

9    A.    Yes.

10   Q.    Could you tell the jury how you saw it?

11   A.    If anything, even more, there was no other store in the

12   context of PCs at that time.  The Chrome Web Store by this

13   definition was also the only game in town -- right? -- if you

14   define it that way.

15       I definitely didn't see it that way.  I felt users had

16   choices to go and get applications.  And in the case of the

17   Chrome Web Store, the store didn't have value.  They would just

18   go and use the sites directly.  Right?

19       And so this is such different scenarios right here.

20   You're talking about within a browser where the primary

21   mechanism was people going to websites directly, and that is so

22   different from a mobile app store.  In fact, average consumers

23   know how to use a phone, use an app store, and install.  That

24   is the primary way by which they get applications.

25   Q.    All right.  And, now, another comparison that counsel drew

1  was between mobile today and Microsoft 15 years ago.  Do you

2  recall that?

3  **A.**   Yes.

4  **Q.**   Do you believe that Microsoft's preinstallation of

5  Internet Explorer on Windows back in 2009 is the same as what

6  Google is doing today when it's preinstalling the Play Store on

7  Android devices?

8  **A.**   This is a very different time.  You know, going back 15

9  years ago, at that time the personal computer market, Windows

10  had a 95 percent share.  So everyone was using Windows.  There

11  was no notion of app stores at the time.  People just

12  wouldn't -- would not typically go and download something else,

13  particularly browsers.  So you're talking about a very

14  different scenario in time.

15      Fast forward to today, people routinely, every user -- you

16  know, when I give a phone to my mother, she immediately starts,

17  without me telling her anything, installing and using

18  applications.  So I think we're talking about very, very

19  different scenarios.

20  **Q.**   All right.  Let's talk a little bit about sideloading.

21  Okay?

22      When you were asked questions about sideloading, the word

23  "friction" came up.  Do you recall that?

24  **A.**   Yes.

25  **Q.**   And you said at one point that friction can have benefits.

1  Do you recall that?

2  **A.**    Yes.

3  **Q.**    What were you talking about there?

4  **A.**    You know, as all operating systems do, you know, you want

5  to make sure it users -- when users install an application, if

6  they install by chance the wrong application, it gives full

7  access to your operating system.  All your data on the phone.

8  It can install malware on your phone, and it can -- you know,

9  today given our lives are digital, it can really compromise

10 your safety pretty significantly.

11     So we feel it's important.  We're trying to strike a

12 balance.  Apple's iPhone only allows the Apple App Store.  In

13 Android we've always believed in giving choice.  So we allow

14 users to sideload and install additional applications.  But

15 it's important.  We have to balance that by making sure the

16 users are aware they could be installing a potentially

17 malicious application.

18     So through the initial moments when they first do it, we

19 add steps just to make sure they are understanding it's their

20 choice.  You know, and friction sometimes in a security context

21 is beneficial because you don't want to accidentally click on

22 something which could completely compromise your phone.

23 **Q.**    Now, in response to one of counsel's questions about

24 sideloading and security, you used the term "spoof."  What did

25 you mean by that?

1   **A.**   You know, you could be in a social media website and

2   somebody could have a link there saying "Get something" and the

3   link looks like it's from a trusted developer.  Let me use --

4   I'm going to use Netflix as an example.  Right?  And you think

5   you're getting something from Netflix, but they have spoofed,

6   they have changed the URL slightly in an almost imperceptible

7   way that you may not be going to Netflix.  Right?  And so

8   that's an example of spoofing, and it happens very, very

9   commonly.

10  **Q.**   And so counsel gave you an example using Amazon.  Do you

11  recall that?

12  **A.**   Yes.

13  **Q.**   And she was referring to it in the context of the unknown

14  sources setting in the Android phone.  Do you recall that?

15  **A.**   Yes.

16  **Q.**   And so if you -- and she said:  Amazon is not unknown.  We

17  all know about Amazon; correct?

18  **A.**   That's correct.

19  **Q.**   How does spoofing relate to whether the user is actually

20  getting Amazon sideloaded onto their phone?

21  **A.**   Now, again, they could have seen a link and they may be

22  landing on a website which is imitating Amazon but it's not

23  actually Amazon, and all we are doing at that point is just

24  asking the user to pause.  We're just prompting the user just

25  to make sure they are aware and they're exercising the choice

1    they want to.

2    **Q.**    Is security relevant to the competition between Android

3    and Apple?

4    **A.**    Very much so.  Because Apple doesn't allow sideloading,

5    they often compare and say Android is more insecure; and, you

6    know, so they constantly position Apple as being more secure.

7    And so those are the tradeoffs we have to do.

8         We care about giving choice, and so we have decided to

9    implement sideloading, but we are adding protections.  It's

10   like a seat belt in a car.  And so we are adding the

11   protections to make sure you can use it safely.

12   **Q.**    All right.  Just a couple last questions, Mr. Pichai.

13        So Epic -- is Epic Games right when it says in this

14   lawsuit that Google is trying to stifle choices that developers

15   like Epic have to bring their content to others?

16   **A.**    No.  It's not who we are as a company.  Our mission is to

17   provide access to information and make it universally

18   acceptable and useful.  This is why, you know, we made the

19   decision.

20        Android is unprecedented.  There's never been a free and

21   open operating system which has reached over two and a half

22   billion users, and we do that by providing it free of charge

23   and making it possible to work with thousands of OEMs.  And

24   this is not something we can do it alone.  We work with

25   developers, hundreds -- thousands of developers who work with

1    us.  We work hard to make sure apps are getting better, and we

2    want them to reach as many users as possible, including Epic,

3    and that's how we've always approached it.

4    Q.    Thank you.

5            MR. POMERANTZ:  No further questions, Your Honor.

6            THE COURT:  All right.  Brief recross.

7            MS. MOSKOWITZ:  May I proceed?

8            TECH PERSONNEL:  Ms. Clark, would you switch it over

9    to us?

10           MS. MOSKOWITZ:  Thank you.

11                      <u>REDIRECT EXAMINATION</u>

12   BY MS. MOSKOWITZ:

13   Q.    Mr. Pichai, you were asked a question about the various

14   services that Google Play provides.  Do you remember that?

15   A.    Yes.

16   Q.    And you were asked about how Google Play has competed

17   against Apple for those services; is that right?

18   A.    That's correct.

19   Q.    All of the services you listed are also areas that

20   alternative Android stores could compete on; right?

21   A.    Yes.

22   Q.    Amazon's app store could make a better parental control,

23   for example, than Google Play?

24   A.    Yes.

25   Q.    And you mentioned that the Chrome store was facing a

1  different situation because Netflix -- everyone knows Netflix.

2  You can just go get Netflix on the web; right?

3  **A.**   That's correct.

4  **Q.**   Well, Netflix -- Android users also know Netflix; right?

5  **A.**   That's correct.

6  **Q.**   But users have to go to the Google Play Store on Android

7  to get Netflix; right?

8  **A.**   No.  I mean, all Samsung phones ship at the Samsung Galaxy

9  App Store.  By default, they can just open the Samsung Galaxy

10  App Store and go get Netflix.

11  **Q.**   Right.  But they have to go to a store to get Netflix;

12  right?

13  **A.**   Yes, but not the Google Play Store.

14  **Q.**   Okay.  Well, on every non-Samsung, they have to go to the

15  Google Play Store; right?

16  **A.**   It depends.  The OEM may have chosen to include an Amazon

17  App Store or something else.  It depends on what's on the

18  phone.

19  **Q.**   Okay.  Are you aware of how many OEMs have decided to

20  preinstall the Amazon App Store on their devices?

21  **A.**   I don't know specifically about Amazon App Store, but I've

22  seen phones with Amazon App Store preinstalled.

23  **Q.**   You've seen a phone with Amazon App Store preinstalled?

24  **A.**   Over times I've seen phones.  You know, Samsung is the

25  most popular smartphone manufacturer, and every -- I use

1    Samsung phones all the time.  They have Samsung Galaxy App

2    Store right on the home screen, and you can go get Netflix from

3    there.

4    **Q.**    All right.  You agree with me a user on an Android phone

5    cannot just go to the Netflix website and get the Netflix app

6    for their Android phone; right?

7    **A.**    They can.  They can sideload.  So they can -- if they

8    choose, they can go do that.

9    **Q.**    Do you think Netflix offers that?

10   **A.**    I'm not sure whether Netflix offers that.  They offer it

11   both through Google Play Store and Samsung Galaxy Store.

12   **Q.**    Right.  Sticking with Netflix, do you believe Netflix

13   offers the Netflix Android app for sideloading by users on

14   Android?

15   **A.**    I don't recall them doing so.

16   **Q.**    And if they were to do so, they would have to go through

17   the multistep user flow, including unknown sources we discussed

18   earlier?

19   **A.**    If that is the first time a user is interacting with that.

20   They may have done it for some other app before; and then if

21   they were doing Netflix, they don't need to go through the

22   unknown sources.

23   **Q.**    They have to go through a number of steps; right?

24   **A.**    It depends.  If you've already turned on unknown sources,

25   you just have to go through that additional step there.

1  Q.   Okay.  So you think it's just one step for Netflix?

2  A.   I'm not saying it's one step, but I'm not sure of all the

3  details here.

4  Q.   Okay.  So you have no idea how many steps a user has to go

5  through to get Netflix if it were even available for sideload

6  on Android?

7  A.   It would depend on whether that's the first time they are

8  sideloading or they have done other sideloading before.

9  Q.   Either way, sir, do you have a clue as to how many steps

10  are involved?  That's what I'm just trying to understand.

11  A.   I know it involves a few steps.  I'm not exactly sure of

12  the specific number of steps.

13  Q.   And I think we can agree, I think you said it, everyone

14  knows Netflix; right?

15  A.   That's correct.

16  Q.   Netflix.com I think was even what it was called for a

17  while?

18  A.   That's correct.

19  Q.   All right.  And so you don't reduce the number of steps,

20  however many there may be, when a user wants to go download

21  Netflix from netflix.com; right?

22  A.   Because if it's spoofed, we may not always know that's

23  happening.  So we just give a standard set of warnings and make

24  sure the user is thinking through.

25  Q.   All right.  So the answer is no, even for Netflix, if a

1  user goes to netflix.com, there are the same number of steps

2  that if they went to any other website to get an app?

3  **A.**   That's correct.  That's correct.

4  **Q.**   Okay.  And people today on mobile phones have been trained

5  that they have to go to a store to get their app; isn't that

6  right?

7  **A.**   Typically that's how most people get their applications,

8  yeah.

9  **Q.**   And would you agree that it is not typical practice for

10  Android users to go sideload an alternative Android app store?

11  **A.**   Yeah, I wouldn't say it's typical practice, that's

12  correct.

13  **Q.**   And on PCs users can just go directly to websites.  That's

14  what they do all the time; right?

15  **A.**   That's correct.

16  **Q.**   And they get their apps that way; right?

17  **A.**   That's correct.

18  **Q.**   And PCs have the same potential spoofing issues that you

19  mentioned; right?

20  **A.**   Yeah.  Which is why if you download something, you know,

21  PCs would show up and warn before you're installing something

22  on your computer; or in the Mac, before you actually install an

23  application, you know, you would give all the warnings.

24     The browser is different because applications in the

25  browser don't typically have access.  They're written on your

1  operating system unlike in a mobile phone when you're

2  installing that application.

3  **Q.**   All right.  I want to install an app on my PC.  Install an

4  app.  I'm not just going to the web.

5  **A.**   That's correct.

6  **Q.**   I want to install an app.  I can go to a website,

7  developer's website, and download that app on a PC; right?

8  **A.**   That's right.

9  **Q.**   All right.  And you say they pop up a warning?

10  **A.**   That's right.  It depends on -- there are a few steps.  If

11  you're on a Mac, you go through a few steps, yes.

12  **Q.**   All right.  Well, let's just ignore Mac for a second.

13      I'm on a PC.  Do you have any idea how many steps I have

14  to go through to get that app on my device?

15  **A.**   Recently I haven't been using a PC, but in the past, you

16  know --

17  **Q.**   Do you know one way or the other?  I'm just wondering.

18  **A.**   Yeah.

19  **Q.**   If you don't know, that's fine.

20  **A.**   Yes.  A few steps, yeah.

21  **Q.**   A few?  You think it's a few?

22  **A.**   It's typically a couple steps.  You know, you download and

23  you say yes, but that's one of the reasons that Mac has a

24  security advantage because they had more friction.

25  **Q.**   Sir, I appreciate that.  I'm just trying to get this done.

PICHAI - REDIRECT / MOSKOWITZ

1    Do you know how many steps there are on a PC to download

2    an app directly from a developer's website?  Yes or no.

3    **A.**    I think so, yes.

4    **Q.**    Okay.  And do you think it is fewer or more than on an

5    Android device to do that same action?

6    **A.**    I'm not fully sure.  I think it could be fewer.

7    **Q.**    Fewer on PC?

8    **A.**    That's correct.

9    **Q.**    You talked about competition with Apple a bit?

10   **A.**    Yes.

11   **Q.**    And I think you said that you think that the app stores

12   are competing at the app store level, Apple and Google; is that

13   what you said?

14   **A.**    Yes.  We compete both at the operating system, phone, and

15   the app store level, yes.

16   **Q.**    You agree, though, that Google Play is not available for

17   IOS devices; right?

18   **A.**    That's correct.

19   **Q.**    And Apple App Store is not available for Android devices?

20   **A.**    That's correct.

21   **Q.**    Even through sideloading?

22   **A.**    That's correct.

23   **Q.**    And you talked about how Google Play only makes money when

24   Google Play developers make money; right?

25   **A.**    That's correct.

PICHAI - REDIRECT / MOSKOWITZ

1  Q.   But under Google's deal with Apple, Google makes money

2  when users choose Android, but it also makes quite a bit of

3  money when users choose the IOS ecosystem; right?

4  A.   We as a company have many different products and services.

5  Android doesn't make any money when people buy, you know,

6  Android or Google Play.

7       We have Google Search, which works both on iPhones --

8  Q.   Right.

9  A.   -- and on Android.  And so this is a separate --

10 Q.   Right.

11 A.   Thank you.

12 Q.   But Google as a company makes billions and billions and

13 billions of dollars every year even when users choose IOS

14 instead of Android?

15 A.   That's correct.

16 Q.   And you mentioned -- I think you were asked about the

17 revenue share that I had asked you about.  Your counsel asked

18 you about it again.  Do you remember that?

19 A.   That's correct.

20 Q.   I think I have some numbers for 2021.  Let's see if you

21 know what I'm talking about.

22      Do you have an understanding that for Search revenue

23 share, in 2021 it was over a total of 26 and change billion

24 dollars that was paid?

25 A.   At a Google level?

**PICHAI - REDIRECT / MOSKOWITZ**

1  Q.   At a -- to all of its Search revenue share partners?

2  A.   That's about right.  I can't be exactly sure, but it

3  sounds about right.

4  Q.   Okay.  And do you understand what the fraction of that was

5  for Apple?

6  A.   I'm not fully sure, though the majority of it is.

7  Q.   The majority of it's Apple; right?

8  A.   Correct.

9  Q.   And does it sound right that Samsung was only 2 billion of

10  that?

11  A.   I'm not sure of the exact numbers for Samsung.

12  Q.   But the majority of that overall number is Apple and the

13  remainder is divided up among OEMs and carriers?

14  A.   That's correct.

15  Q.   All right.  Android OEMs and carriers?

16  A.   That's correct.

17  Q.   You were asked about our privilege-and-chat discussion.

18  Do you remember that?

19  A.   Yes.

20  Q.   And you testified that the discussion in that chat was not

21  relevant to this case; right?

22  A.   Not to the litigation matter here, yeah.

23  Q.   Right.  And we acknowledged that together in my

24  questioning; right?

25  A.   That's correct.

1  Q.   All right.  But you were on more than one legal hold, not

2  just this case at that time?

3  A.   That's correct.

4  Q.   And at any given time, you're actually on holds for many

5  things?

6  A.   That's correct.

7  Q.   And we also looked at 8030 -- you looked at 8030 again.

8  That was Mr. Walker's e-mail to the group?

9  A.   Yes.

10 Q.   And he pointed you to a portion of that where it says (as

11 read):

12        "If you must chat on legal hold issues, do so on the

13        record."

14        Right?

15 A.   That's correct.

16 Q.   But you understand that Google did nothing to make sure

17 that people were actually chatting on the record if they were

18 talking about legal matters that were subject to a hold; right?

19 A.   You know, I relied on my legal and compliance teams who

20 were overseeing our practices in this area.

21 Q.   Right.  And you understand your legal team, in fact,

22 relied on individual users to decide whether a subject they

23 were communicating over Chat was relevant to the issues covered

24 by the legal hold?  You understand that that was what they did;

25 right?

1  **A.**   That's my understanding, that they instructed them to

2  follow specific instructions once they were covered by a

3  litigation hold.

4  **Q.**   Right.  But the instruction was:  Don't use Chat; but if

5  you do, save it on the record if it's relevant to the matters

6  covered by the legal hold?  Right?

7  **A.**   That's correct.  That's correct.

8  **Q.**   And they left it to the individual to make that call of

9  does this relate to a legal hold or a matter covered by a legal

10 hold?  That was up to that individual employee; right?

11 **A.**   That's correct.

12 **Q.**   And I think you would agree with me that not everyone

13 subject to a legal hold within Google has an understanding of

14 what matters are actually covered by a legal hold, wouldn't

15 you?

16 **A.**   Again, I rely on the communication and the training which

17 our teams provide to employees in these matters, yeah.

18 **Q.**   Would you agree with me, sir, that not every employee at

19 Google who receives a legal hold has an understanding of what

20 the full scope of the matters are that are relevant to the

21 reason they were on a legal hold.  Do you agree with that?

22 **A.**   Yes, but I would expect them to get advice from a lawyer

23 if they have questions in their mind.

24 **Q.**   Okay.  So your view of how this would go down as every

25 single time a person decided to write a chat, that they were

1    going to call up their lawyers and see "Do I need to keep

2    this?"

3    **A.**    That's not my view, but they received *a priori*

4    instructions once there was a litigation hold; and, you know,

5    if you had questions, you know, you could clarify with our

6    legal teams.

7    **Q.**    Do you know all the issues that are relevant to the case

8    we're here for today?

9    **A.**    Yeah.  Recently, yes.

10   **Q.**    Okay.  What are they?  What are all of the issues that are

11   relevant to the matters that are being tried here in this

12   trial?

13   **A.**    I mean, this is to do with Google Play, how we operate our

14   Google Play Store, the service fees we charge for developers,

15   and the practices associated with this, but there are a lot of

16   peripheral issues associated with it.

17   **Q.**    That's your full understanding?

18   **A.**    It's part of my understanding.  I'm not a legal expert.

