**Volume 15**

**Pages 2855 - 3065**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION, | ) ) ) **NO. 21-md-02981-JD** ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| EPIC GAMES, INC., | ) ) |
| Plaintiff, | ) ) |
| VS. | ) **NO. 3:20-cv-05671-JD** ) |
| GOOGLE, LLC., et al., | ) ) |
| Defendants. | ) ) |

San Francisco, California

Thursday, November 30, 2023

<u>**TRANSCRIPT OF PROCEEDINGS**</u>

STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

**<u>APPEARANCES</u>**:

For Plaintiff:

        CRAVATH, SWAINE & MOORE LLP
        825 Eighth Avenue
        New York, New York  10019
    BY:  **GARY BORNSTEIN, ATTORNEY AT LAW**
        **YONATAN EVEN, ATTORNEY AT LAW**
        **LAUREN MOSKOWITZ, ATTORNEY AT LAW**
        **MICHAEL ZAKEN, ATTORNEY AT LAW**
        **BRENT BYARS, ATTORNEY AT LAW**
        **ANDREW WIKTOR, ATTORNEY AT LAW**

For Defendants:

        MUNGER, TOLLES & OLSON LLP
        350 South Grand Avenue - 50th Floor
        Los Angeles, California  90071
    BY:  **GLENN POMERANTZ, ATTORNEY AT LAW**

        MUNGER, TOLLES & OLSON LLP
        601 Massachusetts Avenue NW
        Suite 500 East
        Washington, DC  20001
    BY:  **JONATHAN KRAVIS, ATTORNEY AT LAW**
        **LAUREN BELL, ATTORNEY AT LAW**

        MORGAN, LEWIS & BOCKIUS LLP
        One Market - Spear Street Tower
        San Francisco, California  94105
    BY:  **MICHELLE PARK CHIU, ATTORNEY AT LAW**

        MUNGER, TOLLES & OLSON LLP
        560 Mission Street - 27th Floor
        San Francisco, California  94105
    BY:  **JUSTIN P. RAPHAEL, ATTORNEY AT LAW**
        **KYLE W. MACH, ATTORNEY AT LAW**

<u>**I N D E X**</u>

Thursday, November 30, 2023 - Volume 15

| **DEFENDANT'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **GENNAI, PAUL NICHOLAS** | | |
| (SWORN) | 2859 | 15 |
| Direct Examination by Mr. Kravis | 2859 | 15 |
| Cross-Examination by Ms. Moskowitz | 2880 | 15 |
| Redirect Examination by Mr. Kravis | 2953 | 15 |
| | | |
| **WEISSINGER, MATTHEW REED** | | |
| (SWORN) | 2964 | 15 |
| Direct Examination by Ms. Bell | 2964 | 15 |
| Cross-Examination by Ms. Moskowitz | 2995 | 15 |
| Redirect Examination by Ms. Bell | 3000 | 15 |
| | | |
| **GRANT, ANDREW JAMES** | | |
| (SWORN) | 3001 | 15 |
| Direct Examination by Mr. Mach | 3002 | 15 |
| Cross-Examination by Mr. Byars | 3034 | 15 |
| | | |
| **STOLFUS, HANS** | | |
| By Video Deposition | 3041 | 15 |

<u>**E X H I B I T S**</u>

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 588 | | 2947 | 15 |
| 591 | | 2873 | 15 |
| 596 | | 2916 | 15 |
| 606 | | 2939 | 15 |
| 812 | | 3041 | 15 |
| 813 | | 3041 | 15 |
| 814 | | 3041 | 15 |
| 815 | | 3041 | 15 |
| 2903 | | 2897 | 15 |

<u>**I N D E X**</u>

<u>**E X H I B I T S**</u>

| <u>**TRIAL EXHIBITS**</u> | <u>**IDEN**</u> | <u>**EVID**</u> | <u>**VOL.**</u> |
|---|---|---|---|
| 5528, pages 1 and 12 | | 2991 | 15 |
| 6618 | | 3031 | 15 |
| 6619 | | 3032 | 15 |
| 6621 | | 3030 | 15 |
| 7260 | | 2984 | 15 |
| 8567 | | 2903 | 15 |
| 8636 | | 2910 | 15 |
| 10004 | | 3006 | 15 |
| 10005 | | 3019 | 15 |
| 10010 | | 3003 | 15 |
| 10028 | | 3041 | 15 |
| 10171 | | 3041 | 15 |
| 10184 | | 3041 | 15 |
| 10193 | | 3041 | 15 |
| 10194 | | 3041 | 15 |
| 10196 | | 3041 | 15 |
| 10198 | | 3041 | 15 |
| 10521 | | 2967 | 15 |
| 10538 | | 3024 | 15 |
| 10540 | | 3025 | 15 |

```
 1   Thursday - November 30, 2023                     9:28 a.m.

 2                    P R O C E E D I N G S

 3                         ---000---

 4      (Proceedings were heard in the presence of the jury:)

 5            THE COURT:  Okay.

 6            THE CLERK:  Please stand and raise your right hand.

 7                    PAUL NICHOLAS GENNAI,

 8   called as a witness for the Defendant, having been duly sworn,

 9   testified as follows:

10            THE WITNESS:  I do.

11            THE CLERK:  Thank you.  Please be seated.

12      Please state your full name for the Court and spell your

13   last name.

14            THE WITNESS:  My name is Paul Nicholas Gennai.  Gennai

15   is spelled G-E-N-N-A-I.

16            THE CLERK:  Thank you.

17            MR. KRAVIS:  Thank you, Your Honor.

18                    DIRECT EXAMINATION

19   BY MR. KRAVIS:

20   Q.   Good morning, Mr. Gennai.

21   A.   Good morning.

22   Q.   What do you do for a living?

23   A.   I work at Google.

24   Q.   What is your current title at Google?

25   A.   I'm a vice president of product management.
```

**GENNAI - DIRECT / KRAVIS**

1   **Q.**   How long have you worked at Google?

2   **A.**   In January it will have been 16 years.

3   **Q.**   And what were you doing before you came to Google?

4   **A.**   So I grew up and studied in Melbourne, Australia; and

5   after university, I worked at a consulting company and then at

6   a telecommerce company in Australia.

7   **Q.**   And why did you leave Australia to come to the

8   United States to work for Google?

9   **A.**   Yeah, one of my degrees at university was computer

10  science.  When I was studying there, I was really blown away

11  with what Google was able to do with technology, and I had an

12  interest then.  When I worked at Telstra, the telecommerce

13  company, that was when Google announced the Android project,

14  and I thought that was fascinating and I submitted my résumé

15  soon after.

16  **Q.**   What was the first position that you held when you joined

17  Google?

18  **A.**   I initially joined on a team called business operations

19  and strategy.

20  **Q.**   And did there come a time around 2010 when you moved to a

21  different position?

22  **A.**   Yes.  In 2010, I changed both job function.  I became a

23  product manager at Google and I also joined the Android team.

24  **Q.**   And in that position as a product manager on the Android

25  team, who did you report to?

**GENNAI - DIRECT / KRAVIS**

1  **A.**   I reported to Jamie Rosenberg.

2  **Q.**   And did your responsibilities include work on strategy for

3  Android?

4  **A.**   It did, yes.

5  **Q.**   And did your responsibilities also include work on

6  Google's Android app store?

7  **A.**   It did, yes.

8  **Q.**   Now, did there come a time more recently when you left the

9  Android team?

10  **A.**   Yes.  Sometime in mid-2020.

11  **Q.**   Now, during the time that you worked on the Android team,

12  did Google invest in projects to improve the Google Android app

13  store?

14  **A.**   Yeah.  That was largely what we were doing at the time.

15  **Q.**   And I'd like to ask you now about a few of those

16  improvements that occurred during your time on the team.

17       First, did there come a time a few years after you started

18  working on the team when Android Market was rebranded as the

19  Google Play Store?

20  **A.**   Yeah, that's right.  I think that was around 2012.

21  **Q.**   And were you involved in the decision to rebrand

22  Android Market as the Play Store?

23  **A.**   I was, yes.

24  **Q.**   Why did Google do that?  Why did Google rebrand

25  Android Market as Play?

**GENNAI - DIRECT / KRAVIS**

1   **A.**   Yeah, at the time, as we looked at users or buyers of

2   smartphones and how they were making their decisions, one of

3   the things that was unique about the iPhone that the Android

4   phones didn't stack up well against was the digital content

5   experience.  So listening to music, watching movies, reading

6   books.

7        And a lot of that I think comes from the fact that, you

8   know, the iPhone was born of the iPod.

9        And Google had a lot of those services.  We had a music

10  product.  We had a movies product.  We had a books product.

11  But they were all branded different things; they were hard to

12  find.  So the effort with Google Play was to bring those

13  together and bring them together with the app store.

14  **Q.**   And was the decision to rebrand Android Market as the

15  Play Store affected by competition between Android phones and

16  iPhones?

17  **A.**   Yeah, exactly.

18  **Q.**   Let me ask you about another one.

19       Have you heard of something called the Play Developer

20  Console?

21  **A.**   I have, yes.

22  **Q.**   What is the Play Developer Console?

23  **A.**   The Play Developer Console is the site that developers go

24  to submit their applications to be distributed on Google Play.

25  **Q.**   Now, when you were on the Android team, did Google make

1  some improvements to the Developer Console?

2  **A.**   Yes, substantially so.  Once Android Market was rebranded

3  to Google Play, we staffed a large team around that effort.

4  **Q.**   And can you briefly describe for us the improvements that

5  were made to the Play Developer Console during that time?

6  **A.**   Yeah.  So the way to think about the Developer Console,

7  when we -- when it initially launched, it was Android Market

8  and it was a very basic website that a developer could come to,

9  they submitted their application, they gave their application a

10  name.  That was really all it did.

11       As we built it into the full-blown Developer Console, it

12  really became a place for developers to manage their

13  applications.  So they could manage their store listing, see

14  how it was performing, but also get feedback about where their

15  app was working and not to help them optimize it.  So it became

16  more encompassing.

17  **Q.**   And why did Google choose to invest in improving the Play

18  Developer Console in the way that you've described?

19  **A.**   Yeah, I think about that from two perspectives.  From the

20  Google Play perspective, you know, our business model is

21  aligned with the business model of developers; and so if they

22  succeed, we succeed.  And so we have, you know, great incentive

23  to make sure that developers are succeeding.

24       From the Android platform perspective, we want to make

25  sure that users are seeing that apps are high quality, and so

**GENNAI - DIRECT / KRAVIS**

1  we're trying to boost the quality of applications as they're

2  choosing what phone they're going to buy.

3  **Q.**   Before we move onto the Developer -- from the Developer

4  Console, I just want to ask you about one more piece.

5      When a developer puts their app in the Play Store, is the

6  developer required to make their app available in every country

7  where the Play Store's available?

8  **A.**   No.  They get to select on a country-by-country basis.

9  **Q.**   And can a developer use the Developer Console to make that

10  country-by-country selection of where their apps will appear?

11  **A.**   Yes, that's exactly where they do it.

12  **Q.**   And from a user's perspective, how does the experience of

13  the Play Store differ from one country to another?

14  **A.**   You know, in the most obvious way, language; but if we put

15  that aside, we've made optimizations for the layout of the

16  store.  Different -- different regions have different

17  expectations about how applications look.  So the store can

18  look different.

19      The way we've invested in the payments network.  So local

20  forms of payments available in some countries and not in other

21  countries.

22      But then also we -- when we review applications, we review

23  that they abide by local laws.  So even if developers are

24  saying "I want my app globally," the experience that the user

25  is going to see is some applications won't be there; the

1    catalog will be different.

2    **Q.**   All right.  I'd like to ask you some questions now about

3    some improvements that occurred in both the Google Play Store

4    and the Apple App Store during your time on the Android team.

5    And I think we've prepared a little demonstrative to keep track

6    of these -- to keep track of these.

7         If we could go to Slide 2, please.  Great.

8         So let me ask you first about apps for children.  During

9    the time that you were on the Android team, did there come a

10   time when Apple launched a section in the Apple App Store that

11   featured curated apps for children?

12   **A.**   They did, yes.

13   **Q.**   And did the Google Play Store respond shortly thereafter

14   by launching its own changes to the store to curate apps for

15   children?

16        **MS. MOSKOWITZ:**  Objection.  There's a lot of leading

17   happening.

18        **THE COURT:**  Well, let's just get through it.

19        Go ahead.

20        **THE WITNESS:**  We did.  That was actually a project

21   that I managed.

22   **BY MR. KRAVIS:**

23   **Q.**   What was your involvement in that project?

24   **A.**   I was the product manager overseeing it.

25   **Q.**   Are you familiar with how these kids' categories look in

**GENNAI - DIRECT / KRAVIS**

1  the two respective stores?

2  **A.**   I am.   They're designed largely for the parent that is

3  using the device.   So, you know, laying out applications by the

4  child's age or particular types of content that the parent

5  might be interested in.

6  **Q.**   And could we have the next slide, please?

7      Are these the two sections of the respective stores that

8  you were just describing?

9  **A.**   They are, yes.

10  **Q.**   Let me ask you about another one.   Are you familiar with

11  something called promo codes?

12  **A.**   I am, yes.

13  **Q.**   What are promo codes?

14  **A.**   Promo codes are little codes that a developer can get,

15  actually from the Play Developer Console, that they can give

16  out to their users or their fans that the user can then redeem

17  for an item in the application or for the application itself.

18  **Q.**   And during the time you were on the Android team, did the

19  Play Store make any improvements in this area?

20  **A.**   Yes, we built the promo code system.

21  **Q.**   And did the Apple App Store do anything shortly

22  thereafter?

23  **A.**   Yes.   They followed us and launched the same.

24  **Q.**   Let me ask you about app preregistration.   Are you

25  familiar with something called app preregistration?

GENNAI - DIRECT / KRAVIS

1    **A.**    I am, yes.

2    **Q.**    What is that?

3    **A.**    Preregistration allows a developer to set up the page on

4    the app store even before they've launched the application.  So

5    they can -- they can direct a user to their page, and the user

6    can say "I want to preregister for this application"; and when

7    it launches, it will be automatically installed onto their

8    device.

9    **Q.**    And during the time you were on the Android team, did the

10   Play Store improve its offerings in this area?

11   **A.**    Yes, we built a preregistration.

12   **Q.**    And shortly thereafter, did the Apple App Store offer a

13   similar feature?

14   **A.**    They followed us, yes.

15   **Q.**    Could we see the next slide, please?

16        What are we looking at here?

17   **A.**    This is the preregistration flow on both, on Google Play

18   and the Apple App Store.

19   **Q.**    One more to ask you about here.  Subscription game

20   catalogs.

21        During the time you were on the Android team, did the

22   Apple App Store launch something called Apple Arcade?

23   **A.**    They did, yes.

24   **Q.**    And what is Apple Arcade?

25   **A.**    Apple Arcade is a subscription offered through Apple's app

1  store that allows a user to subscribe to a catalog of games.

2  **Q.**   And was there a similar feature that was later added to

3  the Play Store?

4  **A.**   Yes.  We built something called Google Play Pass.

5  **Q.**   And what is Play Pass?

6  **A.**   It's similar.  A user can subscribe and get premium

7  versions of applications or versions of applications with

8  features unlocked via Google Play.

9  **Q.**   And if we could look at the next screen.

10      What are we looking at here?

11  **A.**   These are the sign-up screens for Google Play Pass and

12  Apple Arcade.

13  **Q.**   Okay.  You can take that down.  Thank you.

14      Now, Mr. Gennai, these various improvements that we've

15  been talking about with respect to the Google Play Store -- the

16  kid categories, the promo codes, preregistration, Play Pass --

17  why did the Google Play Store develop these things?

18  **A.**   I think in most instances -- I mean, we were -- we were

19  looking at Apple.  It was apparent that Apple was looking at

20  us.  We were also very regularly speaking with developers.  We

21  were surveying developers, and we were trying to understand

22  what developers were most looking for, and we were trying to

23  stay competitive relative to Apple's app store.

24  **Q.**   And were these improvements that we've been talking about

25  intended for the benefit of any particular category of

1  developers especially?

2  **A.**   So in some of the instances of these launches, but not all

3  of them, but some of them, we were really building out

4  functionality that larger developers that had larger teams and

5  more time and more money could build.  These things were best

6  practice of how to build and grow an application.  And so by

7  Google Play building it, we could offer that to the developer

8  community at large and sort of raise all boats.

9  **Q.**   I'd like to change topics now and ask you about something

10  a little bit different.

11       During the time that you were on the Android team, did

12  there come a time when Google lowered the service fee that it

13  charged for subscriptions?

14  **A.**   It did.  Yes, we did.

15  **Q.**   I'd like to ask you some questions about that and start by

16  asking, do you recall which app store lowered its subscription

17  fees during this time first?  The Apple App Store or the Google

18  Play Store?

19  **A.**   In terms of the publicly known right, the Apple App Store.

20  **Q.**   Now, the jury has heard evidence that about 15 months or

21  so passed between the time when the Apple App Store lowered its

22  fee in this area and the time when the Google Play Store

23  lowered its fee.

24       So let me ask you, why did it take Google 15 months to

25  lower its service fees in this area?

GENNAI - DIRECT / KRAVIS

1  **A.**   Yeah, the developers of the applications, sort of largest

2  subscription application on Google Play, in the vast majority

3  of instances, those developers were already paying either

4  0 percent or 15 percent.

5  **Q.**   Let me take those one at a time, and let me start with

6  15 percent.

7      Why is it that during this time period some of the largest

8  subscription developers were paying a 15 percent service fee?

9  **A.**   So we had two programs operating at the time.  One called

10 LRAP for living room applications and another called ADAP for

11 audio applications, for music applications.  And those were

12 instances where developers were working with us and in a

13 partnership, and they were offered a 15 percent revenue share

14 as part of that.

15 **Q.**   And why did the lower service fee offered by the LRAP and

16 ADAP programs affect the timing of Google's subscription

17 service fee reduction that we're talking about now?

18 **A.**   Because disproportionately the developers that would be

19 affected by it that were already offering subscription services

20 on Google Play at the time were already at a rate that was

21 actually better than the rate that Apple had publicly

22 announced.

23 **Q.**   Now, I think you also said a moment ago that some of the

24 developers offering subscriptions were actually paying

25 0 percent.  Did I hear that right?

GENNAI - DIRECT / KRAVIS

1   **A.**   That's correct.

2   **Q.**   And why was that during this time?

3   **A.**   There was a component of our billing policy that at the

4   time, I think to put it lightly, was confusing and could be

5   misinterpreted.  And so there was -- there were developers that

6   were selling digital goods and digital goods subscriptions on

7   Google Play at the time that were not using Google Play

8   Billing.

9   **Q.**   And why did that issue over the application of the digital

10  goods exception affect the timing of this particular service

11  fee reduction by the Google Play Store?

12  **A.**   Yeah, because we knew that we would have to come around

13  and correct that problem; and if we were going to be making

14  changes to billing policy, we'd rather do them at the same time

15  as opposed to making two changes that the developer ecosystem

16  would have to deal with.

17  **Q.**   Okay.  So with that timing in mind, why did the Google

18  Play Store eventually lower its service fee on subscriptions to

19  match the reduction by the Apple App Store?

20  **A.**   For the reason I was talking about earlier.  We were in

21  competition with them.  We felt we needed to respond.

22  **Q.**   I want to change topics now and ask you about the document

23  that you have -- you should have in the folder in front of you.

24  It's marked as Exhibit 591.

25       Mr. Gennai, do you recognize Exhibit 591?

1    **A.**    I do yes.

2    **Q.**    What is it?

3        **MS. MOSKOWITZ:**   Objection.

4        **THE COURT:**   591?

5      Oh, okay.   Well, let's see if he recognizes it.

6    **BY MR. KRAVIS:**

7    **Q.**    Do you recognize it?

8    **A.**    I do, yes.

9    **Q.**    What is it?

10    **A.**    So I have a habit of --

11        **THE COURT:**   Just say is it an e-mail?   Is it a memo?

12   Just at that level of description, what is it?

13        **THE WITNESS:**   It's --

14        **THE COURT:**   A page from a report?   Just very

15   generally, what is it?

16        **THE WITNESS:**   Yeah, I sometimes write things I have in

17   my head down for myself.

18        **THE COURT:**   These are your personal notes?

19        **THE WITNESS:**   That's correct.

20        **THE COURT:**   Okay.   What's the objection?

21        **MS. MOSKOWITZ:**   That I intend to use it, but it's

22   hearsay if they do.   They can cover it on redirect.

23        **MR. KRAVIS:**   I'm not offering it for the truth.   I'm

24   just asking him a few questions about his own words in the

25   document.

1          **THE COURT:**  You're going to use it, Ms. Moskowitz?

2          **MS. MOSKOWITZ:**  I am.

3          **THE COURT:**  Okay.  As a technical matter, nothing in

4    this document, which I'm going to admit, is anything you can

5    rely on as a fact.  Okay?  However, that will magically change

6    when Ms. Moskowitz asks a question.  That's just the way the

7    rules of evidence work.

8          So for right now, nothing in this is either true or

9    untrue.  It basically goes to the witness' state of mind, what

10   he may have been thinking, and then let's see what happens on

11   cross.

12         Okay.  So it's provisionally admitted on those grounds.

13         (Trial Exhibit 591 received in evidence.)

14         **MR. KRAVIS:**  Thank you, Your Honor.

15   **BY MR. KRAVIS:**

16   **Q.**   Now, Mr. Gennai, I think I heard you say a moment ago that

17   this document reflects some of your own notes.  Did I hear that

18   correctly?

19   **A.**   That's correct.

20   **Q.**   And why was it your practice to create documents with your

21   own notes like this?

22   **A.**   It just cleared -- it was a way to clear my own thinking.

23   **Q.**   And what is the subject matter or the issue that this

24   particular page of notes is discussing?

25   **A.**   Yeah.  It's described at the top in those two bullet

1   points.  So, you know, one point being that there was an

2   increasing amount of competition in the app store space on

3   Android in particular; and the second relates to this sort of

4   app store tax meme that larger developers, particularly large

5   gaming developers, were out in the -- out in the world talking

6   about how -- or complaining about how they felt that the

7   Google Play 30 percent fee was too high.

8   Q.   All right.  There's just one piece of this document that I

9   want to ask you about in particular.

10      Do you see where it says -- about three quarters of the

11  way down the page there are three bullet points:  "Firstly,"

12  "Secondly," "Finally"?  Do you see that?

13  A.   I do, yes.

14  Q.   I'd like to direct your attention to the first of those

15  bullet points, the one that reads "Firstly."  Are you with me

16  there?

17  A.   I am, yes.

18  Q.   All right.  So the first sentence reads (as read):

19          "Firstly, competing on price (rev share) is prone to

20      be a race to the bottom and is not necessary across the

21      board (only to the most strategic partners where loss of

22      the titles would disproportionately affect the business)."

23      Do you see that?

24  A.   I do, yes.

25  Q.   What did you mean by that?

**GENNAI - DIRECT / KRAVIS**

1   **A.**   So we did -- you know, we were in conversations with

2   developers, particularly larger developers, who were coming to

3   us and trying to negotiate the 30 percent revenue share rate

4   down.

5       From our perspective, it was very important that we were

6   thinking about that in a way that was fair to the ecosystem.

7         **THE COURT:**  Okay.  We're just talking about your

8   mental impressions.  Okay?  So what did you mean by this?  When

9   you were writing this down, why were you writing this to

10   yourself?

11         **THE WITNESS:**  I'm writing --

12         **THE COURT:**  It's not about Google or policies.  Just

13   your mental thoughts.  All right?  That's the question.

14         **THE WITNESS:**  I'm not sure I actually follow.

15         **MR. KRAVIS:**  Let me ask --

16         **THE COURT:**  Just tell us what you were thinking when

17   you wrote that down.  That's it.  Not about policies or

18   anything else.  What were you -- sorry, Mr.?

19         **THE WITNESS:**  Gennai.

20         **THE COURT:**  What were you thinking when you wrote

21   this?  That's it.

22         **THE WITNESS:**  I was thinking that if we negotiated

23   with a developer to reduce the rev share rate, that if that

24   were to become known, that other developers would come to us to

25   do the same and may feel they're in a different situation and

GENNAI - DIRECT / KRAVIS

 1   try to negotiate it further down, and that that was a series of

 2   steps that would play out badly for us.

 3   **BY MR. KRAVIS:**

 4   **Q.**   So when you use the --

 5          **THE COURT:**   Questions limited to his mental

 6   impressions, please.

 7   **BY MR. KRAVIS:**

 8   **Q.**   When you use -- yes, Your Honor.

 9          When you use the phrase "prone to be a race to the bottom

10   here," just focusing on your own mental impressions on those

11   words, what did you understand those words "race to the bottom

12   here" to be referring to?  You, yourself.

13   **A.**   That one developer after the next, if we weren't careful,

14   we could keep feeling that we had the need to step down.

15   **Q.**   Okay.  You can set that aside.

16          Last topic, Mr. Gennai.

17          The jury's heard some about switching during the trial and

18   switching studies.  I want to ask you about your own

19   experience.

20          Do you personally switch between an iPhone and an

21   Android phone on a regular basis?

22   **A.**   Yes, I do.

23   **Q.**   And about how often do you do that?

24   **A.**   I realize this isn't normal, but three to four times a

25   year.

1  **Q.**   And how long have you been switching between phones three

2  to four times a year for?

3  **A.**   Since about 2012.

4  **Q.**   And why did you do that?  Why did you switch between an

5  iPhone and Android phones three to four times a year since

6  2012?

7        **MS. MOSKOWITZ:**  Objection.  Relevance.

8        **THE COURT:**  Sustained.

9  **BY MR. KRAVIS:**

10 **Q.**   How does the ease of the switching process today compare

11 with the way it was when you first started doing this?

12 **A.**   Fortunately, it's substantially easier.

13 **Q.**   And today does Apple, in fact, make an app that allows you

14 to switch from an Android phone to an iPhone?

15 **A.**   They do, yes.

16 **Q.**   What is that app called?

17 **A.**   It is called Move to iOS.

18 **Q.**   Is Move to iOS available in the Google Play Store?

19 **A.**   It is, yes.

20 **Q.**   And have you used the Move to iOS app yourself?

21 **A.**   I have, yes.

22 **Q.**   And have you prepared a short video to show what that

23 looks like?

24 **A.**   That's correct.

25        **MR. KRAVIS:**  At this time, Your Honor, I'd ask to

 1  publish Exhibit 6712, which I understand is without objection.

 2        MS. MOSKOWITZ:  That's right, Your Honor.  I thought

 3  it was a demonstrative, though.

 4        MR. KRAVIS:  Yes, just to publish.  I didn't offer it.

 5        THE COURT:  So you're going to see this only this

 6  time.  It won't be back in the jury room.  Okay?

 7     Go ahead.

 8  BY MR. KRAVIS:

 9  Q.   And just before we start the video here, Mr. Gennai, what

10  is it that we're looking at on the screen?

11  A.   On the left-hand side is an Android device that I think

12  will show how certain aspects of it are configured.  On the

13  right-hand side is an iPhone that's sort of fresh out of the

14  box ready to be set up.

15        MR. KRAVIS:  Okay.  Could we start the video please?

16           (Video was played but not reported.)

17        MR. KRAVIS:  And if we could just pause there for a

18  moment, please.

19  BY MR. KRAVIS:

20  Q.   First of all, Mr. Gennai, is that your hand in the video

21  there?

22  A.   I believe it is, yes.

23  Q.   And what do we see there?

24  A.   So just showing very quickly that there's some personal

25  information on this device.  So there's some photos.  I just

1  showed some photos in the gallery.  That there's my contacts,

2  and also that there's three apps that have been installed that

3  weren't previously on the device --

4  **Q.**   Okay.

5  **A.**   -- Instagram, Snapchat, WeChat.

6          **MR. KRAVIS:**  And then can we resume the video to see

7  how that works?

8              (Video was played but not reported.)

9          **MR. KRAVIS:**  Can we pause it there please?

10 **BY MR. KRAVIS:**

11 **Q.**   What did we just see in the video?

12 **A.**   So we saw the installation of the Move to iOS app.  I

13 think one of the things worth highlighting is the Google Play

14 Store showing that it has over 100 million installs.  It's a

15 very popular application.

16     Installing it, going through some of the flows to set it

17 up, choosing what I wanted to transfer from the Android phone

18 to the iPhone.  So I think I selected contacts, photos, and

19 apps.  There's a pairing procedure where you put the phones

20 beside each other and key in a code, and then the transfer

21 completed.

22 **Q.**   When you, yourself, did the process, how long did it take

23 you about start to finish?

24 **A.**   A couple minutes.

25 **Q.**   Now, finally, Mr. Gennai, we talked about your work on the

1     Android team and your work on the Play Store specifically.

2          We can take that down.   Thank you.

3          During that time, how did you view the competition between

4     the Google Play Store and the Apple App Store?

5     **A.**   I don't think there was a day in those 10 years I did not

6     wake up thinking about what Apple was doing.

7     **Q.**   Thank you, Mr. Gennai.

8          **MR. KRAVIS:**   I pass the witness.

9          **THE COURT:**   Okay.   Go ahead.

10          **MS. MOSKOWITZ:**   Thank you, Your Honor.

11                        <u>**CROSS-EXAMINATION**</u>

12    BY MS. MOSKOWITZ:

13    **Q.**   Good morning, Mr. Gennai.

14    **A.**   Good morning.

15    **Q.**   You talked about your role reporting for -- to Jamie

16    Rosenberg.   You did that for about 10 years, from 2010 to 2020;

17    is that right?

18    **A.**   That's right.

19    **Q.**   And Mr. Rosenberg was a senior leader with oversight over

20    Android during that -- most of that period?

21    **A.**   He was a leader in the Android.   He didn't have oversight

22    over Android but, yes.

23    **Q.**   Let's talk about your role, though.

24          Your role and your team's role was kind of like an outside

25    management consultant's team; right?

GENNAI - CROSS / MOSKOWITZ

1    **A.**    That and a few other things.

2    **Q.**    Well, your team was not actually responsible for anything

3    in the business; right?

4    **A.**    For analytics, I was responsible for it.  I ran an

5    analytics team.  The consulting team, yes, I would agree with

6    what you're saying.

7    **Q.**    But analytics, by that you refer to like data crunching

8    and providing that data to folks who need it?

9    **A.**    That's correct.

10   **Q.**    Okay.  So if you include that in the business, can we just

11   put that aside for a second?

