UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | MDL Case No. 21-md-02981-JD <br> Member Case No. 20-cv-05671-JD <br><br> **PROPOSED VERDICT FORM FOR** *EPIC* **TRIAL** |

The Court proposes to use this verdict form for the *Epic* trial, Case No. 20-cv-5671. It is based on the parties' submissions and the Court's practices. Any objections or concerns must be filed on the docket by 3 p.m. California time on December 7, 2023.

**IT IS SO ORDERED.**

Dated: December 6, 2023

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | MDL Case No.  21-md-02981-JD<br>Member Case No. 20-cv-05671-JD<br><br>**VERDICT FORM** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form.  Your verdict must be unanimous.

We, the jury, return these answers as our verdict in this case:

### **Monopolization (Sherman Act Section 2)**

**Question No. 1:**

Did Epic prove, by a preponderance of the evidence and in accordance with the instructions given to you, that Google willfully acquired or maintained monopoly power in a relevant antitrust market?

_____YES      _____NO

**If you answered "Yes" to Question 1 then continue to Question 2.**

**If you answered "No" to Question 1 then continue to Question 4.**

**Question No. 2:**

If you answered "yes" to Question 1, please specify each relevant product market that you found for purposes of your answer to Question 1, as well as the associated geographic market:

| Relevant Product Market | Relevant Geographic Market |
|---|---|
|  |  |

    **Continue to Question 3.**

**Question No. 3:**

If you answered "yes" to Question 1, did Epic prove, by a preponderance of the evidence and in accordance with the instructions given to you, that it was injured as a result of Google's violation of the antitrust laws?

    \_\_\_\_\_YES     \_\_\_\_\_NO

    **Continue to Question 4.**

1    **Unlawful Restraint of Trade (Sherman Act Section 1 and California State Law)**

2    **Question No. 4:**

3    Did Epic prove, by a preponderance of the evidence and in accordance with the instructions given

4    to you, that Google entered into one or more agreements that unreasonably restrained trade in a

5    relevant antitrust market?

        \_\_\_\_\_YES      \_\_\_\_\_NO

**If you answered "Yes" to Question 4 then continue to Question 5.**

**If you answered "No" to Question 4 then continue to Question 8.**

**Question No. 5:**

If you answered "yes" to Question 4, which of these agreements did you find to be unreasonable restraint(s) of trade in accordance with the instructions given to you?

    _____    DDA agreements

    _____    Agreements with Google's alleged competitors or potential competitors under Project Hug or Games Velocity Program

    _____    Agreements with OEMs that sell mobile devices (including MADA and RSA agreements)

**Continue to Question 6.**

**Question No. 6:**

If you answered "yes" to Question 4, please specify each relevant product market that you found for purposes of your answer to Question 4, as well as the associated geographic market:

| Relevant Product Market | Relevant Geographic Market |
|---|---|
|  |  |

**Continue to Question 7.**

**Question No. 7:**

If you answered "yes" to Question 4, did Epic prove, by a preponderance of the evidence and in accordance with the instructions given to you, that it was injured as a result of Google's violation of the antitrust laws?

_____YES     _____NO

**Continue to Question 8.**

**Tying (Sherman Act Section 1 and California State Law)**

**Question No. 8:**

Did Epic prove, by a preponderance of the evidence and in accordance with the instructions given to you, that Google unlawfully tied the use of the Google Play Store to the use of Google Play Billing?

   \_\_\_\_\_YES  \_\_\_\_\_NO

  **If you answered "Yes" to Question 8 then continue to Question 9.**

  **If you answered "No" to Question 8 then go to the bottom of the form.**

**Question No. 9:**

If you answered "yes" to Question 8, did Epic prove, by a preponderance of the evidence and in accordance with the instructions given to you, that it was injured as a result of Google's violation of the antitrust laws?

   \_\_\_\_\_YES  \_\_\_\_\_NO

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____  Signed: _____

                  Presiding Juror