UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case, No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE A RESPONSE TO EPIC'S PROPOSED AMENDMENT TO THE PROPOSED VERDICT FORM**<br><br>Judge:       Hon. James Donato<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

Defendants' Motion, Pursuant to Local Rules 7-11, for Leave to File A Response to Epic's Proposed Amendment to the Proposed Verdict Form came for hearing before this Court on the above-captioned matter. Having fully considered the papers and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File A Response to Epic's Proposed Amendment to the Proposed Verdict Form is GRANTED. Defendants' Response, which was attached to Defendants' Motion as Exhibit A, shall be treated as filed.

**SO ORDERED**

DATED:

_____
HON. JAMES DONATO
United States District Judge