Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
Dane P. Shikman, Bar No. 313656
dane.shikman@mto.com
Rebecca L. Sciarrino, Bar No. 336729
rebecca.sciarrino@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
Lauren Bell, *pro hac vice*
lauren.bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF ERRATA REGARDING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO EPIC'S PROPOSED AMENDMENT TO THE PROPOSED VERDICT FORM**<br><br>Judge:   Hon. James Donato |

1  Defendants Alphabet, Inc.; Google LLC; Google Ireland Limited; Google Commerce
2  Limited; Google Asia Pacific PTE. Limited; and Google Payment Corp. (collectively, "Google"),
3  respectfully submit this Notice of Errata regarding their Administrative Motion for Leave to File a
4  Response to Epic's Proposed Amendment to the Proposed Verdict Form, which was filed on
5  December 8, 2023, at Docket No. 858 (3:21-md-02981-JD) and Docket No. 598 (3:20-CV-06571-
6  JD).

7  At Epic's request, Google writes to clarify that Google had asked Epic to consent to the
8  relief requested—*i.e.*, permission to file a short response to Epic's Proposed Amendment to the
9  Proposed Verdict Form—but Google did not accompany its request with a copy of Google's
10 response.  Google does not believe any clarification is necessary or that the Local Rules required
11 Google to share a copy of its response before requesting Epic's consent. But Google is providing
12 this clarification to avoid an unnecessary dispute.  In any event, Epic has since reviewed Google's
13 filed response and confirms that it continues to object to the filing.

| | |
|---|---|
| 1  DATED: December 8, 2023 | Respectfully submitted, |
| 2 | |
| 3 | By:   /s/ Glenn D. Pomerantz   |
| 4 | Glenn D. Pomerantz |
| 5 | MUNGER TOLLES & OLSON LLP |
|   | Glenn D. Pomerantz |
| 6 | Kuruvilla Olasa |
|   | Emily C. Curran-Huberty |
| 7 | Jonathan I. Kravis |
|   | Lauren Bell |
| 8 | Justin P. Raphael |
|   | Kyle W. Mach |
| 9 | Dane Shikman |
|   | Rebecca L. Sciarrino |
| 10 | Jamie B. Luguri |
|   | Lauren N. Beck |
| 11 | |
| 12 | MORGAN, LEWIS & BOCKIUS LLP |
|   | Minna Lo Naranjo |
| 13 | Brian C. Rocca |
|   | Sujal J. Shah |
| 14 | Michelle Park Chiu |
|   | Rishi P. Satia |
| 15 | |
| 16 | *Counsel for Defendants* |