1  LISA J. DEMSKY (State Bar No. 186006)
   Lisa.Demsky@mto.com
2  JESSICA O. LAIRD (State Bar No. 331713)
   Jessica.Laird@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
4  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
5  Facsimile:   (213) 687-3702

6

   *Attorneys for Non-Party Riot Games, Inc.*
7

8
                UNITED STATES DISTRICT COURT
9

10              NORTHERN DISTRICT OF CALIFORNIA

11 | IN RE GOOGLE PLAY STORE | Case No. 21-md-02981-JD
12 | ANTITRUST LITIGATION |
   |  | **[PROPOSED] ORDER RE NON-PARTY**
13 |  | **RIOT GAMES, INC'S ADMINISTRATIVE**
   | THIS DOCUMENT RELATES TO: | **MOTION TO SEAL PORTIONS OF THE**
14 |  | **TRIAL RECORD**

15 | *In re Google Play Store Antitrust* | Judge: Hon. James Donato
   | *Litigation*, No. 3:21-md-02981-JD |
16
   | *Epic Games, Inc. v. Google LLC et al.*, |
17 | No. 3:20-cv-05671-JD |

18

19

20

21

22

23

24

25
                                                     Case No. 21-md-02981-JD
   [PROPOSED] ORDER RE NON-PARTY RIOT'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF
                                 THE TRIAL RECORD

1  On December 8, 2023, Non-Party Riot Games, Inc. ("Riot") filed Administrative Motion
2  to Seal Portions of the Trial Record (the "Motion"). Through the Motion, Riot moves to seal
3  certain portions of the trial record in which the deposition of Riot employee Mark Sottosanti taken
4  on October 27, 2023, (the "Sottosanti Deposition") was played, and certain exhibits that were
5  marked during the Sottosanto Deposition (the "Sottosanti Exhibits") displayed and admitted in
6  Court. The Motion is supported by the Declaration of Lisa Demsky and the Declaration of Dan
7  Nabel, which identifies the specific portions of the Sottosanti Deposition and Sottosanti Exhibits
8  that are sealable and the reasons for sealing them.
9  Having considered Riot's Motion and supporting declaration,
10 **IT IS HEREBY ORDERED:**
11 Compelling reasons exist to seal the information requested due to the risk of competitive
12 harm to Riot in ongoing and future negotiations. The following portions of the Sottosanti Exhibits
13 may be filed under seal and may only be included in the trial record in a manner that does not
14 disclose them to the public:

| Deposition Exhibit Number (Bates Number) | Portion Sought to Be Sealed | Reasons for Seeking Sealing | Ruling |
|---|---|---|---|
| Exhibit 1221 (GOOG-RIOT-0000333) | Entire Document | Exhibit 1221 is an internal Riot presentation following a meeting with Google describing negotiation strategy and considerations that may affect active negotiations. | |
| Exhibit 1222 (GOOG-RIOT-0000347) | Entire Document | Exhibit 1222 is an internal Riot document summarizing technical capabilities and content delivery considerations, which if revealed would | |

| | | competitively disadvantage Riot. | |
|---|---|---|---|
| Exhibit 1226 (GOOG-RIOT-0000105) | Entire Document | Exhibit 1226 is an internal Riot document following a meeting with Google describing negotiation strategy and considerations. It reveals negotiation strategy not disclosed to persons outside the Riot negotiating team that may affect active negotiations. | |
| Exhibit 1227 (GOOG-RIOT-0000034) | Entire Document | Exhibit 1227 is an internal Riot presentation summarizing negotiation strategy and considerations for particular agreement terms that may affect active term negotiations with other parties. | |
| Exhibit 1229 (GOOG-RIOT-0000046) | Entire Document | Exhibit 1229 is an internal Riot email communication summarizing an agreement with Google regarding content delivery and Riot's internal negotiation strategy and considerations that may affect active negotiations. | |

