1  Paul J. Riehle, Bar No. 115199
   paul.riehle@faegredrinker.com
2  FAEGRE DRINKER BIDDLE & REATH LLP
   Four Embarcadero Center, 27th Floor
3  San Francisco, CA 94111
   Telephone: (415) 591-7500
4
5  Christine A. Varney (*pro hac vice*)
   cvarney@cravath.com
6  CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
7  New York, NY 10019
   Telephone: (212) 474-1000
8
9  *Counsel for Plaintiff Epic Games, Inc.*

   Glenn D. Pomerantz, Bar No. 112503
   glenn.pomerantz@mto.com
   MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071
   Telephone: (213) 683-9100

   Brian C. Rocca, Bar No. 221576
   brian.rocca@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
   San Francisco, CA 94105-1596
   Telephone: (415) 442-1000

   *Counsel for Defendants*

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15  IN RE GOOGLE PLAY STORE
    ANTITRUST LITIGATION
16
    THIS DOCUMENT RELATES TO:
17
    *Epic Games Inc. v. Google LLC et al.*, Case
18  No. 3:20-cv-05671-JD

19

    Case No. 3:21-md-02981-JD

    **JOINT NOTICE REGARDING
    SETTLEMENT DISCUSSIONS**

    Judge:    Hon. James Donato

20

21

22

23

24

25

26

27

28

1    The Court ordered Google and Epic Games to exchange written settlement proposals and
2    to meet in person to discuss a potential settlement.

3    After the parties exchanged written settlement proposals, Sameer Samat (Vice President /
4    General Manager, Google) and Don Harrison (President, Global Partnerships & Corporate
5    Development, Google) met with Tim Sweeney (CEO, Epic Games) on December 6, 2023, to
6    discuss a potential settlement.  Mr. Samat is responsible for the Android and Google Play
7    businesses.  Mr. Harrison (who attended remotely for health reasons) is responsible for the
8    organization within Google that negotiates partnership agreements with companies that engage in
9    business across Google's product areas (*e.g.*, Spotify).  The meeting lasted 60-90 minutes.

10    After that meeting, Sundar Pichai (CEO, Google) and Mr. Sweeney met in person for a
11    follow-up discussion about a potential settlement.  That meeting occurred the next day, December
12    7, 2023, and lasted approximately 60 minutes.

13    Counsel for Google (Glenn Pomerantz) and Epic Games (Gary Bornstein) attended both
14    meetings.

15    These meetings did not result in a settlement.

16
17
18
19
20
21
22
23
24
25
26
27
28

1  DATED:  December 8, 2023                    CRAVATH, SWAINE & MOORE LLP

2

3                                              By:   s/ Gary A. Bornstein

4                                                   Gary A. Bornstein (*pro hac vice*)

5                                                   *Counsel for Plaintiff Epic Games, Inc.*

6

7  DATED:  December 8, 2023                    MUNGER, TOLLES & OLSON LLP

8

9                                              By:   s/ Glenn D. Pomerantz

10                                                  Glenn D. Pomerantz
                                                    *Counsel  for Defendants Google LLC et al.*

11

12 DATED:  December 8, 2023                    MORGAN, LEWIS & BOCKIUS LLP

13

14                                             By:   s/ Brian C. Rocca

15                                                  Brian C. Rocca
                                                    *Counsel  for Defendants Google LLC et al.*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CIVIL L.R. 5-1(i)(3) ATTESTATION

2     Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the

3 filing of the document has been obtained from each of the other signatories.

4                                    By:  s/ *Dane P. Shikman*
                                         Dane P. Shikman
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28