# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case Nos.  3:20-cv-05671-JD & 3:21-md-02981-JD

Case Names:  *Epic Games, Inc. v. Google LLC  et al*; *In re Google Play Store Antitrust Litigation*

Date:  December 11, 2023                     Time:  4 Hours & 20 Minutes

**Judge:  Hon. James Donato**

**Clerk**:  LISA R. CLARK                     **Court Reporter:**  Kelly Shainline

**COUNSEL FOR PLTF**:  Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor

**COUNSEL FOR DEFT**:  Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz


Trial Began:  November 6,2023                     Further Trial:  None

**TRIAL MOTIONS HEARD**:                     **DISPOSITION:**

1. _____          _____

2. _____          _____

3. _____          _____


**OTHER:**

See Trial Log Attached

**VERDICT:**

For the plaintiff _____

_____


**DISPOSITION OF EXHIBITS:**

Parties will file exhibits and exhibit list in accordance with the Local Rules of this Court.

_____