UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case:   3:20-cv-05671-JD Epic Games, Inc. v. Google LLC  et al
        21-md-02981-JD In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Lauren Moskowitz, Yonatan Even, Gary Bornstein, Brent Byars, Andrew Wiktor | DEFENSE ATTORNEY: Lauren Bell, Jonathan Kravis, Michelle Chiu, Brian Rocca, Kuru Olasa, Kyle Mach, Justin Raphael, Glenn Pomerantz |
|---|---|---|
| JURY TRIAL DATE: 12/11/2023 | REPORTER(S): Kelly Shainline | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:35 am | | | Court in session; out of the presence of the jury.  Court rules on parties' objections to the verdict form. | |
| | | 8:44 am | | | Court in recess. | |
| | | 9:09 am | | | Court in session; all parties and jury present.  Court instructs the jury. | |
| | | 10:25 am | | | Court in recess. | |
| | | 10:48 am | | | Court in session; all parties and jury present.  Plaintiff's closing argument. | |
| | | 11: 41 am | | | Defendants' closing argument. | |
| | | 12:41 pm | | | Rebuttal argument by plaintiff. | |
| | | 12:48 pm | | | Jury deliberating | |
| | | 12:55 pm | | | Jury at lunch | |
| | | 1:25 pm | | | Jury deliberating | |
| | | 3:24 pm | | | Jury on break | |
| | | 3:40 pm | | | Jury deliberating | |
| | | 4:06 pm | | | Court in session; all parties and jury present. | |
| | | | | | Court reads the verdict.  Verdict for the plaintiff.  Jury discharged. | |
| | | | | | Status conference set for 1/11/2024 @10 a.m.  Parties to meet and confer on a briefing schedule for any post-trial motions and briefing on remedy. | |
| | | 4:20 pm | | | Court in recess. | |
| | | | | | | |
| | | | | | | |