1  RUSSELL P. COHEN (SBN 213105)
   Russ.Cohen@dechert.com
2  DECHERT LLP
   1 Bush Street, Suite 1600
3  San Francisco, CA 94104
   Telephone:     +1 415 262 4500
4
   *Attorneys for Non-Party TikTok Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: NON-PARTY TIKTOK INC.'S MOTION TO SEAL HIGHLY CONFIDENTIAL INFORMATION**<br><br>Honorable James Donato |

Having considered Non-Party TikTok Inc.'s ("TikTok") Motion to Seal Highly Confidential Information, pursuant to Local Rules 7-11, 79-5 and Docket No. 496:

**IT IS HEREBY ORDERED:**

The following portion of the referenced documents will be redacted from the public record.

| Exhibit Number (Bates) | Document description | Portion sought to be sealed | Reason(s) for sealing request | Ruling |
|---|---|---|---|---|
| Exhibit 2698 (GOOG-PLAY-011073577) | TikTok Revenues Derived from the Google Play Store | Redact Entirety of Page 052 to Exhibit 2698 | Discloses specific Google Play revenue derived by TikTok and directly relates to the valuation of TikTok, which is a non-public company. This information could be used by competitors and cause competitive harm to TikTok. | |

**ENTERED THIS __ DAY OF_____, 2023.**

_____
Honorable James Donato
United States District Judge
Northern District of California

Dechert LLP
Attorneys at Law
San Francisco

- 2 -                                                      3:21-MD-02981-JD