#1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO                    Case No. 3:20-cv-05671-JD, 21-md-2981 &
3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

NOTE FROM THE JURY

Note No. ___1___

Date ___11/10/23___

Time ___3:13 pm___

1.   The Jury has reached a unanimous verdict ( )

     or

2.   The Jury has the following question:

1) How is pricing presented on iOS? Is the web option shown in app?

_____
Foreperson of the Jury

#2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO  Case No. 3:20-cv-05671-JD, 21-md-2981 &
3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

## NOTE FROM THE JURY

Note No. __2__

Date __11/13/23__

Time __11:58__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

For Android devices in terms of ~~both total number of devices and separately~~ total revenue, what percentage is enrolled in the RSA premier tier? ~~30% or 50%?~~

_____
Foreperson of the Jury

#7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO                    Case No. 3:20-cv-05671-JD, 21-md-2981 &
3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC  et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC  et al

NOTE FROM THE JURY

Note No. __2__

Date __11/13/23__

Time __11:58__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question: Android
   What percentage of new Android phones are subject to RSA premier tier?

Foreperson of the Jury

#4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO

Case No. 3:20-cv-05671-JD, 21-md-2981 & 3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

NOTE FROM THE JURY

Note No. 4

Date 11/13/23

Time 11:58

1.  The Jury has reached a unanimous verdict ( )

    or

2.  The Jury has the following question:

Are there any restrictions for an OEM to move up or down the RSA tiers, or opt out of the tier system if they wish? (their devices)

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO              Case No. 3:20-cv-05671-JD, 21-md-2981 &
3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

NOTE FROM THE JURY

Note No. ___5___

Date ___11/20/23___

Time ___3:13 pm___

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

When all were active, approximately what % of Fortnite in-app revenue came from each source (PC/Mac, Console, Apple, Android)?

_____
Foreperson of the Jury

#6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO          Case No. 3:20-cv-05671-JD, 21-md-2981 &
3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC et al,

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

NOTE FROM THE JURY

Note No. ___6___

Date ___11/21/23___

Time ___1:35 pm___

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

TAKING INTO CONSIDERATION THIRD PARTY STORES AND DIRECT INSTALLATION, ARE THERE DIFFERENT KINDS OF MALWARE THAT APPS DOWNLOADED/SIDELOADED THROUGH THESE CHANNELS MAY BE SUBJECT TO, THAT APPS DOWNLOADED THROUGH THE GOOGLE PLAYSTORE WOULD NOT BE?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JAMES DONATO                                    Case No. 3:20-cv-05671-JD, 21-md-2981 &
3:22-cv-02746-JD

CASE NAME: : Epic Games, Inc. v. Google LLC et al.

In re: Google Play Store Antitrust Litigation

Match Group, LLC et al v. Google LLC et al

NOTE FROM THE JURY

Note No. __7__

Date __11 Dec 2023__

Time __3:55 PM__

1. The Jury has reached a unanimous verdict [X]

   or

2. The Jury has the following question:

_____

_____

_____

_____
Foreperson of the Jury