UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER REGARDING NON-PARTY WARNER BROS. DISCOVERY, INC.'S RENEWED REQUEST TO SEAL HIGHLY CONFIDENTIAL INFORMATION**<br><br>Honorable James Donato |

Having considered non-party Warner Brothers Discovery, Inc.'s ("WBD") Renewed Request to Seal Highly Confidential Information, pursuant to Local Rules 7-11 and 79-5.

**IT IS HEREBY ORDERED:**

The following portions of documents are to be filed under seal and only shown or discussed in a sealed courtroom:

| Exhibit (Bates Number) | Portion sought to be sealed | Reasons for sealing request | Ruling |
|---|---|---|---|
| Exhibit 1704-014 (GOOG-PLAY-004683882.R) | Seal entire bullet point that references HBO under the column "[Status] Asks" | Includes confidential developer feedback reflecting business strategy from WBD regarding the Google Play store; if competitors had this information, they could use it to unfairly improve their products and to disadvantage WBD products. | |
| Exhibit 1704-016 (GOOG-PLAY-004683884.R) | Seal entire bullet point that references HBO under the column "[Status] Asks" | Includes confidential developer feedback reflecting business strategy from WBD regarding the Google Play store; if competitors had this information, they could use it to unfairly improve their products and to disadvantage WBD products. | |
| Exhibit 1704-019 (GOOG-PLAY-004683887.R) | Seal entire row that references HBO Now subscribers | Contains WBD's confidential information about the number of subscribers for a WBD app; this information is not available outside of WBD; if disclosed it could be used to harm WBD's competitive position and provide competitors an unfair advantage in the marketplace. | |
| Exhibit 2698-052 (GOOG-PLAY-011073577) | Seal entire subheading that references WarnerMedia and the green bar in the graph that references WarnerMedia revenue | Contains WBD's confidential financial information about revenue for WBD's non-game applications; this information is not available outside of WBD; if disclosed it could be used to harm WBD's competitive position and provide competitors an unfair advantage in the marketplace. | |

| Exhibit 5674-016 (GOOG-PLAY-000437834.R) | Seal entire blue bar in the graph that references HBO Now average subscription information | Contains WBD's confidential subscriber information regarding the Google Play store on the Android platform; this information is not available outside of WBD; if disclosed it could be used to harm WBD's competitive position and provide competitors an unfair advantage in the marketplace. | |

DATED:_____, 2023

_____
The Honorable James Donato
United States District Judge
Northern District of California