VENABLE LLP
Philip T. Sheng (SBN 278422)
David E. Fink (SBN 169212)
William A. Hector (SBN 298490)
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: 415-653-3750
Facsimile: 415-653-3755
Email: ptsheng@venable.com
　　　　defink@venable.com
　　　　wahector@venable.com

*Attorneys for Non-Party*
*Warner Brothers Discovery, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.,*<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF WILLIAM A. HECTOR**<br><br>Honorable James Donato |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

I, WILLIAM A. HECTOR, of Venable LLP, hereby enter my appearance as counsel for Non-party Warner Brothers Discovery, Inc. in this matter. I am a member of the State Bar of California and have been admitted to the bar of the Northern District of California. My contact information is as follows:

> VENABLE LLP
> William A. Hector (SBN 298490)
> 101 California Street, Suite 3800
> San Francisco, CA 94111
> Email: WAHector@venable.com
> Telephone: (415) 653-3750
> Facsimile: (415) 653-3755

Please serve said counsel with all necessary pleadings, papers, correspondence, and notices in this action.

Dated: December 19, 2023

VENABLE LLP

By: */s/ William A. Hector*
William A. Hector (SBN 298490)

*Attorneys for Non-Party*
*Warner Brothers Discovery, Inc.*