# Boosting Top Game Developer Support

# &

# Securing Play Distribution on Samsung Devices

April 9, 2019

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL // REFLECTS LEGAL ADVICE



**EXHIBIT 136.R**

**EXHIBIT 136.R-001**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332817.R

# CONTENTS

**Executive Summary**

**Context & Mobile Gaming Trends**

**Risks**

**Program Proposals**

1. Top Game Developers

2. Samsung

**Financial Summary**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-002**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332818.R

## Executive Summary

| Challenges & Opportunities | Proposal |
|---|---|

**Challenges & Opportunities**

1. **Google Play's growth and business model face risk:**

   - **Increasing competition** (OEMs, 3P Stores) → risk of top developer churn

   - **Emerging "app store tax" meme** → pressure on Play's revenue share

2. **Not fully optimized in Google's ability to deliver impact to top developers**

**Impact**

- **Play margin loss:** $840M likely margin exposure in 2022 (cumulative ~$2 Bn+ in 2019-2022)

- **Android-to-iOS churn,** due to fractured app distribution and security risks on Android

- **Potential long-term upside** in deepening top developer engagement across Google

**Proposal**

We propose to mitigate challenges and unlock upside via two programs deployed together:

- **Unify and boost Google's support of top game devs** (via expanded offers and service levels)

- **Secure and enhance Play distribution on Samsung** (Android's largest OEM)

**Ask**

- **Top Dev Packs:** <u>Value to Dev:</u> $450-$500M 3-Yr GCP Credits, $100M Ads Credits, $240M across YT, eSports, co-mktg. <u>Net investment:</u> **~$575M through 2022;** +59 HC

- **Samsung: Initiate gaming collaboration discussions,** including direct financial value to Samsung of up to **$250M through 2022** ($60M/year for 4 years + $10 M Play Points in Year 1**)**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**EXHIBIT 136.R-003**

GOOG-PLAY-003332819.R

## Proposal Summary: Two programs deployed in conjunction





**Ensure top developers distribute on Play**

**Accrue value back to Google**
- **Play:** Install and in-app purchase revenue growth
- **GCP:** Win-rate acceleration; marquee titles on GCP
- **YouTube:** Mobile gaming watchtime uplift
- **Ads:** UAC y/y growth rate acceleration; best practice adoption

**Motivate Samsung to prioritize Play**

**Improve gaming experience & security on Android**

*AC PRIVILEGED // REFLECTS LEGAL ADVICE*

- Both programs are needed
- Need to invest in top devs now to ensure imminent launches happen on Play and reduce noise
- Samsung is aggressively pursuing gaming, and indicated they're open to partnering with us (but a deal will take time to negotiate and implement)

- Note: We're also beginning to explore ways to reduce 'app store tax' sentiment across the developer ecosystem, via new business model concepts

**EXHIBIT 136.R-004**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332820.R



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**EXHIBIT 136.R-005**

GOOG-PLAY-003332821.R



Play's business is concentrated among top developers, and on Samsung devices

The loss of top developers, either to competitors or by 'going-it-alone' on Android, would significantly impact Play's business

*Tencent investment

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- HVUs: 3% of buyers spend 50% of app & game spend
- Samsung concentration of 53% reflect 2018 actuals. Concentration is even higher in few key Play markets, eg, KR

**EXHIBIT 136.R-006**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332822.R

# Recent ecosystem trends

| Competitors Aggressively Pursuing Gaming | "App Store Tax" Meme Emerging |
|---|---|



- Homescreen icon on S10
- **20% rev share**
- Pursuing top tiles (exclusives and co-list)

*

- Launching app store in 2019/20
- **12% rev share (on PC)**
- New **$100M developer fund** (no strings)
- Pursuing **exclusive content & winning on PC**



- **20% rev share**
- Allows 3P billing **(5% rev share)**
- Partnered w/ Samsung in KR



Funding in-app purchase **discounts (up to 20%)** to attract users

**Apple and Google Face Growing Revolt Over App Store 'Tax'**

Opinion: Google's 30% cut of Play Store app sales is nothing short of highway robbery



**APPLE IMPOSES A DISCRIMINATORY 30% TAX**

## Apple taxes competitors to advantage their own services

*Tencent investment

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-007**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332823.R

Major developers are increasingly considering distribution off Play. They also express discontent over Play rev share, and lack of unified Google offers / support

| | 2019 Play Spend* | Activity In Past 8 Months | |
|---|---|---|---|
| **EPIC GAMES** | **$0** | Launched hit title 'Fortnite' off Play (August 2018) | |
| Riot | $550M | Imminently deciding whether to launch new mega title off Play | **AAA PC / Console devs with capabilities to bypass Play** |
| ACTIVISION BLIZZARD | $50M | Actively evaluating whether to launch new mega title off Play | |
| NCSOFT | $1,000M | Planning to co-list top grossing title on Samsung Store. Asked for revenue share cut | |
| SUPERCELL | $700M | Asked for revenue share cut "across the board" | **'Mobile Major' allies changing their tune** |
| King | $650M | Seeking commercial synergy across Google (Play + Ads) | |

*Projected. Riot spend projection is for 2020

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-008**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332824.R

## Challenges: (1) significant Play revenue / margin loss ($2.5B+ revenue / $2B+ margin at risk, 2019-2022) and (2) Android-to-iOS churn



