

# Google Strategic Partnership with Activision Blizzard King (ABK)

Attorney Client Privileged

Dec 2019

Privileged and
Confidential



EXHIBIT 151.R

EXHIBIT 151.R-001

GOOG-PLAY-007173346

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

This document is now locked

It was presented to BC on Dec 18th 2019

The general structure and the amounts were approved

Please reach out to Karen Aviram Beatty @ or Marc Theermann @ with questions

**EXHIBIT 151.R-002**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173347

# Executive Summary - ABK

## Deal Overview:

Our Play, Cloud, Ads, and YouTube leadership teams are excited to put forth this xPA deal with one of the most important game publishers in the world. Activision Blizzard King (ABK) is part of the target list of 22 developers approved by BC for Project Hug.  Purpose of this deal:  solidify Play relationship and provide further xPA incentivisation and velocity.

Opportunity to secure a competitive $230M GCP commit for greenfield account, make sure Activision continues to grow on Play, receive agreement to launch on Stadia, and attain exclusive Esports license.

## Guarantees to Google:

- Continued Play partnership for ABK titles; Standard Hug developer obligations + Consumer Spend commitment
- $230M Cloud commitment over 3-4 years
- $345M in Ads spend commitment over 3 years
- Exclusive eSports distribution license for YouTube
- Commitment to partner on Stadia (deal terms TBD)

## Guarantees to ABK (for each of 3 years):

- GCP credits equal to 2% of Play consumer spend (no cap)
- UAC Matching credits: $1 UAC ads credit for every $3 ABK spends in UAC ($35M/year cap)
- Co-marketing funds: $1 in co-marketing funding for every $3 of ABK marketing spend ($20M/year cap)
- eSports Licensing: $45M for exclusive eSports distribution license for YouTube

---

- Our Play, Cloud, Ads, and YouTube leadership teams are excited to put forth this xPA deal with one of the most important game publishers in the world, Activision Blizzard King (ABK).

- This deal would solidify our Play relationship and ABK's commitment to our platform, cement a premier top gaming partner on Cloud, increase our gaming ads revenue, and bring an important source of gaming content to YouTube.

**EXHIBIT 151.R-003**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173348

Slide 3

1

# Redacted - Privilege

Karen Aviram Beatty, 12/18/2019

2   _Marked as resolved_
Karen Aviram Beatty, 12/18/2019

2   _Re-opened_
Henry So, 12/18/2019

3   This may change our analysis and I have operational concerns as well. Can we discuss please before we present to BC?
Henry So, 12/18/2019

1   will ping you over GVC
Marc Theermann, 12/18/2019

1   Would we be able to discuss the ads commit piece, particularly how we plan to execute in the event they do not meet it?
Henry So, 12/18/2019

2

# Redacted - Privilege

We also discussed the manual nature of the execution of this deal, and the operational challenges. We will likely need additional resources this and other deals like this.
Marc Theermann, 12/18/2019

**EXHIBIT 151.R-004**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173349



- Product determined we'd be able to absorb $300M-$500M credits on UAC without adversely affecting the auction
- Based on this, we don't believe the ABK deal should pose any risk to the overall auction

**EXHIBIT 151.R-005**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173350

# Activision Google partnership: requiring BC approval

| | Google Gets | Google Gives | BC approval required for |
|---|---|---|---|
| **Cloud** | $230M commit over 3-4 years<br>Grow ABK business on GCP + Migrate their entire enterprise to G-Suite in 2020 + ABK agrees to public endorsement | ~$60M GCP credits over 3 years<br>Credits equal to 2% of Play consumer spend (no cap) | *BC approved under Hug* |
| **Ads** | Grow ads revenue<br>By incentivizing UAC spend via matching credits. ABK willing to commit $115M/year in min ad spend | Max $105M Ads matching credits over 3 years<br>$1 credit for every $3 ABK spends in UAC<br>Max amount = $35M/year<br>(We would terminate the current King Hug deal) | 2 year extension of Hug<br>($35M in Year 2 & $35M in Year 3) |
| **Play** | Mitigate risk on Play store<br>Ensure SIM-ship of ABK titles, commitment to our retail environment, and Play prioritization. Address Play Rev Share concern | Max $60M co-marketing over 3 years<br>$1 credit for every $3 ABK spends<br>Max amount = $20M/year | 2 year extension of Hug<br>($20M in Year 2 & $20M in Year 3) |
| **YouTube** | Increase YT viewership<br>By securing exclusive rights to Esports leagues | $135M payment over 3 years<br>Exclusive distribution license for Esports leagues<br>($40/45/50 in years 1/2/3) | $135M payment<br>($85M from Cloud;<br>$22 from YT;<br>$28M from ???) |

Google

- Note: Ad Manager excluded due to separate contract negotiations, current deal expires February 2020

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 151.R-006**

GOOG-PLAY-007173351

# Credits and Licensing Costs

**$115M:** have already been approved by BC for Project Hug
**$245M:** require BC approval for funding

| | Year 1 | Year 2 | Year 3 | Total |
|---|---|---|---|---|
| GCP Credits | $20M | $20M | $20M | $60M |
| UAC Matching Credits | $35M | $35M | $35M | $105M |
| Co-Marketing | $20M | $20M | $20M | $60M |
| Esports Licensing | $40M | $45M | $50M | $135M |
| Total | $115M | $120M | $125M | $360M |

Google

- ABK wants $45M more vs this proposal
- $15M in GCP credits (2.5% of Play consumer spend) AND
- $10M more per year for Esports licensing ($50/55/60)

**EXHIBIT 151.R-007**

GOOG-PLAY-007173352

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

 PA willingness to pay for Esports license



- Cloud  - YT  - Unassigned

**Reason for Google to allocate these funds:**

This deal helps to solidify ABK's commitment to our **Play** platform. cement a premier top gaming partner on **Cloud**, increase our gaming **Ads** revenue, and bring an important source of gaming content to **YouTube**.

