## Google Ads Credits Addendum

This Google Ads Credits Addendum **("Ads Credits Addendum")** is entered into by and between Google LLC **("Google")** and Riot Games, Inc. **("Company")**, pursuant to that certain Addendum to the Google Play Developer Distribution Agreement, by and between Google LLC, Google Ireland Limited, Google Commerce Limited and Google Asia Pacific Pte Limited, on the one hand, and Riot Games, Inc. on the other hand **("Play Addendum")**. Company's receipt of Google Ads credits under this Ads Credits Addendum **("Ads Credits")** will be governed by (a) the Google Advertising Program Terms that are in effect between Google and Company, or if no Google Advertising Program Terms are in effect, the standard Google Advertising Program Terms located at http://www.google.com/ads/terms (as applicable, the **"Ad Terms,"** or the **"Terms and Conditions"**) and (b) the provisions herein.

Any capitalized terms not defined in this Ads Credits Addendum have the meanings assigned to them in the Terms and Conditions. Except as modified by the terms herein, all of the provisions of the Terms and Conditions will remain in full force and effect. For clarity, and without limiting the foregoing, the governing law and dispute resolution provisions of the Ad Terms will apply to this Ads Credits Addendum.

1.  In order to be eligible for Ads Credits, Company must, using either Google Ads App Campaigns or Google Ads App Campaigns for Engagement, (a) promote a new game title launch, which title launched on Google Play within the 12 months preceding the Effective Date or will launch on Google Play during the Term, (b) promote a major update to an existing game title (e.g., materially changes or enhances the gameplay and/or game logic), which update launched on Google Play within the 12 months preceding the Effective Date or will launch on Google Play during the Term, or (c) promote an existing game title launched on Google Play in countries where Company has not significantly invested in promoting such game title, as measured by relative promotion spend and/or installations (each, a **"Qualifying Campaign"**).

2.  All Qualifying Campaigns will be mutually agreed by the parties. Company must notify Google of the applicable CIDs and Campaign IDs for the campaign(s) in writing, and Google must provide written confirmation thereof, in advance of the Ads Credits accrual period. Unless and until Company receives Google's prior written confirmation, the applicable campaign will not be deemed a Qualifying Campaign, and Company's spend in connection therewith will not be eligible for Ads Credits hereunder. For purposes of this Ads Credits Addendum, only 10 CIDs will be eligible for Ads Credits, or such other number of CIDs as may be mutually agreed by the parties in writing (email sufficient).

3.  In the event Company launches one or more Qualifying Campaigns, for every $3.00 Company spends collectively with respect to such Qualifying Campaign(s), Company will earn $1.00 in Ads Credits to be applied against a future Google Ads invoice for such Qualifying Campaign(s) (an **"invoice"**).

4.  Company may earn Ads Credits as described in this Ads Credits Addendum in connection with Company's total spend for all Qualifying Campaigns, up to $10,000,000 of Ads Credits during the Term.

5.  Ads Credits earned in a given month may be applied to an invoice for the immediately following calendar month, or any month thereafter, provided that such Ads Credits will expire 3 months after the month in which such credits were earned **("Expiration Date")**. In the event the amount of Company's Ads Credits exceeds the amount of the invoices upon the Expiration Date for such Ads Credits, Company may only receive a credit equal to the amount of such invoices. For example, if Company receives $9.00 in Ads Credits for the month of July, but Company's invoices come October only amount to $5.00, Company may only receive a credit equal to $5.00, and the remaining $4.00 in Ads Credits will expire at the end of October.

GOOGLE CONFIDENTIAL
NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007335499

**EXHIBIT 163**

**EXHIBIT 163-001**

6.  Beginning on the Effective Date, and unless earlier terminated in accordance with the Ad Terms or the terms of this Ads Credits Addendum, Company may earn Ads Credits for Qualifyng Campaigns until 12/31/2020 (the **'Term'**). For clarity, the Expiration Date for Ads Credits earned through 09/30/2020 will be the earlier of, (a) 3 months after they were earned pursuant to Section 5 above, and (b) 12/31/2020.

7.  All currency values under this Ads Credits Addendum, including those related to total spend and Ads Credits earned, will be based on Google's financial records or data.

8.  Without limiting the terms of the Ad Terms or the Play Addendum, if the Play Addencum terminates in accordance with its terms, this Ads Credits Addendum will automatically terminate upon written notice from Google.

IN WITNESS WHEREOF, Google and Company have executed this Addendum by persons duly authorized as of the dates below, with an effective date of February 1, 2020 (**"Effective Date"**).

**Riot Games, Inc.**                                        **Google LLC**

By: ⎯DocuSigned by:

⎯B5A61AD1DF12456.
Print Name:

Nicolo Laurent                      Hiroshi Lockheimer        2020.03.10
                                    Authorized Signatory       07:51:22 -07'00'

Title:                                                      Title:

CEO

Date:                                                      Date:
      3/9/2020

2

GOOGLE CONFIDENTIAL
NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY-007335500

**EXHIBIT 163-002**



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 8B9185458C154BEE9D1AFD74D1FAA659 | | Status: Completed |

Subject: Non-Coupa, Credits Contract: Google, Inc. (RGI) - Google Velocity P, GCP, and AC Addendums
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 12 | Signatures: 3 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Tony Yoeung |
| AutoNav: Enabled | | 12333 W. Olympic Blvd |
| EnvelopeId Stamping: Enabled | | Los Angeles, CA  90064 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | ▮▮▮▮▮▮@riotgames.com |
| | | IP Address: 192.91.144.17 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Tony Yoeung | Location: DocuSign |
| 3/4/2020 10:01:45 PM | ▮▮▮▮▮▮@riotgames.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Nicolo Laurent<br>▮▮▮@riotgames.com<br>CEO<br>Riot Games<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>B5A61AD1DF12456...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 192.91.144.10<br>Signed using mobile | Sent: 3/9/2020 1:56:14 PM<br>Viewed: 3/9/2020 5:11:40 PM<br>Signed: 3/9/2020 5:11:57 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|
| Shari O'Donnell<br>▮▮▮▮@riotgames.com<br>Riot Games - Default<br>Security Level: Email, Account Authentication (None) | VIEWED<br><br>Using IP Address: 192.91.144.17 | Sent: 3/4/2020 10:06:50 PM<br>Viewed: 3/9/2020 1:56:14 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/9/2020 1:56:14 PM |
| Certified Delivered | Security Checked | 3/9/2020 5:11:40 PM |
| Completed | Security Checked | 3/9/2020 5:11:57 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 163-003**