| | |
|---|---|
| **Message** | |
| From: | Google Documents [noreply@google.com] |
| on behalf of | Eric Chu [____@google.com] |
| Sent: | 10/22/2008 12:36:22 AM |
| To: | ____@google.com |
| Subject: | Android's User-Driven Content... |

Android Market Goes Live
October 22, 2008
By: Eric Chu

Last month I outlined some details around Android Market and today we're excited to announce that it has launched along with the first Android-powered phone--the T-Mobile G1.

If you're a developer, you can publish your apps by registering at http://market.android.com/publish. In order to make sure that each developer is authenticated and responsible for their app, you will need to register and pay a $25 application fee. Once registered, your apps can be made available to users without further validation or approval.

With Android Market, users can easily download apps to their Android-powered phone. Users can also rate the apps they've downloaded and leave comments. These users ratings along with anonymous usage statistics help determine how apps are ranked and presented within Android Market.

Starting in early Q1, developers will also be able to distribute paid apps in addition to free apps. Developers will get 70% of the revenue from each purchase; the remaining amount goes to carriers and billing settlement fees -nothing goes to Google. We believe this revenue model creates a fair and positive experience for users, developers, and carriers.

There are already over 50 apps available in Android Market today. You can view a showcase of some of these apps--which include multimedia, location-based tools, barcode scanners, travel guides and fun games--at http://market.android.com. Now that Android Market is live and ready for contributions, we hope to see developers adding their own compelling apps.

In the coming months, we'll continue to roll out additional tools and enhancements to Android Market. We also expect to see additional Android-powered devices rolling out by different carriers around the world. To share your app with the world, simply register, upload your application and publish it. It's really that easy. I look forward to seeing what you bring to the Market.

I've shared a document with you called "Android's User-Driven Content Distrib...":
http://docs.google.com/a/google.com/Doc?id=dgn4h3m8_27hckt94fd&invite=1205202602

It's not an attachment -- it's stored online at Google Docs. To open this document, just click the link above.
---

Hi Andy,

**EXHIBIT 299**

CONFIDENTIAL

GOOG-PLAY-001075587

EXHIBIT 299-001

Here's the final proposed blog based on feedback from PR, advocates, & marketing. Please let me know if this is ok or what edits you would like.

Thanks
Eric

CONFIDENTIAL

GOOG-PLAY-001075588

**EXHIBIT 299-002**