Message
From: Eric Chu [▇▇▇@google.com]
Sent: 6/7/2020 2:37:26 AM
To: Eunice Kim [▇▇▇@google.com]

- **Eric Chu**, 2020-06-06 19:37:26

Good evening.  Starting to look at the Play stuff more closely now.

- **Eric Chu**, 2020-06-06 19:38:07

Please send me links to key docs around Play policy and P-to-B if you have them handy.

- **Eunice Kim**, 2020-06-06 19:38:35

Sure thing

- **Eunice Kim**, 2020-06-06 19:38:45

Will send over email since chat gets lost

- **Eric Chu**, 2020-06-06 19:38:54

Thanks

- **Eric Chu**, 2020-06-06 19:39:12

It is crazy on what's happening in the housing market currently.

- **Eric Chu**, 2020-06-06 19:39:35

Huge disconnect with the Financial and house market vs. what I think is happening on the streets.

- **Eric Chu**, 2020-06-06 19:46:18

Does this doc captures everything including key links?

- **Eric Chu**, 2020-06-06 19:46:19

<a href="https://www.google.com/url?q=https://docs.google.com/document/d/1fdXmygKHhIlpedTolsXnCbgSk8bE5ZJgCd7L6YchjvM/edit&amp;sa=D&amp;source=hangouts&amp;ust=1591584379311000&amp;usg=AFQjCNElNm4yB-Km79uER8icksVgPXxm7Q">https://docs.google.com/document/d/1fdXmygKHhIlpedTolsXnCbgSk8bE5ZJgCd7L6YchjvM/edit</a>

- **Eunice Kim**, 2020-06-06 19:47:12

Ah, I forgot a couple of decks that Paul Feng sent

- **Eunice Kim**, 2020-06-06 19:47:19

But they may be less relevant at this point

- **Eunice Kim**, 2020-06-06 19:47:29

You probably can find those if you search on his name

- **Eric Chu**, 2020-06-06 19:47:45

ok, if that's the case.  I'm good then.

- **Eric Chu**, 2020-06-06 19:47:57

No need to send anything.

- **Eunice Kim**, 2020-06-06 19:48:11

ok... sent an email with the most pertinent docs



CONFIDENTIAL

GOOG-PLAY-003600814

**EXHIBIT 316-001**

- **Eric Chu**, `2020-06-06 19:48:21`

Got it.  Thanks.

- **Eunice Kim**, `2020-06-06 19:48:30`

You should definitely take a look at the options Play was considering on its side

- **Eric Chu**, `2020-06-06 19:48:42`

Will do

- **Eric Chu**, `2020-06-06 19:50:17`

I didn't see the email to Prachi.  Were you planning to send it?  Or should I send it?

- **Eric Chu**, `2020-06-06 19:50:31`

I'm fine either way.  Whatever is easier for you so that you can focus on ShopTube.

- **Eunice Kim**, `2020-06-06 19:51:53`

Hadn't finished writing it

- **Eunice Kim**, `2020-06-06 19:52:09`

It would be great if you could write it

- **Eric Chu**, `2020-06-06 19:52:39`

Ok.  Please forward what you have so that I have a high launch point.

- **Eunice Kim**, `2020-06-06 19:53:44`

Sure, I had just written out some bullets on what the email was meant to cover, will send that to you

- **Eric Chu**, `2020-06-06 19:53:57`

Thanks

- **Eunice Kim**, `2020-06-06 19:57:21`

Sent!

- **Eric Chu**, `2020-06-06 19:57:28`

Thanks

- **Eric Chu**, `2020-06-06 19:59:11`

I only have one doc from Paul.  The one he shared on Thursday.

- **Eunice Kim**, `2020-06-06 19:59:58`

I'll share both with you via drive

- **Eric Chu**, `2020-06-06 20:47:39`

First draft.

- **Eric Chu**, `2020-06-06 20:47:40`

<br> Hi Prachi and Will,<br> <br> Eunice and I had a meeting with Paul Feng, Andrew, Mrinalini , and Hareesh on Thursday.  We were expecting to work with them to explore best options to help Play meet Europe's regulatory requirement with minimum efforts and revenue impact to Play and YouTube.<br> <br> Instead, Paul said he has been asked by Play and YouTube VPs to cost out one specific path where YouTube will fully migrate onto Play Billing.  We told them this is different from what we've been hearing on our side but Paul was very explicit and repeated on the marching order he received.  Further more, he said he has been asked to present YouTube eng efforts next Friday at the VP meeting.<br> <br> Eunice and I shared with him that this is a complete surprise, different from what we've heard on our side, and seems odd that he will be presenting YouTube eng costing.  We eventually agreed on the following:<br> Schedule a 3-

CONFIDENTIAL

GOOG-PLAY-003600815

**EXHIBIT 316-002**

way meeting including Payment with goal to narrow down to a few potentially viable options knowing each of them will have pros/cons.  This is now scheduled next Monday at 2:30 pm.<br> Once we narrow down to the few potential options, we&#39;ll then pull in TLs to go to next level costing with a goal to have something before next Friday.<br> Integration even at the minimum level of  UX mirroring with backend data integration will significantly limit YouTube&#39;s ability to innovate + significant eng efforts at the expense of moving our paid business forward.  Deeper integration will be extremely costly  at significant expense of driving features for new revenue.  Furthermore, it will most likely result in features regression for YouTube and/or huge amount of work for Play to make those features.  Features that might not make sense for all 3rd pty app developers....  Examples include FOP gating,  deeply embed incentives capability into the buyflow such as cart abandonment incentives, invol churn management, etc.

- **Eric Chu**, 2020-06-06 20:47:50

Hmmm, words limit

- **Eric Chu**, 2020-06-06 20:47:54

I&#39;ll put in a doc

- **Eric Chu**, 2020-06-06 22:10:44

My goal is to send this out tonight to catch Prachi&#39;s early working time on Sunday.  I&#39;m thinking that if you don&#39;t have time to review, I&#39;ll make this email to come from me vs. from both of us.  Don&#39;t want to speak for both of us if you haven&#39;t had a chance to review this.

- **Eric Chu**, 2020-06-06 23:14:45

Ok, I&#39;m going to send off only under my name then.  Please feel free to add to the email thread.

CONFIDENTIAL

GOOG-PLAY-003600816

**EXHIBIT 316-003**