| | |
|---|---|
| **Message** | |
| **From:** | Eric Chu (Work) [████@google.com] |
| **Sent:** | 7/11/2020 3:27:02 PM |
| **To:** | Prachi Gupta [████@google.com]; Eunice Kim [████@google.com]; Will Aldrich [████@google.com] |
| **Subject:** | Re: [Timely] Scott email for Play-YT work estimation |

Hi Prachi,

Thanks for driving this with Scott and John on our behalf.??

A few thoughts/comments:

- Given the expectation that Netflix will be consumption only and Spotify will be in the partner program, we're explicitly saying that while we're obligated to be like any Play developers, YouTube will not have the same business/technical flexibility and much higher innovations friction compare to 2 of our key competitors for ~80% of our paid revenue.?? I know we all know that but I think this has to be the top line narrative in discussions with Google executives.....

- On feedback/comments from Hareesh, he clearly states he's not comfortable committing to "feature parity".?? He talks about needing PMs to negotiate what are the true P0s....?? Current draft email hints at this but should we be more explicit that "feature parity" is a line that Play PM and eng already not agreeing to.?? Should we just be upfront that while we will try to achieve "feature parity" but we do not expect that to be possible to sharpen the understanding of the implication of a non-partners-program path?

- Does it make sense to emphasize the logic that a large resource envelope might scare Samir to agree to Silver tier probably won't work??? Their narrative is that they're investing to improve Play's ability to support subscription businesses and welcome resource help to accelerate that process....

- As a supporting point on why 1+ week is that one key aspect of negotiation putting aside scoping is what features Play is willing to expose to 3rd pty developers and how.??

- On assumptions, I agree that in order to minimize slow down (Not slow down is not possible) YouTube's business, we need to:
  o  Continue to innovate and roll out features/capabilities on current platform

On 7/11/20 7:39 AM, Prachi Gupta wrote:

Hi Eric, Eunice, Will,

Apologies for this weekend email but as you know, we promised to get back to Scott asap. I have a draft below, ptal and feel free to add comments and/or edit directly. I am planning to send it out asap once you take a look - hopefully later today.??

Also, note, some changes since we last synced on this:
1. Eric was able to connect with Hareesh (eng dir on play side). They are clearly asking for PM involvement. So Eunice and Paul's folks will need to sit down and do feature prioritization etc,
2. I chatted with John briefly??and his assumption is resources ask on both Play and YT side (see details in my draft below)

Draft is here:??https://docs.google.com/document/d/1n6E7WlHm3mIQKDIHey_1Ww2CoEPlxx6DCm6q6SfaYVk/edit

Ptal and reply on this thread at your??earliest convenience.

CONFIDENTIAL

EXHIBIT 320

GOOG-PLAY-001741721

EXHIBIT 320-001

Best,
Prachi

CONFIDENTIAL

GOOG-PLAY-001741722

**EXHIBIT 320-002**