Google Play

Proprietary + Confidential

# Play Value Model

## Play BD StratOps – Aug 8, 2019



Mike Marchak@ |Iris Wang@|Terry Jiang@ |Felix Hu@

**EXHIBIT 360.R**

EXHIBIT 360.R-001

Proprietary + Confidential

# PRIVILEGED & CONFIDENTIAL:

# DO NOT SHARE

Google

**EXHIBIT 360.R-002**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337565.R

# Contents

Proprietary + Confidential

- Overview

- Model Summary

- Learnings & Takeaways

- Next Steps

Google

**EXHIBIT 360.R-003**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337566.R

Proprietary + Confidential

# Overview

What is "Play Value" and what are we trying to accomplish with it?



**EXHIBIT 360.R-004**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337567.R

# What is Play Value?

Proprietary + Confidential

The **Quantifiable Value** provided to developers for the games/apps they have on Play

Google

**EXHIBIT 360.R-005**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337568.R



EXHIBIT 360.R-006

# How are we planning to use Play Value?

Proprietary + Confidential

## Developer Discussions

**Play Value vs. Rev Share:** Inform BD on status of Key Devs and early warning

**Proactively educate:** Devs on the breadth and depth of Play Value (where possible)

## XFN Discussions

**Inform:** Direction on internal strategy (magical bridge, accelerators, Hug, etc) + Strategy planning

Google

**EXHIBIT 360.R-007**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337570.R

Proprietary + Confidential

# Model Summary

What variables make up the model and why?
What doesn't and why not?



- [Detailed Explanation](#)

**EXHIBIT 360.R-008**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337571.R

## Multiple sources of Play value

*<dark blue> Included in the Play value model*



**User Acquisition**

**Play-owned discovery** (e.g. PREX, Top charts, cat search, pre-reg, SMERCH)

**Engagement** (e.g. SMERCH, editorials, LiveOps, instant games, YT/Play integration)



**Monetization**

**Payments** (WW FOPs, Fraud protection, customer support incl refunds)

**Buyer creation & Spend stretch** (e.g. Cart abandonment, Play Points, notification center)



**Distribution**

**Publishing & distribution** (e.g. WW distribution, device targeting, APK improvements)

**Trust & safety** (Play Protect, anti-piracy, ML models for malware, app signing)



**Dev Tools & Services**

**Analytics and insights** (e.g. store listing experiments, Console analytics)

**Professional services** (e.g. growth consulting, Dev Tech & Dev Rel support)

**Audience management** (e.g. reviews, comments)

**Play Services** (e.g. GMS Core APIs)

Source: Play value analysis, Samsung workshop, Lion Force proposal

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Play value to be discussed separately ( led by Mike's team analysis and Ravi's teams analysis). Approximate calculations
- Discovery value estimated by calculating: Avg CPI * # of organic installs * discount factor for re-installs/search
- Estimated engagement value focused on liveops campaigns (0.7 * incremental spend from LiveOps events)
- Estimated payments value using blended avg dev cost to set up FOP   4.
- Buyer creation: 0.7 * incremental buyers created with Play 1P efforts * annual spend/buyer * discount factor for promotional buyers;
- Spend stretch: 0.7 * 5% spend lift across 80% of Play revenue covered by Play Points program in steady state   5.
- Delivery value: TB delivered * GCP delivery rates   6.

**EXHIBIT 360.R-009**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337572.R

- Growth consulting: ~$75M incremental Play revenue in 2018 across 1K consultations

- Notes:
- YT / Play integration (Supercell lootdrops after watching video)
- Play owned discovery: $45B is so much bigger than if they turn up Ads in the store. Potential rationale:
  - Play is generating more value than what it is capturing (some long tail of devs wouldn't pay for the the value of what we are providing)
- Growth consulting: 1K consultations over the last 1.5 yrs, ~250M / year incremental consumer spend; Ads consulting also likely have same rough order of magnitude value
- A/B testing: alternatives is Plum (charge in scaled way based on users and # of experiments)

- Additional value not depicted:
- Custom store listings across Geo
- Custom Ads based on user journey
- Subscriptions

**EXHIBIT 360.R-010**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337573.R

# Discovery Value
Play's primary driver is as a source of installs

Proprietary + Confidential

$$Discovery\ Value = (Install\ Count) * (Install\ Value)$$

Google

**EXHIBIT 360.R-011**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337574.R

# Discovery Value: Install Value
Not all Install Values are created equal

Proprietary + Confidential



Discovery Value = (Install Count) * **(Install Value)**

| Source | Play Owned<br>Smerch, PRex, Related, Topchart | | Categorical Search | |
|---|---|---|---|---|
| | **New** | **Re-Installs** | **New** | **Re-Installs** |
| Value | $ / Install | $ / Install<br>*<br>Discount (50%) | $ / Install<br>*<br>Discount (100%) | $ / Install<br>*<br>Discount (50%) |

*Note: Deep Links & Navigational Search aren't included as these are developer driven*

Google

V1.5.2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 360.R-012**

GOOG-PLAY-000337575.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 360.R-013**

GOOG-PLAY-000337576.R

**Slide 12**

---

**1**  Mike Marchak @google.com

I added assumptions to this deck.  Focused most on #1 the Value per Install as that's where it seems there's the most discussion.

Felix Hu, 8/28/2019

**1**  Ricky Singla  @google.com

These next few slides are great.  I think we should make the words a little more exec readable and flush out the pros / cons.

I'd also like to identify a few that we find most promising & show what the impact might do for the top 20 devs.

