# Compute
Platform & Ecosystems
Devices & Services

## Board of Directors Update
January 2020

Privileged & Confidential

EXHIBIT 436.R

EXHIBIT 436.R-001

GOOG-PLAY-001018676.R

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Android has 85% share of global smartphones, with over 2.4B active devices



Privileged & Confidential    12

**EXHIBIT 436.R-014**

GOOG-PLAY-001018689.R

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Users are also buying into an ecosystem - not just a mobile device

## Apple users with multiple devices are much less likely to switch to Android
*(Users not considering other OS for next phone purchase)*



| | |
|---|---|
| iPhone Only | 80% |
| iPhone + Apple TV | 86% |
| iPhone + iPad | 90% |
| iPhone + Macbook | 93% |
| **iPhone + Apple Watch** | **94%** |
| iPhone + iPad + Apple TV | 98% |
| 4+ Devices | 100% |

- Shift WearOS 2.x to more open, partner-focused offering *(emphasizing customization, performance and LTE)*
- Develop 3P ecosystem, tools & support
- New Connected 1P watch
- Deeper 1P integrations *(Assistant, Maps, YouTube & Payments)*
- Fitbit: integration planning underway

Privileged & Confidential   15

**EXHIBIT 436.R-017**

GOOG-PLAY-001018692.R

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY