1   Paul J. Riehle (SBN 115199)
    paul.riehle@faegredrinker.com
2   **FAEGRE DRINKER BIDDLE & REATH LLP**
    Four Embarcadero Center, 27th Floor
3   San Francisco, CA 94111
    Telephone: (415) 591-7500
4

5   Christine A. Varney (*pro hac vice*)
    cvarney@cravath.com
6   **CRAVATH, SWAINE & MOORE LLP**
    825 Eighth Avenue
7   New York, New York 10019
    Telephone: (212) 474-1000
8

9   *Counsel for Plaintiff Epic Games, Inc.*

10

11  [Additional counsel appear on signature page]

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

12

13                      **UNITED STATES DISTRICT COURT**

14                      **NORTHERN DISTRICT OF CALIFORNIA**

15                      **SAN FRANCISCO DIVISION**

16

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **MANUAL FILING NOTIFICATION** |
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge: Hon. James Donato |

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 440**

This exhibit was not filed electronically for the following reason(s):

_____ Voluminous Document (PDF file size larger than e-filing system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

 _X_  Other (description):  _native form not accepted by e-filing system_____

A copy of this exhibit is being maintained in the case file in the Clerk's office.  For information on retrieving this filing directly from the court, please see the Court's main website, at http://www.cand.uscourts.gov.

DATED:  December 21, 2023

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  cvarney@cravath.com
  Gary A. Bornstein *(pro hac vice)*
  gbornstein@cravath.com
  Timothy G. Cameron *(pro hac vice)*
  tcameron@cravath.com
  Yonatan Even *(pro hac vice)*
  yeven@cravath.com
  Lauren A. Moskowitz *(pro hac vice)*
  lmoskowitz@cravath.com
  Justin C. Clarke *(pro hac vice)*
  jcclarke@cravath.com
  Michael J. Zaken *(pro hac vice)*
  mzaken@cravath.com
  M. Brent Byars *(pro hac vice)*
  mbyars@cravath.com

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Gary A. Bornstein* _____
  Gary A. Bornstein

**MANUAL FILING NOTIFICATION**
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD

DATED:  December 21, 2023                    MUNGER, TOLLES & OLSON LLP
                                            Glenn D. Pomerantz
                                            Kyle W. Mach
                                            Kuruvilla Olasa
                                            Justin P. Raphael
                                            Emily C. Curran-Huberty
                                            Jonathan I. Kravis

                                            Respectfully submitted,


                                    By:   */s/ Glenn D. Pomerantz*
                                            Glenn D. Pomerantz

                                    *Counsel for Defendants Google LLC et al.*

DATED:  December 21, 2023                    MORGAN, LEWIS & BOCKIUS LLP
                                            Brian C. Rocca
                                            Sujal J. Shah
                                            Minna L. Naranjo
                                            Rishi P. Satia
                                            Michelle Park Chiu



                                    By:   */s/  Brian C. Rocca*
                                            Brian C. Rocca

                                    *Counsel for Defendants Google LLC et al.*

**MANUAL FILING NOTIFICATION**
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD