| | |
|---|---|
| **Message** | |
| **From:** | Paul Gennai [████@google.com] |
| **Sent:** | 1/12/2019 8:19:37 PM |
| **To:** | Srikanth Krishnamachari [████@google.com] |
| **Subject:** | Re: Play Distribution Project |

Thanks, Sri. Hope the meeting went well. If it's worth the two of us quickly syncing early next week, just let me know and I'll take a look for some time. Appreciate any support that the team could provide.

Have a great weekend
Paul

On Fri, Jan 11, 2019 at 3:56 PM Srikanth Krishnamachari <████@google.com> wrote:
> Thanks Paul. I just rejoined BizOps to head the core team in October. Its been fun so far, learning the changes to the Google organization over the past 4 years since I was at YouTube and working on a very broad variety of projects.
>
> This e-mail is very helpful context. I had some good conversations on Bearhug with Mike in December and had heard there were ongoing discussions internally to test level of importance (including with Ruth) - so we had held off on our involvement. But we're interested in helping. Look forward to discussing with Mike at 4.
>
> Hope to catch up soon as well.
>
> Best,
> Sri
>
> On Fri, Jan 11, 2019 at 10:32 AM Paul Gennai <████@google.com> wrote:
>> Hey Sri,
>>
>> Long time no see! Your name's been coming up a lot recently. Heard that you headed back to Bizops? I was due to meet with you and the team later today, but unfortunately now have to head out to Palo Alto for a commitment that's super tough for me to move.
>>
>> The project that Mike will talk to you about is our biggest Play priority for Q1, but one that we don't have the resources to staff (our Play strategy team had a lot of departures into the business).
>>
>> Essentially, Jamie and Sameer are asking us to consider what Play should do in the face of increasing app store competition on Android, both from OEMs (who are looking to increase services revenue / differentiate devices with content) and other large platforms (like Epic). In that context, they're willing to consider all options, including changes to our business model, considering paying our OEM and carrier partners, and more.
>>
>> We see it as two phases: setting the scene for why it's important (some scenarios for impact on Play, Android and Google), then onto solution design.
>>
>> It's a huge project and one where we'd definitely appreciate the help. Jamie and Sameer have already confirmed that they can allocate an hour every other week to keep track of progress and make decisions.
>>
>> Hope to catch you soon and feel free to let me know if you have any initial questions.
>>
>> Paul

**EXHIBIT 596**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY4-004529557

EXHIBIT 596-001

--

| Paul Gennai | Product Management Director | █████@google.com | ███████ |

--

| Paul Gennai | Product Management Director | █████@google.com | ███████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY4-004529558

**EXHIBIT 596-002**