

Confidential and proprietary

*Attorney-client privileged*   



**Android Commercial Agreements**

Aug 2019



EXHIBIT 617.R-001

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261142

*Attorney-client privileged*

# Android's Core Commercial Agreements

**MADA**
[Mobile App Distribution Agreement]

- Secures baseline distribution of our apps on Android
- Gives us a vehicle to drive consistency of experience
- Ensures regular security updates



**RSA**
[Search Revenue Share Agreement]

- Reinforces MADA's distribution with additional protections for our revenue generating services
- Provides a mechanism to help fund the ecosystem

Google

Confidential + Proprietary

EXHIBIT 617.R-002

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261143

*Attorney-client privileged*

# MADA: Overview



**MADA**
[Mobile App Distribution Agreement]

- Secures baseline distribution of our apps on Android

- Gives us a vehicle to drive consistency of experience

- Allows us to define a baseline security level

| Coverage | We give | We get |
|---|---|---|
| 2.3B actives<br><br>~1B activations / year | • Play Store + 10 Google apps<br>• App ecosystem<br>• Security / malware scanning | • Play + 10 apps preloaded<br>• Search widget + Assistant gestures & hotword<br>• Security updates |

Google

Confidential + Proprietary

EXHIBIT 617.R-003

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261144



EXHIBIT 617.R-004

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261145

Attorney-client privileged

# RSA: Overview

**RSA**
[Search Revenue Share Agreement]

- Reinforces MADA's distribution with additional protections for our revenue generating services

- Provides a mechanism to help fund the ecosystem

### Coverage

1.3B actives

0.7B activations / year

### We give

Search revenue share on Android

### We get

- Out-of-the-box search defaults and exclusivity

- Out-of-box Assistant gesture, hotword and homescreen exclusivity

Google

Confidential + Proprietary

EXHIBIT 617.R-005

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261146

Attorney-client privileged

# RSA evolution into RSA 3.0: Two key goals governed our update

**RSA 2.0** [Search Revenue Share Agreement, 2016 version]

**RSA 3.0** [2019 version]

## Where we are today

**Search and Assistant** protections secured on 53% of Android devices

Additional **placement for key apps** secured on 5% of Android devices

**No protections for Play**

## Key goals

1. **Platform-wide protections** for key access points not covered by MADA (browsers and assistant)

2. Stronger alignment with OEMs on **key apps and ecosystem services (Play, apps, UI)**

Google

Confidential + Proprietary

EXHIBIT 617.R-006

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261147

*Attorney-client privileged*

# RSA 3.0: 3 Tier structure

| NEW Core Experience (all devices outside EEA) | Optimized Experience (device by device) | Google Forward (device by device) |
|---|---|---|
| Browser defaults and assistant coverage on 100% of Android devices | Full Search (outside Europe) & Assistant exclusivity | Support OEMs via services revenue & align OEMs with Google's vision of Mobile |
| 8% search rev-share [browser & assistant only] | 8-16% search rev-share [browser and search app] | 12-20% search rev-share [browser and search app] + Play rev-share in some cases |
| 2.2B actives expected in 2023 | | 0.4B actives expected in 2023 |

Google

Confidential + Proprietary

EXHIBIT 617.R-007

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261148

*Attorney-client privileged*

# RSA 3.0: Google Forward tier secures advanced placement for strategic apps

| NEW Core Experience (all devices) | Optimized Experience (device by device) | **Google Forward (device by device)** |
|---|---|---|

**Core gets**

### [PO] Optimized for Search & Play monetization

  

Core Search & Play provisions

### Best Assistant experience on Android



SW integrations and core app defaults

### Cohesive phone experience

   

Evolving list of UI & app requirements & defaults

Google

Confidential + Proprietary

EXHIBIT 617.R-008

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261149

Attorney-client privileged

# Backup

Google

Confidential + Proprietary

EXHIBIT 617.R-009

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261150

*Attorney-client privileged*

# MADA v.2019: Policies

| MADA v2017 | Additions in MADA v2019 |
|---|---|
| 1. **Preloads:** must be scanned for malware | 1. **Preloads:** must follow Play policies; Launchers must follow MADA placement |
| 2. **OS freshness:** new models must be on <18 month old versions of Android | 2. **OS freshness:** no manufacturing of devices on 2+ year old OS versions |
| 3. **Security updates:** mandatory quarterly updates for popular (100K+) models for 2 years since launch | 3. **Security updates:** no changes |

Google

Confidential + Proprietary

EXHIBIT 617.R-010

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

*Attorney-client privileged*

# MADA v.2019: Placement, services & integrations

| MADA v2017 | Additions in MADA v2019 |
|---|---|

**Services:**

Google Play Services, Google Settings, Widevine DRM etc.

**Placement & Integrations:**

 Home-screen widget

 Home-screen icon

 Home-screen folder

 Hotword, home-button & gesture integration

Screens in setup wizard

Google

 Android Auto

 Digital Wellbeing

 Family Link

All distributed as headless apps (no visible user icon) + integration with Google Settings

Confidential + Proprietary

EXHIBIT 617.R-011

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261152

*Attorney-client privileged*

# Besides MADA & RSA, Google uses multiple other strategies to drive distribution

| Bounty deals | App cross-promotion | Google guide |
|---|---|---|







**Bounty deals**

Multiple deals with individual OEMs covering single or groups of apps, including:
- gSuite
- Messages
- News
- gBoard
- Pay

Google

**App cross-promotion**

Many 1P apps include cross-promotion links, including:
- Play promoting Movies, Books & Music apps
- GMail promoting Contacts & Calendar
- Photos promoting PhotoScan
- Maps promoting Google Earth
- YouTube promoting YT Kids & Music

**Google guide**

[Under development] Post-OOB flow guiding users through the Google ecosystem, including:
- Home & work locations on maps
- Adding FOP to Google Pay
- Setting up Duo
- App discovery

Confidential + Proprietary

EXHIBIT 617.R-012

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

GOOG-PLAY4-004261153