Viewing at CL 324256670.

Premier Tier      Search this site

# Premier Tier Requirements

Edited 2020-07-31

v1.07 2020-06-12

## 1. Introduction

[OEM] [Carriers]

This document pertains to all Premier Devices, released under the Google Revenue Share Agreement. All Premier Devices MUST adhere to the requirements described in the Android Compatibility Definition Document (CDD) and GMS requirements[1]. In addition, the following requirements will apply in accordance with the terms set forth below, unless agreed upon otherwise in writing between Google and Company.

Capitalized terms used but not defined in this document have the meanings assigned to them in the Google Mobile Revenue Share Agreement. Any terms used but not defined in this document or in the Google Mobile Revenue Share Agreement will have the usual industry meaning as used in the Android ecosystem. The use of "MUST", "MUST NOT", "REQUIRED", "SHALL", "SHALL NOT", "SHOULD", "SHOULD NOT", "RECOMMENDED", "MAY", and "OPTIONAL" is per the IETF standard defined in RFC2119. For clarification, preload and placement requirements for Google apps in a country or territory under this document are subject to the Google Product Geo-Availability Chart[2].

## 2. Hardware requirements

[OEM]

### 2.1 Minimum hardware specifications

| Category | Requirement |
|---|---|
| Chipset (SoC) | Google Hotwords detection MUST be implemented on the DSP (Digital Signal Processor), if Premier Device supports it. |
| Screen width | RECOMMENDED, have a minimum of 720px |
| USB | RECOMMENDED, fully specification compliant USB type-C port. |
| NFC | RECOMMENDED, enabled by Default Out-of-box |
| Camera | MUST meet requirements described in section 2.2 (Google Lens), if Premier Device supports it |
| Assistant hardware button | MUST be designed per, and mapped to Google Assistant intent per, latest Dedicated Hardware Affordances specification, unless agreed upon otherwise in writing between Google and Company. |

### 2.2 Google Lens

Premier Devices MUST adhere to the following Google Lens requirements, if Premier Device supports it:

- Camera hardware requirements described here.
- Vendor Camera requirements described here.

## 3. Software requirements

[OEM] [Carriers]

### 3.1 Android platform version

Company MUST: Launch all Premier Devices with the latest Android platform version or, if the latest version was released less than 120 days prior to launch, then with either the latest Android platform version or the version released immediately prior to the latest Android platform version.

Page contents
1. Introduction
2. Hardware requirements
   - 2.1 Minimum hardware specifications
   - 2.2 Google Lens
3. Software requirements
   - 3.1 Android platform ver
   - 3.2 Bootloader
   - 3.3 Client IDs
   - 3.4 Feature flag
   - 3.5 GMS SetupWizard
   - 3.6 Google Mobile Service & Application Preloads and Placements
     - 3.6.1 Google Apps Prelo
     - 3.6.2 Android Go
     - 3.6.3 Google Search
     - 3.6.4 Google One
     - 3.6.5 Communications Suite[7] - Contacts, Duo, Messages, Phone (Diale app
     - 3.6.6 Google Lens
     - 3.6.7 Google Pay
     - 3.6.8 Google Assistant
     - 3.6.9 Google Photos
     - 3.6.10 Google Apps Placement
     - 3.6.11 Application Dock (a.k.a. hotseat) layouts
   - 3.7 Application preloads
   - 3.8 UX principles
     - 3.8.1 Homescreen
     - 3.8.2 Quick Settings
     - 3.8.3 Notification behavi
     - 3.8.4 Settings structure
     - 3.8.5 Always-on-Display
     - 3.8.6 Lockscreen
     - 3.8.7 Status bar
4. Text Spec
   - 4.1 Text Spec
5. Program review process
   - 5.1 Product Development
   - 5.2 Test Device Support

CONFIDENTIAL

EXHIBIT 627

GOOG-PLAY-007125883

EXHIBIT 627-001

## 3.2 Bootloader

- SHOULD support the fastboot protocol.
- SHOULD support unlocking via **fastboot oem unlock**.
- A warning message MUST be presented upon boot on Premier Devices with unlocked bootloader.

