ATTORNEY PRIVILEGED & CONFIDENTIAL

**Partner Info Doc - Oneplus 8 Fortnite partnership**

APAC HW Partnership BD, March 27 2020

---

**Updates**
- **[Apr 6] Oneplus decided NOT to pursue EPIC/Fortnite installer waiver request on premier devices and will continue with premier tier configuration for TMO/VZW/WW SKUs as they prioritize Google partnerships**. For marketing purposes, they will only do the Fortnite installer preload on India SKU based RSA optimized tier requirements*. I checked with TAM Alan and we think the Fortnite installer preload meets GMS & RSA requirements.
- [Mar 27] Oneplus execs reached out today for their new Fortnite partnership solution while trying to keep recently approved Oneplus 8 TMO & VZW SKU on RSA3 Premier Tier. <u>This is Oneplus initiated request for sustainable long term growth (not carriers request)</u> and Onplus is in discussion with TMO/VZW on 5G narratives & marketing campaigns around this. BD/APE had provided initial GMS/RSA compliance feedback with suggestions after meetings with Oneplus xfn teams. Before the meetings, Pete directionally shared higher priority on Fortnite partnership in a private call if no feasible solution to keep TMO & VZW SKU on Premier Tier.

**Context**
- OnePlus is partnering with Epic Games to boost Android gaming experience, including **preloading a Fortnite installer** which supports exclusive 90FPS Fortnite for the first time ever on any smartphone. The preloaded installer(s) will fail Premier requirements and push recently approved TMO & VZW SKU from Premier to Basic or non-RSA devices due to INSTALL_PACKAGE or REQUEST_INSTALL_PACKAGES permission violation.

- Oneplus 8 TMO SKU is planned to be announced on Apr 14th and VZW SKU on May 7th which were both approved as Premier devices with conditional <u>waivers</u>. Oneplus aims to build a sustainable long term business in the US with gaming partners to create the largest possible increase in brand awareness across the US and global audiences due to they are relatively small but prioritize the US market.

- Oneplus goal of Epic partnership
  - Demonstrate leadership in 5G gaming and 5G gaming capabilities with carriers
  - Increase Oneplus brand awareness among Fortnite PC, console and mobile gamers globally (over 65mm weekly active gamers)
  - Massive OnePlus unaided brand awareness increase across 5 million Fortnite gamers in US and 800K+ estimated players across new and legacy OnePlus devices globally
  - Exclusive OnePlus Fortnite creative island map experience and emote within Fortnite

- Epic is aiming to have the **Epic Game Store app** preloaded on Oneplus 8 TMO & VZW SKUs through this partnership. Per Oneplus initial proposal, users will start from **Oneplus game launcher** (step1) and trigger preloaded **Epic Game Store App** (step 3) for further steps. Please see details <u>here</u>.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 628

GOOG-PLAY-007173483

EXHIBIT 628-001

# Partner Info Doc - Oneplus 8 Fortnite partnership

APAC HW Partnership BD, March 27 2020



- BD/APE discussed 3 options from Oneplus subject to their negotiation with Epic:
  - **Option 1a.** - Oneplus asks Epic to provide a specific **Epic Fortnite Installer** to install Fortnite only. Google will discuss if we could grant a RSA waiver to Epic Fortnite installer (with INSTALL_PACKAGES permission) to keep OP8 on Premier Tier.



  - **Option 1b.** - **Oneplus will use 1P installer and Epic 3P download engine** to install Fortnite only. Google will discuss if we could grant a RSA waiver to Oneplus 1P Installer (with INSTALL_PACKAGES

**Partner Info Doc - Oneplus 8 Fortnite partnership**

APAC HW Partnership BD, March 27 2020

> permission) for Fortnite only to keep OP8 on Premier Tier.
>    - Note - Oneplus believes option 1b is following premier tier requirement <u>Section 3.7</u> 2nd paragraph which needs Google approval.
> - **Option 2** - Oneplus uses 1P installer (with INSTALL_PACKAGES) to install Fortnite and 1P installer (with REQUEEST_INSTALL_PACKAGES) to install other Epic games if they need to preload Epic Games app.
>    - We shared it's unlikely to keep OP8 on Premier tier and potential security/privacy concerns to install apps based on such approach..
> - **Option 3** - Both TMO & VZW SKUs become Basic tier. Oneplus treats Epic Game Store apps as privileged app. We expressed strong security concerns since the app will have privilege to all dangerous permissions.
> - **Option 4** - Oneplus to preload Fortnite gameon data partition w/o user download. Users could choose to free up the 500MB+ storage if not interested.
>    - **Note** - This will provide very limited incentives to Epic and carriers. Oneplus may not get it from Epic in final negotiation.
>
> <u>Next-step</u>
>
> - 1) Oneplus will further discuss with Epic games to secure Option 4 or option 1b.
>   - **Note** - We believe Epic will hold a strong position to keep **Epic Game Store app** preload ask.
>
> - 2) We will propose an exec level discussion with Pete next week if Oneplus comes back with options which may cause user security/privacy concerns.
>
> <u>Additional Detail on Above Points</u>
> - Please see Oneplus initial proposal <u>here</u> before our discussion.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007173485

**EXHIBIT 628-003**

**Partner Info Doc - Oneplus 8 Fortnite partnership**

APAC HW Partnership BD, March 27 2020

**Appendix**

☐

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-007173486

**EXHIBIT 628-004**