# Android 101

Jim Kolotouros

Prepared by Android Global Business team ▮▮▮, Christopher Li, Sidney Lee)
May 2019

Google

Confidential + Proprietary

**EXHIBIT 647.R**

EXHIBIT 647.R-001

CONFIDENTIAL

GOOG-PLAY-000128863.R

# Agenda

What is Android?

Why did we build it?

Where are we now?

Challenges and opportunities on the horizon

Google

Confidential + Proprietary

EXHIBIT 647.R-002

CONFIDENTIAL

GOOG-PLAY-000128864.R

# The Basics

What is Android? Overview of Android, Google Mobile Services (GMS), Compatibility, and Fragmentation

Google

Confidential + Proprietary

EXHIBIT 647.R-003

CONFIDENTIAL

GOOG-PLAY-000128865.R

# Google Search and Services in early 2000s....

## A SINGLE SERVICE ON A SINGLE WEBPAGE ON A SINGLE BROWSER ON A SINGLE OS



**Google Apps & Services:**
Google Search, Gmail, Maps, etc.



## Evolution of a desktop strategy:

- We had access via Windows (IE) and then Mac (OS X/Safari) but always worried about getting blocked by 3rd party OS/browser platforms

- Netscape Navigator = Google's first search distribution deal. Firefox and Safari search deals came later

- Google Toolbar & Protector provided access to IE users

- Initiated Chrome browser so that i) service & feature innovation, and ii) user access to search/services would not be throttled by IE

- ChromeOS eventually evolved from Chrome browser

Confidential + Proprietary

Google

CONFIDENTIAL

EXHIBIT 647.R-004

GOOG-PLAY-000128866.R

# A very new landscape in 2007

**Market Landscape:** iPhone launches in June 2007 which accelerates adoption of smart devices on multiple platforms



Nokia

Samsung

Apple

Motorola

LG

Sony

## IMPLICATIONS

- Same platform concerns as desktop; access and innovation

- Impossible to scalably get great experiences/apps in front of users – app team had to optimize each app for every single device / platform permutation ("fragmentation")

- **What can Google do to focus its solutions/services innovations?**

- **What would make sense for Google as an App developer?**

Google

Confidential + Proprietary

EXHIBIT 647.R-005

CONFIDENTIAL

GOOG-PLAY-000128867.R

# Android Open Source Project (AOSP) provided the solution to evolving market conditions for many...



Google-led Android Project



Supported by consortium of partners

- **Created a solution to address platform and developer fragmentation:** Bought by Google in 2005
- **Ally with key ecosystem partners:** Created an alliance with a consortium of partners in 2007 to make an open source platform for ecosystem partners to participate and compete in the rapidly growing smartphone industry
- **Create friendly policies to encourage adoption by OEM's, developers, SOC's, etc.,:**

Google

Confidential + Proprietary

EXHIBIT 647.R-006

CONFIDENTIAL

GOOG-PLAY-000128868.R

# Android Open Source Project (AOSP) provided the solution to evolving market conditions for many...



Google-led Android Project



Supported by consortium of partners

Make it open source and free

- **Created a solution to address platform and developer fragmentation:** Bought by Google in 2005
- **Ally with key ecosystem partners:** Created an alliance with a consortium of partners in 2007 to make an open source platform for ecosystem partners to participate and compete in the rapidly growing smartphone industry
- **Create friendly policies to encourage adoption by OEM's, developers, SOC's, etc.,**

Google

Confidential + Proprietary

EXHIBIT 647.R-007

CONFIDENTIAL

GOOG-PLAY-000128869.R

# What is AOSP?



- The Android Open Source Project (AOSP) consists of 3 key elements:
  - (1) An operating system,
  - (2) middleware, and
  - (3) open-source apps (e.g., dialer, email, gallery, and messaging services).

- Manufacturers, carriers, and third-party developers can use these components as-is or can customize them into their own proprietary versions without a license from Google.

