Message

**From**: Sameer Samat [███████@google.com]
**Sent**: 10/18/2017 5:05:55 AM
**To**: Hiroshi Lockheimer [███████@google.com]
**Subject**: Re: [IMPORTANT] Transaction fee update

And to be clear this does not deviate from the plan we discussed so all good. (Plan on policy change is get partner feedabck, discuss what next etc).

On Oct 17, 2017 10:01 PM, "Sameer Samat" <███████@google.com> wrote:
It's fine. Lowering fees to match Apple's existing plan.

As we discussed.

No mention of any policy change. And also we will not make this happen in a very vocal way it will be understated.

Just FYI for you.

On Oct 17, 2017 10:00 PM, "Hiroshi Lockheimer" <███████@google.com> wrote:
-others

Can you give me the tl;dr? I don't have access to the docs (requested). Is this up or down, will it be controversial, etc? Also are we following Sundar's guidance about getting feedback first before proceeding?

On Tue, Oct 17, 2017 at 11:54 PM, Sameer Samat <███████@google.com> wrote:
+Hiroshi as fyi.

On Oct 17, 2017 9:50 PM, "Laura Willis" <███████@google.com> wrote:
bcc: Jaime Rosenberg, Sameer Samat, Vineet Buch, Claire Hart, Paul Gennai

Hi All,

On Thursday we will be publicly announcing a change to our Google Play Billing transaction fee for developers with subscription SKUs. Starting January 1, 2018, we are adjusting the transaction fee to 15% for any subscriber a developer retains after 12 paid months.

This comms doc outlines how we are communicating the change. While we are mentioning the transaction fee update as part of the press around Playtime and in the blog post, we are not putting a lot of emphasis on it as it applies only to a subset of developers (subs devs) and is an industry standard.

Please refer to the FAQs if you get any questions from partners.

Thanks,
Laura



Laura Willis
Developer Marketing
g.co/play/developers

Stay up to date with Google Play Apps & Games on Twitter | Medium | LinkedIn

CONFIDENTIAL

GOOG-PLAY-001011169

**EXHIBIT 706-002**