| | |
|---|---|
| **Message** | |
| From: | Jamie Rosenberg [████]@google.com] |
| Sent: | 5/26/2016 4:17:32 PM |
| To: | Serge Kassardjian [████k@google.com] |
| CC: | Larissa Fontaine [████@google.com]; Tia Arzu [██ @google.com] |
| Subject: | Re: DirecTV status |

Attorney client privileged

Adding Tia for legal advice. On the billing and policy question, remember that I did mention to Tony in NY that billing system was their choice...so we need to stay consistent with that. I don't think we touched on TVOD specifically, but I'm guessing the Vudu app uses its own billing so we'd be inconsistent if we pushed DTV to something different on policy grounds. And SlingTV is an appropriate comparison on the OTT side.

I think it's fine for is to aggressively pursue getting them on our billing system, but we can't do it on policy grounds. So it's about carrots and not sticks.

And IMO need to be on firmer footing with our billing system before we can consider tightening policy... particularly our subscription platform.

**EXHIBIT 800**

CONFIDENTIAL

GOOG-PLAY-002881559

EXHIBIT 800-001