| Message | |
|---|---|
| **From**: | Jamie Rosenberg[___]@google.com] |
| **Sent**: | 8/8/2018 4:39:22 AM |
| **To**: | Colin Smith[___]@google.com] |
| **CC**: | Tristan Ostrowski[___]i@google.com]; Sameer Samat[___]@google.com]; Hiroshi Lockheimer [___]@google.com] |
| **Subject**: | Re: Fortnite status |

Attorney Client Privileged

(Tristan, please advise)

First, an update on upcoming this week:
* Tim Sweeney will be on stage at Samsung's Note 9 Unpacked Event on Thursday
* He will be talking about Epic's collaboration with Samsung on Vulcan, optimizing the performance of Fortnite, etc.
* He will announce that Fortnite is available for Note 9 and the Galaxy 10 S4 tablet -- **in beta**
* No plans to discuss the distribution model on stage (per Samsung)
* Fortnite apk will definitely be served from Fortnite.com.  Waiting for double-confirmation from Samsung that they will not be hosting the installer apk in Samsung app store
* As you saw from the other thread, Epic just reached out to our Ads team with a desire to start a campaign for Fortnite on Android, beginning on Thurs.

Hiroshi, to add to the answers from Sameer & Colin:

* Short term, we put in motion a surge plan to throw extra love/ promotion to top developers and games (including Tencent portfolio companies).  We want these folks to have a very strong Q3... particularly if and when comparisons start being drawn to off-Play performance.

* We are also on heightened alert and engaging early with other top devs bringing PC franchises to mobile (Tencent, Blizzard & Netease, to name a few).

* Longer term, the team is working on a proposal for a more formalized cross-Google package of benefits and services for game developers.  The Epic/ BC exercise was instructive in showing what we could potentially put together across Cloud/ YT/ Ads if we were focused on this across the company.  Even at smaller scale, this is something we need to do and plan for in our P&L going forward.

* Related to the Phone Weekly point, I briefed Sameer on the Leads discussion regarding sideloading and the desire to look at the evolution of that feature and the longer-term security model on the patform.  I suspect we'll want to dig into that in the coming weeks as well.


On Tue, Aug 7, 2018 at 8:47 PM Colin Smith <[___]@google.com> wrote:
  *** attorney client privileged ***
  *** seeks advice of counsel ***

  On the PR side, we continue to work the media on background and coverage is still mixed, with journalists enjoying the idea of Fortnite on Android and Tim's crusade but noting the challenges and security risks being off-Play creates for users.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-001874077

**EXHIBIT 806**

EXHIBIT 806-001

We've update the comms doc and drafted a new reactive statement for your review that aligns with the Play blog post. Our goal is to not turn this into a Google vs. developer story by first poining people to the blog post and using this or an updared statement only if needed.

If we decide to share stats of fake apps caught by GPP from off-Play downloads, I'm sure I can get that into day-of coverage.

Colin Smith
Google Communications and Public Affairs

@google.com


On Tue, Aug 7, 2018 at 7:11 PM Sameer Samat <@google.com> wrote:
 *** attorney client privileged ***
 *** seeks advice of counsel ***

* DaveK and team are actively trying to find outside of play copy-cats to not only block them but also understand the scope / scale and what these apps are up to.
* Tian / DaveK / I are working on some options for GPP being more aggressive as well as more carrots for what you get if you list in Play.  For example, Fortnight reached out to us to ask if they could have a quota increase for our Attestation api for Android because they need it to combat in game fraud / cheating.  We are considering the request but for now are holding as I feel this should be thoughtful about how we provide access to these kinds of valuable services (especially when we have substantial cost to operate them)
* Tian has a launch coming where apps with key terms show no results (because we know a priori that the official app is not on play) -- fornite would be in this list.
* I just provided my comments / feedback to the post that is being worked
* my understanding is jamie's team (purnima) is putting together a hug developers close and show love plan that aims to help make sure they understand the value we can add.

Jamie and I talked about extending our phone weekly to 2 hours with 1 hour with you and another 1 hour for regular topics we want to look at weekly -- fornite response being one that we would put in the weekly jamie / sameer slot for now.

Jamie I'm sure I'm missing things so feel free to fill in here.

sameer


On Tue, Aug 7, 2018 at 7:03 PM Hiroshi Lockheimer <@google.com> wrote:
 Hey Jamie, Sameer, and Colin.

Just wanted to start this fresh thread for the three of us. I know there are already many other threads...

I wanted to figure out how we proceed re the Fortnite situation. Jamie mentioned there's a developer-focused post coming up. Should we do anything else? What is the tl;dr of status currently? I think I saw there are around 120 copycat apps in Play and that we might out up a banner when people search for it. Anything else planned? I just wanted to make sure all these activities were carefully coordinated.

Thanks,
Hiroshi

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         GOOG-PLAY-001874078

EXHIBIT 806-002