| | |
|---|---|
| **From:** | Eric Gass <████@oneplus.com> |
| **Sent:** | Mon, 30 Mar 2020 20:14:35 +0000 (UTC) |
| **To:** | Hans Stolfus <████@epicgames.com> |
| **Cc:** | Trevor Stone <████@epicgames.com>; Kyle Kiang <████@oneplus.com> |
| **Subject:** | Re: OnePlus Fortnite Solution Update |

Hi Hans,
Thanks for the quick update.

Google is preventing the preload of the Epic Games app with install package permissions, as this creates a security conflict with the ever evolving GMS requirements set by Google. Google is particularly concerned that the Epic Games app would have ability to potentially install and update multiple games with a silent install bypassing the Google Play Store. Additionally, it is hard to know how much the Epic x Google relationship and history also impacts the situation.

If we were to apply for a waiver for the Epic Games app preload, even with a OnePlus installer handling the installation of the Epic Games app, and all of the other measures Trevor helped share by email, Google has said this waiver would be rejected due to the Epic Games app serving as a potential portfolio of games and game updates.

Per page one of the Powerpoint, OnePlus has discussed the application of a waiver to have a OnePlus installer handle the installation of the Fortnite installer with Google. This application is likely to be able to be approved, with OnePlus retaining the install package permissions over the Fortnite app. In the future, other Epic Games like Spyjinx could follow the same waiver approach with a OnePlus installer. We are committed to supporting this approach, by both focusing on what we can do from a hardware and software standpoint to optimize all future game experiences as much as possible through partnership, and helping achieve the wider goals of Epic on Android.

Best,

Eric

**Eric Gass**



This message may be confidential, and its contents should not be reproduced without prior written consent.

On Mar 30, 2020, at 2:19 PM, Hans Stolfus <████@epicgames.com> wrote:

Hey Eric,

Thanks for sending this over. And appreciate the work your team is doing to try and find a solution with Google to meet the objectives of our original agreement.

Let Trevor take this new proposal to his team for discussion and we will come back to you tomorrow with a time to address next steps.

In the meantime, is there any additional information you can provide regarding why Google is preventing OnePlus from honoring our original intent of preinstalling the Epic Games App on OnePlus devices within Game Space? The GTS spec report provides evidence that our collective proposal was rejected, but it does not clearly explain as to why.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 813

EPIC_GOOGLE_00306828

EXHIBIT 813-001

Hans

On Mon, Mar 30, 2020 at 11:37 AM Eric Gass <​@oneplus.com> wrote:

> Hi Hans,
> Please see the attached updated file outlining what Game Space can help create for the future of Epic Games. Excited to discuss with you - do you have time to discuss this briefly over the next couple hours?
>
> We have more background on the Google situation from discussions on Friday and over the weekend, regarding the problem created by Epic Games app install permissions. There is also an unknown degree to which the Epic x Google relationship impacts this.
>
> A couple of our software and engineering team are ready to get on a call together with Trevor as well later today if around 2PM can work for everyone. If not, we can setup a call for the wider teams together tomorrow morning.
>
> Best,
>
> Eric
>
> 
>
> This message may be confidential, and its contents should not be reproduced without prior written consent.
>
>> On Mar 28, 2020, at 6:33 PM, Eric Gass <​@oneplus.com> wrote:
>>
>> Hi Hans,
>> Understood and thanks for the feedback. I have reemphasized this feedback regarding the future of Epic's game portfolio for mobile across our organization and leadership.
>>
>> Building on the optimized Fortnite solution shared yesterday, we are working to deliver against the long term strategy of an Epic Games app with several future free to play games, where multiple games can offer users an optimized install experience. Look forward to discussing further Monday.
>>
>> Best,
>>
>> Eric
>>
>> 
>>
>> This message may be confidential, and its contents should not be reproduced without prior written consent.
>>
>>> On Mar 27, 2020, at 3:53 PM, Hans Stolfus <​@epicgames.com>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    EPIC_GOOGLE_00306829

EXHIBIT 813-002

wrote:

Hey Eric,

Thanks for the update.

We can't speak today but can reconnect next week to address next steps, as unfortunately the proposal below does not meet the original goals of the partnership from an Epic perspective. Our intention remains to grow the Epic Games app on Android with not only Fortnite, but additional free to play games such as Battle Breakers, Spyjinx, Rocket League Mobile, etc., and this proposal does not help us achieve that.

Hans

On Fri, Mar 27, 2020 at 2:18 PM Eric Gass <​@oneplus.com> wrote:

> Hi Hans and Trevor,
> Progress with Google is continuing positively towards a waiver application. Despite the limitations and challenges Google poses, efforts across teams here have resulted in the following proposal. Google team believes this solution has a real possibility to be approved for a waiver, if Epic Games agrees on the approach. The key here is to have game updates restricted to only updating Fortnite.
>
> A few key points to note within the attachment:
>
> • The solution includes preloading an app that has INSTALL_PACKAGES permission and is restricted to only update Fortnite. This could be a preload of the Epic Games APK and Fortnite Installer APK, or if possible just the Fortnite Installer APK with INSTALL_PACKAGES permission.
> • Within Game Space, only Fortnite will be visible. The Fortnite application will not be visible on the home screen or app tray. The Fortnite app will be visible in Settings -> Apps & notifications. OnePlus does not have an issue with this.
> • The Epic Games app (if required) will not be visible in the Game Space app, home screen, or app tray. The Epic Games app will be visible in Settings -> Apps & notifications. OnePlus does not have an issue with this.
>
> Do you have time to discuss this after 3:30PM EST today?
>
> Best,
>
> Eric



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    EPIC_GOOGLE_00306830

EXHIBIT 813-003

This message may be confidential, and its contents should not be reproduced without prior written consent.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_00306831

**EXHIBIT 813-004**