| | |
|---|---|
| **From:** | Eric Gass <████████@oneplus.com> |
| **Sent:** | Fri, 12 Jun 2020 19:10:53 +0000 (UTC) |
| **To:** | Hans Stolfus <████████@epicgames.com> |
| **Subject:** | Re: Epic Games x Game Space India |

Right, OnePlus has the right to preinstall the Epic Games App with no "silent install" permissions on all devices globally. No issues from the Google side here.
The issue for the Epic Games app on the OnePlus 8 Series NA/EU devices vs. India devices was due to the device agreement with Google, specifically Google's recently updated restrictions on install permissions for 3rd party apps. Google prohibits third party apps from being able to complete silent installs in an uncontrolled state. Basically it can be argued that with install permissions the Epic Games app could optimize the install of any game or anything in the Epic Games app. Google sees this as a security threat for users, and a threat to their own Play Store.

Our India region was still under an older device agreement with Google, and so we had ability to apply for install permissions for the Epic Games app, and get approval in India.

For all future OnePlus devices, unfortunately the agreement has been aligned in all regions globally (excluding China). For now, we don't have a direct way of giving the Epic Games app "silent install" permissions, but are still exploring. Maybe the world will be a different place in another 3 months :)

Best,

Eric

**Eric Gass**

ONEPLUS

This message may be confidential, and its contents should not be reproduced without prior written consent.

> On Jun 12, 2020, at 12:39 PM, Hans Stolfus <████████@epicgames.com> wrote:
>
> Hey question on that topic: what did the language look like from google specifically if OnePlus was just going to preinstall the epic games app, no "silent install" included? They would approve that, correct? Or were there still issues?
>
> Also- would it be possible to share the specific language from google regarding why they allowed India and not NA and EU? I know it was regarding device classification, but am not even really sure what that means without additional context.
>
> As always, your help is GREATLY appreciated.
>
> Hans
>
>> On Jun 12, 2020, at 12:11 PM, Eric Gass <████████@oneplus.com> wrote:
>>
>> Got it. Will keep the focus here, as we have seen this world is always changing. There has to be some way.
>> Key barrier remains the optimized install flow permissions for the Epic Games app, enabling the Epic Games app to optimize the install flow for all games within its portfolio.
>> Best,
>>
>> Eric
>>
>> **Eric Gass**
>>
>> <image001.png>
>> This message may be confidential, and its contents should not be reproduced without prior written consent.
>>
>>> On Jun 11, 2020, at 9:45 PM, Hans Stolfus <████████@epicgames.com> wrote:
>>>
>>> This is great. Thanks for the update, Eric.
>>>
>>> And per your earlier note, the focus for us 100% remains install of the Epic Games App. That is our future, we just haven't fully gotten there yet. ;)

**EXHIBIT 814**

Hans

> On Jun 11, 2020, at 3:36 PM, Eric Gass <████@oneplus.com> wrote:
>
> Hey Hans,
> Regarding the updated artwork for the Epic Games app, this will go into the next sprint cycle and is expected to launch by 6/30.
>
> Best,
>
> Eric
>
> **Eric Gass**
> ████
> ████
> 
> <image001.png>
>
> This message may be confidential, and its contents should not be reproduced without prior written consent.
>
>> On Jun 10, 2020, at 4:07 PM, Eric Gass <████@oneplus.com> wrote:
>>
>> Hey Hans,
>> Glad this is helpful, will continue to update as more information comes in over the next couple weeks.
>>
>> 1. Absolutely, we haven't stopped trying to find solutions for the Epic Games app. I will come back if there are any findings on this front as we keep exploring. From Epic's viewpoint, is it correct to understand there is still a total focus here on preload of the Epic Games app, and not openness to consider solutions for individual games from Epic?
>>
>> 2. Thanks for this very cool badge art. Will check with the team tonight to see how quickly we can update the art in India.
>>
>> Best,
>>
>> Eric
>>
>> **Eric Gass**
>> ████
>> ████
>> 
>> <image001.png>
>> This message may be confidential, and its contents should not be reproduced without prior written consent.
>>
>>> On Jun 10, 2020, at 3:15 PM, Hans Stolfus <████@epicgames.com> wrote:
>>>
>>> Eric,
>>>
>>> Thanks for sending. This is super helpful for us to see. And understand.
>>>
>>> 1. Can your team continue to ideate around ways to broaden the reach of the Epic Games app within Game Space globally? We're still very interested in making this a global proposition, which would obviously help unlock additional partnership opportunities. Know Google is the current blocker, but perhaps there are creative ways to keep working on this.
>>>
>>> 2. How quickly could your team update the Epic Games badge art within Game Space to this?
>>>
>>> <EG_FN_icon.png>
>>>
>>> Hans
>>>
>>>
>>>> On Wed, Jun 10, 2020 at 11:46 AM Eric Gass <████@oneplus.com> wrote:
>>>>
>>>> Hey Hans,

CONFIDENTIAL                                                                                          EPIC_GOOGLE_02089135

**EXHIBIT 814-002**

Will continue sharing updates on India in regards to the Epic Games app rollout as we have them here.

Rollout is complete across all OnePlus devices in India. As part of the update notification, all users in India will have received the information below on their devices upon receiving and then also during installation of the update.

We will be continuing promotion of the Epic Games x Game Space through OnePlus social channels. An animation of the "one touch" install process has been created to help showcase the steps: https://twitter.com/OnePlus_IN/status/1270730952319221761

This is the same Epic Games animation that we had showcased by Unbox Therapy at 1:52: https://www.youtube.com/watch?v=VO3oYWSH0V4&t=12s - an estimated 50-60% of his following is Indian.

Unfortunately due to the continued impact of Covid-19 in India, manufacturing and logistics for non-essential goods in the country have continued to be very slow. There is a lot of pent up interest in the new device and impatience from users to get it, hence all the comments about the 8/8 Pro in every post OnePlus has going out. We are expecting to have logistics and stock to be in a stable state in India by June 25th, so should be in a good place when the emote is ready for launch.

Image

Best,

Eric

**Eric Gass**

<image001.png>

This message may be confidential, and its contents should not be reproduced without prior written consent.

CONFIDENTIAL

EPIC_GOOGLE_02089136

**EXHIBIT 814-003**