| | |
|---|---|
| **From:** | "양창국" Chang Guk Yang (LGE) |
| **Sent:** | Mon, 20 Apr 2020 04:30:05 +0000 (UTC) |
| **To:** | Kwangsub Shin <███████@epicgames.com> |
| **Cc:** | Hans Stolfus <███████@epicgames.com> |
| **Subject:** | RE: Epic Games app collaboration |

Hello Kwangsub

Thanks for your explanation with respect to your epic games store.
As I told to you, LGE has some contract with Google to block side downloading off Google Play Store this year.
Surely we can do preinstall apps or stub apps if those use Google playstore.
Please ask me if you have questions.

Best regards



---------- Original Message ----------

From : Kwangsub Shin<███████@epicgames.com>
To : 양창국 책임<Chang Guk Yang (LGE)>
Cc : Hans Stolfus <███████s@epicgames.com>
Date : 2020/04/14 12:53:24 [GMT+09:00]
Subject : Epic Games app collaboration

Hello Changguk,
As you know, we are continuing to evolve our Epic Games ecosystem on Android. Currently you can find Fortnite and Battle Breakers within the Epic Games app on your LG V50 and G8X Dual Screen devices, and soon you will be able to install a new game titled SpyJinx, in collaboration with acclaimed director JJ Abrams and Bad Robot Productions. During this expansion, we are also continuing to explore new ways to optimize our app install flow so players can more seamlessly download Epic games on LG devices. As we continue working together towards this mutually beneficial destination, we'd like to share a potential one click (silent) preinstall approach we are actively working on and interested in scaling to your device portfolio. You can check it out here, and yes, this is literally what we've managed to get it down to, but we need LG's help to implement as we obviously don't hold the keys: https://epicgames.box.com/s/jkkr41fdia5xd823ho8qtgqvn2soxcbm



EXHIBIT 815

CONFIDENTIAL                                                                                                       EPIC_GOOGLE_00308332

EXHIBIT 815-001

So the question: is this something LG would be open to? The last time we addressed this, the answer was: Google has issues with preinstall of the Epic Games app and not just Fortnite Installer. Could you please elaborate on that concern? We are trying to better understand what our options are with preinstall of the Epic Games app specifically and your assistance in this matter is greatly appreciated.

Best Regards,
Kwangsub

--
신광섭 / Kwangsub Shin
부장    / Developer Relations Lead
에픽게임즈 코리아 / Epic Games Korea
https://www.unrealengine.com

CONFIDENTIAL											EPIC_GOOGLE_00308333

EXHIBIT 815-002