Message
| | |
|---|---|
| **From:** | ericchu ▮▮▮▮ @google.com] |
| **Sent:** | 6/7/2009 7:30:34 PM |
| **To:** | Andy Rubin ▮▮▮▮ @google.com] |
| **Subject:** | Re: [Fwd: Re: 70-30 worldwide?] |

I can go fight legal.  Android Market is my job and you got bigger fish to fry.  **Redacted - Privilege**

# Redacted - Privilege

Thanks
Eric


Andy Rubin wrote:
70% to developers, but I wouldn't announce it.  looks like I have to go fight legal.

PS -- you control the japan messaging.  "japan team" shouldn't be creating the messaging for android.  Please forward this message as appropriate.


On Sun, Jun 7, 2009 at 5:43 AM, ericchu <▮▮▮▮ @google.com> wrote:

Hi Andy,

**EXHIBIT 949**

# Redacted - Privilege

CONFIDENTIAL

GOOG-PLAY-007582256

**EXHIBIT 949-001**

Want to make sure I understand your direction so that we can figure next steps on your guidance of 70% for developers worldwide.


Thanks
Eric


-------- Original Message --------
        **Subject:** Re: 70-30 worldwide?
           **Date:** Fri, 5 Jun 2009 09:30:11 -0700
           **From:** Nikhil Shanbhag <█████████@google.com>
              **To:** David Conway <████████@google.com>
              **CC:** Eric Chu <█████████@google.com>
   **References:** <4384185b0906041556w156350afn37274c3e6435301c@mail.gmail.com>


ATTORNEY CLIENT PRIVILEGED

# Redacted - Privilege

--Nikhil

On Thu, Jun 4, 2009 at 3:56 PM, David Conway <███████@google.com> wrote:
ATTORNEY CLIENT PRIVILEGED

## Redacted - Privilege

D


---------- Forwarded message ----------
From: **Andy Rubin** <██████@google.com>
Date: Wed, Jun 3, 2009 at 12:27 AM
Subject: Re: revshare for non-carrier distributed devices
To: ericchu <██████@google.com>
Cc: David Conway <█████████@google.com>, Patrick Brady <████████@google.com>


70/30 worldwide.


On Wed, Jun 3, 2009 at 12:15 AM, ericchu <████████@google.com> wrote:

CONFIDENTIAL

**EXHIBIT 949-002**

Hi Andy,

What about DCM?  Does this apply to DCM also?  DCM current rev share with their developers is 91/9.  We've been thinking 90/10.

Thanks
Eric


Andy Rubin wrote:
70% to developer
30% to google


--
David Conway
███████@google.com
work: ██████████████


--
Nikhil Shanbhag
Product Counsel | Google Inc.
███████@google.com | ████████████

CONFIDENTIAL

**EXHIBIT 949-003**