

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONFIDENTIAL

GOOG-PLAY-004671050

EXHIBIT 1348

EXHIBIT 1348-001

**MagicLab**

Founded by Andrey Andreev, MagicLab invented how people meet in the modern, mobile age.

Our brands have connected the lives of more than 500M people across dating, social and business.

The 8th of November 2019 Blackstone to take majority stake in MagicLab for a $3BN evaluation. Whitney Wolfe Herd is the new Group CEO.

And it's just the beginning…





CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671051

**EXHIBIT 1348-002**

# Badoo

## MagicLab⁺







**#HONESTY
#AUTHENTICITY**

Founded by Andrey Andreev in 2006, Badoo today is a community of over 425 million people representing all pasts and backgrounds. Badoo has some of the richest interactions in the industry, including features like video chat, live-streaming, rich messaging, and more.

In 2019, the brand relaunched around the tagline "**Date honestly**" as the platform that enables people to authentically express who they are and what they really want.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671052

**EXHIBIT 1348-003**

# Bumble




*I'm more dedicated than ever to helping advance gender equality -- and putting an end to the misogyny and toxic masculinity that still plague society.*

*We don't tolerate hate speech or bad behavior of any sort; Bumble is a social platform rooted in kindness and respect.*

Whitney Wolfe Herd

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671053

**EXHIBIT 1348-004**

# Lumen

**MagicLab⁺**



**Charlotte, 52**

## Messages



Julia

Sally
Thanks, nice to meet yo...     3

Emily
Sounds like a good idea     1

Jenny
Hi John, you have a rea...     1

Hanna

Kate

 **#NOAGEISM**

Lumen was co-founded by Antoine Argouges, former Head of Revenue at Badoo / Bumble, and Charly Lester, renowned dating industry expert and founder of the Dating Awards, in partnership with Andrey Andreev and MagicLab.

With 100% of profiles verified, an emphasis on quality conversations, and zero tolerance for ageism, Lumen builds on insights from MagicLab to provide **a safe, welcoming, and age appropriate community for the millions of single, divorced or widowed men and women aged over 50.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671054

**EXHIBIT 1348-005**

# Chappy



 



**#NOSTEREOTYPES**
**#KINDNESS**
**#PRIDE**

Founded in London in 2017 and now headquartered from Austin, Texas, Chappy is a social connection app on a mission to end the stereotyping of gay men in dating and friendship, one connection at a time.

Chappy is driven to create a kinder world, and that starts from within the constellation of the gay community. Chappy's new Date Mode and Friend Mode will allow users to create their own terms and explore a digital universe of safer, more accountable connections.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671055

**EXHIBIT 1348-006**

# MagicLab Structure (Badoo/Bumble)



**MagicLab**⁺

**Whitney Wolfe Herd**
*MagicLab CEO*

**Whitney Wolfe Herd**
*Bumble CEO*

| **Miles Norris**<br>*VP Product* | **Idan Wallichman**<br>*CFO* | **-**<br>*CTO* | **Dominic Gallello**<br>*Badoo CMO* |
|---|---|---|---|
| Product / Design | Finance | Engineering | Brand / Marketing |
| Strategy | Corporate dev. | QA | ASO/SEO |
| BI | | Infrastructure | Performance |
| Community | | | |
| Photo moderation | | | |
| Billing | | | |

Brand / Marketing
Operations / Strategy
ASO/SEO
Performance
Partnerships
Creative

MagicLab - London HQ & Moscow          Badoo - London HQ          Bumble - Austin, TX HQ

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671056

**EXHIBIT 1348-007**

# MagicLab - Google Play Point of Contact

**MagicLab✦**

**MagicLab**



MagicLab owns the Strategic Partner relationships and all the following areas:
- Product & Design
- Development, QA & RE
- Group Strategy
- Finance
- Corporate development
- Revenue
- BI
- User Operations
- Photo moderation
- Data Science
- R&D
- Billing
- ...



## Niko Schröer

### Business Development Lead Android Apps EMEA

**Badoo MKT**

Badoo & Bumble teams own their respective Marketing functions including:
- Brand
- PR and Comms
- Creative direction
- Marketing operations
- CRM
- Performance marketing
- Content
- All mkt channels ( media, OOH, Field, Social, Influencer, events…)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671057

**EXHIBIT 1348-008**

# MagicLab Overview – Badoo/Bumble Split

**MagicLab✦**



Group registrations YTD 2019

22%

■Badoo
Bumble

78%

Group user net revenue € YTD 2019

■Badoo
Bumble

43%

57%

Android share of registrations YTD 2019

Badoo        Android 65%

Bumble       Android 33%

Others       Android 43%

Android share of revenue YTD 2019

Badoo        Android 54%

Bumble       Android 25%

Others       Android 53%

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671058

**EXHIBIT 1348-009**

# MagicLab Overview – Android Registrations

**MagicLab⁺**



# 7M +
# monthly

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671059

**EXHIBIT 1348-010**

# MagicLab Overview – Top Geos

MagicLab

(Android icon) = % of android users is > 50% of total MAU

| Group Top 10 Countries<br>*Based on October 2019 MAU* | |
|---|---|
| United States | |
| Brazil | (Android icon) |
| Russia | (Android icon) |
| United Kingdom | |
| France | |
| Canada | |
| Spain | (Android icon) |
| Germany | (Android icon) |
| Argentina | (Android icon) |
| Mexico | (Android icon) |

| Badoo Top 10 Countries<br>*Based on October 2019 MAU* | |
|---|---|
| Brazil | (Android icon) |
| Russia | (Android icon) |
| United States | |
| France | |
| Spain | (Android icon) |
| Argentina | (Android icon) |
| Italy | (Android icon) |
| Germany | (Android icon) |
| Poland | (Android icon) |
| Mexico | (Android icon) |

| Bumble Top 5 Countries<br>*Based on October 2019 MAU* | |
|---|---|
| United States | |
| United Kingdom | |
| Canada | |
| Australia | |
| India | (Android icon) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Billing Overview – Google Play Gross USD Revenue









