Amazon Confidential – Project Spelljammer                                    August 24, 2020

### Amazon Unlocks Coins Discounts for All Mobile Gamers

*Gamers can now redeem Amazon Coins directly on the web
with up to 20% savings on top mobile games.*

**SEATTLE-(BUSINESS WIRE): October 15, 2021** —Today, Amazon announces Spelljammer, a way for all gamers to access Amazon's Coins for In-App-Purchases on iOS and Android. Spelljammer is an entirely web-based gaming service, which means no complicated downloads or device limitations. Simply go to Amazon's Games Hub to instantly stream your favorite games directly on your mobile browser. All Amazon Spelljammer players receive up to 20% off in-game-purchases with Amazon Coins.

Amazon believes that customers should get more out of their mobile games. Spelljammer unlocks savings on in-app-purchases of subsidizing the cost through Coins. Before Spelljammer, it would take up to 19 steps for Android users to install games in order to redeem their Coins. Now, both Android and iOS users can redeem Coins for games like PUBG, Summoners War, and Clash of Kingdoms directly on the web browser of your smartphone. No need to wait for downloads or worry about device restrictions.

"I play Clash of Kingdoms on my iPhone every day. I love Amazon Coins for the discount but it's never been easy to get for iOS" says Mark, "I used to have to give my account to my friend who has an Android. Now I can just pop open Spelljammer, buy a pack for 20% off, and go back to gaming. I love how easy it is."

Kes Nielsen, Director the Amazon Appstore says "We spoke with our VIP gamers and figured out that mattered most is to have *quick* and *universal* access to the value that Coins provides. With Spelljammer, all players have instant access to savings on In-App Purchases, directly on the web. Ultimately, by pushing the boundaries of mobile streaming, Amazon is able to give savings back to the players."

Spelljammer previously launched a pilot program with select customers in the US and is now releasing Spelljammer to all gamers on the web, offering Coins savings for all across 50 top mobile gaming titles. In the coming months, select game developers will be able to integrate Spelljammer directly onto their website so gamers can access their favorite title by simply going to the developer's homepage. Amazon will continue to unlock savings for more of the games you love, becoming the ultimate gaming destination to "*Try More, Save More, Win More*".

Spelljammer is available today. Visit [amazon.com/Spelljammer](amazon.com/Spelljammer) to find games and save!

### ###

Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003257



EXHIBIT 1366

EXHIBIT 1366-001



### 3) Why Create Spelljammer? What customer issues are we facing?

The 3P Appstore has historically had two key constraints: 1) iOS users could not access the Appstore (and Coins discount), and 2) the Android download process was difficult due to need to sideload an APK and approve untrusted sources. We believe that web-streaming of app-based games solves for both of these constraints.

In the past several months we've completed a number of studies/analysis with high-spending 3P Appstore customers (>$20k per year) to understand their pain-points and these constraints. The following are the key customer opportunities which can be address with Spelljammer:

- **iOS Access**: The current Amazon Appstore does not support iOS users. This means that iOS users cannot access Coins discounts without a mountain of friction either through using Android devices solely for Coins discounts; using android emulators; or purchasing through pack loaders, exposing their account information; or a combination of the above. Cross-platform discounts are one of the top requested features when interviewing VIP customers. An estimated ~15% of our top spending customers deal with this on a daily basis.
- **Low Friction**: The current Hollywood App Store on Android requires up to 19 steps (Appendix K) for the customer to install a game on Hollywood to purchase IAP. Due to this friction, only 11% of unique visitors to our Mobile Landing Pages (MLP) successfully sign-in to Hollywood. By removing the download requirement, we reduce the number of steps required for accessing a game to as few as 3 (Appendix O, P) increasing customers' access to Coins discounts.



2

Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003258

**EXHIBIT 1366-002**

Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003259

**EXHIBIT 1366-003**



4

AMZ-GP_00003260

**EXHIBIT 1366-004**



5

Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003261

**EXHIBIT 1366-005**



6

AMZ-GP_00003262

**EXHIBIT 1366-006**



Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003263

**EXHIBIT 1366-007**



Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003264

**EXHIBIT 1366-008**



Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003265

**EXHIBIT 1366-009**



10

Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003266

**EXHIBIT 1366-010**

Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003267

**EXHIBIT 1366-011**



12

Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003268

**EXHIBIT 1366-012**



13

Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003269

**EXHIBIT 1366-013**



14

Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003270

**EXHIBIT 1366-014**



15

Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003271

**EXHIBIT 1366-015**

## APPENDIX K: Current Hollywood New User Download ASIN Flow



16

**EXHIBIT 1366-016**



17

AMZ-GP_00003273

**EXHIBIT 1366-017**



18

Non-Party HIGHLY CONFIDENTIAL - Outside Counsel Eyes Only

AMZ-GP_00003274

**EXHIBIT 1366-018**