**From:** John Lagerling <███@google.com>
**To:** Lockheimer ███ni███@google.com>
**Subject:** Re: Fwd███ Re: Clarification
**Cc:** Lan Roche <███@google.com>

**EXHIBIT 1378**

Yes agree - not a bad timing to remind of exclusivity given yesterday's discussion.

On Jan 28, 2014 10:26 AM, "Hiroshi Lockheimer" <███@google.com> wrote:

> I think your approach sounds fine. John you cool with it?
>
> On Tue, Jan 28, 2014 at 9:26 AM, Lan Roche <███@google.com> wrote:
>
>> If you have a point of contact I can chase it down for details.
>> Or I can respond to Samsung saying that this type of feature is on our roadmap, but we cannot share any details yet, and that this proposed solution is (1) counter to the desire between the parties to reduce competing services and (2) does violate the exclusivity language in the search agreement.
>> What do you guys think?
>>
>> Thanks,
>> Lan
>>
>> On Mon, Jan 27, 2014 at 7:13 PM, Hiroshi Lockheimer <███@google.com> wrote:
>>
>>> Don't know yet...
>>>
>>> On Jan 27, 2014 6:50 PM, "Lan Roche" <███@google.com> wrote:
>>>
>>>> Hey Hiroshi,
>>>> That is great news.  Any details we can share so they can start to chew on our solution instead of planning theirs?
>>>>
>>>> Thanks,
>>>> Lan
>>>>
>>>> On Mon, Jan 27, 2014 at 6:48 PM, Hiroshi Lockheimer <███@google.com> wrote:
>>>>
>>>>> We are planning to build precisely this feature. They should use our implementation.
>>>>>
>>>>> On Jan 27, 2014 6:46 PM, "Lan Roche" <███@google.com> wrote:
>>>>>
>>>>>> Hey John and Hiroshi,
>>>>>> See attached and below for the request that has come from Samsung to try and differentiate around Search.  The attachment is particularly useful to see what they want to accomplish.
>>>>>>
>>>>>> In summary, Samsung wants to include a feature inside their native applications where a user can request "more information" on a particular topic (e.g. a picture of the Golden Gate Bridge inside Samsung's gallery) and that information could come from many sources including Bing and other Search engines besides Google.
>>>>>>
>>>>>> Samsung is asking if this violates the exclusivity language in the Search deal.  What do you think?  I lean yes.
>>>>>>
>>>>>> Also, should we make this a relationship issue in the context of Samsung again "differentiating" against our core business?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000417080

EXHIBIT 1378-001

Thanks,
Lan

---------- Forwarded message ----------
From: **Jennie Jiyeon Park** <███@samsung.com>
Date: Sun, Dec 22, 2013 at 9:43 PM
Subject: Re: Re: Re: Re: Clarification
To: Lan Roche <███@google.com>
Cc: BJ Kang (Samsung), Chakyoum Kim (Samsung), Justin Cho (Samsung), Jinmook Lim (Samsung)

Lan,

When a user clicks a button on an "action bar" (or any other location in the screen depending on UX design), all the texts (within an email, messenger, browser etc) will be sent to Information Recommender server. And the server will extract keywords and send the keywords to CPs (such as Bing). Users do not type in search keywords in a search box, but they just click a button displayed in the certain applications (email, messenger, browser etc).

UI is not yet available for sharing, so we elaborated more in the concept slide attached.

I hope it helps.

Best,

Jennie

------- **Original Message** -------

**Sender** : Lan Roche<███@google.com>

**Date** : 2013-12-17 11:42 (GMT+09:00)

**Title** : Re: Re: Re: Clarification

Hey Jennie,
What do you mean by "Send a text to information recommender"? How does the text get sent? Does the user have to take any action to get the recommendations? I just want to get as much information as possible before we confirm this is OK.

Do you have any UI mock ups that would illustrate this?

Thanks,
Lan

On Sun, Dec 15, 2013 at 8:59 PM, Jennie Jiyeon Park <███@samsung.com> wrote:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000417081



EXHIBIT 1378-002

Lan,

can you give us feedback regarding the below inquiry?

Best,

Jennie

------- Original Message -------

**Sender** : Jennie Jiyeon Park<█████@samsung.com> G6/Senior Manager/Technology Alliance Group/Samsung Electronics

**Date** : 2013-12-11 16:16 (GMT+09:00)

**Title** : Re: Re: Clarification

Hi Lan,

The Information includes search result from Bing, but it is not a general web search as you can see in the concept slide. Our Information Recommender uses Bing search API for providing recommended information relavant to the SMS or email messages.

I am still working on MADA also and will be done hopefuly by next week.

Best,

Jennie

------- Original Message -------

**Sender** : Lan Roche<█████@google.com>

**Date** : 2013-12-10 12:15 (GMT+09:00)

**Title** : Re: Clarification

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000417082

**EXHIBIT 1378-003**

Hey Jennie,

Does the information do an actual web search or does it just pull information from CPs like Bing?

When can we get a redline of the MADA?  I am still working on the Clockwork agreement.

Thanks,
Lan

On Mon, Dec 9, 2013 at 2:13 AM, Jennie Jiyeon Park <​@samsung.com> wrote:

Lan,

I've attached a concept slide for a "information recommendation" we are planning to provide.

You gave me your thought over the call that this service is not against current MADA 3.3(4) in discussion or revenue sharing provision on MSDA, but I am sending over the document to get you more clear understanding of the service and get confirmation.

Please let me know.

Best,

Jennie

------- **Original Message** -------

**Sender** : Jennie Jiyeon Park<​@samsung.com> G6/Senior Manager/Technology Alliance Group/Samsung Electronics

**Date** : 2013-12-02 21:26 (GMT+09:00)

**Title** : Clarification

Lan,

I'd like to clarify placement requirement 3.3(4) and make sure this provision does not prevent us from providing unique and differentiated services looking forward.

For example, if we provide releated or more search results when a user tab a word in a webpage within a browser, and if the related search results show Bing search (because the 3rd party solution provider only gets access to Bing, Yahoo, etc, not Google), is it against this provision?   And does this circumstances affect revenue shared by Google?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY-000417083

EXHIBIT 1378-004

We believe that provision for default search provider only applies to device search, and should not affect the situation above where Samsung has freedom to display any 3rd party search results such as Naver, Wolfram Alpha, Bing, etc.

Best,

JEnnie

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

--
Lan Roche
████████@google.com

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

--
Lan Roche
████████@google.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000417084

EXHIBIT 1378-005

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술** 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용**하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

--
Lan Roche
███████@google.com
████████

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술** 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용**하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

--
Lan Roche
███████@google.com
████████

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술** 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용**하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

--
Lan Roche

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000417085

**EXHIBIT 1378-006**

--
Lan Roche
@google.com


--
Lan Roche
@google.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000417086

**EXHIBIT 1378-007**