| | |
|---|---|
| From: | Hankil Yoon <​█████@samsung.com> |
| Sent: | Friday, July 11, 2014 10:45 PM |
| To: | Hiroshi Lockheimer <█████@google.com> |
| Cc: | DJ Koh (Samsung), Injong Rhee (Samsung), David Thevenon <█████@google.com>; Jim Kolotouros <█████@google.com>; Jay Kim (Samsung) |
| Subject: | Re: Fwd: Samsung Launches Samsung GALAXY Apps |
| Attach: | 201407121144832_Z5JE7EUA.png; 201407121144846_LK7CT9SZ.gif |

Hiroshi and team,

Thanks for visiting us this week and having the very productive discussions with us.
Let me give you some background to this change.
The previous Samsung Apps had grown to a store with 70k apps, but its existence was no different from Play Store in many aspects.
The user awareness was low because of the lack of differentiation.
We definitely don't want to compete with Play Store, but we had to make some changes to it to provide Samsung customers with better value.
So they (folks at MSC) decided to re-brand the store to GALAXY Apps and this new store will have only a few hundreds apps.
Most of the apps are customized for Galaxy specific features, such as S Pen and multi-windows, with only 10 categories (from 24 previously).
There are also apps for Group Play, Side Sync and S Health, and the new store will house Galaxy Gifts, Essential and Special.
Basically, we have moved away from a department store approach, and instead you can regard it as a small boutique store now.

I had shared it with John (obviously before his departure) and Jamie prior to this happening.
I wonder what design elements this Gina person refered to when she said "the device screens kind of look like Play".
In the provided image, the only thing that looks similar to Play to me is the game controller image on the game section bar.
Please try this new store, and you will instantly understand what I said in this email.
I guess there's nothing to be surprised at, except for that it looks new and different in a much smaller scale.
Thank you and do let me know if you have further questions.

Best,

Hankil Yoon

SVP, Global Product Planning Group
Mobile Communications Division
Samsung Electronics Co., Ltd.
Office: █████████ Mobile: █████████

Inspire the world, Create the future!
-----------------------------------------------------------------
The opinions expressed in this message are not necessarily those of
Samsung Electronics Co. Ltd., its shareholders or representatives.
The information contained in this electronic mail message is privileged
and confidential, and is intended only for use of the addressee. If you are
not the intended recipient, you are hereby notified that any disclosure,
reproduction, distribution or other use of this communication is strictly
prohibited. If you have received this communication in error, please delete
the message without copying or disclosing it.
-----------------------------------------------------------------


-------- Original Message --------
Sender : Hiroshi Lockheimer<█████@google.com>
Date : 2014-07-11 16:45 (GMT+09:00)
Title : Fwd: Samsung Launches Samsung GALAXY Apps

Hey DJ and team,

Sorry I was a bit surprised to see this. What's the background on this? As you know, we've been trying hard to collaborate on the content side and app ecosystem too. This comes as a surprise!

---------- Forwarded message ----------
From: Gina W. Johnson <█████@google.com>
Date: Thu, Jul 10, 2014 at 11:02 PM
Subject: Re: Samsung Launches Samsung GALAXY Apps
To: Jamie Rosenberg <█████@google.com>, Brian Irving <█████@google.com>, Michael Siliski <█████@google.com>, Paul Gennai <█████@google.com>, Allen Mask <█████@google.com>, Hiroshi Lockheimer <█████@google.com>


+Hiroshi, see below

On Thu, Jul 10, 2014 at 11:00 PM, Gina W. Johnson <█████@google.com> wrote:
  FYI folks - did we know Samsung was planning to relaunch their app store? You can read their press release here. Actually, the device screens kind of look like Play. The CNET article really positions this as a move against us.

**EXHIBIT 1380**

CONFIDENTIAL

GOOG-PLAY-000418710

EXHIBIT 1380-001



http://www.cnet.com/news/samsung-rebrands-app-store-as-galaxy-apps-adds-new-perks/

# Samsung rebrands app store as Galaxy Apps, adds new perks

The tech company amps up its app store with a new name, interface, and hundreds of apps.

by Dara Kerr

@ Dara Kerr

July 10, 2014 7:12 PM PDT



0    0    143    2    more +

CONFIDENTIAL

GOOG-PLAY-000418711

EXHIBIT 1380-002

> screen-shot-2014-07-10-at-5-26-29-pm.png

Samsung's revamped app store, Galaxy Apps.

Screenshot by Dara Kerr/CNET

Samsung appears to be making a play for Google Play customers. The tech giant announced Thursday a refresh of its apps store -- turning it from Samsung Apps to Galaxy Apps.

With the new name, interface, and branding, comes hundreds of new apps -- exclusive to Samsung Galaxy mobile devices -- which the company has divvied into a handful of categories, such as Best Picks, Top, and For Galaxy.

The For Galaxy category is separated into four sections that offer up various types of apps: Galaxy Gifts, Galaxy Essentials, Apps for Professionals, and Galaxy Specials. The Specials apps are specifically created by using Samsung SDKs.

**RELATED STORIES**

- Samsung targets business users -- and BlackBerry -- with new app store
- Samsung unleashes app store for your TV, Blu-ray players and more
- Organize apps on your Samsung Galaxy device

Samsung said the idea of Galaxy Apps is to give users more options to customize their mobile devices, as well as create a platform to publicize promotions and deals.

The move could take a bite out of Google Play's market since Samsung makes many popular Android devices. Although the two companies appear to cooperate on many levels, it seems there's never a shortage of competition in the tech world.

The Galaxy Apps store started rolling out on Thursday and will eventually be available to all of Samsung's users worldwide.

--
Gina W. Johnson | Google Corporate Communications | ▮▮▮@google.com, ▮▮▮@google.com | ▮▮▮▮▮

CONFIDENTIAL

GOOG-PLAY-000418712

**EXHIBIT 1380-003**

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information.) Please erase all copies of it, including all attachments, and please let me know it went to the wrong person. Thank you.

--
Gina W. Johnson | Google Corporate Communications | ███@google.com, ███@google.com | ███

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information.) Please erase all copies of it, including all attachments, and please let me know it went to the wrong person. Thank you.

CONFIDENTIAL

GOOG-PLAY-000418713

**EXHIBIT 1380-004**