2021 Annual Planning

# Platforms & Ecosystems

Android, Chrome (browser), Play & Comms

November 5 2020

PRIVILEGED / CONFIDENTIAL

CONFIDENTIAL



GOOG-PLAY-007814952.R
**EXHIBIT 1390.R-001**