Message

| | |
|---|---|
| **From:** | Susan Wojcicki ███ @google.com] |
| **Sent:** | 6/23/2020 12:39:12 AM |
| **To:** | Hiroshi Lockheimer ███ @google.com] |

- **Susan Wojcicki**, 2020-06-22 17:39:12

hey when you have a minute it would be good to talk on play billing

- **Susan Wojcicki**, 2020-06-22 17:39:38

my team was really upset and felt the process was subverted since Sameer said he was coming back to them on this modular plan

- **Susan Wojcicki**, 2020-06-22 17:48:01

and now i&#39;m telling them its decided

- **Susan Wojcicki**, 2020-06-22 17:48:46

its damaging for our business against our competitors

- **Susan Wojcicki**, 2020-06-22 17:55:52

we should have a meeting between them, you, me

- **Susan Wojcicki**, 2020-06-22 17:55:56

so you understand our issues

- **Susan Wojcicki**, 2020-06-22 18:00:13

would have to be this week

- **Hiroshi Lockheimer**, 2020-06-22 20:20:28

Hi Susan, apologies for the delay, I&#39;ve been dealing with a time sensitive matter. I get this is time sensitive too. 😊 On this, I think there are some crossed wires. <br><br>Per Sameer:<br>---<br>* We wrote a doc and discussed it with Adam Smith (VP for subscriptions) last week. <br>* I called Adam personally and spoke with him this weekend. <br>* I met with John Harding personally this weekend at Martis Camp to make sure he was up to speed<br>* ██████

██████. I emailed him saying &quot;I&#39;m happy to update you but don&#39;t want to bother you with this -- tell me when you are ready&quot;. He responded today with something like &quot;since you already talked with sundar I guess it&#39;s not needed&quot; <br>* I spoke with Neal on Friday as well. <br>---<br><br>Anyway, Sameer says he&#39;s going to reach out to Neal again now. In parallel we can get time scheduled too

- **Susan Wojcicki**, 2020-06-22 21:08:32

Yes they did meet. I am not saying they didn&#39;t

- **Susan Wojcicki**, 2020-06-22 21:08:57

but they were under the impression that there could be an agreement to help resolve the issues

- **Susan Wojcicki**, 2020-06-22 21:09:02

and there clearly wasn&#39;t

- **Susan Wojcicki**, 2020-06-22 21:09:19

and they clearly didn&#39;t understand there was an announcement a week away

- **Susan Wojcicki**, 2020-06-22 21:10:32

its obviously a big change and our team feels it will hurt us competitively



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004455818

EXHIBIT 1391-001

- **Susan Wojcicki**, 2020-06-22 21:10:40

and the team went around them

- **Susan Wojcicki**, 2020-06-22 21:11:09

████████████████████████████

- **Susan Wojcicki**, 2020-06-22 21:11:37

so not sure why that is relevant for a major change

- **Hiroshi Lockheimer**, 2020-06-22 21:11:43

████████████████████████████

- **Susan Wojcicki**, 2020-06-22 21:11:55

no sameer just brought that up

- **Hiroshi Lockheimer**, 2020-06-22 21:12:19

Maybe IM is not the best method to discuss this.

- **Susan Wojcicki**, 2020-06-22 21:12:21

I&#39;m just saying this discussion has been going on for awile

- **Susan Wojcicki**, 2020-06-22 21:12:27

he was out Thurs and Fri

- **Susan Wojcicki**, 2020-06-22 21:12:30

so not really relevant!!

- **Hiroshi Lockheimer**, 2020-06-22 21:13:03

(i think the relevance is that there was &quot;homework&quot; that Sameer was doing re the proposal, but was not -- for understandable reasons -- able to reach Scott)

- **Susan Wojcicki**, 2020-06-22 21:13:16

yes but there is also neal

- **Susan Wojcicki**, 2020-06-22 21:13:21

there is also email

- **Susan Wojcicki**, 2020-06-22 21:13:32

and there was a framework more than a few days ahead

- **Susan Wojcicki**, 2020-06-22 21:13:39

anyway look I want to find a solution

- **Susan Wojcicki**, 2020-06-22 21:13:42

and want to meet

- **Susan Wojcicki**, 2020-06-22 21:14:00

but I&#39;m saying Sameers comment wasnt a great excuse

- **Hiroshi Lockheimer**, 2020-06-22 21:14:07

I&#39;m happy to hop on a VC now if you want to chat, and / or we can set up time for us and a small group

