| | |
|---|---|
| Default Category | |
| Control Number: | GOOG-PLAY-001596618 |
| AllCustodians: | Harrison, Donald |
| Title: | Re: BC Guidance |
| Filename: | |
| DateCreated: | |
| TimeCreated: | |
| DateLastModified: | 7/11/2018 |
| TimeLastModified: | 17:19:00 |
| RecordType: | E-mail |
| Application: | |
| Author: | harrison |
| Production Vol.: | PROD014 |
| Group Identifier: | |
| Subject: | Re: BC Guidance |
| DateSent: | 7/11/2018 |
| TimeSent: | 17:19:00 |
| Email From: | donald harrison <@google.com> |
| Email To: | michael murphy <@google.com> |
| Email CC: | shafiq ahmed <@google.com> Purnima Kochikar (Google) ;adam schwarzwald <@google.com> Momar Sock (Google) ;tia arzu <@google.com>;jamie rosenberg <@google.com> |
| Email BCC: | |

**EXHIBIT 1483**

EXHIBIT 1483-001

**From:** Donald Harrison <███@google.com>
**To:** Michael Murphy <███@google.com>
**Subject:** Re: BC Guidance
**Cc:** Jamie Rosenberg <███@google.com>, Tia Arzu <███@google.com>, Adam Schwarzwald <███@google.com>, Momar Sock (Google), Shafiq Ahmed <███@google.com>, Purnima Kochikar (Google)

image.png

This is a critical matter - we want to have a broad discussion on this with Philipp, Sundar, Ruth, Kent (plus Hiroshi/Jamie) as soon as possible. So I think we need to be flexible on this and am happy to evangelize with Philipp/Ruth/Sridhar if needed. We can also ask for time at Leads but would rather use BC so Android has the clarity to move forward on this.

On Wed, Jul 11, 2018 at 10:15 AM Michael Murphy <███y@google.com> wrote:

> Hi Jamie,
>
> The hard deadline is Friday noon PST to send the agenda; we need to ensure the proposal is ready by then or we need to release the BC's time.
>
> It may be possible to find time later during the week but it'll be challenging given the exec schedules involved. I find that on short notice it's usually not possible to find a time that suits everyone, but we can try if necessary.
>
> If these are preliminary terms (pre-term sheet) for approval and we just need an early steer from the BC, one option might be to send for email approval. In that case, we just need to be clear on the opening position with a commitment to come back to BC with more details later if necessary.
>
> Thanks,
>
> Mike
>
>
> On Wed, Jul 11, 2018 at 12:33 PM Jamie Rosenberg <███@google.com> wrote:
>
>> Thanks, Mike.
>>
>> Copying Purnima, Momar & Shafiq who can work with Adam on the necessary steps. We'll aim to make a final call by EOD tomorrow on whether we can be ready -- can that work?
>>
>> Also, in special circumstances is it possible to pull together a mid-week BC if we need a few extra days?
>>
>> Thanks
>>
>>
>> On Wed, Jul 11, 2018 at 8:02 AM Michael Murphy <███y@google.com> wrote:
>>
>>> +Adam FYI
>>> Hi Jamie,
>>>
>>> Thanks for reaching out. We have time available at Monday's BC, but we'd need to push the proposal through the submission and preparation process to be ready for the agenda we send on Friday. Someone from the deal team can schedule the time and get the process started (I suggest today if at all possible) via go/getapproval. The main challenge we'll need to overcome is getting x-functional and x-PA feedback in advance of the review, along with the corresponding prebriefings up to the BC members.
>>>
>>> Regarding quorum: Philipp is going to be OOO next week and has agreed to review BC deals via email, which may take an additional few days.
>>>
>>> Finally, two important qualifications:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   GOOG-PLAY-001596618

EXHIBIT 1483-002

1. BC can approve commercial commitments like this one provided that any 2018 spend is within the approved annual plan. If it's not, those funds will need to be reallocated from other priorities.
2. If the deal exceeds $150M in value, we also need to confirm approval with Sundar (if >$250M, we also need to go to the board).

Thanks,

Mike

On Wed, Jul 11, 2018 at 1:54 AM Donald Harrison <■■■■@google.com> wrote:

I'm fine discussing it on Monday.

On Tue, Jul 10, 2018, 9:51 PM Jamie Rosenberg <■■■■@google.com> wrote:

ATTORNEY CLIENT PRIVILEGED

(Tia, please advise)

Mike, Don,

Seeking your guidance on how to secure some quick approvals to negotiate a potentially large deal on short notice with Epic, the developer of Fortnite, related to the launch of its game on Android.

Don has the background. Mike, as a bit of context for you, Epic is currently planning to launch Fortnite for Android outside of Play, either directly through its Web site or via an alternate app store (or both). The business and ecosystem implications of this for Android and Play are quite serious.

Hiroshi raised this at Google Leads, as follow up from that we had a discussion yesterday with Don, Hiroshi and execs from several PAs to brainstorm a potential Google-wide deal to put n front of Epic across Cloud, YouTube, Yeti and Play. Dollar value could be in the $100 - 200M range.

Because of the timing of the Android launch, we need to float this conceptually with Epic no later than early in the week of July 23. As such if we need preliminary approval from BC to negotiate in this range, it seems we'd have to do that on Monday. Would you agree? Mike, would there be a slot available?

Thanks,

Jamie

--


- **Michael Murphy**
- Risk Management & Compliance | Global Lead
- ■■■■@google.com
- ■■■■

--

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-001596619

**EXHIBIT 1483-003**

Google

- Michael Murphy
- Risk Management & Compliance | Global Lead
- █████@google.com
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY				GOOG-PLAY-001596620

**EXHIBIT 1483-004**