Case 3:20-cv-05671-JD   Document 622-101   Filed 12/21/23   Page 1 of 7

**Default Category**

| Field | Value |
|---|---|
| Control Number: | GOOG-PLAY-004261883 |
| AllCustodians: | Harrison, Donald |
| Title: | Project Elektra |
| Filename: | Project Elektra _1rO5FP5UwxxYyN39pq-S2JxI4BjzBgySrP10RLpAtpRI.pptx |
| DateCreated: | 7/17/2018 |
| TimeCreated: | 20:11:00 |
| DateLastModified: | 11/21/2020 |
| TimeLastModified: | 02:27:00 |
| RecordType: | E-Document |
| Application: | |
| Author: | Kevin Sheehan@google.com |
| Production Vol.: | PROD018 |
| Group Identifier: | |
| Subject: | |
| DateSent: | |
| TimeSent: | |
| Email From: | |
| Email To: | |
| Email CC: | |
| Email BCC: | |

**EXHIBIT 1485.R**

CONFIDENTIAL

EXHIBIT 1485.R-001



# Project Elektra
July 2018

CONFIDENTIAL

GOOG-PLAY-004261883.R
EXHIBIT 1485.R-002

# Executive Summary

- Epic, the maker of Fortnite, plans to launch an Android version of Fortnight directly to the public, bypassing the Play Store
  - ***Bypassing the Play Store will result in less security for Android app users, a more fragmented Android app distribution system with Fortnight as an additional player in the space (suboptimal for users), and lower revenue for Google***

- A large strategic investment into Epic could help advance broader discussions about using the Play Store for Fortnite
  - It's unlikely Epic will require any primary capital, although could value a counterweight to Tencent who is currently a 48% stockholder
  - Other strategic areas of collaboration include Cloud (Epic currently uses AWS), Ads, YT (live and on demand game videos) and Yeti (Fortnite + Epic/Unreal Engine support for Yeti games)
  - Valuation would be high, potentially $10B+ (we don't have access to Epic financial information so this is an estimate)

Google                                                         Confidential & Proprietary

CONFIDENTIAL

GOOG-PLAY-004261884.R
EXHIBIT 1485.R-003


# Company snapshot

## Company Overview

- Founded: 1991,
- Description: Develops games for PCs, consoles, mobile, VR, and the Web
- Unreal Engine: a free to use gaming engine for developers, provided that they pay a 5% royalty fee on gross revenue
  - Utilizes high-end GPU rendering including architectural and photo-realistic simulations
- Historically, Elektra has been heavily focused on PC rather than mobile, specializing in high-end visual rendering
- Ownership: Tencent acquired a ~48% stake in Elektra in 2013
- Headquarters: Cary, NC
- Employees: 600 employees

## Key Games / Products

  
 

## Timeline & Recent Developments

- 2018: Full release of Fortnite, early access opened mid-2017
- 2017: Announced release of Robo Recall, a VR title made for Oculus Riff
- 2015: Announced release of MOBA title, Paragon for PC and console
- 2014: Sold successful Gears of War IP to Microsoft,
- 2013: Tencent acquired ~48% stake to help the company transition into a games-as-a-services model
- 2006: Released Xbox 360 title, Gears of War, which became an instant commercial success, grossing a reported ~$100mm
- 1998: Release Unreal, which expanded in into the series of Unreal games that has become a well-respected video game franchise
- 1991: Founded as Potomac Computer Systems and later Elektra MegaGames, Inc.

## Key Leadership

 

Tim Sweeney — Co-Founder & CEO

Mark Rein — Co-Founder & VP

Confidential & Proprietary

Google

CONFIDENTIAL

GOOG-PLAY-004261885.R

EXHIBIT 1485.R-004


# Elektra has two key assets in addition to smaller titles



- Launched early access in **September 2017**
- **Free to play** with in game purchases
- **125M** players
- Available on **console, PC, iOS**
- **>5B YT** views in April
- **$318M** in revenue across all platforms in May, **up 7%** from April
- Majority of **growth from console**, with mobile and PC flat compared to April
- **$1.2B** in revenue since launch
- On pace to reach **~$2.5B** in revenue this year[1]



- Suite of integrated tools for game developers to design and build games, simulations, and visualizations
- Unreal Marketplace: enables game developers to purchase digital content sold by 3D modelers, digital artists, sound designers, programmers and animators
- **6.3M** Unreal Engine 4 users as of July 2018, an increase of more than 1M users since March
- **30% growth** in active sellers in 1H18
- Over **1,500 creators** offering more than **5,000 curated products** on the Marketplace
- **8M** downloads from the Marketplace since the store's launch in 2014
- Est. **$200M** in revenue[2]

Google

(1) Assumes sustained growth at May growth rate of 7%
(2) Estimate $4B gross revenue through Unreal, 5% share for Elektra

Confidential & Proprietary

CONFIDENTIAL

GOOG-PLAY-004261886.R
EXHIBIT 1485.R-005



# Valuation very likely to approach **$10B** given success of Fortnite and current multiples of game developers

| | Assumptions | Implied valuation | Considerations |
|---|---|---|---|
| **Sum of the parts** | • *Fortnite* - Estimate $2.5B in revenue this year; public comparables[1]: 5-8x fwd revenue, 25% liquidity discount<br>• *Unreal Engine* - Estimate $200M in revenue; comparable transactions[2]: ~5x revenue | **$10B - $16B** | • Fortnite revenue estimates are speculative, and future growth could slow substantially<br>• Must believe in Fortnite as a genre and Elektra's ability to define future genres<br>• Publicly traded game developers are trading near all time highs |
| **PUBG Comparison** | • Bluehole rumored to raise $560M from Tencent at a $5.6B post-money valuation<br>• iOS downloads (Fortnite/PUBG): 79M / 47M = 1.7x<br>• Avg DAU in April: 7M / 5.5M = 1.3x<br>• Mobile data usage / hour: 66.5MB / 41.25MB = 1.6x | **$7.2B - $9.5B** | • Assumes sustained popularity disparity between Fortnite and PUBG |
| **Venture returns** | • Tencent invested $330M for 48.4% in 2013<br>• Assumes target venture rate of return of 30-40% | **$3B - $6.5B** | • Tencent unlikely to focus solely on financial return; focused on dominating game development across genres through first party or investment portfolio<br>• May not be willing to sell shares |

Google

(1) Public comps: EA, Take Two, Ubisoft, Tencent, Activision Blizzard
(2) Based on Unity private financing transaction in 2017

Confidential & Proprietary

CONFIDENTIAL

GOOG-PLAY-004261887.R

EXHIBIT 1485.R-006

 Preliminary investment considerations

- Will require a substantial investment to gain influence
    - ~20% stake = ~$2B
    - Anything short of a control stake will limit Google's ability to influence the company's trajectory

- Given success of Fortnite, Elektra does not need primary capital
    - Could be a combination of primary and secondary

- The company may be open to a second large strategic investor as a counterweight to Tencent

- Tencent may not be willing to sell shares, or may seek to block another strategic investor (investor rights unknown)

Google                                                                 Confidential & Proprietary

CONFIDENTIAL

GOOG-PLAY-004261888.R
EXHIBIT 1485.R-007