Message

**From:** Purnima Kochikar [▇▇▇@google.com]
**Sent:** 7/19/2018 2:02:34 PM
**To:** Jamie Rosenberg [▇▇▇@google.com]
**CC:** Adam Gutterman [▇▇▇@google.com]; Tia Arzu [▇▇▇@google.com]
**Subject:** Re: Privileged: Call script

Understood. Thanks, Jamie.

Adam, let's find time to sync up at the off-site.

P

On Thu, Jul 19, 2018, 06:55 Jamie Rosenberg <▇▇▇@google.com> wrote:
Privileged

Thanks, Purnima. I copied into a doc and made some suggested edits. The line we're trying to walk is to try to get Mark on side in encouraging Tim to be open-minded, and giving just enough detail for Tim not to feel that it's an ambush of any sort (which it's not)... but also save some of our strongest points/ specifics for the Friday discussion. I think as worded the script should be able to do that.

The tricky part will be if Mark asks directly, "So, are you guys prepared to make any changes on commercial terms for Play?" I think if he asks, you can just say, "For a lot of reasons, Hiroshi & Jamie want to have a different conversation -- they will explain on Friday." (or something like that).

Jamie


On Wed, Jul 18, 2018 at 9:13 PM Purnima Kochikar <▇▇▇@google.com> wrote:
Privileged and Confidential
(Tia please advise)

Hi Jamie,

Here's the draft script. Please feel free to edit. Apologies for not having this in a docs to help with editing - was writing this on an Uber enroute to the team dinner :-)

- Hope your trip is going well. (Let him share details)

Thanks for taking this call late evening your time.

- We are looking forward to Tim's visit and want to run the broad agenda by you.

- We believe we are philosophically closer than what the previous call may have implied, and would like to have the opportunity to explore areas of collaboration with Tim.

- First, Tim will meet with Ben Treynor, who is among the leading minds in cloud based architectures and services. This is an opportunity for Tim to engage with him on audacious plans or biggest pain points. Tim seemed excited about that meeting when Jamie shared the plan with him.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-002415283

EXHIBIT 1517
EXHIBIT 1517-001

- Then, Tim will meet Hiroshi (SVP of P&E), Jamie (who you heard on the call) and Phil Harrison (who you know). They are looking forward to presenting a comprehensive set of opportunities to partner with Google that will support Tim's objectives of supporting the dev ecosystem, making UE the best engine for innovation in gaming, and bring the joy of Fortnite to more gamers and viewers.
(We could walk through partnership areas bring considered at a high level without sharing $$)

How does this sound to you?
What part excites you most?
What would resonate with Tim?

We also have a responsibility towards our users. Frankly, the experience of getting Fortnite on Android from the links Tim sent was frankly abysmal. Have you tried it? Do you feel good about the experience? Are you okay with millions of your users having an awful experience? Do you worry that most will not go through the 15+ steps? (Some combination of questions...not all at the same time).

This user experience and the security risks that come with it, is giving us some real concern.

There is a simpler way to get to what Tim wants without fracturing the user experience and the ecosystem. ... something along these lines?

I will be at the team dinner for the next couple of hours. I will log back after that.

P

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-002415284

EXHIBIT 1517-002