| | |
|---|---|
| **Message** | |
| From: | Purnima Kochikar [▮▮▮▮@google.com] |
| Sent: | 8/3/2013 5:58:23 PM |
| To: | Jamie Rosenberg [▮▮▮▮@google.com] |
| CC: | Paul Gennai [▮▮▮▮@google.com] |
| Subject: | Re: Facebook Connect... er, Casual Connect |

Thanks Jamie.

Pat and I will review a comprehensive strategy with you next week or the week after, depending on your calendar. The events recommended fit well with the overall strategy.

Paul, I will set up time with you to discuss discovery and distribution. The team is already collating partner feedback including data to corroborate their complaints.

My team and I are up for the fight with competitors. Partners are reaching out to us because Play matters. Fun times :-)

P

On Aug 3, 2013 9:59 AM, "Jamie Rosenberg" <▮▮▮▮@google.com> wrote:
+ pgennai

Hi Purnima,

Sorry this was a frustrating experience.  From here forward, whenever we participate in a conference (via a panel or sponsorship) we should have clear conditions under which we would do so and pre-negotiate the dynamics in advance with the conference organizers.  This happens all the time.

I'll re-review Pat's proposal and likely approve... but we need a comprehensive strategy for how to win in games that stretches across product, marketing and BD.  A sponsorship here or there won't do it, nor will a feature banner here and there.  We need a systemic approach that strengthens Play's position over the long term.  I want to make sure that we are driving our own view of the world and not just reacting to what we see around us or the developer that complains the loudest  (though we shouldn't be blind to that either).  Paul G. has been thinking about this as well and will help drive an exercise to put this strategy together -- inputs from your team and the product team will be critical.

Competitors are getting more aggressive because we are getting stronger and driving more value into the ecosystem - in the last 3 days alone we processed more than $80m in transactions from apps and games, most of which was likely games.  We need to understand what we're doing right as well as what we're doing wrong... and do more of the former.

Jamie

**EXHIBIT 1519**

On Fri, Aug 2, 2013 at 11:35 PM, Purnima Kochikar <▮▮▮▮@google.com> wrote:
Jamie,

Bob's email below may lend perspective as you assess Pat's request for funding two game developer events.

Bob, Greg and I presented at Casual Connect on Thursday.  This event has morphed from a little indie meetup in Seattle to a must-attend event for anyone associated with mobile gaming. This year they moved the venue

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006359387

EXHIBIT 1519-001

from San Francisco to Seattle and all our key partners, both local and international, and tons of interesting indie developers were in attendance.

So why's Bob miffed?  As we did not sponsor and FB paid to have enormous influence, we were allotted a slot on the last day of the conference, in a tiny room tucked behind the exhibit floor, just before a session by BB :-)

Why does this matter?  Well, our key partners were actively talking to people who were promising them better development tools (Unity), better discovery and distribution (FB) and analytics (Flurry, Distimo). As the market gets increasingly crowded the real $$ will be in distribution.  Paul G's intuition that partners will question our rev share is right, the rationale is off.  Partners would be more than willing to pay us 30% or even more if we provide them distribution and discovery.  They are less likely to pay us for billing.  Smart partners like Handy Games from Germany told us that devs like King.com are spending upwards of $8 per download. Handy Games is struggling to figure out how to compete against that kind of spend.

More when we meet on Tuesday.  In the meantime, I strongly urge you to consider Pat's proposal.

Thanks
P


---------- Forwarded message ----------
From: **Bob Meese** <▇▇▇@google.com>
Date: Thu, Aug 1, 2013 at 8:23 PM
Subject: Facebook Connect... er, Casual Connect
To: Greg Hartrell <▇▇▇@google.com>, Purnima Kochikar <▇▇▇@google.com>


Maybe next year the conference can just rebrand as Facebook Connect and make its Facebook bias more official?

I've been fighting the urge to flame mail the Casual Connect organizers this afternoon, but haven't thought of anything positive that could result, so instead I'm emailing you guys to vent :)

The small room & crowd was disappointing. That Facebook led Q&A was total bullshit.

Facebook's question about Android consoles was unrelated to anything we discussed. Greg handled/ answered/ dodged the question very well, but we shouldn't need to deal with Facebook asking us questions in a public environment about rumored products.

In terms of what happens next, a few thoughts:

1) I have no interest in speaking at Casual Connect (USA version, or worldwide) again.

2) There's value in getting groups of developers together. However, I feel like if Cliff and I emailed a bunch of devs and told them to show up at Google campus, we could host a bigger audience than what we had at Casual Connect. We could do this ~quarterly, and control the event.

What do you think?


--
Bob Meese

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006359388

**EXHIBIT 1519-002**

Business Development
Google Inc. | 1600 Amphitheatre Parkway, Mountain View, CA 94043
████████ (Google Voice)

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

--
Purnima Kochikar
Google Play, Apps & Games
████████@google.com
████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-006359389

**EXHIBIT 1519-003**