ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

**THIS PRESENTATION HAS BEEN REVIEWED BY BC AND IS NOW LOCKED FOR CHANGES**

# Games Velocity Program

### Review of the program approved in April 2019
### 2 proposals for program extension

June 2021

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**EXHIBIT 1524.R**

GOOG-PLAY-010849896.R

**EXHIBIT 1524.R-001**

## Executive Summary

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

### Games Velocity Program (GVP) worked & It is meeting its objectives

GVP was approved in 2019 for 21 strategic developers

GVP met its objectives:

- 20/21 developers signed; 100% launches simshipped
- Partnership sentiment shifted from service fees to joint value creation
- Created xGoogle value; GCP signed several incremental commits w/ Gaming clients

Net GVP program investment of $121m[1] was *$291m less than what BC approved*

### Why are we here? 2 proposals for BC approval

**ASK 1**: Extend Marketing / Ads / YouTube for signed developers to 2022
**$79m (net -$26m)** in additional investments for GVP 2019 developers

**ASK 2**: Extend GVP to 9 new developers
**$257m (net +$106m)** in xPA investments

---

1   Includes $79m in additional investments proposed as part of ASK 1

SAN

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849897.R

**EXHIBIT 1524.R-002**



GOOG-PLAY-010849898.R
**EXHIBIT 1524.R-003**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Reminder: Games Velocity Program (GVP) was approved to deepen top game developer partnerships with Play & Google by unlocking xGoogle value

Changes in mobile gaming created potential for game developers to de-prioritize Play users, and an opportunity for xGoogle collaboration for 21 top gaming partners, to provide to best content for Play users



**Google's expanded value proposition to developers via xPA offers and services**



**Four new cross-Google "service packs",** across the developer lifecycle

| ① Build & Test | ② Launch & Grow | ③ User Acquisition | ④ Community Development |
|---|---|---|---|
| Enable high-fidelity games on Android; reduce costs | Enable bigger launches & extended growth | Boost volume and efficacy of new user acquisition | Build gaming communities to engage users |

Goals

| Developers Prioritize Play Users | Improve Developer Sentiment | Boost x-PA Value |
|---|---|---|

4

SAN

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Reminder: GVP 2019 developers drove 1.7% of Alphabet's revenues in 2020, presented strong xPA growth opportunities

## Alphabet revenues from GVP 2019 developers



## xPA opportunity driven by GVP devs

- **Play** - 20% of annual revenue, marquee content, market/product expansion e.g: multi-platform gaming)

- **Cloud** - new revenue opportunity in gaming vertical

- **YouTube** - content with fast growing viewership

- **Brand** - excellent IP for comarketing, DEI efforts



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849900.R

**EXHIBIT 1524.R-005**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# 20 of 21 devs signed, simshipped titles & sentiment improved. All incentives were reinvested in Google, enabling GCP to expand its presence in gaming

## Goal 1: Developers Prioritize Play Users

- 20 of 21 target devs[1,2] (20% of Play spend) signed GVP 2019
- 100% titles sim-shipped on Play (247 titles)
- Unlocked x-platform gaming partnership & revenues

## Goal 2: Improve Developer Sentiment

- 14 devs asked about service fees pre signing: 0 post[1]
- Developers leaning into Play & Google partnership beyond GVP 2019
- No GVP 2019 developers are in the App Coalition

## Goal 3: Boost x-PA Value[3]

- $191M in incremental GCP commits; including 8 new accounts[4] (not incl. ABK). GVP cohort growing 20% faster than GCP overall (70% vs. 50%).
- +10% revenue uplift for Ads, in line with expectations, but can improve -ve ROI[5]
- >150% uplift in developer content uploads on YouTube

1  Supercell declined due to low perceived xGoogle value.  Exploring new emerging markets opportunities to bring them to the table.

2  GVP 2019 target list of 21 counts ABK as 3 Play developers - Activision, Blizzard and King

3  ABK included in assessing impact of Goals 1 and 2, but not 3.  ABK investment went beyond GVP and was approved separately by BC

4  8 new accounts include - EA, Tencent, Aniplex, Mixi, Pearl Abyss, NCSoft, Com2Us, Ubisoft Mobile

5  GVP 2021 will address Ads ROI by moving to AIP structure that lowers credits and ties them to incremental spend.



- product commits? Better than expected?
- Link to source

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



- Charts: https://docs.google.com/spreadsheets/d/1y0ws4LIaJXbN1-0iKgD3fF-uHAOGsHD95w7hB4n5INk/edit#gid=0

- Previously neutral/-ve now positive - NO
- Previously negative now neutral - YES
- Previously neutral/negative now neutral / in a multi year deal - NO

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849902.R
**EXHIBIT 1524.R-007**

# GVP 2019 projected to consume only $121m in net investment vs. $412m expected at BC

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

| Service Pack Economics<br>*Before Accounting Adjustments* | BC case | Latest outlook | Variance<br>(under) / over<br>BC case |
|---|---|---|---|
| **(A) Incremental Google Cont. Margin**<br>*(Gross of GVP incentives)* | (103) | 502 | 604 |
| Cloud | (74) | 383 | 458 |
| Ads | (41) | (9) | 33 |
| Play | 13 | 127 | 114 |
| **(B) GVP Incentives by service pack** | (309) | (623) | (314) |
| Cloud | (102) | (375) | (273) |
| Ads | (32) | (13) | 19 |
| Play | (176) | (235) | (59) |
| **(C) Incremental Google Cont. Margin**<br>*(Net of GVP incentives) (A+B)* | (412) | (121) | 291 |
| Cloud | (176) | 8 | 184 |
| Ads | (73) | (22) | 51 |
| Play | (163) | (107) | 56 |
| **Play Spend from 1.0 Devs** *(2020-2022)* | | 19,624 | |
| *Gross inv as a % of Spend* | | -3.2% | |
| *Net inv as a % of Spend* | | -0.6% | |
| **Play Rev from 1.0 Devs** *(2020-2022)* | | 5,887 | - |
| *Gross inv as a % of Play Revenue* | | -10.6% | |
| *Net inv as a % of Play Revenue* | | -2.1% | |

**Outperformance due to:**

- **Cloud:** Commits unlocked higher-than-projected incremental revenue

- **Ads:** long negotiations delayed deal signing resulting in lower utilization

- **Play:** invested more but also achieved higher returns than expected on marketing

Figures include **$79m in refreshed Marketing, Ads, YouTube investments** ($26m net investment incl. Value recouped)

**NOTE:** *contribution margin" reflects the effects of many components of GVP 2019 but excludes some, such as value from stronger developer relationships and strategic product integrations. Overall contribution margin from GVP partners was strongly positive for each of Play, Cloud, and Ads.*

*Section B quantifies Cloud and Ad credits at their cost to serve.*
*Refer to the speaker notes for key assumptions and basis of presentation*

1   All GVP 2019 investments except Cloud credits expired in 2020; we'd like to  selectively extend refreshed investments, with mostly BAU funds to sustain improved developer sentiment
2   Some developers beyond 11 being proposed for refreshes may get investments, but only against adoption of Google strategic priorities eg B*, Play Points
3   GVP 2019 did not originally include any Play Loyalty incentives. This is a new program addition to secure Play's strategic priorities with developers

8
SAN

- Taking out ABK because the deal with them was subsequently morphed beyond the scope of GVP
- Context and goals of program…
- Investment of credits and marketing was partly offset by incremental revenue in Cloud, Ads, and Play.
- Net investment - key assumptions:
  - Excludes Strategic Value from improved Dev Sentiment | simship of titles | prod integration
  - Excludes xPA transfer implications
  - Excludes HC costs
  - 3 year program duration (mostly 2020-2023). Deal start date varies by Dev. Assuming GVP 1.0 ends after Year 3
  - Cloud value recouped Includes spend uplift attributable by Cloud to GVP 1 year past the program duration (customer acquisition value). This benefit is not expected to be repeated if GVP is extended.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-010849904.R

**EXHIBIT 1524.R-009**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## Developers making >$500M in lifetime spend on Play has doubled since 2019. New developer mix poses challenges and presents opportunities.

