| | |
|---|---|
| **Message** | |
| From: | Purnima Kochikar [███████@google.com] |
| Sent: | 7/23/2019 1:39:29 AM |
| To: | Sarah Karam [███████@google.com] |
| Subject: | Re: A/C Privileged: Update on Tinder / GPB |

- others

Hi Sarah,

Did i see you decline the Match meeting?  I will be in APAC and am happy to call in.  However, if neither you nor I can attend in person, I am inclined to ask to reschedule.  Thoughts?

P

On Mon, Jul 22, 2019 at 6:21 PM Brandon Barras <███████@google.com> wrote:
> Hi All,
>
> We're currently scheduled to have Match join us in MTV on 8/23 to discuss the future of the partnership. I wanted to share the Tinder/Match exec meeting prep deck for review. This includes:
> - Background & projected revenue impact
> - Match/Tinder's X-Google relationship updates
> - Suggested approaches on how we bring Tinder back to the platform and strengthen the overall Match relationship
>
> We're working to schedule time this week to review in more depth with folks in this group and ensure we're aligned on our approach leading up to the meeting with Match.
>
> Let me know if you have any questions in the meantime.
>
> Thanks,
>
> Brandon
>
> On Wed, Jun 19, 2019 at 12:55 PM Paul Feng 馮友樸 <███████@google.com> wrote:
>> Attorney client privileged
>>
>> Thanks Brandon.
>>
>> The analysis does a nice job quantifying Tinder's "people mostly come to Play looking for Tinder" argument. As part of the Magical Bridge AND Payment Policy efforts, we're looking at ways to tier pricing - we can potentially use this. Consider a pricing tier based for apps / brands that bring an inordinate number of users / FOPs / NPUs to the store....
>>
>> -P
>>
>> On Wed, Jun 19, 2019 at 9:35 AM Brandon Barras <███████@google.com> wrote:
>>> *A/C privileged*
>>> *Seeking legal counsel*
>>>
>>> Hi All,


EXHIBIT 1537

Wanted to circle back and give an update on the latest with Tinder/Match.

- Coordinating in-person with Match leadership and Play / GP leadership for early August
  - Match attendees: Shar Dubey (President, Match Group), Elie Seidman (Tinder, CEO), & Adrian Ong (SVP/Advisor, Match Group)
  - Planning doc/agenda here - full briefing doc in progress
- Separately, engaging with Tinder to better understand how their billing experiment is being run, what is being tested for and if there are any immediate product/FOP gaps that we can work together to solve before the in-person. Tinder has noted that Match is wary of sharing data and feels Google may "use shared data against them" in future considerations.

Our team has also created a model to compare the value Play delivers against the revenue share paid by a developer on their consumer spend [full details here]. Two key points that we believe may underlie Tinder's decision-making:

- Despite generating the highest apps revenue from Play, Tinder severely under indexes on the % of installs coming from Play driven sources (e.g. Prex, Related etc.) vs. dating peers and games. **In 2018, only 8% of Tinder's installs came from Play driven sources** vs. 15% for OKC and 27% for Meetic. This bolsters their assertion that "people mostly come to Play looking for Tinder".
- The relative discovery value they have been deriving from Play has decreased since 2017, due to an increasing share of acquisitions coming from Search and Search driven re-installs. In parallel, their revenue has been increasing y/y. Thus the team estimates that if you compare the value of non-Search driven discovery vs. revenue share paid, **Tinder is now deriving only 10% of the revenue share value vs. the 30% share they pay.**

Note that the model does not yet incorporate the value of publishing tools, EAPs, fraud detection, custom co-marketing partnerships, re-engagement etc. that Tinder has told us they value and care about. These are difficult to put a $ value on, but the team is looking at how to incorporate so we can paint a more complete picture.

