Message

| | |
|---|---|
| **From**: | Purnima Kochikar [▇▇▇@google.com] |
| **Sent**: | 6/10/2020 4:49:35 AM |
| **To**: | Sidney Lee [▇▇▇@google.com] |
| **CC**: | Jamie Rosenberg [▇▇▇@google.com]; Kate Lee [▇▇▇@google.com]; Anna Kartasheva [▇▇▇@google.com]; Jim Kolotouros [▇▇▇@google.com]; Sagar Kamdar [▇▇▇@google.com]; Tristan Ostrowski [▇▇▇@google.com] |
| **Subject**: | Re: next steps + a question |

Privileged

Thanks Jamie - super helpful. Here's what I will communicate to FB -

> *I am writing to confirm that while we're waiting for the larger exec discussion between our companies, the waivers will apply to both 1P install and update cases. We will clarify this to Oppo.*

@Kate Lee please let me know if you have any concerns about the above.

Sidney - please let me know once you have communicated the change to Oppo.

Thanks all.
P

On Tue, Jun 9, 2020 at 9:44 PM Sidney Lee [▇▇▇@google.com> wrote:
> Privileged
>
> Happy to help. If possible might be useful to get Stratops/Legal drafting a simple note on what should be communicated with Oppo (and if needed other OEMs). I could do this on my end as well but given the complexity and also sensitivity of discussions with FB could use help making sure we're not missing anything.
>
>
> On Wed, Jun 10, 2020 at 12:38 PM Jamie Rosenberg [▇▇▇@google.com> wrote:
>> Privileged
>> +Sidney Lee +Kate Lee +Anna Kartasheva
>>
>> Hi Purnima,
>>
>> That's a helpful clarification. While I do think the waiver language we put into our OEM agreements focused narrowly on 1p updates by design, I'm OK in the spirit of this interim waiver period to give OEMs the OK on the 1p install case as well. Facebook doesn't need to know what's in or not in our agreements, but you can tell FB that while we're waiting for the larger exec discussion between our companies, we will clarify to OEMs that we are OK with the 1p install case, in addition to the 1p update case.
>>
>> And then I would suggest that Sidney & team clarify to Oppo that this 1p install case is OK as part of the waivers we have granted. I would rather not amend our contracts on this, so maybe there is a lighter weight way for us to make this clarification to the OEMs as needed or requested from us.
>>
>> We can then revisit the more permanent approach after the larger Google/ FB exec sync.
>>
>> Thanks,
>>
>> Jamie



**EXHIBIT 1549**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-009579485.R

EXHIBIT 1549-001

Case 3:20-cv-05671-JD   Document 623-16   Filed 12/21/23   Page 2 of 4

On Tue, Jun 9, 2020 at 4:19 PM Purnima Kochikar <░░░░@google.com> wrote:
Privileged +Tristan Ostrowski for guidance

Hi Jamie - please see the email exchange between Marc and me below.  Marc has clarified that FB was not referring to 3P installs/updates, rather they are concerned that Google has told Oppo that the waiver is limited to updating 1P preinstalled apps.  My understanding is that the waivers include installs and updates on 1P FB apps.  Would you please confirm that is the case?

Jimk, I appreciate that this goes against the principles of RSA 3.0, which is likely to influence our OEM BDMs' approach to waivers.  Is there anything we can do to help them?

P
-

---------- Forwarded message ---------
From: **Marc Shedroff** <░░░░@fb.com>
Date: Tue, Jun 9, 2020 at 7:16 AM
Subject: Re: next steps + a question
To: Purnima Kochikar <░░░░@google.com>

Hi Purnima,

My email below was not referring to 3P installs; we do not do those aside from the recent implementation of AlleyOop.

The communication from Google to Oppo indicated that Facebook Installer "shall only update preload APK's" for RSA3 devices. As we have discussed, our expectation is that we can continue to install and update all of FB's 1P apps. That is what I flagged to you – it has nothing to do with 3P apps.

With this understanding, can you please go back internally at Google and let me know what you find out.

Thanks –
Marc


**From:** Purnima Kochikar <░░░░@google.com>
**Date:** Monday, June 8, 2020 at 9:43 PM
**To:** Marc Shedroff <░░░░@fb.com>
**Subject:** Re: next steps + a question

Hi Marc,

Trust you had a good weekend.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           GOOG-PLAY-009579486.R

**EXHIBIT 1549-002**

Turns out that the Oppo case is working as expected.   The interim waivers were limited to use cases necessary for FB's business continuity until our execs could meet and chart the path forward, and in all our conversations thus far (and in the attached pdf) these use cases have been focused on 1P installs and updates.

The reference to 3P installs in your email has caused significant concern among Android leadership. They have been working under the assurance that FB has deprioritized/stopped 3P efforts, and until you mentioned the limited Alley-oop experiments a couple days back, there has been no mention of 3P installs as a priority in our conversations.  Would you please confirm that FB is not pursuing 3P installs outside of the AlleyOop experiments?

Thanks
P

On Fri, Jun 5, 2020 at 3:32 PM Marc Shedroff <​@fb.com> wrote:
> Hi Purnima,
>
> I have not heard back from anyone regarding the postponement of our meeting, so I will assume we are good for now.
>
> In the meantime, however, there are still concerns that Google is not fulfilling its commitment to approve OEM launches with FB Installer until we have the meeting with Hiroshi and resolve things for the longer term. As recent as yesterday a Google employee named Yan-Lin Allen Huang has taken a position with Oppo that is attempting to narrow the rights of FB installer to only update 1P apps. Our expectation of the discussion around the current waiver is that there is no narrowing of the rights we currently have directly with our OEM partners. Can you please look into this and get back to me?
>
> Thanks and have a nice weekend,
> Marc

--
Purnima Kochikar
Google Play, Apps & Games


--
Purnima Kochikar

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                          GOOG-PLAY-009579487.R

**EXHIBIT 1549-003**

Google Play, Apps & Games



--
*CONFIDENTIALITY. This communication is intended only for the use of the intended recipient(s) and may contain information that is privileged and confidential. If you are not the intended recipient, please note that any dissemination of this communication is prohibited. If you have received this communication in error, please erase all copies of the message, including all attachments, and please also notify the sender immediately.*

--
Purnima Kochikar
Google Play, Apps & Games

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      GOOG-PLAY-009579488.R

**EXHIBIT 1549-004**