Proprietary + Confidential

Attorney-Client Privileged &
Confidential
Need To Know Only
Seeking Legal Guidance

# Advanced GPB



EXHIBIT 1704.R

EXHIBIT 1704.R-001

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004683869.R

# Agenda

Proprietary + Confidential

More detail about AGPB - we believe it is largely sufficient for devs outside those who will qualify for Modular.

- Product
  - Fits with other "tiers"
  - General Principles
  - Features
- Developers - Will we need to broaden MGPB criteria, or is AGPB sufficient?

Discussion

- How should we proceed? Time is short.
- Options
  - AGPB ---> YT would need to accept short term feature deficiencies.
  - Mirrored ---> could start here, discuss whether to migrate to AGPB over time



**EXHIBIT 1704.R-002**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004683870.R

## Product: Framing once MGPB is announced

Proprietary + Confidential

**Full integration**

**GPB**
*Majority of devs*

**Focus on making a great app – we'll handle the rest**
- **Target:** Majority of Play Developers
- Off the shelf Play Billing

**Advanced GPB**

**Advanced flexibility & control *within* GPB (a.k.a. Integrate into Play Billing)**
- **Target:** Subset of managed partners, including those eligible for BD programs (eg. Hug, LRAP, ADAP, etc)
- Eligibility for program dependent on demonstrated sophistication and agreement to uphold user trust principles
- Aligns with other Play strategies to segment developer support (eg. GP3, BD Partnership Tiers)

**MGPB (EAP)**

**EAP with qualifying partners to experiment with an even more flexible tier**
- Two way partnership to increase total ecosystem value (eg. share experiment results, fraud data)
- Eligible to have more/hybrid controls on certain "modules" of GPB
- Limited to better understand user and ecosystem impact & costs of scaling

Attorney-Client Privileged & Confidential
Need To Know Only
Seeking Legal Guidance

 Google Play

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 1704.R-003**

GOOG-PLAY-004683871.R

Slide 3

| | |
|---|---|
| 1 | probably a subset, but would love your thoughts.<br>Mrinalini Loew, 11/5/2020 |
| 2 | Agreed, a subset makes sense.<br>Carolyn Kang, 11/6/2020 |
| 1 | @Mrinalini Loew (Google)   All managed partners, or only a subset of managed partners who meet other criteria (eligible for program, will uphold user trust, etc.)?<br>Carolyn Kang, 11/6/2020 |
| 2 | Adjusted language to "target" and added subset language -- WDYT?  @Danielle Stein (Google)   too.<br>Mrinalini Loew, 11/6/2020 |

**EXHIBIT 1704.R-004**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004683872.R

# Product: General Principles

Proprietary + Confidential

- Goal: give more flexibility & control within Play Billing to large, sophisticated developers who invest heavily in their own business optimization strategies & infrastructure (eg. offer/targeting systems)

- Who has access:
  - Developers with size, scale or proven sophistication
  - Developer with strong user trust, including alignment with Play's own user trust principles
  - (TBD) Part of a BD-program

- AGPB tiering is permanent, but just like stock Play Billing, the feature set within it can evolve:
  - Open to adding flexibility to additional areas in Play Billing, in a "platform-tized" way
  - AGPB "exclusive" features may eventually roll out to broader dev community

- AGPB will not offer Modular's ability to process payments or consider features that erode user trust principles

- Still open: Data Sharing -- how much are we willing to share with 3P AGPB devs?
  - e.g. Cart/FOP conversion rates, more detailed churn data

 Google Play

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 1704.R-005**

GOOG-PLAY-004683873.R

# Product: Features

Initial list compiled from discussions with key partners (eg. Sling, Hulu, Disney) and YT needs.   Phasing reflect current plans based on developer commitment to integrate with GPB.

Proprietary + Confidential

Green = Phase 1: Committed & available before Sept '21
Black = Phase 2: TBD availability

| Focus Area | Problem Solved | Features |
|---|---|---|
| Flexible Pricing & Offers | Complements developer's own offer system so they don't have to pre-define every possible combination with Play. Offers communicated "run-time" to Play purchase flow. | ● Bundles/Add-Ons* (Q1 21)<br>● Per Transaction Pricing (Q1 21)<br>● Dev-Determined Proration (Q1 21)<br>● Non-auto-recurring subscriptions* (Q2/Q3 21) |
| Business Optimization Controls | Developer has controls to optimize business decisions to balance of user acquisition, revenue, churn & costs. | ● Opt-Out Price Increases (Q4 20 - Q1 21)<br>● Dev-Determined Trial Eligibility (Q1 21)<br>● FOP Ordering / Curation<br>● FOP-less Free Trials<br>● FOP-gated Offers<br>● Custom cancel survey support<br>● Carrier Deals / Integrated Billing |
| Multi-platform Experiences | Better user experience for developers with strong multi-platform user experiences. | ● MP Upgrade/downgrade policy + API (Q1 21) |
| YT specific APIs | Interfaces for 1P specific issues (e.g. GAIA) | ● APIs for integration (1 QTR from when they engage) |

