| | |
|---|---|
| Paul J. Riehle (SBN 115199) <br> paul.riehle@faegredrinker.com <br> **FAEGRE DRINKER BIDDLE & REATH LLP** <br> Four Embarcadero Center, 27th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-7500 | Glenn D. Pomerantz (SBN 112503) <br> glenn.pomerantz@mto.com <br> **MUNGER, TOLLES & OLSON LLP** <br> 350 South Grand Avenue, Fiftieth Floor <br> Los Angeles, California 90071 <br> Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*) <br> cvarney@cravath.com <br> **CRAVATH, SWAINE & MOORE LLP** <br> 825 Eighth Avenue <br> New York, New York 10019 <br> Telephone: (212) 474-1000 | Brian C. Rocca (SBN 221576) <br> brian.rocca@morganlewis.com <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> One Market, Spear Street Tower <br> San Francisco, CA 94105-1596 <br> Telephone: (415) 442-1000 |
| *Counsel for Plaintiff Epic Games, Inc.* | *Counsel for Defendants Google LLC et al.* |

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br><br> *Epic Games, Inc. v. Google LLC et al.*, <br> Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD <br><br> **MANUAL FILING NOTIFICATION** <br><br> Judge:  Hon. James Donato |

**EXHIBIT 1764**

This exhibit was not filed electronically for the following reason(s):

___ Voluminous Document (PDF file size larger than e-filing system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

_X_ Other (description):  native form not accepted by e-filing system_____

A copy of this exhibit is being maintained in the case file in the Clerk's office.  For information on retrieving this filing directly from the court, please see the Court's main website, at http://www.cand.uscourts.gov.

DATED:  December 21, 2023

CRAVATH, SWAINE & MOORE LLP
Christine Varney *(pro hac vice)*
cvarney@cravath.com
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Timothy G. Cameron *(pro hac vice)*
tcameron@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
Lauren A. Moskowitz *(pro hac vice)*
lmoskowitz@cravath.com
Justin C. Clarke *(pro hac vice)*
jcclarke@cravath.com
Michael J. Zaken *(pro hac vice)*
mzaken@cravath.com
M. Brent Byars *(pro hac vice)*
mbyars@cravath.com

FAEGRE DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Gary A. Bornstein*_____
Gary A. Bornstein

| | | |
|---|---|---|
| 1 | DATED:  December 21, 2023 | MUNGER, TOLLES & OLSON LLP |
| 2 | | Glenn D. Pomerantz |
| | | Kyle W. Mach |
| 3 | | Kuruvilla Olasa |
| | | Justin P. Raphael |
| 4 | | Emily C. Curran-Huberty |
| | | Jonathan I. Kravis |

Respectfully submitted,

By:  */s/ Glenn D. Pomerantz*
        Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

DATED:  December 21, 2023        MORGAN, LEWIS & BOCKIUS LLP
        Brian C. Rocca
        Sujal J. Shah
        Minna L. Naranjo
        Rishi P. Satia
        Michelle Park Chiu

By:  */s/  Brian C. Rocca*
        Brian C. Rocca

*Counsel for Defendants Google LLC et al.*