

Proprietary + Confidential  US

# Android Brand Health

June 2020 Report

go/android-brandpulse



Google

Questions? Contact Wanda He @google.com

CONFIDENTIAL

EXHIBIT 1768.R

EXHIBIT 1768.R-001

GOOG-PLAY-011128192

# Contents

Proprietary + Confidential   US



**1** Context

- Executive summary
- Study background

**2** Funnel & Attributes

- Awareness & Engagement Funnel
- Standard attributes
- Custom category attributes
- Use drivers

**3** KPI Snapshot

- Privacy
- Security
- Safety
- Innovation
- OS Developer

Google

**EXHIBIT 1768.R-002**

CONFIDENTIAL

Executive Summary
# If you remember nothing else

Proprietary + Confidential  US

- **There's an ownership bias.** Owners prefer their devices to the alternative — and plan to stick with them.

- **Android works well with Google.** iOS is seen as fast and high quality, while Android is believed to work well with Google apps. But most Android owners don't know Google makes Android.

- **Less trusted than iOS.** Android is less likely to be trusted than iOS and is less likely to be seen as secure.

- **Apps are a cause for security concerns** — and among Android owners, Android outperforms Google Play on all key metrics.

Google

**EXHIBIT 1768.R-003**

CONFIDENTIAL

GOOG-PLAY-011128194

## Study Background

Proprietary + Confidential
 US



### Objectives


Monitor the overall
brand health and funnel
metrics of Android and
competitor iOS



### Target market

US n=2,000 per quarter



### Respondent criteria

Internet users ages 16-70
who must have some
knowledge of smartphone
operating systems



### Markets

US, UK, FR, JP, KR

Google

**EXHIBIT 1768.R-004**

CONFIDENTIAL

**Awareness & engagement funnel: Gen pop snapshot**

Android has higher awareness among Gen Pop; however, **consideration and usage intent are declining WoW. iOS leads across most metrics, including advocacy and trust.**



June 2020, Gen Pop ■ Android ■ iOS



Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Unaided awareness question:** "When you think about smartphone operating systems, what products or brands have you heard of?" **Aided awareness question:** "Which of the following smartphone operating systems have you heard of? Please select all that apply." **Consideration question:** "Including any you might already use, which of the following smartphone operating systems would you consider using in the future?" **Purchase / Use Intent question:** "Which one of the following smartphone operating systems would you most likely choose?" **Interest question:** "How interested would you be to learn more about each of the following smartphone operating systems?" **Familiarity question:** "How much do you know about each of the following smartphone operating systems?" **Favorability question:** "Which best describes how you feel about each of the following smartphone operating systems?" **Advocacy question:** "Which statement best reflects your overall opinion and perceptions towards each brand?" **Trust question:** "Overall, how much do you trust [Android/iOS]?"

Google

**EXHIBIT 1768.R-005**

CONFIDENTIAL

GOOG-PLAY-011128196

**Awareness Funnel: Deep dive by ownership**

With a closer look by ownership: while owners may consider the other OS, **the intent to use another OS is incredibly low**, potentially driven by high switching costs and/or loyalty to their existing OS.



June 2020, **by OS Ownership**



Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Unaided awareness question:** "When you think about smartphone operating systems, what products or brands have you heard of?" **Aided awareness question:** "Which of the following smartphone operating systems have you heard of? Please select all that apply." **Consideration question:** "Including any you might already use, which of the following smartphone operating systems would you consider using in the future?" **Purchase / Use Intent question:** "Which one of the following smartphone operating systems would you most likely choose?" **Interest question:** "How interested would you be to learn more about each of the following smartphone operating systems?"

Google

**EXHIBIT 1768.R-006**

GOOG-PLAY-011128197

**Perception & Engagement Funnel: Deep dive by ownership**

Continuing to look at engagement by ownership, the story is consistent: **Android owners are slightly less likely to trust and advocate for their OS** compared to iOS owners, while trust of Android has declined among iOS owners.







Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Familiarity question:** "How much do you know about each of the following smartphone operating systems?" **Favorability question:** "Which best describes how you feel about each of the following smartphone operating systems?" **Advocacy question:** "Which statement best reflects your overall opinion and perceptions towards each brand?" **Trust question:** "Overall, how much do you trust [Android/iOS]?"

Google

**EXHIBIT 1768.R-007**

CONFIDENTIAL

## Standard Attributes: Category snapshot

Across key attributes, more **Gen Pop respondents see iOS as fast** (+10 ppts), **high quality** (+11 ppts), **secure** (+8 ppts), **and respects my privacy** (+8 ppts) versus Android.



Proprietary + Confidential



**EXHIBIT 1768.R-008**

GOOG-PLAY-011128199

**Standard Attributes: Deep dive of OS perceptions by ownership**

Exploring these attributes by ownership, Android and iOS are at parity for owners across: **ease & enjoyment of use, and helpful,** but **Android owners are more likely to say iOS is fast and high quality** than vice versa.



June 2020, **by OS Ownership**

Proprietary + Confidential


Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Attributes question:** "Which of the following smartphone operating systems would you describe as...?"

**EXHIBIT 1768.R-009**

CONFIDENTIAL

GOOG-PLAY-011128200



- iOS owner perception of Play & Android are very close.

**EXHIBIT 1768.R-010**

CONFIDENTIAL

GOOG-PLAY-011128201

**Custom Attributes: Category snapshot**

Across category-specific attributes, **Gen Pop says Android is customizable and works well with Google apps** while **iOS is seen as more innovative and modern.**

Proprietary + Confidential   US

June 2020, **Gen Pop**  ■ Android  ■ iOS



| Attribute | Android | iOS |
|---|---|---|
| Innovative | 69% | 77% |
| Compatible w. my devices | 64% | 66% |
| Modern | 70% | 80% |
| Customizable | 72% | 65% |
| Accessible to users w. disabilities | 67% | 70% |
| Works well w. Google apps | 80% | 52% |
| Helps me control device usage | 59% ▼ | 65% |
| Compatible w. 5G network | 70% | 74% |
| Trustworthy | 61% | 68% |
| New & exciting experiences | 58% | 62% |
| Empowers me | 53% ▼ | 59% |
| Best platform for 5G | 57% | 64% |

▲▼ Significant +/ - from previous wave

Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Attributes question:** "Which of the following smartphone operating systems would you describe as...?"

**EXHIBIT 1768.R-011**

**Custom Attributes: Deep dive of OS perceptions by ownership**

Looking at these attributes by ownership: while the majority of owners say both operating systems are compatible with 5G, **only their OS is the best platform for 5G**. And, reinforcing switching costs, **owners say their OS is compatible with their devices but other is not**.



Proprietary + Confidential


Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Attributes question:** "Which of the following smartphone operating systems would you describe as...?"

**EXHIBIT 1768.R-012**

GOOG-PLAY-011128203



**Drivers Analysis: Likelihood to use Android (Gen Pop)**

Across all attributes, **compatibility, enjoyment, ease of use, high quality, and fast** are most likely to influence the use of Android devices.

  US

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Attributes question:** "Which of the following smartphone operating systems would you describe as...?"

**EXHIBIT 1768.R-013**

CONFIDENTIAL

GOOG-PLAY-011128204



Drivers Analysis: Likelihood to use iOS (Gen Pop)

Similarly, **compatibility, enjoyment, ease of use, helpful,** and **fast** are most likely to influence the use of iOS devices. Notably, iOS consistently outperforms Android on **fast** and **high quality** perceptions.

