| | |
|---|---|
| **From:** | Armin Zerza <█████@blizzard.com> |
| **Sent:** | Thu, 27 Jun 2019 23:46:19 +0000 (UTC) |
| **To:** | Tim Sweeney <█████@epicgames.com> |
| **Subject:** | Re: Interconnectivity |

Tim

Great to hear Supercell is onboard!

Here is our initial thinking on a joint mobile store (will require more discussion):

1. Create a consortium between Epic, Supercell, and ABK
2. Purpose – mobile games distribution (cost+ set-up) for consortium members and 3rd parties
3. Strategy - one single mobile games store focused on distribution of mobile games ("STEAM of Mobile" concept), including a single payment system
4. Commerce - store-front for mobile games initially – build functionality over time to include marketing, promotions etc.
5. Interoperable account system, so user can use/sign up for either Epic/ Supercell/ ABK store account and use across automatically (similar to "sign up with Facebook functionality")
6. Each game publisher would maintain separate, respective accounts for gameplay, social, marketing, etc. ... at least initially/ may reconsider later

Think this concept lends itself more to a smaller group this early, so would not include the GOG guys for now, but we certainly want 3rd parties in our ecosystem when we launch store.

Finally, on timing, we'd prefer w/o Aug 12, since our key tech leader is out in w/o Aug 19.

Happy to hop on phone to discuss more,

Armin

---

**From:** Tim Sweeney <█████@epicgames.com>
**Date:** Tuesday, June 18, 2019 at 2:59 PM
**To:** Armin Zerza <█████@blizzard.com>
**Subject:** Re: Interconnectivity

We're still sorting out the dates. Right now you guys, Epic, and Supercell on board. An Ubisoft decision is pending; unfortunately the relationship is a bit tense due to Epic hiring in Montreal but hopefully we can overcome that.

The scheduled meeting will be a tech summit. Can discuss business related issues (like contracts related to data sharing and privacy that will inevitably be required) through separate channels.

Questions:

Would you be comfortable with a couple of folks attending from GOG (Good Old Games), a division of independent developer / self-publisher CD Projekt? They've been doing a lot of thinking and some open source development along these lines and have some solid ideas. Confidentially, we expect to partner with them on bidirectional store and account integration.

CONFIDENTIAL

EXHIBIT 1977
EPIC_GOOGLE_01389465
EXHIBIT 1977-001

Separate from a tech alignment summit, how do you guys envision a joint store working? Generally there are a lot of examples of companies successfully federating services and agreeing technical standards as with email, the internet, the web, OAuth, etc. I haven't seen a coalition of companies jointly operate a service that's unseated a dominant competitor though. We've envisioned launching the Epic Games store on Android and iOS with an 88/12 revenue split for all, and paying / making revenue guarantees to secure some key exclusive or co-exclusive titles. By that time, we'll have account, friends, and purchase integration with enough ecosystems that it will clearly demonstrate a new competitive, multi-store future in which any company who wanted could participate.

Tim
On May 24, 2019, at 8:43 AM, Armin Zerza <▇▇▇@blizzard.com> wrote:

> Hi Tim
>
> Sorry for the delay here ... was traveling to China and picked up a terrible flue coming back.
>
> Connected with my team here.  A couple  thoughts/ reactions:
>
> 1) August timing works for my tech folks - they can make both weeks work and we'd be happy to host on our campus in Irvine
>
> 2) For the purpose of clarity/ alignment, our ultimate goal here would be to have a joint mobile app/ store - we strongly believe that scale at the front end will benefit all of us and our players, plus increase the odds of success.
>
> 3) We will represent ABK (Activision + Blizzard + King).  Again our basic premise here is that King's scale plus our strong pipeline across A + B (can't go into details but we have already announced CoD and Diablo mobile, more to come) will benefit the initiative and any cross-industry initiative, so ultimately our players
>
> Hope this makes sense
>
> Best!
>
> Armin
>
>
>
> Sent from my iPhone
> On May 24, 2019, at 5:23 AM, Tim Sweeney <▇▇▇@epicgames.com> wrote:
>
>> Hi Armin,
>>
>> Any thoughts / interest?
>>
>> Tim
>> On May 17, 2019, at 5:18 AM, Tim Sweeney <▇▇▇@epicgames.com> wrote:
>>
>>> Sorry this isn't speedy, but what do you think of the week of August 12 or 19?
>>>
>>> I still have to check with SuperCell and UbiSoft.  We're thinking 2-4 tech folks from each company, can be a mix of tech leaders and expert implementors knowledgeable on identity, presence, social, and comms. No biz folks, no me

present, so that companies don't feel they need to send overly senior folks. In advance we could set up a neutral google group or a slack channel so everyone can start chatting and sharing thoughts.

Tim

On May 9, 2019, at 1:47 PM, Armin Zerza <█████@blizzard.com> wrote:

> Tim
>
> Thanks for the note!
>
> Do you have already a timing in mind?   We are making progress on thinking on our end so trying to understand how this lines up with your timeline
>
> Best from London today!
>
> Armin
>
> Sent from my iPhone
>
>> On May 9, 2019, at 12:54 AM, Tim Sweeney <█████@epicgames.com> wrote:
>>
>> Hi Armin,
>>
>> I'm sorry for the delays following our GDC discussion. We intend to organize a summit on interoperability of accounts, friends, and comms, but the key drivers here have been swamped with efforts to ship many things.
>>
>> So far, besides us and Blizzard (and you mentioned King), there is serious interest among UbiSoft and SuperCell.
>>
>> Tim

CONFIDENTIAL

EPIC_GOOGLE_01389467

**EXHIBIT 1977-003**