



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000492

EXHIBIT 1978-001

## Project Boston Context

- As industry trends are changing and new mobile distribution options arise, there may be opportunities to secure more favorable economics for our mobile games. Currently, we see two potential paths to improve mobile distribution economics and both are being pursued in parallel:
    1. Enterprise negotiations with Google first (and then Apple following)
    2. Development of a direct-to-consumer mobile distribution platform that bypass existing storefronts (e.g., Google Play, iOS AppStore) with two approaches to the store:
        a. ABK storefront only
        b. ABK storefront + external publishers/developers

- To date, King & Blizzard been working together on how to develop an ABK mobile distribution platform. Our early hypothesis involves a phased roll out approach:
    - **2019/2020:** Develop a **minimum viable product (MVP)** for speed to market (and to put pressure on Google)
        - Start with King games and design an MVP which can integrate with other titles
        - Pilot/launch at the end of 2019/early 2020 as proof of concept to begin carrier
    - **2020:** Evolve the MVP to a **fully integrated mobile distribution solution** to support various ABK titles (and possibly other external titles)
    - **2021:** Reach **scale and steady state** to support all ABK mobile titles (and 3rd party if desired)

ACTIVISION | BLIZZARD

Confidential  2

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY   AB-GOOG-000493

EXHIBIT 1978-002



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY     AB-GOOG-000494

**EXHIBIT 1978-003**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY   AB-GOOG-000495

**EXHIBIT 1978-004**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY    AB-GOOG-000496

**EXHIBIT 1978-005**

## Phase 1 project governance (leading up to Feb MWC)

| Project Path | Workstream | Description | Status |
|---|---|---|---|
| Path 1: Enterprise deal | Corporate Enterprise Deal | • In discussions & negotiations between Google & ATVI on broader enterprise agreement (including mobile, cloud, YouTube, media spend, advertising) | Proposal sent, awaiting Google feedback |
| Path 2: Storefront development | Product: MVP / Pilot (same for 2a/2b) | • Development of minimum viable King branded product to test functionality and to bring a demonstration model with real world results to Mobile World Congress (Feb, 2020)<br>• US only for pilot | King branded pilot program scheduled to enter market Dec/Jan targeting ~20K installs |
| | Carrier Negotiations<br>2a – ABK only<br>2b – ABK + External | • Pre-loaded mobile storefronts are required in order to drive adoption<br>• Negotiations underway with major carriers in US for pre-loaded storefront | Preliminary discussions started with US carriers. Preparation beginning for MWC outreach & pitch |
| | Branding / Go To Market<br>2a – ABK only branding<br>2b – Neutral branding | • Mobile storefront branding concepts needed for MWC to support pitch & product demonstration | Scoping and concepting in progress |
| | ABK + External Approach (2b only)<br>- Legal/structure<br>- Operation/governance<br>- Product/data | • Preliminary discussions currently happening with partner to co-develop (or co-fund) storefront to include ABK + partner games | Internal alignment on ABK built with future optionality to add external developers if desired |
| Parallel / dependent projects | Account System Design | • Underlying requirement for Boston<br>• Project effort to either link or unify Activision, Blizzard, & King account systems | Preliminary scoping |

ACTIVISION BLIZZARD

Confidential | 6

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY   AB-GOOG-000497

EXHIBIT 1978-006



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY    AB-GOOG-000498

**EXHIBIT 1978-007**

# Appendix

ACTIVISION | BLIZZARD

Confidential | 8

## Project assumptions

| Area | Project assumptions and current scope |
|---|---|
| Store / Platform Experience | **End state goal of single mobile distribution solution** experience with the ability to eventually support all ABK titles [and potentially 3rd party] on Android devices first (Apple iOS to follow) |
| Distribution | ABK games will be available in both the **official Google Play and Apple stores** alongside **new ABK mobile distribution solution** |
| Financials | Current Google Play fees of 30% vs. estimated **steady state goal of 10-12% costs** to operate & maintain |
| Market Coverage | Initial geographic **scope is global excluding China** (expansion to China in future phase); **pilot MVP to begin in US** only starting early 2020 |
| Co-Development | King developed pilot/MVP with support from Blizzard, fully integrated **end state platform to be co-developed by Blizzard and King** (with support from Activision as needed) |
| Distribution | • Carrier deals (pre-load) will be in place for U.S. & major regions<br>• OEM/ODM deals (pre-load) may need to be in place for U.S. & major regions<br>• Standalone functionality (side-load) to exist but consideration required to protect player experience |
| Account Management | • Design/decision around account management system TBD |

ACTIVISION | BLIZZARD

Confidential | 9

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY    AB-GOOG-000500

**EXHIBIT 1978-009**