



# GOOGLE / 

Board Review of Enterprise Deal Proposals | January 2020



**EXHIBIT 1979**

PRIVILEGED/CONFIDENTIAL AND ACTIVISION BLIZZARD PROPRIETARY

1/19/2020 5:38 PM | Confidential

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000516

**EXHIBIT 1979-001**

# Executive Summary

- Activision Blizzard ("ABK") began separate discussions with Google ▮▮▮▮▮▮▮ in mid-2019 with the goal of entering into enterprise-wide agreements that drive value across multiple business verticals over the next three years (2020-2022)

- Following multiple rounds of negotiations, we have arrived at near-final terms resulting in the below incremental financial benefits (in aggregate over the three year term) for both ABK and our partner:

  - Google: $310M of incremental contribution to ABK and ($60)M for Google

  - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- To advance the deal to a binding term sheet, ABK requires approval to commit to the following terms:

  - Google: $230M for cloud services with Google Cloud Platform and $375M for advertising on Google's ad properties / products

  - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Note: these deals are mutually exclusive and ABK will only enter into the one we determine as the best option

ACTIVISION BLIZZARD   Confidential Attorney-Client Privileged Communication                                                           Confidential | 2

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY                                                                 AB-GOOG-000517

**EXHIBIT 1979-002**

# Strategic rationale

**Driving mobile growth at more attractive economics with Google, AB esports viewership and media rights revenue, and lower cost is core to enterprise deals with both Google** █████████

**ABK / Google**                                                          ████████

| ABK Rationale | <ul><li>**Accelerate mobile growth at attractive economics** (22-25% synthetic platform fee vs current 30%) supported by over-proportional co-marketing support from Google</li><li>Grow esports consumer base and viewership through access to YouTube's 2B MAU; **drive media rights value for AB esports** now *and* in the long term</li><li>Continue to **expand ABK's advertising business** by locking in competitive economics</li><li>**Drive user acquisition marketing ROI** through more attractive media spend economics on Google platforms/products ($1 credit for every $3 spent)</li><li>**Create cost savings within production IT spend** by shifting up to 35% to Google Cloud Platform at competitive economics ($105M+ savings over three years)</li></ul> | ▪ ████████████████████████████<br>▪ ████████████████████████████<br><br>▪ ████████████████████████████<br>████████████████████████████<br>██████ |
| Partner Rationale | <ul><li>Secure support from leading game developer on Google Play to drive growth of ecosystem</li><li>Acquire tentpole esports content for YouTube Gaming business and grow live streaming platform/audience</li><li>Lock in committed revenue and continue to grow core advertising businesses (ads, ad tech/serving, and ad fulfillment)</li><li>Establish industry-leading cloud customer to create future opportunities within gaming vertical</li></ul> | ▪ ████████████████████████████<br>████████████████████████████)<br><br>▪ ████████████████████████████<br>██████████<br><br>▪ ████████████████████████████<br>███████████ |

ACTIVISION BLIZZARD    Confidential Attorney-Client Privileged Communication                    Confidential | 3

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY                    AB-GOOG-000518

**EXHIBIT 1979-003**

# Google deal term summary

## Google commits to $395M over three year term while ABK commits to $15M incremental expense above plan

| | Google Obligations | ABK Obligations |
|---|---|---|
| **Google Play** | ▪ $20/15/15M annual co-marketing contingent on $900/1,000/1,200M gross bookings of ABK titles on Google Play (2020 AOP: $985M+) | ▪ Deliver mobile games to Google Play at parity with other mobile platforms<br>▪ No financial commitment |
| **YouTube / Esports** | ▪ $50/53/57M annual payments for exclusive OWL / CDL / Blizzard esports media broadcast rights<br>▪ 55% of sub revenue and 100% of in-game item rev sold on YouTube to ABK<br>▪ Over-proportional O&O support to launch of both leagues (OWL / CDL) | ▪ Deliver [2,810] hours of live esports content across OWL, CDL and Blizzard esports<br>▪ $45M commitment over 3 years (no annual commitment) from ABK partners – ad spend fulfilled by ABM from partners counts toward total<br>▪ $70M marketing value commitment over three years to promote leagues (note: includes marketing value provided through O&O and in-game promos) |
| **Media Spend** | ▪ $35M in annual media / user acquisition spend credit | ▪ $115/$125/$135M annual advertising spend on Google platforms (2020 AOP: $145M) |
| **Cloud Spend** | ▪ 2% of gross bookings of ABK titles on Google Play in the form of GCP credits ($20M min. in 2020; estimated $27/32M in 2021/2022) | ▪ ABK commits to $230M cloud spend over 4 years (assumed can be delivered in 3-3.5 years) contingent upon 1) competitive pricing, 2) maintained Service Levels, 3) support for cloud migration, ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▪ Estimated $15M of incremental cloud expense for dual environments during migration |
| **Advertising** | ▪ Three year extension of current deal terms (15% on Open Auction / 6.5% on Google ad-serving technology)<br>▪ No financial commitment | ▪ No financial commitment |
| **Total Commitment** | **$395M** (excludes performance-based upside) | **$690M** ($15M incremental to ABK plan) |

