# Netflix & Google

Google Play Billing
July 2018

**NETFLIX**

**EXHIBIT 2052**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

NETFLIX-GOOGLE-00000022

**EXHIBIT 2052-001**

# Historical Summary

- We have been testing for 2 years:
    - 2016-2017 A/B Test: Netflix MOP vs. GPB
    - 2018 Quasi-Experiment: GPB vs. Android Browser

- Our recently completed quasi-experiment further confirms:
    - GPB underperforms relative to Netflix
    - Positive incremental acquisition
    - Much lower retention on GPB, impacted by both voluntary and involuntary churn

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

NETFLIX

NETFLIX-GOOGLE-00000023

EXHIBIT 2052-002

# Latest test & analysis structure

- Quasi-Experiment was conducted across 28 countries

- Tested markets for 16 weeks starting 1/29
    - Pairs were flipped every 4 weeks
    - Tracked retention and measured incremental acquisition

- Test results informed the expected incremental acquisition from enabling GPB

- We used actuals from historical retention data to measure the overall value of a subscriber

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

NETFLIX

NETFLIX-GOOGLE-00000024

EXHIBIT 2052-003

# Financial Results from 2018 Test



A user who signs up with Google Play Billing in-app is only **58%** as valuable as an Android browser signup for Netflix, even **before accounting for any rev-share**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

NETFLIX

NETFLIX-GOOGLE-00000025

**EXHIBIT 2052-004**

# Financial Results from 2018 Test

- We estimate that ~18% of GPB signups are incremental to Netflix

- Assuming all Android in-app signups came through GPB Netflix would **lose ~$250M USD** on 1 year of signups[1], even when accounting for the incremental uplift

- The revenue share of 15% paid to Google accounts for **less than half** of the financial loss

---

[1] When compared to an Android browser signup model; measured over a 36 month life of the user

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY                     NETFLIX-GOOGLE-00000026

NETFLIX

EXHIBIT 2052-005

# In Summary

- We don't see a scenario where Google's payment system would outperform, or even match our own

- Given most recent test results, any different economic model is not feasible, as it would still result in a negative revenue impact to Netflix

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

NETFLIX

NETFLIX-GOOGLE-00000027

**EXHIBIT 2052-006**

# Discussion

NETFLIX

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

NETFLIX-GOOGLE-00000028

**EXHIBIT 2052-007**