| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Counsel for Plaintiff Epic Games, Inc.* | *Counsel for Defendants Google LLC et al.* |

[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**MANUAL FILING NOTIFICATION**<br><br>Judge:  Hon. James Donato |

1

**EXHIBIT 2054**

2

This exhibit was not filed electronically for the following reason(s):

3

    ___ Voluminous Document (PDF file size larger than e-filing system allowances)

4

    ___ Unable to Scan Documents

5

    ___ Physical Object (description): _____

6

    ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

7

    ___ Item Under Seal

8

    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

9

    _X_ Other (description):  _native form not accepted by e-filing system_____

10

11

    A copy of this exhibit is being maintained in the case file in the Clerk's office.  For information

12

on retrieving this filing directly from the court, please see the Court's main website, at

13

http://www.cand.uscourts.gov.

14

15

16

DATED:  December 21, 2023           CRAVATH, SWAINE & MOORE LLP

17

                                              Christine Varney *(pro hac vice)*
                                              cvarney@cravath.com

18

                                              Gary A. Bornstein *(pro hac vice)*
                                              gbornstein@cravath.com

19

                                              Timothy G. Cameron *(pro hac vice)*
                                              tcameron@cravath.com

20

                                              Yonatan Even *(pro hac vice)*
                                              yeven@cravath.com

21

                                              Lauren A. Moskowitz *(pro hac vice)*
                                              lmoskowitz@cravath.com

22

                                              Justin C. Clarke *(pro hac vice)*
                                              jcclarke@cravath.com

23

                                              Michael J. Zaken *(pro hac vice)*
                                              mzaken@cravath.com

24

                                              M. Brent Byars *(pro hac vice)*
                                              mbyars@cravath.com

25

                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                              Paul J. Riehle (SBN 115199)

26

                                        Respectfully submitted,

27

                                        By: */s/ Gary A. Bornstein*_____

28

                                            Gary A. Bornstein

DATED: December 21, 2023             MUNGER, TOLLES & OLSON LLP
    Glenn D. Pomerantz
    Kyle W. Mach
    Kuruvilla Olasa
    Justin P. Raphael
    Emily C. Curran-Huberty
    Jonathan I. Kravis

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
      Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

DATED: December 21, 2023             MORGAN, LEWIS & BOCKIUS LLP
    Brian C. Rocca
    Sujal J. Shah
    Minna L. Naranjo
    Rishi P. Satia
    Michelle Park Chiu

By:   */s/ Brian C. Rocca*
      Brian C. Rocca

*Counsel for Defendants Google LLC et al.*