| PSP | 2017 | 2018 | 2019 | 2020 | 2021 to date |
|---|---|---|---|---|---|
| PayPal Wallet | 2.59% | 2.59% | 2.59% | 2.53% | 2.49% |
| Worldline / JPM | 3.17% | 3.49% | 3.19% | 2.53% | 2.82% |
| Braintree | | | | 2.69% | 2.69% |
| Adyen | 2.94% | 2.89% | 2.87% | 2.85% | 2.87% |

NON-PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

EXHIBIT 2062

SPOT-GOOGLE-00000014

EXHIBIT 2062-001

# SPOT-GOOGLE-00000014

## Metadata

| Custodian | Spotify USA Inc. | SEMANTIC |
|---|---|---|
| **Date Created** | 05/20/2021 3:32 pm | SEMANTIC |
| **Document Type** | Adobe Portable Document Format PDF | SEMANTIC |
| **Filename** | PSP Fees US 2017 - 2021.pdf | SEMANTIC |

**EXHIBIT 2062-002**