**Privileged & Confidential**



STRICTLY CONFIDENTIAL: DO NOT SHARE

# Project Everest – Options for evolving Play's Business Model

**(WIP – seeks advice of counsel)**

- Last year's context slides: https://docs.google.com/presentation/d/1xy0PMiNgc1B-ywU27Ar-VvjAepCJv3fZp3n5W1B40PQ/edit#slide=id.g62584bfae9_13_335



**EXHIBIT 2698.R-001**

CONFIDENTIAL

GOOG-PLAY-011073526

## Exec Summary

Privileged • Confidential

- Model for App Stores likely to change (e.g., competitive and regulatory pressure); Should go beyond a 'one size fits all' model and have segmented pricing and choice of billing system.

- Complaints primarily focus on **Billing Choice** (*"I want to use my own billing"*) and **Pricing** (*"I don't want to pay 30%"*)

- Industry is conflating Billing Choice and Pricing. We believe they are separate (e.g. Play can still charge a service fee even if you use your own billing)

- We have a range of options on Billing Choice and Pricing that balance user experience, business, and regulatory concerns (will review today)

- Open questions:

  ○ Are we striking the right balance of trade offs with our options?

  ○ How aggressively should we move to make changes?

- Time pressure: (1) KR laws. (2) Need to get back to Match, Spotify, Amazon.

Google

- Sameer
- 1. We're here because there are numerous potential actions against Play's business model including in Korea (action to disallow requiring Play Billing is imminent) EU / US, where the EC SO, DMA, and US legislation and lawsuits are in flight.
- 2. The challenges center on Choice and Billing, and we will talk through our thinking for how to respond to  hese challenges.
- On choice, we recommend offering some devs the ability to use their own billing - we'll charge them a service fee the cost of billing.
-         Note that while some devs really do want to use their own billing, we believe a bunch of choice arguments are actually pricing concerns. So we will need to address pricing.
- On pricing, we recommend a segmented, targeted approach (a once size does not fit all approach) addressing specific app categories and situations (for instance, games, subs, active buyers with specific duration).
- 3. We'd like to discuss some options for how aggressively we want to make these changes.
- KR compliance approach - Conserative approach, which is to comply with the Korean law, allow alternate billing & charge a service fee but otherwise make no changes. Wi hout addressing pricing, we'd expect that we'll see a lot of pressure particularly on pricing very quickly in Korea, and for Korea to influence action in other markets.
- Focus on apps - This approach addresses the major agita ion of Apps developers

**EXHIBIT 2698.R-002**

CONFIDENTIAL

GOOG-PLAY-011073527

- wanting to use their own billing and seeking lower service fees - reflecting their specific vertical margin challenges.
- More radical focus on both apps & games offering more choice and lower service fees. This more radical approach would provide the biggest solve.
  But it may not be necessary to do immediately, and may not solve all agitation.

- The next few slides will cover some key context, and we'll dive in to choice, pricing and these rollout options.

**EXHIBIT 2698.R-003**

CONFIDENTIAL                                                    GOOG-PLAY-011073528



CONFIDENTIAL

**EXHIBIT 2698.R-004**

GOOG-PLAY-011073529



- Sameer
- Play is on track to deliver >$18B revenue this year (V7 revenue forecast on a served, fixed FX basis)
- Service fees account for roughly ⅔ of that at $12.4B, with games being the majority of that
- Ads with strong growth account for just under $6B
- Games revenues overall generate the majority of revenue (through service fees and apps) @just>70% ($13.1B)
- ---
- Biggest Ads advertisers: Facebook, Bytedance, Kauishou, Amazon, Context Logic (Wish)
- BIggest games advertisers: Elex Tech (Clash of Kings), Activision Blizzard (Candy Crush, Call of Duty etc.), Playrix

**EXHIBIT 2698.R-005**

CONFIDENTIAL                                        GOOG-PLAY-011073530

**Draft WIP: Discussion only**

# Reminder: Challenging legislative/regulatory environment







**Potential new KR law – Aug 2021**

Highly likely outcome: Ban billing requirement for apps/games

**Various proposed state and federal laws – 2022/2023 (incl. Blumenthal bill) + US State AG lawsuit**

Potential outcome: Ban exclusive billing requirement for apps/games

**EC Apple case (Spotify) - 2022/2023**

**EU Digital Markets Act - 2023**

Likely outcome: Ban anti-steering policies and exclusive billing requirement for apps/games

Google

- Tristan/Wilson

- ----

**EXHIBIT 2698.R-006**

CONFIDENTIAL

GOOG-PLAY-011073531

<div style="border: 1px solid">

**Draft WIP: Discussion only**

# Reminder: "Billing Choice" and "Pricing" are the primary complaints

## 1. Billing Choice:

- **Complaint** - Devs should be able to choose their billing platform
- **Complaint** - Users should know about lower prices elsewhere

    

 

## 2. Pricing:

- **Complaint** - 30% is too high

     

   **GVP** 

## Equity:

  

- **Complaint** - Platforms unfairly preference their own products
- **Complaint** - Treatment of developers *across* Play should make sense / A few devs subsidize all others

