| | |
|---|---|
| Message | |
| From: | ▮▮▮▮@google.com [▮▮▮▮@google.com] |
| on behalf of | Amanda Bishop [▮▮▮▮@google.com] |
| Sent: | 10/28/2013 6:38:09 PM |
| To: | Rahul Roy-chowdhury [▮▮▮▮@google.com] |
| CC: | Aleksey Surkov [▮▮▮▮@google.com]; Joe Marini [▮▮▮▮@google.com]; Sriram Saroop [▮▮▮▮@google.com]; Chrome Web Store Leads [webstore-leads@google.com]; Vincent Scheib [▮▮▮▮@google.com]; Ethan Ambabo [▮▮▮▮@google.com] |
| Subject: | Re: [webstore-leads] Re: Sync up on Polycraft Chrome App |

I think it's a good idea for us to get demographic data on our users. I recently brought this up with Helen from UX research, and she is going to talk to some folks this week about possibly running a survey in CWS. It would be good to summarize the pros and cons of the display ad support vs. a survey. From what I just read about the display ad support, we don't get info like gender, age, income - am I correct here?

On Mon, Oct 28, 2013 at 10:06 AM, Rahul Roy-chowdhury <▮▮▮@google.com> wrote:
To get better demographic data, we'd need to enable display advertising support as per https://support.google.com/analytics/answer/2444872?hl=en&utm_id=ad.
Should we?

On Mon, Oct 28, 2013 at 2:58 AM, Aleksey Surkov <▮▮▮@google.com> wrote:
 Regarding the demographics, we have some data in Analytics: https://analytics.corp.google.com/analytics/web/#report/visitors-demographics-overview/a4436568w38941402p38585703/. Perhaps we can share it externally?

On Mon, Oct 28, 2013 at 6:05 AM, Joe Marini <▮▮▮@google.com> wrote:
This feedback is very similar to what I've heard from other developers that I've met with. Here are my high-level takeaways so far based on the partners I've talked to:

1. Google isn't doing a very good job of promoting the Web store

Awareness of the CWS continues to be relatively low (only about 10% of Chrome's worldwide user base visits the store on a monthly basis). Unlike other app platforms such as iOS and Android, where their respective stores are the "only game in town" to get content for those platforms, it is entirely possible to live a happy life as a Chrome user without ever having to visit the store. As a result, we have to work harder to draw users in, but our existing marketing efforts don't do anything to mention the store.

Some examples:
* Even our commercials for Chromebooks themselves don't even mention the fact that there is a store, yet the success of the Chrome Apps platform is critical to the success of Chromebooks.
* We don't put an icon to the store on the CrOS app shelf, unlike what Apple does with its Mac Store -- we treat it like any other app icon in the launcher.
* On non-CrOS platforms, the icon for the Web store is hidden in the lower right corner of the New Tab page, instead of having prominent placement within the Chrome UI.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004105853

EXHIBIT 2724-001

2. Developers don't have a good sense of what to expect from the CWS, and we are not doing a good job of telling them.

I've had numerous conversations with partners where they ask about some variation of store demographics and what they can expect in terms of users and exposure, but we can't really give them any. Our store analytics are also relatively weak - we only send a couple of signals to a developers GA account.

Without a solid sense of what to expect from the CWS, partners are hesitant to commit significant effort and resources to the store.


3. We don't do a good enough job of surfacing the good stuff and suppressing the bad stuff.

Developers have repeatedly mentioned that "crapware" too often shows up near their CWS items, which lowers overall perceptions of the store. We've also seen prior articles in the press identifying cases where clear ripoffs of popular games show up in the store.

Doing a better job of promoting high-profile, curated game collections (similar to what we've done with "For Your Desktop") would help a lot here.


4.. We aren't giving developers the kinds of tools they need to build great store experiences.

