

Proprietary + Confidential



# Smartphone Purchase Journey 2018

## US Findings



P&E Marketing Analytics / October 2018

go/us-purchase

LINKS: all 11 market reports, more team research at go/android-insights

*Questions? email* Sammy Shan @, Emma Hong @

1

**EXHIBIT 2903.R**

**EXHIBIT 2903.R-001**

GOOG-PLAY-010847483

CONFIDENTIAL

# Table of Contents

Proprietary + Confidential

- Methodology

- Executive Summary

- What are smartphone shoppers buying?

- What did the shoppers want?

- How did they shop for their smartphone?

- OS switcher profile

- First-time smartphone buyers

- OEM scorecard

- Appendix

Google 2

**EXHIBIT 2903.R-002**

GOOG-PLAY-010847484

CONFIDENTIAL

Proprietary + Confidential



## Survey Methodology
- Online quantitative survey (25 minute length of interview) in the US fielded August 24 through September 10 in 2018
- Total Online Survey Sample: n=2,015; Sample sizes can be found here

## Target Audience
- Qualification: Must have purchased a smartphone in the past 3 months for personal use (non-work related). All smartphone brand purchasers were included, regardless of their interest in Android.
- Respondent Age Range: Adults 18+

## Tiering Definition
- Tiering definitions can be found here: (go/AndroidDeviceTiers). Android tiers are based on their hardware performance (RAM) and software experience (operating system version). iPhone tiers are mapped by launch date (most recent models are premium). Tiering process developed in collaboration between Google and GfK.

## Statistical Significance
-  Up/Down arrows indicate significant difference from average of total US respondents @ 90% confidence interval

## Color Coding
- 🟩 Android     ⬜ Apple/iOS
- 🟦 Total US     🟨 High Tier     🟧 Mid Tier     🟥 Low Tier

## Sample Size
- Sample groups with base sizes below 100 respondents are marked with *, interpret results with caution.

## Differences from 2017 Study
- The 2017 Android Path to Purchase study had two differences in sample profile from this 2018 study:
  - The restriction of having to consider an Android smartphone was removed to get a better sense of total Apple purchasers.
  - This 2018 study focused on smartphones for personal use, while 2017 allowed work smartphones as an eligible device.

## Link to the 2018 Questionnaire doc

**Field Considerations:**

- Samsung had released the S9 series at the time of fielding.

- iPhone XS, XS Max, and XR announced after field had closed.

- Pixel 3 and 3 XL announced after field had closed.



**EXHIBIT 2903.R-003**

GOOG-PLAY-010847485

CONFIDENTIAL

# What did we learn?

Proprietary + Confidential



### Purchasing patterns

1 in 5 U.S. smartphone buyers in the past year were first-time smartphone purchasers, and they favored Android.

There is more switching behavior between Android OEMs than churn to iOS.

### Influence of apps

Users find apps installed by their OS to be more convenient than apps from carrier or OEM (e.g. Samsung, LG). However, the majority do not find pre-installed apps to be a major pain point.

Voice assistant has a more positive influence on purchase for iOS purchasers and is more important to Android to iOS switchers. This is likely because iOS purchasers prioritize having a high-tech, advanced device more so than Android purchasers.

### OS switchers

Android to iOS switchers were influenced more by OEM websites and TV ads, while iOS to Android switchers were heavily influenced by retail associates.

Android to iOS switchers are drawn to more feature and brand attributes than iOS to Android switchers. Main drivers for iOS to Android switchers are price and battery life.



**EXHIBIT 2903.R-004**

GOOG-PLAY-010847486

CONFIDENTIAL

Proprietary + Confidential



# What are smartphone shoppers buying?



CONFIDENTIAL

**EXHIBIT 2903.R-005**

GOOG-PLAY-010847487

Proprietary + Confidential



# 1 in 5 shoppers in the sample were first-time smartphone purchasers, and the majority chose Android for their first smartphone.



**11%**
Switched OS

**21%**
First time smartphone buyers

**68%**
Repurchased same OS



First time buyers OS choice:

**63%**

37%

S8.1 Of all the brands you considered, which brand of smartphone did you actually purchase?   A4. What was the brand of your previous smartphone?   A3. Was this the first time you had ever purchased a smartphone?
Base: U.S. Experienced Smartphone Purchasers (n=965, 498); First time buyers (n=429)

Google

6

- Table 28, 68

**EXHIBIT 2903.R-006**

GOOG-PLAY-010847488

CONFIDENTIAL

Proprietary + Confidential



# Apple leads in converting shoppers into purchasers.



46% of Apple buyers considered Android; 36% of Android buyers considered Apple



- Considered One Brand: 53.00%
  Considered Two Brands: 16.53%
  Considered Three Brands: 12.31%
  Considered Four Brands: 6.70%
  Considered Five Brands: 4.12%
  Considered Six or Seven: 4.02%
  Considered 8+: 3.33%

