| | |
|---|---|
| **From:** | Tim Sweeney <​████████@epicgames.com> |
| **Sent:** | Thu, 5 Dec 2019 23:41:48 +0000 (UTC) |
| **To:** | Hiroshi Lockheimer (Google) ; Jamie Rosenberg (Google) |
| **Cc:** | Canon Pence <████████@epicgames.com>; Kent Walker (Google) |
| **Subject:** | Fortnite on Google Play |

Hi all,

Early next week, Epic will submit Fortnite to Google Play using Epic's own payment systems for in-app purchase.

We hope that Google will accept Fortnite and untie the Google Play distribution platform from Google Play In-app Billing, so game developers and payment services can compete on a level playing field with each of Google's own services. Epic is confident that such a release will proceed smoothly and be respectful to Google Play users, as our payment services have processed over $1,200,000,000 of commerce successfully across PC, Mac, Android, and Web in the service of Fortnite, Unreal Engine, and Epic Games Store titles.

We believe this Christmas season is the perfect time for a Fortnite launch through Google Play. Confidentially, on December 12 we'll announce a live Fortnite Star Wars event in partnership with Disney to debut on December 14, featuring an in-game appearance by director JJ Abrams. It will premier a world-exclusive movie clip from Star Wars: The Rise of Skywalker, and an in-game Millennium Falcon aerial battle:

 

On December 17, Winterfest will debut. For 14 days over the holiday season, players will receive a free daily gift package with unique items, including a Millenium Falcon Glider and two holiday-themed Outfits. We anticipate all-time records in player concurrency and stream viewership with these events.





EXHIBIT 5509

The future of smartphones is in open platforms where developers can choose freely among storefronts, in-app payment services, cloud services, and engines. This future is going to come about one way or another. Epic would love to see the future defined by a positive, trend-setting decision by Google in 2019. Throughout the harsh public and private scrutiny that will be directed at commerce-locked digital ecosystems throughout 2020, I hope we can hold up Android and Google Play as a shining example of best practices that uphold the legal obligations of the two dominant companies in the $70 billion annual app market.

Because of the nature of this discussion, we ask that any discussion on the topic be in email.

Best Regards,

Tim Sweeney
Epic Games

CONFIDENTIAL
EPIC_GOOGLE_01745715

EXHIBIT 5509-002