**PRIVATE AND CONFIDENTIAL**




# Project Liberty
*Update to the Board of Directors*
July 27, 2020



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_03999929

EXHIBIT 5528-001

Project Liberty

PRIVATE AND CONFIDENTIAL

# Communications Strategy

### 1. Define our Cause
- **Create our Policy Points and Establish them Publicly:** Work with comm's team and Greenbrier to create a list of advocacy points. "Get rid of the tax!" along with some additional issues to avoid a one-dimensional argument.
- **Research Positions and Support them with Media:** Work with Greenbrier and the newly formed coalition to develop research to help establish our position (Are prices too high? Do players care about developers?), then seed with press and run ads to help generate awareness around our positions.

### 2. Establish a 501c4 Organization to Advocate on Behalf of Our Policy Issues
- **Work with Established Providers:** Partner with Greenbrier to help manage the organization. This will take one to two months to get started, and require $80K - $100K to get the coalition initially funded, with an expected life of project cost between $400K - $700K.
- **Create a Broad Coalition:** We need to fight with our friends. Epic is not sympathetic, but for all of the developers that suffer from these attacks, they are sympathetic. This includes all of our gaming and app partners who are losing out due to unfair platform/pricing practices.

### 3. Create the Sustain Campaign
- **Build the Press Cycle for Alternate Perspectives:** Create messaging materials and stories to ensure we're not the only voice in the cycle, and the conversation is much larger. When it comes to the press, that results in more neutral to positive coverage.
- **Amplify Policy Developments**: Move the conversation from a one-dimensional legal battle to something bigger. The coalition is in a position to advocate for these stories over and over. Talk about the developments of any individual member or policy.



11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_03999940

EXHIBIT 5528-012