# Project Liberty Update

## July 1, 2020



**EXHIBIT 5530**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000218

EXHIBIT 5530-001

# Agenda

- Legal strategy
- Business strategy
- Overview Timeline
- Price reduction
- Sustainable platforms
- Payment system hotfix and related code
- New payment flow UX
- PR Push
- Communication update
- Communication with partners
- SAC
- POSA Card

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000219

EXHIBIT 5530-002

# Legal Strategy Update

Verbal, to be delivered by Gena

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000220

EXHIBIT 5530-003

# Business Strategy

- **Goal**: On Apple and Android mobile devices, publishers allowed to offer
  1) third party payment options for apps on the Apple App Store and Google Play
  2) seamless third party app store functionality

- **Strategy**:
  - Propose in writing to Apple and Google the goals
  - If either platform is willing, negotiate acceptable timetable for implementation
  - If either platform is unwilling, hotfix option into FN for users to select Epic payment process
    - Proposed date for hotfix is Thu Aug 13: This is *after* 13.40 (Aug 4) but *before* S14 (Aug 27)
    - Permanently adjust pricing across all platforms such that Apple and Google mobile payment platforms are more expensive (other payment platforms pass savings directly to players)
  - If either platform blocks updates after competing payment platforms are added, FN mobile enters "sustainable platform" phase

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Overview Timeline

- Assumes Apple/Google do not accept proposal
- Assumes dev work for sustainability/payments are not limiters
- Point of "no return" from pricing change is currently August 11
- Hotfix occurs Aug 13, two weeks before Marvel Season

| Jun 30 | Jul 20 | Aug 4 | Aug 11 | Aug 13 |
|--------|--------|-------|--------|--------|
| **Mobile First Party Outreach** | **Console First Party Outreach** | **13.40 Client Goes Live, Sustain Test** | **Last Opportunity for Console Price Changes** | **Competing Payment Methods HF On, Price Reductions Live** |
| Ask Apple and Google leadership to allow competing stores and competing payment methods | Reach out to console partners to begin discussing upcoming price changes | Cert: July 31

Includes tech for HF-on competing payment methods

Delay Google Play build by several hours to verify sustainable platform functionality | Last change for emergency price change on console. based on time required to update | Two weeks in advance of S14 launch |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Price Reduction (USD)

| | 1,000 V-Bucks | 2,800 V-Bucks | 5,000 V-Bucks | 13,500 V-Bucks |
|---|---|---|---|---|
| **Apple / Google Pricing (Unchanged)** | $9.99 | $24.99 | $39.99 | $99.99 |
| **Updated Pricing** | $7.99 | $19.99 | $32.99 | $81.99 |
| **% Epic Discount** | 20% | 20% | 18% | 18% |
| **Net Revenue on Apple/Google** <br> *(30% to Apple/Google, using old prices)* | $6.99 | $17.49 | $27.99 | $69.99 |
| **Implied Net Revenue on Epic Pay** <br> *(Assumes 12% "platform fee" on Epic Pay)* | $7.03 | $17.59 | $29.03 | $72.15 |
| **Net Revenue on Sony/MSFT/Nintendo** <br> *(30% to Sony/MSFT/Nintendo, using new prices)* | $5.59 | $13.99 | $23.09 | $57.39 |

Prices change on day of hotfix (Aug 13).  Need to be configured by Aug 4.

Dependencies: Pre-brief appropriate partners (console, etc) starting two weeks from hotfix (July 20).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Sustainable Platform Features

- Two Sustainable Modes
- "Mid Season" - All platforms are on 13.xx
  - Challenges, content, and events already in the build will continue to be unlocked.
  - Content that was "Work in Progress" when the build shipped will not be available - challenges are the main 'late season' change
  - The later we "sustain" a release the less impact in a season
  - Only previous LTMs and Store content are available
- "Out of Season" - Other platforms receive S14
  - All Battle Pass screens and progress go away
  - E.g. no challenges

