

P&E 2021 Annual Plan
# Play Sandbox

PRIVILEGED AND CONFIDENTIAL

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



GOOG-PLAY-000338400.R

**EXHIBIT 5641.R-001**