

# Lion Force Strategy

## Pitch Document - WIP

## June 2018



Authors: Karthik Moorthy, Ka Kui Cheng Ye. Contributors: Greg Hart

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



**EXHIBIT 5653.R**

**EXHIBIT 5653.R-001**

GOOG-PLAY-000375525.R

**Slide 1**

**1**        Replace grainy image
           Ka Kui Cheng Ye, 7/5/2018

**EXHIBIT 5653.R-002**

GOOG-PLAY-000375526.R

Contents :



1. What's happening in gaming?

2. How are we doing in gaming?

3. What are our competitors' gaming strategies?

4. What opportunities do we have?

5. How do we capitalize on these opportunities?

2

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-003**

GOOG-PLAY-000375527.R

# Gaming has grown into a $130+ Bn industry, larger than music and movies combined

**Gaming will continue to grow rapidly with a 10.3% CAGR until 2021**

Projected global consumer spend (2017-2021) by device type



**Mobile gaming is already the largest segment and the fastest growing with a project 29% YoY growth rate**

2018 global consume spend by device type



**Gaming is larger than both music and movies industries combined**

2018 global revenue by entertainment industry



Video game revenues above are defined as revenue generated by developers from consumer spending on games. It does not include:
- Advertising
- Hardware and peripherals
- B2B services, such as cloud infrastructure

Sources: Newzoo 2018 Global Games Report, Statista Movie Industry (Box office revenue), Statista Music Industry

**EXHIBIT 5653.R-004**

GOOG-PLAY-000375528.R

**Slide 3**

2        Breakdown mobile spend between iOS and Android
           Ka Kui Cheng Ye, 7/11/2018

1        Karthik Moorthy ████@google.com
           Will be helpful to see split by business model (F2P vs. Ads vs. Upfront Payment vs. Gaming subscriptions etc.) and CAGR for each.
           Arvind Sharma, 7/11/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-005**

GOOG-PLAY-000375529.R



# This accelerated growth of games has led to a complex gaming ecosystem...

**Upstream**

| Developers/Publishers | **Tools/Capabilities:** Game engine, kits, Telemetry, feedback, QA, Beta testing, funding etc | **Categories:** Mobile/AAA/Console |
| Distribution | Console Store / PC Stores | App Stores |

**Consumption**

| | Gamers |
| Hardware | Console / PC / Mobile / Emulators, Peripherals, TV |

**Lifecycle Engagement**

| Discovery | **Social:** friends, family, social media | **Ads:** search, video, display | **In Store:** early access, editorials, pre-reg etc | **Video:** streamers, followers, influencers | **Chat:** in-game, 3rd party app, guild/groups |
| Choice | **Tech Specs:** graphics, latency | **Gameplay:** strategic depth, fun to play... | | |
| Immerse | **LiveOps:** compete, uplevel, points | **Community:** tip, uplevel skills | | |
| Payment | **Gameplay:** IAP, premium, subscriptions, P2P trading | **Fan:** tipping, sponsorship, special access | **FOP:** CC, GC, ewallet |
| Reward | **Loyalty:** points, cashback, in-game items | **Real World:** shopping, merchandise, stickers |
| Events | **Community Events:** Gamescom, E3 | **Competitive Events:** tournaments, sponsors, ads |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-006**

GOOG-PLAY-000375530.R

## … with multiple trends happening in parallel across the ecosystem (1/2)

**Upstream**

**Developers/Publishers**

- **AAA/Console devs** are rapidly **moving to mobile, as console and PC users expected to spend more time on mobile**
- ~10 conglomerates/top 50 games will drive vast majority of games revenue. Taste for high quality experiences will continue to rise, increasing development costs
- Critical to de-risk development (funding, testing, fully functional early access. Top devs pursue more IP acquisition, cross-platform)
- With increased concentration of revenues and higher cost of release, developers may look at disintermediating play and go direct to consumer

- Local publishers are already disintermediating Play by providing devs with local FOPs, targeted marketing, and insights to promote games locally (e.g., VNG in Vietnam)
- **Larger players like FB, Snap, Line,** etc. increasing investment in gaming, adding another layer of disintermediation

**Distribution**

- **Play** is still leads in downloads, but **constrained in high fidelity gaming**
- **Cross platform** cloud **streaming** and Netflix type services **actively being experimented by other players**

**Consumption**

**Hardware**

- **Emulators are seeing a huge spike** with the rise of RPG games in mobile (~$1.2B in Play)
- Multiple hardware innovations coming to market (**Switch, Gamevice,** next gen consoles, etc.)
- **Android device fragmentation** is resulting in loss of simship on high fidelity gaming
- **Console vertical integration** is resulting in fragmented user experience and ecosystem lock-in
- Apple will continue to lean on exclusives strategy and incentives to lock up new releases

- Games evermore important IP for other forms of entertainment (e.g., movies, books, etc..)?

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-007**

GOOG-PLAY-000375531.R

**Slide 5**

3   Most dangerous trends...
    Ka Kui Cheng Ye, 7/10/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-008**

GOOG-PLAY-000375532.R

# ... with multiple trends happening in parallel across the ecosystem (2/2)

**Lifecycle Engagement**

| | |
|---|---|
| **Discovery** | • **Social** (FB, YouTube, etc.), Ads, and PC/Console stores are **primary forms of discovery** |
| **Choice** | • Game choice is based on tech specs and game depth. Mobile is beginning to catch up to PC/Console with increasing AAA titles, but Android not positioned to capture this flow |
| **Immerse** | • Game communities are centered around video/spectating/observing others and games are building these into their experiences<br>• **Currently, hard for users to stream video on Android, resulting in low mobile game content in YouTube,** while Twitch is exploding with PC/Console game content |
| **Payment** | • **Skew towards HVUs** in mobile paying users, unlike a **more healthy ecosystem in Console/PC** |
| **Reward** | • **No meaningful loyalty program in mobile**, but multiple aggressive players (e.g., AMZN) |
| **Events** | • **Mobile esports in the cusp of mainstream** and ecosystem in millions of dollar in value |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-009**

GOOG-PLAY-000375533.R

Slide 6

1          can we see if we get more data on how each of these is popular in gaming..e.g., twitch # of video and watctime etc

Ka Kui Cheng Ye   google.com

Karthik Moorthy, 7/5/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-010**

GOOG-PLAY-000375534.R



# In a nutshell, gamer lifecycle engagement is key to future growth

## Ecosystem

**Upstream**
- Developers/Publishers
- Distribution

**Consumption**
- Hardware

**Lifecycle Engagement**
- Discovery
- Choice
- Immerse
- Payment
- Reward
- Events

## Revenue Model

Core concentration of gaming revenue pools

Hardware sale revenues

Direct revenue streams
- Ads

Indirect benefits
- Engagement (DAU/MAU, watch time, downloads, etc.)
- Leading monetization indicators (%FOP enabled)
- Loyalty (RUC)

## Ecosystem Dependencies

Shaping and owning the life cycle engagement and consumption modalities provides the base required to:

- Stay relevant to developers
- Remain platform of choice for gamers
- Path to maintain and increase revenues in gaming
- Leverage data and insights to monetize other complementary businesses (Ads, Ecommerce, Hardware, etc.)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-011**

GOOG-PLAY-000375535.R

**Slide 7**

4          Potentially revisit
                      Ka Kui Cheng Ye, 7/9/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-012**

GOOG-PLAY-000375536.R

Contents :

1. What's happening in gaming?

2. How are we doing in gaming?

3. What are our competitors' gaming strategies?

4. What opportunities do we have?

5. How do we capitalize on these opportunities?

8

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-013**

GOOG-PLAY-000375537.R

# Android is by far the most popular mobile gaming platform by users, while Play accounts for an overwhelmingly majority of downloads

**With over 300M units sold in Q1'18, Android has ~ 84% market share in smartphones**

Global smartphone sales by OS (in million units)



**Accordingly, Play accounts for ~75% of all app and games downloads**

2017 Apps & Games downloads by platform



**Play is larger by revenue than some of the top gaming companies, including EA, Nintendo, and Bandai Namco**

2017 revenue by gaming company




*Play rev is from gaming only and exclude apps

Sources: Newzoo 2018 Global Games Report, Statista Smartphone Sales, Newzoo 2017 Revenue by Company

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-014**

GOOG-PLAY-000375538.R

**Slide 9**

5          Look into Amazon
           Ka Kui Cheng Ye, 7/9/2018

2          Can we get revenue and user numbers by platform for top 50-100 gaming companies?
           It will be helpful to know which titles and developers make the most money today.
           Arvind Sharma, 7/11/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-015**

GOOG-PLAY-000375539.R

# While Play has grown to ~$6Bn gaming business in 2018 (forecasted), the revenue is coming from a tiny fraction of users, ~1.2% of Play active installs

**Play has grown from a $0.7Bn business in 2013 to $6Bn in 2018 (~53.7% CAGR)**

Play revenue over the last 5 years



**However, our user install base has remained steadily at 1.2%, presenting a concentration issue**

% Buyers (of Play active installs)



Sources: Play Dasnav Revenue, Play Dasnav % Buyers

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-016**

GOOG-PLAY-000375540.R

**Slide 10**

| 8 | Apple vs. Google... HFG lower on Android vs. Apple (130M vs. 400M) |
| | Ka Kui Cheng Ye, 7/9/2018 |

| 6 | Opportunity of gamers vs. buyers... 70% of buyers are gamers |
| | Ka Kui Cheng Ye, 7/10/2018 |

| 7 | Warning signs and their numbers |
| | Ka Kui Cheng Ye, 7/11/2018 |

| 3 | buyer? |
| | Arvind Sharma, 7/11/2018 |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-017**

GOOG-PLAY-000375541.R



## To make matters worse, Google has multiple assets across the value chain, but no cohesive gaming strategy to engage the gamer lifecycle

**EXHIBIT 5653.R-018**

GOOG-PLAY-000375542.R

**Slide 11**

**1**     ads are a form of payment as well
Tian Lim, 7/16/2018

**2**     only deliver rewarded ads to non paying segments.  like me.
Tian Lim, 7/16/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-019**

GOOG-PLAY-000375543.R



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-020**

GOOG-PLAY-000375544.R



# Hit-driven success, piracy, and discoverability issues have made it hard to make a business in premium

By contrast, revenue generated by game sales on Steam grew from 1.5B to 4.3B USD from 2014 to 2017*

Sources: Statista.com, Appanie

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-021**

GOOG-PLAY-000375545.R

**Slide 13**

4          Legend is the same as previous slide - maybe you meant Paid Games?
           Arvind Sharma, 7/11/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-022**

GOOG-PLAY-000375546.R

## Consequently, developers expect more from us to justify our 30% fee

| Top Developer Concerns | Top Product Asks |
|---|---|
| **Open beta + Early Access:** Developers confused between Open Beta and Early Access, contributing to confusing UX | • **Store Asks:**<br>  ○ Remove fake reviews<br>  ○ More granular insights on Store traffic (e.g., source, return users, etc..)<br>  ○ Dynamic store listing page - show a different app landing page on Play depending on user segment or traffic source<br>  ○ Predictive analytics capabilities to avoid "cold start" |
| **Pre-registration:** Works best for big IP titles or indies with existing communities, or for devs with $$$$ marketing budgets | • **Play Console asks:**<br>  ○ Improve device targeting on Play Console<br>  ○ App distribution management tools, similar to Hockeyapp<br>  ○ Ability to set up and run content/LiveOps specific to each user country/region without different APKs or servers<br>  ○ More flexible IAP prices for Emerging Markets |
| **Strategic Merchandising / Editorial:** Support largely limited to big-name developers and/or IP | • **Better YouTube and Play integration (e.g., "Install Now")** |
| **LiveOps Cards:** Limited release and No data / ROI tracking | |
| **Commerce Solutions:** Unseen hero for developers (DCB, security, anti-fraud, etc.) | |
| **PREX:** Store algorithms seen as a black box. Store is spammy, promotes clones and fast-follow ons | |
| **Editorial Sales:** In order to participate in store sales, developers are required to discount at high (sometimes dangerous) levels & change their app icon | |
| **Device Fragmentation:** Costly to test and manage with little/insufficient tools from Android. Emulators now popular across TW, CN, and KR. Game revenue growth in China | |
| **Vulkan / GLES:** Only big-name developers get bespoke engineering help. High cost of maintaining graphics stacks | |

- Copy: https://docs.google.com/spreadsheets/d/1M5ZKEg4V8qxejuEaSblkg5KmUOgAjU_KYaLU13Tv7_k/edit#gid=1578320996

- Original: https://docs.google.com/spreadsheets/d/1-QeT7iX1-boGVPJCz2Wf5zHnYm4ptm1aw5p4HZbEDPk/edit#gid=1578320996

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-023**

GOOG-PLAY-000375547.R

**Slide 14**

---

9   which developer framework from greg/arvind? games of tomorrow deck or growth consulting deck? I don't see a dev framework on either. can you copy/paste the slides you meant?
    Ka Kui Cheng Ye, 7/7/2018

10  check out slide 11 and slide 12, which graphically present the pressure devs face. I also create this slide with concerns and asks, but I'm thinking slide 11 and 12 tell the story we need for now and we can move this one down.
    Ka Kui Cheng Ye, 7/7/2018

2   Ka Kui Cheng Ye @google.com i would like to another dimension of insights from dev consulting deck on what aspects are important to developers (insights, deriuking, cloud , experimentation etc)... in addition to the frustration points.. maybe total 2 slides.. take points from the developer framework greg/ arvind had
    _Reassigned to Ka Kui Cheng Ye_
    Karthik Moorthy, 7/8/2018

3   https://docs.google.com/presentation/d/1aNLWQlyVzF2et9w8S8MK9bGL6LAKbMCYsAbYee71Y8o/edit#slide=id.g3bf675295e_30_22
    Karthik Moorthy, 7/8/2018

1   Ka Kui Cheng Ye  google.com  Karthik Moorthy  google.com

    One of the things I heard when doing the dev / pub interviews for value chain was that the little guys need more help with analytics / data science. They simply can't match the big guys here anymore and its impacting their ability to drive monetization
    _Assigned to Ka Kui Cheng Ye_
    Ashnil Dixit, 7/9/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-024**

GOOG-PLAY-000375548.R

## Contents :

1. What's happening in gaming?

2. How are we doing in gaming?

3. What are our competitors' gaming strategies?

4. What opportunities do we have?

5. How do we capitalize on these opportunities?

15

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-025**

GOOG-PLAY-000375549.R

# Why is everyone trying to win in gaming? Because gamers represent a core valuable demographic of young and engaged users

| **Core Millennials** | **Growth** | **Hard to Reach** |
|---|---|---|







**Core Millennials**

Average gamers are millennials with an age of 31

Gamers by age

57% Millenials and Gen Z

- 10-20 yrs
- 21-35 yrs
- 36-50 yrs
- 51-65 yrs

Sources: Statista_Gamer_Age_Distribution, Statista_Gamer_Growth

**Growth**

Worldwide number of gamers is expected to grow at 5.14% CAGR in the next 3 years

Active video gamers 2014-2017 (in millions)

1 815   1 958   2 080   2 210   2 541   2 471   2 600   2 725

2014  2015  2016  2017*  2018*  2019*  2020*  2021*

**Hard to Reach**

Fragmented across many different sites, apps, titles

**TV not magic bullet**
- 18-25 watch esports as much as hockey
- 190M watch esports regularly
- Only 4 hrs watching broadcast TV; 8 hrs gaming

**Skeptical of advertising**
- 78% of fans would pay to skip ads
- Avid ad-blockers

- Credit goes to Dan Song's eSports slides

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-026**

GOOG-PLAY-000375550.R

**Many tech companies have a cohesive gaming strategy to reach the target demographic and grow their core business… but what is ours?**



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-027**

GOOG-PLAY-000375551.R

# Amazon is investing in a full suite of products for developers and users across the entire stack that collectively reinforce their ecosystem value and retail business



**Amazon key gaming assets & strategy**

1. **AWS/Lumberyard/Gamesparks:** Backend infrastructure and tools for game development
2. **Twitch/Curse:** Central gaming platform for users and source for new Prime subscriptions
3. **Hardware:** Fire Tablet and Fire TV as distribution points for the Amazon Appstore, an alternative to Play with Amazon Coins for loyalty and discounts
4. **Retail:** Cross-section between developers and gamers, uniquely positioned to blend physical retail with digital offers to gamers (e.g. toys that unlock game content)

**How they threaten Google**

- Become the preferred platform for developers as they can build (AWS and Lumberyard), reach and engage users (Twitch), and sell through Amazon
- Continue to shift eyeballs from YouTube to Twitch
- Disintermediate Play by continuing to provide discounts to HVUs via the Amazon Appstore and doubling down on their Fire devices to provide more surfaces on which to sell mobile games

- https://docs.google.com/presentation/d/1QGKh1Uw64RySwguIRoGiqeR4k947EKMuhfV4wSpINGI/edit#slide=id.g22d8a790a0_0_6

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-028**

GOOG-PLAY-000375552.R

# Capitalizing on their PC & console assets, Microsoft can shift into mobile gaming through their cloud-based business



## Key gaming assets

- **Azure:** Backend infrastructure for game developers
- **Hockeye:** Platform for developers to tract performance of mobile apps and games
- **Microsoft Studios:** Publishes major IPs, including Minecraft, Halo, and Age of Empires, and Gears of War
- **Retail:** Microsoft and Xbox Store
- **Windows:** Leading PC OS and preferred platform for PC developers and gamers
- **Xbox:** One of the leading consoles
- **Skype:** Communication platform

## How they threaten Google

- Circumvent Play Store if Xbox/Windows cloud gaming takes off. Provide users with a platform agnostic, PC/console/mobile cross-play
- Leverage their IP to offer exclusives or early access in their mobile cloud gaming platform

- https://docs.google.com/presentation/d/1QGKh1Uw64RySwguIRoGiqeR4k947EKMuhfV4wSpINGI/edit#slide=id.g22d8a790a0_0_6

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-029**

GOOG-PLAY-000375553.R

**Slide 19**

**11**        MSFT next-gen consoles
             Ka Kui Cheng Ye, 7/11/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-030**

GOOG-PLAY-000375554.R

# Apple could become the default preferred mobile gaming with continued investments in HFG and their operations in China



## Key gaming assets

- **App Store:** #1 app store by revenue and consumer spend
- **Xcode:** Preferred dev tools for mobile game development
- **iOS:** Quickly becoming the preferred platform
- **Mac OS:** Rumored to support iOS apps and games soon, increasing the surfaces for mobile games and reinforcing ecosystem value to users
- **Game Center:** Community of mobile gamers

## How they threaten Google

- Not necessarily a cohesive gaming strategy
- Reinforce both business and increases value to users
- Shifting towards merging iOS and MacOS, further converging their PC and mobile gaming businesses
  Gamers, and HVUs in particular, will churn from Android to iOS
- Developers develop more and more on iOS first, creating an exclusive or early launch advantage for iOS

- https://docs.google.com/presentation/d/1QGKh1Uw64RySwguIRoGiqeR4k947EKMuhfV4wSpINGI/edit#slide=id.g22d8a790a0_0_6

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-031**

GOOG-PLAY-000375555.R

# Tencent is consolidating the industry by aggressively investing in popular PC, console, and mobile gaming IP and expanding across the value chain



**Key gaming assets**
- Games: Fortnite, PUBG, League of Legends, Arena of Valor, Clash of Clans, Miniclip
- WeChat: #1 leading social platform in China
- WeChat Pay: One of the leading payment platforms in China, and increasingly SEA
- Tencent Gaming Emulator: Distribution for mobile games in PC

**How they threaten Google**
- Negotiating power
- Supplant distribution through WeChat
- Capture key Emerging Markets (e.g. SEA)

- https://docs.google.com/presentation/d/1QGKh1Uw64RySwguIRoGiqeR4k947EKMuhfV4wSpINGI/edit#slide=id.g22d8a790a0_0_6

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-032**

GOOG-PLAY-000375556.R

# Coming from their strength on PC distribution, Valve can leverage its IP and brand to start making inroads into mobile gaming



**Key gaming assets**
- Games: CS:GO, Dota 2, Half-Life, Portal, Left 4 Dead, TF2
- Steam: #1 PC game distributor
- Steam Cloud: Play PC games on mobile

**How they threaten Google**
- Steam gaming app

- https://docs.google.com/presentation/d/1QGKh1Uw64RySwguIRoGiqeR4k947EKMuhfV4wSpINGI/edit#slide=id.g22d8a790a0_0_6

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-033**

GOOG-PLAY-000375557.R

**Slide 22**

---

**12**      300 people... no strategy
Ka Kui Cheng Ye, 7/11/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-034**

GOOG-PLAY-000375558.R

# There are multiple potential players also investing in the mobile gaming space



**Next Generation Consoles:** Next gen will be the last gen of consoles. Nintendo and Sony could also following something similar and launch a cloud gaming business with their IPs.

**Nvidia GeForce Now:** Cloud gaming

**Facebook Gameroom and Messenger:** Leverage Facebook's users to capitalize on gaming

**Discord:** #1 gamer communication platform

**Razer Lynda:** Merging of PC and mobile devices

**Bluestacks:** #1 mobile to PC gaming emulator with ~50M MAU

- https://docs.google.com/presentation/d/1QGKh1Uw64RySwguIRoGiqeR4k947EKMuhfV4wSpINGI/edit#slide=id.g22d8a790a0_0_6

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-035**

GOOG-PLAY-000375559.R

# The good news is that we have multiple desirable assets within the gaming ecosystem

**EXHIBIT 5653.R-036**

GOOG-PLAY-000375560.R

**Slide 24**

---

**13**        Insert Nvidia GeFroce Now, FB Gameroom
              Ka Kui Cheng Ye, 7/9/2018

**14**        Skip for now: move to different section
              Ka Kui Cheng Ye, 7/10/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-037**

GOOG-PLAY-000375561.R

Contents :

1. What's happening in gaming?

2. How are we doing in gaming?

3. What are our competitors' gaming strategies?

4. What opportunities do we have?

5. How do we capitalize on the opportunities?

25

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-038**

GOOG-PLAY-000375562.R

## Key principles we will follow for Google to win in Gaming (WIP)

### USER

- Make **gaming for everyone** — not just gamers, but also **viewers** and **fans**
- **Breakdown the silos** — enable users to play anytime, anywhere, and on any device
- **Establish Google** as the **destination** for **end to end gaming**
- Drive **responsible gaming**, not addictive behavior

### DEVELOPERS

- **Make game development for everyone** — not just mobile majors / AAA
- Give **devs tools needed to own their destiny** and engage users across lifecycle
- **Make paying for gaming as common as Netflix**. Re-establish premium and introduce subscription pricing while keeping freemium

### PLATFORMS

- Android has best in class capabilities **designed and built** for superior gaming
- **Get Google 1P products to collaborate** rather than compete for gamer time
- Set up platform to **drive hardware innovation at scale for gaming**
- **Not focus on IP ownership, but focus on user journeys and engagement moments**

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-039**

GOOG-PLAY-000375563.R

# We envision a future where Google delivers a compelling end to end experience for users

Placeholder for end-to-end Google gaming strategy (users or dev)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-040**

GOOG-PLAY-000375564.R

**Slide 27**

**15**        Redesign
             Ka Kui Cheng Ye, 7/9/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-041**

GOOG-PLAY-000375565.R



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-042**

GOOG-PLAY-000375566.R



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-043**

GOOG-PLAY-000375567.R



# We already have a long list of ideas across each section

- Enhance current 1P assets (green)
- Build new 1P assets (orange)
- Collaborate, Partner, Endorse (gray)

**Upstream**
- Developers/Publishers
- Distribution

**Consumption**
- Gamers
- Hardware

**Lifecycle Engagement**
- Discovery
- Choice
- Immerse
- Payment
- Reward
- Events

**Bolster Android Capabilities:**
- Android Initiatives

**Enable Hardware Ecosystem:**
- Certified high end devices in Android
- Emulators on Chrome and Chrome OS to enjoy Android games in PC/Laptop
- Partnership with Hardware providers like Gamevice to replicate console experience on Android

Console | PC | Mobile | Emulators, Peripherals, TV

**Enhance Play Features:**
- Hype Machine
  - Pre-reg
  - Digital pop-up
- Post-Game Ecosystem
  - LiveOps
  - eSports
  - Gamer news feed
- First Class Game Retailer
  - Trusted reviewers
  - YT linking to Play
- New business models for Google
  - Subscriptions
  - P2P trading
  - Re-established premium

**Google Games Network:**
- The experiences are at the intersection of discovery (Google Play), spectating (YouTube), and platforms that enable gameplay (Android, ChromeOS, Web, PC, iOS)
- As a cross-platform product play, users (gamers) have an open forum to engage in the "post-game" activities universal to every game (e.g., achievements, scores, access to guides/tips/walkthroughs, schedule of all upcoming in-game events/livestreams/etc.)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-044**

GOOG-PLAY-000375568.R

Slide 30

16          Karthik Moorthy    @google.com FYI latest format for the list of initiatives
            Ka Kui Cheng Ye, 7/9/2018

3           meta currency? to enable movement of sunk money between games/apps
            Tian Lim, 7/16/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-045**

GOOG-PLAY-000375569.R



- Existing user marginal revenue vs. new user revenue vs. iOS churn user revenue

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-046**

GOOG-PLAY-000375570.R

## Other Google assets also gain significantly in this process $XX and XX user gain

| | Key Metric | Methodology | Impact |
|---|---|---|---|
| YouTube | Watch Time, DAU, MAU | • Estimate # of videos (supply) with easier streaming/HFG games/etc.<br>• Estimate demand (DAU, MAU) and impact (rev in Ads as a result) | XX |
| Payments | FOP Enabled/ NPU | • Estimate increase in FOP enabled % in Android base with the introduction of a unified game experience, new business models (subscription, etc.)<br>• Calculate % increase in payment because of gaming | XX |
| Cloud | Revenue | • Estimate total infrastructure spend in gaming (from AAA, Console, Mob devs and pubs)<br>• Estimate % market share for Google based on bundled offer to devs (use Cloud pilot from Atul as base product offering and benefit) | XX |
| Ads | Revenue | • Estimate increased usage (time spent and download) by gamers in Play Store and new games network surface<br>• Estimate % increase in Ad revenue | XX |
| Shopping | Revenue | • Estimate % users who would use Google Shopping based on tight-knit loyalty program and hard bundles in key moments<br>• Estimate traffic to shopping that will be sent and impact to shopping revenue | XX |
| Comms | MAU | • Estimate PC/Console chat MAU size<br>• Estimate Projected mobile MAU size | XX |
| Chrome + CrOS | MAU | • Estimate increase in Chrome and Chrome OS usage based on emulator bundles on Android games | XX |
| Assistant | DAU, MAU | • Estimate increase in Assistant traffic, if we link Assistant to discovery in user journey design | XX |
| Others (Hardware, VR/AR, Geo) | Varies | ….. | XX |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-047**

GOOG-PLAY-000375571.R

**Slide 32**

---

17            Focus just on YT, Chrome, and Cloud is impactful enough.
              Ka Kui Cheng Ye, 7/9/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-048**

GOOG-PLAY-000375572.R

Contents :

1. What's happening with gaming?

2. How are we doing today?

3. What are our competitors doing?

4. What opportunities do we have?

5. How do we capitalize on these opportunities?

33

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-049**

GOOG-PLAY-000375573.R

# We're following systematic approach to users and impact to arrive at the final product offering

| Expansive idea list | Categorization | Impact assessment & shortlisting | User journey creation and validation | Proposed MVP and roadmap |
|---|---|---|---|---|
| • Create a **xFN, xPA team of experts** within Google<br><br>• **Source XX ideas** across the value chain in last 3 months | • **Categorize all ideas** based on core issues across the **value chain** (e.g., dev capability, sim ship needs, discovery, etc.)<br><br>• **Define metrics** that are relevant for each category<br><br>• **Identify overlapping** ideas and metric | • **Estimate impact** across each of the categories **with xFn and xPA teams**<br><br>• **Remove overlaps** across categories and **stress test the assumptions**<br><br>• **Shortlist final list of ideas which tie to the gaming vision** in a mutually exclusive and collectively exhaustive manner | • Conduct **market research and user validation** for new critical user journeys<br><br>• **Incorporate feedback** and re-validate impact | • Arrive at **MVP and roadmap** with mapped dependencies xPA<br><br>• **Align with xPA teams on priority** overall and within each PA<br><br>• **Final list of resources prepared** across PA |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-050**

GOOG-PLAY-000375574.R

## Project Lion Force Next Steps

| | |
|---|---|
| **Structure & Flow** | • Align on core framework we are using to make the TOP DOWN story in gaming<br>• Align on the flow leading up to 4 BHAGs |
| **Quant Streams** | • Agree on the estimation methodology top down (Slide 32)<br>• Finalize on estimation methodology bottom up at idea level (Slide 31)<br>• Engage xFn and xPA teams to complete assessment |
| **Working Rhythm & Next Steps** | • We would like the quant stream to go in parallel with the MVP/user journey stream<br>• Aditya, Shelby, and Ka Kui to run the quant steam<br>• Karthik and Ka Kui to work with relevant PM teams for the product answer and detailing |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-051**

GOOG-PLAY-000375575.R



# GRAVEYARD

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-052**

GOOG-PLAY-000375576.R

# Gaming ecosystem is complex

**EXHIBIT 5653.R-053**

GOOG-PLAY-000375577.R

# Framework (Strategy) + Value to Google ($/Users) + Principles (Vision) = Where We Focus



**EXHIBIT 5653.R-054**

GOOG-PLAY-000375578.R

**Slide 38**

4            framework + google assets + where to play
             Karthik Moorthy, 7/5/2018

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-055**

GOOG-PLAY-000375579.R

# Winning in gaming has multiple benefits to Google overall



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-056**

GOOG-PLAY-000375580.R

# Enhancing Android and Play capabilities presents a potential $XX and XX users upside



- Existing user marginal revenue vs. new user revenue vs. iOS churn user revenue

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-057**

GOOG-PLAY-000375581.R

# Amazon is investing in a full suite of products for developers and users across the entire stack that collectively reinforce their ecosystem value



**Key gaming assets**

- **AWS:** Backend infrastructure for game developers
- **Lumberyard:** Game engine for developers
- **Gamesparks:** Games-as-a-Service platform for developers
- **Amazon Studios:** Proof of concept to showcase how all Amazon products work together
- **Retail:** Uniquely positioned to blend physical retail with digital offers to gamers (e.g. toy that unlocks game content)
- **Appstore:** Alternative to Play with Amazon Coins with discounts
- **Fire:** Fire Tablet and Fire TV as distribution points for the Amazon Appstore
- **Twitch:** Central gaming platform for users and source for new Prime subscriptions
- **Curse:** #1 gaming community for user-generated content (e.g. wikis for games)

**How they threaten Google**

- Become the preferred platform for developers as they can build (AWS and Lumberyard), reach and engage users (Twitch), and sell through Amazon
- Continue to shift eyeballs from YouTube to Twitch
- Disintermediate Play by continuing to provide discounts to HVUs via the Amazon Appstore and doubling down on their Fire devices to provide more surfaces on which to sell mobile games

- https://docs.google.com/presentation/d/1QGKh1Uw64RySwguIRoGiqeR4k947EKMuhfV4wSpINGI/edit#slide=id.g22d8a790a0_0_6

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5653.R-058**

GOOG-PLAY-000375582.R