

Proprietary + Confidential

# *[CONFIDENTIAL]*
# Project Hug Update @ PPS

Mike Marchak, Karan Gambhir, Kara Jantzi, Lawrence Koh, Samer Sayigh, Danielle Martinak



June 19th, 2019

Google

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565172.R

**EXHIBIT 5714.R**

**EXHIBIT 5714.R-001**

 Agenda

Proprietary + Confidential

Hug Recap

Hug Rollout & Operations

How Play is Supporting Hug

Next Steps

Google

- The main purpose of this meeting is to keep the xFN Play team in the loop on Hug rollout progress and to give more details on how Play is expanding support for Hug partners.

- We'd like to use PPS as a forum for future Hug updates because it enables us to bring Product, Eng & Business teams in 1 forum.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565173.R

**EXHIBIT 5714.R-002**



GOOG-PLAY-000565174.R

EXHIBIT 5714.R-003



- I'm sure most everyone has seen this slide.  There are 4 packs as part of hug that span the critical points of a game developers lifecycle and bring the unique capabilities of Google together.

- Play serves 3 critical roles in the hug program.
- The overarching glu that coordinates the program & makes key investment decisions aligned with developer needs
- Enabling the "Launch & Grow" service pack across Commercial Ops, Marketing & BD.
- Partnership with YouTube on growing our presence in eSports

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565175.R

**EXHIBIT 5714.R-004**

 Project Hug Goals & Non-Goals

| Goal 1: Prioritize Play | Goal 2: Boost x-PA Product Adoption |
|---|---|

 

**SUCCESS METRICS**

- Launch on Play on "day 1" of mobile launch
- Co-invest in promoting Play title
- Improve game quality and device reach
- Maintain game parity across platforms
- Revenue, Play as "the" games destination

**SUCCESS METRICS**

- **GCP**: win-rate acceleration; marquee titles on GCP
- **YouTube**: mobile gaming watchtime uplift
- **Ads**: UAC growth acceleration; best practice adoption

**Goal 3: Improve Developer Sentiment**

**Non Goals:** Stop launch on other Android stores (eg: Galaxy Store), drive additional xPA integrations (eg: Stadia), close commercial deals beyond defined scope

- Here are the 3 goals outlined & approved by BC.
- For Prioritizing Play:
- Ensuring big games launch on Play on Day 1 is becoming a challenge again, so this isn't something to take for granted.
- In the event devs do launch on competing stores, ensuring they are investing in marketing for Play is critical in keeping users on Play ecosystem
- Working to improve game quality & reach earlier in the process is critical
- For Non-Goals: It is important to note that this is not an exclusivity program.  Its also important to note that we don't want to pile on xPA requirements to unlock benefits.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565176.R

**EXHIBIT 5714.R-005**

Proprietary + Confidential

# Hug Rollout & Operations

Google

GOOG-PLAY-000565177.R

**EXHIBIT 5714.R-006**

 Rollout Framework

## PLAN
*Getting the program up and running*

**Finalize developer allocations & create the contracts**
- Including program messaging, developer eligibility and criteria

**Execution level playbook** for the business to operationalize

**Set up governance meetings** by utilizing existing forums
- **GP Games Velocity** for xPA coordination & decisions
- **Play Product Steering** (?) for program direction & Play specifics

## PITCH
*Delivering pitches and signing contracts*

**Dedicated xPA Pods** responsible for pitching to developers
- **Custom developer offers** drafted based on perceived value for developer and xPA input

Dedicated xPA Pods responsible for getting contracts signed
- **Master DDA Addendum** required to participate in Hug program and addendums for specific service packs

## ACTIVATE
*Delivering the service packs*

**GTM with Service Packs**

 Frank + TI

 Sunil + Sophie

Ryan + Lester

 Brendan + Kyle

 Lawrence + Karan & John + Kara J

 Albert + Jackie

## TRACK

**Operational reporting** to measure progress toward OKRs and **program success metrics**

Private and Confidential

Google

- We are looking to roll the program out in a plan - pitch - activate - track framework.
- In the last few weeks we have focused on setting up the plumbing and processes needed to deliver all the xPA Hug deliverables, including allocating resources and creating detailed execution playbooks. We plan to use existing forums for program governance - Don's Games Velocity forum for xPA governance, and are proposing and its a question to this forum, that we use the PPS for Play specific program governance, updates and direction?
- We have created xPA teams called pods to create and align on service packs for each developer and to pitch and sign contracts.
- Activations for each PA are owned by their respective team members. Important to note that this is a massive cross Google effort to deliver for partners, but we do have senior stakeholders across PAs who are invested in the success of the program, who will help drive.
- We are now working on a detailed tracking framework to track key metrics at a program level, PA level and developer level, and you will here more on this in the next update.
- Plan - plumbing, governance
- Pitch – pods

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565178.R

**EXHIBIT 5714.R-007**

- Activation - owned by teams while we quarterback… senior sponsors across Google for execution

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565179.R

**EXHIBIT 5714.R-008**

**Slide 7**

---

**1**          what's this logo?
              Albert Cheng, 6/19/2019



- Quick view of plumbing readiness. While we have some items as red, there are mitigation plans

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



- And as you can see, teams have started getting together and preparing and making pitches. The objective is to for all 22 soft pitches, which is where we run a proposal informally buy a developer to gauge their feedback, to be done by July 2019. We will share regular progress on this with you.
- Pods kicked off - King, Niantic, Riot
- Soft pitch - Done for King, Riot, Supercell, Activision, Blizzard, set up for Tencent, Netease. More for June - TPC, Niantic, NC, Nintendo, Netmarble, SQE
- To do in July - all the rest
- Final pitch targets:
- June - Riot (done), King, Niantic
- July - Supercell, Tencent, NCSoft, Nintendo, TPC, Activision, Blizzard, Bandai, EA, SQE, Tencent, Netease, Netmarble

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565182.R

**EXHIBIT 5714.R-011**



# Partner Rollout Plan - pitch all 22 by Aug'19

Status - draft proposals completed for all, 3 pitched, 7 in progress

| App Dev Name | Build & Test | | | | Launch & Grow | | | | User Acquisition | | Community Development | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GCP Tech Advisory | GCP Credit | DevRel / DevTech | Growth Consulting | Commercial Ops | Marketing Campaign | Marketing DMF | YT Influencer Activation | UAC Credit | Ads Consults | YT Presence Grant | eSports Events or Sponsorship |
| King | X | X | | X | X | | | | X | X | X | |
| The Pokemon Company | X | X | X | X | X | X | | X | | X | X | |
| Niantic, Inc. | X | X | | X | X | X | | X | X | X | X | |
| NCSOFT Corporation | X | X | | X | X | X | X | X | X | | X | |
| Nintendo Co., Ltd. | X | X | | X | X | X | X | X | X | X | X | |
| Netmarble | X | X | | X | X | | | X | X | | | |
| NetEase Games | X | X | | X | X | | | X | X | | | |
| Tencent Mobile Internation | X | X | | X | X | | | | X | X | | X |
| SQUARE ENIX Co.,Ltd. | X | X | | X | X | | X | | X | | X | |
| Riot Games, Inc | X | X | X | X | X | X | | X | | X | X | |
| Activision Publishing, Inc. | X | X | X | X | X | | X | | X | X | X | |
| Supercell | X | X | | X | X | | | X | X | X | | X |
| Blizzard Entertainment, Inc | X | X | X | X | X | X | | X | X | | X | X |
| Electronic Arts Inc | X | X | X | X | X | | | X | X | | | |
| BANDAI NAMCO Entertainr | X | X | | X | X | | | | X | | X | |
| Com2uS | X | X | | X | X | | | | X | | | X |
| NEXON Company | X | X | | X | X | X | | X | | | | |
| mixi, Inc. | X | X | | X | X | | | | | | X | X |
| Aniplex Inc. | X | X | | X | X | | | X | X | | | |
| PEARL ABYSS | X | X | | X | X | | | | X | | | |
| Ubisoft Entertainment | X | X | X | X | X | | | | X | | | |
| Bethesda Softworks LLC | X | X | X | X | X | | | | | | | |
| **TOTAL** | 22 | 22 | 7 | 22 | 22 | 7 | 4 | 12 | 17 | 8 | 11 | 5 |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565183.R

**EXHIBIT 5714.R-012**

 Rollout - Early partner results

### Goal 1: Prioritize Play



**Textbook Hug execution** to convince mega AAA title to launch on Play

- Exemplary xPA execution & coordination

- Huge revenue potential ($500M spend over 2yrs) & signalling.

### Goal 2: Drive xPA Success



**Drive incremental ad spend** through well structured ad credits. First step in broader **ABK engagement.**

- Use top partner to streamline Ad Credits execution
- Terms drive incremental spend & **require insights sharing**

### Goal 3: Improve dev sentiment



**Mixed results** underscore Project Hug limitations

- Dev launched on Play and worked with xGoogle team to go global
- Also launched on Galaxy Store
- Mixed results in JP launch need post mortem

Up Next:  NIANTIC

Private and Confidential

Google

**EXHIBIT 5714.R-013**



GOOG-PLAY-000565185.R

**EXHIBIT 5714.R-014**



GOOG-PLAY-000565186.R

EXHIBIT 5714.R-015

## Play is building on top of Tentpole program to support Hug

- New **tiering system** to align Hug with our existing launch tiering packages

- More **customized packages** to support Hug launches

- Better **alignment on activities** across Comm Ops, on and off the store

- New **Store capabilities** (Apps Hero Card, Title Boosting, Play Points, etc)

- Unified **tracking** and **reporting**

Google

Confidential + Proprietary   14



- Tentpoles - driving the business
- Hug - driving the relationship

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

## We have a holistic approach for support across PCO functional teams

| | | A-Level | B-Level | C-Level | Ongoing |
|---|---|:---:|:---:|:---:|:---:|
| **Pre-Reg** | Merch | ✓ | ✓ | ✓ | - |
| | Growth Marketing | ✓ | - | | - |
| | Loyalty | ✓ | ✓ | | - |
| | Retail Payments | - | - | - | - |
| **Launch** | Merch | ✓ | ✓ | ✓ | - |
| | Growth Marketing | ✓ | - | | - |
| | Loyalty | ✓ | ✓ | | - |
| | Retail Payments | - | ✓ | | - |
| **Post Launch** | Merch | ✓ | ✓ | ✓ | ✓ |
| | Growth Marketing | ✓ | - | | ✓ |
| | Loyalty | ✓ | ✓ | | ✓ |
| | Retail Payments | ✓ | ✓ | ✓ | ✓ |

*Representative only, each game will get a customized package based on content strength

Detailed breakdown

Confidential + Proprietary

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**EXHIBIT 5714.R-018**

## Top Hug partners get maximum support on & off Store

New capability

| | EXAMPLE A-LEVEL SUPPORT | | |
|---|---|---|---|
| | **Pre-Registration** | **Launch** | **Post-Launch** |
| **Merch** | - HR & Stream Banner takeover<br>- Editorial support<br>- Collection support (Pre-Reg) | - Apps Hero Card and HR/Stream Banner takeover (with STP)<br>- Editorial support<br>- Collection & destination support<br>- Title Taxonomy boosting<br>-Search, MARLO, N&U on PDP | - LiveOps Support via FHR / HR<br>- Seasonal campaigns inclusion<br>- Editorial & Influencer programs<br>- eSports featuring<br>- Franchise crossover activities |
| **User Loyalty** | - Google Play Points members can earn +5 to +10 points for pre-registering | - GPP members can earn +5 to +10 points for installing<br>- Merchandising a game coupon or IAP item in the use section | - Dedicated GPP points promotion<br>- Merchandising a game coupon or IAP item in the use section<br>- Pseudo credit in non-GPP markets |
| **Growth Marketing** | - Pre-reg discovery push notification<br>- Pre-reg newsletter inclusion | - Push notification | - LiveOps & Buyer Growth push notifications<br>- LiveOps & New & Trending newsletters |
| **Retail Payments** | - | - | - Global Marquee Content Promo: IAP bonus for redeemed gift cards |

Commercial Ops Hug Taskforce Dev Packages

Confidential + Proprietary

**EXHIBIT 5714.R-019**

# Play Marketing Support for Hug

    

| **CUSTOM MARKETING CAMPAIGNS** | **DMF** | **YT INFLUENCER PROGRAM** | **ESPORTS SPONSORSHIPS** | **PROJECT MANA** |
|---|---|---|---|---|
| Promote game launches with Google Play-led marketing campaigns | Fund developer led campaigns with Google Play attribution | Evergreen program of coalition of YT creators to promote game titles | Sponsor developer owned esports events | Build and own a Google Play esports league incorporating developers' titles |

| '19/'20 Budget | $53M | $10M | $5M | $17M | Up to $52M |
|---|---|---|---|---|---|

Additional $45M set aside in 2020 to be allocated.

Google

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

## Play BD Support for Hug

### More time for Hug Partners



Transitioned **Hug partners to Alliance Service level**. Allows BDMs to:

- Deeper + earlier relationships
- Quarterbacking Hug offers
- xPA leadership for PPP

### Expand Growth Consulting



Dedicated **Growth Consulting** for all Hug Partners. Expanded offering:

- Pre-Launch consulting
- Core performance optimization
- GoGlobal (including localization)

### Program Management



Coordinate & drive **Project Hug Operations** across PAs.

- Remove operational hurdles
- Keep PAs coordinated
- Program governance (Play & xPA)

Private and Confidential

Google

- BD is increasing service levels for Hug partners. This is critical to enable deeper partnerships earlier in the game life cycle. This will also enable BD to quarterback the hug specific offers to partners across PAs.
- We're expanding growth consulting giving dedicated service to Hug partners and enhacing the offering into Pre-launch consulting & GoGlobal.
- We're acting as the Program Management glue across PAs to remove hurdles & keep the program coordinated across PAs.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565192.R

**EXHIBIT 5714.R-021**



GOOG-PLAY-000565193.R

EXHIBIT 5714.R-022

## Next Steps:

- Nail down operations
  - Contracts signed w/ all 22 devs by EOQ3
  - Ensure xPA pods are functioning effectively to maximize developer value creation
  - Ensure each service pack across PAs is being utilized & optimized

- Create, Quantify & Communicate Value
  - Invest in communicating broader value & activity back to Developers ("earn the 30")
  - Quantify value created by each activity

## Feedback / Questions:

- Play Governance: Is PPS the right forum?  Frequency of Updates?

- Focus areas for future reviews?

---

- For now, our priority is getting the operations nailed down & contracts signed.  From their, we want to to ensure the xPA coordination is happening & service packs are being utilized & optimzed.
- In 6 months, I anticipate an update like this to switch gears into where we are craeting value, how we are communicating that to developers & how we are iterating on the hug acitvities to optimize.
- Questions for the room:

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY





MOVE TO APPENDIX    Karan

# xPA Operating Model
Proves project hypothesis of goals and non-goals

    

## Define and drive GTM via Service Pack Sponsor & POC

**Exec sponsor + Service Pack Lead per PA** drive pack definition, activation, tracking, reporting etc.

 Frank + TI

 Sunil + Sophie

 Ryan + Lester

 Brendan + Kyle

 Lawrence + Karan & John + Kara J

Albert + Jackie

## Use existing forums for Governance

**Reduce overhead & drive velocity** by using we understood programs/forums.

- **GP Games Velocity** for xPA coordination & decisions

- **Play Product Steering** for program direction & Play specifics

## Build dedicated xPA Pods coordinated w/ PPP

**Local Partner Pods** derived from **Priority Partner teams** who execute respective service pack

     

**Play Core Team** coordinates activities of each Partner Pod. **Play BDM runs point.**

## Overall Program Management, Reporting & Compliance

 **Play BD + BOS** overall program management (Mike, Karan, Danielle, Samer)
**Play Legal + Finance** contracts, xPA accounting & compliance etc. (Tamar, Cyrous)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565196.R

**EXHIBIT 5714.R-025**



**MOVE TO APPENDIX**   Karan

# Hug Rollout - Three parallel streams

### Create custom offers per partner

### Build the plumbing

### Activate xPA operating model & execution teams



  





**Custom developer offers** will be drafted based on Play BDMs understanding of account and xPA input

- Prioritize accounts that are most urgent or most risky
- One size does not fit all
- Test packs with marquee partners and refine before scaling

**First of its kind xPA deal execution** requires new playbooks - terms, ops

- Create clear pitch building blocks
- Define xPA activations for each service pack
- Define tracking and reporting structures

**Ensure xPA execution success** via proactive team & leadership engagement

- Create xPA execution pods with clear rep per service pack
- Set up meeting cadence, review forums, and review teams
- Play BDM + Hug PgM to coordinate xPA execution

Private and Confidential

Google

GOOG-PLAY-000565197.R

**EXHIBIT 5714.R-026**



- PO Partner Ongoing Support - separate slide
- Grid - what would a Dev value - layout capabilties

- For TEntpole, we are driving the business
- For Hug, we are driving the relationship

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565198.R

**EXHIBIT 5714.R-027**

**Slide 25**

1    Kara Jantzi
     Mike Marchak
     I'm not sure goal of this slide?

     Given the audience is Play leadership, we should have at least a few slides covering what Play (BD, especially CommOps, and maybe Consumer Marketing) are doing differently for Hug beyond what we have previously done for tentpoles.  And dump more details into the appendix.  We need to land the clear message that we're doing our part and it is all buttoned-up.

     I'd also get a little more into the weeds than the kick-off decks and highlight things like AHC and Title Taxonomy since want to give credit Tian's & Mike's worlds.  Also want to make sure we're saying things like extra days of featuring support given sensitivities right now around HP inventory + Ads.
     John Mentgen, 6/16/2019

2    I think we can drop this slide now unless there was another point we were looking to make
     John Mentgen, 6/17/2019

1    Add into narrative
     Karan Gambhir, 6/17/2019

1    I moved to appendix.
     Mike Marchak, 6/17/2019

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY                    GOOG-PLAY-000565199.R

**EXHIBIT 5714.R-028**



- Source: https://docs.google.com/presentation/d/1jXRlai0p14D1SZeoNjdPEnkZ6IVhcptW0jolXabuUns/edit?usp=sharing

**EXHIBIT 5714.R-029**



# Governance Details & KickOff
Two governance forums to ensure program stays on track and delivers results

## xPA Governance

**ATTENDEES** - xPA exec sponsors

**AGENDA** - Track x-Google success metrics, resolve xPA issues, unlock xPA enhancement

**VENUE** -  GP Game Velocity Meeting

**CADENCE** - Quarterly

**COORDINATION** - GP Partner Solutions (Marc T.)

## xPlay Governance

**ATTENDEES** - Play Leads

**AGENDA** - Track Play metrics, review and approve addition/removals of partners, unlock Play enhancement

**VENUE** -  Play Product Steering

**CADENCE** - Quarterly

**COORDINATION** - Play StratOps (Mike M.)

## xPA Kick Off
## June 6, 2019

    

**AGENDA**

- **Program Review**  - service packs pitches, activation & reporting etc

- **Pod & Outreach review** - offers by partner, do's and dont's by PA, roles, responsibilities, reporting

Individual PA & Pod deep dives to follow

## Logistics Etc.

- **Global vs. Local**  guidelines will be global, execution will be local, tracking and reporting will be global.
- **Time Zones**  all trainings will be repeated to support both EMEA and APAC time zones.  Governance meetings will rotate.

Private and Confidential



**EXHIBIT 5714.R-030**





- proposal of the refreshed attendees to the Exec Council

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000565203.R

**EXHIBIT 5714.R-032**

 The heroes making xPA & "One Google" real



Samer Sayigh   Karan Gambhir   Danielle Martinak   Kara Jantzi   Dan Song



Lester Chen   Tamar Fruchtman   Jackie Lau   Kyle Rapp   Sophie Hasson



Lawrence Koh   Cyrous Jame   ...and many more

- proposal of the refreshed attendees to the Exec Council

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

 Governance Details & Kick-Off

## Governance committees (Program level)

| x-PA | x-Play |
|---|---|
| **Audience:** xPA leadership<br><br>**Agenda:**<br>Track x-Google success metrics, resolve red flags, unlock xPA enhancement<br><br>**Venue:**<br>Games Velocity meeting<br><br>**Cadence:** Quarterly | **Audience:** Play leads<br><br>**Agenda:**<br>Make key decisions : New developers, new tent poles, changes in priority<br><br>**Venue:**<br>Play PPS<br><br>**Cadence:** Quarterly |

**xPA kick-off with Leadership - June 6th**

Agenda:

- **Program Overview** - Hug, service packs
- **Execution Overview** - Service packs by developer, project traking, pitch material - Do's and Dont's by PA
- **Pod Overview** - structure and R&Rs

Individual PA deep dives to follow
(EMEA and APAC friendly)

- proposal of the refreshed attendees to the Exec Council

GOOG-PLAY-000565205.R

**EXHIBIT 5714.R-034**

 Challenges w/ "One Google" operations for Hug

First of its kind program -- no "template" to follow  -- minimal coverage from PPP

x-PA service delivery mechanics, guidelines & legal contracts took time post BC approval

- proposal of the refreshed attendees to the Exec Council

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY