



## Amazon Underground User Experience

November 2015

Confidential and Proprietary

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575018.R

**EXHIBIT 5718.R**

**EXHIBIT 5718.R-001**



Installing the Amazon Underground App

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575019.R
**EXHIBIT 5718.R-002**

## Installing the App from an Android phone:



Search for "Amazon Underground"

Amazon.com opens, with option to download Amazon Underground

Amazon Underground downloads, and user sees instructions on how to install

User has to go to Settings on their phone

And then select Security

EXHIBIT 5718.R-003

# Installing the App from an Android phone:



| User needs to toggle 'Unknown Sources" to on | User receives a security warning | Unknown sources is turned on | Step 2 is to install the apk | User confirm they want to install the app |

GOOG-PLAY-000575021.R

**EXHIBIT 5718.R-004**

# Installing the App from an Android phone:



EXHIBIT 5718.R-005

# Installing the App from an Android phone:



Drop-down display option to open Underground Apps

Underground section of the store opens

User is prompted to create a home screen shortcut

Amazon App Store now shows up on Home Page

GOOG-PLAY-000575023.R

**EXHIBIT 5718.R-006**



The Amazon Underground  App Home Page Experience

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

# Underground Apps Clusters:



| Featured Actually Free Apps & Games: 20 titles listed | #ActuallyFree Customer Favorites: 30 titles listed | Apps & Games Biggest Savings: 36 titles listed | Actually Free Productivity & Lifestyle: 38 titles featured | Recommended for You: 10 titles listed |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575026.R

**EXHIBIT 5718.R-009**

## Underground Apps Clusters:



**Top Amazon Underground Apps:** ~100 titles listed

**All Underground:** Can sort by new releases, average customer reviews, and bestselling

- No categories
- Clusters do not seem dynamic

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575027.R

**EXHIBIT 5718.R-010**

## The App Detail Page Experience

GOOG-PLAY-000575028.R
**EXHIBIT 5718.R-011**

## App Detail Page:



App Detail Page includes a **scrollable highlights row, Key Details, Description**

**"Customers Who Bought This Item Also Bought"** displaying 4 titles, with option to scroll left twice, displaying 12 titles total. "See More" opens a large list of titles.

**Customer Reviews,** with 3 customer reviews displayed

**Product Details, Permissions**

**More Apps By This Developer,** displaying 4 titles, with option to scroll left twice, displaying 12 titles total.

GOOG-PLAY-000575029.R
**EXHIBIT 5718.R-012**

## App Detail Page:



For apps which are traditionally paid, the original price is displayed and then crossed out.

There is however no break out of IAPs and what the user is saving there.

Developer video embedded in highlights row

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575030.R

**EXHIBIT 5718.R-013**

## Installing An App

**EXHIBIT 5718.R-014**

## Installing An App:



**EXHIBIT 5718.R-015**

# App Install Receipt:



User is emailed app acquisition receipt, with up-sell suggestions to similar apps at the bottom

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575033.R

**EXHIBIT 5718.R-016**

Making an In-App Purchase

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575034.R
**EXHIBIT 5718.R-017**

## Making an IAP:



When you first open an app with IAP, user receives a notifications that everything in the app will be free



User selects an IAP as normal, and is told that Amazon Underground is getting the item and that they will not be charged. Original price of IAP displayed



User receives email confirmation of purchase

GOOG-PLAY-000575035.R
EXHIBIT 5718.R-018

Searching for An App

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

GOOG-PLAY-000575036.R

**EXHIBIT 5718.R-019**

## Searching for a New App:



**EXHIBIT 5718.R-020**

## Searching for an Already Owned App:



Once in the detail page,
recognises user already
owns the app

**EXHIBIT 5718.R-021**