

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-003331888.R
EXHIBIT 5945.R-001

# Trust, Privacy and Security

**Privacy and Security**

- The **Google Play vetting process** is <u>less thorough</u> than Apple's **App Review** so <u>more malicious apps</u> are allowed onto the platform. While **Google Play Protect** should mitigate this problem, it is not always successful.
- The ability to **install unknown apps** in Android is a major security vulnerability.
- Apple's **App Permissions** are more complex than Android's with **Approximate Location** sharing, permissions for **Local Network Access** and **Cross-App Tracking**, **Clipboard Notifications**, a **Recording Indicator** and the ability to **Select Photos to Share** as opposed to sharing your entire photo library. Android does, however, offer **Permissions Auto-Reset** and **Just Once** permissions for more than just location.
- A summary of the **App Privacy Practices** will be shown on each app page on the App Store including data collected and data used to track users across companies.
- **Face Unlock** is considered less secure on Android than on **Face ID** on iOS.
- **Sign in with Apple** offers privacy benefits over **Log In with Google** but has low adoption thus far.
- **Phone as a Security Key** and **Work Profile** are helpful security features.

Proprietary + Confidential



-14%

**Privacy & Security**    -18%

**Physical Safety**    36%

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003331933.R

**EXHIBIT 5945.R-046**