**Message**

| | |
|---|---|
| **From:** | Jamie Rosenberg [████@google.com] |
| **Sent:** | 3/24/2015 6:22:42 AM |
| **To:** | Hiroshi Lockheimer [████@google.com] |
| **Subject:** | Re: TV |

This is a follow-on which goes deeper into some of the issues (DCB economics, policy).

The will is there... getting the mechanics right while remaining "open" and "fair" is what is taking time.  We also have some ideas that don't involve touching the core business model.


On Mon, Mar 23, 2015 at 9:59 PM, Jamie Rosenberg <████@google.com> wrote:
Hey, we've worked through a pretty extensive strategy exercise on this and have a few different options, including reducing rev share.  This is a pretty good read if you have a few min.

We were on the verge of a decision right before MWC but I pulled back because of some conflicting info... and because I hadn't had a chance to socialize it with Sundar.  I ran out of time to cover it with him in my last 1:1 but set up time with him to talk about this on Thurs right before the Chrome/ APK mtg  (and you're welcome to join).

Probably best to talk through it in person.  There are a few elements that make this tricky.


On Mon, Mar 23, 2015 at 9:11 PM, Hiroshi Lockheimer <████@google.com> wrote:
Hey Jamie,

At our weekly TV meeting the topic of apps for TV came up and Serge pointed out he thinks Apple is offering a 15% revshare in this space and locking in content developers (a la HBO -- he says Showtime have gone silent too and he thinks they've cut a deal with Apple as well). I'm worried that we're about to massively lose this developer base. Any ideas on what we could do to remain competitive? Can we also offer 15%? Or something even more interesting?



CONFIDENTIAL

GOOG-PLAY-003629146

EXHIBIT 5956-001