

**This activity is not designed for and will not work properly on smartphones and tablets.**

THIS SHOULD ONLY BE COMPLETED USING A LAPTOP OR DESKTOP DEVICE.

BEGIN

ALTERNATE LAUNCH OPTIONS

 Click here for the screenreader version

 Language other than English? Click here for the translatable version

CONFIDENTIAL

GOOG-PLAY-005029848.R

EXHIBIT 6056

EXHIBIT 6056-001



Click to Start

CONFIDENTIAL

## At Google,

### We are constantly in the public eye

...and the courthouse. We often have to produce employee communications as evidence, which means your communications can become public at any time. Our communications can hurt or embarrass us as a company, or as individuals. We need to be cautious in our communications to avoid unnecessary harm.

This is not about "hiding stuff" or not pointing out something that may need fixing. Speaking up is a core company value. This is about being thoughtful in your communication in order to reduce the risk of unintended harm to Google and/or you.

Click to Continue

CONFIDENTIAL

 Activity

You'll earn a checkmark each time you successfully complete a required activity. Here's an example...do this.

Drag the circle to its home.



CONFIDENTIAL

GOOG-PLAY-005029851.R

EXHIBIT 6056-004



CONFIDENTIAL

GOOG-PLAY-005029852.R

EXHIBIT 6056-005




RULE
# 01
# Communicate as If It's Public.

Assume everything you write, send, share, and say may be subject to public scrutiny at some point (or even scrutiny by folks inside the company that monitor communications on our systems and equipment). Treating it that way will save you a lot of hassle.

Click to Continue

Case 3:21-cv-05227-JD    Document 828-72    Filed 12/21/23    Page 7 of 53

RULE
**02**
# Proofread.
# Everything.



Make sure your communication *actually* says what you think it says. Omissions, additions, and misspellings can completely change the *feeling of your massage*.



Click to Continue

CONFIDENTIAL

GOOG-PLAY-005029854.R

EXHIBIT 6056-007





RULE
**03**

# Avoid Communicating When Angry or Tired.

Angry or tired? Step away from the keyboard! When you feel alert, calm, and happy, you'll be more likely to fully consider the importance of your communication and less likely to say something you don't mean and/or may regret.

Click to Continue

CONFIDENTIAL

EXHIBIT 6056-008



# 03 Activity

It's 11:00pm. You and Echo have been working all night on the Rockabye unit for our newest product, the gStroller, while your team lead took the night off to attend a basketball game. Rockabye has just crashed for the 14th time. Echo has decided to write this email to the team lead before calling it a night and wants you to take a look at it before sending it.

## What do you think you should tell Echo to do?

| Send the email.

| Don't send the email now. Send it in the morning.

| Talk to the team lead in the morning.

| Don't send the email.
Chat "off the record" via Hangouts instead.



To: Joss (google.com) ✕

**This Thing Will Never Work**

Joss,

We've done everything we can to get this Rockabye unit to work. 114 failures in one night is my limit.

I know we want to launch on Friday, but with the unit such a mess, there's no way we're going to be ready.

Could have really used your help tonight. Hope you enjoyed the game.

- Echo



# 03 Activity

It's 11:00pm. You and Echo have been working all night on the Rockabye unit for our newest product, the gStroller, while your team lead took the night off to attend a basketball game. Rockabye has just crashed for the 14th time. Echo has decided to write this email to the team lead before calling it a night and wants you to take a look at it before sending it.

## What do you think you should tell Echo to do?

| | Send the email. |
| | Don't send the email now. Send it in the morning. |
| | Talk to the team lead in the morning. |
| | Don't send the email. Chat "off the record" via Hangouts instead. |

Nope. While it's critical that Echo tell the team lead about any problems Rockabye might have, doing so at 11 pm, when one is tired and angry, isn't the best idea.

The email has a significant typo (there were 14 failures that night, not 114), and it contains hyperbole (the characterization of the unit as "a mess") and exaggeration (the unit will "never work", "there's no way they'll be ready to launch").

It sounds like Echo is angry at the team lead for taking the night off. Rather than send this now, Echo might want to get some rest and reassess in the morning when Echo is fresh and calm. Then the email will be more likely to be about the facts and less about how tired and angry Echo is.

Hide

ork. 114 failures in

ness, there's no way

the game.

CONFIDENTIAL

GOOG-PLAY-005029857.R

EXHIBIT 6056-010

# 03 ✓Activity

It's 11:00pm. You and Echo have been working all night on the Rockabye unit for our newest product, the gStroller, while your team lead took the night off to attend a basketball game. Rockabye has just crashed for the 14th time. Echo has decided to write this email to the team lead before calling it a night and wants you to take a look at it before sending it.

## What do you think you should tell Echo to do?



| Send the email. |
| Don't send the email now. Send it in the morning. |
| Talk to the team lead in the morning. |
| Don't send the email. Chat "off the record" via Hangouts instead. |

**To:** Joss (google.com) ✕

Good call. While it's critical that Echo tell the team lead about any problems Rockabye might have, doing so at 11 pm, when one is tired and angry, isn't the best idea.

The email has a significant typo (there were 14 failures that night, not 114), and it contains hyperbole (the characterization of the unit as "a mess") and exaggeration (the unit will "never work", "there's 'no way they'll be ready to launch"). It sounds like Echo is angry at the team lead for taking the night off.

Rather than send this now, Echo might want to get some rest and reassess in the morning when Echo is fresh and calm. Then the email will be more likely to be about the facts and less about how tired and angry Echo is.

**Hide**

---

Click to Continue

CONFIDENTIAL



## 03 ✓ Activity

It's 11:00pm. You and Echo have been working all night on the Rockabye unit for our newest product, the gStroller, while your team lead took the night off to attend a basketball game. Rockabye has just crashed for the 14th time. Echo has decided to write this email to the team lead before calling it a night and wants you to take a look at it before sending it.

### What do you think you should tell Echo to do?



| | Send the email. |
| | Don't send the email now. Send it in the morning. |
| | Talk to the team lead in the morning. |
| | Don't send the email. Chat "off the record" via Hangouts instead. |



To: Joss (google.com) ✕

**This Thing Will Never Work**

Joss,

We've done everything we can to get this Rockabye unit to work. 114 failures in ... ...mess, there's no way ...the game.

---

Awesome. If you really want to delve into the problems you're having with Rockabye and whether you think the launch date for gStroller is realistic, that may become a pretty sensitive discussion.

A phone call or video conference with your team lead after a good night's sleep may be best. The conversation will be more likely to be calm and substantive, and it's less likely that a record of the conversation could be discovered by an adversary and used against you, and Google, in ways you didn't imagine.

**Hide**

Click to Continue

CONFIDENTIAL

GOOG-PLAY-005029859.R

EXHIBIT 6056-012



# ✓Activity

## 03

It's 11:00pm. You and Echo have been working all night on the Rockabye unit for our newest product, the gStroller, while your team lead took the night off to attend a basketball game. Rockabye has just crashed for the 14th time. Echo has decided to write this email to the team lead before calling it a night and wants you to take a look at it before sending it.

### What do you think you should tell Echo to do?



Send the email.

Don't send the email now. Send it in the morning.

Talk to the team lead in the morning.

Don't send the email.
Chat "off the record" via Hangouts instead.



**To:** Joss (google.com) ✕

This Thing Will Never Work

Joss,

We've done everything we can to get this Rockabye unit to work. 114 failures in one night is my limit.

Better than sending the email, but not without risk. While "off the record" Hangout chats between individual corporate accounts are not retained by Google as emails are, any chat participant may save the conversation by simply copying and pasting it into a doc or email - something Echo's team lead might choose to do in order to discuss the appropriateness of that middle-of-the-night chat with Echo and HR in the morning.

[Hide]

_Click to Continue_

CONFIDENTIAL


Case 3:21-cv-06841 | Filed 12/21/21 | Page 14 of 53



RULE
# 04
# Stick to the Facts.

I'm sure you've heard this *a million times* and think folks working at *a company that employs only the smartest people in the world* would *never, ever* get this wrong, but exaggeration, sarcasm, and hyperbole increase the risk that someone could accidentally, or intentionally, misconstrue the meaning of your communication.

*Killer* exercise to *guarantee perfection...*

EXHIBIT 6056-014



## 04 Activity

Mal, the gStroller product manager, is welcoming new employees onto the team. He has said some things in his email that he shouldn't.

**Select the best replacement option below for the highlighted paragraph in the email:**

> I am excited about the future of our new product. No other stroller even comes close. By this time next year we will dominate the stroller market.

> I am excited about the future of our new product. The team has done an amazing job building a stroller that meets all our customers' needs.

> I'm excited about the future of this product. It will be gratifying to give customers what no other stroller company can provide.



To: Joss (google.com) × | Echo (google.com) × | Wash (google.com) ×

Welcome to gStroller

Joss, Echo, Wash,

Welcome to the gStroller team!

I'm excited about the future of the new gStroller product we'll be working on. I think it will be especially gratifying to **exterminate Grico** [why?], a **small startup with weak technology** [why?].

If we get this right, the gStroller will become the must-have product, and we'll rule the market.

We will meet later this week to discuss our proprietary rockabye technology for gStroller and how we plan to promote it.

CONFIDENTIAL

GOOG-PLAY-005029862.R

EXHIBIT 6056-015



## 04 Activity

Mal, the gStroller product manager, is welcoming new employees onto the team. He has said some things in his email that he shouldn't.

The words "exterminating", "crushing", "killing", and "destroying" are exaggerations that often focus on harming a competitor. That's not consistent with Google's competition philosophy and is problematic under competition laws. Mal should focus on (and write about) gaining and retaining users and customers by addressing their needs - that's what Google is all about.

**Hide**

I'm excited about the future of this product. It will be gratifying to give customers what no other stroller company can provide.



**To:** Joss (google.com) ✕   Echo (google.com) ✕   Wash (google.com) ✕

Welcome to gStroller

Joss, Echo, Wash,

Welcome to the gStroller team!

I'm excited about the future of the new gStroller product we'll be working on. I think it will be especially gratifying to **exterminate Grico** [why?], a **small startup with weak technology** [why?].

If we get this right, the gStroller will become the must-have product, and we'll rule the market.

We will meet later this week to discuss our proprietary rockabye technology for gStroller and how we plan to promote it.

CONFIDENTIAL

GOOG-PLAY-005029863.R

EXHIBIT 6056-016

# 04 Activity



Mal, the gStroller product manager, is welcoming new employees onto the team. He has said some things in his email that he shouldn't.

Be humble and remember that we have many capable competitors - some big, some small. Be respectful of all of them and don't suggest that they are ineffective or assume that the small ones will be small forever. 1998 wasn't so long ago. That's when Larry and Sergey began operating Google out of a friend's rented garage.

**Hide**

I'm excited about the future of this product. It will be gratifying to give customers what no other stroller company can provide.



To: Joss (google.com) ×   Echo (google.com) ×   Wash (google.com) ×

Welcome to gStroller

Joss, Echo, Wash,

Welcome to the gStroller team!

I'm excited about the future of the new gStroller product we'll be working on. I think it will be especially gratifying to **exterminate Grico** [why?], a **small startup with weak technology** [why?].

If we get this right, the gStroller will become the must-have product, and we'll rule the market.

We will meet later this week to discuss our proprietary rockabye technology for gStroller and how we plan to promote it.

CONFIDENTIAL

asfunction:_level0.aslinkHandler,trigger://why_2,,,

GOOG-PLAY-005029864.R

EXHIBIT 6056-017



# 04 Activity



Mal, the gStroller product manager, is welcoming new employees onto the team. He has said some things in his email that he shouldn't.

## Select the best replacement option below for the highlighted paragraph in the email:

> I am excited about the future of our new product. No other stroller even comes close. By this time next year we will dominate the stroller market.

> I am excited about the future of our new product. The team has done an amazing job building a stroller that meets all our customers' needs.

> I'm excited about the future of this product. It will be gratifying to give customers what no other stroller company can provide.



To: Joss (google.com) ✕   Echo (google.com) ✕   Wash (google.com) ✕

Welcome to gStroller

Nope. Suggesting our intent is to "dominate" any market is inconsistent with Google's competition philosophy and problematic under competition laws. Better to focus on (and write about) how Google will build the best products for users and customers. Try again

**Hide**

...t we'll be working on.

...co [why?], a

...ve product, and we'll rule

...company ...ckabye technology for gStroller and how we plan to promote it.

EXHIBIT 6056-018

# 04 Activity

Mal, the gStroller product manager, is welcoming new employees onto the team. He has said some things in his email that he shouldn't.

## Select the best replacement option below for the highlighted paragraph in the email:

I am excited about the future of our new product. No other stroller even comes close. By this time next year we will dominate the stroller market.

I am excited about the future of our new product. The team has done an amazing job building a stroller that meets all our customers' needs.

I'm excited about the future of this product. It will be gratifying to give customers what no other stroller company can provide.



**To:** Joss (google.com) ✕   Echo (google.com) ✕   Wash (google.com) ✕

Welcome to gStroller

Joss, Echo, Wash,

Welcome to the gStroller team!

I'm excited about the future of the new gStroller product we'll be working on. ... co [why?], a ... ve product, and we'll rule ... ckabye technology for

Correct. Focusing on how we will make customers happy doesn't raise competition law concerns and is consistent with Google's competition philosophy. Click Next Paragraph or click the other answers to see why they aren't the best.

**Hide**

Next Paragraph

CONFIDENTIAL



## 04 Activity

Mal, the gStroller product manager, is welcoming new employees onto the team. He has said some things in his email that he shouldn't.

**Select the best replacement option below for the highlighted paragraph in the email:**

I am excited about the future of our new product. No other stroller even comes close. By this time next year we will dominate the stroller market.

I am excited about the future of our new product. The team has done an amazing job building a stroller that meets all our customers' needs.

I'm excited about the future of this product. It will be gratifying to give customers what no other stroller company can provide.

Next Paragraph



To: | Joss (google.com) ✕ | Echo (google.com) ✕ | Wash (google.com) ✕

Welcome to gStroller

Joss, Echo, Wash,

Welcome to the gStroller team!

I'm excited about the future of the new gStroller product we'll be working on. I think it will be especially gratifying to **exterminate Grico** [why?], a **small startup with weak technology** [why?].

If we get this right, the gStroller will become the must-have product, and we'll rule the market.

Incorrect. Google's competition philosophy is to be respectful of our competitors and their capabilities and not to suggest that they are ineffective. Try again!

[ Hide ]

GOOG-PLAY-005029867.R

EXHIBIT 6056-020



# 04 Activity

Mal, the gStroller product manager, is welcoming new employees onto the team. He has said some things in his email that he shouldn't.

## Select the best replacement option below for the highlighted paragraph in the email:

If we can convince a few Grico devotees to choose gStroller, I'm sure they'll love it, and we'll have no problem reaching our goal.

After we put gStroller in the hands of a few Grico devotees, I'm sure it will become the must-have product, and we'll be on our way to ruling the market.

With our new quiet baby technology and our incredible low introductory price, we'll grind Grico into the dirt in no time.



To: Joss (google.com) ✕   Echo (google.com) ✕   Wash (google.com) ✕

Welcome to gStroller

Joss, Echo, Wash,

Welcome to the gStroller team!

I am excited about the future of our new product. The team has done an amazing job building a stroller that meets all our customers' needs.

**If we get this right, the gStroller will become the must-have product, and we'll rule the market** [why?].

We will meet later this week to discuss our proprietary rockabye technology for gStroller and how we plan to promote it.

GOOG-PLAY-005029868.R

EXHIBIT 6056-021



# 04 Activity

Mal, the gStroller product manager, is welcoming new employees onto the team. He has said some things in his email that he shouldn't.

Google's intent is never to "rule" or "dominate" any market, and we strongly believe that when customers are free to choose the products and services they wish, it's better for them and for us. Phrases like "must-have product" and "rule the market" are, at best, unhelpful exaggerations and, at worst, evidence of an anti-competitive intent inconsistent with our competition philosophy and the law.

**Hide**

introductory price, we'll grind Grico into the dirt in no time.



To: Joss (google.com) ✕  Echo (google.com) ✕  Wash (google.com) ✕

Welcome to gStroller

Joss, Echo, Wash,

Welcome to the gStroller team!

I am excited about the future of our new product. The team has done an amazing job building a stroller that meets all our customers' needs.

**If we get this right, the gStroller will become the must-have product, and we'll rule the market** [why?].

We will meet later this week to discuss our proprietary rockabye technology for gStroller and how we plan to promote it.

GOOG-PLAY-005029869.R

EXHIBIT 6056-022

## 04 Activity

Mal, the gStroller product manager, is welcoming new employees onto the team. He has said some things in his email that he shouldn't.

**Select the best replacement option below for the highlighted paragraph in the email:**



If we can convince a few Grico devotees to choose gStroller, I'm sure they'll love it, and we'll have no problem reaching our goal.

After we put gStroller in the hands of a few Grico devotees, I'm sure it will become the must-have product, and we'll be on our way to ruling the market.

With our new quiet baby technology and our incredible low introductory price, we'll grind Grico into the dirt in no time.

**To:** Joss (google.com) ×   Echo (google.com) ×   Wash (google.com) ×

Welcome to gStroller

Yup. There's no hyperbole or exaggeration that could be misconstrued to suggest Mal wants to harm competitors, dominate the market, or compel customers to use our products or services - all things Google is not about. Click *Send the Email* or click the other answers to see why they aren't the best.

**Hide**

...am has done an amazing ...s.

...st-have product, and

...ockabye technology for gStroller and how we plan to promote it.

Send the Email

CONFIDENTIAL

Case 3:21-md-02981 Document 826-2 Filed 12/21/23 Page 24 of 53

# 04 Activity

Mal, the gStroller product manager, is welcoming new employees onto the team. He has said some things in his email that he shouldn't.

**Select the best replacement option below for the highlighted paragraph in the email:**

If we can convince a few Grico devotees to choose gStroller, I'm sure they'll love it, and we'll have no problem reaching our goal.

After we put gStroller in the hands of a few Grico devotees, I'm sure it will become the must-have product, and we'll be on our way to ruling the market.

With our new quiet baby technology and our incredible low introductory price, we'll grind Grico into the dirt in no time.



**To:** Joss (google.com) ×   Echo (google.com) ×   Wash (google.com) ×

Welcome to gStroller

Joss, Echo, Wash,

> Nope. Google wants its customers and users to have the freedom to choose whatever products or services they want. We embrace the challenge of building amazing products and services they will choose. A phrase like "putting products in the hands of customers" can be interpreted as expressing an intent to deny consumers choice. Try again.
>
> **Hide**

Send the Email

CONFIDENTIAL

GOOG-PLAY-005029871.R

**EXHIBIT 6056-024**

## 04 Activity

Mal, the gStroller product manager, is welcoming new employees onto the team. He has said some things in his email that he shouldn't.

**Select the best replacement option below for the highlighted paragraph in the email:**

If we can convince a few Grico devotees to choose gStroller, I'm sure they'll love it, and we'll have no problem reaching our goal.

After we put gStroller in the hands of a few Grico devotees, I'm sure it will become the must-have product, and we'll be on our way to ruling the market.

With our new quiet baby technology and our incredible low introductory price, we'll grind Grico into the dirt in no time.



**To:** Joss (google.com) ×   Echo (google.com) ×   Wash (google.com) ×

Welcome to gStroller

Joss, Echo, Wash,

Welcome to the gStroller team!

I am excited about the future of our new product. The team has done an amazing job building a stroller that meets all our customers' needs.

If we get this right, the gStroller will become the must-have product, and we'll rule the market [why?].

We will meet later this week to discuss our proprietary rockabye technology for

Nope. Competing fairly is about focusing on the user, not harming competitors. Try again.

Hide

Send the Email

CONFIDENTIAL




# Activity Complete

Google is committed to competing fairly. Make sure everything you do, say, and write is consistent with that. Stay away from exaggeration and highly-charged language that could harm you and the company.



**To:** Joss (google.com) ✕   Echo (google.com) ✕   Wash (google.com) ✕

Welcome to gStroller

Joss, Echo, Wash,

Welcome to the gStroller team!

I am excited about the future of our new product. It will be especially gratifying to give customers what they've been asking for.

If we can convince a few Grico devotees to choose gStroller, I'm sure they'll love it, and we'll have no problem reaching our goal.

We will meet later this week to discuss our proprietary rockabye technology for gStroller and how we plan to promote it.

---

Click to Continue



# Quick Self-Test

Without looking back, how many rules do you remember?

Can you remember 2 of them?

Click to Continue




RULE
## 05
# Keep it Confidential

There are no friends and family exceptions for this. Confidential includes your spouse, partner, children, grandma, and former college roomie who is developing the greatest Android app ever. Don't share any Google confidential information with anyone outside the company. This includes, but is not limited to, stuff about the status of products, deals, litigation, investigations, or other legal matters.

---

## Click to Continue

CONFIDENTIAL



RULE
06

# Know
# Your Rights.

When law enforcement or a regulator asks to speak with you, you can normally ask to have one of Google's lawyers present, if you wish. Doing so will make sure you and the company are protected.

Click to Continue

EXHIBIT 6056-029


RULE
# 07 "Privileged and Confidential"...What?



LEGAL
SERVICES

ATTORNEY-
CLIENT
PRIVILEGED

While phrases like "confidential," "sensitive," and "private" may alert Googlers to the sensitivity of your communication, they won't protect it from being disclosed in the course of a legal or investigative matter, as would be the case if it were protected by the attorney-client privilege. Attorney-client privilege is a legal concept that protects a confidential communication between a Googler and a Google lawyer that is about the Googler asking for or getting legal advice from the Google lawyer. Privilege can apply not only to emails, but to any record of a communication between a lawyer and client. This can include Google docs, presentations, calendar invites, video- or audio-taped meetings, etc. Communications intended to be privileged should be labeled as such.

Learn more about the
attorney-client privilege

CONFIDENTIAL

GOOG-PLAY-005029877.R

EXHIBIT 6056-030



# 07 Activity

After receiving an email from nervous team member Wash, quick-acting Echo wanted to immediately reach out to a Lawyercat for guidance on how to react to the information Wash provided. Help Echo craft an attorney-client privileged email to accomplish this.

**Drag the proper recipient(s) to address the email:**



Darla,
gStroller Product Counsel — dlawyercat

Ulric,
Admin for the gStroller team — ulric

Irena,
gStroller team lead — iteamlead

Group alias for miscellaneous
engineering-related discussions — eng-misc



To:

Cc:

Bcc:

*drag & drop*

# 07 Activity



Help Echo craft an email that's attorney-client privileged.

**Drag the best subject line to the email:**

👆 ATTORNEY-CLIENT PRIVILEGED: Please help

👆 Please help!

👆 Confidential, please help.

| To: | dlawyercat | ulric | iteamlead | eng-misc |
|---|---|---|---|---|

Cc:

Bcc:

Subject:

*drag & drop*

‹ Back

GOOG-PLAY-005029879.R

EXHIBIT 6056-032



# 07

## Activity

Help Echo compose an email that will help her learn what she should do.

### Drag the best body text to the email:

I think my team member, Wash, is losing it. He's driving me nuts. He's fixated on what he thinks are "product issues," and I wish he'd just stop already, you know? Hey, you wanna have lunch?

My team member, Wash, has concerns that gStroller has product safety issues. I'm not sure about the proper steps to take and need your advice on what to do here. May we meet to talk about this?

Has word of the gStroller debacle trickled down to you yet?

‹ Back

| To: | dlawyercat | ulric | iteamlead | eng-misc |
|-----|-----------|-------|-----------|----------|

Cc:

Bcc:

Subject:   Please help!

*drag & drop*



Case 3:21-md-02981 Document 3321 Filed 12/21/22 Page 33 of 53

GOOG-PLAY-005029880.R

EXHIBIT 6056-033




# 07 Activity

### Here's what happened:

Darla Lawyercat called Echo upon receiving this email that was addressed to multiple recipients.

Let's look closer at what did not work well in this email.

| To: | dlawyercat | ulric | iteamlead | eng-misc |
|-----|-----------|-------|-----------|----------|

**Cc:**

**Bcc:**

**Subject:** Please help!

I think my team member, Wash, is losing it. He's driving me nuts. He's fixated on what he thinks are "product issues," and I wish he'd just stop already, you know? Hey, you wanna have lunch?

## Take a Closer Look



Incorrect. You must include an attorney in the address. Copying others who have no relationship to the legal matter can void the privilege. It would also be okay to include others who "need to know" about the legal issue, such as the iteamlead, in order to do their job or help the lawyer give effective legal advice.

Incorrect. If the intention is to create an attorney-client privileged email, it should be labeled that way. However, it's important to remember that the label alone will not make it privileged. The email must still meet the requirements of being addressed to an attorney, and it must be for the purposes of getting legal advice.

Incorrect. In addition to addressing it to an attorney and labeling it as such, for the email to be attorney-client privileged, it must be for the purposes of getting legal advice.

To: | dlawyercat | ulric | iteamlead | eng-misc

Cc:

Bcc:

Subject: Please help!

I think my team member, Wash, is losing it. He's driving me nuts. He's fixated on what he thinks are "product issues," and I wish he'd just stop already, you know? Hey, you wanna have lunch?

You must assemble the email correctly to get credit for this activity. Please try again.

◀◀ Try Again

GOOG-PLAY-005029882.R

EXHIBIT 6056-035





# 07 Activity

## Here's what happened:

Darla Lawyercat called Echo upon receiving her email. Though the email was correctly addressed to an attorney, there was more Echo could do to make it clear that the email was intended to be covered by attorney-client privilege.

Let's look closer at what did not work well in this email.

| To: | dlawyercat |
| --- | --- |
| Cc: | |
| Bcc: | |
| Subject: | Confidential, please help. |

My team member, Wash, has concerns that gStroller has product safety issues. I'm not sure about the proper steps to take and need your advice on what to do here. May we meet to talk about this?

## Take a Closer Look



Correct. The attorney-client privilege protects communications with a lawyer. So writing to dlawyercat is great. It is also okay to include others who "need to know" about the legal issue in order to do their job or help the lawyer give effective legal advice. So including the iteamlead also would have been okay.

Incorrect. If the intention is to create an attorney-client privileged email, it should be labeled that way. However, it's important to remember that the label alone will not make it privileged. The email must still meet the requirements of being addressed to an attorney, and it must be for the purposes of getting legal advice.

Correct. Echo has asked for legal advice.

**To:** dlawyercat

**Cc:**

**Bcc:**

**Subject:** Confidential, please help.

My team member, Wash, has concerns that gStroller has product safety issues. I'm not sure about the proper steps to take and need your advice on what to do here. May we meet to talk about this?

You must assemble the email correctly to get credit for this activity. Please try again.

◀◀ Try Again



Incorrect. You must include an attorney in the address. Copying others who have no relationship to the legal matter can void the privilege. It would also be okay to include others who "need to know" about the legal issue, such as the iteamlead, in order to do their job or help the lawyer give effective legal advice.

Correct. The intention to create an attorney-client privileged email by labeling it that way was spot on! However, it's important to remember that the label alone will not make it privileged. The email must still meet the requirements of being addressed to an attorney, and it must be for the purposes of getting legal advice.

Incorrect. In addition to addressing it to an attorney and labeling it as such, for the email to be attorney-client privileged, it must be for the purposes of getting legal advice.

**To:** dlawyercat | ulric | iteamlead | eng-misc

**Cc:**

**Bcc:**

**Subject:** ATTORNEY-CLIENT PRIVILEGED: Please help

Has word of the gStroller debacle trickled down to you yet?

You must assemble the email correctly to get credit for this activity. Please try again.  ◀◀ Try Again

CONFIDENTIAL





# 07 Activity

## Here's what happened:

Darla Lawyercat called Echo and expressed appreciation for the email. Happy to help her with her concerns, Darla set up a meeting to discuss the issue in person, which is much safer than continuing a conversation like this over email.

Smart! You were able to help Echo put together an email that was protected by the attorney-client privilege. Let's look closer at what made this email grrrrrrreat!

| To: | dlawyercat |
|-----|-----------|
| Cc: | |
| Bcc: | |
| Subject: | ATTORNEY-CLIENT PRIVILEGED: Please help |

My team member, Wash, has concerns that gStroller has product safety issues. I'm not sure about the proper steps to take and need your advice on what to do here. May we meet to talk about this?

## Take a Closer Look

GOOG-PLAY-005029886.R

EXHIBIT 6056-039



Correct. The attorney-client privilege protects communications with a lawyer. So writing to dlawyercat is great. But keep in mind that, in many countries, such as Mexico, Sweden, a number of countries in the European Union (and others), the privilege doesn't apply to in-house lawyers, only outside counsel. In other countries (such as China), the privilege may may not even be recognized at all.

It is also okay to include others who "need to know" about the legal issue in order to do their job or help the lawyer give effective legal advice. So including the iteamlead is also okay.

Correct. You intended to create an attorney-client privileged email and labeled it that way. However it's important to remember that the label alone will not make it privileged.

Correct. Echo has asked for legal advice. In addition, the email is being sent to an attorney, and the "attorney-client privilege" label is there.

**To:** dlawyercat

**Cc:**

**Bcc:**

**Subject:** ATTORNEY-CLIENT PRIVILEGED: Please help

My team member, Wash, has concerns that gStroller has product safety issues. I'm not sure about the proper steps to take and need your advice on what to do here. May we meet to talk about this?

Send the Email

CONFIDENTIAL

GOOG-PLAY-005029887.R

EXHIBIT 6056-040



# Activity Complete

*Remember...*

This activity relates to how the attorney-client privilege works in the US. As mentioned, this may vary by country. For instance, China doesn't generally recognize attorney-client privilege, and a number of countries in the EU don't always recognize attorney-client privilege for communications with in-house lawyers. Consult a Google lawyer about how to exercise and maintain the privilege in your country.

Click to Continue



CONFIDENTIAL

GOOG-PLAY-005029889.R

EXHIBIT 6056-042





RULE
# 09
# Do Google Work on Google Stuff.

An army of Google engineers set up and maintain Google's facilities, network, and equipment with the latest technology designed to keep communications made on them secure. Can't say the same for that random PC in the lobby of the Holiday Inn you're staying at. Think twice before you do anything sensitive on non-Google equipment or networks, and if you still think it's a good idea after that...think again.

Click to Continue

CONFIDENTIAL

GOOG-PLAY-005029890.R

EXHIBIT 6056-043

Case 3:21-cv-05227-J | Document 525-72 | Filed 12/21/23 | Page 44 of 53



RULE
# 10 Think...Then Speak.

Your communications can have unintended consequences for you and the company. Think carefully before you speak publicly about anything related to Google. Understand that unless you're specifically authorized to speak on behalf of the company, you aren't. Even if it isn't your intent to speak on behalf of the company, your status as a Googler makes it likely that your communications will be attributed to Google anyway. Be careful out there.

**how to get approval**

## Shhh...

In addition to company policy, there are US regulations, like Regulation Fair Disclosure, or Reg FD, that govern the disclosure of material non-public information to those outside the company. In particular, improperly sharing facts and figures with friends and family that could be used to make investment decisions relating to Google could result in fines and other penalties for you and Google unless the information is made available to the general public at the same time.

**risky situations**

## Avoid Legalese and Uninformed Fault Finding

Are you a lawyer? Are you responsible for drawing legal conclusions on Google's behalf? Do you have all the facts? Unless you answered "yes" to all three questions, avoid communications that conclude, or appear to conclude, that Google or Googlers are acting "illegally" or "negligently," have "violated a law," should or would be "liable" for anything, or otherwise convey legal meaning. Your conclusions could be incorrect and could hurt us.

**risky words**

---

What should I say instead?

CONFIDENTIAL

GOOG-PLAY-005029891.R

EXHIBIT 6056-044



# RULE
# 10 Think...Then Speak.

Your communications can have unintended consequences for you and the company. Think carefully before you speak publicly about anything related to Google. Understand that unless you're specifically authorized to speak on behalf of the company, you aren't. Even if it isn't your intent to speak on behalf of Google, ...

## How to Get Approval

If you wish to speak at any event, consult the **Speaker Center**, and then seek approval from both **investor-relations@google.com** and **press@google.com** at least two weeks in advance of the proposed engagement. For tech talks and academic presentations, please see the **Pub Approve Process**.

✕

## Shhh...

In addition to compan...
Regulation Fair Disclo...
of material non-publi...
company. In particula...
with friends and famil...
decisions relating to Google could result in fines and other penalties for you and Google unless the information is made available to the general public at the same time.

**risky situations**

## ...ault Finding

...re all the facts? Unless
...void communications
...oogle or Googlers are
acting "illegally" or "negligently," have "violated a law," should or would be "liable" for anything, or otherwise convey legal meaning. Your conclusions could be incorrect and could hurt us.

**risky words**

---

What should I say instead?

EXHIBIT 6056-045

X







### Shhh...

In addition to company polic...
Regulation Fair Disclosure, ...
of material non-public infor...
company. In particular, impr...
with friends and family that ...
decisions relating to Google ...
penalties for you and Google...
available to the general publi...

**risky situations**

### ...ormed Fault Finding

...sible for drawing legal
...Do you have all the facts? Unless
...uestions, avoid communications
...ude, that Google or Googlers are
...have "violated a law," should or
...otherwise convey legal
...be incorrect and could hurt us.

What should I say instead?

CONFIDENTIAL

GOOG-PLAY-005029893.R

EXHIBIT 6056-046



# Activity

During product testing, Wash became aware of safety concerns with the gStroller product and was worried that it was being pushed to market before it was ready. This is the email that Wash wrote when he became concerned about safety issues for the gStroller project.

**Select the best replacement option below for the highlighted paragraph in the email:**

> If we launch the product as is, someone's definitely going to sue us, and I don't want to be blamed.

> As long as we notify our manager and document our concerns in writing as proof, if Google becomes liable for anything later on, you and I should be in the clear. Don't you think?

> I'm going to set up a meeting so the two of us can talk this through.



CONFIDENTIAL

# 10 Activity

During product testing, Wash became aware of safety concerns with the gStroller product and was worried that it was being pushed to market before it was ready. This is the email that W...

Se...
hi...

Wash should avoid characterizing his concerns as "serious flaws in the technology", and instead, just stick to the facts related to his concerns. Wash should also avoid speculating about Google's, or any Googler's, legal liability, especially in a written communication. Such conclusions are best left to a Google lawyer.

**Hide**

on, you and I should be in the clear. Don't you think?

I'm going to set up a meeting so the two of us can talk this through.



To: Echo (google.com) ✕

**need your advice**

Echo,

I just looked at the gStroller dogfooding data, specifically in relation to the rockabye technology. You've seen some of the user feedback, haven't you?

You know and I know that there are **serious flaws in the technology.** If we release this thing like this, **Google's going to get sued left and right**, the **product liability damages will be off the chart**, and **you and I may even be held personally negligent.** [why?]

- Wash

GOOG-PLAY-005029895.R

EXHIBIT 6056-048

asfunction:_level0.aslinkHandler,trigger://why,,,



# 10 Activity

During product testing, Wash became aware of safety concerns with the gStroller product and was worried that it was being pushed to market before it was ready. This is the email that Wash wrote when he became concerned about safety issues for the gStroller project.

**Select the best replacement option below for the highlighted paragraph in the email:**

> If we launch the product as is, someone's definitely going to sue us, and I don't want to be blamed.

> As long as we notify our manager and document our concerns in writing as proof, if Google becomes liable for anything later on, you and I should be in the clear. Don't you think?

> I'm going to set up a meeting so the two of us can talk this through.

Not a good choice. Wash should not speculate about Google's liability in written communications. Try again.

**Hide**



To: Echo (google.com) ✕

need your advice

Echo,

I just looked at the gStroller deerfeeding data, specifically in relation to the ...dback, haven't you?

...e technology. If
...ued left and right,
...nd you and I may



# 10 Activity

During product testing, Wash became aware of safety concerns with the gStroller product and was worried that it was being pushed to market before it was ready. This is the email that Wash wrote when he became concerned about safety issues for the gStroller project.

Select the best replacement option below for the highlighted paragraph in the email:

If we launch the product as is, someone's definitely going to sue us, and I don't want to be blamed.

As long as we notify our manager and document our concerns in writing as proof, if Google becomes liable for anything later on, you and I should be in the clear. Don't you think?

I'm going to set up a meeting so the two of us can talk this through.



To: Echo (google.com) ✕

**need your advice**

Echo,

I just looked at the gStroller dogfooding data, specifically in relation to the rockabye technology. You've seen some of the user feedback, haven't you?

You know and I know that there are **serious flaws in the technology**. If we release this thing like this. **Google's going to get sued left and right**, ...d **you and I may**

Actually, no. Wash should not speculate about Google's liability in written communications. Try again.

Hide

CONFIDENTIAL



# Activity

During product testing, Wash became aware of safety concerns with the gStroller product and was worried that it was being pushed to market before it was ready. This is the email that Wash wrote when he became concerned about safety issues for the gStroller project.

**Select the best replacement option below for the highlighted paragraph in the email:**

If we launch the product as is, someone's definitely going to sue us, and I don't want to be blamed.

As long as we notify our manager and document our concerns in writing as proof, if Google becomes liable for anything later on, you and I should be in the clear. Don't you think?

I'm going to set up a meeting so the two of us can talk this through



To:  Echo (google.com) ✕

need your advice

Echo,

I just looked at the gStroller dogfooding data, specifically in relation to the rockabye technology. You've seen some of the user feedback, haven't you?

...e technology. If
...ued left and right,
...nd you and I may

Good idea. Wash sent a carefully worded email to his manager that *avoided calling out a potential legal issue in a non-privileged email*. Later that day, Wash met face-to-face with his manager to discuss his safety concerns about gStroller in detail. Wash's manager then reached out to the Google Lawyer they regularly work with via a properly constructed attorney-client privileged email.

Hide

Send the Email

CONFIDENTIAL



# Activity Complete

This is the email you should send.

**To:** Echo (google.com) ✕

need your advice

Echo,

I just looked at the gStroller dogfooding data, specifically in relation to the rockabye technology. You've seen some of the user feedback, haven't you?

I'm going to set up a meeting so the two of us can talk this through.

- Wash

Click to Continue

# Certify

Click below to affirm that you have fully reviewed, understand and are responsible for applying the advice and guidelines provided in this training to your interactions, responsibilities, and work at and for Google.

Without this certification, this training will be marked incomplete.



EXHIBIT 6056-053