**Message**

**From:** Jamie Rosenberg [████@google.com]
**Sent:** 7/12/2019 1:58:46 AM
**To:** Tian Lim [████@google.com]; Paul Bankhead [████@google.com]; Paul Gennai [████@google.com]; Jim Kolotouros [████@google.com]; Christopher Li [████@google.com]; Sameer Samat [████@google.com]; Srikanth Krishnamachari [████@google.com]; Wendy-Kay Logan [████@google.com]; Atul Kumar [████@google.com]; Purnima Kochikar [████@google.com]; Mike Hochberg [████@google.com]
**Subject:** Project Banyan Update

Hi all,

I wanted to convey an update on Project Banyan. We are halting work on this and not proceeding with the related work streams involving our respective app stores.

We're working internally with Legal to reevaluate our options, and we'll be back in touch once we have clear guidance on the direction this deal should take. We'll let you know when we have more information.

Thanks to everyone for your hard work on this. If you'd like further context feel free to reach out to Jim, Tian or me directly.

Jamie

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-005333949



EXHIBIT 6066

EXHIBIT 6066-001