EXHIBIT 6178.R
EXHIBIT 6178.R-001
GOOG-PLAY-007830491
CONFIDENTIAL

# Google Play
## Q3' 21 Onboarding

Google Play

Confidential and Proprietary, do not share

Google Confidential

# Google Play Commerce

EXHIBIT 6178.R-112
GOOG-PLAY-007830602
CONFIDENTIAL

# Spotlight: Preventing Fraud & Abuse

## Payment Fraud


## Promotions & Play Points


## Refund Abuse


## Developer Collusion


## Gift Card Scams



## Carrier Billing Abuse


Google Confidential

EXHIBIT 6178.R-132
GOOG-PLAY-007830622

CONFIDENTIAL