**Sent:** Wed 11/9/2022 8:44:43 PM (UTC)
**From:** Tim McDowell (Google)
**To:** Margaret Lam (Google)  Tim McDowell (Google)
**Subject:** hS014gAAAAE-MBI-FLAT:2022-11-09T01:44:42.359903

Tim McDowell (Google) 2022-11-09T20:44:42.359Z

Hey, turned on history if it's okay w/ you. More RSA Qs for you when you have a chance:

1) What's the diff bt a wavier and an amendment? Assuming functionally they are the same but a waiver is OEM initiated and an amendment means Google initiates the change to specify that an app is no longer required for future activations?

2) Are there some RSA Tier 1 devices with Dialer preloaded, despite it not being a requirement? Is there a good analyst to work with to get data on how many devices are in each commercial agreement bucket (RSA Tier 1, 2, 3 and GMS-E)?

Margaret Lam (Google)    2022-11-09T20:48:07.156Z

Hi Tim, if OK, can I ask you to turn off history :)

Tim McDowell (Google) 2022-11-09T20:48:26.395Z

sure, I understand just feeling forgetful



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000163578

EXHIBIT 6454-001