| | |
|---|---|
| Sent: | Thur 12/8/2022 5:52:34 PM (UTC) |
| From: | Otto Jan (Google) |
| To: | Divya Chandra (Google), Otto Jan (Google) |
| Subject: | ITAObEAAAAE-MBI-FLAT:2022-12-07T22:52:33.612671 |

Otto Jan (Google)   2022-12-08T17:52:33.612Z

Sounds good!

Otto Jan (Google)   2022-12-08T17:52:36.138Z

I'll keep Jan in mind

Divya Chandra (Google)   2022-12-08T17:52:49.955Z

I am on legal hold

Otto Jan (Google)   2022-12-08T17:52:56.632Z

(making a note via turning on history)

Divya Chandra (Google)   2022-12-08T17:52:56.898Z

Prefer to keep chat history off

Otto Jan (Google)   2022-12-08T17:53:01.560Z

i'll turn off

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000364253

EXHIBIT 6461

EXHIBIT 6461-001