**Sent:** Tue 2/16/2021 11:07:16 PM (UTC)
**From:** Margaret Lam (Google)
**To:** Matt Jayson (Google), Parag Ladhawala (Google)

Case 3:20-cv-05671-JD   Document 623-83   Filed 12/21/23   Page 1 of 1

Margaret Lam (Google) `2021-02-16 15:07:15`

thanks parag!

Margaret Lam (Google) `2021-02-16 15:07:22`

would it be too much to ask you to turn history off?

Margaret Lam (Google) `2021-02-16 15:07:36`

lots of sensitivity with legal these days :)

Parag Ladhawala (Google) `2021-02-16 15:07:47`

ah okay.

Margaret Lam (Google) `2021-02-16 15:07:57`

thanks so much!!

Parag Ladhawala (Google) `2021-02-16 15:08:01`

wanted to keep the MADA info for reference

Parag Ladhawala (Google) `2021-02-16 15:08:11`

can do



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000374364

EXHIBIT 6464-001