**Sent:** Tue 9/6/2022 10:18:47 PM (UTC)
**From:** Margaret Lam (Google)
**To:** Margaret Lam (Google), Shadia Walsh (Google)
**Subject:** j-dJEIAAAAE-MBI-FLAT:2022-09-06T03:18:46.128895

Margaret Lam (Google)    2022-09-06T22:18:46.128Z

heeeey

Margaret Lam (Google)    2022-09-06T22:18:59.558Z

also just realized our history is 🐘

**Updated on** 2022-09-06T22:19:18.776Z

also just realized our history is on 🐘

Margaret Lam (Google)    2022-09-06T22:19:09.378Z

can we turn it off? haha

Shadia Walsh (Google)  2022-09-06T22:29:47.756Z

yes let's turn it off 🙂



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY