| | |
|---|---|
| Sent: | Tue 1/26/2021 4:01:33 PM (UTC) |
| From: | Emily Garber <█████@google.com> |
| To: | Tristan Ostrowski <█████@google.com> |

**Emily Garber**, 2021-01-26 08:01:32

\<a href="https://www.google.com/url?q=https://www.failbettergames.com/new-social-actions/&amp;sa=D&amp;source=hangouts&amp;ust=1611763292143000&amp;usg=AFQjCNHd6KEQcX4BVOqbe7ol5iYUfGFFqQ">https://www.failbettergames.com/new-social-actions/\</a>

**Tristan Ostrowski**, 2021-01-26 08:56:23

ooh what! &lt; 3

**Tristan Ostrowski**, 2021-01-26 08:56:36

wait no i misread!

**Tristan Ostrowski**, 2021-01-26 08:56:56

Over the years, however, we designed increasingly complex social actions. This culminated with activities like chess and sparring, complex, multi-stage activities that tie together several social actions.

**Tristan Ostrowski**, 2021-01-26 08:57:01

yeah that's why they're fun!

**Tristan Ostrowski**, 2021-01-26 08:57:38

ok letter writing decent replacement!

**Tristan Ostrowski**, 2021-01-26 08:58:16

although i really do wish there were a quiz or wario-ware style minigame element to these activities

**Tristan Ostrowski**, 2021-01-26 08:58:33

e.g. speling, grammar, and vocab quiz for letter writing that determines quality of letter!

**Tristan Ostrowski**, 2021-01-26 08:59:10

rhythm game for everything else!

**Tristan Ostrowski**, 2021-01-26 08:59:51

at first i was like ooh they're adding more chess!

**Emily Garber**, 2021-01-26 09:00:04

Yeah chess going away forever!

**Tristan Ostrowski**, 2021-01-26 09:01:22

nooo ok those were all so fun too with the multi-part nature!

**Emily Garber**, 2021-01-26 09:02:37

Yeah but just think of all the great letters you can send me!



EXHIBIT 6487

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500320

EXHIBIT 6487-001

```html
<a href="https://www.google.com/url?q=https://www.buzzfeed.com/todefeatthehuns/which-fictional-pink-wearing-woman-are-you-1ucwjkad1f&amp;sa=D&amp;source=hangouts&amp;ust=1611788628134000&amp;usg=AFQjCNHnSuCKPF_OKWhYwf7MxobPhL7IUg">https://www.buzzfeed.com/todefeatthehuns/which-fictional-pink-wearing-woman-are-you-1ucwjkad1f</a>
```

**Emily Garber**, 2021-01-26 15:05:21

Ooh Garber LLC meeting on Friday! Let's get Jonathan to dial in!

**Emily Garber**, 2021-01-26 15:07:10

Oh also Ads team in freaking out about some Play VP escalation over that new policy so let me know if you want to discuss!

**Emily Garber**, 2021-01-26 15:09:28

OK this Bryan Garner thing sounds like a combination of Nia's thing and Bo's thing!

**Emily Garber**, 2021-01-26 15:09:43

Like some VC scalable law interpretation consultancy?

**Tristan Ostrowski**, 2021-01-26 15:10:33

hahaha omg! do it during arkham! we'll all dress up as shadow board!

**Tristan Ostrowski**, 2021-01-26 15:10:35

anime finance!

**Emily Garber**, 2021-01-26 15:10:49

Yeah you can be my personal representation!

**Tristan Ostrowski**, 2021-01-26 15:12:37

ooh do have a look in mind!

**Tristan Ostrowski**, 2021-01-26 15:18:28

oh yeah i can discuss! what is it!? been so busy on xiaomi and other stuff haven't been closely involved but happy to help if i can!

**Tristan Ostrowski**, 2021-01-26 15:18:57

xiaomi, answering kevin klein questions i've already answered 3+ times over the past year...all the important stuff!

**Tristan Ostrowski**, 2021-01-26 15:19:06

who's the VP?

**Emily Garber**, 2021-01-26 15:19:12

OK so I haven't been fully looped in either since properly Mike Z's business, but obvs he's not going to reach out to your team since he doesn't even know what's happening!

**Tristan Ostrowski**, 2021-01-26 15:19:17

feel like i can talk sense into most VPs!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      GOOG-PLAY5-000500331

EXHIBIT 6487-012

**Emily Garber**, 2021-01-26 15:19:36

Feel like it's a Shie thing mostly?

**Emily Garber**, 2021-01-26 15:20:11

So as far as I can read it (and obviously I only have Ads side of the story!) it's an issue grown out of that new policy Play wanted Ads to instate a few months ago...

**Emily Garber**, 2021-01-26 15:21:01

Play originally wanted to prohibit Ads leading to non-Play downloads (!!), but then settled for reasonable intermediate policy basically saying if you're running ads that take you to download from 3P store, have to disclose!

**Emily Garber**, 2021-01-26 15:21:03

Which p good!

**Emily Garber**, 2021-01-26 15:21:11

And I think the teams agreed on reactive enforcement.

**Emily Garber**, 2021-01-26 15:21:25

(since obviously really burdensome to proactively check all landing pages)

**Emily Garber**, 2021-01-26 15:22:03

But now apparently Play escalating because 1) mad at reactive enforcement, and 2) also mad that Google Ads can only enforce policies on Google Ads, not all ads serving into all Play/Android apps.

**Emily Garber**, 2021-01-26 15:23:42

So ads enforcement folks all spun up in a tizzy like 1) is unreasonable and not what we agreed to, and 2) literally impossible!

**Tristan Ostrowski**, 2021-01-26 15:25:07

ugh so weird! shie's escalating?

**Emily Garber**, 2021-01-26 15:25:19

So all I have is an email thread where they looped me in for fake privilege, but says:

**Tristan Ostrowski**, 2021-01-26 15:25:33

suzanne maybe?

**Emily Garber**, 2021-01-26 15:25:36

Given our aggressive set of 2021 OKRs that we just finalized and the extent to which our team is over-stretched and putting our team health at risk, it is unreasonable for the Play team to ask us to drop everything based on only a 30 minute meeting called out of the blue at the VP level. This is especially true considering that we have an existing agreement that Shie LGTM'd for reactive.

**Emily Garber**, 2021-01-26 15:25:42

So seems like there was VP meeting yesterday?

**Emily Garber**, 2021-01-26 15:26:00

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500332

EXHIBIT 6487-013