

# PLAY FORTNITE ON ANDROID

How to play Fortnite on your Android phone or tablet? You can either download Fortnite to your device or play using cloud gaming! Please note that cloud gaming requires a high-speed internet connection for the best experience.

**DOWNLOAD NOW!**

## DOWNLOAD THE EPIC GAMES APP ON YOUR ANDROID DEVICE

### AFTER THAT, DOWNLOAD FORTNITE FROM THE APP AND START PLAYING!

**DOWNLOAD THE APP FROM EPIC GAMES** →
**DOWNLOAD THE APP FROM THE SAMSUNG GALAXY STORE** →

## PLAY FORTNITE ON ANDROID THROUGH CLOUD GAMING

### NO FORTNITE DOWNLOAD REQUIRED – JUST LAUNCH AND PLAY!

**PLAY USING XBOX CLOUD GAMING** →
**PLAY USING GEFORCE NOW** →
**PLAY USING AMAZON LUNA** →

## FORTNITE ANDROID FAQ

### HOW DO I START PLAYING FORTNITE ON ANDROID (NON-SAMSUNG)?   −

**DOWNLOAD FROM THE EPIC GAMES APP**

On your Android phone or tablet (non-Samsung), download the Epic Games App by clicking on the "Download the App from Epic Games" button above. From the Epic Games App, you'll be able to download and play Fortnite!

**XBOX CLOUD GAMING**

Players on Android phones and tablets can play Fortnite through cloud gaming via Xbox Cloud Gaming.

**NVIDIA GEFORCE NOW**

Players on Android phones and tablets can play Fortnite though cloud gaming via NVIDIA GeForce NOW.

**AMAZON LUNA**

Players on Android phones and tablets can play Fortnite through cloud gaming via Amazon Luna.

### HOW DO I START PLAYING FORTNITE ON ANDROID (SAMSUNG)?   −

If you have a Samsung Android device, then you can follow the process on this page or you can utilize the Samsung

Document title: How to Play Fortnite on Android - Fortnite
Capture URL: https://www.fortnite.com/mobile/android
Capture timestamp (UTC): Tue, 17 Oct 2023 21:30:50 GMT



Exhibit 6618

Page 1 of 3

**Exhibit 6618-001**

Players on Android phones and tablets can play Fortnite though cloud gaming via NVIDIA GeForce NOW.

**AMAZON LUNA**

Players on Android phones and tablets can play Fortnite through cloud gaming via Amazon Luna.

## HOW DO I START PLAYING FORTNITE ON ANDROID (SAMSUNG)?

If you have a Samsung Android device, then you can follow the process on this page or you can utilize the Samsung device option.

## WHAT ARE THE MINIMUM DEVICE SPECIFICATIONS TO PLAY FORTNITE ON ANDROID NATIVELY (NON-CLOUD)?

Fortnite is a high-fidelity game that is compatible with devices running 64-bit Android on an ARM64 processor, Android OS 8.0 or higher, minimum 4GB of RAM, and one of the following GPUs:

- Adreno 530 or higher
- Mali-G71 MP20
- Mali-G72 MP12 or higher

## WHAT ARE THE MINIMUM DEVICE SPECIFICATIONS TO FORTNITE ON ANDROID THROUGH THE CLOUD?

For the minimum device specifications to play Fortnite on Android through the cloud, please see Xbox's support website, the GeForce NOW system requirements page, or the Amazon Luna Getting Started page (depending on whether you're playing via Xbox Cloud Gaming, NVIDIA GeForce NOW, or Amazon Luna).

Visit our Xbox Cloud Gaming for Fortnite page, GeForce NOW for Fortnite page, or Amazon Luna for Fortnite page to learn more about these services.

## CAN I PLAY FORTNITE ON ANDROID WITH A CONTROLLER? WHAT ARE THE SUPPORTED CONTROLLERS?

Yes, you can play Fortnite on Android with a controller! The supported controllers depend on whether you're playing Fortnite natively, through Xbox Cloud Gaming, or through GeForce NOW.

For playing Fortnite natively on Android, the following Bluetooth controllers are supported:

- Steelseries Stratus XL
- Gamevice
- Sony DualShock 4 Wireless Controller (Android OS 10 or newer)
- Xbox Wireless Controller
- Razer Raiju Mobile
- Razer Junglecat
- Moto Gamepad

For playing Fortnite on Android through Xbox Cloud Gaming, the supported controllers are listed on Xbox's support website.

For playing Fortnite on Android through GeForce NOW, the supported controllers are listed on the GeForce NOW system requirements page.

For playing Fortnite on Android through Amazon Luna, the supported controllers are listed at Amazon's Help & Customer Service.

## CAN I PLAY FORTNITE ON ANDROID WITH KEYBOARD + MOUSE?

Keyboard + mouse is not supported in Fortnite on mobile devices (including Android phones and tablets), whether playing natively, through Xbox Cloud Gaming, through GeForce NOW, or through Amazon Luna.

## IS VOICE CHAT AVAILABLE IN FORTNITE ON ANDROID?

Yes, voice chat is available in Fortnite on Android devices.

Exhibit 6618-002

## CAN I PLAY FORTNITE ON ANDROID WITH KEYBOARD + MOUSE?

Keyboard + mouse is not supported in Fortnite on mobile devices (including Android phones and tablets), whether playing natively, through Xbox Cloud Gaming, through GeForce NOW, or through Amazon Luna.

## IS VOICE CHAT AVAILABLE IN FORTNITE ON ANDROID?

Yes, voice chat is available in Fortnite on Android devices.

Please note that you cannot use Bluetooth headsets for voice chat in Fortnite on mobile (including Android). However, Bluetooth headsets can still be used for audio output. If your device allows it, you can use the device's microphone for voice chat while using Bluetooth headsets for audio output.

## DOES FORTNITE ON ANDROID HAVE CROSS-PLAY?

Yes, if you've launched Fortnite from the Epic Games App or are playing Fortnite through cloud gaming, you'll be playing with players across all platforms. This also means you can party up with your friends on other platforms.

## WILL I BE PLAYING THE CURRENT BATTLE ROYALE SEASON IF I PLAY FORTNITE ON ANDROID?

Yes, if you've launched Fortnite from the Epic Games App or are playing Fortnite through cloud gaming, you'll be playing the current Season.



↑ BACK TO TOP

US/CANADA

| | | |
|---|---|---|
| Home | FAQ | Help |
| Battle Pass | EULA | Safety and Security |
| Watch | Competitive | Community Rules |
| Get Fortnite | V-Bucks Card | Brand Guidelines |
| News | | |

ESRB TEEN – Violence – In-Game Purchases / Users Interact

© 2023, Epic Games, Inc. Epic, Epic Games, the Epic Games logo, Fortnite, the Fortnite logo, Unreal, Unreal Engine 4 and UE4 are trademarks or registered trademarks of Epic Games, Inc. in the United States of America and elsewhere. All rights reserved.

Terms of Service   Privacy Policy