



Exhibit 6619

Document title: Fortnite Mobile on Android
Capture URL: https://www.fortnite.com/mobile/android/new-device
Capture timestamp (UTC): Fri, 20 Oct 2023 22:09:58 GMT

Exhibit 6619-001

**STEP 2** Locate the download file on your device and open it to begin the installation

**CHECK YOUR DEVICE COMPATIBILITY**

Min specs: Fortnite requires an internet connection, Android 8.0 or higher, 64 bit, and 4GB of RAM.
See **FAQ** for more details.

Document title: Fortnite Mobile on Android
Capture URL: https://www.fortnite.com/mobile/android/new-device
Capture timestamp (UTC): Fri, 20 Oct 2023 22:09:18 GMT

**Exhibit 6619-002**



Document title: Fortnite Mobile on Android
Capture URL: https://www.fortnite.com/mobile/android/new-device
Capture timestamp (UTC): Fri, 20 Oct 2023 22:13:34 GMT

**Exhibit 6619-003**



Document title: Fortnite Mobile on Android
Capture URL: https://www.fortnite.com/mobile/android/new-device
Capture timestamp (UTC): Fri, 20 Oct 2023 22:14:06 GMT

**Exhibit 6619-004**




**CHECK YOUR DEVICE COMPATIBILITY**

Min specs: Fortnite requires an internet connection, Android 8.0 or higher, 64 bit, and 4GB of RAM. See FAQ for more details.

BACK TO TOP

Home
Battle Pass
Watch
Get Fortnite
News

FAQ
EULA
Competitive
V-Bucks Card

Help
Safety and Security
Community Rules
Brand Guidelines

US/CANADA

TEEN Violence ESRB In-Game Purchases / Users Interact

© 2023, Epic Games, Inc. Epic, Epic Games, the Epic Games logo, Fortnite, the Fortnite logo, Unreal, Unreal Engine 4 and UE4 are trademarks or registered trademarks of Epic Games, Inc. in the United States of America and elsewhere. All rights reserved.

Terms of Service    Privacy Policy

Document title: Fortnite Mobile on Android
Capture URL: https://www.fortnite.com/mobile/android/new-device
Capture timestamp (UTC): Fri, 20 Oct 2023 22:14:06 GMT