

FORTNITE | SIGN IN | DOWNLOAD



## PLAY FORTNITE ON MOBILE DEVICES

There are many ways to play Fortnite on mobile devices!



**XBOX CLOUD GAMING**



**NVIDIA GEFORCE NOW**



**ANDROID**



**SAMSUNG**



**AMAZON LUNA**

YOU CAN PLAY FORTNITE ON ANDROID PHONES, ANDROID TABLETS, IOS, AND IPADOS – WITH THE GAME BEING DOWNLOADABLE ON ANDROID PHONES AND ANDROIDS TABLETS, AND AVAILABLE THROUGH CLOUD GAMING ON ANDROID PHONES, ANDROID TABLETS, IOS, AND IPADOS. (PLEASE NOTE THAT CLOUD GAMING REQUIRES A HIGH-SPEED INTERNET CONNECTION FOR THE BEST EXPERIENCE.)

Document title: Fortnite Mobile | How to Play Fortnite on Mobile Devices
Capture URL: https://www.fortnite.com/mobile
Capture timestamp (UTC): Tue, 17 Oct 2023 22:01:47 GMT

Exhibit 6621

Page 1 of 4

Exhibit 6621-001

YOU CAN PLAY FORTNITE ON ANDROID PHONES, ANDROID TABLETS, IOS, AND IPADOS – WITH THE GAME BEING DOWNLOADABLE ON ANDROID PHONES AND ANDROIDS TABLETS, AND AVAILABLE THROUGH CLOUD GAMING ON ANDROID PHONES, ANDROID TABLETS, IOS, AND IPADOS. (PLEASE NOTE THAT CLOUD GAMING REQUIRES A HIGH-SPEED INTERNET CONNECTION FOR THE BEST EXPERIENCE.)

LEARN HOW TO START PLAYING FORTNITE ON MOBILE BELOW, AND ALSO LEARN ABOUT COMPATIBLE CONTROLLERS, PERFORMANCE, AND MORE.

# FORTNITE MOBILE FAQ

## HOW DO I START PLAYING FORTNITE ON IOS AND IPADOS?

### XBOX CLOUD GAMING

You do **not** need an Xbox Game Pass subscription to play Fortnite through Xbox Cloud Gaming. All you need is a free Microsoft account, high-speed internet connection, and compatible device. Once you're ready, go to Xbox.com/play to start playing Fortnite in your browser with mobile touch controls or a supported controller. (See our Fortnite Xbox Cloud Gaming FAQ for more information.)

### NVIDIA GEFORCE NOW

With NVIDIA's GeForce NOW service, play Fortnite through cloud streaming in your browser on iOS and iPadOS devices. GeForce NOW can be accessed for free if players choose a free GeForce NOW membership.

All GeForce NOW players can play Fortnite on mobile with touch controls. Prefer playing with a controller? You can do that too!

Get started with Fortnite on GeForce NOW by visiting NVIDIA's Fortnite GeFORCE NOW mobile page, or learn more in our Fortnite GeForce NOW FAQ.

### AMAZON LUNA

With Amazon Luna, play Fortnite through cloud streaming in your browser on iOS and iPadOS devices.

Amazon Prime members can stream certain Amazon Luna games for no additional cost, including Fortnite! Not an Amazon Prime member? You can subscribe to Amazon Luna+, which includes Fortnite and a variety of other games. Amazon Luna+ is available for a monthly subscription fee, and a seven-day free trial is available.

All Amazon Luna players can play Fortnite on mobile with touch controls. Prefer playing with a controller? That's also an option!

Get started with Fortnite on Amazon Luna at the Amazon Luna Getting Started page, or see our Fortnite Amazon Luna FAQ page for more information.

## WHAT ARE THE MINIMUM DEVICE SPECIFICATIONS TO FORTNITE ON MOBILE THROUGH THE CLOUD?

For the minimum device specifications to play Fortnite on mobile through the cloud, please see Xbox's support website, the GeForce NOW system requirements page, or the Amazon Luna Getting Started page (depending on whether you're playing via Xbox Cloud Gaming, NVIDIA GeForce NOW, or Amazon Luna).

## CAN I PLAY FORTNITE ON MOBILE WITH A CONTROLLER? WHAT ARE THE

## WHAT ARE THE MINIMUM DEVICE SPECIFICATIONS TO FORTNITE ON MOBILE THROUGH THE CLOUD?

For the minimum device specifications to play Fortnite on mobile through the cloud, please see Xbox's support website, the GeForce NOW system requirements page, or the Amazon Luna Getting Started page (depending on whether you're playing via Xbox Cloud Gaming, NVIDIA GeForce NOW, or Amazon Luna).

## CAN I PLAY FORTNITE ON MOBILE WITH A CONTROLLER? WHAT ARE THE SUPPORTED CONTROLLERS?

Yes, you can play Fortnite on mobile with a controller! The supported controllers depend on whether you're playing Fortnite natively, through Xbox Cloud Gaming, through GeForce NOW, or through Amazon Luna.

For playing Fortnite natively on Android, the following Bluetooth controllers are supported:

- Steelseries Stratus XL
- Gamevice
- Sony DualShock 4 Wireless Controller (Android OS 10 or newer)
- Xbox Wireless Controller
- Razer Raiju Mobile
- Razer Junglecat
- Moto Gamepad

For playing Fortnite through Xbox Cloud Gaming (whether on Android, iOS, or iPadOS), the supported controllers are listed on Xbox's support website.

For playing Fortnite through GeForce NOW (whether on Android, iOS, or iPadOS), the supported controllers are listed on the GeForce NOW system requirements page.

For playing Fortnite through Amazon Luna (whether on Android, iOS, or iPadOS), the supported controllers are listed at Amazon's Help & Customer Service.

## CAN I PLAY FORTNITE ON MOBILE WITH KEYBOARD + MOUSE?

Keyboard + mouse is not supported in Fortnite on mobile devices, whether playing natively, through Xbox Cloud Gaming, through GeForce NOW, or through Amazon Luna.

## IS VOICE CHAT AVAILABLE IN FORTNITE ON MOBILE?

Yes, voice chat is available in Fortnite on mobile devices.

Please note that you cannot use Bluetooth headsets for voice chat in Fortnite on mobile. However, Bluetooth headsets can still be used for audio output. If your device allows it, you can use the device's microphone for voice chat while using Bluetooth headsets for audio output.

## DOES FORTNITE ON MOBILE HAVE CROSS-PLAY?

Yes, if you've launched Fortnite from the Epic Games App or are playing Fortnite through cloud gaming, you'll be playing with players across all platforms. This also means you can party up with your friends on other platforms.

## WILL I BE PLAYING THE CURRENT SEASON IF I PLAY FORTNITE ON MOBILE?

Yes, if you've launched Fortnite from the Epic Games App or are playing Fortnite through cloud gaming, you'll be playing the current Season.



↑ BACK TO TOP

listed at Amazon's Help & Customer Service.

## CAN I PLAY FORTNITE ON MOBILE WITH KEYBOARD + MOUSE?

Keyboard + mouse is not supported in Fortnite on mobile devices, whether playing natively, through Xbox Cloud Gaming, through GeForce NOW, or through Amazon Luna.

## IS VOICE CHAT AVAILABLE IN FORTNITE ON MOBILE?

Yes, voice chat is available in Fortnite on mobile devices.

Please note that you cannot use Bluetooth headsets for voice chat in Fortnite on mobile. However, Bluetooth headsets can still be used for audio output. If your device allows it, you can use the device's microphone for voice chat while using Bluetooth headsets for audio output.

## DOES FORTNITE ON MOBILE HAVE CROSS-PLAY?

Yes, if you've launched Fortnite from the Epic Games App or are playing Fortnite through cloud gaming, you'll be playing with players across all platforms. This also means you can party up with your friends on other platforms.

## WILL I BE PLAYING THE CURRENT SEASON IF I PLAY FORTNITE ON MOBILE?

Yes, if you've launched Fortnite from the Epic Games App or are playing Fortnite through cloud gaming, you'll be playing the current Season.



BACK TO TOP

Home        FAQ              Help
Battle Pass  EULA             Safety and Security
Watch       Competitive       Community Rules
Get Fortnite V-Bucks Card     Brand Guidelines
News

US/CANADA
TEEN — Violence — In-Game Purchases / Users Interact — ESRB

© 2023, Epic Games, Inc. Epic, Epic Games, the Epic Games logo, Fortnite, the Fortnite logo, Unreal, Unreal Engine 4 and UE4 are trademarks or registered trademarks of Epic Games, Inc. in the United States of America and elsewhere. All rights reserved.

Terms of Service    Privacy Policy