Case 3:20-cv-05671-JD   Document 623-91   Filed 12/21/23   Page 1 of 14





App Store

# The apps you love.
# From a place you can trust.

For over a decade, the App Store has proved to be a safe and trusted place to discover and download apps. But the App Store is more than just a storefront — it's an innovative destination focused on bringing you amazing experiences. And a big part of those experiences is ensuring that the apps we offer are held to the highest standards for privacy, security, and content. Because we offer nearly two million apps — and we want you to feel good about using every single one of them.

**EXHIBIT 6691**

Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-001

Page 1 of 14





# Over 20K stories and counting.





New

# Explore in-app events like movie premieres, gaming competitions, and livestreams.



Discover amazing apps with a rich



1.8M apps

Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-003

Page 3 of 14

Discover amazing apps with a rich search experience.

1.8M apps available worldwide.

175 storefronts in over 40 languages.

Over 150 expert editors worldwide.



Get the details on every app.

Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-004

Page 4 of 14



# Privacy and security.
# Built into everything we do.



## Security for every app. At every level.



Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-005

Page 5 of 14

100% of apps are automatically screened for known malware.

Over 16K apps use Apple health technologies like HealthKit, CareKit, and ResearchKit designed to protect patient privacy.



You choose what data to share. And with whom.







Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-006

Page 6 of 14

## Over 215K submissions rejected last year for violating privacy guidelines.



## Apps can't pull your data from other apps.



## Dedicated to trust and safety.

### Apps must adhere to our guidelines.

### Every week, over 500 dedicated experts







App Store · About the App Store · Developing for the App Store

...adhere to our guidelines.

over 500 dedicated experts around the world review over 100K apps.

Over 1M submissions rejected for objectionable, harmful, unsafe, or illegal content.

You should never have to worry about inappropriate content.

No surprise purchases.

Every day, moderators review

No surprise purchases.

Everyday moderators review worldwide App Store charts for quality and accuracy.



In 2020, we removed over 80M user reviews that were considered spam.

We have removed over 2.3M apps because they haven't been updated or don't work on our latest OS releases.

Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-009

Page 9 of 14




Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-010

Page 10 of 14

App Store    developers    About the App Store    Developing for the App Store

take advantage of our latest hardware technologies.



# Download with confidence.







Make any app yours. Instantly.



Make any app yours. Instantly.



Over 900K apps have secure payment technologies like Apple Pay and StoreKit for goods and services.

Purchase safely and securely.



Problem with an app? Easily report it from the App Store.

Need a refund? AppleCare has your back.



Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-012

Page 12 of 14

App Store
Case 3:20-cv-05671-JD   Document 623-91   Filed 12/21/23   Page 13 of 14
About the App Store    Developing for the App Store

report it from the App Store.

More than 4B apps distributed each day from data centers running on 100% renewable energy.

Over 195 local payment methods and 45 currencies supported.

## News about the App Store.

See all Newsroom articles >

Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

EXHIBIT 6691-013

Page 13 of 14

# News about the App Store.

See all Newsroom articles >



Meet the 2023 App Store Award finalists

November 14, 2023



Apple supercharges Logic Pro for Mac and iPad

November 6, 2023



8 new games coming to A...

November 1, 2023

 

* Disney+ subscription required. Must be at least 18 to subscribe.

 App Store

**Shop and Learn**
Store
Mac
iPad
iPhone
Watch
Vision
AirPods
TV & Home
AirTag
Accessories
Gift Cards

**Apple Wallet**
Wallet
Apple Card
Apple Pay
Apple Cash

**Account**
Manage Your Apple ID
Apple Store Account
iCloud.com

**Entertainment**
Apple One
Apple TV+
Apple Music
Apple Arcade
Apple Fitness+
Apple News+
Apple Podcasts
Apple Books
App Store

**Apple Store**
Find a Store
Genius Bar
Today at Apple
Apple Camp
Apple Store App
Certified Refurbished
Apple Trade In
Financing
Carrier Deals at Apple
Order Status
Shopping Help

**For Business**
Apple and Business
Shop for Business

**For Education**
Apple and Education
Shop for K-12
Shop for College

**For Healthcare**
Apple in Healthcare
Health on Apple Watch
Health Records on iPhone

**For Government**
Shop for Government
Shop for Veterans and Military

**Apple Values**
Accessibility
Education
Environment
Inclusion and Diversity
Privacy
Racial Equity and Justice
Supplier Responsibility

**About Apple**
Newsroom
Apple Leadership
Career Opportunities
Investors
Ethics & Compliance
Events
Contact Apple

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2023 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    United States

Document title: App Store - Apple
Capture URL: https://www.apple.com/app-store/
Capture timestamp (UTC): Wed, 22 Nov 2023 00:00:35 GMT

**EXHIBIT 6691-014**

Page 14 of 14