Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**MANUAL FILING NOTIFICATION**<br><br>Judge: Hon. James Donato |

**EXHIBIT 6695**

This exhibit was not filed electronically for the following reason(s):

    ___ Voluminous Document (PDF file size larger than e-filing system allowances)

    _X_ Unable to Scan Documents

    ___ Physical Object (description): _____

    _X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

    ___ Item Under Seal

    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

    ___ Other (description): _____

A copy of this exhibit is being maintained in the case file in the Clerk's office. For information on retrieving this filing directly from the court, please see the Court's main website, at http://www.cand.uscourts.gov.

DATED:  December 21, 2023  

CRAVATH, SWAINE & MOORE LLP  
Christine Varney *(pro hac vice)*  
cvarney@cravath.com  
Gary A. Bornstein *(pro hac vice)*  
gbornstein@cravath.com  
Timothy G. Cameron *(pro hac vice)*  
tcameron@cravath.com  
Yonatan Even *(pro hac vice)*  
yeven@cravath.com  
Lauren A. Moskowitz *(pro hac vice)*  
lmoskowitz@cravath.com  
Justin C. Clarke *(pro hac vice)*  
jcclarke@cravath.com  
Michael J. Zaken *(pro hac vice)*  
mzaken@cravath.com  
M. Brent Byars *(pro hac vice)*  
mbyars@cravath.com  

FAEGRE DRINKER BIDDLE & REATH LLP  
Paul J. Riehle (SBN 115199)  

Respectfully submitted,  

By: */s/ Gary A. Bornstein*  
    Gary A. Bornstein

| | |
|---|---|
| DATED: December 21, 2023 | MUNGER, TOLLES & OLSON LLP<br>Glenn D. Pomerantz<br>Kyle W. Mach<br>Kuruvilla Olasa<br>Justin P. Raphael<br>Emily C. Curran-Huberty<br>Jonathan I. Kravis |

Respectfully submitted,

By:  */s/ Glenn D. Pomerantz*
     Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

| | |
|---|---|
| DATED: December 21, 2023 | MORGAN, LEWIS & BOCKIUS LLP<br>Brian C. Rocca<br>Sujal J. Shah<br>Minna L. Naranjo<br>Rishi P. Satia<br>Michelle Park Chiu |

By:  */s/ Brian C. Rocca*
     Brian C. Rocca

*Counsel for Defendants Google LLC et al.*