| | |
|---|---|
| **From:** | David Hopkins (▮▮▮@apple.com) |
| **To:** | Carson Oliver (▮▮▮@apple.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Google Play now lets Android app developers see review highlights, ratings charts | VentureBeat | Dev | by Jordan Novet |
| **Attachments:** | |
| **Sent:** | 03/02/2016 06:10:33 PM 0000 (GMT) |

Thanks!

> On Mar 2, 2016, at 10:06 AM, Carson Oliver ▮▮▮@apple.com> wrote:
>
> Yeah, I can make that time work.
>
> **Carson Oliver**
> App Store | Apple Inc.
> ▮▮▮@apple.com | ▮▮▮ (office) | ▮▮▮ (mobile)
>
>> On Mar 2, 2016, at 10:04 AM, David Hopkins ▮▮▮@apple.com> wrote:
>>
>> Hey Carson,
>>
>> I was trying to find a time for this when you, Sandra, and Kim were all available and it was driving nearly impossible. I thought I saw a slot on Friday and then checked back and the slot seemed to be filled — any chance you are able to make the time slot this Friday work?
>>
>> Thanks,
>> David
>>
>>> On Feb 26, 2016, at 1:37 PM, Kim Martinsen ▮▮▮@apple.com> wrote:
>>>
>>> please include sandra laudoniu as well please. thanks!
>>>
>>> ☐  Kim Martinsen                                                  ▮▮▮
>>>
>>>              Facebook   Twitter
>>>
>>>
>>>
>>>
>>>> On Feb 26, 2016, at 1:37 PM, David Hopkins ▮▮▮@apple.com> wrote:
>>>>
>>>> - a few, +Julie
>>>>
>>>> Thanks for sharing Kim. We've been talking about doing something like this in Crossfire, in addition to highlighting other insights from our data. We'd like to set up a brainstorming session for next week. Is there anyone you'd like me to include on your side apart from yourself and Carson?

Non-Party Highly Confidential - Outside Counsel Eyes Only

EXHIBIT 6848

APL-Goog_00904736

EXHIBIT 6848-001

> On Feb 26, 2016, at 12:29 PM, Kim Martinsen <​@apple.com> wrote:
>
> ICYMI. Google Play now provides developers with easier ways to understand recurring themes in user reviews and to track ratings over time.
>
> ☐ Kim Martinsen
>
> Facebook   Twitter
>
> http://venturebeat.com/2016/02/25/google-play-now-lets-android-app-developers-see-review-highlights-ratings-charts/
>
> # Google Play now lets Android app developers see review highlights, ratings charts
>
> <Google-Play-Store-Novet-930x619.png>
>
> Google today announced a few enhancements for the Google Play Developer Console, which Android app developers can use to monitor the usage of their apps.   ☐ Kim Martinsen
>
> Now developers have an easy way to see the most common themes that end users mention in their app reviews. Google bubbles up these themes in the new Review Highlights feature, Google Play product manager Fergus Hurley wrote in a blog post. More enterprising developers can use the new search box.
>
> <Google-Play-Store-review-highlights.png>
>
> When it comes to ratings, Google is doing more there, too. You can now check out charts of ratings over the day, the week, or the month. The console also now lets developers run queries on ratings by country, language, the device, the version of the app, the version of Android users are running, the country where the user made the rating, and the language spoken by people who leave ratings.
>
> Google is also providing more granular information that starts to put it in competition with application performance management (APM) vendors such as New Relic — but in a way that takes advantage of the data that Google already possesses.

Non-Party Highly Confidential - Outside Counsel Eyes Only                                         APL-Goog_00904737

EXHIBIT 6848-002

"See certain device data such as RAM, CPU, and screen size so you can more easily identify problems users are mentioning in user reviews and debug such issues," Hurley wrote.

Other recent Google Play updates include open and closed betas and universal app campaigns.

Facebook   Twitter

Non-Party Highly Confidential - Outside Counsel Eyes Only

APL-Goog_00904738

EXHIBIT 6848-003