| | |
|---|---|
| From: | Carson Oliver (███████@apple.com) |
| To: | Jennifer Ng (███████@apple.com) |
| CC: | |
| BCC: | |
| Subject: | Re: Content Price Comparison |
| Attachments: | |
| Sent: | 11/28/2017 04:43:00 AM 0000 (GMT) |

Hey Jennie,

This is great. One edit for the summary write up: for all content types, can we consistently include the breakdown (in %) of Apple titles that are (1) greater than, (2) less than, or (3) equal to Google Play? It gets a little confusing if the percentages don't add up to 100%

Thanks,
Carson

--
Carson Oliver

On Nov 27, 2017, at 8:15 PM, Jennifer Ng ███████@apple.com> wrote:

> Carson,
> Below and attached is a summary of price differences for the various content types on iTunes/App Store vs. Google Play. Please let me know if you have any questions!
>
> **Methodology**
> For each of the content types (Movies, TV, Music, and Apps), I pulled the top 20 on the iTunes/App Store chart today (Nov 27) and then found the corresponding content on Google Play. Where appropriate, I compared the prices for the various levels of content quality (i.e. SD, HD, UHD). For TV and Music, I pulled the top content for TV seasons and music albums and then also compared the price for the majority of individual episodes/songs within those seasons/albums. Lastly, the summary tab (as well as summary sections on each individual tab) excludes content that I've marked as NA, which is content that's not available on at least one of the two platforms. For example, for Movies (Buy) there are only 7 SD titles in the count. This is because most of these movies only had an HD version on Google Play (though Google Play specifics in the description that these will play as SD where HD does not work).
>
> **Summary**
> - Movies
>   - About half of both HD and SD movies for purchase (55% of HD, 43% of SD) are equal in price on iTunes and Google Play. About one third (30% of HD, 43% of SD) are more expensive on iTunes, with a median price difference of $2.50-3.00 (22-23% price difference)
>   - While 75% of HD titles for rent are similar in price on iTunes and Google Play, 88% of SD titles are more expensive on iTunes. Almost all of these titles are $1 more expensive to rent on iTunes.
> - TV
>   - Half of TV seasons are equal on iTunes and Google Play (both in HD and SD)
>   - Prices on iTunes and Google Play are equal for all episodes (both in HD and SD)
> - Music
>   - 70% of albums are more expensive on iTunes, most being $0.50 more on iTunes
>   - Prices on iTunes and Google Play are equal for most individual songs within these albums
> - Apps
>   - Half of paid apps are the same price on the App Store and Google Play
>   - 27% of paid apps are more expensive on the App Store (all of these titles were free on Google Play)
>   - 20% of paid apps are less expensive on the App Store, ranging in a price difference of $1-3

Non-Party Highly Confidential - Outside Counsel Eyes Only



APL-Goog_01323287

EXHIBIT 6853-001

\<Screen Shot 2017-11-27 at 8.10.40 PM.png>

\<Content Price Comparison.xlsx>

Jennifer Ng

Non-Party Highly Confidential - Outside Counsel Eyes Only

APL-Goog_01323288

EXHIBIT 6853-002