## Operating System Shares Based on Smartphone Sales by Region

**(1) Worldwide (excluding China)**

| Year | Android | iOS | All others |
|---|---|---|---|
| 2007 | 0% | 3% | 97% |
| 2008 | 0% | 10% | 90% |
| 2009 | 4% | 16% | 80% |
| 2010 | 24% | 17% | 59% |
| 2011 | 47% | 21% | 32% |
| 2012 | 63% | 22% | 15% |
| 2013 | 72% | 19% | 8% |
| 2014 | 77% | 18% | 5% |
| 2015 | 79% | 17% | 4% |
| 2016 | 82% | 17% | 1% |
| 2017 | 83% | 17% | 0% |
| 2018 | 83% | 17% | 0% |
| 2019 | 84% | 16% | 0% |
| 2020 | 82% | 18% | 0% |
| 2021 | 82% | 18% | 0% |

**(2) United States**

| Year | Android | iOS | All others |
|---|---|---|---|
| 2007 | 0% | 17% | 83% |
| 2008 | 2% | 21% | 77% |
| 2009 | 11% | 22% | 67% |
| 2010 | 41% | 20% | 39% |
| 2011 | 54% | 31% | 14% |
| 2012 | 56% | 40% | 5% |
| 2013 | 57% | 40% | 4% |
| 2014 | 59% | 38% | 3% |
| 2015 | 59% | 39% | 2% |
| 2016 | 62% | 38% | 1% |
| 2017 | 62% | 38% | 0% |
| 2018 | 56% | 44% | 0% |
| 2019 | 56% | 44% | 0% |
| 2020 | 51% | 49% | 0% |
| 2021 | 52% | 48% | 0% |

Source: IDC smartphones 2021.



EXHIBIT 6903

EXHIBIT 6903-001