HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Operating System Shares Based on Smartphone Sales by Region





Source: IDC smartphones 2021.



EXHIBIT 6924-001