

Native App and Web App Share of Total Minutes Among 14 App Categories With Most Total App Minutes on US Android Smartphones, May 2022

Source: Comscore's Mobile Metrix Key Measures panel.



**EXHIBIT 6931**

EXHIBIT 6931-001