HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Third-Party Smartphone Operating System Unit Shares, Based on Number of Smartphone Unit Sales**





Source: IDC smartphones 2021.



EXHIBIT 6932-001