HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Google Play Revenue and Profit by Year, Worldwide, 2011–2021

Source: GOOG-PLAY-000416245 (Google P&L); GOOG-PLAY-001090227 at Sheet "Ads Revenue and Costs on Play S" (Cost and revenue data for ads that appear in Google Play) (PX 0373, PX 0429, PX 0430); GOOG-PLAY-010801680; GOOG-PLAY-010801682.



EXHIBIT 6950

EXHIBIT 6950-001