**Google Play**
**Historical Operating Results**
**2011-2021**

| ($ millions)[1] | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | |
| Apps | $ - | $ - | $ - | $ - | 3,499 | 4,557 | 5,760 | 6,785 | 8,182 | 10,688 | $ 11,973 |
| Ads | - | - | - | - | 66 | 380 | 661 | 1,610 | 2,517 | 3,487 | 5,724 |
| VX | - | - | - | - | 339 | 357 | 353 | 435 | 449 | 496 | 136 |
| Other | - | - | - | - | - | 36 | 56 | 42 | 107 | 62 | 60 |
| Hedging | - | - | - | - | 39 | 7 | 16 | 5 | 4 | - | - |
| Total Revenue | 51 | 204 | 1,599 | 3,097 | 3,942 | 5,336 | 6,846 | 8,878 | 11,259 | 14,732 | 17,892 |
| Direct Cost of Sales | | | | | | | | | | | |
| Transaction Fees | - | - | - | - | 940 | 1,113 | 1,438 | 1,648 | 2,003 | 2,473 | 2,669 |
| Content Costs | - | - | - | - | 305 | 310 | 294 | 421 | 460 | 539 | 270 |
| Customer Support | - | - | - | - | 62 | 83 | 82 | 68 | 91 | 101 | 103 |
| Other | - | - | - | - | 165 | 241 | 132 | 64 | 61 | 73 | 156 |
| Ads Direct Cost of Sales[2] | - | - | - | - | - | - | - | - | 6 | 6 | 81 |
| Total Direct Cost of Sales | 56 | 130 | 1,046 | 1,499 | 1,471 | 1,747 | 1,946 | 2,201 | 2,620 | 3,192 | 3,280 |
| Cost of Sales Reclassed - Direct | - | - | - | - | - | - | - | - | - | - | 153 |
| Cost of Sales Reclassed - Allocated | - | - | - | - | - | - | - | - | - | - | 305 |
| Infrastructure | - | - | - | - | 42 | 70 | 80 | 127 | 147 | 157 | - |
| Gross Profit | (5) | 75 | 553 | 1,598 | 2,429 | 3,519 | 4,819 | 6,551 | 8,491 | 11,383 | 14,155 |
| OPEX | | | | | | | | | | | |
| Direct OPEX | - | - | - | - | 400 | 586 | 632 | 603 | 595 | 618 | 459 |
| Marketing A&P | - | - | - | - | 162 | 228 | 201 | 189 | 210 | 215 | 258 |
| Allocations | - | - | - | - | 326 | 419 | 626 | 521 | 590 | 832 | 792 |
| Total OPEX | 121 | 147 | 212 | 804 | 888 | 1,233 | 1,459 | 1,313 | 1,396 | 1,665 | 1,509 |
| Operating Profit Before Allocated OPEX | n/a | n/a | n/a | n/a | 1,867 | 2,705 | 3,986 | 5,759 | 7,686 | 10,550 | 13,438 |
| Operating Profit | $ (126) | $ (72) | $ 341 | $ 793 | $ 1,541 | $ 2,285 | $ 3,361 | $ 5,239 | $ 7,096 | $ 9,718 | $ 12,646 |
| Operating Profit Percentage | -247% | -35% | 21% | 26% | 39% | 43% | 49% | 59% | 63% | 66% | 71% |

Notes:
[1] The figures are expressed in millions of dollars. One thousand million dollars ($1,000 million) is equivalent to one billion dollars ($1,000,000,000).
[2] For 2019-2021, Google Play ads direct cost of sales are not further broken down by category.

Sources:
GOOG-PLAY-000416245; GOOG-PLAY-001090227; GOOG-PLAY-010801680; and GOOG-PLAY-010801682.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 6956-001