**Active RSA 3.0 Premier or MIA Devices and
Active Android Devices That Are Not RSA 3.0 Premier or MIA Devices**
*United States, November 16, 2021*



**95.4%**
Non-RSA 3.0 Premier or MIA

**4.6%**
RSA 3.0 Premier or MIA

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Exhibit 6989

Exhibit 6989-001

Notes:

[1] Category "Non-RSA 3.0 Premier or MIA active devices" includes all active devices that are not RSA 3.0 Premier or MIA active devices. For example, actives covered under a RSA that does not include Premier Tier terms, and actives that are not covered by an RSA or MIA are both included in this category.

[2] All active devices for LGE and Lenovo with an "RSA_scope" of "RSA Carrier + RSA3 OEM Premier" or an "rsa_type" of "RSA3 OEM" were considered "RSA 3.0 Premier or MIA active devices" for this analysis.

[3] Observations with inconsistent values are cleaned to produce conservative results. Active devices with an "RSA_scope" of "RSA Carrier + RSA3 OEM Premier" but "is_premier" equals "FALSE" are treated as "RSA 3.0 Premier or MIA active device" for this analysis. Active devices with (i) no RSA but "is_premier" equals "TRUE," and (ii) "rsa_type" equals "RSA2 OEM Only" and "is_premier" equals "TRUE" are retained in the data as reported. Active devices with missing "RSA_scope" and "is_premier" equals "FALSE" are excluded from this analysis.

[4] Google devices are considered non-RSA 3.0 Premier or MIA active devices in the data. If they are removed from the data, the share of active devices that are RSA 3.0 Premier or MIA is 4.8 percent in the United States. If Google devices are considered RSA 3.0 Premier or MIA, the share is 8.2 percent in the United States.

[5] United States, November 16, 2021

Source:   Bernheim Production Materials ("RSA tier active devices.dta").

**HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY**

**Exhibit 6989-002**