



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Exhibit 6994-001

|  |  |
|---|---|
| Notes: | [1] Data include devices worldwide (excluding China). |
|  | [2] Alternative app stores include Samsung Galaxy Store, Amazon Appstore, LG Smart World, Xiaomi Market, Huawei App Gallery, ONE Store, Oppo, Vivo, ShareIT, and the KT Store. |
|  | [3] Data are provided daily, and reflect worldwide active Android devices that were scanned by Google Play Protect in the previous 28 days. |
|  | [4] Devices included are limited to approved phones and tablets only. |
| Source: | "OEM Footprint Data (2015-2021)," GOOG-PLAY-010801683. |

**HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY**

**Exhibit 6994-002**