



**Exhibit 7006-001**

**Notes:** [1] April 21, 2020 through August 13, 2020 is the period during which Fortnite was available on the Google Play store.

[2] Only revenue from users in the United States is included in this analysis.

[3] Android users are identified as accounts that played at least once or made any purchases on Android during this period.

[4] United States, April 21, 2020–August 13, 2020

**Source:** Evans Production Data, EPIC_GOOGLE_05131937-940.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Exhibit 7006-002**