

## Weekly Gross Revenue from Fortnite

**Notes:**
[1] Weekly gross revenue is calculated using weekly item revenue for iOS and all Android platforms in the data (Android, Samsung, and Google).
[2] Fortnite was no longer available for download on Google Play and the Apple App Store starting on August 13, 2020.
[3] Fortnite's Chapter 2, Season 4 was released on August 27, 2020, and Chapter 2, Season 5 was released on December 2, 2020.

**Sources:** "Fortnite Item Revenue by Week," EPIC_GOOGLE_05131910;
"Fortnite Weekly Active Users," EPIC_GOOGLE_05131912; "The Fortnite Galaxy Cup Tournament Begins July 25,"
Pocket Tactics, https://www.pockettactics.com/fortnite/galaxy-cup-tournament, accessed November 14, 2022.

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY



EXHIBIT 7020

EXHIBIT 7020-001