

**Worldwide Android Smartphone Sales (Excluding China)**

**Note:**
"Worldwide Android Smartphone Sales (Excluding China)" are computed using IDC data and include unit sales of Android smartphones sold directly to end users and through distribution channels worldwide, excluding China.

**Source:** Bernheim Production Materials ("IDC Quarterly Mobile Phone Tracker").

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



EXHIBIT 7028-001