

**Notes:**
[1] A "Premier Tier" device is identified when the variable "is_premier" takes on value TRUE in the data, which captures Premier Tier provisions related to Google Play.
[2] Data include GMS device activations worldwide (excluding China).
[3] Observations with inconsistent values are cleaned to produce conservative results. Active devices with an "RSA_scope" of "RSA Carrier + RSA3 OEM Premier" but "is_premier" equals "FALSE" are treated as Premier Tier for this analysis. Active devices with (i) no RSA but "is_premier" equals "TRUE," and (ii) "rsa_type" equals "RSA2 OEM" and "is_premier" equals "TRUE" are retained in the data as reported. Active devices with missing "RSA_scope" and "is_premier" equals "FALSE" are excluded from this analysis.
[4] Google devices are considered non-Premier Tier in the data.

**Sources:** "RSA Activations Data, Worldwide Excluding China," GOOG-PLAY-011657415; OOG-PLAY-011657416; GOOG-PLAY-011657417; GOOG-PLAY-011657418; GOOG-PLAY-011657419; GOOG-PLAY-011657420; GOOG-PLAY-011657421; GOOG-PLAY-011657422; GOOG-PLAY-011657423; GOOG-PLAY-011657424.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 7079

EXHIBIT 7079-001