## Share of Active Devices That Are Premier Tier or MIA Devices, Worldwide (Excluding China)
*November 16, 2021*

| OEM Partner | Non-RSA 3.0 Premier or MIA active devices | RSA 3.0 Premier or MIA active devices | All active devices | Share of active devices that are RSA 3.0 Premier or MIA |
|---|---|---|---|---|
| Xiaomi | 274,220,285 | 88,957,633 | 363,177,918 | 24.5% |
| Oppo | 228,792,318 | 66,528,666 | 295,320,984 | 22.5% |
| Vivo | 166,392,149 | 10,062,566 | 176,454,715 | 5.7% |
| Lenovo | 125,923,905 | 28,332,468 | 154,256,373 | 18.4% |
| OnePlus | 16,612,480 | 8,996,126 | 25,608,606 | 35.1% |
| LGE | 66,232,073 | 6,264,858 | 72,496,931 | 8.6% |
| Transsion | 135,666,406 | 0 | 135,666,406 | 0.0% |
| HMD | 19,866,387 | 4,371,610 | 24,237,997 | 18.0% |
| ■ | ■ | ■ | ■ | ■ |
| Sharp | 12,709,487 | 1,622,562 | 14,332,049 | 11.3% |
| TCL | 27,604,013 | 94,280 | 27,698,293 | 0.3% |
| Blu | 3,056,310 | 713,575 | 3,769,885 | 18.9% |
| Vinsmart | 2,672,266 | 0 | 2,672,266 | 0.0% |
| Tinno | 7,248,884 | 114,715 | 7,363,599 | 1.6% |
| Positivo Tecnologia | 1,492,033 | 0 | 1,492,033 | 0.0% |
| Multilaser | 2,630,341 | 0 | 2,630,341 | 0.0% |
| ZTE | 19,614,165 | 0 | 19,614,165 | 0.0% |
| Interactive Trading (Mobicel) | 4,025,470 | 0 | 4,025,470 | 0.0% |
| Huawei | 242,112,650 | 0 | 242,112,650 | 0.0% |
| Telpa (General Mobile) | 1,898,945 | 0 | 1,898,945 | 0.0% |
| Foxconn | 3,369,192 | 0 | 3,369,192 | 0.0% |
| Samsung | 1,183,711,192 | 0 | 1,183,711,192 | 0.0% |
| Others | 159,341,181 | 0 | 159,341,181 | 0.0% |
| **All Devices** | **2,727,016,753** | **219,076,743** | **2,946,093,496** | **7.4%** |

**Notes:**

[1] OEM partners are listed in the order in which Dr. Bernheim did in Figure 35, with the exception of Samsung and "Others" (which comprise all other OEM partners not listed in this table).

[2] Category "Non-RSA 3.0 Premier or MIA active devices" includes all active devices that are not RSA 3.0 Premier or MIA active devices. For example, actives covered under an RSA that does not include Premier Tier terms, and actives that are not covered by an RSA or MIA are both included in this category.

[3] Dr. Bernheim includes U.S. actives twice in Figure 35 by including data for the United States in addition to North America. This analysis corrects for that by including only North America. Counts of "RSA 3.0 Premier or MIA active devices" differ from Dr. Bernheim's Figure 35 as a result.

[4] Consistent with Dr. Bernheim's methodology, all active devices for LGE and Lenovo with an "RSA_scope" of "RSA Carrier + RSA3 OEM Premier" or an "rsa_type" of "RSA3 OEM" were considered "RSA 3.0 Premier or MIA active devices" for this analysis.

[5] Observations with inconsistent values are cleaned to produce conservative results. Active devices with an "RSA_scope" of "RSA Carrier + RSA3 OEM Premier" but "is_premier" equals "FALSE" are treated as "RSA 3.0 Premier or MIA active device" for this analysis. Active devices with (i) no RSA but "is_premier" equals "TRUE," and (ii) "rsa_type" equals "RSA2 OEM Only" and "is_premier" equals "TRUE" are retained in the data as reported. Active devices with missing "RSA_scope" and "is_premier" equals "FALSE" are excluded from this analysis. Counts of actives for "RSA 3.0 Premier or MIA active devices" also differ from Dr. Bernheim's Figure 35 as a result.

[6] Google devices are considered non-RSA 3.0 Premier or MIA active devices in the data. If they are removed from the data, the share of active devices that are RSA 3.0 Premier or MIA is 7.5 percent worldwide. If Google devices are considered RSA 3.0 Premier or MIA, the share is 8.1 percent worldwide.

**Source:** Bernheim Production Materials ("RSA tier active devices.dta").



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

EXHIBIT 7089-001