## Share of Active Devices That Are Premier Tier or MIA Devices, United States

*November 16, 2021*

| OEM Partner | Non-RSA 3.0 Premier or MIA active devices | RSA 3.0 Premier or MIA active devices | All active devices | Share of active devices that are RSA 3.0 Premier or MIA |
|---|---:|---:|---:|---:|
| Lenovo | 11,488,425 | 4,653,045 | 16,141,470 | 28.8% |
| OnePlus | 1,312,010 | 1,996,785 | 3,308,795 | 60.3% |
| LGE | 17,962,593 | 615,802 | 18,578,395 | 3.3% |
| Xiaomi | 644,516 | 217,323 | 861,839 | 25.2% |
| Oppo | 523,763 | 128,217 | 651,980 | 19.7% |
| Blu | 565,339 | 161,273 | 726,612 | 22.2% |
| HMD | 541,209 | 88,811 | 630,020 | 14.1% |
| Vivo | 469,772 | 45,404 | 515,176 | 8.8% |
| TCL | 5,274,297 | 0 | 5,274,297 | 0.0% |
| Transsion | 533,879 | 0 | 533,879 | 0.0% |
| ■ | ■ | ■ | ■ | ■ |
| Sharp | 4,346 | 174 | 4,520 | 3.8% |
| ZTE | 1,844,793 | 0 | 1,844,793 | 0.0% |
| Vinsmart | 289,167 | 0 | 289,167 | 0.0% |
| Samsung | 101,898,284 | 0 | 101,898,284 | 0.0% |
| Others | 20,307,543 | 0 | 20,307,543 | 0.0% |
| **All Devices** | **163,764,523** | **7,921,899** | **171,686,422** | **4.6%** |

**Notes:**

[1] OEM partners are listed in the order in which Dr. Bernheim did in Figure 36, with the exception of Samsung and "Others" (which comprise all other OEM partners not listed in this table).

[2] Category "Non-RSA 3.0 Premier or MIA active devices" includes all active devices that are not RSA 3.0 Premier or MIA active devices. For example, actives covered under a RSA that does not include Premier Tier terms, and actives that are not covered by an RSA or MIA are both included in this category.

[3] Consistent with Dr. Bernheim's methodology, active devices for LGE and Lenovo with an "RSA_scope" of "RSA Carrier + RSA3 OEM Premier" or an "rsa_type" of "RSA3 OEM" were considered "RSA 3.0 Premier or MIA active devices" for this analysis.

[4] Observations with inconsistent values are cleaned to produce conservative results. Active devices with an "RSA_scope" of "RSA Carrier + RSA3 OEM Premier" but "is_premier" equals "FALSE" are treated as "RSA 3.0 Premier or MIA active devices" for this analysis. Active devices with (i) no RSA but "is_premier" equals "TRUE," and (ii) "rsa_type" equals "RSA2 OEM Only" and "is_premier" equals "TRUE" are retained in the data as reported. Active devices with missing "RSA_scope" and "is_premier" equals "FALSE" are excluded from this analysis. Counts of actives for "RSA 3.0 Premier or MIA active devices" differ from Dr. Bernheim's Figure 36 as a result.

[5] Google devices are considered non-RSA 3.0 Premier or MIA active devices in the data. If they are removed from the data, the share of active devices that are RSA 3.0 Premier or MIA is 4.8 percent in the United States. If Google devices are considered RSA 3.0 Premier or MIA, the share is 8.2 percent in the United States.

**Source:** Bernheim Production Materials ("RSA tier active devices.dta").

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



EXHIBIT 7090

EXHIBIT 7090-001