## Share of U.S. Active GMS Devices by RSA Type
*November 16, 2021*



**Share of U.S. Active GMS Devices by RSA Type**
*November 16, 2021*

- Premier Tier: 4.6%
- Not Premier Tier: 95.4%

**Share of Fortnite Compatible U.S. Active GMS Devices by RSA Type**
*November 16, 2021*

- Premier Tier: 0.6%
- Not Premier Tier: 99.4%

**Notes:**
[1] A "Premier Tier" device is identified when the variable "is_premier" takes on value "TRUE" in the data, which captures Premier Tier provisions related to Google Play.
[2] GMS devices in the United States that checked in with Google's servers in the 28 days prior to November 16, 2021 are considered active and are included in the data.
[3] "Fortnite Compatible U.S. Active GMS Devices" are identified using data produced by Epic and relied upon by Dr. Bernheim, as well as information on Epic's website which Epic indicated was reliable.
[4] Observations with inconsistent values are cleaned to produce conservative results. Active devices with an "RSA_scope" of "RSA Carrier + RSA3 OEM Premier" but "is_premier" equals "FALSE" are treated as Premier Tier for this analysis. Active devices with (i) no RSA but "is_premier" equals "TRUE," and (ii) "rsa_type" equals "RSA2 OEM" and "is_premier" equals "TRUE" are retained in the data as reported. Active devices with missing "RSA_scope" and "is_premier" equals "FALSE" are excluded from this analysis.
[5] Google devices are considered non-Premier Tier in the data. If they are removed from the data, the share of active devices affected by Premier Tier terms of an RSA 3.0 is 4.8 percent in the United States. If Google devices are considered Premier Tier, the share is 8.2 percent in the United States. The equivalent percentages for actives that are Fortnite compatible are 0.6 percent and 8.1 percent.

**Sources:** "RSA Actives Data, United States," GOOG-PLAY-010801567; "List of Devices Compatible With Fortnite," EPIC_GOOGLE_05285377; ""What Platforms or Devices Are Compatible With Fortnite?," Epic Games, https://www.epicgames.com/help/en-US/fortnite-c75/technical-support-c118/what-platforms-or-devices-are-compatible-with-fortnite-a6693, accessed December 10, 2021.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 7114

EXHIBIT 7114-001