

**Premier Tier Share of GMS Device Activations, United States**

**Notes:**
[1] A "Premier Tier" device is identified when the variable "is_premier" takes on value TRUE in the data, which captures Premier Tier provisions related to Google Play.
[2] Data includes GMS device activations in the United States.
[3] Observations with inconsistent values are cleaned to produce conservative results. Active devices with an "RSA_scope" of "RSA Carrier + RSA3 OEM Premier" but "is_premier" equals "FALSE" are treated as Premier Tier for this analysis. Active devices with (i) no RSA but "is_premier" equals "TRUE," and (ii) "rsa_type" equals "RSA2 OEM" and "is_premier" equals "TRUE" are retained in the data as reported. Active devices with missing "RSA_scope" and "is_premier" equals "FALSE" are excluded from this analysis.
[4] Google devices are considered non-Premier Tier in the data. If they are removed from the data, the share of activations affected by Premier Tier terms of an RSA 3.0 is 8.5 percent in the United States between December 2019 and August 2022. If Google devices are considered Premier Tier, the share is 10.6 percent in the United States between December 2019 and August 2022.

**Source:** "RSA Activations Data, United States," GOOG-PLAY-011657425.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



EXHIBIT 7115-001