Sent: Thur 3/17/2022 9:13:56 PM (UTC)
From: Ethan Young (Google)
To: Ethan Young (Google), Margaret Lam (Google)
Subject: 4Bh_YgAAAAE-MBI-FLAT:2022-03-17T02:13:55.343999

Case 3:20-cv-05671-JD   Document 624-24   Filed 12/21/23   Page 1 of 2

Ethan Young (Google)    2022-03-17T21:13:55.343Z

ur welcome 🙂

Ethan Young (Google)    2022-03-17T21:14:05.536Z

aren't you glad?

Ethan Young (Google)    2022-03-17T21:14:10.864Z

i just protected u

Margaret Lam (Google)    2022-03-17T21:14:16.131Z

I'm going to stop pinging

Margaret Lam (Google)    2022-03-17T21:14:29.398Z

no this is actually ridiculous

Ethan Young (Google)    2022-03-17T21:14:33.086Z

its the new world

Ethan Young (Google)    2022-03-17T21:14:41.140Z

it sucks trust me

Ethan Young (Google)    2022-03-17T21:14:46.227Z

i got blasted last time for this

Ethan Young (Google)    2022-03-17T21:14:53.831Z

its not like i want to do this

Ethan Young (Google)    2022-03-17T21:15:03.603Z

but that was specifically the guidance

Margaret Lam (Google)    2022-03-17T21:19:27.204Z

this means more live meetings for all of us

Ethan Young (Google)    2022-03-17T21:19:58.844Z

yes

Ethan Young (Google)    2022-03-17T21:20:03.804Z

SUCKS

Ethan Young (Google)    2022-03-17T21:20:11.765Z

I HATE MEETINGS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000364740
EXHIBIT 8021-001



Margaret Lam (Google)     2022-03-18T16:03:53.518Z

Hey, was checking on the guidance on history on chats on my end after the call with Ryan (thanks again for setting it up) -- sounds like we should preserve history on MADA/RSA/Play related items versus regular chat. For example, none of the saved history pieces above are related to MADA/RSA/Play. To that end, can you please turn off history? And we'll ensure history is on in the event we chat about MADA/RSA/Play. Thanks!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000364741

EXHIBIT 8021-002