**Sophia Lu**, 2021-01-12 16:10:44

Hey Margaret, how's it going?

**Sophia Lu**, 2021-01-12 16:10:48

hope you had a good holiday!

**Margaret Lam**, 2021-01-12 16:11:57

Sophia!!

**Margaret Lam**, 2021-01-12 16:12:05

Happy New Year - hope all is well with you :)

**Sophia Lu**, 2021-01-12 16:12:18

likewise! It's been a long time!

**Sophia Lu**, 2021-01-12 16:12:54

i wanted to check with you, if you have done any work on monetization since you've been super involved in the RSA processes

**Sophia Lu**, 2021-01-12 16:13:37

background for this is - our team is working on defining OKRs for the new year. In the past, we have been focusing on themes such as expanding user base (activations/active), device security, device certification, etc

**Sophia Lu**, 2021-01-12 16:13:57

so we thought optimizing monetization might be a good theme to explore

**Sophia Lu**, 2021-01-12 16:16:37

it would be really helpful if you could point me to any relevant docs/resources

**Margaret Lam**, 2021-01-12 16:16:52

i like how how your team thinks :)

**Margaret Lam**, 2021-01-12 16:16:58

but oof. monetization is such a loaded term

**Margaret Lam**, 2021-01-12 16:17:07

and it can take many different angles

**Margaret Lam**, 2021-01-12 16:18:20

i have not done anything specific to trying to increase monetization per se... though it's always peripheral - e.g., having a cleaner device could lead to more users using the serivces on the devices like google search, etc

**EXHIBIT 8024**

**Margaret Lam**, 2021-01-12 16:18:33

more prominent placement for certain services can lead to higher monetization

**Margaret Lam**, 2021-01-12 16:18:36

so there&#39;s always that angle

**Margaret Lam**, 2021-01-12 16:18:42

but i&#39;m not sure what you guys are shooting for

**Margaret Lam**, 2021-01-12 16:18:58

it&#39;d be hard for anyone of us to &quot;control&quot; monetization so would be curious what an OKR would be for that

**Margaret Lam**, 2021-01-12 16:19:06

if you want to explore more, i&#39;d recommend:

**Margaret Lam**, 2021-01-12 16:19:23

a) talking to finance (john / shuting / emily) who helped to model a lot of RSA related things

**Margaret Lam**, 2021-01-12 16:19:48

b) talking to product teams -- they are always trying to optimize their own 1P products and try to do test &amp; learns to increase usage/DAUs/monetizations, etc

**Sophia Lu**, 2021-01-12 16:20:06

oh cool, that&#39;s really awesome background to know

**Sophia Lu**, 2021-01-12 16:20:34

i&#39;d be interested to know more if you have a doc/quick summary of how placement impacts monetization

**Sophia Lu**, 2021-01-12 16:21:07

i think this could be the most relevant angle for us as well - ie, if certain placement can drive higher monetization, we can update Express Plus requirement

**Margaret Lam**, 2021-01-12 16:21:18

c) marketing - they might have user studies that help to illuminate user preferences and when they might use more of a certain app

**Margaret Lam**, 2021-01-12 16:21:27

unfortunately i do not have a specific doc detailing that out

**Margaret Lam**, 2021-01-12 16:21:39

competition legal might not want us to have a doc like that at all :)

**Sophia Lu**, 2021-01-12 16:22:03

yea...that makes sense 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000374359

EXHIBIT 8024-002

**Margaret Lam**, 2021-01-12 16:22:09

but if you're more interested in placement and monetization, i'd suggest talking to finance

**Margaret Lam**, 2021-01-12 16:22:20

they have helped us model out scenarios like that before

**Margaret Lam**, 2021-01-12 16:22:31

with usage being a proxy of "monetization"

**Margaret Lam**, 2021-01-12 16:22:38

as you know, a lot of products are not monetized yet

**Sophia Lu**, 2021-01-12 16:23:08

how is usage defined? does it vary per product?

**Margaret Lam**, 2021-01-12 16:23:10

and i think you can generally assume prominent placement (hotseat/DHS) leads to higher usage (and thereby potential monetizatoin if we were to monetize) than +1 screen

**Margaret Lam**, 2021-01-12 16:23:39

typically people use DAU / MAU as usage metrics

**Sophia Lu**, 2021-01-12 16:24:22

I see. This is super helpful!

**Margaret Lam**, 2021-01-12 16:24:32

np!

**Sophia Lu**, 2021-01-12 16:24:48

Thanks a lot!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000374360

**EXHIBIT 8024-003**