

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 8025.R**

GOOG-PLAY-000559558.R
**EXHIBIT 8025.R-001**

## Play Partner Program – Market Drivers/Risk, Rationale

| Market Drivers/Risk | Play Strategic Response | Program | Partner Vertical | Play Fee | Key Terms |
|---|---|---|---|---|---|
| Industry structure/ biz model constraints makes 30% service fee untenable | Provide lower service fee in return for new platform adoption, policy compliance, and high quality apps | LRAP++ | LiveTV | 7.5% | Partner commits to ATV adoption, best-in-class mobile experience<br><br>Eligibility criteria:<br>- subscription business (unless Books)<br>- 100k Android active installs |
| | | LRAP | Video(SVOD) | 15% | |
| | | ADAP | Music | | |
| | | TBD | Books | | |
| News Publisher Needs | Broader Google initiative | SwG | News | | |
| Partners launch off Play questioning 30% service fee | Provide xGoogle incentives to deepen partnership with Google | Games Velocity Program (aka Hug) | Game devs with $1B+ in lifetime revenue | 30% (reinvest 4-6%) | Play re-invests $$ to grow partner business on Play and encourage partners to lean into Google across- GCP, UAC, YT |
| Partners deintegrate GPB due to inconsistent/unclear policy | Provide xGoogle incentives to deepen partnership with Google & secure Play Billing integration | Apps Velocity Program (aka Hug for Apps) | Dating, comms, lifestyle, productivity | 30% (reinvest ~10%) | Play re-invests $$ to grow partner business on Play and encourage partners to lean into Google across- GCP, UAC, YT<br><br>Eligibility Criteria:<br>- Subscription business<br>- 1.5M Android MAUs |

- Want to land with news big and small in terms of pricing; keep simple and understandable; technical integration it is what it is, but economics

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559559.R
**EXHIBIT 8025.R-002**

**Slide 2**

| | |
|---|---|
| 1 | I could be wrong, but I thought one thing Sameer liked about the previous slide was the that it had the partner category (incluing the games /apps column) so clearly delineated.<br><br>I think this is harder to parse quickly. For instance, I find it confusing that games is in the middle....<br>Paul Feng, 6/17/2020 |
| 2 | Purnima Kochikar@google.com I suggest moving Partner category and a re-added games / apps column to the far left.<br>Paul Feng, 6/17/2020 |
| 3 | Sameer Samat@google.com suggested talking points -<br>- Play has always been partner centric and taken into account constraints imposed by industry structure/ business  challenges for partners in the media and music industries with programs such as LRAP etc, which lower the Play Service Fee in return for partner investment in our strategic bets.  ATV for example.  These programs are going well. When we roll out the policy we expect to expand these programs to include more partners.<br><br>- Over the last two years we have also been thinking of ways to deepen our partnership with game developers so we continue to provide value for the fee we charge, where we reinvest a part of our fees for driving developer business growth on Play/Android and increasing xGoogle investment.  This is the Games Velocity Program, aka Project Hug.<br><br>- As we roll out Play policy changes we believe we have an opportunity to similarly lean into app partners in the dating, comms, productivity verticals and deepen the xGoogle partnership and secure Play Billing integration.<br>Purnima Kochikar, 6/17/2020 |
| 2 | I was thinking about linearly telling the story that this is not new.  We have been flexing our business model to address dev needs/sentiment/demands<br><br>we have successfully done this across various verticals apps and games.  I am not sure Sundar thinks about the world as Apps and games, to be honest.  I think he views our partners as part of various verticals.  That's how Don thinks about them as well.  Apps and games is our classification that does not make much sense in the real world, IMO<br>Purnima Kochikar, 6/17/2020 |
| 1 | Paul Feng google.com see new slide version.<br><br>Sam Tolomei  google.com please add eligibility criteria for the various App programs<br>Purnima Kochikar, 6/17/2020 |
| 1 | updated criteria<br>Sam Tolomei, 6/17/2020 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**App Velocity Program:** Extend Hug program to strategic app developers to ease transition to Play Billing and enhance x-Google value delivered

**Goal**
- Improve sentiment among top subs developers re: policy change and value of Play
- Boost Play Billing adoption (less consumption-only)
- Boost x-PA production adoption (GCP, Ads)

**Target Devs**
- Targeting ~19 devs (predominantly subscription-based)

      

**xGoogle Offer**
- 3-yr Hug-like xGoogle offering

 +  +  + 

- Offer Size = ~10% <u>effective</u> Play rev share reinvestment to mitigate impact of transition to Play Billing

**Smule Example (~$30M 2020 Play Spend)**
- Play marketing & promotions: $1.4M
- Ads credit: $1M
- Cloud credit: $600K
- Total: $3M *(10% effective Play rev share reinvestment)*

Attorney Client Privileged – Seeking Advice of Counsel

# We have several programs to improve sentiment around upcoming Policy Launch

| LRAP (video)* | ADAP (audio) | SwG (news) | Apps Velocity Program | Apps Velocity Program | Apps Velocity Program |
|---|---|---|---|---|---|
| Amazon Video | Deezer | The Economist | Match | Tinder | Hinge |
| Hotstar | Gaana | The Times of India | Meetic | Pairs | Microsoft |
| GoPlay (GoJek) | SoundCloud | SPIEGEL ONLINE | LinkedIn | Plentyoffish | Calm |
| Vuclip | JioSaavn | ASAHI | Skype | okCupid | Headspace |
| iflix Sdn Bhd | Anghami | MAINICHI | ABCMouse | Smule | Shueisha |
| Sky UK Limited | TIDAL | SANKEI | Kakao Page | Naver | |
| MBC Group | Audible | FAZ.net | AfreecaTv | Badoo | |
| HOOQ | Amazon Music | | | Bumble | |
| Roku Inc. | NHN Bugs Corp | | | | |
| Group Canal+ (Vivendi) | ProSieben | | | | |
| RTL | | | | | |
| wavve | | | | | |
| NENT Group | | | | | |
| Hulu Japan | | | | | |
| Stan Entertainment | | | | | |

*Top 15 by MAU, 10 more are targeted

- 🟥 No Play Billing integration
- 🟨 Non-exclusive Play Billing integration
- 🟩 Integrated, but at risk

Attorney Client Privileged – Seeking Advice of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559562.R
EXHIBIT 8025.R-005



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559563.R

**EXHIBIT 8025.R-006**

**Slide 5**

| | |
|---|---|
| 1 | thx good point<br>Danielle Martinak, 6/17/2020 |
| 2 | Danielle Martinak@google.com FYI removed the match group entities that were listed, as we are approaching Match about all of them in Wave 0 (so i removed tinder, POF, okcupid, meetic, Hinge)<br>Sam Tolomei, 6/17/2020 |
| 2 | *agree it makes for this slide but maybe not the previous?<br>Danielle Martinak, 6/17/2020 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559564.R

**EXHIBIT 8025.R-007**



# App Velocity Program Soft Pitch Approach

## Policy strategy

- **100% GPB Compliant** lean into partnership appreciation for developers that are at risk of de-integrating but mainly compliant
  - Thank you for actively investing in Google Play. We would like to share a program that we created for you that is designed to deepen our partnership and bring you consolidated xGoogle value to help you grow your business
- **Non Compliant** lean into our policy ask AND commitment to providing technical support, xGoogle benefits
  - Your app is out of compliance with our payments policy, we are working towards a plan to enforce policy, which will impact you
  - We understand that this is a big decision for you, and want to work closely with you to find both a technically and commercially viable path forward. We want to bring not only Play value but also xGoogle offers to help grow your business. We also want to work with you to understand the timelines that are reasonable for you to make the shift.

## Program Objectives

- Understanding their perceived Value of program
- Do Google Gets from the Developer sound reasonable?
- What timelines are feasible to be GPB compliant
- Would you be interested in being an advocate for GPB?

Attorney Client Privileged – Seeking Advice of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559566.R

**EXHIBIT 8025.R-009**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559567.R

EXHIBIT 8025.R-010

**Slide 8**

# Redacted - Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559568.R

**EXHIBIT 8025.R-011**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559569.R

**EXHIBIT 8025.R-012**

# Agenda

Sundar
- Accelerators
- Apple differentiation

YouTube follow ups
- Music only
- Sync option discussion

Finance briefings

Marketing headcount issue for Accelerators

Next week
- PR / Comms

Attorney Client Privileged – Seeking Advice of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559570.R
EXHIBIT 8025.R-013

## Music Only Modular option

Who would qualify @ 23M subs?

- YT, Amazon Prime Music, Spotify, ~~Apple~~ (no integrations)
- Might qualify in future: Sirius (34M – no app yet)
- Probably don't qualify: Deezer, SoundCloud, Yandex Music, Gaana, JioSaavn and TIDAL

Attorney Client Privileged – Seeking Advice of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559571.R
EXHIBIT 8025.R-014

## "Mirroring" option

**Ground rules:**
- 1Ps and Play will generally need to stay entirely in sync, including cosmetic features.
    - All buy flow changes will require cross-team coordination
        - Play ←→ 1P – will this mean mutual veto?
    - Beta features : 1Ps can build beta features but must then be made available on GPB within 6 months of when it is available on 1P surfaces
    - Custom infrastructure must be shared.
- Run quarterly process to discuss and agree to agenda

**Formalizing for 3Ps:**
- Run a Netflix-like program to work with beta features with top devs
    - Regular cadence of business reviews / feature prioritization.
    - Dedicated EPU resources to build beta features for 3Ps

**Assertion:** Option 1 is more efficient
- 1 team could build YT features & Platformize those features for Play (instead of 2)
- Much less organizational syncing

Attorney Client Privileged – Seeking Advice of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559572.R

**EXHIBIT 8025.R-015**

**Slide 12**

| | |
|---|---|
| 4 | Hareesh Pottamsetty@google.com Andrew Zaeske@google.com Mrinalini Loew@google.com - I whipped this slide up yesterday and thought I commented you guys in. Thoughts?<br>Paul Feng, 6/17/2020 |
| 6 | I don't know for sure, but this would be codifying it.<br>Paul Feng, 6/17/2020 |
| 2 | I was interpreting this option as more the 3P developers could experiment with beta features the same way that 1P could.  EAP is once *we* implemented a feature to test we recruit devs (1P & 3P) to test it out before GA<br>Mrinalini Loew, 6/17/2020 |
| 2 | I just don't know how that would work technically though?<br>Andrew Zaeske, 6/17/2020 |
| 1 | don't we already do this with EAP features we've launched?<br>Andrew Zaeske, 6/19/2020 |
| 7 | They would build on theirs stuff, and then we would need to replicate.<br>Paul Feng, 6/19/2020 |
| 1 | Process would need to include what happens if beta feature is good for 1P but not positive for the platform. Who's responsibility would it be to iterate the feature to make it a positive feature for the platform?<br>Mrinalini Loew, 6/19/2020 |
| 5 | I think we would just need to release it.<br>Paul Feng, 6/19/2020 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559573.R

**EXHIBIT 8025.R-016**

# Upcoming Finance Briefings on 1P implications

**Audience** for 6/18 Finance briefing

- Ruth's Direct Reports who manage P&Ls for YT, Nest, Stadia and G1 | Partner with Neal and Rick
  ○

**Goals** of the briefing

- **Context:** Business, Policy & Regulatory risks driving Policy update (Tia/Mike Lawrence/ Miguel will address)
- **Implications to Impacted 1P:** Sizing, prelim xPA margin impact and profitability shifts
- **Introduce concept of Margin Test** as a potential solution
- **Clarify Finance's role** in risk remediation
  ○ Support Legal in assessing viability of Margin test as a potential solution:
    ■ If margin test viable – support legal in creating appropriate audit trail for regulator reviews
    ■ If margin test not viable – support BD & Legal in assessing financial impact of potential xPA deal structures to balance regulatory risk and Google profitability
- **Next steps:** Implementation timeline and workstreams

Attorney Client Privileged – Seeking Advice of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559574.R
**EXHIBIT 8025.R-017**

**Slide 13**

| | |
|---|---|
| 1 | Hi Paul - summarized audience and goals of the briefing. Lmk what you think. <br> Divya Chandra, 6/17/2020 |
| 8 | Divya Chandra@google.com , Josh O'Connor@google.com - would it be possible to put in a slide that talks about the upcoming finance briefings, and who is being briefed this week? <br> _Reassigned to Divya Chandra_ <br> Paul Feng, 6/17/2020 |
| 1 | Christian Cramer@google.com <br> Josh OConnor, 6/17/2020 |

## Accelerators - Marketing Staffing issue

**Background:** The Accelerator program requested 8 FTEs at BC of which 0 have been funded; in the interim, scope currently being covered by existing Hug resources except the following which cannot be absorbed:

- Marketing Controller (1HC) – Christian working with Finance leadership to staff

One is blocking the marketing offering from being included in the program (which makes up ~20% of the offers):

- Consumer Marketing (1HC) – **Looking for headcount commitment from Sameer**

Attorney Client Privileged – Seeking Advice of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559576.R
**EXHIBIT 8025.R-019**

**Slide 14**

| | |
|---|---|
| 3 | Ok thanks will rework the slide<br>Danielle Martinak, 6/17/2020 |
| 4 | Updated, LMK if it's still unclear<br>Danielle Martinak, 6/17/2020 |
| 1 | from my perspective this is a non issue - we have fund a temporary funding solution and are hiring - so I am not convinced we need to have it on the chart<br>Christian Cramer, 6/17/2020 |
| 2 | all 8 HC will eventually have to be funded though - think that needs to be made clear<br>Christian Cramer, 6/17/2020 |
| 2 | Danielle Martinak@google.com<br>As per ping, Christian tells me the team is open to hire for this role so it should not be a blocker.<br><br>Christian Cramer@google.com<br>Paul Feng @google.com FYI<br>Josh OConnor, 6/17/2020 |
| 5 | Good to call out 1 of 8 is in the works, makes sense thanks<br>Danielle Martinak, 6/17/2020 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000559577.R

**EXHIBIT 8025.R-020**