| | |
|---|---|
| Paul J. Riehle (SBN 115199) <br> paul.riehle@faegredrinker.com <br> **FAEGRE DRINKER BIDDLE & REATH LLP** <br> Four Embarcadero Center, 27th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-7500 | Glenn D. Pomerantz (SBN 112503) <br> glenn.pomerantz@mto.com <br> **MUNGER, TOLLES & OLSON LLP** <br> 350 South Grand Avenue, Fiftieth Floor <br> Los Angeles, California 90071 <br> Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*) <br> cvarney@cravath.com <br> **CRAVATH, SWAINE & MOORE LLP** <br> 825 Eighth Avenue <br> New York, New York 10019 <br> Telephone: (212) 474-1000 | Brian C. Rocca (SBN 221576) <br> brian.rocca@morganlewis.com <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> One Market, Spear Street Tower <br> San Francisco, CA 94105-1596 <br> Telephone: (415) 442-1000 |
| *Counsel for Plaintiff Epic Games, Inc.* | *Counsel for Defendants Google LLC et al.* |

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br><br> *Epic Games, Inc. v. Google LLC et al.*, <br> Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD <br><br> **MANUAL FILING NOTIFICATION** <br><br> Judge:  Hon. James Donato |

# EXHIBIT 8054

This exhibit was not filed electronically for the following reason(s):

___ Voluminous Document (PDF file size larger than e-filing system allowances)

_X_ Unable to Scan Documents

___ Physical Object (description): _____

_X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

A copy of this exhibit is being maintained in the case file in the Clerk's office.  For information on retrieving this filing directly from the court, please see the Court's main website, at http://www.cand.uscourts.gov.

DATED:  December 21, 2023

CRAVATH, SWAINE & MOORE LLP
Christine Varney *(pro hac vice)*
cvarney@cravath.com
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Timothy G. Cameron *(pro hac vice)*
tcameron@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
Lauren A. Moskowitz *(pro hac vice)*
lmoskowitz@cravath.com
Justin C. Clarke *(pro hac vice)*
jcclarke@cravath.com
Michael J. Zaken *(pro hac vice)*
mzaken@cravath.com
M. Brent Byars *(pro hac vice)*
mbyars@cravath.com

FAEGRE DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Gary A. Bornstein*
Gary A. Bornstein

DATED:  December 21, 2023

MUNGER, TOLLES & OLSON LLP
Glenn D. Pomerantz
Kyle W. Mach
Kuruvilla Olasa
Justin P. Raphael
Emily C. Curran-Huberty
Jonathan I. Kravis

Respectfully submitted,

By:  /s/ Glenn D. Pomerantz
Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

DATED:  December 21, 2023

MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca
Sujal J. Shah
Minna L. Naranjo
Rishi P. Satia
Michelle Park Chiu

By:  /s/ Brian C. Rocca
Brian C. Rocca

*Counsel for Defendants Google LLC et al.*