| | |
|---|---|
| **Message** | |
| From: | Kirsten Rasanen [█████@google.com] |
| Sent: | 3/30/2018 1:06:36 PM |
| To: | Paul Feng 馮友樸 [█████@google.com] |
| CC: | Larry Yang [█████@google.com]; Sudheer Shetty [█████@google.com]; Karan Gambhir [█████@google.com] |
| Subject: | Re: Link in-app actions to rewards on Tez |

Great. Thanks.

> On Thu, Mar 29, 2018, 10:07 PM Paul Feng 馮友樸 <█████@google.com> wrote:
> FYI - I pinged Vipul, and he's following up.

> On Thu, Mar 29, 2018 at 8:51 PM Larry Yang <█████@google.com> wrote:
> Sudheer: what's up w/ Tez?
>
> And what's the status of PayTM?
>
> == Larry

> On Fri, Mar 23, 2018 at 5:25 PM, Kirsten Rasanen <█████@google.com> wrote:
> +Paul and Larry
>
> Thanks, Karan, for the heads-up.
>
> Paul, Larry,
>
> I mentioned this in our meeting this afternoon. This feels like YT moving farther away from GPB rather than closer to it, but wanted to validate with you. Maybe there is a Tez + GPB possibility?
>
> K

> On Fri, Mar 23, 2018, 12:22 PM Karan Gambhir <█████@google.com> wrote:
> Hey Kirsten, wonderful seeing you earlier today and please take some rest and feel better.
>
> As we discussed, wanted to give you a heads up that I had recently facilitated introductions between YouTube (who I was earlier helping to try and crack a distribution deal with Paytm when it was Google Play Music). There are 2 levels of discussion happening:
> 1. Partnerships with Tez for Tez to give out YT music subscriptions to certain premium users (a B2B deal), and
> 2. Direct integration of Tez as a FOP on Youtube Music (scheduled for launch in India Q3/Q4'18)
>
> Both discussions above are at an initial stage, but there is a conversation being set up for Heather (Director of Partnerships for YouTube) and Diana (NBU VP for Tez) to talk about partnerships, including points above.
>
> As it is still at an initial stage, would be timely to talk to YouTube to align them to our policy on digital content apps using GPB exclusively for payments. It is an extremely tough conversation externally when partners point out that Google apps themselves do not follow our policy (we have had this discussion in the past with few partners in India as well; am sure it would have come up globally too).
>
> Do let me know if I can help in any way.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 8554**

GOOG-PLAY-002382690
EXHIBIT 8554-001

Regards,
Karan

Begin forwarded message:

**From:** Shane Douglas <░░░░░░░@google.com>
**Subject: Re: Link in-app actions to rewards on Tez**
**Date:** March 19, 2018 at 9:00:29 AM PDT
**To:** Neelesh Singhal <░░░░░░░@google.com>
**Cc:** Charles Dong <░░░░░░░@google.com>, ░░░@google.com, ░░░@google.com, Melissa-Ann Chan <░░░░░░@google.com>, Cristina Ruggeri <░░░@google.com>, Isaac Bess <░░░░░@google.com>, Blaire Nichols <░░░░░@google.com>, Karan Gambhir <░░░░@google.com>

Neelesh, I think there's been a miscommunication. We are the beginning of a YTM/Tez integration, so far Karan, Sujith and I have had one conversation to share more about both products.

We are don't have a timeline, we haven't scoped integration work, we haven't talked to Product, and we aren't stuck (yet). The meeting we proposed with Diana and Robert Kyncl and Heather Thompson Rivera was going to be an opportunity for them to all meet in person and get high level alignment, it wasn't an escalation because of problem.

I'm in London this week but maybe we can GVC next week to make sure we're aligned? I'm unclear why there's an urgent status update for something we've just started on.

The framing to Diana should be "YTM and Tez are beginning conversations" without anything more until we have a better sense of the integration.

On Sun, Mar 18, 2018 at 10:53 PM, Neelesh Singhal <░░░░░░@google.com> wrote:
Hey Shane, Blaire,

Could you share an update on the YTM and Tez Stage 1 integration?

Specifically, what are timelines looking like and by what date are we expecting the integration to be completed? You had mentioned connecting this at an exec level, have we been able to fast track this?

Sapna has a meeting with Diana tomorrow morning at 6:30AM IST and needs an urgent status update. If you could also let us know where we are stuck I can let her know.

Thanks!


On Wed 14 Mar, 2018, 2:41 PM Charles Dong, <░░░░░░@google.com> wrote:
+Nikhil Jain
Hi everyone,

Excited to join forces here! I'm the offers/growth PM on Tez and Nikhil (cc'ed) is the TL.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-002382691
EXHIBIT 8554-002

Stage 2 is now possible, and we can consult with your engineering team as they integrate – here's the API that exposes Tez's rewards platform to other 1P teams like Society and Duo.

You can read the PRD here for details, but tl;dr is you just need to call the API and tell Tez which GAIA (or phone number, if you don't have GAIA) to reward. If the user is on Tez, they'll get the reward immediately. If they're not, we store the request and if the user signs up for Tez, we'll give them the reward. You can control the reward branding, the reward amount / percentage chance of winning, and all the user-facing messaging.

In terms of next steps, perhaps Mel/Arijit/I can work with you on the look/feel/messaging and legal T&Cs of the reward itself as well as billing, and Nikhil can work with your TL on the integration?

On Mon, Mar 12, 2018 at 2:59 PM Arijit Sen <███@google.com> wrote:
+Charles, Mel - This is regarding integration of Tez as a FOP for YT music. Similar to our Duo conversation this could be a great opportunity for both teams

---

Arijit Sen|    PMM, Next Billion Users - India |    ███@google.com |    ███ (m)

On Mon, Mar 12, 2018 at 12:22 PM, Neelesh Singhal <███@google.com> wrote:
Hey everyone,

Thanks for jumping in! Adding just a little bit of clarity so we're all on the same page by taking the example of my favourite user - Bob.

**Stage 1** - Simple addition of Tez as a FOP for YouTube music (**User journey** - If Bob wants to buy YTM subscription on a recurring basis in India, he can use Tez to set it up directly. He doesn't need a credit / debit card.)

**Stage 2** - Facilitating rewards on Tez when user completes an action on YTM ( **User journey** - Bob is now a YTM subscriber in India. One day, he gets a notification from YTM saying if he makes a playlist on YTM, he will get 50 INR on Tez. He does so and Tez rewards him for his action inside YTM)

Stage 2 is something Tez is doing custom work on with Duo. We can discuss more in a meeting.

@Arijit - Could I request you to add in the Growth PM for Tez? We'd love to meet and discuss with them for inputs!

On Sat, Mar 10, 2018 at 5:46 AM, Cristina Ruggeri <███@google.com> wrote:
Great thanks!

@Neelesh, would it be possible to organize a meeting with the Tez PM?

Thanks so much you all for the help with this!
Best,
Cristina

On Sat, Mar 10, 2018 at 8:12 AM, Shane Douglas <███@google.com> wrote:

Yep, Blaire was just confirming that Tez would be a FOP (specifically for YTM/YTR) so that a subscription offering with them makes sense.

Karan and I are connecting the dots at an exec level so we can fast track the partnership; I've talked with Sujith and Karan but Heather/Abba and Diana haven't been involved yet.

Long story short, let's dual process with the PM to talk specifics and the execs to talk high level.

On Fri, Mar 9, 2018 at 3:38 PM, Cristina Ruggeri <███████@google.com> wrote:
Hi Blaire, Shane,

As always, thanks for your super prompt reaction to our query.

I believe that Neelesh is exactly referring to that, so integration of TEZ as a form of payment and promotion of the same through a partnership.
@Shane, when you say exec alignment do you mean about the integration or the promotion of TEZ? At which stage are these talks?

Many thanks
Cristina


On Fri, Mar 9, 2018 at 11:47 PM, Shane Douglas <███████@google.com> wrote:
Thanks, Isaac. + Karan

I'm working with Karan on a call with Diana, Sujith, Heather, and Abba to get exec alignment around Tez & YT.

That said, would love to parallel path with the growth PM since I'd be working with him/her on the actual implementation :-).

On Thu, Mar 8, 2018 at 8:28 PM, Isaac Bess <███████@google.com> wrote:
+Shane, definitely the right POC for YT Prod Partnerships for all things FOP


On Thu, Mar 8, 2018 at 6:22 PM, Cristina Ruggeri <███████@google.com> wrote:
+Blaire, Isaac

Hi Neelesh,

Thanks so much for this!
@Blaire, Isaac - what do you suggest it would be the right path to tackle this?

Thanks for your input on this!
Best
Cristina


On Fri, Mar 9, 2018 at 10:19 AM, Neelesh Singhal <███████@google.com> wrote:
Hey Cristina,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-002382693
EXHIBIT 8554-004

I spoke with Arijit (our Tez PMM in India). He told me that the Tez team is quite proactive and will easily be able to build something if both teams work together. He can put us in touch with the growth PM if we want.

May I request your help in finding the correct POC for this from the YT side? I wonder if Blaire / Issac will know. I can then connect the teams at that level.

---------- Forwarded message ----------
From: **Arijit Sen** <████@google.com>
Date: Thu, Mar 8, 2018 at 10:11 PM
Subject: Re: Link in-app actions to rewards on Tez
To: Neelesh Singhal <████████@google.com>

shd i patch-in the growth PM?

| Arijit Sen | PMM, Next Billion Users - India | ████@google.com | ████████ (m) |

On Wed, Mar 7, 2018 at 2:23 PM, Neelesh Singhal <████████@google.com> wrote:
Hey, was thinking back to our discussion on the ability to link in app actions to rewards on Tez. I'm speaking to the YT partnerships team and I was thinking about whether your prod. team is actively working on this. In case they are, can you direct me to someone? I'll put them in touch with the YT Music folks.

If this isn't realistically possible before August - september, I'll let sleeping dogs lie :)

Warmly,
Neelesh

Cristina Ruggeri               | YouTube Marketing |   Cell: ████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

--

Cristina Ruggeri | YouTube Marketing | Cell: ███

---

Cristina Ruggeri | YouTube Marketing | Cell: ███

--

Warmly,
Neelesh

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-002382695
EXHIBIT 8554-006