| | |
|---|---|
| **From:** | Samer Sayigh [█@google.com] |
| **Sent:** | 10/2/2017 4:03:50 AM |
| **To:** | Tia Arzu [█@google.com] |
| **CC:** | Kirsten Rasanen [█@google.com]; Larry Yang [█@google.com]; subsv2 [█@google.com] |
| **Subject:** | Re: Reviewing the YT payment flow as part of the policy work |

I'll include this topic of 1P app handling in our "Internal Launch Readiness" workstream.

On Sun, Oct 1, 2017 at 5:28 PM, Tia Arzu <█@google.com> wrote:
Please include me and YT counsel Jason Porta, jporta@.   Thanks!

On Sep 30, 2017 9:24 AM, "Kirsten Rasanen" <█@google.com> wrote:
This is a risk in so far as YT sets an example for the developer ecosystem so if we can get them looking like GPB, it eliminates the "but Google's own apps aren't using it..." argument and just makes things a bit cleaner.

I'm on vacation this week. Serge/Danielle can attend the review in my absence if needed.

Thx
K

On Sep 29, 2017 7:49 PM, "Larry Yang" <█@google.com> wrote:
Subsv2 team:

Eytan (YT billing PM) and I have reviewed the YouTube billing flows and have a proposal for what needs fixing (and what doesn't).

I'm setting up a review before we meet w/ Sameer and Adam... who from the Subs v2 team would like to join? If I recall, this was flagged as a risk from BD or policy? So I'm thinking Kirsten (or delegate) and David?

Samer: can you add this to the policy workstream?

Thanks.

**EXHIBIT 8555**

---
Larry

--
You received this message because you are subscribed to the Google Groups "subsv2" group.
To unsubscribe from this group and stop receiving emails from it, send an email to █@google.com.
To post to this group, send email to █@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/subsv2/CAJgc1VsabjwVXe1AmZbPxLn_Q3gE8qS5xGb8Zp1W0P8sN%3DvBAw%40mail.gmail.com.

--
You received this message because you are subscribed to the Google Groups "subsv2" group.
To unsubscribe from this group and stop receiving emails from it, send an email to █@google.com.
To post to this group, send email to █@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/subsv2/CAEajhP8%2BnsqJZs2bqi22JTuYB%2BjkuGThMT865dZYVe-OTVxR9w%40mail.gmail.com.

--

You received this message because you are subscribed to the Google Groups "subsv2" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮@google.com.
To post to this group, send email to ▮@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/subsv2/CAL3NREKJpQ_zyvwgjLHY9K4JM-yihtd56-dH5jNpO4rrV2oWug%40mail.gmail.com.

--

You received this message because you are subscribed to the Google Groups "subsv2" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮@google.com.
To post to this group, send email to ▮@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/subsv2/CAGhJMK-naG%2Bz57tqqND2mHYWnYn-x7X3uz_eU%2BtM0OnG7O1kJw%40mail.gmail.com.

CONFIDENTIAL

GOOG-PLAY-003946408
EXHIBIT 8555-002