

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 8573.R

GOOG-PLAY-000369638.R
EXHIBIT 8573.R-001

# What We Worry About

| Games | App Distribution | Emerging Markets | Spam, Abuse & Malware | Regulatory Pressure |
|---|---|---|---|---|











Confidential and Proprietary, do not share

 35

GOOG-PLAY-000369672.R
**EXHIBIT 8573.R-035**

# Who am I?



Kirsten Rasanen
Director, Global Apps BD

**Recovering New Yorker**

**7.5 years in San Francisco**

**6 years at Google**

**3.5 years on Play**

**Team Lead:**
- BD Managers supporting North American app developers and global strategy
- Product Specialists
- BD Operations

Confidential and Proprietary, do not share

Google Play 265

GOOG-PLAY-000369902.R
**EXHIBIT 8573.R-265**



GOOG-PLAY-000369903.R
**EXHIBIT 8573.R-266**

Our team gets in the ring!

We're in the developer's corner.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000369907.R
**EXHIBIT 8573.R-270**