# Download & install Google Chrome

Google Chrome is a fast web browser available at no charge. Before you download, you can check if Chrome supports your operating system and you have all the other system requirements.

Android    **Computer**    iPhone & iPad

## How to install Chrome

**Windows**    ⌃

1. Download the installation file ⧉ .
2. If prompted, click **Run** or **Save**.
   - If you choose **Save**, to start installation, either:
     - Double-click the download.
     - Click **Open file**.
3. If you're asked, "Do you want to allow this app to make changes to your device," click **Yes**.
4. Start Chrome:
   - **Windows 10 and up:** A Chrome window opens after everything is done. You can make Chrome your default browser.

   mac

If you've used a different browser, like Internet Explorer or Safari, you can import your settings into Chrome.

**Install Chrome offline**

If you're having problems downloading Chrome on your Windows computer, you can try the alternate link below to download Chrome on a different computer.

1. On a computer connected to the Internet, download the alternate Chrome installer ⧉ .
2. Move the file to the computer where you want to install Chrome.
3. Open the file, and follow the onscreen instructions to install.

If you land on the regular download page, that's normal. Even though the installers look similar, a special tag tells us which one is best for you.

Once you download the file, you can send it to another computer.

**Mac**    ⌃

To use Chrome on Mac, you need macOS Catalina 10.15 and up.

1. Download the installation file ⧉ .
2. Open the file called "googlechrome.dmg."
3. In the window that opens, find Chrome 🌐.
4. Drag Chrome to the Applications folder.
   - You might be asked to enter the admin password.
   - If you don't know the admin password, drag Chrome to a place on your computer where you can make edits, like your desktop.
5. Open Chrome.
6. Open Finder.



**EXHIBIT 8591**

EXHIBIT 8591-001

7. In the sidebar, to the right of Google Chrome, click Eject ⏏.

## Linux ^

Use the same software that installs programs on your computer to install Chrome. You'll be asked to enter the administrator account password.

1. Download the installation file ↗ .
2. To open the package, click **OK**.
3. Click **Install Package**.

Google Chrome will be added to your software manager so it stays up-to-date.

## Chromebook ^

Chrome comes preinstalled on all new Chromebooks. Learn how to set up your Chromebook.

# System requirements to use Chrome

## Windows ^

To use Chrome on Windows, you'll need:

- Windows 10 and up
- An Intel Pentium 4 processor or later that's SSE3 capable

## Mac ^

To use Chrome on Mac, you'll need:

- macOS Catalina 10.15 and up

## Linux ^

To use Chrome on Linux, you'll need:

- 64-bit Ubuntu 18.04+, Debian 10+, openSUSE 15.2+, or Fedora Linux 32+
- An Intel Pentium 4 processor or later that's SSE3 capable

# Fix problems with Chrome

- Try uninstalling Chrome and reinstalling it to fix problems with your search engine, pop-ups, or Chrome updates.
- Fix problems installing Google Chrome
- Fix "Aw, Snap!" page crashes and other page loading errors

## Fix issues with Chrome on Wayland

Chrome on Linux now supports Wayland along with X11. When Chrome opens on Linux, one of these display server protocols is automatically chosen.

How Chrome interacts with a display server protocol ^

EXHIBIT 8591-002

- Chrome interacts with a display server protocol to help you perform certain types of actions. If you have trouble with these types of actions in Wayland you can change back to X11:
  - Drag-and-drop
  - Copy and paste
  - Keyboard, mouse, or touch input
- Wayland restricts Chrome's ability to perform certain actions such as:
  - Tab dragging uses simplified preview thumbnails.
  - Windows can't be placed at a set location on the screen.

How to override the Chrome automatic display server protocol selection            ⌃

**From your browser:**

1. Navigate to chrome://flags
2. Set #ozone-platform-hint to X11 or Wayland

**From the command line:**

1. Navigate to the command line
2. Launch Chrome:
   - **For X11:** `--ozone-platform=x11`
   - **For Wayland:** `--ozone-platform=wayland`

## Can't install Chrome because of S mode

If you can't install Chrome on your Windows computer, your computer might be in S mode. If you want to download and install Chrome, learn more about how to exit S mode ⧉ . You can also learn how to fix problems installing Chrome.

## Related resources

- Sign in & sync in Chrome
- Update Google Chrome
- Uninstall Google Chrome

EXHIBIT 8591-003