| | |
|---|---|
| **Message** | |
| **From:** | Erin Crosby [____]@google.com] |
| **Sent:** | 3/10/2017 8:16:48 AM |
| **To:** | Albert Cheng [____]@google.com]; Alistair Pott [____]@google.com]; Andrew Zaeske [____]@google.com]; Ben Serridge [____]@google.com]; Bethel Otuteye [____]@google.com]; David Riphagen [____]@google.com]; Eunice Kim [____]@google.com]; George Audi [____]@google.com]; Jamie Rosenberg [____]@google.com]; Jhilmil Jain [____]@google.com]; Kara Bailey [____]@google.com]; Karin Little [____]@google.com]; Larissa Fontaine [____]@google.com]; Larry Yang [____]@google.com]; Paul Bankhead [____]@google.com]; Paul Feng [____]@google.com]; Paul Gennai [____]@google.com]; Paul Joyce [____]@google.com]; Raghavendra Hareesh Pottamsetty [____]@google.com]; Sameer Samat [____]@google.com]; Samer Sayigh [____]@google.com]; Sanjay Mavinkurve [____]@google.com]; Tia Arzu [____]@google.com]; Tom Grinsted [____]@google.com]; Vikram Bapat [____]@google.com]; Vineet Buch [____]@google.com] |
| **Subject:** | [Meeting Notes & AIs] PPS - Subscriptions 3/8 + 3/9 |

*bcc: play-ps, play-ps-notes*

March 9, 2017
**[PPS] Subscriptions PPS Debrief with** [Jaime Rosenberg] ([Larissa Fontaine], samer, paulf)

Jamie's input on price + policy change:

- Pros
  - **Google revenue:** *Small* (per model). But spend impact is large.
  - **Developer benefit:** *Need more clarity?* (we have some preliminary data from Netflix; can we get more?); **AI:** come back with more evidence of incremental developer benefit from migrating to Play billing.
  - **Ecosystem goodwill (Developer & public perception):** *Positive / real*
  - **App availability on Android:** *N/A*; per Larissa
  - **App quality:** *Positive / real;* increases dev investment in Android / Play
  - **Market / Pricing forces:** *Positive / real;* proposal gets ahead of pricing trends
- Cons
  - **Legal / regulatory risk**
  - **Games impact.** Less concerned about games converting business model to subs. More concerned about having to justify 30% for games when they come asking.
    - **AI:** Need strong arguments around why subscription apps rev share drops.
    - **AI:** Analyze distribution of spend over time for games. owner: Samer
- Payment exceptions: what's our objective criteria for which markets are exempt? owner: Paul F
- Jamie supportive of equal platform access for all devs, but need to talk more about special deals. Schedule follow up. Owner: Larissa
- May need to evaluate carrier bundles.

March 8, 2017
**[PPS] Subscriptions**
**Slides:** Subscriptions V2 Revisited (privileged; access restricted)
go/play-ps

**Outcome:**
- Received provisional approval to proceed subject to several AIs

**Action Items:**
- [Paul Feng] [Samer Sayigh] Dig into whether or not to allow linking out to web; language around referencing users can go to web to sign up
- [Paul Feng] [Alistair Pott] Make sure to have strong user arguments about why we want to boost Play Billing adoption: e.g. support center on subscriptions
- [Larissa Fontaine] Explore other alternatives for migrating strategic partners
- [Paul Feng] Review with Jamie and share his feedback with Sameer
- [Paul Feng] [Samer Sayigh] Follow-up with Finance on forecast



EXHIBIT 8636

CONFIDENTIAL

GOOG-PLAY-007417961
EXHIBIT 8636-001

**Executive Summary**
*Subscriptions V2 - Policy and Rev Share Follow Up*
- Points of agreement:
  - Improve product regardless of policy decision.
  - Closing the policy loophole is better for users, devs & revenue, but landing will be key.
  - Rev share change needs to be part of the mix to help land policy change.
- Key questions for today:
  - Policy: options & landing the policy change.
    - Spotify plan
  - Marketing: are we willing to spend in support of 3P services incl. music and manga?
  - Pricing: What should we change rev share to?
- Recommendation:
  - (1) Change policy for all (with risk mitigation measures and exceptions)
  - (2) Change rev share to 30(3mo)/15
  - (3) Make go-no go pending Spotify status

**Presenter(s)**: Paul Feng, Larissa Fontaine

**Notes:**
*Goal for Today*
- Follow-up on prior v2 discussion
- Policy change is to have developers <u>exclusively</u> use Play billing

*Potential Policy Change Options*
- Policy change helps get more revenue from hold-outs and new devs, but comes with cost of cannibalization from already integrated devs due to reduced rev share; policy also has legal / regulatory risk
- Not significant gains over 2 years in revenue because of the change in rev share
- Sameer Samat: could end up needing to change rev share; iOS already moving in this direction (in 2nd year) (making base case optimistic)
  - Larissa Fontaine: largest players are already at 15%
  - Sameer Samat: but there could be another player offering better than 15% and devs could go with blended approach
    - Paul Feng: overall, think model is conservative; could be user benefits, benefits from cleaner policy enforcement, etc.
    - Sameer Samat: user benefits are important, ability to quickly subscribe / unsubscribe, cleaner experience could be worth it - even if it costs money
- Vineet Buch: if dropping to 15% for "X", how do we distinguish 'games' from 'non-games'
  - Paul Bankhead: games aren't subscriptions
- Paul Bankhead: what if we created games subscription? could we keep 30%?
  - Larissa Fontaine: will get to edge cases; limiting to subscriptions is key; need to discuss whether to limit to consumables vs. non-consumables
  - Vineet Buch: just need to think through all edge cases; concerned game developers might change monetization to take advantage of lower rev share
    - Larissa Fontaine: potential for that, but developers currently have good options
    - Paul Feng: hard to get subscriber to stay for 3 months
- Paul Bankhead: do we expect fewer special deals?
  - Larissa Fontaine: it is 10s of deals; don't expect this to impact that significantly
- Sameer Samat: what is delta between base case and full enforcement option?
  - Paul Feng: devs like Spotify are included in full enforcement (at 15%) plus the other hold-outs that will be at 30%(3 mos)
- Paul Joyce: how do we decide between 3 mos vs. 6 mos for rev share change? how does rev share work on intro deals?
  - Paul Feng: looked at 'effective rev share', 3 mos works out to be around 20 - 24% rev share; avg. subscription length is around 3 months; no rocket science around this - looking at balancing optics, margin impact, etc.
    - Paul Joyce: want it to be good enough that devs don't complain, but not so good that there is limited room for special deals
    - Andrew Zaeske: do we know what effective rev share is at 6 mos?
    - samer: it's around 30%
- Larissa Fontaine: what matters more is what we think is defensible; devs will complain no matter what
  - Larissa Fontaine: don't want to sustain special deals; more valuable to not have all of these
- Paul Joyce: how does rev share work on intro deals?
  - Paul Feng: it's based on first full month

*Landing Policy Change*
- Paul Bankhead: does pricing policy for subscriptions apply to apps *and* games?

CONFIDENTIAL

GOOG-PLAY-007417962

EXHIBIT 8636-002

- o        Paul Feng: we've been assuming game devs use subscriptions
- o        Larissa Fontaine and some do
- Vineet Buch: what is it if a music sub service that sends LP each month?
  - Larissa Fontaine: that should have to use Play billing
- Vineet Buch: what about Prime?
- o        Tia Arzu more issues with allowing sale of physical goods to go through Play billing
- o        Sameer Samat how does Apple handle Prime?
- o        Larissa Fontaine they do not charge; Apple's policy is very long and detailed around this
- Paul Bankhead some of these edge cases are worth a lot of revenue

*Addressing Major Concern Areas*

- Emphasize benefit -- rev share change, product improvements
- Don't want to give permanent exceptions, but could offer grace period for hold-outs
- o        Sameer Samat but we'd publicly announce deadline
- o        Paul Feng: yes, but give them enough time that it wouldn't put a lot of pressure on them
- Linking out to web
- o        Larissa Fontaine need to look further into linking out to web
- o        Paul Feng: but we need something like that
- o        Vineet Buch if we allow linking out, that's defeats purpose
- o        Sameer Samat would negatively impact their funnel
- o        Paul Joyce: Apple will not let devs link out at all, or even provide language pointing out at browser
- o        Paul Joyce: what about linking out for IAP?
  - Larissa Fontaine not allowed today
  - Vineet Buch this is a different type of purchase - IAP is multiple times per day vs. subscriptions being once
- FOPs we don't support
- o        Sameer Samat: can a dev select an unsupported FOP and then opt out of using Play billing entirely?
  - Paul Feng that's why we don't want blanket exception, but would negotiate exceptions based on circumstance
  - Larissa Fontaine we're looking at payment coverage globally and how well-supported developers will be
  - Paul Feng Imali will help address many of these situations
  - Larissa Fontaine games are more global, getting revenue from multiple markets vs. apps, which tend are more likely to be local
- Strategic hold-outs → need deep collaboration
- Sameer Samat need to build out user support center here so it is clear how they sign up, cancel etc.

*Proposed roll-out plan*

- Enforcement would be planned to start mid-2018
- Will have appropriate messaging for users

*Pricing Recommendation*

- 30% (3 mos) / 15% (>3 mos)
- Keep LRAP / ADAP
- DCB is migrating to 6% or 50/50 for subs spend (currently it's 15%); a few large carriers (KDDI, Softbank) have already migrated; others are coming up for renewal this year
- Sameer Samat what about 30 / 20 (3 mos) / 15 (1 yr)?
- o        Larissa Fontaine hard to land well with developers; may be more confusing
- o        Larissa Fontaine not worried about LRAP / ADAP partners; could opt out to standard terms, but then lose product requirements

*Sameer's Feedback*

- generally supportive subject to:
- o        sync this with Finance forecast for next 2-3 years
- o        strategic partner options
- o        policy edge cases to tighten up
- o        pricing options -- get Jamie's feedback here; what would narrative be; what are secondary consequences of reducing price (e.g. competitive response)

--

- Erin Crosby
- ABP for Sameer Samat
- Erin Crosby@google.com
- O:              C: