```
Control Number :          EPIC_GOOGLE_01555995
Group Identifier :        EPIC_GOOGLE_01555995
Custodian :               Allison, Steven
IsParent :                Yes
File Name :
Doc Extension :
File Size :
Email Subject :
Email From :
Email To :
Email CC :
Email BCC :
Delivery Receipt :
PrimaryDateTime :
Date Sent :
Date/Time Last Modified :
Date Created :
Meeting Start Date/Time :
```

**EXHIBIT 9001**

EXHIBIT 9001-0001

# Thread Id:3022027541

**"Tera Randall"** <"███████@epicgames.com"@Slack>   8/11/2020 10:51:35 PM +00:00
ID:8057429462

hey there -- are you read in on project liberty?

**"Steven Allison"** <"███████@epicgames.com"@Slack>   8/11/2020 10:52:29 PM +00:00
ID:8057429497

Not to a high degree. I spoke with external counsel 1.5 weeks ago and generally know the game plan by reading docs that were shared with me

**"Tera Randall"** <"███████@epicgames.com"@Slack>   8/11/2020 10:52:52 PM +00:00
ID:8057429534

got it -- so you know about Epic Direct Payments on ios/ Android

**"Steven Allison"** <"███████@epicgames.com"@Slack>   8/11/2020 10:52:59 PM +00:00
ID:8057429450

Yes

**"Steven Allison"** <"███████@epicgames.com"@Slack>   8/11/2020 10:53:29 PM +00:00
ID:8057429454

Still as an additional payment option with cheaper prices on those platforms?

**"Tera Randall"** <"███████@epicgames.com"@Slack>   8/11/2020 10:53:36 PM +00:00
ID:8057429424

correct

**"Tera Randall"** <"███████@epicgames.com"@Slack>   8/11/2020 10:53:40 PM +00:00
ID:8057429543

I am working on two reactive q's for Marc Petit in case devs have questions

**"Tera Randall"** <"███████@epicgames.com"@Slack>   8/11/2020 10:54:02 PM +00:00
ID:8057429496

1. When can we use the Epic Direct Payments system? Answer: Not now, but we're looking into it. 2. Is Epic Games planning to launch a store on iOS and Android? Answer: We don't have an update on our specific plans.

EXHIBIT 9001-0002

CONFIDENTIAL                                                                                                 EPIC_GOOGLE_01555995

**"Tera Randall"** <​@epicgames.com"@Slack>   8/11/2020 10:54:30 PM +00:00
ID:8057429379

do those answers generally feel right to you? Marc wanted to make sure you're aligned.

**"Steven Allison"** <​@epicgames.com"@Slack>   8/11/2020 10:55:07 PM +00:00
ID:8057429381

On EGS we allow anyone to use their own payments or use ours - we took that decision last q4 so that context is important for all execs to understand.

**"Tera Randall"** <​@epicgames.com"@Slack>   8/11/2020 10:55:27 PM +00:00
ID:8057429376

Yes, understood

**"Steven Allison"** <​@epicgames.com"@Slack>   8/11/2020 10:55:39 PM +00:00
ID:8057429367

That was purposeful by Tim laying the tracks for this moment - pretty sure.

**"Steven Allison"** <​@epicgames.com"@Slack>   8/11/2020 10:56:29 PM +00:00
ID:8057429368

We've had one partner opt to take advantage of it here Wizards of the Coast on Magic the Gathering (so you have that info)

**"Steven Allison"** <​@epicgames.com"@Slack>   8/11/2020 11:00:14 PM +00:00
ID:8057429378

Those questions and answers feel fine - we have said a bit more definitively in the past that it is our intent or desire to launch a competing mobile store. So as long as the answer to question 2 does pull out further ?s to folks like Marc like "but Tim has said publicly that Epic intends/wants to launch an EGS Mobile store"...prep them to expect that likely immediate follow up question and just stay the course v getting tripped up trying to acknowledge that we have said things publicly

**"Tera Randall"** <​@epicgames.com"@Slack>   8/11/2020 11:01:58 PM +00:00
ID:8057429374

any value in them acknowledging that upfront? Something like: We've expressed publicly that we're exploring options but we don't have an update on our specific plans.

**"Steven Allison"** <​@epicgames.com"@Slack>   8/11/2020 11:02:30 PM +00:00
ID:8057429372

I think that's better because of fairly recent stories like this:

EXHIBIT 9001-0003

CONFIDENTIAL                                                    EPIC_GOOGLE_01555996

"Tera Randall" <▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:02:41 PM +00:00
ID:8057429409

ya

"Tera Randall" <▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:02:44 PM +00:00
ID:8057429388

ok great

"Tera Randall" <▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:02:53 PM +00:00
ID:8057429385

we'd use that for press too, if asked

"Steven Allison" <"▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:03:43 PM +00:00
ID:8057429380

We expect our pc store partners to come at us with questions more in context of "wtf are you guys doing?" which we will just deflect politely.

"Tera Randall" <"▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:04:23 PM +00:00
ID:8057429397

yes, i anticipate those will come at us from all angles

"Tera Randall" <'▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:04:37 PM +00:00
ID:8057429316

should be an interesting day/week/ decade

"Steven Allison" <▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:04:54 PM +00:00
ID:8057429325

Welcome to Epic, couldn't be a better first week for you! :)

"Tera Randall" <▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:05:03 PM +00:00
ID:8057429384

lol i agree!

"Tera Randall" <'▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:05:35 PM +00:00
ID:8057429324

you all were not hiding the reality of working here during the interview process so I walked in prepared

**EXHIBIT 9001-0004**

CONFIDENTIAL                                                       EPIC_GOOGLE_01555997

**"Steven Allison"** <▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:06:54 PM +00:00

ID:8057429393

It's a blast, but really on the edge pushing at times...are you going to send out a company wide guide on what to say and who to defer to/check in with before things go out?

**"Tera Randall"** <"▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:09:38 PM +00:00

ID:8057429331

Tim is emailing the company and deferring any/ all q's to MattW

**"Tera Randall"** <"▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:09:56 PM +00:00

ID:8057429321

and it will have light guidance that basically says don't engage... at all

**"Steven Allison"** <▮▮▮▮@epicgames.com"@Slack>   8/11/2020 11:11:02 PM +00:00

ID:8057429297

Perfect thank you!

EXHIBIT 9001-0005

CONFIDENTIAL                                                                    EPIC_GOOGLE_01555998