| | |
|---|---|
| **From:** | Tim Sweeney <▮▮▮▮▮▮@epicgames.com> |
| **Sent:** | Wed, 5 Aug 2020 20:03:46 +0000 (UTC) |
| **To:** | Phil Spencer <▮▮▮▮@microsoft.com> |
| **Subject:** | Subscription-free multiplayer |

Hi Phil,

Long ago, we talked optimistically about the possibility of subscription-free multiplayer on Xbox. (PlayStation requires subscriptions for multiplayer but exempts free-to-play games including Fortnite.)

If this is coming, please consider the possibility of timing the program to support Fortnite Season 14 launch on 8/27. This launch will follow the confidential Fortnite Mega Drop 20% price drop that's coming in mid August, and will be our biggest and best Fortnite season thanks to a huge collaboration with Disney/Marvel.

Epic has certain plans for August that will provide an extraordinary opportunity to highlight the value proposition of consoles and PCs, in contrast to mobile platforms, and to onboard new console users. While I can't share details with any third party at this point, I give you Epic's assurance that our efforts will be positive and supportive of Microsoft, Xbox and Windows.

I realize this is incomplete information and you have a big ship that's slow to turn, so the specific ask is: please keep in mind this possibility for 8/27 and expect events throughout August to draw the specific opportunity into focus.

Tim



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 9016-0001
EPIC_GOOGLE_00996903