| | |
|---|---|
| Paul J. Riehle (SBN 115199) | Glenn D. Pomerantz (SBN 112503) |
| paul.riehle@faegredrinker.com | glenn.pomerantz@mto.com |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | **MUNGER, TOLLES & OLSON LLP** |
| Four Embarcadero Center, 27th Floor | 350 South Grand Avenue, Fiftieth Floor |
| San Francisco, CA 94111 | Los Angeles, California 90071 |
| Telephone: (415) 591-7500 | Telephone: (213) 683-9100 |
| | |
| Christine A. Varney (*pro hac vice*) | Brian C. Rocca (SBN 221576) |
| cvarney@cravath.com | brian.rocca@morganlewis.com |
| **CRAVATH, SWAINE & MOORE LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 825 Eighth Avenue | One Market, Spear Street Tower |
| New York, New York 10019 | San Francisco, CA 94105-1596 |
| Telephone: (212) 474-1000 | Telephone: (415) 442-1000 |
| | |
| *Counsel for Plaintiff Epic Games, Inc.* | *Counsel for Defendants Google LLC et al.* |

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**MANUAL FILING NOTIFICATION**<br><br>Judge: Hon. James Donato |

**EXHIBIT 9053**

This exhibit was not filed electronically for the following reason(s):

___ Voluminous Document (PDF file size larger than e-filing system allowances)

_X_ Unable to Scan Documents

___ Physical Object (description): _____

_X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

A copy of this exhibit is being maintained in the case file in the Clerk's office. For information on retrieving this filing directly from the court, please see the Court's main website, at http://www.cand.uscourts.gov.

DATED: December 21, 2023

CRAVATH, SWAINE & MOORE LLP
Christine Varney *(pro hac vice)*
cvarney@cravath.com
Gary A. Bornstein *(pro hac vice)*
gbornstein@cravath.com
Timothy G. Cameron *(pro hac vice)*
tcameron@cravath.com
Yonatan Even *(pro hac vice)*
yeven@cravath.com
Lauren A. Moskowitz *(pro hac vice)*
lmoskowitz@cravath.com
Justin C. Clarke *(pro hac vice)*
jcclarke@cravath.com
Michael J. Zaken *(pro hac vice)*
mzaken@cravath.com
M. Brent Byars *(pro hac vice)*
mbyars@cravath.com

FAEGRE DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: /s/ *Gary A. Bornstein*
Gary A. Bornstein

2
**MANUAL FILING NOTIFICATION**
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD

| | | |
|---|---|---|
| DATED: December 21, 2023 | | MUNGER, TOLLES & OLSON LLP |
| | | Glenn D. Pomerantz |
| | | Kyle W. Mach |
| | | Kuruvilla Olasa |
| | | Justin P. Raphael |
| | | Emily C. Curran-Huberty |
| | | Jonathan I. Kravis |

Respectfully submitted,

By:   /s/ Glenn D. Pomerantz
          Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

DATED: December 21, 2023         MORGAN, LEWIS & BOCKIUS LLP
                                 Brian C. Rocca
                                 Sujal J. Shah
                                 Minna L. Naranjo
                                 Rishi P. Satia
                                 Michelle Park Chiu


By:   /s/ Brian C. Rocca
          Brian C. Rocca

*Counsel for Defendants Google LLC et al.*