From: 노태문 TM Roh @samsung.com>
Sent: Wed, 6 May 2020 09:55:29 +0000 (UTC)
To: Tim Sweeney <████████@epicgames.com>
Cc: Ray Park @epicgames.com" Ray Park @epicgames.com>; 고동진 DJ Koh @samsung.com>; 이원진 ████@samsung.com>; 채원철 Woncheol Chai @samsung.com>
Subject: RE: Re: Fortnite on Google Play and future Samsung Pay efforts

Dear Tim,

Thank you for your email.

We are ready to pick up the discussion when you are ready.

If you would prefer, I can ask my team to brief you about the upcoming features in the Galaxy Store. This effort is led by Won-Jin Lee (copied) who runs services and partnerships for our company.

I hope you stay well and look forward to hearing from you.

Best regards,

TM Roh


--------- Original Message ---------
Sender : Tim Sweeney ████████@epicgames.com>
Date : 2020-05-06 07:07 (GMT+9)
Title : Re: Fortnite on Google Play and future Samsung Pay efforts

Dear TM,

Thank you very much for your understanding, and congratulations on your leadership role.

Epic would like to have a strategic discussion with Samsung in several weeks on a bold collaboration to change the status quo on mobile payments. Epic has taken the public position that mobile platform digital distribution channels including Google Play should be open to payment competition. Please allow us a few weeks to prepare our thoughts on how we might pursue this together.

Finally, we are very interested in learning more about the new features coming to the Galaxy Store that will accelerate game opportunities. Epic will soon announce a new generation of technology, Unreal

**EXHIBIT 9200**

EXHIBIT 9200-001
EPIC_GOOGLE_04880964

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Engine 5 that we would like to demonstrate to Samsung. We would like to find more ways to partner on the innovations coming from both our companies and to demonstrate new high-end Samsung devices through Fortnite and also Unreal Engine games from other developers. It is especially exciting to show that high-end western Xbox and PlayStation games can reach much larger audiences through Samsung devices!

Kindest Regards,

Tim Sweeney

On Thu, Apr 23, 2020 at 3:49 AM 노태문 <TM Roh@samsung.com> wrote:

Dear Tim,

DJ has kindly forwarded your message to me. My name is TM Roh and I am the President of Samsung Mobile. It is very nice to meet you.

First, I want to thank you for letting us know ahead of time of your intentions to bring Fortnite to the Google Play Store and we respect your decision to do so. It is my hope that our two companies can continue ahead with our strategic partnership.

Having said that, I do believe that our partnership that was formed a year and a half ago was predicated on an understanding that Epic Games would not be supporting the Google Play Store. In light of your recent decision, I think we need to reassess the existing partnership terms to ensure that our two companies' interests are realigned. I believe that we can come to an agreement on a more realistic partnership model going forward.

The Galaxy Store has made many improvements and added new product features that will greatly improve publisher game performance and I believe your games will greatly benefit from these enhancements in our store. We will continue to invest in our gaming service, and I sincerely hope that we can continue to develop a strategic partnership with you to unlock these opportunities.

Best regards,

TM Roh

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

EXHIBIT 9200-002
EPIC_GOOGLE_04880965

--------- Original Message ---------
**Sender** : Tim Sweeney <■■■■■@epicgames.com>
**Date** : 2020-04-21 11:04 (GMT+9)
**Title** : Fortnite on Google Play and future Samsung Pay efforts
**To** : 고동진 DJ Koh @samsung.com>
**CC** : Ray Park ■■■■@epicgames.com>

Dear DJ,

I'm writing to let you know that Epic is officially submitting Fortnite to the Google Play Store. This represents a major shift in our strategy on Android, because we have come to a key realization:

Google puts software downloadable outside of Google Play at a major disadvantage, through technical and business measures such as scary, repetitive security pop-ups for downloaded and updated software, restrictive manufacturer and carrier agreements and dealings, Google public relations characterizing third party software sources as malware, and new efforts such as Google Play Protect to outright block software obtained outside the Google Play store.

That said, Epic is in discussions with Google and Apple in which we are seeking the right to freely partner with payment processors on in-app purchases of digital goods in Fortnite and other titles. ■■■■

Epic desires to continue our partnership effort with Samsung in anticipation that future Android policy updates will enable Fortnite and other games to support non-Google payment services, including Samsung Pay, so that each service can compete on its merits.

We will continue to fully support both the Samsung Galaxy Store and the Epic Games Store on Android.

We are grateful for Samsung's ongoing partnership with Epic, and we hope that 2020 will bring significant positive changes in the Android ecosystem.

-Tim

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

EXHIBIT 9200-003
EPIC_GOOGLE_04880966

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

EXHIBIT 9200-004
EPIC_GOOGLE_04880967