CRA Charles River Associates

*December 1, 2023*

# Testimony of Gregory K. Leonard, Ph.D.



**EXHIBIT 9500**

EXHIBIT 9500-001

1

## Google's Lost Service Fees

| Epic Direct Pay Revenue (on Fortnite distributed through Google Play) | $1,329,770 |
|---|---|
| Service Fee | 30% |
| **Lost Service Fees** | **$398,931** |

Leonard Rep., ¶ 21

**EXHIBIT 9500-002**

2