

EXHIBIT 9900

EXHIBIT 9900-001