**From:** Justin Sargent <█████@epicgames.com>
**Sent:** Thu, 15 Aug 2019 22:01:57 +0000 (UTC)
**To:** Andrew Grant <█████@epicgames.com>
**Cc:** Arjan Brussee <█████@epicgames.com>; Chris Babcock <█████@epicgames.com>; Darin Devine <█████@epicgames.com>; Pete Procopio <█████@epicgames.com>; Scott Nolfi <█████@epicgames.com>
**Subject:** Re: what services are we NOT using from Google Play?

EXHIBIT 10005

What I told you before was about Amazon was using their already installed apps (they have multiple in the Play Store) to smooth out the side-load experience. They were using them to, for example, summon the appropriate settings screens, which Android doesn't do by default on older phones.
We did look at the numbers for the side-load conversion rate recently and it was high. We have a problem being discovered on mobile and Fortnite had a problem of needing high-end devices. But we were seeing a 75% conversion of people landing on our side-load website ultimately showing up in the installer.

But we can always make it higher... though I'm not sure Amazon really exceeded in their goal, it was a clever idea.

We're also pursuing other apps that could be distributed in the Play store that could do similar things, though frankly, I'm not sure the new phone sideloading experience can be improved much more. It's actually pretty good.

-Justin

On Thu, Aug 15, 2019 at 3:58 PM Andrew Grant <█████@epicgames.com> wrote:

> Uhh.
>
> We were told way back that it had to be the same app as Fortnite due to agreements with Sony about cross platform chat.
>
> We would have always preferred to do a separate app if possible (which it is on iOS) if it wasn't for that.
>
> So yeah. Super confused now.
>
> On Thu, Aug 15, 2019 at 3:50 PM Arjan Brussee <█████@epicgames.com> wrote:
>
>> FYI Adding some kairos prod on this... see below. Questions arose today about a potential exec negotiation (Monday!) with Google to put Kairos in playstore, but still sideload FN. bunch of tricky things here
>>
>> -arjan
>>
>> On Thu, Aug 15, 2019 at 14:42 Arjan Brussee <█████@epicgames.com> wrote:
>>
>>> Also:
>>> The idea is what our execs are pitching is to put Kairos in google play store, but keep FN sideloaded.
>>>
>>> Justin you told me that amazon is doing something sneaky here too, where they leverage that Amazon is installed to handle certain handlers/ services

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    EPIC_GOOGLE_00143190

EXHIBIT 10005-001

The info below is useful in telling them that we don't need their services

-arjan

On Thu, Aug 15, 2019 at 12:45 Arjan Brussee ▉▉▉▉@epicgames.com> wrote:

> questions came up from meeting prep with google (some negotations going on)

typed up this. correct? any other notable stuff?

- Billing/Purchasing
- Installation/Referrer
- Publishing APIs
- Play Protect (would like to use)

we are using

- Firebase
- Crashalytics (but plan to move away)

-arjan

--
-arjan

--
-arjan

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_GOOGLE_00143191

EXHIBIT 10005-002