# Example of "1:1 Chat"



EXHIBIT 10104-001