# Thread Id:2995685405

**"Ed Zobrist" <​‌‌‌‌‌‌@epicgames.com"@Slack>**   4/30/2020 2:24:11 PM +00:00
ID:7551253874

you avail for a quick question?

**"Hans Stolfus" <​‌‌‌‌‌‌'@Slack>**   4/30/2020 2:36:48 PM +00:00
ID:7551253866

Yeah

**"Ed Zobrist" <​‌‌‌‌‌‌@epicgames.com"@Slack>**   4/30/2020 3:00:13 PM +00:00
ID:7551253792

had to join a mtg. you get my question on how the economics work if Samsung pay is same as Epic pay price?

**"Hans Stolfus" <​‌‌‌‌‌‌'@Slack>**   4/30/2020 3:04:21 PM +00:00
ID:7551253902

I mean, everything we're attempting is technically in violation of Google's policy, right?

**"Ed Zobrist" <​‌‌‌‌‌‌@epicgames.com"@Slack>**   4/30/2020 3:05:44 PM +00:00
ID:7551253852

yes, but that's not the question. if samsung matches the epic pay price, does it work for their economics and ours because the standard price is now lower than before for Samsung

**"Hans Stolfus" <​‌‌‌‌‌‌@Slack>**   4/30/2020 3:10:49 PM +00:00
ID:7551253839

Oooosh. Let me see. That might be a math question for Wen-Jen based on current total cost for us to process a payment through Epic Store via CC and Paypal. Digging in.

**"Ed Zobrist" <​‌‌‌‌‌‌@epicgames.com"@Slack>**   4/30/2020 4:22:59 PM +00:00
ID:7551253814

Is it hard math? What was their take when price was $9.99? What is it when price is $7.99?

**"Ed Zobrist" <​‌‌‌‌‌‌@epicgames.com"@Slack>**   4/30/2020 4:23:42 PM +00:00
ID:7551253818

Then was is our take when someone uses Samsung pay at those prices?