**From:** David Shaw <​███​>
**Sent:** Wed, 6 Oct 2021 18:02:29 +0000 (UTC)
**To:** Tim Sweeney <​███​>
**Cc:** Andrew Grant <​███​>; Joe Kreiner <​███​>; Ryan Dixon <​███​>; Daniel Vogel <​███​>
**Subject:** Re: xCloud

---

Yep, will do.

On Wed, Oct 6, 2021 at 2:01 PM Tim Sweeney <​███​> wrote:

> Thanks. Shaw, can you dig into intentions with the Fall Guys and Rocket League teams? Would be great to understand the Epic-wide situation and try to formulate some sort of new principle on the topic of achievements with respect to other platforms, cross platform, and our own intentions.
> -Tim

On Wed, Oct 6, 2021 at 1:58 PM David Shaw <​███​> wrote:

> MS occasionally asks about adding achievements to BR, but their systems are terrible for season-based games.  We can easily keep saying no to adding more.
> -Shaw

On Wed, Oct 6, 2021 at 1:54 PM Andrew Grant <​███​> wrote:

> Confirmed. Only StW has achievements & trophies.

On Wed, Oct 6, 2021 at 1:42 PM Andrew Grant <​███​> wrote:

> I will double check, but I don't think we have ever done achievements/trophies on Xbox & PlayStation for BR or Creative. Only StW.

IIRC, on both platforms once an achievement is added to a game it's required to be always-achievable. That would have limited us to some onboarding achievements and then just "grindy" ones that are increasingly onerous for new users to get.

On Wed, Oct 6, 2021 at 1:18 PM Tim Sweeney <​███​> wrote:

> Can we dig into what Fortnite (Battle Royale and other multiplayer, not Save The World) does with Achievements on Xbox?
> Vogel and I are concerned about Xbox achievements psychology (altering play patterns not based on having fun but on earning achievements so you can should your friends you have more achievements than them) affecting play patterns on other platforms, leading more players into a Microsoft-taxed scenario, etc. One one end of the spectrum, we'd want to opt Fortnite multiplayer out of all Xbox achievements entirely.

-Tim

On Tue, Oct 5, 2021 at 9:29 PM Tim Sweeney <​███​> wrote:

**EXHIBIT 10538**

CONFIDENTIAL                                         EXHIBIT 10538-001         EPIC_GOOGLE_05736668

That's great news. If it's compatible with other scheduling constraints, let's try to get this deal signed with the aim of launching Fortnite on xCloud by end of year.
-Tim

On Tue, Oct 5, 2021 at 8:55 PM Andrew Grant <░░░░░░░░░░░░░░░░░░░░> wrote:

Great call with Microsoft today. They have everything we need to deliver a great touch experience on xCloud in a sustainable way.

The integration work is relatively light and entirely on our end. Light enough that we could probably ship it this year if we can fit it in with S19 on UE5 (and we aren't concerned that it fast-following GFN might hurt our Nvidia relationship).

xCloud Notes

- They already support touch and have GDK APIs for games that want to handle touch natively (vs relying on a virtual on-screen controller)
- They have APIs for detecting if the game is running in the cloud and the type of device the user has.
- No need to make custom builds - we give them our regular XB build with these APIs and they do the rest.
- They are confident that they can handle our update cadence
- They have good tools for letting developers test streaming locally using a regular XB devkit
- Downside: At the moment they only support 16:9 so letterbox/pillarbox on different devices. They are working on full-screen support

Fortnite work

- We'd need to add support for touch input on GDK platforms (MS have done this for UE4 titles and can give us code)
- We need to make sure FN on Xbox includes the necessary assets for touch and recognizes it as valid input.
- We need a pass over any Xbox-specific screens to verify they support touch on buttons
- We'd need to use their APIs to detect streaming and set the same flags that mobile/GFN use to disable StW

The fact that it's basically an Xbox so all the APIs for things like sign-in, localization, and session management "just work" make it all a lot less work than GFN was.

A.


On Fri, Oct 1, 2021 at 4:10 PM David Shaw <░░░░░░░░░░░░░░░░░░> wrote:

This is perfect.  I've already got a side thread with MS on the topic and they're super interested in making this successful as well.  Andrew, I'll get us on a call with relevant folks on the MS side next week.
-Shaw

On Fri, Oct 1, 2021 at 4:08 PM Andrew Grant <░░░░░░░░░░░░░░░░░░░░░░> wrote:

Shaw/Joe,

We can chat next week to go into details but the TL;DR is:

- We can now enable "touch controls" for Fortnite on any platform (and even hot-swap based on whether input is coming from Controller/Touch)
- For GeForce Now, when a user is on a mobile client NVidia turns off the virtual gamepad and sends us the touch events through an API and we simply use those.
- We would like Microsoft to do the same :)

There may be other things we can do to streamline the experience as well.

A.


On Thu, Sep 30, 2021 at 5:03 PM Tim Sweeney <​​​​​​​​​​​​​​​​​​> wrote:

Guys,
Can the three of you sync up on the xCloud timeline and tech integration plans? One MASSIVE opportunity is to have xCloud support our Fortnite mobile touch controls when the user is running on an iOS or Android device (as we're doing on GeForce NOW), so you don't need to buy an external game controller to play it. I think this will expand the audience like 5x compared to expecting people to buy a peripheral from the store.

-Tim

CONFIDENTIAL                                                      EXHIBIT 10538-003      EPIC_GOOGLE_05736670