| | |
|---|---|
| **From:** | Andrew Grant <​███████@epicgames.com> |
| **Sent:** | Thu, 5 May 2022 01:25:26 +0000 (UTC) |
| **To:** | undisclosed-recipients: |
| **Bcc:** | FN-Dev-All <fn-dev-all@epicgames.com>; Status <Status@epicgames.com> |
| **Subject:** | Fortnite Releases on xCloud Tomorrow! |
| **Attachments:** | AndroidPixelHighpng.jpg |

Hi all,

Tomorrow at 12pm EST we'll announce that Fortnite is available to play, for **free**, via Xbox Cloud Gaming Beta on iOS, iPad, Android, Windows, and Mac.

- Mobile players will use Safari/Chrome and be able to play using use on-screen touch controls or a bluetooth controller

- Desktop players will be able to use Edge, Chrome, or Safari, with a bluetooth controller.
- Users will need a Microsoft account, but no Xbox Gamepass subscription is required.

That means regardless of hardware, players in 70% of our markets will have the option of playing Fortnite at 60Hz with **Xbox Series S level graphics** for free with no need to install or patch the game!

This came together very quickly due to a lot of collaboration between Frima, FN Tech, Marketing, Publishing, Analytics, Release Team, QA, Legal, and the 1st Party Team. Sometimes it takes a village, but we have a lot of great villagers :)

After this release we'll be continuing to work with Microsoft on further refining the experience, including Keyboard and Mouse support for desktop, native resolutions on mobile, and deep-linking into experiences.

Below are a couple of screenshots I took today.

This is the native Fortnite Android app running High Quality settings at ~18fps on a Pixel 3 phone from 2018.

This is Fortnite on xCloud at 60Hz on the same 2018 Pixel 3.

CONFIDENTIAL



EPIC_GOOGLE_05826483

EXHIBIT 10540-001



And... as a reward for reading to the end, this is a genuine screenshot of Fortnite running on what may be our lowest-ever spec device - The Retroid Pocket 2+.

We are now at the point where anything with a web browser can run Fortnite :)



-- Andrew

CONFIDENTIAL

EPIC_GOOGLE_05826484

EXHIBIT 10540-002