# EXHIBIT 11221
# (EXHIBIT FILED UNDER SEAL)