# EXHIBIT 11222
# (EXHIBIT FILED UNDER SEAL)