# EXHIBIT 11226
# (EXHIBIT FILED UNDER SEAL)