# EXHIBIT 11227
# (EXHIBIT FILED UNDER SEAL)