# EXHIBIT 11229
# (EXHIBIT FILED UNDER SEAL)