

# TILTINGPOINT

## GOOGLE - ANNUAL RECAP

Jan 27, 2022

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 11373**

TP000406

**EXHIBIT 11373-001**

# AN INTRO TO
# TILTING POINT

**NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY**

TP000407

**TILTINGPOINT**
**CONFIDENTIAL**

**EXHIBIT 11373-002**



# TILTINGPOINT
RAISE YOUR GAME

## OUR MISSION

We combine **data, technology, talent** and groundbreaking **marketing** to scale games to success.

## OUR PURPOSE

To **unlock** our **partners' potential** and **change developers lives.**

## OUR VISION

To become the **top game publisher** and **partner of choice** for **developers.**

**NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY**

TILTINGPOINT
CONFIDENTIAL

TP000408

**EXHIBIT 11373-003**

# **EXPONENTIAL** GROWTH

**Tilting Point's Gross Revenue YoY**



## **$235M equity raise**



GENERAL ATLANTIC

+

RED | VENTURES

**Acquire** games & studios

**Build new games**

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000409

TILTINGPOINT CONFIDENTIAL

**EXHIBIT 11373-004**

# PROGRESSIVE PUBLISHING MODEL

**SOURCE**

**AMPLIFY**

**ACQUIRE**

**EXPAND**

DATA FUNNEL

LIVE PUBLISHING

M&A: GAMES / STUDIOS

CO-DEVELOPMENT

NEW AUDIENCES EXPANSION






NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000410

TILTINGPOINT CONFIDENTIAL

**EXHIBIT 11373-005**

## TOWARDS 2025:
# GOALS & ASPIRATIONS

**1** — **7x over the next 4 years** with high profitability in 2025

**2** — **8-10 Acquisitions** per year

**3** — **200 games** under management

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000411

TILTINGPOINT
CONFIDENTIAL

**EXHIBIT 11373-006**



# 2022
# LIVE PUBLISHING

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000412

TILTINGPOINT
CONFIDENTIAL

**EXHIBIT 11373-007**

# UNMATCHED REACH

## ACROSS THE INDEPENDENT DEVELOPER COMMUNITY



**SOURCE INDIE DEVS**

**2000+** GAMES EVALUATED [*]

**LIVE PUBLISHING: GROW IN-MARKET GAMES**

**108** PARTNERS [*]

**ACQUIRE & EXPAND WITH NEW GAMES**

**30** 1ST PARTY/CODEV GAMES [*]

TP000413

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TILTINGPOINT CONFIDENTIAL

(*) *Partners for the period of 2019-2021, including all platforms*

**EXHIBIT 11373-008**

# LIVE PUBLISHING: GROWTH SERVICES

We deploy a **custom set of tools** based on each game's needs to
**AMPLIFY THEIR GROWTH** & **UNLOCK THEIR FULL POTENTIAL.**



**PAID GROWTH**
UA Funding
UA Management
Creative services

**ORGANIC GROWTH**
ASO
Featuring
IP Integration
~~Influencers~~
~~Porting~~

**MONETIZATION GROWTH**
Ad monetization
LTV optimization
~~Merchandise~~

**PLATFORM SUPPORT**
Platform & Privacy compliance
News & Tools comms centralization
Training & Troubleshooting

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000414

TILTINGPOINT
CONFIDENTIAL

**EXHIBIT 11373-009**

# LIVE PUBLISHING: WORLDWIDE PIPELINE



**EMEA**
12 active Live Publishing
10 prospective deals

**JAPAN & KOREA**
7 active Live Publishing
3 prospective deals

**AMERICAS**
6 active Live Publishing
2 Prospective deals

**SEA, INDIA, CHINA**
3 active Live Publishing
1 prospective deals

**2022 Objectives:**   **x30** new titles
(Currently 10 in closing stage)

> **LET'S PARTNER TO SUPPORT INDIE DEVELOPERS** <

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000415

TILTINGPOINT CONFIDENTIAL

**EXHIBIT 11373-010**

# MORE THAN MEETS THE EYE

## ONLY HALF OF OUR GAME PARTNERS ARE LISTED UNDER TILTING POINT



Android Gross Revenue by attribution

Games in TP's account    Games outside of TP's account

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000416

TILTINGPOINT
CONFIDENTIAL

PAGE 11

**EXHIBIT 11373-011**

# EXPONENTIALLY GROWING INVESTMENT

## TILTING POINT ADVERTISING CAMPAIGNS DRIVE IMPACT FOR PLAY DEVELOPERS



TP Funded Marketing Spend on Android [1]

*[1] Data includes UA spend directing traffic towards Google Play and UA spend within the Google ecosystem (e.g. adwords)*

TP000417

TILTINGPOINT
CONFIDENTIAL   NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 11373-012**

# EXPLORE TRAFFIC HEADWINDS

## DECLINING TREND ACROSS BEST PERFORMING GAMES DESPITE INCREASED SPEND



(*) Aggregated data for: *AstroKings, Hidden Hotel, Narcos: Cartel Wars, Star Trek Timelines, SpongeBob: Krusty Cook-Off, TerraGenesis,* and *Warhammer: Chaos and Conquest.*

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000418

TILTINGPOINT
CONFIDENTIAL

**EXHIBIT 11373-013**

# EXPLORE TRAFFIC HEADWINDS

## DECLINING TREND ACROSS BEST PERFORMING GAMES DESPITE INCREASED SPEND



[*] Aggregated data for: *AstroKings, Hidden Hotel, Narcos: Cartel Wars, Star Trek Timelines, SpongeBob: Krusty Cook-Off, TerraGenesis,* and *Warhammer: Chaos and Conquest.*

**NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY**

TP000419

TILTINGPOINT
CONFIDENTIAL

**EXHIBIT 11373-014**

# EXPLORE TRAFFIC HEADWINDS

## DECLINING TREND ACROSS BEST PERFORMING GAMES DESPITE INCREASED SPEND



(*) Aggregated data for: *AstroKings, Hidden Hotel, Narcos: Cartel Wars, Star Trek Timelines, SpongeBob: Krusty Cook-Off, TerraGenesis,* and *Warhammer: Chaos and Conquest.*

> **WHAT CAN BE DONE TO CREATE OPPORTUNITY FOR INDIES?**  <

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000420

TILTINGPOINT
CONFIDENTIAL

**EXHIBIT 11373-015**



# 2022
# ACQUIRE
# & EXPAND

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TILTINGPOINT
CONFIDENTIAL

TP000421

PAGE 16

**EXHIBIT 11373-016**



# ACQUISITION #1:  BUDGE STUDIOS



- **Based in Montreal** (Canada)
- **Founded in 2010**
- **125 employees**
- **Leading kids entertainment** (3-13yo)
- **Strong relationship with licensors** (avg. length 6y)







| | |
|---|---|
| Barbie | 175M+ Downloads |
| THOMAS & FRIENDS | 110M+ Downloads |
| Hot Wheels | 24M+ Downloads |
| My Little Pony | 85M+ Downloads |
| Transformers | 50M+ Downloads |
| Strawberry Shortcake | 263M+ Downloads |
| Caillou | 14M+ Downloads |
| PAW Patrol | 10M+ Downloads |

**NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY**

TP000422

TILTINGPOINT
CONFIDENTIAL

**EXHIBIT 11373-017**

# ACQUISITION #2:  AN GAMES





- **Based in Pangyo** (Seoul, Korea)
- **Founded in 2000**
- **57 employees**
- **20+ years working on strategy games**
- **Self-published in the Asian market**

**2018**
Game
Launch

**Nov 2019**
Joined TP's
portfolio

UA driven deal:
$2.3M+ spend

**2021**
**x2 Stargate IP**
integration

Beyond UA:
+1,128% organic
installs

**Q1 2022**
ACQUISITION



NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000423

TILTINGPOINT
CONFIDENTIAL

**EXHIBIT 11373-018**

# DE-RISKING APP TRANSFERS

## Hidden Hotel Organics post-transfer



App transfer May 27th

## Reduced Fee Program: Partner Dilemma

Our developers face material switching costs:

- **Retain the app** in their account **and not benefit from the managed partner network effects**
  *6 games did not transfer in H2 2021*

- **Transfer** their app to Tilting Point **and forego the $150K annual savings.**
  *20 affected partners ($3M opportunity cost)*

> **HOW CAN WE ENSURE FUTURE PARTNERSHIPS ARE BENEFICIAL TO TP AND OUR DEVELOPERS?** <

TP000424

 **NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY**

**EXHIBIT 11373-019**

# 2022
# INNOVATION

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000425

TILTINGPOINT
CONFIDENTIAL

**EXHIBIT 11373-020**

# KEY INITIATIVES









### Web3 Games

Become a strategic partner for your blockchain initiatives

### Google Play Pass

Bespoke product development for kids

### PC Gaming

Enhance our Mobile slate to be browser ready

### Upcoming games

Huge roadmap of new games to come

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TILTINGPOINT CONFIDENTIAL

TP000426

EXHIBIT 11373-021

# IN DETAIL: PLAY TO EARN

### PLAY-TO-EARN GAMES GROWTH

- UA Funds
- UA Expertise
- Play2Earn LTV Prediction
- Community Mgt. & Buzz



### OPENING FUNNEL TO NFT GAMES

- Native Web3 Games
- 1st Party Co-Devs
- Mobile F2P w/ NFTs



### BLOCKCHAIN OFFERING

- Loyalty Program
- New payment system
- NFT Marketplace



NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY     TP000427

TILTINGPOINT CONFIDENTIAL

**EXHIBIT 11373-022**



RECAP
NEXT
STEPS

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TILTINGPOINT
CONFIDENTIAL

TP000428

PAGE 23

**EXHIBIT 11373-023**

# HELP US BE
# YOUR CHAMPION FOR INDIES!



**THE 3 STEPS TO SUCCESS**

**1** — **2** — **3**

**Encourage Indie Developers** with increased Explore traffic

**De-risk** future deals in with solutions **at the app transfer stage**

**Innovate together** on **key initiatives**

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000429

TILTINGPOINT CONFIDENTIAL

EXHIBIT 11373-024

# THANK YOU!

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000430

**EXHIBIT 11373-025**



# APPENDIX:
# GAMES
# IN DETAIL

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000431

TILTINGPOINT
CONFIDENTIAL

**EXHIBIT 11373-026**

# LATEST LIVE PUBLISHING ADDITIONS



### COOKING VOYAGE: COOK AND TRAVEL

**Genre:**
Simulation

**Launch date:**
Jul 28, 2020

**TP Signed date:**
Oct 13, 2021





### HOMESTEADS

**Genre:**
Strategy

**Launch date:**
Apr 9, 2020

**TP Signed date:**
Nov 1, 2021





### ZOMBIE CITY MASTER: ZOMBIE GAME

**Genre:**
Strategy

**Launch date:**
Dec 9, 2020

**TP Signed date:**
Nov 1, 2021





### MAYBE: INTERACTIVE STORIES

**Genre:**
Simulation

**Launch date:**
May 28, 2020

**TP Signed date:**
Nov 26, 2021





### UNDERWORLD FOOTBALL MANAGER 2

**Genre:**
Sports

**Launch date:**
Jul 20, 2020

**TP Signed date:**
Dec 28, 2021



**NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY**

TILTINGPOINT CONFIDENTIAL

TP000432

**EXHIBIT 11373-027**

# UPCOMING PORTFOLIO





**NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY**

TILTINGPOINT CONFIDENTIAL

TP000433

**EXHIBIT 11373-028**



**GAME TITLE**
M&M'S Adventure

**GENRE**
Casual Puzzle

**TARGETED GLOBAL LAUNCH**
March, 2022

**LOCALIZATION**
EN, FR, IT, DE, SP, PT, RU, KO, JP

**TARGET AUDIENCE**
Female and Male 18+



Click to watch
the video!

**NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY**                    TP000434



**EXHIBIT 11373-029**



# THREE KINGDOMS
## BLADES OF WAR

**GAME TITLE**
Three Kingdoms: Blades of War

**GENRE**
Action RPG & Strategy

**TARGETED GLOBAL LAUNCH**
29th March 2022

**LOCALIZATION**
EN, KR, CN

**TARGET AUDIENCE**
Male 20 - 50

Click to watch the video!

NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

TP000435

TILTINGPOINT CONFIDENTIAL

**EXHIBIT 11373-030**



NON-PARTY HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL EYES ONLY

**EXHIBIT 11373-031**