# Developer Concerns

 Don't want to give up **customized billing platforms**

1

# Developer Concerns

 Don't want to give up **customized billing platforms**

 Google fees are **too high**

2

# Developer Concerns

⚠️ Don't want to give up **customized billing platforms**

⚠️ Google fees are **too high**

⚠️ **Higher prices** for consumers

3

# Developer Concerns

⚠️ Don't want to give up **customized billing platforms**

⚠️ Google fees are **too high**

⚠️ **Higher prices** for consumers

⚠️ **Prohibition** on telling users they can purchase for less elsewhere

4

# Developer Concerns

⚠️ Don't want to give up **customized billing platforms**

⚠️ Google fees are **too high**

⚠️ **Higher prices** for consumers

⚠️ **Prohibition** on telling users they can purchase for less elsewhere

⚠️ **Google apps** themselves do not follow our policy

5

## Developer Concerns

⚠️ Don't want to give up **customized billing platforms**

⚠️ Google fees are **too high**

⚠️ **Higher prices** for consumers

⚠️ **Prohibition** on telling users they can purchase for less elsewhere

⚠️ **Google apps** themselves do not follow our policy

⚠️ Worried about **providing data to Google**

6

# Reasons People Don't Switch

 **COST**

7

# Reasons People Don't Switch

❌ **<u>COST</u>**

❌ **Time: people keep their phones 2.8 years on average**

8

# Reasons People Don't Switch

| | |
|---|---|
| ✖ | **COST** |
| ✖ | Time: people keep their phones 2.8 years on average |
| ✖ | Switching phones = switching ecosystems |
| ✖ | It feels a lot like learning a foreign language |
| ✖ | Transfer and set up involves an average of 40 steps and 9 hours |
| ✖ | There is no one place for help |
| ✖ | A successful transfer of data does not equal a successful switch |

9

# Reasons People Don't Switch

- ❌ **COST**
- ❌ **Time: people keep their phones 2.8 years on average**
- ❌ **Switching phones = switching ecosystems**
- ❌ **It feels a lot like learning a foreign language**
- ❌ **Transfer and set up involves an average of 40 steps and 9 hours**
- ❌ **There is no one place for help**
- ❌ **A successful transfer of data does not equal a successful switch**
- ❌ **Losing data**

10

# Reasons People Don't Switch

- ❌ **COST**
- ❌ Time: people keep their phones 2.8 years on average
- ❌ Switching phones = switching ecosystems
- ❌ It feels a lot like learning a foreign language
- ❌ Transfer and set up involves an average of 40 steps and 9 hours
- ❌ There is no one place for help
- ❌ A successful transfer of data does not equal a successful switch
- ❌ Losing data
- ❌ Apps / feature incompatibility
- ❌ Phone spec inequality

# Reasons People Don't Switch

- ❌ **COST**
- ❌ **Time: people keep their phones 2.8 years on average**
- ❌ **Switching phones = switching ecosystems**
- ❌ **It feels a lot like learning a foreign language**
- ❌ **Transfer and set up involves an average of 40 steps and 9 hours**
- ❌ **There is no one place for help**
- ❌ **A successful transfer of data does not equal a successful switch**
- ❌ **Losing data**
- ❌ **Apps / feature incompatibility**
- ❌ **Phone spec inequality**
- ❌ **Users are attached to key features**

12

# Reasons People Don't Switch

- ❌ **COST**
- ❌ **Time: people keep their phones 2.8 years on average**
- ❌ **Switching phones = switching ecosystems**
- ❌ **It feels a lot like learning a foreign language**
- ❌ **Transfer and set up involves an average of 40 steps and 9 hours**
- ❌ **There is no one place for help**
- ❌ **A successful transfer of data does not equal a successful switch**
- ❌ **Losing data**
- ❌ **Apps / feature incompatibility**
- ❌ **Phone spec inequality**
- ❌ **Users are attached to key features**
- ❌ **Users' technical acumen**

13

# Reasons People Don't Switch

- **COST**
- **Time: people keep their phones 2.8 years on average**
- **Switching phones = switching ecosystems**
- **It feels a lot like learning a foreign language**
- **Transfer and set up involves an average of 40 steps and 9 hours**
- **There is no one place for help**
- **A successful transfer of data does not equal a successful switch**
- **Losing data**
- **Apps / feature incompatibility**
- **Phone spec inequality**
- **Users are attached to key features**
- **Users' technical acumen**
- **Committed to other devices in the ecosystem**

14

| Study | % of potential switchers |
|---|---|
|  Exhibit 1766 | 7-9% |

| Study | % of potential switchers |
|---|---|
| Exhibit 1766 | 7-9% |
| Exhibit 1766 | 6-12% |

| Study | % of potential switchers |
|---|---|
| Exhibit 1766 | 7-9% |
| Exhibit 1766 | 6-12% |
| Exhibit 1768 | 4-6% |

| Study | % of potential switchers |
|---|---|
| Exhibit 1766 | 7-9% |
| Exhibit 1766 | 6-12% |
| Exhibit 1768 | 4-6% |
| Exhibit 1764 | 6.9% |

18