| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Counsel for Plaintiff Epic Games, Inc.* | *Counsel for Defendants Google LLC et al.* |

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato<br>Trial Date: November 6, 2023<br>Time: 9:00 am<br>Place: Courtroom 11, 19th Floor |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Epic Games, Inc. and Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd. and Google Payment Corp. (collectively, the "Parties") submit this joint administrative motion to consider whether other parties' materials should be sealed with respect to the Parties' filing of the exhibits admitted during trial, pursuant to Civil Local Rule 5-1(g). The documents and portions of documents the Parties seek to provisionally file under seal are listed below:

| Party | Exhibit No. | Pages |
|---|---|---|
| Amazon[1] | 1362 | -001 (all text below the gray row except for cell B4)<br>-002 (all text in the chart except for cell C14)<br>-003 (all text in the chart except for cell D21) |
| | 1363 | -Summary_1 (entire tab)<br>-Summary_2 (entire tab)<br>-Summary_3 (entire tab) |
| | 1366 | -002 (all text except for Q&A 3)<br>-003-15 (entire pages)<br>-017-18 (entire pages) |
| | 11406 | -003-07 (entire pages) |
| Apple[2] | 1492 | -002 (under "(a) Safari (Web Browser Software), in second paragraph from "Web Browser Software" to end of sentence)<br>-002 (definition of term following "Default")<br>-008 (information in the paragraph continued from previous (not excerpted) page)<br>-008 (information in the paragraph following "Annual CEO-Check-In")<br>-008 (information under "6. Limitation of Liability";) |
| | 1493 | -005 (information in row 1 of the Relationship Map related to "Ads (GCAS)")<br>-005 (information in row 2 of the Relationship Map related to "Ads (GMP)")<br>-005 (information in row 5 of the Relationship Map related to "Corp Eng")<br>-005 (information in row 6 of the Relationship Map related to "Cloud") |
| Nintendo | 1524 | -007 (graphic on the bottom right)<br>-016 (entire first row of the table on the left)<br>-027 (entire eleventh row)<br>-028 (entire third bullet under "Cloud Deals")<br>-030 (right two cells of the tenth row) |

---

[1] Amazon's motion to seal has been granted. *See* Dkt. 884.

[2] Apple's motion to seal has been granted only to the extent the portions requested for sealing were not shown in open court. *See* Dkt. 884.

PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD

| Party | Exhibit No. | Pages |
|---|---|---|
| | | -035 (entire fifth line of speaker notes)<br>-037 (entire third bullet; entire third sub bullet)<br>-038 (second through eighth words and tenth through twelfth words of third bullet on the leftmost column)<br>-041 (entire sixth row) |
| | 384[3] | -011 (entire fourth bullet of speaker notes)<br>-014 (entire eleventh row of table)<br>-015 (entire eleventh row of table)<br>-019 (first, third and sixth columns of the fourth row of table)<br>-025 (first word in footnote 1 and fourth word in footnote 1 through the end of footnote 1)<br>-042 (entire fifth bullet of speaker notes)<br>-043 (entire third bullet)<br>-044 (entire fourth row of chart)<br>-052 (in the last two lines in the bottom left box: the first through third words, and the sixth word through the end)<br>-058 (first and last columns of the fourth row of table) |
| Riot | 11221 | -Entire exhibit |
| | 11222 | -Entire exhibit |
| | 11226 | -Entire exhibit |
| | 11227 | -Entire exhibit |
| | 11229 | -Entire exhibit |
| Sony | 7089 | -Entire ninth row |
| | 7090 | -Entire eleventh row |
| TikTok Inc.[4] | 2698 | -052 (entire page) |
| Warner Bros. Discovery, Inc.[5] | 1704 | -014 (entire fifth bullet point that references HBO under the column "[Status] Asks")<br>-016 (entire fifth bullet point that references HBO under the column "[Status] Asks")<br>-019 (entire bullet point that references HBO Now Subscribers) |
| | 2698 | -052 (entire subheading that references WarnerMedia and the green bar in the graph that references WarnerMedia revenue) |
| | 5674 | -016 (entire blue bar in the graph that references HBO Now average subscription information) |

---

[3] In addition, pursuant to the Court's guidance during trial, *see* Trial Tr. at 331:13-338:4, the Parties have redacted portions of pages 22 and 25 of Exhibit 384.

[4] TikTok's motion to seal has been granted. *See* Dkt. 884.

[5] Warner Bros.' motion to seal has been granted. *See* Dkt. 884.

1  The Parties hereby provide notice of lodging to all parties and their counsel pursuant to
2  Civil Local Rule 79-5(f).

3

4  DATED: December 21, 2023          CRAVATH, SWAINE & MOORE LLP
                                     Christine Varney *(pro hac vice)*
5                                    cvarney@cravath.com
                                     Gary A. Bornstein *(pro hac vice)*
6                                    gbornstein@cravath.com
                                     Timothy G. Cameron *(pro hac vice)*
7                                    tcameron@cravath.com
                                     Yonatan Even *(pro hac vice)*
8                                    yeven@cravath.com
                                     Lauren A. Moskowitz *(pro hac vice)*
9                                    lmoskowitz@cravath.com
                                     Justin C. Clarke *(pro hac vice)*
10                                   jcclarke@cravath.com
                                     Michael J. Zaken *(pro hac vice)*
11                                   mzaken@cravath.com
                                     M. Brent Byars *(pro hac vice)*
12                                   mbyars@cravath.com

13                                   FAEGRE DRINKER BIDDLE & REATH LLP
                                        Paul J. Riehle (SBN 115199)
14
                                     Respectfully submitted,
15
                                     By: */s/ Gary A. Bornstein*
16                                        Gary A. Bornstein

17  DATED: December 21, 2023          MORGAN, LEWIS & BOCKIUS LLP
                                         Brian C. Rocca
18                                       Sujal J. Shah
                                         Minna L. Naranjo
19                                       Rishi P. Satia
                                         Michelle Park Chiu
20
                                     Respectfully submitted,
21

22                                   By:    /s/ *Brian C. Rocca*
                                          Brian C. Rocca
23

24

25

26

27

28

PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE
SEALED PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD
3

| | | |
|---|---|---|
| 1 | DATED:  December 21, 2023 | MUNGER, TOLLES & OLSON LLP |
| 2 | | Glenn D. Pomerantz |
| | | Kyle W. Mach |
| 3 | | Kuruvilla Olasa |
| | | Justin P. Raphael |
| 4 | | Emily C. Curran-Huberty |
| | | Jonathan I. Kravis |

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
         Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

1 **E-FILING ATTESTATION**

2   I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this

3 document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

4 identified above has concurred in this filing.

5

6                                                                        /s/ Gary A. Bornstein
                                                                         Gary A. Bornstein
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE
SEALED PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD
5