UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:  Hon. James Donato<br>Trial Date:  November 6, 2023<br>Time:  9:00 am<br>Place:  Courtroom 11, 19th Floor |

Upon consideration of the Parties' Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, IT IS HEREBY ORDERED that the Clerk shall seal the following exhibits admitted during trial and filed in compliance with Local Rule 5-1(g)(1)(A), until the resolution of any declaration submitted pursuant to Civil Local Rule 79-5(f) and any response thereto:

| Party | Exhibit No. | Pages |
|---|---|---|
| Amazon[1] | 1362 | -001 (all text below the gray row except for cell B4)<br>-002 (all text in the chart except for cell C14)<br>-003 (all text in the chart except for cell D21) |
|  | 1363 | -Summary_1 (entire tab)<br>-Summary_2 (entire tab)<br>-Summary_3 (entire tab) |
|  | 1366 | -002 (all text except for Q&A 3)<br>-003-15 (entire pages)<br>-017-18 (entire pages) |
|  | 11406 | -003-07 (entire pages) |
| Apple[2] | 1492 | -002 (under "(a) Safari (Web Browser Software), in second paragraph from "Web Browser Software" to end of sentence)<br>-002 (definition of term following "Default")<br>-008 (information in the paragraph continued from previous (not excerpted) page)<br>-008 (information in the paragraph following "Annual CEO-Check-In")<br>-008 (information under "6. Limitation of Liability";) |
|  | 1493 | -005 (information in row 1 of the Relationship Map related to "Ads (GCAS)")<br>-005 (information in row 2 of the Relationship Map related to "Ads (GMP)")<br>-005 (information in row 5 of the Relationship Map related to "Corp Eng")<br>-005 (information in row 6 of the Relationship Map related to "Cloud") |
| Nintendo | 1524 | -007 (graphic on the bottom right)<br>-016 (entire first row of the table on the left)<br>-027 (entire eleventh row)<br>-028 (entire third bullet under "Cloud Deals")<br>-030 (right two cells of the tenth row)<br>-035 (entire fifth line of speaker notes)<br>-037 (entire third bullet; entire third sub bullet)<br>-038 (second through eighth words and tenth through twelfth words of third bullet on the leftmost column) |

---

[1] Amazon's motion to seal has been granted.  *See* Dkt. 884.

[2] Apple's motion to seal has been granted only to the extent the portions requested for sealing were not shown in open court.  *See* Dkt. 884.

| Party | Exhibit No. | Pages |
|---|---|---|
| | | -041 (entire sixth row) |
| | 384[3] | -011 (entire fourth bullet of speaker notes) |
| | | -014 (entire eleventh row of table) |
| | | -015 (entire eleventh row of table) |
| | | -019 (first, third and sixth columns of the fourth row of table) |
| | | -025 (first word in footnote 1 and fourth word in footnote 1 through the end of footnote 1) |
| | | -042 (entire fifth bullet of speaker notes) |
| | | -043 (entire third bullet) |
| | | -044 (entire fourth row of chart) |
| | | -052 (in the last two lines in the bottom left box: the first through third words, and the sixth word through the end) |
| | | -058 (first and last columns of the fourth row of table) |
| Riot | 11221 | -Entire exhibit |
| | 11222 | -Entire exhibit |
| | 11226 | -Entire exhibit |
| | 11227 | -Entire exhibit |
| | 11229 | -Entire exhibit |
| Sony | 7089 | -Entire ninth row |
| | 7090 | -Entire eleventh row |
| TikTok Inc.[4] | 2698 | -052 (entire page) |
| Warner Bros. Discovery, Inc.[5] | 1704 | -014 (entire fifth bullet point that references HBO under the column "[Status] Asks") |
| | | -016 (entire fifth bullet point that references HBO under the column "[Status] Asks") |
| | | -019 (entire bullet point that references HBO Now Subscribers) |
| | 2698 | -052 (entire subheading that references WarnerMedia and the green bar in the graph that references WarnerMedia revenue) |
| | 5674 | -016 (entire blue bar in the graph that references HBO Now average subscription information) |

---

[3] In addition, pursuant to the Court's guidance during trial, *see* Trial Tr. at 331:13-338:4, the Parties have redacted portions of pages 22 and 25 of Exhibit 384.

[4] TikTok's motion to seal has been granted. *See* Dkt. 884.

[5] Warner Bros.' motion to seal has been granted. *See* Dkt. 884.

1  Pursuant to Civil Local Rule 79-5(f)(3), no later than December 28, 2023, the above third
2  parties shall submit a declaration in compliance with Rule 79-5 establishing that the exhibits should
3  remain under seal.

**IT IS SO ORDERED.**

DATED: _____   _____
HON. JAMES DONATO
United States District Judge