DANIEL D. DOUGLAS (SBN 328280)
DDouglas@FoxRothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104-2670
Telephone:     (415) 364-5540
Facsimile:      (415) 391-4436

Attorneys for Non-Party
Valve Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et al, v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | Case Nos.<br><br>3:21-md-02981-JD<br>3:20-cv-05671-JD<br>3:20-cv-05761-JD<br>3:21-cv-05227-JD<br>3:22-cv-02746-JD<br><br>**NOTICE OF CHANGE IN COUNSEL** |

PLEASE TAKE NOTICE that Daniel D. Douglas of Fox Rothschild LLP, appearing as counsel of record and substituting as counsel for Dwight Donovan for non-party Valve Corporation in this action.

Dated:  January 10, 2024.

FOX ROTHSCHILD LLP

By s/DANIEL D. DOUGLAS
    DANIEL D. DOUGLAS

By s/DWIGHT C. DONOVAN
    DWIGHT C. DONOVAN

Attorneys for Non-Party Valve Corporation

227942\00083\153488741.1