1  Paul J. Riehle (SBN 115199)
   paul.riehle@faegredrinker.com
2  **FAEGRE DRINKER BIDDLE & REATH LLP**
   Four Embarcadero Center, 27th Floor
3  San Francisco, CA 94111
   Telephone: (415) 591-7500
4
5  Christine A. Varney (*pro hac vice*)
   cvarney@cravath.com
6  **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
   New York, New York 10019
7  Telephone: (212) 474-1000

8  *Counsel for Plaintiff Epic Games, Inc.*

9  [Additional counsel appear on signature page]

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

10
11
12                      **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**
14                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **JOINT STIPULATION REGARDING THE SUBMISSION OF DEPOSITION DESIGNATIONS** |
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge:  Hon. James Donato |
| | Trial Date:  November 6, 2023 |
| | Time:  9:00 am |
| | Place:  Courtroom 11, 19th Floor |

Plaintiff Epic Games, Inc. and Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd. and Google Payment Corp. (collectively, the "Parties"), stipulate that the following deposition video clips, the transcripts for which are attached hereto as Exhibit A, were played in Court during trial and therefore constitute trial testimony:

|  | Witness | Trial Date Deposition Testimony Played in Court | Trial Transcript Citation |
|---|---|---|---|
| 1. | Richard Watts | 11/8/2023 | 680:23 |
| 2. | Paul Perryman | 11/9/2023 | 1033:16 |
| 3. | Eric Chu | 11/14/2023 | 1442:2 |
| 4. | Donn Morrill | 11/20/2023 | 2103:11 |
| 5. | Sandra Alzetta | 11/21/2023 | 2110:10 |
| 6. | Christian Cramer | 11/27/2023 | 2301:5 |
| 7. | Armin Zerza | 11/29/2023 | 2812:9 |
| 8. | Mark Sottosanti | 11/29/2023 | 2813:12 |
| 9. | Eric Christensen | 11/29/2023 | 2845:23 |
| 10. | Hans Stolfus | 11/30/2023 | 3041:20 |
| 11. | Randy Gelber | 12/1/2023 | 3110:6 |
| 12. | Asi Burak | 12/1/2023 | 3117:19 |
| 13. | Robert Beaty | 12/1/2023 | 3118:20 |

The Parties have no pending requests to file any deposition testimony under seal; however, the Parties are aware that one third party intends to move to seal portions of testimony of one witness.[1]  In addition to filing the attached transcripts, the Parties will lodge with the Court video files of the designated deposition testimony via thumb drive.[2]  Any exhibits that were admitted into evidence when the deposition testimony was played in Court were previously filed by the Parties, as reflected in Docket Numbers 886 through 888 and 892 (Case No. 3:21-md-02981-JD) and Docket Numbers 622 through 624 (Case No. 3:20-cv-05671-JD).

---

[1] The Parties understand that Riot Games, Inc. ("Riot") intends to move to seal portions of the deposition testimony of Mark Sottosanti that were played in open court.  In light of Riot's position, the Parties have provisionally filed portions of Mr. Sottosanti's deposition under seal.  Separately, in accordance with the Court's prior sealing order, *see* Trial Tr. 1874:15-1878:12, the Parties have filed a version of the testimony of Sandra Alzetta (Spotify) that contains three redactions.

[2] The video files for Mr. Sottosanti's deposition have been provisionally redacted pursuant to Riot's sealing position.

1   DATED:  January 22, 2024              CRAVATH, SWAINE & MOORE LLP
                                              Christine Varney *(pro hac vice)*
2                                             cvarney@cravath.com
                                              Gary A. Bornstein *(pro hac vice)*
3                                             gbornstein@cravath.com
                                              Timothy G. Cameron *(pro hac vice)*
4                                             tcameron@cravath.com
                                              Yonatan Even *(pro hac vice)*
5                                             yeven@cravath.com
                                              Lauren A. Moskowitz *(pro hac vice)*
6                                             lmoskowitz@cravath.com
                                              Justin C. Clarke *(pro hac vice)*
7                                             jcclarke@cravath.com
                                              Michael J. Zaken *(pro hac vice)*
8                                             mzaken@cravath.com
                                              M. Brent Byars *(pro hac vice)*
9                                             mbyars@cravath.com

10                                          FAEGRE DRINKER BIDDLE & REATH LLP
                                              Paul J. Riehle (SBN 115199)
11
                                            Respectfully submitted,
12
                                            By: */s/ Gary A. Bornstein*
13                                              Gary A. Bornstein

14  DATED:  January 22, 2024              MORGAN, LEWIS & BOCKIUS LLP
                                              Brian C. Rocca
15                                            Sujal J. Shah
                                              Minna L. Naranjo
16                                            Rishi P. Satia
                                              Michelle Park Chiu
17
                                            Respectfully submitted,
18

19                                          By:   */s/ Michelle P. Chiu*
                                                  Michelle P. Chiu
20
                                            *Counsel for Defendants Google LLC et al.*
21

22

23

24

25

26

27

28

1   DATED:  January 22, 2024                    MUNGER, TOLLES & OLSON LLP
                                                        Glenn D. Pomerantz
2                                                       Kyle W. Mach
                                                        Kuruvilla Olasa
3                                                       Justin P. Raphael
                                                        Emily C. Curran-Huberty
4                                                       Jonathan I. Kravis

5                                                   Respectfully submitted,

6

7                                             By:   _/s/ Glenn D. Pomerantz_____
                                                        Glenn D. Pomerantz
8
                                                    *Counsel for Defendants Google LLC et al.*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>E-FILING ATTESTATION</u>**

2        I, Michelle Park Chiu, am the ECF User whose ID and password are being used to file this

3   document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

4   identified above has concurred in this filing.

5

6                                                    */s/ Michelle Park Chiu*
                                                     Michelle Park Chiu

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28