| | |
|---|---|
| Brian C. Rocca, Bar No. 221576 | Glenn D. Pomerantz, Bar No. 112503 |
| brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| Sujal J. Shah, Bar No. 215230 | Kuruvilla Olasa, Bar No. 281509 |
| sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| Michelle Park Chiu, Bar No. 248421 | **MUNGER, TOLLES & OLSON LLP** |
| michelle.chiu@morganlewis.com | 350 South Grand Avenue, Fiftieth Floor |
| Minna Lo Naranjo, Bar No. 259005 | Los Angeles, California 90071 |
| minna.naranjo@morganlewis.com | Telephone: (213) 683-9100 |
| Rishi P. Satia, Bar No. 301958 | |
| rishi.satia@morganlewis.com | Kyle W. Mach, Bar No. 282090 |
| **MORGAN, LEWIS & BOCKIUS LLP** | kyle.mach@mto.com |
| One Market, Spear Street Tower | Justin P. Raphael, Bar No. 292380 |
| San Francisco, CA 94105-1596 | justin.raphael@mto.com |
| Telephone: (415) 442-1000 | Emily C. Curran-Huberty, Bar No. 293065 |
| | emily.curran-huberty@mto.com |
| Richard S. Taffet, *pro hac vice* | Dane P. Shikman, Bar No. 313656 |
| richard.taffet@morganlewis.com | dane.shikman@mto.com |
| **MORGAN, LEWIS & BOCKIUS LLP** | Rebecca L. Sciarrino, Bar No. 336729 |
| 101 Park Avenue | rebecca.sciarrino@mto.com |
| New York, NY 10178-0060 | **MUNGER, TOLLES & OLSON LLP** |
| Telephone: (212) 309-6000 | 560 Mission Street, Twenty Seventh Fl. |
| | San Francisco, California 94105 |
| *Counsel for Defendants* | Telephone: (415) 512-4000 |
| | |
| | Jonathan I. Kravis, *pro hac vice* |
| | jonathan.kravis@mto.com |
| | Lauren Bell, *pro hac vice* |
| | lauren.bell@mto.com |
| | **MUNGER, TOLLES & OLSON LLP** |
| | 601 Massachusetts Ave. NW, Ste 500E |
| | Washington, D.C. 20001 |
| | Telephone: (202) 220-1100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| | **NOTICE OF CHANGE IN COUNSEL** |
| THIS DOCUMENT RELATES TO: | |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge:   Hon. James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |

51336295.1

*State of Utah et al. v. Google LLC et al.*,
Case No. 3:21-cv-05227-JD

*Match Group, LLC et al. v. Google LLC et al.*,
Case No. 3:22-cv-02746-JD

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please remove Kyle W. Mach (California State Bar Number 282090) as counsel in this matter. Defendants Alphabet, Inc.; Google LLC; Google Ireland Limited; Google Commerce Limited; Google Asia Pacific PTE. Limited; and Google Payment Corp. will continue to be represented by counsel on record of Munger, Tolles & Olson LLP. Please remove Mr. Mach's e-mail address, kyle.mach@mto.com, from the docket and distribution.

DATED: January 26, 2024            Respectfully submitted,

By:   */s/ Kyle W. Mach*
           Kyle W. Mach

MUNGER TOLLES & OLSON LLP
   Glenn D. Pomerantz
   Kuruvilla Olasa
   Emily C. Curran-Huberty
   Jonathan I. Kravis
   Lauren Bell
   Justin P. Raphael
   Kyle W. Mach
   Dane Shikman
   Rebecca L. Sciarrino
   Jamie B. Luguri
   Lauren N. Beck

MORGAN, LEWIS & BOCKIUS LLP
   Minna Lo Naranjo
   Brian C. Rocca
   Sujal J. Shah
   Michelle Park Chiu
   Rishi P. Satia

*Counsel for Defendants*