Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT NOTICE REGARDING POST-TRIAL REMEDIES SETTLEMENT** |

- 2 -

1    Pursuant to the Court's January 22, 2024 Minute Order, Epic made a demand to Google
2 regarding a remedial order on February 1, 2024 and Google provided a response/counter on
3 February 15, 2024.  Those exchanges, and subsequent communications between the parties, did
4 not result in an agreement regarding remedies, and the parties are now at impasse.
5    The parties are meeting and conferring and will make a further submission to the Court this
6 week with information on (1) expert scheduling conflicts and (2) other scheduling proposals that
7 Google wishes to raise relating to the injunctive and post-trial proceedings in this matter.

| | |
|---|---|
| Dated: February 28, 2024 | CRAVATH, SWAINE & MOORE LLP<br>  Gary A. Bornstein *(pro hac vice)*<br>  Timothy G. Cameron *(pro hac vice)*<br>  Yonatan Even *(pro hac vice)*<br>  Lauren A. Moskowitz *(pro hac vice)*<br>  Justin C. Clarke *(pro hac vice)*<br>  Michael J. Zaken *(pro hac vice)*<br>  M. Brent Byars *(pro hac vice)*<br><br>FAEGRE DRINKER BIDDLE & REATH LLP<br>  Paul J. Riehle (SBN 115199)<br><br>Respectfully submitted,<br><br>By: s/ *Gary A. Bornstein*<br>     Gary A. Bornstein<br><br>*Counsel for Plaintiff Epic Games, Inc.* |
| Dated: February 28, 2024 | MUNGER, TOLLES & OLSON LLP<br>  Glenn D. Pomerantz<br>  Kuruvilla Olasa<br>  Justin P. Raphael<br>  Jonathan I. Kravis<br>  Lauren Bell<br><br>Respectfully submitted,<br><br>By: s/ *Glenn D. Pomerantz*<br>     Glenn D. Pomerantz |
| Dated: February 28, 2024 | MORGAN, LEWIS & BOCKBUS LLP<br>  Brian C. Rocca<br>  Sujal J. Shah<br>  Michelle Park Chiu<br>  Minna L. Naranjo<br>  Rishi P. Satia<br><br>Respectfully submitted,<br><br>By: s/ *Brian C. Rocca*<br>     Brian C. Rocca<br><br>*Counsel for Defendants Google LLC et al.* |

**E-FILING ATTESTATION**

I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants have concurred in this filing.

                                          */s/ Glenn D. Pomerantz*
                                          Glenn D. Pomerantz