# EXHIBIT C



Xiaomi Unknown Source warning before the completion of the ten-second countdown (left screenshot) and after the countdown with the acknowledgment selected (right screenshot) (Xiaomi Mi 10T Lite 5G)