# EXHIBIT G



No. 0100/2711

Ministry of Digital Economy and Society

The Government Complex, Bldg. B

ChaengWatthana Road, Laksi

Bangkok 10210, Thailand

15  February B.E. 2567 (2024)

Dear Mr. Wilson White, VP of Government Affairs and Public Policy,

Greetings from Bangkok, Thailand.

   In Thailand, combating online scams is considered an urgent and top priority on the national agenda to ensure the safety and security of our citizens. One of major online scams is the financial scams involving malicious mobile apps which have been significantly on the rise and many Thai people have fallen victim to these scams – at least over five hundred million US dollars have been lost. Typically, these scams trick victims into sideloading mobile apps that contain malware, especially .apk files from unknown sources. These types of malware leverages certain permissions to take control of the victim's phone and steal sensitive information or credentials. This can then be used to make fraudulent transactions, resulting in financial losses for the victim.

   To halt this type of financial scam and protect Thai citizens from these mobile apps, Ministry of Digital Economy and Society ("MDES") requested that Google should implement a more proactive solution. I am pleased that my team and Google (Eugene Liderman, Director of Android Security Strategy, Phermsak Lilakul, Government Affairs and Public Policy Manager, and Yinghui Tng, Head of Government Affairs and Public Policy for Southeast Asia) have discussed on a potential solution that blocks the installation of Internet-sideloaded apps that may use sensitive permissions frequently abused for financial fraud.

   Recently, I have also seen the announcement in Singapore and have spoken to my counterparts in Singapore about this security feature. I am fully supportive of this feature and appreciate Google's partnership with the MDES to jointly launch this in Thailand in March 2024.

   I look forward to working together to fight financial fraud on Android. I wish you the best of health and would like to invite you to Thailand when we launch the feature. Should you require further information and assistance, please do not hesitate to contact Mr. Kanaruj Chanthongdee Advisory Board to the Minister of Digital Economy and Society at +66 6 2201 4003 or email: chanthongdeekanaruj@gmail.com.

Yours sincerely,

Prasert Jantararuangtong

Minister of Digital Economy and Society of Thailand (MDES)