| | |
|---|---|
| Brian C. Rocca, S.B #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 422-1001<br><br>*Counsel for Defendants* | Glenn D. Pomerantz, Bar No. 112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, Bar No. 281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Justin P. Raphael, Bar No. 292380<br>justin.raphael@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Fl.<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Ave. NW, Ste 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,*<br>*Case No. 3:20-cv-05671-JD* | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF KURT WILLIAMS IN SUPPORT OF GOOGLE'S OBJECTIONS TO PROPOSED INJUNCTION**<br><br>Judge: Hon. James Donato |

# DECLARATION OF KURT WILLIAMS

1. I, Kurt Williams, am Product Manager for Google Play Services at Google. I have held this role for the past four years, and am responsible for leading product management of Google Play Services. I make this declaration based on personal knowledge. If called as a witness, I could testify competently to the facts stated herein.

2. Google Play Services ("Play services") is a suite of proprietary software development kits (SDKs) and application programming interfaces (APIs) that Google has developed over the last 12 years. Play services is designed to make it easier for Android developers to develop high-quality Android apps, make it easier for Android OEMs to maintain the devices they sell, and make Android devices work better for users.

3. Play services is proprietary and is provided to developers and OEMs pursuant to a software license. Play services is distinct from and not distributed as part of the open source Android operating system (formally known as the Android Open Source Project or AOSP). Google offers Play services to OEMs as part of the Google Mobile Services (GMS) suite of apps, and developers access the SDKs and APIs in Play services during the development process for Android apps.

4. Google maintains thousands of proprietary APIs in Play services and in dozens of discrete software products. These APIs include: Google Cast, Google Fit, Google Maps, Google Pay, Google Wallet, Google Play Games Services, Google Play Instant, Wear OS, Activity Recognition, Matter, ML Kit, TensorFlow Lite, Nearby, ThreadNetwork, FIDO, Play Integrity API (f/k/a SafetyNet), Security Provider, Firebase Dynamic Links, Google AdMob, Google Analytics for Firebase, Google Tag Manager, Cronet, Firebase Cloud Messaging, Block Store, Google Sign-in, and Location and Context. These APIs represent millions of dollars per year in investments by Google to build and maintain this proprietary software.

5. Several of the APIs in Play services provide access to other proprietary Google products and services. For example, Play services includes an API called FusedLocationProvider that makes it easier for developers to determine a user's location in tricky environments, such as dense urban centers where tall buildings interfere with traditional GPS data. To solve this

problem, Google has invested in advanced 3D imaging of cities and maps of known WiFi network locations. Google continuously maintains this data, and can then combine it with information from a user's device to determine a more accurate location.

6. Other Google APIs provide access to costly cloud computing services, such as the Play Integrity API, Google Maps, FusedLocationProvider, and Firebase Cloud Messaging, among others. These cloud services are essential to proper functioning of the APIs and require that an Android device have the ability to connect to Google's services. For these APIs, Google imposes usage limits, charges fees for usage, or both, in order to mitigate overuse, ensure the services remain operational, and earn a return on Google's investments in developing and maintaining the APIs.

7. For a variety of reasons, Google has historically not charged for the use of FusedLocationProvider, push notifications, and other APIs in Play services. For example, revenue from the Google Play store helps offset the cost of ongoing development and maintenance of Play services and the vast majority of developers using these services are customers of the Google Play store. In the future, if a significant number of non-Play developers elect to use these APIs or usage patterns become unsustainable, Google may elect to charge for access to Play services.

8. Some of Google's APIs cannot feasibly be offered on an equal basis to developers who distribute apps outside of the Play store because the API relies on the app having been distributed in the Play store to function properly. For example, the Play Integrity API (formerly known as SafetyNet), includes some functionality to allow the developer to determine if the version of the app installed on a user's device has been modified since the app was downloaded from Play store. Google could not provide that same feature if an app is not distributed via the Play store.

9. Another example of an API in Play services that is intended for apps distributed via the Play store is the Google Play Game Services API. This API allows developers to enhance games with social leaderboards, achievements, game state, sign-in with Google, and more. By providing this functionality across games available in the Play store, developers are able to more

easily build games with social functionality, but these features would not provide the same experience if, for example, the user did not have a Google account.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of May 2024 in Austin, Texas.

*DocuSigned by:*
*kurt Williams*
B0C67F638C0847E...
KURT WILLIAMS