# EXHIBIT 6

```
                                                            Page 1

 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4    ---------------------------------------------------x
 5    IN RE GOOGLE PLAY STORE              Case No.
      ANTITRUST LITIGATION                 3:21-md-02981-JD
 6
 7    THIS DOCUMENT RELATES TO:
 8    Epic Games Inc. v. Google LLC, et al.,
      Case No: 3:20-cv-05671-JD
 9
      In re Google Play Consumer
10    Antitrust Litigation,
      Case No: 3:20-cv-05761-JD
11
      In re Google Play Developer
12    Antitrust Litigation,
      Case No: 3:20-cv-05792-JD
13
14    State of Utah, et al.,
      v. Google LLC, et al.,
15    Case No: 3:21-cv-05227-JD
16    ---------------------------------------------------x
17
18         *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
19
20                 VIDEOTAPED DEPOSITION OF
21                      PAUL BANKHEAD
22                 Wednesday, May 11, 2022
23
24    Reported By: Lynne Ledanois, CSR 6811
25
```

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4    ---------------------------------------------------x
 5    IN RE GOOGLE PLAY STORE              Case No.
      ANTITRUST LITIGATION                 3:21-md-02981-JD
 6
 7    THIS DOCUMENT RELATES TO:
 8    Epic Games Inc. v. Google LLC, et al.,
      Case No: 3:20-cv-05671-JD
 9
      In re Google Play Consumer
10    Antitrust Litigation,
      Case No: 3:20-cv-05761-JD
11
      In re Google Play Developer
12    Antitrust Litigation,
      Case No: 3:20-cv-05792-JD
13
14    State of Utah, et al.,
      v. Google LLC, et al.,
15    Case No: 3:21-cv-05227-JD
16    ---------------------------------------------------x
17
18          Videotaped deposition of PAUL BANKHEAD,
19    taken at MORGAN LEWIS & BOCKIUS, 1400 Page Mill
20    Road, Palo Alto, California, commencing at
21    9:04 a.m., on Wednesday, May 11, 2022, before Lynne
22    Ledanois, Certified Shorthand Reporter No. 6811.
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

```
 1                  APPEARANCES
 2   Counsel for Plaintiff Epic Games, Inc. in:
 3   Epic Games, Inc. v Google LLC, et al:
 4            CRAVATH, SWAINE & MOORE LLP
 5            BY: YONATAN EVEN
 6                ELIZABETH SHEREFF
 7            Attorneys at Law
 8            825 Eighth Avenue
 9            New York, New York 10019
10            yeven@cravath.com
11            eshereff@cravath.com
12
13   Counsel for the Proposed Class In re: Google
14   Play Developer Antitrust Litigation and Pure
15   Sweat Basketball, Inc:
16            HAGENS BERMAN SOBOL SHAPIRO LLP
17            BY: TED WOJCIK
18            Attorney at Law
19            1301 Second Avenue
20            Suite 2000
21            Seattle, Washington 98101
22            tedw@hbsslaw.com
23
24
25   ///
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 4

```
 1                       APPEARANCES
 2
 3    Counsel for the Consumer Plaintiffs In re:
 4    Google Play Consumer Antitrust Litigation:
 5              KAPLAN FOX & KILSHEIMER LLP
 6              BY: HAE SUNG NAM
 7                  AARON SCHWARTZ
 8              Attorneys at Law
 9              850 Third Avenue
10              New York, New York 10022
11              hnam@kaplanfox.com
12              Aschwartz@kaplanfox.com
13
14    Counsel for Google LLC, et al:
15              MUNGER TOLLES & OLSON LLP
16              BY: JONATHAN KRAVIS
17                  DANE P. SHIKMAN
18              Attorneys at Law
19              601 Massachusetts Avenue NW
20              Suite 500E
21              Washington, DC 20001
22              jonathan.kravis@mto.com
23              dane.shikman@mto.com
24
25    ///
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 5

```
 1                    APPEARANCES
 2
 3   Counsel for District of Columbia:
 4          OFFICE OF THE ATTORNEY GENERAL
 5          BY: ADAM GITLIN
 6          Attorney at Law
 7          400 6th Street, NW
 8          Suite 10100
 9          Washington, DC 20001
10          adam.gitlin@dc.gov
11
12   Counsel for State of Utah:
13          LIEFF CABRASER HEIMANN & BERNSTEIN LLP
14          BY: BRENDAN GLACKIN
15          275 Battery Street
16          29th Floor
17          San Francisco
18          bglackin@agutah.gov
19
20   ALSO PRESENT:
21   Cyril Suszckiewicz, Videographer
22
23
24
25
```

Page 121

1  BY MS. NAM:
2      Q    Is it your understanding that Facebook
3  used that product AlleyOop?
4      A    I believe they used it on a trial basis.
5      Q    Do you know if other applications used
6  AlleyOop besides Facebook?
7      A    I believe there was a small list of kind
8  of -- it was a beta product, there was a small list of
9  developers that tried it.
10     Q    Okay.  Do you recall who those developers
11 were?
12     A    I believe Pinterest and Twitter and some
13 others, but the others have left my memory.
14     Q    Do you have an understanding as to why
15 Google offered these products to those applications?
16     A    I believe they asked for it.
17     Q    If you take a look at the document at the
18 page Bates stamped 412.
19     A    Yes.
20     Q    And if you look at Mr. Petrillo's email
21 sent at 8:01 a.m.
22     A    Yes.
23     Q    Who is Mr. Petrillo?
24     A    Mr. Petrillo was a member of a business
25 strategy team in Google Play.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 134

1  by the court reporter.)
2  BY MS. NAM:
3       Q    I'll represent to you this is a document
4  that was found in your files.
5       A    Okay.
6       Q    Do you recognize this document at all?
7       A    Vaguely.
8       Q    What do you recognize about this document?
9       A    The concepts in it.
10      Q    Can you explain the concepts in it that
11 you recognize?
12      A    It looks like a program describing the thing
13 called the -- internally was called AlleyOop.
14      Q    So the Google Play app access program
15 addendum is referring to the AlleyOop product?
16      A    Yes.
17      Q    And if you take a look at the program
18 description, it says, "Google is offering a beta
19 group of publisher partners the opportunity to
20 participate in the program."
21           Do you see that?
22      A    Yes.
23      Q    What is a publisher partner?
24      A    A publisher is another word for an app
25 developer.

Page 135

1   Q   Okay.  Were there certain types of app
2   developers that Google was offering this program to?
3   A   I don't remember the criteria we used to
4   select who was in the program.
5   Q   Was it social platforms?
6   A   I don't recall that being a criteria.
7   Q   So if you go down to Part 3.
8   A   Eligibility requirements?
9   Q   Eligibility requirements.  "In order to
10  participate in the program, publisher must meet the
11  following eligibility requirements:  A, during the
12  term, publisher must be in compliance and maintain
13  compliance with the Google Play developer program
14  policies."
15  A   Yep.
16  Q   "And the DDA and all applications
17  distributed through Google Play in all territories."
18  Right?
19  A   Yes.
20  Q   "B, Publisher must not distribute other
21  than pre-installed APKs or update any first-party or
22  any third-party APKs by any mechanism other than
23  Google Play in any application in all territories."
24      Do you see that?
25  A   Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 218

1    I, LYNNE M. LEDANOIS, a Certified
2  Shorthand Reporter of the State of California, do
3  hereby certify:
4          That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that a record of the proceedings was made by me
7  using machine shorthand which was thereafter
8  transcribed under my direction; that the foregoing
9  transcript is a true record of the testimony given.
10         Further, that if the foregoing pertains to
11 the original transcript of a deposition in a Federal
12 Case, before completion of the proceedings, review
13 of the transcript [X] was [ ] wasn't requested.
14         I further certify I am neither financially
15 interested in the action nor a relative or employee
16 of any attorney or party to this action.
17         IN WITNESS WHEREOF, I have this date
18 subscribed my name.
19
20 Dated: May 12, 2022.
21
22
23                         *Lynne Marie Ledanois* (signature)
24                         _____
                           LYNNE MARIE LEDANOIS
25                         CSR No. 6811

Page 221

1  In Re Google Play Store Antitrust Litigation

2  5/11/2022 - Paul Bankhead (#5122889)

3  ACKNOWLEDGEMENT OF DEPONENT

4  I, Paul Bankhead, do hereby declare that I

5  have read the foregoing transcript, I have made any

6  corrections, additions, or changes I deemed necessary as

7  noted above to be appended hereto, and that the same is

8  a true, correct and complete transcript of the testimony

9  given by me.

10

11  _____        _____

12  Paul Bankhead                           Date

13  *If notary is required

14              SUBSCRIBED AND SWORN TO BEFORE ME THIS

15       _____ DAY OF _____, 20___.

16

17

18              _____

19              NOTARY PUBLIC