# EXHIBIT 7
# Intentionally Left Blank