# EXHIBIT 23

```
                                          VOLUME 5

                                          Pages 1053 - 1318

                 UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA
```

**Before The Honorable YVONNE GONZALEZ ROGERS, Judge**

```
EPIC GAMES, INC.,            )
                             )
     Plaintiff,              )   NO. C-20-5640 YGR
                             )
  vs.                        )   Friday, May 7, 2021
                             )
APPLE, INC.,                 )   Oakland, California
                             )
     Defendant.              )   BENCH TRIAL
_____)
APPLE, INC.,                 )
                             )
     Counterclaimant,        )
  vs.                        )
                             )
EPIC GAMES, Inc.,            )
                             )
     Counter-Defendant.      )
_____)


             REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:          CRAVATH, SWAINE & MOORE, LLP
                        825 Eighth Avenue
                        New York, New York 10019
                   BY:  KATHERINE B. FORREST, ESQUIRE
                        GARY A. BORNSTEIN, ESQUIRE
                        YONATAN EVEN, ESQUIRE

                    (Appearances continued.)

Reported By:            Diane E. Skillman, CSR 4909, RPR, FCRR
                        Official Court Reporter
        TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

```
 1   For Plaintiff:         CRAVATH, SWAINE & MOORE, LLP
                            825 Eighth Avenue
 2                          New York, New York 10019
                       BY:  LAUREN A. MOSKOWITZ, ESQUIRE
 3                          JUSTIN C. CLARKE, ESQUIRE
                            W. WES EARNHARDT, ESQUIRE
 4                          BRENDAN BLAKE, ESQUIRE
                            JIN NIU, ESQUIRE
 5

 6   For Defendant:         GIBSON, DUNN & CRUTCHER
                            333 South Grand Avenue
 7                          Los Angeles, California 90071
                       BY:  RICHARD J. DOREN, ESQUIRE
 8                          DAN SWANSON, ESQUIRE
                            CYNTHIA RICHMAN, ESQUIRE
 9                          RACHEL BRASS, ESQUIRE

10                          GIBSON, DUNN & CRUTCHER, LLP
                            2001 Ross Avenue, Suite 1100
11                          Dallas, Texas 75201
                       BY:  VERONICA S. MOYE, ESQUIRE
12
                            PAUL WEISS RIFKIND
13                          WHARTON & GARRISON LLP
                            2001 K STREET, NW
14                          Washington, DC 20006
                       BY:  KAREN DUNN, ESQUIRE
15                          JESSICA E. PHILLIPS, ESQUIRE

16

17   For Defendant:         PAUL WEISS RIFKIND
                            WHARTON & GARRISON LLP
18                          943 Steiner Street
                            San Francisco, California 94117
19                     BY:  MEREDITH DEARBORN, ESQUIRE

20

21

22

23

24

25
```

| | | Page | VOL. |
|---|---|---|---|
| 1 | **Plaintiff's Witnesses:** | | |
| 2 | **Kosmynka, Trystan** | | |
| 3 | Cross-examination (resumed) by Ms. Moye | 1070 | 5 |
| 4 | Redirect Examination by Ms. Miskowitz | 1125 | 5 |
| 5 | Recross-Examination by Ms. Moye | 1179 | 5 |
| 6 | Further Redirect Examination by Ms. Miskowitz | 1192 | 5 |
| 7 | | | |
| 8 | **Allison, Steven** | | |
| 9 | Direct Examination by Mr. Clarke | 1194 | 5 |
| 10 | Cross-Examination by Ms. Dunn | 1235 | 5 |
| 11 | Redirect Examination by Mr. Clarke | 1274 | 5 |
| 12 | Recross-Examination by Ms. Dunn | 1280 | 5 |
| 13 | Further Redirect Examination by Mr. Clarke | 1284 | 5 |
| 14 | | | |
| 15 | **Weissinger, Matthew** | | |
| 16 | Direct Examination by Ms. Moskowitz | 1286 | 5 |
| 17 | | | |
| | | EVD. | VOL. |
| 18 | **Plaintiff's Exhibits:** | | |
| 19 | 0131 | 1170 | 5 |
| 20 | 0315 | 1179 | 5 |
| 21 | 0326 | 1136 | 5 |
| 22 | 0335 | 1122 | 5 |
| 23 | 0364 | 1164 | 5 |
| 24 | 0365 | 1168 | 5 |
| 25 | 0371 | 1163 | 5 |

1  Q. You're aware of that?
2  A. I am.
3  Q. And you're aware that Itch.io is a third-party app store?
4  A. I am.
5  Q. And the Court has also heard that Itch.io was added
6  without reviewing all the games. You're aware of that?
7  A. Yes.
8  Q. And are you aware, sir, that Itch.io includes so-called
9  adult games such as a game called *Sisterly Lust?* Are you
10 aware of that?
11 A. I am not.
12 Q. And you may not be aware, then, that the description of
13 that game includes a list of fetishes which include many words
14 that are not appropriate for us to speak in federal court.
15 A. Okay.
16 Q. Are you aware that?
17 A. I am not.
18 Q. And the list goes on. There are many games on Itch.io. I
19 won't even read the names out loud.
20 A. Okay.
21 Q. But they are both offensive and sexualized. You're not
22 aware of that?
23 A. Itch.io is an app store that is not the Epic Games Store.
24 We are not distributing -- Itch is distributing Itch.io's
25 games. Epic is only distributing the app store Itch.io.

1 Q. And Itch.io is now available as an app on the Epic Games
2 Store; correct?
3 A. Correct.
4 Q. And those apps in Itch.io have not gone through any review
5 process whatsoever; correct?
6 A. They are subject to whatever process Itch.io puts in front
7 of their developers.
8 Q. Right. So Epic Games, your store, is on the hook for
9 whatever process Itch.io put in place to review these games
10 that are so offensive we cannot speak about them here;
11 correct?
12 A. I disagree with that statement.
13        THE COURT: Okay. So can you or can you not access
14 those apps through your app store?
15        THE WITNESS: You cannot access those apps through
16 the Epic Games Store, no. You can access those apps through
17 their application which that is what we are -- we are
18 downloading Itch.io, which is an app store. You have to have
19 your own account with you them and you use their store and you
20 are subject to their end user agreement.
21        THE COURT: So if I have a phone and your app store
22 was on that phone, you would -- that other store could be
23 downloaded which has all of this offensive material?
24        THE WITNESS: Not on your phone. It could be -- the
25 app could be downloaded onto your PC and you could access

### CERTIFICATE OF REPORTERS

We, Diane E. Skillman and Pamela Hebel, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. We further certify that we are neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that we are not financially nor otherwise interested in the outcome of the action.

_____/S/DIANE E. SKILLMAN_____
Diane E. Skillman, CSR, RPR, FCRR

_____/S/ PAMELA HEBEL_____
Pamela Hebel, CSR, RMR, FCRR

SUNDAY, MAY 9, 2021