UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH GOOGLE'S RESPONSE TO EPIC'S PROPOSED INJUNCTION**<br><br>Judge:  Hon. James Donato |

Having considered Defendants' Administrative Motion to File Under Seal Materials In Connection with Defendants' Response to Plaintiffs' Proposed Injunction and any materials submitted in support thereto, pursuant to Local Rules 7-11 and 79-5;

**IT IS HEREBY ORDERED:**

The highlighted portions of the following Exhibits may be filed under seal:

| Document | Document or Portion of Document Sought to be Sealed | Ruling |
|---|---|---|
| Exhibit 21 to Shikman Declaration | Entire document | |
| Statement of Dr. Gregory K. Leonard, dated May 2, 2024 | Paragraph 21, footnote 32 (second sentence of footnote). | |

Dated: _____, 2024

_____
Honorable James Donato
United States District Judge
Northern District of California