| | |
|---|---|
| Brian C. Rocca, S.B. #221576 | Glenn D. Pomerantz, S.B. #112503 |
| brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| Sujal J. Shah, S.B. #215230 | Kuruvilla Olasa, S.B. #281509 |
| sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| Michelle Park Chiu, S.B. #248421 | **MUNGER, TOLLES & OLSON LLP** |
| michelle.chiu@morganlewis.com | 350 South Grand Avenue, Fiftieth Floor |
| Minna Lo Naranjo, S.B. #259005 | Los Angeles, CA 90071 |
| minna.naranjo@morganlewis.com | Telephone: (213) 683-9100 |
| Rishi P. Satia, S.B. #301958 | |
| rishi.satia@morganlewis.com | Justin P. Raphael, S.B. #292380 |
| **MORGAN, LEWIS & BOCKIUS LLP** | justin.raphael@mto.com |
| One Market, Spear Street Tower | Dane P. Shikman, S.B. #313656 |
| San Francisco, CA 94105-1596 | dane.shikman@mto.com |
| Telephone: (415) 442-1000 | Rebecca L. Sciarrino, S.B. #336729 |
| | rebecca.sciarrino@mto.com |
| | **MUNGER, TOLLES & OLSON LLP** |
| Neal Kumar Katyal, *pro hac vice* | 560 Mission Street, Twenty Seventh Floor |
| neal.katyal@hoganlovells.com | San Francisco, CA 94105 |
| Jessica L. Ellsworth, *pro hac vice* | Telephone: (415) 512-4000 |
| jessica.ellsworth@hoganlovells.com | |
| **HOGAN LOVELLS US LLP** | Jonathan I. Kravis, *pro hac vice* |
| 555 13th St. NW | jonathan.kravis@mto.com |
| Washington, D.C. 20001 | **MUNGER, TOLLES & OLSON LLP** |
| Telephone: (202) 637-5600 | 601 Massachusetts Ave. NW, Suite 500E |
| | Washington, D.C. 20001 |
| *Counsel for Defendants* | Telephone: (202) 220-1100 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. James Donato |

# PROOF OF SERVICE

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Munger, Tolles & Olson LLP, 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

On May 2, 2024, I served the foregoing document titled:

**GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH GOOGLE'S OBJECTIONS TO EPIC'S PROPOSED INJUNCTION**

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

by transmitting via electronic mail the document listed above to each of the parties set forth below using the parties' designated electronic service lists epic-mobileapps@cravath.com;

| | |
|---|---|
| Christine A. Varney (*pro hac vice*)<br>Gary A. Bornstein (*pro hac vice*)<br>Yonatan Even (*pro hac vice*)<br>Lauren A. Moskowitz (*pro hac vice*)<br>M.Brent Byars (*pro hac vice*)<br>Eric Zepp (*pro hac vice*)<br>**CRAVATH, SWAINE & MOORE LLP**<br>Worldwide Plaza825 Eighth Avenue<br>New York, NY 10019<br>epic-mobileapps@cravath.com<br><br>*Counsel for Plaintiff in Epic Games,*<br>*Inc. v. Google LLC, et al.* | |
| Paul J. Riehle (SBN 115199)<br>**FAGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, California 94111<br>paul.riehle@faegredrinker.com<br><br>*Counsel for Plaintiff in Epic Games,*<br>*Inc. v. Google LLC, et al.* | |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

1    Executed on May 2, 2024 in San Francisco, California

2

3                                    */s/ Dane P. Shikman*
                                     Dane P. Shikman

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28