**FILED**

**JUL 15 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To Clerk of Courts                                                           7-3-24

I'm writting in regards to
MDL Case No: 21-MD-02981-JD
Member Case No: 20-cv-05671-JD

I am asking to be joined in with this case as plaintiff. Can you please send me the Docket Trial Transcripts from 834-867 and any forms I need to join as plaintiff. Thank you in advance for your time and help.

Sincerely,

[signature]

Stephen S Hart
106096
1000 Van Nuys Rd
New Castle IN
47362