Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Timothy G. Cameron (*pro hac vice*)
tcameron@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF YONATAN EVEN IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

1  I, Yonatan Even, declare as follows:

2  1. I am a partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc.
3  ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.
4  2. I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this
5  declaration are based on my personal knowledge.
6  3. Epic's Response to Google's Proffer Regarding Epic's Proposed Injunction
7  ("Epic's Response"), its accompanying exhibits ("Exhibits"), Dr. Michael D. Ernst's Declaration
8  in Support of Epic's Response ("Ernst Declaration"), and Dr. James Mickens' Declaration in
9  Support of Epic's Response ("Mickens Declaration") contain portions that are sourced from
10 materials that Defendants Google LLC, Google Ireland Limited, Google Commerce Limited,
11 Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google") have
12 designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
13 ONLY", pursuant to the operative Protective Orders entered by the Court, Case No. 3:21-md-
14 02981-JD, ECF Nos. 123, 154 and 170. The following table shows the portions of Epic's
15 Response, the Exhibits, the Ernst Declaration and the Mickens Declaration that contain
16 information designated as "CONFIDENTIAL", or "HIGHLY CONFIDENTIAL –
17 ATTORNEYS' EYES ONLY".

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Epic's Response | Page 2, Line 11 | Google |
| Epic's Response | Page 4, Line 14 | Google |
| Epic's Response | Page 5, Lines 17-18 | Google |
| Epic's Response | Page 5, n.1 | Google |
| Epic's Response | Page 6, Line 8 | Google |
| Epic's Response | Page 6, Lines 11-14 | Google |
| Epic's Response | Page 8, Lines 22-26 | Google |
| Epic's Response | Page 9, Line 2 | Google |
| Epic's Response | Page 9, Lines 25-26 | Google |
| Epic's Response | Page 10, Line 2 | Google |
| Epic's Response | Page 10, Lines 20-23 | Google |
| Epic's Response | Page 11, Lines 12-14 | Google |
| Epic's Response | Page 11, Line 18 | Google |
| Epic's Response | Page 11, Lines 20-22 | Google |
| Epic's Response | Pages 11, Lines 24-25 | Google |
| Epic's Response | Page 11, n.2 | Google |
| Epic's Response | Page 12, Lines 2-4 | Google |
| Epic's Response | Page 12, Lines 6-9 | Google |
| Epic's Response | Page 12, Line 19 | Google |
| Epic's Response | Page 13, Lines 24-25 | Google |
| Epic's Response | Page 15, Line 17 | Google |
| Epic's Response | Page 16, Lines 13-14 | Google |
| Epic's Response | Page 16, n.5 | Google |
| Epic's Response | Page 17, Line 1 | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Epic's Response | Page 17, Line 8 | Google |
| Epic's Response | Page 17, Lines 15-16 | Google |
| Epic's Response | Page 18, Line 15 | Google |
| Epic's Response | Page 19, Line 10 | Google |
| Epic's Response | Page 19, Lines 18-23 | Google |
| Epic's Response | Page 20, Lines 17-19 | Google |
| Epic's Response | Page 21, Lines 1-2 | Google |
| Epic's Response | Page 21, Line 4 | Google |
| Epic's Response | Page 21, Lines 12-14 | Google |
| Epic's Response | Page 21, Lines 23-24 | Google |
| Epic's Response | Page 21, n.7 | Google |
| Epic's Response | Page 23, Lines 11-12 | Google |
| Epic's Response | Page 24, Lines 22-23 | Google |
| Epic's Response | Page 24, Line 26 | Google |
| Epic's Response | Page 25, Line 1 | Google |
| Epic's Response | Page 25, Lines 2-5 | Google |
| Epic's Response | Page 25, Lines 8-9 | Google |
| Epic's Response | Page 25, Line 11 | Google |
| Epic's Response | Page 25, Lines 15-18 | Google |
| Epic's Response | Page 25, Line 19 | Google |
| Excerpts of Deposition Transcript of David Kleidermacher (Exhibit 1) | Redacted in Full | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Excerpts of Deposition Transcript of Vitor Baccetti (Exhibit 2) | Redacted in Full | Google |
| Excerpts of Deposition Transcript of Edward Cunningham (Exhibit 3) | Redacted in Full | Google |
| Excerpts of Deposition Transcript of Christian Cramer (Exhibit 4) | Redacted in Full | Google |
| Ernst Declaration | Page 2, Lines 5-7 | Google |
| Ernst Declaration | Page 2, Line 9 | Google |
| Ernst Declaration | Page 4, Line 10 | Google |
| Ernst Declaration | Page 5, Line 1 | Google |
| Ernst Declaration | Page 5, Line 15 | Google |
| Ernst Declaration | Page 5, Line 16 | Google |
| Ernst Declaration | Page 5, Line 17 | Google |
| Ernst Declaration | Page 5, Line 18 | Google |
| Ernst Declaration | Page 6, Lines 12-13 | Google |
| Ernst Declaration | Page 10, Lines 16-17 | Google |
| Ernst Declaration | Page 12, Line 10 | Google |
| Ernst Declaration | Page 12, Line 11 | Google |
| Ernst Declaration | Page 15, Lines 14-18 | Google |
| Ernst Declaration | Page 16, Line 2 | Google |
| Ernst Declaration | Page 16, Lines 3-5 | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Ernst Declaration | Page 21, Line 21 | Google |
| Ernst Declaration | Page 22, Lines 1-3 | Google |
| Ernst Declaration | Page 23, Lines 1-2 | Google |
| Ernst Declaration | Page 24, Lines 1-3 | Google |
| Ernst Declaration | Page 24, Lines 8-9 | Google |
| Ernst Declaration | Page 27, Line 6 | Google |
| Ernst Declaration | Page 27, Lines 18-19 | Google |
| Ernst Declaration | Page 27, Lines 22-23 | Google |
| Ernst Declaration | Page 28, Line 1 | Google |
| Ernst Declaration | Page 29, Lines 3-6 | Google |
| Ernst Declaration | Page 29, Lines 7-9 | Google |
| Ernst Declaration | Page 31, Lines 21-22 | Google |
| Ernst Declaration | Page 33, Line 17 | Google |
| Mickens Declaration | Page 9, Line 21 | Google |
| Mickens Declaration | Page 10, Lines 1-2 | Google |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on July 24, 2024 in New York, New York.

By:     */s/ Yonatan Even*
            Yonatan Even

*Attorney for Plaintiff Epic Games, Inc.*