UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER ON EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |

Having considered Epic Games, Inc.'s ("Epic") Administrative Motion To Consider Whether Another Party's Material Should Be Sealed, the Declaration of Yonatan Even in Support of the Administrative Motion, any declaration by Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific PTE. Limited and Google Payment Corp. (collectively "Google') and any response from Epic thereto, and pursuant to Local Rules 7-11 and 79-5;

IT IS HEREBY ORDERED:

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Epic's Response | Page 2, Line 11 | Google |
| Epic's Response | Page 4, Line 14 | Google |
| Epic's Response | Page 5, Lines 17-18 | Google |
| Epic's Response | Page 5, n.1 | Google |
| Epic's Response | Page 6, Line 8 | Google |
| Epic's Response | Page 6, Lines 11-14 | Google |
| Epic's Response | Page 8, Lines 22-26 | Google |
| Epic's Response | Page 9, Line 2 | Google |
| Epic's Response | Page 9, Lines 25-26 | Google |
| Epic's Response | Page 10, Line 2 | Google |
| Epic's Response | Page 10, Lines 20-23 | Google |
| Epic's Response | Page 11, Lines 12-14 | Google |
| Epic's Response | Page 11, Line 18 | Google |
| Epic's Response | Page 11, Lines 20-22 | Google |
| Epic's Response | Pages 11, Lines 24-25 | Google |
| Epic's Response | Page 11, n.2 | Google |
| Epic's Response | Page 12, Lines 2-4 | Google |
| Epic's Response | Page 12, Lines 6-9 | Google |
| Epic's Response | Page 12, Line 19 | Google |
| Epic's Response | Page 13, Lines 24-25 | Google |
| Epic's Response | Page 15, Line 17 | Google |
| Epic's Response | Page 16, Lines 13-14 | Google |
| Epic's Response | Page 16, n.5 | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Epic's Response | Page 17, Line 1 | Google |
| Epic's Response | Page 17, Line 8 | Google |
| Epic's Response | Page 17, Lines 15-16 | Google |
| Epic's Response | Page 18, Line 15 | Google |
| Epic's Response | Page 19, Line 10 | Google |
| Epic's Response | Page 19, Lines 18-23 | Google |
| Epic's Response | Page 20, Lines 17-19 | Google |
| Epic's Response | Page 21, Lines 1-2 | Google |
| Epic's Response | Page 21, Line 4 | Google |
| Epic's Response | Page 21, Lines 12-14 | Google |
| Epic's Response | Page 21, Lines 23-24 | Google |
| Epic's Response | Page 21, n.7 | Google |
| Epic's Response | Page 23, Lines 11-12 | Google |
| Epic's Response | Page 24, Lines 22-23 | Google |
| Epic's Response | Page 24, Line 26 | Google |
| Epic's Response | Page 25, Line 1 | Google |
| Epic's Response | Page 25, Lines 2-5 | Google |
| Epic's Response | Page 25, Lines 8-9 | Google |
| Epic's Response | Page 25, Line 11 | Google |
| Epic's Response | Page 25, Lines 15-18 | Google |
| Epic's Response | Page 25, Line 19 | Google |
| Excerpts of Deposition Transcript of David | Redacted in Full | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Kleidermacher (Exhibit 1) | | |
| Excerpts of Deposition Transcript of Vitor Baccetti (Exhibit 2) | Redacted in Full | Google |
| Excerpts of Deposition Transcript of Edward Cunningham (Exhibit 3) | Redacted in Full | Google |
| Excerpts of Deposition Transcript of Christian Cramer (Exhibit 4) | Redacted in Full | Google |
| Ernst Declaration | Page 2, Lines 5-7 | Google |
| Ernst Declaration | Page 2, Line 9 | Google |
| Ernst Declaration | Page 4, Line 10 | Google |
| Ernst Declaration | Page 5, Line 1 | Google |
| Ernst Declaration | Page 5, Line 15 | Google |
| Ernst Declaration | Page 5, Line 16 | Google |
| Ernst Declaration | Page 5, Line 17 | Google |
| Ernst Declaration | Page 5, Line 18 | Google |
| Ernst Declaration | Page 6, Lines 12-13 | Google |
| Ernst Declaration | Page 10, Lines 16-17 | Google |
| Ernst Declaration | Page 12, Line 10 | Google |
| Ernst Declaration | Page 12, Line 11 | Google |
| Ernst Declaration | Page 15, Lines 14-18 | Google |

| Document | Portion Containing Designated Information | Designating Party |
|---|---|---|
| Ernst Declaration | Page 16, Line 2 | Google |
| Ernst Declaration | Page 16, Lines 3-5 | Google |
| Ernst Declaration | Page 21, Line 21 | Google |
| Ernst Declaration | Page 22, Lines 1-3 | Google |
| Ernst Declaration | Page 23, Lines 1-2 | Google |
| Ernst Declaration | Page 24, Lines 1-3 | Google |
| Ernst Declaration | Page 24, Lines 8-9 | Google |
| Ernst Declaration | Page 27, Line 6 | Google |
| Ernst Declaration | Page 27, Lines 18-19 | Google |
| Ernst Declaration | Page 27, Lines 22-23 | Google |
| Ernst Declaration | Page 28, Line 1 | Google |
| Ernst Declaration | Page 29, Lines 3-6 | Google |
| Ernst Declaration | Page 29, Lines 7-9 | Google |
| Ernst Declaration | Page 31, Lines 21-22 | Google |
| Ernst Declaration | Page 33, Line 17 | Google |
| Mickens Declaration | Page 9, Line 21 | Google |
| Mickens Declaration | Page 10, Lines 1-2 | Google |

IT IS SO ORDERED.

Dated: _____, 2024

By: _____
THE HONORABLE JAMES DONATO
United States District Judge