Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 13th St. NW
Washington, D.C. 20001
Telephone: (202) 637-5600

*Counsel for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Lauren N. Beck
lauren.beck@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
Rebecca L. Sciarrino, S.B. #336729
rebecca.sciarrino@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF GOOGLE'S PROFFER REGARDING EPIC'S PROPOSED REMEDIES**<br><br>Judge: Hon. James Donato<br>Date: August 14, 2024<br>Time: 10:00 a.m. Pacific Time<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

Google requests permission under Civil Local Rule 7-11 to file a short supplemental brief in support of its Proffer Regarding Epic's Proposed Remedies, to respond to testimony offered by Epic's remedies experts, Professors James Mickens and Michael Ernst, in their August 1 and August 2 depositions.

The deposition testimony of Epic's experts contradicts important aspects of Epic's response to Google's proffer. First, the testimony of Professors Ernst and Mickens makes clear that the proposed remedies of catalog access and distribution of third party app stores would place the Court into the role of central planner and redesigner of the Play store's business. Second, Professor Ernst's testimony conflicts with Epic's contention that the proposed remedies discussed in Google's proffer could be "implemented" in a few months. Third, Professor Ernst's testimony exposed that Epic's cost estimates for implementing Catalog Access, Library Porting, and Distribution of Third-Party App Stores ignored numerous costs that Professor Ernst dismissed as "nontechnical." Finally, Professor Mickens disagreed with Epic's position that Google should not be permitted to review apps in the catalogs of third party app stores distributed through the Play store.

Google scheduled the depositions of Epic's experts promptly after Epic filed its reply to Google's proffer, and within the time provided by the Court's May 24, 2024 order. (MDL ECF No. 978.) Google will have no other opportunity to address the deposition testimony of these experts in a filing. Before filing this motion, Google requested that Epic consent to the filing of a supplemental brief addressing the deposition testimony of its experts, but Epic declined to consent. Google's proposed supplemental brief is attached as Exhibit A.

-1-

DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
IN SUPPORT OF GOOGLE'S PROFFER REGARDING EPIC'S PROPOSED REMEDIES
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD

DATED: August 7, 2024                    Respectfully submitted,

By:     */s/ Jonathan I. Kravis*
        Jonathan I. Kravis

**MUNGER TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Jonathan I. Kravis
Justin P. Raphael
Nick R. Sidney
Dane Shikman
Rebecca L. Sciarrino
Lauren N. Beck

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Minna Lo Naranjo
Rishi P. Satia

**HOGAN LOVELLS US LLP**
Neal Kumar Katyal
Jessica L. Ellsworth

*Counsel for Defendants*

-2-

DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
IN SUPPORT OF GOOGLE'S PROFFER REGARDING EPIC'S PROPOSED REMEDIES
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD

**E-FILING ATTESTATION**

I, Jonathan I. Kravis, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants have concurred in this filing.

                                               */s/ Jonathan I. Kravis*
                                               Jonathan I. Kravis