Shaoul Sussman, N.Y. Bar No. 5820782
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-2552
ssussman@ftc.gov

Kelly Ortiz, CA Bar No. 212846
Federal Trade Commission
90 7th Street Suite 14-300
San Francisco, CA 94103
(415) 848-5177
kortiz@ftc.gov

*Attorneys for Amicus Curiae Federal Trade Commission*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:   Honorable James Donato |

1   PLEASE TAKE NOTICE that Shaoul Sussman hereby appears as counsel for *amicus*
2   *curiae* Federal Trade Commission.
3
4   Dated: August 12, 2024              /s Kelly Ortiz
                                        Kelly Ortiz
5                                       *Attorney for Amicus Curiae Federal Trade Commission*