1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***<br><br>Hearing: August 14, 2024<br>Time: 10:00 am<br>Courtroom: 11<br>Judge: Honorable James Donato |

   For good cause shown, the motion of Federal Trade Commission for leave to file a brief as amicus curiae is hereby GRANTED.


   Dated: _____ 2024         _____
                                     The Honorable James Donato
                                     United States District Court Judge