| | |
|---|---|
| Brian C. Rocca, S.B. #221576 | Glenn D. Pomerantz, S.B. #112503 |
| brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| Sujal J. Shah, S.B. #215230 | Kuruvilla Olasa, S.B. #281509 |
| sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| Michelle Park Chiu, S.B. #248421 | Lauren N. Beck, S.B. #343375 |
| michelle.chiu@morganlewis.com | lauren.beck@mto.com |
| Minna Lo Naranjo, S.B. #259005 | **MUNGER, TOLLES & OLSON LLP** |
| minna.naranjo@morganlewis.com | 350 South Grand Avenue, Fiftieth Floor |
| Rishi P. Satia, S.B. #301958 | Los Angeles, CA 90071 |
| rishi.satia@morganlewis.com | Telephone: (213) 683-9100 |
| **MORGAN, LEWIS & BOCKIUS LLP** | |
| One Market, Spear Street Tower | Justin P. Raphael, S.B. #292380 |
| San Francisco, CA 94105-1596 | justin.raphael@mto.com |
| Telephone: (415) 442-1000 | Dane P. Shikman, S.B. #313656 |
| | dane.shikman@mto.com |
| Neal Kumar Katyal, *pro hac vice* | Rebecca L. Sciarrino, S.B. #336729 |
| neal.katyal@hoganlovells.com | rebecca.sciarrino@mto.com |
| Jessica L. Ellsworth, *pro hac vice* | **MUNGER, TOLLES & OLSON LLP** |
| jessica.ellsworth@hoganlovells.com | 560 Mission Street, Twenty Seventh Floor |
| **HOGAN LOVELLS US LLP** | San Francisco, CA 94105 |
| 555 13th St. NW | Telephone: (415) 512-4000 |
| Washington, D.C. 20001 | |
| Telephone: (202) 637-5600 | Jonathan I. Kravis, *pro hac vice* |
| | jonathan.kravis@mto.com |
| *Counsel for Defendants* | **MUNGER, TOLLES & OLSON LLP** |
| | 601 Massachusetts Ave. NW, Suite 500E |
| | Washington, D.C. 20001 |
| | Telephone: (202) 220-1100 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **DEFENDANTS' NOTICE OF FILING** |
| *Epic Games Inc. v. Google LLC et al.,* Case No. 3:20-cv-05671-JD | |

On August 14, 2024, the Court held oral argument regarding remedies. *See* Dkt. No. 1001. The demonstratives that Google submitted to the Court at the August 14, 2024 hearing are attached to this Notice as Exhibit A to the Beck Declaration.

DATED: August 19, 2024

Respectfully submitted,

By:  */s/ Jonathan I. Kravis*
Jonathan I. Kravis

**MUNGER TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Jonathan I. Kravis
Justin P. Raphael
Dane Shikman
Lauren N. Beck

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Minna Lo Naranjo
Rishi P. Satia

**HOGAN LOVELLS US LLP**
Neal Kumar Katyal
Jessica L. Ellsworth

*Counsel for Defendants*

**E-FILING ATTESTATION**

I, Jonathan I. Kravis, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants have concurred in this filing.

                                          */s/ Jonathan I. Kravis*
                                          Jonathan I. Kravis