# TRANSCRIPT ORDER

*Please use one form per court reporter.*
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 08/2018)

**COURT USE ONLY — DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Katie Kelley
**1b. ATTORNEY NAME (if different):**
**2a. CONTACT PHONE NUMBER:** (929) 696-3468
**2b. ATTORNEY PHONE NUMBER:**
**3. CONTACT EMAIL ADDRESS:** kkelley@brownadvisory.com
**3. ATTORNEY EMAIL ADDRESS:**
**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):** 12 E 49th St. 35th Floor, New York, NY 10017
**5. CASE NAME:** Epic Games, Inc. v. Google LLC et al.
**6. CASE NUMBER:** 20-cv-5671
**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR:** Kelly Shainline
**8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL  ☑ CIVIL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)  CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. **HEARING(S) (OR PORTIONS OF HEARINGS)**

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing specify portion (e.g. witness or time) |
|---|---|---|---|
| 08/14/2024 | JD | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

b. **SELECT FORMAT(S)** *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |

c. **DELIVERY TYPE** (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ● | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** Katie Kelley  *Digitally signed by Katie Kelley Date: 2024.08.21 14:21:05 -04'00'*

**12. DATE:** 08/21/2024

[Clear Form]   [Save as new PDF]