ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Northern District of California

### INVOICE 20240332

**MAKE CHECKS PAYABLE TO:**

Christopher Sandler
Wilkinson Stekloff LLP
2001 M Street NW
10th Floor
Washington, DC 20036
(202) 804-4241
csandler@wilkinsonstekloff.com

Bryce Reporting Services, C.S.R., PC
4061 E. Castro Valley Blvd.
Suite 204
Castro Valley, CA 94552
(510) 828-9404
Kelly_Shainline@cand.uscourts.gov
Tax ID: 84-3262282

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 09-26-2024 | DATE DELIVERED: 09-26-2024 |

**In the matter of:** 21-md-2981-JD, In Re: Google Play Store Antitrust Litigation

Hourly .pdf of proceedings heard before Judge Donato on 8/14/2024.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | 4.00 | | | 1.00 | | | 0.70 | | |
| 14-Day | | 4.70 | | | 1.00 | | | 0.70 | | |
| 7-Day | | 5.35 | | | 1.00 | | | 0.70 | | |
| 3-Day | | 6.00 | | | 1.20 | | | 0.85 | | |
| Next-Day | | 6.70 | | | 1.35 | | | 1.00 | | |
| 2-Hour | | 8.00 | | 155 | 1.35 | 209.25 | | 1.00 | | 209.25 |
| Realtime | | 3.40 | | | 2.35 | | | 1.65 | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 209.25 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 209.25 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Kelly Shainline

DATE: 09-26-2024

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR