# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Google LLC; Google Ireland Limited; Google Commerce Limited; Google Asia Pacific PTE Limited; Google Payment Corporation |

Name(s) of counsel (if any):

| (see attached) |

Address: (see attached)

Telephone number(s): (see attached)

Email(s): (see attached)

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes   ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Epic Games, Incorporated |

Name(s) of counsel (if any):

| (see attached) |

Address: (see attached)

Telephone number(s): (see attached)

Email(s): (see attached)

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   1                                   *New 12/01/2018*

**Appellant(s)**

*Name(s) of party/parties:* Google LLC; Google Ireland Limited; Google Commerce Limited; Google Asia Pacific PTE Limited; Google Payment Corporation

*Name(s) of counsel (if any):*

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Leigha Beckman, Bar No. 334611
leigha.beckman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
Reedy C. Swanson, *pro hac vice*
reedy.swanson@hoganlovells.com
HOGAN LOVELLS US LLP
555 13th St. NW
Washington, D.C. 20004
Telephone: (202) 637-5600

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Dane P. Shikman, Bar No. 313656
dane.shikman@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

**Appellee(s)**

*Name(s) of party/parties:* Epic Games, Incorporated

*Name(s) of counsel (if any):*

Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500

Gary A. Bornstein, *pro hac vice*
gbornstein@cravath.com
Timothy G. Cameron, *pro hac vice*
tcameron@cravath.com
Yonatan Even, *pro hac vice*
yeven@cravath.com
Lauren A. Moskowitz, *pro hac vice*
lmoskowitz@cravath.com
Justin C. Clarke, *pro hac vice*
jcclarke@cravath.com
Michael J. Zaken, *pro hac vice*
mzaken@cravath.com
M. Brent Byars, *pro hac vice*
mbyars@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000