1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION,** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER RE: GOOGLE'S MOTION FOR PARTIAL STAY OF PERMANENT INJUNCTION PENDING APPEAL** |
| *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge:    Hon. James Donato |

1  Defendants Google LLC, et al. have filed a Motion for Partial Stay of Permanent

2  Injunction Pending Appeal.

3  Having fully considered the papers, the arguments of counsel, and good cause appearing

4  therefore:

5  **IT IS HEREBY ORDERED** that Defendants' Motion for Partial Stay of Permanent

6  Injunction Pending Appeal is **GRANTED**.  Accordingly, all provisions of the Court's Permanent

7  Injunction dated October 7, 2024 except ¶ 8 (Dkt. 1017) are hereby **STAYED** until the mandate of

8  the Ninth Circuit has issued and any Supreme Court review of this Court's injunction is finally

9  resolved.

10  **SO ORDERED.**

11

12

13

14  Dated: _____, 2024

15  _____
    Honorable James Donato

16  United States District Judge
    Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: GOOGLE'S MOTION FOR PARTIAL STAY OF PERMANENT INJUNCTION
PENDING APPEAL
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD