UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**,<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER RE: GOOGLE'S EMERGENCY ADMINISTRATIVE MOTION FOR IMMEDIATE PARTIAL ADMINISTRATIVE STAY OF PERMANENT INJUNCTION; EXPEDITED BRIEFING ON ITS MOTION FOR PARTIAL STAY PENDING APPEAL; AND TO FILE AN OVERLENGTH MOTION FOR PARTIAL STAY PENDING APPEAL**<br><br>Judge:   Hon. James Donato |

Defendants Google LLC, et al. have filed an Emergency Administrative Motion for an Immediate Partial Administrative Stay of Permanent Injunction; Expedited Briefing on its Motion for Partial Stay Pending Appeal; and to File an Overlength Motion for Partial Stay Pending Appeal.

Having fully considered the papers, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Google's Emergency Administrative Motion for an Immediate Partial Administrative Stay of Permanent Injunction; Expedited Briefing on its Motion for Partial Stay Pending Appeal; and to File an Overlength Motion for Partial Stay Pending Appeal is **GRANTED**, and it is hereby ordered as follows:

(1) all provisions of this Court's permanent injunction issued on October 7, 2024, except ¶ 8 (Dkt. 1017) are stayed until 30 days after this Court has issued a ruling on Google's motion to stay pending appeal;

(2) Google shall have leave to file a motion for a partial stay pending appeal that exceeds the limit for non-dispositive motions set by this Court's standing order in civil cases by 8 pages; and

(3) Epic Games's response to Google's motion for a partial stay pending appeal is due no later than October 18, 2024, and Google's reply thereto is due no later than October 23, 2024.

**SO ORDERED.**

Dated: _____, 2024

Honorable James Donato
United States District Judge
Northern District of California

-1-

[PROPOSED] ORDER RE: GOOGLE'S EMERGENCY ADMINISTRATIVE MOTION FOR IMMEDIATE PARTIAL ADMINISTRATIVE STAY OF PERMANENT INJUNCTION; EXPEDITED BRIEFING ON ITS MOTION FOR PARTIAL STAY PENDING APPEAL; AND TO FILE AN OVERLENGTH MOTION FOR PARTIAL STAY PENDING APPEAL
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD