UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: October 18, 2024     Judge: Hon. James Donato

Time: 6 Minutes

Case No.     **3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al**
                **3:21-md-02981-JD In re Google Play Store Antitrust Litigation**

Attorney(s) for Plaintiff(s):     Gary Bornstein
Attorney(s) for Defendant(s):    Jessica Ellsworth/Brian Rocca/Justin Raphael

Deputy Clerk: Lisa R. Clark                                          Court Reporter: Ana Dub

PROCEEDINGS

Motion Hearing -- Held

NOTES AND ORDERS

Google's request for a stay of the permanent injunction pending completion of the appeal, MDL Dkt. Nos. 1020, 1021, is denied. Google has not demonstrated under *Nken v. Holder*, 556 U.S. 418, 434 (2009), that a stay is warranted, especially with respect to likelihood of success on the merits and the public interest.

The Court grants a partial stay of the permanent injunction pending the circuit court's resolution of the stay requests Google filed there, with the exception of ¶ 8 of the injunction, which is not stayed. *See* MDL Dkt. Nos. 1017, 1025, 1026.