**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

OCT 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: Google Play Store Antitrust Litigation | No. 24-6256 |
| _____ | D.C. No. 3:21-md-02981-JD Northern District of California, San Francisco |
| EPIC GAMES, INC., a Maryland Corporation, | |
| Plaintiff - Appellee, | ORDER |
| v. | |
| GOOGLE LLC; et al., | |
| Defendants - Appellants. | |
| EPIC GAMES, INC., | No. 24-6274 |
| Plaintiff - Appellee, | D.C. No. 3:20-cv-05671-JD Northern District of California, San Francisco |
| v. | |
| GOOGLE LLC; et al., | ORDER |
| Defendants - Appellants. | |

The motion to exceed the type-volume limits for the emergency motion for a partial stay of the permanent injunction (Docket Entry No. 4 in appeal No. 24-6256; Docket Entry No. 4 in appeal No. 24-6274) is granted. The emergency motion and the response may exceed the type-volume limits by 1,000 words.

All other pending motions will be addressed by separate order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT