UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>[PROPOSED] ORDER GRANTING JOINT REQUEST REGARDING ENTRY OF JUDGMENT AND ATTORNEY'S FEES AND COSTS<br><br>Judge:    Hon. James Donato |

-1-

This Court, having considered the "Joint Notice Regarding Entry of Judgment and Attorney's Fees and Costs," submitted by the parties in the above-captioned matter, hereby ORDERS that the parties' joint request is GRANTED.

1. The Court will enter judgment in this matter prior to the resolution of Epic's request for attorney's fees and costs. Epic shall pay damages on Google's counterclaim within 30 days of entry of this order. The damages shall be paid out of the escrow account created pursuant to Section 2 of the Joint Stipulation and Order Regarding Epic Games, Inc.'s Request for Preliminary Relief. (MDL Dkt. 239 at 3.) Any excess or deficiency in the amount in the escrow account shall be addressed as specified in Section 4 of the Joint Stipulation and Order. (*Id.* at 3-4).

2. The Court hereby defers the briefing schedule for Epic's motion for attorney's fees and costs until such time as the Parties have met and conferred on this issue. The parties will promptly advise the Court of the resolution of this matter or, absent resolution, of the need to set a briefing schedule on attorney's fees and costs. This Order modifies the timing requirements set forth in Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure and Rules 54-1(a) and 54-5(a) of the Civil Local Rules.

IT IS SO ORDERED.

DATED: January 9, 2025

_____
HON. JAMES DONATO
United States District Judge