| | |
|---|---|
| Brian C. Rocca, Bar No. 221576 | Glenn D. Pomerantz, Bar No. 112503 |
| brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| Sujal J. Shah, Bar No. 215230 | Kuruvilla Olasa, Bar No. 281509 |
| sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| Michelle Park Chiu, Bar No. 248421 | **MUNGER, TOLLES & OLSON LLP** |
| michelle.chiu@morganlewis.com | 350 South Grand Avenue, Fiftieth Floor |
| Leigha Beckman, Bar No. 334611 | Los Angeles, California 90071 |
| leigha.beckman@morganlewis.com | Telephone: (213) 683-9100 |
| **MORGAN, LEWIS & BOCKIUS LLP** | |
| One Market, Spear Street Tower | Justin P. Raphael, Bar No. 292380 |
| San Francisco, CA 94105-1596 | justin.raphael@mto.com |
| Telephone: (415) 442-1000 | Dane P. Shikman, Bar No. 313656 |
| | dane.shikman@mto.com |
| Neal Kumar Katyal, *pro hac vice* | **MUNGER, TOLLES & OLSON LLP** |
| neal.katyal@hoganlovells.com | 560 Mission Street, Twenty Seventh Fl. |
| Jessica L. Ellsworth, *pro hac vice* | San Francisco, California 94105 |
| jessica.ellsworth@hoganlovells.com | Telephone: (415) 512-4000 |
| Reedy C. Swanson, *pro hac vice* | |
| reedy.swanson@hoganlovells.com | Jonathan I. Kravis, *pro hac vice* |
| **HOGAN LOVELLS US LLP** | jonathan.kravis@mto.com |
| 555 13th St. NW | **MUNGER, TOLLES & OLSON LLP** |
| Washington, D.C. 20004 | 601 Massachusetts Ave. NW, Ste 500E |
| Telephone: (202) 637-5600 | Washington, D.C. 20001 |
| | Telephone: (202) 220-1100 |

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. James Donato |

1 **NOTICE OF APPEAL**

2 Notice is hereby given that Defendants Google LLC, Google Ireland Ltd., Google
3 Commerce Ltd., Google Asia Pacific PTE Ltd., and Google Payment Corp. appeal to the United
4 States Court of Appeals for the Ninth Circuit from the final judgment entered on January 9, 2025
5 (No. 3:21-md-02981-JD, Dkt. 1059; No. 3:20-cv-05671-JD, Dkt. 716), as well as all rulings,
6 orders, findings, and conclusions leading up to that judgment, including but not limited to the
7 jury's verdict (No. 3:21-md-02981-JD, Dkt. 866; No. 3:20-cv-05671-JD, Dkt. 606); the order
8 denying Google's renewed motion for judgment as a matter of law or a new trial (No. 3:21-md-
9 02981-JD, Dkt. 984; No. 3:20-cv-05671-JD, Dkt. 674); the order regarding the UCL claim and
10 injunctive relief (No. 3:21-md-02981-JD, Dkt. 1016; No. 3:20-cv-05671-JD, Dkt. 701); and the
11 permanent injunction entered on October 7, 2024 (No. 3:21-md-02981-JD, Dkt. 1017; No. 3:20-
12 cv-05671-JD, Dkt. 702).

Respectfully submitted,

Dated: January 13, 2025    By: */s/ Neal Kumar Katyal*
   Neal Kumar Katyal

**HOGAN LOVELLS US LLP**
   Neal Kumar Katyal
   Jessica L. Ellsworth
   Reedy C. Swanson

**MUNGER TOLLES & OLSON LLP**
   Glenn D. Pomerantz
   Kuruvilla Olasa
   Justin P. Raphael
   Dane Shikman
   Jonathan I. Kravis

|   |   |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | Brian C. Rocca |
|   | Sujal J. Shah |
| 3 | Michelle Park Chiu |
|   | Leigha Beckman |
| 4 |   |
| 5 | *Counsel for Defendants* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28