Scott Martin (*Pro Hac Vice forthcoming*)
Kyle G. Bates (SBN 299114)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
kbates@hausfeld.com

YoungKi Rhee (*Pro Hac Vice forthcoming*)
WE THE PEOPLE LAW GROUP
Chinyang Building, 7/F
47 Kyonggidae-ro, Seodaemun-gu
Seoul, South Korea 03752
Telephone: 82-2-2285-0062
ykrhee@wethepeople.co.kr

Byung-Joo Lee (SBN 225384)
JIHYANG LAW FIRM
Seohee Tower, 7/F
2583 Nambusunhwan-ro
Seoul, Korea 06735
Telephone: 82-2-3476-6002
Facsimile: 82-2-3476-6607
bjlee@jihyanglaw.com

*Attorneys for Plaintiffs and the proposed Classes*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiffs <br><br> v. <br><br> GOOGLE LLC et al. <br><br> Defendants | Case No. 3:20-cv-05671-JD <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** <br><br> [Declaration and [Proposed] Order filed herewith] <br><br> JUDGE: Hon. James Donato |
| THIS DOCUMENT RELATES TO: <br><br> *Korean Publishers Association, et al., v. Google LLC et al.*, No. 4:25-cv-04686-KAW | |

**TO THE COURT AND ALL OTHER PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Korean Publishers Association, Korea Electronic Publishing Association, PangSky Co., Ltd., and the proposed Classes in the above-entitled action ("Plaintiffs") hereby move this Court to consider whether the following actions filed in the United States District Court, Northern District of California should be related:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Epic Games, Inc. v. Google LLC et al.* | 3:20-cv-05671 | 08/13/2020 |
| *Korean Publishers Association, et al., v. Google LLC et al.* | 4:25-cv-04686 | 06/03/2025 |

The above-listed actions involve the same transactions and events and the same legal issues. It is therefore likely that there would be "unduly burdensome duplication of labor and expense" or conflicting results if the cases are conducted before different Judges. *See* Civil L.R. 3-12(a)(1) & (2). Relating the two cases and placing them under the supervision of one judge is likely to save the Court and the parties significant costs and may facilitate and expedite the resolution of the cases.

## MEMORANDUM AND POINTS OF AUTHORITIES

**I.   THE TWO ACTIONS SHOULD BE RELATED**

Pursuant to Civil L.R. 3-12(a), actions are related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Here, these criteria are met.

Both of the above-listed actions allege violations of Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1, 2, the California Cartwright Act, Cal. Bus. & Prof. Code §§ 16700, *et seq*., and California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq*. Moreover, both of the above-listed actions are brought by app developers against Google LLC and its subsidiaries ("Google" or "Defendant") and concern Google's anticompetitive efforts to maintain its monopoly in Android app distribution and payment processing and charge supracompetitive commissions for transactions within the Google Play Store.

Plaintiffs in *Korean Publishers Association* heavily rely on publicly-available evidence from

the *Epic Games, Inc. v. Google LLC et al.* case, including the four-week jury trial conducted before Judge James Donato. It is therefore likely that there will be "unduly burdensome duplication of labor and expense" or conflicting results if the cases are litigated before different Judges. *See* Civil L.R. 3-12(a)(1) & (2). Relating the two cases and placing them under the supervision of one judge will very likely save the Court and the parties significant costs and may facilitate and expedite the cases.

## II.     CONCLUSION

For all of the reasons stated above, Plaintiffs hereby request that the Court in the lowest numbered case, *Epic Games, Inc. v. Google LLC et al.*, enter an Order relating the two cases listed above to each other and reassigning the *Korean Publishers Association* action to Judge James Donato.

DATED: June 6, 2025

Respectfully submitted,

By: /s/ *Kyle G. Bates*
Kyle G. Bates (SBN 299114)
Scott Martin (*Pro Hac Vice forthcoming*)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
kbates@hausfeld.com
smartin@hausfeld.com

*Counsel for Plaintiffs and the proposed Classes*

Christopher L. Lebsock (SBN 184546)
Michael P. Lehmann (SBN 77152)
Samuel Maida (SBN 333835)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
clebsock@hausfeld.com
mlehmann@hausfeld.com
smaida@hausfeld.com

*Counsel for Plaintiffs and the proposed Classes*

YoungKi Rhee (*Pro Hac Vice forthcoming*)
WE THE PEOPLE LAW GROUP
Chinyang Building, 7/F
47 Kyonggidae-ro, Seodaemun-gu
Seoul, South Korea 03752
Telephone: 82-2-2285-0062
ykrhee@wethepeople.co.kr

*Counsel for PangSky and the proposed Classes*

Byung-Joo Lee (SBN 225384)
JIHYANG LAW FIRM
Seohee Tower, 7/F
2583 Nambusunhwan-ro
Seoul, Korea 06735
Telephone: 82-2-3476-6002
Facsimile: 82-2-3476-6607
bjlee@jihyanglaw.com

*Counsel for KPA and KEPA and the proposed Classes*