Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone: (212) 474-1000

*Attorneys for Plaintiff Epic Games, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

1  Plaintiff Epic Games, Inc. ("Epic") and Defendants Google LLC, Google Ireland Limited,
2  Google Commerce Limited, Google Asia Pacific Pte. Limited and Google Payment Corp. (collectively,
3  "Google"), by and through their respective counsel, hereby stipulate as follows:

4  WHEREAS, the Court entered a judgment in favor of Epic (Dkt. 716);

5  WHEREAS, the Court deferred the briefing of Epic's motion for attorneys' fees and costs and
6  modified the timing requirements set forth in Federal Rule of Civil Procedure 54(d)(2)(B) and Civil
7  Local Rules 54-1(a) and 54-5(a) (*see* Dkt. 717);

8  WHEREAS, the parties have met and conferred on the issue of attorneys' fees and costs in
9  accordance with the Court's January 9, 2025 Order (*id.*) and Civil Local Rule 54-5(b)(1) but thus far
10 have been unable to reach a resolution;

11 WHEREAS, the parties agreed to brief the issue so that the Court may decide it;

12 WHEREAS, Item No. 18 in the Court's Standing Order for Civil Cases (the "Standing Order")
13 provides that, absent permission from the Court, opening and opposition briefs may not exceed
14 15 pages each, and reply briefs may not exceed 10 pages;

15 WHEREAS, Civil Local Rule 7-4(b) provides that the Court may modify page limits pursuant
16 to a party's request made prior to the filing due date; and

17 WHEREAS, the parties believe that additional pages may be required for both parties' briefs.

18 NOW THEREFORE, subject to the Court's approval, the parties jointly stipulate that Epic's
19 motion for attorneys' fees and costs will be briefed on the following schedule[1]:

- Plaintiff's motion:  August 22, 2025
- Defendant's opposition:  October 31, 2025
- Plaintiff's reply:  December 9, 2025

The Parties further respectfully request that the Court enter an order modifying the page limitations in the Standing Order and granting the Parties leave to file opening and opposition briefs of up to 25 pages each and a reply brief of up to 15 pages.

DATED:  July 31, 2025

CRAVATH, SWAINE & MOORE LLP
  Gary A. Bornstein *(pro hac vice)*
  gbornstein@cravath.com
  Yonatan Even *(pro hac vice)*
  yeven@cravath.com
  Lauren A. Moskowitz *(pro hac vice)*
  lmoskowitz@cravath.com
  Michael J. Zaken *(pro hac vice)*
  mzaken@cravath.com
  M. Brent Byars *(pro hac vice)*
  mbyars@cravath.com

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Gary A. Bornstein*
  Gary A. Bornstein

DATED: July 31, 2025

MUNGER, TOLLES & OLSON LLP
   Glenn D. Pomerantz
   Kuruvilla Olasa

MORGAN, LEWIS & BOCKIUS LLP
   Brian C. Rocca
   Sujal J. Shah
   Michelle Park Chiu

HOGAN LOVELLS US LLP
   Jessica L. Ellsworth

Respectfully submitted,
By:   */s/ Michelle Park Chiu*
      Michelle Park Chiu

# [PROPOSED] ORDER

Having considered the parties' stipulation, Dkt. 723, the Court orders the following briefing schedule for Plaintiff's Motion for Attorneys' Fees and Costs:

1. Plaintiff's motion: August 22, 2025

2. Defendant's opposition: October 31, 2025

3. Plaintiff's reply: December 9, 2025

The Court hereby grants the Parties leave to file opening and opposition briefs of up to 25 pages each and a reply brief of up to 15 pages.

**IT IS SO ORDERED.**

DATED: _____       _____
                                                                                    HON. JAMES DONATO
                                                                                    United States District Judge

**E-FILING ATTESTATION**

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Gary A. Bornstein*
Gary A. Bornstein