**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

SEP 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: Google Play Store Antitrust Litigation _____ EPIC GAMES, INC., a Maryland Corporation,         Plaintiff - Appellee,  v. GOOGLE LLC; et al.,         Defendants - Appellants. | No. 24-6256 D.C. Nos. 3:21-md-02981-JD 3:20-cv-05671-JD Northern District of California, San Francisco MANDATE |
| EPIC GAMES, INC.,         Plaintiff - Appellee,  v. GOOGLE LLC; et al.,        Defendants - Appellants. | No. 24-6274 D.C. No. 3:20-cv-05671-JD Northern District of California, San Francisco |
| EPIC GAMES, INC., a Maryland Corporation,         Plaintiff - Appellee,  v. GOOGLE LLC; et al., | No. 25-303 D.C. No. 3:20-cv-05671-JD Northern District of California, San Francisco |

Defendants - Appellants.

The judgment of this Court, entered July 31, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT