Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone:  (212) 474-1000

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC, et al.*,<br>Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiff Epic Games, Inc. ("Epic") and Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited and Google Payment Corp. (collectively, "Google"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Epic filed its Notice of Motion and Motion for Attorneys' Fees and Costs on August 22, 2025;

WHEREAS, pursuant to the Stipulation and Proposed Order Regarding Briefing Schedule for Attorneys' Fees and Costs, the parties currently are briefing their dispute regarding the "cost of suit, including a reasonable attorney's fee" that Epic may be entitled to pursuant to 15 U.S.C. § 26 (the attorneys' fee dispute") on the following schedule:

- Plaintiff's motion:  August 22, 2025
- Defendant's opposition:  October 31, 2025
- Plaintiff's reply:  December 9, 2025

WHEREAS, the parties met and conferred and agreed to the production of certain documents relating to Epic's Motion for Attorneys' Fees and Costs;

WHEREAS, the parties agree that an extension of the briefing schedule would facilitate the review of these produced materials:

NOW THEREFORE, subject to the Court's approval, the parties jointly stipulate that the briefing schedule for Epic's Motion for Attorneys' Fees and Costs will be revised as follows:

- Defendant's opposition:  December 5, 2025
- Plaintiff's reply:  January 30, 2026

1

DATED:  September 30, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CRAVATH, SWAINE & MOORE LLP
  Gary A. Bornstein *(pro hac vice)*
  gbornstein@cravath.com
  Yonatan Even *(pro hac vice)*
  yeven@cravath.com
  Lauren A. Moskowitz *(pro hac vice)*
  lmoskowitz@cravath.com
  Michael J. Zaken *(pro hac vice)*
  mzaken@cravath.com
  M. Brent Byars *(pro hac vice)*
  mbyars@cravath.com

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Gary A. Bornstein*
  Gary A. Bornstein

DATED:  September 30, 2025

MUNGER, TOLLES & OLSON LLP
   Glenn D. Pomerantz
   Kuruvilla Olasa

MORGAN, LEWIS & BOCKIUS LLP
   Brian C. Rocca
   Sujal J. Shah
   Michelle Park Chiu

HOGAN LOVELLS US LLP
   Jessica L. Ellsworth

Respectfully submitted,
By:   */s/ Michelle Park Chiu*
   Michelle Park Chiu

## **[PROPOSED] ORDER**

Having considered the parties' Stipulation, the Court orders the following revised briefing schedule for Plaintiff's Motion for Attorneys' Fees and Costs:

1.      Defendant's opposition:  December 5, 2025

2.      Plaintiff's reply:  January 30, 2026

**IT IS SO ORDERED.**

DATED: _____          _____

HON. JAMES DONATO
United States District Judge

1

**E-FILING ATTESTATION**

2        I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this

3 document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

4 identified above has concurred in this filing.

5

6                                                    */s/ Gary A. Bornstein*
                                                      Gary A. Bornstein
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28