Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone: (212) 474-1000

*Attorneys for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT STIPULATED ADMINISTRATIVE MOTION TO EXTEND INJUNCTION COMPLIANCE DEADLINE**<br><br>Judge: Hon. James Donato |

**JOINT STIPULATED ADMINISTRATIVE MOTION**

Defendants Google LLC et al. ("Google") and Plaintiff Epic Games, Inc. ("Epic") (together, "the Parties") respectfully request a brief extension, to October 29, 2025, of the Wednesday, October 22, 2025, deadline on which certain provisions of the Injunction, Dkt. No. 1017, in this case are scheduled to take effect. The Parties are *not* seeking to move the filing the Court has ordered for October 30 (Dkt. 1109) or the hearing scheduled for November 6.

Lead counsel for each of the Parties is currently traveling by plane, but should (barring any delays) be available at any time after 3:30 pm Pacific Time today for a telephonic conference with the Court to address any questions the Court may have regarding this request. Lead counsel are also available before 12:00 pm on Tuesday, October 21, 2025. Counsel for one of the Parties has a required court appearance in another matter on Tuesday afternoon.

Pursuant to Local Rules 7-11 and 7-12, this motion is supported by an accompanying stipulation and proposed order.

-1-

JOINT STIPULATED ADMINISTRATIVE MOTION TO EXTEND INJUNCTION COMPLIANCE DEADLINE
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

DATED: October 20, 2025                    Respectfully submitted,

By:     */s/ Glenn D. Pomerantz*
           Glenn D. Pomerantz

**MUNGER TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Jonathan I. Kravis
Lauren N. Beck

*Counsel for Google LLC et al.*

By:     */s/ Gary A. Bornstein*
           Gary A. Bornstein

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
Michael J. Zaken

*Counsel for Epic Games, Inc.*