1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED ADMINISTRATIVE MOTION TO EXTEND INJUNCTION COMPLIANCE DEADLINE**<br><br>Judge:      Hon. James Donato<br>Courtroom:  11, 19th Floor |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

[PROPOSED] ORDER GRANTING JOINT MOT. TO EXTEND INJUNCTION COMPLIANCE DEADLINE
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

-2-

1  This Court, having considered the "Joint Stipulated Administrative Motion to Extend
2  Injunction Compliance Deadline," filed by Defendants in the above-captioned matter, hereby
3  ORDERS that the request is GRANTED. The upcoming October 22, 2025, deadline on which
4  certain provisions of the Injunction, Dkt. No. 1017, in this case are scheduled to take effect is
5  vacated and extended to October 29, 2025.

7  IT IS SO ORDERED.

9  DATED: October __, 2025

HON. JAMES DONATO
United States District Judge