Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone: (212) 474-1000

Attorneys for Plaintiff Epic Games, Inc.

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT STIPULATION IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND INJUNCTION COMPLIANCE DEADLINE**<br><br>Judge: Hon. James Donato |

**JOINT STIPULATION**

WHEREAS, on September 12, 2025, the Ninth Circuit Court of Appeals issued an order setting the deadline for compliance with certain provisions of the Injunction in Case No. 3:20-cv-05671-JD for October 22, 2025.  See Case No. 3:20-cv-05671-JD, Dkt. No. 736 (extending compliance deadlines in connection with Paragraphs 4-7 and 9-10 of the Injunction to 30 days after the issuance of the mandate); Case No. 3:20-cv-05671-JD, Dkt. No. 737 (Ninth Circuit's formal mandate, issued September 22, 2025).

WHEREAS, the Parties respectfully request a brief extension, to October 29, 2025, of the Wednesday, October 22, 2025, deadline on which certain provisions of the Injunction (Case No. 3:21-md-02981-JD, Dkt. No. 1017) in this case are scheduled to take effect;

WHEREAS, the Parties are *not* seeking to move the filing the Court has ordered for October 30 (Case No. 3:21-md-02981-JD, Dkt. 1109) or the hearing scheduled for November 6;

WHEREAS, lead counsel for each of the Parties is currently traveling by plane, but should (barring any delays) be available at any time after 3:30 pm Pacific Time today for a telephonic conference with the Court to address any questions the Court may have regarding this request.  Lead counsel are also available before 12:00 pm on Tuesday, October 21, 2025.  Counsel for one of the Parties has a required court appearance in another matter on Tuesday afternoon.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT:

- The October 22, 2025, deadline on which certain provisions of the Injunction (Case No. 3:21-md-02981-JD, Dkt. No. 1017) in this case are scheduled to take effect be vacated and re-set for October 29, 2025.

DATED: October 20, 2025

Respectfully submitted,

By:     */s/ Glenn D. Pomerantz*
       Glenn D. Pomerantz

**MUNGER TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Jonathan I. Kravis
Lauren N. Beck

*Counsel for Google LLC et al.*

By:     */s/ Gary A. Bornstein*
       Gary A. Bornstein

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
Michael J. Zaken

*Counsel for Epic Games, Inc.*