1

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

14  |  **IN RE GOOGLE PLAY STORE** | Case No. 3:21-md-02981-JD
**ANTITRUST LITIGATION**

15

THIS DOCUMENT RELATES TO:

16

17  |  *Epic Games, Inc. v. Google LLC*, Case No.
3:20-cv-05671-JD

| Case No. 3:21-md-02981-JD

**[PROPOSED] ORDER GRANTING
JOINT STIPULATED
ADMINISTRATIVE MOTION TO
EXTEND INJUNCTION COMPLIANCE
DEADLINE**

18

19  | Judge:        Hon. James Donato
Courtroom:   11, 19th Floor

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This Court, having considered the "Joint Stipulated Administrative Motion to Extend Injunction Compliance Deadline," filed by Defendants in the above-captioned matter, hereby ORDERS that the request is GRANTED.  The upcoming October 22, 2025, deadline on which certain provisions of the Injunction, Dkt. No. 1017, in this case are scheduled to take effect is vacated and extended to October 29, 2025.

IT IS SO ORDERED.

DATED:  October __, 2025

_____
HON. JAMES DONATO
United States District Judge

[PROPOSED] ORDER GRANTING JOINT MOT. TO EXTEND INJUNCTION COMPLIANCE DEADLINE
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD