Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone: (212) 474-1000

*Attorneys for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT STIPULATED ADMINISTRATIVE MOTION TO EXTEND INJUNCTION COMPLIANCE DEADLINE**<br><br>Judge: Hon. James Donato |

**JOINT STIPULATED ADMINISTRATIVE MOTION**

Defendants Google LLC et al. ("Google") and Plaintiff Epic Games, Inc. ("Epic") (together, "the Parties") respectfully request that the Court extend (i) the October 29, 2025 deadline on which certain provisions of the Injunction, Dkt. No. 1017, in this case are scheduled to take effect to November 10, 2025; and (ii) the related October 30, 2025 deadline for the parties to file "a joint statement of implementation steps and a timeline with milestone dates for the permanent injunction," Dkt. No. 1109, to November 3, 2025. The Parties are not seeking to move the hearing scheduled for November 6, 2025, and anticipate discussing the Injunction with the Court at that hearing.

Lead counsel for each of the Parties can be available at any time today for a telephonic conference with the Court to address any questions the Court may have regarding this request.

Pursuant to Local Rules 7-11 and 7-12, this motion is supported by an accompanying stipulation and proposed order.

-1-

JOINT STIPULATED ADMINISTRATIVE MOTION RE INJUNCTION COMPLIANCE DEADLINE
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

DATED: October 28, 2025              Respectfully submitted,

By:    */s/ Glenn D. Pomerantz*
           Glenn D. Pomerantz

**MUNGER TOLLES & OLSON LLP**
  Glenn D. Pomerantz
  Kuruvilla Olasa
  Jonathan I. Kravis
  Lauren N. Beck

*Counsel for Google LLC et al.*

By:    */s/ Gary A. Bornstein*
           Gary A. Bornstein

**CRAVATH, SWAINE & MOORE LLP**
  Gary A. Bornstein
  Yonatan Even
  Lauren A. Moskowitz
  Michael J. Zaken
  M. Brent Byars

*Counsel for Epic Games, Inc.*