Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone: (212) 474-1000

*Attorneys for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT STIPULATION IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND INJUNCTION COMPLIANCE DEADLINE**<br><br>Judge: Hon. James Donato |

**JOINT STIPULATION**

WHEREAS, certain provisions of the Injunction (Case No. 3:21-md-02981-JD, Dkt. No. 1017) in this case are scheduled to take effect on October 29, 2025;

WHEREAS, the Court has ordered the Parties to file by October 30, 2025 "a joint statement of implementation steps and a timeline with milestone dates for the permanent injunction," (the "Joint Submission") (Case No. 3:21-md-02981-JD, Dkt. 1109);

WHEREAS, the Court has scheduled a hearing for November 6, 2025 regarding the Injunction;

WHEREAS, the Parties jointly request that the Court extend (1) the October 29, 2025 deadline on which certain provisions of the Injunction are scheduled to take effect to November 10, 2025; and (2) the October 30, 2025 date for the Joint Submission to November 3, 2025;

WHEREAS, lead counsel for each of the Parties can be available at any time today for a telephonic conference with the Court to address any questions the Court may have regarding this request.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT:

- The October 29, 2025 deadline on which certain provisions of the Injunction (Case No. 3:21-md-02981-JD, Dkt. No. 1017) in this case are scheduled to take effect shall be extended to November 10, 2025.
- The October 30, 2025 deadline for the Joint Submission shall be extended to November 3, 2025.

DATED: October 28, 2025                Respectfully submitted,

By: ___*/s/ Glenn D. Pomerantz*___

-2-

Glenn D. Pomerantz

**MUNGER TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Jonathan I. Kravis
Lauren N. Beck

*Counsel for Google LLC et al.*


By: ___*/s/ Gary A. Bornstein*___
Gary A. Bornstein

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
Michael J. Zaken
M. Brent Byars

*Counsel for Epic Games, Inc.*