UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED ADMINISTRATIVE MOTION TO EXTEND INJUNCTION COMPLIANCE DEADLINE**<br><br>Judge:        Hon. James Donato<br>Courtroom: 11, 19th Floor |

-1-

[PROPOSED] ORDER GRANTING JOINT MOT. RE INJUNCTION COMPLIANCE DEADLINE
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

-2-

This Court, having considered the "Joint Stipulated Administrative Motion Re Injunction Compliance Deadline" filed in the above-captioned matter hereby ORDERS that the request is GRANTED. The upcoming October 29, 2025 deadline on which certain provisions of the Injunction, Dkt. No. 1017, in this case are scheduled to take effect is extended to November 10, 2025. The October 30, 2025 deadline to file "a joint statement of implementation steps and a timeline with milestone dates for the permanent injunction," Dkt. No. 1109, is extended to November 3, 2025.

IT IS SO ORDERED.

DATED: October __, 2025

HON. JAMES DONATO
United States District Judge