# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 29, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Google LLC, et al.
         v. Epic Games, Inc., a Maryland Corporation
         No. 25-521
         (Your No. 24-6256, 24-6274, 25-303)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 27, 2025 and placed on the docket October 29, 2025 as No. 25-521.

    Sincerely,

    **Scott S. Harris**, Clerk

    by

    Sara Simmons
    Case Analyst