# EXHIBIT C

# Unified Install and Permission flow







# Unified Install and Permission flow





