1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

14
15
16
17
18
19
20
21

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY PERMANENT INJUNCTION**<br><br>Judge:       Hon. James Donato<br>Courtroom:   11, 19th Floor<br><br>Date:   December 11, 2025<br>Time:   10:00 a.m.<br>Courtroom:   11, 19th Floor<br>Judge:   Hon. James Donato |

22
23
24
25
26
27
28

-2-

1   This Court, having considered the "Joint Motion to Modify Permanent Injunction" filed in
2   the above-captioned matter, hereby ORDERS that the request is GRANTED. The Court modifies
3   the existing Permanent Injunction in this matter, MDL Dkt. 1017, to conform it to the Proposed
4   Modified Injunction, attached as Exhibit B to the Declaration of Kuruvilla Olasa, and adopts the
5   parties' Proposed Modified Injunction.

7   IT IS SO ORDERED.

    DATED: November __, 2025

    _____
    HON. JAMES DONATO
    United States District Judge