Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

*Counsel for Plaintiff*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT REVISED ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH JOINT MOTION TO MODIFY PERMANENT INJUNCTION**<br><br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

# MOTION

As directed by the Court during the November 6, 2025 status conference[1] and in the Minute Order that followed (11/10/2025 Minute Order, Epic Dkt. 758), Plaintiff Epic Games, Inc. ("Epic") and Google Defendants ("Google") respectfully move the Court to seal narrow portions of materials submitted in support of the parties' Joint Motion to Modify Permanent Injunction, Dkt. 756.  This Revised Joint Administrative Motion to File Under Seal is supported by Epic's Declaration of Randy Gelber in Support of the Revised Joint Administrative Motion to File Under Seal ("Epic-Gelber Decl."), Google's Declaration of Ariel Spivak in Support of the Revised Joint Administrative Motion to File Under Seal ("Google-Spivak Decl."), and the Proposed Order submitted herewith.

Google and Epic request that the Court seal the following portions of the Term Sheet, which reflect information that is commercially sensitive for both companies:

(1) **the Parties' future commercial partnership terms** reflected in Exhibit 3 to the Term Sheet and the specific references to Exhibit 3 in the Term Sheet, which is supported by the Google-Spivak Declaration at ¶ 5; and Epic-Gelber Declaration at ¶ 6.

(2) **the Parties' future license agreement** referenced primarily at Term Sheet p. 8, and the other specific references to the license elsewhere in the Term Sheet (pp. 11, 13-14), which is supported by the Google-Spivak Declaration at ¶ 8; and Epic-Gelber Declaration at ¶ 5.

(3) **the Parties' future marketing commitments** referenced at Term Sheet p. 9, which is supported by the Google-Spivak Declaration at ¶ 10; and Epic-Gelber Declaration at ¶ 7.

Google requests that the Court seal the following portions of the Term Sheet, which are commercially sensitive for Google:

(1) **the future business plans for Google's new product development and related license and partnership provisions**, referenced at Term Sheet pp. 6-7 and the last row of p. 8 to p. 9, which is supported by the Google-Spivak Declaration at ¶¶ 6-7, 9.

---

[1] H'rg Tr. (Nov. 6, 2025) at 13:10-22 ("[Y]ou can file a week from today, a sealing motion under our local rules and my practice, and you should attach to that what you consider to be a redacted version that can be publicly filed…I [] don't need any argument.").

(2) **the amount of attorneys' fees payable by Google to Epic**, which is supported by Google-Spivak Declaration at ¶ 11.

| | |
|---|---|
| DATED: November 13, 2025 | **MORGAN, LEWIS & BOCKIUS LLP**<br>  Brian C. Rocca<br>  Sujal J. Shah<br>  Michelle Park Chiu<br>  Leigha Beckman<br><br>By:   */s/ Brian C. Rocca*<br>_____<br>  Brian C. Rocca<br><br>*Counsel for Defendants Google LLC et al.* |
| DATED: November 13, 2025 | **MUNGER, TOLLES & OLSON LLP**<br>  Glenn D. Pomerantz<br>  Kuruvilla Olasa<br>  Jonathan I. Kravis<br>  Justin P. Raphael<br>  Dane P. Shikman<br>  Lauren N. Beck<br><br>By:   */s/ Glenn D. Pomerantz*<br>_____<br>  Glenn D. Pomerantz<br><br>*Counsel for Defendants Google LLC et al.* |
| DATED: November 13, 2025 | **CRAVATH, SWAINE & MOORE LLP**<br>  Gary A. Bornstein (*pro hac vice*)<br>  Yonatan Even *(pro hac vice)*<br>  Lauren A. Moskowitz *(pro hac vice)*<br>  Michael J. Zaken *(pro hac vice)*<br>  M. Brent Byars *(pro hac vice)*<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>  Paul J. Riehle<br><br>By:   */s/ Gary A. Bornstein*<br>_____<br>  Gary A. Bornstein<br><br>*Counsel for Plaintiff Epic Games, Inc.* |

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By: */s/ Brian C. Rocca*

Brian C. Rocca