# EXHIBIT 1

# ANDRÉ E. JARDINI
# TRIAL EXPERIENCE

**December 2019**  *LaFace v. Ralphs*

trial in Los Angeles Superior Court
Private Attorneys General Action to enforce wage order
re seating for cashiers
4-week trial, and subsequent appeal

**October 2012**  *Mendoza v. Nordstrom*

- trial in United States District Court
- enforcement of day of rest statutes (Labor Code sections 551 and 552)
- Nordstrom had employees work more than six consecutive days on more than 26,000 occasions
- case referred by Ninth Circuit Court of Appeals to California Supreme Court to answer questions regarding interpretation of statutes

**March 2010**  *Mendoza v. ABM Industries*

- 6-week trial (Los Angeles Superior Court)
- prosecution of whistleblower case against employer of HR Director
- financial irregularities and labor violations were observed and reported
- jury finds that the violations and financial issues existed and were accurately reported
- jury finds that whistleblower's activity was not the direct cause of the termination

**August 2009**  *Allstate Insurance v. Thacher, et al.*

- 5-day trial (U.S. District Court/Los Angeles)
- insurance coverage action against insurer who denied coverage and defense to a long-time insured for a personal injury accident at a rental property
- jury finds that primary and excess policies are in force
- jury finds arbitration result in underlying action was not collusive or unreasonable
- $780,000 awarded, to firm's clients.  Judgment affirmed on appeal

**November 2008**         *Selvin & Weiner v. Bench International Search, Inc.*

- 11-week trial (Los Angeles Superior Court – Malibu)
- defense of Bench International in a collection action by a law firm
- law firm sought approximately $643,000 (with interest)
- Bench International defended with suit for legal malpractice
- jury awarded only $200,000, without interest
- jury found legal malpractice and misrepresentations had occurred
- case resumed with new jury due to mistrial after 4 weeks

**April 2007**         *Roy v. Edgetech, Inc.*

- 7-day trial (Los Angeles Superior Court)
- suit to enforce two-year employment contract
- defendant paid for only two months to employee who moved from France to take the job
- offer of $40,000; demand of $52,500
- jury finds for plaintiff
  with penalties, interest and attorneys' fees, award is $225,000

**April 2006**         *Confidential Case Name*

- $30 million class action settlement
- case alleging wage and hour violations against an international package delivery company
- recovery for 13,000 California employees who were allegedly unpaid for hours worked and were not provided required meal and rest breaks
- defendant company altered its procedure at the time of the settlement to comply with California law

**August 2006**         *HJF, Inc., Sitara Management v. Equilon*

- 15-day trial (Los Angeles Superior Court)
- suit for breach of contract and fraud against oil company by gas station owner client
- jury verdict for firm client that administration of lease program caused harm to gas station owner
- jury awards $225,000

**May 2005**         *Goodwin v. City of San Bernardino*

- 5-day retrial (U.S. District Court/Riverside)
- civil rights case for unlawful entry and arrest
- second mistrial due to lack of jury unanimity

| | |
|---|---|
| **October 2004** | *Confidential Case Name* |

- 22-day trial (Los Angeles Superior Court)
- legal malpractice case; lawyers lost summary judgment for failure to produce available evidence
- jury verdict (10-2) that firm client would have recovered for breach of contract and fraud in underlying case
- client deprived of partnership interest in 129 lot residential development
- jury awards $4.2 million

**June 2004**         *Confidential Case Name*

- legal malpractice case
- Imperfect CCP § 998 offer in catastrophic injury case causes loss of hundreds of thousands of dollars
- settled first day of trial (Los Angeles Superior Court)

**March 2003**         *Goodwin v. City of San Bernardino*

- 5-day trial (U.S. District Court/Riverside)
- civil rights case for unlawful entry and arrest
- mistrial due to lack of jury unanimity

**May 2002**         *Amezquita v. John J. Fox, M.D., Inc.*

- 14-day trial (Los Angeles Superior Court - Glendale)
- medical malpractice case
- OB/GYN implants IUD in woman who is already pregnant resulting in premature birth of child with developmental delays

**January 2002**         *Titus v. Randazzo*

- 6-day trial (Los Angeles Superior Court - Glendale)
- client, a juror on a prior case, causes automobile accident
- victim claims serious degenerative nerve problems with medical expenses of six figures
- jury finds accident did not cause claimed injuries

**November 2001**               *Valdivia v. Burlington Northern Santa Fe Corporation*

- 11-day trial (San Bernardino Superior Court - Victorville)
- wrongful death of 10-year-old boy killed by train; accident is witnessed by seven-year-old sister
- settlement offer doubled during trial

**May 2001**                    *Orlandini v . San Gabriel Valley Medical Center*

- 6-day trial (Los Angeles Superior Court - Pasadena)
- medical malpractice case
- woman awakens under general anesthesia during hysterectomy

**December 2000**               *Spaggiari v. 21st Century*

- trial (Los Angeles Superior Court - Van Nuys)
- insurance bad faith case
- insurer discontinues living expense coverage necessary for family displaced by Northridge earthquake
- settled for firm client for $525,000 on first day of trial

**October 2000**                *Gaggero v. Stacey*

- 10-day trial (Los Angeles Superior Court - Norwalk)
- firm client, a developer, sues former attorney for legal malpractice
- attorney failed to advise concerning California's anti-SLAPP statute before filing suit for malicious prosecution against neighborhood activists protesting Venice Beach development, resulting in award of attorneys' fees of $102,000
- jury awards $332,177 to firm client

**April 2000**                  *Barraza v. Stephenson, Acquisto & Colman*

- 6-day trial (Los Angeles Superior Court - Glendale)
- suit for wrongful termination on account of pregnancy
- law firm fires employee in same telephone conversation in which it learns she is pregnant

-4-

| | |
|---|---|
| **July 1999** | *Briggs v. Villa Esperanza* |

- 5-day trial (Los Angeles Superior Court)
- firm client, a registered nurse, seeks unpaid overtime, interest, penalties and attorney's fees
- compensation awarded by the Department of Labor
- employer appealed; trial de novo in Superior Court
- $59,000 award, plus interest, costs and attorney's fees

**February 1999**            *Erath v. UCLA, et al.*

- 8-day trial (Los Angeles Superior Court)
- scientific records loaned to UCLA by firm client are lost
- question to be decided is value of the lost documents
- UCLA offers $50,000 before trial, and argues at trial that the documents have no value
- jury awards $125,000 to firm client

**March 1998**            *Hughes Aircraft v. Associated Aviation Underwriters, et al.*

- 12-day trial (Los Angeles Superior Court)
- representation of AAU, excess carrier in a complicated multi-issue suit for insurance coverage for environmental contamination at Hughes' facility in Fullerton
- damages of $35,000,000 claimed; $25,000,000 had been paid by primary insurers
- jury determines that only 32% of contamination is from a sudden and accidental cause; also, jury diminishes claimed damages by more than $5,000,000
- on appeal award is reduced to nothing based on verdict and offsets

**March 1998**            *Liberty Paper v. San Paolo Bank, et al.*

- 5-day trial (Los Angeles Superior Court)
- retrial of punitive damage phase of suit for fraud in real estate transaction against Italian bank
- $150,000 offered by defendant bank before trial
- jury awards $1,700,000 to firm's client

-5-

| | |
|---|---|
| **February 1998** | *Del Babb v. Property Tax Assistance, Inc.* |

- 2-day trial (Martinez Superior Court)
- former employee sues to recover unpaid overtime compensation and unpaid bonuses in the amount of $750,000 against firm client
- case dismissed by plaintiff upon ruling of no entitlement to overtime compensation

| | |
|---|---|
| **January 1998** | *Hugo Valdivia v. MCE Corporation, Hardy & Harper, Inc.* |

- 8-day trial (Los Angeles Superior Court)
- personal injury case, involving knee injury to firefighter at station caused by a defective rolling gate
- $100,000 statutory offer by defendants to firm's client
- client had returned to work 10 months after the accident and had worked without restriction for 20 months before trial
- jury awards $1.5 million to firm's client (12-0 vote)

| | |
|---|---|
| **November 1997** | *Associated Aviation Underwriters v. Wolfe Air, et al.* |

- 12-day trial (Los Angeles Superior Court - Central Civil West)
- insurance bad faith case
- $18,000,000 sought by air carrier for damages caused by alleged failure to pay benefits by insurer due to alleged prior cancellation of insurance policy, all arising out of helicopter accident
- air carrier contended cancellation was ineffective and won summary judgment on this issue
- court finds that insurance company's coverage position is reasonable and judgment awarded for firm's client

| | |
|---|---|
| **August 1997** | *Liberty Paper v. San Paolo Bank, et al.* |

- 5-day trial (Los Angeles Superior Court)
- suit to recover damages for defendant bank's failure to complete sale of commercial office building to firm's client
- $25,000 offered by defendant bank before trial
- jury awards $2,505,000 (including punitive damages) to firm's client

-6-

| | |
|---|---|
| **June 1997** | *Hospital Learning Centers v. Century Properties, et al.* |

- 6-day trial (Los Angeles Superior Court - Van Nuys)
- suit to recover value of business property destroyed by post-earthquake demolition of office building
- no offer by defendant building owner
- jury awards $370,000 to firm client (with pre-judgment interest, costs and attorneys' fees, award exceeds $700,000)

| | |
|---|---|
| **April 1997** | *Moshfegh v. California Pizza Kitchen* |

- 7-day trial (Los Angeles Superior Court - Malibu)
- false imprisonment and discrimination case
- party of eight kept from leaving restaurant and arrested for failure to pay tip

| | |
|---|---|
| **October 1996** | *Investor's Thrift v. Old Republic Insurance Company* |

- 8-day trial (Orange County Superior Court - Harbor)
- suit to recover loan losses covered by insurance for firm's thrift client
- $200,000 offered by defendants before trial
- jury awards $437,096 (with pre-judgment interest and costs, award exceeds $600,000) to firm's client

| | |
|---|---|
| **May 1996** | *Steven Lenarth v. Stephanie Pacetti, Mount Vernon Foods* |

- 13-day trial (Los Angeles Superior Court - Burbank)
- casualty case, personal injury from rear end accident; firm represents defendants
- $4,050,000 settlement demand by plaintiff injured on LADOT DASH bus hit by minivan
- Plaintiff suffered fractured knee and torn meniscus allegedly resulting in reflex sympathetic dystrophy. Plaintiff in wheelchair, had not used leg in two years, and would not walk again
- C.C.P. §998 formal offer to compromise of $250,000 made; structured settlement with present value of $286,000 offered
- plaintiff dismissed case with prejudice on 13th day of trial for no payment and waiver of costs

| | |
|---|---|
| **January 1996** | *RGP Orthopedic Appliances v. Atlantic Mutual Insurance Company* |

- 13-day trial (San Diego Superior Court)
- insurance bad faith case
- $11,250,000 sought by company and two severely injured judgment creditors for failure to pay $2,000,000 limits of umbrella insurance policy for damages incurred in a very serious automobile accident
- insured asserted exclusion was missing key language due to a clerical error; court finds exclusion unenforceable
- award of $1,225,000 in extra-contractual damages; (defendant insurer had offered $1,400,000 in settlement)

**October 1995**   *Landers v. State Farm Fire and Casualty Company*

- 29-day trial (Los Angeles Superior Court)
- insurance bad faith case
- $150,000 sought for alleged failure to pay no-fault benefits under a New York insurance policy
- award of $50,000 to plaintiff

**August 1995**   *Rosenfield v. (Confidential - two defendants)*

- trial (Los Angeles Superior Court - Santa Monica)
- wrongful termination on the basis of sexual orientation
- settlement during trial; firm's client receives $575,000

**July 1995**   *Nationwide Insurance Company v. Great American Insurance Company*

- 7-day trial (Los Angeles Superior Court - Santa Monica)
- recovery sought for progressive loss arising out of soil settlement at residence in Pacific Palisades
- believed to be first jury trial after Supreme Court decision in Montrose Chemical Corporation v. Admiral Insurance Company regarding allocation between insurers for continuous loss
- 10-2 jury verdict for client finding defendant insurer should participate in paying loss; $125,000 awarded, including interest

-8-

| | | |
|---|---|---|
| **December 1994** | | *Glick v. State Farm Fire and Casualty Company* |
| | - | 5-day trial (United States District Court - Los Angeles) |
| | - | insurance bad faith case |
| | - | $338,000 sought, plus consequential damages, for business personal property lost in theft and for lost income caused by business interruption |
| | - | 8-0 defense verdict for client, State Farm |
| **July 1994** | | *Brown v. South Los Angeles Mortuary* |
| | - | 25-day trial (Los Angeles Superior Court - Central Civil West) |
| | - | mortuary malpractice case involving 17 plaintiffs who were relatives of a decedent whose remains were mishandled and exposed to insects |
| | - | more than $5 million sought for emotional distress and punitive damages |
| | - | jury verdict finding firm client only 10 percent responsible (cemetery found 90 percent responsible) |
| | - | total award against firm client $97,000 - more than $300,000 had been offered in settlement |
| **April 1994** | | *Edison v. Labowe, Labowe & Hoffman* |
| | - | 30-day trial (Los Angeles Superior Court) |
| | - | legal malpractice case against firm client |
| | - | $2.7 million sought for law firm errors in complicated real estate transaction involving loss of 65 percent interest in a commercial property |
| | - | jury verdict for plaintiff for $430,000; reversed on appeal on statute of limitations grounds; plaintiff takes nothing |
| **September 1993** | | *International Registered Nurses of America, Inc. v. State Farm Fire and Casualty Company* |
| | - | 1 day trial (United States District Court - Los Angeles) |
| | - | insurance bad faith case |
| | - | $1,424,000 sought, plus consequential damages, for lost business income and failure to pay claim |
| | - | judgment in favor of client, State Farm |

| | |
|---|---|
| **September 1993** | *Smith v. Battalia, Remax South Bay Realty* |

- 3-day binding arbitration per real estate purchase contract
- real estate fraud
- $150,000 sought for misrepresentation in sale of real estate, failing to disclose movement from subsurface soil condition
- judgment in favor of client seller

| | |
|---|---|
| **March 1993** | *Esters v. State Farm Mutual Automobile Insurance Company* |

- 7-day trial (United States District Court - Los Angeles)
- insurance bad faith case
- $250,000 sought for five-year delay in paying
- uninsured motorist claim and for unreasonably low offer
- 8-0 defense verdict for client

| | |
|---|---|
| **September 1992** | *Block v. State Farm Mutual Automobile Insurance Company* |

- 6-day trial (Los Angeles Superior Court - Beverly Hills)
- insurance bad faith case
- $100,000 sought for failure to settle uninsured motorist claim and failure to pay medical bills
- 12-0 defense verdict for firm client

| | |
|---|---|
| **May 1992** | *Shane v. Neil Lloyd & Co., Daniel Monnin* |

- 5-day trial (Los Angeles Superior Court - Glendale)
- wrongful death of four-year-old child by drunk driver
- represented employer of drunk driver, good Samaritan who attempted to drive the drunk driver home and his employer
- tried on liability issues only
- motion for non-suit and directed verdict granted for all three firm clients

-10-

| | |
|---|---|
| **March 1992** | *Reid v. Ulysses M. Carbajal, M.D.* |

- 8-day trial (Los Angeles Superior Court - Central Civil West)
- medical malpractice action
- unnecessary surgery for acute sinusitis
- $72,000 award for plaintiff client

**January 1992**     *Stern v. State Farm Mutual Automobile Insurance Company*

- 3-day binding arbitration (JAMS Santa Monica)
- insurance bad faith case
- alleged mishandling of claims re collision and UM coverages
- award for client defendant on all claims

**November 1991**     *Tucker v. Westminster Memorial Park*

- trial (Orange County Superior Court)
- crematory misfeasance case
- settled for our initial offer of $120,000 during trial

**September 1991**     *Bohall v. ARCS Mortgage, Bank of New York*

- 10-day trial (Los Angeles Superior Court)
- retrial of wrongful termination case
- branch manager fired with cause
- $2 million dollar demand; $2,718 award

**May/June 1991**     *Proposition 103 Hearings*

- 4 weeks of hearings (San Francisco and Los Angeles)
- cross-examination of Department of Insurance expert witnesses on rate of return, leverage, allowable expense, executive compensation and other issues

| | |
|---|---|
| **January 1991** | *Bohall v. ARCS Mortgage, Bank of New York* |

- 10-day trial (Los Angeles Superior Court)
- wrongful termination, defamation and conversion case
- $1.5 million dollar demand; $300,000 offer
- $1.2 million dollar award, including $6,500 punitive damages, new trial motion granted

**October 1990**         *Smoke Island Interiors v. General Accident Insurance*

- trial (Los Angeles Superior Court)
- insurance bad faith case
- allegations of unreasonable claims handling and denial of claim for stolen artwork; claim for $180,000 plus consequential and punitive damages
- settled for $17,500 during trial

**June 1990**         *The Austin Company v. J.H. Baxter Company*

- 5-day trial (United States District Court - Los Angeles)
- product defect case
- failure of three-acre roof with a $2.5 million dollar replacement cost allegedly due to corrosion caused by fire retardant chemicals used by J.H. Baxter
- 6-0 defense verdict for our client J.H. Baxter

**May 1990**         *Blanchard v. State Farm Fire and Casualty Company*

- 10-day trial (Los Angeles Superior Court - Santa Monica)
- insurance bad faith case
- $450,000 sought for failure to provide independent counsel in defense of covered construction defect litigation
- 10-2 defense verdict for our client, upheld on appeal

**February 1990**         *Sykes, et al., v. Associated Farm Management*

- 9-day trial (United States District Court - Los Angeles)
- federal securities law case
- 100+ plaintiffs sought recovery of amounts lost in investments in nine limited partnerships in farmland - grapes, tree fruit, citrus - in California's Central Valley
- $29 million recovery requested; judgment rendered for $8.6 million

-12-

| | |
|---|---|
| **June 1989** | *Aetna Insurance Company v. Centennial Insurance Company* |

- 5-day trial (United States District Court - Los Angeles)
- insurance equitable subrogation case
- Aetna sought contribution re two-thirds of $725,000 in defense costs expended in defending underlying patent litigation
- court agreed with our position that two-sevenths was proper allocation and that attorney bills were unreasonably high; upheld on appeal

| | |
|---|---|
| **February 1989** | *Della Ripa v. Kaiser Hospital* |

- 5-day binding arbitration
- medical malpractice case
- $187,000 award for our client for defendant's failure to diagnose "panic disorder"

| | |
|---|---|
| **November 1988** | *Transtechnology, Inc. v. Allied Signal Corporation* |

- 11-day binding arbitration (3 arbitrator panel)
- environmental case
- second ever arbitration to apportion fault for groundwater pollution under California Health and Safety Code
  our client, Allied Signal, found responsible for 4 percent of response costs of $1.5 million dollars

| | |
|---|---|
| **June 1988** | *Wolf v. Fisher* |

- 6-day trial (Los Angeles Superior Court)
- suit for violation of rent control ordinance and intentional infliction of emotional distress
- 12-0 defense verdict for our clients, property owners

| | |
|---|---|
| **October 1987** | *Frederick v. Ambassador Insurance* |

- trial (Los Angeles Superior Court)
- insurance bad faith case
- insurer and parent company sued for failing to defend and indemnify in personal injury case
- client insurer insolvent per Vermont liquidation and dismissed; client employee pays $2,000; parent company, represented by another law firm, suffers $2 million dollar verdict

-13-

**September 1987**  *Olson/Hurston v. L.B. Foster Company*

- 8-day trial (United States District Court - Los Angeles)
- product defect case
- two pile drivers suffered multiple leg fractures when a ground release shackle failed and dropped a 900-pound sheet pile
- 6-0 defense verdict for our client, the distributor of the device

**May 1986**  *Noma Corporation v. Centennial Insurance Company*

- 7-day trial (United States District Court - Los Angeles)
- insurance bad faith case
- insured franchisor sought payment of $243,000 in legal fees for defense of covered suits by franchisees and $18,000,000 in consequential damages for failure to defend
- determined that $19,000 was only amount due

**April 1986**  *Shea v. Owen, Century 21 Realty*

- trial/stipulated judgment
- real estate fraud case
- fraudulent trade of primary residence for two unsecured greenhouses
- client plaintiff recovered $115,000 from defendants for fraudulent real estate transaction

**December 1985/ January 1986**  *Stotts v. Wallace and Tiernan Division of Pennwalt Corporation*

- 28-day trial (Los Angeles Superior Court)
- product defect case
- client manufacturer's valve cracks exposing plaintiff to chlorine gas and causing serious impairment of lung function
- award $400,000

-14-