# EXHIBIT 2

## ANDRÉ E. JARDINI'S DEPOSITION AND TRIAL TESTIMONY
## (LAST FOUR YEARS)

|  | **File Name** | **Type Of Testimony** | **Case Number** | **Court/Jurisdiction** |
|---|---|---|---|---|
| 1 | Gadinis v. United Services (2018) | Deposition | 37-2018-00015334-cu-UM-CTL | Superior Court State of California County of San Diego, Central |
| 2 | Pech v. Morgan | Deposition and Trial | 18STCV02178 | LASC Central District |
| 3 | Averon v. The Crosby & AMS Paving | Deposition | 19-cv-02369-WQH-NLS | USDC Southern District |
| 4 | Mesa Water District v. KDC, Inc., et al. | Trial | 30-2016-00832860-cu-BC-CJC | OCSC |
| 5 | In Re Marriage of Skylar Peak and Janet Freisen Peak | Trial | 19STFL09382 | LASC |
| 6 | Simplot v. McCain | Deposition | 1:16-cv-00449-DCN | US District Court District of Idaho (Boise) |
| 7 | Greenberg Glusker v. Amin S. Lakha | Deposition | 1210036873 (JAMS) | JAMS Arbitration |
| 8 | Fraissl v. Moore | Deposition | BC535745 | LASC |
| 9 | Mark Hughes Family Trust | Deposition | BP 063500 | LASC |
| 10 | Travelers Insurance v. Salesforce | Deposition | JAMS Ref. 1100111905 | JAMS San Francisco |
| 11 | Golden Pacific Bank v. Kronick, Moskovich, Tiedeman & Girard | Deposition and Trial | 34-2018-00236905 | Superior Court State of California County of Sacramento |
| 12 | Premier Reimbursement Solutions v. Koetsier | Deposition | VCU281481 | Superior Court of the State of California County of Tulare |
| 13 | Dryit Inc. dba Jarvis Restoration v. Allstate Insurance Company | Deposition | 30-2020-01149888-CU-BC-CJC | Superior Court of the State of California County of Orange |
| 14 | Hughes v. Libeu | Deposition and Trial | SCv-261621 | Superior Court of California County of Sonoma |
| 15 | Hakkasan USA Inc. v. Endurance American Specialty Insurance, et al. | Deposition | A-20-816145-B | District Court clarke County, Nevada |
| 16 | Madeline8, LLC, et al. v. Alvaradosmith, APC, et al. | Deposition | 30-2020-01124146-CU-PN-CJC | Superior Court of California County of Orange Central Division |
| 17 | Green Solar Technologies, Inc. v. Raymond McElfish, et al. | Deposition | BC712758 | LASC |

| | **File Name** | **Type Of Testimony** | **Case Number** | **Court/Jurisdiction** |
|---|---|---|---|---|
| 18 | Miller Marital Deduction Trust, et al. v. Estate of Mark B. Dubois, et al. | Deposition and Trial | 2:16-cv-01883-SB | US District Court Eastern District of California |
| 19 | Google LLC v. Sonos | Deposition | 3:21-cv-07559-WHA | US District Court Northern District of California |
| 20 | Tutor Perini v. First Mercury | Deposition | 2:20-cv-09329-CAS-GJSx.(aco) | US District Court Central District of California |
| 21 | Caruso Affiliated v. Allied World | Deposition and Trial | 21STCV12443 | LASC |
| 22 | Clean & Sober Media, et al. v. HUB International Insurance Services | Deposition and Trial | 21STCV20391 | LASC |
| 23 | Richard Pech v. Thomas E. Morgan, III, et al. | Trial | 18STCV02178 | LASC |
| 24 | Epicgenetics/Gillis v. Gibson, Dunn & Crutcher | Deposition | Ref. No.5210000295 | JAMS |
| 25 | Motavassel v. Mokhtarzadeh | Deposition andTrial | 20 STCV02243 | LASC |
| 26 | The Charles Company v. Bryan Cave | Deposition | Ref. No. 1200059383 | JAMS |
| 27 | Barbizon School of San Francisco, et al. v. Putterman Landry & Yu | Deposition | Ref. No. 11300110356 | JAMS |
| 28 | Fashion Nova, LLC v. Citizens Insurance Company of America | Deposition | 23STCV01107 | USDC Central District |
| 29 | Katab v. Performance Team | Deposition | 2:23-cv-05811-ODW-JPR | USDC California Western Division |
| 30 | In Re Power Property v. DC-19-00695 | Deposition | DC-19-00695 | USDC Dallas, TX |
| 31 | White, Arnold & Dowd v. TomPaul ACIPCO LLC | Deposition | 2:23-cv01372-ACA | USDC of Alabama Southern District |
| 32 | Hogs & Heifers v. 201 North 3rd Street LV | Deposition | A-19-795091-B | District Clark County, Nevada |
| 33 | Peiffer Wolf Carr, et al. v. Valley Forge Insurance Co. | Deposition | 2:23-CV-06235 | USDC Eastern District of Louisiana |
| 34 | Jenee Child v. Certain Underwriters | Deposition | CIVSB2300838 | San Bernardino Superior Court |

| | **File Name** | **Type Of Testimony** | **Case Number** | **Court/Jurisdiction** |
|---|---|---|---|---|
| 35 | Maria Fresonke v. Navy Military Personnel Command, et al. | Deposition | OWCP No. 18-090613; 18-304964; 18-486100; 18-100991; 18-486103 and other OALJ case numbers | United States Department of Labor, Office of Administrative Law Judges |