# EXHIBIT 3

OUTLINE OF BACKGROUND AND QUALIFICATIONS
ANDRÉ E. JARDINI

- Practicing lawyer, principally as a trial attorney, in California since 1976.

- B.A. University of Notre Dame 1973; J.D. University of California College of the Law, San Francisco 1976; admitted to the State Bar, December 1976.

- Clerkship in 1977 and 1978 in United States District Court in Los Angeles with Judge Robert Firth.

- Admitted to practice in all courts in the State of California, including four United States District Courts and the Ninth Circuit Court of Appeals. Admitted in the District Court for the Eastern District of Michigan.

- Partner at Knapp, Petersen & Clarke, a law firm providing litigation and transactional services to its clients. Currently serving as President of the firm.

- Founder and President of KPC Legal Audit Services, Inc.

- Trial and arbitration of numerous cases in which the predominant issue was the reasonableness of attorney's fees.

- Since 1986, has personally audited the billings of a large proportion of the major law firms in California, has conducted audits throughout the U.S., and internationally. More than 1,800 audits performed.

- Has audited billings exceeding cumulatively $2 billion.

- Has been under contract to the State of California (Cal PERS, California Lottery, Attorney General's Office) and numerous other government entities regarding audit services.

- Arbitrator in the Los Angeles County Bar Association Dispute Resolution Services Program regarding attorney/client disputes over legal billings.

- Qualified as an expert witness with regard to reasonableness of attorney's fees issues and ethical and attorney performance issues.

- Testimony as an expert witness at trial and in arbitration concerning attorney fee disputes.

- Experience as an attorney for litigants in matters concerning attorney fee disputes.

- Practice consists predominantly of trial work.  More than 50 jury trials conducted to conclusion.

- Member, American Board of Trial Advocates. (Advocate status.)

- Articles written, seminars conducted and speaking engagements on the subject of reasonableness of attorney's fees and auditing practices.

- Martindale-Hubbell, rated AV, "Preeminent."

- Super Lawyer 2012 – 2020.

- The National Association of Legal Fee Analysis ("NALFA") ranks André E. Jardini as a "Top Attorney Fee Expert," and ranks KPC Legal Audit Services, Inc. as one of nation's top outside legal bill review programs, which follows Best Practices in Legal Fee Analysis.

- Representative cases on appeal:

  **Simon v. San Paolo U.S. Holding Co., Inc.**  (2005)  35 Cal. 4th 1159
  California Supreme Court case establishing Constitutional limits on punitive damages.

  **Blanchard v. State Farm** (1991) 2 Cal. App. 4th 345
  Case finding no entitlement to independent counsel in construction defect case.

  **Kliger v. Superior Court**  (1990)  52 Cal. 3d 65
  California Supreme Court case establishing parameters for suits for employer conduct in violation of public policy.

  **Trope v. Katz (1995)** 11 Cal. 4th 274
  Trial testimony in case establishing that attorneys cannot recover fees representing themselves in a fee collection action.

  **Lance Camper v. Republic Indemnity** (2001) 90 Cal App. 4th 1151
  Trial testimony concerning *Brandt* fees in insurance bad faith case.

2023 AEJ-CV:3462590_1