1

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

2

**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center

3

San Francisco, California 94111
Telephone:  (415) 591-7500

4

5

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com

6

Yonatan Even (*pro hac vice*)

7

yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)

8

lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)

9

mzaken@cravath.com
M. Brent Byars (*pro hac vice*)

10

mbyars@cravath.com

11

**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West

12

375 Ninth Ave
New York, New York 10001

13

Telephone:  (212) 474-1000

14

*Attorneys for Plaintiff Epic Games, Inc.*

15

**UNITED STATES DISTRICT COURT**

16

**NORTHERN DISTRICT OF CALIFORNIA**

17

**SAN FRANCISCO DIVISION**

18

19

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| | |
| THIS DOCUMENT RELATES TO: | **STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| *Epic Games, Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671-JD | |

20

21

22

23

24

25

26

27

28

1    Plaintiff Epic Games, Inc. ("Epic") and Defendants Google LLC, Google Ireland Limited,

2    Google Commerce Limited, Google Asia Pacific Pte. Limited and Google Payment Corp. (collectively,

3    "Google"), by and through their respective counsel, hereby stipulate as follows:

4        WHEREAS, Epic filed its Notice of Motion and Motion for Attorneys' Fees and Costs on

5    August 22, 2025;

6        WHEREAS, pursuant to the Court's Order (Dkt. No. 745), the parties currently are briefing

7    their dispute regarding the "cost of suit, including a reasonable attorney's fee" that Epic may be

8    entitled to pursuant to 15 U.S.C. § 26 (the "attorneys' fee dispute") on the following schedule:

9        •    Plaintiff's motion:  August 22, 2025

10       •    Defendant's opposition:  December 5, 2025

11       •    Plaintiff's reply:  January 30, 2026

12       •    Hearing:  February 12, 2026

13       WHEREAS, the parties met and conferred and agreed that Google would produce certain

14    documents relating to the fees and expenses incurred by Google in this litigation;

15       WHEREAS, Google estimates that it will require until January 26, 2026, at the latest, to

16    complete production of these materials;

17       WHEREAS, the parties agree that Epic's reply should be due 45 days following the completion

18    of Google's production of these materials and the currently scheduled February 12, 2026 hearing be

19    continued until after Epic's reply brief is filed:

20       NOW THEREFORE, subject to the Court's approval, the parties jointly stipulate that the

21    briefing schedule for Epic's Motion for Attorneys' Fees and Costs will be revised as follows:

22       •    Google's production of the agreed materials:  January 26, 2026

23       •    Plaintiff's reply:  45 days following completion of Google's production

24       •    Hearing:  to be continued until after Epic's reply is filed

25

26

27

28

1   DATED:  January 5, 2026

2

CRAVATH, SWAINE & MOORE LLP
   Gary A. Bornstein *(pro hac vice)*
   gbornstein@cravath.com
   Yonatan Even *(pro hac vice)*
   yeven@cravath.com
   Lauren A. Moskowitz *(pro hac vice)*
   lmoskowitz@cravath.com
   Michael J. Zaken *(pro hac vice)*
   mzaken@cravath.com
   M. Brent Byars *(pro hac vice)*
   mbyars@cravath.com

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   */s/ Gary A. Bornstein*
       Gary A. Bornstein

1    DATED:  January 5, 2026                MUNGER, TOLLES & OLSON LLP

2                                               Glenn D. Pomerantz
                                              Kuruvilla Olasa

3

4                                MORGAN, LEWIS & BOCKIUS LLP
                                                Brian C. Rocca

5                                               Sujal J. Shah
                                              Michelle Park Chiu

6

7                                HOGAN LOVELLS US LLP
                                                Jessica L. Ellsworth

8                                Respectfully submitted,

9                                By:     */s/ Glenn D. Pomerantz*

10                                                 Glenn D. Pomerantz

11                                                */s/ Brian C. Rocca*

12                                                Brian C. Rocca

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

Having considered the parties' Stipulation, the Court orders the following revised briefing schedule for Plaintiff's Motion for Attorneys' Fees and Costs:

1.  Google's production of the agreed materials:  January 26, 2026

2.  Plaintiff's reply:  45 days following completion of Google's production

3.  February 12, 2026 hearing is continued

**IT IS SO ORDERED.**

DATED: _____        _____

HON. JAMES DONATO
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **E-FILING ATTESTATION**

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


*/s/ Gary A. Bornstein*
Gary A. Bornstein