Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT WITNESS LIST FOR EVIDENTIARY HEARING ON PERMANENT INJUNCTION**<br><br>Judge:   Hon. James Donato |

In accordance with the Order Setting Evidentiary Hearing entered by the Court on December 1, 2025 (Dkt. 1130), Plaintiff Epic Games, Inc. ("Epic") and Defendants Google LLC et al. ("Google"; collectively, the "Parties") respectfully submit this joint statement identifying the witnesses for the January 22, 2026 evidentiary hearing and their proposed areas of testimony. The Parties reserve the right to request permission to supplement or amend this list for good cause.

The Parties respectfully suggest that the proposed witnesses identified below testify in the order outlined below, subject to this Court's preference and any order the Court issues concerning procedures for the hearing.

|   | Witness | Calling Party | Proposed Areas of Testimony |
|---|---------|---------------|-----------------------------|
| 1 | B. Douglas Bernheim | Epic | As requested by the Court, Dr. Bernheim will be prepared to testify regarding "the adequacy of the injunction as modified to address the competition concerns he testified about during the trial and remedies proceedings." (Dkt. 1124 at 2.)<br><br> In addition, Dr. Bernheim will be prepared to testify regarding the following issues: whether the Proposed Modified Injunction, dated November 4, 2025 (Dkt. 1119-3), achieves the goal of promoting competition in Android app distribution and Android in-app payment services, as compared to the Existing Injunction dated October 7, 2024 (Dkt. 1017); evaluation of the Parties' incentives in entering into the Settlement Agreement dated October 31, 2025 (Dkt. 1119-2); the impact of removing frictions on drop-off rates of direct app downloads. |
| 2 | Tim Sweeney, CEO of Epic | Epic | Mr. Sweeney was Epic's lead negotiator for the Settlement Agreement between Epic and Google. As directed by the Court, Mr. Sweeney will be "prepared to testify about the settlement terms." (Dkt. 1146.)<br><br>In addition, Mr. Sweeney will be prepared to testify regarding the following issues: the reasons that Epic entered into the Settlement Agreement; and the benefits of the Proposed Modified Injunction and |

| | | | |
|---|---|---|---|
| | | | Settlement Agreement for app stores and developers. |
| 3 | Sameer Samat, President, Android Ecosystem at Google | Google | Mr. Samat was Google's lead negotiator for the Settlement Agreement between Epic and Google.<br><br>Mr. Samat will be prepared to testify regarding the reasons that Google entered into the Settlement Agreement; the benefits of the Proposed Modified Injunction and Settlement Agreement for all participants in the Android ecosystem, including developers, users, other Android app stores, and Google; and the terms of the Settlement Agreement. |
| 4 | Lara Kollios, Director, Regulatory Affairs at Google | Google | Ms. Kollios is an in-house attorney at Google who supervises the internal team that manages this litigation.<br><br>As noted by the Court, Ms. Kollios is a signatory of the Settlement Agreement between Epic and Google. However, she did not negotiate the agreement. Rather, her role in the settlement was as legal counsel for Google. Google respectfully submits that Mr. Samat, as lead negotiator of the Settlement Agreement, is best positioned to answer the Court's questions regarding the settlement terms.<br><br>However, as directed by the Court, Ms. Kollios will attend the hearing and will be prepared to answer the Court's questions about the settlement terms. (*See* Dkt. 1146.) |

1
2  DATED: January 14, 2026              **CRAVATH, SWAINE & MOORE LLP**
                                           Gary A. Bornstein (*pro hac vice*)
3                                          Yonatan Even *(pro hac vice)*
                                           Lauren A. Moskowitz *(pro hac vice)*
4                                          Michael J. Zaken *(pro hac vice)*
                                           M. Brent Byars *(pro hac vice)*
5
                                       **FAEGRE DRINKER BIDDLE & REATH LLP**
6                                          Paul J. Riehle (SBN 115199)

7                                      By:  */s/ Gary A. Bornstein*
8                                           _____
                                            Gary A. Bornstein
9
                                            *Counsel for Plaintiff Epic Games, Inc.*
10

11
    DATED: January 14, 2026              **MUNGER, TOLLES & OLSON LLP**
12                                           Glenn D. Pomerantz
                                             Kuruvilla Olasa
13                                           Jonathan I. Kravis
                                             Justin P. Raphael
14                                           Dane P. Shikman
                                             Lauren N. Beck
15

16
                                       By:  */s/ Glenn D. Pomerantz*
17                                          _____
                                            Glenn D. Pomerantz
18
                                            *Counsel for Defendants Google LLC et al.*
19

20
    DATED: January 14, 2026              **MORGAN, LEWIS & BOCKIUS LLP**
21                                          Brian C. Rocca
                                            Sujal J. Shah
22                                          Michelle Park Chiu
                                            Leigha Beckman
23

24                                     By:  */s/ Brian C. Rocca*
                                            _____
25                                          Brian C. Rocca

26                                          *Counsel for Defendants Google LLC et al.*

27

28

-4-

JOINT WITNESS LIST FOR EVIDENTIARY HEARING ON PERMANENT INJUNCTION
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By:  */s/ Gary A. Bornstein*