UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 22, 2026  Judge: Hon. James Donato

Time: 4 Hours 24 Minutes

Cases:  **3:20-cv-05671-JD  Epic Games, Inc. v. Google LLC  et al**
  **3:21-md-02981-JD  In re Google Play Store Antitrust Litigation**

Attorney(s) for Plaintiff(s):  Gary Bornstein/Yonatan Even/Lauren Moskowitz/Michael Zaken
Attorney(s) for Defendant(s):  Glen Pomerantz/Kuru Olasa/Lauren Beck/Brian Rocca

Deputy Clerk: Lisa R. Clark  Court Reporter: Ruth Levine Ekhaus

PROCEEDINGS

Evidentiary Hearing -- Held

NOTES AND ORDERS

Parties will file by 3/2/26 jointly proposed next steps for the request to modify the injunction, MDL Dkt. No. 1119.

Court grants the parties' stipulation for a revised briefing schedule for plaintiff's motion for attorneys' fees and costs, MDL Dkt. No. 1145.