**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case Nos.:      3:20-cv-05671-JD
                3:21-md-02981-JD
Case Names:  Epic Games, Inc. v. Google LLC  et al
                In re Google Play Store Antitrust Litigation

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEYS: Gary Bornstein / Yonatan Even / Lauren Moskowitz / Michael Zaken | DEFENSE ATTORNEYS: Glen Pomerantz / Kuru Olasa / Lauren Beck / Brian Rocca |
|---|---|---|
| EVIDENTIARY HEARING DATE: 1/22/2026 | REPORTER(S): Ruth Levine Ekhaus | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:02 am | | | Court in session. All parties present. | |
| | | | | | Plaintiff calls Professor Douglas Bernheim. | |
| | | 12:30 pm | | | Plaintiff calls Timothy Dean Sweeney. | |
| | | 1:04 pm | | | Court in recess. | |
| | | 1:25 pm | | | Court back in session. Cont'd exam of Timothy Dean Sweeney. | |
| | | 1:36 pm | | | Defendants call Samir Samat. | |
| | | 1:53 pm | | | Court in recess. | |
| | | 2:04 pm | | | Court calls Professor Nancy Lynn Rose. | |
| | | 2:27 pm | | | Plaintiff questions Dr. Rose. | |
| | | 2:56 pm | | | Court in recess. | |
| | | 3:06 pm | | | Cont'd questioning of Dr. Rose. | |
| | | 3:17 pm | | | Court discusses next steps with the parties. | |
| | | 3:26 pm | | | Court in recess. | |
| | | | | | | |