Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT SUBMISSION REGARDING THE PARTIES' MOTION TO MODIFY THE PERMANENT INJUNCTION**<br><br>Judge:   Hon. James Donato |

1  At the Court's direction, Defendants Google LLC et al. ("Google") and Plaintiff Epic
2  Games, Inc. ("Epic"; collectively, "The Parties") respectfully submit this joint statement regarding
3  "jointly proposed next steps" (Dkt. No. 1169) for the Parties' request to modify the Injunction
4  (MDL Dkt. 1119).

5  The Parties respectfully withdraw their previous joint request to modify the Permanent
6  Injunction, (MDL Dkt. 1119). The Parties expect to submit a revised proposal to the Court by
7  March 4, 2026.

DATED: March 2, 2026

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Jonathan I. Kravis
Justin P. Raphael
Dane P. Shikman
Lauren N. Beck

By:  */s/ Kuruvilla Olasa*

Kuruvilla Olasa

*Counsel for Defendants Google LLC et al.*

DATED: March 2, 2026

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Leigha Beckman

By:  */s/ Brian C. Rocca*

Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

-3-

DATED: March 2, 2026

**CRAVATH, SWAINE & MOORE LLP**
   Gary A. Bornstein (*pro hac vice*)
   Yonatan Even *(pro hac vice)*
   Lauren A. Moskowitz *(pro hac vice)*
   Michael J. Zaken *(pro hac vice)*
   M. Brent Byars *(pro hac vice)*

**FAEGRE DRINKER BIDDLE & REATH LLP**
   Paul J. Riehle (SBN 115199)

By:   /s/ *Gary A. Bornstein*
-------------------------------
   Gary A. Bornstein

*Counsel for Plaintiff Epic Games, Inc.*

-3-

JOINT SUBMISSION RE: THE PARTIES' MOTION TO MODIFY THE PERMANENT INJUNCTION
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By:  */s/ Kuruvilla Olasa*

Kuruvilla Olasa

-4-

JOINT SUBMISSION RE: THE PARTIES' MOTION TO MODIFY THE PERMANENT INJUNCTION
Case Nos. 3:21-md-02981-JD, 3:20-cv-05671-JD