# EXHIBIT C

**EXHIBIT 1**

# Unified Install and Permission flow



# Unified Install and Permission flow

