Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-1596
Telephone: (415) 442-1000

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**STATUS REPORT REGARDING PERMANENT INJUNCTION**<br><br>Judge:   Hon. James Donato |

Defendants Google LLC et al. ("Google") and Plaintiff Epic Games, Inc. ("Epic"; collectively, "The Parties") respectfully submit this status report on the implementation of the Permanent Injunction, Dkt. 1107.[1]

The Parties previously submitted joint statements regarding the Permanent Injunction, which, at the Court's direction, described "implementation steps and a timeline with milestone dates for the permanent injunction." *See*, Dkt. No. 1118 (Oct. 29, 2025); Dkt. No. 1140 (Dec. 19, 2025). In this status report, the parties provide an update to their previous submissions to the Court.

## I. Service Fees

Google has provided Epic with an update regarding the specific fees Google intends to charge in connection with in-app purchases or external links. Google's updated planned fees are listed in **Exhibit A**. Based on Google's commitments to support open store competition, in-app and out-of-app payment competition, and other aspects of Android as an open platform, Epic will not object to these fees.

## II. Catalog Access & Third-Party App Distribution

In the December 19, 2025 Joint Statement, Google indicated that it would share with Epic its plans for complying with Paragraph 11 (Catalog Access) and Paragraph 12 (distribution of third-party app stores) of the Existing Injunction no later than March 31, 2026.

On February 24, 2026, Google sent Epic correspondence outlining its plans with respect to Paragraph 11 (Catalog Access).[2] Epic and Google are discussing these plans and will present any disputes to the Technical Committee.

Google will share its plan for complying with Paragraph 12 (distribution of third-party app stores on Google Play) before March 31, 2026.

---

[1] All references to Dkt. No. are to the MDL docket, *In re Google Play Store Antitrust Litig.*, No. 3:21-md-02981-JD, unless otherwise noted.

[2] Those plans reflect Google's planned compliance with respect to Paragraph 11 of the Existing Injunction, Dkt. 1017, and with Paragraph 11 of the Parties' Revised Proposed Modified Injunction, Dkt. No. 1179-3, which tracks the Existing Injunction's provisions for Catalog Access verbatim.

| | |
|---|---|
| DATED: March 4, 2026 | **MUNGER, TOLLES & OLSON LLP** |
| | Glenn D. Pomerantz |
| | Kuruvilla Olasa |
| | Jonathan I. Kravis |
| | Justin P. Raphael |
| | Dane P. Shikman |
| | Lauren N. Beck |
| | |
| | By: */s/ Kuruvilla Olasa* |
| | Kuruvilla Olasa |
| | *Counsel for Defendants Google LLC et al.* |
| | |
| DATED: March 4, 2026 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | Brian C. Rocca |
| | Sujal J. Shah |
| | Michelle Park Chiu |
| | Leigha Beckman |
| | |
| | By: */s/ Brian C. Rocca* |
| | Brian C. Rocca |
| | *Counsel for Defendants Google LLC et al.* |
| | |
| DATED: March 4, 2026 | **CRAVATH, SWAINE & MOORE LLP** |
| | Gary A. Bornstein (*pro hac vice*) |
| | Yonatan Even *(pro hac vice)* |
| | Lauren A. Moskowitz *(pro hac vice)* |
| | Michael J. Zaken *(pro hac vice)* |
| | M. Brent Byars *(pro hac vice)* |
| | |
| | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | Paul J. Riehle (SBN 115199) |
| | |
| | By: */s/ Yonatan Even* |
| | Yonatan Even |
| | *Counsel for Plaintiff Epic Games, Inc.* |

-4-

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By:  /s/ Brian C. Rocca