**EXHIBIT A**

**Google Play Fees In The United States**

**Standard Fees**:

Google Play will charge the following fees in the U.S. These fees are exclusive of fees for the use of Google Play Billing or for applicable taxes, and apply regardless of the method of billing (Google Play Billing or alternative billing service).

| | |
|---|---|
| **Non-Recurring Purchases – IAPs** | 20% (New Installs[1])<br>25% (Existing Installs[2]) |
| **Non-Recurring Purchases – Linkouts**<br>(for purchases made within 24 hours of using the link) | 20% |
| **Links to Download**<br>(for downloads made within 24 hours of using the link) | $3.65 per download (Games)<br>$2.85 per download (Apps) |
| **Subscriptions** | 10% |
| **Transactions for the first $1M (USD) of total developer earnings annually** | 10% |

**Games Level Up Program / App Experiences Program:**

In addition, no later than September 30, 2026, Google will offer the following lower rates for non-recurring purchases in apps and games that participate in the Games Level Up Program or App Experiences Program. These fees are exclusive of fees for the use of Google Play Billing or for applicable taxes, and apply regardless of the method of billing (Google Play Billing or alternative billing service).

| | |
|---|---|
| **Non-Recurring Purchases – IAPs** | 15% (New Installs)<br>20% (Existing Installs) |
| **Non-Recurring Purchases – Linkouts**<br>(for purchases made within 24 hours of using the link) | 15% |

**Google Play Billing Fee:**

Google Play will charge the following fee in the U.S. for Google Play Billing.

| | |
|---|---|
| **Google Play Billing Fee** | 5% |

---

[1] New Installs are installs from users who first install or first update the app or game from the Google Play Store on or after June 30, 2026.
[2] Installs that do not qualify as "New Installs."