# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

March 10, 2026

Mr. Neal Kumar Katyal, Esq.
Milbank LLP
1101 New York Avenue, NW
Washington, D.C. 20005

Mr. Gary Andrew Bornstein, Esq.
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001

Re: Google LLC, et al.
v. Epic Games, Inc.
No. 25-521

Dear Counsel:

Attached are certified copies of the joint stipulation for dismissal of the petition for a writ of certiorari, filed on March 5, 2026, and the order of dismissal pursuant to Rule 46 of the Rules of this Court.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*
M. Altner
Assistant Clerk - Judgments

Enc.

# Supreme Court of the United States

No. 25-521

**GOOGLE LLC, ET AL.**

Petitioners

*v.*

**EPIC GAMES, INC.,
A MARYLAND CORPORATION**

(9 March 2026). The foregoing joint stipulation for dismissal of the petition for a writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for a writ of certiorari is now hereby dismissed pursuant to Rule 46 of the Rules of this Court.

A true copy. SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Danny Bickell

SCOTT S. HARRIS
Clerk of the Supreme Court
of the United States

By: Danny Bickell

Danny Bickell
Deputy Clerk

Supreme Court, U.S.
FILED
MAR - 5 2026
OFFICE OF THE CLERK

IN THE SUPREME COURT OF THE UNITED STATES

No. 25-521

GOOGLE LLC, ET AL.,
*Petitioners*,

v.

EPIC GAMES, INC.,
*Respondent*.

On Petition for a Writ of Certiorari to the
United States Court of Appeals for the Ninth Circuit

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 46.1 of the Rules of the Court, all parties hereby stipulate that this case be dismissed. All fees due to the Clerk have been paid, and each party will bear its own costs of this proceeding.

Respectfully submitted,

/s/ Neal Kumar Katyal
NEAL KUMAR KATYAL
*Counsel of Record for*
*Petitioners*
MILBANK LLP
1101 New York Ave., NW
Washington, DC 20004

/s/ Gary A. Bornstein
GARY A. BORNSTEIN
*Counsel of Record for*
*Respondent*
CRAVATH, SWAINE &
MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001

March 5, 2026



A true copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: