UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  April 9, 2026                                        Judge:  Hon. James Donato

Time:  8 Minutes

Cases:        **3:20-cv-05671-JD Epic Games, Inc. v. Google LLC  et al**
              **3:21-md-02981-JD In re Google Play Store Antitrust Litigation**

Attorney(s) for Plaintiff(s):      Gary Bornstein
Attorney(s) for Defendant(s):      Glenn Pomerantz/Kuruvilla Olasa/Brian Rocca

Deputy Clerk:  Lisa R. Clark                         Court Reporter:  Stephen Franklin

PROCEEDINGS

Status Conference -- Held

NOTES AND ORDERS

An evidentiary hearing will be held on the parties' renewed joint motion to modify the permanent injunction, MDL Dkt. No. 1179.  The Court will issue a separate scheduling order for the hearing.