Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc.*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT SUBMISSION REGARDING SECOND EVIDENTIARY HEARING RE PROPOSED INJUNCTION MODIFICATIONS**<br><br>Judge:    Hon. James Donato |

Defendants Google LLC, et al. ("Google") and Plaintiff Epic Games, Inc. ("Epic"; collectively, "The Parties") respectfully submit this joint submission in response to the Court's April 21, 2026 Order re Second Evidentiary Hearing re Proposed Injunction Modifications (the "Order") (Dkt. No. 1212).[1]  The Order directed the Parties to propose several dates after July 7, 2026 for an evidentiary hearing regarding the Parties' March 4, 2026 Renewed Joint Motion to Modify Permanent Injunction (Dkt. No. 1179).  Dkt. No. 1212 at 2.

The Parties propose Thursday, July 16, 2026; Friday, July 17, 2026; Monday, July 20, 2026; Tuesday, July 21, 2026; Thursday, July 23, 2026; and Friday, July 24, 2026.  Among those dates, and if the Court is available, the Parties would prefer July 16 or July 17.

DATED:  May 8, 2026

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Lauren N. Beck


By:  */s/ Kuruvilla Olasa*
Kuruvilla Olasa

*Counsel for Defendants Google LLC et al.*


DATED:  May 8, 2026

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Leigha Beckman


By:  */s/ Brian C. Rocca*
Brian C. Rocca

*Counsel  for Defendants Google LLC et al.*

---

[1] All references to Dkt. No. are to the MDL docket, *In re Google Play Store Antitrust Litig.*, No. 3:21-md-02981-JD, unless otherwise noted.

DATED: May 8, 2026

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein (*pro hac vice*)
Yonatan Even *(pro hac vice)*
Lauren A. Moskowitz *(pro hac vice)*
Michael J. Zaken *(pro hac vice)*
M. Brent Byars *(pro hac vice)*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Paul J. Riehle (SBN 115199)

By:       */s/ Gary A. Bornstein*
Gary A. Bornstein

*Counsel for Plaintiff Epic Games, Inc.*

JOINT SUBMISSION RE SECOND EVIDENTIARY HRG. RE PROPOSED INJUNCTION MODIFICATIONS
Case Nos. 3:21-md-02981-JD, adopt 3:20-cv-05671-JD

-4-

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By:  /s/ Kuruvilla Olasa
Kuruvilla Olasa