# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  July 16, 2026                                              Judge:  Hon. James Donato

Time:  17 Minutes

Case Nos.        **3:20-cv-05671-JD  Epic Games, Inc. v. Google LLC  et al**
                 **3:21-md-02981-JD  In re Google Play Store Antitrust Litigation**

Attorney(s) for Plaintiff(s):          Gary Bornstein
torney(s) for Defendant(s):            Glenn Pomerantz/Kuruvilla Olasa/Sujal Shah/
                                       Lauren Beck

Deputy Clerk:  Lisa R. Clark                          Court Reporter:  Ruth Levine

## PROCEEDINGS

Status Conference -- Held

## NOTES AND ORDERS

The Court will issue an order directing the filing of monthly reports on Google's compliance with the permanent injunction, MDL Dkt. No. 1017.  The Court will also set monthly status conferences.

If the pending dispute about user searches for alternative app stores in the Google Play Store cannot be resolved through the Technical Committee process, the parties may file one 3-page dispute letter per side, as well as the Technical Committee's decision and the submissions that were made to the Technical Committee on the issue.