UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | MDL Case No. 21-md-02981-JD |
| | Member Case No. 20-cv-05671-JD |
| | **ORDER RE STATUS CONFERENCES AND REPORTS RE INJUNCTION COMPLIANCE, AND FRE 706 EXPERT** |

## I.    STATUS CONFERENCES

A recurring status conference is set for the fourth Thursday of every month at the Court's regular civil calendar time, beginning on August 27, 2026, at 11:00 a.m.  The parties may jointly propose to cancel a conference by advising the Court no later than the third Thursday of every month.  The Court may deny the request and retain the conference.

## II.    MONTHLY COMPLIANCE REPORTS

The parties will jointly file by the third Thursday of every month a report on Google's compliance with the permanent injunction, MDL Dkt. No. 1017.  In addition to information the parties wish to present, the report must provide the following data.  For each request, the data will be provided for the monthly reporting period, and in a running total starting with the first report.

(1)    The name of each person or entity requesting to publish an app store on Google Play Store (GPS), the date of the request, the date Google published the app store on GPS, the number of native apps (i.e., not catalog-access apps) within the app store, the number of catalog-access downloads through the app store, and the number of native apps downloaded.

(2)    Revenue in (i) total dollars and (ii) dollars per app collected by GPS and Google Play Billing (GPB) from all apps downloaded via an app store.  GPS and GPB figures will be reported separately.

(3)    Revenue in (i) total dollars and (ii) dollars per app collected by GPB and GPS from native apps downloaded through the app store, reported separately.

(4)    The number of apps using: (i) GPB exclusively; (ii) a choice of GPB and alternative billing; or (iii) alternative billing exclusively.

(5)    The change in GPB revenue in dollars and percent change over the prior reporting period.

(6)    Changes to the GPB fee schedule.

(7)    The number of apps with in-app link-outs.

(8)    The number of times in-app link-outs were clicked or used.

(9)    The median number of in-app link-outs clicked or used per app.

(10)    The number of downloads made via in-app link-outs.

(11)    Revenue in dollars collected by GPS and GPB, reported separately, from (i) in-app link-outs and (ii) downloads made via in-app link-outs.

(12)    Changes to the GPS or GPB fee schedules for in-app link-outs and in-app downloads.

The parties are directed to present this information in a chart format that permits easy comparisons over time.  The first monthly report is due on August 20, 2026.

The parties are advised that the Court will retain Professor Nancy L. Rose to assist the Court in monitoring Google's compliance with the injunction.  Professor Rose's appointment will continue on the same terms that were previously ordered.  *See* MDL Dkt. No. 1131.

**IT IS SO ORDERED.**

Dated:  July 24, 2026

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

2