**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CLERK'S NOTICE**

A Motion for Administrative Relief to Consider Whether Cases Should Be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. As the judge assigned to the following cases:

20-cv-05671-JD
Epic Games, Inc. v. Google LLC

21-md-02981-JD
In re Google Play Store Antitrust Litigation

26-cv-03165-JD
Aptoide, S.A. v. Google LLC

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|------|-------|---------|-------------|
| 26-cv-07544-KAW | Branch Metrics, Inc. v. Google LLC | | **JD** |

**The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.**

Dated:7/28/2026

By: _____
Lisa Clark, Deputy Clerk

1