# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  August 13, 2026                                      Judge:  Hon. James Donato

Time:  23 Minutes

Case No.        **3:20-cv-05671-JD  Epic Games, Inc. v. Google LLC  et al**
                **3:21-md-02981-JD  In re Google Play Store Antitrust Litigation**

Attorney(s) for Plaintiff(s):        Yonatan Even/Tina Sideman
Attorney(s) for Defendant(s):        Sujal Shah/Kuruvilla Olasa/Grace Rehaut

Deputy Clerk:  Lisa R. Clark                           Court Reporter:  Kelly Shainline

### PROCEEDINGS

Motion Hearing -- Held

### NOTES AND ORDERS

For the parties' user experience dispute, MDL Dkt. No. 1238, Google is directed to:

1. Ensure that any combination of search terms for an app store (e.g., "stores for apps") leads to a comprehensive list of such stores.

2. Delete the "Looking for an app store?" screen.

3. Replace the "view" button with "install" on the screen presenting the third-party app store notice.

To illustrate, the search flow should be displayed as follows.  For an app store search such as "Aptoide," the user will be provided a list of apps containing "Aptoide" in their name.  Next to the Aptoide store, Google may provide a "view" button, rather than "install."  Clicking the "view" button will take the user to the third-party advisory screen, which displays the "install" button immediately next to the store app.