Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Leigha M. Beckman, Bar No. 248421
leigha.beckman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-1596
Telephone: (415) 442-1000

*Counsel for Defendants*

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
Lauren N. Beck, Bar No. 343375
lauren.beck@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@lskllp.com
**LIU SHUR KRAVIS LLP**
607 Fourteenth Street, N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

Case No. 3:21-md-02981-JD

**GOOGLE'S STATUS REPORT REGARDING ORDER REGARDING THIRD-PARTY APP STORE DISTRIBUTION USER EXPERIENCE DISPUTE (DKT. NO. 1244)**

Judge: Hon. James Donato

Defendant Google submits this status report regarding the timing of Google's implementation of the Court's August 13, 2026 order. Dkt. No. 1244 ("Order"). The Court directed Google to make certain changes to the user experience for Third-Party App Store Distribution. *Id.* At the August 13 hearing regarding this issue, the Court directed Google to implement these changes by August 20 and to advise the Court if that timeline was not feasible. *See* Aug. 13, 2026 Hrg. Tr. at 27:7-9 ("Okay. Well, have it done by a week from today. All right. If there's some problem with that, you let me know."). Google submits this report to advise the Court on its progress in implementing the Order. As explained in more detail below, Google has already finalized its design and completed some elements needed to implement the Court's instructions, but requires approximately ten additional days (*i.e.*, up to August 31, 2026) to complete technical work and testing before launching the changes. Google will file a further status report regarding compliance with the Order on August 27, 2026.

The Order directed Google to (1) "[e]nsure that any combination of search terms for an app store (e.g., 'stores for apps') leads to a comprehensive list of such stores" (the "First Instruction"); (2) "[d]elete the 'Looking for an app store?' screen" (the "Second Instruction"); and (3) "[r]eplace the 'view' button with 'install' on the screen presenting the third-party app store notice" (the "Third Instruction"). Order at 1. The Court noted:

> To illustrate, the search flow should be displayed as follows. For an app store search such as 'Aptoide,' the user will be provided a list of apps containing 'Aptoide' in their name. Next to the Aptoide store, Google may provide a 'view' button, rather than 'install.' Clicking the 'view' button will take the user to the third-party advisory screen, which displays the 'install' button immediately next to the store app.

*Id.*

Google has taken or is in the process of taking the following steps to comply with the above instructions:

**First Instruction**: Google is augmenting the search terms that will map to app stores in addition to the terms it already had in place. Google's updated search logic will return app store results in response to more terms, including for example "store for apps," "stores for apps," "stores for games," "game store," "android stores," "storefront apps," and further common misspellings.

In addition to implementing immediate changes that will be responsive to the specific terms listed above, Google expects the app store search algorithm to continue to improve based on actual user queries, including for misspelled terms, and on additional tuning by Google. When users search for any of these search terms, they will be shown a comprehensive list of all app stores available on Google Play, as illustrated below in Figure 1.




**Figure 1.** In this situation, a user has searched for "store for apps." The user will see a comprehensive list of all app stores available on Google Play. The above image includes only one app store (Aptoide Games), because only one store is currently listed on Google Play.

**Second Instruction**: Google is in the process of removing the "Looking for an app store?" banner. Instead, if an app store or app stores are responsive to a user's search query, the app store or stores will appear in the search results returned to the user, as illustrated below in Figure 2.




**Figure 2.** In this situation, the user has searched for "aptoide games." The Aptoide Games store appears first in the results with a "view" button (pictured above at left). When a user clicks the "view" button, they will proceed to the third-party advisory screen (pictured above at right).

For example, as directed by the Court, if a user searches for "Aptoide," the Aptoide Games store will be shown in the search results, along with apps that are responsive to that query, as illustrated below in Figure 3. In the search results, app stores will be shown the same way apps are shown. As permitted by the Court, "Google [will] provide a 'view' button, rather than 'install'" for an app store if an app in the equivalent situation would be shown with an "Install" button. Order at 1. As instructed by the Court, "[c]licking the 'view' button will take the user to the third-party advisory screen, which displays the 'install' button immediately next to the store app." *Id.*




**Figure 3**. In this situation, the user has searched for "aptoide." The Aptoide Games store appears second in the results (pictured above at left). Google will use the same treatment here as it would with an equivalent app. Clicking on the Aptoide Games store will lead the user to the app store advisory page (pictured above at right).

**Third Instruction**: Google is replacing the "View" button on the third-party store advisory screen with "Install," as shown in the right-most image in Figures 2 and 3 above.

**Timing**: As noted, Google anticipates that it may take up until August 31, 2026, to fully implement the Court's instructions. Following the hearing, counsel for Google immediately consulted with the relevant Google employees and Google immediately began working to implement the Court's instructions. Implementing the Court's instructions requires the following steps: (1) developing a new end-to-end design, from the user experience to the backend ranking systems, that conforms to the Court's instructions; (2) updating server-side code across multiple independent complex systems; (3) updating client-side code (*i.e.*, the code for the Google Play Store); (4) testing the relevant changes to ensure they work as intended; and (5) distributing an updated version of the Google Play Store app. With respect to Step 5—distributing an updated

version of the Google Play Store app—Google distributes an updated version on a weekly release schedule to ensure a stable and high-quality experience for users.

Google has completed Step (1) and anticipates completing Steps (2) - (4) by August 21. Google anticipates completing Step (5) by August 31.

To meet this timeline, Google has implemented changes on an accelerated timeframe, re-using existing capabilities where possible, and in some cases building manual solutions for features Google would otherwise develop algorithmically. Google expects to continue refining the technical aspects of these solutions over time, particularly as its app-store search ranking systems improve. In all events, Google will ensure that changes continue to comply with the Court's Order.[1]

[1] To ensure that Google could implement these changes on an accelerated timeline and update the Court on Google's implementation progress, Google has prioritized this filing before sharing details of its plans with Epic. Google remains available to discuss with Epic any concerns Epic may have regarding Google's implementation of the Order.

DATED: August 19, 2026

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Lauren N. Beck

By: */s/ Kuruvilla Olasa*
Kuruvilla Olasa

*Counsel for Defendants Google LLC, et al.*

DATED: August 19, 2026

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah

By: */s/ Brian C. Rocca*
Brian C. Rocca

*Counsel for Defendants Google LLC, et al.*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

By: */s/ Kuruvilla Olasa*
Kuruvilla Olasa