# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: August 27, 2026 Judge: Hon. James Donato

Time: 3 Minutes

Cases: **3:20-cv-05671-JD Epic Games, Inc. v. Google LLC et al**
**3:21-md-02981-JD In re Google Play Store Antitrust Litigation**

Attorney(s) for Plaintiff(s): Gary Bornstein
Attorney(s) for Defendant(s): Kuruvilla Olasa/Sujal Shah/Lauren Beck

Deputy Clerk: Lisa R. Clark Court Reporter: Ana Dub

PROCEEDINGS

Status Conference re Injunction Compliance -- Held

NOTES AND ORDERS

For the name of each person or entity requesting to publish an app store on Google Play Store, future monthly reports will note the date that an actual request to publish an app store is submitted to Google, rather than the date on which an inquiry is made or initial interest communicated.