19   That's part of my understanding.

20   **Q.**    Right.  But in terms of your decisions of whether and to

21   what extent to chat on the record, that's what you had in mind?

22   **A.**    I have multiple litigation holds so I generally don't

23   discuss substantive matters.  I typically use Google Chat for

24   administrative purposes, for scheduling purposes, and so we

25   don't engage in -- you know, I don't engage in substantive

1    discussions on matters, you know, related to all of this.

2    Q.    So your sworn testimony here today is that you never sent

3    a single chat over -- let's just say the last two and a half

4    years while discovery was happening in this case about any of

5    the subjects that are even possibly relevant to the issues in

6    this case?

7    A.    I'm saying not in a substantive way.  Somebody could have

8    pinged me and said, "Let's have a meeting to do with..."  You

9    know, and I would say, "Yes.  Please schedule."  So it depends

10   on what -- you know.

11   Q.    Okay.  So then I'll just confirm.  Is it your sworn

12   testimony that you never sent any substantive communication

13   whatsoever about any of the issues that are even possibly

14   relevant to the issues in this case?

15   A.    Not that I recall.

16   Q.    Okay.  But you can't swear that you didn't do that; right?

17   A.    To the best of my recollection, I don't recall discussing

18   anything in a substantive way.

19   Q.    And if you had, your sworn testimony is you would have put

20   history on?

21   A.    Sorry.  Repeat the question.

22   Q.    If you had had such a discussion, is it your sworn

23   testimony that you would have put history on?

24   A.    Yeah.  If I was going to engage in a substantive

25   discussion on a matter covered by a litigation hold, yes, I

1    would turn it on.

2    **Q.**   Are you aware that Google produced a total of eight chats

3    total with you as a participant?

4    **A.**   Sorry, I wasn't aware of that.

5    **Q.**   And we saw one where you asked for it to be deleted and

6    turned off history; right?

7    **A.**   That's correct.

8    **Q.**   And so other than your lack of recollection, we have no

9    way of knowing whether and to what extent you sent any

10   substantive business chats whatsoever over the last

11   three years?

12   **A.**   There are some group discussions where the default is on.

13   So, you know, so that would be the cause of those.  If I had

14   done any other time, if I specifically asked for a setting to

15   be deleted off, I think, you know, that could have come up in

16   discovery.  So, you know, I can only tell I've used Chat for a

17   long time but, you know, I don't discuss substantive matters

18   related to litigation hold using Google Chat.

19   **Q.**   You're saying that if you had done this more to ask

20   history to be turned off, we would have had it; is that your

21   view?

22   **A.**   Possibly, yeah.

23   **Q.**   Right.  But if history remained off, as it was set to be

24   by default, we would never see anything you said in those

25   chats?

1   **A.**   You know, my understanding is it only will delete the chat

2   after a request was made.  So that's how my understanding is.

3   I may be wrong in that.

4   **Q.**   Well, but you agree that history was off by default;

5   right?

6   **A.**   In the conversation of history was off, yes.  Yeah.

7   **Q.**   Right.  And that's the default; right?

8   **A.**   That's correct.

9   **Q.**   For the entire enterprise of Google since 2008; right?

10  **A.**   That's correct.

11  **Q.**   Okay.  So every chat that was started since 2008 was

12  started with history off?

13  **A.**   We've had multiple products since then, so I'm not fully

14  sure, but I would assume so, yes.

15  **Q.**   Yeah.  You assume that after that e-mail went out that we

16  looked at, history was off by default such that every chat that

17  was started for a one-on-one or group chat was off by default

18  unless and until someone took an action to turn it on?

19  **A.**   That's correct.

20  **Q.**   And so unless they did, we would have no record of

21  anything that you said in any of those chats?

22  **A.**   That's correct.

23  **Q.**   Profits, let's talk about that, and then I think we're

24  done.

25      You were asked about that deck that we looked at earlier.

1   That's 2728; is that right?

2   **A.**   That's correct.

3   **Q.**   And we'll put that back on the screen for you.

4       I think you made a point to say that 97 percent of

5   developers don't pay?

6   **A.**   Yes.

7   **Q.**   So am I right, then, that this $4.4 billion of profits

8   were paid by 3 percent of the Android developers?

9   **A.**   That's correct.

10  **Q.**   And I think you said -- your testimony was that there's

11  Android development costs that are factored in in people's

12  minds but aren't sort of reflected here; right?

13  **A.**   Not just factored.  The board has a very clear

14  understanding of what the business is.  They know we invest in

15  Android and, you know, we do capital allocation.  So we invest

16  tens of thousands of engineers.  We have big marketing teams.

17  We have big go-to-market costs associated with --

18  **Q.**   So they're aware?

19  **A.**   Very aware.

20  **Q.**   They're aware of these costs?

21  **A.**   Very aware.

22  **Q.**   Okay.  But you don't actually know which of those costs

23  are, in fact, reflected in here already and which aren't;

24  right?

25  **A.**   I don't know all the underlying details, but I know none

1  of the broad Android costs are allocated here.

2  **Q.**   Well, you can't tell this jury line by line anything about

3  what is included and what is not included in these numbers;

4  right?

5  **A.**   Not at a line-by-line detail like my accountant or CFO

6  would; but in a -- to give context around it, yes, I can.

7  **Q.**   Sir, you cannot tell the jury which costs are in and which

8  costs are out of any of these numbers; right?

9  **A.**   I can say YouTube costs are not involved in this line

10 item.  So it depends on your question.

11 **Q.**   Okay.

12 **A.**   This will have a million lines underneath it, yes, so I

13 can't answer to every one of those millions of lines; but at a

14 high level I can answer this is the Google Play team's view of

15 the costs.  So, you know, it won't include -- you know,

16 typically it won't include costs from outside this group.

17 **Q.**   Right.  So YouTube, you just gave as an example, is

18 nowhere to be found here?

19 **A.**   For sure.

20 **Q.**   But you can't tell me which of these Android development

21 costs that you're saying are already in here and which ones are

22 not; right?

23 **A.**   I can say that the vast majority, 90-plus percent of

24 Android costs are not in this line item.

25 **Q.**   Okay.  Well, let's -- I think I want to ask you another

1    question there just to make sure that that's right.

2        So you don't know what Google Play's operating margin

3    would be if you factored in whatever the correct amount of

4    Android development costs are; right?

5    **A.**   That's correct.

6    **Q.**   Right.  You cannot tell us that number?

7    **A.**   That's correct.

8    **Q.**   You would be speculating?

9    **A.**   That's correct.

10   **Q.**   So if I even asked you to give me a range of what the

11   operating margin would be, you would not be able to do so;

12   right?

13   **A.**   I know Android costs is in the billions of dollars, so I

14   would have some sense it would be a very dramatically different

15   picture, but I can't give you specific ranges, yeah.

16   **Q.**   You cannot even give me a range of what the operating

17   margin would be if you factored in these Android development

18   costs; right?

19   **A.**   It would be -- it would swing this in a dramatically

20   different direction, I can tell you that much, but I can't give

21   you a narrow range, yes.

22   **Q.**   All right.

23           MS. MOSKOWITZ:  Your Honor, 130, please, page,

24   lines 15 to 19.

25                    (Pause in proceedings.)

1        **THE COURT:**  Okay.  Yeah, that's fine.

2    BY MS. MOSKOWITZ:

3    **Q.**  You were asked the following question at your deposition

4    and gave the following answer (as read):

5        **"QUESTION:**  Other than it would be lower than 65 percent,

6        do you have any range that you could give me of what the

7        operating margin would be?

8        **"ANSWER:**  I don't want to speculate the number."

9        Was that your testimony?

10   **A.**  Yeah, that's correct.

11   **Q.**  And you cannot recall ever having seen a document that

12   does, in fact, allocate Android development costs to

13   Google Play?

14   **A.**  Not that I recall.

15   **Q.**  No.  You've not seen that; right?

16   **A.**  That's correct.

17   **Q.**  And the metrics that were presented to the board of

18   directors that we're looking at right here include the costs

19   that the Google finance team determined were necessary to

20   calculate an operating margin to present to the board; right?

21   **A.**  That's correct.

22   **Q.**  And the view that was presented to the board for their

23   analysis and their understanding of Google Play was that there

24   was an operating margin of 65 percent; correct?

25   **A.**  That's correct.

1            **MS. MOSKOWITZ:**  No further questions.

2            **THE COURT:**  Okay.  Let's take lunch.  We'll come back

3     at about let's say 12:40.  We're going to stay a little bit

4     later today just to make up that half hour, not too much.  Just

5     a little bit.  So I'll see you at 12:40.

6            If you don't mind, just stay there, Mr. Pichai.

7            **THE CLERK:**  All rise.

8            (Proceedings were heard out of the presence of the jury:)

9            **THE COURT:**  All right.  The jury has been excused for

10    lunch, and I have a couple of questions to ask out of the

11    presence of the jury.  Not too many.

12           Let me start with this:  So, Mr. Pichai, when a litigation

13    hold comes into Google, who do you as chief executive officer

14    rely on to advise you and other Google employees about the

15    subject matters covered by a hold?

16           **THE WITNESS:**  It is our legal and compliance teams.

17    In my case it would often by either Mr. Kent Walker or someone

18    senior from his team.

19           **THE COURT:**  Okay.  And leaving -- you know, let's say

20    leaving the CEO aside, who would you rely on to advise, I'll

21    just say, the rank and file employees about the subject matters

22    covered by a hold?

23           **THE WITNESS:**  It will be legal counsel for the

24    respective teams.  So, you know, who would be -- so, for

25    example, if you're working on Android, we have an Android legal

1  team, and they would reach out and give instructions in the

2  case of a litigation hold.

3         THE COURT:  All right.  And do they all answer to

4  Kent Walker ultimately?

5         THE WITNESS:  That's correct, Your Honor.

6         THE COURT:  Okay.  And in this case do you recall what

7  you were told -- how you were told about the subject matters

8  that were covered?  For example, did you get a document that

9  identified each topic by subject matter or was there some other

10 communication?

11        THE WITNESS:  I would get an e-mail with detailed

12 instructions in the e-mail; but for -- in my case, I would

13 always typically have a conversation to understand more any

14 other context I should directly with my chief legal officer.

15        THE COURT:  But there was an e-mail -- in terms of

16 written documents, there was at least an e-mail you got.

17        THE WITNESS:  Yeah, direct e-mail which would come to

18 me.

19        THE COURT:  All right.  And is it your

20 understanding -- I know you're not the lawyer, but is it your

21 understanding that since 2008 through today, through

22 November 2023 and each and every day in between, it has been

23 Google's policy to let each individual employee who is subject

24 to a litigation hold to decide whether or not to preserve a

25 chat?

PICHAI - REDIRECT / MOSKOWITZ

1      **THE WITNESS:**  There have been some recent changes in

2   terms of how the policies are set; but, you know, for a long

3   time it's been we would give instructions around the litigation

4   hold to employees and, yes, it's -- the employees then have to

5   make the decisions.

6      **THE COURT:**  Okay.  So leaving aside the recent

7   changes, the answer to my question is yes?

8      **THE WITNESS:**  Yes, Your Honor.

9      **THE COURT:**  Okay.  And when were these changes that

10  you mentioned implemented?

11     **THE WITNESS:**  I recall some changes around February of

12  this year and later some changes in April of this year.

13     **THE COURT:**  Okay.  So let's say first quarter of 2023

14  roughly?

15     **THE WITNESS:**  Yes.  I can't be absolutely sure.

16  That's the best of my recollection.

17     **THE COURT:**  I understand.

18     And do you know what those changes are?  How was the Chat

19  policy changed?

20     **THE WITNESS:**  Your Honor, my understanding is that we

21  changed the Chat to be default on now for all Googlers by

22  default.

23     **THE COURT:**  Okay.  So, in other words, it's done a

24  180.  So the default now is always on --

25     **THE WITNESS:**  That's correct.

1     **THE COURT:**  -- unless somebody intentionally opts out?

2     **THE WITNESS:**  That's correct, Your Honor.

3     **THE COURT:**  Okay.  There are others I know who will

4  have more knowledge, I appreciate it.

5     Okay.  You're free to go, and thank you very much.

6     And see you all at 12:40.

7     **THE WITNESS:**  Thank you, Your Honor.

8                    (Witness excused.)

9     **THE CLERK:**  All rise.  Court's in recess.

10     (Luncheon recess was taken at 12:09 p.m.)

11  **AFTERNOON SESSION**                          **12:50 p.m.**

12     (Proceedings were heard out of the presence of the jury:)

13     **THE COURT:**  What would you like to raise?

14     **MR. DIXON:**  Your Honor, Doug Dixon.

15     We had one issue with respect to opening the door.  We

16  believe Google opened the door to regulatory activity relating

17  to the Play Store as it relates to the special deal Google

18  entered into with Spotify, and we intend to ask Google employee

19  Kirsten Rasanen about this regulatory activity.

20     So last week, as you may recall, Google elicited testimony

21  from Purnima Kochikar about the motivations behind Google

22  entering a special deal with Spotify, and she said that it was

23  to compete with Apple.

24     And then Google's counsel elicited testimony whether it

25  was important to enter into this deal because Spotify was an

**PROCEEDINGS**

1  agitator or because Spotify was important to the Play Store;

2  and Ms. Kochikar responded that it was because Spotify was

3  important to the Play Store implying that agitation had nothing

4  to do with it.

5       And if I could, Your Honor, I'd like to pass up the

6  testimony.

7            **THE COURT:**  I remember it.

8            **MR. DIXON:**  So I'm going to pass up three documents.

9  One is the testimony and two are the documents.

10           **THE COURT:**  What is the regulatory door?

11           **MR. DIXON:**  Pardon me, Your Honor?

12           **THE COURT:**  What is the regulatory door that's been

13  opened in your view?

14           **MR. DIXON:**  Yes.  So here's what the testimony was.  I

15  was going to pass it up to you so you can read it, but I'm

16  happy to read it into the record.

17           **THE COURT:**  I know the testimony.  I was here.  Just

18  pass up whatever document you want.

19           **MR. DIXON:**  All right.

20           **THE COURT:**  And what is this regulatory door that

21  you're talking about?

22           **MR. DIXON:**  Yes, Your Honor.  So if you'll look at the

23  first document, it is Exhibit 8553, and on the second page at

24  the top -- and Google's counsel has a copy of it -- you'll see

25  that they are discussing removing a policy exception, making a

**PROCEEDINGS**

1  change to Google's policy with respect to the use of

2  Google Play Billing.  And it says that they spoke to over 35

3  major app developers, and believe agitation risk is manageable

4  for the heavy majority -- and then this is the relevant part --

5  except for Spotify who is already influencing work in progress

6  legislation in the European Commission.

7       And then if you go down, it says "To properly execute

8  number three," meaning this policy change, you'll see they're

9  talking about doing a special deal with Spotify.

10      So it says (as read):

11           "Provide clarity on Spotify's ability to further

12      influence the legislation."

13      And then it indicates as well that the expected set of

14  actions Spotify and legislators could take and our response or

15  other planned litigation for each plaintiff; and then C is the

16  key, Your Honor, "Strategic Deal" (as read):

17           "Strategic Deal for Spotify:  Offer design, coms, and

18      negotiation strategy."

19      This is what motivated that deal with Spotify.  They were

20  worried about the agitation that Spotify was making, as well as

21  Spotify's ability as a major developer and its already ability

22  to influence ongoing regulation legislation going on in the EC.

23           **THE COURT:**  All right.  Well, you don't need the EC

24  part.  You can just stop at --

25           **MR. DIXON:**  I think we do --

1    **THE COURT:**  -- stop at Spotify who is already --

2    "manageable except for Spotify," period.  Just stop there.

3    We're not going to do EC.  We're not going to do that.

4    Okay?  It's just not going to happen.

5    So if you want to use this, you can stop at "Spotify --

6    "except for Spotify" and take out that other reference to

7    "providing further influence on legislation."  It's too much of

8    a sideshow for the trial.

9    **MR. DIXON:**  Okay.

10   **THE COURT:**  Now what's the one for 1438?

11   **MR. DIXON:**  So 1438 is along the same lines,

12   Your Honor.  It starts on page 3 of 1438.  Midway down you'll

13   see that there's some highlighting identifying, again, there is

14   discussion about Spotify being concerned because there's some

15   chance that they're going to the EC.  I think consistent with

16   Your Honor's prior ruling, if there's nothing about the EC, we

17   don't need to use that.

18   **THE COURT:**  Take any references out to EC or

19   legislation.  Okay?

20   **MR. DIXON:**  Okay.

21   **THE COURT:**  All right.

22   **MR. KRAVIS:**  Thank you, Your Honor.

23   **MR. DIXON:**  Thank you, Your Honor.

24   **THE COURT:**  All right.  Let's bring them in.

25   (Proceedings were heard in the presence of the jury:)

**PROCEEDINGS**

1          **THE COURT:**  Who do we have next?

2          **MR. BORNSTEIN:**  Your Honor, our next witness is going

3   to be testifying by deposition.

4          **THE COURT:**  Okay.

5          **MR. BORNSTEIN:**  His name Eric Chu, C-H-U.

6          **THE COURT:**  Okay.

7          **MR. BORNSTEIN:**  And before we begin the deposition, I

8   have a number of exhibits to offer.

9          **THE COURT:**  Okay.  They're all agreed to?

10          **MR. BORNSTEIN:**  Yes, they are, Your Honor.  And

11   Ms. Clark has the list, but I can read them into the record if

12   that's helpful.

13          **THE COURT:**  Okay.  Let's wait for Ms. Clark.

14                  (Pause in proceedings.)

15          **THE COURT:**  All right.

16          **MR. BORNSTEIN:**  Thank you.

17      Your Honor, we move the admission of the following

18   exhibits:  298, 299, 300, 303, 304, 305, 308, 312, 316, 319,

19   320, 322, 332, and 949.

20          **MR. KRAVIS:**  No objection.

21          **THE COURT:**  Okay.  Those are all admitted.

22      (Trial Exhibits 298, 299, 300, 303, 304, 305, 308,

23        312, 316, 319, 320, 322, 332, and 949 received in

24        evidence.)

25          **THE COURT:**  Go ahead.

1    **MR. BORNSTEIN:**  Thank you, Your Honor.

2         (Video was played but not reported.)

3    **THE COURT:**  What is that noise?

4    **TECH PERSONNEL:**  It's on the video.

5    **THE COURT:**  It's on the video?

6    **TECH PERSONNEL:**  Yes.

7    **THE COURT:**  Is it going to be like that for the whole

8    video?

9    **TECH PERSONNEL:**  I'm afraid so.  It's a Zoom depo.

10   **THE COURT:**  I'm sorry.  All right.  Go ahead.

11        (Videotaped deposition resumed, not reported)

12   **THE COURT:**  Okay.  Let's stand up and stretch.

13             (Pause in proceedings.)

14   **THE COURT:**  Who's next?

15   **MR. BORNSTEIN:**  Back to live witnesses, Your Honor.

16   Epic calls Hiroshi Lockheimer.

17   **THE COURT:**  Okay.

18   **THE CLERK:**  Will you please raise your right hand?

19                  **HIROSHI LOCKHEIMER**,

20   called as a witness for the Plaintiff, having been duly sworn,

21   testified as follows:

22   **THE WITNESS:**  I do.

23   **THE CLERK:**  Please be seated.

24      Please state your full name for the Court and spell your

25   last name.

1    THE WITNESS:  Sure.  My name is Hiroshi Lockheimer.

2    THE CLERK:  Use the microphone.

3    THE COURT:  Pull it closer to you.

4    THE WITNESS:  Closer?  Sorry.

5    My name is Hiroshi Lockheimer, L-O-C-K-H-E-I-M-E-R.

6    THE CLERK:  Thank you.

7    **DIRECT EXAMINATION**

8    BY MR. BORNSTEIN:

9    Q.   Mr. Lockheimer, good afternoon.

10   A.   Good afternoon.

11   Q.   Now, you work at Google; correct?

12   A.   I do.

13   Q.   And you joined Google in 2006; correct?

14   A.   That's right.

15   Q.   And since that time, you've had responsibilities for,

16   among other things, the Android platform; correct?

17   A.   Sure.  I joined the Android team initially.  I wasn't -- I

18   wouldn't say I was responsible for it in the beginning, but

19   I've been promoted over time.

20   Q.   Your responsibilities have included work on Android

21   through that whole time; correct?

22   A.   Correct.

23   Q.   Okay.  And in 2015, you became a senior vice president

24   with responsibility for the platforms and ecosystems group;

25   correct?

1    **A.**   That's right.  We didn't call it that back then but, yes.

2    We're now called platforms and ecosystems but, yes.

3    **Q.**   And you became the senior vice president of that group in

4    2015?

5    **A.**   Correct.

6    **Q.**   And that group, the platforms and ecosystems group,

7    covers, among other things, Android and Google Play; yes?

8    **A.**   Yes.

9    **Q.**   And you report directly to Mr. Pichai, the CEO; is that

10   right?

11   **A.**   I do.

12   **Q.**   And before he left the company, one of the people who

13   reported to you who we've all met in this courtroom is Jamie

14   Rosenberg; right?

15   **A.**   Jamie did report to me, yes.

16   **Q.**   In your role as SVP of platforms and ecosystems, you are

17   responsible for all of Google's consumer-facing platforms and

18   ecosystems; right?

19   **A.**   Yes, I think so.

20   **Q.**   So in addition to Android and Google Play, your

21   responsibilities include the Chrome browser; is that right?

22   **A.**   Chrome browser is one of them, yeah.

23   **Q.**   Yeah.  And they also -- and your responsibilities also

24   include the Chrome OS; correct?

25   **A.**   Correct.

LOCKHEIMER - DIRECT / BORNSTEIN

1    **Q.**    That's the Chrome operating system?

2    **A.**    That's right.

3    **Q.**    So Android is Google's operating system for smartphones

4    and some other devices; right?

5    **A.**    Sure.  Tablets, watches, things like that, yeah.

6    **Q.**    Whereas, Chrome OS is Google operating for laptops and

7    desktop PCs; correct?

8    **A.**    PCs, that's right.

9    **Q.**    So you would agree that mobile OSs like Android serve

10   different devices from computer OSs like Chrome; correct?

11   **A.**    Chrome OS, yes.

12   **Q.**    Yes, Chrome OS.  Thank you.  I agree.

13           So I'll just make it clear.  Mobile OSs like Android serve

14   different devices than computer OSs like the Chrome OS;

15   correct?

16   **A.**    Typically.  Typically, yes.

17   **Q.**    And they serve different needs, different use cases,

18   different customer segments, different partners; fair?

19   **A.**    Not necessarily.  I mean, the use cases may be similar.  I

20   browse on the PC.  I browse on my phone.  I mean, that's a same

21   use case.

22           **MR. BORNSTEIN:**  Your Honor, may I take a look at

23   page 30, lines 17 through 24?

24           **THE WITNESS:**  Am I -- oh, okay.

25                       (Pause in proceedings.)

LOCKHEIMER - DIRECT / BORNSTEIN

1          THE COURT:  That's fine.

2    BY MR. BORNSTEIN:

3    Q.   Mr. Lockheimer, do you remember you and I met when we

4    spent time on a deposition earlier?

5    A.   I do remember that.

6    Q.   Okay.  And you gave testimony at your deposition under

7    oath; correct?

8    A.   Correct.

9    Q.   And at your deposition do you remember being asked this

10   question and answer -- and give this answer?  (as read):

11        "QUESTION:  Why does Google maintain these two different

12        operating systems for different types of devices?

13        "ANSWER:  Well, you partially answered it.  It's partially

14        because it's for different types of devices.  It's also

15        because they serve different needs, different use cases,

16        different customer segments, different partners."

17        Did you give that answer under oath, sir?

18   A.   I did give this answer, yeah.

19   Q.   All right.  Let me ask you a true-or-false question.

20        True or false:  People change their phones every

21   six months?

22   A.   It depends on the person.

23   Q.   On average, sir, people change their phones every

24   six months?

25   A.   False.

1  **Q.**   False.  So that statement we heard earlier in this trial

2  in this courtroom, false; correct?

3  **A.**   I don't know.  I wasn't here earlier today, so I don't

4  know what you heard; but if your question is every six months

5  for the average person, that doesn't seem typical to me.

6  **Q.**   All right.  Thank you.

7      Now, you're familiar with something called the Android

8  Open-Source Project; is that right?

9  **A.**   Mm-hmm, yes.

10  **Q.**   And that's sometimes abbreviated AOSP?

11  **A.**   Correct.

12  **Q.**   I will try and say AOSP.  I may slip.

13  **A.**   It's a mouthful.

14  **Q.**   So AOSP, the Android Open-Source Project, is an operating

15  system that is available to phone manufacturers for free

16  without a license from Google; is that right?

17  **A.**   That's right.

18  **Q.**   So anyone can just go download the AOSP operating system

19  from the Internet, for example?

20  **A.**   That's right.

21  **Q.**   And AOSP, in addition to including an operating system,

22  has certain open-source apps; right?

23  **A.**   Yes.  Sure.

24  **Q.**   But AOSP does not include certain Google apps like, for

25  example, the Chrome browser that you have responsibility for?

1   **A.**   Well, portions of Chrome are actually open sourced as part

2   of a Chromium project, similar; but I understand what you're

3   saying.  There are certain Google apps that are not open

4   source.

5   **Q.**   Okay.  So I'll ask the question again.

6        The Chrome browser itself is not part of the AOSP

7   available for free over the Internet; correct?

8   **A.**   It is not a part of AOSP, but it is a part of Chromium,

9   which is open sourced.

10  **Q.**   Okay.  The Chrome browser is not part of the AOSP that is

11  available over the Internet?  That's correct; right?

12  **A.**   Correct.  Chrome browser is not part of AOSP.

13  **Q.**   Thank you.

14       And Gmail is not part of AOSP; right?

15  **A.**   Correct.

16  **Q.**   And YouTube is not part of AOSP; correct?

17  **A.**   That's right.

18  **Q.**   And Google Maps is not part of AOSP; correct?

19  **A.**   Yes.

20  **Q.**   And there are a variety of proprietary Google APIs that

21  are also not part of AOSP; is that right?

22  **A.**   That's right.

23  **Q.**   Can you please turn in the binder you have in front of

24  you -- I know it's big -- would you please turn to Exhibit 647?

25       This is already in evidence, Your Honor.

LOCKHEIMER - DIRECT / BORNSTEIN

1   **A.**   617?

2   **Q.**   647, Mr. Lockheimer.

3   **A.**   Sorry.  Sorry.  Yeah, it was hidden.

4        (Witness examines document.)  I see it.

5   **Q.**   Great.

6        **MR. POMERANTZ:**  Your Honor, we have an objection to

7   this, which is foundation.  I think they should first see if

8   there's a foundation for this witness to answer questions on

9   this document.

10        **THE COURT:**  The document is in evidence?

11        **MR. BORNSTEIN:**  Yes, Your Honor.

12        **THE COURT:**  All right.  That's fine.  Go ahead and use

13   it.

14        **MR. BORNSTEIN:**  Thank you, Your Honor.

15   BY MR. BORNSTEIN:

16   **Q.**   I'd like to ask you to take a look, Mr. Lockheimer, at

17   page 7 of the document.

18        If you can put that on the screen.

19   **A.**   Page 7.

20        (Witness examines document.)  Okay.  Yep.

21   **Q.**   My first question is an easy one.  That's you in the

22   picture; right?

23   **A.**   It looks like it.

24   **Q.**   Okay.

25   **A.**   It's a bit cringy but, yes, that's me.

1    Q.   And this document says -- and those of us, by the way, in

2    the courtroom yesterday, we saw this --

3    A.   Oh, you did?

4    Q.   -- slide during one of your colleague's testimony.

5    A.   Got it.

6    Q.   Now, at the top of this slide it says "Android Open-Source

7    Project (AOSP)"; right.

8         So this -- sorry.  You just need to give an answer the

9    court reporter can take down.

10   A.   Yes, it says that, Android Open-Source Project.

11   Q.   Thank you.  I know it's sometimes unnatural.  We nod and

12   say things like "mm-hmm."

13   A.   Sorry.

14   Q.   And it says in the bottom right corner "Make it open

15   source and free"; correct?

16   A.   I do see that.

17   Q.   And so what's being described here as open source and free

18   is AOSP; correct?

19   A.   Let me look at the slide, what the slide is talking about.

20   I didn't create these slides.

21        (Witness examines document.)  It's hard to tell, but it

22   seems like the "make it open source" entry is referring to

23   Android Open-Source Project.

24   Q.   Great.

25   A.   That's what it seems like.

LOCKHEIMER - DIRECT / BORNSTEIN

1   Q.   Okay.  Thank you.

2        And in addition to licensing Android to phone makers,

3   Google also makes available a license to something called GMS;

4   correct?

5   A.   Correct.

6   Q.   And GMS stands for Google Mobile Services?

7   A.   Yes.

8   Q.   And Google Mobile Services or GMS is something that gets

9   layered on top of AOSP; correct?

10  A.   Optionally, yes.

11  Q.   Yeah.  For those who take it; right?

12  A.   For those who want it, right.

13  Q.   Okay.

14  A.   Yeah.

15  Q.   And GMS is a collection of Google apps; correct?

16  A.   That's right.

17  Q.   And that includes some of the ones we talked about before,

18  like Chrome and Google Maps and YouTube; correct?

19  A.   That's right.

20  Q.   And these are very popular apps with consumers?

21  A.   It seems like it.

22  Q.   And because they're popular apps, phone makers want to

23  have those apps on their phones when they take them out of the

24  box; right?

25  A.   You'd have to ask the phone manufacturers, but it seems

LOCKHEIMER - DIRECT / BORNSTEIN

1    like a reasonable statement.

2    **Q.**   Well, the phone manufacturers want the GMS apps because

3    they think the consumers like them; correct?

4    **A.**   I would -- I would think so.

5    **Q.**   Okay.  The GMS apps are a highly sought after set of

6    products; is that right?

7    **A.**   A lot of users use them.  Sought after by OEMs, I don't --

8    you'd have to ask the OEMs.

9    **Q.**   All right.  Let's take a look at Exhibit 1376 in your

10   binder, please.

11   **A.**   (Witness examines document.)  Okay.

12   **Q.**   And Exhibit 1376 is an e-mail string from 2011 in which

13   you participated; correct, sir?

14   **A.**   Looks like it, yes.

15         **MR. BORNSTEIN:**  Your Honor, I move the admission of

16   Exhibit 1376.

17         **MR. POMERANTZ:**  No objection, Your Honor.

18         **THE COURT:**  At admitted.

19       (Trial Exhibit 1376 received in evidence.)

20   **BY MR. BORNSTEIN:**

21   **Q.**   And if we call up the first page here, you can see --

22   either on the screen or in front of you, whatever is easier,

23   sir -- in the middle there is an e-mail from you dated April 7,

24   2011.  Do you see that e-mail.

25   **A.**   I do.

1   **Q.**   And you say in the third line of that e-mail (as read):

2          "GMS is a highly sought after set of products."

3   Correct?

4   **A.**   I did write that.

5   **Q.**   All right.  Now, to be able to preload the GMS apps on an

6   Android phone, a phone maker has to sign an agreement with

7   Google first called the Mobile Application Distribution

8   Agreement; correct?

9   **A.**   First before?

10  **Q.**   Before being -- in order to load those apps -- preload

11  those apps onto a phone --

12  **A.**   Oh, sure.

13  **Q.**   -- that phone maker must be a signatory to one of these

14  Mobile Application Distribution Agreements?

15  **A.**   That's my understanding, yes.

16  **Q.**   Okay.  And sometimes people call them MADA or a MADA?

17  **A.**   MADA is how I call it but, yes.

18  **Q.**   Okay.  I may get that wrong sometimes.

19  **A.**   It's all right.

20  **Q.**   All right.  So that's different from AOSP, which is

21  available without a license from Google; right?

22  **A.**   That's right.

23  **Q.**   And the GMS apps, this highly sought after set of products

24  and APIs, those are available only from Google and nowhere

25  else; right?

1   **A.**   Right, because they're Google's products.

2   **Q.**   Right.

3   **A.**   Yeah.

4   **Q.**   And so while AOSP may be free to everyone, the GMS apps

5   bring OEMs to the negotiating table with Google; right?

6   **A.**   Well, they're Google's apps, so if people want to

7   download -- if OEMs want to preload Google's apps, they should

8   talk to Google, yes.

9   **Q.**   All right.  So let's take Exhibit 1376 back on the screen

10  already in evidence, and I just want to finish that sentence I

11  was reading to you (as read):

12          "GMS is a highly sought after set of products and it

13       brings OEMs to the negotiating table."

14       You wrote that, sir; correct?

15  **A.**   It looks like it from 2011, yeah.

16  **Q.**   Right.  And, in fact, every Android smartphone sold in the

17  United States today has the GMS apps preloaded; correct?

18  **A.**   Every Android phone sold in the U.S. today... I don't know

19  if that's true.

20  **Q.**   All right.

21       **MR. BORNSTEIN:**  Can we take a look, please,

22  Your Honor, at page 97 of the deposition?  And I'm looking at

23  lines 15 through 24, Your Honor.

24                    (Pause in proceedings.)

25       **THE COURT:**  That's fine.

1   BY MR. BORNSTEIN:

2   Q.   So at your deposition, Mr. Lockheimer, you were asked (as

3   read):

4            "Are you aware -- are you aware of any Android

5        smartphones that are sold in the United States without GMS

6        and the GMS core today?"

7        You clarified the question (as read):

8            "Android smartphones in the U.S. without GMS or GMS

9        core; is that right?"

10       I said, "Correct."

11       And you answered (as read):

12           "Those are the conditions?  No, I don't -- if you're

13       talking about smartphones specifically, no, I don't know.

14       I don't think so, but I don't know."

15       Correct?

16  A.   Maybe I misheard you.  I thought your question was Android

17  phones.  You didn't say smartphones so that's why I'm not sure.

18  There may be Android phones that are not smartphones.

19  Q.   All right.  Well, I'm happy to take the correction if

20  that's what I said.

21       Are you aware of any Android smartphones sold in the

22  United States today that do not have the GMS apps preloaded?

23  A.   I don't think so.  I don't know, but I'm not sure.

24  Q.   Okay.  And so all of those smartphones would have been

25  made by somebody who signed a MADA or MADA; correct?

LOCKHEIMER - DIRECT / BORNSTEIN

1   **A.**   Most likely, yes.

2   **Q.**   And so all of those phone makers would have had to come to

3   the negotiating table with Google; correct?

4   **A.**   If they wanted MADA, yes.

5   **Q.**   All right.  So the slide we saw with your picture on it

6   yesterday and again today that said, "Make it open source and

7   free," that Android Open-Source Project, AOSP, is not being

8   used by any Android smartphone in the United States today; is

9   that right?  They're all using GMS?

10  **A.**   Sorry.  I'm confused by that.

11      GMS doesn't refer to the operating system.  AOSP refers to

12  the operating system.

13  **Q.**   And the GMS core sits on top; correct?  We said it's

14  layered on top?

15  **A.**   On top of the operating system.  On top of AOSP.

16  **Q.**   Right.  So there's no Android smartphone being sold today

17  in the United States that's open source and free using only

18  AOSP without also having the GMS core and a license from

19  Google; correct?

20  **A.**   Just to clarify, I think you're asking me the same

21  question, which is fine.  You're asking me the same as question

22  as before.

23      I don't know, but I think you're right.

24  **Q.**   Okay.  Can I ask you to look at a different document in

25  your binder?  It's Exhibit 1390.

LOCKHEIMER - DIRECT / BORNSTEIN

1    **A.**    1390 you said?

2    **Q.**    Yes.

3         And while you're looking, to be clear, you can't name any

4    smartphone -- Android smartphone in the United States today

5    that is sold without GMS preloaded; correct?

6    **A.**    Right.  I can't name one, but --

7    **Q.**    Okay.

8    **A.**    -- yeah.

9    **Q.**    Okay.  Let's look at Exhibit 1390, please.

10   **A.**    (Witness examines document.)

11   **Q.**    Are you there?

12   **A.**    I'm at 1390.

13   **Q.**    Okay.  Exhibit 1390 is an annual planning presentation

14   from 2021 for the platforms and ecosystems group.  That's your

15   group; correct?

16   **A.**    Correct.

17        **MR. BORNSTEIN:**  Your Honor, I'd move the admission of

18   Exhibit 1390.

19        **MR. POMERANTZ:**  No objection, Your Honor.

20        **THE COURT:**  It is admitted.

21        (Trial Exhibit 1390 received in evidence.)

22        **MR. BORNSTEIN:**  Great.

23   BY MR. BORNSTEIN:

24   **Q.**    And I'm going to move through two more documents very

25   quickly, Mr. Lockheimer.

1          The next one is Exhibit 433.  Just jump to that one.

2     **A.**   Oh, okay.  433.

3     **Q.**   I'm doing some litigation plumbing here.

4     **A.**   No worries.  I'm going to move this for a second.

5          (Witness examines document.)  Okay.  I'm at 433.

6     **Q.**   Thank you.

7          And Exhibit 433, this is another presentation relating to

8     the platforms and ecosystems group, and it says on the front

9     "Hiroshi Ruth Review."  Do you see that?

10    **A.**   I do.

11    **Q.**   So that's your group again?

12    **A.**   Yes.

13    **Q.**   All right.

14         **MR. BORNSTEIN:**  Your Honor, I move the admission of

15    433.

16         **MR. POMERANTZ:**  No objection, Your Honor.

17         **THE COURT:**  It's admitted.

18         (Trial Exhibit 433 received in evidence.)

19    **BY MR. BORNSTEIN:**

20    **Q.**   I've got one more, Mr. Lockheimer.  If you'd look at

21    Exhibit 5641.

22    **A.**   Oh, wow.  Okay.

23    **Q.**   I warned you.  It's a big binder.

24    **A.**   It's a workout.  5641.

25         (Witness examines document.)  Okay.  I'm at 5641.

LOCKHEIMER - DIRECT / BORNSTEIN

1   Q.   Great.

2       So 5641, this is another Google presentation.  It says

3   "P&E."  That's your group; right?

4   A.   Correct.

5   Q.   "The 2021 Annual Plan"; correct?

6   A.   That's what it says, yes.

7           MR. BORNSTEIN:  Your Honor, I'd move the admission of

8   Exhibit 5641.

9           MR. POMERANTZ:  No objection.

10          THE COURT:  It's admitted.

11      (Trial Exhibit 5641 received in evidence.)

12  BY MR. BORNSTEIN:

13  Q.   All right.  Enough with the documents.

14      So, Mr. Lockheimer, working with Samsung is an important

15  part of your job; correct?

16  A.   Sure.

17  Q.   And you consider Samsung to be both a partner and a

18  competitor; right?

19  A.   Primarily partner but there are areas in which we compete,

20  yes.

21  Q.   So you consider them to be both, a partner and a

22  competitor; fair?

23  A.   I suppose so, yeah.

24  Q.   And on the partner side, they are Google's biggest partner

25  in Android; right?

1    **A.**    Yes.

2    **Q.**    And they're the biggest Android phone maker?

3    **A.**    That's right.

4    **Q.**    And it's a very complicated relationship with a lot of

5    different touch points?

6    **A.**    You mean with Samsung?

7    **Q.**    Between Google and Samsung, yes.

8    **A.**    Yeah, that's fair.

9    **Q.**    All right.  I'd like to look at some of the examples.

10        So if you could turn to Exhibit 1378 in your binder.  This

11   one we'll spend a little time on.

12   **A.**    (Witness examines document.)  Sorry.  I'm here.

13   **Q.**    Great.

14        Exhibit 1378 is a January 2014 e-mail in which you

15   participated with some of your colleagues at Google; correct?

16   **A.**    Yes.  I haven't read it yet, but it looks like it.

17   **Q.**    All right.

18        **MR. BORNSTEIN:**  Your Honor, I'd move the admission of

19   Exhibit 1378.

20        **MR. POMERANTZ:**  No objection, Your Honor.

21        **THE COURT:**  Admitted.

22        (Trial Exhibit 1378 received in evidence.)

23   **BY MR. BORNSTEIN:**

24   **Q.**    Now, if you look at the bottom, Mr. Lockheimer, there's an

25   e-mail from someone named Lan Roche; is that right?

1    A.   Yes.

2    Q.   And Mr. Roche was a member of the partnership's team with

3    Google at this time; correct?

4    A.   I believe so, yeah.  I know Lan.  I don't remember when he

5    was there, but sounds plausible.

6    Q.   Okay.  And he tells you in this e-mail that Samsung

7    developed a new feature for use inside its apps; correct?

8    A.   Sorry.  Let me get caught up.

9    Q.   It's in the second paragraph (as read):

10         "In summary, Samsung wants to include a feature

11         inside their native applications..."

12         And then it goes on.

13   A.   Yeah, I see that part.  Thank you.

14   Q.   And Mr. Roche told you that Samsung had asked whether this

15   feature would violate exclusivity language in a search deal.

16   Do you see that?

17   A.   I do see that.

18   Q.   And you told him in response just above that, that Google

19   was planning to build precisely the same feature.  Do you see

20   that?

21         That's at 6:48 p.m., sir.  It's on the screen too if you

22   don't have it in front of you.

23   A.   (Witness examines document.)  I do see that, 6:48 p.m.,

24   yep.

25   Q.   And your directions were that "They should" -- "they"

1    meaning Samsung -- "should use our implementation"; right?

2    **A.**    I wrote "They should use our implementation."

3    **Q.**    Meaning that Samsung should use Google's implementation of

4    this particular feature rather than Samsung's implementation;

5    correct?

6    **A.**    That seems like it.

7    **Q.**    All right.  So Mr. Roche then writes back to you a little

8    further up in the document, and he proposes how to respond to

9    Samsung and he says that his proposed solution -- sorry -- that

10   the proposed solution that Samsung was coming up with is

11   counter to the desire between the parties to reduce competing

12   services.  Do you see that?

13   **A.**    I do.

14   **Q.**    All right.  And you don't respond to Mr. Roche saying

15   "There's no such thing.  There's no desire to reduce competing

16   services"; right?  That's not there?

17   **A.**    I don't see it, yeah.

18   **Q.**    Right.  Instead you approve the response, and you say that

19   Mr. Roche's approach sounds fine; correct?

20   **A.**    (as read):

21            "I think your approach sounds fine.  John, are you

22            cool with it?"

23   **Q.**    Right.  That's what you wrote?

24   **A.**    That's right.

25   **Q.**    Okay.  Now, one area in which Google and Samsung do

1  compete in your view is on app stores; is that correct?

2  **A.**   They do have an app store, yeah, that's true.

3  **Q.**   And does the Google app store compete with the Galaxy App

4  Store?

5  **A.**   In some sense, yeah.

6  **Q.**   When I say "the Google app store," I mean Google Play of

7  course.

8  **A.**   I understood.  Yeah, I understood what you meant.

9  **Q.**   Now, Samsung has previously said to you that user

10 awareness of its app store is low; correct?

11 **A.**   Possibly.

12 **Q.**   All right.  Let's take a look at Exhibit 1380 in the

13 binder, please.

14 **A.**   Okay.

15 **Q.**   And Exhibit 1380 is an e-mail string in which you

16 participated in July 2014; correct?

17 **A.**   I'm smiling because the font is really small.

18 **Q.**   I know, Mr. Lockheimer.  I've been struggling with it

19 myself.  This was how it was produced to us by Google.

20 **A.**   Got it.  Got it.  I wasn't complaining.  I'm just pointing

21 out my eyes are going bad.

22 **Q.**   I have complained so I would not hold it against you.

23 **A.**   So sorry.  Your question was?

24 **Q.**   This was an e-mail string in which you participated in

25 July of 2014; correct?

1   **A.**    Yeah.  I think it says July 11, 2014.

2   **Q.**    Great.

3          **MR. BORNSTEIN:**  So, Your Honor, I'd move the admission

4   of Exhibit 1380.

5          **MR. POMERANTZ:**  No objection.

6          **THE COURT:**  It's admitted.

7       (Trial Exhibit 1380 received in evidence.)

8          **MR. BORNSTEIN:**  So let's publish that, please.

9   **BY MR. BORNSTEIN:**

10  **Q.**    Now, on the bottom of the very first page -- and I know

11  this is hard.  We're going to try and blow it up.  It's hard in

12  hard copy as well.

13      So there is at the very bottom of the first page -- if we

14  could blow that up, please -- an e-mail from someone named Gina

15  Johnson.

16      I hope that's better for people to be able see.  And at

17  some point perhaps we can pass out hard copies to the jury at a

18  break if people are having trouble.

19      But Ms. Johnson sends this note.  You see it says

20  "+Hiroshi.  See below"?

21  **A.**    I see that.

22  **Q.**    All right.  So she's forwarding to you what is a news

23  story that appears on the next page; correct?

24  **A.**    Let's see.

25      (Witness examines document.)  Looks like it, yeah.  Yes.

1    Q.   And this news story is about Samsung rebranding its app

2    store; correct?

3    A.   (as read):

4              "Samsung rebrands app store as Galaxy Apps."

5    Q.   Yeah.  And what you do -- if we go back to the first page

6    of this e-mail -- is you forward this news story to somebody

7    named DJ Koh; correct?

8    A.   Yes, right there, "Hey, DJ and team."

9    Q.   And DJ is a senior executive at Samsung; yes?

10   A.   He was, yeah.

11   Q.   Okay.  And someone who you had a close working

12   relationship; is that fair?

13   A.   That's fair.

14   Q.   Occasionally you would even text each other; correct?

15   A.   About coordination but, sure.

16   Q.   Sure.  And you tell Mr. Koh in this e-mail that you were a

17   bit surprised by the announcement that's reported in the news

18   story about Samsung rebranding its app store; correct?

19   A.   Yeah.  You can see I wrote (as read):

20              "Sorry.  I was a bit surprised to see this."

21   Q.   Right.  And you say to him (as read):

22              "As you know, we've been trying hard to collaborate

23         on the content side and the app ecosystem too."

24         You wrote that?

25   A.   It looks like it, yes.

LOCKHEIMER - DIRECT / BORNSTEIN

1   Q.   All right.  So this announcement was unexpected to you at

2   the time; fair?

3   A.   I think that's fair.

4   Q.   And you get a response back to your e-mail from

5   somebody -- not from DJ Koh, but somebody named Hankil Yoon.

6   Do you see that?

7   A.   Hankil Yoon, yes.

8   Q.   And Mr. Yoon's also a Samsung employee who reported in

9   some way to Mr. Koh; correct?

10  A.   At the time, yes.

11  Q.   And Mr. Yoon responds by giving you the background that

12  you had asked for.  He says (as read):

13          "Let me give you some background to the change."

14      Correct?

15  A.   Yeah.  On top of that, he also said having -- I guess we

16  visited them and we had a productive discussion with them about

17  this.

18  Q.   Yes.  No, I understand that he says a lot of things; but

19  if we're going to get through this, let's just focus on the

20  things I'm asking you about.  And if we want to look at some

21  more, we can look at some more if the context is needed.

22      Now, first of all, it can't be -- right? -- what you just

23  said can't be true; am I right?  Because the first e-mail that

24  you sent to Mr. Koh is dated July 11, 2014; correct?

25  A.   All right.  What did I say that --

LOCKHEIMER - DIRECT / BORNSTEIN

1    Q.   If we go down to the prior e-mail --

2    A.   Okay.

3    Q.   -- it's dated July 11, 2014.

4         Can we have that on the screen, please?

5    A.   Okay.

6    Q.   Right.  And so on July 11, 2014, you were surprised by

7    this; correct?

8    A.   That's what I wrote on that date.

9    Q.   Right.  So let's look at the response that you got again

10   from Mr. Yoon.  That's July 11, 2014.

11        Is it your testimony you went to Korea and had a meeting

12   with Mr. Yoon and his colleagues between these two e-mails, and

13   that's what the productive discussions were that are referred

14   to here?

15   A.   That's not what I said.  I said I visited -- he says (as

16   read):

17             "Thanks for visiting us this week and having a very

18        productive discussion with us."

19   Q.   Yeah.  So you said --

20   A.   So that's a Friday, so I must have been there that week.

21   Q.   Oh, I understand.  But you testified a moment ago under

22   oath, Mr. Lockheimer, that the discussions you had were about

23   this app store; is that correct or is that not correct?

24   A.   Not about the -- sorry I confused you.  I didn't mean

25   about the article.  I meant about the collaboration that we

LOCKHEIMER - DIRECT / BORNSTEIN

1    were having.

2    **Q.**   You were surprised about this rebranding; right?

3    **A.**   Right.

4    **Q.**   So you were not having a conversation in Korea about this

5    rebranding that surprised you; correct?

6    **A.**   That's why I was surprised, because they didn't bring it

7    up.

8    **Q.**   Right.  So the discussions you were having were not about

9    this rebranding; correct?

10   **A.**   Correct.  And that's why I was surprised.

11   **Q.**   Exactly.

12        So in this e-mail that you get back from Mr. Yoon he tries

13   to reassure you that you shouldn't be surprised, correct, and

14   you shouldn't worry?

15   **A.**   Where does he -- I don't know if he says I shouldn't be

16   surprised.

17   **Q.**   I'll take you through it.

18   **A.**   Thank you.

19   **Q.**   He says in the third line that (as read):

20        "The previous Samsung apps had grown to a store with

21        70K apps, but its existence was no different from

22        Play Store in many aspects."

23        Correct?

24   **A.**   You're right, that's what he wrote.

25   **Q.**   And he tells you that user awareness was low; correct?

1    **A.**   That's what he wrote, yes.

2    **Q.**   And he's talking about user awareness of the Samsung App

3    Store; correct?

4    **A.**   I assume so.

5    **Q.**   And he says the reason it was low is a lack of

6    differentiation.  Do you see that?

7    **A.**   (as read):

8          "The user awareness was low because of the lack of

9          differentiation."

10         Yeah, he wrote that.

11   **Q.**   Right.  And differentiation is one way that companies can

12   compete with one another; right?  By differentiating their

13   products; fair?

14   **A.**   That's one way, yeah.

15   **Q.**   And so Mr. Yoon went on in the next line to say to you (as

16   read):

17         "We definitely don't want to compete with

18         Play Store."

19         Correct?

20   **A.**   He wrote that, yes.

21   **Q.**   And he went on to assure you that this rebranded store, in

22   the next line, will have only a few hundred apps, most of which

23   would be customized for Galaxy specific features.  Do you see

24   that?

25   **A.**   I do see that, yes.

1    Q.   And then near the end of the e-mail, the second-to-last

2    line that's currently on the screen, he says (as read):

3             "I guess there's nothing to be surprised at."

4        Correct?

5    A.   (as read):

6             "I guess there's nothing to be surprised at."

7        Yes, he wrote that.

8    Q.   Right.

9        All right.  Let me move to a new topic.  We can put the --

10           THE COURT:  All right.  Let's take our afternoon

11   break.  We'll come back at 2:35.

12           THE CLERK:  All rise.

13                  (Recess taken at 2:20 p.m.)

14               (Proceedings resumed at 2:36 p.m.)

15       (Proceedings were heard in the presence of the jury:)

16           THE COURT:  Okay.

17           MR. BORNSTEIN:  Thank you, Your Honor.

18   BY MR. BORNSTEIN:

19   Q.   Mr. Lockheimer, welcome back from the break.

20   A.   Thank you.

21   Q.   Now, you're aware that when Epic launched Fortnite on

22   Android, it did so outside of Google Play; correct?

23   A.   I believe so, yes.

24   Q.   And before that happened, Epic actually told you that Epic

25   was going to launch outside Google Play in an e-mail; correct?

1   **A.**   Maybe.  I've had many conversations -- a number of

2   conversations with Epic, so I don't remember the exact

3   timeline, the sequence of events, but...

4   **Q.**   Okay.  We'll see the e-mail soon enough.

5   **A.**   Okay.

6   **Q.**   You were disappointed, am I right, that Epic was planning

7   to launch Fortnite outside of Google Play?

8   **A.**   Sure.

9   **Q.**   And Google made an effort to persuade Epic to launch

10   Fortnite on the Play Store; correct?

11   **A.**   Yes.

12   **Q.**   And put together -- Google put together a proposal to make

13   to Epic so that Epic would have Fortnite on the Google Play

14   Store; is that right?

15   **A.**   We wanted Epic on the Play Store, yes.

16   **Q.**   And Google made a proposal to Epic in order to persuade

17   Epic to put Fortnite on the Google Play Store; correct?

18   **A.**   Yes.

19   **Q.**   Okay.  So there's something called the Business Council at

20   Google; right?

21   **A.**   Right.

22   **Q.**   And that Business Council has -- you need to go to them to

23   get approval for certain kind of expenditures; right?

24   **A.**   Not me.  A lot of other people go to it, yes.

25   **Q.**   Within Google, there are requirements to go to the

LOCKHEIMER - DIRECT / BORNSTEIN

1   Business Council for certain kinds of expenditures; right?

2   **A.**   That's right.   I don't know all the details but, yes,

3   there's some forum where approvals happen.

4   **Q.**   Great.

5       Well, let's take a look at Exhibit 1385 in your binder,

6   please.

7   **A.**   Okay.

8       (Witness examines document.)   All right.

9   **Q.**   This is a set of e-mails on which you were copied in July

10  of 2018; correct.

11  **A.**   Let me find the date.

12      (Witness examines document.)   July of 2018, yes.

13          **MR. BORNSTEIN:**   Your Honor, I'd move Exhibit 1385 into

14  evidence.

15          **MR. POMERANTZ:**   No objection, Your Honor.

16          **THE COURT:**   It's admitted.

17      (Trial Exhibit 1385 received in evidence.)

18          **MR. BORNSTEIN:**   Publish that, please.

19  **BY MR. BORNSTEIN:**

20  **Q.**   I'll direct you to the bottom of page 2, Mr. Lockheimer,

21  and there is an e-mail there, you can see, from someone named

22  Michael Murphy.   Do you see that?

23  **A.**   I do.

24  **Q.**   Okay.   And you're aware this is shortly after Fortnite had

25  informed -- excuse me -- Epic had informed Google that Fortnite

LOCKHEIMER - DIRECT / BORNSTEIN

1    was going to be launched off the Play Store; right?

2    **A.**   That part I don't know off the top of my head; but if

3    that's what you say, I believe you.

4    **Q.**   Okay.  Thank you.  I appreciate that.

5         So this e-mail from Mr. Murphy, which continues on the

6    next page, which is really where I'm going to focus -- so if we

7    could go to the next page, please.

8         There's a set of terms here that Mr. Murphy is sending

9    around.  Do you see those?

10   **A.**   Terms?

11   **Q.**   On page 3.

12   **A.**   I'm looking for the word "terms."

13   **Q.**   Well, the word "terms" isn't there, but these are a set of

14   terms and other information that's being presented to the

15   Business Council for its review; correct?

16   **A.**   It looks like it, yeah.

17   **Q.**   Okay.  And you were listed as the top deal representative

18   for this deal.  Do you see that?

19   **A.**   I do see that, yep.

20   **Q.**   And if we look down a little bit to the section labeled

21   "Partner Statement About Ecosystem."

22        If we could go down there.  Great.

23        This proposal to the Business Council identified Epic's

24   decision to distribute Fortnite through Epic's own website as a

25   threat to the Google Play Store's broader business model.  Do

LOCKHEIMER - DIRECT / BORNSTEIN

1    you see that?

2    A.   I see that.

3    Q.   And there was -- at this time there was a concern that was

4    being voiced within Google that if Epic distributed off of the

5    Play Store, other major developers might follow in Epic's

6    footsteps; correct?

7    A.   Where does it say that?

8    Q.   I'm asking you if that's true, Mr. Lockheimer.

9         There was a concern being voiced within Google at the time

10   that if Epic distributed Fortnite off of the Play Store, that

11   other major developers might follow in Epic's footsteps;

12   correct?

13   A.   I think that's right, yeah.

14   Q.   Okay.  And the deal team in this proposal in Exhibit 1385

15   described that as a high risk of contagion.  Do you see the

16   reference to high risk of contagion here?

17   A.   I do.

18   Q.   And that meant a high risk that other games would seek

19   other distribution channels; correct?

20   A.   Right.  We wanted Play to be the best place to download

21   apps.

22   Q.   Right.  And so there was a risk that if Epic went off the

23   Play Store, that other games would follow and also distribute

24   off the Play Store; correct?

25   A.   That's what it says there (as read):

1              "High risk that other games seek other distribution

2         channels."

3    **Q.**   Right.  And that was referred to within Google as a high

4    risk of contagion; correct?

5    **A.**   Certainly in this e-mail it seems like that's how it was

6    described.

7    **Q.**   And elsewhere within Google it was also referred to as

8    contagion, correct, outside of this e-mail?

9    **A.**   I don't know.  I mean...

10   **Q.**   Okay.  The proposal to the Business Council stated that if

11   Epic launched Fortnite off of Google Play, Google stood to lose

12   $130 million in revenue directly from in-app purchases on

13   Fortnite.

14        Maybe the best place to look is the best place, but this

15   one works fine too.  We can leave it here.

16   **A.**   This is on page 1?

17   **Q.**   Correct.

18   **A.**   Okay.

19   **Q.**   That was the estimate that was made internally at Google

20   at the time, $130 million in direct revenue at risk; correct?

21   **A.**   It says (as read):

22             "For 130 million we calculated the direct revenue

23        forgone if Fortnite is not on the Play as follows."

24        And there's a bunch of stuff there.

25   **Q.**   Yes.  So there was $130 million that was perceived to be

1   at risk if Fortnite was launched off Play; correct?

2   **A.**   I'd have to read a little bit more to understand the

3   context.

4   **Q.**   So you don't remember; is that your testimony?

5   **A.**   I don't.  This e-mail was from 2018.

6   **Q.**   Okay.  Well, that makes things easier.

7        All right.  Well, let's go back to the third page here

8   where the proposal is.

9        Do you remember that the estimated value, the incremental

10  cost to Google right at the top, was projected to be

11  $147 million for this proposal to Epic?

12  **A.**   I don't remember.

13  **Q.**   Do you remember that -- do you have any reason to doubt

14  that that's actually what was being proposed to the Business

15  Council here on this document?

16  **A.**   No.  I believe this e-mail.

17  **Q.**   Okay.  And what Google was proposing was to spend

18  $147 million in incremental costs to protect against

19  $130 million in direct revenue loss from Epic; correct?

20  **A.**   Say that again.  You're jumping around a bit.

21  **Q.**   It's $147 million in incremental costs; correct?  That's

22  here?

23  **A.**   According to this part.

24  **Q.**   Right.  And then just go a little further down that page

25  where it says partner statement about ecosystem, which we

1    looked at before.  It's right on the screen, sir (as read):

2         "Threatening Play revenue $130 million directly."

3    Do you see that?

4    A.   Directly, yeah.  130 million directly, yeah.

5    Q.   Exactly.  So if you looked only at the direct costs or the

6    direct threatened revenue, Google was proposing to spend

7    $147 million to protect a potential loss of $130 million if you

8    looked only at the direct revenue; correct?

9    A.   I guess if you look at just these two lines that you're

10   highlighting, I guess that's how you could say it.  It sounds

11   like we were offering them a really great deal.

12   Q.   Well, what you were doing was actually you were proposing

13   the $147 million in incremental costs to the Business Council

14   because Google perceived that the risk of contagion would be

15   substantially more expensive and was seeking to protect against

16   that as well; correct?

17   A.   Maybe.  I'm sure there are other considerations as well.

18   I mean, it's a long four-page e-mail.

19   Q.   Mr. Lockheimer, let me ask you to take a look at the

20   second page of the e-mail, which comes from somebody named

21   Shafiq Ahmed.  Do you remember he was one of the people on the

22   Play finance team?

23   A.   I do remember Shafiq, yes.

24   Q.   All right.  If we can pull up his e-mail there.

25        At the very top under number two, the very last sentence,

1   he says (as read):

2           "The reason to be willing to provide value greater

3       than expected rev share is to hedge against the further

4       downside risk of contagion to the next likely set of

5       developers."

6       Correct?

7   **A.**   He wrote that and he also said, "...but not breach current

8   economics."

9   **Q.**   He did, right.

10      And Google's counsel approved this proposal -- Business

11  Council approved this proposal; correct?

12  **A.**   I believe so.

13  **Q.**   And Google made this offer to Epic; correct?

14  **A.**   I would think so, yes.

15  **Q.**   And Epic turned it down; right?

16  **A.**   I believe so.

17  **Q.**   All right.  Now, when Epic did ultimately launch Fortnite

18  on Android outside of the Google Play Store, there was a team

19  of people within Google who were examining Fortnite for bugs

20  and vulnerabilities.  Do you remember that?

21  **A.**   Well, I remember there was a security incident.

22  **Q.**   That's not my question.  We'll get there.

23      My question is:  Do you remember that there was a team of

24  people that was put together at Google to examine the Fortnite

25  installer for bugs and vulnerabilities?

 1   **A.**   There was a team of people who helped Epic with a security

 2   incident, yes.

 3   **Q.**   Again, not my question.

 4        Do you remember a team of people was put together to

 5   examine it for bugs and vulnerabilities?

 6   **A.**   Yes.

 7   **Q.**   Okay.  And this was the Fortnite Task Force.  Do you

 8   remember that phrase?

 9   **A.**   I don't.

10   **Q.**   Now, as you say, Google did identify a security

11   vulnerability in the version of Fortnite accessible from the

12   Samsung Galaxy Store; right?

13   **A.**   I don't remember the details.  All I remember is there was

14   a security incident.

15   **Q.**   So you don't remember that it was only on the Samsung

16   Galaxy Store but not on the Epic website?  You don't remember

17   one way or the other?

18   **A.**   I do not.

19   **Q.**   Okay.  And you also don't know whether this vulnerability

20   you're talking about affected a single Fortnite user; correct?

21   **A.**   I don't know how many users it impacted.

22   **Q.**   So you don't know one way or the other?

23   **A.**   Correct.

24   **Q.**   Okay.  But you do know that Google leaked the Fortnite

25   installer bug to the media; correct?

**LOCKHEIMER - DIRECT / BORNSTEIN**

1    **A.**   I wouldn't say "leaked."

2    **Q.**   Well, it was Google's plan of action to tip off the press

3    about the bug; correct?

4    **A.**   For security incidents, we generally have a disclosure

5    policy.

6    **Q.**   Was it Google's plan to tip off the press about this bug?

7    I'm not talking about your usual practices.  Tipping off the

8    press about this bug, that was your plan; right?

9    **A.**   There was a security incident in Epic's code.

10   **Q.**   Mr. Lockheimer, I didn't ask where the code was.  I didn't

11   ask whose it was.

12         It was Google's plan to tip off the press about this bug;

13   correct?

14   **A.**   I guess I'm just objecting to when you say "plan," it

15   makes it sound like we planned this whole thing.

16         **THE COURT:**  Listen to the question and then answer it.

17   The answer is yes, no, or I don't know.  No variations on that.

18   Don't argue, please.

19         **THE WITNESS:**  Okay.  Understood.

20         **THE COURT:**  Repeat the question so we have a clean

21   record.

22         **MR. BORNSTEIN:**  Thank you, Your Honor.

23   BY MR. BORNSTEIN:

24   **Q.**   It was Google's plan of action to tip off the press about

25   this bug; correct, Mr. Lockheimer?

1   **A.**   No.

2   **Q.**   All right.  Well, let's look at Exhibit 1385, please.  I'm

3   sorry.  1386.  I apologize.

4   **A.**   Okay.

5   **Q.**   1386.

6        And Exhibit 1386 is an e-mail string in which you

7   participated in August of 2018?

8   **A.**   Say that one more time.

9   **Q.**   Exhibit 1386 is an e-mail string in which you participated

10   in August of 2018; correct?

11   **A.**   Yes, correct.

12   **Q.**   Great.

13        **MR. BORNSTEIN:**  Your Honor, I'd move the admission of

14   Exhibit 1386.

15        **MR. POMERANTZ:**  No objection, Your Honor.

16        **THE COURT:**  It's admitted.

17   (Trial Exhibit 1386 received in evidence.)

18   **BY MR. BORNSTEIN:**

19   **Q.**   And I'd ask you to look, Mr. Lockheimer, at page 8.

20   There's an e-mail from someone named Shannon Newberry on

21   August 23.  Do you see that?

22   **A.**   One second.  Sorry.

23        (Witness examines document.)  Shannon Newberry...  Yes, I

24   see Shannon's e-mail.

25   **Q.**   Right.  And she's copied you in; correct?

LOCKHEIMER - DIRECT / BORNSTEIN

1    **A.**   She looped me in, yes.

2    **Q.**   Right.  And she says (as read):

3          "Okay.  Plan of action and next steps on the Fortnite

4    security bug."

5    Do you see that?

6    **A.**   I do.

7    **Q.**   And item number three in the plan of action that she

8    reports to you is (as read):

9          "We tip off the press about the bug."

10   Correct?

11   **A.**   I see that.

12   **Q.**   And you supported the idea of tipping off the press about

13   the bug, am I right?

14   **A.**   Well, I wanted to make sure people were aware of the

15   security incident.

16   **Q.**   Mr. Lockheimer --

17   **A.**   Yes.

18   **Q.**   -- you supported the idea of tipping off the press about

19   the bug; correct?

20   **A.**   It was a security incident so, yes.

21   **Q.**   Right.  And you have ordinary procedures for releasing

22   information about security incidents, correct, at Google?

23   **A.**   For -- there are different processes but, yes.

24   **Q.**   Right.  Tipping off the press about the bug is not one of

25   the typical procedures.  You have a separate channel for

1    security incidents; right?

2    **A.**   I think this was already public at that point, though.

3    **Q.**   Okay.  But you don't know.  You're now thinking and

4    looking at the document and trying to rationalize; correct?

5    **A.**   I am looking at the document.

6    **Q.**   Yes, right.  So I'll ask my question again.

7         There is a process, Mr. Lockheimer, at Google for

8    releasing security information, and it does not include this

9    special plan of action for tipping off the press about the bug;

10   correct.

11   **A.**   This was the first time we dealt with an issue with Epic

12   so there was no --

13        **THE COURT:**   Listen to the question and answer it.   I

14   don't want to have to tell you again.

15        Take it from the top, please, Bornstein.

16        **MR. BORNSTEIN:**   Yes, Your Honor.

17   **BY MR. BORNSTEIN:**

18   **Q.**   There is a process at Google for releasing security

19   information and it does not include this special plan of action

20   for tipping off the press about the bug; am I correct?

21   **A.**   I suppose so.

22   **Q.**   Okay.  And the Google team actually did go ahead and share

23   the bug with a media outlet called Android Central; is that

24   right?

25   **A.**   I'd have to look at the e-mail to -- is it okay if I look

LOCKHEIMER - DIRECT / BORNSTEIN

1    at the e-mail to check?

2    **Q.**   I'll look at it with you.

3    **A.**   Okay.

4    **Q.**   Yes.  Why don't we turn to page 7.

5    **A.**   Okay.

6    **Q.**   You'll go the other way.

7         And there is an e-mail there at the top again from

8    Ms. Newberry.

9         By the way, she's a PR person at Google; right?

10   **A.**   Shannon Newberry was a PR person, yes.

11   **Q.**   A PR person working on the security.

12        And she says (as read):

13            "We shared the bug with Android Central and worked

14        with them today to shape a piece."

15        Do you see that?

16   **A.**   I do.

17   **Q.**   All right.  And your response on top of that on August 24,

18   2018, under the thing with your name and the capital letters,

19   you say (as read):

20            "Well done.  Thank you."

21        Correct?

22   **A.**   Seems like it.

23   **Q.**   All right.  Let's talk about one more issue before I let

24   you go.

25   **A.**   Okay.

LOCKHEIMER - DIRECT / BORNSTEIN

1    **Q.**    Apps that are distributed on the Google Play Store are

2    required to use Google Play Billing to handle in-app purchases

3    of digital content; correct?

4    **A.**    Correct.

5    **Q.**    Not all developers like that policy; is that fair?

6    **A.**    I think it's fair.

7    **Q.**    All right.  And you are aware that there are some

8    developers who have objections to this policy for reasons other

9    than the 30 or 15 percent fee that's associated with

10   Google Play Billing; right?

11   **A.**    I think so.

12   **Q.**    Right.  There are developers who don't like the features

13   available, for example?

14   **A.**    Features available where?

15   **Q.**    On Google Play Billing.

16   **A.**    I see.  Maybe.

17   **Q.**    Right.  But you're aware of at least one, right, that

18   you've dealt with in the past?  Am I right?

19   **A.**    I think you're referring to Epic.

20   **Q.**    No.  I'm referring to YouTube.  You've dealt with people

21   at YouTube --

22   **A.**    Yes.

23   **Q.**    -- who were not happy with the features available at

24   Google Play Billing.  Do you recall that?

25   **A.**    Sure.

1    Q.   All right.  And YouTube, it's a part of Google obviously;

2    right?

3    A.   Yes.

4    Q.   Okay.  And for many years, YouTube was not required to use

5    Google Play Billing for in-app purchases of digital content;

6    right?

7    A.   They had a road -- they were required, but they hadn't

8    done it yet.

9    Q.   So for years they did not do it, and Google didn't stop

10   them; right?

11   A.   We were working with them to get them there.

12   Q.   Right.  For a long time, Mr. Lockheimer, YouTube used a

13   billing platform other than Google Play Billing; am I right?

14   A.   I think that's right.

15   Q.   Okay.  For eight or nine years; right?

16   A.   I don't know.

17   Q.   Okay.  And when it came time that YouTube was forced to

18   change and implement Google Play Billing, you got a complaint

19   from YouTube's senior leadership; correct?

20   A.   Sure.

21   Q.   All right.  And that's -- there's a person named -- and

22   I'm going to butcher this one, I hope not, but I'm going to

23   try -- Susan Wojcicki?

24   A.   I've heard it multiple ways too.  Yeah, Susan Wojcicki I

25   think.

1    **Q.**   I will take it your way since you're more likely to be

2    right than me.

3         Susan Wojcicki, she was the head of YouTube?

4    **A.**   At the time, yes.

5    **Q.**   And she complained to you directly and personally about

6    the requirement that YouTube switch over to Google Play

7    Billing, did she not?

8    **A.**   She did.

9    **Q.**   All right.  Let's take a look at your communication with

10   her.  It's Exhibit 1391.

11   **A.**   Okay.

12   **Q.**   And this is, in fact, a chat between you and Ms. Wojcicki

13   about Google Play Billing and YouTube; correct?

14   **A.**   It was a chat between Susan and I, yes.

15   **Q.**   About Google Play Billing; correct?  You can see it in the

16   very first line of the chat.

17   **A.**   Sure.  It's a long -- I don't know if we talked about

18   other things, but certainly it seems like we talked about Play

19   Billing.

20   **Q.**   It's in the very first line of the chat; right?

21   **A.**   Yeah.

22   **Q.**   Okay.

23        **MR. BORNSTEIN:**  Your Honor, I'd move the admission of

24   Exhibit 1391.

25        **MR. POMERANTZ:**  No objection, Your Honor.

1          **THE COURT:**  It's admitted.

2      (Trial Exhibit 1391 received in evidence.)

3          **MR. BORNSTEIN:**  So let's get that on the screen,

4  please.

5  **BY MR. BORNSTEIN:**

6  **Q.**   And as I said, in the very beginning Ms. Wojcicki asks (as

7  read):

8              "If you have a minute, it would be good to talk about

9       Play Billing."

10      Correct?

11  **A.**   I see that.

12  **Q.**   And her team was very upset about YouTube having to switch

13  over to Google Play Billing from the system they had been

14  using; correct?

15  **A.**   She said, yeah, "My team was really upset."

16  **Q.**   And what they're upset about was the requirement that

17  YouTube switch from what they had been using to Google Play

18  Billing.  That's what has her upset; right?

19  **A.**   Well, she said she felt the process was subverted.

20  **Q.**   I'm asking you, Mr. Lockheimer:  Do you remember this,

21  about what she was upset about, or not?

22  **A.**   In general, she didn't -- she had other things she wanted

23  her team to work on.

24  **Q.**   Ms. Wojcicki was upset about the requirement that YouTube

25  was being forced to use Google Play Billing?  Yes or no or you

1   don't remember.

2   **A.**   I suppose, yes.

3   **Q.**   Okay.  And if you look down a little bit, she tells you --

4   we should have this on the screen for everyone's assistance,

5   please.

6          **TECH PERSONNEL:**  Your monitor is down.

7          **MR. BORNSTEIN:**  Is it just mine?  That's fine.  I'll

8   use this one over here.

9   **BY MR. BORNSTEIN:**

10  **Q.**   So if we look down a little bit, she says to you,

11  Mr. Lockheimer (as read):

12          "It's damaging for our business against our

13      competitors."

14      Do you see that?

15  **A.**   I do.

16  **Q.**   And she's telling you that having to use Google Play

17  Billing is bad for YouTube; right?

18  **A.**   It seems like it for her business against her competitors.

19  **Q.**   Correct.  Bad for YouTube.

20      And she says a little further down that (as read):

21          "It's obviously a big change and our team feels it

22      will hurt us competitively to have to use Google Play

23      Billing."

24      Correct?

25  **A.**   She says that, yeah.

1    Q.   Right.  She says then -- at the top of the next page she

2    says (as read):

3              "It's a huge change for us" --

4         Sorry.  The top of page 3 (as read):

5              "It's a huge change for us."

6         Right?

7    A.   I don't see it, but I believe you, yeah.

8    Q.   All right.  Well, you respond to her and you say on

9    page 3, Mr. Lockheimer, we'll have it on the screen again (as

10   read):

11             "It's a huge change for us too."

12        Right?

13   A.   "It's a huge change for us too," yes, I wrote that.

14   Q.   And you told her that your team was not driving this but

15   that your team was forced into it; right?

16   A.   I wrote -- it's hard to read because of the weird

17   asterisks and things like that, but, yeah, "We are forced into

18   this," I wrote that.

19   Q.   Right.  And then a little further down the page

20   Ms. Wojcicki tells you some of the problems that this is going

21   to cause her.  She says (as read):

22             "We will obviously need extra ENG."

23        Which I assume that's engineers or engineering resources?

24   A.   Engineering, yeah, I think that's right.

25   Q.   (as read):

LOCKHEIMER - DIRECT / BORNSTEIN

1            "We will obviously need extra engineers from Sundar

2       for this since we can't do with our HC."

3       Meaning headcount?

4  **A.**   Headcount.

5  **Q.**   Right.  So she's asking -- or telling you that YouTube is

6  going to need more engineers to make this switch from what they

7  were doing to Google Play Billing; correct?

8  **A.**   Right.

9  **Q.**   And she also tells you that it's going to make it hard for

10 YouTube to innovate on billing; correct?

11       Again, it's on the screen.

12 **A.**   (as read):

13            "We need to know how we can innovate on billing."

14       She says she needs to know how to innovate on billing.

15 **Q.**   Right.  And she's worried about not being able to innovate

16 and instead, as she puts it, being stuck with a lot of larger

17 prioritization decisions that might be right for Play Billing

18 but bad for YouTube; right?  That's what she told you?

19 **A.**   Uh-huh.  Yes.  Sorry.

20 **Q.**   So even YouTube, a Google Play Billing -- excuse me -- a

21 Google-owned company, objected to being forced to use

22 Google Play Billing because it would hurt YouTube

23 competitively; correct?

24 **A.**   I suppose so, yeah.  She didn't want to do it.

25 **Q.**   And the only reason that we have this chat between you and

LOCKHEIMER - CROSS / POMERANTZ

1   Ms. Wojcicki is because someone had history on and it was

2   saved; correct?

3   **A.**   I would think so.  I don't know the logistics of how that

4   works but, sure.

5   **Q.**   All right.  Well, that person wasn't you.  You didn't have

6   history on; correct?

7   **A.**   I don't know.

8   **Q.**   Okay.  Are you aware that your lawyers have represented to

9   us in a sworn interrogatory response that you don't recall ever

10  having taken any steps to preserve even a single chat in any

11  manner, including by turning history on, for the entire period

12  in which your documents were collected in this matter?

13  **A.**   I don't know what my lawyer said.  I wasn't there for

14  that.

15  **Q.**   Okay.  Are you aware that in this case we have received

16  just two chats from you for the period after the litigation was

17  filed?

18  **A.**   I didn't know that.

19  **Q.**   All right.  Thank you.

20          **MR. BORNSTEIN:**  I pass the witness.

21          **THE COURT:**  Okay.

22          **MR. POMERANTZ:**  Your Honor, may I proceed?

23          **THE COURT:**  Yes.

24  \\\

25  \\\

1    <u>**CROSS-EXAMINATION**</u>

2    **BY MR. POMERANTZ:**

3    **Q.**    Good afternoon, Mr. Lockheimer.

4    **A.**    Hello.

5    **Q.**    You were asked some questions about the Samsung Galaxy

6    Store and in particular about an e-mail from 2014 between you

7    and people over at Samsung.  Do you recall that?

8    **A.**    I do.

9    **Q.**    Can we put that back on the screen?

10        And this is the one that's rather difficult to read, but I

11   just want to ask you a couple follow-up questions.

12        Was Samsung free to open up an app store if that's what it

13   wanted to do?

14   **A.**    Absolutely.

15   **Q.**    And Samsung did so; correct?

16   **A.**    They continue to, yeah.

17   **Q.**    And this e-mail from Samsung says that Samsung was free to

18   differentiate its app store.  Is it your understanding that

19   Samsung is free to differentiate its app store?

20   **A.**    Absolutely.

21   **Q.**    This e-mail says that at that time Samsung only was going

22   to have a few hundred apps in its store.  Do you recall that

23   the e-mail said that?

24   **A.**    Yeah.  Something like that, yep.

25   **Q.**    Are you aware that today Samsung has a lot more than a few

LOCKHEIMER - CROSS / POMERANTZ

1    hundred apps in its store?

2    **A.**   I don't know the exact number but, yes, it's a lot more

3    than a few hundred.

4    **Q.**   And from 2014 to today, has the Samsung Galaxy Store been

5    free to compete?

6    **A.**   Yes.

7    **Q.**   All right.  Let me come back a little bit to your

8    background.

9    **A.**   Okay.

10   **Q.**   You are the head of the platforms and ecosystems

11   organization; correct?

12   **A.**   That's right.

13   **Q.**   Could you identify for the jury what particular products

14   are covered in that organization?

15   **A.**   Sure.  So it's Android -- and when I say "Android," it

16   also includes TVs and watches and cars and things like that --

17   Play Store, Chrome OS, and Chrome Browser, and also Google

18   Photos.

19   **Q.**   And do you have any responsibility for Google Search?

20   **A.**   I do not.

21   **Q.**   How many people are you responsible for?  How many people

22   report up to you directly or indirectly in platforms and

23   ecosystems?

24   **A.**   About 12,000.

25   **Q.**   And what level of engagement do you have on a day-to-day

1  basis with Play and Android?

2  **A.**   On a day-to-days basis, I mean, it depends on the day, but

3  they're important products; but, of course, I have a lot of

4  other important products as well, so I kind of cycle my time

5  through all the products.

6  **Q.**   All right.  Let's go back a little further.

7       Where did you enroll in college?

8  **A.**   I went to Rice University, which is in Houston, Texas.

9  **Q.**   And while you were there, did you become interested in

10  computers?

11  **A.**   I did.

12  **Q.**   Did you finish college?

13  **A.**   I did not.

14  **Q.**   How long did you stay at Rice?

15  **A.**   About two months.

16  **Q.**   And then what did you do?

17  **A.**   I went -- I grew up in Japan so I moved back to Japan, and

18  I -- at Rice I discovered the computer lab, and that's how I

19  got interested in computers.  So when I went back to Japan, I

20  started teaching myself how to program.

21  **Q.**   And at some point you moved back to the United States;

22  correct?

23  **A.**   That's right.

24  **Q.**   What led you back to the United States?

25  **A.**   I had done a number of things in open source -- this is in

1  the late '90s -- mid-'90s I guess -- and a company in Menlo

2  Park found me and said, "You should come work for us."  So I

3  moved here for that.

4  **Q.**   And then how did you end up at Google?

5  **A.**   My first boss at that start-up that I moved to in Menlo

6  Park, he eventually left and eventually introduced me to Andy

7  Rubin who eventually came to Google.

8  **Q.**   And what year did you join Google?

9  **A.**   2006.

10  **Q.**   And did you join the Android team?

11  **A.**   I did.

12  **Q.**   Now, in 2006, that was about two years before the first

13  Android phone was available on the market; correct?

14  **A.**   October of 2008.  So, yeah, a little over two years.

15  **Q.**   When you first joined the Android team in 2006, did you

16  understand what the mission of Android was?

17  **A.**   I think so, yeah.

18  **Q.**   What was that mission?

19  **A.**   Our goal was to build an open-source operating system for

20  mobile phones, build a smartphone, which in 2023 it sounds kind

21  of obvious, but back in 2006 most people hadn't heard of or

22  used a smartphone before, so I was really excited to go build

23  this.

24  **Q.**   And let's now move forward to the present day.

25       Android competes with Apple; correct?

LOCKHEIMER - CROSS / POMERANTZ

1   **A.**   Yes.

2   **Q.**   How's Android doing in its competition with Apple?

3   **A.**   Well, it depends on the country.   IOS and Android are

4   global, but in the U.S. we're struggling at the moment.

5   **Q.**   So if I could ask you to look at Exhibit 5932 in your

6   binder.

7   **A.**   5932?

8   **Q.**   In your small binder.

9   **A.**   Okay.

10   **Q.**   Do you have that in front of you?

11   **A.**   I do.

12   **Q.**   What is this document?

13   **A.**   Pardon?

14   **Q.**   What is this document?

15   **A.**   Oh, what is this document?   It is a -- it looks like -- I

16   recognize the logo there.   It's from our team within my team

17   talking about this feature called Better Together.

18   **Q.**   And did your team create this document?

19   **A.**   I think so.

20   **Q.**   And do you believe you've seen these slides before?

21   **A.**   Yeah.

22          **MR. POMERANTZ:**   Your Honor, I would move to admit

23   Exhibit 5932.

24          **MR. BORNSTEIN:**   No objection, Your Honor.

25          **THE COURT:**   It's admitted.

1        (Trial Exhibit 5932 received in evidence.)

2    **BY MR. POMERANTZ:**

3    **Q.**   All right.  Mr. Lockheimer, could you turn to page 12?

4    **A.**   12.

5        (Witness examines document.)  Okay.

6    **Q.**   What is this slide showing?

7    **A.**   Well, it says "Android is losing share."  It's showing

8    what our share situation is in the U.S., which is the top row,

9    and then in Europe, which is the bottom row.

10   **Q.**   All right.  And if you could just explain to the jury what

11   is happening in the United States on this slide.

12   **A.**   Sure.  So you see on the top row -- I'm just going to

13   focus on the top row since you said is the U.S. -- on the left

14   side is it's Q2 of 2019; on the right side is Q2 of 2020.  So a

15   year has past.

16       On the left it shows that IOS was at 60 percent market

17   share, meaning 68 of 100 people in the U.S. are using

18   iPhones.

19       In a year later, a whole year later, that is now 79 out of

20   100 people using iPhones in the U.S.

21   **Q.**   I just want to make sure it's clear.  You said 68 percent

22   in 2019; correct?

23   **A.**   Yes.

24   **Q.**   So an 11 percent shift in that period?

25   **A.**   That's right.

1   **Q.**   What's happened since 2020?   How has that share moved?

2   **A.**   This kind of trend has continued.

3   **Q.**   All right.   Now, is Google competing to attract people to

4   Android who are buying their first smartphone?

5   **A.**   Sure.

6   **Q.**   And is Google also competing to try to get people to

7   switch back from IOS back to Android?

8   **A.**   Sure.   Or for the first time, switching for the first time

9   from IOS to Android too.

10   **Q.**   And so what's happening -- let's start with the people who

11   are buying their first smartphone.   They tend to be younger

12   people; correct?

13   **A.**   Yes.

14   **Q.**   What's happening with those people in the last -- you

15   know, in recent years in terms of their choice between the

16   iPhone and an Android phone?

17   **A.**   They're predominantly picking iPhones.

18   **Q.**   And what about the switching?   Is there more people who

19   already have a phone who are switching from iPhone to Android

20   or from Android to the iPhone?

21   **A.**   There are more people switching from Android to iPhone.

22   **Q.**   All right.   Now, if -- I think you were asked a question

23   about do people switch phones or get a new phone every

24   six months.   Do you recall that?

25   **A.**   I do.

1    **Q.**    I think that was your true-or-false test.

2    **A.**    Yes, I do remember that.

3    **Q.**    Okay.  But people do get a new phone from time to time;

4    correct?

5    **A.**    Yes.

6    **Q.**    Approximately how often do you --

7    **A.**    Every two, three years, something like that.

8    **Q.**    And when they do change, do they have a choice whether to

9    stay with the phone that they have or to switch to the other

10   phone?

11   **A.**    They have a choice.

12   **Q.**    So if you're an Android user, you can get another Android

13   phone or you can get an iPhone; correct?

14   **A.**    Correct.

15   **Q.**    And the same in reverse?

16   **A.**    That's right.

17   **Q.**    And is that part of what the competition is between

18   Android and Apple?

19   **A.**    Definitely a part of it, yeah.

20   **Q.**    So if 4 percent -- anywhere from 4 to 12 percent of

21   Android users in a given year are switching from Android to

22   the iPhone, does that matter to Google?

23   **A.**    A lot, yes.

24   **Q.**    Why?

25   **A.**    Well, that's that many -- you know, every person who

1  switches from Android to IOS means there's one less person on

2  the Android side and one more on the iPhone.  You know,

3  4 percent, 12 percent those are big percentage points.  We saw

4  a slide with big percentage points too.  That's -- that's

5  concerning.

6  **Q.**  Now, in light of this shift from Android to Apple, what is

7  Android doing to innovate and differentiate itself from the

8  iPhone?

9  **A.**  Well, a number of things.  You know, we need to nail the

10  basics.  We want to make sure that the phone works well.

11  Battery life is good.  You can make phone calls.  You can use

12  the browser.  You know, all the things that people expect.

13  Download apps.

14      And we also want to make cool devices that people sort of

15  are attracted to.  So really focusing on the end user and

16  developers on attracting them.

17  **Q.**  And is one of those cool new devices the foldable phone?

18  **A.**  Sure.

19  **Q.**  And did we ask you to bring an example of the foldable

20  phone so the jury can see what we're talking about?

21  **A.**  I also use one, so I have it with me anyway; but, yes, I

22  did bring some.

23  **Q.**  Can you take it out and show the jury an example of a

24  foldable phone?

25  **A.**  I brought two.  Here's my phone -- one of my phones

1   (indicating).  This is called a Samsung Flip and it literally

2   folds.  You know, it's glass and flips, and then there's a

3   screen on the outside as well.

4   **Q.**   And the other phone?

5   **A.**   The other phone, this one happens to be a Pixel.  It's

6   called the Pixel Fold.  So this one folds this way

7   (indicating).  So rather than flipping, it folds more like a

8   book.  There's a screen on the outside too.

9   **Q.**   And can you give us an example of, like, how people might

10  use that phone in a way that might differentiate it from the

11  iPhone?

12  **A.**   Yeah, I can give you a couple of examples.  On this

13  folding phone, here it's almost like you have a regular phone.

14  You can use it on the outside just like any other phone; but

15  then when you open it, it becomes a tablet, like a mini tablet,

16  that you can carry with you.

17       So, for instance, when I travel, I watch my entertainment

18  on this on the plane or whatever, and I close it and I just use

19  it as a regular phone.  You know, it's great.

20       On a device like this, it also works on the other one, you

21  can imagine video calls.  You know, maybe you're doing a Zoom

22  or something like that.  And I'm sure some people have done it,

23  you know, where they're trying to do this or trying to do that.

24  Well, here you can just do it like that (indicating).

25       So if Zoom call is happening here (indicating) and then

**LOCKHEIMER - CROSS / POMERANTZ**

1    the controls are down here (indicating), and it's great and

2    it's hands free.

3    **Q.**   All right.  You can put those phones away.  You can take

4    them back home with you.

5    **A.**   Okay.  Thank you.

6    **Q.**   Let's talk about competition for developers.

7        How does Play compete with the Apple App Store for

8    attention or support of developers?

9    **A.**   A number of ways.  First and foremost, I don't know if

10   it's foremost, but one of the ways definitely is we need a

11   large audience.  You know, if you're a developer, you care

12   about how many people you can reach, so we want to make sure

13   there's as many Android users, Play users, out there as

14   possible.  That's their audience.

15       Another way may be around monetization.  A lot of

16   developers are in a business.  You know, it's not a nonprofit.

17   They're trying to make money.  So how do we help them make

18   money?  Things like that.

19   **Q.**   Now, sometimes a developer will choose to launch its app

20   only on one operating system and not the other; correct?

21   **A.**   That does happen sometimes, yes.

22   **Q.**   Why would a developer choose to launch on just one and not

23   the other?

24   **A.**   Yeah, you know, for many developers, especially if you're

25   a start-up, you have a limited set of resources.  You have a

1    limited number of engineers.  You have a limited number --

2    amount of money in the bank maybe, you know, and you have to

3    make decisions as to where you're going to focus.

4         And so if a start-up, for instance, is focused on the

5    U.S. -- and we just talked about the market share situation in

6    the U.S. -- they may make a very rational decision that says:

7    There are more iPhone users in the U.S. so I'm going to focus

8    on iPhone first or maybe iPhone only because that's where

9    most of my audience is going to be.

10   **Q.**   And what does Play do to try to stop that from happening?

11   **A.**   A number of things.  Of course, we try our best to make

12   sure there's a big audience for Play as well, but those things

13   don't happen overnight.

14        Another thing we do is we're out there talking to

15   developers trying to scout out developers who may build the

16   next cool thing and make sure that they care about Android,

17   they care about Play.  So, you know, doing some evangelism,

18   things like that.

19        And also making our product really good.  You know making

20   sure that the developers have all the right tools to make it

21   really easy for them to develop on Android.

22   **Q.**   Can you think of a specific example of an app that

23   launched first on Apple, on IOS, and it caused some frustration

24   for Android users?

25   **A.**   Sure.

1   **Q.**   Can you give us an example?

2   **A.**   Yeah, yeah.  It was Clubhouse.

3   **Q.**   And tell us -- if you can tell the jury a little bit about

4   Clubhouse.

5   **A.**   Sure.  Clubhouse was an app, this was maybe two, three

6   years ago.  A lot of people in the tech industry were talking

7   about it.  You can think of it as almost like Twitter but for

8   voice.  So rather than typing messages, you're leaving voice

9   messages, but it's kind of like Twitter.  And that was only

10   available on iPhone for a long time.

11   **Q.**   Did you ever hear from any of your Android partners about

12   the problems with Clubhouse launching on IOS?

13   **A.**   Sure.

14   **Q.**   What did you hear?

15   **A.**   Well, Samsung, for instance, contacted us.  Clubhouse was

16   pretty popular in the U.S. where Samsung is focused on selling

17   more devices but also in their home country in Korea, so they

18   contacted us saying "What's going on?  Why isn't there an

19   Android version of Clubhouse?"  You know, and we discussed

20   that.

21   **Q.**   Now I'm going to switch from whether the app is available

22   on one store versus another to the quality of the app on Play

23   versus the quality of the app in the Apple App Store.  Okay?

24   **A.**   Okay.

25   **Q.**   Have you had discussions with your team about the

1    difference in app quality -- certain app quality and features

2    between the version on Play and the version on the Apple App

3    Store?

4    **A.**   Of course.

5    **Q.**   All right.  Could you take a look in your binder at

6    Exhibit 5622?

7    **A.**   5622?

8    **Q.**   Yes, please.

9    **A.**   (Witness examines document.)  Okay.

10   **Q.**   And what is this document?

11   **A.**   It looks like a presentation talking about closing the app

12   gap.

13   **Q.**   And is this a document that you and your team rely upon to

14   help make business decisions?

15   **A.**   Yeah, this and others like this too.

16   **Q.**   And do you rely on decks like this to make decisions about

17   how to best compete for developers?

18   **A.**   Sure.

19        **MR. POMERANTZ:**  Your Honor, I would move into evidence

20   Exhibit 5622.

21        **MR. BORNSTEIN:**  I object, Your Honor.  There's no

22   foundation the witness saw this particular document of which

23   he's not a custodian.

24        **THE COURT:**  Try a foundation, please.

25        **MR. POMERANTZ:**  Sure.

1  BY MR. POMERANTZ:

2  **Q.**   Mr. Lockheimer, have you seen this document before?

3  **A.**   Can I --

4  **Q.**   Take a look through it and tell me whether you have seen

5  this and worked, you know, on this deck with your team.

6  **A.**   (Witness examines document.)  I think I've seen it, yeah.

7  **Q.**   And is this a deck that you have relied on in your

8  discussions in brainstorming with your team?

9  **A.**   Brainstorming with the team, sure.

10      **MR. POMERANTZ:**  Your Honor, I would move to admit this

11  into evidence.

12      **THE COURT:**  When did this happen?  When did you see

13  this and when did you rely on it?

14      **THE WITNESS:**  I don't remember the exact date, but

15  this is talking about topics that have been important to us for

16  the past, I would say, three, four years.

17      **THE COURT:**  No, the document.  When did you see this

18  document and when did you rely on this document?

19      **THE WITNESS:**  This specific document, like when did I

20  see it?

21      **THE COURT:**  That's the only one in front of you, yes.

22      **THE WITNESS:**  I don't remember the exact date of when

23  I saw it.

24      **THE COURT:**  The objection is sustained.

25  \\\

BY MR. POMERANTZ:

Q.   Mr. Lockheimer, are you aware that people have complained about the quality of apps like Instagram and Snapchat on Play as compared to those same apps and how they appear through the Apple App Store?

A.   Yes.

Q.   And what have you done to try to address that problem?

A.   A number of things.  First and foremost, reaching out to Instagram and Snapchat to see how we can help.

Q.   What has happened with that?

A.   What we discovered was for Instagram and Snapchat, there was actually a lack of awareness.  You know, a lot of the decision-makers for Instagram and Snapchat are in the U.S., they're using iPhones, and they didn't realize that when you're using an Android device, sometimes when you take a picture and upload it, it's just lower quality than a comparable iPhone.  So we educated them on that, and they were surprised and we came up with a plan together on how to improve it.

Q.   And have those steps been taken?

A.   We're not done yet.  It's a multiyear process, but they're working on it; we're working on it.

Q.   All right.  Let me change subjects now to competition between Apple and Android on security.

     What do apps have to do with security of a smartphone?

1   **A.**   Apps in terms of security of the smartphone, well, it's

2   pretty important actually.  You know, if you think about, let's

3   say, a banking application, if you know that this app is from

4   your bank, then you're going trust it with your information and

5   trust it with whatever password you're putting into it or

6   whatever; but if the app is malicious, it looks like you're

7   banking app but it's actually someone else pretending to be

8   your bank, that would be really bad.  You would be giving your

9   credentials, your banking information, to someone bad.

10  **Q.**   Now, the jury has heard testimony earlier in this case

11  about something called sideloading.  You're familiar with

12  sideloading, aren't you?

13  **A.**   I am.

14  **Q.**   The Android allows sideloading; correct?

15  **A.**   It does.

16  **Q.**   And the iPhone does not; correct?

17  **A.**   It does not.

18  **Q.**   Do Android phones show the user a consent screen, a

19  notification or warning when the user goes to sideload an app

20  or an app store?

21  **A.**   Sure.

22  **Q.**   What's the purpose of that consent screen?

23  **A.**   Well, we want to make sure end users understand that these

24  apps that they're about -- apps or app that they're about to

25  sideload hasn't gone through the same level of security checks

1   as an app through the Play Store.

2       The Play Store we run, we know what kind of security

3   mechanisms we have in place and how we ensure the

4   appropriateness of these apps.  When you sideload, the user has

5   to understand they're taking a risk.

6   **Q.**   And have you spoken with some of the Android phone

7   manufacturers about the security of Android phones compared to

8   the security of the iPhone?

9   **A.**   Sure.

10  **Q.**   Could you look at Exhibit 5666 in your binder?

11  **A.**   Okay.

12      (Witness examines document.)  Yep.

13  **Q.**   And can you -- this is an e-mail exchange that you

14  participated in?

15  **A.**   Yes.  I was copied on this e-mail.

16  **Q.**   And you see down at the bottom of the first page there's

17  an e-mail from somebody named DJ Koh.  Do you see that?

18  **A.**   I do.

19  **Q.**   And that's somebody from Samsung; correct?

20  **A.**   Correct.

21          **MR. POMERANTZ:**  Your Honor, I move Exhibit 5666 into

22  evidence.

23          **MR. BORNSTEIN:**  No objection, Your Honor.

24          **THE COURT:**  It is admitted.

25      (Trial Exhibit 5666 received in evidence.)

LOCKHEIMER - CROSS / POMERANTZ

BY MR. POMERANTZ:

Q.    All right.  So could you -- who is DJ Koh?

A.    He was an executive at Samsung.

Q.    Head of their mobile handset business?

A.    At one point, yes.

Q.    Okay.  And just at a high level, what is Mr. Koh
discussing in his e-mail to you?

A.    Well, he talks about -- if you go down a little bit, I
don't know if people can see, but there was some sort of
security breach on iPhone.  So not Android but on iPhone,
and he was pointing out that when this breach happened -- in
the first paragraph, second sentence I think -- when the breach
happened, Apple just deleted these compromised apps from their
store, and this blocked the propagation of the compromised
apps.

      And he says it was a simple and effective action, but then
he's saying -- lamenting the fact that that same thing cannot
be done well on Android due to our allowing of sideloading.

Q.    And so then he goes on in the next one and says -- I'm
sorry.  I just want to pick up where you are.

      I think it's the next paragraph (as read):

            "Since Android has been an open platform and has
            allowed sideloading for maximum freedom for developers, I
            believe it has provided good value to attract developers
            and grow the community faster.  However, we also suffer

1          from the consequence of them."

2          Do you see that?

3     A.   That's what DJ was saying, yes.

4     Q.   And what did you understand him to be referring to there?

5     A.   Well, I think he understood that sideloading was an

6     important part of how we thought about developers on the

7     platform; that we believe that there should be more than just

8     the Play Store in terms of distribution mechanisms of apps on

9     Android.

10         But he was also, I think, frustrated that the security

11    incident, which happened on Apple in this case, he was worried,

12    I guess, maybe not frustrated, worried that if such a similar

13    thing happened on Android, could we deal with it as effectively

14    as Apple did.

15    Q.   All right.  And then in the next paragraph he asks you to

16    collaborate to try to come up with a way to ensure that Android

17    could deal with such a situation; correct?

18    A.   Sure.

19    Q.   Did you then continue to work with Samsung to address

20    security collaborations?

21    A.   On an ongoing basis, yes, till this day.

22    Q.   All right.  We can take that down.

23         Has Apple said anything publicly about security challenges

24    that they think the Android phones present?

25    A.   Sure.

1   **Q.**   And have you seen a video in which Apple's CEO compares

2   Android sideloading to driving a car without an airbag?

3   **A.**   I have, yes.

4       **MR. POMERANTZ:**   Your Honor, I would like to offer

5   Exhibit 9026, which is that video and play it to the jury.

6       **MR. BORNSTEIN:**   Object, Your Honor.   Hearsay.

7       **MR. POMERANTZ:**   Your Honor, we're not offering it for

8   the truth most certainly.   We're offering it to show Apple

9   competes.

10       **THE COURT:**   Which video is this?

11       **MR. POMERANTZ:**   It's 9026 and it's a video of

12   Tim Cook, the CEO of Apple, discussing Android phones; and

13   we're offering it not for the truth but to show how Apple

14   competes.

15       **THE COURT:**   9026?

16       **MR. POMERANTZ:**   Correct.

17       **THE COURT:**   I don't have it, and I can't rule on it if

18   I can't see it.

19       **MR. POMERANTZ:**   Well, we can -- Your Honor, it's a

20   video so we'd have to play it, and I don't know if we can play

21   it without --

22       **THE COURT:**   Well, if we play it, the cat's out of the

23   bag; right?   So you can't do that.

24      Why don't you -- how much longer do you have, roughly?

25       **MR. POMERANTZ:**   Not a lot.

1    **THE COURT:**  And how much for cross?

2        **MR. BORNSTEIN:**  I doubt there will be very much,

3    Your Honor.

4        **THE COURT:**  Well, what do you want me to do?  I can't

5    rule on something I haven't seen.

6        **MR. POMERANTZ:**  But, Your Honor, we're not -- it's not

7    hearsay because we're not -- I mean, we're not offering it for

8    the truth.

9        **THE COURT:**  I can't help you with that, Mr. Pomerantz,

10   until I see it.  Okay?

11       So this should have come up earlier.  I don't know what

12   you want to do.  You can have him come back tomorrow morning.

13   I'll leave it up to you, but I'm not going to allow something

14   to be shown that I have not seen.

15       **MR. POMERANTZ:**  All right.  We will deal with it in a

16   different way, Your Honor.

17   **BY MR. POMERANTZ:**

18   **Q.**  Now, beyond that video of Mr. Cook, have you seen an

19   advertisement from Apple that attempts to persuade users to

20   switch to the iPhone based on security differences between

21   the Play Store and the Apple App Store?

22   **A.**  I have.

23       **MR. POMERANTZ:**  Your Honor, I would like to show that.

24   It's Exhibit 6695, and I don't believe there's been an

25   objection to that one.

1    THE COURT:  6695?

2    MR. POMERANTZ:  Yes.

3    THE COURT:  I don't have a 6695.

4    MR. POMERANTZ:  It's a video, Your Honor.  It's an

5  advertisement.

6    MR. BORNSTEIN:  I don't have an objection to this one,

7  Your Honor.

8    THE COURT:  No objection, all right.  This one you can

9  do.

10    MR. POMERANTZ:  All right.  So if we could play this

11  video, and then I have a question for you.

12          (Video was played but not reported.)

13  BY MR. POMERANTZ:

14  Q.   All right.  Mr. Lockheimer, what is this message from

15  Apple saying?

16  A.   It's an ad from Apple showing -- basically saying that

17  when you download an app, grab an app from the shelf,

18  effectively downloading an app, you never know what you're

19  going to get on the Android side.

20      I think literally they wrote "Safer on the Apple side."

21  So they're trying to say their app store, their OS is safer

22  than Android and Play.

23  Q.   And this is part of the competition between the Play Store

24  and the Apple App Store; correct?

25  A.   Yes.  Yeah.

1  Q.   Now, how do these kinds of public statements and marketing

2  efforts by Apple affect your efforts to compete?

3  A.   Well, it makes us work harder.  You know, it's a

4  competition.  So any kind of competition, you know, they up the

5  game.  You want to do better so it makes us work harder to

6  improve the security and whatever other facets we were talking

7  about.  In this case, security.

8  Q.   Do you believe that the Apple iPhone is more secure than

9  Android phones?

10  A.   I don't.

11  Q.   Why not?

12  A.   A number of reasons.  I'll give one reason now.

13       As I mentioned, Android is open source, and so what that

14  means is much of the code for Android is available for the

15  public to see and review.  So you can have security

16  researchers, and we do have security researchers, all over the

17  world independent of Google who look at the code of Android and

18  say, "Okay.  I'm going to look for vulnerabilities.  I'm going

19  to look for problems," and they point them out to us, disclose

20  them to us.  It goes public, and then we fix them.

21       On IOS it's not open source, so the security researchers

22  can't do their job in the same way.

23  Q.   All right.  Let's switch topics.  Let's talk about

24  Fortnite.

25  A.   Okay.

1  **Q.**  Counsel asked you some questions about Fortnite launching

2  off Play in 2018.  Do you recall that?

3  **A.**  I do remember the question, yeah.

4  **Q.**  And he showed you this e-mail that had a whole bunch of

5  deal terms, a proposal to make to Epic.  Do you recall that?

6  **A.**  I do.

7  **Q.**  And you didn't recall the details of that proposal;

8  correct?

9  **A.**  Correct.

10  **Q.**  But what was your reaction when you heard that Epic wanted

11  to launch off of Play, launch someplace else?

12  **A.**  I was disappointed.

13  **Q.**  And why?

14  **A.**  Well, Fortnite is a really popular game -- was and

15  continues to be a really popular game.  You know, my son, who

16  was 13 at the time, was addicted to Fortnite.  He loved it.

17  You know, he still plays it.  And, you know, I wanted to make

18  sure that the product I was working on, you know, also had

19  something -- like something as important as Fortnite in there.

20  Not just for my son, of course, but just using my son as an

21  example of we want the best apps in Play.

22  **Q.**  All right.  And you -- there was a discussion about a

23  security flaw that was found at the time that Epic launched off

24  Play.  Do you recall that?

25  **A.**  Yes.

1   **Q.**   And you were talking about Google's general practices when

2   a security flaw is discovered.

3   **A.**   Mm-hmm, yes.

4   **Q.**   What is the general practice in terms of public disclosure

5   of the flaw?

6   **A.**   Right.  So there's usually a bug database where this --

7   it's a public database of bugs disclosed -- of vulnerabilities

8   that becomes public.  So security researchers publish these

9   things publicly.

10  **Q.**   And do you recall that the public disclosure of the flaw

11  was done through Google's standard practices before there was

12  any PR communication?

13          **MR. BORNSTEIN:**  Objection.  Leading.

14          **THE COURT:**  Sustained.

15  **BY MR. POMERANTZ:**

16  **Q.**   What do you recall in terms of the public disclosure of

17  the Fortnite flaw, of the security flaw?

18  **A.**   Well, there was a -- I believe the articles were based on

19  the public bug, the bug that was made public.

20  **Q.**   All right.  Let's go back to the service fee.  A couple

21  questions there.

22          Has Google ever offered a lower service fee to app

23  developers in response to the Apple App Store lowering its fee?

24  **A.**   Of course.

25  **Q.**   All right.  Let me ask you to look at Exhibit 5956.  And

1    we can put it on the screen because it's already been admitted

2    into evidence.

3    **A.**    5956?

4    **Q.**    Yes.

5    **A.**    (Witness examines document.)  Okay.

6    **Q.**    And could you just tell the jury what this is?

7    **A.**    This is an e-mail exchange between Jamie and I, Jamie

8    Rosenberg and I.

9    **Q.**    All right.  Now, if you look down at the bottom e-mail,

10   the first in time, which is from you to Jamie.  Do you see

11   that?

12   **A.**    I do.

13   **Q.**    And in this e-mail you're referring to TV and apps for TV.

14   Do you see that?

15   **A.**    I do.

16   **Q.**    What is that referring to?

17   **A.**    Well, you know, as I mentioned earlier, Android runs not

18   only on phones but also watches and other devices, including

19   TV; and the Play Store is also available on these TVs.

20        And so in this e-mail I'm asking -- we were, I think,

21   about to launch -- I don't remember the exact timing, but we

22   were launching Android for TVs, and we wanted to make sure that

23   these TVs that ran Android that had Play Store in them came

24   with all the important apps for TVs, which -- and for TVs, you

25   know, it's not really your e-mail; you care about your

contents.  So HBO, Showtime, and things like that.  So I was
asking Jamie about that.

**Q.**   And did this issue involve the Play Store?

**A.**   Yes.

**Q.**   In what way?

**A.**   Well, the Play Store on the Android TV system, you go to
the Play Store on the TV set itself to download these apps like
HBO.

**Q.**   All right.  And then in this e-mail you say that Apple is
offering a 15 percent revenue share.  And then you say a little
bit later in the same e-mail (as read):

          "I'm worried that we're about" -- "we're about to
     massively lose this developer base.  Any ideas on what we
     could do to remain competitive?  Can we also offer
     15 percent or something even more interesting?"

     Could you explain to the jury what you were worried about?

**A.**   Well, as I mentioned, we were launching the Play Store,
Android TV for -- Android TV for TVs and Play Store on TVs.  We
needed content apps, like HBO there.

     We were at the time charging 30 percent; and for
developers on IOS, Apple TV, apparently they were -- the fee
was 15 percent.  So they had a better deal on Apple compared to
us.

     And I was worried that we were going to -- when I said
lose this developer base, if I'm a developer, it's pretty

1   easy -- the math is pretty easy.  I'm going to spend more

2   effort on where I get better money; right?  More money.  So

3   that's why I was saying, "Jamie, I don't want to lose these

4   developers.  Can we do something to make it interesting for

5   them?"

6   **Q.**   All right.  We can take that down.

7        Do you recall a time when Apple announced a fee reduction

8   for subscription payments after the first year?

9   **A.**   I do.

10  **Q.**   All right.  Could you take a look at Exhibit 706 in your

11  binder?

12  **A.**   Okay.  706.

13       (Witness examines document.)  Okay.

14  **Q.**   And this is an e-mail that you participated in; correct?

15  **A.**   Yes.

16  **Q.**   And the top e-mails in this communication are between you

17  and Sameer Samat; correct?

18  **A.**   Yes.

19            **MR. POMERANTZ:**  Your Honor, I offer Exhibit 706.

20            **MR. BORNSTEIN:**  There's no objection, Your Honor.

21            **THE COURT:**  Okay.  It's admitted.

22       (Trial Exhibit 706 received in evidence.)

23  **BY MR. POMERANTZ:**

24  **Q.**   Let's start at the bottom here.

25       What is the gist of the e-mail from Ms. Willis?  What does

1  that say, the one at the bottom?

2  **A.**   The e-mail, what does it say?

3  **Q.**   Yeah.  Just you don't have to read it verbatim, but just

4  the gist of it.

5  **A.**   The summary of it?

6       Well, we were -- this is 2017.  On that particular

7  Thursday we were going to announce a change to our fee on

8  Google Play related to subscriptions.  So starting in, I guess,

9  a few months later, in January 1st, 2018, the fee was going to

10  become 15 percent for any subscriber a developer retains after

11  12 months -- 12 paid months.

12  **Q.**   And if you look at the e-mail two above -- well, Mr. Samat

13  then forwards that e-mail to you.  Do you see that?  "+Hiroshi

14  as FYI," do you see that?

15  **A.**   I do.

16  **Q.**   And then you write back to Mr. Samat basically asking him

17  "What's going on here"; right?

18  **A.**   Right.

19  **Q.**   Okay.  And then he says in response (as read):

20       "It's fine.  Lowering fees to match Apple's existing

21       plan."

22       Do you see that?

23  **A.**   I do.

24  **Q.**   And what do you understand him to be saying to you there?

25  **A.**   Well, basically we were -- you know, the e-mail was about

1  lowering the fee from 30 to 15, and the additional context

2  Sameer was giving me was we were matching Apple.

3  **Q.**  Okay.  And we can put that one down now.

4      Isn't it important for Play to stay competitive with the

5  Apple App Store when it comes to service fees?

6  **A.**  Sure.

7          **MR. BORNSTEIN:**  Objection.  Leading.

8          **THE COURT:**  Too late now.

9      Go ahead.

10  **BY MR. POMERANTZ:**

11  **Q.**  Why?

12  **A.**  Why is it important to match?  Well, it goes back to what

13  I was describing earlier.  If you're a developer, you're in the

14  business.  You know, you're trying to make money, and so fees

15  is a pretty important topic for them; and, of course, we want

16  to be competitive in terms of price.

17          **MR. POMERANTZ:**  No further questions, Your Honor.

18          **THE COURT:**  Okay.  Any brief recross?

19              <u>**REDIRECT EXAMINATION**</u>

20  **BY MR. BORNSTEIN:**

21  **Q.**  Mr. Lockheimer, can we stay on that document we were just

22  looking at?  It's Exhibit 706.

23  **A.**  Okay.  706.

24  **Q.**  And I don't know if we can --

25          **TECH PERSONNEL:**  Ms. Clark, can you turn it to our

1    side?

2              **MR. BORNSTEIN:**  Great.

3    **BY MR. BORNSTEIN:**

4    **Q.**   So if we look back at the e-mail from Ms. Willis on the

5    bottom, you can see in the second paragraph there she's

6    referring to a "comms doc" that outlines how we're

7    communicating the change.  Do you see that?

8    **A.**   I do.

9    **Q.**   And "comms doc" is underlined signaling that that's like a

10   link that Ms. Willis is making available to you if you wanted

11   to review it; correct?

12   **A.**   I think that's right.

13   **Q.**   So it was a draft communication that you could look at;

14   correct?

15   **A.**   Some sort of document, right, yeah.

16   **Q.**   And this was -- a "comms doc" is a communications

17   document, like a public explanation of what Google was doing;

18   right?

19   **A.**   Probably, right.

20   **Q.**   And so up the thread there's this e-mail from you that

21   your counsel directed you to at 10:00 p.m.

22   **A.**   Yes, I see it.

23   **Q.**   Do you see that?

24   **A.**   Yep.

25   **Q.**   And the question that counsel had asked you was:  What's

1    going on here?  But that's not actually what you asked here.

2    You asked "Can you give me the TLDR?  I don't have access to

3    the doc"; right?  That's what you said?

4    **A.**    Uh-huh, yep.

5    **Q.**    All right.  So you're asking your colleagues not what's

6    happening to the fee but what's actually in this communication

7    document that you don't have access to; correct?

8    **A.**    No.

9    **Q.**    Because you already knew the fee was coming down at this

10   point, didn't you?

11   **A.**    No.

12   **Q.**    It was news to you that a year, a year -- actually a year

13   and a half after Apple had lowered its fee in the summer of

14   2016, you're saying this is the very first time that you as the

15   head of platforms and ecosystems were learning that Google was

16   lowering its fee; is that correct?

17   **A.**    No.  What I said no to was I wasn't referring to -- I

18   wasn't asking Sameer to tell me what was in the doc.  The

19   reason why I said, "I don't have access to the doc," is because

20   if I had access to the doc, I would have read it myself and I

21   wouldn't have had to ask Sameer this question.

22   **Q.**    Correct.  You didn't have access to the doc --

23   **A.**    Right.

24   **Q.**    -- and so you're asking him what's in there.  "Can you

25   give me the TLDR."  The "Too long, didn't read"; right?

1   **A.**   "Too long, didn't read," exactly.

2   **Q.**   Yeah.

3   **A.**   I wasn't too focused on the doc.  I was focused on what is

4   going on here, and he answered that question.

5   **Q.**   Yes, but you tell him you don't have access to the

6   document, and you're asking him to tell you what's in the

7   document because you already knew as the head of platforms and

8   ecosystem that Google was changing its fee, didn't you?

9   **A.**   I don't remember what I knew and when I knew it, but I'm

10  telling you when I said, "I don't have access to the doc," I

11  meant I could read this -- if I could have access to the doc, I

12  would read it myself, but I don't have access to it.

13  **Q.**   Exactly.  And so you're asking him to tell you what's in

14  the document, Mr. Lockheimer.  That's what you were doing;

15  isn't that right?

16  **A.**   I was asking him to tell me what Laura was referring to.

17  **Q.**   Okay.  I think it's clear enough what it says.

18       Let me ask you what it says on top from Mr. Samat where he

19  says -- can we go to the top e-mail?  Thank you -- (as read):

20            "It's fine lowering fees to match Apple's existing

21       plan."

22       Do you see that?

23  **A.**   I do.

24  **Q.**   And so your testimony is he's not telling you what's in

25  the document; he's giving you this news about what Google is

1    doing; right?  Or is he telling you what's in the document,

2    sir?

3    **A.**   Well, Laura says it too in the e-mail.

4    **Q.**   Correct.  So they're telling you what's in this document,

5    right, in the comms plan?

6    **A.**   I don't know what was in the document.  All I know is what

7    was in this e-mail.

8    **Q.**   Correct.  So let me direct you, then, again back to

9    Ms. Willis' e-mail on the bottom.

10   **A.**   Okay.

11   **Q.**   She says in the second paragraph there (as read):

12        "We are not putting a lot of emphasis on it as it

13        applies only to a subset of developers."

14        Do you see that?

15   **A.**   I do.

16   **Q.**   All right.  And then again at the top e-mail from

17   Mr. Samat he says (as read):

18        "We will not make this happen in a very vocal way.

19        It will be understated."

20        Do you see that?

21   **A.**   I do.

22   **Q.**   So if you were competing with Apple here, you were doing

23   it very quietly; right?  You were being understated in this

24   competition; correct?

25   **A.**   Well, Laura said -- she explains the substantive

1  developments.

2  Q.   Mr. Lockheimer, if you were competing with Apple here, you

3  were doing it in an understated and quiet way and not making

4  waves; right?

5  A.   We were focusing it on the developers that this impacted,

6  the subscription developers.

7  Q.   And doing it quietly; right?

8  A.   Well, Sameer said subdued way or something like that.

9  Q.   I think he says "understated."

10 A.   Understated.   Sorry.

11 Q.   All right.   Let's not do the thesaurus game, shall we?

12      And, in fact, you're -- also you're doing it late because

13 Apple made this change in the summer of 2016.   So Google did

14 not respond quickly or competitively to the change that Apple

15 made, am I right?   It took a year and a half?

16 A.   It took awhile, yes.

17 Q.   All right.   There was some testimony about switching that

18 you gave, and I want to home in on that for a minute.

19      There is no smartphone in the world where a user can

20 access both the Google Play Store and the Apple App Store from

21 the same device; correct?

22 A.   I think that's a fair statement, yes.

23 Q.   Okay.   Right so if I have an iPhone, I can't get on the

24 Google Play Store.   If I have an Android device, I can't get on

25 the Apple App Store.   Right?

1   **A.**   You can use a web browser to peruse the catalogs, I guess,

2   but I don't think that's what you mean.

3   **Q.**   I don't think that's what I mean either, and you know

4   that; right?

5   **A.**   I'm just clarifying.  I just want to be accurate.

6   **Q.**   Okay.  But you can't get on the store and get the

7   functionality of the store; correct?

8   **A.**   Right.

9   **Q.**   All right.  And the percentage of people who have both an

10  Android phone and an iPhone for personal use for themselves,

11  it's very small; right?

12  **A.**   I don't know the number but, sure.

13  **Q.**   So for an Android user to switch to the Apple App Store,

14  that person has to get an iPhone; correct?

15  **A.**   For an Android user to switch to the Apple App Store, they

16  would have to buy an iPhone, yes.

17  **Q.**   And vice versa, the iPhone user who wants to get on the

18  Google Play Store has to get an Android device; correct?

19  **A.**   That's correct.

20  **Q.**   And there are costs to a user for switching from one

21  device to another; correct?

22  **A.**   Typically.

23  **Q.**   Right.  For one thing, you have to buy a new phone;

24  correct?

25  **A.**   Buy, but a lot of times you can get phones for free these

1   days.

2   **Q.**   Right.  You have to acquire a new phone either by paying

3   for it or signing up to some kind of contract that obligates

4   you to a service plan with a carrier; correct?

5   **A.**   Many people do that.

6   **Q.**   Right.  So you have to shell out money either immediately

7   or over time with a carrier, correct --

8   **A.**   Sure.

9   **Q.**   -- as part of the switch?

10   And I think we've established now users don't switch every

11   six months, but I think you said every two or three years;

12   correct?

13   **A.**   I think that's more typical than every six months,

14   certainly.

15   **Q.**   So do I.

16   Once a smartphone user gets used to a certain type of user

17   experience, it takes a lot of energy for them to say that they

18   are going to switch; right?  That's one of the costs?

19   **A.**   I would agree.

20   **Q.**   Because people are sometimes concerned or people are

21   concerned about how much time it might take them to switch from

22   one OS to another; correct?

23   **A.**   Yes.

24   **Q.**   And people are not looking forward to spending time

25   switching devices?

1    **A.**    Some people do, but not everyone, I agree.

2    **Q.**    Set aside the people who are Google executives and

3    techies, most people don't look forward to switching OSs;

4    correct?

5    **A.**    (No audible response.)

6    **Q.**    Now, consumers who have another device within the

7    ecosystem, like an Apple Watch, those people are much more

8    likely to stay within the particular ecosystem of devices; is

9    that correct?

10   **A.**    That's true.

11   **Q.**    And Google has studies that prove this; correct?

12   **A.**    I don't know if it proves it but, yes, we have studies.

13   **Q.**    You have studies that support what I just said; correct?

14   **A.**    That's right.

15   **Q.**    All right.  And, in fact, those studies I'm referring to,

16   they show that around 97 percent of people with an Apple Watch

17   or another Apple product will not switch to Android; correct?

18   **A.**    I've seen a similar study, yeah.

19   **Q.**    Right.  And for those users, it is pretty impossible to

20   get them to switch from iPhone to Android; correct?

21   **A.**    It's challenging.  It's challenging.

22   **Q.**    Pretty impossible, that's actually your words; right?

23   It's pretty impossible to get them to switch?

24   **A.**    Maybe, yep.

25   **Q.**    Is that what you testified at your deposition?  You said,

LOCKHEIMER - REDIRECT / BORNSTEIN

1    "Pretty impossible to get them to switch"?

2    **A.**   I don't remember the exact words I used; but, yeah, sure.

3    Challenging, pretty impossible, sure.

4    **Q.**   Can we take a quick look at the document that you looked

5    at with your counsel, 5932.  It should be in the binder you got

6    from Mr. Pomerantz.

7    **A.**   5932.  Okay.

8    **Q.**   And I'd ask you to look at Slide 30, please.

9    **A.**   30?

10   **Q.**   Yeah, 30.

11   **A.**   (Witness examines document.)  Yep.  Yep.  I'm here.

12   **Q.**   Great.

13       And what we see on Slide 30 is something that says (as

14   read):

15           "People are no longer buying devices.  They're

16       building ecosystems."

17       Correct?

18   **A.**   I see that.

19   **Q.**   And there at the bottom, the last substantive bullet

20   point, explains that (as read):

21           "How well it connects to devices in my tech setup is

22       the number one driver for people considering a new

23       device."  Correct?

24   **A.**   That's what it says, yeah.

25   **Q.**   Not the app store that drives -- is the number one driver;

1  correct?

2  **A.**    According to this document, they're talking about the

3  connecting to new devices in my tech setup.

4  **Q.**    Correct.  And as we sat here today and listened to your

5  testimony, we had a fabulous advertisement for the foldable

6  phone; correct?

7  **A.**    Glad you enjoyed it.

8  **Q.**    I did very much.

9       And that was hardware; right?  You're talking about the

10  way in which Android hardware is differentiated from Apple

11  hardware.  That's what you were talking about; correct?

12  **A.**    No, actually, because the hardware requires software.

13  **Q.**    Right.  But you were demonstrating the features of the

14  hardware:  The foldability, the form factor.  Those are the

15  things that you sat there on the stand, Mr. Lockheimer, and

16  testified to as the differentiating features of those

17  particular devices; correct?

18  **A.**    I disagree with that characterization.

19  **Q.**    Okay.  Let me talk about Epic for a moment.

20       There were a couple of questions there at the end about

21  the security vulnerability and the release of the information

22  to the public.  Do you recall that?

23  **A.**    I do.

24  **Q.**    And you testified that the articles that were written were

25  based on the bug that had been made public.  Do you sign onto

1  that testimony again?

2  **A.**   I believe so.  If we had more time to look at the e-mail,

3  maybe we could check.

4  **Q.**   Let's do that.  Let's look at the e-mail.

5       I would like to take a look at Exhibit 1386.  This is the

6  binder I gave you, the big one.

7  **A.**   All right.  One second.

8       (Witness examines document.)  1386?

9  **Q.**   Correct.  And while you're getting it, we'll get it up on

10  the screen.

11  **A.**   (Witness examines document.)  1386, yep.

12  **Q.**   Now, it wasn't the case that Google waited for the bug to

13  become public through ordinary processes and then went out and

14  had innocent conversations with reporters about a piece of

15  public information; right?  That's not what happened; correct?

16  **A.**   Sorry.  One more time, please.

17  **Q.**   It is not the case, as you suggested in your testimony to

18  your counsel a few moments ago, that this bug just became

19  public through your ordinary processes, and then and only then

20  were there discussions that happened with reporters?

21  **A.**   I'm not sure what you mean.

22  **Q.**   Okay.  So you don't know the sequence, then, of when

23  people spoke to reporters versus when the bug became public; is

24  that correct?

25       Don't look at the document.  Do you know, Mr. Lockheimer,

1    what the answer is?  Which came first?  Google talking to

2    reporters or the bug becoming public?

3    **A.**   My understanding is the reporters were pointed at the bug

4    that was public.

5    **Q.**   And how did that happen?

6    **A.**   How did the bug become public?

7    **Q.**   No.  How did the reporters start to look?

8    **A.**   It seems like someone on the team let them know about it.

9    **Q.**   Right.  So what happened, if we look at page 007, is as

10   part of the plan of action that we talked about before,

11   Ms. Newberry, your PR person, writes in the middle (as read):

12           "Once the bug is live tomorrow, I'll tip off the

13       reporters."

14       Correct?

15   **A.**   Right.

16   **Q.**   And then --

17   **A.**   So I guess she's establishing the timeline there.

18   **Q.**   Yes.  And then she worked to shape those stories with

19   Android Central; correct?

20   **A.**   I forget the exact phrasing she mentioned, but something

21   along those lines, yeah.

22   **Q.**   And none of that is standard ordinary process for security

23   vulnerabilities released by Google.  This was a special effort

24   made because of what was happening with Epic; correct?

25   **A.**   I don't know.

1    Q.   All right.

2             MR. BORNSTEIN:   No further questions, Your Honor.

3             MR. POMERANTZ:   Your Honor, may I have one minute to

4    follow-up on that one document?

5             THE COURT:   Okay.

6             MR. POMERANTZ:   Thank you.

7        Can we put page 7 of Exhibit 1386 on the screen?

8        And if we could focus in on the e-mail at the bottom half

9    of the -- yeah, starting there and all the way to the bottom.

10                      **RECROSS-EXAMINATION**

11   BY MR. POMERANTZ:

12   Q.   All right.  So, Mr. Lockheimer, I want to see if this

13   refreshes your recollection.

14   A.   Okay.

15   Q.   The bottom e-mail is from Ed Cunningham.  Do you see that?

16   A.   I do.

17   Q.   What is his position at Google?

18   A.   He was, I believe, a product manager in the security team.

19   Q.   All right.  And he says (as read):

20            "I have informed the Epic security team via e-mail

21       that the bug will be made public tomorrow."

22       Do you see that?

23   A.   I do.

24   Q.   And is that part of the standard procedures for dealing

25   with security bugs?

**PROCEEDINGS**

1    **A.**    I believe so, yeah.  You let the other entity know that

2    there's an issue with their -- whatever their software is.

3    **Q.**    And then the next e-mail up says (as read):

4          "Once the bug is live tomorrow, I'll tip off the

5          reporters."

6          Do you see that?

7    **A.**    I do.

8    **Q.**    So do you understand what it means to say "Once the bug is

9    live"?

10   **A.**    Once it's public.

11   **Q.**    Okay.  So the tipoff occurred after it was made public;

12   correct?

13   **A.**    Right.

14         **MR. POMERANTZ:**  All right.  No further questions,

15   Your Honor.

16         **THE COURT:**  Okay.  You may step down.

17                     (Witness excused.)

18         **THE COURT:**  All right.  We're going to part company

19   for the night.  Put everything out of mind, out of sight in

20   terms of any media coverage, out of mind in terms of any

21   thinking, researching, investigating of any sort.

22         This morning was better than I expected in terms of the

23   drive in.  It may not be an indicator for tomorrow, but why

24   don't we -- we'll start at 9:15 tomorrow.  Okay?  And if it's

25   equally good tomorrow, we'll go back to 9:00 on Monday.  All

**PROCEEDINGS**

1  right?

2      Well, no, actually Monday is fine.  Is tomorrow Wednesday

3  or Thursday?

4          **THE CLERK:**  Wednesday.

5          **THE COURT:**  Oh, okay.  We'll go back to 9:00 on

6  Wednesday -- Thursday.  Okay?

7      All right.  See you tomorrow.

8          **THE CLERK:**  All rise.

9      (Proceedings were heard out of the presence of the jury:)

10         **THE COURT:**  Okay.  Are we all set for tomorrow?  Yes?

11         **MR. BORNSTEIN:**  So, Your Honor, we have two live

12  witnesses for sure tomorrow.  We also have at least two

13  depositions that we were contemplating, and they are both

14  subject to pending disputes that have been submitted to the

15  Court.  One is the Spotify matter that was briefed over the

16  weekend; the other is the Amazon material that I handed up

17  yesterday.

18         **THE COURT:**  All right.  The only objection to that --

19  is this the Donn Morrill thing?

20         **MR. BORNSTEIN:**  Correct, Your Honor.

21         **THE COURT:**  So the only objection from Google is lack

22  of personal knowledge?

23         **MR. KRAVIS:**  Yes, Your Honor, that the -- is the

24  Wright-Miller treatise notes and --

25         **THE COURT:**  Okay.

PROCEEDINGS

```
 1              MR. KRAVIS:  Yes.

 2              THE COURT:  And is he testifying as a 30(b)(6)

 3    designee?

 4              MR. KRAVIS:  At the deposition.

 5              THE COURT:  He doesn't have to have personal

 6    knowledge.  He's the corporate spokesperson.  The very function

 7    of a 30(b)(6) witness is to be educated about things that he or

 8    she in fact does not have personal knowledge about, so that

 9    that person can speak for the inanimate entity, the

10    corporation.

11         So that objection is overruled.  Okay?

12              MR. BORNSTEIN:  Thank you, Your Honor.

13         So we'll get that one on tomorrow and whenever we have the

14    Spotify issue resolved, we can play that too.

15              THE COURT:  All right.  See you in the morning.

16              MR. BORNSTEIN:  Thank you very much.

17              THE CLERK:  All rise.  Court's in recess.

18                   (Proceedings adjourned at 3:52 p.m.)

19                             ---oOo---

20

21

22

23

24

25
```

1

2

3                  <u>**CERTIFICATE OF REPORTER**</u>

4          I certify that the foregoing is a correct transcript

5   from the record of proceedings in the above-entitled matter.

6

7   DATE:   Tuesday, November 14, 2023

8

9

10

11   _____

12        Kelly Shainline, CSR No. 13476, RPR, CRR
                    U.S. Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25