12       You and your team were not responsible for any of the

13   actual business decisions and business work that was going on

14   within Android in Google Play; correct?

15   **A.**    There were instances where I was more responsible, but

16   broadly the team was a consulting team.

17   **Q.**    Right.  You were brought in to help the business do

18   projects?

19   **A.**    In most instances, yes.

20   **Q.**    And in many instances you were basically in a support

21   role?

22   **A.**    An advisory role, yes.

23   **Q.**    And one of those advisory roles was project management,

24   like organizing meetings, setting up cadence of check-ins,

25   things like that?

**GENNAI - CROSS / MOSKOWITZ**

1   **A.**   It was less often that actually.

2   **Q.**   Okay.  So you're saying now that it was actually more

3   strategic than project management?

4   **A.**   It was helping problem solve.  I don't -- I wouldn't think

5   of it as operational in the way of setting up meetings.

6   **Q.**   Okay.  Well, I don't think we need to focus on that too

7   much.

8       You talked about the global -- some global aspects of

9   Google Play on your direct.  Do you recall that?

10  **A.**   Yes.

11  **Q.**   And that developers can go on this thing called the

12  Developer Console and pick and choose where they're going to

13  be?

14  **A.**   Yes.

15  **Q.**   Google Play is all over the world except China; right?

16  **A.**   I think there's some other exclusions, but largely all

17  over the world.

18  **Q.**   Okay.  It's a global store; right?

19  **A.**   Yes.  I was responding to everywhere but China, I don't

20  think that's quite right, but it's a global store, yes.

21  **Q.**   Other than China, what percentage of the world is

22  Google Play in?

23  **A.**   I wouldn't know.  It's in a large percentage.

24  **Q.**   It's an extremely high percentage; right?

25  **A.**   Outside of China.

GENNAI - CROSS / MOSKOWITZ

1   **Q.**   Okay.  And from the comfort of their living room, a

2   developer can click where they want their apps to be all over

3   the globe except China and whatever these other places are?

4   **A.**   Yes, in the Developer Console.

5   **Q.**   Right.  So developers have access to the world to

6   distribute their apps through Google Play?

7   **A.**   Yes.  Where their app can be run, yes.

8   **Q.**   You talked a bit about market conditions and competition

9   quite a bit during your direct; right?

10  **A.**   I think so.

11  **Q.**   You have no idea how many apps are in Google Play's

12  catalog; correct?

13  **A.**   No, not off the top of my head.

14  **Q.**   Right.  You couldn't even say if it was significantly

15  larger than other Android app stores, for example?

16  **A.**   Not with confidence.

17  **Q.**   Right.  And you can't tell us how it compares to the Apple

18  app catalog; right?

19  **A.**   Not with confidence.

20  **Q.**   You don't even know how many orders of magnitude Google

21  Play Store is for the quantity of apps compared to the Amazon

22  Appstore, for example?

23  **A.**   Not with confidence.

24  **Q.**   And you also don't know whether during the entire time you

25  worked for Android and Google Play whether Google Play was

1    preinstalled on most Android phones; right?

2    **A.**    Sorry.  Can you -- can you restate that question?

3    **Q.**    You have no idea whether while you were on the Android

4    team that Google Play was preinstalled on most Android phones;

5    correct?

6    **A.**    Outside of China?

7    **Q.**    Sure.

8    **A.**    It was installed on a large number -- a large proportion

9    of Android phones.

10   **Q.**    You don't know that; right?

11   **A.**    I don't...

12          **MS. MOSKOWITZ:**  Your Honor, page 83, please, of Tab A.

13          **THE COURT:**  Line?

14          **MS. MOSKOWITZ:**  Lines 13 to 17.  Sorry, Your Honor.

15          **THE WITNESS:**  Sorry.  What was the page again?

16          **MS. MOSKOWITZ:**  We'll show it to you in a moment.

17          **THE WITNESS:**  Okay.

18                    (Pause in proceedings.)

19          **THE COURT:**  That's fine.

20          **MS. MOSKOWITZ:**  Let's put that on the screen.

21   **BY MS. MOSKOWITZ:**

22   **Q.**    You gave a deposition in this case, sir?

23   **A.**    I did, yes.

24   **Q.**    And you told the truth?

25   **A.**    I did.

GENNAI - CROSS / MOSKOWITZ

1    **Q.**   You were sworn to tell the truth?

2    **A.**   I was.

3    **Q.**   You were asked the following question and gave the

4    following answer (as read):

5        **"QUESTION:**   And during this time, was Google Play

6        preinstalled on most Android phones?

7        **"ANSWER:**   I don't know."

8        Did I read that right?

9    **A.**   You did, yes.

10   **Q.**   You don't know whether today Google Play is preinstalled

11   on most Android phones; correct?

12   **A.**   That question was not -- did not specify --

13   **Q.**   Sir, I'm not asking about that question.   We're moving on.

14   **A.**   Okay.

15   **Q.**   Today you do not know whether Google Play is preinstalled

16   on most Android phones, do you?

17   **A.**   I would ask if we're including China.

18   **Q.**   You have -- do you know one way or the other?

19   **A.**   Not if you're not going to specify the question.

20       **MS. MOSKOWITZ:**   Your Honor, page 83, same page, next

21   couple lines, 18 to 21, please.

22                         (Pause in proceedings.)

23       **THE COURT:**   That's fine.

24   BY MS. MOSKOWITZ:

25   **Q.**   You were asked the following question and gave the

1   following answer (as read):

2       **"QUESTION:**  Do you know if Google Play is preinstalled on

3       most Android phones today?

4       **"ANSWER:**  No.  I don't know."

5       Let's talk about the U.S. since you didn't want to talk

6   about China.

7       You do not know whether there are any Android phones in

8   the United States that do not have Google Play Store

9   preinstalled; correct?  You don't know that; right?

10  **A.**    Sorry.  I just want to make sure.  I didn't get -- there's

11  a double negative.  Can you please restate that?

12  **Q.**    You do not know whether there are any Android mobile

13  phones in the United States that do not have the Google Play

14  Store preinstalled?

15  **A.**    I think that might be right, yes.

16  **Q.**    It's right that you don't know the answer to that?

17  **A.**    Again, it depends what we mean by "Android" here, with

18  compatible Android.

19  **Q.**    Okay.  I'm going to try again.

20      Mobile Android-approved devices, not on incompatible

21  devices, do you know whether there are any such devices in the

22  United States that do not have the Google Play Store

23  preinstalled?

24  **A.**    I'm not sure.

25  **Q.**    So you can't tell us, for example, how preinstall --

1  preinstallation affects how Google competes with the Samsung

2  store or the Amazon store; right?

3  **A.**   How preinstallation affects...

4  **Q.**   Well, you don't know how often Google Play's even

5  preinstalled; right?

6  **A.**   I mean, I had access to those numbers.

7  **Q.**   You don't have them today and you didn't have them then;

8  right?

9  **A.**   That wasn't the question I was being asked.

10 **Q.**   All right.

11        **THE COURT:**  Mr. Gennai, I want you to listen to the

12 question.  Argue less, answer more.  Okay?  If you don't

13 understand it, it's perfectly fine to say "I don't understand,"

14 but let's not debate.

15        **THE WITNESS:**  I understand.

16        **THE COURT:**  Go ahead.

17        **MS. MOSKOWITZ:**  Thank you, Your Honor.

18 **BY MS. MOSKOWITZ:**

19 **Q.**   You were asked about, I think, four instances of feature

20 changes on the app store and the Google Play Store on your

21 direct.  Do you remember that?

22 **A.**   I do, yes.

23 **Q.**   And I think your counsel used in his question that some

24 changes were shortly thereafter made.  Do you remember that?

25 **A.**   Yes.

1    Q.   Well, for Apps for Kids, Apple introduced that in

2    December 2013; correct?

3    A.   I would have to take your word for it.

4    Q.   You don't know?  You didn't do that work to come up with

5    those slides that we looked at earlier?

6    A.   I don't think the dates were on the slides.

7         THE COURT:  You have to get close to the microphone,

8    pull it towards you --

9         THE WITNESS:  Sorry.  Sure.

10        THE COURT:  -- and make it audible.

11    Ask again, please.

12    BY MS. MOSKOWITZ:

13    Q.   You didn't do that work to understand what the timing was

14    of the changes that you were comparing and contrasting in the

15    slides you looked at during your direct?

16    A.   I knew they were before us, which is what the slide

17    conveyed.

18    Q.   Yeah, but the question was shortly; right?  And then you

19    said "Yes."

20    A.   Broadly to those questions.

21    Q.   Okay.  Well, so you don't know that Apple introduced it in

22    September 2013?

23    A.   Not specifically.

24    Q.   And you don't know that Google didn't do it until

25    April 2015?  You don't know that either?

GENNAI - CROSS / MOSKOWITZ

1   **A.**   No, that date I remember more because I was associated

2   with it.

3   **Q.**   Okay.  You just don't know the delta between Apple

4   introducing it and Google finally doing so?

5   **A.**   Not every feature.

6   **Q.**   You testified a bit about switching.  Do you recall that?

7   **A.**   I do, yes.

8   **Q.**   And we saw a video of you doing the move of some of the

9   content from an Android to an iPhone?

10  **A.**   Yes.

11  **Q.**   The phones that were used in the video were not your

12  personal phones that you use every day; right?

13  **A.**   They are not, no.

14  **Q.**   They're like test phones?

15  **A.**   Yes.

16  **Q.**   All right.  What was the overall size of the data that was

17  transferred on the phone that you were using, the Google

18  Android phone?

19  **A.**   I couldn't tell you that.

20  **Q.**   Could you tell me how many contacts there were?

21  **A.**   In the order of dozens.

22  **Q.**   Okay.  Do you know how many apps there were?

23  **A.**   I think there were three that were installed after.

24  **Q.**   Do you know how many photos there were?

25  **A.**   Dozens.

1   **Q.**   Yeah.  There was like 25 megs, actually, we saw on it.

2   Megabytes; right?

3   **A.**   I didn't look at it.

4   **Q.**   All right.  Let's pull it up.  We have a screenshot.

5        Do you see that there?

6   **A.**   Yes.

7   **Q.**   That's not very much; right?

8   **A.**   It's 25 megabytes.

9   **Q.**   Do you know how many megabytes or gigabytes you have on

10  your personal device for photos?

11  **A.**   More than that.

12  **Q.**   A lot more than that; right?

13  **A.**   For me personally, yes.

14  **Q.**   I looked at mine actually.  I have almost 9 gigabytes of

15  photos on my iPhone.  Does that sound like a crazy number

16  compared to that, or is that about right for a couple kids and

17  a couple vacations?

18  **A.**   I don't know.

19  **Q.**   Okay.  Fair to say that it would take longer to do what

20  you just did if you had a real amount of apps and a somewhat

21  normal amount of photos and contacts and data that you might

22  have accumulated over, let's say, 10 or so years?

23  **A.**   I think photos might be the only thing that takes longer.

24  **Q.**   Okay.  But it would take longer than what you showed on

25  the screen; right?

GENNAI - CROSS / MOSKOWITZ

1    **A.**    Sure.

2    **Q.**    You'd also agree that you're fairly familiar with the

3    processes and the steps involved?

4    **A.**    Fairly familiar.

5    **Q.**    I think you said that you do quite a bit of switching, a

6    couple times -- did you say a year?

7    **A.**    Yeah.

8    **Q.**    Okay.  You do that for work, though; right?

9    **A.**    Yes.

10   **Q.**    So you're not trying to say that that's an average

11   experience?

12   **A.**    No.  I think I even said that --

13   **Q.**    You did.

14   **A.**    Yeah.

15   **Q.**    Do you know that the average is people actually don't even

16   buy a new phone other than one every 2.7 years?

17   **A.**    I would suspect that is in the order of two.

18   **Q.**    Two years?

19   **A.**    Yeah.

20   **Q.**    Okay.  That's your just rough guess?

21   **A.**    From when we used to look at it, yeah.

22   **Q.**    Okay.  If people are looking at it now and seeing higher,

23   that wouldn't shock you, would it?

24   **A.**    Not necessarily.

25   **Q.**    Right.  And, of course not all of those phone buyers are

**GENNAI - CROSS / MOSKOWITZ**

1  switching operating systems; right?

2  **A.**  Not all of them, no.

3  **Q.**  No.

4     So during this video we watched, you knew what app to look

5  for to do this switch; right?

6  **A.**  Yes.

7  **Q.**  Okay.  And let's look at a screenshot.

8     You mentioned there was 100 million downloads, do you

9  remember that, when you went in the app store to go get it?

10  **A.**  Yes.

11  **Q.**  All right.  Did you also notice the 3.4 star rating for

12  the app?

13  **A.**  I did not, no.

14  **Q.**  And that there were 180,000 reviews?

15  **A.**  Okay.

16  **Q.**  You didn't pay attention to that during the process?

17  **A.**  No.

18  **Q.**  Okay.  So I take it you didn't look at any of those

19  reviews?

20  **A.**  I did not, no.

21  **Q.**  You couldn't tell me how many of those are one-star

22  reviews?

23  **A.**  I could not, no.

24  **Q.**  The Move to iOS app doesn't transfer all of the data from

25  an Android device; right?

1    **A.**    I couldn't tell you either way.

2    **Q.**    Okay.  So you don't know whether it can successfully move

3    over music files or e-books or somethings like that?

4    **A.**    Not with confidence that it -- of the specifics, no.

5    **Q.**    I also noticed you didn't select everything to transfer

6    over.  You skipped messages, for example.

7    **A.**    I did, yes.

8    **Q.**    Right.  And that's messages are something that someone

9    might keep or want to keep as they move over to a new phone;

10   right?

11   **A.**    Sure.

12   **Q.**    Okay.  That wasn't shown in the video; right?

13   **A.**    No, it was not.

14   **Q.**    So let's just talk about Apple for a moment.

15          You understand that Google has a number of apps that it

16   makes available on iOS devices; right?

17   **A.**    I am, yes.

18   **Q.**    So in terms of that, you also understand that Google

19   believes that it has a lot of apps -- Gmail, Google Maps --

20   that consumers really want?

21   **A.**    Yes, I'd like to think so.

22   **Q.**    Well, in fact, that's the whole justification for the MADA

23   contract, isn't it?

24   **A.**    No, it is not.

25   **Q.**    Okay.  That's not.

1           Okay.  So let's just talk about something about those

2      apps.

3           So if Google wanted to compete with iOS so much, one of

4      the things it could have done, or could do today, is pull all

5      of those Google apps -- Gmail, Google Maps, et cetera -- from

6      the app store completely and make them exclusive to Android

7      devices.  That's one way they could compete; right?

8      **A.**   A bad way to, but hypothetically, yes.

9      **Q.**   Well, Apple does that exact thing; right?  IMessage and

10     Facetime are only available on iOS devices; right?

11     **A.**   And there is counterexamples to that, but those two, yes.

12     **Q.**   Okay.  Well, let's just talk about the ones I want to talk

13     about.

14     **A.**   Sure.

15     **Q.**   Let's talk iMessage and Facetime.  You agree that those

16     are pretty loved apps by iPhone users; right?

17     **A.**   I don't know either way.  They're popular apps on the

18     iPhone, yes.

19     **Q.**   They're popular apps on the iPhone?

20     **A.**   Yes.

21     **Q.**   And if you want to use those apps, you cannot buy an

22     Android device and use those apps; right?

23     **A.**   That is correct.

24     **Q.**   But Google apps are available no matter what.  So if I

25     love Gmail, and I do, and if I love Google Maps, and I really

GENNAI - CROSS / MOSKOWITZ

1   do, I can buy an Android or an iPhone?

2   **A.**   That is correct.

3   **Q.**   And you understand also that not just the Google apps are

4   available on iPhone, Google makes money off of those apps on

5   iPhone; right?

6   **A.**   In some instances, yes.

7   **Q.**   Right.  And Google also makes money when that little thing

8   called Safari gets clicked and iPhone users do Internet

9   searches; right?

10  **A.**   In some instances, yes.

11  **Q.**   Well, you understand that the Google Search is the default

12  search engine for Safari on Apple iPhones; right?

13  **A.**   Yes, the initial default.

14  **Q.**   So unless someone changes the default, Apple is getting

15  paid billions and billions of dollars by Google for users to

16  search through Google Search on iPhones; right?

17  **A.**   I don't know what that number is.

18  **Q.**   You don't?

19  **A.**   I don't.

20  **Q.**   You're in the office of the CEO now; right?

21  **A.**   I am.

22  **Q.**   So the revenue share between Apple and Google is just not

23  coming up in your job?

24  **A.**   Not in my job.

25  **Q.**   Okay.  Let's just continue on with the switching issues

GENNAI - CROSS / MOSKOWITZ

1  that we were talking about.

2      So the video we watched was really just the execution of

3  moving some content from a test phone, a test Google phone, to

4  a test iPhone; right?

5  **A.**   To a new iPhone, yes.

6  **Q.**   A new iPhone, a new test iPhone.  You didn't own that,

7  or did you?

8  **A.**   No.

9  **Q.**   Okay.  The video didn't tell us anything about why you or

10  any user actually made the decision to buy a new phone in a

11  different ecosystem; right?

12  **A.**   It did not, no.

13  **Q.**   And the video doesn't tell us how often it happens that

14  someone buys a new phone in a completely different ecosystem;

15  right?

16  **A.**   It did not, no.

17  **Q.**   And Google doesn't really have a particularly good

18  understanding of the data on users switching from Android to

19  iOS; correct?

20  **A.**   We have some views of it, some internal and some external,

21  but they -- they're sometimes hazy.

22  **Q.**   You do not have a particularly good understanding of the

23  data on users switching from Android to iOS; correct?

24  **A.**   We can't count it accurately.

25  **Q.**   The data's just not reliable?

1   **A.**   I think it's -- in the order of magnitude it's reliable,

2   but I wouldn't attest to it being numerically correct.

3   **Q.**   But Google does know that the overall number of operating

4   systems switchers is small; right?

5   **A.**   I don't believe that's the case, no.

6   **Q.**   Okay.  Let's pull up -- well, let's not pull it up yet.

7        Let's look in your binder, please, to Exhibit 2903.

8   **A.**   I'm sorry.  I'm just going to change binders.

9   **Q.**   That's the other binder.  Thank you.

10  **A.**   Give me the number again.  Sorry.

11  **Q.**   2903, please.

12  **A.**   (Witness examines document.)

13  **Q.**   This is a document titled "Smartphone Purchase Journey

14  2018 U.S. Findings."  Do you see that?

15  **A.**   I do, yes.

16        **MS. MOSKOWITZ:**  Your Honor, I offer 2093 into

17  evidence.

18        **MR. KRAVIS:**  No objection.

19        **THE COURT:**  It's admitted.

20     (Trial Exhibit 2903 received in evidence.)

21        **MS. MOSKOWITZ:**  All right.  Let's go to the top of 28,

22  please, and let's pull up that heading, please, and blow it up.

23  **BY MS. MOSKOWITZ:**

24  **Q.**   It says the number of OS -- that's operating system?  It's

25  on the screen, sir.

**GENNAI - CROSS / MOSKOWITZ**

1   **A.**   Oh, great.  Sorry.

2   **Q.**   It's fine.  Do you see where I am?

3   **A.**   I do, yes.

4   **Q.**   OS is operating system?

5   **A.**   Yes.

6   **Q.**   "So while the number of operating system switchers is

7   small," do you see that?

8   **A.**   I do.

9   **Q.**   And then there's more switching behavior between Android

10   OEMs within Android than churn to iOS; correct?

11   **A.**   I'm sorry.  I'm not seeing that.

12   **Q.**   That's not there.  I'm just asking if you know.

13   **A.**   Do I know?

14   **Q.**   Yeah.  Do you know that?

15   **A.**   No.

16   **Q.**   All right.  Page 4, please.

17   Do you see where I am there?  It says (as read):

18       "There is more switching behavior between Android

19   OEMs than churn to iOS."

20   Do you see that?

21   **A.**   I do.

22   **Q.**   All right.  You can take that down.

23   Google's done some work to try to understand user behavior

24   in terms of why people switch; correct?

25   **A.**   Yes, I believe so.

1   **Q.**   It's conducted studies to try to answer that question?

2   **A.**   That's right.

3   **Q.**   And those studies show that users do not typically switch

4   operating systems because of the app store; correct?

5   **A.**   I don't know.

6   **Q.**   Okay.  Let's look to 1766, which is in evidence.  So we'll

7   put that right on the screen.

8        This is a presentation entitled "Android Consideration

9   Likely Purchasers and Recent Purchasers."  Do you see that?

10  **A.**   Yes.

11  **Q.**   Let's just go to page 14 to level set here.

12       The bottom right-hand quadrant shows that only 17 percent

13  of Android users even considered switching operating systems

14  from Android to iOS.  Do you see that?

15       **MR. KRAVIS:**  Objection.  Lack of foundation.

16       **THE COURT:**  I'm sorry, which page is this?

17       **MS. MOSKOWITZ:**  Page 14, please, Your Honor, of 1766

18  in evidence.

19       **THE COURT:**  It's in evidence?

20       **MS. MOSKOWITZ:**  Correct, Your Honor.

21       **THE COURT:**  Okay.  Go ahead.  It's overruled.

22  BY MS. MOSKOWITZ:

23  **Q.**   The bottom right here shows 17 percent of Android users

24  even considered switching operating systems from Android to

25  iOS; right?

**GENNAI - CROSS / MOSKOWITZ**

1   A.   I'm just trying to understand it.  Give me one moment.

2   Q.   "Potential Switchers," do you see the heading on the

3   screen?

4   A.   Yes.

5   Q.   Right.  And it talks about current OS on the left; right?

6   That's a "Do I currently have an Apple iOS or do I currently

7   have an Android"; right?

8   A.   Yes.

9   Q.   And there's a "Consider," an "Intend To," and an "Actually

10  Switched"; right?

11  A.   Yes.

12  Q.   So if I'm looking at the "Consider" column, that's telling

13  me how many current Android device owners are even considering

14  switching to iPhone; is that fair?

15  A.   Yes, I think that's what this survey is saying.

16  Q.   And, in fact, if you go to the right, only 7 percent

17  actually intended to switch from Android to iOS; right?

18  A.   I don't know if these two numbers are supposed to get

19  added together or the one is a subset of another.  That's the

20  only thing I would say.

21  Q.   Okay.  So you think that they might be added together?

22  A.   Right.

23  Q.   You just don't know?

24  A.   I don't know.

25  Q.   All right.  You understand that there's lots of -- you can

1    take that down.

2        You understand there are lots of reasons why people may

3    switch operating systems?

4    **A.**    Yes.

5    **Q.**    Camera, battery life, user interface, things like that?

6    **A.**    Yes.

7    **Q.**    You also understand there are lots of reasons why people

8    do not switch; right?

9    **A.**    Yes.

10   **Q.**    That includes having friends and family already with the

11   same device, or I already have a watch or a tablet or a TV in

12   the ecosystem; right?

13   **A.**    That's right.

14   **Q.**    And, in fact, iMessage, which we talked about earlier as

15   one of the coveted apps, that's another reason why people don't

16   move; right?

17   **A.**    Potentially.

18   **Q.**    All right.  And let's go back to 1766 in evidence to

19   page 37.

20       This is presenting top reasons for smartphone purchase.

21   Do you see where I am?  And it's on the screen.

22   **A.**    I do.

23   **Q.**    So there's 15 reasons why people are making a smartphone

24   purchase.  Do you see that?

25   **A.**    Yes.

1  Q.   None of those reasons is the app store; right?

2  A.   It's a survey that had options.  So the list of options is

3  what's listed here.

4  Q.   So you're saying you didn't even put app store as even a

5  reason why people could pick to switch?

6  A.   I don't know who did this survey.

7  Q.   All right.  You testified on -- you can take that down,

8  please.

9       You testified on direct about the change in subscriptions

10 from 30 percent to 15 percent starting in the second year.  Do

11 you remember that?

12 A.   I did, yes.

13 Q.   So let's just walk through that a bit.

14      At some point in the first part of 2016, Google heard

15 rumors that Apple was going to lower that fee that it charged

16 developers for subscriptions down from 30 to 15 for year two

17 and beyond; right?

18 A.   I don't know that actually.

19 Q.   Oh, you didn't know that you guys knew about that before

20 Apple announced it?

21 A.   I don't recall it.

22 Q.   Okay.  Mr. Rosenberg was involved?

23 A.   Yes.

24 Q.   And after multiple meetings, the relevant business team,

25 including Mr. Rosenberg, actually decided to do nothing in

1  response to that rumor; isn't that right?

2  **A.**   I don't recall either way.

3  **Q.**   All right.  Why don't I ask you to go to Exhibit 8567 in

4  your binder.

5      This is an e-mail chain from -- well, the top one is from

6  Mike Petrillo to Mr. Rosenberg, you, and others on June 3rd,

7  2016.  Do you see that?

8  **A.**   Yes.

9        **MS. MOSKOWITZ:**  Your Honor, I offer 8567 into

10 evidence.

11       **MR. KRAVIS:**  No objection.

12       **THE COURT:**  It's admitted.

13    (Trial Exhibit 8567 received in evidence.)

14 **BY MS. MOSKOWITZ:**

15 **Q.**   All right.  I'm going to look at the bottom e-mail

16 starting from Mr. Rosenberg on May 28.  Do you see that?

17 **A.**   Yes.

18 **Q.**   He talks about the rumors about Apple.  Do you see that?

19 **A.**   Yes.

20 **Q.**   This is before Apple announced the change; right?

21 **A.**   It appears to be.

22 **Q.**   All right.  So Mr. Rosenberg provides an update for the

23 thread -- sorry -- not Mr. Rosenberg, Mr. Petrillo does on the

24 top e-mail.  Do you see where I am?

25 **A.**   Yes.

GENNAI - CROSS / MOSKOWITZ

1  Q.   And he talks about the core group having met a few times?

2  A.   Yes.

3  Q.   And Mr. Rosenberg and Mr. Samat were involved; right?

4  A.   I think they're -- I don't know if Mr. -- they're on the

5  e-mail thread.  That's all I can attest to.

6  Q.   Okay.  Well, I highlighted here.  It says (as read):

7           "We've just had an opportunity to talk through it

8       with Sameer and Jamie."

9       Do you see that?

10 A.   Sorry.  Yes.

11 Q.   Sameer is Mr. Samat?

12 A.   That's correct.

13 Q.   Jamie is Mr. Rosenberg?

14 A.   Mr. Rosenberg.

15 Q.   And Sameer Samat was the head of all Android and

16 Google Play?

17 A.   At that time I don't recall exactly what he was

18 responsible for.

19 Q.   Okay.  He did at some point become that?

20 A.   Yes.

21 Q.   Okay.  And he reports in here, Mr. Petrillo, on the

22 fourth -- fifth bullet after all the recap of all the

23 discussions, it says (as read):

24           "We'll keep our billing policy as is for now.  No

25       need for deal review."

1          Do you see that?

2     **A.**    Yes.

3     **Q.**    All right.  So the decision at this time was "Stay put,

4     don't need to do anything"; right?

5     **A.**    We would wait to see what was announced.

6     **Q.**    Okay.  You think that all of that was just to wait and

7     see?

8     **A.**    If I read the original e-mail from Jamie --

9     **Q.**    It's okay if that's your answer.  Your answer is "We were

10    just going to wait and see"?

11    **A.**    We were considering these sorts of changes all the time.

12    **Q.**    Sir --

13    **A.**    In response to this, we would wait.

14    **Q.**    Sir, okay.  It's fine if that's your testimony.  I just

15    want to know what it is.

16         Your testimony is that this was -- you were staying put

17    just to see what Apple was actually going to announce?  That's

18    your testimony?

19    **A.**    We would regroup after Apple announced.

20    **Q.**    Okay.  And for the next 18 months you did not announce --

21    you did not enact a change; right?

22    **A.**    I don't recall the explicit timing.

23    **Q.**    Okay.  15 months during from the direct testimony, 18

24    months from Mr. Rosenberg, something in that zone?

25    **A.**    Sure.

1  **Q.**   Okay.  And so I think I heard some testimony from you on

2  direct that there was no rush because a bunch of developers

3  were already paying 0 or 15 percent.  Did I get that right?

4  **A.**   I feel that the intensity of solving that problem was

5  lower, yes.

6  **Q.**   Okay.  But you understand plenty of developers were paying

7  30 percent; right?

8  **A.**   Yeah, some developers were paying 30 percent.

9  **Q.**   I just want to understand what you're saying was being

10  factored into those 18 months and what wasn't.

11      Are you saying that there was any fretting going on about

12  what to do with Apple during those 18 months?

13  **A.**   Fretting?

14  **Q.**   Yeah.  Were you -- well, I heard that word maybe it was

15  yesterday, so I just want to make sure I understand what your

16  view is of what was happening during that time.

17      Was Google wringing its hands or worried about Apple

18  during these 18 months?

19  **A.**   We were definitely conscious that we were uncompetitive in

20  that respect over those -- at that period of time.

21  **Q.**   Okay.  But you were comfortable with the fact that

22  still -- there wasn't a rush for the 18 months because it

23  wasn't an emergency; some people were already paying that?

24  **A.**   Yeah.  For the two reasons that I was just calling out,

25  yes.

1  **Q.**   Okay.  But there were reasons that had nothing to do with

2  Apple during that 18 months?

3  **A.**   It also takes time to implement changes.

4  **Q.**   Okay.  So we have time, we have no rush, people were

5  already paying.  I think you also mentioned this policy change

6  that you were working on --

7  **A.**   That's correct.

8  **Q.**   -- to close the loophole?

9  **A.**   I'm not sure I used those words, but policy change, yes.

10  **Q.**   Okay.  You've heard those words used for what happened?

11  **A.**   I've probably seen them.

12  **Q.**   Okay.  So those were all sort of things going on during

13  this time that had nothing to do with Apple; right?

14  **A.**   No, I think they very much did have to do with Apple and

15  our response to them.

16  **Q.**   Okay.  So this change to the billing policy, this

17  loophole -- I guess not your word, but others at Google's

18  word -- but you know what I mean; right?

19  **A.**   I think I know what you mean.

20  **Q.**   And what I mean is that there were ambiguities, according

21  to you, or plain language, according to developers, that there

22  were developers out there that didn't need to use Google Play

23  Billing for certain digital content; right?

24  **A.**   There was that belief, yes.

25  **Q.**   Okay.  And Google was concerned -- well, withdrawn.

1          Google wanted to do something about this, to start making

2     all developers use Google Play Billing and pay a commission or

3     a fee regardless of what type of digital content or where it

4     could be consumed; right?  That was the thing that Google

5     wanted to close and fix?

6     **A.**   I'm not sure I can attest to something like that.  It was

7     that that particular part I think was misunderstood, and we

8     knew we needed to clarify it.

9     **Q.**   Okay.  Google wanted to start making sure and enforcing

10    that every single developer that previously fell under this

11    exception was going to start using Google Play Billing and pay

12    a fee?

13    **A.**   No, because the exception had a sort of a -- the intended

14    bound, and so the developers that were not within the intended

15    bound, we were trying to make sure were paying the fee, yes.

16    **Q.**   Well, so the intended bound, I'm going to assume you're

17    referring to apps that sold digital content that could be

18    consumed outside of the app.  Am I getting that about right?

19    **A.**   Yeah, probably.

20    **Q.**   Okay.  But you don't know?

21    **A.**   Right, I can't remember the precise language.

22    **Q.**   Okay.  So I shouldn't ask you questions actually about

23    what Google was intending or meant or what the circumstances

24    were.  You don't remember that?

25    **A.**   I wouldn't -- I wouldn't say I remember it letter for

GENNAI - CROSS / MOSKOWITZ

1   letter.

2   **Q.**   Okay.  Well, you know and remember that Google was

3   concerned, because you testified about it on direct, that

4   Google was concerned that absent this change or closing of the

5   loophole, that developers would actually stop using Google Play

6   Billing?  They would deintegrate Google Play Billing; right?

7   **A.**   The developers that were outside of compliance with our

8   policy already weren't using Google Play Billing.

9   **Q.**   Okay.  Different point.

10       So Google wanted to make sure that it started closing this

11  loophole so that other developers were saying -- not going to

12  say "These developers don't have to use Google Play Billing.  I

13  shouldn't have to, and I'm going to cut it out and not use it";

14  right?

15  **A.**   Yes, we wanted to be fair.

16  **Q.**   Well, you wanted to make sure that you solved the

17  deintegration risk that was presented by your perception that

18  there was uneven enforcement of what you thought the policy

19  was; right?

20  **A.**   Yes.  We felt it was uneven and we wanted it to be fair

21  and even.

22  **Q.**   But you knew you were going to have some unhappy

23  developers if you closed the loophole; right?

24  **A.**   Yes.

25  **Q.**   And you needed to land that policy change with developers

1   who were going to be unhappy?

2   **A.**   I'm not sure that language was used, but we wanted to

3   speak to developers about it.

4   **Q.**   All right.  Well, why don't you turn to Exhibit 8636,

5   please.

6   **A.**   (Witness examines document.)

7   **Q.**   Are you there, sir?

8   **A.**   I am.

9   **Q.**   All right.  This is a March 10, 2017, e-mail that you're

10  copied on.  Do you see that?

11  **A.**   I do.

12      **MS. MOSKOWITZ:**  Your Honor, I offer 8636 into

13  evidence.

14      **MR. KRAVIS:**  No objection.

15      **THE COURT:**  It is admitted.

16      (Trial Exhibit 8636 received in evidence.)

17  **BY MS. MOSKOWITZ:**

18  **Q.**   All right.  On page 2, there's an executive summary at the

19  top about subscriptions Version 2, policy and rev share

20  followup.  Do you see that?

21  **A.**   I do.

22  **Q.**   And "Subscriptions V2" is a reference to the change we are

23  discussing going from 30 to 15 percent for subscriptions in

24  year two and thereafter?

25  **A.**   I don't know either way.

GENNAI - CROSS / MOSKOWITZ

1  **Q.**   You don't know?

2  **A.**   No.

3  **Q.**   Okay.  You know that this was being discussed during the

4  March of 2017 time period, right, between when Apple announced

5  and when Google announced in those 18 months?

6  **A.**   Yes.

7  **Q.**   All right.  And you see "Closing the policy loophole,"

8  second bullet under the "Points of Agreement"?  Do you see

9  that?

10  **A.**   I do.

11  **Q.**   Does that give you an indication it's about what we've

12  been talking about for the last few minutes?

13  **A.**   It's written here.

14  **Q.**   You have no idea what that refers to?

15  **A.**   No, no, no.  I'll agree with you that that phrase was

16  used.

17  **Q.**   Okay.  And that phrase is talking about the same thing

18  we've just been talking about for the last I don't know how

19  many minutes?

20  **A.**   I think we can assume that.

21  **Q.**   Okay.  So it's saying that you think -- not you -- (as

22  read):

23         "Google thinks it's good but landing will be key."

24      Do you see that?

25  **A.**   Yes.

GENNAI - CROSS / MOSKOWITZ

1   **Q.**   And, in fact, down below (as read):

2          "Key questions for today:  Options and landing the

3          policy change."

4          Do you see that?

5   **A.**   I do.

6   **Q.**   All right.  So Google did, in fact, use landing the policy

7   change as something it was considering when it was working on

8   this closing the loophole; right?

9   **A.**   Whoever wrote these notes used that language.

10  **Q.**   Okay.  So that's the only place that you think it might

11  be?

12  **A.**   I don't know.

13  **Q.**   All right.  Land -- but land, we know what "land" means;

14  right?  Land a policy change means softening the blow to who

15  might be some unhappy campers; right?

16  **A.**   No, absolutely not.

17  **Q.**   Okay.  So you don't -- actually have ever heard the word

18  "land," but you know absolutely that it doesn't mean what I

19  just said?

20  **A.**   Google lands --

21  **Q.**   Sir, I --

22  **A.**   -- launches every day.

23  **Q.**   All right.  So your view is just actually sending out the

24  announcement, making it happen, that's what you think?

25  **A.**   Successfully get to the end.

GENNAI - CROSS / MOSKOWITZ

1   Q.   Okay.  Do you see Spotify there?

2   A.   I do.

3   Q.   Spotify, you are aware, was an extremely vocal agitator

4   against Google on its revenue share; right?

5   A.   I was not particularly involved with things like that.

6   Q.   Different question.

7   A.   Sure.

8   Q.   Do you know that Spotify was an extremely vocal agitator

9   against Google in its revenue share?

10  A.   I saw what I saw in the press.

11  Q.   Okay.  You never heard that internal at Google?

12  A.   I wasn't really involved in those sorts of conversations

13  very often.

14  Q.   Okay.  So while you were in Android and while you were

15  Google Play, you never heard that and Google just in the press?

16  A.   I heard it about developers generally.  I don't want to

17  speak to a specific developer.  I didn't hear it about Spotify

18  internally specifically I don't think.

19  Q.   So you had no idea that Google sort of had to work very

20  closely with getting a deal with Spotify to silence their vocal

21  agitation that you read about in the press?

22  A.   I knew that there were discussions going on with them.  I

23  wasn't involved with them.

24       **THE COURT:**  All right.  Let's take our morning break.

25  We'll come back at 10:45.

1          **THE CLERK:**  All rise.

2          **THE COURT:**  You remain under oath.  Do not discuss

3  your testimony with anyone.

4          **THE WITNESS:**  I understand.

5                  (Recess taken at 10:33 a.m)

6                  (Proceedings resumed at 10:49 a.m)

7      (Proceedings were heard in the presence of the jury:)

8          **THE COURT:**  Okay.  Go ahead.

9          **MS. MOSKOWITZ:**  Thank you, Your Honor.

10  BY MS. MOSKOWITZ:

11  **Q.**  Just a couple more questions on the subscription change.

12      When Google finally made the change, it was effective

13  January 1, 2018; is that right?

14  **A.**  I don't recall.

15  **Q.**  Okay.  But we can agree there was this 15- to 18-month

16  gap, right, between Apple and Google whenever the dates were?

17  **A.**  Yes.

18  **Q.**  And during that period that Apple App Store was charging

19  this lower fee and Google wasn't, you're not aware of a single

20  developer that pulled out of the Play Store to focus only on

21  iOS based on that differential pricing; right?

22  **A.**  Not that -- not that I can recall.

23  **Q.**  You can't name anybody; right?

24  **A.**  No, not that I can recall.

25  **Q.**  And about this loophole, during the decade or so that this

1  loophole was out there and there were people being charged

2  nothing for that whole time on Google, are you aware of any

3  developer that abandoned iOS and the Apple App Store and came

4  over to Google Play exclusively?

5  **A.**   Not that I can name.

6  **Q.**   Now, you talked a bit, or at length, about competition

7  with Apple on your direct.  I just want to make sure because I

8  didn't hear any mention of these things that the jury's heard a

9  bunch about.

10      You're not testifying that competition with Apple was the

11  justification behind Project Hug, Project Banyan, or the

12  RSA 3.0 premier tier; right?

13  **A.**   I think competition with Apple can be related to those

14  things, yes.

15  **Q.**   It can be related, but do -- is it your testimony that

16  that was the justification for those projects?

17  **A.**   I think competition with Apple colored almost everything

18  we did.

19  **Q.**   Okay.  Let's turn to your binder Exhibit 596, please.

20  **A.**   (Witness examines document.)

21  **Q.**   Are you with me?

22  **A.**   I am, yes.

23  **Q.**   And the top e-mail is an e-mail from you on January 12,

24  2019, titled "Play Distribution Project."  Do you see that?

25  **A.**   I do, yes.

1           **MS. MOSKOWITZ:**  Your Honor, I offer Exhibit 596 into

2    evidence.

3           **MR. KRAVIS:**  No objection.

4           **THE COURT:**  It is admitted.

5        (Trial Exhibit 596 received in evidence.)

6    **BY MS. MOSKOWITZ:**

7    **Q.**   All right.  The e-mail is between you and a

8    Mr. Krishnamachari; is that close enough?

9    **A.**   Yes.

10   **Q.**   And the bottom e-mail is from you to Mr. Krishnamachari.

11   Do you see that?

12   **A.**   Yes.

13   **Q.**   All right.  And you mention a project in the second

14   paragraph here.  You talk -- you say that there's going to be a

15   project that a Mike is going to talk to him about.  Do you see

16   that?

17   **A.**   I do, yes.

18   **Q.**   And that project is your biggest Play priority for

19   Quarter 1; right?

20   **A.**   It would be my team's.

21   **Q.**   Your team's.  You and your team's biggest priority?

22   **A.**   Yes.

23   **Q.**   All right.  And your description of the essence of this

24   project is in the next paragraph that starts "Essentially";

25   right?

1    A.    Yes.

2    Q.    And you say (as read):

3              "Jamie and Sameer" --

4          That's Mr. Rosenberg and Mr. Samat we saw earlier; right?

5    A.    Yes.

6    Q.    (as read):

7              "Jamie and Sameer are asking us to consider what

8          Google Play should do in the face of increasing app store

9          competition on Android."

10         Do you see that?

11   A.    I do, yes.

12   Q.    And, again, Jamie was your boss at the time?

13   A.    Yes.

14   Q.    And fair to say that Mr. Samat at this point in time at

15   least was the head of Android and Google Play business?

16   A.    Certainly Google Play.  I'm not sure about Android.

17   Q.    Okay.  But certainly Google Play?

18   A.    He led the engineering and -- the engineering component of

19   Google Play.

20   Q.    Fair to say that these two individuals were pretty senior

21   business people with oversight of business decisions with

22   respect to Android and Google Play?

23   A.    Yes, that is fair.

24   Q.    Okay.  And in your e-mail, you said that (as read):

25             "This increasing app store competition on Android you

GENNAI - CROSS / MOSKOWITZ

1          talked about is coming from both OEMs and other large

2          platforms."

3          Do you see that?

4    A.   Can you --

5    Q.   That competition, that increasing app store competition on

6    Android, is coming both from OEMs and other large platforms.

7    Do you see that?

8    A.   I do, yes.

9    Q.   All right.  So let's break that down.

10          Let's start with OEMs.  Next to the OEMs in the second

11   line where it says "From OEMs," there's a parenthetical where

12   it says (as read):

13              "OEMs were looking to increase revenue and to

14          differentiate themselves with exclusive content."

15          Do you see that?

16   A.   It does not say "exclusive content."  It says "content,"

17   yes.

18   Q.   Differentiating themselves with content was a reference to

19   getting exclusive content, wasn't it?

20   A.   I don't think so, no.

21   Q.   Okay.  The way to differentiate themselves was to get

22   content that other people didn't have; right?

23   A.   I think you can -- no, not necessarily.  You can have a

24   competitive store by having similar content to other stores and

25   be complete.

1  **Q.**   Okay.  So your reading of "differentiate devices with

2  content" has nothing to do with having content that others

3  don't have?

4  **A.**   No, it could include that.

5  **Q.**   Oh.

6  **A.**   I'm just saying it's not completely that.

7  **Q.**   So it includes having exclusive apps on their phones?

8  **A.**   It might.

9  **Q.**   It might, but you don't read it that way?

10 **A.**   I didn't write it, no.  I didn't write "exclusive content"

11 there.  I meant "content" more broadly of which exclusive

12 content may be a part of it.

13 **Q.**   Okay.  So I'm going to move on.

14      So "content" means apps?  At least we can agree on that

15 one?

16 **A.**   I mean, it could mean music and books and movies as well.

17 There was differentiation between OEMs on that sort of basis as

18 well, but apps would be a part of it, yes.

19 **Q.**   And the other type of large competition -- sorry -- app

20 store competition on Android was from large platforms, and it

21 says "Epic" here.  Do you see that?

22 **A.**   I do, yes.

23 **Q.**   And Epic at the time had a store on PC that it could bring

24 to mobile; right?

25 **A.**   Yeah, I believe so.

GENNAI - CROSS / MOSKOWITZ

1  **Q.**   And, in fact, you understood Epic had ambitions to bring

2  its store to Android; right?

3  **A.**   Yes, I believe we understood that.

4  **Q.**   And Epic had an extremely popular game at the time; fair?

5  **A.**   Yes.

6  **Q.**   And just to be clear, the app store competition we're

7  talking about -- you were talking about here is on Android;

8  right?

9  **A.**   That is correct.

10  **Q.**   Apple is not discussed here; correct?

11  **A.**   Not here, no.

12  **Q.**   And the Apple App Store is not discussed as a competitor

13  to Google Play in this e-mail?

14  **A.**   Not in this e-mail, no.

15  **Q.**   In fact, Apple, we all know, I think we've heard

16  *ad nauseam*, that Apple does not offer an app store on the

17  Android mobile devices; right?

18  **A.**   That is correct.

19  **Q.**   So to respond to increasing app store competition from

20  OEMs and large platforms like Epic, you report in this e-mail

21  that Mr. Rosenberg and Mr. Samat were willing to consider all

22  options.  Do you see that?

23  **A.**   I do, yes.

24  **Q.**   And those options could include changes to Google Play's

25  business model paying OEMs and more; right?

**GENNAI - CROSS / MOSKOWITZ**

1    **A.**    Yes.

2    **Q.**    And, in fact, Google did start paying OEMs revenue share

3    on Google Play revenue after this; right?

4    **A.**    In some instances, I believe that's right.

5    **Q.**    That's the RSA 3.0 premier tier?

6    **A.**    I don't remember the details, but that sounds roughly

7    correct.

8    **Q.**    All right.  We'll come back to that.

9         So in Quarter 1 2019, same time that this was a priority

10   for you and your team, you did, in fact, do some thinking to

11   address the problem of increasing app store competition on

12   Android; right?

13   **A.**    Yes.

14   **Q.**    And I guess it's already in evidence, so I think I can

15   show it.  Exhibit 591 you were shown by your counsel to ask

16   about your mental impressions.  Do you remember that?

17        **THE COURT:**  That's now in evidence for the truth of

18   the contents.

19        Okay.  Go ahead.

20   **BY MS. MOSKOWITZ:**

21   **Q.**    You're with me?

22   **A.**    I am.

23   **Q.**    Okay.  And I just want to understand.  These weren't just

24   random musings or notes to self that you took, were they?

25   **A.**    They most certainly were.

1   Q.   Okay.  I'm going to ask you to turn to the last page of

2   591 in your binder, and you're going to see there some

3   information about this document.  Do you see it?

4   A.   Yes.

5   Q.   It says "Author Paul Gennai at Google" -- "Paul Gennai";

6   right?

7   A.   Yep.

8   Q.   And it says the date that it was created, March 26, 2019;

9   right?

10   A.   Yes.

11   Q.   The file name "Play Problem Statement"?

12   A.   Yes.

13   Q.   Do you see "All Custodians"?

14   A.   Yes.

15   Q.   That's everybody whose files this document was found in.

16   Do you understand that, sir?

17   A.   I do.

18   Q.   So this document was shared with Mr. Rosenberg, Mr. Wang,

19   Ms. Kochikar, Mr. Samat, and I guess those folks; right?

20   A.   Yes.

21   Q.   Those are senior business people in the Google Play

22   business?

23   A.   They are.

24   Q.   So this wasn't kept just on your computer secretly, you

25   just sort of typing around a bunch of notes?

1  **A.**   It still was written for the intent that I wrote it.

2  **Q.**   But it was shared widely with senior leadership?

3  **A.**   At some stage.

4  **Q.**   Sorry?

5  **A.**   At some stage.

6  **Q.**   Okay.  So let's talk about it a little bit more.

7       So the first sentence in here, "For a variety of reasons,"

8  do you see it?  It's on the screen.

9  **A.**   Yes.

10  **Q.**   It says (as read):

11          "For a variety of reasons, the longstanding growth

12       and potentially fundamental business model of Google Play

13       is under pressure in 2019."

14       Do you see that?

15  **A.**   Yes.

16  **Q.**   And you list a couple bullet points that contain the

17  factors that are putting this pressure on the fundamental

18  business model of Google Play.  Do you see that?

19  **A.**   Yes.

20  **Q.**   The first factor that's putting this pressure on

21  Google Play is "The size and margins of the market are making

22  it attractive for new entrants."  Do you see?

23  **A.**   I do, yes.

24  **Q.**   "The size and margins" are talking about Google Play and

25  its success; right?

**GENNAI - CROSS / MOSKOWITZ**

1   **A.**   The app store market in general.

2   **Q.**   Okay.  And the "app store market" meaning the market for,

3   you know, stores to get content and apps on Android?

4   **A.**   I think I was talking about the market more broadly, but

5   yes, Android -- here likely Android.

6   **Q.**   Android; right?

7   **A.**   (No audible response.)

8   **Q.**   And so the point is saying Google Play is getting bigger

9   and more profitable in that market?

10  **A.**   I don't believe I said that, no.

11  **Q.**   Well, you understand this bullet is saying that as markets

12  get large, new entrants are attracted to that market; right?

13  **A.**   Yes.  I don't think I said that our margins were

14  increasing.

15  **Q.**   Well, you said the size and margins of the market are

16  making it more attractive; right?

17  **A.**   Making it attractive, yes.

18  **Q.**   Okay.  So you're saying you can't tell me if profit

19  margins were increasing, just that they were large enough to

20  attract new entrants?  Is that the clarification you're giving?

21  **A.**   That's correct.

22  **Q.**   Okay.  So the market was big and profitable and people

23  wanted in; fair?

24  **A.**   Fair.

25  **Q.**   And "new entrants" here refers to companies that wanted to

1   come compete against Google Play in that app distribution on

2   Android; right?

3   **A.**   Potentially, yes.

4   **Q.**   And those potential new entrants are listed right here:

5   OEMs and other folks like Epic; right?  The same OEMs and large

6   platforms we just looked at in the prior document; right?

7   **A.**   Yeah.  I mean, my -- what is in parentheses there isn't

8   exhaustive.  They're examples.

9   **Q.**   Okay.  They're the same examples that we just looked at in

10  Exhibit 596?

11  **A.**   I don't recall.

12  **Q.**   Okay.  Are there other new entrants that you can think of

13  that you were referring to that you didn't list but that you're

14  talking about now in terms of potential new entrants in the

15  Android app distribution market?

16  **A.**   Yeah, carriers, companies like Amazon, things like that.

17  **Q.**   Right.  And companies like big developers like not just

18  Epic but Activision Blizzard King and Riot with big platforms;

19  right?

20  **A.**   Sure.

21  **Q.**   And the way that the new entrants might actually try to

22  compete is described in this bullet as well; right?

23  **A.**   Potential options.

24  **Q.**   Okay.  So the potential options that are described here

25  for OEMs is that they can compete by drafting on existing

GENNAI - CROSS / MOSKOWITZ

1    distribution.  Do you see that?

2    **A.**    I do.

3    **Q.**    And that's a reference to the fact that OEMs already had

4    established stores or app distribution pathways that they could

5    build upon on Android?

6    **A.**    Yes, many had existing stores.

7    **Q.**    And the other way that new entrants could compete was on

8    price; right?

9    **A.**    Yes.

10   **Q.**    And Epic's given as the example for that?

11   **A.**    Yes.

12   **Q.**    And you understood at the time Epic was, in fact, charging

13   less than Google's fee for its app distribution?

14   **A.**    I believe I was, yes.

15   **Q.**    And the second bullet you have another factor putting

16   pressure on the fundamental business model of Google Play, and

17   you mentioned on direct as well this meme about the app store

18   tax; right?

19   **A.**    Yes.  Yes.

20   **Q.**    And you go on to say that (as read):

21          "Larger developers who have more standalone

22          capabilities and often differentiated content" -- there's

23          that term again -- "are leveraging this discontent about

24          the fee in a number of ways."

25          Right?

GENNAI - CROSS / MOSKOWITZ

1   **A.**   Yes.

2   **Q.**   And one of the ways they're leveraging their discontent

3   over Google Play's business model was to go it alone.  Do you

4   see that?

5   **A.**   Yes.

6   **Q.**   And "go it alone" refers to going to market on Android

7   with their content and their apps outside of the Google Play

8   Store?

9   **A.**   Yes.  In some number of ways, yes.

10  **Q.**   And some number of ways includes direct distribution,

11  starting their own app store, et cetera?

12  **A.**   Getting preloaded, yep, various other ways.

13  **Q.**   All of those ways?

14  **A.**   Yes.

15  **Q.**   It's not talking about those developers going to the Apple

16  App Store and forgoing Google Play entirely; correct?

17  **A.**   Not in this instance, no.

18  **Q.**   All right.  And to be clear, Apple and competition with

19  Apple is not listed in these bullets anywhere as one of the

20  factors putting Play business model under pressure?

21  **A.**   No.  This relates to Android.

22  **Q.**   Sir -- oh, sorry.  It relates to Android?

23  **A.**   Yes.

24  **Q.**   See, you agreed with me.  I'm sorry.

25  **A.**   We got there.

1   **Q.**   I apologize.  That's on me.

2      All right.  So I just want to make sure that you -- is it

3   your view that these two bullets were just your internal

4   thinking and shouldn't be sort of considered as, like, the

5   official Google word?

6   **A.**   Yes.

7   **Q.**   All right.  Did you ever see the deck that went to the

8   Business Council about Project Hug and Project Banyan?

9   **A.**   Possibly.

10  **Q.**   All right.  Let's pull it up.  It's in evidence.  It's

11  Exhibit 136.  Let's just go to the cover page to orient

12  ourselves.

13     April 9, 2019, is the date, which is around the same time

14  as these notes; right?  A couple days later?

15  **A.**   Sure, yes.

16  **Q.**   All right.  Do you have an understanding that the title is

17  referring to Project Hug and Project Banyan?

18  **A.**   Certainly -- certainly Hug.  I think Samsung was a

19  component of Banyan, so I think we could say that.

20  **Q.**   Okay.  So let's look at the executive summary on page 3,

21  and let's look at the "Challenges and Opportunities" bullet.

22     The challenge here that Google Play's growth in business

23  model face risk in, one, increasing competition from OEMs and

24  third-party stores and the emerging app store tax meme?  Do you

25  see that?

GENNAI - CROSS / MOSKOWITZ

1   **A.**   I do.

2   **Q.**   That looks pretty familiar to the words you used in those

3   notes to self; right?

4   **A.**   It does, yes.

5   **Q.**   In fact, exactly in some instances; right?

6   **A.**   In those -- some of those words, yes.

7   **Q.**   All right.  You can take that down.

8        Let's go back to 591, please.

9        You go on below the bullets we just discussed to state

10   that the circumstances that you were describing were very real

11   problems playing out in the market in 2019; right?

12   **A.**   Yes.

13   **Q.**   And you cite Epic Fortnite as one of the ways that those

14   problems were playing out; right?

15   **A.**   I do.

16   **Q.**   And, of course, we all know that's because Epic had used

17   its standalone capabilities and its differentiated content to

18   go alone by bypassing the Google Play Store; right?

19   **A.**   They had done a number of things.

20   **Q.**   By doing a number of things did you say?

21   **A.**   I don't remember the exact timing, but there were various

22   tactics used by Epic, yes.

23   **Q.**   Including like starting the store, working with others to

24   start a store, those type of things?

25   **A.**   Amongst others, yes.

GENNAI - CROSS / MOSKOWITZ

1    Q.    Okay.   Trying to get preinstalled?

2    A.    Trying to get preinstalled and, yes, other things, a

3    variety of tactics.

4    Q.    All right.   And you cite Samsung's Galaxy Store there as

5    well as another real way that the real problems have been

6    playing out?

7    A.    I'm not sure I used the word -- yes, yes.   Fair.   Yes.

8    Q.    Okay.   That's right after that; right?   Galaxy Store?

9    A.    Yeah.

10   Q.    Do you see that?

11   A.    I do, yep.

12   Q.    Okay.   And Samsung at the time had been making moves to

13   get differentiated content on its store on an exclusive basis

14   to try to compete against Google Play; right?

15   A.    I believe it had.

16   Q.    And, in fact, Fortnite was one of them?

17   A.    That is correct.

18   Q.    And your proposal follows.   You proposed to solve these

19   challenges through a combination of tactics that are required

20   in conjunction.   Do you see that?

21   A.    Yes.

22   Q.    "In conjunction" means all together?   Not just one,

23   working together as a multiprong strategy; right?

24   A.    I think that's what I was thinking.

25   Q.    Let's start with the first one.

1        Firstly -- I think this is the one you were asked about

2   for your mental impressions during direct.  Do you remember

3   that?

4   **A.**   I do.

5   **Q.**   So it says here (as read):

6           "Competing on price (rev share) is prone to be a race

7           to the bottom and is not necessary across the board."

8        Right?

9   **A.**   Yes.

10  **Q.**   And "race to the bottom" means that competition on price

11  will drive prices down?

12  **A.**   Us negotiating with developers on price may eventually

13  sort of go to an unhealthy level for us.

14  **Q.**   It would go down?

15  **A.**   It would go down, yes.

16  **Q.**   And "race to the bottom," in fact, means competition could

17  drive those prices all the way down to the bottom, meaning

18  cost?

19  **A.**   Yes, or even less healthy than at cost.

20  **Q.**   And you write that competing on price is not necessary

21  across the board; right?

22  **A.**   I do.

23  **Q.**   So your parenthetical there says you only have to target

24  the developers where the loss of titles could actually cause a

25  significant loss to Google Play's revenue; right?

GENNAI - CROSS / MOSKOWITZ

1    A.    That is what I wrote there.

2    Q.    And the point being that you can focus on just the people,

3    the developers, that are actually going to disproportionately

4    impact Google Play's business if they were to start going to

5    alternative channels on Android?

6    A.    I think -- I think the entire time we worked on Play,

7    there were developers that were in -- that were more strategic

8    to us and we worked differently with, so, yes.

9    Q.    Well, it says the partners where the loss of titles would

10   disproportionately hurt Google Play's business?

11   A.    Yes.  We didn't want to lose popular titles from the

12   store.

13   Q.    Well, you didn't just want that; right?  You didn't want

14   to lose those developers, you didn't want to lose those

15   developers to app stores, you didn't want other developers to

16   see that happen and then go also to those app stores, and so on

17   and so forth; right?

18   A.    We didn't -- I think if we look at however we did not want

19   to lose those titles from our app store.

20   Q.    Again, it wasn't just the titles, though.  You were

21   worried -- have you heard the word "contagion"?

22   A.    I have.

23   Q.    Okay.  And you've seen it in the context of Project Hug,

24   have you not?

25   A.    I have.

1    **Q.**   Okay.  And, in fact, I don't think I need to pull it up.

2    It's right there in that Business Council deck several times;

3    right?

4    **A.**   That I can't -- maybe.

5    **Q.**   Okay.  In any event, you understand that there was a

6    contagion risk that was part of the driver behind Project Hug?

7    **A.**   Yes.  We did -- we did not want the loss of titles from

8    Google Play to sort of start a chain reaction of more and more

9    popular titles on Google Play leaving.

10   **Q.**   Leaving to competing app stores?

11   **A.**   To any other mechanism of distribution, but I think it was

12   the loss of them to Play that we were most concerned about.

13   **Q.**   Just to be clear, you were worried about losing them to

14   other competing app distribution mechanisms on Android?

15   **A.**   I mean, they could just withdraw from Android entirely and

16   keep focusing on iOS.

17   **Q.**   See, that's what I want to drill down on.  I really want

18   to drill down on that because I just want to understand how you

19   think that a humungous developer like ABK, for example, would

20   just abandon billions, 3 billion Android devices out in the

21   world and just go to iOS.  Why would they do that?  They

22   wouldn't; right?

23   **A.**   They can use it as a threat.  We didn't see it.

24   **Q.**   Okay.  You did not see that?

25   **A.**   No.

1   **Q.**   Okay.  So the concern, the contagion risk, was that these

2   developers could leave Google Play and go elsewhere on Android,

3   and that other developers might follow suit to alternative app

4   distribution channels on Android; right?

5   **A.**   Yes, but I think -- I just think you're more --

6   **Q.**   Sir, that was a yes?  I'll move on.  Was it?  That was a

7   yes?

8   **A.**   I think you're more focused on the other --

9   **Q.**   Sir, if it's a no, it's a no.  If it's a yes, it's a yes.

10  **A.**   It's close enough to a yes.

11  **Q.**   Thank you.

12       You talked about being interested in here and solving for

13  what we've just been discussing in a way that accomplishes two

14  goals simultaneously.  Do you see that?

15  **A.**   I do.

16  **Q.**   And you say (as read):

17       "We can avoid competing on price by lowering the

18       effective revenue share while maintaining the prevailing

19       rate."

20       Right?

21  **A.**   I mean, I'm saying what I'm saying here.  We can lower the

22  effective rate while maintaining the prevailing rate.

23  **Q.**   Well, that's not actually what you said.  You said (as

24  read):

25       "We can actually lower the effective revenue share

1          for Play while maintaining the prevailing rate."

2     A.    I'm sorry.  I thought that's what I said, yes.

3     Q.    Oh, I'm having a little trouble hearing you.  I'm sorry.

4     A.    Okay.  My apologies too.

5     Q.    I apologize as well.

6     A.    I'll bring the microphone a little closer.

7     Q.    So at the same time, the idea was that you could lower the

8     effective revenue share for some of these targeted developers

9     while keeping the public-facing rack rate, prevailing rate, at

10    its published 30 percent; right?

11    A.    Yes.  We could keep the rate at 30 percent and enter into

12    a much broader relationship with these developers.

13    Q.    And you were going to make sure -- I think you testified

14    about this on direct -- that people didn't know about those

15    deals that you had because it would make other developers try

16    to negotiate their rate further down; right?

17    A.    Yes.  We tried as much as possible to keep sort of a level

18    playing field amongst developers.

19    Q.    Well, you weren't keeping a level playing field, though.

20    You were entering into secret deals that you didn't want other

21    people to know about because that was going to result in

22    competition on price; right?

23    A.    I don't think of Hug as secret deals, no.

24    Q.    Okay.  You didn't publish them or announce them?

25    A.    I don't think Google announces most commercial

GENNAI - CROSS / MOSKOWITZ

1  relationships it's in with other companies.

2  **Q.**   In fact, your specific proposal was to not do that so you

3  could keep your published rate at 30 percent?

4  **A.**   And those companies continued to pay the published rate.

5  **Q.**   Right.  Exactly.  They just got millions and millions of

6  dollars on the side?

7  **A.**   No.  They worked with us in larger ways, including with

8  our Cloud business and our Ads business and various other

9  mechanisms.

10  **Q.**   To the tune of millions of dollars in cash and prizes?

11  **A.**   I don't -- I don't know the numbers.

12  **Q.**   All right.  You talked about this basically being designed

13  to avoid this race for the bottom, right, on Android?

14  **A.**   I'm saying we can avoid it with something like Hug.

15  **Q.**   And the second tactic here that's required to be deployed

16  in conjunction with Project Hug and the other proposal was the

17  defense of Google Play as the preeminent Android app

18  distribution store can be focused around major points of

19  distribution, particularly in aligning Android's largest OEMs.

20  Do you see that?

21  **A.**   Yes.

22  **Q.**   Was this another random thought that you had?  "The

23  preeminent Android app distribution store," that's -- those are

24  your words?

25  **A.**   Yeah, I think we were trying to build the best Android

1  store -- Android App Store.

2  **Q.**   I'm just asking you:  Are these your words that you just

3  pulled out of your mind or are these Google's words?

4  **A.**   I think they're my words.

5  **Q.**   All right.  Let's pull up Exhibit 8523 in evidence.

6        You've seen this document before, sir, have you not?

7  **A.**   I believe so.

8  **Q.**   All right.  Let's go to page 4.

9        This is the existential question for Project Banyan (as

10 read):

11            How do we continue to keep Play as the preeminent

12       distribution platform for Android?"

13       Do you see that?

14 **A.**   I do.

15 **Q.**   So those words made its way into a business presentation

16 on Project Banyan; right?

17 **A.**   I don't know the order of these documents being created.

18 **Q.**   Samsung was Google's largest competitor in Android app

19 distribution?

20 **A.**   On the Android platform, I think that's fair to say, yes.

21 **Q.**   So the tactic we're talking about -- and we can pull it

22 back up on 591 -- this is not defending Google Play Store from

23 competition from the Apple App Store; correct?  It's not

24 mentioned anywhere here; right?

25 **A.**   Yes, this is specific to the Android ecosystem.

1    Q.   So I want to talk about Samsung, and I want to go back in

2    time a bit to 2016.

3    A.   Okay.

4    Q.   You had the same role in 2016 that you had in March of

5    2019 when you authored this document 591?

6    A.   I was reporting to the same person.  My sort of role

7    changed between focusing on Google Play more and focusing on

8    Android more.  I don't remember exactly when that change

9    happened.

10   Q.   Okay.  So in whatever that role was, you worked on

11   projects relating to Samsung during that time; right?

12   A.   Particularly later, yes.

13   Q.   Okay.  But in 2016, you did too; right?

14   A.   Probably.  I just don't remember the specifics.

15   Q.   Okay.  Turn your binder to Exhibit 606, please.

16   A.   (Witness examines document.)

17   Q.   You with me?

18   A.   Yeah, I've got it.

19   Q.   This is a document titled "Next Steps with Samsung" dated

20   May 23rd, 2016, and your name is up there at the top.  Do you

21   see it?

22   A.   I do, yes.

23            MS. MOSKOWITZ:  And, Your Honor, I move to admit

24   Exhibit 606.

25            MR. KRAVIS:  No objection to the admission of the

1   exhibit, but at this point I object to the line of questioning

2   as cumulative.

3        THE COURT:  Overruled, and it is admitted.

4        (Trial Exhibit 606 received in evidence.)

5   BY MS. MOSKOWITZ:

6   Q.   All right.  Let's look to -- well, before I go there.

7        The first page suggests that there's going to be a meeting

8   held in Seoul with -- about a deal between Google and Samsung.

9   Do you see that?

10  A.   Yeah.  It has a list of attendees.

11  Q.   Yep.  And let's turn to page 2.

12       There's a question in here about "How direct should we be

13  in terms of our business interests in phasing out third-party

14  apps with install permissions?"  Do you see that?

15  A.   Yes.

16  Q.   And there's a team recommendation with a bunch of question

17  marks.  They didn't figure it out yet; right?

18  A.   I have no real recollection of this document either way.

19  Yes, "team recommendation" has question marks after it.

20  Q.   So the team was undecided about how upfront they wanted to

21  be with Samsung about Google's true business interests in

22  getting rid of third-party app stores on Android; right?

23  A.   I don't know whether the team had talked about it and not

24  reached a recommendation or not talked about it, nor do I know

25  who wrote this question.  It's hard for me to know exactly what

1    is going on here.

2    **Q.**   Just reading it with me, is it your understanding that the

3    team with the question marks was undecided, no recommendation

4    at that time, about how upfront Google should be with Samsung

5    about Google's business interests in getting rid of third-party

6    app stores on Android?

7             **MR. KRAVIS:**   Objection.   Lack of foundation.

8             **THE COURT:**   Overruled.

9             **THE WITNESS:**   It is hard to know if the team was

10   undecided or that nobody had ever seen this question is what

11   I'm saying.

12   **BY MS. MOSKOWITZ:**

13   **Q.**   And they were talking about some user arguments that they

14   might want to focus on as part of the story or pitch that they

15   tell Samsung; right?

16   **A.**   Where is that?   Sorry.

17   **Q.**   Right at the same line.   It's saying (as read):

18             "How direct should we be about our business interests

19        versus focus solely on user arguments?"

20        Do you see that?

21   **A.**   I do, yes.

22   **Q.**   And the "user arguments" there is a reference to "Should

23   we be pitching our idea as like let's stop fragmentation among

24   all of the Android devices and it's better for users to only

25   have one Android app store"?

1    **A.**   It could mean anything other than Google Play's business

2    interests here.   I don't know how to interpret it.

3    **Q.**   My interpretation doesn't sound right?

4    **A.**   It's a specific interpretation of it.

5    **Q.**   It's one of the potentials?

6    **A.**   Of a potential.

7    **Q.**   All right.   Item 3 (as read):

8         "How direct should we be to Samsung in terms of the

9         economic exchange for what we want?"

10   Right?

11   **A.**   Yes.

12   **Q.**   This one has a recommendation.   The team recommendation

13   here is (as read):

14        "Wait for Samsung to bring it up.   But if we're

15        honest with ourselves, hard to clean up third-party stores

16        without writing a check of some kind."

17   Right?

18   **A.**   It says that, yes.

19   **Q.**   So the team recommendation was not to just come out of the

20   gate with money, "Let's just wait for Samsung to bring it up,"

21   but "We're going to have to shell out some money for this";

22   right?

23   **A.**   That is what's written here.

24   **Q.**   Bottom of page 2 and onto page 3, there's this

25   nonstorified version of what's going on in this deal.   Do you

1    see it?

2    **A.**    I do.

3    **Q.**    And that's the internal part, this is what's really going

4    on within Google for the business to read this document; right?

5    **A.**    I have no idea what "nonstorified" means actually.

6    **Q.**    We'll keep going.  Maybe it will give us some clues.

7         But the nonstorified version here has categories and then

8    it has "Google Gives" and "Samsung Gives" and "Google Gets" and

9    "Samsung Gets."  Do you see that?

10   **A.**    I do, yes.

11   **Q.**    Item Number 2 here in this chart, the nonstorified

12   version, says (as read):

13            "Samsung's Zone in Play replaces Galaxy Store."

14        Do you see that?

15   **A.**    I do.

16   **Q.**    This was a proposal to have Samsung be a storefront within

17   the Google Play Store instead of a standalone app store;

18   correct?

19   **A.**    I'm not sure I'd call it a proposal; but, yes, it's listed

20   in this table as an option, I guess.

21   **Q.**    Well, it's a part of this deal according to the heading;

22   right?

23   **A.**    I don't know if it ever -- I'm not sure if this was

24   stating the deal or things that the team should talk about in

25   terms of options for a deal.

1   **Q.**   Either way, let's agree, though, that what this is talking

2   about is the Samsung being a storefront within the Google Play

3   Store instead of a standalone app store; right?

4   **A.**   It appears to be.

5   **Q.**   I'm sorry.  I didn't hear you.

6   **A.**   It appears to be.

7   **Q.**   It appears to be.  Thank you.  I keep trying to look at

8   the transcript.  That's what I'm doing over there.

9   **A.**   It's all good.

10  **Q.**   Okay.  Now, the Google get for this proposal is no

11  Galaxy Store; right?

12  **A.**   Yes, that's what's written here.

13  **Q.**   And the Samsung get is stop wasting resources on the

14  Galaxy Store; right?

15  **A.**   That is what's written here.

16  **Q.**   Let's go to page 4.

17      This document goes on to some possible Samsung-facing

18  versions of the story to tell Samsung; right?  You see "Story

19  1."  Do you see it?

20  **A.**   I do.

21  **Q.**   So this is how Google might pitch the deal to Samsung,

22  what story they might tell to Samsung; right?

23  **A.**   Potentially, yes.

24  **Q.**   Five bullets down we have a bullet there that says --

25  starts "We're motivated."  Do you see that?

GENNAI - CROSS / MOSKOWITZ

1    **A.**    Yes.

2    **Q.**    And Item C within that says (as read):

3              "Samsung phases out Galaxy Store."

4        Do you see it?

5    **A.**    I do.

6    **Q.**    And just under that, it says "Unsaid."  So there's the

7    unspoken part of this story that there may be some economic

8    value exchanged.  Do you see that?

9    **A.**    Yes.

10   **Q.**    All right.  So Story 1 is a proposal for Samsung to phase

11   out the Galaxy Store, just not totally being right away with

12   the money; right?

13   **A.**    Yes, I think that's right.

14   **Q.**    All right.  Story 2, page 5.  This one doesn't really talk

15   about what they are and are not going to say about money, but,

16   again, we see five bullets down Item B, again we have "Samsung

17   phases out Galaxy Store"; right?

18   **A.**    Yes.

19   **Q.**    All right.  Now let's jump back forward -- jump back

20   forward -- jump forward to 2019 when you wrote about this

21   second tactic.  Are you with me?

22   **A.**    Yes, I am.

23   **Q.**    And Project Banyan was part of this second tactic; right?

24   **A.**    Project Banyan was part of the second...

25   **Q.**    We can pull it back up.

1   **A.**   It was related yes.

2   **Q.**   It was related; right?

3   **A.**   Yes.  The topic I was writing about and Project Banyan

4   were interrelated.

5   **Q.**   Right.  And, in fact, you say this is Samsung there?

6   **A.**   Yes.

7   **Q.**   Okay.  And you -- you're aware that Google, in fact,

8   proposed paying Samsung $50 million per year to effectively

9   close the Samsung Galaxy Store; right?

10  **A.**   No.  I recall there being a deal that included $50 million

11  a year.  I don't recall that it involved closing the Samsung

12  Galaxy app store actually.

13  **Q.**   I'll try it a slightly different way.

14       Google offered to pay Samsung $50 million a year for

15  four years to make the Galaxy Store a storefront subsumed

16  within Google Play that would use Google Play Billing.  Does

17  that sound familiar?

18  **A.**   I actually don't recall it being like that, no.  I recall

19  it -- that it was a separate storefront that used some

20  Google Play infrastructure is my recollection of it.

21  **Q.**   Okay.  That's close enough to I think what I said.

22       So there was going to be a Samsung storefront within the

23  Google Play infrastructure?

24  **A.**   I think you said within the Google Play Store, which I

25  think is different to having a distinct app and using some of

1    our infrastructure.

2    **Q.**   Okay.  But the infrastructure was going to be the apps

3    were going to be distributed through Google Play and

4    Google Play Billing was going to be used to process payments?

5    **A.**   Yes.  I don't remember the specifics of what layers of our

6    infrastructure, but there was some discussion around an option

7    for that.

8    **Q.**   All right.  Let me try to come at it from the other side

9    then.

10       Whatever that was going to look like, the Galaxy Store was

11   not going to be an independently run app store on Samsung

12   devices under that proposal?

13   **A.**   I think it depends on what your definition of "run" is

14   here.  They would still be developing that storefront.  They

15   would still be merchandising it.  They would still be running

16   deals.

17   **Q.**   Okay.

18   **A.**   They would be using some of our infrastructure.

19   **Q.**   All right.  But they wouldn't be doing app distribution or

20   in-app payment billing processes?

21   **A.**   Yes.  I think some of the files would come from Google's

22   servers and infrastructure, and I think -- I can't remember the

23   specifics around billing, to be honest.

24   **Q.**   All right.  Let's look at Exhibit 588, please, in your

25   binder.

1    A.    (Witness examines document.)

2    Q.    This is an e-mail from you on March 26, 2019.  Do you see

3    that?

4    A.    Just bear with me.  Sorry.  588?

5    Q.    588.  Thank you.

6    A.    (Witness examines document.)  Yes.

7    Q.    That's an e-mail from you on March 26, 2019?

8    A.    Yes.

9             MS. MOSKOWITZ:  Your Honor, move to admit Exhibit 588.

10            MR. KRAVIS:  Again, no objection to the admission of

11   the exhibit.  Object to the line of questioning as cumulative.

12            THE COURT:  Overruled and admitted.

13        (Trial Exhibit 588 received in evidence.)

14   BY MS. MOSKOWITZ:

15   Q.    All right.  There's an e-mail here from you that says "In

16   terms of the Samsung proposal..."  Do you see that?

17   A.    Yes.

18   Q.    "I realize Jim" -- that's Jim Kolotouros; right?

19   A.    Yes, I believe so.

20   Q.    And so there was a $50 million a year number.  That's

21   referring to the Samsung proposal; right?

22   A.    Yes.

23   Q.    All right.  And you thought it would be helpful to put

24   that into perspective.  You ask (as read):

25             "What would that be in terms of a rev share number

1           recognizing that we might prefer to hide it in some way?"

2           Do you see that?

3     **A.**   I do.

4     **Q.**   So you were asking about what the rev share would be as a

5     way to hide the $50 million in annual payments that were being

6     proposed; right?

7     **A.**   No.  I think I'm asking the opposite.  I'm asking my team

8     to tell me what the 50 million would look like as a rev share

9     recognizing that we would offer it to Samsung as 50 million.

10    **Q.**   So you were going to hide the rev share cut?

11    **A.**   We just wouldn't -- it wouldn't be something that we would

12    give to them in the contract.  I was sort of with Jim on the --

13    like, I recognized with Jim --

14    **Q.**   So you don't actually know, or you don't actually remember

15    what you meant by "hide it in some way"; correct?

16    **A.**   I'm saying here that Jim --

17    **Q.**   No.  I'm asking a different question.

18          You don't remember what you meant by you would prefer to

19    hide it in some way, do you?

20    **A.**   I'm trying to answer your question.

21            **MS. MOSKOWITZ:**  Your Honor, page 176, please.

22            **THE COURT:**  Line?

23            **MS. MOSKOWITZ:**  23 to 25, please.

24                          (Pause in proceedings.)

25            **THE COURT:**  Yes, that's fine.

1    BY MS. MOSKOWITZ:

2    Q.   (as read):

3         "QUESTION:  So you don't recall why you would prefer to

4         hide it in some way?

5         "ANSWER:  No."

6         Did I read that correctly?

7    A.   You did.

8    Q.   So you go on to say that you note that you do think a rev

9    share would be better at disincentivizing other app stores from

10   being preloaded given it would defray revenues, which is why

11   you liked the idea of offering rev share.  Do you see that?

12   A.   I do, yes.

13   Q.   So you thought a revenue-share-type payment would be

14   better at disincentivizing OEMs from preloading other app

15   stores; right?

16   A.   Not inclusive of their own, yes.  We're talking about the

17   Samsung deal here that had the Galaxy Store.

18   Q.   You thought that offering rev share would disincentivize

19   OEMs from preloading any app store other than Google Play;

20   correct?

21   A.   No.  I don't think that's what I'm saying here, no.

22   Q.   Okay.  You know that that's, in fact, what Google ended up

23   doing in the premier tier of RSA 3.0, though; right?

24   A.   Sorry.  Can you restate that question?

25   Q.   Yeah.  I'm going to ask you again if I can.

1      You know that that is, in fact, what Google ended up doing

2   in the premier tier of RSA 3.0, preventing and disincentivizing

3   OEMs from preloading any other app store, including their own,

4   other than Google Play?

5   **A.**   On devices where the OEM chose for that to be the case,

6   yes.

7   **Q.**   Right.  You gave them a rev share to disincentivize them

8   from preloading any app store, including their own, other than

9   Google Play; right?

10  **A.**   We gave them an incentive to build a Google-forward

11  device, yes, and the Google-forward device promoted our

12  applications.

13  **Q.**   I'm going to ask you again.  Under the premier tier in

14  RSA 3.0, Google paid OEMs' rev share to disincentivize them

15  from preloading any app store, including their own, other than

16  Google Play.  That's correct; right, sir?

17  **A.**   Yes, the terms of the agreement said that they wouldn't

18  preload another app store.

19  **Q.**   So because Samsung and OEMs would have to give up revenue

20  share if they wanted to offer an alternative app store, their

21  own or anyone else's, they would have to factor in the lost

22  revenue share from the Google Play Store into the economics of

23  what that would look like; right?

24  **A.**   Yes, another app store would have to compete on a similar

25  basis.

**GENNAI - CROSS / MOSKOWITZ**

1   **Q.**   And the OEMs would have to think really carefully about

2   what they could make by competing and what they could get by

3   just going with the exclusivity in Google Play?

4   **A.**   OEMs are building any number of devices.  They're making

5   decisions on a -- like on a --

6   **Q.**   I understand that, sir.  I'm actually --

7   **A.**   -- model-by-model basis.

8   **Q.**   -- now asking about that.

9   **A.**   It's hard to answer your question in the aggregate.

10  **Q.**   Okay.  I'm going to try one more time.

11        In terms of an OEM's decision-making process, even for the

12  subset of devices we're talking about of whether to enroll in

13  the RSA 3.0 premier tier or not, they have to factor in how

14  much they think they could make by actually competing at the

15  app store level versus how much revenue share they think

16  they're going to get that Google will pay them for not

17  competing on app stores; isn't that right?  That's the

18  economics they have to factor in?

19  **A.**   I don't -- I don't remember the deals well enough to

20  answer this in specific levels of detail, but I recall there

21  being OEM carve -- OEM app store carve-outs in some instances.

22  **Q.**   Project Banyan ended at some point you think?

23  **A.**   Yes.

24  **Q.**   And, in fact, it happened -- that happened after Samsung

25  sent back a term sheet back to Google saying that the goal of

1    how they understood it was to prevent unnecessary competition

2    on app store.  Do you remember that?

3    **A.**   I remember that happening.

4    **Q.**   That happened in June of 2019?

5    **A.**   I don't remember the specific month.

6    **Q.**   Do you remember three days later as part of a long-term

7    strategy e-mail that you wrote, that you thought one solution

8    for Google to think through was a closer partnership with or

9    acquisition of Samsung?

10   **A.**   I think I've written things like that before.

11   **Q.**   You've written that before; right?

12   **A.**   I don't know the exact words.

13   **Q.**   So Project Banyan was supposedly coming to a close.  Your

14   big idea was to enter into a close partnership with or to buy

15   Samsung?

16   **A.**   I'm not sure I was being realistic, but if you're

17   espousing options, that's an option.

18   **Q.**   Well, let's talk about how real it got.

19        In 2020, you understand that Google did, in fact, enter

20   into a set of Revenue Share Agreements with Samsung to pay them

21   $8 billion a year, do you not?

22   **A.**   I don't know the number.  I remember there was a

23   renegotiation of contracts at that point.

24            **MS. MOSKOWITZ:**  I pass the witness, Your Honor.

25            **THE COURT:**  Brief redirect.

1          **MR. KRAVIS:**  Thank you, Your Honor.

2                    **<u>REDIRECT EXAMINATION</u>**

3   **BY MR. KRAVIS:**

4   **Q.**   Mr. Gennai, I'd like to just ask you about a couple of the

5   documents you were shown on cross-examination.  I'd like to

6   start with Exhibit 2903.

7          Can we pull that up, please?  I believe it's in evidence.

8          Mr. Gennai, do you remember being asked about this

9   document and the lack of references to app stores in some of

10  the slides you were shown?

11  **A.**   I do, yes.

12  **Q.**   All right.  I'd like to turn your attention now to page 26

13  of the document, please.

14         Do you see there where it says "Top barriers to

15  considering another OS"?

16  **A.**   I do.

17  **Q.**   And you see below that it says "Android purchasers"?

18  **A.**   Yes.

19  **Q.**   Could you read the fourth item down in the description

20  under "Android Purchasers"?

21  **A.**   Yes.  (as read):

22             "Prefer Google Play apps over Apple App Store apps."

23  **Q.**   Would you look at the next page, 27, please?

24         Do you see it says "Reasons for switching from previous

25  OS"?

GENNAI - REDIRECT / KRAVIS

1    **A.**   Yes.

2    **Q.**   And, by the way, "OS" here refers to is it operating

3    system?

4    **A.**   That's correct.

5    **Q.**   Can you take a look at the -- starting on the left-hand

6    side the third reason for switching from previous OS listed

7    here?

8    **A.**   It's "Poor selection of apps to choose from."

9    **Q.**   And I'm going to give you just one more example.  Can you

10   look at page 39 for me, please?

11        And do you see where it says "Positive influence of apps

12   on device purchase decision"?

13   **A.**   I do, yes.

14   **Q.**   I'm going to ask you to start at the left, go over for me

15   please -- one, two, three, four, five, six -- seven in from the

16   left.  Can you read that, please?

17   **A.**   Yes.  (as read):

18            "Store to download apps and games; for example,

19        Google Play, Apple App Store."

20   **Q.**   Now, you were shown some notes, I think they were

21   Exhibit 606, about meeting with Samsung back in 2016.  Do you

22   remember that?

23   **A.**   I do, yes.

24   **Q.**   And in particular, shown some references in the notes to

25   possible options related to the Galaxy Store?

**GENNAI - REDIRECT / KRAVIS**

1  **A.**   Yes.

2  **Q.**   To this day, is the Samsung Galaxy Store available on

3  Samsung phones?

4  **A.**   Yes.

5  **Q.**   And is the Samsung Galaxy Store, like, part of the Google

6  Play Store or anything like that?

7  **A.**   No.

8  **Q.**   Last one I want to ask you about, if you could look back

9  at Exhibit 136 with me, please.

10       And if we could turn to page 3 or Slide 3, please.

11       Okay.  Do you remember you were asked some questions about

12  some language that appears on this slide that is consistent

13  with the language in the notes document you were looking at?

14  Do you remember that?

15  **A.**   Yes.

16  **Q.**   Is all of the language on this slide drawn from your

17  notes?

18  **A.**   It certainly does not appear to be.

19  **Q.**   I want to direct you to the bottom left-hand corner.  Do

20  you see where it says "Impact"?

21  **A.**   Yes.

22  **Q.**   Can you read for me the second bullet, please?

23  **A.**    (as read):

24            "Android to iOS churn due to fractured app

25       distribution and security risks on Android."

1   **Q.**   And what is "Android to iOS churn"?

2   **A.**   That is when an Android user -- a user that owns an

3   Android phone buys a new phone and they buy an iPhone.

4   **Q.**   And this was a deck about Project Hug?

5   **A.**   Yes, that's right.

6        **MR. KRAVIS:**  Thank you.  I have no further questions.

7        **THE COURT:**  Who's next?

8   Just stay there, please.

9   Who's next?

10        **MR. KRAVIS:**  Your Honor, our next witness will be Matt

11   Weissinger, an Epic employee.

12        **THE COURT:**  A video?

13        **MR. KRAVIS:**  No.  It's a live witness.

14        **THE COURT:**  I'm wondering if you would like to do an

15   early lunch, Jury?  Is that okay?  Are you comfortable with

16   that?  It won't be a longer lunch; it will be an earlier lunch.

17   Okay.  Let's do that.  So we'll be back about 12:15.

18   Okay?

19        **THE CLERK:**  All rise.

20   (Proceedings were heard out of the presence of the jury:)

21        **THE COURT:**  Will you put up 591?

22   Do you see the top upper -- very top of the document,

23   Mr. Gennai?

24        **THE WITNESS:**  Gennai.

25        **THE COURT:**  Gennai.  Yes.  I'm sorry.  There's been a

**PROCEEDINGS**

1    lot of witnesses.  It's not you, it's me.

2        So you wrote each and every word in this document?  You

3    typed all this in?

4            **THE WITNESS:**  I believe so, yes.

5            **THE COURT:**  Why did you put "Privileged and

6    Confidential" at the top of this?

7            **THE WITNESS:**  I would have spoken to a lawyer about

8    it.

9            **THE COURT:**  Well, who?

10           **THE WITNESS:**  I don't recall.

11           **THE COURT:**  Why would you have spoken to a lawyer

12   about it?

13           **THE WITNESS:**  It was talking about contracts, things

14   like Hug where we had legal advice that was coming in on a

15   regular basis, and the Samsung work.

16           **THE COURT:**  Where are you asking for legal advice in

17   these personal notes you made?

18           **THE WITNESS:**  I would have organized the meeting.

19           **THE COURT:**  Okay.  I'm having trouble understanding.

20   You initially said these were notes you kept just for yourself.

21           **THE WITNESS:**  Yes.

22           **THE COURT:**  It turned out they were circulated later

23   to some managers.  That's fine.  But now you're saying you

24   wrote these down to consult with a lawyer?

25           **THE WITNESS:**  I would have -- I would have wanted to

**PROCEEDINGS**

1  chat with a lawyer to make sure that what I was writing

2  about -- in some areas I just wasn't at the level of depth, and

3  I would want to make sure I would go back and get this right,

4  this kind of document.  Because even if it was for myself, I

5  wanted the record of it to be correct.

6       THE COURT:  And you don't know who you talked with for

7  legal advice?

8       THE WITNESS:  Not specifically.

9       THE COURT:  Do you know whether you actually did talk

10  to a lawyer for legal advice with respect to Exhibit 591?

11       THE WITNESS:  I'm pretty careful about putting that

12  kind of language on a document if I'm not speaking to a lawyer.

13       THE COURT:  Well, do you remember or not that you

14  actually spoke to a lawyer about 591?

15       THE WITNESS:  I'm not sure I could answer firmly yes,

16  but I would very much assume I did.

17       THE COURT:  Here's the answer:  Yes, no, I don't

18  recall.

19     Now, do you remember specifically that you actually spoke

20  to a lawyer about Exhibit 591?

21       THE WITNESS:  Then I'll have to say I don't recall.

22       THE COURT:  And what is it about this document that in

23  your view involves any issue of legal advice?

24       THE WITNESS:  That it relates to contracts like Hug,

25  which were -- you know, we had contract lawyers working on the

**PROCEEDINGS**

1  Android team.   There was the Samsung component of it that was

2  the component of it related to the business model.   Those sorts

3  of projects had, you know, substantial amount of legal advice

4  associated with them.

5          **THE COURT:**  Was it your practice that any document you

6  ever wrote that involved a contract, you would always just put

7  "Privileged and Confidential" on the top?

8          **THE WITNESS:**  I don't think I would say every document

9  I wrote related to contracts; but, like, specifically with

10  contracts because we had a lawyer that was --

11          **THE COURT:**  No, no.   I'm sorry.   I may have confused

12  you.

13      Every time you actually wrote about a contract, like you

14  did in 591, did you always put "Privileged and Confidential" at

15  the top of that document?

16          **THE WITNESS:**  I don't think I could say yes to that

17  question, but the vast majority of times I think, yes.

18          **THE COURT:**  Regardless of whether you actually talked

19  to a lawyer about it later?

20          **THE WITNESS:**  The conversation may not necessarily

21  happen in the document.   It would generally happen in a

22  meeting.

23          **THE COURT:**  Okay.   All right.   You may step down.

24                  (Witness excused.)

25          **THE COURT:**  I'll see you at 12:15.

**PROCEEDINGS**

1     **MR. POMERANTZ:**  Your Honor, may I have one --

2          **THE COURT:**  Oh, sure.

3      You can step down.

4          **MR. POMERANTZ:**  It doesn't involve you, Mr. Gennai.

5  You can step down.

6      So on that witness, our direct was 27 minutes.

7          **THE COURT:**  Was what?

8          **MR. POMERANTZ:**  Was 27 minutes.

9          **THE COURT:**  Yes.  I'm saying "yes."  I don't know.

10         **MR. POMERANTZ:**  I'm asking you to trust me on this

11  one.

12         **THE COURT:**  Yes, I'm agreeing with you.  Okay.

13         **MR. POMERANTZ:**  And Epic's cross was 82 minutes.  We

14  have an agreement that we're trying to get this done by

15  tomorrow, and that was way longer than we were anticipating.

16         **THE COURT:**  You didn't talk about this?

17         **MR. POMERANTZ:**  We always try -- yes, we always try to

18  work with each other to kind of, you know, have rough

19  estimates, and this was way longer.

20      And so we would ask Your Honor to consider how to take

21  care of that.  Certainly one option is to cut their rebuttal

22  either entirely or certainly dramatically shorter because

23  they're the ones who have created this problem for us now over

24  the next day and a half.

25         **THE COURT:**  Okay.

PROCEEDINGS

1          **MR. POMERANTZ:**  And I think it's unfair for them to

2    have taken so much time this morning when we are the -- it's

3    our case now, and they are basically -- you know, they've had,

4    I think, more than 50 percent more hours already in this case,

5    and now they're basically taking away time that we need to

6    finish our case in just two days.

7          **THE COURT:**  Let me be clear.  There has not been a

8    sharp dividing line between plaintiff's case and defendant's

9    case.  That has not been the case.  You have things you want to

10   do now, but it's not like your case just started Monday.

11   That's not true.

12         **MR. POMERANTZ:**  No.  What I'm talking about --

13         **THE COURT:**  It started the day I seated the jury.

14         **MR. POMERANTZ:**  We know how many hours we --

15         **THE COURT:**  So you each have had equal time to present

16   your cases, but let's talk about this.

17       So what are you going to do?  What do you want to do.

18         **MR. BORNSTEIN:**  Excuse me, Your Honor.

19       What I would have expected is I would have had the

20   opportunity to speak with Mr. Pomerantz rather than being

21   blindsided.

22         **THE COURT:**  We're doing now.  Let's just --

23         **MR. BORNSTEIN:**  Sure.  Look, I don't think there's any

24   reason that we should be required to or will need to cut the

25   rebuttal.  I, frankly, think that was time very well spent

**PROCEEDINGS**

1   given the content of the testimony, which we also did not

2   anticipate.  It was very fruitful.

3       But I do think that it is important that we have the

4   opportunity to have the rebuttal from our economists for all

5   the reasons we've discussed; and if we -- I don't want to do

6   this, I don't think we need to do it.  We could have that

7   happen on a subsequent day.  I don't want to --

8           **THE COURT:**  No, no.  We're not doing that.

9           **MR. BORNSTEIN:**  I understand, Your Honor.

10          **THE COURT:**  You-all both assured me this was going to

11  happen, and I have told the jury.  We're not backhoing.  Okay?

12          **MR. BORNSTEIN:**  Absolutely.

13          **THE COURT:**  Now, I understand what Mr. Pomerantz is

14  saying.  For the next person, how long are you ballparking your

15  exam?

16          **MR. BORNSTEIN:**  The next person is an Epic person, and

17  we anticipate being very brief with -- in fact, both of the

18  next two live witnesses are Epic employees being called by

19  Google.  We do not have, and I'll tell everybody in the

20  courtroom, we do not have big exams planned.  We'll do some

21  cleanup examination based on whatever it is Google does, but we

22  do not anticipate and we don't have ready to go canned directs.

23          **THE COURT:**  All right.

24          **MR. POMERANTZ:**  And we anticipated that, Your Honor,

25  in the timing of all of this.  We anticipated that they would

**PROCEEDINGS**

1   have very short, friendly crosses, I think is what

2   Mr. Bornstein called it this morning.  So that was already

3   anticipated.  What wasn't anticipated was an 82-minute

4   cross-examination here this morning, and it's really going to

5   crunch things up over the next day and a half.

6         **THE COURT:**  Well, why, though?  I mean, they're

7   going -- I mean, okay, it may have been a little long in terms

8   of your discussions of allocation, but it's 11:45 on Thursday.

9   We've got the rest of the day and then all day tomorrow, so...

10        **MR. BORNSTEIN:**  We also spent quite a long time

11  yesterday on videos, Your Honor.

12        **THE COURT:**  All right.  Here, I'm -- is it

13  Dr. Bernheim who's going to be the rebuttal?

14        **MR. BORNSTEIN:**  Yes, Your Honor.

15        **THE COURT:**  You said 45 minutes yesterday?

16        **MR. BORNSTEIN:**  I did.

17        **THE COURT:**  Just shoot for 30.  Okay?  You should be

18  able to do it.

19        **MR. BORNSTEIN:**  Understood.

20        **THE COURT:**  Okay.  All right.  You can have a little

21  chat over lunch too if you want.

22        **MR. BORNSTEIN:**  Thank you, Your Honor.

23        **THE CLERK:**  All rise.  Court's in recess.

24             (Luncheon recess was taken at 11:47 a.m.)

25  **AFTERNOON SESSION**                                    **12:29 p.m.**

 1          (Proceedings were heard in the presence of the jury:)

 2          **THE COURT:**  Okay.

 3          **THE CLERK:**  Stand and raise your right hand.

 4                       **MATTHEW REED WEISSINGER**,

 5    called as a witness for the Defendant, having been duly sworn,

 6    testified as follows:

 7          **THE WITNESS:**  I do.

 8          **THE CLERK:**  Thank you.  Please be seated.

 9          **THE COURT:**  Go ahead.

10          **MS. BELL:**  Thank you, Your Honor.

11       Good afternoon.

12          **THE COURT:**  Oh, sorry.

13          **THE CLERK:**  Please state your full name for the Court

14    and spell your last name.

15          **THE WITNESS:**  Oh, sure.  Matthew Reed Weissinger.

16    Last name W-E-I-S-S-I-N-G-E-R.

17          **THE CLERK:**  Thank you.

18                       **DIRECT EXAMINATION**

19    BY MS. BELL:

20    **Q.**   Good afternoon, Mr. Weissinger.  I'm Lauren Bell on behalf

21    of Google.

22       You joined Epic Games in 2016; right?

23    **A.**   That's correct.

24    **Q.**   And when you were hired, you were hired as the director of

25    marketing; right?

1   A.   That's correct.

2   Q.   And since then, you've been promoted to vice president of

3   marketing; right?

4   A.   Yes.

5   Q.   And we've heard, of course, that Epic launched Fortnite

6   on iOS in March of 2018; right?

7   A.   That's correct.

8   Q.   And it waited five months later before it launched on

9   Android in August 2018; right?

10  A.   That's correct.

11  Q.   And, now, when Epic launched Fortnite on iOS in March,

12  it was a very popular game; right?

13  A.   Yes, correct.

14  Q.   And when it was on iOS, it had approximately 2.5 million

15  daily active users; isn't that right?

16  A.   I'm not sure of the exact amount.

17  Q.   Is that approximately correct?

18  A.   It sounds right.

19  Q.   And, in fact, you characterized Fortnite's launch on iOS

20  as a cultural phenomenon; right?

21  A.   That's correct.

22  Q.   And Fortnite enables users to build social connections

23  within the game; correct?

24  A.   Yes, it does.

25  Q.   And those Fortnite users can build these social

1  connections within the game even when users are on different

2  platforms; right?

3  **A.**   Yes.  Yes, it can.

4  **Q.**   And it's not a good -- right? -- when Fortnite users can't

5  make the connection because of the platform that they use;

6  right?

7  **A.**   I'm sorry.  Would you mind repeating that?

8  **Q.**   It's bad when Fortnite users can't make those social

9  connections just because of something like using a different

10  platform; right?

11  **A.**   In general, yes.

12  **Q.**   Now, Fortnite's core demographic is users aged 13 to

13  25 years of age; right?

14  **A.**   Yes.

15  **Q.**   And it's fair to say 13-, 14-year-olds, that group, that's

16  an age range that's not known for great impulse control or

17  waiting for the next cool thing; right?

18          **MS. MOSKOWITZ:**  Objection.  MIL.

19          **THE COURT:**  He's not an expert in impulse control in

20  that age group.

21      So next question, please.

22  **BY MS. BELL:**

23  **Q.**   When Fortnite first launched on consoles, it grew very

24  fast in the console ecosystem; right?

25  **A.**   Yes, it did.

1    **Q.**    It had about -- or it has now approximately 80 to

2    90 percent of the console base; right?

3    **A.**    I'm not sure of the precise number today.

4    **Q.**    That's approximately correct, though, the 80 to

5    90 percent; right?

6    **A.**    I -- actually, I'm not sure.

7    **Q.**    You're aware that the retention of Fortnite players are on

8    mobile platforms though.  So switching from console to mobile,

9    that the retention of Fortnite players on mobile platforms is

10   lower than the retention on other platforms; right?

11   **A.**    In general, yes.

12   **Q.**    If you could please look in your binder at Exhibit 10521.

13   **A.**    (Witness examines document.)  Okay.

14   **Q.**    And you recognize this exhibit as material that was

15   prepared by Epic employees in the normal course of business;

16   right?

17   **A.**    Yes.

18           **MS. BELL:**  Your Honor, I move to admit Exhibit 10521.

19           **MS. MOSKOWITZ:**  No objection.

20           **THE COURT:**  Okay.  It's admitted.

21      (Trial Exhibit 10521 received in evidence.)

22   **BY MS. BELL:**

23   **Q.**    If we could please turn to Slide 3, and it should be on

24   your screen as well.

25           This slide presents information as of February 15, 2020;

1  right; you see at the bottom?

2  **A.**   Yes, that's correct.

3  **Q.**   And at the top of the page, the first subbullet says that

4  "Mobile drives new accounts"; right?

5  **A.**   Yes.

6  **Q.**   And Epic views the mobile platform as the platform with

7  the biggest growth potential for Fortnite; right?

8  **A.**   That's correct.

9  **Q.**   But Epic has had to work much harder to reach the mobile

10  ecosystem and retain those users; right?

11  **A.**   We work hard regardless.

12  **Q.**   Well, when Epic talks about retaining Fortnite users,

13  that's what we're talking about when we talk about Fortnite

14  users continuing to play the game; right?

15  **A.**   Would you mind repeating that?

16  **Q.**   When you think about retaining Fortnite users, you're

17  thinking about retaining users so that they continue to play

18  Fortnite; right?

19  **A.**   Yes.

20  **Q.**   So a low retention rate would mean that Epic keeps fewer

21  users, and a higher retention means it keeps more users; right?

22  **A.**   In general, yes.

23  **Q.**   And so if we're looking here at page 3, as of the date of

24  this slide, mobile retention on iOS and Android was less than

25  on PlayStation, Xbox, and Nintendo Switch; right?

1   **A.**   Correct.

2   **Q.**   And Android retention rates for Fortnite players in

3   February 2020 was only about 4 percent; right?

4   **A.**   That's correct.

5   **Q.**   And when this slide was created in February 2020, Fortnite

6   was not yet on the Google Play Store; right?

7   **A.**   That's correct.

8   **Q.**   And are you aware that Mr. Sweeney testified that when

9   Fortnite launched on Android in 2018, it was a depressing

10   process because after the first few weeks, the rate of users

11   installing Fortnite dropped dramatically below the rate that

12   Epic had expected?

13   **A.**   I'm not sure what Tim testified.

14   **Q.**   Well, the numbers that we're seeing on this screen support

15   that; right?

16   **A.**   Would you mind repeating that once more?

17   **Q.**   The low mobile retention that we're seeing on the screen

18   supports the concept that this was a depressing launch for

19   Fortnite; right?

20   **A.**   It was not what we hoped for.

21   **Q.**   Let's turn to another section of the presentation at

22   Slide 38, and let's talk about revenue.

23       You can also look at the monitor, sir, if that's helpful.

24   **A.**   Okay.

25   **Q.**   And this slide's titled "Revenue by First Seen Platform

WEISSINGER - DIRECT / BELL

1   Percentage"; right?

2   **A.**   Yes.

3   **Q.**   And the chart represents the platform where the Fortnite

4   player is first seen and the platform where those users

5   eventually make purchases; right?

6   **A.**   That's correct.

7   **Q.**   So the way you read this chart is that the rows along the

8   left identify the platform where a Fortnite player first played

9   the game; right?

10  **A.**   That's correct.

11  **Q.**   And the columns that go across the top show what platform

12  the Fortnite player actually makes a purchase on Fortnite;

13  right?

14  **A.**   That's correct.

15  **Q.**   So if we look at the Android row near the bottom, this

16  reflects players who played on Android but ended up making a

17  purchase across these different columns; right?

18  **A.**   Who first played on Android and then made a purchase on

19  the various platforms.

20  **Q.**   And so the players who first started playing Fortnite on

21  Android, 34.8 percent of those players made a purchase using

22  PlayStation 4; right?

23  **A.**   I don't think that's the right way to interpret that.

24  **Q.**   The players in that first column for Android reflect the

25  players who first played Fortnite on Android; right?

**WEISSINGER - DIRECT / BELL**

1  **A.**    Correct.

2  **Q.**    And 34 percent of them then made a purchase using

3  PlayStation 4; right?

4  **A.**    I don't think that's the right way to interpret that.

5          **MS. BELL:**  Your Honor, if we could look at Tab A of

6  the binder.

7          **THE COURT:**  Which tab?

8          **MS. BELL:**  Tab A.

9          **THE COURT:**  Oh, A.

10    Okay, yep.  Which page?

11          **MS. BELL:**  Page 111.

12          **THE COURT:**  Lines?

13          **MS. BELL:**  Line 24 to page 114, line 14 -- I'm

14  sorry -- page -- until the next page 112, lines 1 through 7.

15          **THE COURT:**  Yeah, that's fine.

16          **MS. BELL:**  Mr. Nickels, can you put it on the screen,

17  please?

18  **BY MS. BELL:**

19  **Q.**    You were asked at deposition where you gave testimony,

20  correct, that (as read):

21          "Right.  So sticking with the Android row, the first

22      column, PlayStation 4, 34.8 percent for players first seen

23      on Android, 34.8 percent of their spending is on

24      PlayStation 4.  Is that how you interpret the 38.4 -- the

25      34.8 percent?"

1      And your answer was (as read):

2          "I think you can for this point in time."

3  **A.**   That's correct.

4  **Q.**   So let's turn back to the exhibit and move to the next

5  column.

6      Can we now agree that if you look at the next column for

7  Android, of the players who first started playing Fortnite on

8  Android, 18.9 percent of those players eventually made a

9  purchase playing Fortnite on Xbox; right?

10  **A.**   That is not the correct way to interpret this.

11  **Q.**   And, sir, let's go over to the last column for Android.

12      Of the players who first started playing Fortnite on

13  Android, 5.3 percent of those players made a purchase playing

14  Fortnite on an iOS device; right?

15  **A.**   Again, that's not the correct way to interpret this.

16      **MS. BELL:**  Your Honor, if we may, Tab A, page 113.

17      **THE COURT:**  Okay.  Lines?

18      **MS. BELL:**  Lines 17 to 25, and on the next page, the

19  first two lines.

20              (Pause in proceedings.)

21      **THE COURT:**  Okay.

22  **BY MS. BELL:**

23  **Q.**   You were asked (as read):

24      "And if we look at the iOS column and the Android

25     row, you see the number 5.3 percent?"

1        You answered:  "Yes."

2        And then you were asked (as read):

3            "And for this column in this iOS row for this

4        snapshot, do you interpret the 5.3 percent to mean for

5        those users/player" -- "for those users/players first seen

6        on Android, 5.3 percent of their spending occurred on

7        iOS?"

8        You answered:  "Yes."

9        Let's go back to the exhibit, please.  And the very last

10   row -- the row for Android and the very last column for

11   Android.

12        Here we have 21.6 percent.  Do you see that?

13   **A.**   I do.

14   **Q.**   And that means for the players who first started playing

15   Fortnite on Android devices, only 21.6 percent of those

16   players, their total purchases occurred on Android; correct?

17   **A.**   I'm sorry.  You said two different things there.

18   **Q.**   For the players who first started playing on Android -- do

19   you understand that?

20   **A.**   Yes.

21   **Q.**   -- 21.6 percent is the percent of spending for that group

22   on Android.  Do you agree?

23   **A.**   That's correct.

24   **Q.**   And for players first seen on Android, nearly 80 percent

25   of their eventual purchases did not happen on Android; right?

1    **A.**    That's correct.

2    **Q.**    It happened on other platforms.  And if you look at the

3    bottom column for the grand total, you see that Fortnite's

4    grand total on Android is only 0.7 percent; right?

5    **A.**    Correct.

6    **Q.**    And Fortnite is earning billions of dollars; right?

7    **A.**    That's correct.

8    **Q.**    So clearly since Epic is earning billions of dollars on

9    Fortnite, Epic must have other routes besides the Google Play

10   Store for earning that money; right?

11   **A.**    That's correct.

12   **Q.**    As of 2021, we just -- Fortnite had a social media

13   presence of 100 million followers; right?

14   **A.**    I believe that's correct, yes.

15   **Q.**    And it even had a social media manager; right?

16   **A.**    Yes.

17   **Q.**    And as of 2021, it had even spent over a billion dollars

18   marketing Fortnite; right?

19   **A.**    Over the life of the product, yes.

20   **Q.**    And back on the social media presence, Fortnite's social

21   media presence was so large that even Apple asked Fortnite for

22   retweets and reshares of content because Fortnite content got a

23   ton of engagement; right?

24   **A.**    That's correct.

25   **Q.**    And so Epic can directly reach its own Fortnite users;

1  right?

2  **A.**    In various ways, we can, yes.

3  **Q.**    And if Epic wanted to notify its Fortnite users of a price

4  that exists outside of Google Play, it could just send messages

5  directly to its Fortnite users; right?

6  **A.**    Not everybody follows our social channels.  So, yes, you

7  can put pricing information out on our socials, but it's not

8  necessarily going to directly be sent to all of our players.

9  **Q.**    Sir, my question was:  Is it possible?  And your answer,

10  it sounds like, is yes; correct?

11  **A.**    No, it's not possible.

12  **Q.**    It is not possible for Fortnite to reach players outside

13  of the Google Play Store?  That's your testimony?

14  **A.**    It is possible but not all of them with the exact pricing

15  information.

16  **Q.**    And with 100 million social media followers, you can even

17  reach non-Fortnite users as well; right?

18  **A.**    Yes.

19  **Q.**    Let's talk about something called minimum specifications.

20  Are you familiar with that term?

21  **A.**    Yes.

22  **Q.**    Let's turn still in Exhibit 10521 to page 16.

23      And this slide is titled "Increase Compatible Android

24  Devices"; right?

25  **A.**    Yes.

WEISSINGER - DIRECT / BELL

1   **Q.**   And the goal here is to increase compatible Android

2   devices since that's the title; right?

3   **A.**   I don't know if that's the goal of this slide, but it's

4   discussing, yes, increasing compatible Android devices.

5   **Q.**   And the first line says that there is a gap between

6   FN Android and competitors.  And "FN" stands for Android is

7   that right -- or "FN" stands for Fortnite?

8   **A.**   Yes, that's correct.

9   **Q.**   So there's a gap between Fortnite Android and competitors;

10  is that accurate?

11  **A.**   Yes.

12  **Q.**   So this table on the page lists three different games:

13  Fortnite, Call of Duty: Mobile, and PUBG: Mobile.  Do you see

14  that?

15  **A.**   I do.

16  **Q.**   And Call of Duty: Mobile and PUBG: Mobile are the Fortnite

17  competitors where you want to close the gap on Android devices;

18  right?

19  **A.**   Yeah, they were two mobile competitors of ours.

20  **Q.**   And for the three games listed, the table shows that

21  Android min spec; right?  Do you see that, the first row?

22  **A.**   I do.

23  **Q.**   And minimum specifications means what the device needs

24  just to be able to run the game; right?

25  **A.**   In general, yes.

1  Q.   And for the row labeled "Android Min Spec," the table

2  shows that Fortnite Mobile requires Android 8.0 or more while

3  Call of Duty and PUBG: Mobile require only Android 5.0 or more;

4  right?

5  A.   That's correct.

6  Q.   And that same row shows that Fortnite Mobile requires

7  3 gigabytes of ram while Call of Duty: Mobile and PUBG: Mobile

8  require only 2 gigabyte of ram; right?

9  A.   That's correct.

10  Q.   And then the next row down is "Estimated WW Device

11  Coverage"; right?

12  A.   Yes.

13  Q.   And "WW" stands for worldwide?

14  A.   Yes.

15  Q.   For Fortnite it was only 260 million devices; right?

16  A.   That's correct.

17  Q.   But for Call of Duty and PUBG, it's 2.6 billion devices;

18  right?

19  A.   That's correct.

20  Q.   And if we look over on the right side of the slide,

21  there's a graph with the title "Total Android Devices."  Do you

22  see that?

23  A.   I do.

24  Q.   And there are three numbers on this graph.  So the bottom

25  number is 260 million; right?

1    **A.**   Correct.

2    **Q.**   And this chart defines the 260 million devices, that means

3    the number of devices compatible with Fortnite at the time of

4    the slide; right?

5    **A.**   That's correct.

6    **Q.**   And this means that Android devices, that as of the time

7    of this slide's preparation, those are the numbers that a user

8    could actually play the game on; right?

9    **A.**   That's correct.

10   **Q.**   Meaning the rest of the devices you can't -- the device

11   itself doesn't let you play the game; right?

12   **A.**   I'm not sure if that's correct.

13   **Q.**   With a good quality experience?

14   **A.**   In general, yes.

15   **Q.**   And above that number the graph shows that there are

16   200 million, quote, "potential Fortnite-compatible devices";

17   right?

18   **A.**   That's correct.

19   **Q.**   And so that means that Android devices, that as of this

20   time, a user could potentially play on; right?

21   **A.**   That's correct.

22   **Q.**   The last number on this side is 2.14B or billion; right?

23   **A.**   That's correct.

24   **Q.**   And that represents that at the time of the slide, there

25   were 2.14 billion Android devices that a user could play these

1  other two games:  Call of Duty or PUBG: Mobile; right?

2  **A.**    Yes.

3  **Q.**    But they can't play Fortnite on it; right?

4  **A.**    That's correct.

5  **Q.**    So fair to say, Fortnite only worked on a small fraction

6  of Android phones; right?

7  **A.**    I wouldn't characterize it that way.

8  **Q.**    Turning to page 17.

9        This slide discusses something called a funnel conversion;

10  right?

11  **A.**    Yes.

12  **Q.**    And a funnel conversion in this context measures the rate

13  at which potential new users become actual users; right?

14  **A.**    I would phrase it a little bit differently but, in

15  general, yes.

16  **Q.**    And so the funnels here show how many potential users drop

17  off at various points in the process of getting from thinking

18  about starting the game to actually getting into the game;

19  right?

20  **A.**    Yes.

21  **Q.**    And this slide shows that the funnel for Fortnite, quote,

22  "suffers from drop-offs from possible sideloading frictions and

23  high min spec"; right?

24  **A.**    That's correct.

25  **Q.**    And then below that it shows the drop-off at a few key

**WEISSINGER - DIRECT / BELL**

1  steps a user would go through in order to download Fortnite;

2  right?

3  **A.**   That's correct.

4  **Q.**   This slide shows that 37 percent of new users drop off

5  during the first measurement step of users who went from

6  clicking download to actually opening the Epic Games app;

7  right?

8  **A.**   Yes, that 37 percent would abandon the process at that

9  point.

10  **Q.**   And this 37 percent drop-off is for some reason.  We don't

11  know from the slide what it is; right?

12  **A.**   We have a very good idea.

13  **Q.**   But it's not on the slide; right?

14  **A.**   The warning is in the image.

15  **Q.**   Okay.  And so there are other reasons why users would drop

16  off at this point; right?

17  **A.**   Perhaps.

18  **Q.**   In fact, let's turn to, again, your exhibit to page 24,

19  please.

20      Do you see across the top it says (as read):

21          "Download and patching process remains a challenge on

22      Mobile due to Fortnite download size relative to

23      competitors"?

24      Do you see that?

25  **A.**   I do.

WEISSINGER - DIRECT / BELL

1   Q.   And on the right-hand side there are two bullet points,

2   and the second bullet point says (as read):

3           "FNs" --

4        That's Fortnite; right?

5   A.   Correct.

6   Q.   (as read):

7           "Fortnite's final download size is much bigger

8        causing first load to take longer than any download step

9        of any competitor."

10       Right?

11  A.   That's what it says.

12  Q.   And common sense, in your experience as a marketing

13  director, tells you that when things take longer, some people

14  are just going to give up; right?

15  A.   That's correct.

16  Q.   So let's turn back to that funnel on page 17, please.

17       Now let's move to the second drop-off point.

18       So there's another -- there's another 40 percent drop-off

19  between opening the Epic Games app and passing Fortnite's

20  minimum specifications check; right?

21  A.   40 percent after the initial 37 percent.

22  Q.   To pass Fortnite's minimum specifications; right?

23  A.   Correct.

24  Q.   And, again, "min spec check" refers just to a check to

25  make sure that the game actually will work well on a user's

1  phone; right?

2  **A.**   That's correct.

3  **Q.**   So according to this chart, which is an Epic document,

4  40 percent of possible Fortnite users don't make it past the

5  minimum specifications check to make sure that the Fortnite app

6  will work well on their phones; right?

7  **A.**   40 percent drop off after an initial 37 percent have

8  already dropped off.

9  **Q.**   And those two numbers, 40 percent who are dropping off

10  because of Fortnite is bigger than the 37 percent who might

11  drop off due to the size of the game or sideloading or

12  something else; right?

13  **A.**   In terms of absolute players, no.

14  **Q.**   40 percent is bigger than 37 percent; correct?

15  **A.**   As a number, yes.

16  **Q.**   Let's talk about Project Liberty.

17       You handled the communication strategy for

18  Project Liberty, didn't you?

19  **A.**   That's correct.

20  **Q.**   And Epic was internally discussing ways to bypass

21  Google Play's commission as early as 2019; right?

22  **A.**   Yes.

23  **Q.**   In those internal discussions, employees at Epic told you

24  that the goal was to draw Google into a legal battle over

25  antitrust; right?

1   A.   That's correct.

2   Q.   And Epic also hired a PR consultant to assist with Epic's

3   communications for Project Liberty; right?

4   A.   That's correct.

5   Q.   That was a person named Lane Kasselman at a firm called

6   Greenbrier?

7   A.   Yes.

8   Q.   And Epic initially paid Mr. Kasselman a fee of $100,000

9   for work; right?

10  A.   I believe that's correct.

11  Q.   And then Epic turned around and hired a firm called

12  Messina Group to help out with the PR as well; right?

13  A.   Yes.

14  Q.   And at that point, Epic spent 300,000 on Mr. Kasselman and

15  the Messina Group; right?

16  A.   That's correct.

17  Q.   And that payment was partially to create a coalition of

18  developers; right?

19  A.   Yes, that's correct.

20  Q.   And Epic's reason for creating a coalition of developers

21  was because Epic knew that Epic by itself was not sympathetic;

22  right?

23  A.   I believe that was part of it.

24  Q.   I mean, after all, Epic is a very financially successful

25  company; right?

1   **A.**   Correct.

2   **Q.**   It's worth billions of dollars; right?

3   **A.**   Yes.

4   **Q.**   And it spent more than billions of dollars marketing

5   Fortnite.  We just talked about that; right?

6   **A.**   That's correct.

7   **Q.**   And so Epic was concerned that there might be negative

8   reactions to Project Liberty whenever it became public; right?

9   **A.**   That's correct.

10   **Q.**   Let's turn, please, to Exhibit 7260 in your binder.

11   **A.**   Okay.

12   **Q.**   And do you recognize this as notes that you took in the

13   lead-up to Project Liberty?

14   **A.**   Yes.  This is basically a collection of various notes that

15   I would have put into an e-mail draft that probably represents

16   a number of different conversations.

17           **MS. BELL:**  Your Honor, at this time I move to admit

18   Exhibit 7260.

19           **MS. MOSKOWITZ:**  Your Honor, there is some embedded

20   hearsay, but no objection to being offered for a nonhearsay

21   purpose.

22           **THE COURT:**  No.  It's admitted.

23       (Trial Exhibit 7260 received in evidence.)

24           **THE COURT:**  Go ahead.

25           **MS. BELL:**  Thank you.

1    BY MS. BELL:

2    Q.   You wrote in these notes near the bottom of the page (as

3    read):

4            "Our company is too successful to be sympathetic

5        about."

6        Right?

7    A.   That's what I wrote.

8    Q.   And you wrote (as read):

9            "It's a rich company versus rich company."

10       Do you see that?

11   A.   I do.

12   Q.   And what you're referring to here when you say "It's a

13   rich company versus a rich company" is that you're referring to

14   Google versus Epic; right?  Two rich companies?

15   A.   A billion versus a trillion, yes.

16   Q.   And you understood that the press coverage might be

17   negative towards Epic; right?

18   A.   Correct.

19   Q.   And you realize that you, therefore, needed to pay money

20   for good public relations; right?

21   A.   I wouldn't phrase it like that.

22   Q.   I know.  I phrased it, but do you agree that you paid

23   money for public relations to generate good public relations;

24   right?

25   A.   In general, yes.

1   Q.   And you and your PR firm decided to create a narrative

2   that Epic was benevolent; right?

3   A.   Yes.

4   Q.   And in this exhibit that we're looking at, about a third

5   of the way down the page these notes say (as read):

6           "Start to build a coalition (501c4).  Publicly

7        announce the coalition and their mission."

8        Do you see that?

9   A.   Yes.

10  Q.   And this refers to a coalition of app developers Epic

11  eventually did create; right?

12  A.   Would you mind repeating that once more?

13  Q.   When you say here "Start to build a coalition," that

14  refers to a coalition that Epic did, in fact, end up creating;

15  right?

16  A.   Yes.  It was our idea.

17  Q.   And Epic's coalition included some other app developers as

18  members; right?

19  A.   Yes.

20  Q.   And, in fact, you even called some of those members,

21  quote, "founding members"; right?

22  A.   They were.

23  Q.   But even though Epic called some of the members as

24  founding members, they actually were not members at the time of

25  the founding of the coalition; right?

1  **A.**   If you're referring to the incorporation, then, no, they

2  were not.

3  **Q.**   And Epic's hired consultant, the Lane Kasselman we were

4  just talking about, Lane Kasselman came up with the idea to

5  call them founding members; right?

6  **A.**   I'm not sure about that.

7         **MS. BELL:**  Your Honor, if we could, Tab B.

8         **THE COURT:**  B.  Okay.

9         **MS. BELL:**  Page 193.

10         **THE COURT:**  Lines?

11         **MS. BELL:**  Lines 9 through 18.  Actually, just 9

12  through 11.

13         **THE COURT:**  Wait.  193, lines 9 to 11?

14         **MS. BELL:**  Yes, Your Honor.

15         **THE COURT:**  Oh.

16                (Pause in proceedings.)

17         **THE COURT:**  Yeah, okay.  That's fine.

18  **BY MS. BELL:**

19  **Q.**   You were asked at your deposition (as read):

20       "Whose idea was it to call these other additional

21      members founding members?"

22      And you responded (as read):

23       "That would have been Lane and Tera."

24  **A.**   That's correct.

25  **Q.**   If we go back to Exhibit 7260, right after you mention

1    here having a public affairs agency help manage this new

2    coalition, you then wrote (as read):

3              "Come up with your list of advocacy points.  Get rid

4         of the tax.  Add some other issues."

5         Right?

6    **A.**   That's what's written here, yes.

7    **Q.**   And by "tax," you're referring to the app store commission

8    fees; right?

9    **A.**   That's what I would have been referring to, yes.

10   **Q.**   So here, the only initial advocacy point that you could

11   come up with was the financial one of getting rid of the tax;

12   right?

13   **A.**   I'm not sure about that.

14   **Q.**   And you and your PR team that Epic hired, you knew that

15   you should, quote, "add some other issues"; right?

16   **A.**   That's what's written here.

17   **Q.**   And on the next page -- well, sir, I didn't ask if that's

18   what's written there.

19        I'm asking you, that you and your PR team decided that you

20   needed to add some other issues; right?

21   **A.**   There were already plenty of issues.

22   **Q.**   That you needed -- on the next page -- let's go to the

23   next page -- you wrote (as read):

24             "We have employed a firm who can run the strategy for

25        us and build the coalition for us."

1          Do you see that?

2    **A.**    I do.

3    **Q.**    So then Project Liberty was eventually presented to Epic's

4    board of directors; right?

5    **A.**    I believe so, yes.

6    **Q.**    And a presentation was made that included information on

7    the communication strategy for Project Liberty; right?

8    **A.**    I believe so.

9    **Q.**    And as we just discussed, you handled the communication

10   strategy for Project Liberty; right?

11   **A.**    That's correct.

12   **Q.**    When Project Liberty was eventually presented to Epic's

13   board of directors, you used the same language, "get rid of the

14   tax"; right?

15   **A.**    I believe that was in materials that I provided.

16   **Q.**    If you could please turn to Exhibit 5528 in your binder.

17   **A.**    Would you mind repeating that?

18   **Q.**    5528.

19   **A.**    Thank you.

20   **Q.**    Are you there?

21   **A.**    Yes.

22   **Q.**    Great.

23          This is a draft presentation created by Epic to update

24   Epic's board of directors; right?

25   **A.**    That's what it looks like.

1   Q.   And if you turn to page 12, please.

2   A.   Okay.

3   Q.   Do you see page 12 sets out the communication strategy?

4   A.   I do.

5         MS. BELL:  Your Honor, at this time I move to admit

6   Exhibit 5528.

7         MS. MOSKOWITZ:  Objection to foundation for the

8   document.

9         THE COURT:  5528.

10              (Pause in proceedings.)

11        THE COURT:  Why don't you try a little foundation.

12  BY MS. BELL:

13  Q.   Sir, you acknowledge that this is an Epic document for

14  presenting to Epic's board of directors; right?

15  A.   That's what it looks like.

16  Q.   And you are the -- you were in charge of the communication

17  strategy for Project Liberty; right?

18  A.   That's correct.

19  Q.   And page 12 of this document sets out the communication

20  strategy for Project Liberty; correct?

21  A.   That's correct.

22        MS. BELL:  Your Honor, at this time I move to

23  Exhibit 5528 into evidence.

24        THE COURT:  Did you write Exhibit 5528?  Did you

25  prepare that?

1              THE WITNESS:  This whole document?  No.

2              THE COURT:  Did you prepare page -- what was it?  12?

3     Did you prepare page 12, "Communication Strategy"?

4              THE WITNESS:  Yeah, that looks like my work.

5              THE COURT:  Okay.  I'll admit only that one page.

6              MS. BELL:  Thank you, Your Honor.

7              THE COURT:  All right.  So 5528 is admitted only with

8     respect to page 1 and page 12 as they're numbered as exhibits

9     and nothing else.

10          (Trial Exhibit 5528, pages 1 and 12, received in

11           evidence.)

12             THE COURT:  Okay.  Go ahead.

13    BY MS. BELL:

14    Q.   Sir, you see the top bullet point states that Epic needs

15    to, quote, "create our policy points and establish them

16    publicly.  Work with coms team and Greenbrier" --

17         That's your PR team; right?

18    A.   That's correct.

19    Q.   (as read):

20         -- "and Greenbrier to create a list of advocacy

21         points, get rid of the tax, and then along with some

22         additional issues to avoid a one-dimensional

23         argument."

24         Do you see that?

25    A.   I do.

1  **Q.**   And so Epic's strategy, as outlined here, was to come up

2  with some other issues so that it didn't sound one dimensional;

3  right?

4  **A.**   That was part of it, yes.

5  **Q.**   And then it says in the second bullet point that Epic

6  intended to work with its hired PR team at Greenbrier to,

7  quote, "develop research... then seed with press and run ads";

8  correct?

9  **A.**   Yes, that's correct.

10 **Q.**   So Epic wanted better economics, that's what is meant by

11 the tax, getting rid of the tax; right?  I'm not asking about

12 the document.  I'm asking about your personal knowledge.  Epic

13 wanted better economics, financials.  That's what was meant by

14 "get rid of tax"; right?

15 **A.**   Correct.

16 **Q.**   So Epic wanted those better financials and decided to,

17 quote, develop research and manufacture a press cycle that

18 included these other issues so they could hide that true

19 financial motive; right?

20 **A.**   Incorrect.

21 **Q.**   Now, when you talked about a Google tax, you meant the

22 30 percent commission fee that Google charges on Google Play;

23 right?

24 **A.**   Would you mind repeating that once more?

25 **Q.**   When you talk about a tax, a Google tax, you're talking

1  about the 30 percent commission rate that Google charges on

2  Google Play; right?

3  **A.**   Yes.

4  **Q.**   And that so-called tax is actually used to support the

5  entire Android ecosystem; right?

6  **A.**   I'm not sure what it's used for.

7  **Q.**   Well, let's leave Android and talk about Apple.

8       Apple also charges a 30 percent fee, right, for game

9  developers?

10 **A.**   Yes.

11 **Q.**   And Project Liberty targeted both Google and Apple; right?

12 **A.**   That's correct.

13 **Q.**   Isn't it true, though, that Samsung also charges

14 30 percent in general, their list price, on in-app purchases in

15 the Samsung Galaxy Store?

16 **A.**   I'm not sure exactly what Samsung charges.

17 **Q.**   Well, Epic distributes Fortnite through the Samsung

18 Galaxy Store; right?

19 **A.**   That's correct.

20 **Q.**   And so Epic's not paying the actual list price of the

21 Samsung Galaxy Store, is it?

22 **A.**   What do you mean by "list price"?

23 **Q.**   Epic's not paying Samsung Galaxy 30 percent for in-app

24 purchases on Fortnite made through the Samsung Galaxy Store, is

25 it?

1   **A.**    No, we do not.

2   **Q.**    And this coalition that you and your PR team created, it

3   never targeted Samsung, did it?

4   **A.**    The principles apply to all platform holders.

5              **MS. BELL:**  Your Honor --

6   **BY MS. BELL:**

7   **Q.**    Well, the coalition has spoken out against Apple and

8   Google; right.

9   **A.**    I believe so, yes.

10  **Q.**    But not against Samsung, has it?

11  **A.**    I'm not sure.

12  **Q.**    So putting the coalition aside, Project Liberty itself

13  never targeted Samsung; right?

14  **A.**    No.

15  **Q.**    And you, yourself, don't believe that Samsung actually

16  abides by the principles for app fairness that are on your

17  coalition's website, do you?

18  **A.**    I'm sure there's things that we would want Samsung to

19  improve as well.

20  **Q.**    You, yourself, do not believe that Samsung abides by the

21  principles for app fairness that are on the coalition's

22  website, do you, Mr. Weissinger?

23  **A.**    I agree with your statement.

24  **Q.**    But unlike with Google and Apple, Epic accepted a special

25  lower deal from Samsung in which Epic paid Samsung a lower

1    service fee; right?

2    **A.**    Yes, we had a different rate.

3    **Q.**    And so with that special deal that Epic has, it chose not

4    to focus Project Liberty on Samsung; right?

5    **A.**    I'm not sure if all of that connects together.

6    **Q.**    Epic has a special deal with Samsung Galaxy; correct?

7    **A.**    Yes.

8    **Q.**    And Epic chose not to target Project Liberty at the

9    Samsung Galaxy Store; right?

10   **A.**    Epic chose not to target for the Samsung Galaxy Store?

11   Would you mind repeating that?

12   **Q.**    Epic chose to not focus Project Liberty on Samsung;

13   correct?

14   **A.**    That's correct.

15   **Q.**    Thank you.

16            **MS. BELL:**  I pass the witness.

17            **THE COURT:**  Okay.

18            **MS. MOSKOWITZ:**  May I proceed, Your Honor?

19            **THE COURT:**  Yes.

20            **MS. MOSKOWITZ:**  Thank you.

21                         **CROSS-EXAMINATION**

22   **BY MS. MOSKOWITZ:**

23   **Q.**    Good afternoon, Mr. Weissinger.

24   **A.**    Good afternoon.

25   **Q.**    I'm going to try to go very quickly, so bear with me.

1        Do you remember you were shown a chart?  Maybe we can pull

2    it up.  It's page 38 of Exhibit 10521.  It was that chart --

3            MS. MOSKOWITZ:  Oh, can we please have the screen,

4    Ms. Clark?

5    BY MS. MOSKOWITZ:

6    Q.    This was that chart about a bunch of percentages.  Do you

7    remember seeing that?  It's on the screen now.

8    A.    Yes.

9    Q.    You were asked a bunch of questions about whether the

10   percentages in here reflected the number of players that spent

11   money in these platforms, and you said no.  Do you remember

12   that?

13   A.    I do.

14   Q.    And you were shown some testimony that said something

15   different.  Do you remember that?

16   A.    Correct.

17   Q.    Can you just explain what's going on here and what the

18   misunderstanding was?

19   A.    Sure.  On the column on the left, you see "First Seen

20   Players," basically what platform a player was first seen on.

21   So PlayStation or Xbox or Switch.  And then you see "Platform

22   Purchase."  This is the percentage of overall purchases that

23   are made on each of those platforms, not the percentage of

24   players on each platform.

25   Q.    All right.  And you were shown page 17.

1    Let's go there, please.

2    This was that funnel page.  Do you remember that?

3  **A.**  I do.

4  **Q.**  You were asked some questions about the 37 percent

5  drop-off?

6  **A.**  Correct.

7  **Q.**  And you were asked about other reasons why that drop-off

8  might have been experienced?

9  **A.**  Yes.

10  **Q.**  And I think you were shown a page talking about the size

11  of Fortnite right after that.  Do you remember that?

12  **A.**  I do.

13  **Q.**  What's being -- just a couple questions.

14  What was being downloaded at this step?  Was it Fortnite

15  or was it something else?

16  **A.**  It was the Epic Games app.

17  **Q.**  Was the Epic Games app the same size as Fortnite?

18  **A.**  No, it was not.

19  **Q.**  Were there size restrictions associated with the

20  Epic Games app?

21  **A.**  It was a very different size versus the Fortnite app.

22  **Q.**  In your understanding, is any of that 30 percent drop-off

23  associated with a min spec or a size issue with a download?

24  **A.**  No, it was not.

25  **Q.**  Then you were asked about this 40 percent drop-off at the

1    next stage.  Do you remember that?

2    **A.**    I do.

3    **Q.**    You were asked whether the number 40 is greater than 37.

4    Do you remember that?

5    **A.**    I do.

6    **Q.**    I think you wanted to clarify that that's not what's going

7    on here.  Can you explain what the -- what's going on at the

8    40 percent versus the 37 percent?

9    **A.**    Sure.  This is a funnel that represents the number of

10   players who are dropping off at each step of an installation

11   process.  And so at this first step when people are trying to

12   download the Epic Games app, they're greeted with a warning on

13   Android, and it causes 37 percent of everyone who's starting

14   this process to drop off and abandon the installation process.

15        After that, there is a min spec check that then there's an

16   additional 40 percent that occurs, but it's 40 percent after

17   the 37 percent.

18   **Q.**    And you were asked a bunch of questions about PR strategy

19   and all of that.  Do you remember those questions and answers?

20   **A.**    I do.

21   **Q.**    I think the implication was that you up ginned up some

22   issues to hide that you were complaining about the 30 percent

23   taxes; is that right?

24   **A.**    No, definitely not.

25   **Q.**    What were the other issues?  I guess let's start there.

1  What were the other issues that Epic was bringing to bear

2  through Project Liberty in this case?

3  **A.**   Sure.  Unfair app policies as it relates to pricing and

4  use of payment systems.

5  **Q.**   And were there any other issues in terms of app

6  distribution?

7  **A.**   And the fact that there's no other way to distribute your

8  app outside of Play in an effective manner.

9  **Q.**   Were those issues raised for the first time in connection

10  with Project Liberty in 2020?

11  **A.**   No.

12  **Q.**   Going back to when did those issues become front of mind

13  for Epic?

14  **A.**   They had for a long time.

15  **Q.**   You were asked about Samsung.  Do you remember that?

16  **A.**   I do.

17  **Q.**   And you were asked or told that you weren't challenging

18  Samsung through Project Liberty.  Do you remember that?

19  **A.**   I do.

20  **Q.**   Is there anything different about Samsung compared to

21  Google that makes it different in your mind?

22  **A.**   Yeah.  Samsung are exceptional promotional partners who

23  really go above and beyond in order to help support the

24  products and the software that's on their platforms.

25  **Q.**   Does Samsung have the same reach and control and power as

1  Google?

2  **A.**   No, they do not.

3       **MS. MOSKOWITZ:**  Pass the witness.

4       **THE COURT:**  Okay.  Very brief redirect.

5       **MS. BELL:**  Yes, Your Honor.  Thank you.

6     If we could have control of the screen and look at

7  Exhibit 10521 again, please, and go to Slide 24.

8                **<u>REDIRECT EXAMINATION</u>**

9  **BY MS. BELL:**

10 **Q.**   Sir, there's no Epic Games app required on the iPhone;

11 correct?

12 **A.**   No, there's not.

13 **Q.**   And if we look at the Footnote 1 of the slide, you see

14 that we're talking about fresh installs on iPhone X?  Do you

15 see that?

16 **A.**   I do see that.

17 **Q.**   And so if we look back at the chart as a whole, across the

18 top you have Fortnite compared to PUBG compared to Call of

19 Duty: Mobile; right?

20 **A.**   Correct.

21 **Q.**   And if you look at the fourth row, it says "First

22 Load/Patch Time"; right?

23 **A.**   Yes.

24 **Q.**   You see Fortnite has a first load of 14 minutes and

25 24 seconds?  Do you see that?

1    **A.**   I do see that.

2    **Q.**   You see PUBG has 6 seconds and Call of Duty has

3    33 seconds; right?

4    **A.**   I do see that.

5         **MS. BELL:**  Thank you.  No more questions.

6         **THE COURT:**  Okay.  Our next witness, please.

7    You can step down.

8                    (Witness excused.)

9         **MR. MACH:**  Google calls Andrew Grant of Epic Games,

10   Your Honor.

11        **THE COURT:**  Okay.

12        **THE CLERK:**  Can you please raise your right hand?

13                  <u>**ANDREW JAMES GRANT**</u>,

14   called as a witness for the Defendant, having been duly sworn,

15   testified as follows:

16        **THE WITNESS:**  I do.

17        **THE CLERK:**  Thank you.  Please be seated.

18   Please state your full name for the Court and spell your

19   last name.

20        **THE WITNESS:**  My name is Andrew James Grant, and

21   that's spelled G-R-A-N-T.

22        **THE CLERK:**  Thank you.

23        **MR. MACH:**  Thank you, Your Honor.

24   \\\

25   \\\

1          <u>DIRECT EXAMINATION</u>

2    BY MR. MACH:

3    Q.   Good afternoon, Mr. Grant.

4    A.   Hi.

5    Q.   You work at Epic Games; right, sir?

6    A.   Yes, I do.

7    Q.   And you are an engineering fellow for Epic; is that fair?

8    A.   No, it's not.

9    Q.   What's your title today, sir?

10   A.   My title is senior director of engineering.

11   Q.   Is that a new title since your deposition?

12   A.   Yes, it is.

13   Q.   Congratulations, sir.

14        You've overseen projects related to Fortnite; right?

15   A.   Yes.

16   Q.   And you worked on Project Liberty; right, sir?

17   A.   Yes.

18   Q.   And the release of Project Liberty, that was the release

19   of the Hotfix; right, sir?

20   A.   Yes.

21   Q.   And you understand that Epic had a contract with Google;

22   right, sir?

23   A.   Yes.

24   Q.   And you knew that Project Liberty violated Epic's contract

25   with Google; right, sir?

1    **A.**    Yes.

2    **Q.**    Could you please turn with me to the tab that's marked

3    10010 in the binder?

4    **A.**    Okay.

5    **Q.**    And do you recognize what's been marked as Exhibit 10010

6    as a Slack thread between you and a colleague at Epic Games

7    named Trevor Stone, sir?

8    **A.**    Yes.

9         **MR. MACH:**  Your Honor, I'd like to offer Exhibit 10010

10   into evidence.

11        **MR. BYARS:**  No objection, Your Honor.

12        **THE COURT:**  It's admitted.

13    (Trial Exhibit 10010 received in evidence.)

14   **BY MR. MACH:**

15   **Q.**    Now, Exhibit 10010 is dated July 29th, 2020; right, sir?

16   **A.**    Yes, it is.

17   **Q.**    And that was just a little bit less than a month before

18   Epic released the Hotfix that we've talked about; right?

19   **A.**    A few weeks before, yes.

20   **Q.**    And when you released the Hotfix, you were trying to

21   thread a needle where you violated only certain agreements with

22   Google but not others that you were okay with; correct?

23   **A.**    In this conversation, that was the aim, yes.

24   **Q.**    About a third of the way down the page you told your

25   colleague, quote (as read):

GRANT - DIRECT / MACH

1           "The needle we're trying to thread is not fall foul

2       of any agreements we have with Google other than as needed

3       for Project Liberty."

4       Right, sir?

5  **A.**   Specific to this topic we were discussing, yes.

6  **Q.**   And that's because you understood that releasing the

7  Hotfix would breach your contract with Google; correct?

8  **A.**   Yes, we did.

9  **Q.**   Let me shift gears a bit and ask you about some

10  alternatives to the Google Play Store.  Okay?

11  **A.**   Sure.

12  **Q.**   Now just to set the table a little bit, when Fortnite was

13  first launched on Android, it wasn't on Google Play; right?

14  **A.**   That's correct.

15  **Q.**   Instead, it was distributed through Samsung's app store

16  and through sideloading; correct?

17  **A.**   Through a website, yes.

18  **Q.**   When you say through your website, that's where a user

19  could go to sideload the app; correct?

20  **A.**   That is where they would download the app to then sideload

21  it, yes.

22  **Q.**   I apologize, sir.  I just didn't hear you.

23  **A.**   You would go to the website to download the app, and then

24  would be able to sideload it, yes.

25  **Q.**   Understood.  Thank you, sir.

1        Now, when Epic launched on Android outside of Google Play,

2   Google actually helped Epic achieve that, didn't it, sir?

3   **A.**   They helped the development of Fortnite for Android, yes.

4   **Q.**   They helped the development of Fortnite when you intended

5   to launch Fortnite not on Google Play but through Samsung

6   Galaxy and sideloading; correct, sir?

7   **A.**   Yes.

8   **Q.**   Let's turn to the tab marked 10004, if you would, sir.

9   **A.**   Okay.

10  **Q.**   And you've seen what's marked as Exhibit 10004 before;

11  correct, sir?

12  **A.**   Yes, I have.

13  **Q.**   And this was a blog post that was posted to Epic's

14  website; correct, sir?

15  **A.**   Yes.

16  **Q.**   And the author of this document was the Fortnite team;

17  right?

18  **A.**   I believe it was one or two people on the Fortnite team

19  but, yes.

20  **Q.**   And you were a member of that team; right, sir?

21  **A.**   Yes, I was.

22        **MR. MACH:**  Your Honor, I'd like to offer into evidence

23  Exhibit 10004, please.

24        **MR. BYARS:**  No objection.

25        **THE COURT:**  It's admitted.

1          (Trial Exhibit 10004 received in evidence.)

2     **BY MR. MACH:**

3     **Q.**   And this blog post is dated September 6th, 2018.  Do you

4     see that?

5     **A.**   Yes.

6     **Q.**   And were discussing the launch of Fortnite on Android

7     without Google Play here; right?

8     **A.**   Yes.

9     **Q.**   Let's go to page 2, please, Phil.

10          Now, when Epic launched on Android without Google Play,

11    Epic told the public that working with partners was crucial to

12    bringing Fortnite to Android; right?

13    **A.**   Yes.

14    **Q.**   And one of the partners that was crucial in getting

15    Fortnite on Android without Google Play was Google itself that

16    helped you with that; right?

17    **A.**   I don't know if I would describe those as crucial, but

18    they were very helpful.

19    **Q.**   Well, the blog post does discuss Google under this

20    sentence; right, sir?

21    **A.**   They're one of the partners, yes.

22    **Q.**   It actually -- if we could go lower down in the paragraph,

23    Phil, there's a new -- I'm sorry.  There's a new paragraph.

24    There you go.

25          It explains after that sentence that (as read):

1           "Google engineers also visited us on-site to profile

2      and optimize Fortnite, helping us to identify key

3      optimizations, a memory leak, and also to work out a solid

4      frame-pacing implementation for open GL on Android."

5      Do you see that, sir?

6  A.   I do, yes.

7  Q.   That's true; correct, sir?

8  A.   Yes.

9  Q.   And it went on to explain to the public that the Android

10 engineers were very talented and passionate about making the

11 Android ecosystem awesome for gaming and constantly improving

12 it?  Do you see that, sir?

13 A.   I do.

14 Q.   And that included Fortnite I assume; right?

15 A.   Yes.

16 Q.   Now, you know that when Epic distributed its game this

17 way, Google didn't get paid anything for the use of the Android

18 platform; right?

19 A.   I don't know if I believe that's correct.

20 Q.   Well, it didn't get paid anything through the Play Store

21 for Play Store commissions, that kind of thing; right, sir?

22 A.   No, but it's running on Android devices that Google sell.

23 Q.   Right.  So when Epic launched Fortnite on Android but

24 outside of Google Play, you thought that was a win-win; right?

25 A.   I don't believe I ever thought about that, no.

1   **Q.**   Well, when Epic launched Fortnite on Android outside of

2   Google Play, that would have -- and Epic -- I'm sorry -- and

3   Google supported that, their contributions would have made for

4   better performance of games on the Android platform?

5   **A.**   Yes.

6   **Q.**   And that would have been a win for Google because if games

7   didn't work well on Android and there was some kind of

8   performance disparity, that would have resulted in a loss from

9   Android to other platforms; right, sir?

10   **A.**   I don't know.

11       **MR. MACH:**   Your Honor, if we could, let's go to Tab 1,

12   which is confusingly in the back, page 93.

13       **THE COURT:**   Line?

14       **MR. MACH:**   Starting on line 23 and then proceeding to

15   the next page, line 10.

16       **THE COURT:**   Line 93?   Oh, sorry.

17       **MR. MACH:**   Page 93.

18           (Pause in proceedings.)

19       **THE COURT:**   Yes, that's fine.

20       **MR. MACH:**   Thank you, Your Honor.

21       Phil, let's publish that.

22   **BY MR. MACH:**

23   **Q.**   And in your deposition, Mr. Grant, you were asked this

24   question (as read):

25           "To your knowledge did Epic compensate Google for any

GRANT - DIRECT / MACH

1          of these services?"

2          Do you see that, sir?

3   A.   I do.

4   Q.   And the answer you gave was (as read):

5              "I would have to ask what form of compensation.  I

6          mean, all of these changes would have gone into Unreal

7          Engine.  They would have resulted in better performance

8          for games that use Unreal Engine on Android.  So those

9          titles would work better and the performance -- any

10         performance disparity would be decreased to other

11         platforms.  So I think it was a win-win to compensation."

12         Do you see that, sir?

13  A.   I do.

14  Q.   So you do, in fact, believe that it was a win-win for Epic

15  and Google when Fortnite was launched on Android outside of

16  Google Play; right, sir?

17  A.   In this context, yes.

18  Q.   And in this context you thought it was a win-win because,

19  as you said in your deposition, if Google hadn't contributed to

20  good performance of Fortnite on Android, it would have resulted

21  in a loss to other platforms; right, sir?

22  A.   I don't recall if I said that, no.

23  Q.   You don't recall if you said that, sir?

24  A.   No.

25            MR. MACH:  Your Honor, with permission, I'll put the

GRANT - DIRECT / MACH

 1   same clip back up.

 2            **THE COURT:**  That's fine.

 3   **BY MR. MACH:**

 4   **Q.**   So your testimony starting on line 5, sir, was (as read):

 5            "They would have resulted in better performance for

 6        games that use Unreal Engine on Android."

 7        Do you see that?

 8   **A.**   I do.

 9   **Q.**   And you said (as read):

10            "Those titles would work better and any performance

11        disparity would be decreased to other platforms."

12        Do you see that?

13   **A.**   I do.

14   **Q.**   In other words, if a game works better on Android, it

15   might mean they get more users from other platforms; right?

16   That's what that means, isn't it?

17   **A.**   I -- it could mean that, yes.

18   **Q.**   It does mean that; right?  That was your sworn testimony.

19   It does mean that, sir.

20   **A.**   Not necessarily.  I mean, Google -- users of Androids

21   would have a better experience and find the platform more

22   enjoyable if their performance was higher.

23   **Q.**   Right, exactly, they might find the experience more

24   enjoyable.  And if they find the experience more enjoyable, in

25   your words, "any performance disparity would mean a decrease

1  for other platforms."  That's your testimony, isn't it, sir?

2  **A.**   Here I'm saying a performance disparity would be decreased

3  to other platforms, not there's a decrease in users.

4  **Q.**   And when you refer to "other platforms," you're talking

5  about platforms like iOS, like consoles; right?

6  **A.**   Game consoles, PCs, other mobile platforms, yes.

7  **Q.**   Exactly.  The performance of Fortnite on Android impacts

8  the degree to which those other platforms succeed or fail;

9  right?

10  **A.**   I don't know if I would agree with that, no.

11  **Q.**   Now, the document also discusses exactly how well Fortnite

12  was performing on Android when the blog post was released;

13  right?

14  **A.**   This document or the blog post?

15  **Q.**   I apologize.  I think this document is the blog post.

16      Not the deposition, sir, but back to 10004.  Sorry to

17  confuse.

18  **A.**   Okay.

19  **Q.**   You're back with me?  Sorry.

20  **A.**   I'm back, yes.

21  **Q.**   Now this document, Exhibit 10004, also discusses how

22  Fortnite was performing when it launched outside of the

23  Play Store in 2018; correct?

24  **A.**   I would have to read if you could point me to that

25  section.

1    **Q.**   All right.  If we could just turn to the top of page 2.

2    **A.**   Okay.  I see the top of page 2 where we're talking about

3    the number of players who have experienced the game on Android.

4    **Q.**   Right.  And what Epic told the public at this time when it

5    was launching outside of Play was (as read):

6            "In the first 21 days since the Fortnite's launch on

7        Android, interest has been extremely high with over

8        23 million players entering our Android beta and over

9        15 million players installing our APK."

10   Do you see that, sir?

11   **A.**   I see that, yes.

12   **Q.**   And "installing our APK," that's a reference to 15 million

13   players sideloading it in that 21-day period; correct, sir?

14   **A.**   No.  This would also include Samsung users who would not

15   have sideloaded the app to be able to play.

16   **Q.**   There's two figures here; right?  23 million and

17   15 million.  Do you see that?

18   **A.**   I do, yes.

19   **Q.**   And do you understand the 23 million referring to overall

20   Samsung and sideloading?

21   **A.**   No.  I believe the 23 million is the number of peoples who

22   apply to join the Android beta.  So they would submit their

23   address or account on our website, and then we would over time

24   release access to the beta to those people.  So I believe

25   23 million people applied and 15 million people have accepted

**GRANT - DIRECT / MACH**

1    that invitation.

2    **Q.**   Thank you for the clarification.

3        So between Samsung Galaxy and sideloading, combined at

4    this point in 21 days, 15 million people began installing

5    Fortnite; is that fair?

6    **A.**   According to this document, yes.

7    **Q.**   Now, at this time Fortnite was already available on iOS;

8    right?

9    **A.**   Yes.

10   **Q.**   And on iOS it was available through Apple's app store;

11   correct?

12   **A.**   Yes.

13   **Q.**   And as you told the public here, although you were only in

14   an invite-only phase for Fortnite on Android and you weren't in

15   the Google Play Store, the conversion you were experiencing was

16   already similar to what was happening on the iOS beta;

17   correct, sir?

18   **A.**   Yes.

19   **Q.**   The bottom line is:  When you tried to launch without

20   Google Play, there was rapid adoption of Fortnite on Android;

21   right?

22   **A.**   Certainly by the most eager Fortnite players, yes.

23   **Q.**   I apologize.  I just didn't hear you, sir.

24   **A.**   Yes, we saw rapid adoption.

25   **Q.**   And you found that launching your product outside of

GRANT - DIRECT / MACH

1  Google Play would sound and could be very successful, didn't

2  you, sir?

3  **A.**   Can you ask that again?

4  **Q.**   Yeah.

5      You found launching Fortnite outside of Google Play was

6  sound and could be very successful; correct?

7  **A.**   I think we were pleased with the numbers, but this was the

8  early days of, you know, very keen Fortnite players coming to

9  play the game that they've been waiting for for some time,

10  so...

11  **Q.**   Let's go to the last page of the exhibit, please.

12  Actually, page number 8.  Thank you, Phil.

13      Do you see where it says "Conclusion"?

14  **A.**   Yes.

15  **Q.**   And Epic told the public (as read):

16          "Fortnite for Android represents many industry

17      firsts."

18      Do you see that?

19  **A.**   I do.

20  **Q.**   And then a little further down there's a sentence that

21  starts with "It was an immense undertaking and learning

22  process."  Do you see that?

23  **A.**   Yes.

24  **Q.**   It says (as read):

25          "It was an immense undertaking and learning process,

1            but the rapid adoption of over 15 million Android users

2            shows that this approach is sound and can be very

3            successful."

4       Correct, sir?

5   **A.**   Yes.

6   **Q.**   Now, before we move on, I want to touch on one other

7   aspect of this blog post, and that starts at the bottom of

8   page 7, the previous page.

9   **A.**   Okay.

10  **Q.**   Epic warned its users in the blog post about the battle

11  against malware.  Do you see that?

12  **A.**   Yes.

13  **Q.**   And what Epic told the public was, quote (as read):

14            "Even before we announced that Fortnite would be

15            released on Android, we became aware of unauthorized

16            Fortnite for Android websites appearing.  These typically

17            host malware or scams."

18       Do you see that, sir?

19  **A.**   I do.

20  **Q.**   And basically these were websites that were distributing

21  Fortnite, and they could have been distributing legitimate

22  Fortnite versions, could have been illegitimate Fortnite

23  versions?  You didn't know; right?

24  **A.**   I didn't know.  I don't know what the people who authored

25  the article knew what these websites purported to offer.

1          MR. MACH:  Your Honor, if we could, Tab 1, page 95.

2          THE COURT:  95.

3          MR. MACH:  Lines 13 to 25, Your Honor.

4                    (Pause in proceedings.)

5          THE COURT:  That's fine.

6          MR. MACH:  Thank you, Your Honor.

7     BY MR. MACH:

8     Q.   Let me see if I can just refresh your recollection, sir.

9          If you look -- this is your depo.  You were asked (as

10    read):

11              "So these websites were advertising Fortnite for

12         Android; correct?"

13         And you said (as read):

14              "They were using the words 'Fortnite for Android.'"

15         And you were asked (as read):

16              "But they were not actually offering the authorized

17         version of Fortnite; right?"

18         And you said (as read):

19              "That's -- I don't know if -- this is a tricky one.

20         There is a nuance there.  Clearly they were not authorized

21         to offer Fortnite for Android.  Whether they were offering

22         the legitimate version of Fortnite for Android, I don't

23         know."

24         Do you see that, sir?

25    A.   I do, yes.

**GRANT - DIRECT / MACH**

Q.    So I just want to focus on that last bit for a moment, and
that is that you didn't know if the versions that were being
downloaded from the unauthorized sites were legitimate or
illegitimate; right?

A.    I don't even know if they were offering any version of
Fortnite for download.

Q.    Well, what Epic did was Epic implemented a warning for its
customers about the risk of sideloading from these sites;
right?

A.    Could you help me out there?

Q.    Yeah, sure.

      Phil, if you wouldn't mind putting up the last paragraph
on that page.

A.    Back to the tab?

Q.    Yes, sir.  It's Exhibit 10004 and it's page 7.

A.    Okay.  I got it.

Q.    And in that last paragraph, Epic told the public (as
read):

        "We continue to police the situation with a goal of
        taking them offline or restricting access by leveraging
        Epic's connection to a network of antifraud partners" --
        then there's a parenthetical -- "who can implement an
        in-browser alert like the following..."
      Do you see that, sir?

A.    I do, yes.

1   **Q.**   And the warning that Epic asked to be, asked to be

2   implemented about the sideloading process is on the next page.

3   Do you see that, sir?

4   **A.**   This is not about the sideloading process, no.

5   **Q.**   Well, it's about the risk that the user might get the

6   source -- get the app from a source that Epic didn't know; is

7   that fair?

8   **A.**   Well, I think any interaction with a website that is

9   pretending to be Epic but is not Epic is what we're concerned

10  about.

11  **Q.**   Right.  Even though Epic wasn't sure whether the content

12  was legitimate or illegitimate, it knew the safe thing was to

13  warn users and let them determine what to do; is that fair?

14  **A.**   Yes.  Informing users is generally a good thing, yes.

15  **Q.**   You knew that the kinds of alerts that you asked to be put

16  in the browser could be helpful to informing the user that

17  they're visiting a website that could be pretending to be

18  something else; right?

19  **A.**   Yes.

20  **Q.**   Now, let's turn back to the details of sideloading for a

21  minute and the burdens of it.

22       I think you said, when we looked at the blog post, that in

23  those early days it looked pretty good; right?

24  **A.**   The -- yes.  The blog post says that, yes.

25  **Q.**   If you could please look at Exhibit 10005 in your binder,

1    sir.

2    **A.**    Okay.

3    **Q.**    And you recognize Exhibit 10005 as an e-mail exchange

4    between someone named Justin Sargent, your colleague at

5    Epic Games, and you, among others; right, sir?

6    **A.**    Yes, I do.

7         **MR. MACH:**    Your Honor, at this time I'd like to offer

8    Exhibit 10005 into evidence.

9         **MR. BYARS:**    No objection.

10        **THE COURT:**    It's admitted.

11        (Trial Exhibit 10005 received in evidence.)

12   **BY MR. MACH:**

13   **Q.**    Now, the e-mail at the top of this is from Mr. Sargent.

14   Do you see that?

15   **A.**    Yes, I do.

16   **Q.**    And Mr. Sargent was Epic's engineering lead for Epic's

17   store platforms; right.

18   **A.**    I believe that's correct.  I don't recall his exact

19   responsibilities.

20   **Q.**    Your best recollection is that he was engineering lead on

21   Epic's store platforms; correct, sir?

22   **A.**    At least one of the leads, yes.

23   **Q.**    And at the top of the e-mail here, Mr. Sargent told you

24   that Amazon, because of the popularity of its other apps, it

25   had a way to smooth out the sideloading process.  Do you see

1  that?

2  **A.**   Yes.

3  **Q.**   And then at the bottom of his e-mail, Mr. Sargent told you

4  that the sideloading process that Epic used was already good,

5  didn't he?

6  **A.**   I'm actually not sure what he's referring to here.  I see

7  he's saying the new phone sideloading experience can be

8  improved -- I'm not sure can be improved much more, but I'm not

9  actually aware of what process he's talking about here.

10  **Q.**   Well, what Mr. Sargent said is (as read):

11         "We're also pursuing other apps that could be

12      distributed in the Play Store that could do similar

13      things."

14      Do you see that, sir?

15  **A.**   I do, yes.

16  **Q.**   And you understand he's saying "Maybe we could do some of

17  the things that Amazon is doing that makes sideloading a little

18  easier for them"?  You understand that; right?

19  **A.**   I think the Amazon situation is specific to very old

20  Android phones; but, yes, he's suggesting we do the same thing.

21  **Q.**   And he said (as read):

22         "Although, frankly, I'm not sure the new phone

23      sideloading experience can be improved much more, it's

24      actually pretty good."

25      Right, sir?

**GRANT - DIRECT / MACH**

1   **A.**   This is what he says, yes.

2   **Q.**   Let's shift gears a little bit.  I want to ask you some

3   questions about how a user might be able to access Fortnite

4   using a streaming service.  Okay?

5   **A.**   Sure.

6   **Q.**   Now let's start with you, sir.  You play Fortnite; right?

7   **A.**   I do.

8   **Q.**   And the primary way that you play Fortnite for your own

9   personal entertainment is not from an app store or sideloading

10  it, but by using a streaming service; correct, sir?

11  **A.**   These days, yes.

12  **Q.**   And you use both GeForce Now streaming service and the

13  XCloud streaming service; right?

14  **A.**   Mostly GeForce Now but, yes.

15  **Q.**   At some point you used both.  You've shifted a little to

16  GeForce Now predominantly; is that fair?

17  **A.**   I used myself Cloud gaming while we developing that

18  service, but mostly now GeForce Now.

19  **Q.**   By using a streaming service like GeForce Now, you can

20  access Fortnite on a mobile device without ever downloading the

21  Fortnite app; right?

22  **A.**   In some situations.

23  **Q.**   And you can then play Fortnite on Android using

24  GeForce Now?

25  **A.**   Again, with some limitations and in certain conditions,

1    yes.

2    **Q.**   And someone playing Fortnite on a streaming service as

3    part of that session, they can make an in-app purchase; right?

4    **A.**   Yes.

5    **Q.**   And when a player plays Fortnite on an Android device in

6    that way and they make an in-app purchase, Google doesn't get

7    anything from that transaction; correct?

8    **A.**   No.

9    **Q.**   The bottom line is it's a way that at least, as you said,

10   a subset of users on Android can access Fortnite without going

11   through the Play Store or similar; correct?

12   **A.**   A subset, yes.

13   **Q.**   And as I think you mentioned in your deposition, the way

14   that it works is you basically pull out your phone at your

15   kitchen table, or you're at your in-laws or whatever, and use

16   an Internet connection to play Fortnite on your handheld;

17   right?

18   **A.**   When you say "you," are you talking about me or the

19   general "you?"

20   **Q.**   I'm just using you as an example.

21   **A.**   Yes.  Using an iPad but, yes, I'll do it, I'll play at

22   my kitchen table.

23   **Q.**   You could do it on an iPad, you could do it on a phone;

24   right?

25   **A.**   I could if I wanted, yes.

1   Q.   Now, you do need an Internet connection to use a streaming

2   service; right?

3   A.   Yes, a good one.

4   Q.   Now, you said "a good one."  We'll come back to that in a

5   minute.

6        Now, the native Fortnite app that you get through an app,

7   not a streaming service, you also have to have an Internet

8   connection to play; right?

9   A.   Yes.

10  Q.   Now, I don't want to get into your personal life, but I'm

11  assuming that your in-laws, for example, which we talked about

12  a minute ago, they don't have some kind of extraordinary

13  Internet connection the rest of us can't have, do they, sir?

14  A.   No, they do.  I'm a good son-in-law so, yes, they do.

15  Q.   They don't have the kind of Internet connection that any

16  of us in this room would not be able to get, do they, sir?

17  A.   I don't know.

18  Q.   You don't have any reason to think so?

19  A.   I don't live in the Bay Area.  I'm not sure -- I'm not

20  aware what connections are here.

21  Q.   I think we've done enough on that, sir.  We can move on.

22       Now, Mr. Sweeney, you've discussed streaming services with

23  him; right, sir?

24  A.   Yes.

25  Q.   And Mr. Sweeney has told you that he thinks that the

GRANT - DIRECT / MACH

1  developments with streaming services like Xbox Cloud are a

2  massive opportunity for the company; right?

3  **A.**   I think he identified Xbox Cloud gaming as a massive

4  opportunity for us to pursue, yes.

5  **Q.**   If we could just turn quickly to Exhibit 10538 in your

6  binder, sir.

7       And do you recognize Exhibit 10538 as an e-mail exchange

8  between you, Mr. Sweeney, and others at Epic?

9  **A.**   Yes, I do.

10       **MR. MACH:**  Now I'd like to offer Exhibit 10538 into

11  evidence, Your Honor?

12       **MR. BYARS:**  No objection.

13       **THE COURT:**  It's admitted.

14       (Trial Exhibit 10538 received in evidence.)

15  **BY MR. MACH:**

16  **Q.**   Now if you could turn to the very last e-mail in the

17  thread, there's an e-mail from Mr. Sweeney; right?

18  **A.**   The first e-mail in the thread.

19  **Q.**   Yes.  The last physically in order, the first

20  chronologically, that's correct.

21  **A.**   Okay.

22  **Q.**   And you see in this e-mail and in all caps Mr. Sweeney

23  discussing Xbox Cloud streaming, explained it was one massive

24  opportunity; correct?

25  **A.**   Yes, I see that.

1   Q.   And if you go a little further up in the thread to your

2   e-mail of 8:55 p.m. on October 5th.

3   A.   Okay.

4   Q.   You had discussed the opportunity with Microsoft; right?

5   A.   I did, yes.

6   Q.   And you reported to Epic's CEO that they have everything

7   you needed to deliver a great touch experience on XCloud

8   streaming in a sustainable way; right?

9   A.   Yes.  Their technology was great.

10  Q.   And then you did, in fact, launch Fortnite on the XCloud

11  service; right?

12  A.   Sometime after this but, yes, we did.

13  Q.   Let's take a look at that.  If you could turn to the

14  document 10540, sir.

15       Exhibit 10540 is an e-mail exchange between you and a

16  number of listservs at Epic Games; correct, sir?

17  A.   It is an e-mail I sent to listservs but, yes.

18  Q.   Thank you, sir.

19       MR. MACH:  Your Honor, I'd like to offer Exhibit 10540

20  into evidence.

21       MR. BYARS:  No objection.

22       THE COURT:  Admitted.

23       (Trial Exhibit 10540 received in evidence.)

24  BY MR. MACH:

25  Q.   Now, this e-mail would have gone to a large number of

1  users at Epic, including Mr. Sweeney; correct, sir?

2  **A.**   Yes.

3  **Q.**   And this is where you announced the launch of Fortnite on

4  XCloud; correct?

5  **A.**   Yes.

6  **Q.**   And that made Fortnite available to play for free via

7  XCloud gaming on iOS, iPad, Android, Windows, and Mac;

8  correct?

9  **A.**   Yes.

10 **Q.**   And you told -- we'll find it in the e-mail here -- you

11 told them in your e-mail that mobile players will use

12 Safari/Chrome and be able to use on-screen touch controls or a

13 blue tooth controller.  Do you see that?

14 **A.**   I do.

15 **Q.**   And what this meant is that regardless of the hardware

16 that they had, players in 70 percent of Epic's markets would

17 have the option of playing Fortnite for free with no need to

18 install or patch the game; correct?

19 **A.**   There's a little bit of hyperbole but, yes, that's what I

20 said.

21 **Q.**   And if you look at the very bottom of the document, you

22 show two examples of how this service works; right?  Two images

23 at the bottom?

24 **A.**   Yes.

25 **Q.**   And what you do is you show two images, both Android

1    devices; right?

2    **A.**   Yes.

3    **Q.**   One of those is actually a Google Pixel phone; right?

4    **A.**   Yes.  A Pixel 3 phone, yes.

5    **Q.**   And what these images are showing are Android devices

6    successfully running Fortnite with no connection to the Google

7    Play Store but using a streaming service instead; right?

8    **A.**   Yes.

9    **Q.**   And you announced to your team at the very bottom of the

10   e-mail near the pictures (as read):

11           "We are now at the point where anything with a web

12           browser can run Fortnite."

13           Right, sir?

14   **A.**   Yes.

15   **Q.**   Now, it's true, isn't it, that Epic hasn't really done

16   everything it could do to promote Fortnite's success on

17   streaming services like GeForce Now?

18   **A.**   I don't know if I would say that, no.

19   **Q.**   Let me be more specific.  Epic doesn't actually know how

20   much demand there is to stream games like Fortnite on

21   GeForce Now to things like Android devices; right?

22   **A.**   It's certainly difficult to know.

23   **Q.**   You don't know.

24           You said it's difficult to know, but the reason you don't

25   know is because Epic actually hasn't devoted any resources to

 1   studying whether there's demand to access games like Fortnite

 2   on the Android platform using GeForce Now?

 3            **MR. BYARS:**  Objection.  Foundation.

 4            **THE COURT:**  Go ahead.  Just keep it short.  Yeah, go

 5   ahead.

 6            **THE WITNESS:**  I'm not sure what you mean by

 7   "studying."  We look at analytics.  We look at data.  We

 8   haven't run any studies.

 9            **MR. MACH:**  Your Honor, if I could, Tab 2, page 64.

10            **THE COURT:**  Line?

11            **MR. MACH:**  9 to 15.

12                        (Pause in proceedings.)

13            **THE COURT:**  Okay.

14            **MR. MACH:**  Phil, if we could put that up, please.

15   **BY MR. MACH:**

16   **Q.**   You were asked in your deposition the same question I

17   asked here, sir (as read):

18            "So you have not devoted resources to studying

19        whether there is demand to access games like Fortnite on

20        the Android platform using GeForce Now?"

21        Do you see that?

22   **A.**   I do.

23   **Q.**   And your answer was (as read):

24            "Not to my knowledge, no."

25        That's true?

**GRANT - DIRECT / MACH**

1   **A.**   Yes, not to my knowledge is true.

2   **Q.**   Well, let's wrap this up with a few more general

3   questions.

4        The bottom line is, there are many ways to play Fortnite

5   on mobile devices; right?

6   **A.**   I wouldn't say "many."  There are several.

7   **Q.**   You wouldn't say that.

8        And when it comes to Android specifically, you can

9   download Fortnite to your device or you can play using Cloud

10   gaming; right?

11   **A.**   In certain circumstances -- apologies.

12        In certain circumstances, yes.

13   **Q.**   And you can play Fortnite on Android through Cloud gaming,

14   no download required, just launch it and play; right?

15   **A.**   Again, in certain circumstances, yes.

16   **Q.**   And without using Google Play, you can download the app

17   from Epic Games, you can get it from the Samsung Galaxy Store,

18   you can play using Xbox Cloud gaming, GeForce Now, or Amazon

19   Luminet; right?

20   **A.**   Samsung users can download it from the Samsung

21   Galaxy Store; and people who have GeForce Now membership can

22   play on GeForce Now or Xbox, which are both streaming services,

23   yes.

24   **Q.**   And for those who choose to sideload the app today, it

25   takes four steps to do it; right?

GRANT - DIRECT / MACH

```
 1   A.    I don't believe that's correct.

 2   Q.    Okay.  I want to show you where I got those statements,

 3   sir.  If we could turn to Exhibit 6621 in your binder.

 4   A.    Okay.

 5   Q.    You recognize Exhibit 6621 as a screenshot from Epic's

 6   public-facing website; right, sir?

 7   A.    I do, yes.

 8         MR. MACH:  I'd like to offer Exhibit 6621 into

 9   evidence, Your Honor.

10         MR. BYARS:  No objection.

11         THE COURT:  It's admitted.

12   (Trial Exhibit 6621 received in evidence.)

13   BY MR. MACH:

14   Q.    Now, you could see that Epic tells the public it can play

15   Fortnite on mobile devices.  Do you see that, sir?

16   A.    I do, yes.

17   Q.    And just like I just said to you, Epic tells the public

18   there are many ways to play Fortnite on mobile devices, doesn't

19   it, sir?

20   A.    This is what the website says, yes.

21   Q.    And it doesn't say that Fortnite is blocked on mobile; it

22   describes five different ways to do it.  Do you see that, sir?

23   A.    I think we described two ways, and one way has three

24   services.

25   Q.    I see.  So we have three different streaming services, we
```

 1   have direct downloading, AKA sideloading, and we have the

 2   Samsung Galaxy Store; right?

 3   **A.**   Yes.  You can stream or you can download the app, yes.

 4   **Q.**   Well, I clicked on Android on the website, and I want to

 5   show you what I got.

 6        If you turn to Exhibit 6618, I want to ask you about that.

 7   **A.**   (Witness examines document.)

 8   **Q.**   You recognize Exhibit 6618 as another screenshot from

 9   Epic's public-facing website; right, sir?

10   **A.**   Yes, I do.

11        **MR. MACH:**  Your Honor, I'd like to offer Exhibit 6618

12   into evidence.

13        **MR. BYARS:**  No objection.

14        **THE COURT:**  It's admitted.

15        (Trial Exhibit 6618 received in evidence.)

16   **BY MR. MACH:**

17   **Q.**   Now, Exhibit 6618, this shows Android users how to play

18   Fortnite on Android; right?

19   **A.**   Give me a second.

20        (Witness examines document.)  I don't know if I would say

21   it shows it.  It lists options with an FAQ about details and

22   requirements.

23   **Q.**   It does say in big bold letters the top "Play Fortnite on

24   Android":  Right, sir?

25   **A.**   Yes.

GRANT - DIRECT / MACH

1  Q.   And then, again, it shows a couple of options.  It says on

2  the left "Download the Epic Games app on your Android device"

3  and on the right "Play Fortnite on Android through Cloud

4  gaming"; right, sir?

5  A.   Yeah.  Those are the two options you have.

6  Q.   So I clicked on download the Epic Games app on your

7  Android device, and I want to show you what I found.

8       If you could please turn with me to Exhibit 6619.

9  A.   (Witness examines document.)

10 Q.   Now, you don't know this but I know this, there's been

11 lots of talk about sideloading.  I'm not going to belabor it.

12      But do you recognize 6619 as another image from Epic's

13 public-facing website?

14 A.   Okay.  I thought this was what you saw; but, yes, this is

15 our website.

16 Q.   Okay.

17           MR. MACH:  I'd like to offer Exhibit 6619 into

18 evidence, Your Honor.

19           MR. BYARS:  No objection.

20           THE COURT:  It's admitted.

21      (Trial Exhibit 6619 received in evidence.)

22 BY MR. MACH:

23 Q.   And I'll give you a moment to flip through the pages of

24 Exhibit 6619, but let me ask you whether 6619 is the way that

25 Epic tells the public they download -- they sideload Fortnite

**GRANT - CROSS / BYARS**

 1  onto a mobile phone?

 2  **A.**   This is a walk-through for users that explains a certain

 3  part of the flow, but it's not the entire flow.

 4  **Q.**   So we'll come back to that in a moment.

 5      Let's just talk through the steps.  It does show just four

 6  steps to complete the process; right, sir?

 7  **A.**   It shows four steps, but the process is not completed

 8  after this, no.

 9  **Q.**   Well, it doesn't show any steps after four, does it, sir?

10  **A.**   It does not show -- it shows four steps and then nothing

11  else, yes.

12          **MR. MACH:**  No further questions.  Thank you very much.

13          **THE COURT:**  Okay.  Let's take our afternoon break.

14  We'll be back at 2:15.

15          **THE CLERK:**  All rise.

16                  (Recess taken at 1:55 p.m.)

17              (Proceedings resumed at 2:14 p.m.)

18      (Proceedings were heard out of the presence of the jury:)

19          **THE COURT:**  Okay.  Bring the jury.

20      (Proceedings were heard in the presence of the jury:)

21          **THE COURT:**  Okay.

22      **MR. BYARS:**  May I proceed, Your Honor?

23      **THE COURT:**  Yes.

24      **MR. BYARS:**  Thank you.

25  \\\

<u>**CROSS-EXAMINATION**</u>

**BY MR. BYARS:**

**Q.**   Mr. Grant, I'll just have some brief questioning for you.

Google's counsel referred you to some testimony about a win-win.  From your perspective, did Google benefit from efforts to develop Fortnite for the Android OS?

**A.**   Yes.

**Q.**   In what way did they obtain those benefits?

**A.**   Fortnite was probably one of the most complex games that had been on the platform at that time, and so we were really stressing many other APIs and librairies and their device drivers very heavily, and I think they got a lot of information from that.

A lot of the learnings that we made and the things we discovered with their help would feed back into Unreal Engine, which is the in-house technology that we licensed to other developers and the other developers used to make games for the Android ecosystem.  So those games run better as well.  So it wasn't just Fortnite, but other Android games that were made with Unreal Engine would perform better as well.

**Q.**   And you were asked some questions about the release of the beta version of Fortnite on Android.

In your experience, is it comparable -- is a beta user comparable in the level of interest to an another ordinary user of a game like Fortnite?

**GRANT - CROSS / BYARS**

1    **A.**   No.   Typically the beta users will be the most passionate

2    people out there literally waiting to get access.

3    **Q.**   And I'd like to take you to that document, which was 10004

4    and ask you some questions about the other topic that Mr. Mach

5    asked you about.

6          **TECH PERSONNEL:**  Ms. Clark, would you switch over,

7    please?

8          **MR. BYARS:**  Apologies.

9       Thank you, Ms. Clark.

10   **BY MR. BYARS:**

11   **Q.**   I'd like to show you page 7.   There's a section that you

12   were asked about called "Battle Against Malware."

13       And I genuinely don't remember if they asked you about

14   this sentence in the second paragraph that says (as read):

15          "So far, Epic has instigated action on 47

16       unauthorized Fortnite for Android websites, many of which

17       appear to be run by the same bad actors."

18       Do you see that?

19   **A.**   I do, yes.

20   **Q.**   So is it consistent with your understanding that at the

21   time, Epic had actually identified 47 specific Fortnite for

22   Android websites that were unauthorized?

23   **A.**   Yes.

24   **Q.**   And Epic had further made a determination that many of

25   those appeared to be run by the same bad actors?

GRANT - CROSS / BYARS

1    **A.**    Yes.

2    **Q.**    So then you were asked about the screen, the red sort of

3    caution screen on the next page.

4         Is it comparable to display such a warning screen with

5    respect to 47 identified unauthorized websites as it would be

6    to display such a screen for all websites across the Internet?

7    **A.**    No, not at all.

8    **Q.**    Why not?

9    **A.**    I mean, these are sites that have been reported, have been

10   manually investigated, and have been flagged and are known to

11   cause harm.  I'm not sure I could say the majority of them, but

12   there are certainly a lot of Internet sites out there that

13   don't cause harm and that users visit every day with no problem

14   whatsoever.

15   **Q.**    And I'd like to show you now 10005.  It's, I think, the

16   next tab in your binder.

17        And you were asked about Mr. Sargent's assessment here

18   with respect to the sideloading process.  Do you recall them

19   asking questions about that?

20   **A.**    I do.

21   **Q.**    And did you agree or did you have an opportunity to assess

22   Mr. Sargent's understanding and assessment of that process?

23   **A.**    I did.  I had the opportunity to assess this, yes.

24   **Q.**    What was your assessment of his assessment?

25   **A.**    Unfortunately, he was incorrect.

1    **Q.**   In what respects was he incorrect?

2    **A.**   So when we looked at the flow of sideloading even on the

3    newer Android phones, it was very long.  I believe we

4    identified it was -- I can't remember the number, but it was

5    more than 20 steps.  Through some work, we actually were able

6    to reduce it further, but we still couldn't get it down to I

7    think it was around 15 steps in the end.

8    **Q.**   And Mr. Sargent in the second paragraph here says (as

9    read):

10          "But we were seeing a 75 percent conversion of people

11          landing on our sideload website ultimately showing up in

12          the installer."

13          Did you make an assessment of that sentence as well?

14   **A.**   Yes.  I viewed the sentence with great skepticism the

15   second I read it.

16   **Q.**   And why did you view that with skepticism?

17   **A.**   That's an abnormally high conversion rate.  My assumption

18   was that Justin was talking about like a certain part of the

19   flow program, perhaps the flow that his team owned but not the

20   end-to-end funnel, that we would call it, the user would go

21   through.

22   **Q.**   I'd like to ask you some questions about the streaming

23   services.

24          And sorry to delve back into your family life, but you

25   were asked about the quality of your Internet connection.  And

1  is there some particular element of the Internet connection

2  that is necessary to support a game like Fortnite using a

3  streaming service?

4  **A.**   Yes.   There's three -- there's three elements that are

5  important.   So, first, it has to be fast and have low latency.

6  It has to have a high bandwidth, the amount of data that's

7  transferred.   And then it has to be stable, and stable we

8  typically refer to as jitter, and that speaks to the stableness

9  of the Internet connection over a period of time.

10  **Q.**   And if an Internet connection doesn't have those elements,

11  would that have an impact on the user's ability to play a game

12  like Fortnite?

13  **A.**   Certainly a streaming game, yes.

14  **Q.**   And what -- how would it impact that user's experience?

15  **A.**   So with a streaming game you are typically streaming

16  graphics from a Cloud service, the user's device.   Some people

17  think of it like Netflix, and that's not incorrect; but because

18  it's the game, the amount of interactivity and the latency,

19  latent responsiveness, is very, very important.

20      So something like Netflix can actually handle a poor

21  connection very well because it will buffer for a period of

22  time, it will wait a couple of seconds before starting and then

23  play out.   But a game really has to deliver the images almost

24  instantly for it to feel like a good experience to the user,

25  and any disruption to that, any jitter, any blips in latency,

**GRANT - CROSS / BYARS**

1  will result in the experience just being poor.

2  **Q.**   And are there any other disadvantages with respect to a

3  user's perspective in terms of using a streaming service to

4  play Fortnite?

5  **A.**   Yes.

6  **Q.**   What are those disadvantages?

7  **A.**   Aside from the Internet connection, you will typically

8  have to have an account or a membership with one of the

9  companies that offers a streaming service.

10  **Q.**   And I think you were asked about whether that was free.

11  Is that always a free service?

12  **A.**   Some of the companies do offer a free tier to users.

13  Those users are able to play at certain times of the day when

14  there is generally low usage; but at weekends, they'll be

15  subjected to a waiting queue.

16  **Q.**   And do you have personal experience with how long the

17  waiting queue might be to access a streaming service to play a

18  game?

19  **A.**   I do.  It can be over an hour.

20  **Q.**   And you were asked about the fact that your personally

21  preferred way of playing Fortnite in some context is on

22  GeForce Now or XCloud.  Do you remember that?

23  **A.**   I don't think I would say it's my preferred way.  It's the

24  way that I play.  Like, my preferred way used to be natively on

25  my tablet; but since that's no longer an option, I use

GRANT - CROSS / BYARS

1  streaming on that tablet.

2  **Q.**   Okay.  Thank you for that connection -- that correction.

3       Is there any -- do you have any special connection to the

4  game on GeForce Now that might cause you to play that?

5  **A.**   Yes.  I mean, I led the development of both GeForce Now

6  and Fortnite being ported to GeForce Now and Xbox Cloud gaming,

7  so I have a level of affinity and care that I like to, you

8  know, check in on it from time to time.

9  **Q.**   And I'd like to refer you to 6619.  As a reminder, this

10  was the document that Mr. Mach said that he clicked a couple

11  times to get to on the website.

12       Does this -- do these graphics show literally what a user

13  would experience if they attempted to sideload Fortnite from

14  Epic's website?

15  **A.**   No, they don't.

16  **Q.**   For example, do these websites show the text of the

17  warnings that are displayed to those users?

18  **A.**   No.

19  **Q.**   I think in your first testimony you described how this

20  wasn't the entire process.  Could you explain what you meant by

21  that?

22  **A.**   Yes.  There are certain -- even between these four steps,

23  there are certain screens that are just omitted for brevity,

24  and then there would be additional steps after this the user

25  would have to go through before they could play Fortnite.

1        **MR. BYARS:**  No further questions, Your Honor.

2        **THE COURT:**  Okay.

3        **MR. MACH:**  Nothing further, Your Honor.

4        **THE COURT:**  All right.  You may step down.  Thank you.

5                        (Witness excused.)

6        **THE COURT:**  Okay.  Who's next?

7        **MS. CHIU:**  Your Honor, Google calls or will play the

8   deposition video of Hans Stolfus.

9        **THE COURT:**  Okay.  Let's get going.

10       **MS. CHIU:**  Before we begin, Your Honor, there are some

11  exhibits that we'd like to admit over no objection.

12      Those are Exhibit 812, 813, 814, 815, 10028, 10171, 10184,

13  10193, 10194, 10196, and 10198.

14       **MR. BYARS:**  No objection, Your Honor.

15       **THE COURT:**  Okay.  They're admitted.

16      (Trial Exhibits 812, 813, 814, 815, 10028, 10171,

17       10184, 10193, 10194, 10196, and 10198 received in

18       evidence.)

19       **MS. CHIU:**  Ms. Clark, could we have control, please?

20                  (Video was played but not reported.)

21       **THE COURT:**  Okay.  That's it for today.  Tomorrow is

22  the last day of evidence.  As we've been doing for the last

23  several weeks, put this out of mind.  No research.  No

24  thinking.  No talking.  See you tomorrow morning.

25       **THE CLERK:**  All rise.

1    (Proceedings were heard out of the presence of the jury:)

2    **THE COURT:**  Okay.  What's happening tomorrow for

3    witnesses?

4    **MR. POMERANTZ:**  I believe we have three live

5    witnesses, which are the Apple witness, Mrinalini Loew, and --

6    oh, and Greg Leonard, our damages expert.

7    **THE COURT:**  Okay.

8    **MR. POMERANTZ:**  There will be a few depos as well.

9    **THE COURT:**  Are they going to be as long as this?

10    **MR. POMERANTZ:**  No.  This was by far the longest.

11    **MR. BORNSTEIN:**  We just have Professor Bernheim,

12    Your Honor.

13    **THE COURT:**  All right.  Good.

14    Okay.  I'll see you back in about five minutes.  We'll do

15    some of the jury stuff.

16                    (Recess taken at 3:37 p.m.)

17                 (Proceedings resumed at 3:49 p.m.)

18    (Proceedings were heard out of the presence of the jury:)

19    **THE COURT:**  We're going to do a couple more macro

20    issues and post the final instructions tonight, and we'll go

21    over them tomorrow at 3:30.  Don't file anything.  We're going

22    to do it all on the record.  Okay?

23    And when I say "tonight," I'm posting only the 35 ones in

24    question.

25    So let's close out the rule-of-reason discussion.

**PROCEEDINGS**

 1  Mr. Bornstein, you're going to tell me why those three

 2  contracts should be per se.

 3       **MR. BORNSTEIN:**  Yes, Your Honor, although I'm going to

 4  make it a little bit easier for the Court.  I'm going to tell

 5  you why one of them should be per se, and we're going to drop

 6  the other two.

 7       **THE COURT:**  Okay.

 8       **MR. BORNSTEIN:**  So the ones that we are going to drop

 9  are Supercell and Riot.

10       **THE COURT:**  Okay.

11       **MR. BORNSTEIN:**  But we are going to continue to

12  request the per se instruction with respect to Activision.

13       **THE COURT:**  All right.  And what facts indicate that

14  that's appropriate?

15       **MR. BORNSTEIN:**  So if it would be helpful, Your Honor,

16  I have a binder we can have passed up.  I can walk through some

17  of the documents.

18       **THE COURT:**  All right.  Thank you.

19    Okay.

20       **MR. BORNSTEIN:**  So given Your Honor's comments

21  yesterday, I thought it would be better to start with the

22  Activision side of the evidence rather than the Google side of

23  the evidence.

24       **THE COURT:**  All right.

25       **MR. BORNSTEIN:**  And I would ask Your Honor to take a

**PROCEEDINGS**

 1   look in the first instance at what should be Tab 8 in the

 2   binder.

 3         **THE COURT:**  Tab 8.  Okay.

 4         **MR. BORNSTEIN:**  This is a deck internally that

 5   Mr. Zerza testified about on something called Project Boston.

 6   If, Your Honor, would look at page 3 of the document.

 7         **THE COURT:**  Yes.

 8         **MR. BORNSTEIN:**  You'll see that it describes that

 9   Activision is considering two paths side by side.  On the left

10   is what's labeled "Enterprise Negotiation."  That's the deal

11   with Google that was being discussed.

12         **THE COURT:**  Okay.

13         **MR. BORNSTEIN:**  And on the right is "Build own mobile

14   store," which is spelled out there in some detail about what it

15   was that they were contemplating.

16      If you go ahead, Your Honor, to page 7 of the document --

17         **THE COURT:**  Okay.

18         **MR. BORNSTEIN:**  -- there's some more detail here that

19   breaks out exactly what it was they were planning with respect

20   to the store down to things like the number of employees,

21   starting with -- at the very bottom line there, starting with

22   about 15, scaling up to 45 to 70 people working on this.

23      Your Honor may remember from Mr. Zerza's videotaped

24   testimony that they had worked out mockups for the store, what

25   the various screens would look like.  This is a description

**PROCEEDINGS**

1  here of the various resources that are being dedicated and

2  ultimately plan to be dedicated over time starting from

3  something that's a minimal scale, working up to a full solution

4  at full scale by 2021.

5           THE COURT:  What does "full scale" mean, though?

6           MR. BORNSTEIN:  Oh.  So the full scale, as I

7  understand it, Your Honor, it's an absolute full-scale

8  distribution platform where they are carrying both their own

9  first-party Activision games as well as third-party stores.

10      And you can see, if you look over on the right --

11          THE COURT:  Well, this is the problem I've been

12  having:  It's clear there's some evidence, enough evidence

13  maybe, for the jury to decide that Activision or ABK decided

14  not to do its own store.  That's fine.

15      But what I'm missing for per se is that ABK and Google are

16  similarly situated in the stores they were going to provide

17  such that ABK's decision not to launch a store was actually a

18  meaning competitive gesture with respect to the 3 million apps

19  on Google and the 10-, 15-, 20-year first-mover advantage that

20  Google has for its Play Store.

21      In other words, I get it.  They didn't want to play on

22  Play, but that doesn't necessarily mean that not launching

23  their own is anticompetitive --

24          MR. BORNSTEIN:  Understood, Your Honor.  I think --

25          THE COURT:  -- in a per se way.

1          **MR. BORNSTEIN:**  Right.  Right.  Right.  I mean, I

2    think --

3          **THE COURT:**  Just in a per se way, maybe rule of

4    reason.  Just per se.

5          **MR. BORNSTEIN:**  I understand that to be the premise of

6    the discussion we're having.

7      I think what the Court is identifying, and if I don't have

8    this right, I'd appreciate it if you set me straight,

9    Your Honor, but I think what you're identifying is the question

10   of whether they were going to be a real meaningful competitor

11   as compared to Google Play.

12         **THE COURT:**  Such that a per se instruction would be

13   warranted.

14         **MR. BORNSTEIN:**  Right.

15         **THE COURT:**  In other words, it has to be an

16   extra-special reason to have per se because it's so egregious,

17   it just can't even be questioned as being anticompetitive.  I

18   just don't see that here.

19         **MR. BORNSTEIN:**  Okay.  I now understand the question,

20   Your Honor.

21     So I think the focus on this should be the history of the

22   way that Google has approached the various competitive threats

23   that it identified over time as the evidence has rolled in.

24     ABK or Activision at the time had one of the biggest games

25   in the world, Call of Duty, which it was contemplating and

1    talking about internally and with Google launching on its own

2    game-focused store.  You may remember there were discussions

3    even about partnering with Epic and with Supercell to make it a

4    consortium of stores sort of all together.

5        That store, whether it was Activision alone as the

6    operator of the store or all of them together, but we'll focus

7    on Activision alone, if it carried its blockbuster titles

8    together with other titles that it would draw to the store, it

9    would not be, you know, a destination maybe for everybody, but

10   it would be a very serious destination for people who were

11   interested in games; and as the evidence has shown, that is a

12   major source of revenue for Google Play.

13        THE COURT:  I agree with all that, but this is all

14   purely hypothetical.  We don't know what the store would look

15   like because it never opened.  We don't know how serious of a

16   competitor it would have been.  ABK may have been perfectly

17   content to have Call of Duty and five other killer games and

18   call it a day because they just didn't want to deal with a

19   music app or a cooking app or a reading online app because

20   that's not what they do.  They're a game company.

21        MR. BORNSTEIN:  True, Your Honor.  I don't think that

22   that should be dispositive as a legal matter.

23        THE COURT:  Here's the analogy roughly, an entrenched

24   medical device supplier has a monopoly share of, let's say,

25   pulse oximeters and a new company comes in saying "We have a

1   new pulse oximeter." Okay? So if the entrenched medical

2   device company reaches out to the new entrant and says "I'll

3   tell you what, we'll buy you -- we'll buy you out or we'll sign

4   a contract saying that maybe you'll just sell overseas and

5   leave the U.S. here," and they sign a deal. Okay. I'm not

6   sure that's more than rule of reason.

7           **MR. BORNSTEIN:** That, to me, Your Honor, I would

8   respectfully disagree, that is, I think, an express agreement

9   to carve up markets and not to compete. I mean, I'll put it

10  in --

11          **THE COURT:** The case I litigated where it was rule of

12  reasons.

13          **MR. BORNSTEIN:** I fully expected when Your Honor said

14  pulse oximeter, this was not just a hypothetical.

15      But if you have --

16          **THE COURT:** I'm not saying that was right.

17          **MR. BORNSTEIN:** That seemed like a very specific

18  hypothetical, Your Honor.

19          **THE COURT:** Well, okay. I hear what you're saying.

20  So let me -- I'll tell you what, just in the interest -- I

21  appreciate what -- I will reflect on it. I don't think I'm

22  going to change it, but I will reflect a little bit more.

23          **MR. BORNSTEIN:** I appreciate that.

24      And if, Your Honor, would just permit me --

25          **THE COURT:** Yes, sure.

**PROCEEDINGS**

 1          **MR. BORNSTEIN:**  -- if I could identify if you will be

 2    looking at the documents.

 3          **THE COURT:**  Yes.

 4          **MR. BORNSTEIN:**  I would, in particular, direct you

 5    it's Tabs 8 and 9 are the ones that reflect the internal

 6    Activision materials, and then there are also internal Google

 7    materials that shed light on those discussions.

 8          **THE COURT:**  What's the best one for that?

 9          **MR. BORNSTEIN:**  I actually think Tabs 1 and 2 --

10          **THE COURT:**  1 and 2?

11          **MR. BORNSTEIN:**  -- are helpful.

12       You'll see in Number 1, which is a sort of dense e-mail

13    string, there's a little bit in there, sort of two paragraphs,

14    that identify Google's understanding that Activision was

15    deciding whether to go with the Google deal or with an Amazon

16    deal that would have not included standing down and would have

17    involved having its own store.

18          **THE COURT:**  All right.  Okay.  But we're limited now

19    just to Activision as a potential per se instruction.

20       All right.  Now let me ask you -- this is going to largely

21    fall on you in the first instance, Mr. Bornstein -- I have --

22    I'm wondering about the need for a number of these

23    instructions.  So let me start --

24          **MR. BORNSTEIN:**  Your Honor, if you're going to dive

25    into the instructions, I might pass the microphone to my

 1    colleague.

 2        **THE COURT:**  Well, I'm not getting into -- these are

 3    macro issues about why do we need them.  Whoever wants to do it

 4    is fine, but we're not -- I'm not line editing.

 5        Let me start with the contract claims.  Okay?  So to my

 6    recollection, Epic was open and very public about not paying

 7    Google Bit Play's fees.  I just don't see -- in fact, one of

 8    the witnesses here today said, "Yes, we breached the contract."

 9        Why do we need to have all these breach of contract -- I

10    mean, you can own it.  We can do damages.  All right?  We don't

11    have to ask the jury to go through the rather technical

12    exercise of this point of saying, "Well, you heard the Epic

13    fellow say 'We breached the contract.'  Do you agree?"  We can

14    get rid of all that.

15        I am persuaded that the illegality defense is viable, but

16    it's for me.  It's an issue for the Court to decide.  All

17    right?

18        So if the jury decides that there has been a Section 1 or

19    Section 2 violation, I will then decide whether it -- was it

20    the DDA?  Is that the -- okay -- the DDA is void or

21    unenforceable because it violates the antitrust laws.

22        You will retain that argument; but from what I've seen --

23    you can tell me if you disagree -- the illegality defense is

24    equitable and it's a question for the Court, and I think

25    there's pretty good case law on that.  So you wouldn't lose it.

1    You would be in the position where Google would put their

2  damages case in.  You get a number, and that's it on contracts.

3  Okay?

4    That also would take care, I think, of the unclean hands

5  defense, which doesn't make -- and maybe unjust enrichment, but

6  I want to get to that one separately.

7    All right.  So here's the proposition:  Let's just agree

8  that you can put in a stipulation that -- you can -- let me

9  step back.  It's been a long day.

10    We could stipulate that they breached the contract because

11 whatever reason.  If you want to say something in there because

12 they disagree with it, you can do that.  The only exercise for

13 the jury is to determine how much, if anything, that breach is

14 worth.

15    And then you will do with me all of the postverdict

16 exercises on whether there's an unclean hands defense to the

17 enforcement of the contract or particularly unjust enrichment,

18 whether the contract is illegal and unenforceable and so on.

19    How does that sound?

20    **MR. EVEN:**  Your Honor, so I think if you are telling

21 me that you are taking the defense, then I don't think we have

22 any interest in these instructions as Your Honor says.  We are

23 not arguing here that the conduct was not in breach if the

24 contract is valid.

25    **THE COURT:**  That's what I heard.

1        Okay.  So we're good on that.  So we're going to eliminate

2   breach of contract.  Google will have its damages instruction.

3   And then everything else, postverdict you come to me and I will

4   decide whether there's an illegality defense or anything else.

5   Okay?  All right?

6            MR. EVEN:  We can do that.

7            THE COURT:  Mr. Pomerantz, you okay with that?

8            MR. POMERANTZ:  I'm going to let Mr. Mach answer.

9            THE COURT:  Okay.  Are you okay with that?

10           MR. MACH:  I think at a high level we are, Your Honor.

11           THE COURT:  We're not doing high level.  This is it.

12   Okay?  This is fish or cut bait.  So if you're not okay with

13   it, just tell me why.  If you are, just say yes because we've

14   got a lot to do.

15           MR. MACH:  With the contract damages, that seems

16   perfectly fine, Your Honor.  I want to discuss with my

17   colleagues what they intend to do with the unjust enrichment

18   issues and if we're just dropping the entire issue or not.

19           THE COURT:  What they want to do with what?

20           MR. MACH:  The unjust enrichment issues.  We don't

21   have a dispute over the fact that the damages --

22           THE COURT:  I haven't done unjust enrichment. I'm

23   doing that now.

24           MR. MACH:  Understood.

25           THE COURT:  Okay.  So we're all in agreement on those.

1   So those will all be taken out.

2       Now, I do not understand what the unjust enrichment

3   benefit to Epic is that is not exactly the same as what

4   Google's damage are.  So why do we need unjust enrichment?

5           MR. MACH:  Well, we don't have a disagreement,

6   Your Honor, that the damages cannot be recovered twice.  That's

7   in the instructions at Number 56.

8       The issue would arise in the event the jury found or

9   Your Honor was to have entertained the jury finding that the

10  contract was not enforceable or legitimate, in which case we

11  would have maintained that.

12      If we don't have a dispute over the breach of contract,

13  then I think the damages are substantially similar.

14          THE COURT:  All right.  So we can drop unjust

15  enrichment?

16          MR. MACH:  I think we can.

17          THE COURT:  All right.  If we can drop that, we can

18  drop unclean hands because that's the only -- it's an equitable

19  defense to unjust enrichment.

20      Just stay at the podium.  Don't pace.  Okay?

21      Is the answer -- all right?  So we're going to drop unjust

22  enrichment and we're dropping unclean hands?

23          MR. MACH:  I think unclean hands is their position,

24  Your Honor, but I understand --

25          MR. EVEN:  I think they go together.

1      **MR. MACH:**  I agree with that.

2      **MR. EVEN:**  It's a defense to that.  So if there is

3  nothing to defend against, we're happy to go.

4      **THE COURT:**  Excellent.  All that is out.  When I say

5  "out," I just mean for the jury.  All right?  So don't --

6      **MR. EVEN:**  Understood, Your Honor.

7      **THE COURT:**  Yeah.

8      Okay.  Now, let's see, actually that might be it for the

9  macro.  I'm going to give you my final set, but I think that's

10  probably all I need for right now.

11      **MR. RAPHAEL:**  Your Honor?

12      **THE COURT:**  Yes.

13      **MR. RAPHAEL:**  Could I be heard on the after-market

14  issue that you discussed yesterday?  I think that's a really

15  important instruction about --

16      **THE COURT:**  On which one?

17      **MR. RAPHAEL:**  The after-market issue.

18      **THE COURT:**  Oh.  There is no after market.  This is

19  not an after-market case.

20      **MR. RAPHAEL:**  I think that's why I'd like to be heard

21  on it, Your Honor, if you'll indulge me.

22      **THE COURT:**  Very briefly.

23      **MR. RAPHAEL:**  Well, Your Honor, I think --

24      **THE COURT:**  I'm sorry.  I will let you do that.  We

25  have other -- what is this breach of implied covenant?  Why do

**PROCEEDINGS**

1   we need that?

2       I don't see how it's different at all from the breach of

3   contract claim.  We're going to get rid of that too; right?

4          **MR. MACH:**  Yeah, if we have the stipulation.

5          **THE COURT:**  Okay.  Yeah, that's out too.

6       Okay.  After market.  I know you want to be within

7   *Epic/Apple*, you're not.  This is a different case.  So there is

8   no after market or fore market.  They have a totally different

9   theory, and there hasn't been a word -- the word "after market"

10  has not been use by a single witness, including the experts in

11  this case.  So what is it you want to say?

12         **MR. RAPHAEL:**  Well, that's the issue I'd like to

13  address, Your Honor, because I think I'd like to point out to

14  the Court, if I have just a few moments, that I think their

15  theory in this case is actually exactly the same, and I think

16  their own words from both cases actually demonstrate that.

17         **THE COURT:**  I think that's actually dead wrong.  Okay?

18      And, by the way, the jury instructions are not based on

19  theory.  It's based on the evidence in the case.  There has

20  been zero mention, let alone evidence, of fore market or after

21  market.  So after market will not be given.  Okay?

22      So I'm going to take it from here.  All right?

23         **MR. POMERANTZ:**  Your Honor, I'm sorry.

24         **THE COURT:**  Yeah.

25         **MR. POMERANTZ:**  That issue is not based on whether

**PROCEEDINGS**

1   those words were used.  The theory of this case by both sides,

2   what we have said over and over again is when you buy a phone,

3   you obviously consider what apps are available on that phone.

4   That is a classic after-market theory.

5       Their response --

6       **THE COURT:**  I don't think that's right.  There's been

7   a ton of evidence saying that people never even look at the app

8   store when they make their phone choice.

9       **MR. POMERANTZ:**  Well, obviously there's a dispute

10  about that because we just showed evidence today that that's

11  not true.

12      **THE COURT:**  In the *Apple* case, which I have looked at

13  quite extensively, the experts pitched it as fore market/after

14  market, some variation of *Kodak*.

15      Now, whether they decided to pursue that because they

16  didn't like the outcome in *Epic* or whatever, it doesn't matter.

17  It's not in this case.

18      **MR. POMERANTZ:**  But, Your Honor, you're talking --

19      **THE COURT:**  Am I -- are you doing that?  Is that your

20  theory?

21      **MR. EVEN:**  We haven't alleged it.  We're not pursuing

22  it.  It's not what our experts said, Your Honor.

23      **MR. POMERANTZ:**  Your Honor, the record is clear.  What

24  they came in here and argued was that once you buy a phone --

25  if you buy an iPhone, you can only go to the app store.  If

1   you buy an Android phone, you can't go to the Apple App Store.

2   That is at its core an after-market theory.

3           **THE COURT:**  I do not agree with that in the least.

4   Not in the least.

5           **MR. POMERANTZ:**  The underlying economics are the --

6           **THE COURT:**  That was front and center in the other

7   case.  It has been a complete absentee presence and not even a

8   ghost.  It's not even on the record here.

9       So I -- it's okay.  I'm not doing the after market.  That

10  is just completely inconsistent with the evidence that has been

11  presented in this case.

12      All right.  I'll get this done, and we'll talk tomorrow at

13  3:30 for the final ones.

14      Now anything else before the morning?

15          **MR. MACH:**  Could I take up a very small issue?

16          **THE COURT:**  Sure.  Yeah.

17          **MR. EVEN:**  For this should I stay?

18          **MR. MACH:**  I don't know if it's your issue or not,

19  Yonatan.

20          **MR. EVEN:**  I don't either.

21          **MR. MACH:**  The parties have been working very hard to

22  eliminate disputes on depo designations.  We have one very

23  simple foundation issue.

24          **THE COURT:**  All right.  What is it?

25          **MR. MACH:**  Both Mr. Sussman and Mr. Gelber provide

1   substantially the same testimony about the 30 percent rate that

2   consoles charge, and they both say they think that the console

3   charges are totally different than what we have here because

4   the console makers sell the console devices at a loss and they

5   subsidize the rest of the platform.

6       We don't see any foundation for them to claim an

7   understanding of the internal finances of the console makers.

8   And, in fact, Mr. Gelber says in the testimony that has been

9   designated his knowledge is based on articles that he's written

10  elsewhere.

11          THE COURT:  Who are these people?  Who are Sussman and

12  Gelber?

13          MR. MACH:  That's a fair question, Your Honor.  They

14  are both Epic employees.

15          THE COURT:  They haven't testified yet.

16          MR. MACH:  These are for designations that would be

17  played tomorrow.

18          THE COURT:  All right.

19          MR. BORNSTEIN:  Your Honor, if I can be helpful, I can

20  address it.

21      So Mr. Sussman is the president of Epic.  He's an

22  individual who has been in the video game industry with a brief

23  detour to Nike for many, many years.  And as he explained in

24  his deposition and just from his experience in the industry, he

25  has an understanding of the economics behind the way Microsoft

**PROCEEDINGS**

 1  and Sony run their console businesses, and he testifies to that

 2  in response to questions from Google.  This is testimony that

 3  they elicited from Mr. Sussman.  And Mr. Gelber, similarly, is

 4  the chief financial officer of Epic.

 5      And so Google --

 6          **THE COURT:**  And what are they going to say?  That they

 7  pay 30 percent to console makers?

 8          **MR. BORNSTEIN:**  Right.  They testified to that, and

 9  then they are asked by Google whether they believe that those

10  situations are comparable to the 30 percent that's paid to

11  Google.  And they explain their understanding of why the

12  economics of what's paid to the console makers is different

13  from the relationship with Google, and that's based on their

14  experience in the industry and their interactions with the

15  console makers and over many, many years.

16          **THE COURT:**  What's wrong with that?  He's the

17  president and CFO.  I mean, they know the business.

18          **MR. MACH:**  Well, they presumably know Epic's business,

19  but what we're talking about right now is the economics of a

20  business run by Microsoft or Sony.

21      Microsoft, for example, sells the Xbox console for some

22  hundreds of dollars, and what Mr. Sussman and Mr. Gelber are

23  testifying to is whether they are talking a loss or making a

24  profit when they sell that console.

25          **THE COURT:**  Whether Microsoft is taking a loss?

1          **MR. MACH:**  Correct, Your Honor.  Whether a third-party

2     company, that as far as I know, they've had no association with

3     personally for selling that at a loss or a profit.

4          **THE COURT:**  How would they know that?

5          **MR. BORNSTEIN:**  Well, from extensive conversations

6     with and experience with both of these companies, as well as

7     published --

8          **THE COURT:**  Is it along the lines of "It's my belief

9     that"?  Is that sort of the testimony?

10         **MR. BORNSTEIN:**  Mr. Sussman's testimony is not

11    caveated in any way along those lines.  We can -- if Your Honor

12    would like to take a look at it, we can obviously share it.

13         Mr. Gelber --

14         **THE COURT:**  Let me take a look at it.

15         **MR. BORNSTEIN:**  I mean, this is testimony, Your Honor,

16    that they elicited and could have followed up with more

17    foundation questions if it was something they were concerned

18    about at the time.

19         **MR. MACH:**  Your Honor, I don't understand the

20    relevance of whether we asked about this at a deposition or

21    not.  We asked about it.  We had every right to ask about it.

22    It doesn't mean that the witness had foundation.

23         **THE COURT:**  All right.  So what am I looking at here?

24    The yellow section?

25         **MR. BORNSTEIN:**  It should be highlighted, Your Honor,

**PROCEEDINGS**

1   yes.

2          **THE COURT:**  All right.  This is Adam Sussman (as

3   read):

4       **"QUESTION:**  What commission does Sony charge?

5       **"ANSWER:**  30 percent.

6       **"QUESTION:**  How about Microsoft?

7       **"ANSWER:**  30 percent.

8       **"QUESTION:**  Do you think those are too high?"

9       That's okay.  You can ask that.  That's all fine.  (as

10  read):

11      **"QUESTION:**  What do you mean by that?

12      **"ANSWER:**  Those platforms invest a significant amount of

13      money."

14      Okay.  This is fine.  You can do that.

15      Okay.  So that objection is overruled.

16      Now let's look at the one for Randy Gelber.

17                  (Pause in proceedings.)

18          **THE COURT:**  All right.  (as read):

19      **"QUESTION:**  What are those?"

20      What are we talking about?  What's the "those"?

21          **MR. BORNSTEIN:**  I'm actually not sure offhand,

22  Your Honor.  I think I have it in my...

23          **THE COURT:**  Microsoft or Nintendo, is that the

24  "those"?

25          **MR. BORNSTEIN:**  Yeah, there are a few questions before

1    that, Your Honor, which we did agree to resolve a 106 objection

2    from Google to add, which are just questions about what the

3    commissions are that are charged on the other platforms.

4    That's starting at line 8.

5            **THE COURT:**  The antecedent of those is (as read):

6        **"QUESTION:**  Are there business reasons you're aware of why

7        Epic hasn't sued Sony or Nintendo?"

8        And he says, "Yes."  And then he's asked (as read):

9        **"QUESTION:**  What are those reasons?

10       **"ANSWER:**  Those are -- you know, we believe those to be

11       competitive markets.  We believe" --

12       Okay.  It's his belief.  I mean, he's entitled to say

13   that.  He's in the industry.

14       Okay.  (as read):

15       **"QUESTION:**  How about the cost structure?  Is that

16       different?

17       **"ANSWER:**  Well, they subsidize hardware.  Mobile apps are

18       typically" --

19       That seems fine.  He's a fellow in the industry who's

20   saying "Here's what I understand the world to be like."

21   There's nothing wrong with that.

22           **MR. MACH:**  For Mr. Gelber, Your Honor, if you look at

23   the testimony, he says in his answer that he's just reading it

24   from public press accounts.  I think that, at best, there's a

25   hearsay foundation for that.

PROCEEDINGS

1    **THE COURT:**  I'm only looking at what's highlighted for

2    me, which is that yellow section.

3    **MR. MACH:**  I don't have a copy of what they provided

4    to the Court, Your Honor.

5    **THE COURT:**  I thought this was your objection.

6    **MR. MACH:**  It is, Your Honor.

7    **THE COURT:**  Oh.

8    **MR. MACH:**  I just don't know what section of the

9    transcript they've handed to you.

10   **THE COURT:**  Can you hand him it?

11   **MR. BORNSTEIN:**  I've been asking.  I think we may not

12   have another copy, Your Honor.

13   **THE COURT:**  Well, here.

14   **MR. BORNSTEIN:**  It was just the section that was

15   disputed that the parties had opposed.

16   **MR. MACH:**  Thank you, Your Honor.

17   **THE COURT:**  Just make sure that's the part you're

18   objecting to.  I thought you were all on the same page here.

19   **MR. MACH:**  I suspect that it is.

20                   (Pause in proceedings.)

21   **MR. MACH:**  Yeah, this is what I was referring to.

22   Your Honor, if you read the testimony here, he's asked (as

23   read):

24   ▪**QUESTION:**  How is the cost structure different?

25   ▪**ANSWER:**  Well, they subsidize hardware, so they sell

1    their hardware, as far as I can tell from widely published

2    reports, at a loss."

3        So he's just repeating something from a hearsay source.

4        **THE COURT:**  He's asked "Why do you believe this?"

5    That's perfectly fine.  There's nothing wrong with that.

6        He's not being asked:  As an independent expert in the

7    industry, what's your conclusion with respect -- why do you

8    believe this?  You can ask that.

9        Listen, you-all have asked people a lot of questions --

10   okay? -- about what do you believe and what do you think, and

11   you keep coming up with research, which nobody's objecting to,

12   which I would say "Don't do that," but if you're fine with it,

13   you're fine with it.  You introduced about seven questions and

14   say "I just pulled this up last night."  Well, you're not a

15   witness.  Okay?

16       You know, it's fine, your colleagues here aren't

17   objecting.  There's been a lot -- the point is, there's been an

18   enormous amount of leeway for everybody.  These are perfectly

19   fine.

20       Now, let's just look down the road a little bit for

21   closing.  All right?  You get an hour each.  I think that

22   should be more than enough.

23       Make sure you exchange your demonstratives beforehand.  I

24   really would like a seamless opportunity for both of you to

25   talk without interruption to the jury.  I think that's an

**PROCEEDINGS**

1   important way to close.  All right?  So work it out ahead of

2   time.  If you can't, we'll deal with it.

3       I've advised the jury they're going to be here 9:00 to

4   5:00 all those days, you know, until they're ready to go.

5       I'm not going to have the proposed verdict form ready

6   until early next week.  So we'll do that.

7       Oh, you know what you could do?  Actually two things, if

8   you would.  Given what we discussed today, give me a new one

9   that takes out the contract and all that stuff.  And also I

10  need both of you to send to me the words you want to use for

11  the breach of contract stipulation.  Okay?  It should be just

12  one sentence I would imagine.

13          **MR. POMERANTZ:**  We'll talk tonight about it.

14          **THE COURT:**  It probably shouldn't be anything more

15  than "Epic does not dispute that it breached of DDA."  Okay?

16  Something along those lines.  All right?

17      Okay.  And we'll go over the rest tomorrow, including the

18  adverse inference instruction.

19      All right.  See you in the morning.

20          **THE CLERK:**  All rise.  Court's in recess.

21              (Proceedings adjourned at 4:16 p.m.)

22                      ---oOo---

1

2

3                       **CERTIFICATE OF REPORTER**

4            I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:    Thursday, November 30, 2023

8

9

10

11    _____

12            Kelly Shainline, CSR No. 13476, RPR, CRR
                       U.S. Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25