The portions of the transcript of Court proceedings on November 29, 2023, containing the following portions of the Sottosanti Deposition may be filed under seal and may only be included in the trial record in a manner that does not disclose them to the public:

| Page & Line Numbers | Reasons for Seeking Sealing | Ruling |
|---|---|---|
| 34:2–35:16; 35:18; 35:20–37:7; 38:2–39:10; 39:12-13; | Exhibit 1221 is an internal Riot presentation following a meeting | |

| | | |
|---|---|---|
| 39:18–40:12, 40:14–17; 80:23–81:1; 81:6–82:14; 82:16–83:36; 83:8; 83:10–15; 104:25–105:2; 104:13–15: 104:17–23; 145:1–2; 145:4–15; 146:11–12; 146:17–25; 147:2–4; 148:7–10; 148:17–149:8; 149:11; 150:4–13; 150:16–17; 150:19–20; 150:22–24; 151:2–6; 151:22–152:11; 152:22–153:7; 153:9; 153:11–12; 153:14; 153:16–22; 153:23–24; 154:1–3; 154:5–13; 154:15–21; 165:17–22; 166:11–12; 166:21–22; 166:24; 167:2–7; 167:9; 167:11–16; 167:22–24; 168:1–8; 168:10–14; 168:21–25; 169:6–8; 169:11–15; 170:24–171:18; 171:20–172:2 172:11–16; 172:18; 172:20–21; 172:23; 172:25–173:8; 174:5–10; 174:14–19; 174:21; 175:8–11; 175:16–20; 175:22; 178:1–2; 179:21–180:10; 180:12; 180:14–15; 180:17–18; 180:20–23; 191:9–11; 191:13 | with Google describing negotiation strategy and considerations that may affect active negotiations. This testimony describes that presentation document and explains that the document contains internal "thoughts and recommendations" (34:10 – 11) regarding content delivery and market strategy. *See* Nabel Declaration, ¶ 3.<br><br>Exhibit 1229 is an internal Riot email communication summarizing an agreement with Google regarding content delivery and Riot's internal negotiation strategy and considerations that may affect active negotiations. *See* Nabel Declaration, ¶ 3. | |
| 155:13–156:22; 157:25–158:6; 158:8–11; 158:22–24; 163:7–8; 163:10–15; 163: 20–22; 163:24–25; 164: 2–4; 164:8–165:10; 165:12; 165:14–16 | Exhibit 1222 is an internal Riot document summarizing technical capabilities and content delivery considerations. This testimony describes that document and explains that the document contains "educational" information from internal "technical people to business people" at Riot (158:9 – 10) regarding content delivery considerations and strategy, which if revealed would competitively disadvantage Riot. *See* Nabel Declaration, ¶ 3. | |
| 58:11–60:16; 61:5–62:15; 62:22– 25; 63:2–5; 63:14–18; 63:20; 63:22–23: 63:25; 64:2–8; 64:10–23; 65:1–7; | Exhibit 1226 is an internal Riot document following a meeting with Google describing negotiation strategy and | |

| | | |
|---|---|---|
| 181:25–182:6; 182:14–23; 182:25–183:1; 183:6–10; 183:12; 183:14–184:1 | considerations. This testimony describes that document and explains that the document contains "subtext" from the meeting rather than the express discussion (59:17 – 21). It reveals negotiation strategy not disclosed to persons outside the Riot negotiating team that may affect active negotiations. *See* Nabel Declaration, ¶ 3. | |
| 69:5–14; 69:16 | Exhibit 1227 is an internal Riot presentation summarizing negotiation strategy and considerations for particular agreement terms that may affect active term negotiations with other parties. This testimony describes that document and explains that it refers to negotiation considerations and Riot's expectations regarding terms of an agreement with Google. *See* Nabel Declaration, ¶ 3. | |

The parties and their counsel shall not disclose or publish the portions of the Sottosanti Deposition and Sottosanti Exhibits that are sealable, as indicated in the charts above, to anyone other than the jury, the Court, and trial counsel for the parties, who shall use it solely for the purposes of adjudication of the above-captioned matter.

The Clerk is hereby directed to seal and treat as sealed from the public record any portion of the trial transcript that discloses the portions of the Sottosanti Deposition and the Sottosanti Exhibits that are sealable, as indicated in the charts above.

**IT IS SO ORDERED.**

1  DATED: _____, 2023

2

3  
   _____  
   Honorable James Donato  
4  United States District Judge  
   Northern District of California

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER RE NON-PARTY RIOT'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE TRIAL RECORD