① **Play Revenue/Margin Risk**

*Increasing to cumulative risk of $2.5B+ rev / $2B+ margin (2019-2022)*

| Scenario | Yearly Revenue At Risk by 2022 | |
|---|---|---|
| 1: Epic Store | $350 M | $1.4 Bn |
| 2: Samsung Store *(Galaxy Store)* | $1.2 Bn | $3.2 Bn — *Lose 13% / 35% of revenue on Samsung devices* |
| 3: Amazon Store | $500 M | $2.6 Bn — *Lose 6% / 29% of HVU revenue* |
| 4: Developer Stores | $400M | $1.1 Bn — *Lose 2 / 6 top developers* |
| **Combined & probability-weighted** | **$1.1 Bn (~$840 M margin)** | **$6 Bn (~$4.6 Bn margin)** |

Key: Most Likely — High

② **Android to iOS Churn**

**User Trust Erosion**
- Security and privacy risks
- Top titles not available on all devices
- Friction navigating various app stores

Fortnite players using Android phones at risk of malware infections

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-009**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332825.R

TWO PROPOSALS



AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-010**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332826.R

# Proposal: Unify and boost Google's value proposition to target developers, via expanded offers and service level



**Four new cross-Google "service packs",** across the developer lifecycle

| ① Build & Test | ② Launch | ③ User Acquisition | ④ Community Development |
|---|---|---|---|
| **Boost reach of high-fidelity games on Android; reduce cost and friction** | **Enable bigger and more far reaching launch moments** | **Boost volume and efficacy of new user acquisition** | **Build gaming communities to engage users** |

- Cloud credits[NEW]
-  Android Dev Tech & Cloud consultations[NEW]

- Play 'Growth Consulting'
  - Co-marketing campaigns
  - Play Store featuring
  - YT influencers[NEW]

- Ads credits[NEW]
- Ads consultations & ML integration[NEW]

- eSports tournaments & gaming events[NEW]
- YT channel growth[NEW]
- eSports sponsorships[NEW]

> **x-PA "Partner Pod"** to coordinate x-PA service delivery to developer

 *Denotes consultative services which (1) bring unique Google know-how to devs, and (2) amplify value of other investments (e.g. credits)*

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-011**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332827.R

## Program Goals

**Desired Developer Behaviors**

### 1) Prioritize Play

- Launch on Play on "day 1" of mobile launch

- Co-invest in promoting Play title

- Improve game quality & device reach

- Maintain game parity across platforms

### 2) Boost x-PA Product Adoption

   

*PA Success Metrics*
- **Play:** install and in-app purchase revenue growth
- **GCP**: win-rate acceleration; marquee titles on GCP
- **YouTube**: mobile gaming watchtime uplift
- **Ads**: UAC growth rate acceleration; best practice adoption

### 3) Improve Sentiment / Satisfaction

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Improve sentiment about (1) Play revenue share, (2) building high-fi games for Android, and (3) Google's gaming value proposition
- Android: reduced app distro fragmentation

**EXHIBIT 136.R-012**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332828.R

# Cross-Google Service Pack Offering (Program Details & Asks)

| Offer to Developer | | Primary PA Success Metric |
|---|---|---|
| **Build & Test** | ■ **Cloud Credits**: Return 2% of Play spend as GCP credit *(~$150M credit issued / yr)*; 3-yr term; credits issued every 6 mo; credits expire 6 mo after issuance<br>■ **Technical / Eng Consults**: Provide GCP, Dev Rel, & Dev Tech technical advisory to **optimize game for Android** & prepare for launch *(+10 HC)* |  ■ Top developer **win-rate and ARR acceleration**<br>■ **Marquee games** running on GCP |
| **Launch** | ■ **Co-marketing Campaigns**: Promote launches with **Google-led campaigns,** & support developer-led campaigns *(~$73M / yr; +10 HC)*<br>■ **YouTube Influencers**: **Activate YT creators / influencers** to promote game titles *(~$12M / yr; +2 HC)*<br>■ **BD & Growth Consulting**: **Custom support to improve launch outcomes** and unlock growth *(+15 HC)* | <br>*(Marketing)* ■ **Titles sim-ship on Play**<br>■ **Play revenue and install growth**<br>■ **'Preferred gaming destination'** brand uplift |
| **User Acquisition** | ■ **Ads Credits:** Launch *$100M ad credit fund*. Credits not to exceed 33% of dev ad spend. Support new title launches & int'l expansion<br>■ **Ads Consults:** Provide consults to execute **creative strategy, retention & monetization, and market expansion** *(15M / yr, +13 HC)* |  ■ **UAC y/y growth rate acceleration**<br>■ **UAC best practice adoption,** including Creative Excellence and Predicted Payer ML |
| **Community Development** | ■ **Mobile eSports**: Produce **mobile gaming events with YT influencers** & **pro-gamers**. Stream events on YT exclusively. *($20-$50M / yr; +8 HC)*<br>■ **eSports Sponsorship**: Sponsor developer esports events *($5M / yr)*<br>■ **YT Presence Grant**: Create robust O&O YT channel *($15M / yr; +2 HC)* |  ■ **Mobile gaming watchtime growth** (to 10% by 2022) |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-013**

GOOG-PLAY-003332829.R

## Target Developers

**AAA PC / Console**
*(7 developers)*

  

**Concentrated 'Mobile Majors'**
*(7 developers)*

 

**Strategic 'Mobile Majors'**
*(8 developers)*

  

**Drive disproportionate value to Google**
($8B 2019 Play Spend projected; $XX X-PA rev)

**Beacons of the ecosystem**

**Expressed discontent over Play rev share and lack of unified support from Google**

**May forgo Play (& Android)**

- Upcoming major new title launch
- Difficulty delivering hi-fidelity games on Android
- Capabilities to 'go-it-alone' on Android

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- [Dev List](#)

**EXHIBIT 136.R-014**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332830.R

# Service Pack Deployment: Match developers with 'Service Packs' based on developer's top business objectives and lifecycle stage



| Concentrated Mobile Majors | **AAA PC / Console** | Strategic Mobile Majors |

**Riot Example**

- Porting major PC title to mobile
- Top priorities: (1) Develop / optimize / test Android title. (2) Amplify launch

| | Build & Test | Launch | User Acquisition | Community Development | |
|---|---|---|---|---|---|
| | *"Technical advisory to optimize game for Android; GCP credits to reduce cost"* | *"Google-led campaigns & Store featuring to build buzz"* | *"Ad credits and consults to boost paid UA efficiency"* | | 5% effective rev share increase. In return, Riot must launch title on Play |
| **Value To Riot** | $6M | $15M | $6M | | $27M |
| Cost to Google | $2M | $13M | $5M *(not to exceed 33% of Riot Ad spend)* | | $20M |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- [More developers](#)
- -Piloting Build & Test & Launch packs with Riot → good early traction

**EXHIBIT 136.R-015**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332831.R

# Value to Dev by Service Pack (2020 view)



AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-016**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332832.R

# 3-year Value to Developer exceeds P&L cost*



**Value to Dev (2020): ~$400M (~4.4% effective rev share)**

- Dollar amount of developer offers, including Ads credits, Cloud credits, Youtube Presence grants, Marketing spend, etc.
- Excludes HC costs

**Expected P&L Cost (2020): $280M**

- Includes HC costs and accounts for expected credit redemptions

Note:  Expected P&L cost exceeds Value to Dev in 2019 due to timing difference between Play revenue deferral (2019) and Cloud revenue recognition (2020)
Note: Figures are rounded
**\*Assumes Program Continuity**

Confidential + Proprietary

- Note that
- P&L cost starts exceeding Cost to deliver value in 2020 & 2021 as GCP credit redemption increases

**EXHIBIT 136.R-017**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332833.R

TWO PROPOSALS



AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-018**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332834.R

# Context

**Samsung pursuing gaming on Galaxy Store**

**Samsung's Goals**

- Grow services business
- Differentiate hardware
- Appeal to younger users
- *Possibly "Apple Envy", BU incentives, Google dependency reduction*

**Galaxy Store on DHS**



*#1 grossing game on Play*
**co-listing** *in Galaxy Store*



**Exclusive Titles / Content**



*Rumor: paid $40M for **exclusive Niantic content***



**Represents large oppty for Samsung**

(and larger risk to Google)



-$30M to $60M

Current annual est **operating profit** of **Galaxy Store**

~$240M

Likely **2022 operating profit** of **Galaxy Store** if Samsung doubles down

~$930M

Likely **2022 margin risk to Play**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Jamie / Jim

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**EXHIBIT 136.R-019**

GOOG-PLAY-003332835.R

## Proposal: strategic collaboration that advances Samsung goals, promotes Play on Samsung devices, and improves Android gaming experience

| | Play as delivery infrastructure for Galaxy Store | Enable Samsung differentiation via exclusive content without fragmenting developer workflow | Enable incremental monetization: bring Google Ad products to store, n-1 screen |
|---|---|---|---|
| **Product Collaboration** |  |  |  |
| **Financial Gives** | <ul><li>Ads rev share from syndicated Google Ad products</li><li>Co-marketing opportunities for Samsung-exclusive content and deals</li><li>Up to $10M in 'Play Points' discounts for 1 year for Samsung phone buyers</li><li>Up to $60M annual payment for 4 years</li></ul> | | |
| **Google Gets** | <ul><li>Play hosts Galaxy Store games/apps, and provides billing, security, and updates</li><li>Play and Galaxy Store are only app stores on Default Home Screen</li><li>Samsung adheres to Android Gaming Standards</li></ul> | | |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- We want to collaborate with Samsung and bring multiple levers (not just cash) to the table. Some levers are win-win (e.g., alley-oop + syndicated ads + play points + co-marketing at gaming events)
- Upfront cash payment is needed to address their Galaxy store P&L. We are anchoring on the range of net profit that we estimate Galaxy store makes
- Potential upside from ads syndication would be lucrative for both Samsung and Google (size depends on how much Samsung is willing to partner wrt surfaces & ads targeting parameters). Samsung does not need to build its own large sales team and court devs. Can participate in the upside as several large publishers do today.
- Marketing opportunities:
- Lootdrop starter packs for new Samsung device purchases (dev sponsored)
- Joint future esports events (e.g. VSPN/Google event - offering first access/exclusive sponsorship opportunity to Samsung)
- Co-sponsorship opportunity for geo-specific gaming conferences (e.g. Tokyo Game Show, Taiwan Game Show)
- Playpoints:
- Targeting 3M ultra-premium devices based on IDC device sales data by price and geo
- Cost driven by Play credits (games/apps/books/movies), weekly rewards (e.g. 1-3% points back on spend), and higher points earning per $ spent

**EXHIBIT 136.R-020**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332836.R

**Financial Summary & Risks**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-021**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332837.R

# Ask to BC: Initial Approval of Top Dev Service Packs (including 3-Yr Cloud offering), and 4 year Samsung deal

| | BC Ask | Expected Net Investment Impact (of BC Ask) | | | | |
|---|---|---|---|---|---|---|
| | | 2019 | 2020 | 2021 | 2022 | Total |
| **Top Dev Offerings** | **Cloud: 2% of Play Spend over 3 years.** Estimated **$450-$500 M** in GCP credits over 2019-2022; approximate yearly break down 2020: $129M , 2021:$152 M, 2022: $185 M) | $58 | $33 | $76 | $24 | $191 |
| | **Ads: $100M** 1-year UAC Credit Pilot and $16M in Strategic Value Adds (SVA) | $59 | $25 | -- | -- | $84 |
| | **Marketing: ~** $170M commitment through 2020 composed of $145M in Marketing and $25M in YT Presence Grants | $63 | $94 | -- | -- | $157 |
| | **eSports: $66M** through 2020, a 2-phased investments of $17M in 2019 and $49M in 2020 | $17 | $49 | -- | -- | $66 |
| | **Payroll** based on ~60 FTEs | $13 | $21 | $21 | $21 | $76 |
| **Developer Investment (A)** | | **$210** | **$223** | **$97** | **$45** | **$574** |
| **Samsung Investment (B)** | Up to $60M lump sum to Samsung for 4 yrs + 1 year of up to $10M Play Points | **$70** | **$60** | **$60** | **$60** | **$250** |
| **Total Investment Ask (A+B)** | | **$280** | **$283** | **$157** | **$105** | **$824** |

**Cloud:** 3-yr term; credits issued every 6 mo and expire 6 mo after issuance

**Ads:** Credits not to exceed 33% of dev ad spend. Support new title launches & int'l expansion; SVAs provide consults to execute creative strategy, retention & monetization, and market expansion

**Marketing:** Mainly co-marketing campaigns to promote title launches, YT Presence Grants help build robust O&O YT Channels

**eSport:** Produce mobile gaming events with YT influencers & pro-gamers. Stream events on YT exclusively.

Confidential + Proprietary

**EXHIBIT 136.R-022**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332838.R

## Risks and Mitigation

| | **Risks** | **Mitigation** |
|---|---|---|
| **Top Developer Support** | **Contagion to other developers** <br> Other developers ask for increased support | • **Objective developer eligibility criteria** <br> • **NDA** <br> • **Reactive FAQs** |
| | **x-PA execution & operational complexity** <br> Google historically hasn't flexed 'One Google' muscle. Title launch dates are also volatile | • **Form 'x-PA partner pods' & x-PA governance council to de-risk operational complexities** <br> • **Additional resourcing/HC** |
| **Samsung** | **Samsung reverts to 1P store backend after deal expires** | • **Limit Samsung catalog** (only apps with unique functionality / offers for SS users) <br> • **De-commodify app distribution** via Play product investments |
| | **Erode Play brand & user loyalty** | • **Retain prominent Play branding** within SS store <br> • **Limit Samsung catalog** <br> • **Expand Play user loyalty program** to top geos |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- De-commodify app distribution: Invest in infrastructure for improve app distribution developers on Play. Investments include:
  - App Bundles: modularizing the app allows apps to shrink in size (~35% today). Developers that implement this smaller apps see a 3-4% increase in installations. They also see a decrease in un-install rates
  - For advanced developers, adding the ability to deliver app features to specific audiences ("dynamic features")This could drive a significant size increase for some apps, both download size and size on disk

**EXHIBIT 136.R-023**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332839.R

Appendix

EXHIBIT 136.R-024

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332840.R

# Financials

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-025**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332841.R

## P&L economics of program to **mitigate against $2 Bn + of margin over 2019-2022**

| Investment (P&L Impact) | Risk/Investment Considerations |
|---|---|

|  |  | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| **Top Dev Offerings (P&L Impact)** | Cloud Program | $58 | $33 | $76 | $24 |
|  | Ads Program | $59 | $83 | $83 | $83 |
|  | Marketing* | $63 | $94 | $94 | $94 |
|  | eSports | $11 | $34 | $75 | $75 |
|  | Payroll | $13 | $21 | $21 | $21 |
| **Dev Offerings P&L Impact (A)** |  | **$204** | **$265** | **$349** | **$297** |
| *BC Ask to start with* |  | *$210* | *$223* | *$97* | *$45* |
| **Samsung P&L Impact (B)** |  | **$70** | **$60** | **$60** | **$60** |
| **Total P&L Impact (A+B)** |  | **$274** | **$325** | **$409** | **$357** |
| *BC Ask to start with* |  | *$280* | *$283* | *$157* | *$105* |
| **Risk Mitigation** |  | **$100** | **$320** | **$560** | **$750** |
| *Total Risk* |  | *$120* | *$370* | *$630* | *$840* |

*Marketing line item includes YT presence grants

- **Mitigate against $2 Bn + of margin risk over 2019-2022.** ~90% to be mitigated by these programs; requiring early investment to protect against risk growth

- By 2022, we will be investing $350-$400 M/year against ~$840 M of annual risk

- Opportunity to optimize Dev Offering investment based on success of Samsung deal

Confidential + Proprietary

- Marketing line includes YT presence grants and also accounts for incrementality from marketing spend

**EXHIBIT 136.R-026**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332842.R



- Net Value: Mitigation - Investment

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**EXHIBIT 136.R-027**

GOOG-PLAY-003332843.R



- Play Revenue = Apps & Games + Ads on Play
- 2019 Assumptions:
- Epic Store to launch Q4 2019
- Risk from Samsung and Amazon store already underway with existing stores and already known co-listing of top developers (Niantic's Harry Potter and NCSoft's Lineage M)
- A couple of partial exclusives off-play expected to occur in 2019
- Play would still retain at least ~50% of the top developers in 2019 with most likely defection of top developers ramping up to 100% in 2020
- https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYINZ-M-6wptQwT8Alxyf4Ns/edit?ts=5c807718#gid=1323652187

**EXHIBIT 136.R-028**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332844.R

# Hypothetical Hug and Samsung, Hug wound down after year 2

## Margin Impact (2019 - 2022)

|  | 2019 | 2020 | 2021 | 2022 | 4 Year Value |
|---|---|---|---|---|---|
| **Starting risk** | $120 M | $370 M | $630 M | $840 M | **$1,970 M** |
| Hug mitigation | $50 M | $190 M | $90 M | $0 M | $320 M |
| Samsung mitigation | $0 M | $80 M | $330 M | $500 M | $900 M |
| **Total mitigation** | $50 M | $260 M | $420 M | $500 M | **$1,220 M** |
| *Remaining risk* | *$80 M* | *$110 M* | *$210 M* | *$340 M* | *$740 M* |
| Hug investment | $210 M | $280 M | $0 M | $0 M | $490 M |
| Samsung investment | $70 M | $60 M | $60 M | $60 M | $250 M |
| **Total investment** | $280 M | $340 M | $60 M | $60 M | **$740 M** |
| **Net value** | -$230 M | -$80 M | $360 M | $440 M | **$480 M** |

For simplicity, wound Hug down to 0

Samsung deal investment does not include any additional TVC/OpEx/HC costs for product offerings

Privileged and Confidential

- Source sheet:
- https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYINZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

**EXHIBIT 136.R-029**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332845.R

# Hug + Samsung deal together

## Margin Impact (2019 – 2022)

| | 2019 | 2020 | 2021 | 2022 | | 2 Year Value | 4 Year Value |
|---|---|---|---|---|---|---|---|
| **Starting risk** | $120 M | $370 M | $630 M | $840 M | | **$490 M** | **$1,970 M** |
| **Combined** | | | | | | | |
| Mitigation | $100 M | $320 M | $560 M | $750 M | | $420 M | $1,720 M |
| Total investment | $280 M | $340 M | $410 M | $410 M | | $620 M | $1,440 M |
| **Net value** | -$180 M | -$20 M | $150 M | $340 M | | **-$200 M** | **$280 M** |
| **Standalone** | | | | | | | |
| Hug mitigation | $50 M | $190 M | $370 M | $520 M | | $230 M | $1,130 M |
| Hug investment | $210 M | $280 M | $350 M | $350 M | | $490 M | $1,190 M |
| **Net value** | -$160 M | -$100 M | $20 M | $180 M | | **-$260 M** | **-$60 M** |
| Samsung mitigation | $100 M | $220 M | $370 M | $500 M | | $310 M | $1,180 M |
| Samsung investment | $70 M | $60 M | $60 M | $60 M | | $130 M | $250 M |
| **Net value** | $30 M | $160 M | $310 M | $440 M | | **$180 M** | **$930 M** |

Together, mitigates most of the risk and is net value positive

but both are expensive

Net value starts negative, turns positive in year 3+

Invest ahead of major risk to prevent contagion effect

Samsung deal has higher value prop, but uncertainty of timing

If deal lands, can revisit Hug scope to further optimize

Samsung deal investment does not include any additional TVC/OpEx/HC costs for product offerings

Privileged and Confidential

- Source sheet:
- https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYINZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

**EXHIBIT 136.R-030**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332846.R

# Hug only (no Samsung deal)

## Margin Impact (2019 - 2022)

|  | 2019 | 2020 | 2021 | 2022 | | 4 Year Value |
|---|---|---|---|---|---|---|
| **Starting risk** | $120 M | $370 M | $630 M | $840 M | | $1,970 M |
| **Hug mitigation** | $50 M | $190 M | $370 M | $520 M | | $1,130 M |
| *Remaining risk* | *$80 M* | *$180 M* | *$260 M* | *$320 M* | | *$840 M* |
| **Hug investment** | $210 M | $280 M | $350 M | $350 M | | $1,190 M |
| **Net value** | -$160 M | -$100 M | $20 M | $180 M | | -$60 M |

Privileged and Confidential

- Source sheet:
- https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYINZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

**EXHIBIT 136.R-031**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332847.R

# P&L economics of program to mitigate against $2 Bn+ of margin over 2019-2022

| Play Profitability Plan of Record | millions, USD | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| | Net Revenue | $10,522 | $12,266 | $14,124 | $16,063 |
| | Operating Profit | $6,195 | $7,400 | $8,624 | $9,901 |
| | Op Profit Margin | 58.9% | 60.3% | 61.1% | 61.6% |

| | | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Top Dev Offerings (P&L Impact) | Cloud Program | $58 | $33 | $76 | $24 |
| | Ads Program | $59 | $83 | $83 | $83 |
| | Marketing* | $63 | $94 | $94 | $94 |
| | eSports | $17 | $49 | $75 | $75 |
| | Payroll | $13 | $21 | $21 | $21 |
| **Dev Offerings P&L Impact (A)** | | **$210** | **$281** | **$349** | **$297** |
| BC Ask to start with | | $210 | $223 | $97 | $45 |

Play/Mktg: $14 M
Cloud: $3 M
Ads: $4 M

| **Samsung P&L Impact (B)** | | **$70** | **$60** | **$60** | **$60** |
|---|---|---|---|---|---|

| **Total P&L Impact (A+B)** | | **$280** | **$341** | **$409** | **$357** |
|---|---|---|---|---|---|
| BC Ask to start with | | $280 | $283 | $157 | $105 |
| % of Plan of Record Op Profit | | 4.5% | 4.6% | 4.7% | 3.6% |

**Risk Mitigation: $2 Bn + of margin risk over 2019-2022. ~90% to be mitigated by these programs; requiring early investment to mitigate risk growth**

Notes: *Marketing line item includes YT presence grants

Financial outlay assumes:
- Ads Credit capped at $100 M annually
- Cloud Credits scale at 2% of Play Spend for 3 years, with usage ramping y/y
- Marketing (including YT Presence grants) capped at $94 M annually
- eSports: Phased approach scaling from $17M in 2019 to $75M in 2021

| Impact on PA P&Ls (inclusive of HC) | | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| | Play | -$214 | -$300 | -$358 | -$306 |
| | Cloud | -$1 | $51 | $41 | $41 |
| | Ads | -$65 | -$92 | -$92 | -$92 |
| | Youtube | $0 | $0 | $0 | $0 |
| | Google P&L | -$280 | -$341 | -$409 | -$357 |

Confidential + Proprietary

- Marketing line includes YT presence grants and also accounts for incrementality from marketing spend

**EXHIBIT 136.R-032**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332848.R

# Top Developer Support

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-033**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332849.R

# Developer Value View

| | Projected 2020 Play Spend | Value To Developer | | | | | | P&L cost |
|---|---|---|---|---|---|---|---|---|
| | | Build & Test | Launch | User Acquisition | Community Development | Total | Effective Rev Share Boost | |
| Riot | $550 | $6 | $15 | $6 | $0 | $27 | 5% | $20 |
| Niantic | $700 | $0 | $18 | $3 | $1 | $22 | 3% | $20 |
| NCSOFT | $1,200 | $22 | $12 | $3 | $1 | $38 | 3% | $20 |
| NEXON | $150 | $3 | $3 | $3 | $2 | $11 | 7% | $9 |
| Nintendo | $600 | $13 | $7 | $5 | $2 | $27 | 5% | $17 |
| mixi | $300 | $5 | $3 | $1 | $1 | $10 | 3% | $7 |
| Supercell | $850 | $15 | $1 | $11 | $10 | $37 | 4% | $23 |
| Pokemon | $150 | $2 | $5 | $1 | $1 | $9 | 6% | $8 |
| Ubisoft | $300 | $1 | $2 | $5 | $0 | $8 | 3% | $7 |

millions, USD

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-034**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332850.R

# Developer List

| AAA PC / Console | Concentrated Mobile Majors | Strategic Mobile Majors |
|---|---|---|
| 1. Riot | 1. NCsoft | 1. Supercell |
| 2. Activision | 2. Nexon | 2. King |
| 3. Blizzard | 3. Square Enix | 3. Niantic |
| 4. Ubisoft | 4. Aniplex | 4. Netmarble |
| 5. Electronic Arts | 5. Mixi | 5. Netease |
| 6. Bethesda | 6. Pearl Abyss | 6. Com2us |
| 7. Nintendo | 7. Bandai Namco | 7. Tencent |
| | | 8. Pokemon |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-035**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332851.R

# Developer Eligibility Criteria and Obligations

**Developer Eligibility**

- AAA console / PC developer launching new mobile title

- 'Mobile Major' with geo concentrated revenue; preparing to expand internationally

- 'Mobile Major' launching new title (or major update), or re-engagement campaign for existing title

- *['Community Development' only]* Title has eSports characteristics, and robust YT presence

**Developer Obligations**

- Launch on Play on "day 1" of mobile launch

- Keep title available on Play

- Maintain game experience parity across platforms

- Co-invest behind Play title (primarily marketing + ads)

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-036**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332852.R

# Ads SVAs for Hug Devs: $16M and 12 FTE

| SVA Description | Team | Opex | FTE |
|---|---|---|---|
| **Retention & Monetization Consult** Work with client's unique datasets to build predictive and explanatory models and provide systems integration & engineering support. | -gTech Premium Data Science -Sellside TAM -CSE -IGT *(Full proposal)* | N/A | 6 |
| **Market Expansion Insight & Support** Dedicated support for growth consulting based on Google's unique insights and DIF for bespoke market research, user experience testing, and localization | | | |
| **Creative Services** Access to internal creative teams and DIF for 3rd party vendors to create high quality ad units at scale. Use Google's newest technology to support innovative campaigns. | gTech Premium Creative Services | $5.2M | 3 |
| **DIF (Discretionary Funds)** Dollars allocated to developers to be used for mutually agreed upon external strategic projects, such as 3rd party research study or 3rd party creative development | N/A | $11M *($500K for 22 devs)* | N/A |
| **Program Management** Manages SVA distribution, commercialization, and day-to-day ops. Liaise with partner teams (finance, Play, partnerships, etc). Build tools for tracking infrastructure, performance evaluation, and expansion strategy. | -Apps GPL -StratOps | N/A | 3 |

SVAs map to 3 areas of least satisfaction for Play game developers, DSAT survey 2018; gTech Premium Services

**EXHIBIT 136.R-037**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332853.R

# Ads Credit Program for Hug devs: $100M and 2 TVCs

| | |
|---|---|
| **Total Ask** | **$100M, distributed by Play for new title launches & new market expansion.** Ad credit amount per developer will be based on developer's Play spend level, Play strategic importance, and ad spend level. Ad credit not to exceed 5% of Play spend per dev, and not to exceed 33% of UAC spend per dev.<br><br>**2 TVCs to support pilot**: 1 for accounting, 1 for ads finance |
| **Duration** | **2019 + 2020 (~1.5 year pilot):** KPI check in every 6 months; will evaluate program for continuation. |
| **Target Developers** | **22 Hug Developers:** Full list here; primary developer geos include US, JP, KR, UK. Credits to be distributed when devs are launching new mobile titles, or want to grow existing titles, either via international expansion or user re-engagement |
| **Framing to Developers** | • Play is co-investing alongside qualifying developers to drive Paid User Acquisition for key campaigns (similar to MDF structure)<br><br>• For example, Play will invest alongside developers who qualify for (1) 'Move-to-Mobile' program, (2) 'Go Global' program, or (3) Expanded Play 'Tentpole' Moments |

**EXHIBIT 136.R-038**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332854.R

# What about Unknown Sources?

- **Developers have choice on Android (key distinction from Apple). Changes to 'Unknown Sources' create legal / regulatory challenges**

- **We want developers to actively choose Google, and we want happy customers**

- **Risk still remains even with changes to Unknown Sources**

  - Worse developer sentiment; "app store tax" meme acceleration

  - Alternative stores can still be preloaded

  - Sideloading remains

**EXHIBIT 136.R-039**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332855.R

# Epic / Fortnite

**Fortnite is active on ~6M Android devices**

**We estimate Fortnite would have been substantially more successful had they launched on Play**

**However, other developers might follow Epic's path for various reasons:**

- Every developer that follows Epic's path & launches on the Epic store will have less friction & a larger addressable user base than title before it.

- Developers can afford to take a ~20% performance hit on Epic store (due to 88% rev share) and still break-even. Or a ~30% hit in performance if they decide to go-it-alone.

- Developers place value on owning the entire customer relationship beyond what we assessed in our short-term analysis of Fortnite performance.

- PC / Console developers that have long term relationships with their customers already have a good knowledge of which users drive spend.  They can directly convert those players over to the mobile version.

- Tencent ownership of influential developers might bias their choices.

**EXHIBIT 136.R-040**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332856.R

## Play Concentration

**2019 Projected Play Spend = $28B**



| Developers | OEM | Geo | Users |
|---|---|---|---|
| 22 devs 32% | Samsung 50% | US 29% / JP 22% / KR 13% | HVUs 50% |

**Play is vulnerable to advances by other players in ecosystem**

**EXHIBIT 136.R-041**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332857.R

Samsung

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-042**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332858.R

# Preliminary Term Sheet (1/2)

| | |
|---|---|
| **Payment & duration** | • **$250M paid over 4 years** (paid as $50M[1] annual payment) |
| **Play backend to Galaxy Store frontend (Alley-oop)** | • **Surface area:** All Samsung-owned surface areas that facilitate download of Android mobile apps, including Galaxy Store and Game Launcher<br>• **Catalog:** Apps with unique functionality or offers for Samsung users<br>• **Store layout:** Samsung continues to curate content and do top-level promotion |
| **Samsung exclusive content** | • **Process:** Play will build functionality to allow developers to set up Samsung-exclusive content (lootdrops, titles, pre-reg bonus) and duration. Samsung and developer negotiate terms<br>• **Duration:** Exclusives must be time-bound; once exclusives expire, content will be generally available to all Play users |
| **Play Points** | • Establish **Samsung as a lead OEM partner** in the Google Play Points program<br>  ○ Gold Play Points status for Samsung flagship device buyers, subject to **$10M**/year[2] investment cap by Google for 1 year<br>  ○ Enhanced point promos (accumulation and redemption) |
| **Co-Marketing** | • Google to provide **exclusive or first access co-marketing opportunities** to Samsung<br>  ○ Lootdrop starter packs for new device purchases<br>  ○ Sponsorship of future esports events and geo-specific gaming conferences (e.g., Tokyo Game Show, Taiwan Game Show) |

1. $50M is ~1.4% of Play rev on SS devices, ~5% of SS TAC (details)  2. Targeting 3M devices (Source: IDC - 2018 phone sales by price tier in JP, KR, US), assuming 1/3rd redemption rate; $7 - $12 cost/phone

AC PRIVILEGED // REFLECTS LEGAL ADVICE

• Play Points cost details: Number of eligible devices based on IDC 2018 device sales by price tier in JP, KR, US; program cost ($7 - $12/device) driven by $3 in Play credits for apps/games, $1.5-$2.25 in weekly rewards, (JP only) ~$5 for Play Books/Movies credits, $2-3/device due to higher points earning per KRW1,000/JPY100/USD spent

**EXHIBIT 136.R-043**

GOOG-PLAY-003332859.R

# Preliminary Term Sheet (2/2)

| | |
|---|---|
| **Syndicated ads** | <ul><li>Syndicate Google Ad products on Samsung-owned surfaces *(-1, Galaxy Store, game launcher)*</li><ul><li>Samsung to integrate Google Ad products (starting with Google AdMob SDK) into N-1 Bixby Home Feed, Galaxy Store, and Game Launcher; Ads direct users to Play download</li><li>Google to provide Ads optimization consulting and access to ML optimization for Ads</li><li>Samsung to get syndicated Ads rev share (AdMob model). *(68% is standard but can be higher)*</li></ul></ul> |
| **Google gets** | **Must "haves":**<ul><li>**Play hosts all app apks**; and provides **billing, security and updates**. Excludes non-mobile apps (e.g. Wear, TV), stickers, themes, and game pre-loads</li><li>Play and Galaxy Store are exclusive app stores on **Default Home Screen**</li><li>Samsung agrees to adopt **Android Game standards** (to be defined over time)</li></ul>**Additional asks for initial term-sheet (may fall away depending on negotiation):**<ul><li>Samsung to use Google Ad products in Samsung-owned surface areas that show ads (e.g., N-1 screen, Galaxy Store, and Game Launcher; specifics to be detailed by jurisdiction)</li></ul> |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-044**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332860.R

# To achieve our "gets" and help Samsung's goals, we recommend a set of Product and Financial "gives" based on guiding principles

**Product**

- **Need Product offers** to create tighter and long-term integration with Play; reduce need for pure economic incentives

- Prioritize product offers that are **simultaneously beneficial to Samsung and the broader Android gaming ecosystem**

**Financial**

- **Financial agreement** to help Samsung's services revenue goal and justify deprioritizing the Galaxy Store (est 2019 profit: -$30M to 60M)

- **Offer separate from RSA 3.0 negotiation** given uncertainty on our approach and timing given current events

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-045**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332861.R

PRODUCT OFFERS — Play as backend to Galaxy Store frontend

# Play backend to Galaxy Store frontend - how it would work

| | |
|---|---|
| **Overview** | - **Surface area:** All Samsung-owned surface areas that facilitate download of Android mobile apps, including Galaxy Store and Game Launcher<br>- **Catalog:** Apps with unique functionality or offers for Samsung users<br>- **Store layout:** Samsung continues to curate content and do top-level promotion |
| **Risks and Mitigations** | **Lost Play Ads revenue due to shift of Play users to Galaxy Store**<br>*Mitigation:*<br>- Limited Samsung catalog, and all exclusives will be on Play — unlikely to shift impressions<br>- Capped promotion space in the Galaxy Store<br>- Providing 33% rev share for Play syndicated ads on Samsung-owned surfaces<br>**Play brand dilution**<br>*Mitigation:* Prominent Play branding on download/purchase screens<br>**Samsung reverts to 1P backend** and promotes Galaxy Store after deal expires<br>*Mitigation:*<br>- De-commodify app distribution via Play product investments (e.g., app bundles, dynamic features)<br>- Limit Samsung catalog to apps with unique functionality or offers for Samsung users |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-046**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332862.R

FINANCIAL OFFERS — Lumpsum Payment

# Likely 2019 net profit of Galaxy Store: -$30M to $60M profits
*Based on extrapolating public estimates of Samsung's Korean app business*

## Assumptions

**Samsung KR business is 2-3% of Android App Spend[1]**
- $80-120M consumer spend in KR

**Samsung revenue share is 20-30%**
- $24-35M Samsung net revenue in KR

**Relative monetization of Play vs. Galaxy Store in KR is 13%**
- Galaxy Store KR revenue / MAU = $0.24 (13% of Play)

**Relative Play/Galaxy Store monetization in KR applies globally**
- Galaxy Store consumer spend globally → $360-545M

**250 HC OPEX to run the store**
- Roughly 15% size of Play team

**Ads revenue: ~$10M**
- Based on impressions and CTR data shared by Samsung at GDC

| Global estimate, $M | Low | High |
|---|---|---|
| Galaxy Store Consumer Spend | $360 | $545 |
| **Galaxy store revenue** *(20-30% of spend)* | **$70** | **$165** |
| Payment processing cost *(~3% of spend)* | -$10 | -$15 |
| Operating cost *(~250 HC)* | -$100 | -$100 |
| **Net profit (IAPs only)** | **-$40** | **$50** |
| Ads revenue | $10 | $10 |
| **Total net profit (incl Ads)** | **-$30** | **$60** |

**Link to overall proposal**

Source: Korean industry articles; Samsung Galaxy Apps partner program, Play Finance Galaxy Store profit model          AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-047**

FINANCIAL OFFERS — Play Points

# Integrate Samsung with Play Points program to help drive Samsung device sales and user engagement

| Proposal | Details | Considerations |
|---|---|---|
| Samsung device buyers, **enroll and get Gold status** | • **Eligibility:** Users that purchase an ultra-premium Samsung device (Galaxy S+, Note, Fold)<br>• **Region:** US, JP, & KR<br>• **Duration:** one quarter per year<br>• **Cost:** ~$10M of discounts[1] | • Helps drive Samsung phone sales<br>• Promotes Play Points among flagship device owners<br>• High potential cost (>$70M) if offered year round for all flagship devices |
| Samsung Play Points users get **enhanced points earning and redemption** | • **Eligibility:** Samsung flagship device owners<br>• **Region:** Korea<br>• **Duration:** periodic short term promos<br>• **Costs:** <$1M for individual developer & game promos<br>• Could scale this program to desired size | • Helps Samsung engage with gaming focused, millennial users |

1. Number of eligible devices based on IDC 2018 device sales by price tier in JP, KR, US; program cost ($7 - $12/device) driven by $3 in Play credits for apps/games, $1.5-$2.25 in weekly rewards, (JP only) ~$5 for Play Books/Movies credits, $2-3/device due to higher points earning per KRW1,000/JPY100/USD spent

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 136.R-048**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY-003332864.R