Google

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 151.R-008**

GOOG-PLAY-007173353



## xPA Goals & Risks for Activision Deal
Create a deeper relationship with one of the largest gaming publishers in the world

| | PA Goals | PA Risk | Potential revenue per year (at risk) |
|---|---|---|---|
| **Play** | **Sim-ship:** Launch ABK titles on Play on 'Day 1' of mobile launch<br>**Title Parity:** Maintain game feature/content parity across mobile platforms<br>**Quality:** Maintain high quality (4.0 star) | Activision has told us that they will build their own mobile store.<br>Tencent portfolio exploring other business models to take revenues off Play.<br>Epic's side loading Fortnite launcher turned into Epic Mobile Game store. | Est. $243M per year (Alternative business models might create slow drain, or irrational decisions might put more revenue at risk. King titles currently secured with 1 year Hug deal, which ends in 2020) |
| **Ads** | Grow ads revenue by incentivizing UAC spend via matching credits | In a scenario where ABK pulls their games from the store, the mobile performance revenue would go to zero on Android and reduce on iOS | $100M+ in 2020 (75% at risk. Some spending might remain, but more would move to other channels) |
| **Cloud** | Growing ABK's business on GCP.  Migrate enterprise to G-Suite in 2020 + ABK agrees to public endorsement | Lose important gaming client to AMZN | $230M Commitment over 3 years (binary. 100% at risk) |
| **YouTube** | Increase YT viewership by securing exclusive rights to Esports leagues & stop User Generated Content revenue share discussion | Current YT business largely untouched, but they could start claiming UGC or take down content. Twitch would continue to own gaming narrative | ABK gross revenue YTD for UGC content across their IP is $45.8M [link] |
| **Stadia** | Drive Stadia adoption and player growth by securing AAA/high ROI content | Long-term gap in Stadia's content portfolio | |

- Parity on a title by title basis?

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 151.R-009**

GOOG-PLAY-007173354

# Financial Summary

**Contribution Margin by PA** (before any transfers and x-PA allocations)

| ($M) | Contribution Margin | CM vs Hug | Comment |
|---|---|---|---|
| Play | $680 | -$40 | Hug terms extended for 2 years |
| Ads | $281 | -$70 | Hug terms extended for 2 years |
| Cloud | $75 | $68 | $230M Cloud commit |
| YouTube | -$113 | -$113 | $135M eSports licensing payment |
| **TOTAL** | **$923** | **-$154** | |
| *Cloud / YT (combined)* | *-$37* | *-$44* | |

**Sensitivity Analysis:** Contribution Margin of Cloud / YT (combined)

($M)    **Size of Cloud Commitment**

| YouTube Fee | 150 | 200 | 230 | 275 | 300 | 325 | 345 |
|---|---|---|---|---|---|---|---|
| 45 | $9 | $36 | $53 | $77 | $90 | $104 | $115 |
| 75 | -$21 | $6 | $23 | $47 | $60 | $74 | $85 |
| 85 | -$31 | -$4 | $13 | $37 | $50 | $64 | $75 |
| 120 | -$66 | -$39 | -$22 | $2 | $15 | $29 | $40 |
| 135 | -$81 | -$54 | -$37 | -$13 | $0 | $14 | $25 |

## Finance Summary PoV

- The value exchange of the proposed deal is negative relative to a standard Hug deal.

- However, ABK has stated that they will NOT sign a standalone Hug deal (when King deal expires in 2020).

- Therefore, whether or not to do this deal should hinge on (i) strategic value to Cloud above the revenue commitment and/or (ii) a belief that not doing a deal exposes Play to material risk

- Allocation to PAs of $135m licensing payment is still tbd. We expect accounting assessment by Fri; initial estimate is 60+% to Cloud; <40% to Play.

- As an indication of value, it is instructive to understand how much each PA would be willing to contribute to fund the deal. Current inputs: Cloud - $40-$85m; YT - up to $22m; and Play still evaluating; leaving a *funding gap* of ~$28m

- YouTube revenue is based on speculative ad tech that hasn't yet been built. Product delays or other shortfalls could decrease the $22M that YouTube thinks it could earn from this content. (The momentum run rate of the revenue generation is $3M).

Google

Privileged and Confidential

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 151.R-010**

GOOG-PLAY-007173355



# Detailed Explanation of Deal Components

Google

Privileged and Confidential

EXHIBIT 151.R-011

GOOG-PLAY-007173356

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

 Why is Activision Blizzard King important to Google Play

● One of strongest gaming IP portfolios & many are still coming to mobile
  ○ **Candy Crush** top grossing franchise in US app stores 2018 & 2019
  ○ **CoD** best selling console game for 10+ years
  ○ **World of Warcraft, Diablo, StarCraft, & Overwatch** are all strong console & PC franchises with  real mobile potential

● ABKs existing mobile franchises are high-performing & beloved by Android users
  ○ **377M** installs, **245M** MAU
  ○ **$761M** consumer spend
  ○ **5%** of Play HVUs

● Strong performance forecasted through 2023; its in Play's best interest to secure ABK catalog for Android



Existing franchises drove $761M on Play in 2019 (YTD) & are expected to sustain growth

2019 consumer spend + 2020 forecast

● note : HVU = users who spend >$1500 a year

**EXHIBIT 151.R-012**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173357

 Activision Blizzard King GCP deal

- The GCP commit is $230M over 4 years. We believe the consumption will be much higher as ABKs budget (confirmed by CIO) is closer to $1B over 4 years.
- First Tencent portfolio company on GCP
- ABK Global CIO, our key cloud executive (Jacques Erasmus), comes from King. We have a very strong relationship and he is inclined to work with GCP and publicly talk about GCP. King has already agreed to a public use case on their GCP usage. We would like to feature ABK at our cloud events to drive growth in the games vertical in cloud.
- AWS is currently their preferred cloud provider. Having the top 3 largest game publisher speak highly of their GCP implementation will help grow our cloud business in games.
- Amazon is positioning AWS + Twitch as their core value proposition and favorable commercials
- ABK CIO also open to drive full GSuite migration from O365 ($2m / year)

Note:
- We believe that AWS is asking for a $300M commitment over 3 years - possibly connected to a $100M Twitch broadcasting licensing offer over 2 years

EXHIBIT 151.R-013

GOOG-PLAY-007173358

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

# YouTube Content Licensing
*(Activision/Blizzard Esports)*

- **About**: Despite the declines of Overwatch from a UGC perspective, the Overwatch and Call of Duty Esports league are cornerstones of the Esports industry, and a quintessential example of high end Esports productions. These leagues would be incredibly valuable to YouTube on an exclusive basis as part of our efforts to grow Live Gaming and Account Linking, but **we have stayed away from acquiring these rights due to astronomical costs** and have deferred to AMIP Live Gaming, and Account Linking as better investment paths.

- **Ads (no improvements)**: All revenues on O&O channels would be recoupable, however, YouTube isn't inventory constrained in Gaming, and due to Brand Safety concerns, aren't monetizing Live like we do for Uploaded content. In addition to this, we are lacking significant ad product features that would allow us to maximize impressions across the content. Because of this, **the ads recoupment is limited to only $2.1M over the duration of the deal in its entirety.**

- **Ads (ad improvements)**: If YouTube was willing to commit by January 2021 to ad products such as DAI coverage, interest based ads, demand diversity, and ad podding, **we could recoup up to $31.4M over the duration of the deal.** This assumes ad-tech work to improve monetization and as well as premium CPMs and STRs.

- *Cost: $135M over 3-years*

- RPH: Revenue per Hour

**EXHIBIT 151.R-014**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173359



Detail Financial Models

Google

Privileged and
Confidential

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 151.R-015**

GOOG-PLAY-007173360

# Accounting Operationalization Concerns

| Risk factor | Explanation | Possible blocker? |
|---|---|---|
| Technical accounting assessment | • This deal is **unprecedented in its complexity and xPA implications**<br>• The payments to ABK for the YT eSports distribution rights, and potentially the Stadia-related payments, introduce a substantial amount of contra-revenue, and **the exact contra-revenue allocation is not yet finalized (expected to be borne by Cloud and Play at this time)**<br>• Due to expanded segment reporting from Project Sushi, there will be an increased need to reflect each PA's revenue/margins accurately<br>• Alphabet Technical Accounting and EY are engaged, but **finalizing the proper accounting assessment will take time and current thinking could change based on the final contractual terms** | **Yes (if results are unacceptable to impacted PAs)** |
| Entity (mis)alignment | **Redacted - Privilege** | **Yes** |
| Manual support | • There is **no automated solution in place** that supports xPA transactions<br>• Properly accounting for this deal, and supporting it, will be extremely manual and time-intensive<br>• Additional HC may be required by impacted PAs | No (pending resources) |

Google

**EXHIBIT 151.R-016**

GOOG-PLAY-007173361

# Ads Finance Model

| CASE | BASE | BASE | BASE | BASE | BASE |
|---|---|---|---|---|---|
| ($M) | 2020 | 2021 | 2022 | 2023 | 2020-2023 |
| Play Spend | $810 | $830 | $810 | $790 | $3,240 |
| | | | | | |
| Ads - Non-UAC Spend | $55 | $69 | $81 | $91 | $296 |
| Ads - UAC Spend NOT eligible for Credits | $5 | $7 | $8 | $10 | $30 |
| Ads - UAC Spend eligible for Credits | $96 | $127 | $160 | $192 | $575 |
| Total Ads Spend | $156 | $203 | $249 | $293 | $901 |
| Ads payments to 3rd-parties - Aggregate | $66 | $85 | $105 | $123 | $378 |
| Ads Cost to Serve (TI & Other) | $23 | $30 | $37 | $44 | $135 |
| **Ads Contribution Margin (pre-credits)** | **$67** | **$87** | **$107** | **$126** | **$387** |
| Ads Contribution Margin (pre-credits) % of Spend | 43% | 43% | 43% | 43% | 43% |
| | | | | | |
| Ads - DVIP Credits | $0.4 | $1.5 | $1.5 | $1.5 | $4.9 |
| Ads - UAC Credits | $32 | $35 | $35 | $0 | $102 |
| | | | | | |
| **Ads Contribution Margin (post-credits)** | **$35** | **$51** | **$71** | **$124** | **$281** |
| Ads Contribution Margin (post-credits) % of Spend | 22% | 25% | 28% | 42% | 31% |
| | | | | | |
| Ads - UAC Credits already funded by Hug | $32 | $0 | $0 | $0 | $32 |
| **Ads Contribution Margin Impact vs. Hug** | **$0** | **-$35** | **-$35** | **$0** | **-$70** |

## Summary:

1. Ads Revenue - Assumes business as usual revenue growth; **no incremental upside assumed** as part of the deal.

1. **Current volume of credits estimates a 12% loss in contribution margin vs no deal over 4 year period**

1. Based on current revenue projections, **deal would max out on credits in year 1 itself, leaving no incentive for growth beyond year 1**

**Assumptions:**
- Ads Revenue - Revenue projections based on a weighted average forecast based on momentum, business plan and sales input, with some deceleration in successive years and a 5 yr CAGR of 20%
- UAC credits assumed to be at the hug approved 33%, capped at $35M per year. No credit in year 4.
- TAC assumptions based on 2019 product mix and 2019 average TAC by product
- Contribution margin does not take into account the impact of other incentives outside of Hug and direct client DVIP

**EXHIBIT 151.R-017**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173362

Slide 16

3        Seems like a negative view of the situation. Can we clarify this comment to better reflect the reality. The Credits have a max amount that can be accumulated per year. Each year the client has to spend this amount to get the credits. So the incentive stays the same each year. It does not decrease. It is true that the incentive for growth is not captured, but the reason for that is that we were not allowed to do a DVIP for multiple years on top of this deal (as DVIPs are 1 year only).
         Marc Theermann, 12/18/2019

1        Hi Marc - I am happy to chat live, but I believe this is just a transparent view from an ads POV. I acknowledge that there are x PA benefits for this deal and that ads benefits are not a key point of the deal. Just putting some points down here for you to consider.

         1. Whether we do a DVIP deal or not, the release of these $35M in credits is not dependent on the client meeting those DVIP commitments. The only thing they lose if they don't meet their DVIP commit is the $400K - $1.5M in DIF.

         2. To put things in perspective, ABK has $112M in ads revenue this year. $100M if I only count non search which is comparable to DVIP commits.

         We are saying we will drive a  $115M commitment per year. In 2020, this is an increase of $15M vs $35M in credits, so Google will lose margin in effect.

         For year 2 and 3, the $115M = 0% over previous years, and yet they will unlock the $35M.

         Hence the point that they don't really have to grow vs 2019 to unlock their full credits
         Rekha Natarajan, 12/18/2019

**EXHIBIT 151.R-018**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173363

# Play Finance Model (without xPA transfers)

| CASE (\$M) | BASE 2020 | BASE 2021 | BASE 2022 | BASE 2023 | BASE 2020-2023 |
|---|---|---|---|---|---|
| Play Spend | $810 | $830 | $810 | $790 | $3,240 |
| | | | | | |
| Play payments to 3rd-parties | $567 | $581 | $567 | $553 | $2,268 |
| Play Cost to Serve (TI & Other) | $58 | $60 | $58 | $57 | $232 |
| **Play Contribution Margin (pre-investment)** | **$185** | **$189** | **$185** | **$180** | **$740** |
| Play Contribution Margin (pre-investment) % of Spend | 23% | 23% | 23% | 23% | 23% |
| Play Contribution Margin (pre-investment) % of Play Reven | 76% | 76% | 76% | 76% | 76% |
| | | | | | |
| Play - co-marketing investment | $20 | $20 | $20 | $0 | $60 |
| | | | | | |
| **Play Contribution Margin (post-investment)** | **$165** | **$169** | **$165** | **$180** | **$680** |
| Play Contribution Margin (post-investment) % of Spend | 20% | 20% | 20% | 23% | 21% |
| Play Contribution Margin (post-investment) % of Play Reve | 68% | 68% | 68% | 76% | 70% |
| | | | | | |
| Play - investment already funded by Hug | $27 | $0 | $0 | $0 | $27 |
| **Play Contribution Margin Impact vs. Hug** | **$7** | **-$20** | **-$20** | **$0** | **-$33** |

**Key callouts:**

1. **Play Spend: forecasted spend from ABK on Play**
   a. Driven by new title launches and existing title follow a decline curve
   b. 85% of spend driven by King
   c. -25% to +35% range variability on 4 year spend

2. **Play payments to 3rd parties:** 70% payout to developers as part of rev share

3. **Play cost to serve** includes payment processing fees, customer support and Technical Infra costs

4. **Incremental $33 M ask over 2020-2023**
   a. **Current proposal** of **$60 M** ($20 M/year) in Play co-marketing
   b. **Hug funded** one-year investment of **$27 M** in co-marketing, eSports events, YT Presence grants & Ads SVA

5. **Pure program economics view, does not reflect impact of GCP & UAC credits** on Play P&L

**EXHIBIT 151.R-019**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173364

# Cloud Finance Model (without xPA P&L transfers)

| ($M) | BASE 2020 | BASE 2021 | BASE 2022 | BASE 2023 | BASE 2020-23 |
|---|---|---|---|---|---|
| Play Spend | $810 | $830 | $810 | $790 | $3,240 |
| | | | | | |
| Cloud Spend - Gross | $47 | $78 | $110 | $125 | $361 |
| Cloud Spend Discount | 36% | 36% | 36% | 36% | |
| Cloud Spend - Net | $30 | $50 | $70 | $80 | $230 |
| Cloud Cost to Serve (TI & Other) | $14 | $23 | $32 | $37 | $106 |
| **Cloud Contribution Margin (pre-credits)** | **$16** | **$27** | **$38** | **$43** | **$124** |
| Cloud C. Margin (pre-credits) % of Net Spend | 53% | 54% | 54% | 54% | 54% |
| | | | | | |
| Cloud - Credits (for years 1-3 ONLY) | $16 | $17 | $16 | $0 | $49 |
| **Cloud Contribution Margin (post-credits)** | **$0** | **$10** | **$22** | **$43** | **$75** |
| Cloud C. Margin (pre-credits) % of Net Spend | -1% | 21% | 31% | 54% | 33% |

**Discounts**: 36% average (50% GCP Network; 22% EDP; 25% Compute VM, 15% Storage): needed to compete vs AWS

**Net Revenue**: $230m (not factoring possible spend beyond commit); back- loaded ramp is standard for GCP.

**Cost to Serve**: Technical infrastructure for client's usage

**Gross Margin**: 54%, close to 2019 GCP P&L average (52%)

**Credits**: $49m Hug credits over 3 years; no credits in year 4. *Note: these credits will be recognized as Cloud revenue (Play>Cloud transfer)*

*Not factoring possible contra- revenue for eSports Licenses costs*

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 151.R-020**

GOOG-PLAY-007173365

# Cloud Finance Margin sensitivity (with xPA P&L transfers)

| Deal Revenue (counts Hug credits as Revenue) (before YT contra) | | $200m / 4 years | $230m / 4 years | $230m / 4 years | $230m / 4 years | $520m / 4-5 y | $520m / 4-5 y |
|---|---|---|---|---|---|---|---|
| Discount on GCP Network | | 70% | 70% | 60% | 50% | 70% | 50% |
| eSports licence cost in GCP P&L | | | | | | | |
| $0 | Rev | 200 | 230 | 230 | 230 | 520 | 520 |
| | Cost to serve | 123 | 141 | 119 | 106 | 317 | 239 |
| | GM | 77 | 89 | 111 | 124 | 203 | 281 |
| | GM % | 39% | 39% | 48% | 54% | 39% | 54% |
| $43 | Rev | 157 | 187 | 187 | 187 | 477 | 477 |
| | Cost to serve | 123 | 141 | 119 | 106 | 317 | 239 |
| | GM | 34 | 46 | 68 | 81 | 160 | 238 |
| | GM % | 22% | 25% | 36% | 43% | 34% | 50% |
| $64 | Rev | 136 | 166 | 166 | 166 | 456 | 456 |
| | Cost to serve | 123 | 141 | 119 | 106 | 317 | 239 |
| | GM | 13 | 25 | 47 | 60 | 139 | 217 |
| | GM % | 10% | 15% | 28% | 36% | 30% | 48% |
| $85 | Rev | 115 | 145 | 145 | 145 | 435 | 435 |
| | Cost to serve | 123 | 141 | 119 | 106 | 317 | 239 |
| | GM | -8 | 4 | 26 | 39 | 118 | 196 |
| | GM % | -7% | 3% | 18% | 27% | 27% | 45% |
| $135 | Rev | 65 | 95 | 95 | 95 | 385 | 385 |
| | Cost to serve | 123 | 141 | 119 | 106 | 317 | 239 |
| | GM | -58 | -46 | -24 | -11 | 68 | 146 |
| | GM % | -89% | -48% | -25% | -11% | 18% | 38% |

**Base case** ($230m/4y, 50% discount on Network): GCP Gross Margin is acceptable if Cloud carries <$85m of the eSports licenses costs

**Low case** ($200m/4y, 70% discount on Network): GCP Gross Margin is acceptable if Cloud carries <$43m of the eSports licenses costs.

**High case** ($520m/4-5y, 50% discount on Network): aggressive: implies client increases commit, and/or overspends vs commit (typical commit client spends ~1.3x), possible +1y extension. Then: GCP Gross Margin is solid even if Cloud carries the full $135m.

**Preliminary Technical Accounting assessment**: Cloud likely to carry 60%-100% of costs ($81M to $135M)

*Hug credits are recognized as Cloud revenue (Play>Cloud transfer)*
*Not factoring other Cloud products: PSO/Support (expected at low margin), G Suite (TBC in 2020).*

Scenarios in red are not recommended
Scenarios in yellow are acceptable

Discounts on other products: 22% EDP, 25% on Compute VM , 15% on Storage
All scenarios assume ~$49m of Hug credits over 3y (with Play>Cloud Revenue transfer); currently counted as 100% revenue (might go down to 95%).
Not assuming that client might overspend vs commit.

**EXHIBIT 151.R-021**

GOOG-PLAY-007173366

 ## Activision Blizzard King YouTube Deal: Deal Model
### *With ad tech improvements*

| Economics | | Ad tech improvements | | | Summary | |
|---|---|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Total | | |
| **Watch Time Hours** | **77 M** | **96 M** | **120 M** | **292 M** | DAI Coverage | Commitment to build hybrid client/server based implementation to improve device coverage. |
| Livestream | 61 M | 77 M | 96 M | 234 M | | |
| VOD | 15 M | 19 M | 24 M | 58 M | | |
| | | | | | | |
| **Revenue per hour** | **$0.01** | **$0.07** | **$0.13** | **$0.08** | Interest Based Ads | Currently building contextual demo labelling system in combination with growing direct sold demand. |
| Livestream | $0.01 | $0.08 | $0.15 | $0.15 | | |
| VOD | $0.02 | $0.02 | $0.02 | $0.02 | | |
| | | | | | | |
| **Revenue** | **$0.9 M** | **$6.5 M** | **$15.0 M** | **$22.4 M** | Serving Efficiency | Dedicate product/ENG efforts to optimize existing ads infrastructure for Live Sports |
| Livestream | $0.5 M | $6.1 M | $14.4 M | $21.1 M | | |
| VOD | $0.3 M | $0.4 M | $0.5 M | $1.3 M | | |
| | | | | | | |
| **CAC** | **$0.9 M** | **$6.5 M** | **$15.0 M** | **$22.4 M** | Demand diversity | Heavy sales push to accelerate growth of non-skip 15 second demand across Reserve and Auction, not limited to sports. |
| **YT Budget** | **$0.4 M** | **$0.2 M** | **$0.0 M** | **$0.6 M** | | |
| | | | | | | |
| **Other PA Budget** | $44.1 M | $38.5 M | $30.0 M | **$112.6 M** | | |
| | | | | | | |
| **YT Margin %** | 0% | 0% | 0% | **0%** | | |

*Assumes ad-tech work to improve monetization (ad podding) and as well as premium CPMs and STRs*
*For livestream ad tech improvement assumptions see slide*
*For monetization statistics and comp set see slide*

- RPH: Revenue per Hour
- Year 1 is calendar year 2020

**EXHIBIT 151.R-022**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173367

 Global Partnerships

# Appendix

Privileged and
Confidential

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 151.R-023**

GOOG-PLAY-007173368

# Financial Summary: Appendix

| Google / ABK x-PA Deal Financials ($M) | BASE 2020 | BASE 2021 | BASE 2022 | BASE 2023 | BASE 2020-2023 |
|---|---|---|---|---|---|
| **Gross Revenue** | | | | | |
| Play | $810 | $830 | $810 | $790 | **$3,240** |
| Ads | $156 | $203 | $249 | $293 | **$901** |
| Cloud | $47 | $78 | $110 | $125 | **$361** |
| YouTube | $1 | $7 | $15 | $0 | **$23** |
| **Total** | **$1,014** | **$1,118** | **$1,184** | **$1,209** | **$4,524** |
| | | | | | |
| **Contribution Margin (post incentives & costs to serve)** | | | | | |
| Play | $165 | $169 | $165 | $180 | **$680** |
| Ads | $35 | $51 | $71 | $124 | **$281** |
| Cloud | $0 | $10 | $22 | $43 | **$75** |
| YouTube | -$39 | -$39 | -$35 | $0 | **-$113** |
| **Total** | **$160** | **$192** | **$222** | **$348** | **$923** |
| | | | | | |
| **Contribution Margin Impact vs. Hug** | | | | | |
| Play | $0 | -$20 | -$20 | $0 | **-$40** |
| Ads | $0 | -$35 | -$35 | $0 | **-$70** |
| Cloud | -$1 | $10 | $23 | $37 | **$68** |
| YouTube | -$39 | -$39 | -$35 | $0 | **-$113** |
| **Total** | **-$40** | **-$84** | **-$67** | **$37** | **-$154** |

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 151.R-024**

GOOG-PLAY-007173369

 Activision Blizzard King Stadia deal for potential inclusion in X-PA deal

## Background

**Strategic Partnership - Current Status**
- ABK is gating Stadia negotiations on first closing this xGoogle deal
- The ultimate goal of a long-term partnership with Stadia and ABK is to bring ABK's top IP to Stadia (Call of Duty, Overwatch, World of Warcraft, Diablo)
- Stadia is currently targeting a small but key one-game deal to start laying the foundation for a broader strategic partnership with ABK

**Deal Model**
- **Total direct deal contribution expected to be ~13% ROI (~$0.6M) in Base case** due to uncertain Stadia overall Platform growth
- **Deal structure:** $5M recoupable MG w/ $3M in marketing value to approximate 85/15 effective rev share
  - ABK has made it clear that Stadia unit economics must be at parity or better than what they receive from other consoles
- Tony Hawk series sold ~11M copies through early 2000s console generations. Another recent ABK remaster from that same generation, Crash Bandicoot NSane Trilogy, sold 10M copies over two years (2018-2019).
- **Deal model does not capture overall benefit of bringing ABK to Stadia,** and potentially advancing Stadia portfolio needs to bring their top premium IP to help grow the user base

## Financial Summary

| Tony Hawk 2020 | Low | Base | High |
|---|---|---|---|
| Global Unit Sales (M) | 2.50 | 2.50 | 2.50 |
| Stadia Unit Sales (M) | 0.05 | 0.09 | 0.12 |
| Stadia Sales Capture | 2% | 4% | 5% |
| ASP + Add-on Content ($) | $50 | $50 | $50 |
| Gross Revenue ($M) | $2.6 | $4.4 | $6.1 |
| Partner Royalty ($M) | $0.0 | $0.0 | $0.0 |
| **Stadia Net Rev ($M)** | **$2.6** | **$4.4** | **$6.1** |
| NRE ($M) | $0.0 | $0.0 | $0.0 |
| Recoupable Advance ($M) | -$5.0 | -$5.0 | -$5.0 |
| **Deal contribution ($M)** | **-$2.4** | **-$0.6** | **$1.1** |
| *% ROI on Commitment* | *-48%* | *-13%* | *22%* |
| *MG Shortfall ($M)* | *-$2.8* | *-$1.1* | *$0.0* |
| *Stadia Player Attach%* | *1%* | *1%* | *2%* |

- https://www.statista.com/statistics/321374/global-all-time-unit-sales-call-of-duty-games/

**EXHIBIT 151.R-025**

GOOG-PLAY-007173370

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

Slide 23

1    Shanna Preve@google.com Marc Theermann@google.com FYI this is in the deck in the appendix currently

Michael Buckley, 12/18/2019

**EXHIBIT 151.R-026**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173371



## Credits and Licensing Costs - what ABK "wants"

Everything highlighted is an increased number vs our proposal for BC review

| | Year 1 | Year 2 | Year 3 | Total | vs BC ask |
|---|---|---|---|---|---|
| GCP Credits | $25M | $25M | $25M | $75M | $15 |
| UAC Matching Credits | $35M | $35M | $35M | $105M | - |
| Co-Marketing | $20M | $20M | $20M | $60M | - |
| Esports Licensing | $50M | $55M | $60M | $165M | $30M |
| Total | $130M | $135M | $140M | $405M | $45M |

Google

**EXHIBIT 151.R-027**

GOOG-PLAY-007173372

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY



# Overview of Activision Blizzard King



## Company Overview

- **Headquarters:** Santa Monica, CA

- **Employees:** 9,900 FTEs and part-time employees as of 12/31/18 (likely closer to 9,000 after Q1 '19 restructuring)

- **User Metrics:**
  - Candy Crush Franchise
    - xx
  - Hearthstone
    - xxx
  - Call of Duty Mobile

- **Description:**
  - Lead global developer and publisher of interactive entertainment content & services
  - Develops and distributes content and services on video game consoles, PC, and mobile devices
  - Operates eSports events & leagues and creates film and television content based on their games

## Select Members of the Management Team

| Name | Current Role | Experience |
|---|---|---|
| Bobby Kotick | CEO | • CEO for last 25+ years<br>• Grown Activision Blizzard to be member of S&P 500 and one of Fortune's "100 |
| Coddy Johnson | President & COO of Blizzard | • Longtime employee with variety of ATVI leadership positions 2008-2016<br>• Rejoined Blizzard in 2017 in current role |
| Armin Zerza | Chief Commercial Officer | • Current role since Feb 2019, prior served as COO and CFO<br>• 11 yrs at P&G as CFO of Latin America |
| Jacques Erasmus | Global CIO | |

| Brand | Select Key Franchises |
|---|---|
| ACTIVISION | CALL OF DUTY |
| BLIZZARD | WORLD OF WARCRAFT — HEARTHSTONE — OVERWATCH |
| King | Candy Crush — Bubble Witch 2 saga — FARM Heroes |

Privileged and Confidential

**EXHIBIT 151.R-028**

GOOG-PLAY-007173373

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

**Slide 25**

---

**4**     Lawrence: Perhaps we add some new user metrics and Call of Duty Mobile success.
        Marc Theermann, 12/4/2019

**1**     Emily Putze@google.com can you please add user metrics (DAUs, LTD downloads, etc) for CoD Mobile, Hearthstone, and the Candy Crush
        Franchise (suggest rolling up all of the different Candy games into 1 aggregate stat)
        Lawrence Koh, 12/4/2019

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 151.R-029**

GOOG-PLAY-007173374



## Corporate ATVI performance

| Quarterly Revenue ($M, YoY%) | '18 Q1 | '18 Q2 | '18 Q3 | '18 Q4 | '19 Q1 | '19 Q2 | '19 Q3 |
|---|---|---|---|---|---|---|---|
| Product sales | 720 (42%) | 464 (-4%) | 263 (-32%) | 808 (10%) | 656 (-9%) | 359 (-23%) | 260 (-1%) |
| Subscription, licensing, and other revenues | 1,245 (2%) | 1,177 (2%) | 1,249 (1%) | 1,573 (20%) | 1,169 (-6%) | 1,037 (-12%) | 1,022 (-18%) |
| **Revenue by Platform** | | | | | | | |
| Console | 817 | 565 | 347 | 808 | 677 | 407 | 241 |
| PC | 519 | 451 | 482 | 727 | 494 | 361 | 341 |
| Mobile & ancillary[1] | 536 | 521 | 523 | 596 | 535 | 511 | 525 |
| Other[2] | 93 | 104 | 160 | 250 | 119 | 117 | 175 |
| **MAUs** | | | | | | | |
| Activision | 51 | 45 | 46 | 53 | 41 | 37 | 36 |
| Blizzard | 38 | 37 | 37 | 35 | 32 | 32 | 33 |
| King | 285 | 270 | 262 | 268 | 272 | 258 | 247 |
| Total | 374 | 352 | 345 | 356 | 345 | 327 | 316 |

- **Activision:** still feeling effects of **disposition of Destiny** in Dec 2018, plus **lower sales of CoD catalog titles** (CoD Mobile not captured here)
- **Blizzard:** declines due to **lack of WoW release** and **underperformance of recent Hearthstone expansion**
- **King:** Candy Crush **MAU continuing to decline.** However, cites **lower digital storefront fees (Apple and Google)** as one reason for **higher operating income** despite lower MAU and revenue
- Still expect **increasing amount of sales** to be concentrated in **fewer franchises** (e.g. more focus on building out existing rather than creating new)
- Mix between product sales and subscription/licensing/other is seasonal, but generally falls **between 20-35% Product, 65-80% Subscription**

Google    [1] mobile devices, toys, accessories, and physical merchandise
[2] revenue from studios and distribution businesses and MLG

Privileged and
Confidential

**EXHIBIT 151.R-030**

GOOG-PLAY-007173375

**Slide 26**

---

5          Will move to appendix for BC. Will be used to get internal alignment before BC.
           Marc Theermann, 12/6/2019

**EXHIBIT 151.R-031**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY          GOOG-PLAY-007173376



## Partnership Revenue (Actual & Aspirational Estimate)

| | 2018 | | H1 2019 | | 2019 (Annualized) | | Aspirational 2020* (30% growth over 2 year & Hug++) | |
|---|---|---|---|---|---|---|---|---|
| | Google Net Rev. | Partner Net Rev. | Google Net Rev. | Partner Net Rev. | Google Net Rev. | Partner Net Rev. | Google Net Rev. | Partner Net Rev. |
| Play | 239.1m | 538.2m | 111.4m | 268.1m | 222.9m | 536.2m | 255.8m | 707.3m |
| Buy-side: Search | 10.0m | | 3.5m | | 7.1m | | 13.0m | |
| Buy-side: Display/Video | 64.0m | | 42.2m | | 84.5m | | 109.1m | |
| Google Cloud | 2.8m | | 2.1m | | 4.2m | | 124.6m | |
| Sell-side: Ad Manager King (with game ads in 2020) | 3.8m | 19.5m | 8.5m | 21.4m | 17.0m | 42.9m | 15.0m | 85.0m |
| Sell-side: Ad Manager Activision & Blizzard | 0.0m | 0.0m | 0.0m | 0.0m | | | 7.0m | 43.0m |
| Stadia | | | | | | | | |
| YouTube (O&O Revenue) | 0.44m | 0.27m | 0.14m | 0.00m | 0.3m | 0.0m | | 5.8m |
| YouTube (Unclaimed UGC Partner Ad Revenue) * Partner means Creator revenue, not YouTube's revenue | 18.3m | 22.0m | 10.0m | $12.27m* ABK didn't claim UGC, revenue went to the Creator | 20.0m | 24.5m | | |
| **Total** | **338.4m** | **580.0m** | **177.9m** | **289.6m** | **335.8m** | **603.7m** | **524.5m** | **841.1m** |

Google    Calculation details

Privileged and Confidential

**EXHIBIT 151.R-032**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173377

 Activision Blizzard King Stadia deal for potential inclusion in X-PA deal

## Background

**Strategic Partnership - Current Status**

- ABK is gating Stadia negotiations on first closing this xGoogle deal
- The ultimate goal of a long-term partnership with Stadia and ABK is to bring ABK's top IP to Stadia (Call of Duty, Overwatch, World of Warcraft, Diablo)
- Stadia is currently targeting a small but key one-game deal to start laying the foundation for a broader strategic partnership with ABK

**Deal Model**

- **Total direct deal contribution expected to be ~13% ROI (~$0.6M) in Base case** due to uncertain Stadia overall Platform growth
- **Deal structure:** $5M recoupable MG w/ 85/15 transactional rev share on this title
  - ○ ABK has made it clear that Stadia unit economics must be at parity or better than what they receive from other consoles
- Tony Hawk series sold ~11M copies through early 2000s console generations. Another recent ABK remaster from that same generation, Crash Bandicoot NSane Trilogy, sold 10M copies over two years (2018-2019).
- **Deal model does not capture overall benefit of bringing ABK to Stadia,** and potentially advancing Stadia portfolio needs to bring their top premium IP to help grow the user base

## Financial Summary

| Tony Hawk 2020 | Low | Base | High |
|---|---|---|---|
| Global Unit Sales (M) | 2.50 | 2.50 | 2.50 |
| Stadia Unit Sales (M) | 0.05 | 0.09 | 0.12 |
| Stadia Sales Capture | 2% | 4% | 5% |
| ASP + Add-on Content ($) | $50 | $50 | $50 |
| Gross Revenue ($M) | $2.6 | $4.4 | $6.1 |
| Partner Royalty ($M) | $0.0 | $0.0 | $0.0 |
| **Stadia Net Rev ($M)** | **$2.6** | **$4.4** | **$6.1** |
| NRE ($M) | $0.0 | $0.0 | $0.0 |
| Recoupable Advance ($M) | -$5.0 | -$5.0 | -$5.0 |
| **Deal contribution ($M)** | **-$2.4** | **-$0.6** | **$1.1** |
| *% ROI on Commitment* | *-48%* | *-13%* | *22%* |
| *MG Shortfall ($M)* | *-$2.8* | *-$1.1* | *$0.0* |
| *Stadia Player Attach%* | *1%* | *1%* | *2%* |

- https://www.statista.com/statistics/321374/global-all-time-unit-sales-call-of-duty-games/

**EXHIBIT 151.R-033**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173378

# Project Update

Early results largely aligned with project objectives;  several big wins, some challenges

| Goal 1: Prioritize Play | Goal 2: Improve Dev Sentiment | Goal 3: Boost xPA Success |
|---|---|---|
| **Positive – 7 Signed, 10 in redline** | **Mixed – most happy, some holdouts** | **Positive – credible xPA uplift** |






*"We want to hug you guys"* - NCSoft SVP

Moved from launching off Play to pre-reg only on Play. Not signed yet.

Passed on Hug..


**King** increased  Google Ads wallet share; **Niantic** deeply engaged


**Niantic** - inc. commitment +60%; **Pearl Abyss** - made GCP preferred partner.  10 devs assessing investing in/ increasing spend

**Key Result - In 2019, 73 titles (100% launches) from Hug developers sim-shipped on Google Play**

| Learnings | Everyone loves UAC Credits, incrementality tbd | GCP attractive but complex; huge opportunity for upsell, and new accounts | YouTube value emergent, needs dev education |
|---|---|---|---|
| **Risks** | Tencent driving coordinated effort across portfolio for better economics. | | |

Google

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 151.R-034**

GOOG-PLAY-007173379

**Slide 29**

1   Samer Sayigh @google.com Lawrence Koh @google.com I heard that Riot is coming back next week on the Redline, is this still considered a "hold out"?

Cyrous Jame, 12/12/2019

**EXHIBIT 151.R-035**



# Overwatch League (OWL) - bringing the traditional sports model to esports



- Global league entering its third season in 2020, owned and operated by Blizzard (and subsidiary MLG)
  - Income streams: broadcast licensing, ads, sponsorships, and franchise fees (est $30-60M per team)
  - Major sponsors include Coca-Cola, Toyota, HP, Intel, Bud Light, Xfinity

- 20 city-based franchises owned by outside investors such as Kraft Group (NE Patriots), Kroenke (LA Rams, Arsenal FC), Comcast
  - Income streams: revenue share from ticket sales, physical and in-game merchandise, local sponsorships
  - Prize pool nominal ($5M in 2019)

- 2019 games were played at Blizzard Arena in Burbank, but in 2020 teams will host visitors in homestand events in their local markets
  - Such as The Novo in downtown LA and Wembley Arena in London
  - Comcast building dedicated esports arena for Philly Fusion (2021)

- Broadcast partnerships include $90M exclusive 2-year streaming deal with Twitch, and multi-year deal with Disney/ESPN/ABC (undisclosed amt)
  - Avg viewership during season = ~313K (up 18% from 2018)
  - Grand Finals = ~1.1M (up 16%)

---

- Viewership sources
- https://www.bizjournals.com/losangeles/news/2019/09/05/activision-blizzard-uses-nielsen-numbers-to-draw.html#:~:targetText=Over%20the%20course%20of%20the,minute%20audience%20of%20313%2C000%20viewers.
- https://variety.com/2019/digital/news/overwatch-league-grand-finals-viewership-2019-1203357584/

**EXHIBIT 151.R-036**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173381



## Call of Duty World League - replicating OWL with Activision title

- Launching first season in Jan 2020 with 12 teams

- Overwatch League owners were given first right of negotiation, with estimated franchise fee of $25M

- Notable owners include Kroenke, Cox Enterprises, and Sterling VC (NY Mets)

- Similar home/away format as Overwatch League. Each city will host 2 homestand events over the course of the season
  - Exact locations and broadcast information TBD

- $6M prize pool, and players are guaranteed a base salary of $50K plus healthcare and retirement benefits



**EXHIBIT 151.R-037**

NON-PARTY HIGHLY CONFIDENTIAL — OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007173382