Mike Marchak, 8/28/2019

**EXHIBIT 360.R-014**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Value per Install
## Current Model uses CPI by Genre x Market

Proprietary + Confidential

 Value per Install

| | Details | Pros | Cons | $Δ Impact |
|---|---|---|---|---|
| **CPI-Genre** | Google UAC CPIs by Category x Market | • Coverage of all apps<br>• Coverage of all markets | • Understates value for Core Games<br>• Overstates value for Casual Games<br>• Ignores channel quality differences | Current |
| **CPI-Actuals** | Actual Google CPIs for each App x Market | • Actual CPIs for available apps | • No coverage of non-Google UA apps x markets<br>• Ignores channel quality differences | Not yet estimated |
| Promising<br>**CPI-Channel** | Adjust CPI of Channels using aRev | • Accounts for channel quality differences | • No coverage of non-GPB apps<br>• Unable to break out ads aRev. Uses Deep Links aRev instead | GPB: -$10B |
| **LTV-Actuals** | LTV using Play spend over user life | • Most accurate for all GPB apps | • No coverage of non-GPB apps<br>• Ignores channel quality differences<br>• Heavily reliant upon LTV time constraint or LTV discount value assumption | Expected to be net positive |
| Promising<br>**LTV-aRev** | LTV using 28 aRev | • Accounts for channel quality differences<br>• More accurate for GPB apps | • No coverage of non-GPB apps<br>• Heavily reliant upon LTV time constraint or LTV discount value assumption | $XB Google |

**EXHIBIT 360.R-015**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337578.R

# [Alternate model] LTV based

Proprietary + Confidential

**Key assumptions:**

- Attribute **50% of LTV** from store driven and categorical search installers to Google Play
- LTV of an app is equal to annual spend divided by annual acquisitions (magically works out! [1])

**Key insights:**

- Total Play value using this approach similar to CPI based method
- LTV ratios : Search (3.7X) > Deep Links (2X) > RECS (X)

*More details available here

Biggest gainers and losers (LTV vs CPI based Play value)



**EXHIBIT 360.R-016**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337579.R

# Comparison of different model outputs for top 20

Proprietary + Confidential

| Developer | Google Rev Share | Play Value (CPI model) | Play Value (LTV model) | Delta |
|---|---|---|---|---|
| NCSOFT Corporation | $231 M | $87 M | $125 M | $39 M |
| King | $197 M | $132 M | $158 M | $26 M |
| Aniplex Inc. | $190 M | $80 M | $158 M | $77 M |
| BANDAI NAMCO Entertainment Inc. | $181 M | $100 M | $190 M | $89 M |
| Supercell | $165 M | $293 M | $120 M | -$173 M |
| Netmarble | $142 M | $92 M | $97 M | $6 M |
| Playrix | $134 M | $65 M | $94 M | $29 M |
| mixi, Inc. | $134 M | $75 M | $134 M | $59 M |
| Playtika | $108 M | $45 M | $65 M | $19 M |
| Niantic, Inc. | $102 M | $84 M | $102 M | $18 M |
| Century Game (DIANDIAN INTERACTIVE) | $87 M | $34 M | $39 M | $5 M |
| Tinder | $83 M | $98 M | $54 M | -$44 M |
| IGG.COM | $74 M | $53 M | $43 M | -$11 M |
| SQUARE ENIX Co.,Ltd. | $68 M | $37 M | $59 M | $22 M |
| Gamania Digital Entertainment | $67 M | $29 M | $31 M | $2 M |
| Electronic Arts Inc | $62 M | $80 M | $74 M | -$6 M |
| Com2uS | $56 M | $29 M | $54 M | $26 M |
| PEARL ABYSS | $56 M | $33 M | $41 M | $8 M |
| Machine Zone, Inc | | | | $3 M |
| Nintendo Co., Ltd | | | | $11 M |

"Modeled Developer Value" (MDV) is a theoretical vs. precise value, and doesn't include the complete set of resources or investments required to build and maintain the products, or the complete set of products and services provided to devs. They are based on assumptions on the perceived value of Google services to a developer that may not be accurate. They are also built to guide specific decisions and are not appropriate for guiding investments outside of those specific scenarios (e.g., Google level investments, decisions for another product area)

Google

**EXHIBIT 360.R-017**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337580.R

# Play Driven Count

Current Model counts 100% of all PD surfaces, and assumes they are equal

Proprietary + Confidential

**2** Count of Play Driven Installs

| | Details | Pros | Cons | $Δ Impact |
|---|---|---|---|---|
| **Preferred** PD-All | Aggregate all PD Surface installs and count equally | ● Simple to model, update and communicate | ● Ignores differences between PD channels | Current |
| PD-Discount | Discount installs by (Cat/Search) ratio | ● Accounts for Dev's Brand power | ● Assumes Dev Brand power should be applied to PD surfaces | -$10B |
| PD-Channel | Differentiate PD surface installs and count separately | ● Potential for greater accuracy | ● Introduces complexity, without clear sizable benefit | Not yet estimated |

PD = Play Driven: Featured, Top Charts, Related, PRex

Google

**EXHIBIT 360.R-018**

# Re-installs
## Current Model discounts Re-Installs by 50%

Proprietary + Confidential

**3** Value of Re-installs

| | Details | Pros | Cons | $Δ Impact |
|---|---|---|---|---|
| **Preferred** RI-50% | Discount all re-installs by 50% | ● Simple to model, update and communicate | ● Unclear if 50% is right discount | Current |
| RI-0% | Do not include re-installs in Play Value model | ● May match Dev perception | ● Understates value for all devs | -$9B |
| RI-100% | Count re-installs & new-installs equally | ● Improved accuracy for apps where re-installs more valuable than new-installs | ● Will overstate value for most apps<br>● Unclear it improves overall accuracy | +$9B |
| RI-100%+ | Multiply all re-installs by X factor | ● Improved accuracy for apps where re-installs more valuable than new-installs | ● Will overstate value for most apps<br>● Unclear it improves overall accuracy | +$XB |

RI = Re-installs, both PD and Search

Google

**EXHIBIT 360.R-019**

## Sensitivity: Discovery has most assumptions and greatest potential for change

| | Current Total Discovery Value | $45.5B | |
|---|---|---|---|
| | | | Impact of Change |
| CPIs | *Include full CPI value (current)* | *$45B* | |
| | Discount Search CPI by (Search/DL) aRev Ratio | | -$4B |
| | Discount Play Owned CPIs by (Play Owned/DL) aRev Ratio | | -$14B |
| | | | |
| Categorical Search | *Include 100% Categorical Search (current)* | *$21B* | - |
| | Include 50% Categorical Search | | -$10B |
| | Exclude Categorical Search | | -$21B |
| | | | |
| Navigational Search | *Exclude Navigational Search (current)* | *$0B* | |
| | Include 100% Navigational Search | | $18B |
| | Include 50% Navigational Search | | $9B |
| | | | |
| Play Owned Install Count | *Include 100% of Play Owned Installs (current)* | *$24B* | |
| | Discount Play Own Installs by (Categorical/Search) Ratio | | -$10B |
| | | | |
| Re-Installs | *Include 50% Re-Installs (current)* | *$9.5B* | |
| | Include 100% Re-Installs | | $9B |
| | Exclude Re-Installs | | -$9B |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 360.R-020**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337583.R

**Slide 18**

1        yes we need to change this. Is this deck being used for tomorrow's meeting? i will update this but i want to update the other deck first.

        Iris Wang, 8/23/2019

2        Felix Hu @google.com  Iris Wang @google.com

        Does this number & the $45B number need to change w/ the categorical search bug fixed you rolled out in 1.5.3?

        Mike Marchak, 8/23/2019

2        sorry correction - i will not update the exec deck, but i want to get back to your email related to that deck +marchak@google.com

        Iris Wang, 8/23/2019

**EXHIBIT 360.R-021**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        GOOG-PLAY-000337584.R

## Sensitivity: Discovery has most assumptions and greatest potential for change

| | Current Total Discovery Value | $45.5B | |
|---|---|---|---|
| | | | Impact of Change |
| Categorical Search | *Include 100% New Installs (current)* | *$16B* | |
| | Include 50% New Installs | | -$8B |
| | *Include 50% Re-installs (current)* | *$6B* | |
| | Include 100% Re-installs | | $6B |
| | Exclude Re-Installs | | -$6B |
| | Exclude All Categorical Search | | -$22B |
| | Discount Search CPI by (Search/DL) aRev Ratio | | -$4B |
| | | | |
| Navigational Search | *Exclude Navigational Search (current)* | *$0B* | |
| | Include 100% Navigational Search | | $18B |
| | Include 50% Navigational Search | | $9B |
| | | | |
| Play Owned Install Count | *Include 100% of New Installs (current)* | *$19B* | |
| | Discount New Installs # by (Categorical/Search) Ratio | | -$8B |
| | *Include 50% of Re-Installs (current)* | *$4B* | |
| | Include 100% of Re-Installs | | $4B |
| | Discount Re-Installs # by (Categorical/Search) Ratio | | -$2B |
| | Exclude Re-Installs | | -$4B |
| | Discount Play Owned CPIs by (Play Owned/DL) aRev Ratio | | -$15B |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 360.R-022**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337585.R

# FOP Value

Play enables users, across the world to pay via their preferred FOP

Proprietary + Confidential



$FOP\ Value = \textbf{(Spend\ by\ FOP)} * (Value\ per\ Spend)$

Google

**EXHIBIT 360.R-023**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-000337586.R

# FOP Value: Using Cost Plus in Play Value Model
FOPs will be difficult for a dev to replicate at Play's cost

*FOP Value = (Spend by FOP) * **(Value per Spend)***

|  | Credit Card | PayPal | Gift Card | DCB | Blended Avg |
|---|---|---|---|---|---|
| **Cost** | 3% | 3% | 9.5% | 13.5% | 6% |
| **Cost Plus** | 6%<br>Assumed 2x conversion from Play's Buyer Pool | 3%<br>No uplift | 13.5%<br>Based on users who only spent on GC | 20%<br>Based on developer costs to replicate | 10% |

Varies Widely by Developer          15%          6%




Google

V1.5

Proprietary + Confidential

# Delivery Value

Cloud pricing used in the model likely undervalues delivery value

Proprietary + Confidential

### Delivery Value = (Volume Delivered) * (Cloud Pricing)

| Destination | Price (per GB) by monthly usage | | | |
|---|---|---|---|---|
| | First 10 TB | Next 140 TB | Next 850 TB | > 1000 TB |
| Asia Pacific (Including Hong Kong) | $0.09 | $0.06 | $0.05 | $0.04 |
| China[1] | $0.20 | $0.17 | $0.16 | $0.145 |
| Europe | $0.08 | $0.055 | $0.03 | $0.02 |
| North America (Including Hawaii) | $0.08 | $0.055 | $0.03 | $0.02 |
| Oceania[2] | $0.11 | $0.09 | $0.08 | $0.065 |
| South America | $0.09 | $0.06 | $0.05 | $0.04 |
| All other destinations | $0.09 | $0.06 | $0.05 | $0.04 |

https://cloud.google.com/cdn/pricing

Google

**EXHIBIT 360.R-025**

# Play Value: Current Model
Comprised of 3 drivers, which likely accounts for majority of quantifiable value

Proprietary + Confidential



Google

**EXHIBIT 360.R-026**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-000337589.R

## Reminder: Value model does not account for all the ways Play creates value

*\<dark blue\> Included in the Play value model*

 **User Acquisition**

**Play-owned discovery** *(e.g. PREX, Top charts, cat search, pre-reg, SMERCH)*

**Engagement** *(e.g. SMERCH, editorials, LiveOps, instant games, YT/Play integration)*

 **Monetization**

**Payments** *(WW FOPs, Fraud protection, customer support incl refunds)*

**Buyer creation & Spend stretch** *(e.g. Cart abandonment, Play Points, notification center)*

 **Distribution**

**Publishing & distribution** *(e.g. WW distribution, device targeting, APK improvements)*

**Trust & safety** *(Play Protect, anti-piracy, ML models for malware, app signing)*

 **Dev Tools & Services**

**Analytics and insights** *(e.g. store listing experiments, Console analytics)*

**Professional services** *(e.g. growth consulting, Dev Tech & Dev Rel support)*

**Audience management** *(e.g. reviews, comments)*

**Play Services** *(e.g. GMS Core APIs)*

Source: Play value analysis, Samsung workshop, Lion Force proposal

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- Play value to be discussed separately ( led by Mike's team analysis and Ravi's teams analysis). Approximate calculations
- Discovery value estimated by calculating: Avg CPI * # of organic installs * discount factor for re-installs/search
- Estimated engagement value focused on liveops campaigns (0.7 * incremental spend from LiveOps events)
- Estimated payments value using blended avg dev cost to set up FOP 4.
- Buyer creation: 0.7 * incremental buyers created with Play 1P efforts * annual spend/buyer * discount factor for promotional buyers;
- Spend stretch: 0.7 * 5% spend lift across 80% of Play revenue covered by Play Points program in steady state 5.
- Delivery value: TB delivered * GCP delivery rates 6.

**EXHIBIT 360.R-027**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337590.R

- Growth consulting: ~$75M incremental Play revenue in 2018 across 1K consultations

- Notes:
- YT / Play integration (Supercell lootdrops after watching video)
- Play owned discovery: $45B is so much bigger than if they turn up Ads in the store. Potential rationale:
  - Play is generating more value than what it is capturing (some long tail of devs wouldn't pay for the the value of what we are providing)
- Growth consulting: 1K consultations over the last 1.5 yrs, ~250M / year incremental consumer spend; Ads consulting also likely have same rough order of magnitude value
- A/B testing: alternatives is Plum (charge in scaled way based on users and # of experiments)


- Additional value not depicted:
- Custom store listings across Geo
- Custom Ads based on user journey
- Subscriptions

**EXHIBIT 360.R-028**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                GOOG-PLAY-000337591.R

Proprietary + Confidential

# Learnings and Takeaways

What have we learned?



- v1.5

**EXHIBIT 360.R-029**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337592.R

## *DRAFT* Total value based on the model vs our current billing model



"Modeled Developer Value" (MDV) is a theoretical construct and not a precise value. MDVs are not complete in that they do not include the complete set of resources or investments required to build and maintain the products, nor do they include the complete set of products and services provided to developers. They are based on assumptions on the perceived value of Google services to a developer that may not be accurate. They are also built to guide specific decisions and are not appropriate for guiding investments outside of those specific scenarios (e.g., Google level investments, decisions for another product area)

*There are some devs with both non-GPB & GPB apps. These are excluded from this for simplicity

AC PRIVILEGED // REFLECTS LEGAL ADVICE

EXHIBIT 360.R-030

**Slide 26**

---

1       I will let Iris Wang@google.com and @fxhu@google.com comment on this as I am not too close to how this was done and dont want to make a wrong guess.

              Small note: Ads is the primary business model for Voodoo (~$4M/month on Admob) but they do make ~$150k per month on GPB. So, not tiny on GPB.

              Ricky Singla, 8/19/2020

3       Felix Hu@google.com Iris Wang@google.com Ricky Singla@google.com

              I need to clarify how we did this calc.

              I know we removed some partners that had apps in both GPB & non-GPB buckets.  I'm particularly interested in some of the big partners that can single handily skew this value that we've identified as using tiny bits of GPB, but shouldn't be characterized as GPB devs....ie, FB, Snap, Voodoo (even tougher Netflix, Tinder)

              Mike Marchak, 8/19/2020

3       For this deck, the GPB vs Non-GPB definition should be - on the developer level, if 2018's full year consumer spend is less than $100, then Non-GPB. if $100+, the dev is on GPB.

              Iris Wang, 8/19/2020

**EXHIBIT 360.R-031**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Using Play Value to inform Magical Bridge:

Proprietary + Confidential

- Overview
- Model Summary
- Learnings & Takeaways
- Next Steps

Google

**EXHIBIT 360.R-032**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337595.R

# Play Value for select gaming developers: varies based on game player and monetization makeup



**Top 100 Most Negative**
- Cover 58% of Play $$
- Avg 19% value

**Top 100 Most Positive**
- Cover 12% of Play $$
- Avg 208% value

"Modeled Developer Value" (MDV) is a theoretical construct and not a precise value. MDVs are not complete in that they do not include the complete set of resources or investments required to build and maintain the products, nor do they include the complete set of products and services provided to developers. They are based on assumptions on the perceived value of Google services to a developer that may not be accurate. They are also built to guide specific decisions and are not appropriate for guiding investments outside of those specific scenarios (e.g., Google level investments, decisions for another product area)

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 360.R-033**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Play Value varies by developer and can vary over time



**Note: Excludes value provided via Play analytics, tools, etc, which are deemed valuable by developers**

"Modeled Developer Value" (MDV) is a theoretical vs. precise value, and doesn't nclude the complete set of resources or investments required to build and maintain the products, or the complete set of products and services provided to devs. They are based on assumptions on the perceived value of Google services to a developer that may not be accurate. They are also built to guide specific decisions and are not appropriate for guiding investments outside of those specific scenarios (e.g., Google level investments, decisions for another product area)

AC PRIVILEGED // REFLECTS LEGAL ADVICE

**EXHIBIT 360.R-034**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337597.R

# Netflix Over Time

- (According to this news) "As of **May 2018**, Google Play billing for Netflix is no longer available to new or rejoining customers".
- From Q3 2018, consumer spend indeed started decreasing over time (Q1 2019: -24% yoy).
- However, Play value hasn't changed much (Q1 2019 flat compared to Q1 2018), leading value % to increase significantly (Q1 2019: +70% yoy in terms of value %)



Play Value Over Time - Netflix

**EXHIBIT 360.R-035**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           GOOG-PLAY-000337598.R

Proprietary + Confidential

# Appendix

What have we learned?



- v1.5

**EXHIBIT 360.R-036**

GOOG-PLAY-000337599.R

# What drives the current Model?

Proprietary + Confidential







Google

**EXHIBIT 360.R-037**

GOOG-PLAY-000337600.R

# What we are not taking into consideration....

Hypothesis: These don't create value at the same scale but are be meaningful to some devs

Proprietary + Confidential

## Business / Tech Services

- Console Analytics
- A/B Testing
- Instant Games
- Vitals
- Android Studio

*Many of these improve discovery, which is captured in the model*

## Comm Ops (beyond Installs)

- Play Points
- Gift Card Promotions
- CRM / Credits
- LiveOps / Engagement Campaigns

*Many of these increase $, which is captured in the model*

## BD + Hug

- Growth Consulting
- Tech Consulting
- Ads Credits
- Cloud Credits
- Marketing $

*Many of these improve discovery or $, which is captured in the model*

Google

**EXHIBIT 360.R-038**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337601.R

# Summary

Proprietary + Confidential

**NOTE:**

Data in this section based on previous version of the model.  Expect some shifts in value.  However, the overall trends hold true.

Google

**EXHIBIT 360.R-039**

# Summary

Proprietary + Confidential

● **Play High Level:** Discovery is King

● **Persona's:** Discovery still King, but...

● **Game Developer:** Some get a lot, some get very little

Google

**EXHIBIT 360.R-040**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337603.R



Proprietary + Confidential

# Play High Level
## Discovery is King, but the Play Controlled New Installs contribution is slowing

| Total Breakdown | | |
|---|---|---|
| FOP Value | $1,149 M | 4.7% |
| Discovery Value | $23,253 M | 94.1% |
| Delivery Value | $299 M | 1.2% |
| **Discovery Breakdown** | | |
| Play Owned New Installs | $9,410 M | 38.1% |
| Search New Installs | $2,292 M | 9.3% |
| Play Owned Reinstalls | $8,662 M | 35.1% |
| Search Reinstalls | $2,888 M | 11.7% |
| **FOP Breakdown** | | |
| Credit Card | $408 M | 1.6% |
| Paypal | $25 M | 0.1% |
| Play Card | $216 M | 0.9% |
| DCB | $500 M | 2.0% |

*Based on 2018 H2 data



*For now, we only have delivery value data from Q2, 2018

Google

- Left side: high level breakdown (6 months for storage if storage only has 6 months data)

**EXHIBIT 360.R-041**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337604.R



# Persona Level (sampling of representative apps)
Big Gaming more distributed vs Indie & Ads Gaming

| | FOP | | | | Discovery | | | | Delivery |
|---|---|---|---|---|---|---|---|---|---|
| **Overall** | 4.8% | | | | 93.0% | | | | 2.2% |
| | | | | | | | | | |
| | Credit Card | PayPal | Play Card | DCB | Play Controlled New Installs | Search New Installs | Play Controlled Reinstalls | Search Reinstalls | Delivery Cost |
| 1 BIG GAMING | 7.8% | 0.9% | 7.1% | 13.1% | 24.8% | 12.8% | 18.8% | 10.7% | 4.0% |
| 2 ADS GAMING | 0.2% | 0.0% | 0.0% | 0.1% | 72.1% | 11.0% | 12.5% | 2.1% | 1.9% |
| 3 INDIE GAMING | 2.6% | 0.6% | 2.9% | 2.0% | 39.7% | 17.5% | 18.9% | 14.4% | 1.4% |
| 4 ADS APPS | 0.0% | 0.0% | 0.0% | 0.3% | 27.9% | 25.7% | 26.6% | 17.4% | 2.2% |
| 5 SUBS APPS | 3.9% | 0.7% | 0.4% | 2.5% | 17.7% | 33.1% | 10.3% | 30.0% | 1.5% |
| 6 E-COMMERCE | 0.0% | 0.0% | 0.0% | 0.0% | 25.7% | 39.3% | 13.4% | 20.8% | 0.7% |
| 7 BRAND EXTENDERS | 0.0% | 0.0% | 0.0% | 0.0% | 9.8% | 42.9% | 8.7% | 38.0% | 0.5% |
| 8 MESSAGING | 0.1% | 0.0% | 0.1% | 0.9% | 38.4% | 11.5% | 34.3% | 12.1% | 2.7% |
| 9 SOCIAL GOOD APPS | 0.0% | 0.0% | 0.0% | 0.0% | 29.3% | 45.0% | 10.8% | 14.5% | 0.4% |

*Based on a sample of 295 packages in 2018H2*

Google

Confidential + Proprietary

- Might plug in secondary acquisition whenever that is ready (as a separate deck, appendix; 28d aRev vs CPI)

**EXHIBIT 360.R-042**



# Large Game Developers (sampling of representative devs)

## Majority (57%) have negative Net Play Value, with a few outliers

*Note: We are always providing value to the developer. A negative net play value only indicates that we are providing <30% of Consumer Spend via this model. It does not include other aspects of Value*

| type | Net Play Value | #Devs | Median Value | Avg Value |
|------|---------------|-------|--------------|-----------|
| Negative | -$1335M | 53 | -$11.2M | -$25.2M |
| Positive | $1464M | 40 | $19.4M | $36.6M |
| **Total** | **$129M** | **93** | **-$3.7M** | **$1.4M** |

1 BIG GAME DEV - Play Added Value Distribution

Google   *2018 data

Includes...

SUPERCELL   King   Nintendo   netmarble   Zynga

mixi   NCSOFT   MachineZone   GREE

IGG   +83 more...

Confidential + Proprietary

- Keep old

**EXHIBIT 360.R-043**



**3**

# Large Game Developers (selected)
## Supercell and NCSoft at opposite ends of the Net Play Value spectrum

Note: We are always providing value to the developer.  A negative net play value only indicates that
we are providing <30% of Consumer Spend via this model.  It does not include other aspects of Value

### Play Added Value in 2018 ($M)



"Modeled Developer Value" (MDV) is a theoretical vs. precise value, and doesn't include the complete set of resources or investments required to build and maintain the
products, or the complete set of products and services provided to devs. They are based on assumptions on the perceived value of Google services to a developer that may not
be accurate. They are also built to guide specific decisions and are not appropriate for guiding investments outside of those specific scenarios (e.g., Google level investments,
decisions for another product area)

Google

* (2018 data) Play Added Value = Play Value - Play Revenue

Confidential + Proprietary

- Keep old

**EXHIBIT 360.R-044**

GOOG-PLAY-000337607.R



**3**

# Supercell Deeper Dive
Play Value driven by Discovery, particularly by Play Controlled sources

| Total Breakdown | | |
|---|---|---|
| FOP Value | $30.4M | 8.0% |
| Discovery Value | $347.7M | 91.3% |
| Delivery Value | $2.5M | 0.7% |
| **Discovery Breakdown** | | |
| Play Controlled New Installs | $107.3M | 28.2% |
| Search New Installs | $55.8M | 14.7% |
| Play Controlled Reinstalls | $119.2M | 31.3% |
| Search Reinstalls | $65.4M | 17.2% |
| **FOP Breakdown** | | |
| Credit Card | $10.6M | 2.8% |
| Paypal | $1.8M | 0.5% |
| Play Card | $6.5M | 1.7% |
| DCB | $11.5M | 3.0% |



*Value share > 30% means play delivers more value than it receives

Confidential + Proprietary

Google

*2018 data

- CPI 1.1$
- Consumer Spend $574M
- Play Revenue $172M
- Play Value $380M
- value share =(Play Value/Consumer Spend)

**EXHIBIT 360.R-045**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337608.R



**3**

"Modeled Developer Value" (MDV) is a theoretical vs. precise value, and doesn't include the complete set of resources or investments required to build and maintain the products, or the complete set of products and services provided to devs. They are based on assumptions on the perceived value of Google services to a developer that may not be accurate. They are also built to guide specific decisions and are not appropriate for guiding investments outside of those specific scenarios (e.g., Google level investments, decisions for another product area)

# NCSoft Deeper Dive
Discovery drives a small amount of Play Value, even when LineageM was new

| Play Value Breakdown | | |
|---|---|---|
| FOP Value | $52.0M | 90.9% |
| Discovery Value | $5.1M | 9.0% |
| Delivery Value | $.0M | 0.1% |
| **Discovery Breakdown** | | |
| Play Controlled New Installs | $.8M | 1.4% |
| Search New Installs | $1.0M | 1.8% |
| Play Controlled Reinstalls | $1.3M | 2.4% |
| Search Reinstalls | $2.0M | 3.4% |
| **FOP Breakdown** | | |
| Credit Card | $13.5M | 23.7% |
| Paypal | $.0M | 0.0% |
| Play Card | $10.4M | 18.3% |
| DCB | $28.0M | 48.9% |



*Value share > 30% means play delivers more value than it receives*

Confidential + Proprietary

Google

*2018 data

- CPI 3.4$
- Consumer Spend $777M
- Play Revenue $233M
- Play Value $57M
- value share =(Play Value/Consumer Spend)

**EXHIBIT 360.R-046**



# Supercell vs NCSoft
Despite comparable Consumer Spend, Supercell's Discovery Value dwarfs NCSofts

| | | Supercell | NCSoft | Supercell/NCSoft |
|---|---|---|---|---|
| | Consumer Spend | $575M | $777M | .7x |
| | Play Revenue | $172M | $233M | .7x |
| | Play Value | $381M | $57M | 7x |
| Discovery | Play Controlled New Installs | $107M | $1M | 132x |
| | Search New Installs | $56M | $1M | 55x |
| | Play Controlled Reinstalls | $119M | $1M | 88x |
| | Search Reinstalls | $65M | $2M | 34x |
| | Discovery total | $348M | $5M | 68x |
| FOP | Credit Card | $11M | $14M | .8x |
| | Paypal | $2M | $M | 274x |
| | Play Card | $7M | $10M | .6x |
| | DCB | $11M | $28M | .4x |
| | Fop total | $30M | $52M | .6x |
| Delivery | Delivery total | $M | $1M | - |

Google   * 2018 data

*NCSOFT's CPI is $3.4 while Supercell's is $1.1

Confidential + Proprietary

- Cpi?

**EXHIBIT 360.R-047**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337610.R

Proprietary + Confidential

# Next Steps



EXHIBIT 360.R-048

# What's next

Proprietary + Confidential

 **Iterate the Model**

Iterate on Installs Quantifications

Iterate on Install Value, both CPI & aRev

Consider bringing in additional drivers

 **Increase flexibility & Visualize**

Persona Iteration to improve groups

Allow for multi $ value conversions

Sensitivity Testing

 **Comms**

Sanity check with stakeholders

Build first internal dev report card

Build first external dev Play Value deck

Google

**EXHIBIT 360.R-049**

Proprietary + Confidential

# Questions



**EXHIBIT 360.R-050**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337613.R

Proprietary + Confidential

# Appendix



EXHIBIT 360.R-051

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-000337614.R

# Discovery Value: CPI vs LTV approach
CPI approach typically undervalues....

Proprietary + Confidential

| | CPI Approach (Current) | LTV Approach | $Δ Impact |
|---|---|---|---|
| Platform Wide | | | |
| Non-GPB Devs | | $0 | |
| GPB Devs | | | |
| Package level for top X representative packages | | | |
| Games: High ARPU | | | |
| Games: High MAU | | | |
| Apps: Subs | | | |
| Apps: IAP | | | |

Google

**EXHIBIT 360.R-052**

Proprietary + Confidential

# Discovery Value: Install Value
Two different approaches evaluated.  Decision to Utilize #1

*Discovery Value = (Install Count) \* **(Install Value)***



**CPI**
What it would cost to buy the installs

Game level
Using UAC CPIs
By Genre
By Market

**28 day aRev**
Actual spend, for time limited duration

Game level
Using actuals
or
Genre aRev if no revenue

**Pros**
- Inline with Market
- Straightforward for developers

- Captures actual rev of Play install
- Better captures games like LineageM

**Cons**
- Undervalues games like LineageM
- Does not account for burst installs

- Systematically lower than CPI
- Devs may not accept 28d time threshold

Google

**EXHIBIT 360.R-053**

# What we are not taking into consideration....

Proprietary + Confidential

Hypothesis: These don't create value at the same scale but are be meaningful to some devs

## Business / Tech Services

- Console Analytics
- A/B Testing
- Instant Games
- Vitals
- Android Studio

*Many of these improve discovery, which is captured in the model*

## Comm Ops (beyond Installs)

- Play Points
- Gift Card Promotions
- CRM / Credits
- LiveOps / Engagement Campaigns

*Many of these increase $, which is captured in the model*

## BD + Hug

- Growth Consulting
- Tech Consulting
- Ads Credits
- Cloud Credits
- Marketing $

*Many of these improve discovery or $, which is captured in the model*

Google

**EXHIBIT 360.R-054**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337617.R

# Discovery Value: Install Value Discount
## Not all Install Values are created equal

Proprietary + Confidential



Discovery Value = (Install Count) * **(Install Value)**

V1.5.X (Updated for Search to only include Categorical Search)

Google

**EXHIBIT 360.R-055**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# FOP Value: Developer Replication Cost

However, some FOPs may be difficult for a dev to replicate at Play's cost

Proprietary + Confidential

$$FOP\ Value = (Spend\ by\ FOP) * \textbf{(Value per Spend)}$$



Developer Cost to Replicate

| 1 Credit Card | 2 PayPal | 3 Gift Card | 4 DCB |
|---|---|---|---|
| 6% | 3% | 13.5% | 20% |

V1.5.X (Updated for FOP for Developer cost to replicate)

Google

EXHIBIT 360.R-056

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337619.R

# What are we not taking into consideration....

Proprietary + Confidential

| Other Drivers | Quantifiable Value | Challenge |
|---|---|---|
| BD Support / Services | | |
| Business Consultations | Growth Consulting Impact | Accuracy, Small in relation to other value |
| Technical Consultations | ? | What value to use |
| GPP Value | 1% | ROI of incorporating |
| | | |
| Gift Card Promotion Value | ? | What value to use / Should we use |
| Marketing Spend | Actuals | Should we use |
| Ad Credits | Actuals | Should we use |
| Cloud Credits | Actuals | Should we use |

Google

**EXHIBIT 360.R-057**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337620.R



**3**

# King Deeper Dive
Lots of installs, but low CPI leads to a negative Net Play Value

"Modeled Developer Value" (MDV) is a theoretical vs. precise value, and doesn't include the complete set of resources or investments required to build and maintain the products, or the complete set of products and services provided to devs. They are based on assumptions on the <u>perceived</u> value of Google services to a developer that may not be accurate. They are also built to guide specific decisions and are not appropriate for guiding investments outside of those specific scenarios (e.g., Google level investments, decisions for another product area)

| Total Breakdown | | |
|---|---|---|
| FOP Value | $33.3M | 23.6% |
| Discovery Value | $105.3M | 74.8% |
| Delivery Value | $2.2M | 1.6% |
| **Discovery Breakdown** | | |
| Play Controlled New Installs | $54.1M | 38.4% |
| Search New Installs | $16.2M | 11.5% |
| Play Controlled Reinstalls | $25.9M | 18.4% |
| Search Reinstalls | $9.0M | 6.4% |
| **FOP Breakdown** | | |
| Credit Card | $14.1M | 10.0% |
| Paypal | $2.7M | 1.9% |
| Play Card | $2.0M | 1.4% |
| DCB | $14.4M | 10.3% |



*Value share > 30% means play delivers more value than it receives

Google

*2018 data

Confidential + Proprietary

- CPI 0.4$
- Consumer Spend $698M
- Play Revenue $209M
- Play Value $140M

**EXHIBIT 360.R-058**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Supercell vs King

Differences in CPI due to Genre, Strategy vs Casual, drive the difference

| | | Supercell | King | Supercell/King |
|---|---|---|---|---|
| | Consumer Spend | $575M | $698M | .8x |
| | Play Revenue | $172M | $209M | .8x |
| | Play Value | $381M | $141M | 3x |
| Discovery | Play Controlled New Installs | $107M | $54M | 2x |
| | Search New Installs | $56M | $16M | 3x |
| | Play Controlled Reinstalls | $119M | $26M | 5x |
| | Search Reinstalls | $65M | $9M | 7x |
| | Discovery total | $348M | $105M | 3x |
| FOP | Credit Card | $11M | $14M | .8x |
| | Paypal | $2M | $3M | 1x |
| | Play Card | $7M | $2M | 3.3x |
| | DCB | $11M | $14M | .8x |
| | Fop total | $30M | $33M | .9x |
| Delivery | Delivery total | $2M | $2M | 1.1x |

Google        * 2018 data

*King's CPI is $0..4 while Supercell's is $1.1

Confidential + Proprietary

- Cpi?

**EXHIBIT 360.R-059**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        GOOG-PLAY-000337622.R



- Bold

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 360.R-060**

GOOG-PLAY-000337623.R



**3**

"Modeled Developer Value" (MDV) is a theoretical vs. precise value, and doesn't include the complete set of resources or investments required to build and maintain the products, or the complete set of products and services provided to devs. They are based on assumptions on the _perceived_ value of Google services to a developer that may not be accurate. They are also built to guide specific decisions and are not appropriate for guiding investments outside of those specific scenarios (e.g., Google level investments, decisions for another product area)

# Supercell vs NCSoft

Though NCSOFT and Supercell have similar consumer spend, play value for NCSOFT is much lower due to its very different discovery value
*2018 data

|  |  | NCSOFT |  | Supercell |  | NCSOFT/Supercell |
|---|---|---|---|---|---|---|
|  | Consumer Spend | $776,951,792 |  | $574,892,255 |  | 135% |
|  | Play Revenue | $233,085,537 | 30% | $172,467,677 | 30% | 135% |
|  | Play Value | $57,147,044 | 7% | $380,646,774 | 66% | 15% |
| Discovery | Play Controlled New Installs | $815,663 | 1% | $107,264,202 | 28% | 1% |
|  | Search New Installs | $1,021,828 | 2% | $55,829,829 | 15% | 2% |
|  | Play Controlled Reinstalls | $1,348,624 | 2% | $119,200,060 | 31% | 1% |
|  | Search Reinstalls | $1,950,533 | 3% | $65,422,907 | 17% | 3% |
|  | Discovery total | $5,136,647 | 9% | $347,716,998 | 91% | 1% |
| FOP | Credit Card | $13,547,881 | 24% | 10,603,181 | 3% | 128% |
|  | Paypal | $6,743 | 0% | 1,847,611 | 0% | 0% |
|  | Play Card | $10,448,617 | 18% | 6,525,047 | 2% | 160% |
|  | DCB | $27,968,920 | 49% | 11,467,110 | 3% | 244% |
|  | Fop total | $51,972,161 | 91% | 30,442,950 | 8% | 171% |
| Delivery | Delivery total | $38,235 | 0% | $2,486,826 | 1% | 2% |

Google

*NCSOFT's CPI is $3.4 while Supercell's is $1.1

Confidential + Proprietary

- Cpi?

**EXHIBIT 360.R-061**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



- To do:
- Change slide 6 to have the same format to slide 7

**EXHIBIT 360.R-062**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-000337625.R



- 17/20 are in 'Big Game Developer' persona; 3/20 are in 'Other Monetizing Game Dev' persona

**EXHIBIT 360.R-063**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-PLAY-000337626.R

# Appendix: Key assumptions for this analysis

| Play Revenue | |
|---|---|
| Play Revenue | Consumer Spend * 30% |

| FOP Value | |
|---|---|
| FOP Value (=cost to google) | |
| Credit Card Value | Credit Card Spend * 3% |
| Paypal Value | Paypal Spend * 3% |
| DCB Value | DCB Spend * 13% |
| Gift Card Value | Gift Card Spend * 9.5% |

| Persona | Average CPI |
|---|---|
| 1 BIG GAME DEV | $0.65 |
| 2 OTHER MONETIZING GAME DEV | $0.38 |
| 3 ADS SUPPORTED GAME DEV | $0.28 |
| 4 SUBS APP DEV | $0.68 |
| 5 OTHER MONETIZING APP DEV | $0.70 |
| 6 ADS SUPPORTED APP DEV | $0.74 |
| 7 ECOMM APP DEV | $2.62 |
| 8 OTHER | $1.82 |
| TOTAL | $0.75 |

| Acquisition Value | |
|---|---|
| **Install Value** | |
| New Installs, Play Owned | DM/EM User CPI * #Installs * **100%** |
| New Installs, Cat. Search | DM/EM User CPI * #Installs * **100%** |
| New Installs, Deep Link | **0** |
| | |
| **Reinstalls Value** | |
| Re-Installs, Play Owned | DM/EM User CPI * #Installs * **50%** |
| Re-Installs, Cat. Search | DM/EM User CPI * #Installs * **50%** |
| Re-installs, Deep Link | **0** |

Google

Confidential + Proprietary

**EXHIBIT 360.R-064**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337627.R

# Discovery Value: Install Count
Play drives installs both directly and indirectly to developers

Proprietary + Confidential

Discovery Value = **(Install Count)** * (Install Value)

| | Play Controlled Installs<br>Smerch, PRex, Related, Topchart | Search Installs |
|---|---|---|
| **New** | Count every **new** install from **Play Controlled** sources fully<br><br>1 install= 1 count | Discount every **new** install from **Search** by 50%<br><br>1 install = 0.5 count |
| **Re-Installs** | Discount every **re-install** from **Play Controlled** sources by 50%<br><br>1 install = 0.5 count | Discount every **re-install** from **Search** by 25%<br><br>1 install = 0.25 count |

Google

**EXHIBIT 360.R-065**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# FOP Value: Cost
Play pays the fees on behalf of dev

Proprietary + Confidential

$FOP\ Value = (Spend\ by\ FOP) * \mathbf{(Value\ per\ Spend)}$



Conservative Fees

| **1** Credit Card | **2** PayPal | **3** Gift Card | **4** DCB |
|---|---|---|---|
| 3% | 3% | 9.5% | 13.5% |

Google

**EXHIBIT 360.R-066**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337629.R

# Appendix - FOP Spend

Spend by each payment method and their share in each persona
*2018 data

| Persona | Credit Card | Paypal | Play Card | DCB | CC Share % | Paypal % | Play Card % | DCB % |
|---|---|---|---|---|---|---|---|---|
| 1 BIG GAME DEV | $ 7,042,334,756 | $ 807,028,302 | $ 1,858,467,846 | $ 2,667,926,746 | 57% | 7% | 15% | 22% |
| 2 OTHER MONETIZING GAME DEV | $ 3,868,564,694 | $ 425,856,644 | $ 848,741,725 | $ 1,181,297,470 | 61% | 7% | 13% | 19% |
| 3 ADS SUPPORTED GAME DEV | $ 226,446 | $ 26,247 | $ 36,193 | $ 147,584 | 52% | 6% | 8% | 34% |
| 4 SUBS APP DEV | $ 1,723,739,681 | $ 286,350,130 | $ 188,145,725 | $ 797,160,838 | 58% | 10% | 6% | 27% |
| 5 OTHER MONETIZING APP DEV | $ 331,645,746 | $ 45,363,147 | $ 79,289,612 | $ 227,750,483 | 48% | 7% | 12% | 33% |
| 6 ADS SUPPORTED APP DEV | $ 839,939 | $ 95,450 | $ 288,811 | $ 508,067 | 48% | 6% | 17% | 29% |
| 7 ECOMM APP DEV | $ 44,520 | $ 4,458 | $ 1,362 | $ 11,441 | 72% | 7% | 2% | 19% |
| 8 OTHER | $ 3,876,888 | $ 635,069 | $ 751,544 | $ 1,913,908 | 54% | 9% | 10% | 27% |
| TOTAL | $ 12,971,272,670 | $ 1,565,359,449 | $ 2,975,722,818 | $ 4,876,716,537 | 58% | 7% | 13% | 22% |

Google

Confidential + Proprietary

**EXHIBIT 360.R-067**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000337630.R

# Where are we today with Play Value?

Proprietary + Confidential

## Quantitative Model
### (exists)

**3 Drivers:** Which we believe accounts for majority of quantifiable value

**2 approaches:** To convert to $, which provides a range of potential values

## Early Learnings
### (very early)

**Play Level:** Understand the size of impact of drivers, over time

**Personas:** Sampling of devs highlights value of different drivers

**Extremes:** Snapshots of devs that appear to benefit most/least from Play

Google

**EXHIBIT 360.R-068**

**GOOG-PLAY-000337564.R**

## Metadata

| Author | Michael Marchak | SEMANTIC |
|---|---|---|
| **Custodian** | Sameer Samat | SEMANTIC |
| **Date Created** | 2019/08/08 8:55 pm | SEMANTIC |
| **Filename** | -PRIVILEGED & CONFIDENTIAL- Play Value Mod_1YvK2SqV6XaKkI-oUN86r7N-nf0OvqLqbP2nDsBU09cc.pptx;-PRIVILEGED & CONFIDENTIAL- Play Value Mode_1YvK2SqV6XaKkI-oUN86r7N-nf0OvqLqbP2nDsBU09cc.pptx | SEMANTIC |

**EXHIBIT 360.R-069**

**EXHIBIT 360-069**