## 3.3 Client IDs

Premier Devices MUST correctly implement and use Client IDs assigned by Google and as instructed by Google, which may include different Client IDs for different product properties.

## 3.4 Feature flag

Premier Devices MUST declare **com.google.android.feature.PREMIER_TIER** feature flag.

## 3.5 GMS SetupWizard

- Decision point screen MUST be presented to users.
- GMS SetupWizard screens MUST be shown in the following order: Google Assistant, Google Pay, Google One.
- Google GMS SetupWizard screens MUST come before the decision point screen.
- Additional OEM and carrier setup screens MUST come after the decision point screen.
- Specific GMS SetupWizard integrations are further specified in sections 3.6.4 (Google One), 3.6.7 (Google Pay), and 3.6.8 (Google Assistant).

# 3.6 Google Mobile Service (GMS) Application Preloads and Placements

## 3.6.1 Google Apps Preloads

- Core and Flexible Applications (as indicated in the Google Product Geo-Availability Chart[2]) MUST be preloaded as set out in such chart
- The following optional GMS Applications (as indicated in the Google Product Geo-Availability Chart[2]) MUST be preloaded as set out in such chart:
  - Communications Suite apps
    - Phone (Dialer)
    - Messages
    - Contacts
  - Gboard
  - Google Assistant
  - Google Calendar
  - Google News
  - Google One
  - Google Pay
  - Google Podcasts
- Further placement requirements for preloaded Google Applications are indicated in sections *3.6.5 (Communications Suite), 3.6.6 (Google Lens), 3.6.7 (Google Pay), and 3.6.9 (Google Photos)*.
- All mandatory preloads (as indicated under bullets 1 and 2 above) other than those listed below MUST be located in the system partition. The following MUST be offered via Play Auto-Install[3].
  - Contacts
  - Duo
  - Google Drive
  - Google News
  - Google One
  - Google Pay (see section 3.6.7 for more information)
  - Google Podcasts
  - Play Movies
  - YouTube Music

  ※ NOTE: Flexible / Optional apps configured as default MUST be preloaded in the system partition.

Google may change which applications have to be preloaded in the Google folder ("Google Folder Applications") with 90 days prior written notice to Company. During the Term, the number of Google Folder Applications will not, at any time, exceed (i) seven (7) applications in addition to the applications that are required under the MADA or, as applicable, the EMADA, and (ii) an aggregate of 510MB of storage for

more than 2GB of RAM and 100MB for 2GB or less of RAM. Further, Google may require no more than two (2) additional applications in total during the Term to be preloaded on the Plus One Screen ("Plus One Screen Applications"), each with 90 days prior written notice to Company. The Plus One Screen Applications should not change during the Term. Company may request a waiver from Google to not preload certain applications, which will be granted at Google's sole discretion. For both the Google Folder Application and Plus One Screen Applications, Google will not change the preload requirements more than once every six months during the Term. For the sake of clarity, any such change to the Premier Device Program Requirements will only apply to Premier Devices that are launched after such change is made and will not apply to Premier Devices that are launched before such change was made.

### 3.6.2 Android Go

Android Go Devices having 2GB or less of RAM MUST adhere to the following requirements, unless agreed upon otherwise in writing between Google and Company:

- Core Applications (as indicated in the Google Product Geo-Availability Chart[2]) MUST be preloaded as set out in such chart
- The following optional Applications (as indicated in the Google Product Geo-Availability Chart[2]) MUST be preloaded on devices with less than 2GB of RAM:
    - Files
    - Messages
    - Phone (Dialer)
- The following optional Applications (as indicated in the Google Product Geo-Availability Chart[2]) MUST be preloaded on devices with 2GB of RAM:
    - Contacts
    - Files
    - Google Calendar
    - Google News
    - Google One
    - Messages
    - Phone (Dialer)
    - Play Movies
- Assistant Go and Google Duo icons MUST exist on the Default Home Screen.
- Phone (Dialer), Messages, and Chrome Browser icons MUST be placed on the Application Dock (hotseat).
- All preloaded 1P apps not on the Default Home Screen or the Application Dock (hotseat) MUST be placed in Google folder on the Default Home Screen.

### 3.6.3 Google Search

Subject to any Geographic Exceptions set forth in the Google Mobile Revenue Share Agreement, all Premier Devices MUST adhere to the following requirements:

- All Search Access Points (as defined in the Google Mobile Revenue Share Agreement) MUST be set to Google.com or, if applicable, the local Google domain in the country where the Premier Device is distributed;
- Google-provided widget MUST be placed on the Default Home Screen; and
- Search Launcher Services API[4] MUST be implemented, which allows a launcher to integrate the Google Discover on the (overlay) Minus One Screen, Hotword, and/or prewarmed search UI by swiping right from the Default Home Screen. This MUST be the sole feed page.

### 3.6.4 Google One

Premier Devices MUST include Google One setup wizard integration once requirements for such integration are made available.

### 3.6.5 Communications Suite[7] - Contacts, Duo, Messages, Phone (Dialer) app

Premier Devices MUST have Contacts, Duo, Messages, and Phone (Dialer) apps, in each case that is Google-provided, unless agreed upon otherwise in writing between Google and Company.

- Messages: MUST be set as default and placed in the Application Dock
- Duo: MUST be placed on the Default Home Screen outside of Google folder; Duo video integrations MUST be retained in Messages, Phone (Dialer), and Contacts; Duo Ready requirements[8] MUST be implemented and Duo-ready certification MUST be completed
- Phone (Dialer): MUST be set as default and placed in the Application Dock, and MUST have Audio-based Features[9] implemented.
- Contacts: MUST be placed inside Google folder on the Default Home Screen.

### 3.6.6 Google Lens

*UI Placement*

CONFIDENTIAL

GOOG-PLAY-007125885

**EXHIBIT 627-003**

- The Google Lens UI element MUST be surfaced to the left or right of the shutter, unless agreed upon otherwise in writing between Google and Company.

*Label Requirements*

If the Google Lens UI element is labeled:

- The label text MUST be "Google Lens".
- The "Google Lens" string MUST NOT be translated.

## 3.6.7 Google Pay

Subject to app availability and technical readiness, and unless agreed upon otherwise in writing by Google and Company,

- SUW: Payments setup MUST be integrated within Google Setup Wizard flow on all Premier Devices operating with Android P or subsequent OS versions.
- Placements: Google Pay app MUST be placed in the Google folder on Default Home Screen.
- Power button: Power button long press MUST be set to invoke Quick Access Wallet on devices running Android R or higher.
- NFC: NFC MUST be turned on out of box for NFC devices
- Default: Google Pay MUST be set as default payment service on device.

The Google Pay specifications detailed here MUST be implemented.

## 3.6.8 Google Assistant

Premier Devices MUST include Google Assistant setup wizard integration as described here.

## 3.6.9 Google Photos

Google Photos on Premier Devices MUST be directly accessible from Company's camera application by swiping from camera to the last photo taken or tapping on the thumbnail of the last photo taken on the camera.

By using the Google Photos OEM APIs, Company agrees to be bound by the Google APIs Terms of Service, the current version of which is available at https://developers.google.com/terms/.

## 3.6.10 Google Apps Placement

- Google Duo icon MUST exist on the Default Home Screen.
- Google Assistant app icon MUST exist on the Default Home Screen (Plus One Screen on EEA devices).
- Google folder on Default Home Screen MUST have the following app icons:
  - Contacts
  - Google Calendar
  - Google News
  - Google One
  - Google Pay app
  - Google Podcasts

## 3.6.11 Application Dock (a.k.a. hotseat) layouts

- Premier Devices MUST include Phone (Dialer), Messages, and Chrome Browser apps in the Application Dock unless agreed upon otherwise in writing between Google and Company.
- Google-provided widget SHOULD be visible on Overview, a.k.a. Recent apps.

## 3.7 Application preloads

Unless otherwise specified by Google in writing, application preloads:

- MUST be available in Google Play;
- MUST be offered via Play Auto-Install[3] unless agreed upon otherwise in writing between Google and Company;
- MUST NOT interfere with Premier requirements;
- MUST NOT overlap with the following Google preloads in terms of the applications, features, or functionality: Chrome Browser, Contacts, Duo, Gboard, Gmail, Google Assistant, Google Calendar, Google Discover, Google Lens, Google News, Google One, Google Pay, Google Photos, Google Play, Google Podcasts, Google Search app, Messages, and Phone (Dialer); and
- MUST NOT contain INSTALL_PACKAGES permissions.

App placement on the Default Home Screen is limited to two (2) rows of applications and/or folders in addition to the Application Dock.

1P installers and 3P engines powering 1P installers are not allowed without Google's prior review and approval. These installers and enablers MUST comply with the following:

- Can be used to install apps automatically ONLY during device set-up;
- Should not change preset icon layouts;
- Enable user "opt-in" only for 3P apps;
- Comply with Google's Play, Privacy, and Content policies;
- Fix any security and privacy issues as required by Google;
- Will not promote Alternative Services; and
- Comply with the application preloads rules provided in this Section 3.7 to the extent applicable.

## 3.8 UX principles

Premier requirements have been designed to ensure that Premier Devices are consistent in their core interaction patterns. The requirements are designed to provide enough flexibility to allow partners to express their brand and enable a visually coherent design across their product portfolio while enabling cross-device consistency. This is enabled by adherence to the detailed requirements below:

- Premier Devices are STRONGLY RECOMMENDED to be internally consistent, meaning that the applications pre-loaded on a device follow the same overall layouts and structures. This is enabled by adherence to Material Design patterns as described on https://material.io.
- Premier Devices SHOULD be consistent across brands, and thereby be easy to support from a distributor perspective. This is achieved through a consistent set of pre-loaded applications and the common structure of views such as Home screen, Notification shade, and Settings app.
- Premier Devices SHOULD be easy to use and switch between. This is enabled through consistent interaction patterns, consistent OS structure, and consistent application pre-loads.
- Premier Devices SHOULD be accessible to users of various abilities. Guidelines are available at https://material.io/design/usability/accessibility.html#.

### 3.8.1 Homescreen

- Homescreen MUST have a 5-column or 4-column grid by default.
- Long-press on an empty space in homescreen MUST open a menu that gives access to Homescreen settings, Wallpaper settings, and Widget settings.
- All-apps tray apps SHOULD be arranged in alphabetical order.
- An optional homescreen design without an all-apps tray/drawer MAY be preloaded. The layout of the Application Dock and Default Home Screen are consistent with the standard requirements, and the icons not visible on Default Home Screen MUST be accessible by swiping to the next homescreen pane to the right. No application icons may have multiple instances when a homescreen without all-apps tray/drawer is used.

### 3.8.2 Quick Settings

- Quick Settings SHOULD be available by swiping down from the top of the screen.
- One row of 6 or 5 Quick Settings SHOULD be available on top of the notification list.
- The Quick Settings SHOULD follow the order of AOSP Quick Settings.

### 3.8.3 Notification behavior

- The categorization and default visibility of notifications SHOULD follow that of the AOSP version running on the device.
- The device SHOULD support rich notifications.
- The device SHOULD present high priority notifications as heads-up notifications.

### 3.8.4 Settings structure

- The pre-loaded Settings app SHOULD use the order of AOSP Settings app.
- The pre-loaded Settings app SHOULD use the terminology of the AOSP Settings app.
- Company features SHOULD be placed under existing categories from AOSP Settings app.
- Company SHOULD NOT add more categories on the top level of the AOSP Settings app.
- Company SHOULD NOT remove a setting from an existing category in the AOSP Settings app.
- Company MAY duplicate the same setting in two categories if user research indicates that this is a desired entry point for this setting.
- Settings iconography SHOULD use the same symbols as AOSP Settings app.
- Settings color coding SHOULD follow a similar color palette as AOSP Settings app.

### 3.8.5 Always-on-Display

Always-on-Display SHOULD show:

- Time
- Date
- Battery level
- Charging status
- Notifications per order of the AOSP version that is running on the device

### 3.8.6 Lockscreen

The lockscreen SHOULD contain:

- An indication that the device is locked (text and/or icon)
- Carrier info on top left status bar area
- System icons on top right status bar area
- Top 3 notifications per AOSP notification ranking
- A row of icons showing other missed notifications
- A swipe from the top reveals the quick settings
- A downward swipe on a notification enters a state where all notifications are expanded and can be scroll as well as one row of quick settings icons
- In the lockscreen, a user is able to toggle on/off quick settings without authenticating
- In the lockscreen, a user is able to dismiss non-persistent notifications without authenticating

### 3.8.7 Status bar

- Clock SHOULD be placed on the left-hand side of the status bar.
- The following icons SHOULD be shown in the right side of the status bar (from right to left): Battery level, Signal strength, and Wi-Fi strength.
- There SHOULD be 5 slots for system icons on the right side of the status bar (3 + 2 dynamic).
    - If more than 5 system icons are active, the system should show 4 icons + an overflow icon (e.g. 3 dots).
    - When the status bar is pulled down and the notification shade is expanded, the complete set of active system icons SHOULD be shown.
    - The order of icon visibility SHOULD be:
        1. Battery (or Battery saver)
        2. Mobile signal strength (or Airplane mode)
        3. Wi-fi strength (or Mobile network speed or Hotspot)
        4. DND / Vibrate
        5. Location
        6. VPN
        7. Cast
        8. Work profile
        9. Bluetooth
        10. Alarm
- Notification icons SHOULD be shown on the left side of the status bar
    - There SHOULD be 3 slots on the right side of the clock.
    - If more than 3 Notification icons are active, the system should show 2 icons + an overflow icon (e.g. 3 dots).

# 4. Text Spec

[OEM]

## 4.1 Text Spec

The following text spec MUST be included with Premier Devices:

- Text spec: "with easy access to the Google apps you use most".
- Translations to the text spec can be found here.

The placement of the text spec is STRONGLY RECOMMENDED to adhere to the following guidelines:

- Order of preference: 1) Front of the box (bottom right); 2) Top or side panel of the box; 3) Back of the box.
- If the box includes an Android logo, center align the text spec below Android logo.
- If the box features a Google Assistant logo, do not use the text spec as a lockup with the Google Assistant logo. This includes Android One with Google Assistant lockup.
- If the box lists KSPs (key selling points), include the text spec below KSPs in plain text.
- No required font or color -- just match the look and feel of Company's creative.

Alternative placements to be approved by Google in writing.

Asset approval MUST be requested through the Partner Marketing Hub.

# 5. Program review process

[OEM]

## 5.1 Product Development

Google and Company will collaborate in good faith to optimize and develop Android software and Premier Devices, including in respect of:

- Premier Device hardware testing;
- Premier Device software testing; and
- Improving user experience and Premier Device monetization.

To facilitate achievement of the foregoing, representatives from Google and Company will meet on a regular basis to review Premier Devices and triage user experience issues, ideally commencing from four (4) months before Launch.

Google's involvement in the technical development of Premier Devices is solely of an advisory nature and Google is under no obligation to provide direct development, engineering, or related resources, except as otherwise agreed in the agreements.

## 5.2 Test Device Support

Company MUST provide Google with up to three (3) Premier Devices for testing and verification purposes and will use reasonable efforts to provide the Test Devices at a minimum of eight (8) weeks before initial device factory firmware approval.

At Google's request, Company MUST provide (i) up to thirty-five (35) additional Test Devices (for up to four (4) Premier Device Models each calendar year) for country-specific testing and product development purposes with a number to be discussed on a country-by-country basis and (ii) pre-production verification testing samples for the purpose of Google's testing and verification.

## Footnotes

- 1: GMS Requirements: GMS Help Center Page
- 2: Geo-Availability: GMS Help Center Page, Carrier Help Center Page
- 3: Play Auto Install: GMS Help Center
- 4: Search Launcher Services API: GMS Help Center
- 5: EEA Search: GMS Help Center, Carrier Help Center articles
- 6: Russia Builds: GMS Help Center, Carrier Help Center articles
- 7: Google Communication Apps: GMS Help Center
- 8: Duo: GMS Help Center, Duo Ready Help Center articles
- 9: Audio-based features: GMS Help Center, Carrier Help Center articles