- Amazon is one example of a company which uses AOSP to built out their own proprietary version (FireOS)

Google

Confidential + Proprietary

EXHIBIT 647.R-008

CONFIDENTIAL

GOOG-PLAY-000128870.R

# What is compatibility? Why & where does it matter?

Device compatibility is important to ensure that

developers have confidence that their app will work

perfectly on a specific form factor; it allows developers

to focus their creativity and innovation while accessing a

maximum universe of devices & users

Google

Confidential + Proprietary

EXHIBIT 647.R-009

CONFIDENTIAL

GOOG-PLAY-000128871.R

# Compatibility stretches across different form factors as well

The Android platform works across several device form factors - **mobile devices (smart phones, tablets), wearables, TVs, and auto**; therefore, the Android compatibility requirements apply to these device types as well

     

**Note:** Wear, Auto, Audio, and TV are unique in that GMS-equivalents for wearables and TV's requires more than just a MADA (more on this later)

Google

Confidential + Proprietary

EXHIBIT 647.R-010

CONFIDENTIAL

GOOG-PLAY-000128872.R

# Google Mobile Services (GMS) layered on top of AOSP



- The Android Open Source Project (AOSP) consists of 3 key elements:
  - (1) An operating system,
  - (2) middleware, and
  - (3) open-source apps (e.g., dialer, email, and messaging services).

- Manufacturers, carriers, and third-party developers can use these components as-is or can customize them into their own proprietary versions without a license from Google.

- Google Mobile Services (GMS) apps, in contrast, are Google's proprietary apps

Google

Confidential + Proprietary

EXHIBIT 647.R-011

CONFIDENTIAL

GOOG-PLAY-000128873.R

# AOSP and Google Mobile Services (GMS) are often inaccurately intermixed and misunderstood

### PURE AOSP



### AOSP + GMS pre-loaded onto device



OEMs can choose to load Google Mobile Service (GMS) on any (or none) of their devices to provide a more comprehensive out-of-box experience.

This point is not always well understood.



GOOGLE IN EUROPE

#### Android has created more choice, not less

Android provides choice

Google

Confidential + Proprietary

EXHIBIT 647.R-012

CONFIDENTIAL

GOOG-PLAY-000128874.R

# We believed Google Applications would enhance the user experience on mobile phones and tablets

### What is GMS?

- **GMS is a collection of Google applications** for Android
  - ○ Most GMS apps are optional and available a la carte
  - ○ Some GMS apps are only available in a bundle; but there is no obligation for OEM's to pre-load these

- GMS works beautifully on *compatible* Android smartphones / tablets and is intended to provide the best possible mobile experience on smartphones (feature phones are in play again too!)

- App updates are administered by Google Play
  - ○ E.g., Google Maps cannot be updated on a device if Play is also not installed

- **There is not a single agreement with any OEM that requires them to pre-load any GMS app on their device**

### GMS MANDATORY APPS






Google

Confidential + Proprietary

EXHIBIT 647.R-013

CONFIDENTIAL

GOOG-PLAY-000128875.R

# Google Play Services / GMS Core is an important element of Play

**What is Google Play Services / GMS Core?**

- **Play Store provides a set of Google APIs** that help support functionality of **all** Android applications (aka GMS Core APIs, Google Play Services)
  - ○ Ads
  - ○ Maps
  - ○ Analytics
  - ○ Location, etc.,

- Used by GMS, and hundreds of thousands of 3rd party apps

- 826 out of the top 1000 Android apps use 1 or more GMS Core APIs (Facebook, WhatsApp, Twitter, and many other apps)

GmsCore API Usage (3P)
- Only apps evaluated by Marmot (mostly limited to apps in active in Google Play Store)

Nr Applications using GmsCore API

|  | Count ▾ |
| --- | --- |
| ~ All | 636,142 |
| gms.ads | 414,506 |
| gms.common | 353,587 |
| gms.maps | 164,252 |
| gms.gcm | 140,041 |
| gms.analytics | 97,374 |
| gms.location | 90,467 |
| gms.plus | 74,466 |
| gms.games | 52,085 |
| gms.auth | 39,121 |
| gms.appstate | 21,439 |
| gms.internal | 16,634 |
| gms.b | 8,449 |
| gms.a | 6,472 |
| gms.wallet | 4,537 |
| gms.drive | 4,263 |
| gms.cast | 3,953 |
| gms.wearable | 3,820 |

Google

Confidential + Proprietary

EXHIBIT 647.R-014

CONFIDENTIAL

GOOG-PLAY-000128876.R

# GMS requires signing a set of agreements with Google – ACC and MADA are the two main ones

**Android Compatibility Commitment (ACC)**

**Mobile Application Distribution Agreement (MADA)**

**What does Google get**





**Compatibility:** Company will **only distribute Android devices that are Android-Compatible Devices.** i.e., if a device uses Android (even without GMS), it must be compatible (pass the compatibility test suite; comply with CDD). Exceptions are granted on a case-by-case basis

**Pre-load + Placement:** Pre-load i) GMS mandatory apps, and ii) search widget, Play store, and Google Collection on the default home screen (i.e., invoked by the home button)

**but…**

Companies do not need to sign any other agreements, such as MADA, although almost all OEMs take this step. Carriers and retailers do not/cannot sign the ACC

**MADA gives OEMs a device-by-device choice.** OEM can pre-load any other application in addition to Google services; there's no obligation for an OEM to load GMS on any device. **Zero exclusivity within the MADA**

Google

Confidential + Proprietary

EXHIBIT 647.R-015

CONFIDENTIAL

GOOG-PLAY-000128877.R

## Common misconceptions with Android & GMS

| STATEMENT | TRUE | FALSE | REALITY |
|---|:---:|:---:|---|
| If a partner signs up for a GMS license, all their devices must include GMS | ☐ | ☑ | Partner can choose whether or not to pre-load GMS onto their devices on a **device-by-device** basis |
| An Android device that does not have GMS pre-installed is a fork of Android | ☐ | ☑ | A device is defined as a fork of Android if the underlying ROM (software image) is not Android-compatible |
| Google requires some app exclusivity as part of the GMS licensing process | ☐ | ☑ | There are no exclusivity provisions as part of the MADA agreement. However, we do offer to select partners a revenue share opportunity in exchange for some exclusivity clauses. The revenue share agreement is **separate from** GMS licensing. |

Google

Confidential + Proprietary

EXHIBIT 647.R-016

CONFIDENTIAL

GOOG-PLAY-000128878.R

# So what is actually a forked device?

"ABI Research reports that forked Android or AOSP smartphones grew 20% sequentially from 1Q 2014 to 2Q 2014 (total market growth was 3% sequentially) and also accounted for **20% of the smartphone market.**"

— <u>ABI Research</u>



Xiaomi
**MIUI**



OnePlus
**Oxygen OS**



Amazon
**Fire OS**



Huawei
**HongMeng OS**

Google

Confidential + Proprietary

EXHIBIT 647.R-017

CONFIDENTIAL

GOOG-PLAY-000128879.R

## So what is actually a forked device?

"ABI Research reports that forked Android or AOSP smartphones grew 20% sequentially from 1Q 2014 to 2Q 2014 (total market growth was 3% sequentially) and also accounted for **20% of the smartphone market**."

-ABI Research



Xiaomi
**MIUI**



OnePlus
**Oxygen OS**



Amazon
**Fire OS**

Huawei
**HongMeng OS**

Google

Confidential + Proprietary

CONFIDENTIAL

EXHIBIT 647.R-018

GOOG-PLAY-000128880.R

# Huawei Case Study – what will they be able to do / not do?

  

Google

Confidential + Proprietary

EXHIBIT 647.R-019

CONFIDENTIAL

GOOG-PLAY-000128881.R

# Benefits of Android

- Why did we build the platform?
- What's the macro relationship to Google?

Google

Confidential + Proprietary

EXHIBIT 647.R-020

CONFIDENTIAL

GOOG-PLAY-000128882.R

# Android was built to help secure more users for Google services…



## Tools and programs to make Google internet services successful



| Preload | Default Intent | Placement (Hotseat, DHS) | First three + exclusivity |
|---|---|---|---|
| MADA | RSA | RSA | RSA |
| GMS Req | Program | Program | Program |
| RSA | Bespoke | Bespoke | Bespoke |
| Programs: GMS Express, A-Go | | | |
| Bespoke: Ex: "N50M", "Waterloo", "Optimus" | | | |

As baseline, apply MADA / GMS to 1B new device activations per year, and RSA / Programs / Bespoke to large subset of new activations

Confidential + Proprietary

EXHIBIT 647.R-021

CONFIDENTIAL

GOOG-PLAY-000128883.R



CONFIDENTIAL

EXHIBIT 647.R-022

GOOG-PLAY-000128884.R

# ... across all device verticals


 
 




 







 
 
 

**Note:** only a sampling; not comprehensive

Google

Confidential + Proprietary

EXHIBIT 647.R-023

CONFIDENTIAL

GOOG-PLAY-000128885.R

# **Case study:** Assistant - quick ramp to 1B scale with increasing presence

**Instant distribution**
Long-press home & AGSA

**Premium entry points**
Dedicated H/W button

**Increased presence**
Built into OS, suggestion chips, ambient mode







Google

Confidential + Proprietary

EXHIBIT 647.R-024

CONFIDENTIAL

GOOG-PLAY-000128886.R

# We also provide the guardrails for the platform (GMS Requirements)

| One gesture please... | Digital well-being for users and control for parents | Safe driving | Fresh device software | Device preload safety |
|---|---|---|---|---|

    

Google

Confidential + Proprietary

EXHIBIT 647.R-025

CONFIDENTIAL

GOOG-PLAY-000128887.R

# Ensuring our experiences are not throttled, even in unique circumstances



Google

Confidential + Proprietary

EXHIBIT 647.R-026

CONFIDENTIAL

GOOG-PLAY-000128888.R

# Android Today

- Current lay of the land
- Key trends
- Where are things headed

Google

Confidential + Proprietary

EXHIBIT 647.R-027

CONFIDENTIAL

GOOG-PLAY-000128889.R



# Mobile remains the largest vertical, but growth is slowing (GMS Activations)

Confidential + Proprietary

EXHIBIT 647.R-028

CONFIDENTIAL

GOOG-PLAY-000128890.R

# Profitability story remains challenging... may get worse over time

### LG Mobile Financials



### Sony Mobile Financials





Google

Confidential + Proprietary

EXHIBIT 647.R-029

CONFIDENTIAL

GOOG-PLAY-000128891.R



- Note: "CN OEMs" inc. Xiaomi, Oppo, Vivo, Gionee, TCL, ZTE, Lenovo/Moto, Transsion, OnePlus, Coolpad, Wiko, and Meizu

EXHIBIT 647.R-030

CONFIDENTIAL

GOOG-PLAY-000128892.R

# CN OEMs Will Continue to Seek Out New Sources of Growth Outside CN

Developing APAC & MEA will serve as new sources of growth. Increased OEM competition in these markets should benefit consumers and have significant secondary effects e.g. helping drive local economies & assembly capabilities, injecting vibrancy into the ecosystem etc. Geopolitical forces will play a major role, potentially resulting in ABC (anywhere but China) supply chain shifts.



| TAM Change (2019E) | China | Emg. Asia | MEA | N. America | L. America | W. Europe | C&E. Europe | Dev. Asia |
|---|---|---|---|---|---|---|---|---|
| | -38mm (-9.3%) | +13mm (+5.2%) | +5mm (+2.8%) | -4mm (-2.6%) | -3mm (-2.2%) | -2mm (-1.6%) | +1mm (+1.1%) | -2mm (-2.9%) |

Source: GfK (Mar'19)

Google

Confidential & Proprietary

EXHIBIT 647.R-031

CONFIDENTIAL

GOOG-PLAY-000128893.R



# ... but the latest news changes things



Huawei L12M volume

Google                                                                                    Confidential + Proprietary

EXHIBIT 647.R-032

CONFIDENTIAL                                                          GOOG-PLAY-000128894.R



Android share in select markets – OEM Portfolio balance a concern

- Huawei L12M volume
- Samsung L12M volume

Google

Confidential + Proprietary

EXHIBIT 647.R-033

CONFIDENTIAL

GOOG-PLAY-000128895.R

# Challenges on the horizon

- Regulatory (EEA, China)
- Balanced set of partners
- Keeping partners healthy
- Switching
- Alternate 3P platforms
- Execution

Google

Confidential + Proprietary

EXHIBIT 647.R-034

CONFIDENTIAL

GOOG-PLAY-000128896.R

# Regulatory

   

Google

Confidential + Proprietary

EXHIBIT 647.R-035

CONFIDENTIAL

GOOG-PLAY-000128897.R

# Keeping partners healthy, including financially





Google

Confidential + Proprietary

EXHIBIT 647.R-036

CONFIDENTIAL

GOOG-PLAY-000128898.R



## Asking our partners to do more and more...

**Note:** *Approximate number of requirements. Also note that increase is not always increasing across multiple years*

Google

Confidential + Proprietary

EXHIBIT 647.R-037

CONFIDENTIAL

GOOG-PLAY-000128899.R

# APPENDIX

Google

Confidential + Proprietary

EXHIBIT 647.R-038

CONFIDENTIAL

GOOG-PLAY-000128900.R

# Ambitious 3P Platforms




Google

Confidential + Proprietary

EXHIBIT 647.R-039

CONFIDENTIAL

GOOG-PLAY-000128901.R

# Execution – increasingly complex and difficult to align internally, but an opportunity as well



Google

Confidential + Proprietary

EXHIBIT 647.R-040

CONFIDENTIAL

GOOG-PLAY-000128902.R

# Strong growth in all Android verticals









**2X M**
activations / 12M

**1 M**
activations / 12M

**XX M**
activations / 12M

**XX M**
activations / 12M

Google

Confidential + Proprietary

CONFIDENTIAL

EXHIBIT 647.R-041

GOOG-PLAY-000128903.R

**Slide 41**

2       Jim to fill out
        Christopher Li, 6/19/2019

1       Jim to fill out
        Christopher Li, 6/19/2019

EXHIBIT 647.R-042

CONFIDENTIAL

GOOG-PLAY-000128904.R

# SP & FP Markets Decline in 2018 with CN OEMs Share Rising

We are at single digit shipment growth overall. FP conversion is occurring, albeit slowly. Globally, top-6 OEMs to account for >65% market share and CN OEMs are expected to account for more than half of global SP shipment in '18. (TBD)



EXHIBIT 647.R-043

CONFIDENTIAL

GOOG-PLAY-000128905.R

# Android Compatibility Requirements

Believe this can be an appendix slide



1)   Comply 100% with the requirements of the Compatibility Definition Document ("CDD")

2)   Pass 100% of the Compatibility Test Suite ("CTS")
        CTS is composed of 1000s of automated test cases to ensure compatibility with platform

**Note: 1)** Google updates CDD and CTS for each version of Android and releases them as part of AOSP.  2) Also, we do have a liberal exception/exemption policy to grandfather in older devices and/or address unique form factors

Google

Confidential + Proprietary

EXHIBIT 647.R-044

Believe this can be an appendix slide

# Review of hypothetical scenarios

| SCENARIO | YES | NO | NOTES |
|---|---|---|---|
| Can a mobile phone without Google Play and GMS core APIs run other Android apps? | ☑ | ☐ | Yes, as long as the apps don't require any APIs from GMS Core or they find ways to replicate API functionality (themselves or other 3P APIs) |
| Can someone effectively utilize GMS Core APIs without Google Play installed? | ☐ | ☑ | No, the APIs require and use Play's infrastructure |
| If a device has Google Play illegally sideloaded, can it access GMS Core APIs? | ☑ | ☐ | Can access GMS Core APIs, but we cannot validate the authenticity of the Core API functionality. This is why enforcing unlicensed devices is important. |
| Does Apple offer its own version of iOS "GMS Core APIs"? | ☑ | ☐ | iOS has a similar API model, but there are less APIs and they do not offer as deep functionality |

Google

Confidential + Proprietary

EXHIBIT 647.R-045

CONFIDENTIAL

GOOG-PLAY-000128907.R

# Many media-defined Android forks are in fact not forks and are compatible



Xiaomi
**MIUI**

**NOT a FORK**
**- COMPATIBLE -**



BLU
**Cyanogen 12**

**NOT a FORK**
**- COMPATIBLE**
**-**



Amazon
**Fire OS**

**ANDROID FORK**
**-**
**INCOMPATIBLE**



OnePlus
**Oxygen OS**

**NOT a FORK**
**- COMPATIBLE**
**-**

Google

Confidential + Proprietary

EXHIBIT 647.R-046

CONFIDENTIAL

GOOG-PLAY-000128908.R