$4M + monthly

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671061

**EXHIBIT 1348-012**

# Billing Overview – Subs & IAPs

MagicLab




### Badoo Android Revenue by Purchase Type (%)




- Badoo has a richer monetisation scheme compared to other MagicLab products - due to the multiple interactions and discoverability services within the app
- Badoo is our main platform for **testing** monetisation features
- Big portfolio of IAPs
- Badoo 'Premium' Subscription



### Bumble Android Revenue by Purchase Type (%)



- Bumble focuses on a subscriber base with a selected few IAPs supporting the monetisation growth
- Bumble will continue to monetise with focus on subscriptions by introducing new tiers while still providing a growing subset of IAP features to support monetisation in new markets

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671062

**EXHIBIT 1348-013**

# Payments Challenges

**MagicLab✦**

- MagicLab uses Google Play Billing alongside is own billing infrastructure (tested 50+ payment methods) allowing users to choice their preferred FOP in each market.

- From October 2017 up to June 2018, Badoo performed a test to remove all other payment methods and offer Google Play Only as FOP

- Huge drop in Payer Conversion **- 34%** and in Revenue **-32%**

| | | **badoo** |
|---|---|---|
| Test Started | 27/10/2017 | |
| Results Updated | 26/06/2018 | |

| Variant | % Payers | ARPU |
|---|---|---|
| Control 1 | | |
| Control 2 | -0.26% | -1.53% |
| Google Only | **-34,14%** | **-31.67%** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671063

**EXHIBIT 1348-014**

# Payments Challenges



| | Test Started | 27/10/2017 |
| --- | --- | --- |
| | Results Updated | 26/06/2018 |

**badoo**

| Variant | % Payers | ARPU |
| --- | --- | --- |
| Control 1 | | |
| Control 2 | -0.26% | -1.53% |
| Google Only | **-34,14%** | **-31.67%** |

- **FOP coverage:** MagicLab has tested over 50 payment options worldwide

- **Stored Details (Tokenisation):** Card, Paypal and other payment methods allow one click buy, Google doesn't

- **UX UI:** user is unaware of available payment method options

- **Revenue Share:** 70% on Card/Paypal/Bank Payments is simply not competitive

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671064

**EXHIBIT 1348-015**

# Payments Challenges

MagicLab



**Official Billing Partnership**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671065

**EXHIBIT 1348-016**

# Summarising…

**MagicLab⁺**

Google Play is one of the **MagicLab's Top Strategic Partner** and we are fully committed to keep improving and extending the terms of our relationship. Below are the key points where we see clear areas of improvement:

## MAGICLAB NEW CHAPTER

- The 8th of November is the start of a new chapter for MagicLab.

- Whitney Wolfe as Group CEO is a driving force that guarantees continuity and empower our vision and strong values to drive significant changes in the society

## PLAY STORE FEATURING

- We believe MagicLab properties could do so much better

- How can we improve?

## LEVERAGE GOOGLE TECH

- MagicLab is always ready to implement and showcase new Google Technologies
- Unclear incentives

## RELATIONSHIP

- From Reactive to Proactive

- From Tactical to Strategic

- Joint Brand coMktg efforts

- Direct access to Editorial Teams

- Official Billing Partner

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671066

**EXHIBIT 1348-017**



A glimpse into the future..

MagicLab

BOOM!
It's a match!

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671067

EXHIBIT 1348-018

# A glimpse into the future.. Dating is a new category

MagicLab

**Global Consumer Spend in Top 10 Dating Apps**

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| 1 | Tinder | Tinder | Tinder |
| 2 | Badoo | Momo | Bumble |
| 3 | Momo | Bumble | Badoo |
| 4 | Match.com | Badoo | Match.com |
| 5 | Zoosk | Match.com | Grindr |
| 6 | POF Online Dating | Zoosk | Momo |
| 7 | LOVOO | POF Online Dating | Zoosk |
| 8 | Pairs | tapple | tapple |
| 9 | OkCupid Dating | Pairs | Pairs |
| 10 | tapple | LOVOO | POF Online Dating |

With new mainstream players coming to the space (FB), the non-stopping growth of people meeting their partners online and the usage and consumer spend trends since 2016 we can safely say:

- The age of online dating being a Stigma is gone.
- Dating is a vertical category on its own.

# A glimpse into the future..

**MagicLab**

## Google Play Dating Category

**Top Grossing**

1. Bumble
2. Badoo
3. Tinder
4. Tantan
5. Pairs
6. Lumen
7. Match
8. Hily
9. Grindr
10. POF

**Top Apps**

1. Bumble
2. Badoo
3. Tinder
4. Tantan
5. Zhenai
6. POF
7. Hily
8. Lumen
9. Hinge
10. Grindr

**By EOY 2022…**

- MagicLab core properties will reach the top of the brand new Dating category in the Play Store.

- Whitney Wolfe will share the stage of the May 2022 Google I/O with Sundar Pichai introducing a new campaign and joint effort to end Misogyny.

- Google will announce a new tiered revenue share scheme and payments features that benefits a few top selected partners on every category.
MagicLab has helped Google in developing and testing the new features as official billing partner

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671069

**EXHIBIT 1348-020**

# Thanks!

Gianluca Cassaro  - *Head of Billing and Payments*

MagicLab✦



CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004671070

**EXHIBIT 1348-021**