- **Susan Wojcicki**, 2020-06-22 21:14:21

I think it would be best to have a small group

- **Susan Wojcicki**, 2020-06-22 21:14:27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004455819

**EXHIBIT 1391-002**

you, me, Neal, Scott

- **Susan Wojcicki**, `2020-06-22 21:14:30`

is a huge change for us

- **Susan Wojcicki**, `2020-06-22 21:14:43`

and you and I never met and my team isn&#39;t on board

- **Susan Wojcicki**, `2020-06-22 21:14:55`

so we need to find a way to make this work

- **Hiroshi Lockheimer**, `2020-06-22 21:15:08`

It&#39;s a huge change for us too! I think that&#39;s what may be lost here. This is not something we are driving. It&#39;s P2B etc. we are forced into this.

- **Susan Wojcicki**, `2020-06-22 21:15:09`

and Sameer too of course

- **Hiroshi Lockheimer**, `2020-06-22 21:15:31`

It&#39;s a huge change for us too! I think that&#39;s what may be lost here. This is not something we are driving. It&#39;s P2B etc. we are forced into this.

- **Hiroshi Lockheimer**, `2020-06-22 21:15:34`

I&#39;ll get time for us

- **Hiroshi Lockheimer**, `2020-06-22 21:15:37`

and the small group

- **Susan Wojcicki**, `2020-06-22 21:20:24`

thanks. We will obviously need extra eng from Sundar for this since we can&#39;t do with our HC. And Spotify is our competitor who is being exempted so we need to know how we can innovate on billing and not be stuck with a lot of larger prioritizations decisions that might be right for play billing but bad for YouTube.

- **Susan Wojcicki**, `2020-06-22 21:21:11`

we&#39;ll have more examples of the type of innovation we need for our business

- **Hiroshi Lockheimer**, `2020-06-22 21:22:54`

BTW re Spotify being your competitor. I&#39;m fully aware of that. ☐ One thing to keep in mind is YT does benefit from being part of Google too. For example both YT and YTM are preloaded via MADA. Spotify does not have that option. And this isn&#39;t a Play &quot;vs&quot; YT issue. It&#39;s literally a compliance thing. Anyway, let&#39;s discuss. I feel this has oddly become personal for our teams, it&#39;s unfortunate.

- **Susan Wojcicki**, `2020-06-22 21:23:35`

I will work for us to find a solution

- **Susan Wojcicki**, `2020-06-22 21:23:45`

I understand if this is a compliance issue this needs to be done

- **Susan Wojcicki**, `2020-06-22 21:24:20`

I am just letting you know that it was a tough issue and the way we closed it really sat badly with them because they thought they had another chance to discuss and then they were told by me today to do it

- **Susan Wojcicki**, `2020-06-22 21:24:37`

so it could have been handled a bit better in giving us a head up

- **Hiroshi Lockheimer**, `2020-06-22 21:25:33`

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004455820

**EXHIBIT 1391-003**

we should post mortem that with the team when we meet. my understanding is that this was discussed at length between our teams.

- **Hiroshi Lockheimer**, `2020-06-22 21:25:47`

so would love to understand where the gap in understanding came from

- **Susan Wojcicki**, `2020-06-22 21:25:52`

yes it would be good to post mortem..

- **Hiroshi Lockheimer**, `2020-06-22 21:25:57`

SG

- **Hiroshi Lockheimer**, `2020-06-22 21:26:11`

I just asked Tracey to sync with your admin team to schedule something asap

- **Susan Wojcicki**, `2020-06-22 21:27:03`

thanks

- **Susan Wojcicki**, `2020-06-22 21:59:05`

Hi Hiroshi can I call you just for five min.. I felt that text was not the best way to do that conversation.

- **Hiroshi Lockheimer**, `2020-06-22 22:01:14`

Hi, sure! Redacted - Privacy

GOOG-PLAY-004455821

**EXHIBIT 1391-004**