### Lifetime spend growth among top partners since 2019



**Growth in Play's large developer mix**

Devs w/$0.5-1B in Lifetime Spend   Devs w/$1B+ in Lifetime Spend

### Challenges and opportunities presented by new developer mix

New large & influential developers:
- Offer potential for xGoogle opportunities
- Innovating on monetization strategies

xGoogle partnerships with these developers will help:
- GCP compete with MS, AMZN [1] in gaming
- Play compete with App Store by incentivizing devs to not de-prioritize Play users [2]

# REDACTED- PRIVILEGE

1  Google Cloud competes with larger competitors like Amazon, Microsoft who regularly bundle their products
2  As part of GVP, we ask for Play users to be treated "at par" with App Store users via parity in launch dates, features and in game content. No asks for exclusivity or Play-first launches

10

- Charts: https://docs.google.com/spreadsheets/d/1y0ws4LlaJXbN1-0iKgD3fF-uHAOGsHD95w7hB4n5lNk/edit#gid=0

GOOG-PLAY-010849905.R

**EXHIBIT 1524.R-010**



GVP 2021 strengthens xGoogle partnership with 9 of Play's large & growing developers (15% of Play spend)

Devs building the best mobile games for Play users & represent largest opportunity for GCP

| Devs growing on Play | Lifetime Spend of >$500M + 100% growth YoY |
| | Lifetime Spend of >$1B + 20% growth YoY |
| AAA / PC / Console Devs[3] | AAA developers with IPs having lifetime sales of >$1B |

ROBLOX   lilith GAMES   — Growing >100%

Garena   playrix   MOONACTIVE   — Growing >50%

CyberAgent   SCOPELY SEIZE THE PLAY   — Growing >20%

KONAMI   SEGA   — AAA devs w/ $B IPs
Konami & Sega also have a large (lifetime >$600M) presence on Play

None of these developers qualified[2] for GVP in 2019 as they lacked sufficient scale, or did not have upcoming launches

REDACTED-PRIVILEGE

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

1  Subject to legal counsel's assessment of the merits and potential liability associated with claims filed against or impacting Google
2  GVP 2019 eligibility criteria: ($1B in spend from AAA IP OR $1B in lifetime spend on Play OR $200M in lifetime spend on Play growing at 200%) AND (major title launch in upcoming 12 months)

11

SAN

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## GVP 2021 applies lessons learned from GVP 2019 to drive positive contribution margin for Google while unlocking xGoogle value for developers

| Trim offers; tie to growth | |
|---|---|
| | ● **GCP** - devs selected based on cloud opportunity. Credits offered with commits |
| | ● **Ads** - based on standard AIP for better ROI. Incremental credits driven by growth |
| | ● **Play** - offers (e.g. comarketing) unlocked by spend growth |
| | ● **Marketing** - incremental value to dev & Play via DMF+ |

| Secure product priorities for Play users | |
|---|---|
| | ● **Strategic Product commits – Battlestar** and **Points** integration |
| | ● **Game quality** - SKU, feature, and content parity to ensure best user experience |
| | ● **Ecosystem influence** - help Google scale products through joint PR & case studies |

| Simplify & Scale Operations | |
|---|---|
| | ● **Automate**[1] - reduce manual efforts - eg: Project Rosie for Ads Payout |
| | ● **Term:** 3 Years for all offers **except Ad Credits** (renewal based on ROI and exec approval) |
| | ● **Consults:** Drop: Ads SVAs. Add: Play Tech Consults, Project Ally, YouTube impact attribution |

1  We are making progress in improving operations by automation / scaling eg delivering Ads, Cloud credits; however, aspects such as xGoogle accounting, marketing & legal operations continue to remain highly operational & resource intensive

12

SAN

● We learnt that accounting guidelines mandate a high Play P&L dilution when GCP credits are allowed to retire commits. In GVP 2021, we propose setting up a governance committee to ensure signed deals remain within the approval guardrails, and to review them appropriately if not

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849907.R

**EXHIBIT 1524.R-012**

# GVP 2021 is contribution margin positive for Cloud, Ads, and Google Overall

| $m | Base | Low | High |
|---|---|---|---|
| | Total '21-'25 | Total '21-'25 | Total '21-'25 |
| **Incremental Revenue** | | | |
| Play | $139M | $123M | $539M |
| Play Revenue Allocation | ($94M) | ($90M) | ($88M) |
| **Play Post-Acct. Rev** | **$45M** | **$33M** | **$451M** |
| Cloud (Revenue net of discounts) | $504M | $652M | $883M |
| Cloud Revenue Allocation | $94M | $90M | $88M |
| **Cloud Post-Acct. Rev** | **$598M** | **$742M** | **$971M** |
| Ads (excl. Play + YT) | $65M | $53M | $77M |
| YT (Ads) | $65M | $53M | $77M |
| **Total Incremental Revenue** | **$773M** | **$880M** | **$1,575M** |
| | | | |
| **Direct Deal Related Cost** incl. GVP incentives | | | |
| Play | ($195M) | ($223M) | ($545M) |
| Cloud | ($358M) | ($589M) | ($697M) |
| Ads (excl. Play + YT) | ($66M) | ($58M) | ($74M) |
| YT (Ads) | ($49M) | ($42M) | ($56M) |
| **Total Cost** | **($667M)** | **($912M)** | **($1,371M)** |
| | | | |
| **Deal Contribution Margin** | | | |
| Play | ($150M) | ($191M) | ($93M) |
| Cloud | $241M | $153M | $274M |
| Ads (excl. Play + YT) | ($1M) | ($5M) | $3M |
| YT (Ads) | $16M | $11M | $20M |
| **Total Contribution Margin** | **$106M** | **($32M)** | **$204M** |

*Incremental Revenue includes Revenue net of discounts for Cloud, Play uplift from GPP / Marketing, Ads uplift*

- **Cloud:** 1%-2% (down from 2%) of Play spend as Cloud credits; Service pack designed to incentivize new commits and spending.

- **Ads:** UAC credits at 1%-5% (down from 33%) of Ad spend.

- **Play:** $106M Marketing, $10M in Google Play Points and $10M in Esports/YT grants in the base case
  Scales up with performance for Garena

- Direct deal related costs include $257m in GVP incentives
  (Cloud -$114m | Ads - $18m | Play marketing, esports, GPP - $125)

- GVP incentives as a % of Play spend: ~1% (down from 3.2%)

- **NOTE:** *contribution margin" reflects the projected effects of many components of GVP 2021 but excludes some, such as value from stronger developer relationships and strategic product integrations. Overall contribution margin from GVP partners is expected to remain strongly positive for each of Play, Cloud, and Ads.*

13

SAN

- Basis of presentation and key assumptions
  - Excludes Strategic Value from improved Dev Sentiment | simship of titles | strategic product integrations
  - Excludes xPA transfer implications
  - Excludes HC costs
  - 3 year program duration (mostly 2022-2024). No extension
  - Base: 56% GCP TAM @ 50% utilization | 10% Ad uplift | Garena @ base
  - Low: 73% GCP TAM @ 100% utilization| 10% Ad uplift | Garena @ base
  - High: 100% GCP TAM @ 100% utilization| 12% Ad uplift | Garena @ stretch

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849908.R

**EXHIBIT 1524.R-013**



Appendix

GOOG-PLAY-010849909.R

**EXHIBIT 1524.R-014**

# SAN | Slides & Appendix Navigator

SAN

| Main Slides | Appendices | |
|---|---|---|
| 2 Executive Summary | 16 Appendix A: GVP 2019 dev-wise margins | 26 Appendix K: GVP 2019 sentiment pre-GVP |
| 4 Background for GVP | 17 Appendix B: GVP 2021 economics (alternate) | 27 Appendix L: GVP 2019 devs xPA footprint |
| 5 GVP 2019 Developers & Alphabet | 18 Appendix C: GVP 2019 P&L Detailed View | 28 Appendix M: GVP 2019 success metrics |
| 6 GVP 2019 Objectives & Results | 19 Appendix D: Public Support of Partnership | 29 Appendix O: Dynasty & NCSoft |
| 7 GVP 2019 Proposed Refreshes | 20 Appendix E: Potential deal structure | 30 Appendix P: Runway & GVP developers |
| 8 GVP 2019 Economics | 21 Appendix F: Social Casino | 31 Appendix Q: Ads recap |
| 10 State of Play's Ecosystem | 22 Appendix G: GVP 2021 success metrics | 35 Appendix R: GCP recap |
| 11 GVP 2021 Developers | 23 Appendix H: GVP 2021 service pack details | 40 Appendix S: YouTube recap |
| 12 GVP Learnings | 24 Appendix I: GVP 2019 vs GVP 2021 | |
| 13 GVP 2021 Economics | 25 Appendix J: GVP 2019 sign-up status | |

15 SAN

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849910.R
**EXHIBIT 1524.R-015**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## Appendix A: Value offered to GVP 2019 Devs (excl. ABK) within 3%–5% range approved by BC

| Google Contribution Margin Developer | Cloud | Ads | Mkt | GPP | YT | Total | Cont. Margin | Value to Dev |
|---|---|---|---|---|---|---|---|---|
| ✓ | | | | | | | | |
| Ubisoft | 8 | – | (3) | | – | 6 | 3.5% | -6.4% |
| ✓ Riot | 22 | (4) | (12) | | (2) | 4 | 1.1% | -6.9% |
| Mixi | 13 | – | (7) | 0 | (1) | 5 | 0.5% | -2.6% |
| Square Enix | 9 | – | (6) | | (1) | 2 | 0.1% | -1.5% |
| Aniplex | 7 | (0) | (5) | | – | 1 | 0.1% | -2.6% |
| ✓ Niantic | 13 | (3) | (7) | (0) | (2) | 2 | 0.1% | -4.2% |
| Pearl Abyss | 0 | (0) | (1) | | – | (1) | -0.3% | -2.5% |
| ✓ Netmarble | (10) | (4) | 5 | (0) | (2) | (11) | -0.4% | -2.3% |
| Com2uS | (3) | – | (3) | 0 | – | (6) | -0.7% | -2.2% |
| EA | (3) | 1 | (4) | 0 | (1) | (8) | -1.0% | -3.2% |
| Nexon | (22) | – | 6 | (0) | – | (17) | -1.4% | -3.7% |
| NCSOFT | (28) | (0) | 5 | 0 | (2) | (25) | -1.0% | -5.4% |
| Tencent | (0) | (10) | (15) | | – | (25) | -1.4% | -4.3% |
| Bandai Namco | (35) | (1) | (3) | 0 | (1) | (39) | -1.8% | -2.4% |
| ✓ NetEase | (9) | (2) | (2) | (0) | (5) | (17) | -2.2% | -3.7% |
| The Pokemon Company | – | – | (5) | 0 | (1) | (6) | | |
| Multiple developers | – | – | (17) | | (5) | (22) | | |
| Total (Excl. ABK) | 8 | (22) | (82) | 1 | (26) | (122) | -0.6% | 3.6% |

- Most deals signed in the BC approved 3% - 5% value range

- Value realized by devs who signed GCP commits was higher than in the BC case due to incremental discounts from commits

  - Includes NCSoft who is currently negotiating a commit

- Ubisoft and Riot underperformed on Play compared to expectations, thus increasing net % value invested. We are not renewing deals with both devs

- **NOTE: Contribution margin listed here reflects net effect of GVP 2019; overall contribution margin from GVP partners was positive for each of Cloud, Ads, and Play.**

*Note: Value offered defined as incentives at Face Value / 2020-22 Spend.*
✓ *Represents GVP deals with Cloud commit*

16


GOOG-PLAY-010849911.R
**EXHIBIT 1524.R-016**

# Appendix B: GVP 2021 is contribution margin positive for Cloud, Ads, and Google Overall

**Move to Appendix**



| Service Pack Economics *Before Accounting Adjustments* | Base Total | Low Total | High Total |
|---|---|---|---|
| $ millions | | | |
| **(A) Incremental Google Cont. Margin** *(Gross of GVP incentives)* | 363 | 339 | 805 |
| Cloud | 231 | 231 | 354 |
| Ads | 85 | 61 | 108 |
| Play | 47 | 47 | 343 |
| **(B) GVP Incentives by service pack** | (257) | (371) | (601) |
| Cloud | (114) | (228) | (228) |
| Ads | (18) | (18) | (18) |
| Play | (125) | (125) | (356) |
| **(C) Incremental Google Cont. Margin** *(Net of GVP incentives) (A+B)* | 106 | (32) | 204 |
| Cloud | 117 | 4 | 127 |
| Ads | 67 | 43 | 90 |
| Play | (78) | (78) | (13) |
| **Play Spend from 2.0 Devs** (2022-2023) | 26,283 | 26,283 | 26,283 |
| Gross inv as a % of Spend | -1.0% | -1.4% | -2.3% |
| Net inv as a % of Spend | 0.4% | -0.1% | 0.8% |
| **Play Rev from 2.0 Devs** (2022-2023) | 7,885 | 7,885 | 7,885 |
| Gross inv as a % of Play Revenue | -3.3% | -4.7% | -7.6% |
| Net inv as a % of Play Revenue | 1.3% | -0.4% | 2.6% |

Section A: Incremental Google Value: represents Gross Margin attributable to GVP GROSS of GVP Inv.
Section B: x-PA Incremental investments: Captures costs to serve Cloud / Ad credits, marketing Inv
Section C: Google Net Value: represents Gross Margin attributable to GVP NET of GVP Inv.

- **Cloud:** 1%-2% (down from 2%) of Play spend as Cloud credits; Richness and use-restrictions designed to incentivize new commits and spending.

- **Ads:** UAC credits at 1%-5% (down from 33%) of Ad spend.

- **Play:** $106M Marketing, $10M in Google Play Points and $10M in YouTube in the base case
  Scales up with performance for Garena

- **NOTE:** *contribution margin" reflects the projected effects of many components of GVP 2021 but excludes some, such as value from stronger developer relationships and strategic product integrations. Overall contribution margin from GVP partners is expected to remain strongly positive for each of Play, Cloud, and Ads.*

17

---

- To be confirmed, but currently we expect Accounting transfers will be dilutive for Play, accretive to Cloud, and dilutive to Ads and YT, but the overall deal will still be accretive to Ads and YT.
- Regarding GVP 2019 richness: Cloud credits were at 2% of Play spend except for Niantic at 3%. Ads credits were at 33% of ads spend except for Tencent, which was lower.
- High case: +$191m contribution margin driven by:
- Cloud: Unlock higher GCP opportunity (100% of TAM) and 100% utilization of GCP credits
- Ads: 12% revenue uplift from UAC credits
- Play: $XXM Incremental Play spend from Garena hitting "stretch" targets

- Net investment - key assumptions:
  - Excludes Strategic Value from improved Dev Sentiment | simship of titles | strategic product integrations
  - Excludes xPA transfer implications
  - Excludes HC costs
  - 3 year program duration (mostly 2022-2024). No extension
  - Base: 56% GCP TAM @ 50% utilization | 10% Ad uplift | Garena @ base
  - Low: 73% GCP TAM @ 100% utilization| 10% Ad uplift | Garena @ base
  - High: 100% GCP TAM @ 100% utilization| 12% Ad uplift | Garena @ stretch

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849912.R

**EXHIBIT 1524.R-017**

## GVP 2019 + Refreshes: –$121M Google Contribution Margin with Cloud upside partially offsetting Play | Ads | YT investments

Proprietary + Confidential

| GVP 2019 | Pre-refresh GVP 1.0 excl. ABK | Refresh GVP 1.0 | Total GVP 1.0 incl. Refresh |
|---|---|---|---|
| $m | Total '19-'24 | Total '21-'23 | Total '19-'24 |
| **Incremental Revenue** | | | |
| Play | $95M | $50M | $145M |
| Play Revenue Allocation | ($225M) | | ($225M) |
| **Play Post-Acct. Rev** | **($131M)** | **$50M** | **($80M)** |
| Cloud | $611M | | $611M |
| Cloud Revenue Allocation | $225M | | $225M |
| **Cloud Post-Acct. Rev** | **$836M** | | **$836M** |
| Ads (excl. Play + YT) | $12M | $1M | $13M |
| YT (Ads) | $12M | $1M | $13M |
| **Total Incremental Revenue** | **$730M** | **$52M** | **$782M** |
| | | | |
| **Direct Deal Related Cost** | | | |
| Play | ($379M) | ($78M) | ($457M) |
| Cloud | ($404M) | | ($404M) |
| Ads (excl. Play + YT) | ($25M) | ($0M) | ($25M) |
| YT (Ads) | ($17M) | ($0M) | ($17M) |
| **Total Cost** | **($825M)** | **($79M)** | **($903M)** |
| | | | |
| **Deal Contribution Margin** | | | |
| Play | ($510M) | ($27M) | ($537M) |
| Cloud | $432M | $M | $432M |
| Ads (excl. Play + YT) | ($13M) | $1M | ($12M) |
| YT (Ads) | ($5M) | $1M | ($4M) |
| **Total Contribution Margin** | **($95M)** | **($26M)** | **($121M)** |

Note: the $225m play revenue allocation is an estimate

- Latest Google contribution margin outlook - $121M. –$537M for Play | +$432M for Cloud | –$12M for Ads | –$4m for YT

- Figures include $79m in refreshed Marketing, Ads, YouTube investments ($26m net investment incl. Value recouped)
  - Marketing: –$66M (Gross) | –$20M (Net)
  - YT presence grants/ esports: –$9M (Gross)
  - Loyalty (10 devs): –$2M (Gross) | +$2M (Net)
  - Ads (2 devs): –$2M (Gross) | +$2M (Net)

- **x-PA implications:** Revenue re-allocation from Play to Cloud expected to be ~$225m

**NOTE:** *contribution margin" reflects the effects of many components of GVP 2019 but excludes some, such as value from stronger developer relationships and strategic product integrations. Overall contribution margin from GVP partners was strongly positive for each of Play, Cloud, and Ads.*

Google

- Methodology + Key assumptions + Input providers
- Methodology for Play Revenue Allocation:
- Q3'19 - Q1'21 Actuals (excl. ABK) + Play Deferrals Forecast (excl. Commit deals and Cash reimb) + Deferral Forecast for Commit Devs (excl. ABK)
- Input providers: Latest Cloud model on incremental revenue attributable to GVP from JasonN, Actuals from ocrisafulli@, Deferral Forecast for Commit devs from caitlinburke@, and Play Deferrals from karanmmxix@

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Appendix D: We would like to encourage developers to publicly highlight success of their businesses and their partnerships with Play

| Leverage developer's social media, O&O channels | | Partner with Play on joint PR |
|---|---|---|
| Platform availability | Highlight benefits from Play partnership | Joint PR & case studies |
| • Invest in title specific messaging for Play:<br>　○ "Title X now available on Google Play"<br>　○ "Just updated on Google Play"<br>　○ "New skins available on Google Play"<br>　○ etc | • Highlight key partnership aspects with Play<br>　○ Successful game titles<br>　○ Great product outcomes<br>　○ New platform adoptions<br>　○ ...<br>　○ ... | • Joint PR on select strategic partnerships, eg xGoogle deals (similar to ABK)<br>• Create press-ready stories packaging partner testimonials and tie in with our broader ecosystem support narratives |

19
SAN

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849914.R

**EXHIBIT 1524.R-019**



# Appendix E: Aligning deal structure & incentives with growth and ROI

| GVP Packages | GVP Commercial Tactics | Desired outcomes<br>Linking investments to performance |
|---|---|---|
| **Base Package** | GCP credits @X% of Play Spend<br><br>Ads credits at X% of Ads Spend (AIP)<br><br>Play Points multiplier campaigns  *NEW* | GCP growth, commits<br><br>Ads spend growth<br><br>Play user retention |
| **Growth Package**<br><br>*Subject to hitting Play Spend thresholds* | Co-marketing campaigns<br><br>YouTube Presence Grants<br><br>esports rights / licenses<br><br>esports sponsorships | Play Spend growth |
| **Consulting Package** | Play Technical Consulting    Play Business Consulting          Ads Consulting    YouTube Channel Growth Consulting<br>Dev Rel Support          Play Market Consulting | |
| | Build & Test          Launch & Grow          User Acquisition          Community Development | |

20

SAN

GOOG-PLAY-010849915.R

**EXHIBIT 1524.R-020**

# REDACTED - PRIVILEGE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849916.R

**EXHIBIT 1524.R-021**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Appendix G: Cross Google service packs | Success Metrics

| Service Pack | Service Pack Components | Success Metrics |
|---|---|---|
| **Build & Test** | ● **GCP credits:** 1-2% of developer's Play spend reinvested as GCP credits, issued every 6 months | ● **Total/incremental GCP commits** <br> ● **GCP credits consumption** |
| **Launch & Grow** | ● **Co-marketing:** Promote key title moments via Google led custom campaigns, YouTube influencers, DMF, **DMF+** <br> ● **Play Points: Play Points campaigns to drive incremental monetization** | ● **Increased participation in Play Points from top partners** |
| **User Acquisition** | ● **Ads credits:** Shift UAC credits from 33% of developer spend to **AIP program** | ● **ROI from UAC credits** |
| **Community Development** | ● **YouTube Presence Grants:** incentivize O&O channel content creation & growth <br> ● **Mobile esports:** Google run live esports events <br> ● **Esports sponsorships** Google sponsors developer run esports events <br> ● **esports licensing** Google purchases rights to stream sports content on YouTube | ● Mobile game watchtime growth <br> ● **O&O channel watchtime / upload growth** |

**Blue items are new**

AC PRIVILEGED // REFLECTS LEGAL ADVICE    22

SAN

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849917.R

**EXHIBIT 1524.R-022**

# Appendix H: Evolved GVP 2021 to continue unlocking strategic partnerships, and enable Play users to get the best content at launch



## Google Gives via Cross-Google Service Packs

| Build & Test | Launch & Grow | User Acquisition | Community Development |
|---|---|---|---|
| • GCP credits | • Play 'Growth Consulting' | • Ads credits **as AIP** | • eSports tournaments |
| GCP consults (PSO) | • Co-marketing **incl. DMF+** | | • YT channel growth |
| Technical consults (DevRel) | • Play Store featuring | | • eSports sponsorships **& licensing** |
| • **Play Tech Solutions Consults** | • YT influencers | | • **Play - YT features, Project Ally** |
| | • **Play Points, B*** | | |

**xPA Partner Pod, with simplified operations**

## Desired Developer Behavior
### (Google Gets)

**Prioritize Play Users**
- Game titles available to Play users @ launch (simship)
- Play users get access to the same features, **in game items** as anyone else

**xGoogle Value Creation**
- Link more xGoogle investments to **joint growth**
- **Invest in Google's strategic priorities (eg, Battlestar, Play Points)**

**Maintain / Improve Partner Sentiment**
- Deepen xGoogle partnerships
- **Public support for Google partnership**

**Blue items are new**

AC PRIVILEGED // REFLECTS LEGAL ADVICE     23

GOOG-PLAY-010849918.R

**EXHIBIT 1524.R-023**

**Appendix I: Comparing programs**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

| | GVP 2019 | GVP 2021 |
|---|---|---|
| Program Objective | Mitigate Play distribution risk | Deepen xGoogle strategic partnerships |
| Eligibility criteria | **PC/Console Devs**<br>Lifetime Revenue of IP >$1B<br>**Play Devs:**<br>Lifetime Spend >=$1B OR<br>Lifetime Spend >$200m and growing >200% YoY | **PC/Console Devs**<br>Lifetime revenue of IP >$1B<br>**Play Devs**<br>Lifetime Spend = $1B, growing >20% OR<br>~~Lifetime Spend >$200m and growing >200% YoY~~<br>Lifetime Spend = $500m, growing >100%<br>No litigation re: legality of content |
| # of developers | 21 | 9 |
| % of Play Spend covered | 20% (not incl. Supercell who has not signed) | 15% |
| Google Gives | **Commercial:**<br>Ads credits: 33% of eligible UAC spend, capped<br>GCP credits - 2% of Play Consumer Spend, uncapped<br>Comarketing - fixed allocation<br>YouTube Presence Grants - fixed allocation<br>eSports rights / sponsorships - fixed allocation<br><br>**Consultative**<br>Ads consulting, GCP consulting, Play business consulting, Partner DevRel consulting, YouTube consulting | **Commercial:**<br>Ads credits: 1-5% of UAC spend (AIP Program) linked to growth<br>GCP credits - 1-2% of Play Spend; 50% retirable against commits<br>Comarketing - fixed allocation; add DMF+<br>YouTube Presence Grants - fixed allocation<br>eSports rights / sponsorships - fixed allocation<br><br>**Consultative**<br>~~Ads consulting,~~ GCP consulting, Play business and tech consulting, Partner DevRel consulting, YouTube consulting |
| Google Gets | Simship, Feature Parity | Simship, Feature, SKU Parity<br>Public support for Play Partnership<br>Stretch targets for Play Consumer Spend (Garena only) |
| % investment (value to dev) | 3-5% of respective Play Consumer spend | 2-4% of respective Play Consumer spend (except Garena) |
| Term | 3 years for GCP credits, 1 year for all else | 3 years for all incentives except Ads (renewed post ROI eval) |
| Google Gross investment | $632M over three years;<br>Incl. $81M to extend 1 year incentives to three for select devs | $267M - $500M (gross) over three years |
| Google Net Investment | ~$130m over three years | +$96M - +$248M over three years |

24

SAN

GOOG-PLAY-010849919.R<br>**EXHIBIT 1524.R-024**

Appendix J: 20 (of 21 target) devs representing 20% of Play spend signed GVP; are prioritizing Play users via sim-ship and parity on Play; negotiations underway with Supercell



*Pokemon Co. is signing up to GVP obligations on a title by title basis due to their publisher led business model

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849920.R

**EXHIBIT 1524.R-025**

Appendix K: Reminder: pre-GVP, several GVP devs expressed concern towards their partnership with Play & Google



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849921.R

**EXHIBIT 1524.R-026**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## Appendix L: Beyond GVP – Quantitative assessment of partnership health* by xPA Finance teams

| | 2020 Growth | | | | | |
|---|---|---|---|---|---|---|
| | Play Spend | GCP Spend | UAC Spend | YouTube watchtime | Google Revenue Growth | Comments |
| Riot Games, Inc | 100% | 125% | 13183% | 34% | 13276% | Expressed public appreciation about partnership with Play |
| NEXON Company | 108% | 38% | 27% | 42% | 91% | |
| Tencent Games | 56% | 842% | 90% | 114% | 61% | Launched Battle Pass subscriptions exclusively on Play |
| ABK | 29% | 245% | 141% | 59% | 58% | |
| NCSOFT | 54% | -39% | -2% | 21% | 54% | Unlocked strategic xPlatform gaming partnership (Dynasty) |
| Ubisoft Entertainment | 49% | 31% | 63% | 28% | 51% | CEO expressed excitement about expanding xGoogle partnership via GVP |
| Niantic, Inc. | 38% | 13% | 211% | 83% | 38% | Multiple exec quotes on the strength of GVP partnership |
| SQUARE ENIX Co.,Ltd. | 24% | 314% | 24% | 375% | 30% | |
| Com2uS | 5% | 22722% | 181% | 14% | 24% | |
| Netmarble | 8% | 224% | 97% | -22% | 20% | |
| | | | | | | |
| Electronic Arts Inc | 8% | 34% | 205% | 21% | 13% | Extended GVP deal by +2 years to lean into GCP, Ads |
| mixi, Inc. | 4% | 887% | -17% | -3% | 10% | Reinvested GVP incentives to return to Play growth |
| NetEase Games | 10% | 54% | 8% | -31% | 10% | Changed launch processes to support GVP partnership & Play users |
| BANDAI NAMCO Entertainment In | -4% | 4% | 7% | 29% | -4% | |
| Aniplex Inc. | -10% | 3021% | 107% | 42% | -4% | Stepped up exec relationships with Google |
| The Pokemon Company | -18% | 0% | 100% | 21% | -18% | |
| PEARL ABYSS | -28% | 5410% | -50% | 93% | -26% | |
| TOTAL | 23% | 75% | 88% | 40% | 32% | |

| | <0% | | 0%-10% | | 10% - 50% | | 50% - 100% | | >100% | | Extremely small base amounts to attribute growth/decline |

* xPA Finance assessment of developer investment with Google; not entirely attributable to GVP, but supported by GVP

27

GOOG-PLAY-010849922.R
**EXHIBIT 1524.R-027**

## Appendix M: Developers realized value across PAs & beat BC estimates for GVP 1.0

| BC Success Metrics | | | | Other Metrics | |
|---|---|---|---|---|---|

| | @ BC | Actual |
|---|---|---|
| ARR acceleration | 19% (by 2024) | 39% (by 2024) |
| Win-Rate acceleration | 140% | 220% |
| Marquee titles on GCP | N/A | 9 |

| 3-4 Yr Incremental Spend Commits | +$191M |
|---|---|

| | @ BC | Actual |
|---|---|---|
| UAC yoy growth rate acceleration | 11% | +10% Incremental |
| SVA / Best Practice adoption | N/A | Low Adoption |

| Share of Wallet | +30% |
|---|---|
| ROI | -10% |

| | @ BC | Actual |
|---|---|---|
| Mobile game watchtime, as % of total gaming watchtime | 10% (by 2022) | 12.6% (2020) |
| Mobile game creator/upload uplift | N/A | +153% / +204% |

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

28

- Cloud Deals:
- -ABK: $230M, 4-yr ($221M incremental) - Titles: CONFIDENTIAL - COD,
- -Niantic $100M, 3-yr ($40M incremental) Titles: 3
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- - Not closed - Pearl Abyss: $23M, 3-yr Titles:
- -Riot: $20M, 3-yr (+$20 incremental)
- -Netmarble: $18M, 3-yr (0 incremental commit but growing 426% YoY)
- -NetEase: $15M, 3-yr (+$14M incremental)
- TOTAL: $428M. Incremental: $331M
- Cloud KPI Definitions:
- -ARR acceleration: Defined as average YoY growth between BC 5-year total: $242M, HUG BC 5-year total: $581.5M and HUG new projected 5-year total: $1.2B.

- -Win-rate acceleration: Defined as conversion percentage increase from BC %.  BC conversion was 25% w/o HUG and 60% with HUG (.6/.25-1) = 140%. Already signed 12 out of 18 developers so 67% conversion. Estimating conservatively at 80% through program duration. (.8/.25-1) = 220%.
- -Marquee titles on GCP: Defined as number of marquee titles on GCP from signed developers. 9 titles include"
- >>Netmarble: Lineage 2 Revolution, BTS world migrating from AWS
- >>Mixi: Monster Strike - Expected to 13x spending
- >>Pearl Abyss - Black Desert Mobile - new customer
- >>Com2US - Monster Warlord, Dragon Blaze,  TALION and new title
- >>Aniplex - Fate Grand Order - Expected to 40x spending

GOOG-PLAY-010849923.R

**EXHIBIT 1524.R-028**



## Appendix O: Dynasty & NCSoft

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

**2018 - 2019**

**November 2019**

**2021**

**Expressed strong desire for deeper Google partnership**

Exec conversations in April 2019 seeded idea of GVP

Initial discussions on x-platform gaming & Dynasty

**Signed GVP & launched Dynasty titles**

GVP helped boost dev sentiment

Dynasty enabled Play + Windows launch for Lineage2M (Play's first x-platform title)

**Dynasty up-leveled Play - NCSoft partnership; stirred ecosystem interest in xplatform gaming with Play**

Strengthened NCSoft partnership

Enabled extended product collaborations & EAPs; eg NCSoft first in KR to adopt PBL 2.0, successful pilot on Multi-quantity checkout

Regular cadence w/ NCSoft leadership to discuss future partnerships

Key results from Dynasty:
- $940m in Lineage 2M Spend till date; 56% from Dynasty
- Created incremental paying users, and increased spend from existing users
- 4 Dynasty titles launched in 3 regions, more in the pipeline

Garnered significant interest from other top KR devs

29

SAN

GOOG-PLAY-010849924.R
**EXHIBIT 1524.R-029**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Appendix P: Runway (Play reducing service fee to 15% for first $1m in revenue) has minimal impact on payouts to most GVP developers

| Developer | Runway % | Developer | Runway % |
|---|---|---|---|
| KONAMI | 0.06% | Electronic Arts Inc | 0.07% |
| SEGA CORPORATION | 0.14% | Com2uS | 0.08% |
| Playrix | 0.02% | NetEase Games | 0.09% |
| Garena Games Online | 0.01% | Ubisoft Entertainment | 0.44% |
| Moon Active | 0.03% | Riot Games, Inc | 1.95% |
| CyberAgent Inc. | 0.08% | mixi, Inc. | 0.05% |
| Soopely | 0.05% | Aniplex Inc. | 0.04% |
| LilithGames | 0.03% | PEARL ABYSS | 0.18% |
| Zynga Group | 0.02% | The Pokemon Company | 6.79% |
| Roblox Corporation | 0.06% | ███████████ | |
| NCSOFT | 0.01% | Activision Publishing, Inc. | 0.11% |
| BANDAI NAMCO Entertainment Inc. | 0.02% | Blizzard Entertainment, Inc. | 0.48% |
| Netmarble | 0.03% | King | 0.02% |
| SQUARE ENIX | 0.03% | Tencent Games | 0.03% |
| Niantic, Inc. | 0.04% | | |
| NEXON Company | 0.05% | | |

We will not renew GVP with Riot due to underperformance of their titles on Play

TPC titles are published by 3rd party developers (e.g. Niantic for Pokemon Go), due to which this number is misleading. We will continue to invest behind TPC's high potential titles

ATTORNEY CLIENT PRIVILEGED

- er

GOOG-PLAY-010849925.R
**EXHIBIT 1524.R-030**

## Appendix Q: Ads Impact Analysis - GVP 2019 Summary

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

|  | Projected | Actual |
|---|---|---|
| **UAC YoY Growth** | N/A | **+10% Incrementality** |
| **Ads Best Practice Adoption** | N/A | **Low SVA Adoption** |
| SOW | N/A | **+30%** |

*BC Metrics*

### Key Highlights

- 9 developers receiving UAC credits as part of Hug with **$66 million** in credits received in 2019/20 (budget of $100M) - 61% of total GVP 1.0 credits related to Activision Blizzard

- Incrementality analysis infers an aggregate **revenue uplift of 10%**, increase in SoW with an average **+30%** across most clients post-Hug (note: SOW no longer tracked post Q2'20)

- UAC credits delivered negative ROI (**-1.7 ROI**), with the implied incremental revenue uplift being less than the original BC expectations

### Key Learnings & Solutions in GVP 2.0

- Developers are increasing SOW & UAC spend, but overall ads ROI negative driven by high payout % → 2021: Adopt AIP credit model design & lower payouts to better tie credit payouts to incr. ad growth

- Guardrail of 3 qualifying use cases necessitates manual scrutiny and review to determine eligibility for credits → 2021: Simplify qualifying spend & credit release structure

- Credit deployment relies on a highly manual process (bmods) leading to bad user experience, risk of inaccurate financial reporting and inability to scale in key markets → 2021: Build new payments tool to automate credit distribution via coupons (Project Rosie)

31

SAN

- BC assumption of uplift was equivalent to 50% of released credits - BC assumption = $33M uplift (50% of $66M) vs actual implied uplift of $29M
- Latest incrementality study performed by the Economics team (as of Oct-20) - [Source](#)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849926.R

**EXHIBIT 1524.R-031**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# Learnings from User Acquisition

| | GVP 1.0 | GVP 2.0 |
|---|---|---|
| **AC credits were expensive** | **Ads ROI is –ve, while overall program ROI remains +ve**<br>● Though incrementality surpassing BC expectations, -ve Ads ROI is unsustainable for renewal or scaling purposes<br>● X deals unintentionally double dipping in both GVP & DVIP, resulting in $xx credits paid out without incrementality | Lower % back from 33% to 1-5%<br><br>Limit customers to sign either GVP, AIP, or DVIP |
| **Credit utilization was low** | **Only 50+% of Ad credits was unlocked, leaving ~$50M on the table**<br>● Avg deal negotiation duration ~6-9 months, leaving devs only 6-9 months to fulfil contract terms, which are slated to end EOY 2020.<br>● High credit caps for low ad spenders (eg. Riot, NCSoft, Aniplex), resulting in <25% redemption<br>● 63% of credits were redeemed by ABK, rest of partners range from 8%-65% redemption. | Secure budget through end of 2022 to allow for longer negotiation time<br><br>Re-work budget allocation based on Ad spend ability |
| **Operationally very taxing** | **Highly manual to operationalize customized deals**<br>● Credits delivered via credit memos, which are highly manual in calculation & application<br>● X out of 18 deals have customized terms, requiring customized setup from Accounting & Legal, hindering the ability to automate..<br>● Ads rev database lacks signals to differentiate gaming vs non gaming rev | Issue credit via Coupons (already secured Eng/PM commitment via Project Rosie)<br><br>Standard AIP deal mechanism |

R

SAN

● [Credit redemption](#)

GOOG-PLAY-010849927.R
**EXHIBIT 1524.R-032**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

Proprietary + Confidential

## Summary of UAC Revenue & Credits by Developer

### 9 ad credit deals completed; $66.5M earned to through 12/31/21 (~60% to ABK)

| Developers | Budgeted UAC Credits ($M) | GVP Start Date | GVP End Date | Total App Promo Revenue ($M) | Hug Credits Earned ($) | UAC Return (%) | Credits Utilized (%) |
|---|---|---|---|---|---|---|---|
| Activision Blizzard | 35 M | Apr-2020 | Mar-2021* | 130 M | 28.6 M | 22% | 82% |
| King.com | 20 M | Jul-2019 | Jul-2019 | 60 M | 11.9 M | 20% | 60% |
| Riot Games | 10 M | Feb-2020 | Dec-2020 | 23 M | 6.4 M | 27% | 64% |
| Netmarble | 9 M | Jan-2020 | Dec-2020 | 33 M | 6.5 M | 20% | 72% |
| NetEase Games | 8 M | Jul-2020 | Dec-2020 | 24 M | 3.6 M | 15% | 45% |
| Niantic | 7 M | Nov-2019 | Dec-2020 | 25 M | 6.3 M | 25% | 89% |
| NCSOFT | 3 M | Nov-2019 | Oct-2020 | 1 M | 0.2 M | 15% | 8% |
| BANDAI NAMCO | 3 M | Feb-2020 | Dec-2020 | 13 M | 1.5 M | 12% | 60% |
| Aniplex | 2 M | Jan-2020 | Dec-2020 | 3 M | 0.6 M | 25% | 31% |
| Pearl Abyss | 2 M | Nov-2019 | Oct-2020 | 6 M | 0.9 M | 14% | 44% |
| **Total GVP 1.0** | **99 M** | | | **320 M** | **66.5 M** | **21%** | **68%** |

| | |
|---|---|
| Total GVP Budget | 100 M |
| Total Credits Earned | 66 M |
| Over/(Under) Budget | -34 M |

*Year 1 only; total committed credits of $108.5M over 3 years



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849928.R

**EXHIBIT 1524.R-033**

Proprietary + Confidential

# BC approval contingencies for ads involvement

1. **Stronger Ads Sales Team Involvement**: Co-develop a process to ensure GVP deals do not negatively disrupt Ads ecosystem. Sales teams should participate in deal design prior to partner engagement.

2. **Avoid Custom Deals**: Strong desire to avoid one-off, custom deals outside of GVP, given intensive operations across 7 XFN ads teams; in the case of custom deal proposal, ads finance / product / GPL VP approvals required.

3. **Single Year Terms Only**: Ads committing to single-year deal terms to start, while securing budget for all 3 years at BC. Evaluation of continuing ads involvement beyond year 1 to require Sales Director & Finance sign off and pursuant to Ads deal ROI evaluation.



Google 34
SAN

- Path to long-term handover: Should ads continue beyond year 1, commitment to realign on long-term infrastructure & operational coverage
- AI:
- Define parameters about customization: AI -
- APAC GBO x Play meeting: Karan to kick off thread with Karl about setting up a meeting with Scott & Purnima to walk through APAC concerns
- Single year terms: Ads to support 1 year commitments, with BC approval via email for added funds in Y2 and Y3. Please let us know

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849929.R

**EXHIBIT 1524.R-034**

## Appendix R: GCP Impact Analysis - Summary

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

| | Projected | Actual |
|---|---|---|
| **3 year Spend commits** | N/A | **+$412M** Incremental |
| *ARR acceleration* | 19% | **39%** (by 2024) |
| *Marquee titles on GCP* | XX | **9** |

BC Metrics

### Key Highlights

- **10 developers** receiving GCP credits via Hug
- Hug helped sign deals with **50% of the top 10 developers** collectively expected to spend $2.6B on IT in 2021
- Helping devs expand x-platform GCP footprint in Gaming
- Deals expected to deliver **higher longer term upside** to Google

### Key Learnings

- Allowing commits & Hug credits to coexist was crucial to close large deals
- Need to spend time thinking about nuances of Cloud ecosystem, e.g. resellers, local taxes
- Highly operational & resource intensive; need to invest in standardizing approvals and operations

35

- $Niantic - $100M/3yr, starting in Sept 2019
- ABK - $230/3yr, started in jan 2020
- Riot - $20/3yr - started in jan 2020
- Netease - $15M/3yr - started in july 2020
- ███████████████████████████
- PENDING: EA $15M , Tencent $40M, PA - $15-18M

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-010849930.R

**EXHIBIT 1524.R-035**

PRIVILEGED & CONFIDENTIAL
ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# HUG 1.0 Developer Status – 19 of 21 contracts signed

## Signed

| Holdouts / Significant Roadblocks |
| --- |

**H1'20 Signers**

1. **Niantic** (US)
2. **Netmarble** (KR)
3. Pearl Abyss (KR)
4. Com2Us (KR)
5. Mixi (JP)
6. Aniplex (JP)

**H2'20 Signers**

1. **Activision Blizzard King** (US)
2. **Riot Games** (US)
3. **NetEase (CN)**
4. **Nintendo** (JP)
5. Ubisoft (FR)
6. Bandai Namco (JP)
7. NCSoft (KR)
8. NEXON (KR)
9. EA (US)
10. Tencent (CN)
11. Square Enix (JP)

1. Supercell** (FI)

## Ineligible for GCP credits

1. The Pokemon Co (titles developed and published by 3P developers)

Those in green denote those under commit
Those in blue actively scoping a larger commit
** denotes those where the blocker is primarily Developer related vs. GCP or Play driven

AC PRIVILEGED // REFLECTS LEGAL ADVICE

SAN

GOOG-PLAY-010849931.R

**EXHIBIT 1524.R-036**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

# GCP spend commit deals, including incremental attributable to Hug

- **ABK**: $230M, 4-yr (**+$221M** incremental)   *Not counted in GVP economics, but GVP credits were crucial to closing commit with ABK*
- **Niantic**: $180M, 3-yr (**+$120M** incremental)
- ███████████████████████
- **Riot**: $20M, 3-yr (**+$20M** incremental)
- **NetEase**: $15M, 3-yr (+**$14M** incremental)
- **Netmarble**: $18M, 3-yr (0 incremental commit)
- [Negotiating]
  - **NCSoft**: $**100M**, 4-yr
  - **Netmarble: $60M,** 4-yr
  - ████████████████
  - **Supercell: $2.5M,** 3-yr

**TOTAL: $508M. Incremental: $412M**

37

GOOG-PLAY-010849932.R

**EXHIBIT 1524.R-037**

PRIVILEGED & CONFIDENTIAL

# HUG 1.0 credits have accelerated GCP consumption and helped sign commits

Strong xPA synergies in Gaming, large customer IT TAM, digitally native industry and Play's willingness to invest in HUG have successfully boosted xPA adoption for Cloud



| **① GCP Commits** | **② Gaming Customer Growth** | **③ Regional Expansion** |
| --- | --- | --- |
| Signed $412M incremental GCP commits (6 customers) | HUG 1.0 customers gross rev. accelerated 68% (4 qtrs.) | APAC / JP customers contributed 9% of region's GCP net rev. (2020) |

| *Highlights:* | *Highlights:* | *Highlights:* |
| --- | --- | --- |
| • Play investing ~$405M in credits (86% Y1 consumption) over lifetime of program<br>• ABK ($230M) and Niantic ($180M) are 2 of Cloud's largest deals<br>• Niantic ▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮ NetMarble | • Forecasting **$627M incremental Cloud net revenue** post-deferrals over 4 years<br>• **17 of 18 target customers signed** HUG in Y1, **net revenue upside coming** in Y2 and Y3<br>• Favorable economics; Play revenue deferrals cover COGS **improving gross margin** | • Largest customers (**ABK, Niantic**) in NorthAm and account for **45% of spend**<br>• **56%** of HUG 1.0 customers were **in APAC/JP**<br>• **2 customers in EMEA**: Ubisoft spent $5M revenue in 2020, Supercell didn't sign (Note: King of ABK is in EMEA) |

| *Insights:* | Gaming customers open to signing commits. GBP and Sales should leverage HUG credits to maximize TCV of deals | Only ⅓ (6 of 18) of customers signed commits'. Secure workloads by pushing remaining to sign multi-year contracts | xPA programs are a potential lever to expand share in new markets when there is overlap between PA customers |
| --- | --- | --- | --- |

1  Initially in HT2020 GCP commits were only allowed on an exception basis. Play unblocked commit deals in H22020 and now GCP leads with trying to secure a multi-year commit.

AC PRIVILEGED // REFLECTS LEGAL ADVICE

GOOG-PLAY-010849933.R

**EXHIBIT 1524.R-038**

PRIVILEGED & CONFIDENTIAL

## HUG 2.0 expands customers by 50% and expected to drive $400M+ incr. revenue

Program expansion prioritizes Cloud commits for all customers, incentivized by Play credits

### Highlights:

- **9 customers in-scope** based on publicly-defensible Play criteria. **Several GCP priority customers included**[1]

- **CyberAgent and Garena** are 2 of Cloud's largest projected deals **($100M+)**, Sega, Konami and Roblox have strong potential

- **56% of the customers are based in APAC/ JP** similar to HUG 1.0. 2 **qualifying EMEA customers** (Moon Active, Playrix)



**HUG 2.0 Projected Rev. Uplift**

*Early Insights:*

Second tier of Gaming customers (primarily mobile) so opportunity not as large as HUG 1.0 due to less IT spend compared to AAA (console) developers. Still very favorable uplift for Cloud

**Next Steps:** Cloud Leadership Approvals[2] (this meeting), BC week of May 10

1 Zynga, Playtika excluded due to ongoing legal concerns
2 Cloud Finance / Sales leads are aware it's coming, plan to send a note ahead of time, BPR next Wed.

AC PRIVILEGED // REFLECTS LEGAL ADVICE      39

GOOG-PLAY-010849934.R
**EXHIBIT 1524.R-039**

ATTORNEY CLIENT PRIVILEGED // REFLECTS LEGAL ADVICE

## Appendix S: YouTube Impact Analysis - Summary

| | Projected | Actual |
|---|---|---|
| **Mobile Game Watchtime** | 10% by 2022 | **13% in 2020** *(incrementality TBD)* |
| **Creator / Upload Uplift** | +50% / +50% | **+120% / +161%** |
| **Revenue** (UGC mobile exclusive) | +30% | **+57%** |

*BC Metrics*

| Key Highlights | Key Learnings |
|---|---|
| ● Presence grants enabled positive engagement with developers on content strategy & planning<br><br>● Most developers increased their YouTube content uploads / creator engagements / YouTube presence<br><br>● Funds being used across a variety of initiatives - live events, creator academies, community days | ● Longer than expected lead times, however useful foundational work and testing done with most devs<br><br>● Title popularity impacts effectiveness of funds; Riot and ABK saw decline in content creation / audience due to title popularity / age |

40

SAN

GOOG-PLAY-010849935.R

**EXHIBIT 1524.R-040**

# YouTube Presence Funds Impact by Developer in Hug 1.0

| Existing Partners with YT deals | 2019 Watchtime | 2020 Watchtime | YoY WT | YoY Rev |
|---|---|---|---|---|
| Activision Publishing, Inc. | 691,373,705 | 1,669,175,115 | 141% | 223% |
| Niantic, Inc. | 543,400,490 | 317,419,326 | -42% | 16% |
| Riot Games, Inc | 850,305,339 | 940,901,617 | 11% | 25% |
| BANDAI NAMCO Entertainment Inc. | 5,830,790 | 3,411,581 | -41% | 43% |
| NCSOFT | 91,289,236 | 84,519,028 | -7% | 13% |
| | | | | |
| Blizzard Entertainment, Inc. | 649,045 | 26,937,790 | 4050% | 270% |
| mixi, Inc. | 60,924,013 | 108,035,855 | 77% | 66% |
| King | 575,170,663 | 978,085,516 | 70% | 86% |
| Netmarble | 649,044.93 | 26,937,789.87 | 4050.37% | 270.5% |
| Total | 4,817,206,738 | 6,632,579,181 | 38% | 81% |

ATTORNEY CLIENT PRIVILEGED

GOOG-PLAY-010849936.R

**EXHIBIT 1524.R-041**



GOOG-PLAY-010849937.R

**EXHIBIT 1524.R-042**