**Next Steps:**
- Secure date in August with Match for an in-person
- Continue to engage with Tinder in order to drive data sharing around their current experiment over the next few weeks

Thanks,
Brandon

On Wed, May 29, 2019 at 8:20 PM Sarah Karam <░░░@google.com> wrote:
*A/C privileged*
*Seeking legal counsel*

+Donald Harrison

Hi all,

Wanted to circle back with an update post our call with the Tinder CEO, Elie, and their team earlier today. The TL;DR is that Tinder deferred us to Match leadership to get full details on their goals and rationale for the change. Full notes are here and key takeaways are as follows:

- **This decision was driven by Match Group leadership and fuelled by performance insights from other players.** They highlighted OKC (Match Brand) and competitors like Bumble (where Eli used to work) used as examples, where multiple payment options are available for users on Android.
- **They highlighted "providing user choice" and "economics" as reasons why they made this change.** When we pressed on what user research they had done on preferences for multiple billing experience options, they had no data and shared this pilot *is* the test. When we pressed on how they perceived the economic value (or lack thereof), they asked to have a Match conversaion.
- They mentioned that they are a large player and as they've gotten bigger the past 2 years, **they are more focused on a 5-10 year horizon and want to discuss the change / partnership with that lens.**
- We asked several questions about what value they perceive to be getting out of the platform and the partnership and what was missing. They didn't want to get into this and pushed to have that conversation with Match leadership. **It was apparent that they were given talking points and they wanted us to engage Match leadership for a deeper conversation.**

Next steps:
- Setup meeting with Match leadership
- Align on agenda / what (if anything) we want to propose to the Match team
- Conduct internal analysis to:
  - Model the value exchange between Play / Google <-> Tinder / Match
  - Investigate the potential of DNP for policy-violating apps, even if some versions of the apk are compliant with policy (e.g. Tinder in Brazil is still defaulting to GPB)

@Donald Harrison - we will share a briefing doc for the meeting and will plan align with the group on talking points / agenda beforehand.

Thanks,
Sarah

On Tue, May 28, 2019 at 9:07 AM Purnima Kochikar <░░░░@google.com> wrote:
> Privileged
>
> Hi Sameer,
>
> Yes, I am joining the call with their execs.
>
> P
>
> On Tue, May 28, 2019, 8:46 AM Sameer Samat <░░░░@google.com> wrote:
>> *** Attorney client privileged ***
>> *** seeks advice of counsel ***
>>
>> Thank you for the update.  This is certainly disappointing (not in the least the way they handled it).
>>
>> Will look for your update once that leadership call is done.  Purnima are you joining that call ?
>>
>> sameer

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY                    GOOG-PLAY-007104276

**EXHIBIT 1537-003**

On Fri, May 24, 2019 at 12:31 PM Sarah Karam <███@google.com> wrote:
*A/C privileged*
*Seeking legal counsel*

Hi all,

Wanted to share an update with the broader group that Brandon, Tinder BD, connected with the working team lead at Tinder yesterday. Their feedback:

- They didn't share the update that they would start defaulting to their native billing as they anticipated it would lead to conflict
- Decision was made by senior leadership
- To his knowledge, the decision was purely financial. They've asked if margins are negotiable.

Our response (we didn't discuss the policy, per guidance):

- Very disappointing decision to not inform us in advance; sour-ed partnership entirely
- All the perks we provide them (merchandising support, carrier co-marketing opportunities, EAPs, dedicated BD / DA etc.) are not available if they are not invested in our partnership; this is a 2 way street
- Given Tinder is planning to ship Tinder Lite in July defaulting to their current billing, we won't be supporting with any merchandizing. They were genuinely surprised by this.
- We need to discuss with the CEO ASAP

We are working on setting up a call with Tinder leadership early next week (CEO and VP of Finance are OOO today) to better understand their position and plans.

Once we have more information (hopefully by Tues/Wed), would be useful to align internally on next steps and how we want to position to Match leadership.

Thanks,
Sarah


--

Sarah Karam | Global Head, Play & Android Apps BD | ███@google.com | ███


--

Sarah Karam | Global Head, Play & Android Apps BD | ███@google.com | ███

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          GOOG-PLAY-007104277

EXHIBIT 1537-004

--

| Brandon Barras | Google Play Partnerships | ▓▓▓@google.com | ▓▓▓ |

--

| Brandon Barras | Google Play Partnerships | ▓▓▓@google.com | ▓▓▓ |

--
Purnima Kochikar
Google Play, Apps & Games
▓▓▓@google.com
▓▓▓

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          GOOG-PLAY-007104278

**EXHIBIT 1537-005**