*Feature may extended to Stock Play Billing, but will initially roll out only to AGBP developers as Beta

 Google Play

**EXHIBIT 1704.R-006**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                GOOG-PLAY-004683874.R

Slide 5

---

4       cc @Priyanka Singhal (Google)
        Mrinalini Loew, 11/6/2020

1       Would this phasing change to accommodate YT?
        Paul Feng, 11/6/2020

1       Ideally no. But if there is a sticking point, perhaps we can negotiate - just puts additional burden on the team to deliver by sept , which
        they should be expecting as the "massive YT" train
        Priyanka Singhal, 11/6/2020

3       @Paul Feng (Google)        @Raghavendra Hareesh        Priyanka & I took a stab at "phasing" -- WDYT?
        Mrinalini Loew, 11/6/2020        Pottamsetty (Google)

1       We could do it depending on staffing.
        Raghavendra Hareesh Pottamsetty, 11/6/2020

**EXHIBIT 1704.R-007**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-004683875.R

# Response to Hold Out Developers

Proprietary + Confidential

## Before Modular launch

| Segment | Examples | Offer mGPB? |
|---|---|---|
| Invested in own billing platform | Amazon | Working through policy & broader deal |
| | Match Badoo | No<br>≤ 10M subs, not strategic to platforms |
| Concerned about FOP coverage | Regional players | No<br>Improve GPB product |

## Post Modular launch

| Segment | Examples | Offer them mGPB? |
|---|---|---|
| Partners close to criteria | Disney | When they hit objective criteria;<br>~65M subs on Disney+ |
| Strategic Partners, **not** close to criteria | Large Game Devs | When they hit objective criteria |
| | MSFT | When they hit objective criteria;<br>>200M Office (largely B2B) |
| | Carriers / Operators | Exploring commercial & policy remedies |

 Google Play

**EXHIBIT 1704.R-008**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004683876.R

# What does AGPB integration look like for YT

Proprietary + Confidential

At launch in Sept 2021: YT integrated with Play Billing
- Not at full feature parity w/ YT today - **viability needs to be vetted with YT**
- 100% launched for YT Music, YT Premium, YT TV
- If needed, slower ramp on others for flexibility of experimentation

For this integration AGPB will fulfill significant portion of YT asks
- Q1 2021: Flexibility in pricing and offers + multi-platform support

What is not available until after Sept:
- Data Sharing, FOP related flexibility
- Post-Txn optimizations like Custom CancelSurvey, FixFOP, Budgeting flows. (while these will not be ready for Sep 2021, could be fast follows, but there is a case for some of these to rely on existing Play flows.)
- Edge cases like Family, Play country, YT country may not be perfectly resolved.

 Google Play

**EXHIBIT 1704.R-009**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-PLAY-004683877.R

# AGPB integration - possible path to Sept 2021

Proprietary + Confidential

Possible path to Sept - **requires further vetting with YT**

- **Q4 - YT Planning**
  - ○ [Play] V1 features (WIP) and YT interfaces Q4 -Q1
  - ○ [YT]  Design and product engagement with Play eng to get ready for Q1 work
- **Q1 - Eng integration**
  - ○ [YT] Start eng Integration with AGPB
  - ○ [Play] Continue to build the AGPB features and support YT eng through integration
- **Q2 - Start ramps** for P0 SKU's
  - ○ Ideally by July - to buffer for late issues etc
  - ○ Additionally Play will need to start enforcement prep decisions which may get blocked on YT status.
- **Q3 - Launch**
  - ○ Play and YT engage on post launch features.
  - ○ Complete any remaining launches
- Recommend starting with static SKUs...



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 1704.R-010**

GOOG-PLAY-004683878.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 1704.R-011

GOOG-PLAY-004683879.R

# Agenda: Advanced GPB + YT

Proprietary + Confidential

Central Thesis: No developers left who won't sign on because of *features*.

- Product
  - General Principles
  - Features + Phasing
  - Framing against MGPB
- Developers
  - Hold-Outs + Notable Devs -- any concerns on product features?

  - Who would push to make it closer to MGPB?
  - Who would agitate once they see MGPB EAP in the wild?
  - Recommendations for initial list (top half, bottom half determining cut line)

Not today:
- Precise eligibility criteria AGPB
- Recommendations on how "public" to make AGPB
- Alignment & positioning with other product tiering initiatives (e.g. GP3) & commercial programs (eg. LRAP, AVP)
- POV on AGPB + Games Developers

 Google Play

**EXHIBIT 1704.R-012**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004683880.R

**Slide 10**

---

6        Non-M&E, developers that feel they would lose a key capability to move to GPB.
              Mrinalini Loew, 11/5/2020

5        LRAP++, strategic hold outs for LRAP (not neccesarily all).
              Mrinalini Loew, 11/5/2020

7        AVP, ADAP.
              Mrinalini Loew, 11/5/2020

8        How to think of: purchase flow conversion, fop coverage, overall churn rates.  Are these "product features"?
              Mrinalini Loew, 11/5/2020

1        product performance?
              Danielle Stein, 11/5/2020

**EXHIBIT 1704.R-013**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                GOOG-PLAY-004683881.R

# What are we hearing from devs?

Proprietary + Confidential

**Attorney-Client Privileged &
Confidential
Need To Know Only
Seeking Legal Guidance**

| Theme | [Status] Asks |
|-------|---------------|
| Platform Fundamentals | ● Better Conversion / Initial Auth (Many)<br>● Churn Rates (All)<br>● FOP Coverage (Many, esp. in APAC, MENA, LATAM)<br>● Fraud Concerns (D+, ESPN, NimoTV, Viber)<br>● ██████████████████████NBA ██████<br>● More Flexible Tax Control (EU News/Books Apps, EU Competitors of Spotify/Netflix) |
| Flexible Price / Offer / Promo Strategies | ● Prepaid Subs (Spotify, YT, APAC Devs)<br>● Bundles / Add Ons (Sling, Hulu, D+, Canal+, YT)<br>● Promo code support beyond free trials (Available on iOS)<br>● Opt-out price increases (Sling, Hulu, D+, YT)<br>● Dev-Determined Eligibility for Trials (Sling, Hulu, YT)<br>● Dev-Determined proration strategies, new proration modes (Sling, Hulu, YT, Age of Learning)<br>● FOPless Free Trials (Nest, G1)<br>● Carrier / Partnership Deals (Spotify, G1, YT, Playpass) |
| Multi-Platform Development / User Experiences | ● Minimal catalog / offer syncing, aka Per Transaction Pricing (Sling, Hulu, Hotstar, YT)<br>● Easy x-platform upgrade/downgrades (Spotify, Netflix, YT)<br>● Developer's own sub center as source of truth (Spotify) |
| UX Control | ● FOP controls like ordering & curation (Spotify, APAC subs devs, YT)<br>● In-app cancel + dev-controlled interventions (Spotify, YT) |
| Data / Insights | ● Buy Flow conversion rates (many)<br>● FOP details (many) |



**EXHIBIT 1704.R-014**

Proprietary + Confidential

## Does one version Google Play Billing still make sense?



Random flashlight app



Biggest global M&E debut in years

Attorney-Client Privileged &
Confidential
Need To Know Only
Seeking Legal Guidance

 Google Play

**EXHIBIT 1704.R-015**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-PLAY-004683883.R



EXHIBIT 1704.R-016

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004683884.R

# Introduce Advanced GPB

Proprietary + Confidential



**Focus on making a great app – we'll handle the rest**

- **Who:** Unmanaged partners
- "Off the shelf" Play Billing



**Advanced flexibility & control *within* GPB**

- **Who:** Managed Partners and/or eligible for BD programs (eg. Hug, LRAP, ADAP, Accelerators, etc)
- Eligibility for program dependent on demonstrated sophistication and agreement to uphold user trust principles
- Aligns with other Play strategies to segment developer support (eg. GP3, BD Partnership Tiers)

*What kinds of features will be limited to "Advanced GPB"?*
- *Require strong developer trust & clear alignment on user trust principles*
- *Only make sense for developers with size & scale*
- *Operationalizing feature at scale is hard, so need to initially limit rollout*
- *BD-program specific use case*
- *Mitigates risk for Play by limiting to smaller number of very trusted developers*

Attorney-Client Privileged &
Confidential
Need To Know Only
Seeking Legal Guidance

 Google Play

**EXHIBIT 1704.R-017**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004683885.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 1704.R-018**

GOOG-PLAY-004683886.R

## Top Subscriber bases globally (May 2020)

### Digital goods

| Publisher | Subscribers | Notes |
|---|---|---|
| Microsoft Office | 214 M | Large B2B portion |
| Netflix | 182 M | |
| Spotify | 124 M | |
| Xbox Live | 64 M | Have a companion app on Play that does not monetize |
| Apple (Music + iCloud + Apple TV) | > 60 M | Apple Music @ 60M, likely more with iCloud + Apple TV |
| Amazon (Prime Music + Video + Audible + Twitch Kindle Underground) | > 55 M | Includes users on base tier of Music who get it with Amazon Prime |
| Disney+ | 50 M | |
| Playstation Plus | 39 M | Have a companion app on Play that does not monetize |
| Hulu | 30 M | |
| YouTube (TV, Music / Premium) | 25 M | |
| Google One | 18 M | |
| | | |
| Dropbox | 14 M | |
| Match Group | 10 M | |
| Hotstar | 10 M | |
| Xbox game pass | 10 M | |
| Pandora | 7 M | |
| Fortnite | Unknown | 5M Battle Passes sold on 1st day of Season 3; not a subscription, but could convert to it |

Yellow highlight denotes cut-off for min qualification for active subs globally

### Physical goods / non-digital services
### (Do not qualify for GPBP)

| Publisher | Subscribers | Notes |
|---|---|---|
| Jio | 387 M | Owns some digital services |
| Verizon | 154 M | Owns some digital services |
| Amazon Prime | 150 M | |
| Sirius XM Radio | 31 M | Also owned by Pandora, who has 7M subs; Sirius is consumption only on Android |
| Comcast | 22 M | Owns upcoming SVOD service Peacock |

- Data collected for top subs:
  https://docs.google.com/spreadsheets/d/1fxYYEJopoZv84IS0cjsZn2UjI_NnvBOupBDtG1jjwy8/edit?ts=5ec2d5bc#gid=0

**EXHIBIT 1704.R-019**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004683887.R

# Per-Transaction Pricing offers huge flexibility

Proprietary + Confidential

What is it?
- Developer has complete control over pricing schedule



**EXHIBIT 1704.R-020**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-PLAY-004683888.R

# Thinking through apps devs (Danielle's scratch pad)

| Developer segment | Which would clamor for mGPB & Would we be tempted / feel pressured to give it to them? |
|---|---|
| Sophisticated partners who are GPB compliant but would value additional flexibility | Group 1: aGPB functionality would satisfy them; qualify for economic program to reduce economic advantage of mGPB<br>Group 2: Might be interested in mGPB but subscriber #s are way below 100M (e.g. Pandora) so mGPB feels defensible<br>Group 3: Interested in mGPB and close to 100M....holding them off would be hard<br>(e.g. Disney - though aGPB functionality would satisfy them) |
| Holdout partners whose concerns have primarily been economic and capability related | Group 1: Qualify for economic program to reduce economic advantage of mGPB, aGPB functionality goes a long way to help their primary product concerns, subscriber #s way off 100M, so feels defensible<br>(e.g. mostly addressed by AVP, LRAP, ADAP, BCAP)<br><br>Group 2: Qualify for economic program to reduce economic advantage of mGPB, aGPB functionality goes a long way to help their primary product concerns, subscriber numbers are closer / approaching 100M so holding them off would be harder<br>(e.g. Amazon) |
| Policy agitators against exclusive use of GPB. Agreeing to use AGPB or MGPB ( especially before Sept 2021) may undermine their legal arguments | Qualify for mGPB: For this group, still unclear if mGPB is even sufficient.<br>Spotify, Netflix<br><br>Don't qualify for mGPB<br>Kobo, Match, KR apps, IN apps<br>(All are way below 100M subscribers, so feels defensible. Even getting mGPB might not satisfy their underlying opposition to our business model |

Proprietary + Confidential

Google Play

**EXHIBIT 1704.R-021**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004683889.R

Slide 18

| | |
|---|---|
| 4 | @Carol Kang (Google)          @Sarah Karam (Google)        any partners you can think of in this group? This is one of the groups that feels "risky" from the sense of what YT's poking at |
| | I'm guessing Disney. |
| | Danielle Stein, 11/6/2020 |
| 3 | AGPB may not be sufficient for Amazon. They may require something like modular. And they definitely will escalate if they see Spotify or Netflix with modular. Disney (inclusive of Hulu, ESPN and Hotstar) will likely be satisfied with AGPB, but when they see Spotify, they will want to know why they didn't qualify for modular. I do think we need to have a strong narrative on why Spotify and Netflix are the only two that qualify for partners. @mloew@google.com for thoughts |
| | Carolyn Kang, 11/6/2020 |
| 1 | amazon, epic, msft, match might all feel like they can claim they are big enough if you combine their various digital products |
| | Sarah Karam, 11/6/2020 |
| 2 | @Carol Kang (Google)          @Sarah Karam (Google)        here's another "risky" group. Can you help me populate this one? |
| | Danielle Stein, 11/6/2020 |
| 3 | Match is at 10M I believe. (Put Sams old analysis in back of appendix). With MSFT and Amazon they're largely B2B and physical bundles respectively, but it would in fact be a difficult convo |
| | Danielle Stein, 11/6/2020 |

**EXHIBIT 1704.R-022**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004683890.R