 US

Proprietary + Confidential

Impact Score

| Attribute | Score |
|---|---|
| Compatible with devices I own | 1.90 |
| Enjoyable to use | 1.81 |
| Easy to use | 1.23 |
| Helpful | 1.09 |
| Fast | 0.98 |
| High quality | 0.97 |
| Empowers me | 0.91 |
| Gives me new and exciting experiences | 0.89 |
| Helps me control my device usage | 0.82 |
| Trustworthy | 0.71 |
| Works well with Google apps | 0.65 |
| Keeps my personal information secure | 0.60 |
| Innovative | 0.57 |
| Best platform for 5G | 0.56 |
| Modern | 0.54 |
| Gaining in popularity | 0.53 |
| Respects my privacy | 0.53 |
| Customizable | 0.52 |
| Accessible to users with disabilities | 0.42 |
| Compatible with a 5G network | 0.34 |

Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. Attributes question: "Which of the following smartphone operating systems would you describe as...?"

**EXHIBIT 1768.R-014**

CONFIDENTIAL

GOOG-PLAY-011128205

### Privacy

An encouraging privacy story: by ownership, **Android is perceived to respect user's privacy** (72%) **almost at parity with iOS** (75%). Concerns and uncertainty with how Android uses personal data are key drivers to a believed lack of privacy.

Proprietary + Confidential  US

**Which phones respect my privacy?**



Among those who <span style="color:red">don't believe Android respects my privacy</span>, here are the top reasons why:

| Gen Pop | Android Owners | June 2020 responses |
|---|---|---|
| 22% | ▲ **29%** | I believe that Android sells my data |
| 21% | 26% | I have seen news stories about Android devices not protecting privacy |
| 20% | ▲ **28%** | I don't understand how Android uses my mobile data |
| 16% | 18% | I believe apps on Android devices can access more data than apps on iPhone devices |
| 14% | 17% | I don't understand how my apps use my mobile data |
| 13% | 19% | I believe my data has been taken off my device without my permission |
| 12% | 7% | My family or friends say Android does not protect privacy |
| 25% | 24% | Other |

▲▼ Significant +/ – from previous wave

Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Attributes question:** "Which of the following smartphone operating systems would you describe as...?" **Smartphone OS Android security question:** "Why do you think Android devices do not respect your privacy?"

**EXHIBIT 1768.R-015**

## Security

**But a concerning trend for security**: as more iOS owners say their phone is secure, fewer Android owners say the same (quarterly delta increased from -4 ppts to -10 ppts). And **perceived lack of app security continues to rise among those who say Android isn't secure.**

 US

### Which phones are secure?



|  | March | May | June |
|---|---|---|---|
| iOS owners about | 78% | 76% | 80% |
| Android owners about | 74% | 69% | 70% |
| Gen Pop about | 60% | 60% | 62% |
| Gen Pop about | 61% | 58% | 56% |

### Why people believe Android isn't secure

| Gen Pop | Android Owners | June 2020 responses |
|---|---|---|
| 21% | 22% | I think some Android devices are secure, but others aren't |
| 18% | ▲ 26% | I think that apps downloaded from other app stores, messaging apps, or websites are not secure |
| 15% | 14% | I have seen news stories about Android devices not being secure |
| 13% | 10% | I know someone who has experienced malware on an Android device |
| 13% | 7% | I have heard that Android phones don't receive updates, so they're easier to hack |
| 9% | ▲ 13% | I think that apps downloaded from the Google Play Store are not secure |
| 9% | 8% | I have experienced malware on an Android device |
| 8% | 3% | My family or friends say Android is not secure |
| 33% | 36% | Other |

▲▼ Significant +/ – from previous wave

**Source:** Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Smartphone OS perceptions question:** "How much do you agree or disagree with each of the following statements?" **Smartphone OS Android security question:** "Why do you think Android devices are not secure?"

Google

**EXHIBIT 1768.R-016**

### Safety & App stores

The trend continues to play out in owner's perceptions of their own app store's safety. That said, **75% of Android Owners say Google Play is a safe place to get apps** even while **less than half are aware of Google Play Protect**.

Proprietary + Confidential   US

#### Which store is a safe place to get apps?







Have you ever heard of or seen Google Play Protect before today?

| % Aware | March | May | June |
|---|---|---|---|
| Gen Pop | 43% | 39% | 37% |
| Android Owners | 53% | 49% | 46% |

Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Smartphone OS perceptions question:** "How much do you agree or disagree with each of the following statements?" Smartphone OS Google Play Protect Aware question: "Google Play Protect is built-in security protections for all certified Android phones. Have you ever heard of or seen Google Play Protect before today?"

**EXHIBIT 1768.R-017**

CONFIDENTIAL

GOOG-PLAY-011128208



EXHIBIT 1768.R-018

**Operating System Developer**

Consistent with earlier waves, **less than one-third of Android owners correctly identified Google as the developer of Android** (versus 84% of iOS owners who correctly identified Apple as their smartphone OS developer).

Proprietary + Confidential    US

## Who developed the Operating System that runs on your smartphone?

■ Google  ■ Apple  ■ Samsung  ● Other  ▪ I don't know

June 2020

Total Android Owners
| 29% | 25% | 20% | 2% | 1 |

Total iOS Owners
| 84% | 4% | 3% | 0% |

Google

Source: Ipsos Brand Pulse Questionnaire, Smartphone Operating Systems. **Maker of your OS question:** "Who develops the operating system that runs on your smartphone?"

**EXHIBIT 1768.R-019**

CONFIDENTIAL

See the
Brand Pulse
Dashboard
for more at go/il-
tracking

Google

EXHIBIT 1768.R-020

GOOG-PLAY-011128211

Proprietary + Confidential

US

# Appendix

Google

**EXHIBIT 1768.R-021**

CONFIDENTIAL

GOOG-PLAY-011128212

Brand Pulse Questions

# Standard questions & attributes

Proprietary + Confidential  US

**Unaided Awareness:** When you think about [Smartphone Operating Systems], what products or brands have you heard of?

**Aided Awareness:** Which of the following [Smartphone Operating Systems] have you heard of? Please select all that apply.

**Familiarity:** How much do you know about each of the following [Smartphone Operating Systems]?

**Interest:** How interested would you be to learn more about each of the following [Product]?

**Consideration:** Including any you might already use, which of the following [Product] would you consider using in the future?

**Use/Purchase Intent:** Which one of the following [Product] would you most likely choose?

**Favorability:** Which best describes how you feel about each of the following [Product]?

**Advocacy:** Which statement best reflects your overall opinion and perceptions towards each brand?

**Trust:** Overall, how much do you trust [PIPE IN BRAND]?

**Primary Usage:** Which of these [Product] that you use are your primary?

Which of the following [Product] would you describe as...?

Helpful

Fast

Enjoyable to use

Easy to use

Respects my privacy

High quality

Keeps my personal information secure

Gaining in popularity

Google

**EXHIBIT 1768.R-022**

GOOG-PLAY-011128213

Brand Pulse Questions

# Custom attributes & module

Proprietary + Confidential  US

**Which of the following [Product] would you describe as...?**

Innovative

Compatible with devices I own

Modern

Customizable

Accessible to users with disabilities

Works well with Google apps

Helps me control my device usage

Compatible with a 5G network

Trustworthy

Gives me new and exciting experiences

Empowers me

Best platform for 5G

How much do you agree or disagree with the following statement?
**Android phones are secure.**
**Apple iPhones are secure.**

How much do you agree or disagree with the following statement?
**The Google Play Store is a safe place to get apps.**
**The Apple App Store is a safe place to get apps.**

How much do you agree or disagree with the following statement?

Google Play Protect is built-in security protections for all certified Android phones. Have you ever heard of or seen Google Play Protect before today?

How much do you agree or disagree with the following statement? **Android devices are empowering the world. They put the best technology innovations into users' hands.**

[For those who answered 'not secure'] **Why do you think Android devices are not secure?**

[For those who do not agree 'protects my privacy'] **Why do you think Android devices do not protect your privacy?**

Who developed the Operating System that runs on your smartphone?

How much do you agree or disagree with each of the following statements?
**Android phones are innovative**
**Apple iPhones are innovative**

How much do you agree or disagree with each of the following statements?

Google

**EXHIBIT 1768.R-023**

CONFIDENTIAL