ACTIVISION | BLIZZARD    Confidential Attorney-Client Privileged Communication                                      Confidential    4

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000519

**EXHIBIT 1979-004**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000520

**EXHIBIT 1979-005**

# Deal value creation

Google deal proposal provides $310M of value creation over three years ███████████

| Baseline – | expected book of business with partner w/o a deal | Proposal – | Partner proposal – gross value | | Gross Incr. – | incremental gross value vs the baseline |
|---|---|---|---|---|---|---|
| Proposal Contr. – | contribution of the partner proposal | Incr. Contr. – | incremental contribution vs baseline of proposal | | | |

| In millions | | 3-Year Google Proposal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Baseline | Proposal | Gross Incr. | Proposal Contr. | Incr. Contr | Baseline | Proposal | Gross Incr. | Proposal Contr. | Incr. Contr |
| ABK | Mobile (Net Rev) | 2,629 | 2,679 | 50 | 50 | 50 | | | | | |
| | Esports (Rights Rev less Production) | (116) | 45 | 160 | 45 | 45 | | | | | |
| | Media Spend (less Credits) | (375) | (270) | 105 | 105 | 105 | | | | | |
| | Cloud Spend (less Credits + cost savings) | (60) | (121) | (61) | 109 | 109 | | | | | |
| | Advertising (ABM Rev less Fees) | 582 | 582 | - | - | - | | | | | |
| | | - | - | - | - | - | | | | | |
| | **TOTAL ABK** | **2,660** | **2,914** | **254** | **308** | **308** | | | | | |
| Partner | Mobile (Google Play) | 1,127 | 1,077 | (50) | (50) | (50) | | | | | |
| | Esports (Ad/Sponsor Rev less Media Rights) | - | (0) | (0) | (0) | (0) | | | | | |
| | Media Spend (from ABK to Partner Platforms) | 375 | 270 | (105) | 243 | (95) | | | | | |
| | Cloud Spend (from ABK to Partner) | - | 155 | 155 | 46 | 46 | | | | | |
| | Advertising (Royalties from ABM) | 30 | 71 | 41 | 64 | 37 | | | | | |
| | | - | - | - | - | - | | | | | |
| | **TOTAL Partner** | **1,532** | **1,572** | **40** | **303** | **(61)** | | | | | |

(1) Media contribution does not consider media spend as a cost to ABK due to the spend occurring regardless of deal with Google ███████
(2) Cloud contribution does not consider cloud spend as a cost to ABK due to the spend occurring regardless of deal with Google ███████ cloud cost savings (incl. incremental expense for duplicate environments) *vs* on-premise infrastructure is included
(3)██████████
(4) Contribution assumes 90% margin for operational costs
(5)█████
(6) Contribution assumes 90% margin for operational costs


Confidential Attorney-Client Privileged Communication

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000521

**EXHIBIT 1979-006**

# ABK cloud considerations

## Current assessment of non-economic factors points to Google as the more attractive long-term Cloud vendor

- ABK total production IT costs are forecast at $675M over next three years (2020-2022), ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- External cloud spend currently represents 10-15% of total IT production costs, and the business recommends increasing external spend to 30-35% over the next three years, in order to improve service and lower cost, leveraging cloud as part of broader partnerships

- ABK IT has identified ▮▮▮▮ GCP as the most attractive potential Cloud partners across a wide range of services, based on:
  - Both GCP ▮▮▮▮ offer better player experiences than our internal hosting (e.g., both able to innovate on Cloud functionality at scale, extensive regional footprints resulting in lower latency)
  - Both GCP ▮▮▮▮ offer better best-of-breed data / analytics capabilities, though Google's seen as more mature; King has already implemented Google as a data / analytics solution, which has been well received

- Total commit requested from Google is $230M over four years ($155M after credits), ▮▮▮▮▮▮▮▮▮▮▮▮
  - To date, Google has offered a higher discount vs. list price (est. 30% avg. ▮▮▮▮▮▮). Additionally, Google offered $75M in credits (additional 23% discount) and more long term flexibility as we believe GCP would be easier to migrate out of at contract end

- Based on Total Cost of Ownership (TCO) analyses performed by GCP ▮▮▮▮ and above credits, we forecast $108M net savings on GCP, ▮▮▮▮▮▮▮▮ (both before to-be-identified migration costs)

- To mitigate cost and execution risks, we are requiring Google ▮▮▮▮ to commit to key terms, including:
  - Discount applied to (lower) list pricing over time, migration support, and agreed to Service Levels
  - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  - Also, ABK IT will architect key workloads to be flexible in the case of partial outages (e.g., supplier / regional dependencies)

ACTIVISION BLIZZARD    Confidential Attorney-Client Privileged Communication

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000522

**EXHIBIT 1979-007**

# ABK projected IT spend and capex (based on LRP)

## Production IT spend expected to grow to support MAU growth from F2P and mobile launches

| | Actual 2019 | AOP 2020 | LRP 2021 | LRP 2022 | Q1 | Q2 | Q3 | Q4 | Projected 2023 | 2020-2022 Total | 2020-2023 Total | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ABK Budgeted IT Spend** | | | | | | | | | | | | |
| Total M&D - Variable | 1,308 | 1,284 | 1,460 | 1,623 | 456 | 456 | 456 | 456 | 1,824 | | | 2019 LRP, 2023 assumes same avg. growth as 2020-2022 |
| Total IT (incl Corp IT) | 332 | 355 | | | | | | | | | | |
| Corp IT costs | 148 | 147 | | | | | | | | | | |
| Production IT costs | 184 | 208 | | | | | | | | | | |
| Production IT % of M&D | 14% | 16% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | | | Assumes production IT avg. of 2020 AOP and 2019 actuals |
| **Total production IT costs** | **184** | **208** | **221** | **245** | **69** | **69** | **69** | **69** | **276** | **674** | **949** | Based on ratio of IT spend to total M&D spend from LRP |
| *ABK MAUs* | *331* | *378* | *445* | *482* | | | | | | | | Based on 2019 LRP |
| **ABK Budgeted IT CAPEX** | | | | | | | | | | | | |
| Total CAPEX | 124 | 149 | 152 | 156 | | | | | 159 | | | 2019 LRP |
| Production IT CAPEX | 70 | | | | | | | | | | | 30M BE, 20M AP / ABK, 20M KD p.a. |
| Prod. IT CAPEX % of total | 56% | 56% | 56% | 56% | | | | | 56% | | | |
| **Total Prod. IT CAPEX** | **70** | **84** | **86** | **88** | | | | | **90** | **258** | **347** | Projected based on % of total IT CAPEX from 2019 |

ACTIVISION BLIZZARD   Confidential Attorney-Client Privileged Communication

Confidential | 8

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000523

**EXHIBIT 1979-008**

# ABK cloud spend commitment detail with Google ($M)

| | Actual 2019 | AOP 2020 | LRP 2021 | LRP 2022 | Q1'23 | Q2'23 | Q3'23 | Q4'23 | Projected 2023 | 2020-2022 Total | 2020-2023 Total | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ABK Committed Spend to Google** | | | | | | | | | | | | |
| **Data** | | | | | | | | | | | | |
| Baseline (King + ABM) | 4 | 8 | 10 | 12 | 4 | 4 | 4 | 4 | 14 | 30 | 44 | YoY data volume growth |
| Incremental Blizzard Data | 0 | 3 | 3 | 3 | 1 | 1 | 1 | 1 | 3 | 9 | 12 | Blizzard data migration |
| Incremental AP Data | 0 | 6 | 6 | 6 | 2 | 2 | 2 | 2 | 6 | 18 | 24 | Assumes AWS to GCP migration + YoY data growth |
| **Subtotal** | **4** | **17** | **19** | **21** | **6** | **6** | **6** | **6** | **23** | **57** | **80** | |
| | | | | | | | | | | | | |
| **Infrastructure (Compute + Network)** | | | | | | | | | | | | |
| Blizzard Incubation | 0 | 0 | 15 | 15 | 4 | 4 | 4 | 4 | 15 | 30 | 45 | Assumes Blizzard incubation launches on GCP |
| Blizzard (Other Workloads) | 0 | 2 | 10 | 10 | 3 | 3 | 3 | 3 | 10 | 22 | 32 | Assumes migration of current Blizzard AWS to GCP |
| Demonware | 0 | 8 | 8 | 8 | 2 | 2 | 2 | 2 | 8 | 24 | 32 | Demonware workloads migrate from datacenter to GCP |
| King | 0 | 2 | 8 | 8 | 2 | 2 | 2 | 2 | 8 | 18 | 26 | King migrate from datacenter to GCP |
| Network Egress (50% of Compute) | 0 | 6 | 20 | 20 | 5 | 5 | 5 | 5 | 20 | 46 | 66 | Network egress costs for all compute workloads assumption @ 50% of compute costs |
| **Subtotal** | **0** | **17** | **60** | **60** | **15** | **15** | **15** | **15** | **60** | **137** | **197** | |
| | | | | | | | | | | | | |
| **Total Committed Spend to Google** | **4** | **34** | **79** | **81** | **21** | **21** | **21** | **21** | **83** | **194** | **277** | |
| *Cumulative spend (2020-2023)* | | 34 | 113 | 194 | 215 | *236* | 257 | 277 | 277 | 341 | 618 | *Achieve 230M commitment in Q2 2023 (one year buffer provided by GCP)* |
| *% of Production IT costs w/ Google* | | 16% | 36% | 33% | | | | | 30% | 29% | 29% | |
| | | | | | | | | | | | | |
| **Savings vs forecasted cost** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Committed reductions** | | | | | | | | | | | | |
| TCO reductions | | 10% | 15% | 20% | 20% | 20% | 20% | 20% | 20% | | | 17-23% savings expected from Google TCO with Demonware, not including people cost |
| Total committed spend | 4 | 34 | 79 | 81 | 21 | 21 | 21 | 21 | 83 | 194 | 277 | |
| **Expected savings** | **0** | **4** | **14** | **20** | **5** | **5** | **5** | **5** | **21** | **38** | **59** | |
| | | | | | | | | | | | | |
| **Credits from Google** | | | | | | | | | | | | |
| Expected Cloud credits from Google Play | 0 | 20 | 26 | 29 | | | | | 0 | 75 | 75 | 2% of Google Play spend |
| **Total credits towards Google Cloud spend** | **0** | **20** | **26** | **29** | | | | | **0** | **75** | **75** | |
| | | | | | | | | | | | | |
| **Expected incremental costs** | | | | | | | | | | | | |
| Direct migration expenses | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | TBC | |
| Duplication expenses | 0 | -15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -15 | -15 | Expecting 7M Demonware, 6M egress, and 2M King duplication expense |
| **Total expected incremental costs** | **0** | **-15** | **0** | **0** | | | | | **0** | **-15** | **-15** | |
| | | | | | | | | | | | | |
| **Net P&L impact (after committed spend)** | **0** | **9** | **40** | **49** | **5** | **5** | **5** | **5** | **21** | **98** | **119** | |

ACTIVISION BLIZZARD   Confidential Attorney-Client Privileged Communication      Confidential | 9

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY      AB-GOOG-000524

**EXHIBIT 1979-009**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000525

**EXHIBIT 1979-010**

# Other ABK TCO use cases

Additional use cases show 20% spend reduction assumption from migrating to Google may be conservative

| | Internal spend | GCP spend | Expected discount for using Google |
|---|---|---|---|
| **Demonware infra. TCO** | • **$16M** estimated by Demonware team over 5 years | • **$13M** estimated by GCP over 5 years | **20-22%** |
| **King infrastructure** | • **$19M** On-premise Infrastructure TCO | • **$16M** projected GCP spend fully migrated | **15-20%** |
| **King Data** | • **$5.1M ($3.5M** dedicated spend, plus 8 engineers at ~$200k / FTE) for year 1 | • **$2.7M** dedicated spend in year 1 (3-year deal) | **48% (23% Infra)** |
| **ABM Data** | • **$2.5M** current GCP spend, expected to grow | • **~$2M** projected annual spend from new deal reduction in compression of data | **20%** |
| **Blizzard Data** | • **$37M** estimated by Battle.net team from 2020-2024 to build solution on-premise | • **$20M** estimated by Battle.net and GCP team from 2020-2024 | **46%** |

ACTIVISION BLIZZARD    Confidential Attorney-Client Privileged Communication

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000526

**EXHIBIT 1979-011**

# ABK media spend commitment detail

Media spend commitment from ABK to Google is below AOP/LRP projections over the next three years

| In millions | Actual | | Forecast | | Comments |
|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | |
| **Total Marketing Spend** | | | | | |
| Activision | 231 | 320 | 282 | 351 | |
| Blizzard | 159 | 178 | 334 | 404 | |
| King | 244 | 236 | 383 | 382 | |
| **Total** | **633** | **733** | **1,049** | **1,137** | 2020 based on AOP and 2021 / 2022 based on LRP |
| **Budgeted Google Spend** | | | | | |
| Activision | 20 | 50 | 44 | 55 | |
| Blizzard | 17 | 20 | 43 | 45 | |
| King | 62 | 75 | 122 | 122 | |
| **Total** | **99** | **145** | **209** | **222** | 2020 based on AOP; 2021 / 2022 assumes 2020 ratio to Total Marketing Spend |
| Budgeted Google Spend as % of Total Marketing Spend | 16% | 20% | 20% | 20% | |
| **ABK Committed Spend to Google** | **-** | **115** | **125** | **135** | |

 Confidential Attorney-Client Privileged Communication

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000527

**EXHIBIT 1979-012**

# APPENDIX

 Confidential Attorney-Client Privileged Communication

Confidential   13

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000528

**EXHIBIT 1979-013**

# Google Detail


**EXHIBIT 1979-014**

# Google proposal summary
## Latest proposal delivers $325M of 3 year cumulative contribution to ABK

**Google Proposal**

| | |
|---|---|
| **Google Play** | ▪ 30% mobile royalty fee<br>▪ $20/15/15M co-marketing for 3 years contingent on $900/1,000/1,200M gross bookings of ABK titles on Google Play (AOP: $985M+) |
| **YouTube** | ▪ $50/53/57M for exclusive OWL / CDL / BE esports rights for 3 years<br>▪ $20-60M projected esports revenue to Google<br>▪ 55% of sub rev and 100% of in-game item rev sold on YouTube to ABK<br>▪ Over-proportional O&O YouTube support to launch of both leagues<br>▪ $45M over 3 years (no annual commitment) of sponsor integrations from ABK partners – ad spend fulfilled by ABM from partners counts toward total<br>▪ $70M marketing value commitment to promote leagues over 3 years (including O&O with 25% cap – note: includes all marketing value, not just paid media) |
| **Advertising** | ▪ 3-yr extension of current deal terms (15% on Open Auction / 6.5% on Tech) |
| **Media Spend** | ▪ $35M in media / UA spend credits (contingent on $115M/$125M/$135M commitment in Y1/Y2/Y3 – AOP est. $145M) |
| **Cloud** | ▪ 2% of Google Play gross ABK revenue in cloud credits<br>▪ ABK commits to ~$230M cloud spend over 4 years contingent upon 1) competitive pricing, 2) maintained service level for consumers and 3) support for cloud migration – note: financials assume cloud commitment over 3 years<br>▪ Financials assume $15M incremental cost to run dual environments during migration |
| **Stadia** | ▪ No discussions until broader deal is aligned/signed |
| **3 Year Cume. Contribution** | **ABK** **Google**<br>**$ 310M** **$ 305M**<br>($60M less base media) |



Confidential Attorney-Client Privileged Communication

*Note: Figures exclude spend that is already committed or expected to occur regardless of the deal.*

Confidential    15

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000530

**EXHIBIT 1979-015**

# Incremental value exchange

Google's latest proposal provides an overall deal structure that creates meaningful annual value for ABK

|  | | Google Proposal | | |
|---|---|---|---|---|
| *$ million* | **2020** | **2021** | **2022** | **3YR** |
| | | | | - |
| **Google Incremental Contribution** | | | | |
| Google Play | (20) | (15) | (15) | (50) |
| YouTube | (22) | (1) | 22 | (0) |
| Advertising | 14 | 20 | 30 | 64 |
| Media Spend | 72 | 81 | 90 | 243 |
| Cloud | 5 | 16 | 26 | 46 |
| Stadia | - | - | - | - |
| **TOTAL CONTRIBUTION** | **49** | **102** | **153** | **303** |
| **Contribution less Base Media Spend** | **(31)** | **22** | **73** | **63** |
| | | | | |
| **ABK Incremental Contribution** | | | | |
| Google Play | 20 | 15 | 15 | 50 |
| YouTube | 12 | 15 | 19 | 45 |
| Advertising | - | - | - | - |
| Media Spend | 35 | 35 | 35 | 105 |
| Cloud | 9 | 40 | 60 | 109 |
| Stadia | - | - | - | - |
| **TOTAL CONTRIBUTION** | **75** | **105** | **128** | **308** |

Note: assumes 30% margin on Cloud and 90% margin on advertising business



Confidential Attorney-Client Privileged Communication

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000531

**EXHIBIT 1979-016**

# Gross book of business summary
Based on Google's proposal, ABK value doubles by 2021

| $ million | 2019 | 2020 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|---|
| | **Base** | **Base** | **Google Proposal** | **Base** | **Google Proposal** | **Base** | **Google Proposal** |
| **Google Gross** | | | | | | | |
| Google Play | 233 | 295 | 275 | 394 | 379 | 438 | 423 |
| YouTube | 11 | 14 | (8) | 26 | 25 | 43 | 65 |
| Advertising | 10 | 16 | 16 | 22 | 22 | 33 | 33 |
| Media Spend | 71 | 115 | 80 | 125 | 90 | 135 | 100 |
| Cloud | 4 | 23 | 15 | 35 | 53 | 40 | 86 |
| Stadia | - | - | - | - | - | - | - |
| **TOTAL GROSS** | **330** | **462** | **378** | **602** | **570** | **689** | **707** |
| **ABK Gross** | | | | | | | |
| Google Play | 583 | 688 | 708 | 919 | 934 | 1,021 | 1,036 |
| YouTube | - | - | 22 | - | 1 | - | (22) |
| Advertising | 73 | 117 | 117 | 182 | 182 | 283 | 283 |
| Media Spend | (71) | - | 35 | - | 35 | - | 35 |
| Cloud | (4) | - | 9 | - | 40 | - | 60 |
| Stadia | - | - | - | - | - | - | - |
| **TOTAL GROSS** | **581** | **806** | **891** | **1,101** | **1,192** | **1,304** | **1,392** |

*Note:*
- *Figures exclude spend that is already committed or expected to occur regardless of the deal*
- *Cloud for ABK includes the value from cost savings vs on-premise infrastructure as well as incremental expense for dual environments during the migration ($15M)*



Confidential Attorney-Client Privileged Communication

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000532

**EXHIBIT 1979-017**

# YouTube detail

The annual media rights fee will be partially offset by incremental revenue driven by esports revenue to YouTube

*In millions*

| | Base | | | | | ABK Esports Media Rights | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 3YR | 2020 | 2021 | 2022 | 3YR | |
| Total YT Gaming Hours Watched | 50,000 | 55,000 | 60,500 | 66,550 | 182,050 | 55,000 | 60,500 | 66,550 | 182,050 | 10% growth per year (Newzoo at 14%) |
| % ABK Related (2% today per YT) | 2.5% | 3.0% | 3.5% | 4.0% | 4% | 3.0% | 3.5% | 4.0% | 4% | |
| ABK Esports Hours | 125 | 244 | 344 | 456 | 1,044 | 244 | 344 | 456 | 1,044 | Based on ABE Projections |
| ABK UGC Hours | 1,125 | 1,406 | 1,773 | 2,206 | 5,385 | 1,406 | 1,773 | 2,206 | 5,385 | |
| **ABK Hours Watched** | **1,250** | **1,650** | **2,118** | **2,662** | **6,430** | **1,650** | **2,118** | **2,662** | **6,430** | |
| | | | | | | | | | | |
| # of Ads per UGC Hour Watched | 12 | 12 | 12 | 12 | | 12 | 12 | 12 | | Assumes 12 ads per hour watched (6 minutes of ads / :30s ad units) |
| % of Ads Blocked | 80% | 80% | 70% | 60% | | 80% | 70% | 60% | | Feedback from Twitch; assumes they start to address ad blocking |
| CPM ($) | 15 | 15 | 15 | 15 | | 15 | 15 | 15 | | Discount to CPMs of $18 provided from ABM feedback |
| Fill Rate | 60% | 60% | 60% | 60% | | 60% | 60% | 60% | | Based on MLG historicals (75% US / 50% International) |
| Gross Ad Revenue | 24 | 30 | 57 | 95 | 183 | 30 | 57 | 95 | 183 | |
| Content Creator Share (55%) | (13) | (17) | (32) | (52) | (101) | (17) | (32) | (52) | (101) | |
| **Baseline Google UGC Ad Net Rev** | **11** | **14** | **26** | **43** | **82** | **14** | **26** | **43** | **82** | |
| | | | | | | | | | | |
| # of Ads per Esports Hour Watched | - | - | - | - | | 16 | 16 | 16 | | Assumes 16 ads per hour watched (8 minutes of ads / :30s ad units) |
| % of Ads Blocked | - | - | - | - | | 80% | 60% | 50% | | Feedback from Twitch; assumes they start to address ad blocking |
| CPM ($) | - | - | - | - | | 15 | 15 | 15 | | Discount to CPMs of $18 provided from ABM feedback |
| Fill Rate | - | - | - | - | | 60% | 65% | 70% | | Based on MLG historicals (75% US / 50% International) |
| **Google Esports Ad Revenue** | **-** | **-** | **-** | **-** | **-** | **7** | **21** | **38** | **67** | |
| | | | | | | | | | | |
| Unique Viewers | - | - | - | - | | 85 | 121 | 160 | | Assumes 2019 ratio of unique viewers to hours watched holds |
| % Conversion | - | - | - | - | | 0.3% | 0.3% | 0.3% | | |
| Subscription Units (k) | - | - | - | - | | 0.3 | 0.4 | 0.5 | | Assumes estimates of 0.3% / 95k AAP sold 2019 YTD |
| Subscription Price | - | - | - | - | | 19.99 | 19.99 | 19.99 | | Assumed price point between 2018 and 2019 All-Access Pass moving forward |
| **Subscription Revenue** | **-** | **-** | **-** | **-** | **-** | **5** | **7** | **10** | **22** | |
| | | | | | | | | | | |
| Hours Watched / Month / Viewer | - | - | - | - | | 2 | 2 | 2 | | Assumes avg. viewer watches 2 hours of ABK content per month; Per Twitch, avg viewer watches 7 hours per month; avg YouTube viewer (non-gaming focused) watches 5 hours per month |
| Esports Viewership MAU | - | - | - | - | | 17 | 25 | 33 | | |
| % Conversion (Cheermotes) | - | - | - | - | | 1.0% | 1.0% | 1.0% | | WWE 2% of audience subscribes; Crunchyroll - 5%; MLB.tv - 9%; OWL AAP ~9% to estimated viewership MAU |
| $ ARPPMAU | - | - | - | - | | 5.00 | 5.00 | 5.00 | | HGC cheers ARPPU was $16 over 1 month (70% of spend in week 1) |
| Avg. Months of Content | - | - | - | - | | 7 | 7 | 7 | | |
| **Cheermote Revenue** | **-** | **-** | **-** | **-** | **-** | **6** | **9** | **11** | **26** | |
| | | | | | | | | | | |
| **Total Google Esports Revenue** | **-** | **-** | **-** | **-** | **-** | **18** | **37** | **59** | **115** | |
| | | | | | | | | | | |
| **ABK/Partner Sponsorship/Co-Marketing Rev** | **-** | **-** | **-** | **-** | **-** | **10** | **15** | **20** | **45** | |
| | | | | | | | | | | |
| **Total Revenue with Sponsorship/Co-Marketing** | **-** | **-** | **-** | **-** | **-** | **28** | **52** | **79** | **160** | |
| | | | | | | | | | | |
| ABK Broadcast/Production/Event Cost | | | | | | 39 | 39 | 39 | 116 | |

Confidential Attorney-Client Privileged Communication

Confidential | 18

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000533

**EXHIBIT 1979-018**

# Esports production cost detail

Esports broadcast and production cost detail leveraged to estimate contribution of esports programs to ABK

| In millions | OWL | CDL | Blizzard Esports | Total |
|---|---|---|---|---|
| Live Production | 13.9 | 10.1 | 1.0 | 25.0 |
| Broadcast Tech | 4.4 | 2.7 | 1.7 | 8.8 |
| Casters | 0.8 | 0.6 | - | 1.4 |
| Production Tech | 1.8 | 1.0 | 0.5 | 3.3 |
| TOTAL | 20.9 | 14.4 | 3.2 | 38.5 |

ACTIVISION BLIZZARD   Confidential Attorney-Client Privileged Communication

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000534

**EXHIBIT 1979-019**

# Advertising detail

ABK can continue to drive value for Google through extending our current ads deal

| $ million | 2019 | Current Deal Extension | | | |
|---|---|---|---|---|---|
| | | 2020 | 2021 | 2022 | 3YR |
| Google Open Auction | 56 | 81 | 108 | 146 | 335 |
| Direct Sales via Google Tech | 27 | 52 | 96 | 170 | 318 |
| Other Sources (Assumed FB) | 50 | 73 | 100 | 139 | 312 |
| **Total ABK Ads Revenue** | **133** | **206** | **304** | **455** | **965** |
| *ABK Google Related Ad Rev* | *83* | *133* | *204* | *316* | *653* |
| *Google Related as % of Gross* | *62%* | *65%* | *67%* | *69%* | *68%* |
| | | | | | |
| Google OA Royalty | 15% | 15% | 15% | 15% | |
| Google Tech Royalty | 6.5% | 6.5% | 6.5% | 6.5% | |
| **Total Baseline Google Ad Fees** | **10** | **16** | **22** | **33** | **71** |
| **ABK Net Rev (thru Google)** | **73** | **117** | **182** | **283** | **582** |
| | | | | | |
| Google Margin | 90% | 90% | 90% | 90% | |
| **Google Contribution** | **9** | **14** | **20** | **30** | **64** |

ACTIVISION BLIZZARD    Confidential Attorney-Client Privileged Communication

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000535

**EXHIBIT 1979-020**

# Media spend detail

Media spend commitment with Google is less than ABK's planned spend based on AOP/LRP

| | Actual | Forecast | | | |
|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | Comments |
| **Total Marketing Spend** | | | | | |
| Activision | 231 | 320 | 282 | 351 | |
| Blizzard | 159 | 178 | 334 | 404 | |
| King | 244 | 236 | 383 | 382 | |
| **Total** | **633** | **733** | **1,049** | **1,137** | 2020 based on AOP and 2021 / 2022 based on LRP |
| **Budgeted Google Spend** | | | | | |
| Activision | 20 | 50 | 44 | 55 | |
| Blizzard | 17 | 20 | 43 | 45 | |
| King | 62 | 75 | 122 | 122 | |
| **Total** | **99** | **145** | **209** | **222** | 2020 based on AOP; 2021 / 2022 assumes 2020 ratio to Total Marketing Spend |
| Budgeted Google Spend as % of Total Marketing Spend | 16% | 20% | 20% | 20% | |
| **ABK Committed Spend to Google** | **-** | **115** | **125** | **135** | |



Confidential Attorney-Client Privileged Communication

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000536

**EXHIBIT 1979-021**

# Cloud detail

## Google is seeking a $230M commitment that can be spread over 4 years

| | Actual 2019 | AOP 2020 | LRP 2021 | LRP 2022 | Q1'23 | Q2'23 | Q3'23 | Q4'23 | Projected 2023 | 2020-2022 Total | 2020-2023 Total | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ABK Budgeted IT Spend** | | | | | | | | | | | | |
| Total M&D - Variable expenses | 1,308 | 1,284 | 1,460 | 1,623 | 456 | 456 | 456 | 456 | 1,824 | | | Based on 2019 LRP, 2023 assumes same avg. growth as 2020-2022 |
| Total IT costs (incl. Corp IT) | 332 | 355 | | | | | | | | | | |
| Corp IT costs | 148 | 147 | | | | | | | | | | |
| Production IT costs | 184 | 208 | | | | | | | | | | |
| Production IT % of M&D variable | 14% | 16% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | | | Assumes production IT represents avg. of 2020 AOP and 2019 actuals |
| **Total production IT costs** | **184** | **208** | **221** | **245** | **69** | **69** | **69** | **69** | **276** | **674** | **949** | Based on ratio of IT spend to total variable M&D spend from LRP |
| *ABK MAUs* | *331* | *378* | *445* | *482* | | | | | | | | Based on 2019 LRP |
| | | | | | | | | | | | | |
| **ABK Budgeted IT CAPEX** | | | | | | | | | | | | |
| Total CAPEX | 124 | 149 | 152 | 156 | | | | | 159 | | | 2019 LRP |
| Production IT CAPEX | 70 | | | | | | | | | | | 30M BE, 20M AP / ABK, 20M KD p.a. |
| Production IT CAPEX % of total | 56% | 56% | 56% | 56% | | | | | 56% | | | |
| **Total production IT CAPEX** | **70** | **84** | **86** | **88** | | | | | **90** | | | Projected based on % of total IT CAPEX from 2019 |
| | | | | | | | | | | | | |
| **ABK Committed Spend to Google** | | | | | | | | | | | | |
| **Data** | | | | | | | | | | | | |
| Baseline (King + ABM) | 4 | 8 | 10 | 12 | 4 | 4 | 4 | 4 | 14 | 30 | 44 | YoY data volume growth |
| Incremental Blizzard Data | 0 | 3 | 3 | 3 | 1 | 1 | 1 | 1 | 3 | 9 | 12 | Blizzard data migration |
| Incremental AP Data | 0 | 6 | 6 | 6 | 2 | 2 | 2 | 2 | 6 | 18 | 24 | Assumes AWS to GCP migration + YoY data growth |
| Subtotal | 4 | 17 | 19 | 21 | 6 | 6 | 6 | 6 | 23 | 57 | 80 | |
| | | | | | | | | | | | | |
| **Infrastructure (Compute + Network)** | | | | | | | | | | | | |
| Blizzard Incubation | 0 | 0 | 15 | 15 | 4 | 4 | 4 | 4 | 15 | 30 | 45 | Assumes Blizzard Incubation launches on GCP |
| Blizzard (Other Workloads) | 0 | 2 | 10 | 10 | 3 | 3 | 3 | 3 | 10 | 22 | 32 | Assumes migration of current Blizzard AWS to GCP |
| Demonware | 0 | 8 | 8 | 8 | 2 | 2 | 2 | 2 | 8 | 23 | 30 | Demonware workloads migrate from datacenter to GCP |
| King | 0 | 2 | 8 | 8 | 2 | 2 | 2 | 2 | 8 | 17 | 25 | King migrate from datacenter to GCP |
| Network Egress (50% of Compute) | 0 | 6 | 20 | 20 | 5 | 5 | 5 | 5 | 20 | 46 | 66 | Network egress costs for all compute workloads assumption @ 50% of compute costs |
| Subtotal | 0 | 17 | 60 | 60 | 15 | 15 | 15 | 15 | 60 | 137 | 197 | |
| | | | | | | | | | | | | |
| **Total Committed Spend to Google** | **4** | **34** | **79** | **81** | **21** | **21** | **21** | **21** | **83** | **194** | **277** | |
| *Cumulative spend (2020-2023)* | | *34* | *113* | *194* | *215* | *236* | *257* | *277* | *277* | *194* | *277* | |
| *% of Production IT costs w/ Google* | | *16%* | *36%* | *33%* | | | | | *30%* | *29%* | *29%* | |
| | | | | | | | | | | | | |
| **Infrastructure savings vs TCO** | | | | | | | | | | | | |
| **Committed reductions** | | | | | | | | | | | | |
| TCO reductions | | 10% | 15% | 20% | 20% | 20% | 20% | 20% | 20% | | | 17-23% savings expected from Google TCO with Demonware, not including people cost |
| Total committed spend | 4 | 34 | 79 | 81 | 21 | 21 | 21 | 21 | 83 | | | |
| **Expected savings** | **0** | **4** | **14** | **20** | **5** | **5** | **5** | **5** | **21** | **38** | **59** | |

ACTIVISION BLIZZARD    Confidential Attorney-Client Privileged Communication

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000537

**EXHIBIT 1979-022**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000538

**EXHIBIT 1979-023**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000539

**EXHIBIT 1979-024**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000540

**EXHIBIT 1979-025**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000541

**EXHIBIT 1979-026**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000542

EXHIBIT 1979-027



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000543

**EXHIBIT 1979-028**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000544

**EXHIBIT 1979-029**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY                                                                                 AB-GOOG-000545

**EXHIBIT 1979-030**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000546

**EXHIBIT 1979-031**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

AB-GOOG-000547

**EXHIBIT 1979-032**



NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY
AB-GOOG-000548

**EXHIBIT 1979-033**