Google

</div>

- Tristan/Wilson
- ---
- Coalition for App Fairness + Kindle: "Apple prevents Amazon from both selling books through he Kindle app available on iOS and doesn't allow Amazon to inform consumers on how to make the purchase "
- VS Sharma (Paytm): "Google's Android & Play Store dominance in India, gives them even more arbitrary powers and clout on India's businesses.
- They can ask for any money as "charge", take our ad $ and not leave anything here, for our country.
- We have to come together and make India, Atmanirbhar."
- Spotify: "Roughly ⅔ of this money is paid out to music rights holders"
- Sen. Amy Klobuchar: "[T]hey control this whole app market. Basically, you used to go to websites for everything. . . But as the Match people described, the app stores have basically taken over he internet in a lot of ways. You could still have a successful Apple, but still demand more consumer protections to make it easier for people to compete."
- Match quote: "Why do we pay and Uber pays nothing".
- Sen. Amy Klobuchar: "Apple, they've been charging 30 percent to companies like Spo ify, but not to Uber. And the reason given to [Sen.] Mike Lee was, "Well, that's because hat's cars"

**EXHIBIT 2698.R-007**

CONFIDENTIAL

GOOG-PLAY-011073532

- and rides." So, I think there's some real problems in this because of monopoly power.

**EXHIBIT 2698.R-008**

CONFIDENTIAL

GOOG-PLAY-011073533



- Sameer
- In previous short discussion, highlight three approaches. Ruled out a more 'industry changing' approach of more radically changing our service fee approach to, for example, charge for installs or charge OEMs per device.
- Focus today on approaches 2&3, where 3 is - in reality - a more narrow version of approach 2.
- Considering two key things in this approach 1. Who is eligible for Billing optionality?  2. How do we charge developers using their own billing for our services? What other pricing changes/incentives for developers?

**EXHIBIT 2698.R-009**

CONFIDENTIAL

GOOG-PLAY-011073534



- Kara to cover this section

EXHIBIT 2698.R-010

CONFIDENTIAL                                                        GOOG-PLAY-011073535

**Draft WIP: Discussion only**

Privileged + Confidential

# Reminder: Play pricing today

**General rate card**

- 30% on IAP
- 30% on subscriptions in year 1, 15% beyond year 1
- 15% for first $1M on earnings (per year) for all developers

**Special Programs** (with clear participation criteria)

- Accelerator programs for media (7.5 - 15%) [Public as of July 2021]
  - Requires product integrations with TV, Auto, Wear
  - Music, Video, News, Books
- Games Velocity & Apps Velocity programs (1 - 7%) given back in cloud, ads credits [Not publicly disclosed]

Google

- Kara
- Have already moved away from 'one size fits all'.
- Only charge when a developer is successful + only on digital goods.
- Accelerator programs > take into account vertical economics (media) but also has a number of gets (eg. Integrations)

**EXHIBIT 2698.R-011**

CONFIDENTIAL                                                    GOOG-PLAY-011073536

**Draft WIP: Discussion only**

## Going beyond one-size fits all: Segmenting developers to create more aligned pricing models

| Segment | Examples |
|---|---|
| Size of Developer | Small, Large by $ |
| Business Model | IAP, Premium, Subs |
| Industry / App Marginal Costs | Music, Movies, Books, Content Creators |
| Market / Geo | Developed, Emerging app markets |
| Google Relationship | Ads, Cloud investment |

Google

- Kara
- Explored multiple pricing dimensions given developer characteristics

**EXHIBIT 2698.R-012**

CONFIDENTIAL

GOOG-PLAY-011073537

Draft WIP: Discussion only

# Pricing for segments under consideration (1 / 2)

Privileged + Confidential

|  | 1. Subscriptions @15% | 2. Accelerators (Extended) | 3. India / EM |
|---|---|---|---|
| **Segment challenge** | Subscription businesses have different business model than IAP | Underlying marginal costs are high given vertical structure and/or creator fees | Lower ARPU, market is immature and in growth phase |
| **Proposal** | **Play service fee of 15% on all subscriptions - from Day 1** | **Extension of existing accelerators; added eligibility (7.5/10/15%)** | **Indian devs get X% refund in 2022/3 (TBD)** |
| **Who benefits?** | All subscriptions. Dating/matrimony (Match), email subs (ProtonMail), etc   match  oo | Premium media apps + media apps w/ larger creator platforms   WEBTOON  Spotify  bandcamp | India developers serving India users   bharat matrimony  zee5 |
| **Benefits** | + Solves for an important segment of agitation<br>+ Supports subs model | + Addresses an additional visible and growing media segment | + Significant headline & investment in local devs |
| **Risks** | - Why only for subs and not IAP? | - Other developers face similar margin concerns eg. IP licensing | - Will this truly be temporary?<br>- India only or all EMs?<br>- Other market contagion? |
| **Est. Margin cost** | ~$0.3B-0.6B<br>(subs rev+~45% y/y) | ~$50M | ~$Low for IN<br>(needs vetting for EM) |

Google

- Kara
- Considering three new programs to address different segment challenges.
- Subscriptions at 15% from the first purchase. Most straightforward extension of existing subs policy. A more scaled way to address the affordability and value concerns of the likes of devs such as Match. Risk is contagion to IAP.  Cost at ~$410-620M - assuming some behaviour changes in games ($350M apps; $60M games)
- Extended accelerators to include Content Creators. Suited to growing segment of 'platform' apps such as Basecamp, Patreon, and potentially Spotify, who have a large creator platform and share the a significant proportion of their sales with creators (usually published rates). Concept would be to charge a service fee of 30% on the proportion they keep - with a minimum of 10% So, for example, if they share 50% of their sales with devs they would pay 15% service fee; if 90% shared they'd pay 10%. Rates still TBD.
- India program a one-off tailored to current IN market conditions as a short term 'boost', providing investment for market development.
- Still working through full details, including costing.
- ---
- Potential gives and gets with all these programs.
- Other potential programs: Better Togethers, Cloud credits / GVP scaled
- Costs:

**EXHIBIT 2698.R-013**

CONFIDENTIAL

GOOG-PLAY-011073538

- Content creator:  -$7M margin against existing GPB developers, excludes Roblox. See Slide 79: Creator Content Program
- Subs @ 15% immediately: cost is $zzz for apps + $zzz for games for a total of $zzz.  Assumes that subscription and IAP spend are unaffected by the new pricing.

- Notes on figures:
- Subs revenue growth of 45% is the 2 yr CAGR ending in Q2 2021.

**EXHIBIT 2698.R-014**

CONFIDENTIAL

GOOG-PLAY-011073539

**Draft WIP: Discussion only**

## Pricing for segments under consideration (2 / 2)

Privileged & Confidential

| | 4. Tenured User Tiering | 5. Google Relationship |
|---|---|---|
| **Segment challenge** | High ongoing perpetual payments to Play | Want a special relationship given the size of business with Google |
| **Proposal** | 30% for buyers in Yr1; 10% service fee for all buyer purchases in Yr2+ | Extend scalable portions of AVP / GVP to public (TBD) |
| **Who benefits?** | Large App & Game developers who retain users for long duration.  mixi  nc  [Dropbox] | App & Game Developers with significant Play, Ads and Cloud businesses  NIANTIC  EA |
| **Benefits** | + Encourages & rewards better content on Play<br>+ Aligns with upfront value creation & ongoing developer investment in retained users<br>+ Differentiated vs. competitors | + Differentiated vs. competitors<br>+ Proven value thru GVP<br>+ More efficient than "writing a check"<br>+ Aligns with top developer asks |
| **Risks** | - Still leaves base svc fee @30%<br>- May be seen as not a substantial change | - Competition<br>- Operational Complexity |
| **Est. Margin cost** | ~$1.8B-$3B | TBD |

Google

- Kara
- Tenured user tiering more tailored to reflect user acquisition in Games IAP.
- Google relationship. Scaled version of the GVP more likely for Games.
- Still working through full details, including costing.
- ---
- Potential gives and gets with all these programs.
- Other potential programs: Better Togethers, Cloud credits / GVP scaled
- Costs:
- Content creator: -$7M margin against existing GPB developers, excludes Roblox. See Slide 79: Creator Content Program
- Subs @ 15% immediately: cost is $zzz for apps + $zzz for games for a total of $zzz.  Assumes that subscription and IAP spend are unaffected by the new pricing.

**EXHIBIT 2698.R-015**

CONFIDENTIAL

GOOG-PLAY-011073540

Slide 12

1     @Josh O'Connor (Google)
      @Shamini Nair (Google)
      I think this is the last quantification we have for TUD. There's also a slide later in this deck that I'll plus you into that has a dev
      breakdown (I think it's the one Kara wanted).
      _Assigned to Josh OConnor_
      Brian Brazinski, 9/13/2021

**EXHIBIT 2698.R-016**

CONFIDENTIAL                                    GOOG-PLAY-011073541

Draft WIP: Discussion only

# Anticipated developer response (directional)

**LIKELY APPS PARTER RESPONSE**

| | Today | | Targeted Programs + Choice | |
|---|---|---|---|---|
| | Fee | Current Outcome | Targeted Program | Fee (+Choice) |
| Match | 28% + AVP | De-Integrate + Agitate | Subscriptions | 15% (10%) |
| Kakao/Naver | 15% | 3P billing + Agitate | Accelerator | 10% (5%) |
| Spotify | 15% | 3P billing + Agitate | Accelerator | 10% (5%) |
| Bandcamp | 30% | 3P billing | Accelerator | 10% (5%) |
| IN Media | 15% | 3P billing | Accelerator + India | 10-15% (5-10%) + Lower Yr 1 |
| IN Dating/Edu | 30% | 3P billing | Subs + India | 15% (10%) + Lower Yr 1 |
| Netflix | 15% | Consumption Only | Accelerator? | 10-15% (5-10%) |
| Kobo | 15% | 3P billing | Accelerator | 10% (5%) |

EXHIBIT 2698.R-017

CONFIDENTIAL                                                                                      GOOG-PLAY-011073542

**Slide 13**

1      If the coloring in the last column is supposed to indicate willingness to take the offer, K/N, Spot, Netflix should be red
                  Sarah Karam, 8/16/2021

**EXHIBIT 2698.R-018**

CONFIDENTIAL

GOOG-PLAY-011073543



- We just ta ked about options for pricing.. choice - devs saying I want to use my own billing
- Walk though our thinking on how best to do that…

**EXHIBIT 2698.R-019**

CONFIDENTIAL

GOOG-PLAY-011073544



Draft WIP: Discussion only

# Reminder: Today, you can use Google Play Billing or go Consumption Only





Google

- Paul
- Before we get to the details of billing choice, a few background slider. First, what are the GPB billing options today?
- Use Google Play Billing. Here we see screenshots of the Disney+ flow. Tap on buy, go to Play buy flow
- Consumption only. That means if you don't want to use play billing, you can just have an app where users sign in. Here, we see a consumption-only experience in Netflix
- Sophisticated devs, esp big global ones that users use across multiple platforms, often subs, have a point.
- IOS has a similar concept, but they're more restrictive on what categories they allow reader apps in (just content)

**EXHIBIT 2698.R-020**

CONFIDENTIAL

GOOG-PLAY-011073545



- Paul
- This slide covers a set of important buyer / platform features our hundreds of millions of buyers depend on when they use play billing –
- It's why we say Play billing is an integral part of Play
- Buyer protections - include…
- Central subscriptions management,
- Parental controls (approve kids downloads and purchases)
- Budgeting
- Buyer features include
- Famly form of payment
- Family library
- Gift cards and other Forms of payment
- And Play points
- Points - 70M members in 27 countries, 54% spend coverage, including 67% of global HVUs
- So one of the challenges we face is if we let devs use whatever billing they want,  he experience of buying digital goods on Play will be fragmented and inconsistent

**EXHIBIT 2698.R-021**

CONFIDENTIAL

GOOG-PLAY-011073546



- With that, let's ta k about the options we've considered  - there are three options laid out according to how standardized, and consistent (with Play) they are.
- Starting on the left, we the "Choice Screen" option  - devs to use their own billing flows, but side by side with Play billing - essentially a choice screen for billing.
- The nice thing about this option is that the user gets to choose - if they want the Play features we ta ked about, they can choose Play billing.
- With the middle option we allow developers to link directly to their buy flows on the web, and we don't require play billing.
- This isn't a seamless user experience, and it can be confusing and potentially misleading, so we'd propose adding an interstitial to let users know that they're leaving the app.
- The last option is that we allow devs to use their own billing natively , with no requirements to use GPB. Unless we do something, this option will break a bunch of the features we showed in that features slide.

**EXHIBIT 2698.R-022**

CONFIDENTIAL

GOOG-PLAY-011073547

**Draft WIP: Discussion only**

In today's model, where Billing and Pricing are conflated, developers will direct users to other billing with lower prices (which is a poor user experience)

Privileged + Confidential



- Real world example of "Down Dog" yoga app

- Currently is non compliant with Google Play Billing policy

- Offers users a way to pay with Google Play Billing, or on their website

Enabling any of the Billing Choice options should be coupled with a service fee that is paid regardless of billing system.

Google

- A lot of devs who ask for choice in billing are actually conflating billing with price, and assume that if they don't have to use Play billing, they wouldn't have to pay anything.
- So in this real world example, this non-compliant developer is offering two options to pay - Play and the web.
- And because today, they they don't have to pay on the web, they're able to offer 33% off.
- This is not a great user experience... nor is it good for Play and Googles ability to invest in the Android / Play ecosystem.
- That's why any of the choice options we talked about should be coupled with a service fee, regardless of the billing system.

**EXHIBIT 2698.R-023**

CONFIDENTIAL

GOOG-PLAY-011073548

Draft WIP: Discussion only

# The cost of billing could be deducted from the service fee based on an average of our global billing costs

- Assuming a developer uses their own billing, we could deduct ~5% from the service fee that applies to them

- Example:
  - Devvy is eligible for a 15% service fee on all subscriptions.
  - If a user signs up with Devvy's billing system, Devvy would pay Play 10% (vs. 15% if Google Play Billing is used)



### Global Payments Costs by FOP mix

- Cost of payment ~6% including 1P FOPs (DCB and Giftcard), ~4% excluding
- Costs vary by geo, ranging from 3%-10%, largely driven by FOP mix

Google

---

- We believe the most straightforward way to charge the service fee is to do it the way we do it today - based on a percentage of transaction amount
- We'd subtract just cost of payment processing from he service fee. (5%)
- To come up with 5%, we looked at costs across a bunch of markets and fops.
- And while you can see that there is some difference by country and by form of payment, 5% isn't just a nice neat number, but it turns out to really accurately represent our costs.
- We considered more complex models, including variable cost pricing, per country pricing,  but we felt that would be false precision -30% represents all the value play provides, and isn't really intended to be itemized - both for billing (which can fluccutate) and for the rest of the service fee
- Looked at things like fixed acquisition fee, cost per install, app registration fee
- They were very complex to get right, and because of big differences between devs, they would be really inefficient.
- They would also create perverse incentives for devs to switch from Play billing just for economic benefits.

**EXHIBIT 2698.R-024**

CONFIDENTIAL

GOOG-PLAY-011073549

- The spread you see in the payments processing cost is due to FOP mix and also the fixed / variable costs based on average order values
- Note that the fixed fee associated with credit card processing is gradually going away and so these costs may decline in the future

- ---
- Need to address decision as to whether side-by-side is an option & presents CC/Paypal arbitrage on price.

**EXHIBIT 2698.R-025**

CONFIDENTIAL

GOOG-PLAY-011073550

**Draft WIP: Discussion only**

# KR User Trust Protections Overview (still finalizing details)



**Qualifications to use your own billing:**
- *Payment processing security* (e.g. PCI compliance)
- *Customer service availability* (e.g. availability of customer service contact information, website, etc)



**Dev must...**
- Tell us *in Console* about (1) intention to use 3P billing, (2) details about items (3) how users get customer service
- Integrate with APIs for Invoicing / User Trust



**User Experiences:** Store / Install
- Strong pre-download guidance about 3P billing
- Setting to hide 3P billing apps (default off, default ON for Unicorns)

**User Experiences:** Pre-Purchase / Purchase
- Strong in-app guidance about 3P billing usage in app.
- Budget and Parental Ask-to-buy checks in purchase flow

**User Experiences:** Post-Purchase
- Post Purchase UX & Support (Award points, update Order History & Subs Center, basic gUp)
- Program Enforcement (Invoicing, Audit/Testing)

- We talked a few slides ago about why Play billing (and the consistency and user protection it provides) is important.
- But as you know, we're going to be forced in Korea allow 3P billing, and so we've been thinking hard about how we can ensure consistency / user protection w/o Play billing. Here's how we're approaching things
- Only devs that meet a minimum bar of offering secure payments processing and customer service will be allowed to use their own billing.
- Devs must then give us some info - using their own billing, what they're selling, how users can get customer service, as well as integrate with a set of APIs.
- 3 With that info, and those integration, we'll be able to ensure that 3rd party billing is reasonably safe and consistent. - focusing on what happens in the store, in the app during purchase, and post purchase.

**EXHIBIT 2698.R-026**

CONFIDENTIAL

GOOG-PLAY-011073551



- Pre install, we'll focus on giving users info - that

- they're using apps that don't use play billing, and what that means
- That parents know if their kids are downloading apps that don't use play billing
- We're also looking into whether we can let user (esp parents) filter out play billing apps.

**EXHIBIT 2698.R-027**

CONFIDENTIAL

GOOG-PLAY-011073552



- In the developers app

- We'll notify them that they aren't using Play billing
- Notify when budget will be exceeded
- Looking into asking parent s to approve purchases (like they can on Play billing)

**EXHIBIT 2698.R-028**

CONFIDENTIAL

GOOG-PLAY-011073553



- AFter purchase
- We'll offer Play Points - this is important because we're trying to preserve users' expectations of what the Play experience is, and we think Points is a bit part of that)
- We'll ensure users still have a way to get to customer service.
- And we'll notify users about purchases.
- That's how we're thinking about optiontality, and how to preserve user experience and safety
- Now let's pull it all together.

**EXHIBIT 2698.R-029**

CONFIDENTIAL

GOOG-PLAY-011073554



# Billing Options: Multiple Prices with 1P + 3P



CONFIDENTIAL

**EXHIBIT 2698.R-030**

GOOG-PLAY-011073555

Options (for discussion purposes)

CONFIDENTIAL

**EXHIBIT 2698.R-031**

GOOG-PLAY-011073556



- To bring it all together showing the impact of each option. (Focus on blue box)
- 
  All: For discussion
- Questions?
- Preferences?
- Other considerations? Likely competitive response?

**EXHIBIT 2698.R-032**

CONFIDENTIAL                                                                    GOOG-PLAY-011073557

**Draft WIP: Discussion only**

# Everest Financial Impact Summary (as of August 2021)

## Play Business Proposals (Permanent, Annual Impacts)

| USD $Ms | Revenue Impact | | Margin Impact | |
|---|---|---|---|---|
| | **Low** | **High** | **Low** | **High** |
| Subscription Give (all devs) | 300 M | 600 M | 280 M | 560 M |
| Billing Optionality (all devs) | 250 M | 1,290 M | 60 M | 320 M |
| Expanding Accelerators | 50 M | 50 M | 50 M | 50 M |
| Credit Risk Costs** | 0 M | 0 M | TBD | TBD |
| **Total** | **600 M** | **1,900 M** | **400 M** | **900 M** |

## Potential KR Transitory Impact (from Sept 2021-June 2022)

| | **Mitigated Impact** | **Max at Risk** | **Mitigated Impact** | **Max at Risk** |
|---|---|---|---|---|
| KR GPB De-Integration | 220 M | 1,300 M | 120 M | 1,000 M |

**Play will also incur development costs, but these are one-time; not recurring

Google

- Speaker: Christian
- Subs give (revenue estimates from this table).
- Margin estimate backed out the DCB rev share savings based on DCB share of subs transac ions (14%) globally)
- High case assumes 5% of IAP spend (from bo h apps and games) shifts from IAP to subscriptions
- User choice billing work from this trix
- Low case assumes developer tx proc alternative costs he developer specific cc rates and that only 20% of CC users choose 3P card
- High Case assumption include dev cc rate = min (current rates, Play rates (with no fixed charge)), and that 100% of CC users choose 3P (the developer is able to effectively steer CC volume) when offered side-by-side choice
- Margin savings (vs. revenue) driven by Play's CC processing costs
- Expanding accelerators economics driven by Twitch (UGC) IAP rates falling to 15%
- Margin savings driven by DCB share savings
- KR GPB De-integration-
- Max at risk = all KR A&G revenue for the period between Sept 2021-June 2022 (inclusive), costing our full revenue
- Mitigated impact = we are able to bill devs @25% rate, which incentivizes half of devs to stay on GPB. That said, for the half of devs that leave, 20% of spend is under-

**EXHIBIT 2698.R-033**

CONFIDENTIAL

GOOG-PLAY-011073558



- reported to Google for billing purposes
- Margin driven by savings on full payment processing stack on the under-reported spend; treated similarly to user choice billing for spend that is reported

**EXHIBIT 2698.R-034**

CONFIDENTIAL                                                                                      GOOG-PLAY-011073559



**EXHIBIT 2698.R-035**

CONFIDENTIAL

GOOG-PLAY-011073560

## Detailed Legal / GAPP View

Draft WIP: Discussion only

Privileged + Confidential

- **Current Landscape:**
  - Regulatory and legislative efforts focused on **billing**, but motivated by perceived high **price**. Need to address both billing optionality and price to mitigate pressure.
  - Outside KR, we can defend the **status quo** for a few months. Proposed federal legislation in the US would necessitate changes to billing optionality. Making proposed changes sooner may help support reasonable legislation, position Google as a leader, and prevent more draconian legislation elsewhere.

- **Billing optionality** with per-transaction pricing is defensible, but strongly recommend pairing with fee reduction from current 30% rate.

- **Billing optionality plus price changes** will reduce regulatory/legislative risks, but some devs will complain about fees being too high. Changes will not completely solve current matters, and we should expect additional investigations into any changes.

- **Segmentation:**
  - **Segmented billing model** where only certain developers have optional billing (e.g., apps, but not games) is likely to come under immediate scrutiny in KR and IN, and may face issues under DMA.
  - **Segmented pricing model** with differential rates likely OK but we need objective criteria.

Google

- Wilson/Tristan

**EXHIBIT 2698.R-036**

CONFIDENTIAL

GOOG-PLAY-011073561



- Paul
- Play is on track to deliver >$18B revenue this year (V7 revenue forecast on a served, fixed FX basis)
- Service fees account for roughly ⅔ of that at $12.4B, with games being the majority of that
- Ads with strong growth account for just under $6B
- Games revenues overall generate the majority of revenue (through service fees and apps) @just>70% ($13.1B)
- ---
- Biggest Ads advertisers: Facebook, Bytedance, Kauishou, Amazon, Context Logic (Wish)
- Biggest games advertisers: Elex Tech (Clash of Kings), Activision Blizzard (Candy Crush, Call of Duty etc.), Playrix

**EXHIBIT 2698.R-037**

CONFIDENTIAL                                                         GOOG-PLAY-011073562



- Paul
- Play is on track to deliver >$18B revenue this year (V7 revenue forecast on a served, fixed FX basis)
- Service fees account for roughly ⅔ of that at $12.4B, with games being the majority of that
- Ads with strong growth account for just under $6B
- Games revenues overall generate the majority of revenue (through service fees and apps) @just>70% ($13.1B)
- ---
- Biggest Ads advertisers: Facebook, Bytedance, Kauishou, Amazon, Context Logic (Wish)
- BIggest games advertisers: Elex Tech (Clash of Kings), Activision Blizzard (Candy Crush, Call of Duty etc.), Playrix

**EXHIBIT 2698.R-038**

CONFIDENTIAL

GOOG-PLAY-011073563



CONFIDENTIAL

**EXHIBIT 2698.R-039**

GOOG-PLAY-011073564



CONFIDENTIAL

**EXHIBIT 2698.R-040**

GOOG-PLAY-011073565



**Draft WIP: Discussion only**

Privileged + Confidential

# Apps *and* Games pricing adjustment:
## Tenured user service fee w/ 'low-price' tier

**Est. Annual Margin Cost**
Apps & Games: ~$1.8B-$3B

20% spend
(10%)

80% spend
(30%)

*Days since 1st purchase*

*% of Spend (Below Threshold)*

- 2018  - 2019  - 2020

* Uses 90D reset clause for buyers

- ~80% of Play buyer spend is within a year*, trend consistent across years
- Lowest tier directly addresses concerns about high perpetual payments to Play
- Reflect Play's upfront value creation and ongoing developer investment in retained users
- Encourages buyer retention on Play
- Differentiated vs competitors

eg: - effective service fee attained by devs

| High growth | Garena | 27% | ByteDance TikTok | 30% |
| High retention | mixi | 17% | Dropbox | 21% Google |

- Kara:
- Considered for Option 3 - broader rate reductions for both apps & games; aligned with Play's upfront value creation. For someone like a Spotify using their own billing, pay only 5% on a buyer retained for >1year.
- Mainly addresses the concern of an 'ongoing tax in perpetuity' but also creates strong developer incentives to retain users.
- Disproportionately benefits larger devs: >$50M earnings @4.8%; $20-50M @3.6%; $5-10M @2.6%
- ---
- Note: Equivalent to a 4% service fee reduction (ie. top rate 30% decreases to 26%)
- ---
- Note: the impact of going from 30% → 5% (instead of the base case 30% → 10%) is $2.2 Bn in margin (vs. $1.7 Bn for the base case), appx $500M more.

**EXHIBIT 2698.R-041**

CONFIDENTIAL

GOOG-PLAY-011073566

**Draft WIP: Discussion only**

Privileged + Confidential

# The effective saving on service fee is more pronounced for large devs

| Dev Payout Tier | Tenured User Tiering @ (30/10)% for All Developers | | | |
|---|---|---|---|---|
| | # Devs | T. U. Discount | Avg. Service Fee | Service Fee Saving |
| <$150K | 112,416 | $3M | 29.0% | 0.6% |
| $150K-$1M | 2,764 | $16M | 28.9% | 1.2% |
| $1M-$2M | 548 | $14M | 28.9% | 1.5% |
| $2M-$5M | 479 | $43M | 28.7% | 2.2% |
| $5M-$20M | 364 | $127M | 28.8% | 2.6% |
| $20M-$50M | 114 | $161M | 29.2% | 3.6% |
| $50M+ | 118 | $1,480M | 29.4% | 4.8% |
| Total | 116,803 | $1,846M | 29.3% | 4.1% |

Note:
1). Runway impact is excluded from the analysis
2). Analysis is based on trailing 12 months (Jul'20 – Jun'21) revenue and spend data excluding refunds

Google

- Review of Top 100 devs by discount shows that 87% of savings goes to "strategic" devs (vs to categories we'd be less excited about investing with, ie, social casino)

**EXHIBIT 2698.R-042**

CONFIDENTIAL

GOOG-PLAY-011073567

Slide 35

2       @Josh O'Connor (Google)
        @Shamini Nair (Google)
        This is the slide that supports the low end of TUD @ $1.8B/year.
        _Assigned to Josh OConnor_
        Brian Brazinski, 9/13/2021

**EXHIBIT 2698.R-043**

CONFIDENTIAL                                                          GOOG-PLAY-011073568

**Draft WIP: Discussion only**

# Service fee for developers

A different model for non-billing services creates price arbitrage in billing choice

Privileged + Confidential

Developer assumes risk ←————————————————————————————→ Shared risk

| Annual listing fee | Installs/Updates fee | Referral fee @first purchase | % of transaction value |
|---|---|---|---|
| Charge upfront, developer assumes all risk of title success | Postponed charge, developer assumes risk of monetizing installs | Postponed charge, developer assumes risk of realizing user's lifetime value | Charge as and when value is realized |

- Creates arbitrage opportunity vs current 'all inclusive' service fee
- Sets new precedent. May require change to overall business model

Same model as 'all inclusive' service fee → less price arbitrage opportunity

*Recommended*

Google

- Overall framing: X% for non-GPB Devs and (X+Y)% for GPB Devs.
- All models require Play to "set the price" in some regard
- No clean solution that doesn't lead to significant arbitrage

- No auction model
- 2 business models
- Create arbitrage between using GPB vs. non-GPB
- inefficiency

**EXHIBIT 2698.R-044**

CONFIDENTIAL

GOOG-PLAY-011073569

**Draft WIP: Discussion only**

## Alternative options for service fee
Difficult to set a price due to wide performance spread of apps & games

Privileged + Confidential

| | | Price @average | Price if only for using own billing | |
|---|---|---|---|---|
| | | *Potential for significant loss*: $1-$2B for Apps: $6-$9B for Games* | *Economically indifferent for top developers; unaffordable for rest* | |
| **Annual listing fee (per app)** | Apps: | $30K | **$40M** | ● **Inefficient:** Setting the price 'arbitrarily' <br> ● Misaligns incentives for developers & Play |
| | Games: | $200K | **$200M** | |
| **Installs/Updates fee** | Apps: | $0.02 | **$4** | ● **Complex & inefficient:** Setting the price 'arbitrarily' (proxy for CPI) and recurring <br> ● Could lead to very significant fees for top apps ($25M-$5B for a top dev) |
| | Games: | $0.12 | **$15** | |
| **Referral fee (per buyer)** | Apps: | $8 | **$130** | ● **Complex & inefficient:** *Setting the price using a blackbox (pRev; proxy for CPA)* |
| | Games: | $36 | **$500** | |
| | | *Could charge variably based on predicted CLV / user; cannot be auction based as user is already in-app* | | |

*\* Loss calculated assuming model applies only to developers choosing to use their own billing (ie. non-billing service fee)*
*\*\*Top devs defined as those having the highest rates making up 2 to 3% of Play consumer spend*

Google

- Note: Example is based on spotify in the range of 2c to $4. (1.2B installs/updates last year).
- All models require Play to "set the price" in some regard
- No clean solution that doesn't lead to significant arbitrage

- No auction model
- 2 business models
- Create arbitrage between using GPB vs. non-GPB
- inefficiency

**EXHIBIT 2698.R-045**

CONFIDENTIAL                                          GOOG-PLAY-011073570



- Paul
- Last, we wanted to talk about how we would charge devs who don't use Play billing.
- As noted, one of our key principles is that Play delivers a ton of value, and we will continue to charge.
- Another key principle is that we don't want to encourage devs to not use Play billing. Thus, a key element of this optionality proposal is we don't want to give any artificial reasons to incent devs to switch off play billing.
- To do that, our proposal is to price the service fee for devs not using GPB at 5% less than those using GPB - essentially replacement value.
- Based on this analysis of countries and FOP types, we believe 5% (to be finalized) is quite reasonable.
- Of course, as we noted, at a reduction of 5%, we don't think this solves the problems of any devs who are complaining about price. (which is sometimes mixed together)

**EXHIBIT 2698.R-046**

CONFIDENTIAL

GOOG-PLAY-011073571

- The spread you see in the payments processing cost is due to FOP mix and also the fixed / variable costs based on average order values
- Note that the fixed fee associated with credit card processing is gradually going away and so these costs may decline in the future

- ---
- Need to address decision as to whether side-by-side is an option & presents CC/Paypal arbitrage on price.

**EXHIBIT 2698.R-047**

CONFIDENTIAL                                                                                     GOOG-PLAY-011073572



- Paul
- AS noted, the option of 3P and GPB is the option that probably best preserve's play's features and protections, with users selection which option they want.

- The concerns are that choices are hard, and we may not be abe to avoice UI pricing differences.

- But perhaps most importantly, we don't think that some of our key devs who are agitating will be inclined to accept an option that requires GPB as well, and that will not resolve our developer agitation issues.

**EXHIBIT 2698.R-048**

CONFIDENTIAL

GOOG-PLAY-011073573



- Paul
- Allowing devs to link out to web flows is also an option we've considered.

- It's the simplest change, and it doesn't disrupt how Play billing works - able to be used without play billing or with it.

- The concerns with this option, and why we discount it, are because the user experience is disjoint for users, and likely considered unappealing by developers.
- It's also likely not responsive to all billing choice agitation.

**EXHIBIT 2698.R-049**

CONFIDENTIAL

GOOG-PLAY-011073574



- That's why our recommendation is this third option, where we allow developers to use their own billing,
- First, we think it's a good buy flow user experience.
- Second, we think it's the option most likely to appeal to developers.
- Of course, without Play billing (it would just be optional) for devs that use this option, users would lose the play trust and safety features we were discussing, and we would need to bolster those protections.
- To to that, we're looking into these options
- Encouraging GPB
- Requiring Trust an Safety APIs to enable, parental controls...
- Warning users about feature limitations
- Limiting to trusted devs only

CONFIDENTIAL

**EXHIBIT 2698.R-050**

GOOG-PLAY-011073575



CONFIDENTIAL

**EXHIBIT 2698.R-051**

GOOG-PLAY-011073576



**EXHIBIT 2698.R-052**

CONFIDENTIAL

GOOG-PLAY-011073577



CONFIDENTIAL

**EXHIBIT 2698.R-053**

GOOG-PLAY-011073578



CONFIDENTIAL

**EXHIBIT 2698.R-054**

GOOG-PLAY-011073579



- To bring it all together showing the impact of each option. (Focus on blue box)
- 
  All: For discussion
- Questions?
- Preferences?
- Other considerations? Likely competitive response?

**EXHIBIT 2698.R-055**

CONFIDENTIAL                                                          GOOG-PLAY-011073580

Slide 46

1    @Sameer Samat (Google)
     Paul and I have a few options for how to set up the options discussion (see next two pages as well). Any preference?
     Kara Bailey, 8/10/2021

**EXHIBIT 2698.R-056**

CONFIDENTIAL                                                    GOOG-PLAY-011073581



- To bring it all together showing the impact of each option. (Focus on blue box)
- 
  All: For discussion
- Questions?
- Preferences?
- Other considerations? Likely competitive response?

**EXHIBIT 2698.R-057**

CONFIDENTIAL                                      GOOG-PLAY-011073582



- To bring it all together showing the impact of each option. (Focus on blue box)
- 
  All: For discussion
- Questions?
- Preferences?
- Other considerations? Likely competitive response?

**EXHIBIT 2698.R-058**

CONFIDENTIAL                                                                 GOOG-PLAY-011073583

Slide 48

1    mention potential transitory impact
     Christian Cramer, 8/10/2021

**EXHIBIT 2698.R-059**

CONFIDENTIAL                                                    GOOG-PLAY-011073584