We have a list of developer pain points here that we are addressing, so I won't go deep into this, but there are plenty of things we could do to improve how developers interact with the store and give users great experiences. Among the more pressing ones:

* We don't have any way for developers to do A/B testing with their assets
* Doing localization for a large number of items is hard
* There's no way for the CWS to give certain high-value brands their own "mini-stores".




On Fri, Oct 25, 2013 at 12:42 PM, Sriram Saroop <█████@google.com> wrote:
+webstore-leads -polycraft

Vince, Joe and I met up with the PM and engineer behind Polycraft. My initial goal was to get their feedback on the platform from a developer perspective. They did not have any major roadblocks in porting their existing HTML5/WebGL web game. They had an experienced engineer complete the port in less than 3 weeks.

(as expected) Their main concern was on the business side of things:
- their conversion rate was low (0.25%) compared to their web game (0.5 to 1%)
- lack of understanding of who the target audience is for Webstore. (i.e. do users come looking for high-end good quality games vs casual games? do users expect to pay for stuff or are they only looking for free stuff? is the audience mainly kids or experienced gamers?)
- the bootstrapping problem for the store: lack of a successful recipe that they can follow. what're examples of successfully monetizing apps?
- given that it's early days for Chrome Apps, can Google derisk the proposition of building a game for CWS by helping financially?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          GOOG-PLAY-004105854

**EXHIBIT 2724-002**

More specific questions for Amanda (not from Polycraft)
- Do you know if we can get data on the kind of audience that comes to the CWS? Can we do some kind of a survey that we can promo to users?
- Why doesn't Polycraft show up in "For your desktop" collection?

Turbulenz has a quite a few F2P good-quality web games: https://turbulenz.com/ that can be ported to Chrome Apps. While I've asked them to start thinking about doing this, they don't have a strong incentive as yet because Polycraft Chrome app is not doing any better than the web equivalent. If we want to bootstrap CWS with more high-quality games, giving Turbulenz (and similar players) financial support to port their web games could be a fast route.


---------- Forwarded message ----------
From: **Sriram Saroop** <█████@google.com>
Date: Fri, Oct 25, 2013 at 12:13 PM
Subject: Re: Sync up on Polycraft Chrome App
To: James Austin <█████@turbulenz.com>
Cc: Ethan Ambabo <█████@google.com>, Joe Marini <█████@google.com>, Vincent Scheib <█████@google.com>


James and Blake,
I appreciate your open feedback. This was a really useful learning exercise for us to understand your perspective and key challenges you faced.

Here're the meeting notes. Let me know if I'm missing anything. It'd be great if you could convert one or more of your existing web games to packaged apps as well - especially to compare conversion rates and see if the Chrome app platform and Webstore add additional value to your web games.

Cheers,
Sriram

James Austin@turbulenz.com, Blake Maltby (senior engineer from turbulenz), saroop, scheib, joemarini - 10/25/2013]


- Turbulenz background
  o Using web platform - html5/webgl to develop games, proving the evolution of the web platform to build high quality games.
  o Provide a HTML5 game engine for game developers to use and also built quite a few games on the engine.
  o In business for a few years.
- Why build a Chrome App ?
  o Demonstrate to other game developers that using web stack - can be monetized and be successful with. Show examples of great hits to inspire other developers. We want a "Poster Boy" for the web (from a technology perspective - not necessarily tied to a browser).
  o Polycraft = 3D game, better than most other webgl games, pushes boundaries of the web.
- Key challenges
  o Mainly on the business side
    ▪ Conversion rates are low (0.25 to 0.3%) as compared to web Polycraft (0.5 to 1%). Really looking at 3+% conversion rate.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                  GOOG-PLAY-004105855

EXHIBIT 2724-003

- Do not know who the target users on CWS are. What are their demographics ? From the reviews, it looks like many are young kids.
- Target audience on other platforms like Steam are more well defined. A Steam user expects to find medium to high quality games, pay for them and install it. What about a CWS user ?
- CWS - has low quality content appearing, curation could fix this.
- We need to target the right kind of games to a given audience. Knowing the audience is critical to figuring out what kind of game needs to be developed.
- Can Google derisk the proposition of building a Chrome game ? (i.e. help financially). Adopter needs to balance: Cost of building a game vs risk of building a game. (Risk on IOS, Android, Steam: massive competition, Risk on CWS: bad conversion)
- We cannot use CWS as a reproducible recipe.
- What are examples of successful games on CWS ? Can we compare conversion rates ?
- Can CWS learn from other platform launches : Microsoft, Steam, Playbook etc ?
- Currently, there's no active development in Polycraft. Modifying the game cannot drastically improve conversion rates.
- Some positives: Good install to play rate, Low rate of technical problems, Good performance conversion rate (70% 30 fps +), Good return users
  - Tech side - mostly straightforward
- Ported their web game to a Chrome app in less than 3 weeks.
- Relatively straightforward to port - main challenge was to change the design so that the game worked offline.
- Publishing flow was somewhat difficult and iteration time poor.
- No new API requirements
- Used custom backend to save state (HTTP APIs) - shared with web game
- Used storage.local to save local state.
- Support was not a major issue - had experienced engineers. One pending issue (Memory leak leading to crashes - still under investigation by Chrome team)
  - Generic Google questions
- Why is Play Store different from CWS ?
- Why can't a Chrome app run on Android ? webgl does not really work on Cordova.
- Action Items:
  - (turbulenz) Can we compare conversion rates for the hosted app and the packaged app ? (for either Polycraft or another turbulenz game that can be easily ported)
  - (Google) See if we can share conversion rates of other popular Chrome games. Provide guidance on target audience for CWS.


On Fri, Oct 25, 2013 at 8:57 AM, Sriram Saroop <▮@google.com> wrote:
Sounds good!

Thanks,
Sriram


On Fri, Oct 25, 2013 at 2:24 AM, James Austin ▮@turbulenz.com> wrote:
Hi Sriram.

Friday 9am PST is good for us.

Blake Maltby (Senior Engineer) will be joining me on the call who working on the packaging and deployment of Polycraft.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004105856

**EXHIBIT 2724-004**

Thanks.


- James.


On Fri, Oct 25, 2013 at 1:24 AM, Sriram Saroop <█████@google.com> wrote:
James,
I've set up time on Friday 9am-10am PST. Do let me know if you can make it.

Thanks,
Sriram


On Tue, Oct 22, 2013 at 2:06 PM, Sriram Saroop <█████@google.com> wrote:
James,
Joe can't make it tomorrow. I've moved the meeting to Friday 9am PST. Does that work for you ?

Thanks,
Sriram


On Wed, Oct 16, 2013 at 1:37 PM, James Austin <█████@turbulenz.com> wrote:
> Hi Sriram.
>
> Sure - we would be very happy to give some feedback on building the Chrome App version of Polycraft.
>
> How about Wednesday 23rd 9am Pacific?
>
> Let us know if this works.
>
> Thanks!
>
>
> - James.
>
>
> On Tue, Oct 8, 2013 at 9:43 PM, Sriram Saroop <█████@google.com> wrote:
> Hi James,
> I'm a Product Manager on the Chrome Apps team and I was hoping I can pick your brains on:
> - the experience of building the Polymer Chrome App
> - whether building this Chrome App met your goals
> - suggestions for improving the Chrome Apps platform
>
> Do let me know a convenient time/date and I can set up a VC with you. Do feel free to loop in the right set of folks on your team.
>
> Thanks for your help!
>
> Regards,
> Sriram

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              GOOG-PLAY-004105857

**EXHIBIT 2724-005**

--
Joe Marini
Developer Advocate / Chrome
▓▓▓▓▓@google.com | +Joe Marini | ▓▓▓▓▓▓

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-004105858

**EXHIBIT 2724-006**