**EXHIBIT 2903.R-007**

GOOG-PLAY-010847489

CONFIDENTIAL

Proprietary + Confidential



# 1 in 4 Apple purchasers in the past 3 months bought an iPhone 6 device or older.

Tier Breakdown of Devices Purchased by OEM





S8.1 Of all the brands you considered, which brand of smartphone did you actually purchase?    A3. Was this the first time you had ever purchased a smartphone?
Base: U.S. Smartphone iPhone Purchasers (n=705), U.S. Smartphone Samsung Purchasers (n=637), U.S. Smartphone LG Purchasers (n=319), U.S. Smartphone Motorola Purchasers (n=114), U.S. Smartphone ZTE Purchasers (n=85)*,
U.S. Smartphone Pixel Purchasers (n=36)*.  *Small base, interpret results with caution

Google

8

**EXHIBIT 2903.R-008**

GOOG-PLAY-010847490

CONFIDENTIAL



Proprietary + Confidential

# Wanting the newest model was the top purchase trigger, particularly for Apple and High Tier smartphone buyers.

## Top 10 Triggers for Smartphone Purchase



| Trigger | % | Callouts |
|---|---|---|
| Wanted the newest phone model | 30% | High Tier 44% ↑  Apple 39% ↑ |
| Last phone became too slow | 27% | |
| A new phone with better HW specs/features | 26% | Apple 30% ↑ |
| Last phone had poor battery life | 25% | |
| Promotion for phone | 24% | |
| Not enough storage on my last phone | 24% | |
| Phone stopped working/performed slowly | 23% | |
| Broken/cracked screen or other HW damage | 21% | Mid Tier 26% ↑  Android 23% ↑ |
| Did not like my last phone | 20% | Android 23% ↑ |
| I wanted a phone with a different brand | 15% | Mid Tier 26%  Low Tier 26% ↑ |

A1. The first few questions are focused on when you first decided you needed a new smartphone. Which of the following best describes the reason why you initially decided to purchase your smartphone?
1] Indicates significant difference from U.S. Total at a 90% Confidence Level; *Small base, interpret results with caution



- Table 58

**EXHIBIT 2903.R-009**

GOOG-PLAY-010847491

CONFIDENTIAL

Proprietary + Confidential



# What did the shoppers want?



**EXHIBIT 2903.R-010**

GOOG-PLAY-010847492

CONFIDENTIAL

Proprietary + Confidential



# OS is equally important to Android and iOS purchasers, while price is more important to Android purchasers.

Importance of Smartphone Elements for Purchase



| | Android | iOS | |
|---|---|---|---|
| Operating system (e.g. Android, iOS) | 65% | 65% | 65% | |
| Price of the phone | 63% | 66% ↑ | 59% | Low Tier 73% ↑ |
| Hardware specs | 53% | 53% | 53% | LG 37% ↓ |
| Smartphone brand | 52% | 47% | 64% ↑ | LG 37% Motorola 35% ↓ ZTE 32% |
| Smartphone customer service / Warranty | 48% | 46% | 50% | |
| Smartphone customer reviews | 41% | 39% | 44% ↑ | |
| Recommendations from friends / family | 28% | 25% | 34% ↑ | |

A13. Below is a list of smartphone elements that may or may not be important to you. Using the scale shown below, please indicate how important or unimportant each element was to you when deciding which phone to purchase.
Base: Total U.S. Smartphone Purchasers (n=2015), U.S. Smartphone Android Purchasers (n=1310), U.S. Smartphone iPhone Purchasers (n=705)   ↑↓ Indicates significant difference from U.S. Total at a 90% Confidence Level

Google

11

- Table 129

**EXHIBIT 2903.R-011**

GOOG-PLAY-010847493

CONFIDENTIAL

Proprietary + Confidential



# Having a phone with the most advanced features was significantly more important to iOS buyers and switchers to iOS.

Which of the following were important to you when shopping for your new smartphone?
% considered "very important"

|  | 🤖 Android | 🍎 Apple |
|---|---|---|
| **Great value** - I wanted the best value for my money | 63% ⬆ | 56% |
| **High tech** - I wanted a phone with the most advanced features | 37% | 49% ⬆ |
| **Style** - I wanted a phone that reflects my personal style | 31% | 36% ⬆ |
| **Belonging** - I wanted a phone that makes me feel I'm a part of a community | 21% | 30% ⬆ |
| **Status** - I wanted a phone that helps me stand out and reflect my status | 22% | 31% ⬆ |
| **Being different** - I wanted a phone different from what everyone else has | 21% | 26% ⬆ |

> 51% of Android -> iOS switchers said a high tech was very important to them vs. 33% iOS -> Android switchers.
>
> 44% of Samsung buyers said this was very important vs. 31% of Google buyers.

A14. Please indicate the extent to which the following features were important to you when shopping for your new smartphone. Using the scale below, please rate each of the following items in terms of importance to you personally.
Base: U.S. Smartphone Purchasers (n=2015), U.S. Smartphone iPhone Purchasers (n=705), U.S. Smartphone Samsung Purchasers (n=637), U.S. Smartphone LG Purchasers (n=319), U.S. Smartphone Motorola Purchasers (n=114), U.S. Smartphone ZTE Purchasers (n=65)*, U.S. Smartphone Pixel Purchasers (n=36)*  *Small base, interpret results with caution       ↑↓ Indicates significant difference from U.S. Total at a 90% Confidence Level



12

- Table 142

**EXHIBIT 2903.R-012**

GOOG-PLAY-010847494

CONFIDENTIAL



# Feature Importance for Smartphone Purchase
Top box out of 5 (average top box importance rating is 45%)

Proprietary + Confidential



| Feature | % | Feature | % |
|---|---|---|---|
| Long battery life, fast charging | 66% | Compatibility with other devices | 46% |
| Price of the phone | 60% | I can customize my smartphone | 46% |
| Network speed and coverage | 59% | Long-term support by manufacturer | 45% |
| Operating system | 59% | Supports extra storage | 45% |
| Processing speed | 58% | Experience of frequently used apps | 44% |
| Durability | 54% | After-sales service / Warranty | 42% |
| Camera quality | 54% | Portability | 41% |
| Wireless functionality | 54% | Exterior feel and appearance | 40% |
| Display quality | 52% | Smart technology, such as AI | 34% |
| Sound quality | 52% | Apps for work | 34% |
| Security | 52% | Being most recent model that a brand offers | 33% |
| Phone is simple to use | 52% | Voice assistant capability | 33% |
| Always gets latest iOS/Android system updates | 52% | Mobile payment capability | 33% |
| Has large internal storage | 51% | Gifts, options & accessories | 30% |
| Availability of downloadable apps | 49% | Support of multiple SIM cards (expandable storage) | 28% |
| Easy to transfer data/settings between devices | 48% | Does not include pre-installed apps | 27% |
| Large screen size | 47% | Small screen size | 22% |
| Smartphone brand | 46% | | |

A18. Now, please indicate the extent to which of the following features were important to you when you were shopping for your new smartphone.
Base: U.S. Smartphone Purchasers (n=2015)

Google
13

- Tables 152-191

**EXHIBIT 2903.R-013**

GOOG-PLAY-010847495

CONFIDENTIAL



Proprietary + Confidential

# Drill Down: Importance of OS Features

Among smartphone purchasers who said OS was important to them



| Feature | % |
|---|---|
| Keeps data secure from hacking | 71% |
| Keeps my personal information secure | 71% |
| Helps keep my phone safe from viruses | 69% |
| Is user-friendly | 67% |
| Has a good backup and restore capabilities | 60% |
| Has a clean, organized display setup | 59% |
| I can customize my smartphone | 50% |
| Updates frequently | 47% |
| Gives me a wide selection of apps to choose from | 46% |
| It is the same operating system I have in other devices | 45% |
| Easy to use for mobile payments | 44% Switched to iOS 55% First-time buyer 51% |
| Offers a cloud service to save my smartphone | 42% |
| Does not come with preinstalled unwanted software | 40% First-time buyer 46% |
| Offers smart technology, like voice assistant and AI | 37% Switched to iOS 47% First-time buyer 46% |
| Has a wide selection of mobile games | 30% |
| Is the same operating system my friends/family use | 29% First-time buyer 44% |
| Has the latest mobile games | 29% First-time buyer 44% |

A18e. Using the scale shown below, please indicate how important or unimportant each operating system (OS) feature is to you.
Base: U.S. Smartphone Purchasers T2B Importance in OS (n=1762)

Google

14

- Table 283

**EXHIBIT 2903.R-014**

GOOG-PLAY-010847496

CONFIDENTIAL



# Drill Down: Importance of Security Features

Among smartphone purchasers who said security was important to them





A18d.  Using the scale shown below, please indicate how important or unimportant each aspect of smartphone security is to you.
Base: U.S. Smartphone Purchasers T2B Importance in Security (n=1720)

Google

15

- Table 269

**EXHIBIT 2903.R-015**

GOOG-PLAY-010847497

CONFIDENTIAL




# Drill Down: Importance of Brand Features

Among smartphone purchasers who said brand was important to them



Switchers to Android did not place particularly high importance on brand features.

| Brand Feature | % |
|---|---|
| Brand known for high-quality, reliable products | 65% |
| Past experiences with brand | 54% |
| Brand with expertise in mobile phone space | 50% |
| Brand is known for having a great camera | 50% |
| Brand offers good product line-up / variety of product options | 48% |
| Brand fits my style | 46% |
| Brand with the newest, most advanced features | 45% |
| Same brand as other devices I have | 38% |
| Brand does not pre-install unnecessary apps on the phone | 38%  First-time buyer 51% |
| Recommended by others (experts, salespeople, reviews) | 34%  First-time buyer 47%  Switched to iOS 42% |
| Same brands as my family / friends / peers have | 29%  First-time buyer 46% |
| Brand has advertisements I like | 28%  First-time buyer 45% |

A18a. Please indicate the extent to which of the following "smartphone brand" factors did you consider important when purchasing your smartphone?
Base: U.S. Smartphone Purchasers T2B Importance in Brand (n=1590)

Google

16

- Table 193

- Why First-Time buyers seem to overindex on caring about pre-installed apps --
- Could be based on usage patterns - 45% agreed completely that they "primarily use phone to make phone calls" (vs. 33% total) and 41% agreed completely that they "just want to use smartphone to make/receive calls, browse internet, check email, don't care about other features" (vs. 27% total). Still, they also found having up-to-date technology very important too.

**EXHIBIT 2903.R-016**

GOOG-PLAY-010847498

CONFIDENTIAL

Proprietary + Confidential

# Voice assistant had a more positive purchase influence on Apple purchasers than on Android purchasers.



Positive Influence of Apps on Device Purchase Decision



| | |
|---|---|
| Photo application | 39% |
| Email application (e.g. Gmail, Mail) | 39% |
| Messaging application (e.g. Android Messages, iMessage) | 39% |
| Web browser application (e.g. Chrome, Safari) | 38% |
| File storage application (e.g. Google Drive, iCloud) | 37% |
| Map application (e.g. Google Maps, Apple Maps) | 37% |
| Store to download apps or games (e.g. Google Play, Apple App Store) | 35% |
| Selection of apps from the app store | 34% |
| YouTube | 33% |
| Music application (e.g. Google Play Music, iTunes) | 31% |
| Personal assistant (e.g. Google Assistant, Siri) | 31% Android Users 29% Apple Users 35% |
| Video chatting application (e.g. Google Hangouts, Google Duo, FaceTime) | 29% |
| Selection of games from the app store | 29% |

Android switchers are not pulled by any apps in a major way.

iOS has perceived advantage with video chatting apps.

C8. Please indicate how the following services and applications were influential in your decision to purchase your new smartphone. If you did not think about a listed service or application, please indicate this below. Base: U.S. Smartphone Purchasers (n=2015)

Google

17

- Table 560

**EXHIBIT 2903.R-017**

GOOG-PLAY-010847499

CONFIDENTIAL



Proprietary + Confidential

# Apps pre-installed by Google/Apple are considered more convenient than other OEM or carrier apps, but the majority find pre-installed apps of all kinds convenient .

How convenient is it to have these pre-installed apps? (Among Purchasers of OS/Carrier/OEM Brand)



A19b. Using the scale shown below, please indicate how convenient or inconvenient it is to have apps installed by these different companies?
Base: U.S. Smartphone Purchasers (n=2015), Samsung (n=637), LG (n=319), Motorola (n=114), ZTE (n=85)*; *Small base, interpret results with caution

Google
18

- Table 225,226, 265, 237, 235, 236, 244

**EXHIBIT 2903.R-018**

GOOG-PLAY-010847500

CONFIDENTIAL

Proprietary + Confidential



# How did they shop for their smartphone?



19

EXHIBIT 2903.R-019

GOOG-PLAY-010847501

CONFIDENTIAL

Proprietary + Confidential



# Key facts about the smartphone purchase journey

**63%**
Purchased
in-store

**55%**
Completed process
within 2 weeks
*(18% same day)*

**50%**
Paid in full for phone
without signing
contract

**28%**
Received trade-in
credit for old phone

 20

EXHIBIT 2903.R-020

GOOG-PLAY-010847502

CONFIDENTIAL

Proprietary + Confidential

# Most important shopping activities include using comparison websites and online reviews.



### Relative importance of shopping activities (indexed) **bold = online activity**

Incidence of
Touchpoint Usage



| | | |
|---|---|---|
| 31% | **Price and feature comparison websites** | 156 |
| 35% | **Consumer reviews** | 138 |
| 24% | Demo devices in stores | 124 |
| 29% | A salesperson | 121 |
| 33% | **Websites of mobile carriers** | 119 |
| 17% | **Industry expert/tech websites** | 117 |
| 28% | **Websites of manufacturers** | 116 |
| 32% | **Websites of retailers** | 113 |
| 22% | Advice from knowledgeable co-workers, friends | 112 |
| 33% | **Search engine** | 109 |
| 29% | Advice from family | 105 |
| 14% | Promotional materials from manufacturers | 76 |
| 19% | **Opinions in social media** | 64 |
| 24% | TV ads | 60 |
| 12% | Published materials such as trade magazines | 56 |
| 14% | Posters in the store | 51 |
| 14% | Print ads | 47 |

**Composite Key**

- 🟩 High ( > 120)
- 🟨 Average (80-119)
- 🟥 Low (< 80)

Respondents that switched to Android or iOS were influenced more by word of mouth touch points, such as advice from friends or expert reviews

A24. Which one most influenced your decision to purchase your smartphone, and which one had the least influence.
A20a/A20b. When you were shopping for a smartphone what online/offline sources of information do/ did you typically use?;  Base: U.S. Smartphone Purchasers (n=2015)



**EXHIBIT 2903.R-021**

GOOG-PLAY-010847503

CONFIDENTIAL

Proprietary + Confidential



# Most purchases were completed offline as shoppers prefer the convenience of in-store interactions.

Top 10 reasons for purchasing device in-store among offline purchasers



**63%**

Purchased smartphone OFFLINE



| | |
|---|---|
| Had convenient store location | 36% |
| Easier to compare phones in-person | 31% |
| I prefer to physically touch/interact with an actual device before making my purchase | 31% |
| I just prefer to make purchases in physical stores | 31% |
| Sales associates are knowledgeable and helpful | 28% |
| Pricing more clear or easier to understand in-person | 22% |
| More support with new phone setup including transferring data from old phone | 21% |
| This was too important of a purchase to complete online | 19% |
| Mobile plan details more clear or easier to understand in-person | 19% |
| In-person phone demonstrations/discussion of data plan information | 18% |

A26/A27. At which of the following retailers did you shop for/ did you actually purchase your smartphone?
B4. Which of the following, if anything, were the reason(s) you decided to purchase your smartphone in a physical store rather than online? Base: U.S. Smartphone Offline Purchasers (n=1317)

Google

22

- Table 448

**EXHIBIT 2903.R-022**

GOOG-PLAY-010847504

CONFIDENTIAL

Proprietary + Confidential

# iOS to Android switchers are more likely to look up how to use products online when shopping in-store.



Top 10 reasons for using mobile device in store



**61%**
Of in-store buyers used their mobile device on day of transaction



| Reason | % |
|---|---|
| Looked up smartphone reviews | 20% |
| Looked up/compared smartphone prices | 19% |
| Looked up smartphone brand or product information | 18% |
| Looked for sales/deals/promos/coupons on smartphones | 17% |
| Watched YouTube | 14% — First-time buyer 22% / Switched to iOS 23% |
| Compared smartphone product offerings/availability at multiple retailers | 14% |
| Looked up physical locations for other smartphone stores | 11% |
| Went to Instagram, Facebook or Pinterest for smartphone suggestions | 10% — First-time buyer 19% |
| Checked availability at another retailer/another store of the same retailer | 10% — First-time buyer 14% |
| Looked up tips on how to use products | 10% — Switched to Android 18% |

B3. Which of the following, if anything, did you do online on your mobile device while you were in a physical store on the day that you purchased your smartphone?
Base: U.S. Smartphone Purchasers (n=2015)



Google

23

- Table 447

**EXHIBIT 2903.R-023**

GOOG-PLAY-010847505

CONFIDENTIAL

Proprietary + Confidential



# Many shoppers found the amount of options related to their smartphone purchase overwhelming, especially first time smartphone buyers.



B12. Thinking back on the process you went through to shop for and ultimately purchase your smartphone, how much do you agree or disagree with the following statements?
Base: U.S. Smartphone Purchasers (n=2015), First time buyers (n=429)



24

**EXHIBIT 2903.R-024**

GOOG-PLAY-010847506

CONFIDENTIAL

Proprietary + Confidential



# OS Switcher
# Profile



**EXHIBIT 2903.R-025**

GOOG-PLAY-010847507

CONFIDENTIAL

Proprietary + Confidential

# A quarter of Android purchasers are closed off to ever considering iOS due to preference of OS and Google Play.





## Top BARRIERS to considering another OS

### iOS Purchasers

Would you ever consider purchasing Android in the future?

**25%**
Extremely Unlikely

Why not?

| | |
|---|---|
| I prefer iOS | 64% |
| I have always used iOS | 47% |
| I prefer the design and features of iPhones | 42% |
| I prefer the camera on iPhones | 29% |
| All my friends and family use iOS | 21% |

### Android Purchasers

Would you ever consider purchasing iOS in the future?

**24%**
Extremely Unlikely

Why not?

| | |
|---|---|
| I prefer Android | 76% |
| I have always used Android | 49% |
| I prefer the design and features of Android phones | 37% |
| Prefer Google Play apps over Apple App Store apps | 35% |
| Don't want to lose compatibility w/ other devices | 21% |

C5b/c. How likely are you to purchase a smartphone that runs on an Android operating system in the future?/ Please select why you would never consider purchasing a smartphone that runs on an Android operating system in the future. Base: U.S. Smartphone iPhone Purchasers (n=705), U.S. Smartphone Purchasers Extremely Unlikely to Buy Android          (n=201).          C5e/g. How likely are you to purchase a smartphone that runs on the iOS operating system in the future? /Please select why you would never consider purchasing a smartphone that runs on an iOS operating system in the future. Base: U.S. Smartphone Android Purchasers (n=1310,) U.S. Smartphone Purchasers Extremely Unlikely to Buy Android (n=328)

Google

**EXHIBIT 2903.R-026**

GOOG-PLAY-010847508

CONFIDENTIAL



Android to iOS switchers believe iOS offers less unwanted software and smarter technology.

Reasons for switching from previous OS

- Tables 105-106

**EXHIBIT 2903.R-027**

GOOG-PLAY-010847509

CONFIDENTIAL

Proprietary + Confidential

# While the number of OS switchers is small, those that switched to iOS tend to be younger and live in urban areas.



| | Android -> iOS Switchers | iOS -> Android Switchers* | US Shopper Average |
|---|---|---|---|
| Purchased High-Tier phone | 69% ⬆ | 65% ⬆ | 52% |
| Millennials | 68% ⬆ | 53% | 50% |
| Knew exactly which brand they wanted | 61% | 44% ⬇ | 58% |
| Urban living | 53% ⬆ | 33% | 39% |
| Signed fixed contract | 39% | 54% ⬆ | 36% |
| Switched mobile carriers | 37% ⬆ | 41% ⬆ | 28% |

> iPhone switchers threaten Android in all device tier groups. 50% of switchers bought iPhone 8/8+/X; 40% purchased iPhone 6/7 series, and 10% purchased SE/5 series.

Base: U.S. Smartphone Purchasers (n=2015), iPhone to Android (n=67)*, Android to iPhone (n=133)
↑↓ Indicates significant difference from U.S. Total at a 90% Confidence Level
*Small base, interpret results with caution



28

**EXHIBIT 2903.R-028**

GOOG-PLAY-010847510

CONFIDENTIAL

# Switchers to iOS placed added emphasis on processing speed and camera quality. Switchers to Android more focused on battery and price.

Proprietary + Confidential



OS Switchers: Feature Importance Summary (% Rated 'Very Important' on 5 pt Scale)

| | Android -> iOS Switchers | iOS -> Android Switchers* | US Shopper Average |
|---|---|---|---|
| Processing speed | 68% ↑ | 55% | 58% |
| Camera quality | 67% | 54% ↑ | 54% |
| Long battery life | 66% ↑ | 75% | 66% |
| Operating system | 61% ↑ | 51% | 59% |
| Display quality | 60% ↑ | 48% | 52% |
| Sound quality | 60% ↑ | 46% | 52% |
| Gets latest system updates | 59% ↑ | 48% ↓ | 52% |
| Security | 55% ↑ | 40% | 52% |
| Exterior feel/appearance | 51% ↑ | 40% | 40% |
| Portability (slimness & weight) | 51% ↓ | 43% ↑ | 41% |
| Price | 51% ↑ | 70% | 60% |
| Good apps for work | 47% | 29% | 34% |

Base: U.S. Smartphone Purchasers (n=2015), iPhone to Android (n=67)*, Android to iPhone (n=133)
↑↓ Indicates significant difference from U.S. Total at a 90% Confidence Level
*Small base, interpret results with caution

Google

29

EXHIBIT 2903.R-029

GOOG-PLAY-010847511

CONFIDENTIAL

Proprietary + Confidential



# Android -> iOS switchers were influenced much more by OEM websites and TV ads, while iOS -> Android switchers were heavily influenced by retail associates.

OS Switchers: Important Shopping Activities

| | Android -> iOS Switchers | iOS -> Android Switchers* | US Shopper Average |
|---|---|---|---|
| Sales Associate/Demo | 48%⬇ | 74%⬆ | 55% |
| TV Ads | 43%⬆ | 33% | 29% |
| OEM Websites | 40%⬆ | 27% | 28% |
| Family Advice | 32%⬆ | 20% | 24% |
| Social Media Opinions | 28%⬆ | 21% | 19% |

> The average iOS to Android switcher took 1-2 weeks to purchase, while the average Android to iOS switcher took 2 - 4 weeks to complete the purchase process.

Base: U.S. Smartphone Purchasers (n=2015), iPhone to Android (n=67)*; Android to iPhone (n=133)
↑↓ Indicates significant difference from U.S. Total at a 90% Confidence Level
*Small base, interpret results with caution



**EXHIBIT 2903.R-030**

GOOG-PLAY-010847512

CONFIDENTIAL

Proprietary + Confidential



# First-time smartphone buyers



EXHIBIT 2903.R-031

GOOG-PLAY-010847513

CONFIDENTIAL

# Who are first-time smartphone purchasers?



Proprietary + Confidential

21% of U.S. purchasers

## Skew younger & male
- 71% male
- 61% millennial (18-35 y/o) vs. 50% total smartphone buyers

## Value voice assistant and phones without pre-installed apps
- First-time buyers were significantly more likely than overall smartphone shoppers to look for voice assistant capabilities (41%) and phones free of pre-installed apps (39%)

## More influenced by peers & family
- 41% saw recommendations from family and friends as highly important to purchase (vs. 28% of all shoppers).
- More likely to rank having the same brand and OS as friends and family as important

## More online shopping activity & purchasing
- 46% of first-time purchasers purchased online (vs 37% all shoppers), and 80% shopped around online.

Google

**EXHIBIT 2903.R-032**

GOOG-PLAY-010847514

CONFIDENTIAL

Proprietary + Confidential



# OEM Scorecard



33

EXHIBIT 2903.R-033

GOOG-PLAY-010847515

CONFIDENTIAL

## OEM Scorecard



Proprietary + Confidential

|  | Apple | Samsung | LG | Motorola | ZTE* |
|---|---|---|---|---|---|
| Consideration | 49% | 55% | 34% | 16% | 12% |
| Purchase Conversion | 69% | 58% | 44% | 31% | 42% |
| **Differentiating Features** (significantly higher/lower than total at a 90% confidence interval) | Brand (54%), Camera Quality (55%), Compatibility with other devices (49%), Voice Assistant (37%) | Brand (51%), Display (59%), Processing Speed (65%), Camera Quality (61%), Internal Storage (58%) | Expandable Storage (52%) Long Term Support By OEM (36%), Latest OS Updates (44%) | Expandable Storage (54%) Compatibility With Other Devices (36%), Latest OS Updates (42%) | Price (71%) Brand (46%) |

### Brand Perceptions

| | Apple | Samsung | LG | Motorola | ZTE* |
|---|---|---|---|---|---|
| Innovative | 🟢 | 🟢 | 🔴 | 🔴 | 🔴 |
| Keeps data safe and secure | 🟢 | 🟢 | 🟡 | 🟡 | 🔴 |
| Designed for someone like me | 🟢 | 🟡 | 🟡 | 🟡 | 🔴 |
| Great value for price | 🔴 | 🟡 | 🟡 | 🟡 | 🔴 |

GREEN features - over-index vs. total
RED features - under-index vs. total

🟢 = Above average     🟡 = Average     🔴 = Below average

Base: U.S. Smartphone Samsung Purchasers (n=637), U.S. Smartphone LG Purchasers (n=319), U.S. Smartphone Motorola Purchasers (n=114), U.S. Smartphone ZTE Purchasers (n=85)*.

Google

34

- Differentiating Features - Significantly higher/lower than total at a 90% confidence interval
- Brand Perceptions - This chart takes C9 perception data, indexes it to total Android perceptions, then compares OEM users against the total Android perceptions. Indexes of 111+ are colored green, yellow is 110-96, and red is 95 or lower.

**EXHIBIT 2903.R-034**

GOOG-PLAY-010847516

CONFIDENTIAL

Proprietary + Confidential



# Appendix



EXHIBIT 2903.R-035

GOOG-PLAY-010847517

CONFIDENTIAL



Most shoppers went into the buying process having some sense of what they wanted, though Android buyers are less likely to be decided on specific Brand and Model.

- Table 62-66

EXHIBIT 2903.R-036

GOOG-PLAY-010847518

CONFIDENTIAL

Proprietary + Confidential

# While most shoppers cited value as a top priority, having advanced features was also highly important.



(% top 2 box out of 5)

|  | US Total | Apple | Samsung | LG | Motorola | ZTE* | Google* |
|---|---|---|---|---|---|---|---|
| **Great value** - I wanted the best value for my money | 89% | 87% ⬇ | 90% | 91% | 93% | 93% | 79% |
| **High tech** - I wanted a phone with the most advanced features | 77% | 82% ⬆ | 82% ⬆ | 67% ⬇ | 67% ⬇ | 73% | 73% |
| **Style** - I wanted a phone that reflects my personal style | 62% | 67% ⬆ | 65% | 52% ⬇ | 52% ⬇ | 52% ⬇ | 71% |
| **Belonging** - I wanted a phone that makes me feel I'm a part of a community | 45% | 54% ⬆ | 49% ⬆ | 30% ⬇ | 31% ⬇ | 33% | 41% |
| **Status** - I wanted a phone that helps me stand out and reflect my status | 45% | 53% ⬆ | 47% | 34% ⬇ | 36% ⬇ | 34% | 41% |
| **Being different** - I wanted a phone different from what everyone else has | 44% | 51% ⬆ | 46% | 31% ⬇ | 36% | 36% | 53% |

A14. Please indicate the extent to which the following features were important to you when shopping for your new smartphone. Using the scale below, please rate each of the following items in terms of importance to you personally.
Base: U.S. Smartphone Purchasers (n=2015), U.S. Smartphone iPhone Purchasers (n=705), U.S. Smartphone Samsung Purchasers (n=637), U.S. Smartphone LG Purchasers (n=319), U.S. Smartphone Motorola Purchasers (n=114), U.S. Smartphone ZTE Purchasers (n=65)*, U.S. Smartphone Pixel Purchasers (n=36)*. *Small base, interpret results with caution    ↑↓ Indicates significant difference from U.S. Total at a 90% Confidence Level



37

- Table 142

**EXHIBIT 2903.R-037**

GOOG-PLAY-010847519

CONFIDENTIAL



# Drill Down: Exterior/Appearance Feature Importance
(top box out of 5)

Proprietary + Confidential

(Total Smartphone Purchasers)



| Feature | % |
|---|---|
| Size of phone | 58% |
| Weight of phone | 43% |
| Materials (e.g., Plastic, Metal) | 43% |
| Shape (e.g., Round corners, Rectangular) | 38% |
| Color | 31% |

A18b. Please indicate the extent to which of the following "Exterior feel and appearance (overall style, color, material, finish, etc.)" factors regarding your smartphone did you consider important when purchasing one? Base: U.S. Smartphone Purchasers T2B Importance in Appearance (n=1524)



- Table 193

**EXHIBIT 2903.R-038**

GOOG-PLAY-010847520

CONFIDENTIAL



# iOS apps tend to be more influential to the purchase decision than Android apps are.



- Table 560

**EXHIBIT 2903.R-039**

GOOG-PLAY-010847521

CONFIDENTIAL

Proprietary + Confidential

# iOS Switchers feel more positive about iOS apps than Android Switchers

Positive Influence of Apps on Device Purchase Decision (top box out of 5)

| | Android Switchers * | iOS Switchers |
|---|---|---|
| Photo application | 34% | 42% |
| Messaging application (e.g. Android Messages, iMessage) | 33% | 50% |
| File storage application (e.g. Google Drive, iCloud) | 38% | 45% |
| Web browser application (e.g. Chrome, Safari) | 31% | 35% |
| Email application (e.g. Gmail, Mail) | 31% | 46% |
| Map application (e.g. Google Maps, Apple Maps) | 35% | 36% |
| Store to download apps or games (e.g. Google Play, Apple App Store) | 27% | 42% |
| Selection of apps from the app store | 29% | 41% |
| Video chatting application (e.g. Google Hangouts, Google Duo, FaceTime) | 20% | 38% |
| Music application (e.g. Google Play Music, iTunes) | 24% | 28% |
| Personal assistant (e.g. Google Assistant, Siri) | 27% | 43% |
| YouTube | 29% | 35% |
| Selection of games from the app store | 21% | 38% |

C8. Please indicate how the following services and applications were influential in your decision to purchase your new smartphone. If you did not think about a listed service or application, please indicate this below.
Base: U.S. Switchers to Android (n=67*), U.S. Switchers to iOS (n=133); *Small base, interpret results with caution

Google
40

- Table 560

**EXHIBIT 2903.R-040**

GOOG-PLAY-010847522

CONFIDENTIAL





Over half of purchasers completed the shopping process within two weeks.

- Table 128

**EXHIBIT 2903.R-041**

GOOG-PLAY-010847523

CONFIDENTIAL

Proprietary + Confidential

# Brand Perceptions by OEM purchasers



| | Samsung | LG | Motorola | ZTE* |
|---|---|---|---|---|
| Great value for price | 68% | 68% | 68% | 64% |
| Designed for someone like me | 71% | 64% | 67% | 45% |
| Compatible with other devices | 71% | 56% | 57% | 52% |
| Easy to use | 68% | 59% | 60% | 49% |
| Highly customizable | 64% | 54% | 54% | 33% |
| Easy to transfer data/apps | 63% | 52% | 41% | 45% |
| Has the best camera quality | 62% | 47% | 41% | 31% |
| Fast processing | 62% | 51% | 38% | 33% |
| Keeps my data safe and secure | 61% | 51% | 43% | 35% |
| Easy to fix if errors occur | 58% | 52% | 50% | 31% |
| Innovative | 61% | 43% | 44% | 31% |
| Good tech support | 60% | 45% | 47% | 23% |
| Does not freeze up | 57% | 50% | 37% | 37% |
| Most advanced OS | 61% | 42% | 39% | 33% |
| Good platform for dealing with security threats | 58% | 45% | 40% | 31% |
| Provides user privacy | 56% | 46% | 37% | 35% |
| Is a popular brand | 55% | 41% | 39% | 29% |
| Without unwanted pre-installed software | 50% | 39% | 30% | 32% |
| Offers the best games | 50% | 39% | 32% | 29% |

Q9. Please indicate, using the grid shown below, which smartphone brand is best represented by the following factors.
Base: U.S. Smartphone Samsung Purchasers (n=627), U.S. Smartphone LG Purchasers (n=319), U.S. Smartphone Motorola Purchasers (n=114), U.S. Smartphone ZTE Purchasers (n=85)*.



- Table 142

EXHIBIT 2903.R-042

GOOG-PLAY-010847524

CONFIDENTIAL



# Half of US smartphone purchasers bought the device by paying in full without signing a contract.

Proprietary + Confidential

How did you pay for your new smartphone?

- **50%** Paid in full without signing a contract
- **15%** Down payment + monthly fees
- **15%** No down payment, monthly fees
- **14%** Paid in full as part of a contract
- **4%** Phone was free with a contract
- **1%** Other

**28%** Of buyers received trade-in credit from previous device

B6. Which of the following best describes how you paid for your new smartphone?  Base: U.S. Smartphone Purchasers (n=2015)
B7. Did you trade-in or sell another device to receive credit toward your new smartphone?

Google

43

- Table 451, 454

**EXHIBIT 2903.R-043**



GOOG-PLAY-010847525

CONFIDENTIAL