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000224

EXHIBIT 5530-007

# Sustainable Platform Timeline

- <u>07/21: FN 13.30</u>
  - Sustained Release changes are live and can be tested against future backends
  - If problems are found fixes can be made in 13.31 or 13.40
- <u>07/XX:</u>
  - Test release of independent EGS / GP Android builds
- <u>08/04: FN 13.40</u>
  - Ideally run a final test on 13.30 compatibility by holding Fortnite 13.40 on Google Play for 1-2 hours due to 'a problem'

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000225

EXHIBIT 5530-008

# Payment System Hotfix

1
- In general we should be ready with the hotfix and UX flow for 13.40 (Live Aug 4, Submitting July 31)
- Work Remaining
  - Enable and verify web payment flow on iOS (in progress)
  - Extend catalog code to support multiple RMT storefronts (almost complete)
  - UI work to present payment options. (beginning soon)
  - Reverse engineering pass on binary to gauge detectability (not started)
  - Any fallout from the above and QA pass
  - Allow Infosec to attempt to hack the hotfix code and reveal the intent

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000226

EXHIBIT 5530-009

Slide 9

1   David Nickdel@epicgames.com who is on point from infosec to support?
    _Reassigned to David Nikdel_
    Alec Shobin, 7/1/2020

2   I added the 13.40 cert date as a sub bullet on the timeline and added it here as well for ref.
    Alec Shobin, 7/1/2020

1   Alec Shobin@epicgames.com David Nickdel@epicgames.com
    How much time does Infosec need to try to hack the code? Should the time when the build is submitted to Apple/Google be on the master timeline?
    _Reassigned to Alec Shobin_
    Ed Zobrist, 7/1/2020

1   **REDACTED FOR PRIVILEGE**
    David Nikdel, 7/1/2020

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000227

EXHIBIT 5530-010

# UX Flow

By default, **regular prices** appear in the RMT store, plus a **discount disclaimer**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# UX Flow



Nothing pre-selected until the user sets a preference

 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# UX Flow



 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# UX Flow



 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000231

EXHIBIT 5530-014

# UX Flow



 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000232

EXHIBIT 5530-015

# UX Flow

**Discounted prices** shown after user selected Epic and marked the checkbox



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000233

EXHIBIT 5530-016

# Speaker Notes for Slide 15

Make players aware that they are getting the discounted price

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000234

EXHIBIT 5530-017

# UX Flow

## ACTION ITEMS

- Revisit decision to only allow users to **save their preference** for "Epic direct payment"? >>
- Need to review RMT store messaging for **consoles** >>
- Need to **finalize** copy, ordering of the options, and branding.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000235

EXHIBIT 5530-018

## Project Liberty Comms Timeline (Pending Legal Review)

# **REDACTED FOR PRIVILEGE**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000236

EXHIBIT 5530-019

# PR Strategy - Hotfix Update

**Goal**
- Get players, media, and industry on "Epic's side"

**Timeline**
- Launch (August TBD)

**Strategy**
- Provide clear communications that emphasize savings benefits for players.
- Provide media with Epic's stance on the business and industry benefits that they can carry forward to their readers; provide them enough background/education on the topic so they can have an informed opinion in discussions.

**Plan**
- *Player-facing:* direct communication on price changes (blog, social), with emphasis on choice and value.
  - Explore opportunity to support with branding
- *Media-facing:* share plans with media (blog), along with a longer media-only note explaining why this is important.
  - Targeted real-time proactive/pitched follow up interviews with key friendly media outlets in tech, business.
- *Industry-facing:* explore the creation of a coalition that can drive amplify discussion

**Challenges**
- High risk of leaks limits ability to pre-brief media; proactive can't start until ship
- Difficult to convert media/players sympathetic to Apple/Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Project Liberty Campaign Timeline (Pending Legal Review)

# REDACTED FOR PRIVILEGE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000238

EXHIBIT 5530-021

## Project Liberty Timeline (Pending Legal Review)

# REDACTED FOR PRIVILEGE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Project Liberty Communications Themes

- Campaign Themes (Pending Legal Review):

> **REDACTED FOR PRIVILEGE**



# Partner Communications

Initial outreach driven by leadership followed by all other contacts not commenting

| Category | Partner | Who are we calling | Who is calling? | When are we calling | What are we saying |
|---|---|---|---|---|---|
| Console 1st Party | Sony | Phil Rosenberg | Adam | July 20 | |
| | Microsoft | Phil Spencer | Tim | July 20 | |
| | Nintendo | Steve Singer | Adam | July 20 | |
| Mobile 1st Party | Google | Sundar Pichai | Tim | June 30 | All developers with apps on Android should be allowed to choose any payment provider and release their own stores without monopolistic impediments. Google will have two weeks to schedule a meeting to discuss. |
| | Apple | Tim Cook | Tim | June 30 | All developers with apps on iOS should be allowed to choose any payment provider and release their own stores without monopolistic impediments. Apple will have two weeks to schedule a meeting to discuss. |
| OEMs | Samsung | Jong Woo | Hans | TBD | Informational<br><br>i.e., what we're doing and why.<br><br>Note: Samsung is the only OEM with a storefront at our preferred RS of 88/12, no other OEM currently has a storefront |
| | OnePlus | Eric Gass | Hans | August 14 | |
| | Sony Mobile | Daniel Steingrimsson | Hans | August 14 | |
| Carriers | Verizon | Rob McQueen | Hans | August 14 | Informational<br><br>i.e., what we're doing and why.<br><br>Note: all carriers have API integration into Epic Games Store at a RS of 95/5, no independent payment platforms or storefronts |
| | Telefonica (Movistar, O2) | Mariano Martinez Lopez | Hans | August 14 | |
| | Hutchison (Three, Wind Tre) | Erica Katsambis | Hans | August 14 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000241

EXHIBIT 5530-024

# Support-a-Creator Options

Currently SaC payouts are calculated as 5% of V-Bucks spent paid in USD. Actual player spend is not factored into the calculation [20 V-Bucks spent = $0.01 affiliate revenue]

| Reduce SAC Pay Rate | Maintain SAC Pay Rate |
|---|---|
| **Reduce Proposal**<br>- Reduce affiliate payments a commensurate 20%:<br>  25 V-Bucks spent = $0.01 affiliate revenue<br><br>- Non V-Bucks pack RMT price decrease will cause revenue decrease for creators. True in both scenarios.<br><br>**Reduction Ramifications**<br>- A payment rate decrease could lead to influencer frustration and less support for Fortnite overall and this issue specifically<br><br>- Requires public messaging change.<br>  - Current public message: "*accepted Creators will receive $5 USD (or the local currency equivalent) for every 10,000 V-Bucks spent by players*" | **Maintain Proposal**<br>- Maintain affiliate payments at current rate:<br>  . 20 V-Bucks spent = $0.01 affiliate revenue)<br><br>- Non V-Bucks pack RMT price decrease will cause revenue decrease for creators. True in both scenarios<br><br>**Maintain Ramifications**<br>- Creators see no change to affiliate income other than normal volatility they experience from macro Fortnite engagement & V-Bucks spending fluctuations<br><br>- Message to influencers is simple: "*this doesn't affect your earning rates at all, this is purely a price drop for players*".<br><br>- Influencer support for Liberty more likely.<br><br>**TENTATIVELY RECOMMENDED**<br>**Analysis of impact forthcoming** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Support-A-Creator Impact: Maintain Pay Rate

## Support a Creator Payments Would Increase +$3.9mm to $8.8mm Annually

### Support a Creator Baseline Payments

| Support-A-Creator Spend | YTD Actuals Jan - June 2020 | Forecast July - Dec 2020 | 2020 Total | % of Total |
|---|---|---|---|---|
| PS4 | $17 | $16 | $33 | 40.7% |
| XBOX One | $10 | $9 | $19 | 23.7% |
| Switch | $6 | $6 | $12 | 14.8% |
| PC | $6 | $5 | $11 | 13.1% |
| iOS | $2 | $2 | $5 | 5.7% |
| Android | $1 | $1 | $1 | 1.4% |
| Google | $0 | $0 | $0 | 0.6% |
| 2020 Baseline | $42 | $39 | $80 | 100.0% |

### Project Liberty Scenario Impact

| | Scenario 1 | Scenario 2 | Secenario 3 |
|---|---|---|---|
| | $1.1 | $1.9 | $0.8 |
| | $0.7 | $1.1 | $0.5 |
| | $0.4 | $0.7 | $0.3 |
| | $0.4 | $0.6 | $0.2 |
| | | | $0.1 |
| | $0.0 | $0.1 | $0.0 |
| | | | $0.0 |
| 2020 Impact | $2.6 | $4.4 | $1.9 |
| Annualized Impact | $5.2 | $8.8 | $3.9 |

**Scenario 1: $5.2mm annual increase in SAC payments**
- 5% increase in V-Bucks purchased on console and PC
- Fortnite is removed from iOS and Google Play
- 30% of app store revenue is transferred console and PC

**Scenario 2: $8.8mm annual increase in SAC payments**
- 10% 5% increase in V-Bucks purchased on console and PC
- Fortnite is removed from iOS and Google Play
- 30% of app store revenue is transferred console and PC

**Scenario 3: $3.9mm annual increase in SAC payments**
- 5% increase in V-Bucks purchased on console and PC
- Fortnite stays on iOS and Google Play

| | |
|---|---|
| **Summary:** | • Creators will see neutral or slightly increased SAC payouts.<br><br>• We recommend maintaining current SAC payout rates to encourage positive sentiment |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# POSA TRANSITION OPTIONS - U.S.A & Canada

| Maintain Secrecy & share once updates are announced | Share New Pricing with Gearbox & begin re-printing now | Share New Pricing with Gearbox and POSA activators once public |
|---|---|---|
| **Advantages** | **Advantages** | **Advantages** |
| • Reduces potential for leaks | • New cards *potentially* on shelf in Nov. | • New cards on shelf Nov.<br>• Confirms ability to change price on existing inventory<br>• Improves speed to shelf for new price |
| **Disadvantages/Risks** | **Disadvantages/Risks** | **Disadvantages/Risks** |
| • ETA for new cards on shelf: Q1 2020<br>• Potential that activators/retailers aren't able to change price on existing inventory (won't know for sure until we communicate)<br>• Cards would still have current pricing on them through EOY | • Increases leak potential<br>  ○ Cover story: Black Friday promo?<br>• Still need UPC's from POSA activators to print the back of cards<br>• Even with heads up, some retailers might not be able to transition/would still have old cards on shelf through EOY | • **POSA activators have relationships with Apple, Google, MS, & Sony** |

**RECOMMENDATION: Share new pricing with Gearbox and begin reprinting front of cards ASAP**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000244

EXHIBIT 5530-027

# POSA ACTION PLAN

**GOAL: Migrate POSA to new pricing ASAP**

NA: position this as a price change in NA and not new SKUs / replace cards with new price ASAP

EU: delay initial print run until after new price is public / set up as new SKUs at new pricing

## NA Plan

- Once public, notify retailers about new price for existing cards
- **IF** POSA activators are able to modify pricing of existing inventory, time to update in stores would take 2-4 weeks
- Cards would sell at new price - but old price would still be on cards
- There is still strong potential that old inventory could remain on the shelves after transitioning to new cards
    - We could "turn off" the old cards at some point in the future

## EU Plan: Updated launch timing shifts November (some retailers will push to Q1 2021)

- New Product "certification": 3-4 weeks from time of notification
- Card printing: 6-8 weeks
- Time to shelf: 2-4 weeks

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# IMPLICATIONS OF POSA TRANSITION

## U.S. & Canada
- Cards on shelf will still be at current pricing after announcement
  - Goal: update pricing in systems ASAP to surprise & delight with lower price when consumer purchases cards
  - Idea: give bonus V-Bucks to players that purchased digital V-Bucks or POSA in previous 2 weeks
  - If it takes retailers longer than 2 weeks to update pricing, consider giving bonus V-Bucks if POSA price was higher
- Cost to transition inventory could exceed $4MM
  - Large print runs already in process for back half inventory requirements
  - Epic would need to pay for "merchandising" visits to help with transitioning cards
  - Epic would need to reimburse Gearbox for unsold inventory
- Retailers are forecasting their sales based on current pricing
  - Idea: revisit Merry Mint 2.0 as a "make good" and to help drive incremental sales
- We have already committed $536K in MDF for Q4 display programs (with cards being printed now/delivered in August)
  - Some of these programs are based on current pricing (i.e. $10 pallet program at Kroger)

## Europe: Updated launch timing shifts to November
- New Product "certification": 3-4 weeks from time of notification
- Card printing: 6-8 weeks
- Time to shelf: 2-4 weeks

Contractual Requirements if POSA activators/retailers consider current SKU's "discontinued product":
- InComm U.S.: minimum of 45 written notice of change and "reasonable effort" for retail wind-down
- Blackhawk:  notify and transition "as soon as commercially practicable"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Potential Timeline (based on recommendation of sharing with GB sooner)

| | July | Aug | Sept | Oct/Nov/Dec |
|---|---|---|---|---|
| **US/Canada** | **Tap the Breaks & Prepare Assets**<br><br>- Communicate to GB<br>- Deliver updated card art ASAP<br>- Review/approve print numbers<br>- Begin front of card printing<br>- Include new platforms on reprint | **Reveal Plan / Begin Transition**<br><br>- Communicate to retail/POSA activators day of announce<br>- update pricing w/activators<br><br>- Set up new UPC's<br>- Continue print run with new back of card & UPC<br>- Begin certification process on new SKU's | **Execute Plan**<br><br>- Existing cards begin selling at new price<br>- complete certification process<br>- complete initial print run | **Launch New Cards**<br><br>- OCT: begin shipping cards to warehouses<br>- NOV: new cards hit NA retail<br>- Pay GB for cost of unsold inventory (~$3.3MM) |
| **Europe** | - Tap breaks on EU launch timing<br>- Finalize contracts<br>- Approve updated pricing<br>- Update card art<br><br>- Manage launch timing expectations | - Set up new SKU's<br>- Begin certification process | - Complete certification process<br>- Begin printing cards | - OCT: complete printing<br>- NOV: launch cards in UK/DE/FR |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000247

EXHIBIT 5530-030

# Speaker Notes for Slide 28

There are a lot of variables at play that could impact the timing positively or negatively (i.e. if printers have limited capacity - it could negatively impact number of cards we could print)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000248

EXHIBIT 5530-031

## Potential Timeline (based on maintaining secrecy)

| | July | Aug | Sept/Oct | Nov/Dec/Jan |
|---|---|---|---|---|
| | **Tap the Breaks & Prepare Assets** | **Reveal Plan** | **Begin Transition** | **Launch New Cards** |
| **US/Canada** | - Update card art ASAP<br><br>- Delay larger print runs | - Communicate new pricing 8/13<br>- update pricing w/activators<br><br>- Set up new UPC's<br>- Begin certification process for cards at new price<br>- Provide players with Bonus V-BUCKS if they redeem prior to price updating? | - Existing cards begin selling at new price if activators/retailers are able to execute<br><br>- Begin print run | - NOV: ship cards if/where viable<br><br>-Q1 '21: ship new cards during Spring resets |
| **Europe** | - Tap breaks on EU launch timing<br>- Finalize contracts<br>- Approve updated pricing (internal)<br>- Update card art<br><br>- Manage launch timing expectations | - Begin certification process | - Begin printing cards<br>- Begin certification process | - OCT: complete printing<br>- NOV: launch cards in select retailers<br><br>Note: delay could push some key retailers (i.e. Rewe) to Spring 2021 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000249

EXHIBIT 5530-032

# Speaker Notes for Slide 29

Given the volume of cards - it will probably take more than 8 weeks to reprint all NA channel inventory.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000250

EXHIBIT 5530-033

# PROJECT LIBERTY - Proposed POSA Pricing Changes (USD)

|  | Tier 1 | Tier 2 | Tier 3 | Tier 4 |
|---|---|---|---|---|
| Proposed Digital Price | $7.99 | $19.99 | $29.99 | $79.99 |
| Digital V-Bucks | 1,000 | 2,800 | 5,000 | 13,500 |
| Digital Breakdown | 1,000 | 2,000 + 800 Bonus | 4,000 + 1,000 Bonus | 10,000 + 3,500 Bonus |
| Digital Price per V-BUCK | $0.0080 | $0.0071 | $0.0060 | $0.0059 |
|  |  |  |  |  |
| POSA Price (no change) | $8 | $20 | $30 | $80 |
| Proposed POSA V-Bucks | 1,000 | 2,800 | 5,000 | 13,500 |
| POSA Breakdown | 1,000 | 2,000 + 800 Bonus | 4,000 + 1,000 Bonus | 10,000 + 3,500 Bonus |
| POSA Price per V-BUCK | $0.0080 | $0.0071 | $0.0060 | $0.0059 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000251

EXHIBIT 5530-034

# APPENDIX

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000252

EXHIBIT 5530-035

# Next Steps - July 1

1. Strengthen timeline to ensure nothing missing - update coming tomorrow (Cameron/Alec)
   a. Validate integrated dev schedule (Nikdel, Grant, Diaz)
   b. Validate integrated comms schedule (MattW/NickC)
2. Scenario planning breakdown (Ed/Alec/Cameron)
3. **REDACTED FOR PRIVILEGE**
4. Update and refine Comms plan (MattW/NickC)
   a. Including addition of pre-seeding key press in US and EU
5. Solidify details (dates, contacts, talking points) around outreach to first parties, OEMs, mobile carriers (Cameron/NateN/Hans/AlecS)
   a. Will be an ongoing discussion starting with kickoff on Thursday
6. Update pricing proposal based on feedback (NateA)
7. SAC team crafting messaging to confirm 0 impact for affiliates (DevinW)
8. Confirm console-synchronized price change operational process (Emu)
9. POSA proposal updates (Wes)
10. Setup weekly sync for all work streams with formal task tracking when we return from break (Emu)
    a. May include smaller group meetings more frequently closer to key moments

EPIC_GOOGLE_04000253

EXHIBIT 5530-036

# Communications Phase 1: July - August

### 1. Define our Cause

- **Create our Policy Points and Establish them Publicly:** Work with comm's team and Greenbrier to create a list of advocacy points to establish a . "Get rid of the tax!" along with some additional issues to avoid a one-dimensional argument.
- **Research Positions and Support them with Media:** Work with Greenbrier and the newly formed coalition to develop research to help establish our position (Are prices too high? Do players care about developers?), then seed with press and run ads to help generate awareness around our positions.

### 2. Establish a 501c4 Organization to Advocate on Behalf of Our Policy Issues

- **Work with Established Providers:** Partner with Greenbrier to help manage the organization. This will take one to two months to get started, and require $80K - $100K to get the coalition initially funded, with an expected life of project cost between $400K - $700K.
- **Create a Broad Coalition:** We need to fight with our friends. Epic is not sympathetic, but for all of the developers that suffer from these attacks, they are sympathetic. This includes all of our gaming and app partners who are losing out due to unfair platform/pricing practices.

### 3. Create the Sustain Campaign

- **Build the Press Cycle for Alternate Perspectives:** Create messaging materials and stories to ensure we're not the only voice in the cycle, and the conversation is much larger. When it comes to the press, that results in more neutral to positive coverage.
- **Amplify Policy Developments**: Move the conversation from a one-dimensional legal battle to something bigger. The coalition is in a position to advocate for these stories over and over. Talk about the developments of any individual member or policy.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000254

EXHIBIT 5530-037

# Communications Phase 2: August - February

### 1. Campaign Kickoff with Action Initiative

- **Hotfix Update:** TBD.
- **Coalition Announcement:** Work with Greenbrier and the newly formed coalition to develop research to help establish our position (Are prices too high? Do players care about developers?), then seed with press and run ads to help generate awareness around our positions.

### 2. Earned Media Efforts

- **Earned Media:** Traditional public relations where we use the press to apply pressure and drive support. External communications will follow a two-week cadence where we create news through an inflection point every two weeks, and then generate continued press on that point through a 14-day tail.
- **Multiple Audiences:** The communications strategy focuses on, exhausts and moves on with three distinct audiences (press, consumers & policy makers) to influence the groups most likely to have an impact on Apple/Google.

### 3. Paid Media Efforts

- **Paid Media:** Influencing the general public on an issue as well as building a game-changing supporter list requires consistent marketing targeted at likely supporters and opponent detractors.
- **Petition:** The most effective way to demonstrate consumer support on an issue (and the fastest way to get consumers to take action) is to direct them to sign a petition. We will target out digital advertising to both function as a push/pressure campaign and elicit participation on the petition. Reaching significant petition signers, hundreds of thousands to millions is entirely based on the length of the marketing campaign and reach of the spend.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000255

EXHIBIT 5530-038



*Console RMT store showing discounted prices*

BACK

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Speaker Notes for Slide 35

How to make players aware that they are getting the discounted price?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000257

EXHIBIT 5530-040



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Speaker Notes for Slide 36

How to make players aware that they are getting the discounted price?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000259

EXHIBIT 5530-042



*RMT offer that includes multiple items.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# PROJECT LIBERTY - Proposed POSA Bonus Changes

| | Tier 1 | Tier 2 | Tier 3 | Tier 4 |
|---|---|---|---|---|
| Proposed Digital Price | $7.99 | $19.99 | $32.99 | $81.99 |
| Digital V-Bucks | 1,000 | 2,800 | 5,000 | 13,500 |
| Digital Breakdown | 1,000 | 2,000 + 300 Bonus | 4,000 + 1,000 Bonus | 10,000 + 3,500 Bonus |
| Digital Price per V-BUCK | $0.0080 | $0.0071 | $0.0066 | $0.0061 |
| | | | | |
| POSA Price (no change) | $10 | $25 | $40 | $100 |
| Proposed POSA V-Bucks | 1,250 | 3,500 | 6,000 | 16,400 |
| POSA Breakdown | 1,000 +250 Bonus | 2,0000 + 1,500 Bonus | 4,000 + 2,000 Bonus | 10,000 + 6,400 Bonus |
| POSA Price per V-BUCK | $0.0080 | $0.0071 | $0.0067 | $0.0061 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000261

EXHIBIT 5530-044

| Project Liberty Initiatives Tracker | | | | |
|---|---|---|---|---|
| **Pre Launch (6/1 - 8/13)** | | | | |
| **Objective** | **Started** | **Timeline/Deadline** | **Owner** | **Status** |
| **Communications** | | | | |
| Resource the Corporate Comm's Team | ☑ | 6/1 - 7/15 | MattW | Conducted interviews with Tera Randall and Julia Gaynor. Gained approval for additional PR Manager role, looking to staff with Steve Ruygrok to free up additional NickC bandwidth. |
| Secure Marvel Season / Subscription Partnership Deals with Signed LOI's | ☑ | 6/1 - 8/1 | MattW/NateN | Met with Spotify, Disney+, and Apple Music to discuss sub partnerships. In discussion with Disney+ around Season 14 offer. Netflix meeting week after break. |
| Prepare Coalition Kickoff Materials | ☑ | 6/15 - 7/15 | MattW/LaneK | Completed "Coalition Standup" strategy document in coordination with Greenbrier. Seeking approval on initiation and funding of the coalition. |
| Create First Pass at Launch Comm's Calendar | ☑ | 6/15 - 7/15 | LaneK/NickC | Constructed high-level beat calendar to review how we go-to-market with an ongoing communications cadence for review. |
| Epic Vision Statements and Pre-Launch Comm's Calendar | ☐ | 6/15 - 7/15 | LaneK/NickC | Construct pre-launch messaging materials that clearly outline Epic's vision and strategic objectives surrounding Project Liberty efforts. |
| Initial Announcement Communication Materials | ☑ | 6/15 - 8/1 | NickC/MattG LaneK | First pass at Fortnite blog announce communications have been constructed. |
| Social Calendar and Content Plan | ☐ | 7/15 - 8/1 | ManaD/MattG LaneK | Need to construct a social media calendar and content plan for launch and post-launch messaging amplification. This will fall out from the Launch Comm's Calendar. |
| **Finance** | | | | |
| Financial Forecasts and Economic Impact Assessment | ☑ | 6/1 - 7/15 | DaraL | Dara, Paul and Nate have conducted initial analysis of potential financial implications of Project Liberty. More data is needed and has spurred the creation of a series of tests. |
| V-Buck Repricing Sensitivity Test | ☑ | 6/1 - 7/15 | PaulI/NateA | We are currently conducting a pricing test in Denmark and Sweeden and are beginning to compile initial data on changes to purchasing habits. |
| Reload V-Bucks Price Elasticity Test | ☑ | 6/1 - 7/15 | PaulI/NateA | We are rolling out a new 100-tier V-Buck pricing test in Italy to determine the incremental impact of product SKU availability while limiting potential downside effects. |
| Support-A-Creator Program Impact | ☑ | 6/1 - 8/1 | DevinW/NateA | Reviewed Support-A-Creator V-Buck to dollar conversion rates to make sure they are compatible with Project Liberty efforts. |
| Subscription Impact | ☑ | 6/15 - 7/15 | PaulI/NateA | Reviewed the subscription pricing and content offerings to make sure they are compatible with Project Liberty efforts. |
| **Development** | | | | |
| Sustainable Platform | ☑ | 8/13 | AndrewG | Development team is targeting a single platform update holdout test on Google Play with the 13.30 build at 13.40 release (8/4) known as the Sustainable Release Plan. |
| Independent EGS/GP Test | ☐ | 7/21-8/13 | AndrewG | Test release of independent Android builds across EGS/GP - required for Sustainable Platform |
| Payment System Hotfix Tech Integration | ☑ | 7/31 | DavidN | Include all tech needed to HF the new payment flow in 13.40 (Live Aug 4, Submitting July 31) |
| Verify Web Payment Flow | ☑ | 7/17 | DavidN | Enable and verify web payment flow on iOS (in progress) |
| Support Multiple RMT Storefronts | ☑ | 7/17 | DavidN | Extend catalog code to support multiple RMT storefronts (almost complete) |
| Gauge Detectability | ☐ | 7/24 | DavidN | Reverse engineering pass on binary to gauge detectability (not started) |
| Infosec Evaluation | ☐ | 7/24 | DavidN | Allow infosec to attempt to hack the hotfix code and reveal the intent (not started) |
| Payment UI Integration | ☐ | 7/17 | PhilB | Complete integration of the new payment UI flow |
| Complete Payment UI Design | ☑ | 7/15 | DerekD | Finalize the payment flow UI in order to be ready for integration (including language, saving preferences, console messaging, copy, ordering and branding) |
| **First Party/Partnerships** | | | | |
| Finalize comms plan | ☑ | 7/17 | NateN/HansS/C ameron/Alec | Lock all external comms plans for any first party/partner outreach |
| Initiate console price changes | ☐ | 8/11 | EmuS | Begin process of changing prices in order to be complete by 8/13 HF |
| **Legal** | | | | |
| Payment UX Language Approval | ☐ | 7/15 | DerekD/Gena | |
| Legal signoff on FP/Partner comms | ☐ | 7/16 | NateN/Camero n/Gena | **REDACTED FOR PRIVILEGE** |

Link to Initiatives Tracker

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_04000262

EXHIBIT 5530-045

# Scenario Planning (WIP)

Breakdown of Mobile First Party responses to HF-on competing payment methods

| Scenarios | 1: HF Ignored | 2: HF Ack'd - Deadline for Compliance Issued | 3: Content Updates Blocked, no appeals remain | 4: FN Removed from App Store |
|---|---|---|---|---|
| Mobile First Parties Offer | They do not acknowledge that FN has turned on competing payment methods | They issue deadline for compliance that triggers automated removal if app is not compliant by the stated deadline (example: Houseparty) | They block further content updates but allow bug fixes until the app becomes compliant - no deadline is issued (example: Hey app) | Cert team will provide feedback that they need to review a compliant update in order for FN mobile to appear in their store again |
| Epic's Response | •    Take no action | •    Appeal | •  App enters "Sustainable Platform" state<br>•  Community emphasizes savings from Epic Direct Payment<br>•  PR statement saying we believe A&G do not have the legal right to deny players savings | •  Community emphasizes A&G blocking savings from new payment methods would have gone to the player<br>•  In case of protracted battle, issue refunds to players that cannot play<br>•  PR issues statement saying A&G removed the app because Epic wanted to offer cheaper payment platforms to players |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY